| | |
|---|---|
| **Fill in this information to identify your case:** | |
| United States Bankruptcy Court for the: | |
| DISTRICT OF DELAWARE | |
| Case number *(if known)* _____  Chapter **7** | ☐ Check if this an amended filing |

# Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| 1. | Debtor's name | Phoeno Wine Company, Inc. | |
|---|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 83-1275273 | |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1166 Commerce Blvd.**<br>**Suite C & D**<br>**American Canyon, CA 94503**<br>Number, Street, City, State & ZIP Code | <br><br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Napa**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | |
|---|---|---|

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Phoeno Wine Company, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>4453</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor   **Phoeno Wine Company, Inc.**                                    Case number (*if known*) _____
_____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor   **Underground Enterprises, Inc.**            Relationship   **Affiliate**

District   **Delaware**          When _____   Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☒ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☒ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☒ Other   **Wine**

**Where is the property?**   **1166 Commerce Blvd.**
**Suite C&D**
**American Canyon, CA, 94503-0000**
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☒ Yes.   Insurance agency   **ABD Insurance & Financial Services**

Contact name _____

Phone   **(866) 255-9036**

**▇ Statistical and administrative information**

**13. Debtor's estimation of available funds**

.   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☒ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000

☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion

Debtor    **Phoeno Wine Company, Inc.**
Name

Case number (*if known*)

☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| | | |
|---|---|---|
| **16. Estimated liabilities** | | |

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor    **Phoeno Wine Company, Inc.**                               Case number (*if known*)
       Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 28, 2023**
                    MM / DD / YYYY

X    _Robert Ord_
     Signature of authorized representative of debtor                 **Robert Ord**
                                                        Printed name

Title    **CEO**

**18. Signature of attorney**

X **/s/ Eric M. Sutty**                             Date    **April 28, 2023**
    Signature of attorney for debtor                                     MM / DD / YYYY

**Eric M. Sutty**
Printed name

**Armstrong Teasdale LLP**
Firm name

**1007 North Market Street**
**Third Floor**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone    **(302) 416-9671**            Email address    **esutty@atllp.com**

**4007 DE**
Bar number and State

PHOENO WINE COMPANY, INC.
ACTION BY WRITTEN CONSENT
OF THE SOLE MEMBER OF THE BOARD OF DIRECTORS

Pursuant to Section 141(f) of the Delaware General Corporation Law (the "**DGCL**") and the bylaws of Phoeno Wine Company, Inc., a Delaware corporation (the "**Company**"), the undersigned, constituting the sole member of the board of directors of the Company (the "**Board**"), hereby adopts the following recitals and resolutions by written consent, effective as of the latest date set forth below (unless otherwise noted in the resolutions):

*Authorization of Filing of Petition Under Chapter 7 of the Bankruptcy Code*

> **RESOLVED**, that a Petition under the provisions of Chapter 7 of Title 11 of the United States Code (the "**Bankruptcy Code**") shall be filed by the Company with the United States Bankruptcy Court, District of Delaware (the "**Bankruptcy Court**"), on April 28, 2023 or such other date as is determined to be optimal for the Company by Robert Ord, the current Chief Executive Officer of the Company (the "**Petition Date**");

> **FURTHER RESOLVED**, that Robert Ord is hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 7 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a Chapter 7 bankruptcy case on the Petition Date;

> **FURTHER RESOLVED**, that Robert Ord is authorized and directed on behalf of and in the name of the Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company and to otherwise do and perform all acts and deeds, and to review, execute and file and to cause bankruptcy counsel to the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists, papers, documents, reports, motions, applications and other pleadings in connection with the Company's bankruptcy case; and

> **FURTHER RESOLVED**, that the Company hereby retains the law firm of Raines Feldman LLP as general bankruptcy counsel and Armstrong Teasdale LLP as local bankruptcy counsel.

*General*

> **RESOLVED**, that the officers of the Company are, and each of them hereby is, authorized and empowered to take any and all such further action, to execute and deliver any and all such further agreements, instruments, documents and certificates and to pay such expenses, in the name and on behalf of the Company or such officer, as any such officer may deem necessary or advisable to effectuate the purposes and intent of the resolutions hereby adopted, the taking of such actions, the execution and delivery of such agreements, instruments, documents and certificates and the payment of such expenses by any such officer to be conclusive evidence of his or her authorization hereunder and the approval thereof.

> **RESOLVED FURTHER**, that any and all actions taken by the officers of the Company to carry out the purposes and intent of the foregoing resolutions prior to their adoption are approved, ratified and confirmed.

DocuSign Envelope ID: 08D1E97D-1C0B-4D6C-96B7-532D4E88CB75

[SIGNATURE PAGE FOLLOWS]

DocuSign Envelope ID: 08D1E97D-1C0B-4D6C-96B7-B32D4E88CB75

This action by written consent shall be effective as of the date first written below. Any copy, facsimile or other reliable reproduction of this action by unanimous written consent may be substituted or used in lieu of the original writing for any and all purposes for which the original writing could be used. This action by unanimous written consent shall be filed with the minutes of the proceedings of the Board.

*Robert Ord*

Date: 4/27/2023

Robert Ord

**PHOENO WINE COMPANY, INC.**

---

**EXPLANATORY NOTES FOR**

**SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

---

The Debtor's business facilitated the purchase and storage of wine by retail customers. Customers engaged with Phoeno through its affiliate, Underground Enterprises, Inc. d/b/a Underground Cellar, to establish accounts, order wine in stock or pre-order wine to be delivered from wineries and other providers, store the wine at a facility managed by the Debtor, and then request that wine be shipped to the customer when the customer desired.

The Debtor engaged in customary good-will practices to stay engaged with its customers and to entice new customers to use the Debtor's services. When the retail service process stumbled – e.g., if a wine shipment was damaged on its way to a customer – the Debtor might issue a credit on the customer's account. The Debtor also offered credits to encourage visitors to its website to make their first purchase of wine – e.g., by offering $20 toward that first purchase. Finally, the Debtor offered gift cards that could be purchased and used by existing and new customers.

This business model results in the Debtor's customers falling into the following categories, as identified in the Schedules E and F and elsewhere in the Statement of Financial Affairs (SOFA):

1. **Customer**. A "Customer" as identified in the Schedules and SOFA is any retail client of the Debtor. Where "Customer" is used alone on Schedule F, it indicates that the Customer is storing wine that was purchased and is owned by the Customer at the Debtor's facility. The amount shown as the "claim" for such Customer on Schedule F is the amount paid by the Customer for the purchased wine.

2. **Deficit Customer**. A "Deficit Customer" as identified in Schedule E is a Customer who has paid for more wine than is currently being stored for that Customer at the facility. For example, the Customer may have ordered $1000 worth of wine to be stored with the Debtor, but as of the Petition Date, only $600 of the ordered wine had been delivered to the Debtor for storage. That Customer would have a "Deficit" claim for the $400 of wine that had been paid for by the Customer but had not been delivered to the Debtor.

Deficit Customers also include Customers who are made whole by the Debtor's periodic "Reclaim" program, in which Customer bottles stored for more than a year by inactive Customers may be reclaimed by the Debtor with a credit given to the inactive Customer toward replacement of the deficit bottles owed to the Deficit Customer.

Deficit Customer claims are listed on Schedule E as a priority claim under Section 507(a)(7) of the Bankruptcy Code up to the $3,350 cap for such priority treatment.

3. **Customers with Deferred Credit.** Customer claims identified as "Customer – Deferred Credit" on Schedule F are claims held by Customers that have credit on account with the Debtor based on gift card purchases and gifting to other Customers, credits for damaged shipments, credits granted to new clients to encourage their first purchase of wine, and other "good will" credits issued by the Debtor.

**Fill in this information to identify the case:**

Debtor name    **Phoeno Wine Company, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 28, 2023**     x   *Robert Ord*
                                  Signature of individual signing on behalf of debtor

                                     **Robert Ord**
                                     Printed name

                                     **CEO**
                                     Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Delaware

In re   **Phoeno Wine Company, Inc.** _____     Case No. _____
                                        Debtor(s)              Chapter    **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | **35,000.00** |
   | Prior to the filing of this statement I have received | $ | **35,000.00** |
   | Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ☑ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☑ Debtor    ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 28, 2023** _____
*Date*

_____
**Hamid R. Rafatjoo**
*Signature of Attorney*
**Raines Feldman LLP**
**1800 Avenue of the Stars**
**12th Floor**
**Los Angeles, CA 90067**
**(310) 440-4100**
**hrafatjoo@raineslaw.com**
*Name of law firm*

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Delaware

In re    **Phoeno Wine Company, Inc.**

Debtor(s)

Case No.

Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ☑ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 28, 2023**

*Date*

/s/ Eric M. Sutty

**Eric M. Sutty**
*Signature of Attorney*
**Armstrong Teasdale LLP**
**1007 North Market Street**
**Third Floor**
**Wilmington, DE 19801**
**(302) 416-9671**
**esutty@atllp.com**
*Name of law firm*

---

**Fill in this information to identify the case:**

Debtor name   **Phoeno Wine Company, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*.................................................................................................... $       **0.00**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.................................................................................................. $       **11,482,970.00**

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*.................................................................................................... $       **11,482,970.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $    **8,000,000.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $    **2,694,683.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$    **22,350,004.59**

4.   Total liabilities ....................................................................................................................
   Lines 2 + 3a + 3b        $    **33,044,687.59**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Phoeno Wine Company, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an
    amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---------|---------------------------|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **JP Morgan Chase** | **Checking** | **5502** | **$5,826.00** |
| 3.2. | **JP Morgan Chase** | **Escrow Account** | **6225** | **$59,000.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| **$64,826.00** |

| Part 2: | Deposits and Prepayments |
|---------|--------------------------|

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---------|---------------------|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

Debtor    **Phoeno Wine Company, Inc.**                          Case number *(If known)* _____
          Name

11a. 90 days old or less:        **42,511.00**   -        **0.00**  = ....        **$42,511.00**
                          face amount              doubtful or uncollectible accounts

11b. Over 90 days old:        **265,965.00**   -        **0.00**  =....        **$265,965.00**
                          face amount              doubtful or uncollectible accounts

12.    **Total of Part 3.**                                            **$308,476.00**
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

### Part 4:    Investments

13. **Does the debtor own any investments?**

�'■ No.  Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** **Wine - includes wine sold to and stored for Customers - (See Schedule F)** | | **$11,109,408.00** | | **$11,109,408.00** |

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                            **$11,109,408.00**
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

### Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Debtor   **Phoeno Wine Company, Inc.**                          Case number *(If known)* _____
         _____
         Name

■ No.  Go to Part 7.
□ Yes Fill in the information below.

<table>
<tr><td style="background:black;color:white">Part 7:</td><td>Office furniture, fixtures, and equipment; and collectibles</td></tr>
</table>

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

□ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture**<br>**Kitchen Refrigerator ($50), 6 Office Chairs ($100), 1 Conference Desk ($50), 3 Smaller Desks ($60)** | **$0.00** | | **$260.00** |

40.   **Office fixtures**

41.   **Office equipment, including all computer equipment and communication systems equipment and software**

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                        **$260.00**
       Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       □ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       □ Yes

<table>
<tr><td style="background:black;color:white">Part 8:</td><td>Machinery, equipment, and vehicles</td></tr>
</table>

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

□ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.   **Aircraft and accessories** | | | |
| 50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

Debtor    **Phoeno Wine Company, Inc.**                          Case number *(If known)* _____
          Name

| | | | |
|---|---|---|---|
| **Picker Forklift - SN# 1A456975 - Value $5,000 - $10,000** | $0.00 | | **Unknown** |
| **Stand Up Reach Lift - SN# 1A436423 - Value - $5,000 - $10,000** | $0.00 | | **Unknown** |
| **Sit Down Forklift - SN# 9A232845 - Value $5,000 - $10,000** | $0.00 | | **Unknown** |
| **Conveyor Belts and Shelving - Value $500 - $2,000** | $0.00 | | **Unknown** |

51.    **Total of Part 8.**                                                      | $0.00 |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 9: | **Real property** |

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $64,826.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $308,476.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $11,109,408.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $260.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*...............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $11,482,970.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $11,482,970.00 |

| Fill in this information to identify the case: |
|---|

Debtor name    **Phoeno Wine Company, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **TriplePoint Private Venture Credit, Inc.** | Describe debtor's property that is subject to a lien | **$8,000,000.00** | **$0.00** |

Creditor's Name

**2755 Sand Hill Road
Suite 150
Menlo Park, CA 94025**
Creditor's mailing address

Describe the lien
**Business Assets**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          **$8,000,000.00**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name     **Phoeno Wine Company, Inc.**

United States Bankruptcy Court for the:     DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**A Driver**<br>**C/O Ups Access Point (Advance Auto Parts**<br>**22710 State Road 54**<br>**Lutz, FL 33549** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$30.00** | **$30.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**A.J. Euckert**<br>**2457 Reserve Street**<br>**Erie, CO 80516** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$78.00** | **$78.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $138.00 | $138.00 |
|---|---|---|---|---|

**A.J. Strollo**
**555 South Avenue East**
**Unit 108**
**Cranford, NJ 07016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Aaron Arduser**
**1210 Starflower Ln**
**Rocklin, CA 95765**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |
|---|---|---|---|---|

**Aaron Boyajian**
**1 Penn Plz Ste 3100**
**New York, NY 10119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.00 | $87.00 |
|---|---|---|---|---|

**Aaron Broome**
**839 Winding Pine Lane**
**Highlands Ranch, CO 80126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.7** Priority creditor's name and mailing address

**Aaron Copeland**
**21 Perder Ln**
**Edgewater, MD 21037**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$28.00    $28.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.8** Priority creditor's name and mailing address

**Aaron Fairman**
**1120 Saga St**
**Glendora, CA 91741**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$48.00    $48.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.9** Priority creditor's name and mailing address

**Aaron Franks**
**7400 Flying Cloud Dr Ste 150,**
**Access Genetics**
**Eden Prairie, MN 55344**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$61.00    $61.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.10** Priority creditor's name and mailing address

**Aaron George**
**20241 Huntington Ct**
**Hagerstown, MD 21742**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$28.00    $28.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number _(if known)_ _____
Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $163.00 | $163.00 |

Priority creditor's name and mailing address
**Aaron Gold**
**1846 N Mohawk St Apt 3**
**Chicago, IL 60614**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$163.00   $163.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.12 |

Priority creditor's name and mailing address
**Aaron Grunke**
**1418 Penrose Terrace Ln**
**Knoxville, TN 37923**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$31.00   $31.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.13 |

Priority creditor's name and mailing address
**Aaron Hill**
**16408 2nd Drive Southeast**
**Bothell, WA 98012**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$55.00   $55.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.14 |

Priority creditor's name and mailing address
**Aaron Kelly**
**206 Covington Pl**
**Schaumburg, IL 60194**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$150.00   $150.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

Debtor   **Phoeno Wine Company, Inc.**                                Case number (if known) _____
_____
Name

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.00 | $68.00 |
|------|-----------------------------------------------|-----------------------------------------------|--------|--------|

**2.15** Priority creditor's name and mailing address

**Aaron Kinkeade**
**1201 N La Salle Dr Apt 1408**
**Chicago, IL 60610**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$68.00      $68.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.16** Priority creditor's name and mailing address

**Aaron Laberge**
**62 Lyon Rd**
**Burlington, CT 06013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$242.00      $242.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.17** Priority creditor's name and mailing address

**Aaron Lothrop**
**52167 Se 8th Street**
**Scappoose, OR 97056**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$314.00      $314.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.18** Priority creditor's name and mailing address

**Aaron Markowitz**
**3450 Sun River Pl**
**Colorado Springs, CO 80920**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$167.00      $167.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor  **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $148.00 | $148.00 |
|------|---|---|---|---|

**Aaron Martin**
**14 Easy Street**
**Selinsgrove, PA 17870**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (Z)

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
|------|---|---|---|---|

**Aaron Mcdaniel**
**893 Benjamin Pl**
**Kamas, UT 84036**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (Z)

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|------|---|---|---|---|

**Aaron Patterson**
**601 Duval St**
**Key West, FL 33040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (Z)

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|------|---|---|---|---|

**Aaron Presley**
**3931 Prescott Ave**
**Dallas, TX 75219**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (Z)

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.00 | $185.00 |
|---|---|---|---|---|

**Aaron Pugh**
**66-1223 Ko Uka Ln**
**Kamuela, HI 96743**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.00 | $42.00 |
|---|---|---|---|---|

**Aaron Quintana**
**9216 Fox Ridge Ln Se**
**Olympia, WA 98513**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.00 | $70.00 |
|---|---|---|---|---|

**Aaron Rapoport**
**5303 Westminster Dr**
**Austin, TX 78723**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |
|---|---|---|---|---|

**Aaron Smith**
**204 S Amberwood St**
**Orange, CA 92869**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (*if known*) | |
| | Name | | | |

---

**2.27** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00

**Aaron Starr**
**6700 Paradise Rd Ste A2**
**Las Vegas, NV 89119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.28** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00

**Aaron Ziomek**
**18132 Westgate**
**Overland Park, KS 66013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.29** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $625.00 | $625.00

**Aashish Vyas**
**12896 Mayfair Dr**
**Lemont, IL 60439**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.30** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $255.00 | $255.00

**Abby Dunivan**
**100 NE Loop 410 Ste 300**
**Attn John Dunivan**
**San Antonio, TX 78216**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| | | | |
|---|---|---|---|
| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $289.00    $289.00 |

**2.31** Priority creditor's name and mailing address
**Abdul Rehman**
**555 Universal Hollywood Dr**
**Banquet Department ( Hilton)**
**Universal City, CA 91608**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$289.00    $289.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.32** Priority creditor's name and mailing address
**Abdulrhman Yaghi**
**2218 Durham St, Tampa, Fl 33605**
**Tampa, FL 33605**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$57.00    $57.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.33** Priority creditor's name and mailing address
**Abel Sanchez**
**2529 47th St Apt 1**
**Astoria, NY 11103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$100.00    $100.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.34** Priority creditor's name and mailing address
**Abel Tamayo**
**2333 Brickell Ave Apt 703**
**Miami, FL 33129**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$28.00    $28.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.** _____    Case number *(if known)* _____
Name

| 2.35 | Priority creditor's name and mailing address **Abhijit Adhye** **1123 Wyatt Avenue** **Napa, CA 94559** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $94.00 | $94.00 |

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.36 | Priority creditor's name and mailing address **Abhinav Shrivastava** **8010 Blair Mill Way** **Apt 1412e** **Silver Spring, MD 20910** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $75.00 | $75.00 |

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.37 | Priority creditor's name and mailing address **Abigail Bickel** **231 3rd St Apt H** **Jersey City, NJ 07302** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $50.00 | $50.00 |

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.38 | Priority creditor's name and mailing address **Abigail Khaishgi** **45 Tudor City Pl Apt 1919** **New York, NY 10017** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $66.00 | $66.00 |

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (*if known*) _____
_____
Name

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.00 | $89.00 |

**2.39**

Priority creditor's name and mailing address
**Abrams Jonathan**
**2522 SW Danbury Ln**
**Palm City, FL 34990**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$89.00    $89.00

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.40**

Priority creditor's name and mailing address
**Ada Piper**
**2005 Tradd Ct**
**Raleigh, NC 27607**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,394.00    $2,394.00

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.41**

Priority creditor's name and mailing address
**Adam Andre**
**5 Ridgway Ct Ste A**
**Elkhorn, WI 53121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$149.00    $149.00

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.42**

Priority creditor's name and mailing address
**Adam Anthony**
**48 Franklin St**
**Augusta, ME 04330**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$104.00    $104.00

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $674.00 | $674.00 |
|---|---|---|---|---|

**Adam Berneking**
**4984 Blackhawk Trail Ct**
**Bettendorf, IA 52722**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $425.00 | $425.00 |
|---|---|---|---|---|

**Adam Bignell**
**17195 West 12 Mile Rd**
**Southfield, MI 48076**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Adam Boben**
**1457 N Halsted St Apt 601**
**Chicago, IL 60642**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $228.00 | $228.00 |
|---|---|---|---|---|

**Adam Broussard**
**1131 Terpsichore Street**
**New Orleans, LA 70130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                              Case number *(if known)* _____
           Name

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $198.00 | $198.00 |
| | **Adam Brown** | *Check all that apply.* | | |
| | **15 Rambling Brook Rd** | ☐ Contingent | | |
| | **Chappaqua, NY 10514** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $337.00 | $337.00 |
| | **Adam Cerutti** | *Check all that apply.* | | |
| | **1760 Oakdell Dr** | ☐ Contingent | | |
| | **Menlo Park, CA 94025** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
| | **Adam Clark** | *Check all that apply.* | | |
| | **8433 Earhart Rd** | ☐ Contingent | | |
| | **Signature Flight Support** | ☐ Unliquidated | | |
| | **Oakland, CA 94621** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $135.00 | $135.00 |
| | **Adam Dapron** | *Check all that apply.* | | |
| | **2002 Sandy Lake Dr** | ☐ Contingent | | |
| | **Friendswood, TX 77546** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

Debtor  **Phoeno Wine Company, Inc.**                                    Case number (if known) _____

Name

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $102.00 | $102.00 |
|------|---|---|---|---|

**Adam Dibble**
**32405 S River Rd**
**Harrison Township, MI 48045**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $201.00 | $201.00 |
|------|---|---|---|---|

**Adam Doolittle**
**433 E 115th St Apt 5c**
**New York, NY 10029**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,833.00 | $1,833.00 |
|------|---|---|---|---|

**Adam Eggert**
**356 Cotton Field Rd**
**Indian Land, SC 29707**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.00 | $26.00 |
|------|---|---|---|---|

**Adam Feldman**
**2828 N Central Ave Ste 1203**
**Phoenix, AZ 85004**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor   **Phoeno Wine Company, Inc.**

Name                                                              Case number *(if known)*

---

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.00 | $21.00 |

**Adam Fields**
**225 West 106th St**
**3b**
**New York, NY 10025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.00 | $62.00 |

**Adam Fought**
**2700 S Mill Ave**
**Tempe, AZ 85282**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $122.00 | $122.00 |

**Adam Goldsberry**
**3727 Mcdonald Ave**
**Saint Louis, MO 63116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $186.00 | $186.00 |

**Adam Grutzmacher**
**1220 Gladwyne Dr**
**Gladwyne, PA 19035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
          Name

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $155.00 | $155.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Adam Guerriero**
**949 S M 66**
**East Jordan, MI 49727**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$155.00    $155.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Priority creditor's name and mailing address
**Adam Gutman**
**2435 Coon Club Road**
**Westminster, MD 21157**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,011.00    $3,350.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

2.60

---

Priority creditor's name and mailing address
**Adam Hill**
**1489 Gorman Road**
**Waycross, GA 31503**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$146.00    $146.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

2.61

---

Priority creditor's name and mailing address
**Adam Hinton**
**10318 Scioto Darby Rd.**
**Orient, OH 43146**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$204.00    $204.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

2.62

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | | | |
|---|---|---|---|---|

**2.63** | Priority creditor's name and mailing address
**Adam Kelley**
**6372 Indies Ave**
**Naples, FL 34113**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$818.00**   **$818.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.64** | Priority creditor's name and mailing address
**Adam Kinsey**
**1008 Brookwood Dr**
**Mechanicsburg, PA 17055**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$342.00**   **$342.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.65** | Priority creditor's name and mailing address
**Adam Kirsch**
**2422 N Park Ave**
**Indianapolis, IN 46205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$154.00**   **$154.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.66** | Priority creditor's name and mailing address
**Adam Kotun**
**104 Colonial Way**
**Aliquippa, PA 15001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$307.00**   **$307.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                          Case number (if known)

Name

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $266.00 | $266.00 |
|------|-----------------------------------------------|-----------------------------------------------|---------|---------|

**Adam Kupec**
**479 Shadywood Dr**
**Pittsburgh, PA 15235**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | | $78.00 | $78.00 |

**Adam Mcgraw**
**154 Cooper Rd Ste 1201**
**West Berlin, NJ 08091**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | | $26.00 | $26.00 |

**Adam Mintz**
**3916 Ballina Canyon Road**
**Encino, CA 91436**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | | $84.00 | $84.00 |

**Adam Potter**
**2117 Buffalo Rd**
**Ups Store**
**Rochester, NY 14624**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

Debtor  **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
          Name

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.00 | $68.00 |

**Adam Roth**
**823 Summit Rd**
**Penn Valley, PA 19072**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $285.00 | $285.00 |

**Adam Stein**
**1007 E. St. Maartens Drive**
**Saint Joseph, MO 64506**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $394.00 | $394.00 |

**Adam Vaughn**
**340 East 74th St**
**5f**
**New York, NY 10021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |

**Adam Weber**
**1320 N. 165th Ave.**
**Omaha, NE 68130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.75** | Priority creditor's name and mailing address
**Adam Womack**
**2300 Elliott Ave Apt 201**
**Seattle, WA 98121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$30.00    $30.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.76** | Priority creditor's name and mailing address
**Adam Zagotti**
**69 Westminster**
**Apt 37**
**Youngstown, OH 44515**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$29.00    $29.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.77** | Priority creditor's name and mailing address
**Addie Finch**
**1202 Shadow Way**
**Greenville, SC 29615**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$176.00    $176.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.78** | Priority creditor's name and mailing address
**Addison Reis**
**967 Shipmaster Ave**
**Myrtle Beach, SC 29579**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$35.00    $35.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (*if known*) _____

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.00 | $31.00 |
|---|---|---|---|---|

**Adela Quinones**
**28 Fox Run, Caldwell, Nj, Usa**
**North Caldwell, NJ 07006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $173.00 | $173.00 |
|---|---|---|---|---|

**Adelia Gram**
**380h Knollwood St**
**406**
**Winston-Salem, NC 27103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.00 | $72.00 |
|---|---|---|---|---|

**Adri  n Robles**
**611 Ponte Vedra Lakes Blvd Apt**
**2705**
**Ponte Vedra Beach, FL 32082**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.00 | $49.00 |
|---|---|---|---|---|

**Adrian Abarca**
**39725 Picasso Court**
**Indio, CA 92203**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**                                   Case number (*if known*) _____
_____
Name

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

2.83  Priority creditor's name and mailing address  
**Adrian Farren**  
**162 E 23rd St Apt 3c**  
**New York, NY 10010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$20.00    $20.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

2.84  Priority creditor's name and mailing address  
**Adrian Roup**  
**801 Idaho Ave**  
**Apt 8**  
**Santa Monica, CA 90403**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$156.00    $156.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

2.85  Priority creditor's name and mailing address  
**Adrian Traylor**  
**909 E 161st Pl**  
**South Holland, IL 60473**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$30.00    $30.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

2.86  Priority creditor's name and mailing address  
**Adriana Audino**  
**412 River Rd**  
**East Hanover, NJ 07936**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$21.00    $21.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**2.87** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17.00 | $17.00

**Adriana Kordes**
**14 W Superior St Apt 1408**
**Chicago, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.88** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55.00 | $55.00

**Agnes King**
**Pobox 3793**
**Landers, CA 92285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.89** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $96.00 | $96.00

**Ahymara Cabrera**
**6600 SW 85th St**
**Miami, FL 33143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.90** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $78.00 | $78.00

**Aida Fikre**
**5205 Colorado Ave Nw**
**Washington, DC 20011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $76.00 | $76.00 |

**Aileen Brennan**
**138-162 Martin Luther King Jr Blvd**
**Apt 1**
**Newark, NJ 07104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $604.00 | $604.00 |

**Aimee Mcdaniel**
**698 Rushing Creek Pl**
**Thousand Oaks, CA 91360**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $256.00 | $256.00 |

**Aimee Stpierre**
**830 Tarrant Dr**
**Fontana, WI 53125**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |

**Aj Fawver**
**6813 67th St**
**Lubbock, TX 79424**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $144.00 | $144.00 |
|---|---|---|---|---|

**Aj Hennessy**
**7250 Redwood Blvd Ste 200**
**Novato, CA 94945**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |
|---|---|---|---|---|

**Aj Resnick**
**828 8th St**
**Lake Oswego, OR 97034**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $173.00 | $173.00 |
|---|---|---|---|---|

**Aj Sarcione**
**401 Marigold Ct**
**Granbury, TX 76049**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |
|---|---|---|---|---|

**Ajay Singh**
**7317e Parkwood Cir Apt E**
**Dublin, CA 94568**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $181.00 | $181.00 |

**Akiko Thayer**
**4305 Vista Kelly Oaks Ct**
**Concord, CA 94518**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.00 | $15.00 |

**Aksel Olsen**
**321 Vassar Ave**
**Kensington, CA 94708**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |

**Al Davis**
**1502 Scotts Lndg**
**Morehead City, NC 28557**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |

**Al Drewke**
**13809 Serra Oaks Court**
**Saratoga, CA 95070**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.103 | Priority creditor's name and mailing address **Al Gonzales** **151 S Iris Ave** **Covina, CA 91722** | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | $527.00 | $527.00 |
|---|---|---|---|---|

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.104 | Priority creditor's name and mailing address **Alain Cousin** **750 Alma Ln # 100-4261** **Foster City, CA 94404** | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,259.00 | $1,259.00 |
|---|---|---|---|---|

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.105 | Priority creditor's name and mailing address **Alaina Percival** **406 9th St NE** **Atlanta, GA 30309** | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | $90.00 | $90.00 |
|---|---|---|---|---|

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.106 | Priority creditor's name and mailing address **Alak Chakravorty** **5025 S. Woodlawn Ave #3** **Chicago, IL 60615** | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,198.00 | $1,198.00 |
|---|---|---|---|---|

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.00 | $87.00 |
|---|---|---|---|---|

**Alan Batchelder**
**8967 Woodward Rd**
**Marshall, VA 20115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Alan Cheung**
**88a Myrtle Ave**
**Edgewater, NJ 07020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $621.00 | $621.00 |
|---|---|---|---|---|

**Alan Cseresznyak**
**624 E Walnut St Apt 310**
**Indianapolis, IN 46204**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |
|---|---|---|---|---|

**Alan Factor**
**1601 S Canal St**
**Devon Wine Storage**
**Chicago, IL 60616**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name                                                                    Case number *(if known)*

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $153.00 | $153.00 |
|---|---|---|---|---|

**Alan Fonner**
**20 Barrington Cir**
**Gordonville, TX 76245**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |
|---|---|---|---|---|

**Alan Guzzi**
**155 Perry Ln**
**Stratford, CT 06614**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,730.00 | $2,730.00 |
|---|---|---|---|---|

**Alan Haase**
**9241 Silver Pine Dr**
**South Lyon, MI 48178**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.00 | $52.00 |
|---|---|---|---|---|

**Alan Katz**
**545 W End Ave Apt 2ef**
**New York, NY 10024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**                                          Case number (if known) _____
　　　　　Name

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.00 | $21.00 |
|---|---|---|---|---|

**Alan Koenigsberg**
**682 Jennie Ct.**
**Lafayette, CA 94549**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.00 | $22.00 |
|---|---|---|---|---|

**Alan Krechman**
**1009 Elkgrove Ave Apt 2**
**Venice, CA 90291**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.00 | $13.00 |
|---|---|---|---|---|

**Alan Mathewson**
**366 Driftwood Terrace Max Art**
**Boca, FL 33431**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $168.00 | $168.00 |
|---|---|---|---|---|

**Alan Oneal**
**1526 51st Ave E**
**Ellenton, FL 34222**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.119 | Priority creditor's name and mailing address<br>**Alan Page**<br>**541 Se Croston Ln**<br>**Issaquah, WA 98027** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $643.00 | $643.00 |

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.120 | Priority creditor's name and mailing address<br>**Alan Platt**<br>**1301 Amanda Dr**<br>**Weddington, NC 28104** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $48.00 | $48.00 |

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.121 | Priority creditor's name and mailing address<br>**Alan Riley**<br>**4905 Lakeway Drive**<br>**C/O Statacorp**<br>**College Station, TX 77845** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $24.00 | $24.00 |

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.122 | Priority creditor's name and mailing address<br>**Alan Vaughan**<br>**5518 Cheltenham Dr**<br>**Houston, TX 77096** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $150.00 | $150.00 |

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.00 | $87.00 |
|---|---|---|---|---|

**Alan Wilson
916 Little Star Drive
Reno, NV 89511**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.00 | $17.00 |
|---|---|---|---|---|

**Alana Kulp
107 Crooked Ln
Gilbertsville, PA 19525**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |
|---|---|---|---|---|

**Alana Nunes
3233 Tennyson St
San Diego, CA 92106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.00 | $52.00 |
|---|---|---|---|---|

**Alanna Smith
2826 Country Oaks Dr
Layton, UT 84040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | | | |
|---|---|---|---|
| 2.127 | Priority creditor's name and mailing address<br>**Alasdair Greig**<br>**254 W Merill Ave**<br>**Gilbert, AZ 85233** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $687.00    $687.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.128 | Priority creditor's name and mailing address<br>**Alaska Department of Revenue -**<br>**Tax Divis**<br>**550 W. Seventh Ave., Suite 500**<br>**Anchorage, AK 99501-3555** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00    $0.00 |

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.129 | Priority creditor's name and mailing address<br>**Albert Ascarate**<br>**3857 Stoney Brook Cir**<br>**Las Cruces, NM 88005** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $34.00    $34.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.130 | Priority creditor's name and mailing address<br>**Albert Harlow**<br>**609 W 137th St Apt 43**<br>**New York, NY 10031** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $330.00    $330.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor    **Phoeno Wine Company, Inc.**                                          Case number *(if known)* _____
_____
Name

| | | | |
|---|---|---|---|
| 2.131 | Priority creditor's name and mailing address<br>**Albert Medrano-Lopez**<br>**2930 48th Dr E**<br>**Bradenton, FL 34203** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $40.00    $40.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.132 | Priority creditor's name and mailing address<br>**Albert Provenzano**<br>**8655 Flying B Way Unit 6203**<br>**Highlands Ranch, CO 80129** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $100.00    $100.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.133 | Priority creditor's name and mailing address<br>**Albert Roberson**<br>**1621 Glen Echo Rd**<br>**Nashville, TN 37215** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $176.00    $176.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.134 | Priority creditor's name and mailing address<br>**Albert Stidham**<br>**192 Winding Glen Dr Nw**<br>**Cleveland, TN 37312** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $64.00    $64.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.00 | $21.00 |

**Alberto Capone**
**45823 190th Street, East**
**Lancaster, CA 93535**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $479.00 | $479.00 |

**Alec Losh**
**5854 N Markham Ave**
**Chicago, IL 60646**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $275.00 | $275.00 |

**Alejandro Ayestaran**
**494 Joost Ave**
**San Francisco, CA 94127**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.00 | $48.00 |

**Alejandro Novilloastrada**
**120 Equestrian Way**
**Carbondale, CO 81623**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**    Case number *(if known)* _____
_____
Name

| | | | |
|---|---|---|---|
| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00    $19.00 |

**2.139** | Priority creditor's name and mailing address

**Aleksandr Surovets**
**9740 Hunts Pointe Dr**
**Alpharetta, GA 30022**

As of the petition filing date, the claim is:    **$19.00    $19.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

**2.140** | Priority creditor's name and mailing address

**Alessandro Metta**
**474 Halsey St Apt 1**
**Brooklyn, NY 11233**

As of the petition filing date, the claim is:    **$406.00    $406.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

**2.141** | Priority creditor's name and mailing address

**Alex Baron**
**2081 Meeting St**
**Wayzata, MN 55391**

As of the petition filing date, the claim is:    **$164.00    $164.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

**2.142** | Priority creditor's name and mailing address

**Alex Bennett**
**10536 Bannan Street**
**Orlando, FL 32832**

As of the petition filing date, the claim is:    **$25.00    $25.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $730.00 | $730.00 |
|---|---|---|---|---|

**Alex Blochtein**
**3991 Sarno Road, Melbourne, Fl,**
**Usa**
**Melbourne, FL 32934**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $82.00 | $82.00 |
|---|---|---|---|---|

**Alex Czurylo**
**805 Lake St # 211**
**Oak Park, IL 60301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |
|---|---|---|---|---|

**Alex Delgado**
**11926 South Inglewood Avenue**
**Hawthorne, CA 90250**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.00 | $112.00 |
|---|---|---|---|---|

**Alex Gomez**
**7004 Boulevard E Apt 37d**
**Guttenberg, NJ 07093**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor  **Phoeno Wine Company, Inc.**                              Case number *(if known)* _____
_____
Name

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $457.00 | $457.00 |

**Alex Gordon**
**1013 Harding Street**
**Westfield, NJ 07090**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.00 | $185.00 |

**Alex Hanna**
**1908 Delaware Avenue**
**Wilmington, DE 19806**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.00 | $98.00 |

**Alex Haynes**
**657 Northbridge Dr**
**Carbondale, CO 81623**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $130.00 | $130.00 |

**Alex Leonard**
**340 E 20th St**
**A1**
**Costa Mesa, CA 92627**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
          _____
          Name

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $289.00 | $289.00 |

**Alex Leonard**
**55 Lochinvar Rd.**
**San Rafael, CA 94901**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                          Basis for the claim:
_____                                 **Deficit Customer**

Last 4 digits of account number                          Is the claim subject to offset?
Specify Code subsection of PRIORITY                       ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)                   ☐ Yes

| 2.152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.00 | $31.00 |

**Alex Magalyuk**
**14301 NE 106th St**
**Vancouver, WA 98682**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                          Basis for the claim:
_____                                 **Deficit Customer**

Last 4 digits of account number                          Is the claim subject to offset?
Specify Code subsection of PRIORITY                       ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)                   ☐ Yes

| 2.153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Alex Nguyen**
**15234 Calandra Lark Ln 77429**
**Cypress, TX 77429**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                          Basis for the claim:
_____                                 **Deficit Customer**

Last 4 digits of account number                          Is the claim subject to offset?
Specify Code subsection of PRIORITY                       ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)                   ☐ Yes

| 2.154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $156.00 | $156.00 |

**Alex Nollmann**
**13850 W Hillsborough Ave**
**Unit 333**
**Tampa, FL 33635**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                          Basis for the claim:
_____                                 **Deficit Customer**

Last 4 digits of account number                          Is the claim subject to offset?
Specify Code subsection of PRIORITY                       ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)                   ☐ Yes

Debtor **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| | | | |
|---|---|---|---|
| 2.155 | Priority creditor's name and mailing address<br>**Alex Ovalle**<br>**8726 Wonderland Park Ave**<br>**Los Angeles, CA 90046** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,343.00    $2,343.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (_7_) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.156 | Priority creditor's name and mailing address<br>**Alex Pire**<br>**25 Revere St Apt 3**<br>**Boston, MA 02114** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $30.00    $30.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (_7_) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.157 | Priority creditor's name and mailing address<br>**Alex R.Co**<br>**575 E Fernfield Drive**<br>**Monterey Park, CA 91755** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $118.00    $118.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (_7_) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.158 | Priority creditor's name and mailing address<br>**Alex Siebold**<br>**315 E Pioneer Trl**<br>**Aurora, OH 44202** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $270.00    $270.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (_7_) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |

**Alex Smith**
**116 N Gardner St**
**Los Angeles, CA 90036**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |

**Alex Villanueva**
**350 South Miami Avenue**
**Unit 2601**
**Miami, FL 33130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $122.00 | $122.00 |

**Alex Walling**
**215 N Aberdeen St Unit 303b**
**Chicago, IL 60607**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**Alex Wnorowski**
**3c Brookline Ct**
**Princeton, NJ 08540**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

Debtor  **Phoeno Wine Company, Inc.**
_____  Case number (*if known*) _____
Name

| | | |
|---|---|---|
| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.163**

Priority creditor's name and mailing address
**Alex Ye**
**201 Goldmine Lane**
**Old Bridge, NJ 08857**

As of the petition filing date, the claim is:  $50.00  $50.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.164**

Priority creditor's name and mailing address
**Alex Zaddach**
**2680 N Moreland Blvd Apt 608**
**Cleveland, OH 44120**

As of the petition filing date, the claim is:  $16.00  $16.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.165**

Priority creditor's name and mailing address
**Alexa Ward**
**514 W 26th St Apt 404**
**San Pedro, CA 90731**

As of the petition filing date, the claim is:  $1,016.00  $1,016.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.166**

Priority creditor's name and mailing address
**Alexander Andrus**
**3516 9th St S**
**Arlington, VA 22204**

As of the petition filing date, the claim is:  $195.00  $195.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 2.167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |

**Alexander Benitt**
**37 Seaside Drive**
**Port Jefferson, NY 11777**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |

**Alexander Carter**
**6300 Hixson Pike**
**Hixson, TN 37343**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**Alexander Kauth**
**9905 W January Dr**
**Cheney, WA 99004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.00 | $160.00 |

**Alexander Lee**
**The Blue Fish Corp**
**3402 Century Circle**
**Irving, TX 75062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
    Name

| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $641.00 | $641.00 |
|---|---|---|---|---|

**2.171** Priority creditor's name and mailing address

**Alexander Miner**
**3823 Church Hill Ln**
**Maiden, NC 28650**

As of the petition filing date, the claim is: **$641.00**  **$641.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.172** Priority creditor's name and mailing address

**Alexander Samia**
**3275 Maxroy St**
**Houston, TX 77008**

As of the petition filing date, the claim is: **$164.00**  **$164.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.173** Priority creditor's name and mailing address

**Alexander Smith**
**909 Bannock St Apt 728**
**Denver, CO 80204**

As of the petition filing date, the claim is: **$28.00**  **$28.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.174** Priority creditor's name and mailing address

**Alexander Thalassinos**
**427 E 12th St Apt 2b**
**New York, NY 10009**

As of the petition filing date, the claim is: **$305.00**  **$305.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $128.00 | $128.00 |
|---|---|---|---|---|

**Alexandra Arguelles**
**3470 Nw 82nd Ave**
**Ste 1000**
**Doral, FL 33122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.00 | $87.00 |
|---|---|---|---|---|

**Alexandra Collins**
**1161 Tiki Ln**
**Tustin, CA 92780**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**Alexandra Davis**
**11260 N 92nd St #2020**
**Apt, Suite, Floor, Etc.**
**Scottsdale, AZ 85260**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.00 | $37.00 |
|---|---|---|---|---|

**Alexandra Lawer**
**832 The Parkway**
**Mamaroneck, NY 10543**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**    Case number (if known) _____
_____
Name

| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $463.00 | $463.00 |

**Alexandra Wich**
**2355 Ski Time Square Dr**
**C/O Christie Club**
**Steamboat Springs, CO 80487**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.180 | Priority creditor's name and mailing address | | $64.00 | $64.00 |

**Alexandre Sluijter**
**514 Main St Apt 402**
**Buffalo, NY 14202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.181 | Priority creditor's name and mailing address | | $758.00 | $758.00 |

**Alexandria Gerrity**
**1120 16th Ave N**
**St Petersburg, FL 33704**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.182 | Priority creditor's name and mailing address | | $87.00 | $87.00 |

**Alexi Zemsky**
**9038 SW West Haven Dr**
**Portland, OR 97225**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor   **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
         _____
         Name

| | | | | |
|---|---|---|---|---|
| 2.183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $525.00 | $525.00 |
| | **Alexia Johnson** | Check all that apply. | | |
| | **6012 Ridgeway Drive** | ☐ Contingent | | |
| | **Woodridge, IL 60517** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred _____    Basis for the claim:
                                                    **Deficit Customer**

Last 4 digits of account number _____    Is the claim subject to offset?
Specify Code subsection of PRIORITY        ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $147.00 | $147.00 |
| | **Alexis Sepulveda** | Check all that apply. | | |
| | **721 N 94th St** | ☐ Contingent | | |
| | **Seattle, WA 98103** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred _____    Basis for the claim:
                                                    **Deficit Customer**

Last 4 digits of account number _____    Is the claim subject to offset?
Specify Code subsection of PRIORITY        ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
| | **Alexis Shepherd** | Check all that apply. | | |
| | **2164 NE 123rd St** | ☐ Contingent | | |
| | **North Miami, FL 33181** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred _____    Basis for the claim:
                                                    **Deficit Customer**

Last 4 digits of account number _____    Is the claim subject to offset?
Specify Code subsection of PRIORITY        ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.00 | $62.00 |
| | **Alfred Poor** | Check all that apply. | | |
| | **24 S Mountain Ave** | ☐ Contingent | | |
| | **Montclair, NJ 07042** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred _____    Basis for the claim:
                                                    **Deficit Customer**

Last 4 digits of account number _____    Is the claim subject to offset?
Specify Code subsection of PRIORITY        ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                    Case number *(if known)* _____
_____
            Name

| 2.187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $308.00 | $308.00 |

Priority creditor's name and mailing address
**Alfred Yates**
**2145 Keltonshire Ave.**
**Columbus, OH 43229**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.188 | | | $50.00 | $50.00 |

Priority creditor's name and mailing address
**Alfredo Machado**
**11111 Biscayne Blvd Apt 2101**
**Miami, FL 33181**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.189 | | | $559.00 | $559.00 |

Priority creditor's name and mailing address
**Ali Javaheri**
**30 Rolling Rock Ct**
**Saint Louis, MO 63124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.190 | | | $25.00 | $25.00 |

Priority creditor's name and mailing address
**Alice Lin**
**845 Victoria Ave**
**Venice, CA 90291**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |
|---|---|---|---|---|

**Alice Montague**
**123 NE 2nd St Apt 145**
**Oklahoma City, OK 73104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|

**Alice Price**
**2218 Leyna Dr.**
**Dunlap, IL 61525**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $633.00 | $633.00 |
|---|---|---|---|---|

**Alicia Conlon**
**11343 Birch Island Road**
**East Gull Lake, MN 56401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $96.00 | $96.00 |
|---|---|---|---|---|

**Alicia Miller**
**7212 Derby Downs Dr**
**Austin, TX 78747**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**2.195** | Priority creditor's name and mailing address
**Alicia Morrell**
**1762 13th St**
**Los Osos, CA 93402**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$65.00**    **$65.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.196** | Priority creditor's name and mailing address
**Alicia Sauerwein**
**41090 Cour Citran**
**Temecula, CA 92591**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$28.00**    **$28.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.197** | Priority creditor's name and mailing address
**Alicia Sierra**
**3110 Thomas Ave Apt 701**
**Dallas, TX 75204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$29.00**    **$29.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.198** | Priority creditor's name and mailing address
**Alicia Valdez**
**11512 Clairmont View Ter**
**Wheaton, MD 20902**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$58.00**    **$58.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.199** | Priority creditor's name and mailing address

**Alicja Mccrudden**
**21 Club Rd**
**Sea Cliff, NY 11579**

As of the petition filing date, the claim is: $25.00    $25.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.200** | Priority creditor's name and mailing address

**Alisa Ann**
**3958 Gaster Ave**
**North Las Vegas, NV 89081**

As of the petition filing date, the claim is: $64.00    $64.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.201** | Priority creditor's name and mailing address

**Alisa Artigas**
**402 Ash St**
**Sebastian, FL 32958**

As of the petition filing date, the claim is: $63.00    $63.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.202** | Priority creditor's name and mailing address

**Alison Hejna**
**542 S SWidler Pl**
**Orange, CA 92869**

As of the petition filing date, the claim is: $129.00    $129.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                    Case number (*if known*) _____
_____
Name

| 2.203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $91.00 | $91.00 |

**Alison Ruggieri**
**835 Saint Andrews Rd**
**Statesville, NC 28625**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |

**Alison Weinstock**
**11 Lake Cherokee Dr**
**Randolph, NJ 07869**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,097.00 | $1,097.00 |

**Alissa Fourkas**
**1141 Lighthouse Ave Apt 232**
**Pacific Grove, CA 93950**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $654.00 | $654.00 |

**Alistaire Davidson**
**5324 Quail Run**
**Frisco, TX 75034**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

| 2.207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |

**Alket Bajraktari**
**414 Midland Ave Apt 3**
**Garfield, NJ 07026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.208 | Priority creditor's name and mailing address | | $36.00 | $36.00 |

**Alla Klymenko**
**7230 34th St E**
**Sarasota, FL 34243**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.209 | Priority creditor's name and mailing address | | $27.00 | $27.00 |

**Allan Borgersen**
**1 Trump National Blvd**
**Colts Neck, NJ 07722**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.210 | Priority creditor's name and mailing address | | $54.00 | $54.00 |

**Allan Burnworth**
**2960 Old Path Rd**
**Blacklick, OH 43004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor    **Phoeno Wine Company, Inc.**    Case number (if known) _____
_____
Name

| 2.211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$67.00** | **$67.00** |
|---|---|---|---|---|

**Allan Chua**
**3613 Card Street**
**Charlotte, NC 28205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.212 | Priority creditor's name and mailing address | | **$28.00** | **$28.00** |
|---|---|---|---|---|

**Allan Creamer**
**9310 Chesapeake Ave # 162**
**North Beach, MD 20714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.213 | Priority creditor's name and mailing address | | **$7,154.00** | **$3,350.00** |
|---|---|---|---|---|

**Allan Foster**
**1885 N 15th Ct**
**Washougal, WA 98671**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.214 | Priority creditor's name and mailing address | | **$844.00** | **$844.00** |
|---|---|---|---|---|

**Allan Hersh**
**23 Fernwood Rd**
**Summit, NJ 07901**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

| | | |
|---|---|---|
| 2.215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**2.215** Priority creditor's name and mailing address
**Allan Mulvin**
**6877 Summerset Ave**
**Firestone, CO 80504**

As of the petition filing date, the claim is: $29.00  $29.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.216** Priority creditor's name and mailing address
**Allan Ridings**
**12278 Bridgewater Way**
**Seal Beach, CA 90740**

As of the petition filing date, the claim is: $120.00  $120.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.217** Priority creditor's name and mailing address
**Allen Coleman**
**1255 Beacon Cir**
**Wellington, FL 33414**

As of the petition filing date, the claim is: $50.00  $50.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.218** Priority creditor's name and mailing address
**Allen Harden**
**610 Pheasant Ave**
**Longwood, FL 32750**

As of the petition filing date, the claim is: $1,501.00  $1,501.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**
_____ Case number (if known) _____
Name

| | | |
|---|---|---|
| 2.219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |

**2.219** | Priority creditor's name and mailing address

**Allen Studebaker**
**32531 N Scottsdale Rd Ste 105**
**Pmb286**
**Scottsdale, AZ 85266**

As of the petition filing date, the claim is: **$35.00** **$35.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.220** | Priority creditor's name and mailing address

**Allie Kelley**
**1 D  ambrosio Way**
**Wenham, MA 01984**

As of the petition filing date, the claim is: **$45.00** **$45.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.221** | Priority creditor's name and mailing address

**Allie Mccleery**
**3125 Evangeline Rd**
**Quincy, IL 62301**

As of the petition filing date, the claim is: **$28.00** **$28.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.222** | Priority creditor's name and mailing address

**Allie Milligan**
**47 Adams Rd**
**Brunswick, ME 04011**

As of the petition filing date, the claim is: **$487.00** **$487.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor   **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

| 2.223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.00 | $22.00 |

**Allison Bradford**
**1900 Mountain Blvd Apt 4**
**Oakland, CA 94611**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.00 | $54.00 |

**Allison Danklesen**
**215 Lakeside Dr**
**Grand Island, NE 68801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.00 | $52.00 |

**Allison Davenport**
**2990 S Tissaw Loop Rd**
**Cornville, AZ 86325**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |

**Allison Farris**
**700 SW Winterwalk Ln**
**Lees Summit, MO 64081**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 2.227 | Priority creditor's name and mailing address<br>**Allison Friedman**<br>**2028 Locust St**<br>**Philadelphia, PA 19103** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$120.00        $120.00

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.228 | Priority creditor's name and mailing address<br>**Allison Gentile**<br>**660 Lippincott Ave**<br>**Moorestown, NJ 08057** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$25.00        $25.00

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.229 | Priority creditor's name and mailing address<br>**Allison Marrow**<br>**5628 Fm 1116**<br>**Gonzales, TX 78629** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$136.00        $136.00

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.230 | Priority creditor's name and mailing address<br>**Allison Mcgowan**<br>**603 Admiral Dr Unit 306**<br>**Annapolis, MD 21401** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$91.00        $91.00

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  **Phoeno Wine Company, Inc.**                                      Case number (*if known*) _____
_____
Name

| 2.231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|

2.231 Priority creditor's name and mailing address

**Allison Roe**
**5008 N Mission Dr**
**St. Joseph, MO 64505**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$19.00    $19.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.232 Priority creditor's name and mailing address

**Allison Rumschik**
**4416 Winding Creek Rd**
**Manlius, NY 13104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$173.00    $173.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.233 Priority creditor's name and mailing address

**Allison Vanwig**
**4435 E Village Rd**
**Long Beach, Ca 90808, CA 90808**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$30.00    $30.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.234 Priority creditor's name and mailing address

**Allison Wuertz**
**300 E 51st St Apt 12b**
**New York, NY 10022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$484.00    $484.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**
Name                                                    Case number (if known)

| 2.235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |

**Ally Altman**
**21 Jefferson Dr**
**Groton, CT 06340**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.236 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.00 | $125.00 |

**Allyn Ayers**
**810 Santiago Street**
**Coral Gables, FL 33134**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.237 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |

**Allyson Adams**
**330 S Phelps Ave**
**Arlington Hts, IL 60004**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.238 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |

**Allyson Mace**
**6158 Westminster Pl**
**Saint Louis, MO 63112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
          Name

| 2.239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.00 | $66.00 |

**Alma Arroyo**
**1720 South Michigan Avenue**
**2610**
**Chicago, FL 60616**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $198.00 | $198.00 |

**Alma Cowley**
**8700 Pershing Dr Unit 1211**
**Playa Del Rey, CA 90293**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $99.00 | $99.00 |

**Almero Gouws**
**7990 Hansen Rd NE**
**Bainbridge Island, WA 98110**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $148.00 | $148.00 |

**Alon Devorah**
**1337 Francisco St**
**San Francisco, CA 94123**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
Name

| 2.243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.00 | $26.00 |
|---|---|---|---|---|

**Alta Basaldua**
**1719 Brookside Pine Ln**
**Kingwood, TX 77345**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |
|---|---|---|---|---|

**Alvaro Gallego**
**424 W Pico Blvd Apt 716**
**Los Angeles, CA 90015**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.00 | $70.00 |
|---|---|---|---|---|

**Alvaro Hernandez**
**3307 Belt Rd**
**Castle Hayne, NC 28429**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Aly Halford**
**1350 Windsong Ln**
**Escondido, CA 92026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Alysa Cantor**
**325 New Moon Trail**
**Boone, NC 28607**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.248 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $316.00 | $316.00 |
|---|---|---|---|---|

**Alyssa Harding**
**837 Pratt St**
**Longmont, CO 80501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.249 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $145.00 | $145.00 |
|---|---|---|---|---|

**Alyssa Howard**
**307 Inverness Way S**
**Unit 304**
**Englewood, CO 80112**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $242.00 | $242.00 |
|---|---|---|---|---|

**Alyssa Kelman**
**176 East 77th Street**
**8d**
**New York, NY 10075**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

| 2.251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $188.00 | $188.00 |
|---|---|---|---|---|

| 2.251 | Priority creditor's name and mailing address<br>**Alyssa Luburich**<br>**8030 N Overhill Ave**<br>**Niles, IL 60714** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $188.00 | $188.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.252 | Priority creditor's name and mailing address<br>**Alyssa Thys**<br>**678 Lexington Ave SW**<br>**Atlanta, GA 30310** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $416.00 | $416.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.253 | Priority creditor's name and mailing address<br>**Amanda Ayers**<br>**773 Whispering Marsh Dr**<br>**Charleston, SC 29412** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20.00 | $20.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.254 | Priority creditor's name and mailing address<br>**Amanda Brimmer**<br>**2853 N Rockwell St**<br>**Chicago, IL 60618** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $60.00 | $60.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

| 2.255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.00 | $48.00 |

**Amanda Dcruz**
**35 Mayapple Rd**
**Stamford, CT 06903**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $273.00 | $273.00 |

**Amanda Falco**
**120 Evergeen Ave**
**Staten Island, NY 10305**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $659.00 | $659.00 |

**Amanda Foster**
**383 E Main St Ste 120**
**Hendersonville, TN 37075**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.00 | $27.00 |

**Amanda Francis**
**1904 Baskinbrook Ct**
**Murfreesboro, TN 37130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.259 | Priority creditor's name and mailing address<br>**Amanda Garvens**<br>**W380n6391 Florence Ln**<br>**Oconomowoc, WI 53066** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **$82.00**  **$82.00**

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| 2.260 | Priority creditor's name and mailing address<br>**Amanda Golden**<br>**2630 Bissonnet**<br>**#3323**<br>**Houston, TX 77005** |

As of the petition filing date, the claim is:  **$35.00**  **$35.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| 2.261 | Priority creditor's name and mailing address<br>**Amanda Goncalves**<br>**6 Cliff Avenue**<br>**Greenwich, CT 06830** |

As of the petition filing date, the claim is:  **$96.00**  **$96.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| 2.262 | Priority creditor's name and mailing address<br>**Amanda Gunn**<br>**3802 Kilbourne Hill Rd**<br>**Columbia, SC 29205** |

As of the petition filing date, the claim is:  **$26.00**  **$26.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**                              Case number (if known) _____
_____
Name

| 2.263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $798.00 | $798.00 |

**2.263**

Priority creditor's name and mailing address
**Amanda Haddaway**
**12509 Legore Bridge Rd.**
**Woodsboro, MD 21798**

As of the petition filing date, the claim is: $798.00   $798.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.264**

Priority creditor's name and mailing address
**Amanda Holm**
**9022 Hunters Pointe Dr**
**Huntersville, NC 28078**

As of the petition filing date, the claim is: $609.00   $609.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.265**

Priority creditor's name and mailing address
**Amanda Kruciak**
**826 Gumnut Grv**
**New Braunfels, TX 78132**

As of the petition filing date, the claim is: $52.00   $52.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.266**

Priority creditor's name and mailing address
**Amanda Litzow**
**311 E 38th St Apt 11b**
**New York, NY 10016**

As of the petition filing date, the claim is: $521.00   $521.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | | | | |
|---|---|---|---|---|
| 2.267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $96.00 | $96.00 |

**Amanda Martinezscott**
**481 W Camino Tunera**
**Sahuarita, AZ 85629**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| | | | | |
|---|---|---|---|---|
| 2.268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.00 | $85.00 |

**Amanda Mccoy**
**295 Maddox St**
**Santa Rosa Beach, FL 32459**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| | | | | |
|---|---|---|---|---|
| 2.269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |

**Amanda Mcguigan**
**2239 Railroad St Apt 220**
**Pittsburgh, PA 15222**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| | | | | |
|---|---|---|---|---|
| 2.270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.00 | $89.00 |

**Amanda Montalbano**
**13730 Goodman**
**Overland Park, KS 66223**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| 2.271 | Priority creditor's name and mailing address<br>**Amanda Oliver**<br>**30315 Chualar Canyon Road**<br>**Chualar, CA 93925** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$62.00** | **$62.00** |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.272 | Priority creditor's name and mailing address<br>**Amanda Palley**<br>**11566 La Maida St**<br>**North Hollywood, CA 91601** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$127.00** | **$127.00** |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.273 | Priority creditor's name and mailing address<br>**Amanda Pendlebury**<br>**139 North Rd**<br>**Epsom, NH 03234** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$56.00** | **$56.00** |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.274 | Priority creditor's name and mailing address<br>**Amanda Setzer**<br>**2356 Liberty Church Rd**<br>**Hickory, NC 28601** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$20.00** | **$20.00** |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                              Case number (if known) _____
_____
Name

| 2.275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $144.00 | $144.00 |

**Amanda Shaw**
**27502 E Benders Landing Blvd**
**Spring, TX 77386**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Amanda Vranovich**
**471 Haverhill Road**
**Pittsburgh, PA 15228**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |

**Amanda Whiteeagle**
**334 E 82nd St Apt 4re**
**New York, NY 10028**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |

**Amandeep Khurana**
**3707 Hillside Ct**
**San Mateo, CA 94403**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | | |
| | Name | | | |

| 2.279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,674.00** | **$1,674.00** |
|---|---|---|---|---|
| | **Amar Chavan** | *Check all that apply.* | | |
| | **9898 Windisch Rd** | ☐ Contingent | | |
| | **West Chester, OH 45069** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$135.00** | **$135.00** |
|---|---|---|---|---|
| | **Amarnath Polepalle** | *Check all that apply.* | | |
| | **9 Mayer Dr** | ☐ Contingent | | |
| | **Middletown, NY 10940** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$703.00** | **$703.00** |
|---|---|---|---|---|
| | **Amber Adams** | *Check all that apply.* | | |
| | **1 Republic Drive** | ☐ Contingent | | |
| | **League City, TX 76708** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$106.00** | **$106.00** |
|---|---|---|---|---|
| | **Amber Anslinger** | *Check all that apply.* | | |
| | **1150 Lincoln Ace** | ☐ Contingent | | |
| | **Evansville, IN 47714** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)* _____

---

| 2.283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.00 | $78.00 |

**Amber Carson**
**13848 Beicegel Creek Rd**
**Grassy Butte, ND 58634**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.284 | Priority creditor's name and mailing address | | $21.00 | $21.00 |

**Amber Condon**
**3200 S Shields Ave**
**Chicago, IL 60616**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.285 | Priority creditor's name and mailing address | | $229.00 | $229.00 |

**Amber Leuer**
**1641 E Mcdowell Rd**
**Phoenix, AZ 85006**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.286 | Priority creditor's name and mailing address | | $20.00 | $20.00 |

**Amber Lukowicz**
**1440 Harding Pl Apt 529**
**Charlotte, NC 28204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.287 | Priority creditor's name and mailing address<br>**Amber Vervalin**<br>**11642 Mediterranean Ct**<br>**Reston, VA 20190** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $581.00    $581.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.288 | Priority creditor's name and mailing address<br>**Amberly Wolber**<br>**3025 Cypress Creek Drive E**<br>**Ponte Vedra Beach, FL 32082** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $66.00    $66.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.289 | Priority creditor's name and mailing address<br>**Ambrose Conroy**<br>**15230 Camanito Maria**<br>**Rancho Santa Fe, CA 92067** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $539.00    $539.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.290 | Priority creditor's name and mailing address<br>**Amelia Dieterich**<br>**2204 Hampton Ct**<br>**Galesburg, IL 61401** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $150.00    $150.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $99.00 | $99.00 |

**Amelia Hatchard**
**1208 Id-31**
**Victor, ID 83455**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.292 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $782.00 | $782.00 |

**Amelia Hatchard**
**1511 Kansas Ave**
**Richmond, VA 23220**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.293 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**Amelia Nichols**
**331 Cleveland St Apt 204**
**Clearwater, FL 33755**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.294 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.00 | $160.00 |

**Amir Nafso**
**36700 Woodward Ave Ste 200**
**Bloomfield Hills, MI 48304**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                      Case number *(if known)* _____
         ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
         Name

| 2.295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.00 | $104.00 |

**Amy Bergette**
**422 Highway 16 N**
**Plentywood, MT 59254**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.00 | $85.00 |

**Amy Bloedorn**
**816 N Catherine Ave**
**La Grange Park, IL 60526**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $158.00 | $158.00 |

**Amy Brierly**
**1429 West Highland Ave**
**Chicago, IL 60660**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.00 | $46.00 |

**Amy Bundy**
**1315 Cumberland Rd**
**Tyler, TX 75703**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $144.00 | $144.00 |

**Amy Caris**
**2133 Desert Pines St**
**Las Vegas, NV 89134**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.00 | $54.00 |

**Amy Chovanec**
**5449 N Oriole Ave**
**Chicago, IL 60656**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.00 | $22.00 |

**Amy Clark**
**1137 W Fanshawe Dr**
**Mebane, NC 27302**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $117.00 | $117.00 |

**Amy Davis**
**3208 Cody Ave**
**Evans, CO 80620**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (*if known*) _____

---

| 2.303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $276.00 | $276.00 |

**Amy Edmonds**
**2 Lance Dr**
**Califon, NJ 07830**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.00 | $160.00 |

**Amy Erickson**
**19116 Clear View Dr**
**Minnetonka, MN 55345**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.00 | $55.00 |

**Amy Evans**
**40 Acorn Hill Road**
**Milton, PA 17847**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |

**Amy Haner**
**1141 Sierra Pines Boulevard**
**Lutz, FL 33558**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.307** | Priority creditor's name and mailing address
**Amy Hurwitz**
**3755 Laurel Canyon Blvd**
**Studio City, CA 91604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$370.00**   **$370.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.308** | Priority creditor's name and mailing address
**Amy Jacko**
**5858 Jonathan Ct**
**Medina, OH 44256**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$90.00**   **$90.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.309** | Priority creditor's name and mailing address
**Amy Johnson**
**327 Waterfowl Road**
**Bluffton, SC 29910**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$780.00**   **$780.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.310** | Priority creditor's name and mailing address
**Amy Loews**
**90 New Salem St**
**Wakefield, MA 01880**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$20.00**   **$20.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

| 2.311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 | $150.00 |

**Amy Matthews**
**902 N Wilcrest Dr**
**Houston, TX 77079**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.312 | Priority creditor's name and mailing address | | $38.00 | $38.00 |

**Amy Mcdermott**
**5036 Irish Ln**
**Fitchburg, WI 53711**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.313 | Priority creditor's name and mailing address | | $33.00 | $33.00 |

**Amy Murray**
**325 Lees Ave**
**Collingswood, NJ 08108**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.314 | Priority creditor's name and mailing address | | $57.00 | $57.00 |

**Amy Owen**
**2119 Sherman Ave**
**Evanston, IL 60201**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor    **Phoeno Wine Company, Inc.**      Case number (if known) _____
_____
Name

| 2.315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $179.00 | $179.00 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|

**2.315**

Priority creditor's name and mailing address

**Amy Poling**
**27 Fieldstone Lane**
**Southington, CT 06489**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$179.00    $179.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.316**

Priority creditor's name and mailing address

**Amy Risius**
**1963 S Warrior Ln**
**Waukee, IA 50263**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$73.00    $73.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.317**

Priority creditor's name and mailing address

**Amy Seiders**
**2314 Stone Bridge Dr**
**Arlington, TX 76006**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$32.00    $32.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.318**

Priority creditor's name and mailing address

**Amy Sojo**
**236 Stephanies Way**
**Fredericksburg, VA 22406**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$28.00    $28.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.319**

Priority creditor's name and mailing address
**Amy Stewart**
**3603 Emily Drive**
**Port Allen, LA 70767**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$34.00     $34.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.320**

Priority creditor's name and mailing address
**Amy Tourond**
**4910 SW 2nd Ave**
**Cape Coral, FL 33914**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$633.00     $633.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.321**

Priority creditor's name and mailing address
**Amy Turner**
**228 Black Rock Ave**
**Bridgeport, CT 06605**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$57.00     $57.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.322**

Priority creditor's name and mailing address
**Amy Wheelus**
**6320 Town Hill Lane**
**Dallas, TX 75214**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$128.00     $128.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

| 2.323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $724.00 | $724.00 |
|---|---|---|---|---|

**Amy Wigner**
**21 Hill Ave**
**Cokeburg, PA 15324**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.324 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.00 | $31.00 |
|---|---|---|---|---|

**Ana Backa**
**196 Little Fox Lane**
**Southbury, CT 06488**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.325 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $126.00 | $126.00 |
|---|---|---|---|---|

**Ana Velazquez**
**2251 39th Ave**
**Apt A**
**San Francisco, CA 94116**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.326 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Anaka Davis**
**4017 Tredwell Pl**
**Beavercreek, OH 45430**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**                                        Case number (if known) _____
_____
Name

| 2.327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $265.00 | $265.00 |
|---|---|---|---|---|

**Anand Chandramohan**
**2619 W Royer Rd**
**Phoenix, AZ 85085**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.328 | Priority creditor's name and mailing address | | $529.00 | $529.00 |
|---|---|---|---|---|

**Anand David**
**200 Park St**
**Montclair, NJ 07042**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.329 | Priority creditor's name and mailing address | | $114.00 | $114.00 |
|---|---|---|---|---|

**Anand Sharma**
**34 N 7th St Apt 3u**
**Brooklyn, NY 11249**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.330 | Priority creditor's name and mailing address | | $73.00 | $73.00 |
|---|---|---|---|---|

**Ananthram Ramesh**
**6319 Wild Heron Way**
**College Grove, TN 37046**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $133.00 | $133.00 |
|---|---|---|---|---|

**Anastasia Shnitser**
**7101 Ridge Ave**
**Coopersburg, PA 18036**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.332 | Priority creditor's name and mailing address | | $251.00 | $251.00 |
|---|---|---|---|---|

**Anastasiya Pyrkh-Hagen**
**4425 Thompson Court**
**Denver, CO 80216**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.333 | Priority creditor's name and mailing address | | $380.00 | $380.00 |
|---|---|---|---|---|

**Anders Franzon**
**16800 Westgate St**
**Overland Park, KS 66221**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.334 | Priority creditor's name and mailing address | | $30.00 | $30.00 |
|---|---|---|---|---|

**Andi Goldston**
**10808 St. Michaels Dr.**
**Dallas, TX 75230**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known)  _____
_____
          Name

| 2.335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $402.00 | $402.00 |

**2.335**  Priority creditor's name and mailing address

**Andre Helfreich**
**1151 Alder Tree Dr**
**Apopka, FL 32703**

As of the petition filing date, the claim is:          $402.00    $402.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.336**  Priority creditor's name and mailing address

**Andre Mantha**
**2501 Pine Knoll Dr**
**Unit 8**
**Walnut Creek, CA 94595**

As of the petition filing date, the claim is:          $35.00    $35.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.337**  Priority creditor's name and mailing address

**Andre Shahrdar**
**1932 Carpenter St**
**Philadelphia, PA 19146**

As of the petition filing date, the claim is:          $106.00    $106.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.338**  Priority creditor's name and mailing address

**Andre Vanier**
**6975 Elaine Way**
**San Diego, CA 92120**

As of the petition filing date, the claim is:          $404.00    $404.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor  **Phoeno Wine Company, Inc.**                                    Case number (if known)  _____

_____
Name

| 2.339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.00 | $330.00 |
|---|---|---|---|---|

**Andrea Bauer**
**303 Kelly Dr Ste 8**
**Peachtree City, GA 30269**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.340 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.00 | $21.00 |
|---|---|---|---|---|

**Andrea Brennan**
**1541 Se Ballantrae Ct**
**Port Saint Lucie, FL 34952**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.341 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,587.00 | $1,587.00 |
|---|---|---|---|---|

**Andrea Buckel**
**29 Ridgeline Way Nw**
**Cartersville, GA 30121**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.342 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $999.00 | $999.00 |
|---|---|---|---|---|

**Andrea Demaioribus**
**10707 New Oregon Road**
**Eden, NY 14057**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 2.343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $105.00 | $105.00 |

**Andrea Ellis**
**5858 Somerset Dr**
**Pensacola, FL 32526**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.344 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.00 | $21.00 |

**Andrea George**
**33 Montview St**
**Uniontown, PA 15401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.345 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $99.00 | $99.00 |

**Andrea Gornall**
**10150 Castleberry Blvd**
**Pensacola, FL 32526**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.346 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.00 | $22.00 |

**Andrea Goshen**
**1549 Easton Road**
**Hellertown, PA 18055**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                            Case number (if known) _____
        Name

| 2.347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.00 | $24.00 |

**Andrea Graylazor**
**19 Kirtland Street**
**Deep River, CT 06417**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.348 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51.00 | $51.00 |

**Andrea Madden**
**14 Edgemar Way**
**Corte Madera, CA 94925**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.349 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |

**Andrea Mizer**
**9210 Flintlock St**
**Anchorage, AK 99507**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.350 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |

**Andrea Orellana**
**435 Leclair Ln**
**Escondido, CA 92026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor  **Phoeno Wine Company, Inc.**                                          Case number (if known)
_____
Name

| 2.351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.00 | $89.00 |
|---|---|---|---|---|

**Andrea Ramunno**
**9 Mill Road**
**Elkins Park, PA 19027**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.352 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.00 | $34.00 |

**Andrea Sieczkarek**
**84 41st Avenue**
**San Mateo, CA 94403**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.353 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**Andrea Vigo**
**4907 Pinewood Ct**
**Midland, MI 48640**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.354 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $641.00 | $641.00 |

**Andrea White**
**18800 6th Ave SW**
**Normandy Park, WA 98166**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
          Name

| 2.355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Andreas Matern**
**53 Thompson Street**
**Dedham, MA 02026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.356 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Andrei Oprisan**
**1200 Washington St Apt 315**
**Boston, MA 02118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.357 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.00 | $24.00 |
|---|---|---|---|---|

**Andres Boullosa**
**5 Londonderry Ln**
**Lincolnshire, IL 60069**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.358 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $377.00 | $377.00 |
|---|---|---|---|---|

**Andres Cano**
**406 E 3rd Ave**
**San Mateo, CA 94401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $79.00 | $79.00 |
|---|---|---|---|---|
| | **Andres Polo**<br>**9745 SW 128th St**<br>**Miami, FL 33176** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.360 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $735.00 | $735.00 |
|---|---|---|---|---|
| | **Andres Ramirez**<br>**1643 Warwick Ave**<br>**Warwick, RI 02889** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.361 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $100.00 | $100.00 |
|---|---|---|---|---|
| | **Andres Rodriguez**<br>**303 NE 61st St.**<br>**Miami, FL 33137** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.362 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $88.00 | $88.00 |
|---|---|---|---|---|
| | **Andres Sanjorge**<br>**11474 SW 100 Ter**<br>**Miami, FL 33176** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Debtor **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

| 2.363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 | $38.00 |
|-------|-----|-----|-----|-----|

2.363 | Priority creditor's name and mailing address
**Andres Wielandt**
**251 Crandon Blvd Apt 1125**
**Key Biscayne, FL 33149**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$38.00    $38.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

2.364 | Priority creditor's name and mailing address
**Andrew Allard**
**1522 Hampton Knoll Dr**
**Akron, OH 44313**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$82.00    $82.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

2.365 | Priority creditor's name and mailing address
**Andrew Barnett**
**223 W Agarita Ave**
**San Antonio, TX 78212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$30.00    $30.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

2.366 | Priority creditor's name and mailing address
**Andrew Bell**
**1912 Garrick Dr**
**Pittsburgh, PA 15235**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$204.00    $204.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                          Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 2.367 | Priority creditor's name and mailing address<br>**Andrew Bender**<br>**608 Ludwig Rd**<br>**Snohomish, WA 98290** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred                              Basis for the claim:
_____                             **Deficit Customer**
                                                            _____

Last 4 digits of account number                             Is the claim subject to offset?
Specify Code subsection of PRIORITY                          ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)                      ☐ Yes

                                                            **$85.00**    **$85.00**

---

| 2.368 | Priority creditor's name and mailing address<br>**Andrew Berg**<br>**248 Thistle Glen Ct**<br>**Stanley, NC 28164** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

Date or dates debt was incurred                              Basis for the claim:
_____                             **Deficit Customer**
                                                            _____

Last 4 digits of account number                             Is the claim subject to offset?
Specify Code subsection of PRIORITY                          ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)                      ☐ Yes

                                                            **$255.00**   **$255.00**

---

| 2.369 | Priority creditor's name and mailing address<br>**Andrew Bonfield**<br>**1715 Terra Bella Drive**<br>**Westlake, TX 76262** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

Date or dates debt was incurred                              Basis for the claim:
_____                             **Deficit Customer**
                                                            _____

Last 4 digits of account number                             Is the claim subject to offset?
Specify Code subsection of PRIORITY                          ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)                      ☐ Yes

                                                            **$496.00**   **$496.00**

---

| 2.370 | Priority creditor's name and mailing address<br>**Andrew Bonichi**<br>**2144 Lasalle St**<br>**Superior, CO 80027** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

Date or dates debt was incurred                              Basis for the claim:
_____                             **Deficit Customer**
                                                            _____

Last 4 digits of account number                             Is the claim subject to offset?
Specify Code subsection of PRIORITY                          ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)                      ☐ Yes

                                                            **$150.00**   **$150.00**

Debtor    **Phoeno Wine Company, Inc.**    Case number (if known) _____
_____
Name

| 2.371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Andrew Browne**
**306 Old Post Rd**
**Cherryville, NC 28021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.372 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $131.00 | $131.00 |
|---|---|---|---|---|

**Andrew Catalan**
**152 Quarry Hill Rd Apt 39**
**South Burlington, VT 05403**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.373 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $178.00 | $178.00 |
|---|---|---|---|---|

**Andrew Collins**
**39e 12th Ave**
**Key West, FL 33040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.374 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $989.00 | $989.00 |
|---|---|---|---|---|

**Andrew Corley**
**3424 Lonesome Spur Cir**
**Wake Forest, NC 27587**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
      Name

Case number (if known) _____

---

**2.375** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00

**Andrew Dorland**
**1219 Elm St**
**El Cerrito, CA 94530**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.376** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.00 | $21.00

**Andrew Farmer**
**5355 NEvada Ave Nw**
**Washington, DC 20015**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.377** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $130.00 | $130.00

**Andrew Ferber**
**20 Dot Calm Dr**
**Otisville, NY 10963**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.378** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00

**Andrew Fink**
**5 Clarkson Farm Dr**
**Chesterfield, MO 63017**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**                                        Case number (if known) _____
_____
Name

| 2.379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Andrew Fischer**
**976 Wexford Dr**
**Lafayette, IN 47905**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.380 | Priority creditor's name and mailing address | | $124.00 | $124.00 |
|---|---|---|---|---|

**Andrew Frankel**
**780 W Lincoln Hwy**
**Exton, PA 19341**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.381 | Priority creditor's name and mailing address | | $827.00 | $827.00 |
|---|---|---|---|---|

**Andrew Friedrich**
**460 Pacheco St**
**San Francisco, CA 94116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.382 | Priority creditor's name and mailing address | | $29.00 | $29.00 |
|---|---|---|---|---|

**Andrew Fritz**
**910 W Madison St Apt 406**
**Chicago, IL 60607**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**      Case number (if known) _____
_____
Name

| 2.383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $885.00 | $885.00 |
|---|---|---|---|---|

**Andrew Frost**
**1 Richmond Street Apt 4092**
**New Brunswick, NJ 08901**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $124.00 | $124.00 |
|---|---|---|---|---|

**Andrew Gannon**
**91 Stanton Farm Rd**
**Bartlett, NH 03812**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $232.00 | $232.00 |
|---|---|---|---|---|

**Andrew Gilbert**
**16743 Sanctuary Dr**
**Winter Garden, FL 34787**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.00 | $54.00 |
|---|---|---|---|---|

**Andrew Gougelmann**
**2513 Maple Ave.**
**Cortlandt Manor, NY 10567**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known)
_____
Name

| 2.387 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $670.00 | $670.00 |

**Andrew Grohowski**
**101 S Military Ave**
**Green Bay, WI 54303**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.388 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.00 | $52.00 |

**Andrew Hemming**
**1905 Forestglade Dr**
**Austin, TX 78745**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.389 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |

**Andrew Heyl**
**23346 Gilmore St**
**West Hills, CA 91307**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.390 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $355.00 | $355.00 |

**Andrew Howard**
**2762 E Lark Ct**
**Gilbert, AZ 85297**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

| 2.391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Andrew Iarussi**
**6055 Rockside Woods Blvd N Ste 100**
**Dalad Construction**
**Independence, OH 44131**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.392 | Priority creditor's name and mailing address | | $50.00 | $50.00 |

**Andrew Iverson**
**3000 N Garfield St**
**Suite 177**
**Midland, TX 79705**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.393 | Priority creditor's name and mailing address | | $662.00 | $662.00 |

**Andrew Jensen**
**6 Elliott Court**
**Pleasant Hill, CA 94523**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.394 | Priority creditor's name and mailing address | | $400.00 | $400.00 |

**Andrew Johnson**
**12462 Arrow Creek Court**
**Colorado Springs, CO 80921**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number (*if known*)

| 2.395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $153.00 | $153.00 |

**Andrew Johnson**
**5132 Rosecrest Drive**
**Pittsburgh, PA 15201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.396 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Andrew Kaden**
**27 Fairhill Rd**
**Westfield, NJ 07090**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.397 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Andrew Kellner**
**234 Boulevard**
**Scarsdale, NY 10583**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.398 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |

**Andrew Killough**
**3724 Hulen St**
**Fort Worth, TX 76107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 2.399 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |
|---|---|---|---|---|

**Andrew Klymenko**
**17080 Watersprite Lakes Rd**
**Boca Raton, FL 33496**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**Andrew Kung**
**37 Knollwood Dr**
**Saratoga Springs, NY 12866**

2.400  Priority creditor's name and mailing address   $466.00  $466.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**Andrew Landis**
**160 Central Park S Rm 601**
**New York, NY 10019**

2.401  Priority creditor's name and mailing address   $52.00  $52.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**Andrew Lewicki**
**19 Dutch St**
**Apt 19e**
**New York, NY 10038**

2.402  Priority creditor's name and mailing address   $64.00  $64.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| 2.403 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.00 | $89.00 |
|---|---|---|---|---|

**Andrew Lohrum**
**94 Henning Dr**
**Orchard Park, NY 14127**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.404 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |
|---|---|---|---|---|

**Andrew Luca**
**87 Fire Hill Rd**
**Redding, CT 06896**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.405 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $116.00 | $116.00 |
|---|---|---|---|---|

**Andrew Magitz**
**6916 E Kings Ave**
**Scottsdale, AZ 85254**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.406 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $149.00 | $149.00 |
|---|---|---|---|---|

**Andrew Mastey**
**253 Point Of Rocks Rd**
**Brewster, MA 02631**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor    **Phoeno Wine Company, Inc.**                                   Case number (if known) _____
         _____
         Name

| 2.407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $245.00 | $245.00 |

Priority creditor's name and mailing address
**Andrew Mcculloch**
**2459 Alma Ave South Lake Tahoe**
**Ca 9**
**South Lake Tahoe, CA 96150**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.408    Priority creditor's name and mailing address
**Andrew Mcculloch**
**2900 Parandor Pl**
**Sarasota, FL 34235**

As of the petition filing date, the claim is:     **$210.00**    **$210.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.409    Priority creditor's name and mailing address
**Andrew Mcdurmon**
**1867 Hidden Holw**
**Beulah, MI 49617**

As of the petition filing date, the claim is:     **$92.00**    **$92.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.410    Priority creditor's name and mailing address
**Andrew Meyer**
**1014 Literary Rd**
**Cleveland, OH 44113**

As of the petition filing date, the claim is:     **$36.00**    **$36.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**                           Case number (if known) _____
_____
Name

| 2.411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |

2.411  Priority creditor's name and mailing address

**Andrew Miller**
**3001 Sheffield Ct**
**Fallston, MD 21047**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$90.00    $90.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.412  Priority creditor's name and mailing address

**Andrew Minoff**
**3486 Hotlam Rd**
**Redding, CA 96002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$178.00    $178.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.413  Priority creditor's name and mailing address

**Andrew Mitchell**
**1 Faulkner Rd**
**North Andover, MA 01845**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$398.00    $398.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.414  Priority creditor's name and mailing address

**Andrew Monaghan**
**5122 Horned Owl Way**
**Parker, CO 80134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$55.00    $55.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known)
_____                    _____
          Name

| 2.415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $172.00 | $172.00 |
|---|---|---|---|---|

**Andrew Moran**
**113 Ridgewood Way**
**Harleysville, PA 19438**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.416 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $875.00 | $875.00 |
|---|---|---|---|---|

**Andrew Olsen**
**10513 Northvale Rd**
**Los Angeles, CA 90064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.417 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Andrew Parker**
**1421 Iris Dr Apt 4312**
**Charlotte, NC 28205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.418 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $916.00 | $916.00 |
|---|---|---|---|---|

**Andrew Patterson**
**1308 Granville Rd**
**Franklin, TN 37064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

| 2.419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,441.00 | $1,441.00 |

**Andrew Priestes**
**13061 Pembroke Dr**
**Naples, FL 34105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.420 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |

**Andrew Provencher**
**11 Paul Jones Dr**
**Brick, NJ 08723**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.421 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $74.00 | $74.00 |

**Andrew Rosen**
**5438 Sale Ave**
**Woodland Hills, CA 91367**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.422 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $91.00 | $91.00 |

**Andrew Rowe**
**1453 Helmo Ave N**
**Oakdale, MN 55128**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                Case number *(if known)* _____
            _____
            Name

| | | | |
|---|---|---|---|
| 2.423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $173.00    $173.00 |

**2.423**  Priority creditor's name and mailing address

**Andrew Schiff**
**5690 E Cornell Ave**
**Denver, CO 80222**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$173.00    $173.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.424**  Priority creditor's name and mailing address

**Andrew Schmid**
**3513 W Cherokee Ave**
**Tampa, FL 33611**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$160.00    $160.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.425**  Priority creditor's name and mailing address

**Andrew Stewart**
**2637 Cassia Ln**
**Jacksonville, FL 32246**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$246.00    $246.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.426**  Priority creditor's name and mailing address

**Andrew Trailor**
**6400 SW 94th St**
**Pinecrest, FL 33156**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$631.00    $631.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor  **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

| 2.427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $176.00 | $176.00 |

2.427 | Priority creditor's name and mailing address
**Andrew Vandermaaten**
**21819 N Via Arnoldo**
**Sun City West, AZ 85375**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$176.00  $176.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.428 | Priority creditor's name and mailing address
**Andrew W**
**27 Bridgeport**
**Manhattan Beach, CA 90266**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$39.00  $39.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.429 | Priority creditor's name and mailing address
**Andrew Weinberg**
**730 W Lake St Unit 9155**
**Chicago, IL 60661**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$78.00  $78.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.430 | Priority creditor's name and mailing address
**Andrew Wells**
**6024 Over Hadden Ct**
**Raleigh, NC 27614**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$511.00  $511.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                           Case number (if known)  _____
         Name

| 2.431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $182.00 | $182.00 |
|---|---|---|---|---|

**Andrew Wesson**
**3735 Beartooth Ln E**
**Napa, CA 94558**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.432 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.00 | $48.00 |
|---|---|---|---|---|

**Andrew Westling**
**141 Virginia Street**
**El Segundo, CA 90245**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.433 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.00 | $34.00 |
|---|---|---|---|---|

**Andrew Wheeler**
**2855 Mangum Rd Ste 100a**
**Houston, TX 77092**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.434 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $82.00 | $82.00 |
|---|---|---|---|---|

**Andrew White**
**352 Montana Way**
**If Not Home, Please Deliver To**
**Neighbor**
**Ennis, MT 59729**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**        Case number (*if known*)
    Name

---

**2.435** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $418.00 | $418.00
| **Andrew Whiteley** | *Check all that apply.*
| **505 Anchorage Ave** | ☐ Contingent
| **Carlsbad, CA 92011** | ☐ Unliquidated
| | ☐ Disputed

Date or dates debt was incurred     Basis for the claim:
**Deficit Customer**

Last 4 digits of account number     Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

**2.436** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00
| **Andrew Wischhover** | *Check all that apply.*
| **47 Lucas Drive, Palos Hills, Il, Usa** | ☐ Contingent
| **Palos Hills, IL 60465** | ☐ Unliquidated
| | ☐ Disputed

Date or dates debt was incurred     Basis for the claim:
**Deficit Customer**

Last 4 digits of account number     Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

**2.437** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00
| **Andrew Woloz** | *Check all that apply.*
| **27 Bridgeport** | ☐ Contingent
| **Manhattan Beach, CA 90266** | ☐ Unliquidated
| | ☐ Disputed

Date or dates debt was incurred     Basis for the claim:
**Deficit Customer**

Last 4 digits of account number     Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

**2.438** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00
| **Andrey Schulte** | *Check all that apply.*
| **433 Cabrill Dr** | ☐ Contingent
| **Charleston, SC 29414** | ☐ Unliquidated
| | ☐ Disputed

Date or dates debt was incurred     Basis for the claim:
**Deficit Customer**

Last 4 digits of account number     Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.439** | Priority creditor's name and mailing address
**Andy Burr**
**1352 South St Unit 311**
**Philadelphia, PA 19147**

As of the petition filing date, the claim is:     **$58.00**     **$58.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

**2.440** | Priority creditor's name and mailing address
**Andy Casanova**
**305 Palatine Pl**
**Peachtree City, GA 30269**

As of the petition filing date, the claim is:     **$160.00**     **$160.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

**2.441** | Priority creditor's name and mailing address
**Andy Ferner**
**6718 Tree Top Trl**
**Fort Wayne, IN 46845**

As of the petition filing date, the claim is:     **$52.00**     **$52.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

**2.442** | Priority creditor's name and mailing address
**Andy Green**
**1609 Valle Verde Dr**
**Brentwood, TN 37027**

As of the petition filing date, the claim is:     **$33.00**     **$33.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                                     Case number (if known)
_____
Name

| 2.443 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,070.00 | $1,070.00 |

**Andy Hogshead**
**4551 New Broad St**
**Orlando, FL 32814**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.444 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $164.00 | $164.00 |

**Andy Kreutziger**
**3817 Vardon Ct**
**Woodridge, IL 60517**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.445 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $74.00 | $74.00 |

**Andy Mason**
**2667 S High St**
**Denver, CO 80210**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.446 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**Andy Medina**
**24 Old Wagon Road**
**Old Greenwich, CT 06870**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.447 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|---|---|---|---|---|

**Andy Rodriguez**
**1029 Milan Ave.**
**Coral Gables, FL 33134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.448 | Priority creditor's name and mailing address | | $128.00 | $128.00 |
|---|---|---|---|---|

**Andy Santiago**
**630 Dianne Dr**
**Melbourne, FL 32935**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.449 | Priority creditor's name and mailing address | | $139.00 | $139.00 |
|---|---|---|---|---|

**Andy Schoka**
**1317 Newkirk Ct**
**Vienna, VA 22182**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.450 | Priority creditor's name and mailing address | | $19.00 | $19.00 |
|---|---|---|---|---|

**Andy Tjan**
**19566 Trails End Ter**
**Jupiter, FL 33458**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**                          Case number (if known) _____

_____
Name

| 2.451 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|

**2.451**

Priority creditor's name and mailing address

**Angel Ames**
**6735 Stoneridge Est**
**Columbia, IL 62236**

As of the petition filing date, the claim is: $25.00  $25.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.452**

Priority creditor's name and mailing address

**Angel Robinson**
**29 Turnbridge Dr**
**Lumberton, NJ 08048**

As of the petition filing date, the claim is: $33.00  $33.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.453**

Priority creditor's name and mailing address

**Angel Walker**
**1429 Sagewood Cir**
**Stone Mountain, GA 30083**

As of the petition filing date, the claim is: $16.00  $16.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.454**

Priority creditor's name and mailing address

**Angela Booe**
**5290 14th St NE**
**Saint Petersburg, FL 33703**

As of the petition filing date, the claim is: $60.00  $60.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (*if known*) _____

| | | |
|---|---|---|
| 2.455 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $415.00 | $415.00 |

**2.455** Priority creditor's name and mailing address

**Angela Borck**
**417 Saddleback Dr**
**Fairview, TX 75069**

As of the petition filing date, the claim is:  **$415.00**  **$415.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.456** Priority creditor's name and mailing address

**Angela Covil**
**1366 Sundance Dr**
**Plumas Lake, CA 95961**

As of the petition filing date, the claim is:  **$214.00**  **$214.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.457** Priority creditor's name and mailing address

**Angela Geer**
**7714 Michigan Ave**
**Saint Louis, MO 63111**

As of the petition filing date, the claim is:  **$231.00**  **$231.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.458** Priority creditor's name and mailing address

**Angela Gentry**
**401 Bowling Avenue**
**Unit 65**
**Nashville, TN 37205**

As of the petition filing date, the claim is:  **$21.00**  **$21.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (*if known*)

---

| 2.459 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $316.00 | $316.00 |

**Angela Graffeo**
**3909 Saddlehead Dr**
**Plano, TX 75075**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.460 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.00 | $85.00 |

**Angela Kalamaras**
**103 Castellum Square**
**Winston Salem, NC 27127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.461 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |

**Angela Mancebo**
**830 Muender Ave**
**Sunnyvale, CA 94086**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.462 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |

**Angela Mauch**
**13111 W 54th Ter**
**Shawnee, KS 66216**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.463 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.00 | $55.00 |
|---|---|---|---|---|

**Angela Mcdonald**
**105 S Kensington Ave**
**La Grange, IL 60525**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Deficit Customer** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.464 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $662.00 | $662.00 |
|---|---|---|---|---|

**Angela Rhodes**
**1717 Fats Lane**
**Seffner, FL 33584**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Deficit Customer** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.465 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Angela Stewart**
**11644 Upper Peninsula Pl**
**Saint John, IN 46373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Deficit Customer** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.466 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $677.00 | $677.00 |
|---|---|---|---|---|

**Angela Taber**
**20 Woodruff Ave**
**Narragansett, RI 02882**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Deficit Customer** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.467 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 | $38.00 |
|---|---|---|---|---|

**Angela Taylor**
**1154 County Road 136a**
**Alvin, TX 77511**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.468 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |
|---|---|---|---|---|

**Angela Walters**
**624 Ammons Rd**
**Franklin, NC 28734**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.469 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.00 | $22.00 |
|---|---|---|---|---|

**Angela Wheland**
**304 Dawson Ave**
**Cranberry Twp, PA 16066**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.470 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |
|---|---|---|---|---|

**Angelo Fields**
**1944 W 58th St**
**Cleveland, OH 44102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Case number (*if known*) _____

Name

| 2.471 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $208.00 | $208.00 |
|---|---|---|---|---|

**Angelo Prieto**
**258 Autumn Sky Dr**
**Hendersonville, NC 28792**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.472 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Angelo Scaglione**
**795 Middle Country Rd**
**Saint James, NY 11780**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.473 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $93.00 | $93.00 |
|---|---|---|---|---|

**Angeloj Rossi**
**1327 Canada Road**
**Woodside, CA 94062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.474 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.00 | $26.00 |
|---|---|---|---|---|

**Angelyn Mitchell**
**261 Countryshire Drive**
**Lake St. Louis, MO 63367**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
          Name

| 2.475 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $377.00 | $377.00 |
|-------|---|---|---|---|

**Anghela Tayagui**
**400 Beach Dr. NE**
**Unit 1602**
**Saint Petersburg, FL 33701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.476 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $155.00 | $155.00 |
|-------|---|---|---|---|

**Angie Hetherington**
**1512 Grove Dr**
**Celina, TX 75009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.477 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 | $38.00 |
|-------|---|---|---|---|

**Angie Zhang**
**385 S Manchester Ave Unit 3064**
**Orange, CA 92868**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.478 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $538.00 | $538.00 |
|-------|---|---|---|---|

**Anh Singhania**
**916 Lake Carillon Ln**
**Southlake, TX 76092**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor    **Phoeno Wine Company, Inc.**                        Case number (if known) _____

Name

| 2.479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $755.00 | $755.00 |

**Anil Shivaram**
**58 Fenway Rd**
**Westerly, RI 02891**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.480 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |

**Anil Srivastava**
**20159 Majestic Dr**
**Apple Valley, CA 92308**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.481 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |

**Anilda Palushi**
**25 Poor St**
**North Andover, MA 01845**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.482 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |

**Anirudh Aggarwal**
**1879 Dobbin Dr**
**San Jose, CA 95133**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                      Case number *(if known)* _____
_____
Name

| 2.483 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $105.00 | $105.00 |

2.483 | Priority creditor's name and mailing address

**Anita Cook**
**805 Fairview Rd**
**Coatesville, PA 19320**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$105.00   $105.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.484 | Priority creditor's name and mailing address

**Anita Lyons**
**9300 Indian Knoll Trail**
**Keller, TX 76240**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$19.00   $19.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.485 | Priority creditor's name and mailing address

**Ann Atkinson**
**1401 Knollwood Dr Nw**
**Wilson, NC 27896**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$99.00   $99.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.486 | Priority creditor's name and mailing address

**Ann Bartholomew**
**900 S Alma School Rd**
**Apt 62**
**Chandler, AZ 85224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$536.00   $536.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.487 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 | $38.00 |

**Ann Habig**
**6040 SW 15th Street**
**Plantation, FL 33317**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.488 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $105.00 | $105.00 |

**Ann Lozano**
**6203 Welles Creek Dr**
**San Antonio, TX 78240**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.489 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $224.00 | $224.00 |

**Ann Page**
**5539 Hummingbird St**
**Houston, TX 77096**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.490 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |

**Ann Spencer**
**913 Victoria Court**
**Downingtown, PA 19335**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.491 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.00 | $34.00 |
|-------|---------------------------------------------|-----------------------------------------------|--------|--------|

**2.491**

Priority creditor's name and mailing address
**Anna Badger**
**1145 Dayton Drive**
**Lantana, TX 76226**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$34.00    $34.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.492**

Priority creditor's name and mailing address
**Anna Beebe**
**42 Utah Pl**
**Athens, OH 45701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$75.00    $75.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.493**

Priority creditor's name and mailing address
**Anna Berenfeld**
**250 West Street, Apt 1-A**
**New York, NY 10013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$114.00    $114.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.494**

Priority creditor's name and mailing address
**Anna Berenfeld**
**800 5th Avenue**
**Apt 11-A**
**New York, NY 10065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$126.00    $126.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**                                        Case number (*if known*) _____
_____
Name

| 2.495 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.00 | $34.00 |

**Anna Binder**
**321 Broad Street**
**Port Allegany, PA 16743**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.496 | Priority creditor's name and mailing address | | $22.00 | $22.00 |

**Anna Chantasi**
**1120 Eaglewood Ave**
**West Fargo, ND 58078**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.497 | Priority creditor's name and mailing address | | $282.00 | $282.00 |

**Anna Chopra**
**1374 Country Place Dr**
**Houston, TX 77079**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.498 | Priority creditor's name and mailing address | | $41.00 | $41.00 |

**Anna Faul**
**6210 Quay St**
**Arvada, CO 80003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
         Name

| 2.499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $174.00 | $174.00 |
|---|---|---|---|---|

**Anna Mello**
**20661 Shepherd Hills Dr**
**Diamond Bar, CA 91789**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.500 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|

**Anna Scholes**
**3589 Johnwood Dr**
**Memphis, TN 38122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.501 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.00 | $78.00 |
|---|---|---|---|---|

**Anna Sullivan**
**2811 Winterfield Rd**
**Midlothian, VA 23113**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.502 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $173.00 | $173.00 |
|---|---|---|---|---|

**Anna Tassin**
**10656 Manuel St**
**Frisco, TX 75035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor   **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
         Name

| 2.503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.00 | $85.00 |
|-------|---|---|---|---|

**Anna Varlamov**
**9723 Lake Hugh Dr**
**Gotha, FL 34734**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)   ■ No
☐ Yes

---

| 2.504 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |

**Annakathryn Sengupta**
**21150 Grenola Dr**
**Cupertino, CA 95014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)   ■ No
☐ Yes

---

| 2.505 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.00 | $88.00 |

**Anne Chain**
**61 W 62nd St**
**Apt 10b**
**New York, NY 10023**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)   ■ No
☐ Yes

---

| 2.506 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $544.00 | $544.00 |

**Anne Charlap**
**1499 Blake St Apt 3k**
**Denver, CO 80202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)   ■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

**2.507** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,303.00 | $3,350.00

Priority creditor's name and mailing address
**Anne Finleykessler**
**2419 N Artesian**
**Chicago, IL 60647**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,303.00    $3,350.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.508**

Priority creditor's name and mailing address
**Anne Frea**
**617 Downing Dr**
**Waukesha, WI 53186**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$121.00    $121.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.509**

Priority creditor's name and mailing address
**Anne Frew**
**3212 N 167th Dr**
**Goodyear, AZ 85395**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$515.00    $515.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.510**

Priority creditor's name and mailing address
**Anne Galezniak**
**260 Harding Ave**
**Clementon, NJ 08021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$33.00    $33.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor  **Phoeno Wine Company, Inc.**                                    Case number (if known)  _____
_____
Name

| 2.511 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $228.00 | $228.00 |
|---|---|---|---|---|

**Anne Krepacki**
**693 Thomas Penn Dr**
**West Grove, PA 19390**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.512 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|---|---|---|---|---|

**Anne Martin**
**899 Willow St**
**Martinez, CA 94553**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.513 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $161.00 | $161.00 |
|---|---|---|---|---|

**Anne Mccarthy**
**614 Main St**
**Wakefield, NE 68784**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.514 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Anne Miller**
**13875 Hwy 13 S. Front Rd #225**
**Savage, MN 55378**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**                                      Case number (*if known*)
_____
Name

| 2.515 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |

**Anne Morse**
**182 Wonder View Rd**
**Catawissa, PA 17820**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.516 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.00 | $64.00 |

**Anne Moses**
**21684 8th St E Ste 200**
**Sonoma, CA 95476**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.517 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.00 | $31.00 |

**Annette Mucha**
**2150 Rocky Point Way**
**San Marcos, CA 92078**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.518 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 | $200.00 |

**Annie Sanders**
**4 Market Place Dr**
**York, ME 03909**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.519** Priority creditor's name and mailing address
**Ansha Baker**
**966 Loma Drive**
**Hermosa Beach, CA 90254**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$28.00    $28.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.520** Priority creditor's name and mailing address
**Anthony Barkey**
**13457 West 22nd Place**
**Golden, CO 80401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$66.00    $66.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.521** Priority creditor's name and mailing address
**Anthony Barresi**
**194 Hall Hill Road**
**Somers, CT 06071**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$32.00    $32.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.522** Priority creditor's name and mailing address
**Anthony Brown**
**1127 Fee Dr**
**Sacramento, CA 95815**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$289.00    $289.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
        Name

Case number (if known) _____

| 2.523 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $154.00 | $154.00 |
|---|---|---|---|---|

**Anthony Canzoneri**
**101 E Kennedy Blvd Ste 3700**
**Tampa, FL 33602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.524 | Priority creditor's name and mailing address | | $458.00 | $458.00 |
|---|---|---|---|---|

**Anthony Capozzi**
**3858 Hillcrest Dr Se**
**Smyrna, GA 30080**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.525 | Priority creditor's name and mailing address | | $33.00 | $33.00 |
|---|---|---|---|---|

**Anthony Cardella**
**9431 SW 89th Ct**
**Miami, FL 33176**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.526 | Priority creditor's name and mailing address | | $307.00 | $307.00 |
|---|---|---|---|---|

**Anthony Coronado**
**3220 N Clifton Ave Apt 2**
**Chicago, IL 60657**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.527** | Priority creditor's name and mailing address
**Anthony Czaplicki**
**10455 Orthopaedic Dr**
**Newburgh, IN 47630**

As of the petition filing date, the claim is:          **$17,762.00**    **$3,350.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.528** | Priority creditor's name and mailing address
**Anthony Declusin**
**2298 W 28th Ave**
**#137**
**Denver, CA 80211**

As of the petition filing date, the claim is:          **$87.00**    **$87.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.529** | Priority creditor's name and mailing address
**Anthony Deleo**
**214 Mystic Dr**
**Egg Harbor Township, NJ 08234**

As of the petition filing date, the claim is:          **$232.00**    **$232.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.530** | Priority creditor's name and mailing address
**Anthony Disanza**
**7315 Everleigh Ct**
**Orlando, FL 32819**

As of the petition filing date, the claim is:          **$39.00**    **$39.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**    Case number (if known) _____
_____
Name

| 2.531 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $351.00 | $351.00 |
|-------|---|---|---|---|

**Anthony Elgohary**
**5109 Bayport Landing**
**Suffolk, VA 23435**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

| 2.532 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.00 | $22.00 |
|-------|---|---|---|---|

**Anthony Enright**
**2000 Lyndale Ave S Unit 602**
**Minneapolis, MN 55405**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

| 2.533 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|-------|---|---|---|---|

**Anthony Erickson**
**2111 W 11th St**
**Yankton, SD 57078**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

| 2.534 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,154.00 | $1,154.00 |
|-------|---|---|---|---|

**Anthony Ficociello**
**13801 Fallsprings Way**
**Manor, TX 78653**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
           Name

| 2.535 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |

**Anthony Freveletti**
**420 W Capitol Ave Ste 2**
**Springfield, IL 62704**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.536 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.00 | $49.00 |

**Anthony Garcia**
**25615 Desert Rainbow**
**Boerne, TX 78006**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.537 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |

**Anthony Gray**
**737 Key Route Boulevard**
**Albany, CA 94706**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.538 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $135.00 | $135.00 |

**Anthony Iacono**
**2031 W 35th Street**
**San Pedro, CA 90732**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor   **Phoeno Wine Company, Inc.**                                    Case number (if known)
_____                         _____
Name

| 2.539 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Anthony Ilano**
**1658 Lower 4th Ave N**
**Jacksonville Beach, FL 32250**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.540 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.00 | $75.00 |

**Anthony Johnson**
**807 18th Ave S Apt 300**
**Nashville, TN 37203**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.541 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 | $38.00 |

**Anthony Jones**
**2741 SW 136th Avenue**
**Davie, FL 33330**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.542 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |

**Anthony Krow**
**3939 Lively Ln**
**Dallas, TX 75220**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                        Case number (if known)
_____
Name

| 2.543 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,308.00 | $1,308.00 |
|---|---|---|---|---|

**Anthony Lopez**
**1035 NE 96th St**
**Miami Shores, FL 33138**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☒ No
☐ Yes

---

| 2.544 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.00 | $64.00 |
|---|---|---|---|---|

**Anthony Lotito**
**6 Grant Ct**
**Eatontown, NJ 07724**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☒ No
☐ Yes

---

| 2.545 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $423.00 | $423.00 |
|---|---|---|---|---|

**Anthony Mcdaniel**
**210 Silver Oak Drive**
**Grapevine, TX 76051**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☒ No
☐ Yes

---

| 2.546 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Anthony Morgan**
**701 Ridge Hill Blvd Unit 5b**
**Yonkers, NY 10710**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☒ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**

Case number (*if known*) _____

Name

| | | |
|---|---|---|
| 2.547 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.547**

Priority creditor's name and mailing address

**Anthony Reeves**
**2409 Montavista Pl W**
**Seattle, WA 98199**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**

Is the claim subject to offset?
■ No
☐ Yes

**$20.00**    **$20.00**

---

**2.548**

Priority creditor's name and mailing address

**Anthony Ricciardi**
**6221 Mesa Gln**
**Bradenton, FL 34203**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**

Is the claim subject to offset?
■ No
☐ Yes

**$235.00**    **$235.00**

---

**2.549**

Priority creditor's name and mailing address

**Antoine Plante**
**2108 Sunset Boulevard**
**Houston, TX 77005**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**

Is the claim subject to offset?
■ No
☐ Yes

**$316.00**    **$316.00**

---

**2.550**

Priority creditor's name and mailing address

**Anton Honikman**
**48 Whitney St**
**San Francisco, CA 94131**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**

Is the claim subject to offset?
■ No
☐ Yes

**$33.00**    **$33.00**

---

Debtor  **Phoeno Wine Company, Inc.**                                    Case number (if known) _____

_____
Name

| 2.551 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.00 | $24.00 |

**2.551**  Priority creditor's name and mailing address

**Antonetta Moscatiello**
**255 Avenida Montalvo**
**A**
**San Clemente, CA 92672**

As of the petition filing date, the claim is:          **$24.00**      **$24.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
                                         **Deficit Customer**

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ☑ No
unsecured claim: 11 U.S.C. § 507(a) (7)
                                         ☐ Yes

---

**2.552**  Priority creditor's name and mailing address

**Antonio Bencun**
**2656 Newhall St Apt 4**
**Santa Clara, CA 95050**

As of the petition filing date, the claim is:          **$63.00**      **$63.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
                                         **Deficit Customer**

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ☑ No
unsecured claim: 11 U.S.C. § 507(a) (7)
                                         ☐ Yes

---

**2.553**  Priority creditor's name and mailing address

**Antonio Cruz**
**182 Virginia Ave**
**Attleboro Falls, MA 02763**

As of the petition filing date, the claim is:          **$128.00**     **$128.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
                                         **Deficit Customer**

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ☑ No
unsecured claim: 11 U.S.C. § 507(a) (7)
                                         ☐ Yes

---

**2.554**  Priority creditor's name and mailing address

**Antonio Torchia**
**286 Crescent Dr**
**New Galilee, PA 16141**

As of the petition filing date, the claim is:          **$67.00**      **$67.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
                                         **Deficit Customer**

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ☑ No
unsecured claim: 11 U.S.C. § 507(a) (7)
                                         ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.555 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 | $38.00 |

**Antonius Momac**
**134 W 74th St Apt 4a**
**New York, NY 10023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.556 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $305.00 | $305.00 |

**Antti Seppala**
**1105 Riverview Ln**
**W Cnshohocken, PA 19428**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.557 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $369.00 | $369.00 |

**April Brown-Richman**
**18015 Bullock St**
**Encino, CA 91316**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.558 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**April Rhodes**
**595 Autumn Oak Way**
**Prescott**
**Prescott, AZ 86303**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known)

---

**2.559** Priority creditor's name and mailing address
**Apurva Mathad**
**33 Springdale Rd**
**Scarsdale, NY 10583**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$100.00   $100.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.560** Priority creditor's name and mailing address
**Aquilino Cabral**
**1112 Langdon St**
**Franklin Square, NY 11010**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$93.00   $93.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.561** Priority creditor's name and mailing address
**Ara Baghdoyan**
**2253 W 234th St**
**Torrance, CA 90501**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$40.00   $40.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.562** Priority creditor's name and mailing address
**Araceli Cassidy**
**6574 Hawk Cove Ct**
**Las Vegas, NV 89141**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$87.00   $87.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

| 2.563 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $296.00 | $296.00 |
|---|---|---|---|---|

**Arch Mcclure**
**3918 Regent Road**
**Durham, NC 27707**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.564 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.00 | $87.00 |
|---|---|---|---|---|

**Archer Robinson**
**4408 SW Hill St**
**Seattle, WA 98116**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.565 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.00 | $62.00 |
|---|---|---|---|---|

**Archie Odom**
**27 Sedgewick Ave**
**Bluffton, SC 29910**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.566 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $666.00 | $666.00 |
|---|---|---|---|---|

**Ari Mukamal**
**24 Cayuga Rd**
**Sea Ranch Lakes, FL 33308**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.567 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |
|---|---|---|---|---|
| | **Ari Ochoa** | Check all that apply. | | |
| | **4951 N Valley View Rd** | ☐ Contingent | | |
| | **Tucson, AZ 85718** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| 2.568 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $224.00 | $224.00 |
|---|---|---|---|---|
| | **Arielle Dorman** | Check all that apply. | | |
| | **500 108th Ave NE Ste 2400** | ☐ Contingent | | |
| | **Bellevue, WA 98004** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| 2.569 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|
| | **Arif Boysan** | Check all that apply. | | |
| | **2520 Estates Drive** | ☐ Contingent | | |
| | **North Palm Beach, FL 33410** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| 2.570 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $226.00 | $226.00 |
|---|---|---|---|---|
| | **Arindum Mukerji** | Check all that apply. | | |
| | **1550 Parkside Drive East** | ☐ Contingent | | |
| | **Seattle, WA 98112** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.571 | Priority creditor's name and mailing address<br>**Arizona Department of Revenue**<br>**1600 W Monroe St**<br>**Phoenix, AZ 85007** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | | |
|---|---|---|
| Date or dates debt was incurred | Basis for the claim:<br>**For Notice Purposes Only** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**$0.00**   **$0.00**

---

| | | |
|---|---|---|
| 2.572 | Priority creditor's name and mailing address<br>**Arjun Peruvemba**<br>**285 3rd St Unit 718**<br>**Cambridge, MA 02142** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | | |
|---|---|---|
| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**$108.00**   **$108.00**

---

| | | |
|---|---|---|
| 2.573 | Priority creditor's name and mailing address<br>**Arline Fay**<br>**411 Canonero Dr**<br><br>**Fairview, NC 28730** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | | |
|---|---|---|
| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**$59.00**   **$59.00**

---

| | | |
|---|---|---|
| 2.574 | Priority creditor's name and mailing address<br>**Armen Khatchatourian**<br>**3760 Berwick Drive**<br>**La Canada Flintridge, CA 91011** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | | |
|---|---|---|
| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**$90.00**   **$90.00**

---

Debtor  **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.575 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |
|---|---|---|---|---|

**Arnold Fabregas**
**14 Redman Ter**
**West Caldwell, NJ 07006**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                Basis for the claim:
_____                      **Deficit Customer**

Last 4 digits of account number                Is the claim subject to offset?
Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)        ☐ Yes

---

| 2.576 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $219.00 | $219.00 |
|---|---|---|---|---|

**Aron Oakley**
**15501 Hugh Mcauley Rd**
**Huntersville, NC 28078**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                Basis for the claim:
_____                      **Deficit Customer**

Last 4 digits of account number                Is the claim subject to offset?
Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)        ☐ Yes

---

| 2.577 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $71.00 | $71.00 |
|---|---|---|---|---|

**Art Caccese**
**5640 Sandlewood Ct Apt 1802**
**Naples, FL 34110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                Basis for the claim:
_____                      **Deficit Customer**

Last 4 digits of account number                Is the claim subject to offset?
Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)        ☐ Yes

---

| 2.578 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |
|---|---|---|---|---|

**Arthur Decker**
**1991 Sargent Ave**
**Saint Paul, MN 55105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                Basis for the claim:
_____                      **Deficit Customer**

Last 4 digits of account number                Is the claim subject to offset?
Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)        ☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.579 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $554.00 | $554.00 |
|---|---|---|---|---|
| | **Arthur Kujawa**<br>**6040 W Eastwood Ave**<br>**Chicago, IL 60630** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.580 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 | $150.00 |
|---|---|---|---|---|
| | **Arthur Lee**<br>**5 Berridge Way**<br>**North Reading, MA 01864** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.581 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.00 | $17.00 |
|---|---|---|---|---|
| | **Arthur Norwood**<br>**5082 Mapleton Rd**<br>**Ny - Lockport, NY 14094** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.582 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.00 | $57.00 |
|---|---|---|---|---|
| | **Arthur Powell**<br>**5219 N Casa Blanca Dr Lot 2**<br>**Paradise Valley, AZ 85253** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.583 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |

**Arthur Reisman**
**1428 Dunwoody Village Pkwy**
**Dunwoody Pediatrics**
**Dunwoody, GA 30338**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.584 | Priority creditor's name and mailing address | | $21.00 | $21.00 |

**Arthur Sluyter**
**22 Chadbourne St**
**Bluffton, SC 29910**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.585 | Priority creditor's name and mailing address | | $111.00 | $111.00 |

**Arthur Tolchinsky**
**142 Graystone Dr**
**Feasterville Trevose, PA 19053**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.586 | Priority creditor's name and mailing address | | $62.00 | $62.00 |

**Artur Jablonski**
**85 Astor Ave Ste 2,**
**Aculab Inc**
**Norwood, MA 02062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.587 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |
|---|---|---|---|---|

**Arun Maneejan**
**874 Orleans Rd**
**Unit 6**
**Charleston, SC 29407**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.588 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.00 | $185.00 |
|---|---|---|---|---|

**Arun Singh**
**12325 Lake Shore Blvd**
**Cleveland, OH 44108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.589 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,998.00 | $2,998.00 |
|---|---|---|---|---|

**Arunpal Sehgal**
**5 Navillus Rd**
**North Reading, MA 01864**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.590 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |
|---|---|---|---|---|

**Arvi Duka**
**14 Risley Rd**
**Chestnut Hill, MA 02467**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                    Case number (*if known*) _____
_____
Name

| 2.591 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.00 | $34.00 |
|---|---|---|---|---|

| 2.591 | Priority creditor's name and mailing address<br>**Arvind Rao-Home**<br>**40 Boniface Drive**<br>**Rochester, NY 14620** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$34.00** | **$34.00** |

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.592 | Priority creditor's name and mailing address<br>**Aryan Haren**<br>**1003 Inverness Dr**<br>**Antioch, IL 60002** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$230.00** | **$230.00** |

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.593 | Priority creditor's name and mailing address<br>**Ash Dhokte**<br>**10600 Haynes Valley Ct**<br>**Alpharetta, GA 30022** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$87.00** | **$87.00** |

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.594 | Priority creditor's name and mailing address<br>**Ashish Bhutiani**<br>**225 E 63rd St Apt Pha**<br>**New York, NY 10065** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$182.00** | **$182.00** |

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                   Case number (if known)
_____
Name

| 2.595 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.00 | $54.00 |
|---|---|---|---|---|

**Ashish Garg**
**35893 Vivian Pl**
**Fremont, CA 94536**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.596 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $293.00 | $293.00 |
|---|---|---|---|---|

**Ashish Kheterpal**
**7010 Exeter Dr**
**Oakland, CA 94611**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.597 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.00 | $54.00 |
|---|---|---|---|---|

**Ashlee Theising**
**100 Progress Dr**
**Batesville, IN 47006**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.598 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.00 | $27.00 |
|---|---|---|---|---|

**Ashley Barretto**
**59 Westminster Rd**
**Stamford, CT 06902**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known)

| 2.599 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|
| | **Ashley Beckord**<br>**1240 W Huron St**<br>**Chicago, IL 60642** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.600 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|
| | **Ashley Bevan**<br>**3638 Coyote Trl**<br>**Berthoud, CO 80513** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.601 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,084.00 | $1,084.00 |
|---|---|---|---|---|
| | **Ashley Burriss**<br>**8243 Brays Dr**<br>**Wilmington, NC 28411** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.602 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|
| | **Ashley Holden**<br>**352 Leonora Dr**<br>**Memphis, TN 38117** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.603 | Priority creditor's name and mailing address<br>**Ashley Lucibello**<br>**42 Creek View Rd**<br>**Coto De Caza, CA 92679** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $571.00   $571.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.604 | Priority creditor's name and mailing address<br>**Ashley Manestar**<br>**1340 N Astor St Unit 1803**<br>**Chicago, IL 60610** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $124.00   $124.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.605 | Priority creditor's name and mailing address<br>**Ashley Mcguire**<br>**7224 Stonetrail Dr**<br>**Dallas, TX 75230** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $408.00   $408.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.606 | Priority creditor's name and mailing address<br>**Ashley Rothwell**<br>**9901 Luvora Cv**<br>**Austin, TX 78739** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $60.00   $60.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor **Phoeno Wine Company, Inc.**                    Case number (if known) _____
_____
Name

| 2.607 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|-------|-----|-----|-----|-----|

**2.607**

Priority creditor's name and mailing address
**Ashley Wyand**
**860 W Madison Ave**
**Charleston, SC 29412**

As of the petition filing date, the claim is:                    $100.00          $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.608**

Priority creditor's name and mailing address
**Ashley Yelinek**
**222 North Mimosa Lane**
**Bridgeport, WV 26330**

As of the petition filing date, the claim is:                    $316.00          $316.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.609**

Priority creditor's name and mailing address
**Ashly Thielke**
**38263 Willers Dr**
**Ortonville, MN 56278**

As of the petition filing date, the claim is:                    $232.00          $232.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.610**

Priority creditor's name and mailing address
**Assaf Sagi**
**115 Rodonovan Dr**
**Santa Clara, CA 95051**

As of the petition filing date, the claim is:                    $2,311.00        $2,311.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor    **Phoeno Wine Company, Inc.**                                   Case number (if known) _____
_____
Name

| 2.611 | Priority creditor's name and mailing address<br>**Asta Fivgas**<br>**180 Varick St Rm 504**<br>**Rww**<br>**New York, NY 10014** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $100.00 | $100.00 |
|---|---|---|---|---|

Date or dates debt was incurred _____    Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____    Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

| 2.612 | Priority creditor's name and mailing address<br>**Auburn Rubitsky**<br>**3015 S Madison Ave**<br>**Tulsa, OK 74114** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $436.00 | $436.00 |
|---|---|---|---|---|

Date or dates debt was incurred _____    Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____    Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

| 2.613 | Priority creditor's name and mailing address<br>**Audif Winters**<br>**2733 Tranquilo Ln**<br>**Edmond, OK 73034** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $68.00 | $68.00 |
|---|---|---|---|---|

Date or dates debt was incurred _____    Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____    Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

| 2.614 | Priority creditor's name and mailing address<br>**Audra Forteza**<br>**4952 Stadium Dr**<br>**Fort Worth, TX 76133** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $520.00 | $520.00 |
|---|---|---|---|---|

Date or dates debt was incurred _____    Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____    Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

Debtor **Phoeno Wine Company, Inc.**                                                       Case number (if known)
         Name

| 2.615 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $413.00 | $413.00 |
|---|---|---|---|---|

**Audra Iler-Bidwell**
**6150 Diamond Centre Ct Unit 1200**
**Fort Myers, FL 33912**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.616 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $133.00 | $133.00 |
|---|---|---|---|---|

**Audrey Mccarthy**
**102 Baybridge Dr**
**Gulf Breeze, FL 32561**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.617 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $113.00 | $113.00 |
|---|---|---|---|---|

**Audrey Proto**
**15809 Oaklee Way**
**Edmond, OK 73013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.618 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Audrey Swank**
**16106 Armistead Ln**
**Odessa, FL 33556**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.619 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $106.00 | $106.00 |
|---|---|---|---|---|
| | **Augustus Kent** | Check all that apply. | | |
| | **2248 Nw Hoyt St** | ☐ Contingent | | |
| | **Portland, OR 97210** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No    ☐ Yes | | |

| 2.620 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $787.00 | $787.00 |
|---|---|---|---|---|
| | **Aum Patel** | Check all that apply. | | |
| | **29046 Pfeiffers Gate** | ☐ Contingent | | |
| | **Fair Oaks Ranch, TX 78015** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No    ☐ Yes | | |

| 2.621 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $124.00 | $124.00 |
|---|---|---|---|---|
| | **Austin Fitter** | Check all that apply. | | |
| | **608 Mustang Ridge Dr** | ☐ Contingent | | |
| | **Murphy, TX 75094** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No    ☐ Yes | | |

| 2.622 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,819.00 | $1,819.00 |
|---|---|---|---|---|
| | **Austin Moss** | Check all that apply. | | |
| | **5440 W 110th St Ste 300** | ☐ Contingent | | |
| | **Overland Park, KS 66211** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No    ☐ Yes | | |

Debtor **Phoeno Wine Company, Inc.**                     Case number (if known) _____

Name

| | | |
|---|---|---|
| 2.623 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.00 | $104.00 |

**Austin O**
**209 Quebec St Unit F**
**Denver, CO 80220**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

$104.00    $104.00

---

2.624 Priority creditor's name and mailing address

**Austin Riggs**
**1331 E Katella Ave**
**Unit 310**
**Anaheim, CA 92805**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

$124.00    $124.00

---

2.625 Priority creditor's name and mailing address

**Autumn Sepulveda**
**10672 Ridgetop Rd**
**Whitmore, CA 96096**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

$42.00    $42.00

---

2.626 Priority creditor's name and mailing address

**Ava Koziak**
**296 S Franklin Tpke**
**Ramsey, NJ 07446**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

$111.00    $111.00

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.627 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $18.00    $18.00 |
| | **Avella Thomas**<br>**491 Delaware Ave**<br>**Buffalo, NY 14202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.628 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $133.00    $133.00 |
| | **Avery Buffington**<br>**101 Hallie Ct**<br>**Georgetown, TX 78633** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.629 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $66.00    $66.00 |
| | **Avery Stewart**<br>**226 Banks St Apt 2**<br>**Cambridge, MA 02138** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.630 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $33.00    $33.00 |
| | **Avgeria Stapaki**<br>**802 W Randolph St**<br>**Chicago, IL 60607** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | |

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|--------|------------------------------|------------------------|--|
| | Name | | |

---

| 2.631 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|-------|----------------------------------------------|-----------------------------------------------|--------|--------|

**Ayal Lebow**
**4139 Via Marina Apt 307**
**Marina Del Rey, CA 90292**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.632 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|-------|----------------------------------------------|-----------------------------------------------|--------|--------|

**Aykut Karaalioglu**
**42 De Sabla Rd**
**San Mateo, CA 94402**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.633 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Aziz Ahmed**
**6066b Essex House Sq**
**Alexandria, VA 22310**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.634 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $559.00 | $559.00 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|

**B. Shane**
**6007 78th Lane**
**Lorettoe, MN 55357**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                     Case number (if known)
_____
Name

| 2.635 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |

**Babak Missaghi**
**4365 Stoney Poynt Ct**
**Charleston, SC 29405**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.636 | Priority creditor's name and mailing address | | $50.00 | $50.00 |

**Babak Sasanipour**
**1459 Villa Juno Dr N**
**Juno Beach, FL 33408**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.637 | Priority creditor's name and mailing address | | $207.00 | $207.00 |

**Baillie Dunn**
**9390 Pebble Stone Dr**
**Pensacola, FL 32526**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.638 | Priority creditor's name and mailing address | | $161.00 | $161.00 |

**Balanced Bodies**
**292 Gold Bullion Dr E**
**Dawsonville, GA 30534**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                    Case number (if known) _____
_____
Name

| 2.639 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |
|-------|---|---|---|---|

**Baoanh Le**
**13625 Gabor Ave**
**Orlando, FL 32827**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY       ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.640 | Priority creditor's name and mailing address | | $454.00 | $454.00 |
|-------|---|---|---|---|

**Barbara Chadwick**
**6036 NE 28th Ave**
**Portland, OR 97211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY       ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.641 | Priority creditor's name and mailing address | | $21.00 | $21.00 |
|-------|---|---|---|---|

**Barbara Ciricillo**
**4343 Loveland Dr**
**Liverpool, NY 13090**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY       ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.642 | Priority creditor's name and mailing address | | $162.00 | $162.00 |
|-------|---|---|---|---|

**Barbara Frost**
**9711 Skyhill Way Apt 106**
**Rockville, MD 20850**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY       ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**                                    Case number (if known) _____

Name

| 2.643 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $255.00 | $255.00 |
|---|---|---|---|---|

**Barbara Leedy**
**2803 Sunny Hill Ln**
**Farmers Branch, TX 75234**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.644 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $567.00 | $567.00 |
|---|---|---|---|---|

**Barbara Miller**
**209 South Mountain Avenue**
**Montclair, NJ 07042**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.645 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.00 | $104.00 |
|---|---|---|---|---|

**Barbara Montgomery**
**2636 Fairway Dr**
**Baton Rouge, LA 70809**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.646 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Barbara Revelle**
**3500 Star Hill Farm Road**
**Greenville, NC 27834**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.647 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |

**Barbara Sasser**
**234 Edinburgh Ln**
**Woodstock, GA 30188**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.648 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.00 | $160.00 |

**Barbara Savastano**
**962 Capstan Dr**
**Forked River, NJ 08731**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.649 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |

**Barbie Gumin**
**613 Pasadena Drive**
**Magnolia, NJ 08049**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.650 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $483.00 | $483.00 |

**Barnett Altmanii**
**2747 Mercantile Dr Ste 100**
**Precision Flight Controla**
**Rancho Cordova, CA 95742**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                    Case number (if known) _____
_____
Name

| 2.651 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $409.00 | $409.00 |

**Barry Bickel**
**26381 Crosswinds Lndg**
**Selbyville, DE 19975**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.652 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $463.00 | $463.00 |

**Barry Bishop**
**2350 Union St Apt 2**
**San Francisco, CA 94123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.653 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.00 | $115.00 |

**Barry Bloom**
**Xenia Hotels & Resorts, Inc.**
**200 S Orange Ave, Suite 2700**
**Orlando, FL 32801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.654 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $217.00 | $217.00 |

**Barry Eller**
**2600 Golden Meadow Ct**
**Mckinney, TX 75069**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                                Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 2.655 | Priority creditor's name and mailing address **Barry Harnos** **63 Champions Drive** **Bridgeville, DE 19933** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |

As of the petition filing date, the claim is: **$417.00**    **$417.00**

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.656 | Priority creditor's name and mailing address **Barry Hess** **756 Greenway Trl** **New Braunfels, TX 78132** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |

As of the petition filing date, the claim is: **$1,605.00**    **$1,605.00**

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.657 | Priority creditor's name and mailing address **Barry Kalscheur** **8402 Excelsior Dr** **Madison, WI 53717** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |

As of the petition filing date, the claim is: **$119.00**    **$119.00**

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.658 | Priority creditor's name and mailing address **Barry Mills** **210 South Street** **Unit 51** **Boston, MA 02111** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |

As of the petition filing date, the claim is: **$19.00**    **$19.00**

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**  Case number (if known) _____
_____
Name

| 2.659 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $123.00 | $123.00 |

**Barry Regenstein**
**14 Cail Drive**
**East Rockaway, NY 11518**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.660 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $114.00 | $114.00 |

**Bart Hansen**
**9703 Norwalk Blvd**
**Santa Fe Springs, CA 90670**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.661 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $284.00 | $284.00 |

**Bartholomew Lanchman**
**324 Mark Rd**
**Lodi, OH 44254**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.662 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.00 | $98.00 |

**Bary Bunts**
**5880 S Salem Warren Rd**
**North Jackson, OH 44451**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
            Name

| 2.663 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.00 | $66.00 |

**Basil Qunibi**
**8500 Navidad Dr**
**Austin, TX 78735**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.664 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.00 | $44.00 |

**Bea Lueck**
**1919 N Trekell Rd**
**Casa Grande, AZ 85122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.665 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Beatrice Grech-Cumbo**
**435 W 31st Street**
**Ph2f**
**New York, NY 10001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.666 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.00 | $81.00 |

**Beatty Mcdonald**
**18501 S Park Blvd**
**Shaker Hts, OH 44122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

Debtor **Phoeno Wine Company, Inc.**                         Case number (if known) _____
         _____
         Name

| 2.667 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.00 | $27.00 |
|---|---|---|---|---|

**Beau Deaux**
**34057 Hwy 433**
**Slidell, LA 70460**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.668 | Priority creditor's name and mailing address | | $485.00 | $485.00 |

**Becca Nordeen**
**8587 Southwestern Blvd Apt 2437**
**Dallas, TX 75206**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.669 | Priority creditor's name and mailing address | | $22.00 | $22.00 |

**Becki Salmon**
**7312 N Edgewild Dr**
**Peoria, IL 61614**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.670 | Priority creditor's name and mailing address | | $526.00 | $526.00 |

**Becky Beer**
**7443 Murieta Dr**
**Rancho Murieta, CA 95683**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                    Case number (if known) _____
_____
Name

| 2.671 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $163.00 | $163.00 |
|---|---|---|---|---|

**Becky Davis**
**1260 Greensboro Hwy Ste 200**
**Coreblend Training**
**Watkinsville, GA 30677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.672 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $22.00 | $22.00 |
|---|---|---|---|---|

**Becky Johnson**
**4019 NE 29th Ave**
**Portland, OR 97212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.673 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $154.00 | $154.00 |
|---|---|---|---|---|

**Becky Jones**
**1103 N 37th St**
**Renton, WA 98056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.674 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $531.00 | $531.00 |
|---|---|---|---|---|

**Becky Jones**
**309 Gambrill Ct**
**Virginia Beach, VA 23462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known)

Name

| | | | |
|---|---|---|---|
| 2.675 | Priority creditor's name and mailing address<br>**Becky Metzler**<br>**3705 Raintree Dr**<br>**Flower Mound, TX 75022** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,092.00    $1,092.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.676 | Priority creditor's name and mailing address<br>**Becky Miller**<br>**7571 Champaign Ave Nw**<br>**Canal Fulton, OH 44614** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25.00    $25.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.677 | Priority creditor's name and mailing address<br>**Becky Shields**<br>**1 Abbey Ct**<br>**Savannah, GA 31410** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $72.00    $72.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.678 | Priority creditor's name and mailing address<br>**Beith Carsten**<br>**2498 Spanish River Rd**<br>**Boca Raton, FL 33432** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $200.00    $200.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor  **Phoeno Wine Company, Inc.**                                      Case number *(if known)* _____
_____
Name

| 2.679 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $190.00 | $190.00 |
|---|---|---|---|---|

**Bela Denes**
**7386 Highway 238**
**Pmb 158**
**Jacksonville, OR 97530**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.680 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $984.00 | $984.00 |
|---|---|---|---|---|

**Belinda Weber**
**383 S Jefferson St**
**Napa, CA 94559**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.681 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.00 | $15.00 |
|---|---|---|---|---|

**Ben Baron**
**8 Poor Farm Rd**
**Harvard, MA 01451**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.682 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.00 | $110.00 |
|---|---|---|---|---|

**Ben Barudin**
**1633 Maple Blvd**
**Wilton, IA 52778**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Debtor    **Phoeno Wine Company, Inc.**

Case number (*if known*)

Name

| 2.683 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.00 | $52.00 |
|---|---|---|---|---|

**Ben Bateman**
**251 Rio Bravo Dr**
**White Rock, NM 87547**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.684 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $417.00 | $417.00 |
|---|---|---|---|---|

**Ben Chang**
**2409 Booksin Ave**
**San Jose, CA 95125**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.685 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $359.00 | $359.00 |
|---|---|---|---|---|

**Ben Dahl**
**18 Horton Ct**
**Cold Spring, NY 10516**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.686 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.00 | $110.00 |
|---|---|---|---|---|

**Ben Davis**
**15 Claire Rd**
**Amesbury, MA 01913**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.687 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |
|---|---|---|---|---|

**Ben Farrer**
**102 Hurstbourne Park Blvd**
**Franklin, TN 37067**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.688 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $818.00 | $818.00 |
|---|---|---|---|---|

**Ben Finch**
**2047 W Cuyler Ave**
**Chicago, IL 60618**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.689 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Ben Greve**
**9493 Olympia Dr**
**Eden Prairie, MN 55347**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.690 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51.00 | $51.00 |
|---|---|---|---|---|

**Ben Lippitt**
**11238 Shady Blossom Dr**
**Fort Myers, FL 33913**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.691 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Ben Maxwell**
**1493 Pompey Dr**
**San Jose, CA 95128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.692 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.00 | $62.00 |
|---|---|---|---|---|

**Ben Nachbar**
**72 Alienta Ln**
**Rancho Mission Viejo, CA 92694**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.693 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $212.00 | $212.00 |
|---|---|---|---|---|

**Ben Samek**
**5161 Lankershim Blvd**
**4th Floor/ Endemol**
**North Hollywood, CA 91601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.694 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|

**Ben Smith**
**2632 Larkin St Apt 5**
**San Francisco, CA 94109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                 Case number (*if known*) _____
_____
Name

| 2.695 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $105.00 | $105.00 |
|---|---|---|---|---|

**Ben Switzer**
**10525 Stoneway**
**Clarence, NY 14031**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.696 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Ben Teicher**
**4849 Broad Brook Drive**
**Bethesda, MD 20814**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.697 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|---|---|---|---|---|

**Ben Tobler**
**16622 74th St NE**
**Otsego, MN 55330**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.698 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $96.00 | $96.00 |
|---|---|---|---|---|

**Ben Vedda**
**2429 Chesterfield Ave**
**Charlotte, NC 28205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.699 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.00 | $85.00 |

2.699 | Priority creditor's name and mailing address

**Ben Watson**
**988 Kenleigh Cir**
**Winston Salem, NC 27106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$85.00    $85.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.700 | Priority creditor's name and mailing address

**Bengt Horsma**
**202 Phillips Ln**
**Alpharetta, GA 30009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$21.00    $21.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.701 | Priority creditor's name and mailing address

**Benjamin Calder**
**1862 Lemon Heights Dr**
**Santa Ana, CA 92705**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$369.00    $369.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.702 | Priority creditor's name and mailing address

**Benjamin Conte**
**11110 S Collina Ave**
**Portland, OR 97219**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$40.00    $40.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 2.703 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $401.00 | $401.00 |
|---|---|---|---|---|

**Benjamin Darcy**
**109 Fayette St Unit 2**
**Watertown, MA 02472**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.704 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $229.00 | $229.00 |
|---|---|---|---|---|

**Benjamin Dorman**
**4 Birch Ave**
**Halifax, PA 17032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.705 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $485.00 | $485.00 |
|---|---|---|---|---|

**Benjamin Ford**
**2028 Murano Ln**
**Leander, TX 78641**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.706 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $285.00 | $285.00 |
|---|---|---|---|---|

**Benjamin Gabbard**
**5000 Eldorado Pkwy**
**Ups Store**
**Frisco, TX 75033**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

| 2.707 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $144.00 | $144.00 |

**Benjamin Gold**
**3195 Blake St Apt 202**
**Denver, CO 80205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.708 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,268.00 | $1,268.00 |

**Benjamin Hellweg**
**2251 W Giddings St Apt 3**
**Chicago, IL 60625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.709 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Benjamin Humphreys**
**115 Jenks Road**
**Morristown, NJ 07960**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.710 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |

**Benjamin Judson**
**400 Bleecker St Apt 3a**
**New York, NY 10014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|--------|---|---|---|
| | Name | | |

---

**2.711** Priority creditor's name and mailing address

**Benjamin Lee**
**13321 Packard Drive**
**Woodbridge, VA 22193**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$390.00    $390.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.712** Priority creditor's name and mailing address

**Benjamin Mckay**
**2105 Briarwood Ln**
**Cheyenne, WY 82009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$114.00    $114.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.713** Priority creditor's name and mailing address

**Benjamin Msika**
**710 N Lemon Ave Unit 309**
**Sarasota, FL 34236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$371.00    $371.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.714** Priority creditor's name and mailing address

**Benjamin Plotsky**
**514 Patapsco Ave**
**Rosedale, MD 21237**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$141.00    $141.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                     Case number (if known)
_____
Name

| 2.715 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $86.00 | $86.00 |
|---|---|---|---|---|

**Benjamin Redmond**
**125 Mill St**
**Wallkill, NY 12589**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.716 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $397.00 | $397.00 |
|---|---|---|---|---|

**Benjamin Rodriguez**
**14 Douglas Rd**
**Westford, MA 01886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.717 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $28.00 | $28.00 |
|---|---|---|---|---|

**Benjamin Smith**
**679 Loring St**
**San Diego, CA 92109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.718 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $132.00 | $132.00 |
|---|---|---|---|---|

**Benjamin Wasserstrom**
**444 8th St Nw**
**Washington, DC 20004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

| 2.719 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $167.00 | $167.00 |

**Benjamin Wilson**
**26975 Palomares Rd**
**Castro Valley, CA 94552**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.720 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59.00 | $59.00 |

**Benny Firestone**
**210 Wingo Way**
**Ste 300**
**Mount Pleasant, SC 29464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.721 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29.00 | $29.00 |

**Benton Vicknair**
**280 Waterford Dr**
**Thibodaux, LA 70301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.722 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19.00 | $19.00 |

**Bernard Dayan**
**4542 Tree Fern Dr**
**Delray Beach, FL 33445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 2.723 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

| 2.723 | Priority creditor's name and mailing address<br>**Bernard Geolingo**<br>**8555 Vinmar Ave**<br>**Rancho Cucamonga, CA 91730** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$319.00** **$319.00** |
|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.724 | Priority creditor's name and mailing address<br>**Bernard Schneider**<br>**1060 Sleetridge Dr**<br>**Las Vegas, NV 89123** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$28.00** **$28.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.725 | Priority creditor's name and mailing address<br>**Bernie Butts**<br>**2850 Emathla St**<br>**Miami, FL 33133** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25.00** **$25.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.726 | Priority creditor's name and mailing address<br>**Bernie Hill**<br>**2414 SW Andover St Ste F102**<br>**Seattle, WA 98106** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$21.00** **$21.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor  **Phoeno Wine Company, Inc.**                              Case number (if known) _____
_____
Name

| 2.727 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $135.00 | $135.00 |
|---|---|---|---|---|

**Bert Gonzalez**
**333 Lancaster Ave Apt 902**
**Malvern, PA 19355**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.728 | Priority creditor's name and mailing address | | $273.00 | $273.00 |

**Bert Hummel**
**981 Glenwood Ave Se**
**Atlanta, GA 30316**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.729 | Priority creditor's name and mailing address | | $28.00 | $28.00 |

**Bert Murillo**
**847 Celestial Vw**
**San Antonio, TX 78260**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.730 | Priority creditor's name and mailing address | | $477.00 | $477.00 |

**Bert Somers**
**6650 Brewster Ct**
**Cypress, CA 90630**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor    **Phoeno Wine Company, Inc.**    Case number (if known) _____

Name

| 2.731 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.00 | $55.00 |

**Beth Bates**
**36 Cherokee Road**
**Moultrie, GA 31768**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.732 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 | $200.00 |

**Beth Broome**
**2021 U St**
**Sacramento, CA 95818**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.733 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.00 | $55.00 |

**Beth Fiore**
**38 Thomas Dr**
**Reading, MA 01867**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.734 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**Beth Garvey**
**7769 Dryer Rd**
**Victor, NY 14564**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

---

| 2.735 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.00 | $17.00 |

**Beth Kanter**
**1200 17th St Nw Ste 500**
**Washington, DC 20036**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.736 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $111.00 | $111.00 |

**Beth Krumm**
**Trulaske College Of Business**
**700 Tiger Ave, Suite 408g**
**Columbia, MO 65201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.737 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |

**Beth Lestock**
**14831 Winfield Park Dr**
**Novelty, OH 44072**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.738 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $152.00 | $152.00 |

**Beth Rands**
**1229 New York St**
**Lawrence, KS 66044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**      Case number (if known) _____

Name

| 2.739 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Beth Steinhaus**
**5013 37th Ave S Unit B**
**Seattle, WA 98118**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.740 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $117.00 | $117.00 |
|---|---|---|---|---|

**Beth Wathen**
**6045 Se 72nd Ave Portland, Or**
**97206**
**Portland, OR 97206**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.741 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.00 | $55.00 |
|---|---|---|---|---|

**Bethandjon Paschetto**
**4860 Adams Walk**
**Dunwoody, GA 30338**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.742 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |
|---|---|---|---|---|

**Bethany Bell**
**411 Parker Ave**
**Moorestown, NJ 08057**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor   **Phoeno Wine Company, Inc.**                                    Case number (*if known*) _____
_____
Name

| 2.743 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|

**2.743**

Priority creditor's name and mailing address
**Bethany Gonzales**
**4612 Revillo Way**
**San Diego, CA 92115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$25.00     $25.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.744**

Priority creditor's name and mailing address
**Bethany Rosa**
**209 Black Bull Trail**
**Bozeman, MT 59718**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$116.00     $116.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.745**

Priority creditor's name and mailing address
**Betina Brumm**
**1713 Sicily Dr**
**Longmont, CO 80503**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$72.00     $72.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.746**

Priority creditor's name and mailing address
**Betsy Bingham**
**6933 SW Lee Rd**
**Gaston, OR 97119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$611.00     $611.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known)

| 2.747 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $132.00 | $132.00 |
|---|---|---|---|---|

**Betsy Brachfeld**
**8542 E Iowa Pl**
**Denver Co 80232**
**Denver, CO 80231**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.748 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $283.00 | $283.00 |
|---|---|---|---|---|

**Betsy Orton**
**4514 Cole Ave Ste 1015**
**Dallas, TX 75205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.749 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $94.00 | $94.00 |
|---|---|---|---|---|

**Betty Hollan**
**25 Ivy Chase NE**
**Atlanta, GA 30342**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.750 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $356.00 | $356.00 |
|---|---|---|---|---|

**Beverly Pedraza**
**2808 Mclamb Pl**
**Goldsboro, NC 27534**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 2.751 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.00 | $34.00 |
|---|---|---|---|---|

**Bianca Chowdhury**
**536 W 26th St**
**Houston, TX 77008**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.752 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |
|---|---|---|---|---|

**Big Rob**
**5586 Golden Leaf Ave**
**Las Vegas, NV 89122**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.753 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Bill Bell**
**20 Rustic Drive**
**Cohasset, MA 02025**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.754 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $506.00 | $506.00 |
|---|---|---|---|---|

**Bill Benear**
**6401 Woodsbriar Ct**
**Lisle, IL 60532**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Case number (if known)

Name

---

| 2.755 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $194.00 | $194.00 |
|---|---|---|---|---|

**Bill Chesson**
**100 Jackson Dr**
**Steubenville, OH 43953**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.756 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $187.00 | $187.00 |
|---|---|---|---|---|

**Bill Clark**
**3107 Honolulu Ave**
**La Crescenta, CA 91214**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.757 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $209.00 | $209.00 |
|---|---|---|---|---|

**Bill Crockett**
**1149 Oak Grove Drive**
**Los Angeles, CA 90041**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.758 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Bill Davidson**
**19319 La Serena Dr**
**Estero, FL 33967**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*)    _____

| | | |
|---|---|---|
| 2.759 | Priority creditor's name and mailing address<br>**Bill Duppenthaler**<br>**826 N Anderson St**<br>**Tacoma, WA 98406** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |

$64.00    $64.00

| | | |
|---|---|---|
| 2.760 | Priority creditor's name and mailing address<br>**Bill Frazier**<br>**650 N. Rose Dr, Box 518**<br>**Placentia, CA 92870** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |

$100.00    $100.00

| | | |
|---|---|---|
| 2.761 | Priority creditor's name and mailing address<br>**Bill Frost**<br>**3940 Canal Rd**<br>**Lake Oswego, OR 97034** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |

$119.00    $119.00

| | | |
|---|---|---|
| 2.762 | Priority creditor's name and mailing address<br>**Bill Hamlin**<br>**641 W Pinehurst Ave**<br>**La Habra, CA 90631** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |

$446.00    $446.00

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.763 | Priority creditor's name and mailing address<br>**Bill Harnett**<br>**961 Bel Air Dr**<br>**Palm Springs, CA 92264** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,334.00**   **$3,350.00** |
| | Date or dates debt was incurred<br>_____ | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.764 | Priority creditor's name and mailing address<br>**Bill Keith**<br>**6299 Nall Ave Ste 300**<br>**Mission, KS 66202** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$20.00**   **$20.00** |
| | Date or dates debt was incurred<br>_____ | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.765 | Priority creditor's name and mailing address<br>**Bill Kempey**<br>**122 Unadilla Rd**<br>**Ridgewood, NJ 07450** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$161.00**   **$161.00** |
| | Date or dates debt was incurred<br>_____ | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.766 | Priority creditor's name and mailing address<br>**Bill Lacourciere**<br>**40 Country Squire Dr**<br>**1b**<br>**Cromwell, CT 06416** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$187.00**   **$187.00** |
| | Date or dates debt was incurred<br>_____ | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor    **Phoeno Wine Company, Inc.**                                      Case number (if known) _____
_____
          Name

| 2.767 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $243.00 | $243.00 |
|---|---|---|---|---|
| | **Bill Mauke** | Check all that apply. | | |
| | **135 S. Hoyt St, Co** | ☐ Contingent | | |
| | **Lakewood, CO 80226** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred                 Basis for the claim:
_____                **Deficit Customer**
                                                _____
Last 4 digits of account number                Is the claim subject to offset?
Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)        ☐ Yes

| 2.768 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.00 | $81.00 |
|---|---|---|---|---|
| | **Bill Meyers** | Check all that apply. | | |
| | **417 E Josephine** | ☐ Contingent | | |
| | **Weatherford, TX 76086** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred                 Basis for the claim:
_____                **Deficit Customer**
                                                _____
Last 4 digits of account number                Is the claim subject to offset?
Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)        ☐ Yes

| 2.769 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.00 | $34.00 |
|---|---|---|---|---|
| | **Bill Murphy** | Check all that apply. | | |
| | **1083 County Road 142** | ☐ Contingent | | |
| | **Whitesboro, TX 76273** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred                 Basis for the claim:
_____                **Deficit Customer**
                                                _____
Last 4 digits of account number                Is the claim subject to offset?
Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)        ☐ Yes

| 2.770 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.00 | $22.00 |
|---|---|---|---|---|
| | **Bill Phalon** | Check all that apply. | | |
| | **29 Parkerville Rd** | ☐ Contingent | | |
| | **Southborough, MA 01772** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred                 Basis for the claim:
_____                **Deficit Customer**
                                                _____
Last 4 digits of account number                Is the claim subject to offset?
Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)        ☐ Yes

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.771 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |

**Bill Ronsaville**
**1788 Lanier Pl Nw**
**Washington, DC 20009**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.772 | Priority creditor's name and mailing address | | $48.00 | $48.00 |

**Bill Sklar**
**6720 Via Austi Pkwy Ste 430**
**Las Vegas, NV 89119**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.773 | Priority creditor's name and mailing address | | $579.00 | $579.00 |

**Bill Stafford**
**425 Eliston St**
**Summerville, SC 29486**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.774 | Priority creditor's name and mailing address | | $85.00 | $85.00 |

**Binh Do**
**6390 Artesia Blvd**
**Buena Park, CA 90620**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.775 | Priority creditor's name and mailing address<br>**Blaine Caravaggi**<br>**1 Mountain Aerie**<br>**Cornwall On Hudson, NY 12520** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$57.00**   **$57.00** |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.776 | Priority creditor's name and mailing address<br>**Blaine Thomas**<br>**3851 Platte Dr**<br>**Fort Collins, CO 80526** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$308.00**   **$308.00** |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.777 | Priority creditor's name and mailing address<br>**Blair Campomizzi**<br>**112 Southwyck Dr**<br>**Chagrin Falls, OH 44022** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$859.00**   **$859.00** |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.778 | Priority creditor's name and mailing address<br>**Blair Lott**<br>**607 Sapphire Pl**<br>**Martinez, GA 30907** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$42.00**   **$42.00** |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

| | | | |
|---|---|---|---|
| 2.779 | Priority creditor's name and mailing address<br>**Blair Mitchell**<br>**3419 Deerchase Cir**<br>**Murfreesboro, TN 37129** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$38.00**   **$38.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.780 | Priority creditor's name and mailing address<br>**Blair Scott**<br>**1023 Nathan Ridge Rd**<br>**Clermont, FL 34715** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$195.00**   **$195.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.781 | Priority creditor's name and mailing address<br>**Blair Vanderbilt**<br>**3737 Cogdell St. Apt. 101**<br>**Houston, TX 77019** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$60.00**   **$60.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.782 | Priority creditor's name and mailing address<br>**Blake Brumley**<br>**6895 E Camelback Rd Unit 4006**<br>**Scottsdale, AZ 85251** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$26.00**   **$26.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known)
_____
Name

| 2.783 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $135.00 | $135.00 |
|---|---|---|---|---|

**Blake Jones**
**325 Anders Path**
**Marietta, GA 30064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.784 | Priority creditor's name and mailing address | | $233.00 | $233.00 |
|---|---|---|---|---|

**Blake Manosh**
**771 N Bowl Ln Unit B**
**Stateline, NV 89449**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.785 | Priority creditor's name and mailing address | | $200.00 | $200.00 |
|---|---|---|---|---|

**Blake Miller**
**186 Bundy Hill Rd**
**Holmes, NY 12531**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.786 | Priority creditor's name and mailing address | | $28.00 | $28.00 |
|---|---|---|---|---|

**Blake Sequeira**
**3136 Mammoth Dr**
**Roseville, CA 95747**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.787 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $306.00 | $306.00 |

**Blake Sergot**
**2508 Cozumel Dr**
**Tampa, FL 33618**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.788 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.00 | $47.00 |

**Blake Tokheim**
**145 Hudson St Apt 14b**
**New York, NY 10013**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.789 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.00 | $112.00 |

**Blake Zanoni**
**1413 Plantation Dr**
**Brentwood, TN 37027**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.790 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Blanca Paredes**
**13809 Regentview Ave**
**Bellflower, CA 90706**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

Debtor  **Phoeno Wine Company, Inc.**                          Case number (if known) _____

Name

| 2.791 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.00 | $53.00 |
|---|---|---|---|---|

**Bo Ward**
**945 General Beauregard Drive**
**Virginia Beach, VA 23454**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.792 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $207.00 | $207.00 |
|---|---|---|---|---|

**Bob Cartwright**
**208 Deren Lane**
**Pflugerville, TX 78660**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.793 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $629.00 | $629.00 |
|---|---|---|---|---|

**Bob Divivier**
**1244 Washoe Dr**
**San Jose, CA 95120**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.794 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,997.00 | $1,997.00 |
|---|---|---|---|---|

**Bob Eichinger**
**1738 Ledean Dr**
**Morristown, TN 37814**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.795 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |

**Bob Knoll**
**704 Juana Ave**
**San Leandro, CA 94577**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

$20.00 | $20.00

---

| 2.796 | Priority creditor's name and mailing address |

**Bob Lepping**
**1521 N Glenville Dr**
**Richardson, TX 75081**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

$60.00 | $60.00

---

| 2.797 | Priority creditor's name and mailing address |

**Bob Lin**
**1315 Lee Pl**
**San Jose, CA 95131**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

$204.00 | $204.00

---

| 2.798 | Priority creditor's name and mailing address |

**Bob Mchugh**
**9218 Elk Mountain Ct**
**Missouri City, TX 77459**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

$20.00 | $20.00

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.799 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Bob Mills**
**167 Lamp And Lantern Vlg**
**Chesterfield, MO 63017**

As of the petition filing date, the claim is: **$30.00**   **$30.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.800 | Priority creditor's name and mailing address |

**Bob Patubo**
**952 Saturn Way**
**Livermore, CA 94550**

As of the petition filing date, the claim is: **$1,128.00**   **$1,128.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.801 | Priority creditor's name and mailing address |

**Bob Scruggs**
**5932 107th Ter N**
**Pinellas Park, FL 33782**

As of the petition filing date, the claim is: **$40.00**   **$40.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.802 | Priority creditor's name and mailing address |

**Bob Verrelle**
**180 Sleighride Rd**
**Willow Grove, PA 19090**

As of the petition filing date, the claim is: **$31.00**   **$31.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.803 | Priority creditor's name and mailing address<br>**Bob Wells**<br>**26 Briar Creek Dr**<br>**Sicklerville, NJ 08081** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

**$40.00**    **$40.00**

---

| | | |
|---|---|---|
| 2.804 | Priority creditor's name and mailing address<br>**Bob Worthington**<br>**1633 Rockspring Pl**<br>**Walnut Creek, CA 94596** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

**$338.00**    **$338.00**

---

| | | |
|---|---|---|
| 2.805 | Priority creditor's name and mailing address<br>**Bobbie Yaeger**<br>**159 Circle Dr**<br>**Walnut Creek, CA 94595** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

**$27.00**    **$27.00**

---

| | | |
|---|---|---|
| 2.806 | Priority creditor's name and mailing address<br>**Bobbisue Morrison**<br>**5268 Clifton Pl**<br>**Fairfield, OH 45014** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

**$29.00**    **$29.00**

---

Debtor **Phoeno Wine Company, Inc.**                                    Case number (*if known*) _____
Name

| | | | |
|---|---|---|---|
| 2.807 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.00  $98.00 |

**Bobby Davis**
**8904 Aventino Way**
**Houston, TX 77080**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

**$98.00  $98.00**

---

| 2.808 | Priority creditor's name and mailing address |

**Bobby Neufeld**
**3721 Springside Dr**
**Estero, FL 33928**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

**$105.00  $105.00**

---

| 2.809 | Priority creditor's name and mailing address |

**Boe Nankivel**
**12019 Windom Peak Way**
**San Diego, CA 92131**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

**$64.00  $64.00**

---

| 2.810 | Priority creditor's name and mailing address |

**Bohdan Chrobak**
**4700 Landchester Road**
**Cleveland, OH 44109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

**$21.00  $21.00**

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.811 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Bonnie Elkanich**
**5700 Palma Del Sol Way**
**Las Vegas, NV 89130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.812 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $405.00 | $405.00 |
|---|---|---|---|---|

**Bonnie Harris**
**1114 Washington Ave**
**Oshkosh, WI 54901**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.813 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Bonnie Sewick**
**12832 S. 40th Place**
**Phoenix, AZ 85044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.814 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.00 | $78.00 |
|---|---|---|---|---|

**Bonnie Smith**
**312 Tecumseh Pl**
**Loudon, TN 37774**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.815 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Boris Paskhover**
**3 Byrne Ln**
**Tenafly, NJ 07670**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.816 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |
|---|---|---|---|---|

**Boris Rogulja**
**10114 Valley Forge Dr**
**Parma Heights, OH 44130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.817 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,200.00 | $1,200.00 |
|---|---|---|---|---|

**Borja Bofarullmarraco**
**11007 E 26th Ave**
**Denver, CO 80238**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.818 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Bowen White**
**9942 Linden St**
**Overland Park, KS 66207**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.819 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $431.00 | $431.00 |

**Brace Ginsler**
**1454 Countryview Ln**
**Vista, CA 92081**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.820 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $806.00 | $806.00 |

**Brad Beedle**
**21071 River Blvd**
**Monte Rio, CA 95462**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.821 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $122.00 | $122.00 |

**Brad Bertoglio**
**7 Fox Hole Rd**
**Ladera Ranch, CA 92694**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.822 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $355.00 | $355.00 |

**Brad Boswell**
**681 Hurricane Rd**
**Keene, NH 03431**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**
_____   Case number (*if known*) _____
Name

| | | |
|---|---|---|
| 2.823 | Priority creditor's name and mailing address<br>**Brad Donnelli**<br>**1661 Arnold Ave**<br>**Rockford, IL 61108** | As of the petition filing date, the claim is:  $118.00   $118.00<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>_____ | Basis for the claim:<br>**Deficit Customer** |
| | Last 4 digits of account number ____<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.824 | Priority creditor's name and mailing address<br>**Brad Duman**<br>**6892 Tanglewood Dr**<br>**Warrenton, VA 20187** | As of the petition filing date, the claim is:  $55.00   $55.00<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>_____ | Basis for the claim:<br>**Deficit Customer** |
| | Last 4 digits of account number ____<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.825 | Priority creditor's name and mailing address<br>**Brad Eidmann**<br>**2397 Banon Dr**<br>**Saint Charles, MO 63301** | As of the petition filing date, the claim is:  $27.00   $27.00<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>_____ | Basis for the claim:<br>**Deficit Customer** |
| | Last 4 digits of account number ____<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.826 | Priority creditor's name and mailing address<br>**Brad Foster**<br>**190 Ridge Rd**<br>**Grosse Pointe Farms, MI 48236** | As of the petition filing date, the claim is:  $33.00   $33.00<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>_____ | Basis for the claim:<br>**Deficit Customer** |
| | Last 4 digits of account number ____<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.827 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51.00 | $51.00 |
|---|---|---|---|---|
| | **Brad Harris**<br>**3004 Turnersville Rd**<br>**Buda, TX 78610** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.828 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $219.00 | $219.00 |
|---|---|---|---|---|
| | **Brad Johnson**<br>**8126 Valencia Rd**<br>**Fort Myers, FL 33967** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.829 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $184.00 | $184.00 |
|---|---|---|---|---|
| | **Brad Kwiatek**<br>**431 S 126th St**<br>**Omaha, NE 68154** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.830 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |
|---|---|---|---|---|
| | **Brad Lee**<br>**C/O Counrty Market**<br>**408 Us-71 Bus**<br>**Pineville, MO 64856** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.831 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $249.00 | $249.00 |

**Brad Manchester**
**519 Columbia Dr**
**Johnson City, NY 13790**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.832 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |

**Brad Marchand**
**14412 Chamberry Cir**
**Haymarket, VA 20169**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.833 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $793.00 | $793.00 |

**Brad Mcgowan**
**9150 Blind Pass Road**
**Apt # 203**
**Siesta Key, FL 34242**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.834 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.00 | $45.00 |

**Brad Pflueger**
**5524 Emerson Ave**
**Dallas, TX 75209**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**      Case number *(if known)* _____

Name

| | | |
|---|---|---|
| 2.835 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.835**

Priority creditor's name and mailing address

**Brad Pitassi**
**345 W Roma Ave**
**Phoenix, AZ 85013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$159.00**  **$159.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.836**

Priority creditor's name and mailing address

**Brad Potter**
**7402 Skycrest Ct**
**Wilmington, NC 28411**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$30.00**  **$30.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.837**

Priority creditor's name and mailing address

**Brad Ramsey**
**6266 Emeraldwood Pl**
**Dallas, TX 75254**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$55.00**  **$55.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.838**

Priority creditor's name and mailing address

**Brad Reitz**
**3701 Running Springs Rd**
**Ellicott City, MD 21042**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$51.00**  **$51.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.839 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $267.00 | $267.00 |

**Brad Scheock**
**98 Park Pl**
**Steamboat Springs, CO 80487**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.840 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $208.00 | $208.00 |

**Bradley Baker**
**12460 Woodruff Drive**
**Colorado Springs, CO 80921**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.841 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $203.00 | $203.00 |

**Bradley Bartholomew**
**45632 Bergessen Ct**
**Temecula, CA 92592**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.842 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.00 | $85.00 |

**Bradley Bussey**
**751 W Melrose St**
**Chicago, IL 60657**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                    Case number (if known)
_____                      _____
Name

| 2.843 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $350.00 | $350.00 |
|-------|---|---|---|---|

**Bradley Coppella**
**1226 Chancellor St**
**Philadelphia, PA 19107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.844 | Priority creditor's name and mailing address | | $111.00 | $111.00 |
|-------|---|---|---|---|

**Bradley Deibel**
**C/O The Ups Store**
**1685 S Colorado Blvd. Unit S**
**Denver, CO 80222**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.845 | Priority creditor's name and mailing address | | $113.00 | $113.00 |
|-------|---|---|---|---|

**Bradley Glenn**
**4172 Madison Ave Ste A**
**Culver City, CA 90232**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.846 | Priority creditor's name and mailing address | | $199.00 | $199.00 |
|-------|---|---|---|---|

**Bradley Hanna**
**43 Town And Country Dr**
**The Ups Store**
**Fredericksburg, VA 22405**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (*if known*) _____
_____
Name

| 2.847 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Bradley Helms**
**2368 Leimert Blvd**
**Oakland, CA 94602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.848 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.00 | $77.00 |
|---|---|---|---|---|

**Bradley Herman**
**3574 April Dr**
**South Lake Tahoe, CA 96150**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.849 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|---|---|---|---|---|

**Bradley Hoffer**
**828 Rollingwood Lane**
**Fort Wayne, IN 46845**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.850 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|

**Bradley Joyner**
**94 Ems T36 Lane**
**Leesburg, IN 46538**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor   **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.851 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.00 | $61.00 |

**2.851** Priority creditor's name and mailing address

**Bradley Moore**
**10205 Kingston Pike**
**Knoxville, TN 37922**

As of the petition filing date, the claim is:    **$61.00**    **$61.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.852** Priority creditor's name and mailing address

**Bradley Puthoff**
**367 Santana Hts**
**Number 5026**
**San Jose, CA 95128**

As of the petition filing date, the claim is:    **$304.00**    **$304.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.853** Priority creditor's name and mailing address

**Bradley Schulz**
**137 Waterway Dr**
**Havelock, NC 28532**

As of the petition filing date, the claim is:    **$87.00**    **$87.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.854** Priority creditor's name and mailing address

**Bradley Stern**
**1332 Hillcrest Ave**
**Kalamazoo, MI 49008**

As of the petition filing date, the claim is:    **$52.00**    **$52.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

| 2.855 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $398.00 | $398.00 |
|---|---|---|---|---|

**Bradley Strecker**
**14650 Santa Fe Trail Dr**
**C/O Ups Customer Service -**
**Lenexa**
**Lenexa, KS 66215**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.856 | Priority creditor's name and mailing address | | $343.00 | $343.00 |
|---|---|---|---|---|

**Bradley Walbridge**
**12 Bennett St**
**Rye, NY 10580**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.857 | Priority creditor's name and mailing address | | $1,896.00 | $1,896.00 |
|---|---|---|---|---|

**Brady Poe**
**2849 Ridge View Ct**
**Xenia, OH 45385**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.858 | Priority creditor's name and mailing address | | $227.00 | $227.00 |
|---|---|---|---|---|

**Brady Shaper**
**2440 Osprey Way**
**Ups Access Point**
**Frederick, MD 21701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor     **Phoeno Wine Company, Inc.**                                      Case number (if known)
           Name

| 2.859 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $202.00 | $202.00 |

**Brand Hardt**
**305 Savannah Ln**
**Fort Mill, SC 29708**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.860 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |

**Branden Birmingham**
**4701 Southwestern Blvd Ofc**
**Hamburg, NY 14075**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.861 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**Brandi Babin**
**8026 Miller Road 3**
**Houston, TX 77049**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.862 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |

**Brandi Bagonis**
**2 Lindenshade Ln**
**Wallingford, PA 19086**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known)

| | | | |
|---|---|---|---|
| 2.863 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $129.00 $129.00 |

**Brandi Hann**
**41 S High St**
**Suite 2000**
**Columbus, OH 43215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.864 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $56.00 $56.00 |

**Brandi Miller**
**6036 Margo Ct**
**Downers Grove, IL 60516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.865 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $44.00 $44.00 |

**Brandi Singleton**
**6639 Depew Ct**
**Arvada, CO 80003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.866 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $441.00 $441.00 |

**Brandie Craig**
**4009 Andover Circle**
**Mcdonough, GA 30252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

| 2.867 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.00 | $63.00 |

**Brandon Arnold**
**12912 Noyes Lane**
**Austin, TX 78732**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.868 | Priority creditor's name and mailing address | | $8,001.00 | $3,350.00 |

**Brandon Bisig**
**400 S Rose St Apt 208**
**Kalamazoo, MI 49007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.869 | Priority creditor's name and mailing address | | $151.00 | $151.00 |

**Brandon Brantley**
**3219 W Wilson Ave Unit 1**
**Chicago, IL 60625**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.870 | Priority creditor's name and mailing address | | $94.00 | $94.00 |

**Brandon Copik**
**1261 Amalia Ave**
**East Los Angeles, CA 90022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                    Case number (*if known*) _____

Name

| | | | |
|---|---|---|---|
| 2.871 | Priority creditor's name and mailing address<br>**Brandon Counts**<br>**306 Hidden Beacon Bnd**<br>**Lakeway, TX 78738** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $651.00  $651.00 |

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.872 | Priority creditor's name and mailing address<br>**Brandon Ellis**<br>**10 Skylark Dr Apt 37**<br>**Larkspur, CA 94939** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $181.00  $181.00 |

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.873 | Priority creditor's name and mailing address<br>**Brandon Gibbs**<br>**261 Augusta Ave**<br>**Pleasant View, TN 37146** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25.00  $25.00 |

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.874 | Priority creditor's name and mailing address<br>**Brandon Handy**<br>**1106 Ridgeway Cir**<br>**Richardson, TX 75080** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $45.00  $45.00 |

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                          Case number *(if known)* _____
         _____
         Name

| 2.875 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.00 | $31.00 |

**Brandon Hildebrandt**
**600 N Long Beach Road**
**Rockville Centre, NY 11570**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.876 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $74.00 | $74.00 |

**Brandon Kameg**
**1811 Timothy Dr**
**West Mifflin, PA 15122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.877 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,045.00 | $1,045.00 |

**Brandon Kane**
**600 Chapel Hill Blvd**
**Boynton Beach, FL 33435**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.878 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $196.00 | $196.00 |

**Brandon Kang**
**203 Prospect St**
**Honolulu, HI 96813**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**    Case number (if known) _____
_____
Name

| | | | |
|---|---|---|---|
| 2.879 | Priority creditor's name and mailing address<br>**Brandon Kavanagh**<br>**310 S. Beaver Street**<br>**Flagstaff, AZ 86001** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$497.00** **$497.00** |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.880 | Priority creditor's name and mailing address<br>**Brandon Kaznowski**<br>**1007 Harvard Rd**<br>**Grosse Pointe Park, MI 48230** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$59.00** **$59.00** |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.881 | Priority creditor's name and mailing address<br>**Brandon Lang**<br>**2954 E Fruitvale Ave**<br>**Gilbert, AZ 85297** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$99.00** **$99.00** |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.882 | Priority creditor's name and mailing address<br>**Brandon Lea**<br>**211 E 73rd St Apt 4g**<br>**New York, NY 10021** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$80.00** **$80.00** |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____     Case number (if known) _____
Name

| 2.883 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,164.00 | $3,350.00 |
|---|---|---|---|---|

**Brandon Limoges**
**7532 Sand St**
**Fort Worth, TX 76118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.884 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.00 | $87.00 |
|---|---|---|---|---|

**Brandon Macken**
**7793 Monal Ct**
**Fair Oaks, CA 95628**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.885 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.00 | $52.00 |
|---|---|---|---|---|

**Brandon Pinette**
**6 Templeton Ct**
**Merrimack, NH 03054**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.886 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $421.00 | $421.00 |
|---|---|---|---|---|

**Brandon Roberts**
**500 Lupine Ln**
**Templeton, CA 93465**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                        Case number *(if known)* _____

Name

| 2.887 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $646.00 | $646.00 |
|---|---|---|---|---|

**Brandon Sailors**
**4443 Liam Dr**
**Frisco, TX 75034**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.888 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|

**Brandon Snow**
**5513 Woodlyn Rd**
**Frederick, MD 21703**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.889 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.00 | $65.00 |
|---|---|---|---|---|

**Brandon Szmidt**
**1708 Batten Drive**
**Charleston, SC 29414**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.890 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Brandon Tseng**
**8601 Lincoln Blvd**
**Apt 1129**
**Los Angeles, CA 90045**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 2.891 | Priority creditor's name and mailing address<br>**Brandon Vasapolle**<br>**9433 Silverthorn Rd**<br>**Seminole, FL 33777** | As of the petition filing date, the claim is: $300.00  $300.00<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No

☐ Yes

---

| | | |
|---|---|---|
| 2.892 | Priority creditor's name and mailing address<br>**Brandon Wood**<br>**216 Desoto Dr**<br>**New Smyrna, FL 32169** | As of the petition filing date, the claim is: $56.00  $56.00<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No

☐ Yes

---

| | | |
|---|---|---|
| 2.893 | Priority creditor's name and mailing address<br>**Brandt Carter**<br>**4016 Elizabeth Ter**<br>**Rex, GA 30273** | As of the petition filing date, the claim is: $94.00  $94.00<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No

☐ Yes

---

| | | |
|---|---|---|
| 2.894 | Priority creditor's name and mailing address<br>**Brandt Wood**<br>**3313 King James Lane**<br>**Fayetteville, NC 28306** | As of the petition filing date, the claim is: $81.00  $81.00<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No

☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| | | | |
|---|---|---|---|
| 2.895 | Priority creditor's name and mailing address<br>**Brandy Ortiz**<br>**3444 Zaharis Pl**<br>**Titusville, FL 32780** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$78.00**  **$78.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.896 | Priority creditor's name and mailing address<br>**Brandy Schultz**<br>**16560 N Profit Cir Apt 201**<br>**Nampa, ID 83687** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$22.00**  **$22.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.897 | Priority creditor's name and mailing address<br>**Brant Mcfarlain**<br>**2719 Welborn St**<br>**Dallas, TX 75219** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$29.00**  **$29.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.898 | Priority creditor's name and mailing address<br>**Braulio Gonzalez**<br>**4211 Rawlins St**<br>**Unit 97**<br>**Dallas, TX 75219** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$180.00**  **$180.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor  **Phoeno Wine Company, Inc.**                                    Case number (if known) _____

Name

| 2.899 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $137.00 | $137.00 |
|---|---|---|---|---|

**Breck Ogren**
**6835 E Shadow Lake Dr**
**Lino Lakes, MN 55014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.900 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.00 | $77.00 |
|---|---|---|---|---|

**Brenda Beznoska**
**464 Balsam Dr**
**Waynesville, NC 28786**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.901 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $139.00 | $139.00 |
|---|---|---|---|---|

**Brenda Liberti**
**301 Craneway St**
**Harbor Freight Transport**
**Newark, NJ 07114**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.902 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Brenda Miley**
**9254 Green Meadow Dr**
**Cedar Lake, IN 46303**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                          Case number (*if known*) _____
_____
Name

| | | |
|---|---|---|
| 2.903 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: $161.00    $161.00 |

**Brenda Schaecher**
**2300 24th Rd S Apt 721**
**Arlington, VA 22206**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| 2.904 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: $25.00    $25.00 |

**Brenda Wilson**
**9086 Lieven St**
**Avon, IN 46123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| 2.905 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: $180.00    $180.00 |

**Brendan Corrigan**
**37 Montrose Ave**
**Daly City, CA 94015**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| 2.906 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: $105.00    $105.00 |

**Brendan Doherty**
**80 Cranberry St # 6k**
**Brooklyn, NY 11201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                    Case number (*if known*) _____
Name

| 2.907 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $245.00 | $245.00 |
|---|---|---|---|---|

**Brendan Draper**
**288 Whiffletree Ave**
**Brewster, MA 02631**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.908 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 | $200.00 |
|---|---|---|---|---|

**Brendan Fowler**
**124 Regent Dr**
**Lido Beach, NY 11561**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.909 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.00 | $26.00 |
|---|---|---|---|---|

**Brendan Greenwood**
**390 Mary Elise Way**
**Austin, TX 78737**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.910 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Brendan Hanley**
**5302 Matoaka Rd**
**Richmond, VA 23226**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number (*if known*) _____

| | |
|---|---|
| 2.911 | Priority creditor's name and mailing address |

**Brendan Herbert**
**436 SW 15th Rd**
**Miami, FL 33129**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$90.00    $90.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| | |
|---|---|
| 2.912 | Priority creditor's name and mailing address |

**Brendan Parets**
**1049 Route 9d**
**Garrison, NY 10524**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$610.00    $610.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| | |
|---|---|
| 2.913 | Priority creditor's name and mailing address |

**Brendan Ryan**
**9348 Civic Center Drive**
**Beverly Hills, CA 90210**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$25.00    $25.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| | |
|---|---|
| 2.914 | Priority creditor's name and mailing address |

**Brendon Keenan**
**115 Inwood Ter**
**Roswell, GA 30075**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$90.00    $90.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**       Case number (if known) _____

Name

| | |
|---|---|
| **2.915** Priority creditor's name and mailing address | |

**2.915** Priority creditor's name and mailing address

**Brendon Loxton**
**4429 Beryl Rd**
**Co Of Corkvault**
**Raleigh, NC 27606**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$88.00    $88.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.916** Priority creditor's name and mailing address

**Brenna Bosma-Krass**
**8316 Highpoint Cir Unit G**
**Darien, IL 60561**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$137.00    $137.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.917** Priority creditor's name and mailing address

**Brennan Bubp**
**3024 SW 111th Way**
**Gainesville, FL 32608**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,569.00    $1,569.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.918** Priority creditor's name and mailing address

**Brennan Lind**
**1246 Center Lake Dr**
**Mount Pleasant, SC 29464**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$26.00    $26.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**                    Case number (if known) _____
_____
Name

| 2.919 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $164.00 | $164.00 |
|---|---|---|---|---|

**Brent Ballard**
**2029 Silver Ln**
**Madison, MS 39110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.920 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,167.00 | $3,350.00 |
|---|---|---|---|---|

**Brent Beckley**
**2111 Nw 79th Ave**
**212639 Tropical 022**
**Doral, FL 33122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.921 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |
|---|---|---|---|---|

**Brent Bisnar**
**774 Mays Blvd.**
**10-181**
**Incline Village, NV 89451**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.922 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |
|---|---|---|---|---|

**Brent Cox**
**6515 A C Smith Road**
**Dawsonville, GA 30534**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (*if known*) _____
_____
Name

| 2.923 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Brent Dawson**
**2806 Janet Drive**
**West Sacramento, CA 95691**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.924 | Priority creditor's name and mailing address | | $42.00 | $42.00 |
|---|---|---|---|---|

**Brent Emery**
**432 Montano Rd**
**Corrales, NM 87048**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.925 | Priority creditor's name and mailing address | | $183.00 | $183.00 |
|---|---|---|---|---|

**Brent Mcdonald**
**1333 2nd St NE Ste 303**
**Hickory, NC 28601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.926 | Priority creditor's name and mailing address | | $100.00 | $100.00 |
|---|---|---|---|---|

**Brent Miller**
**160 Mercer St # 104**
**Jersey City, NJ 07302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**                                      Case number (if known) _____
      Name

| 2.927 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.00 | $24.00 |
|---|---|---|---|---|

**Brent Pifer**
**28600 Lorna Ave**
**Warren, MI 48092**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.928 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $740.00 | $740.00 |

**Brenton Biddlecombe**
**519 Harrison Ave**
**Miller Place, NY 11764**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.929 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,515.00 | $1,515.00 |

**Bret Herbert**
**729 Brushy Face Rd**
**Highlands, NC 28741**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.930 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $538.00 | $538.00 |

**Bret Zieman**
**2508 Addison Ave**
**Austin, TX 78757**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| 2.931 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $71.00 | $71.00 |
|---|---|---|---|---|

**Breton Fischetti**
**447 Lakeview Rd**
**Broadalbin, NY 12025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.932 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|

**Brett Bushinger**
**835 Tice Place**
**Westfield, NJ 07090**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.933 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.00 | $59.00 |
|---|---|---|---|---|

**Brett Croswell**
**11052 Geist Woods Circle**
**Indianapolis, IN 46256**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.934 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $169.00 | $169.00 |
|---|---|---|---|---|

**Brett Finkelstein**
**329 Dusty Haven Ct**
**Colorado Springs, CO 80919**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.935 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $300.00 |
|---|---|---|---|---|

**Brett Grossman**
**318 Cordillera Trce**
**Boerne, TX 78006**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.936 | Priority creditor's name and mailing address | | $20.00 | $20.00 |

**Brett Huebner**
**4752 N Arrow Villa Way**
**Boise, ID 83703**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.937 | Priority creditor's name and mailing address | | $62.00 | $62.00 |

**Brett Milke**
**5328 Miller Ave**
**Dallas, TX 75206**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.938 | Priority creditor's name and mailing address | | $54.00 | $54.00 |

**Brett Woelfel**
**4117 18th St N**
**Arlington, VA 22207**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**2.939** | Priority creditor's name and mailing address

**Brian A.Ager**
**401 S 1st St Unit 1017**
**Minneapolis, MN 55401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$32.00    $32.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.940** | Priority creditor's name and mailing address

**Brian Ager**
**401 S 1st St**
**Unit 1017**
**Minneapolis, MN 55401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$70.00    $70.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.941** | Priority creditor's name and mailing address

**Brian Agnew**
**10051 Simonson Rd**
**Suite 8**
**Harrison, OH 45030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$205.00    $205.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.942** | Priority creditor's name and mailing address

**Brian Atteberry**
**5163 Clear Lake Ct**
**Carmel, IN 46033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$40.00    $40.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.943 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |

**Brian Bain**
**1797 Sunlight Drive**
**Steamboat Springs, CO 80487**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.944 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,047.00 | $1,047.00 |

**Brian Bazinet**
**3411 Capital Medical Blvd**
**Tallahassee, FL 32308**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.945 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $716.00 | $716.00 |

**Brian Beede**
**218 Clare Dr**
**Castle Pines, CO 80108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.946 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |

**Brian Bennett**
**13830 Portenza Ln**
**Venice, FL 34293**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (*if known*)

---

| 2.947 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $269.00 | $269.00 |
|---|---|---|---|---|

**Brian Bennett**
**70 Oakridge Rd.**
**West Orange, NJ 07052**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.948 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Brian Bettencourt**
**1730 Ofarrell St**
**612**
**San Francisco, CA 94115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.949 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Brian Bodamer**
**359 Tampa Ave**
**Pittsburgh, PA 15228**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.950 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |
|---|---|---|---|---|

**Brian Britton**
**719 Saddlebrook**
**Ada, MI 49301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

_____ Name

Case number (if known) _____

| 2.951 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $93.00 | $93.00 |

| 2.951 | Priority creditor's name and mailing address<br>**Brian Buskey**<br>**1815 Metropolitan St**<br>**Pittsburgh, PA 15233** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $93.00 | $93.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.952 | Priority creditor's name and mailing address<br>**Brian Carmouche**<br>**18434 S Mission Hills Ave**<br>**Baton Rouge, LA 70810** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $100.00 | $100.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.953 | Priority creditor's name and mailing address<br>**Brian Carr**<br>**269 Manchester Drive**<br>**Rising Sun, MD 21911** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $28.00 | $28.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.954 | Priority creditor's name and mailing address<br>**Brian Catalano**<br>**3409 Pinehurst Dr**<br>**Plano, TX 75075** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $59.00 | $59.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**                                          Case number (*if known*) _____

_____
Name

| 2.955 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $523.00 | $523.00 |

**Brian Chinopulos**
**4672 Shadow Wick Ln**
**Bartlett, TN 38002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.956 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $178.00 | $178.00 |

**Brian Cowsert**
**140 Brody Rd**
**Chapin, SC 29036**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.957 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 | $150.00 |

**Brian Croft**
**5060 Esther Dr**
**San Jose, CA 95124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.958 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $231.00 | $231.00 |

**Brian Curley**
**10710 Shore Front Pkwy Apt 8d**
**Rockaway Park, NY 11694**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Case number (*if known*) _____

_____ Name

| 2.959 | Priority creditor's name and mailing address **Brian Czapla** **11424 Lakehaven Dr** **White Lake, MI 48386** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $174.00 | $174.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.960 | Priority creditor's name and mailing address **Brian Danzis** **264 Cliff Ave** **Pelham, NY 10803** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $89.00 | $89.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.961 | Priority creditor's name and mailing address **Brian Davis** **1861 Thomasville Rd** **Theatre Tallahassee** **Tallahassee, FL 32303** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $142.00 | $142.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.962 | Priority creditor's name and mailing address **Brian Davis** **8457 Loxton Cir** **Charlotte, NC 28214** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $160.00 | $160.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

Debtor **Phoeno Wine Company, Inc.**                    Case number (*if known*) _____

Name

| | | |
|---|---|---|
| 2.963 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |

**2.963** Priority creditor's name and mailing address

**Brian Denneny**
**1407 Wren Ln**
**West Chester, PA 19382**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$25.00    $25.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.964** Priority creditor's name and mailing address

**Brian Dykes**
**10111 Perkins Rowe**
**Baton Rouge, LA 70810**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$39.00    $39.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.965** Priority creditor's name and mailing address

**Brian Eason**
**6630 Monmouth Dr.**
**Memphis, TN 38120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$385.00    $385.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.966** Priority creditor's name and mailing address

**Brian Farmer**
**2323 Pioneer Ave**
**Cheyenne, WY 82001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$145.00    $145.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.967 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |

**Brian Flynn**
**380 S Burnham Hwy**
**Lisbon, CT 06351**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.968 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Brian Franciskato**
**2300 Main Street**
**Suite 170**
**Kansas City, MO 64108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.969 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.00 | $77.00 |

**Brian Gamlen**
**10529 Homestead Dr**
**Tampa, FL 33618**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.970 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |

**Brian Gerstner**
**201 E Dryden St**
**Glendale, CA 91207**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                   Case number (*if known*)
_____
Name

| 2.971 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,218.00 | $2,218.00 |

2.971  Priority creditor's name and mailing address

**Brian Gilkey**
**561 Kevins Drive**
**Arnold, MD 21012**

As of the petition filing date, the claim is:     $2,218.00    $2,218.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

2.972  Priority creditor's name and mailing address

**Brian Goins**
**36497 Rosalie Ave**
**Denham Springs, LA 70706**

As of the petition filing date, the claim is:     $429.00    $429.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

2.973  Priority creditor's name and mailing address

**Brian Gowen**
**400 E 71st St Apt 16n**
**New York, NY 10021**

As of the petition filing date, the claim is:     $45.00    $45.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

2.974  Priority creditor's name and mailing address

**Brian Groelinger**
**9629 Kingscroft Drive**
**Glen Allen, VA 23060**

As of the petition filing date, the claim is:     $615.00    $615.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (*if known*) _____

| 2.975 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.00 | $115.00 |
|---|---|---|---|---|

**Brian Hamilton**
**2290 Waterford Way NE**
**Grand Rapids, MI 49525**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.976 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.00 | $95.00 |
|---|---|---|---|---|

**Brian Harmon**
**2801 Wade Hampton Blvd #307**
**Taylors, SC 29687**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.977 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $71.00 | $71.00 |
|---|---|---|---|---|

**Brian Hatten**
**45-395 Kuaua Way**
**Kaneohe, HI 96744**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.978 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |
|---|---|---|---|---|

**Brian Hawkins**
**57 Iron Horse Ln**
**Walnut Creek, CA 94597**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| | |
|---|---|

2.979 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$78.00** | **$78.00**

**Brian Holz**
**8736 East Quartz Mountain Drive**
**Gold Canyon, AZ 85118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.980 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$28.00** | **$28.00**

**Brian Home**
**208 Marie Circle**
**Southlake, TX 76092**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.981 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$164.00** | **$164.00**

**Brian Hurrell**
**9 Stonehaven Ct**
**Novato, CA 94947**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.982 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$28.00** | **$28.00**

**Brian Jeter**
**224 W Richardson Ave**
**Langhorne, PA 19047**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**                                    Case number (if known) _____

_____
Name

| 2.983 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $289.00 | $289.00 |

**Brian Kalita**
**2425 Lost Creek Dr**
**Toledo, OH 43617**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.984 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $672.00 | $672.00 |

**Brian Kearns**
**411 W Main St**
**Patchogue, NY 11772**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.985 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $178.00 | $178.00 |

**Brian Kelley**
**59 Old Mill Rd**
**Greenwich, CT 06831**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.986 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $181.00 | $181.00 |

**Brian Koenigberg**
**8053 S Vermejo Peak**
**Littleton, CO 80127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known)  _____
_____
Name

| 2.987 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Brian Kult**
**542 Highland Meadow Trl**
**Pulaski, WI 54162**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.988 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |
|---|---|---|---|---|

**Brian Laughlin**
**2048 Spring Briar Ct**
**Leave At Front Door**
**Avon, IN 46123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.989 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.00 | $55.00 |
|---|---|---|---|---|

**Brian Lawrence**
**433 Flying Orchid Dr**
**San Marcos, TX 78666**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.990 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $411.00 | $411.00 |
|---|---|---|---|---|

**Brian Leavy**
**405 Oakton Way**
**Abingdon, MD 21009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| | | | | |
|---|---|---|---|---|
| 2.991 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Brian Leonard**
**723 Beechwood Rd**
**Media, PA 19063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.992 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $162.00 | $162.00 |

**Brian Mcclanahan**
**4760 Preston Rd**
**244-126**
**Frisco, TX 75034**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.993 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $231.00 | $231.00 |

**Brian Mccormack**
**824 N Lake Shore Dr**
**Culver, IN 46511**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.994 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51.00 | $51.00 |

**Brian Messina**
**15810 Ellington Way**
**Chino Hills, CA 91709**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.995 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.00 | $44.00 |
|---|---|---|---|---|

**Brian Meyer**
**312 Samuel Dr**
**Cranberry Township, PA 16066**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.996 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $223.00 | $223.00 |
|---|---|---|---|---|

**Brian Millerii**
**1089 Carlisle Pl**
**Mount Juliet, TN 37122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.997 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.00 | $52.00 |
|---|---|---|---|---|

**Brian Moran**
**926 Black Oak Dr**
**Matthews, NC 28105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.998 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |
|---|---|---|---|---|

**Brian Murphy**
**4 Flintlock Ridge Rd**
**Katonah, NY 10536**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.999 | Priority creditor's name and mailing address<br>**Brian Myers**<br>**17610 Valencia Blvd**<br>**Loxahatchee, FL 33470** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**$181.00**    **$181.00**

| | | |
|---|---|---|
| 2.1000 | Priority creditor's name and mailing address<br>**Brian Patrolia**<br>**706 Tranquil Trail**<br>**Winter Garden, FL 34787** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**$2,202.00**    **$2,202.00**

| | | |
|---|---|---|
| 2.1001 | Priority creditor's name and mailing address<br>**Brian Perron**<br>**5642 East Senour Drive**<br>**West Chester, OH 45069** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**$206.00**    **$206.00**

| | | |
|---|---|---|
| 2.1002 | Priority creditor's name and mailing address<br>**Brian Phillips**<br>**253 West 72nd St**<br>**Apt 707**<br>**New York, NY 10023** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**$176.00**    **$176.00**

Debtor  **Phoeno Wine Company, Inc.**                                      Case number (if known) _____
_____
                Name

| 2.1003 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**Brian Poligone**
**35 Blossom Ln**
**Fairport, NY 14450**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1004 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**Brian Powell**
**75 Traverse Rd**
**Lake Peekskill, NY 10537**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1005 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $147.00 | $147.00 |

**Brian Prado**
**1671 Den Dulk Ct**
**Ripon, CA 95366**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1006 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $218.00 | $218.00 |

**Brian Price**
**7246 Haviland Cir**
**Boynton Beach, FL 33437**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**                          Case number (*if known*) _____
_____
    Name

| 2.1007 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $795.00 | $795.00 |
|---|---|---|---|---|

**Brian Pugnali**
**13513 Woodchester Dr**
**Sugar Land, TX 77498**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1008 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $160.00 | $160.00 |
|---|---|---|---|---|

**Brian Quill**
**32 Amy Rd**
**Falls Village, CT 06031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1009 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $271.00 | $271.00 |
|---|---|---|---|---|

**Brian Rabinovitz**
**638 Lindero Canyon Road**
**Suite 117**
**Oak Park, CA 91377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1010 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $18.00 | $18.00 |
|---|---|---|---|---|

**Brian Radley**
**21 Mariner Overlook Dr**
**Ogunquit, ME 03907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

| 2.1011 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |

**Brian Rapp**
**3449 Burnet Ave**
**Syracuse, NY 13206**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1012 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,797.00 | $1,797.00 |

**Brian Robinson**
**201 E 79th St**
**Apt 12j**
**New York, NY 10075**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1013 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.00 | $48.00 |

**Brian Rockett**
**29 Lucia Beach Rd**
**Owls Head, ME 04854**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1014 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Brian Scannell**
**679 Yellow Leaf Ln**
**Summerville, SC 29486**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 2.1015 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $382.00 | $382.00 |

**Brian Schenone**
**7 Center St**
**Provincetown, MA 02657**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.1016 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.00 | $31.00 |

**Brian Schilling**
**1049 Twin Creeks Dr**
**Salinas, CA 93905**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.1017 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $190.00 | $190.00 |

**Brian Schnell**
**10736 Boca Pointe Drive**
**Orlando, FL 32836**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.1018 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $173.00 | $173.00 |

**Brian Scope**
**191 Peachtree St NE Ste 2000**
**Atlanta, GA 30303**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**      Case number (*if known*) _____

Name

---

| 2.1019 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.00 | $54.00 |
|---|---|---|---|---|

**Brian Segro**
**75 Walsh Dr**
**Mahwah, NJ 07430**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1020 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $290.00 | $290.00 |
|---|---|---|---|---|

**Brian Shaifer**
**9980 W Vassar Way**
**Lakewood, CO 80227**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1021 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $457.00 | $457.00 |
|---|---|---|---|---|

**Brian Sondergaard**
**4619 Shoreline Ln**
**Gainesville, GA 30506**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1022 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Brian Taggart**
**30 Orleans Rd**
**Norwood, MA 02062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.1023 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $785.00 | $785.00 |
|---|---|---|---|---|

2.1023 | Priority creditor's name and mailing address

**Brian Terry**
**424 Webster Ct**
**Melbourne, FL 32934**

As of the petition filing date, the claim is: $785.00  $785.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.1024 | Priority creditor's name and mailing address

**Brian Thom**
**19203 104th Ave NE**
**Bothell, WA 98011**

As of the petition filing date, the claim is: $159.00  $159.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.1025 | Priority creditor's name and mailing address

**Brian Toma**
**1805 Whisper Bluff Trl**
**Hinckley, OH 44233**

As of the petition filing date, the claim is: $609.00  $609.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.1026 | Priority creditor's name and mailing address

**Brian Watson**
**2226 Saines Manor Dr**
**Jackson, MI 49201**

As of the petition filing date, the claim is: $495.00  $495.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**                                Case number (*if known*) _____
_____
Name

| 2.1027 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $20.00 | $20.00 |
|---|---|---|---|---|

**Brian Wendt**
**18521 Spring Creek Dr Ste B**
**Tinley Park, IL 60477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.1028 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $35.00 | $35.00 |
|---|---|---|---|---|

**Brian Wenzel**
**4911 Michael Jay Way**
**Las Vegas, NV 89149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.1029 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $25.00 | $25.00 |
|---|---|---|---|---|

**Brian Whitfield**
**14695 Airline Hwy**
**Destrehan, LA 70047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.1030 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
|---|---|---|---|---|

**Brian Wnorowski**
**506 Normandy Drive**
**Mantoloking, NJ 08738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**                                    Case number (*if known*) _____
_____
Name

| 2.1031 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.00 | $31.00 |
|---|---|---|---|---|

**Brian Yang**
**10 Via Ricasol Apt B307**
**Irvine, CA 92612**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1032 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.00 | $62.00 |
|---|---|---|---|---|

**Brian Youngblood**
**2401 Grandview Dr**
**Richardson, TX 75080**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1033 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|---|---|---|---|---|

**Brian Zapf**
**3435 N Western Ave**
**Chicago, IL 60618**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1034 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.00 | $53.00 |
|---|---|---|---|---|

**Brian Zuckerbraun**
**924 S Aiken Ave**
**Pittsburgh, PA 15232**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.1035 | Priority creditor's name and mailing address<br>**Briana Shea**<br>**14 Captain Torrey Ln**<br>**Pembroke, MA 02359** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: $64.00   $64.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.1036  Priority creditor's name and mailing address
**Brianna Russell**
**18027 48th Ave W**
**Lynnwood, WA 98037**

As of the petition filing date, the claim is: $178.00   $178.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.1037  Priority creditor's name and mailing address
**Bridget Blanchard**
**6947 Coal Creek Pkwy Se # 310**
**Newcastle, WA 98059**

As of the petition filing date, the claim is: $109.00   $109.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.1038  Priority creditor's name and mailing address
**Brie Silveria**
**486 Rockingham Way**
**Tracy, CA 95376**

As of the petition filing date, the claim is: $323.00   $323.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.** _____    Case number (if known) _____

Name

| 2.1039 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $522.00 | $522.00 |
|---|---|---|---|---|

**Brien Brown**
**517 Roy Bridges Rd**
**Leesville, LA 71446**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1040 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.00 | $57.00 |
|---|---|---|---|---|

**Brien Shopoff**
**818 N Logan St Apt 801**
**Denver, CO 80203**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1041 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 | $38.00 |
|---|---|---|---|---|

**Brigitte Piniewski**
**6541 N Boston Ave**
**Portland, OR 97217**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1042 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |
|---|---|---|---|---|

**Britnee Foreman**
**18847 E Citrus Edge St**
**Azusa, CA 91702**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**                                   Case number (if known) _____
_____
                    Name

| 2.1043 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |

**Britnee Stevens**
**107 Armistead Ct**
**Fort Polk, LA 71459**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1044 | Priority creditor's name and mailing address | | $22.00 | $22.00 |

**Brittany Biolo**
**25 D Welton Way**
**Thomaston, CT 06787**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1045 | Priority creditor's name and mailing address | | $13.00 | $13.00 |

**Brittany Boren**
**6157 E Vassar Ave**
**Fresno, CA 93727**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1046 | Priority creditor's name and mailing address | | $61.00 | $61.00 |

**Brittany Cassady**
**420 Highway 61 W**
**Maynardville, TN 37807**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 2.1047 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$56.00** | **$56.00** |

| 2.1047 | Priority creditor's name and mailing address<br>**Brittany Coppelli**<br>**5440 E Woodridge Dr**<br>**Scottsdale, AZ 85254** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$56.00** | **$56.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.1048 | Priority creditor's name and mailing address<br>**Brittany Jefferson**<br>**2202 Theseus Pass**<br>**Austin, TX 78741** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$21.00** | **$21.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.1049 | Priority creditor's name and mailing address<br>**Brittany Ray**<br>**5859 Denbury Ln**<br>**Loves Park, IL 61111** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$125.00** | **$125.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.1050 | Priority creditor's name and mailing address<br>**Brittany Wood**<br>**400 Ola Mae Wood Rd**<br>**Alexander, AR 72002** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$56.00** | **$56.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor    **Phoeno Wine Company, Inc.**                                     Case number (*if known*) _____
_____
Name

| 2.1051 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $608.00 | $608.00 |
|---|---|---|---|---|

**Broc Segura**
**1307 Tool Dr**
**New Iberia, LA 70560**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1052 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.00 | $110.00 |

**Brock Peters**
**473 S. 13th St.**
**San Jose, CA 95112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1053 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |

**Brodie Hutchins**
**5535 Rathkeale Lane**
**Franklin, TN 37067**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1054 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.00 | $49.00 |

**Brody Aston**
**3474 N 39th**
**Boise, ID 83703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.1055 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.00 | $15.00 |
|---|---|---|---|---|

**Brook Lillehaugen**
**417 Country Ln**
**Narberth, PA 19072**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1056 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|---|---|---|---|---|

**Brook Swientisky**
**6804 S Ensenada St**
**Centennial, CO 80016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1057 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $800.00 | $800.00 |
|---|---|---|---|---|

**Brooke Parish**
**1501 Allegro Way Nw**
**Albuquerque, NM 87104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1058 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Brooke Snead**
**3340 Foothill Rd Unit B**
**Santa Barbara, CA 93105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor   **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
         Name

| 2.1059 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $398.00 | $398.00 |
|---|---|---|---|---|

**Brooks Callisher**
**1206 Redwood Valley Ln**
**Knightdale, NC 27545**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1060 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.00 | $48.00 |
|---|---|---|---|---|

**Brooks Hosfield**
**1990 Green St Apt 605**
**San Francisco, CA 94123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1061 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Brooks Lopez**
**104 Splitlog Pl**
**Sanford, FL 32771**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1062 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Brown Rodneyd**
**414 S Exeter St**
**Baltimore, MD 21202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**                              Case number (if known) _____

Name

| | | | |
|---|---|---|---|
| 2.1063 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00    $84.00 |

| 2.1063 | Priority creditor's name and mailing address<br>**Bruce Borden**<br>**230 Oak St**<br>**Mountain View, CA 94041** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $84.00    $84.00 |
|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.1064 | Priority creditor's name and mailing address<br>**Bruce Crawford**<br>**1954  Se 179th Wesley St**<br>**The Villages, FL 32162** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $44.00    $44.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.1065 | Priority creditor's name and mailing address<br>**Bruce Devlin**<br>**176 Brook Hollow Ln**<br>**Weatherford, TX 76088** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $195.00    $195.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.1066 | Priority creditor's name and mailing address<br>**Bruce Gelb**<br>**34 N 7th St Apt 11b**<br>**Brooklyn, NY 11249** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $208.00    $208.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name _____

| | | |
|---|---|---|
| 2.1067 Priority creditor's name and mailing address<br>**Bruce Goldstein**<br>**881 Parkside Dr**<br>**Berkeley Springs, WV 25411** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$395.00**   **$395.00** |

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| 2.1068 Priority creditor's name and mailing address<br>**Bruce Jenkins**<br>**2130 Grant Dr**<br>**Bismarck, ND 58501** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,187.00**   **$1,187.00** |

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| 2.1069 Priority creditor's name and mailing address<br>**Bruce Larsen**<br>**2398 Combs Cv Nw**<br>**Marietta, GA 30064** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$32.00**   **$32.00** |

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| 2.1070 Priority creditor's name and mailing address<br>**Bruce Matthews**<br>**37700 Milann Dr**<br>**Willoughby Hills, OH 44094** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$22.00**   **$22.00** |

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor  **Phoeno Wine Company, Inc.**                                   Case number (if known) _____
      Name

| 2.1071 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $135.00 | $135.00 |
|---|---|---|---|---|

**Bruce Olin**
**2412 Winchester Lane**
**St. Augustine, FL 32092**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.1072 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.00 | $66.00 |
|---|---|---|---|---|

**Bruce Piraino**
**1530 Myron St**
**Schenectady, NY 12309**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.1073 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $149.00 | $149.00 |
|---|---|---|---|---|

**Bruce Smith**
**963 N Hunt Club Dr**
**Hernando, FL 34442**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.1074 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 | $400.00 |
|---|---|---|---|---|

**Bruce Surber**
**9424 Queen Charlotte Dr**
**Las Vegas, NV 89145**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known)

---

| 2.1075 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $266.00 | $266.00 |

**Bruce Wiercioch**
**3518 Antarctic Cir # 1**
**Naples, FL 34112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1076 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $105.00 | $105.00 |

**Brucedaniel Goettel**
**601 West 137th St.**
**Apt. 46**
**New York, NY 10031**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1077 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,537.00 | $1,537.00 |

**Brucek Bowen**
**218 E Valley Rd Ste 104-Pmb**
**311**
**Carbondale, CO 81623**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1078 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $182.00 | $182.00 |

**Bryan Anderson**
**1444 Baldur Park Rd**
**Wayzata, MN 55391**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
           Name

| 2.1079 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.00 | $98.00 |

**Bryan Arntz**
**325 SW 12th St**
**Renton, WA 98057**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1080 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |

**Bryan Ashley**
**8931 Bay Breeze Ln**
**Indianapolis, IN 46236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1081 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.00 | $24.00 |

**Bryan Bartz**
**1311 W Line St**
**Palmyra, MO 63461**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1082 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Bryan Bayless**
**4425 SW Crestwood Dr**
**Portland, OR 97225**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**    Case number *(if known)* _____

_____
Name

| | | |
|---|---|---|
| 2.1083 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

2.1083 | Priority creditor's name and mailing address

**Bryan Betts**
**1523 E Mariposa Ave**
**El Segundo, CA 90245**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$82.00    $82.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.1084 | Priority creditor's name and mailing address

**Bryan Buck**
**84 Quail Canyon**
**Irvine, CA 92618**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$92.00    $92.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.1085 | Priority creditor's name and mailing address

**Bryan Clark**
**328 W 7th Ave**
**Columbus, OH 43201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$41.00    $41.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.1086 | Priority creditor's name and mailing address

**Bryan Deloeste**
**11650 W Pico Blvd Apt 316**
**Los Angeles, CA 90064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$90.00    $90.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

---

| 2.1087 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $228.00 | $228.00 |
|---|---|---|---|---|

**Bryan Frackman**
**11937 E Lake Ct**
**Greenwood Village, CO 80111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1088 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Bryan Freytag**
**4730 E Indian School Rd Ste 115**
**Phoenix, AZ 85018**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1089 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,271.00 | $1,271.00 |
|---|---|---|---|---|

**Bryan G**
**126 Dry Rivers Ln**
**Mooresville, NC 28117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1090 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,721.00 | $3,350.00 |
|---|---|---|---|---|

**Bryan Gerard**
**5037 Twin Ridge Dr**
**Old Hickory, TN 37138**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**                                              Case number (*if known*) _____
_____
Name

| | | |
|---|---|---|
| 2.1091 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.00 | $42.00 |

**2.1091**  Priority creditor's name and mailing address

**Bryan Hamilton**
**50 Timberline Dr**
**Nashville, TN 37221**

As of the petition filing date, the claim is:                    **$42.00**    **$42.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred            Basis for the claim:
_____            **Deficit Customer**
                                                    _____

Last 4 digits of account number            Is the claim subject to offset?
Specify Code subsection of PRIORITY        ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

**2.1092**  Priority creditor's name and mailing address

**Bryan Harned**
**5216 Highway 53 Unit 33**
**Braselton, GA 30517**

As of the petition filing date, the claim is:                    **$28.00**    **$28.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred            Basis for the claim:
_____            **Deficit Customer**
                                                    _____

Last 4 digits of account number            Is the claim subject to offset?
Specify Code subsection of PRIORITY        ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

**2.1093**  Priority creditor's name and mailing address

**Bryan Haviser**
**28444 Retreat Kanaskat Rd Se**
**Ravensdale, WA 98051**

As of the petition filing date, the claim is:                    **$66.00**    **$66.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred            Basis for the claim:
_____            **Deficit Customer**
                                                    _____

Last 4 digits of account number            Is the claim subject to offset?
Specify Code subsection of PRIORITY        ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

**2.1094**  Priority creditor's name and mailing address

**Bryan Hedge**
**45 Caitlin Way**
**Westfield, MA 01085**

As of the petition filing date, the claim is:                    **$90.00**    **$90.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred            Basis for the claim:
_____            **Deficit Customer**
                                                    _____

Last 4 digits of account number            Is the claim subject to offset?
Specify Code subsection of PRIORITY        ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                     Case number *(if known)* _____
_____
Name

| 2.1095 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $398.00 | $398.00 |
|---|---|---|---|---|

**Bryan Holcomb**
**1186 Winter Wood Ct**
**Zionsville, IN 46077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1096 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.00 | $240.00 |
|---|---|---|---|---|

**Bryan Huckaby**
**4433 Prairie Trail Dr**
**Loveland, CO 80537**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1097 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $201.00 | $201.00 |
|---|---|---|---|---|

**Bryan Jones**
**4008 Eagles Landing Cove**
**Austin, TX 78735**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1098 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.00 | $78.00 |
|---|---|---|---|---|

**Bryan Joyce**
**213 Plainfield Rd**
**Concord, MA 01742**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.1099 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Bryan Krupin**
**4617 Chalmers Dr**
**Nashville, TN 37215**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.00 | $24.00 |
|---|---|---|---|---|

**Bryan Loeding**
**6502 Scott Ln**
**Crystal Lake, IL 60014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.00 | $104.00 |
|---|---|---|---|---|

**Bryan Morrell**
**2116 Brighton Shore St**
**Las Vegas, NV 89128**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.00 | $119.00 |
|---|---|---|---|---|

**Bryan Neal**
**17909 County Road 132**
**Flint, TX 75762**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| | |
|---|---|

**2.1103** Priority creditor's name and mailing address

**Bryan Penn**
**1231 Hawthorne Loop**
**Driftwood, TX 78619**

As of the petition filing date, the claim is:          **$84.00**   **$84.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                     Basis for the claim:
_____                            **Deficit Customer**

Last 4 digits of account number                     Is the claim subject to offset?
Specify Code subsection of PRIORITY                 ☑ No
unsecured claim: 11 U.S.C. § 507(a) (7)             ☐ Yes

---

**2.1104** Priority creditor's name and mailing address

**Bryan Petty**
**27 Priscilla Lane**
**Carnegie, PA 15106**

As of the petition filing date, the claim is:          **$3,619.00**   **$3,350.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                     Basis for the claim:
_____                            **Deficit Customer**

Last 4 digits of account number                     Is the claim subject to offset?
Specify Code subsection of PRIORITY                 ☑ No
unsecured claim: 11 U.S.C. § 507(a) (7)             ☐ Yes

---

**2.1105** Priority creditor's name and mailing address

**Bryan Reid**
**6205 Rendezvous Trl**
**Colorado Springs, CO 80919**

As of the petition filing date, the claim is:          **$122.00**   **$122.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                     Basis for the claim:
_____                            **Deficit Customer**

Last 4 digits of account number                     Is the claim subject to offset?
Specify Code subsection of PRIORITY                 ☑ No
unsecured claim: 11 U.S.C. § 507(a) (7)             ☐ Yes

---

**2.1106** Priority creditor's name and mailing address

**Bryan Solomon**
**140 W Franklin St Unit 428**
**Chapel Hill, NC 27516**

As of the petition filing date, the claim is:          **$25.00**   **$25.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                     Basis for the claim:
_____                            **Deficit Customer**

Last 4 digits of account number                     Is the claim subject to offset?
Specify Code subsection of PRIORITY                 ☑ No
unsecured claim: 11 U.S.C. § 507(a) (7)             ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.1107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $300.00 |

**Bryan Sousa**
**10881 Madison Dr**
**Boynton Beach, FL 33437**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1108 | Priority creditor's name and mailing address | | $126.00 | $126.00 |

**Bryan Sperry**
**6 Larkspur Dr**
**Higganum, CT 06441**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1109 | Priority creditor's name and mailing address | | $50.00 | $50.00 |

**Bryan Taylor**
**9551 Eden Mnr**
**Parkland, FL 33076**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1110 | Priority creditor's name and mailing address | | $30.00 | $30.00 |

**Bryan Tibbitts**
**1555 Central St Unit 206**
**Denver, CO 80211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**

Case number (*if known*) _____

_____
Name

| | | |
|---|---|---|
| 2.1111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: $99.00 $99.00 |

2.1111  Priority creditor's name and mailing address
**Bryan Wakehouse**
**5837 Galena Street**
**Denver, CO 80238**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$99.00**    **$99.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.1112  Priority creditor's name and mailing address
**Bryan Whisenant**
**901 W 38th St Ste 401**
**Austin, TX 78705**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$92.00**    **$92.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.1113  Priority creditor's name and mailing address
**Bryan Yang**
**1347 N Stanley Ave Apt 2**
**Los Angeles, CA 90046**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$182.00**    **$182.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.1114  Priority creditor's name and mailing address
**Bryan Zales**
**7320 Woodglen Pl**
**Castle Pines, CO 80108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$30.00**    **$30.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                           Case number (if known) _____
_____
Name

| | |
|---|---|

**2.1115** Priority creditor's name and mailing address
**Bryant Jones**
**5700 E Franklin Rd Ste 100**
**Nampa, ID 83687**

As of the petition filing date, the claim is:             **$54.00**    **$54.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.1116** Priority creditor's name and mailing address
**Bryant Schreifels**
**235 Stearns Dr**
**Sauk Rapids, MN 56379**

As of the petition filing date, the claim is:             **$695.00**    **$695.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.1117** Priority creditor's name and mailing address
**Bryce Evans**
**20003 Dassel Ln**
**Rogers, MN 55374**

As of the petition filing date, the claim is:             **$39.00**    **$39.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.1118** Priority creditor's name and mailing address
**Bryce Haupert**
**9083 Baywood Park Dr**
**Seminole, FL 33777**

As of the petition filing date, the claim is:             **$180.00**    **$180.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**                              Case number (if known) _____
_____
Name

| 2.1119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $180.00 |

Check all that apply.
**Bryce Macdonald**
**5288 J St**
**Sacramento, CA 95819**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.00 | $21.00 |

Check all that apply.
**Bryce Meares**
**500 Capital Of Texas Hwy N.**
**Bldg 3. Ste 110**
**Austin, TX 78746**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $669.00 | $669.00 |

Check all that apply.
**Bryon Hough**
**8185 Upland Circle**
**Chanhassen, MN 55317**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $656.00 | $656.00 |

Check all that apply.
**Brytne Kitchin**
**4508 Oakmont Blvd**
**Austin, TX 78731**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.1123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Bud Brainerd**
**13400 Sabre Springs Pkwy Ste 235**
**San Diego, CA 92128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY        ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.1124 | Priority creditor's name and mailing address | | $452.00 | $452.00 |
|---|---|---|---|---|

**Buffi Buckley**
**256 Academy Rd**
**Buffi Buckley**
**Pembroke, NH 03275**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY        ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.1125 | Priority creditor's name and mailing address | | $44.00 | $44.00 |
|---|---|---|---|---|

**Burton Vance**
**850 Austin Ln**
**Winston Salem, NC 27106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY        ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.1126 | Priority creditor's name and mailing address | | $4,374.00 | $3,350.00 |
|---|---|---|---|---|

**Byron Ginter**
**105 Loyd St**
**C/O Ups Access Point**
**Branson, MO 65616**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY        ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page  282 of 5261

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 2.1127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.00 | $78.00 |
|---|---|---|---|---|

**C.R. Barclay**
**1181 Sunny Hill Drive**
**Columbus, OH 43221**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $135.00 | $135.00 |
|---|---|---|---|---|

**Caitlin Bell**
**57 Village Drive**
**Morristown, NJ 07960**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $156.00 | $156.00 |
|---|---|---|---|---|

**Caitlin Leedy**
**2803 Sunny Hill Ln**
**Farmers Branch, TX 75234**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $407.00 | $407.00 |
|---|---|---|---|---|

**Caitlin Mazurek**
**23911 Mc Mullin Cir**
**Plainfield, IL 60586**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.1131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |

**Caitlin Rixey**
**508 White Shoal Way**
**Sneads Ferry, NC 28460**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.00 | $55.00 |

**Caldwell Gary**
**623 Mowrer Rd**
**Circleville, OH 43113**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |

**Caleb Primos**
**2 Elk Ridge Ln**
**Southern Pines, NC 28387**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**California Dept of Tax & Fee**
**Admin**
**Account Information Group, MIC**
**29**
**PO Box 942879**
**Sacramento, CA 94279-0029**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.1135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $132.00 | $132.00 |
|---|---|---|---|---|

**Calvin Ito**
**445 Winslow Ave**
**Long Beach, CA 90814**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Deficit Customer** |

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.00 | $104.00 |
|---|---|---|---|---|

**Cameron Gould-Saltman**
**3252 21st Ave W # A**
**Seattle, WA 98199**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Deficit Customer** |

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|---|---|---|---|---|

**Cameron Jordan**
**800 W San Marcos Dr**
**Chandler, AZ 85225**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Deficit Customer** |

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |
|---|---|---|---|---|

**Cameron Menezes**
**10155 Monroe Dr**
**Dallas, TX 75229**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Deficit Customer** |

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**  Case number (if known)
_____
Name

| 2.1139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,623.00 | $3,350.00 |

**Cameron Winston**
**204 Danton Dr.**
**Cary, NC 27518**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $107.00 | $107.00 |

**Camille Hitt**
**300 Navigator Dr**
**Austin, TX 78717**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.00 | $26.00 |

**Candrew Watkins**
**144 W Magnolia Dr**
**Belgrade, MT 59714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |

**Cara Arnold**
**2778 Highway 41a S**
**Eagleville, TN 37060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| 2.1143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Caragher Liz**
**3611 Prairie Path**
**Bethpage, NY 11714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1144 | Priority creditor's name and mailing address | | $65.00 | $65.00 |
|---|---|---|---|---|

**Carey Blaxberg**
**336 9th Ave NE**
**St Petersburg, FL 33701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1145 | Priority creditor's name and mailing address | | $25.00 | $25.00 |
|---|---|---|---|---|

**Carey Watkins**
**4413 Comanche Trail Blvd**
**Saint Johns, FL 32259**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1146 | Priority creditor's name and mailing address | | $62.00 | $62.00 |
|---|---|---|---|---|

**Cari Bak**
**379 Montrose Ave**
**South Orange, NJ 07079**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.1147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 $28.00 |

**Cari Klepper**
**2361 Big Mountain Rd**
**Pob 1800**
**Whitefish, MT 59937**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.1148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $640.00 $640.00 |

**Cari Matthews**
**552 Garrison Rd**
**Goldendale, WA 98620**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.1149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 $33.00 |

**Cari Nielsen**
**16515 E 23rd Ave**
**Spokane Valley, WA 99037**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.1150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.00 $115.00 |

**Cari Sepulveda**
**1938 Oceanaire Way**
**Upland, CA 91784**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.1151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $74.00 | $74.00 |
|---|---|---|---|---|

**Carin Trundle**
**430 E 56th St**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $32.00 | $32.00 |
|---|---|---|---|---|

**Carissa Harrild**
**1647 Willow Pass Rd # 509**
**Concord, CA 94520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $16.00 | $16.00 |
|---|---|---|---|---|

**Carissa Kozacek**
**1077 Camino Ramon**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $28.00 | $28.00 |
|---|---|---|---|---|

**Carissa Thebeau**
**325 E Broadway**
**Gardner, MA 01440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
Name

| 2.1155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $380.00 | $380.00 |
|---|---|---|---|---|

**Carl Forster**
**20 Rebecca Dr**
**Middle Grove, NY 12850**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Carl Gerhardt**
**3820 San Poppi Ct**
**Ozark, MO 65721**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $215.00 | $215.00 |
|---|---|---|---|---|

**Carl Lindberg**
**659 Commodore Dr**
**Lenoir City, TN 37772**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Carl Myler**
**12519 Willoway Ct**
**Plymouth, MI 48170**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                         Case number (if known) _____
         _____
         Name

| 2.1159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.00 | $26.00 |

**Carl Poe**
**23106 Jasmine Way**
**California, MD 20619**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |

**Carl Sanderson**
**2490 Hard Rd**
**Dublin, OH 43016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.00 | $52.00 |

**Carl Swenson**
**1905 Isom Ln NE**
**Palm Bay, FL 32905**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**Carl Tisone**
**9998 Litzsinger Rd**
**St. Louis, MO 63124**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
          Name                                                    Case number (if known)

| 2.1163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.00 | $83.00 |
|---|---|---|---|---|

**Carl Tripician**
**113 N 34th Ave**
**Longport, NJ 08403**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |
|---|---|---|---|---|

**Carl Vaughn**
**1152 Hillpointe Cir # 72**
**Bloomfield Hills, MI 48304**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |
|---|---|---|---|---|

**Carl Wildermann**
**3903 Darby Rd**
**Durham, NC 27707**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $293.00 | $293.00 |
|---|---|---|---|---|

**Carl Yale**
**1168 Lithia Springs Road**
**Moravian Falls, NC 28654**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**                          Case number (*if known*) _____
_____
Name

| | | |
|---|---|---|
| 2.1167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$52.00** | **$52.00** |

**2.1167**

Priority creditor's name and mailing address
**Carleigh Gordon**
**135 Skunk Hill Rd**
**Exeter, RI 02822**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$52.00**  **$52.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

**2.1168**

Priority creditor's name and mailing address
**Carlen Funk**
**1735 Marvin St Nw**
**Atlanta, GA 30318**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$229.00**  **$229.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

**2.1169**

Priority creditor's name and mailing address
**Carles Latorre**
**36 Florence Ave Apt A**
**Dobbs Ferry, NY 10522**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$34.00**  **$34.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

**2.1170**

Priority creditor's name and mailing address
**Carlisle Cortney**
**440 E Newport Dr**
**Tucson, AZ 85704**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$91.00**  **$91.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.1171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |
|---|---|---|---|---|

**Carlos Barriot**
**500 Spring Crest Dr**
**El Paso, TX 79912**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1172 | Priority creditor's name and mailing address | | $642.00 | $642.00 |
|---|---|---|---|---|

**Carlos Caballero**
**1408 Brickell Bay Dr Apt 1208**
**Miami, FL 33131**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1173 | Priority creditor's name and mailing address | | $60.00 | $60.00 |
|---|---|---|---|---|

**Carlos Caceres**
**19740 I 45 North**
**Spring, TX 77373**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1174 | Priority creditor's name and mailing address | | $135.00 | $135.00 |
|---|---|---|---|---|

**Carlos Jeronimo**
**1857 Clifford St**
**Santa Clara, CA 95050**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.1175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $155.00 | $155.00 |
|---|---|---|---|---|

**Carlos Jimenez**
**32 Vallecito Ln**
**Orinda, CA 94563**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |
|---|---|---|---|---|

**Carlos Jon**
**905 Saratoga Ln**
**Georgetown, TX 78633**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |
|---|---|---|---|---|

**Carlos Santiesteban**
**11914 Kling St.**
**Apt. 6**
**Valley Village, CA 91607**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $129.00 | $129.00 |
|---|---|---|---|---|

**Carlos Vittes**
**1270 Redwood Court**
**Herndon, VA 20170**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.1179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,847.00 | $3,350.00 |
|---|---|---|---|---|

**Carlosandres Serna**
**3637 Us-90**
**Pace, FL 32571**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.00 | $52.00 |
|---|---|---|---|---|

**Carlosg Rodriguez**
**3037 NE Quayside Ln**
**Miami, FL 33138**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $712.00 | $712.00 |
|---|---|---|---|---|

**Carlton Zwilling**
**1442 Nauticus Cv**
**Loveland, OH 45140**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $141.00 | $141.00 |
|---|---|---|---|---|

**Carmela Russo**
**1304 Ruddy Ct**
**Conway, SC 29527**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**                                        Case number (if known) _____
_____
Name

| 2.1183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$99.00** | **$99.00** |

**2.1183** Priority creditor's name and mailing address

**Carmella Engels**
**2102 E Clubhouse Dr**
**Phoenix, AZ 85048**

As of the petition filing date, the claim is:    **$99.00**    **$99.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1184** Priority creditor's name and mailing address

**Carmelo Mosca**
**795 Rathbun Ave**
**Staten Island, NY 10309**

As of the petition filing date, the claim is:    **$65.00**    **$65.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1185** Priority creditor's name and mailing address

**Carmem Costa**
**3505 Rolling Hills Rd**
**Cedar Park, TX 78641**

As of the petition filing date, the claim is:    **$44.00**    **$44.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1186** Priority creditor's name and mailing address

**Carmen Torres**
**3525 Sage Rd #1504**
**Houston, TX 77056**

As of the petition filing date, the claim is:    **$40.00**    **$40.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.1187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,126.00 | $2,126.00 |
|---|---|---|---|---|

**Carmine Marinari**
**12105 Azure Shores Ct.**
**Austin, TX 78732**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $91.00 | $91.00 |
|---|---|---|---|---|

**Carol Auping**
**11095 W Burntwood Dr**
**Sun City, AZ 85351**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $408.00 | $408.00 |
|---|---|---|---|---|

**Carol Barker**
**22430 Collins Street**
**Woodland Hills, CA 91367**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.00 | $87.00 |
|---|---|---|---|---|

**Carol Galbraith**
**419 E High St**
**Jefferson City, MO 65101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.1191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |

**Carol Heyse**
**1325 Bison Ridge Dr**
**Colorado Springs, CO 80919**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |

**Carol Krass**
**17042 Roosevelt Ave**
**Lockport, IL 60441**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.00 | $112.00 |

**Carol Lattimore**
**2677 African Violet Ave**
**Henderson, NV 89074**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Carol Li**
**10011 Southwell Rd**
**San Antonio, TX 78240**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known)
_____
Name

| 2.1195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.00 | $63.00 |
|---|---|---|---|---|

**Carol Oliver**
**4032 Franklin Ave**
**New Orleans, LA 70122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☐ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.1196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,105.00 | $1,105.00 |
|---|---|---|---|---|

**Carol Ott**
**16036 Marche Place**
**Bonita Springs, FL 34135**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☐ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.1197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $581.00 | $581.00 |
|---|---|---|---|---|

**Carol Plotsky**
**514 Patapsco Ave**
**Baltimore, MD 21237**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☐ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.1198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |
|---|---|---|---|---|

**Carolann Kong**
**5803 W Laura Ct**
**Etc**
**Visalia, CA 93277**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☐ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 2.1199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |

**Carolann Peterson**
**629 Marsh Way**
**Brunswick, OH 44212**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Carolann Proveaux**
**419 W 12th Ave**
**Anchorage, AK 99501**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.00 | $65.00 |

**Caroline Cotting**
**1107 Newport Drive**
**Allen, TX 75013**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.00 | $27.00 |

**Caroline Griffin**
**1121 Stainback Avenue**
**Nashville, TN 37207**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**      Case number (*if known*) _____

Name

| | |
|---|---|
| 2.1203 | Priority creditor's name and mailing address |

**2.1203**

Priority creditor's name and mailing address
**Caroline Horstmann**
**28763 Aloha Ln**
**Montgomery, TX 77356**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$71.00    $71.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.1204**

Priority creditor's name and mailing address
**Caroline Kelly**
**254 Front St Apt 7c**
**New York, NY 10038**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$19.00    $19.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.1205**

Priority creditor's name and mailing address
**Caroline Montondon**
**4 Ridge Rd**
**Westminster, MD 21157**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$71.00    $71.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.1206**

Priority creditor's name and mailing address
**Caroline Morici**
**18329 Clifftop Way**
**Malibu, CA 90265**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$98.00    $98.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

| | | |
|---|---|---|
| 2.1207 | Priority creditor's name and mailing address<br>**Caroline Mueller**<br>**6354 Harbor Oaks Dr**<br>**Denver, NC 28037** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **$31.00**   **$31.00**

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1208 | Priority creditor's name and mailing address<br>**Caroline Sangari**<br>**4142 Jurupa Ave**<br>**Riverside, CA 92506** |

As of the petition filing date, the claim is:   **$228.00**   **$228.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1209 | Priority creditor's name and mailing address<br>**Caroline Stith**<br>**219 Burning Tree Rd**<br>**Lutherville, MD 21093** |

As of the petition filing date, the claim is:   **$76.00**   **$76.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1210 | Priority creditor's name and mailing address<br>**Carolyn Bailey**<br>**11174 Pike 405**<br>**Bowling Green, MO 63334** |

As of the petition filing date, the claim is:   **$120.00**   **$120.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

| 2.1211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.00 | $47.00 |

**Carolyn Connolly**
**34 Ash Ln**
**Hanover, MA 02339**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.00 | $62.00 |

**Carolyn Croson**
**149 Lewistown Road**
**Beaufort, NC 28516**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $92.00 | $92.00 |

**Carolyn Dimiceli**
**50 Far View Avenue**
**Atlantic Highlands, NJ 07716**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |

**Carolyn Gatherers**
**5529 W Kincreag**
**Boise, ID 83714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                              Case number (*if known*) _____
_____
Name

| 2.1215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |

**Carolyn Guzman**
**2750 S Durango Dr Apt 1008 Bldg**
**16**
**Las Vegas, NV 89117**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $233.00 | $233.00 |

**Carolyn Mcinerney**
**1011 Timber Creek Dr**
**Annapolis, MD 21403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |

**Carolyn Pistone**
**19 Ramon St**
**Sonoma, CA 95476**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.00 | $53.00 |

**Carolyn Reed**
**14034 Armant Place Dr**
**Cypress, TX 77429**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.1219 | Priority creditor's name and mailing address<br>**Carolyn Rozycki**<br>**15 Kent Rd**<br>**Wappingers Falls, NY 12590** | As of the petition filing date, the claim is: **$326.00** **$326.00**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1220 | Priority creditor's name and mailing address<br>**Carrie Breckenridge**<br>**5205 Ruger Ln**<br>**Mckinney, TX 75071** | As of the petition filing date, the claim is: **$165.00** **$165.00**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1221 | Priority creditor's name and mailing address<br>**Carrie Cameron**<br>**9779 Amber Chestnut Way**<br>**Winter Garden, FL 34787** | As of the petition filing date, the claim is: **$24.00** **$24.00**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1222 | Priority creditor's name and mailing address<br>**Carrie Carter**<br>**1618 College Ave**<br>**Fort Worth, TX 76104** | As of the petition filing date, the claim is: **$18.00** **$18.00**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                          Case number (*if known*) _____
_____
Name

| 2.1223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $19.00 | $19.00 |
|--------|---|---|---|---|

**Carrie Donigan**
**63 L St**
**Lake Lotawana, MO 64086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $99.00 | $99.00 |
|--------|---|---|---|---|

**Carrie Lamie**
**83 Drawbridge Rd**
**Springfield, IL 62704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $60.00 | $60.00 |
|--------|---|---|---|---|

**Carrie Mcdonald**
**3943 E Agave Rd**
**Phoenix, AZ 85044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $878.00 | $878.00 |
|--------|---|---|---|---|

**Carrie Ridge**
**755 Crossover Lane**
**Memphis, TN 38117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.1227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $485.00 | $485.00 |

**Carrie Robey**
**957 Grafton Ave**
**Johnson City, TN 37601**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $69.00 | $69.00 |

**Carrie Steyer**
**20735 N Plum Pl**
**20735**
**Barrington, IL 60010**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $159.00 | $159.00 |

**Carrie Willard**
**14 Larkspur Lane**
**Clarendon Hills, IL 60514**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $39.00 | $39.00 |

**Carrington Clark**
**2150 S Ocean Blvd Apt 6a**
**Delray Beach, FL 33483**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known) _____

Name

| 2.1231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |
|---|---|---|---|---|

**Carson Seeger**
**1900 Little Raven St Apt 410**
**Denver, CO 80202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |
|---|---|---|---|---|

**Cary Ichter**
**3085 Clarendale Dr Nw**
**Atlanta, GA 30327**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.00 | $59.00 |
|---|---|---|---|---|

**Cary Ichter**
**3340 Peachtree Rd NE Ste 1530**
**Atlanta, GA 30326**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.00 | $110.00 |
|---|---|---|---|---|

**Cary Tucker**
**2120 Cumberland Dr**
**Green Bay, WI 54311**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor  **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
        _____
        Name

| 2.1235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $79.00 | $79.00 |

**Caryn Loehr**
**204 Orchard Dr**
**Pittsburgh, PA 15228**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.1236 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $634.00 | $634.00 |

**Casey Barber**
**2740 Painted Sky Bend**
**Leander, TX 78641**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.1237 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.00 | $125.00 |

**Casey Beyer**
**322 Euclid Ave**
**Monterey, CA 93940**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.1238 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Casey Kroma**
**638 Laurel St**
**Longmeadow, MA 01106**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|--------|-------------------------------|------------------------|--|
| | Name | | |

| 2.1239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $336.00 | $336.00 |
|--------|---|---|---|---|

**Casey Murdough**
**74 Harvest Wind Pl**
**The Woodlands, TX 77382**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |
|--------|---|---|---|---|

**Casey New**
**150 N Mclean Blvd Apt 337**
**Wichita, KS 67203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |
|--------|---|---|---|---|

**Casey Oneal**
**6128 Florencia Lane**
**Austin, TX 78724**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |
|--------|---|---|---|---|

**Casey Steinberg**
**2034 Bay Hill Ct**
**Ann Arbor, MI 48108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____  Case number (*if known*) _____
Name

| 2.1243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.00 | $41.00 |
|--------|-----|-----|-----|-----|

**Cassandra Coghill**
**213 27th Ave N**
**Fargo, ND 58102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.1244 | Priority creditor's name and mailing address | | $116.00 | $116.00 |
|--------|-----|-----|-----|-----|

**Cassandra Mcsherry**
**10129 Gallant Lane**
**Tampa, FL 33625**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.1245 | Priority creditor's name and mailing address | | $349.00 | $349.00 |
|--------|-----|-----|-----|-----|

**Cassidy Baker**
**17410 Marsh Ln**
**Dallas, TX 75287**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.1246 | Priority creditor's name and mailing address | | $84.00 | $84.00 |
|--------|-----|-----|-----|-----|

**Cassie Vacante**
**4250 Monroe Dr**
**Midlothian, TX 76065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.1247** | Priority creditor's name and mailing address

**Catherine Albers**
**6270 SW Patton Rd**
**Portland, OR 97221**

As of the petition filing date, the claim is: $56.00    $56.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1248** | Priority creditor's name and mailing address

**Catherine Alger**
**1631 Las Canoas Rd**
**Santa Barbara, CA 93105**

As of the petition filing date, the claim is: $228.00    $228.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1249** | Priority creditor's name and mailing address

**Catherine Barone**
**3057 Oak Hills Dr**
**Northampton, PA 18067**

As of the petition filing date, the claim is: $98.00    $98.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1250** | Priority creditor's name and mailing address

**Catherine Bova**
**53 Cranberry Trl**
**East Sandwich, MA 02537**

As of the petition filing date, the claim is: $40.00    $40.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (*if known*)

---

| 2.1251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $446.00 | $446.00 |
|---|---|---|---|---|

**Catherine Brouwer**
**719 Ralston Court**
**Mount Pleasant, SC 29464**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |
|---|---|---|---|---|

**Catherine Cox**
**2011 E Gary Cir**
**Mesa, AZ 85213**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |
|---|---|---|---|---|

**Catherine Cuisson**
**4064 Pheasant Run Dr**
**Aiken, SC 29803**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $181.00 | $181.00 |
|---|---|---|---|---|

**Catherine Dalton**
**3128 Se Woodstock Blvd**
**Portland, OR 97202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**                          Case number (if known) _____
_____
Name

| 2.1255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.00 | $44.00 |

**Catherine Delvalle**
**16814 Whitewater Falls Ct**
**Houston, TX 77059**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,070.00 | $3,350.00 |

**Catherine Holland**
**621 Rhode Island St**
**San Francisco, CA 94107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $560.00 | $560.00 |

**Catherine Hosley**
**175 Glastonbury Blvd**
**Fed Ex**
**Glastonbury, CT 06033**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.00 | $125.00 |

**Catherine Jackson**
**3525 Turtle Creek Blvd Apt 4c**
**Dallas, TX 75219**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

| | | | |
|---|---|---|---|
| 2.1259 | Priority creditor's name and mailing address **Catherine Kriendler** **400 Massachusetts Ave Nw Apt 910** **Washington, DC 20001** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$28.00**   **$28.00** |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.1260 | Priority creditor's name and mailing address **Catherine Schamberg** **5413 Vicennes Ct** **Fort Wayne, IN 46835** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$50.00**   **$50.00** |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.1261 | Priority creditor's name and mailing address **Catherine Shanelec** **111 East Ave N** **Bush, Bush & Shanelec** **Lyons, KS 67554** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$27.00**   **$27.00** |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.1262 | Priority creditor's name and mailing address **Catherine Soliman** **1901 Avenue Of The Stars Ste 200** **Los Angeles, CA 90067** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$106.00**   **$106.00** |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**                                  Case number (if known) _____

Name

| | | | |
|---|---|---|---|
| 2.1263 | Priority creditor's name and mailing address **Catherine Tabor** **555 Church St Apt 1014** **Nashville, TN 37219** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $58.00    $58.00 |

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.1264 | Priority creditor's name and mailing address **Catherine Walsh** **104 Kings Crest Dr** **Mooresville, NC 28117** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $50.00    $50.00 |

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.1265 | Priority creditor's name and mailing address **Catherine Zhai** **450 W 42nd St Apt 46g** **New York, NY 10036** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $158.00    $158.00 |

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.1266 | Priority creditor's name and mailing address **Cathy Anderson** **1212 N Park Ave** **Palatine, IL 60067** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $409.00    $409.00 |

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                        Case number (if known) _____
_____
Name

| 2.1267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $96.00 | $96.00 |
|---|---|---|---|---|

**Cathy Grogan**
**4571 River Mansion Ct**
**Peachtree Corners, GA 30096**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
_____          **Deficit Customer**

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)  ☐ Yes

---

| 2.1268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $111.00 | $111.00 |
|---|---|---|---|---|

**Cathy Gwilliam**
**86731 Overseas Highway**
**Treasure Village Montessori**
**Islamorada, FL 33036**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
_____          **Deficit Customer**

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)  ☐ Yes

---

| 2.1269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.00 | $87.00 |
|---|---|---|---|---|

**Cathy Loudon**
**5251 W 115th Pl Unit 32**
**Leawood, KS 66211**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
_____          **Deficit Customer**

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)  ☐ Yes

---

| 2.1270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |
|---|---|---|---|---|

**Cathy Ruiz**
**19951 Weems Ln**
**Huntington Beach, CA 92646**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
_____          **Deficit Customer**

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)  ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                  Case number (if known) _____

Name

| 2.1271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $117.00 | $117.00 |

2.1271 | Priority creditor's name and mailing address

**Cecil Eversole**
**25088 E Lenox Cir**
**Punta Gorda, FL 33950**

As of the petition filing date, the claim is:                    $117.00    $117.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.1272 | Priority creditor's name and mailing address

**Cecil Mcqueen**
**7696 Jackson St**
**Merrillville, IN 46410**

As of the petition filing date, the claim is:                    $85.00     $85.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.1273 | Priority creditor's name and mailing address

**Cecil Pereira**
**148 Brookside Ave Apt A**
**Jamaica Plain, MA 02130**

As of the petition filing date, the claim is:                    $307.00    $307.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.1274 | Priority creditor's name and mailing address

**Cecilo Smith**
**204 Traveller St**
**Hickory Creek, TX 75065**

As of the petition filing date, the claim is:                    $48.00     $48.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**                    Case number (if known) _____
_____
Name

| 2.1275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.00 | $110.00 |

**Celeste Cassa-Lewis**
**2927 Bresso Dr**
**Livermore, CA 94550**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |

**Celia Glass**
**1231a Battlefield Dr**
**Nashville, TN 37215**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |

**Cesar Girona**
**209 Nw 123rd Ln**
**Coral Springs, FL 33071**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Cesar Herrera**
**1540 Avenida De Las Adelsas**
**Encinitas, CA 92024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                              Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 2.1279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $304.00 | $304.00 |

**2.1279**

Priority creditor's name and mailing address
**Chad Bautista**
**15 Blossom Hl**
**Colts Neck, NJ 07722**

As of the petition filing date, the claim is:     $304.00     $304.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.1280**

Priority creditor's name and mailing address
**Chad Combs**
**319 E Spring St**
**Cookeville, TN 38501**

As of the petition filing date, the claim is:     $29.00     $29.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.1281**

Priority creditor's name and mailing address
**Chad Eschmeyer**
**8265 Kitt Peak Road**
**Rapid City, SD 57702**

As of the petition filing date, the claim is:     $68.00     $68.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.1282**

Priority creditor's name and mailing address
**Chad Kihm**
**616 Rancho Oaks Dr**
**San Luis Obispo, CA 93401**

As of the petition filing date, the claim is:     $243.00     $243.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

| 2.1283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $614.00 | $614.00 |
|---|---|---|---|---|

**Chad Lapaglia**
**24715 Emerald Manor Ln**
**Spring, TX 77389**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.1284 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.00 | $64.00 |
|---|---|---|---|---|

**Chad Newhouse**
**208 East Euclid Ave**
**Prospect Heights, IL 60070**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.1285 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $271.00 | $271.00 |
|---|---|---|---|---|

**Chad Nicholl**
**3109 Key Largo Ct**
**Denton, TX 76208**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.1286 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.00 | $81.00 |
|---|---|---|---|---|

**Chad Pauley**
**5857 S Citrus Ave**
**Los Angeles, CA 90043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                              Case number (if known)
_____
Name

| 2.1287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,269.00 | $3,269.00 |

**Chad Runchey**
**10 Marggraff Court**
**Oradell, NJ 07649**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
_____                   **Deficit Customer**

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)  ☐ Yes

---

| 2.1288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |

**Chad Thomas**
**1000 N North Branch St**
**Chicago, IL 60642**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
_____                   **Deficit Customer**

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)  ☐ Yes

---

| 2.1289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 | $38.00 |

**Chalmer Wilkins**
**730 Creekside Drive #109**
**Mount Prospect, IL 60056**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
_____                   **Deficit Customer**

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)  ☐ Yes

---

| 2.1290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $461.00 | $461.00 |

**Chantal Aeschbach-Powell**
**421 Mcghee Rd**
**Winchester, VA 22603**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
_____                   **Deficit Customer**

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)  ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 2.1291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $122.00 | $122.00 |
|---|---|---|---|---|

**Charisma Leblanc**
**229 Woods Rd**
**Ruston, LA 71270**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1292 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $576.00 | $576.00 |
|---|---|---|---|---|

**Charity Mcdowell**
**6720 Maloneyville Rd**
**Corryton, TN 37721**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1293 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $249.00 | $249.00 |
|---|---|---|---|---|

**Charlene Baker**
**6748 W 74th St**
**Overland Park, KS 66204**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1294 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,690.00 | $1,690.00 |
|---|---|---|---|---|

**Charles Ashley**
**7475 Miramonte**
**Irvine, CA 92618**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                           Case number (*if known*) _____
_____
Name

| 2.1295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $124.00 | $124.00 |

2.1295   Priority creditor's name and mailing address
**Charles Barrett**
**8723 Primm Springs Rd**
**Primm Springs, TN 38476**

As of the petition filing date, the claim is:           $124.00    $124.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.1296   Priority creditor's name and mailing address
**Charles Bencomo**
**6880 Nw 73rd St.**
**Parkland, FL 33067**

As of the petition filing date, the claim is:           $100.00    $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.1297   Priority creditor's name and mailing address
**Charles Bordon**
**1100 NE 163rd St**
**Ste 403**
**Miami, FL 33162**

As of the petition filing date, the claim is:           $381.00    $381.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.1298   Priority creditor's name and mailing address
**Charles Bourgeois**
**126 Market St**
**Donaldsonville, LA 70346**

As of the petition filing date, the claim is:           $19.00    $19.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                   Case number (*if known*) _____
_____
Name

| 2.1299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $190.00 | $190.00 |
|---|---|---|---|---|

**Charles Brown**
**2611 Carnegie Ln**
**Apt 1**
**Redondo Beach, CA 90278**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $724.00 | $724.00 |
|---|---|---|---|---|

**Charles Butler**
**254 Front Street**
**7c**
**New York, NY 10038**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Charles Caffrey**
**3113 Braddock Dr**
**Nc**
**Raleigh, NC 27612**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.00 | $31.00 |
|---|---|---|---|---|

**Charles Cleveland**
**4366 Tuner Bnd**
**Land O Lakes, FL 34638**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| | | | | |
|---|---|---|---|---|
| 2.1303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Charles Cooper**
**650 N 57th Ave**
**Omaha, NE 68132**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1304 | Priority creditor's name and mailing address | | $573.00 | $573.00 |

**Charles Enterline**
**1881 Bermuda Stone Road**
**Charleston, SC 29414**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1305 | Priority creditor's name and mailing address | | $21.00 | $21.00 |

**Charles Follett**
**5915 Silver Springs Dr Bldg 6b**
**El Paso, TX 79912**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1306 | Priority creditor's name and mailing address | | $405.00 | $405.00 |

**Charles Frazier**
**14453 Cantabria Dr**
**Fort Myers, FL 33905**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____

Name

| 2.1307 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $172.00 | $172.00 |

**Charles Haven**
**6076 Worsham Lane Dr Unit 101**
**Lakewood Ranch, FL 34211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1308 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $172.00 | $172.00 |

**Charles Holt**
**180 Marshall St**
**Lakewood, CO 80226**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1309 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $124.00 | $124.00 |

**Charles Holt**
**4110 Robertson Blvd**
**Alexandria, VA 22309**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1310 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $187.00 | $187.00 |

**Charles Kordes**
**1765 Bryden Rd**
**Columbus, OH 43205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.1311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $196.00 | $196.00 |

**Charles Maton**
**15435 Thorntree Run**
**Milton, GA 30004**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1312 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $180.00 |

**Charles Mcgarity**
**3920 Charter House Dr**
**Jacksonville, FL 32224**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1313 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |

**Charles Price**
**1059b South University Drive**
**Suite 208**
**Fort Worth, TX 76107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1314 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $618.00 | $618.00 |

**Charles Richardson**
**310 Arlington Ave Unit 229**
**Charlotte, NC 28203**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.1315 | Priority creditor's name and mailing address<br>**Charles Ruth**<br>**Double Eagle**<br>**1050 Wayne Ave Condo 16**<br>**New Smyrna Beach, FL 32168** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $146.00    $146.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1316 | Priority creditor's name and mailing address<br>**Charles Sanbe**<br>**6510 Quarry Ln**<br>**Dublin, OH 43017** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $120.00    $120.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1317 | Priority creditor's name and mailing address<br>**Charles Siegel**<br>**2222 Dunstan Rd**<br>**Houston, TX 77005** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,072.00    $2,072.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1318 | Priority creditor's name and mailing address<br>**Charles Smith**<br>**414 Broome St**<br>**Fernandina Beach, FL 32034** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $30.00    $30.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known)

_____
Name

| 2.1319 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,504.00 | $3,350.00 |
|---|---|---|---|---|

**Charles Thompson**
**78166 Hunter Point Rd**
**Hunter Point Road**
**Palm Desert, CA 92211**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1320 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.00 | $85.00 |
|---|---|---|---|---|

**Charles Wagandt**
**601 E Seminary Ave**
**Towson, MD 21286**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1321 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $86.00 | $86.00 |
|---|---|---|---|---|

**Charles Wagner**
**205 Midsummer Cir**
**Gaithersburg, MD 20878**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1322 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|---|---|---|---|---|

**Charles Walton**
**195 Main St**
**Red Jug Pub**
**Oneonta, NY 13820**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| 2.1323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $239.00 | $239.00 |
|---|---|---|---|---|

**Charles Wilson
3090 Fairview Rd
Prior Lake, MN 55372**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1324 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $142.00 | $142.00 |
|---|---|---|---|---|

**Charlie Andrews
427 Shannon Dr
Mount Pleasant, SC 29464**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1325 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Charlie Langton
28080 Grand River Ave Ste 208n
Farmington Hills, MI 48336**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1326 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $475.00 | $475.00 |
|---|---|---|---|---|

**Charlie Marling
1330 Lake Robbins Dr Ste 100
Woodforest National Bank
The Woodlands, TX 77380**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.1327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $21.00 | $21.00 |
|---|---|---|---|---|

**Charlie Olson**
**26900 242nd Ave Se Apt K204**
**Maple Valley, WA 98038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1328 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $113.00 | $113.00 |
|---|---|---|---|---|

**Charlie Ross**
**1701 Pennsylvania Ave**
**Whiting, NJ 08759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1329 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $368.00 | $368.00 |
|---|---|---|---|---|

**Charlie Wieser**
**31 Rayfield Rd**
**Westport, CT 06880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1330 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $483.00 | $483.00 |
|---|---|---|---|---|

**Chase Clement**
**567 Mountain Village Blvd**
**Fairmont Heritage Place, Franz**
**Klammer L**
**Telluride, CO 81435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.1331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Chase Frye**
**15841 Se 170th Ave**
**Weirsdale, FL 32195**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1332 | Priority creditor's name and mailing address | | $34.00 | $34.00 |
|---|---|---|---|---|

**Chase Labeau**
**25 Hudson St Apt 611**
**Jersey City, NJ 07302**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1333 | Priority creditor's name and mailing address | | $90.00 | $90.00 |
|---|---|---|---|---|

**Chase Louviere**
**304 Louisiana Avenue**
**Sulphur, LA 70663**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1334 | Priority creditor's name and mailing address | | $29.00 | $29.00 |
|---|---|---|---|---|

**Chase Rainey**
**Performance Contractors, Inc.**
**9901 Performance Way**
**Baton Rouge, LA 70810**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**      Case number (*if known*) _____

Name

---

| 2.1335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.00 | $160.00 |
|---|---|---|---|---|

**Chase Sikes**
**6323 Orchard Hill Dr**
**Arlington, TX 76016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.1336 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |
|---|---|---|---|---|

**Chase Studer**
**411 E Hathaway Dr**
**San Antonio, TX 78209**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.1337 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $109.00 | $109.00 |
|---|---|---|---|---|

**Chauncey Battey**
**100 W Paces Ferry Rd Nw**
**Atlanta, GA 30305**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.1338 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $206.00 | $206.00 |
|---|---|---|---|---|

**Chelle Hartzer**
**295  Lochwood Trl Se**
**Lawrenceville, GA 30043**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____     Case number (if known) _____
Name

| 2.1339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $194.00 | $194.00 |
|---|---|---|---|---|

**Chelsea Brodeur**
**25 Lake View Ter**
**Stafford Springs, CT 06076**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1340 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.00 | $22.00 |
|---|---|---|---|---|

**Chelsea Champ**
**2378 Jacqueline Dr Apt 204c**
**Hayes, VA 23072**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1341 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $196.00 | $196.00 |
|---|---|---|---|---|

**Chelsea Odem**
**1513 Petaluma Dr**
**Rockwall, TX 75087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1342 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |
|---|---|---|---|---|

**Chelsey Ferri**
**163 Lelak Ln**
**Venetia, PA 15367**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**                          Case number (if known) _____
               Name

| 2.1343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Chelsie Petras**
**227 Coles St**
**Jersey City, NJ 07310**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1344 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.00 | $62.00 |

**Cheryl Briggs**
**1813 Avery Ln**
**Friendswood, TX 77546**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1345 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $395.00 | $395.00 |

**Cheryl Griswold**
**8 Office Park Dr**
**Advanced Dermatology**
**Palm Coast, FL 32137**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1346 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |

**Cheryl Lewis**
**1810 N Bronson Ave Apt 305**
**Los Angeles, CA 90028**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 2.1347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |

**Cheryl Peruzzi**
**816 Calle Mendoza**
**San Clemente, CA 92672**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1348 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $183.00 | $183.00 |

**Cheryl Ricketts**
**7714 196th Ave NE**
**Redmond, WA 98053**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1349 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $168.00 | $168.00 |

**Cheryl Roitsch**
**29304 Us 59 Hwy**
**El Campo, TX 77437**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1350 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,699.00 | $1,699.00 |

**Cheryl Sibson**
**2711 York Ct**
**Southlake, TX 76092**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**                                        Case number (if known) _____
            Name

| 2.1351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $237.00 | $237.00 |
|---|---|---|---|---|

**Cheryl Silvetti**
**15451 E El Lago Blvd**
**Fountain Hills, AZ 85268**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1352 | Priority creditor's name and mailing address | | $90.00 | $90.00 |
|---|---|---|---|---|

**Cheryl Ward**
**601 Mccarthy Blvd**
**C/O Titan Aviation**
**New Bern, NC 28562**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1353 | Priority creditor's name and mailing address | | $94.00 | $94.00 |
|---|---|---|---|---|

**Cheryl White**
**2505 Se Ash St Unit A**
**Portland, OR 97214**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1354 | Priority creditor's name and mailing address | | $50.00 | $50.00 |
|---|---|---|---|---|

**Cheukyin Pang**
**22016 100th Ct Se**
**Kent, WA 98031**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                    Case number (if known) _____
_____
Name

| 2.1355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

2.1355 Priority creditor's name and mailing address

**China Neal**
**1439 W Chapman Ave # 114**
**Orange, CA 92868**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$28.00          $28.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.1356 Priority creditor's name and mailing address

**Chirag Odhav**
**550 W 45th St Apt 2110**
**New York, NY 10036**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$50.00          $50.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.1357 Priority creditor's name and mailing address

**Chirag Patel**
**10 Franklin Ave**
**Somerville, MA 02145**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$32.00          $32.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.1358 Priority creditor's name and mailing address

**Chirsta Adkins**
**2420 Lori Ln S**
**Wilmington, DE 19810**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$32.00          $32.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                                Case number (*if known*) _____

      Name

| 2.1359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $128.00 | $128.00 |
|---|---|---|---|---|

**Chloe Kendall**
**1566 Alamo Pintado Rd**
**Solvang, CA 93463**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1360 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $99.00 | $99.00 |
|---|---|---|---|---|

**Chloe Ward**
**5044 Mardel Ave**
**Saint Louis, MO 63109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1361 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |
|---|---|---|---|---|

**Chris Alexander**
**643 Chatham Rd**
**Glenview, IL 60025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1362 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.00 | $61.00 |
|---|---|---|---|---|

**Chris Arbogast**
**975 W. Silver Spring Pl**
**Oro Valley, AZ 85755**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (*if known*)
_____
Name

| 2.1363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $116.00 | $116.00 |
|---|---|---|---|---|

**Chris Barlow**
**16932 Se 354th St**
**Auburn, WA 98092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1364 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $30.00 | $30.00 |
|---|---|---|---|---|

**Chris Barnett**
**930 Malaga Ave**
**Coral Gables, FL 33134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1365 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $15.00 | $15.00 |
|---|---|---|---|---|

**Chris Beeson**
**8412 E Via De Los Libros**
**Scottsdale, AZ 85258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1366 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $135.00 | $135.00 |
|---|---|---|---|---|

**Chris Bezaire**
**19626 Scenic Harbour Dr**
**Northville, MI 48167**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor    **Phoeno Wine Company, Inc.**                          Case number (if known) _____

Name

| 2.1367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $121.00 | $121.00 |

**Chris Bolle**
**112 Haywood Rd**
**Greenville, SC 29607**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1368 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.00 | $89.00 |

**Chris Bonny**
**8375 Mallard Circle**
**Plain Icity, OH 43064**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1369 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**Chris Brewer**
**6134 Tower Dr**
**Hudson, FL 34667**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1370 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $92.00 | $92.00 |

**Chris Brown**
**2575 Marsha Way**
**San Jose, CA 95125**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor    **Phoeno Wine Company, Inc.**    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 2.1371 | Priority creditor's name and mailing address **Chris Brunelle 209 NEvada St Northfield, MN 55057** | As of the petition filing date, the claim is: **$40.00** **$40.00** |

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☑ No
☐ Yes

---

2.1372    Priority creditor's name and mailing address    As of the petition filing date, the claim is: **$59.00** **$59.00**

**Chris Bueter
16673 N Boxcar Dr
Fountain Hills, AZ 85268**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☑ No
☐ Yes

---

2.1373    Priority creditor's name and mailing address    As of the petition filing date, the claim is: **$24.00** **$24.00**

**Chris Cain
118 Fairway Overlook Dr
Acworth, GA 30101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☑ No
☐ Yes

---

2.1374    Priority creditor's name and mailing address    As of the petition filing date, the claim is: **$182.00** **$182.00**

**Chris Cejka
14000 N 94th St Unit 1003
Scottsdale, AZ 85260**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☑ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known)
_____
Name

---

| 2.1375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $69.00 | $69.00 |
|---|---|---|---|---|

**Chris Chappell**
**2992 N Miller Rd Unit 120**
**Scottsdale, AZ 85251**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY        ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)     ☐ Yes

---

| 2.1376 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $109.00 | $109.00 |
|---|---|---|---|---|

**Chris Cheuk**
**2585 25th Ave**
**San Francisco, CA 94116**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY        ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)     ☐ Yes

---

| 2.1377 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $97.00 | $97.00 |
|---|---|---|---|---|

**Chris Church**
**2307 Mansfield Lane**
**Cedar Park, TX 78613**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY        ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)     ☐ Yes

---

| 2.1378 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 | $150.00 |
|---|---|---|---|---|

**Chris Clifton**
**22420 N 18th Dr**
**Phoenix, AZ 85027**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY        ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)     ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.** Case number (if known)
_____
Name

| | | |
|---|---|---|
| 2.1379 | Priority creditor's name and mailing address<br>**Chris Cotton**<br>**5487 Winsmith Dr**<br>**Mechanicsville, VA 23116** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$64.00    $64.00

Date or dates debt was incurred | Basis for the claim:
**Deficit Customer**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes

---

| | | |
|---|---|---|
| 2.1380 | Priority creditor's name and mailing address<br>**Chris Coy**<br>**7629 Paradiso Drive**<br>**Apollo Beach, FL 33572** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$67.00    $67.00

Date or dates debt was incurred | Basis for the claim:
**Deficit Customer**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes

---

| | | |
|---|---|---|
| 2.1381 | Priority creditor's name and mailing address<br>**Chris Crosthwait**<br>**458 N Oceana Blvd**<br>**Virginia Beach, VA 23454** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$60.00    $60.00

Date or dates debt was incurred | Basis for the claim:
**Deficit Customer**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes

---

| | | |
|---|---|---|
| 2.1382 | Priority creditor's name and mailing address<br>**Chris Dahowski**<br>**27464 Garza Dr**<br>**Santa Clarita, CA 91350** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$50.00    $50.00

Date or dates debt was incurred | Basis for the claim:
**Deficit Customer**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

| | |
|---|---|
| 2.1383 | Priority creditor's name and mailing address |

Priority creditor's name and mailing address
**Chris Dasse**
**74 High St**
**Winnetka, IL 60093**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$55.00    $55.00

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1384 | Priority creditor's name and mailing address |

**Chris Deangelis**
**1057 Castiron Ridge Ct**
**Henderson, NV 89052**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$419.00    $419.00

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1385 | Priority creditor's name and mailing address |

**Chris Ditullio**
**58 Jefferson Dr**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$89.00    $89.00

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1386 | Priority creditor's name and mailing address |

**Chris Driskill**
**5419 N Lovington Hwy Ste 35**
**Complex 5,**
**Hobbs, NM 88240**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$468.00    $468.00

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                Case number (if known) _____
_____
Name

| 2.1387 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,035.00 | $1,035.00 |
|---|---|---|---|---|

**Chris Engeland**
**199 Aberdeen Lane**
**State College, PA 16801**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1388 | Priority creditor's name and mailing address | | $50.00 | $50.00 |
|---|---|---|---|---|

**Chris Esposito**
**77 Mary Street**
**Doylestown, PA 18901**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1389 | Priority creditor's name and mailing address | | $25.00 | $25.00 |
|---|---|---|---|---|

**Chris Fulbright**
**1801 Floresta Dr**
**Cedar Park, TX 78613**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1390 | Priority creditor's name and mailing address | | $122.00 | $122.00 |
|---|---|---|---|---|

**Chris Fulcher**
**669 Cumberland Ridge Ln**
**League City, TX 77573**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.1391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Chris Griffith**
**2701raintree Ct Se**
**Olympia, WA 98501**

As of the petition filing date, the claim is: $30.00 $30.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.00 | $83.00 |

**Chris Grossmeier**
**951 Puma Way**
**Gilroy, CA 95020**

As of the petition filing date, the claim is: $83.00 $83.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |

**Chris Haase**
**4410 Wendell Dr SW**
**Environmental Products Group**
**Atlanta, GA 30336**

As of the petition filing date, the claim is: $90.00 $90.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,691.00 | $1,691.00 |

**Chris Hamilton**
**6933 Corte Langosta**
**Carlsbad, CA 92009**

As of the petition filing date, the claim is: $1,691.00 $1,691.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known)

---

| 2.1395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.00 | $27.00 |

**Chris Hernandez**
**1108 Little Harbor Dr**
**Deerfield Beach, FL 33441**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1396 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**Chris Heyman**
**1815 Virginia Rd**
**Los Angeles, CA 90019**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1397 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Chris Hines**
**1181 Twin Lakes Rd**
**Athens, GA 30606**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1398 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $170.00 | $170.00 |

**Chris Holzer**
**14 Parkview Rd**
**Long Valley, NJ 07853**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.1399 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $571.00 | $571.00 |
|---|---|---|---|---|

**Chris Jefferson**
**1214 Mason Rd**
**Chula Vista, CA 91913**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.1400 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $323.00 | $323.00 |
|---|---|---|---|---|

**Chris Jensen**
**20 Witherspoon St**
**Whitehouse Station, NJ 08889**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.1401 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $229.00 | $229.00 |
|---|---|---|---|---|

**Chris Johnson**
**94 Fenway**
**Rockville Centre, NY 11570**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.1402 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $69.00 | $69.00 |
|---|---|---|---|---|

**Chris Jordan**
**9211 Black Riffles Ct**
**Great Falls, VA 22066**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**                     Case number (if known) _____
_____
Name

| 2.1403 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $379.00 | $379.00 |

**Chris Kohn**
**2900 NE 2nd Ave Apt 672**
**Miami, FL 33137**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1404 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,618.00 | $1,618.00 |

**Chris Kuivenhoven**
**2185 Laurel Mill Way**
**Roswell, GA 30076**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1405 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |

**Chris Lamb**
**1003 Keystone Court**
**Gardnerville, NV 89460**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1406 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.00 | $63.00 |

**Chris Lambert**
**233 Franconia St**
**San Francisco, CA 94110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.1407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $172.00 | $172.00 |
|---|---|---|---|---|

**Chris Larkin**
**1000 W Cabarrus St**
**Raleigh, NC 27603**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1408 | Priority creditor's name and mailing address | | $115.00 | $115.00 |
|---|---|---|---|---|

**Chris Madon**
**1825 Walters Dr**
**Plano, TX 75023**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1409 | Priority creditor's name and mailing address | | $70.00 | $70.00 |
|---|---|---|---|---|

**Chris Mandeville**
**716 Riverside Dr**
**Fairfield, CT 06824**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1410 | Priority creditor's name and mailing address | | $73.00 | $73.00 |
|---|---|---|---|---|

**Chris Maurer**
**2337 Harvester Ave**
**Fort Mill, SC 29708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                    Case number (if known) _____
_____
Name

| 2.1411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $181.00 | $181.00 |

**Chris Mccoy**
**440 Mccormick Dr**
**Lake Forest, IL 60045**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1412 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 | $200.00 |

**Chris Mitchell**
**715 River Oaks Blvd**
**Searcy, AR 72143**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1413 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.00 | $26.00 |

**Chris Molnar**
**13 Buckthorn Dr**
**Littleton, CO 80127**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1414 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $694.00 | $694.00 |

**Chris Monroe**
**1830 Autumn Rdg**
**Washington, IL 61571**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**    Case number (if known) _____

Name

| | | |
|---|---|---|
| 2.1415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $91.00 | $91.00 |

**2.1415** Priority creditor's name and mailing address
**Chris Montgomery**
**115 Valverdant Cir**
**Steamboat Springs, CO 80487**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$91.00    $91.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.1416** Priority creditor's name and mailing address
**Chris Nelson**
**53 Bald Hill Rd**
**Raymond, NH 03077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$30.00    $30.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.1417** Priority creditor's name and mailing address
**Chris Oconnod**
**14 Fairway Ct**
**Bay Shore, NY 11706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$85.00    $85.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.1418** Priority creditor's name and mailing address
**Chris Oldnettle**
**113 Edwards Lane NE**
**Fort Walton Beach, FL 32548**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$99.00    $99.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|

2.1419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$50.00** | **$50.00**

**Chris Pohanka**
**4001 N Ocean Blvd Apt 201**
**Gulf Stream, FL 33483**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.1420 | Priority creditor's name and mailing address

**Chris Poveromo**
**6613 Sheltondale Ave**
**West Hills, CA 91307**

As of the petition filing date, the claim is: **$225.00** **$225.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.1421 | Priority creditor's name and mailing address

**Chris Powers**
**428 Grand St**
**Saugatuck, MI 49453**

As of the petition filing date, the claim is: **$73.00** **$73.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.1422 | Priority creditor's name and mailing address

**Chris R**
**6 Coventry Ct**
**Ocean Pines, MD 21811**

As of the petition filing date, the claim is: **$120.00** **$120.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.1423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |
|---|---|---|---|---|

**Chris Robinson**
**340 Hawks Peak Rd**
**Aptos, CA 95003**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1424 | Priority creditor's name and mailing address | $306.00 | $306.00 |
|---|---|---|---|

**Chris Rudhe**
**21930 N 32nd Pl**
**Phoenix, AZ 85050**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1425 | Priority creditor's name and mailing address | $32.00 | $32.00 |
|---|---|---|---|

**Chris Sale**
**23799 Iris Lake Ln**
**Springfield, LA 70462**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1426 | Priority creditor's name and mailing address | $42.00 | $42.00 |
|---|---|---|---|

**Chris Savage**
**6106 Soaring Pine Ct**
**Kingwood, TX 77345**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| | | |
|---|---|---|
| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) |
| | Name | |

| 2.1427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Chris Scaglione**
**16365 Fullerton Meadows Dr**
**Wildwood, MO 63011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1428 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.00 | $54.00 |
|---|---|---|---|---|

**Chris Schott**
**29 Grace Ct**
**Brooklyn, NY 11201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1429 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |
|---|---|---|---|---|

**Chris Schutz**
**44 Heritage Ct**
**Tuxedo, NY 10987**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1430 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,144.00 | $3,350.00 |
|---|---|---|---|---|

**Chris Shonk**
**1920 Murano Ln**
**Leander, TX 78641**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                    Case number (if known) _____
_____
Name

| | |
|---|---|

**2.1431** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$15.00** | **$15.00**

**2.1431**

Priority creditor's name and mailing address
**Chris Simone**
**2745 W Glenhaven Dr**
**Phoenix, AZ 85045**

As of the petition filing date, the claim is: **$15.00**   **$15.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1432**

Priority creditor's name and mailing address
**Chris Smith**
**2300 60th St**
**Kenosha, WI 53140**

As of the petition filing date, the claim is: **$289.00**   **$289.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1433**

Priority creditor's name and mailing address
**Chris Solberg**
**18600 Honey Creek Dr**
**Brookfield, WI 53045**

As of the petition filing date, the claim is: **$19.00**   **$19.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1434**

Priority creditor's name and mailing address
**Chris Stanley**
**500 Callahan Dr**
**Knoxville, TN 37912**

As of the petition filing date, the claim is: **$63.00**   **$63.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

| 2.1435 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.00 | $63.00 |
|---|---|---|---|---|

**Chris Stutz**
**3939 Van NEss Ln**
**Dallas, TX 75220**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1436 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Chris Swanson**
**56 Winding Way**
**Little Silver, NJ 07739**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1437 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,997.00 | $1,997.00 |
|---|---|---|---|---|

**Chris Terrell**
**36212 South Park Dr**
**Avon, OH 44011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1438 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $93.00 | $93.00 |
|---|---|---|---|---|

**Chris Timpano**
**330 Windsor Avenue**
**Haddonfield, NJ 08033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**                    Case number (if known)
_____
Name

| 2.1439 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,193.00 | $1,193.00 |

**Chris Underwood**
**1707 Urby Drive**
**Crofton, MD 21114**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1440 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |

**Chris Vincelli**
**252 Forest Glen Dr**
**Hilton, NY 14468**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1441 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |

**Chris Webb**
**7 Braunview Way**
**Orchard Park, NY 14127**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1442 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $154.00 | $154.00 |

**Chris Webster**
**2417 Carruthers Ct**
**Raleigh, NC 27615**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                    Case number (*if known*) _____

Name

---

| 2.1443 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $144.00 | $144.00 |
|--------|---|---|---|---|

**Chris Weiler**
**3610 Westwood Dr**
**Easton, PA 18045**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.1444 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.00 | $15.00 |
|--------|---|---|---|---|

**Chris Wilkens**
**1830 Haverford Dr**
**Algonquin, IL 60102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.1445 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.00 | $119.00 |
|--------|---|---|---|---|

**Chris Wine**
**14 Normandy Ave**
**Bluffton, SC 29910**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.1446 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.00 | $85.00 |
|--------|---|---|---|---|

**Chris Zawie**
**7572 Akins Rd**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Case number (*if known*) _____

Name

| 2.1447 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |

**Chrissy Acarregui**
**5231 NE 42nd St**
**Seattle, WA 98105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1448 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |

**Christa Mahaffey**
**202 Louisiana Ave**
**Corpus Christi, TX 78404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1449 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.00 | $89.00 |

**Christa Maxwell**
**23527 Avila Rdg**
**San Antonio, TX 78255**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1450 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |

**Christiaan Breur**
**8922 Menchaca Rd Unit 102**
**Austin, TX 78748**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.1451 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.00 | $115.00 |

**Christian Brown**
**2240 Alta Vista Dr**
**Vista, CA 92084**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1452 | Priority creditor's name and mailing address | | $179.00 | $179.00 |

**Christian Hoeffel**
**609 Sprintsail Way**
**Oxon Hill, MD 20745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1453 | Priority creditor's name and mailing address | | $253.00 | $253.00 |

**Christian Janelli**
**6051 Hidden Valley Dr**
**Doylestown, PA 18902**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1454 | Priority creditor's name and mailing address | | $33.00 | $33.00 |

**Christian Knight**
**11 Deland Way**
**Plattsburgh, NY 12901**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor   **Phoeno Wine Company, Inc.**                              Case number (if known) _____
_____
Name

| 2.1455 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $86.00 | $86.00 |

**2.1455** Priority creditor's name and mailing address

**Christian Mandula**
**400 4th Ave S**
**Saint Petersburg, FL 33701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

$86.00   $86.00

---

**2.1456** Priority creditor's name and mailing address

**Christian Peters**
**170 Timberwalk Trl**
**Jupiter, FL 33458**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

$32.00   $32.00

---

**2.1457** Priority creditor's name and mailing address

**Christian Smith**
**320 Augusta St**
**Mt Washington, PA 15211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

$84.00   $84.00

---

**2.1458** Priority creditor's name and mailing address

**Christian Squillante**
**1240 South St Unit A**
**Philadelphia, PA 19147**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

$514.00   $514.00

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

| | | |
|---|---|---|
| 2.1459 | Priority creditor's name and mailing address<br>**Christian Voldstad**<br>**454 W 54th St Apt 6l**<br>**New York, NY 10019** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$100.00    $100.00

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1460 | Priority creditor's name and mailing address<br>**Christiana Levy**<br>**2512 Merion Cv**<br>**Round Rock, TX 78664** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$28.00    $28.00

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1461 | Priority creditor's name and mailing address<br>**Christiane Volk**<br>**2935 Broxton Lane**<br>**York, PA 17402** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$100.00    $100.00

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1462 | Priority creditor's name and mailing address<br>**Christiina Sokk**<br>**1309 Silent Brook Rd**<br>**Wake Forest, NC 27587** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$29.00    $29.00

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 2.1463 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.00 | $210.00 |

**Christina Barrows**
**117 Nw 38th Ave**
**Cape Coral, FL 33993**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1464 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |

**Christina Carpentieri**
**15 Oakwood Hills Dr**
**East Islip, NY 11730**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1465 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $805.00 | $805.00 |

**Christina Depauli**
**4435 Avon Dr**
**Harrisburg, PA 17112**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1466 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**Christina Dugan**
**14762 Cindywood Dr**
**Houston, TX 77079**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number (*if known*)

---

| 2.1467 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $123.00 | $123.00 |
| | **Christina Giampaolo** | *Check all that apply.* | | |
| | **11325 S Oakwood Dr** | ☐ Contingent | | |
| | **Goodyear, AZ 85338** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.1468 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.00 | $63.00 |
| | **Christina Gonzalez** | *Check all that apply.* | | |
| | **15 N Boundary Pl Nw** | ☐ Contingent | | |
| | **Atlanta, GA 30318** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.1469 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.00 | $49.00 |
| | **Christina Lee** | *Check all that apply.* | | |
| | **1531 W. Lemon St. Apt 6404** | ☐ Contingent | | |
| | **Tampa, FL 33606** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.1470 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.00 | $54.00 |
| | **Christina Lubka** | *Check all that apply.* | | |
| | **30209 Mariners Ln** | ☐ Contingent | | |
| | **Ocean View, DE 19970** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.1471 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.00 | $31.00 |
|---|---|---|---|---|

**Christina Machamer**
**6683 Eagles View Dr**
**Pacific, MO 63069**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1472 | Priority creditor's name and mailing address | | $328.00 | $328.00 |
|---|---|---|---|---|

**Christina Meyerson**
**3 Rolling Green Dr**
**Wilton, NY 12831**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1473 | Priority creditor's name and mailing address | | $64.00 | $64.00 |
|---|---|---|---|---|

**Christina Norman**
**3245 Reid Avenue**
**Charlotte, NC 28208**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1474 | Priority creditor's name and mailing address | | $46.00 | $46.00 |
|---|---|---|---|---|

**Christina Quentin**
**2530 Jules St**
**Saint Joseph, MO 64501**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                  Case number (*if known*) _____
_____
Name

| 2.1475 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.00 | $62.00 |
|---|---|---|---|---|

**Christina Rivers**
**4585 Park Ave Apt 20**
**Bronx, NY 10458**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1476 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $776.00 | $776.00 |
|---|---|---|---|---|

**Christina Shen**
**116 W 73rd St Apt A**
**New York, NY 10023**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1477 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.00 | $95.00 |
|---|---|---|---|---|

**Christina Stella**
**11 South Run**
**Cold Spring Harbor, NY 11724**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1478 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|---|---|---|---|---|

**Christine Baiko**
**8794 Monterey Oaks Dr**
**Elk Grove, CA 95758**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.1479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,462.00 | $1,462.00 |
|---|---|---|---|---|

**Christine Bohn
3234 Riverview Dr
Triangle, VA 22172**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1480 | Priority creditor's name and mailing address | | $120.00 | $120.00 |
|---|---|---|---|---|

**Christine Brehm
24871 State Highway 39 Unit 231
Shell Knob, MO 65747**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1481 | Priority creditor's name and mailing address | | $715.00 | $715.00 |
|---|---|---|---|---|

**Christine Broz
6119 Michael Dr
Brook Park, OH 44142**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1482 | Priority creditor's name and mailing address | | $62.00 | $62.00 |
|---|---|---|---|---|

**Christine Dunne
12 Belknap Ter
Watertown, MA 02472**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.1483 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |
|---|---|---|---|---|

**Christine Flesnet**
**5697 Ridge Stone Ln**
**Marion, IA 52302**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Deficit Customer** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1484 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.00 | $64.00 |
|---|---|---|---|---|

**Christine Geissler**
**9 Winthrop Gait Road**
**Sparta, NJ 07871**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Deficit Customer** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1485 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $107.00 | $107.00 |
|---|---|---|---|---|

**Christine Gray**
**3257 Vera Cruz Drive**
**San Ramon, CA 94583**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Deficit Customer** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1486 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $828.00 | $828.00 |
|---|---|---|---|---|

**Christine Hopkins**
**1725 Duke St Ste 400**
**C/O Eleanor Fernandez - Hrci**
**Alexandria, VA 22314**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Deficit Customer** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**2.1487** | Priority creditor's name and mailing address
**Christine Jackson**
**305 Gilmer Ct**
**Canton, GA 30115**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$28.00        $28.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1488** | Priority creditor's name and mailing address
**Christine Kepner**
**1640 Ward Road**
**Decatur, TN 37322**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$18.00        $18.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1489** | Priority creditor's name and mailing address
**Christine Kircher**
**9342 Southern Orchard Rd N**
**Davie, FL 33328**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$55.00        $55.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1490** | Priority creditor's name and mailing address
**Christine Kirkley**
**12960 Clarksville Pike**
**Highland, MD 20777**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$25.00        $25.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**      Case number (*if known*)
         Name

---

**2.1491** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00
| **Christine Kolm** | *Check all that apply.* | |
| **Wells Fargo Private Bank** | ☐ Contingent | |
| **2001 N. Main Street #410** | ☐ Unliquidated | |
| **Walnut Creek, CA 94596** | ☐ Disputed | |

Date or dates debt was incurred       Basis for the claim:
                          **Deficit Customer**

Last 4 digits of account number      Is the claim subject to offset?
Specify Code subsection of PRIORITY   ■ No
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)   ☐ Yes

---

**2.1492** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $314.00 | $314.00
| **Christine Kusiak** | *Check all that apply.* | |
| **314 Jackson St** | ☐ Contingent | |
| **Michigan City, IN 46360** | ☐ Unliquidated | |
| | ☐ Disputed | |

Date or dates debt was incurred       Basis for the claim:
                          **Deficit Customer**

Last 4 digits of account number      Is the claim subject to offset?
Specify Code subsection of PRIORITY   ■ No
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)   ☐ Yes

---

**2.1493** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $124.00 | $124.00
| **Christine Mcarthur** | *Check all that apply.* | |
| **110 Van Houton Ave** | ☐ Contingent | |
| **Chatham, NJ 07928** | ☐ Unliquidated | |
| | ☐ Disputed | |

Date or dates debt was incurred       Basis for the claim:
                          **Deficit Customer**

Last 4 digits of account number      Is the claim subject to offset?
Specify Code subsection of PRIORITY   ■ No
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)   ☐ Yes

---

**2.1494** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.00 | $21.00
| **Christine Saiz** | *Check all that apply.* | |
| **6165 Lazo Del Norte** | ☐ Contingent | |
| **Las Cruces, NM 88011** | ☐ Unliquidated | |
| | ☐ Disputed | |

Date or dates debt was incurred       Basis for the claim:
                          **Deficit Customer**

Last 4 digits of account number      Is the claim subject to offset?
Specify Code subsection of PRIORITY   ■ No
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)   ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (*if known*) _____

| 2.1495 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $102.00 | $102.00 |

**Christine Seay**
**5635 Merrimac Ave**
**Dallas, TX 75206**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1496 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |

**Christine Smith**
**433 Mendota Rd E Ste G**
**West Saint Paul, MN 55118**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1497 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $270.00 | $270.00 |

**Christine Thurston**
**609 Chateau Andelot**
**Mandeville, LA 70471**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1498 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |

**Christine Vanpelt**
**3082 Crystal Spring Ln**
**Rockingham, VA 22801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.1499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Christine Wi**
**6677 Santa Monica Blvd Apt 4526**
**Los Angeles, CA 90038**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1500 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $99.00 | $99.00 |
|---|---|---|---|---|

**Christophe Bodin**
**266 Sylvan Way**
**Emerald Hills, CA 94062**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1501 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $925.00 | $925.00 |
|---|---|---|---|---|

**Christopher Able**
**6163 Osprey Ridge Dr**
**Mount Airy, MD 21771**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1502 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,584.00 | $2,584.00 |
|---|---|---|---|---|

**Christopher Baer**
**2673 N Oakmont Dr**
**Flagstaff, AZ 86004**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**2.1503** Priority creditor's name and mailing address
**Christopher Bailey**
**317 W 93rd St Apt 3a**
**New York, NY 10025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$283.00      $283.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1504** Priority creditor's name and mailing address
**Christopher Barnett**
**930 Malaga Ave**
**Coral Gables, FL 33134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$674.00      $674.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1505** Priority creditor's name and mailing address
**Christopher Beal**
**8017 W 142nd Ter**
**Overland Park, KS 66223**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$250.00      $250.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1506** Priority creditor's name and mailing address
**Christopher Bennem**
**Glen Hollow**
**5680 Seneca Point Rd**
**Naples, NY 14512**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$40.00      $40.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.1507 | Priority creditor's name and mailing address **Christopher Blum** **600 East 32nd Street** **Bryan, TX 77803** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $30.00 | $30.00 |
|---|---|---|---|---|

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1508 | Priority creditor's name and mailing address **Christopher Breward** **5207 Park Blvd N** **Pinellas Park, FL 33781** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $116.00 | $116.00 |
|---|---|---|---|---|

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1509 | Priority creditor's name and mailing address **Christopher Carlin** **2808 Woodstock Rd** **Los Angeles, CA 90046** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $416.00 | $416.00 |
|---|---|---|---|---|

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1510 | Priority creditor's name and mailing address **Christopher Carmona** **6079 Indian Forest Circle** **Lake Worth, FL 33463** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $22.00 | $22.00 |
|---|---|---|---|---|

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**                                   Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 2.1511 | Priority creditor's name and mailing address<br>**Christopher Chandler**<br>**4850 Green Lake Way N**<br>**Seattle, WA 98103** | As of the petition filing date, the claim is:   **$192.00**   **$192.00**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred _____   Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number ____   Is the claim subject to offset?
Specify Code subsection of PRIORITY   ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)   ☐ Yes

---

| | | |
|---|---|---|
| 2.1512 | Priority creditor's name and mailing address<br>**Christopher Clock**<br>**1460 Arroyo Seco Dr**<br>**Campbell, CA 95008** | As of the petition filing date, the claim is:   **$945.00**   **$945.00**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred _____   Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number ____   Is the claim subject to offset?
Specify Code subsection of PRIORITY   ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)   ☐ Yes

---

| | | |
|---|---|---|
| 2.1513 | Priority creditor's name and mailing address<br>**Christopher Corcoran**<br>**3606 Saddlestring Trl**<br>**Austin, TX 78739** | As of the petition filing date, the claim is:   **$30.00**   **$30.00**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred _____   Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number ____   Is the claim subject to offset?
Specify Code subsection of PRIORITY   ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)   ☐ Yes

---

| | | |
|---|---|---|
| 2.1514 | Priority creditor's name and mailing address<br>**Christopher Cordier**<br>**540 43rd Ave**<br>**San Francisco, CA 94121** | As of the petition filing date, the claim is:   **$31.00**   **$31.00**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred _____   Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number ____   Is the claim subject to offset?
Specify Code subsection of PRIORITY   ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)   ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.1515 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $235.00 | $235.00 |

**Christopher Coulson**
**1004 West 52nd Street**
**Kansas City, MO 64112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1516 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $131.00 | $131.00 |

**Christopher Creighton**
**600 Ferris Ave**
**Waxahachie, TX 75165**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1517 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.00 | $89.00 |

**Christopher Cropanese**
**7496 Brunson Circle**
**Gainesville, VA 20155**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1518 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $282.00 | $282.00 |

**Christopher Crosby**
**2183 Fort Pemberton Dr**
**Charleston, SC 29412**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor  **Phoeno Wine Company, Inc.**                                   Case number (if known) _____
        Name

| 2.1519 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $106.00 | $106.00 |
|--------|---|---|---|---|

**Christopher Czachor**
**610 S Cook St**
**Barrington, IL 60010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1520 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $173.00 | $173.00 |
|--------|---|---|---|---|

**Christopher Damico**
**156 Coventry Rd**
**Mansfield Center, CT 06250**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1521 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|--------|---|---|---|---|

**Christopher Deangelis**
**25000 Hall Road**
**Suite 1**
**Woodhaven, MI 48183**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1522 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $928.00 | $928.00 |
|--------|---|---|---|---|

**Christopher Dentel**
**38705 Veazie Cumberland Rd Se**
**Enumclaw, WA 98022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.1523 | Priority creditor's name and mailing address<br>**Christopher Edge**<br>**900 Bestgate Rd Ste 310**<br>**Annapolis, MD 21401** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: $578.00   $578.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1524 | Priority creditor's name and mailing address<br>**Christopher Edwards**<br>**922 Beaver St Ste A**<br>**Santa Rosa, CA 95404** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: $1,043.00   $1,043.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1525 | Priority creditor's name and mailing address<br>**Christopher Fagan**<br>**423 N Van Buren St**<br>**Enid, OK 73703** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: $89.00   $89.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1526 | Priority creditor's name and mailing address<br>**Christopher Foley**<br>**2313 River Pointe Cir**<br>**Minneapolis, MN 55411** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: $230.00   $230.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

---

| 2.1527 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $188.00 | $188.00 |
|---|---|---|---|---|

**Christopher Gelinas**
**11 Hood St**
**Attleboro, MA 02703**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1528 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $689.00 | $689.00 |
|---|---|---|---|---|

**Christopher Hallett**
**2006 Skyline Dr**
**Bartlesville, OK 74006**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1529 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |
|---|---|---|---|---|

**Christopher Hallett**
**652 Longwood Dr Nw**
**Atlanta, GA 30305**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1530 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|

**Christopher Hunt**
**690 Lakeside Dr**
**Avon Lake, OH 44012**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor  **Phoeno Wine Company, Inc.**                                          Case number (if known) _____
        _____
        Name

| 2.1531 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $182.00 | $182.00 |
|---|---|---|---|---|

**Christopher Jaycock**
**77 Dakota Meadows Dr**
**Carbondale, CO 81623**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1532 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Christopher Jones**
**2241 S Business Hwy 121**
**Apt 1112**
**Lewisville, TX 75067**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1533 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $262.00 | $262.00 |
|---|---|---|---|---|

**Christopher Kientzel**
**490 Pevely Heights Dr**
**Pevely, MO 63070**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1534 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,091.00 | $2,091.00 |
|---|---|---|---|---|

**Christopher Kim**
**3423 John F Kennedy Blvd**
**Jersey City, NJ 07307**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.1535 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |
|---|---|---|---|---|

**Christopher King**
**68 Gold St Apt 2d**
**Brooklyn, NY 11201**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1536 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 | $38.00 |
|---|---|---|---|---|

**Christopher Kopinski**
**39 Wild Pasture Ln**
**Rowley, MA 01969**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1537 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |
|---|---|---|---|---|

**Christopher Kress**
**5501 Us Highway 30 W**
**Fort Wayne, IN 46818**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1538 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,199.00 | $1,199.00 |
|---|---|---|---|---|

**Christopher Lipscomb**
**70 Mansakenning Drive**
**Rhinebeck, NY 12572**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.1539 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $201.00 | $201.00 |
|---|---|---|---|---|

**Christopher Long**
**4464 Maryland Ave**
**Saint Louis, MO 63108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Deficit Customer** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1540 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23,035.00 | $3,350.00 |
|---|---|---|---|---|

**Christopher Man**
**1700 K St Nw**
**Winston & Strawn LLP**
**Washington, DC 20006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Deficit Customer** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1541 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.00 | $65.00 |
|---|---|---|---|---|

**Christopher Mccoy**
**605 Parfet St**
**Lakewood, CO 80215**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Deficit Customer** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1542 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|

**Christopher Mcvay**
**58 Locust Street**
**Mckees Rocks, PA 15136**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Deficit Customer** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

| 2.1543 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,444.00 | $1,444.00 |

**Christopher Mcvety**
**2035 Wagner Rd**
**Glenview, IL 60025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1544 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |

**Christopher Means**
**1800 N Larrabee St**
**Chicago, IL 60614**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1545 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $218.00 | $218.00 |

**Christopher Moore**
**709 Cochran St**
**Ste A**
**Simi Valley, CA 93065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1546 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |

**Christopher Nagle**
**2806 Sherman Ave Nw Unit A**
**Washington, DC 20001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____          Case number (if known) _____
Name

| | |
|---|---|

**2.1547** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$34.00** | **$34.00**

**Christopher Nelms**
270 17th St Nw
Owner Unit #4208
Altanta, GA 30363

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.1548** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$34.00** | **$34.00**

**Christopher Neubauer**
10603 W Dumbarton Cir Unit D
Littleton, CO 80127

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.1549** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$560.00** | **$560.00**

**Christopher Newlands**
811 Town And Country Blvd Apt
179
Houston, TX 77024

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.1550** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$235.00** | **$235.00**

**Christopher Oconnor**
49 Country Club Rd
Darien, CT 06820

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                    Case number (if known) _____
Name

| | | |
|---|---|---|
| 2.1551 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.1551** Priority creditor's name and mailing address

**Christopher Parrinello**
**3615 Nw 31st Ter**
**Gainesville, FL 32605**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$150.00   $150.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.1552** Priority creditor's name and mailing address

**Christopher Porter**
**8256 Jayme Dr Unit 111**
**Winter Garden, FL 34787**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$494.00   $494.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.1553** Priority creditor's name and mailing address

**Christopher Potter**
**708 Lime Creek Rd**
**Grand Junction, CO 81505**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$360.00   $360.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.1554** Priority creditor's name and mailing address

**Christopher Reilley**
**1128 24th Ave**
**Seattle, WA 98122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$444.00   $444.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____  Case number (if known) _____
                    Name

| 2.1555 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.00 | $57.00 |

**Christopher Rotella**
**475 K St Nw, 721**
**Washington, DC 20001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1556 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,041.00 | $1,041.00 |

**Christopher Samuel**
**118 Phares Lane**
**Everett, PA 15537**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1557 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $238.00 | $238.00 |

**Christopher Sanchez**
**1555 Burden Lake Road**
**None**
**Averill Park, NY 12018**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1558 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.00 | $26.00 |

**Christopher Simmons**
**2704 Herron Ln**
**Glenshaw, PA 15116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Phoeno Wine Company, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 2.1559 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |
|---|---|---|---|---|

**Christopher Siska**
**116 Southwood Dr**
**New Canaan, CT 06840**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1560 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.00 | $81.00 |
|---|---|---|---|---|

**Christopher Snyder**
**1507 Mayflower Pl**
**Santa Rosa, CA 95403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1561 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Christopher Spence**
**928 Colorado Ave**
**Glenwood Springs, CO 81601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1562 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $397.00 | $397.00 |
|---|---|---|---|---|

**Christopher Steele**
**2109 Longhorn**
**Altus, OK 73521**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.1563 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.00 | $44.00 |

**Christopher Taylor**
**9525 Semiahmoo Pkwy Unit 306**
**Blaine, WA 98230**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1564 | Priority creditor's name and mailing address | | $100.00 | $100.00 |

**Christopher Thornhill**
**849 Oakland Park Blvd**
**Winter Garden, FL 34787**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1565 | Priority creditor's name and mailing address | | $58.00 | $58.00 |

**Christopher Towne**
**262 Lower Elmore Mountain Rd,**
**Morrisvill**
**Morristown, VT 05661**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1566 | Priority creditor's name and mailing address | | $146.00 | $146.00 |

**Christopherj Calvey**
**520 Harwood Ave**
**Clarks Summit, PA 18411**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.1567** | Priority creditor's name and mailing address

**Christos Parrish**
**613 Honeysuckle Lane**
**Statesboro, GA 30458**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$54.00   $54.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1568** | Priority creditor's name and mailing address

**Christy Hodges**
**11408 Mccabes Grant Terrace**
**Henrico, VA 23233**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$60.00   $60.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1569** | Priority creditor's name and mailing address

**Christy Pierce**
**1001 N 3rd St**
**Grand Junction, CO 81501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$105.00   $105.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1570** | Priority creditor's name and mailing address

**Christymichelle Hotard**
**215 Looney Ave**
**Memphis, TN 38107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$195.00   $195.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**      Case number (if known) _____
Name

| 2.1571 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Chrysandra Bowen**
**100 W Oak St Ste 301**
**Denton, TX 76201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY   ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.1572 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.00 | $78.00 |
|---|---|---|---|---|

**Chuck Johnson**
**1650 S Pavilion Center Dr**
**Las Vegas Ballpark**
**Las Vegas, NV 89135**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY   ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.1573 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $262.00 | $262.00 |
|---|---|---|---|---|

**Chuck Morrison**
**2400 Nan Ln**
**Cedar Park, TX 78613**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY   ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.1574 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.00 | $53.00 |
|---|---|---|---|---|

**Chuck Tommey**
**6012 Bayfield Pkwy**
**Pmb 127**
**Concord, NC 28027**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY   ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

Debtor   **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
         _____
         Name

| | | |
|---|---|---|

**2.1575** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $198.00   $198.00

**Chuck White**
**89 Hurlbut St Apt 1**
**Pasadena, CA 91105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1576** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.00   $26.00

**Cindy Lane**
**3800 NEedle Peak Rd**
**South Lake Tahoe, CA 96150**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1577** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.00   $47.00

**Cindy Schultz**
**2209 N Pershing Dr Apt 213**
**Arlington, VA 22201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1578** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00   $29.00

**Cindy Wysocki**
**5494 Puerta Del Sol**
**Camino, CA 95709**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.1579 | Priority creditor's name and mailing address<br>**Cj Orrico**<br>**31 Oak Hill Rd**<br>**Chatham, NJ 07928** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**$45.00**   **$45.00**

---

| | | |
|---|---|---|
| 2.1580 | Priority creditor's name and mailing address<br>**Claire Burton**<br>**527 Highlander Dr NE**<br>**Rockford, MI 49341** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**$89.00**   **$89.00**

---

| | | |
|---|---|---|
| 2.1581 | Priority creditor's name and mailing address<br>**Claire Goslar**<br>**2028 N Cahuenga Blvd**<br>**Gate Code 01943**<br>**Los Angeles, CA 90068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**$33.00**   **$33.00**

---

| | | |
|---|---|---|
| 2.1582 | Priority creditor's name and mailing address<br>**Claire Hungerford**<br>**43040 Greenway Blvd Unit 526**<br>**Punta Gorda, FL 33982** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**$49.00**   **$49.00**

---

Debtor **Phoeno Wine Company, Inc.**

Case number (*if known*) _____

Name

| 2.1583 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.00 | $45.00 |
|---|---|---|---|---|

**Claire Keresey**
**973 Chiquita Rd**
**Healdsburg, CA 95448**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1584 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $882.00 | $882.00 |
|---|---|---|---|---|

**Claire Luna**
**2484 N La Capella Ct**
**Orange, CA 92867**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1585 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|

**Claire Oconnor**
**2910 W Rascher Ave**
**Chicago, IL 60625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1586 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,076.00 | $3,350.00 |
|---|---|---|---|---|

**Clare Gridley**
**18 Lyndeborough Rd**
**Amherst, NH 03031**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                    Case number (if known) _____
_____
Name

| 2.1587 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |

**Clarence Philpot**
**5824 W Montrose Ave Apt B**
**Chicago, IL 60634**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1588 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Clark Lohmiller**
**1373 49th Ave NE**
**Saint Petersburg, FL 33703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1589 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.00 | $95.00 |

**Claudia Daisley**
**3001 Franklin Rd**
**Arlington, VA 22201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1590 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.00 | $88.00 |

**Claudia Kalaola**
**146 Kauiki Street**
**Hana, HI 96713**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.1591 | Priority creditor's name and mailing address<br>**Claudia Miller**<br>**3909 Shawnee Drive**<br>**Modesto, CA 95356** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: $94.00    $94.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1592 | Priority creditor's name and mailing address<br>**Claudia Rands**<br>**15941 NElsons Ct**<br>**Fort Myers, FL 33908** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$68.00    $68.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1593 | Priority creditor's name and mailing address<br>**Claudia Wu**<br>**388 Bridge St Apt 7a**<br>**Brooklyn, NY 11201** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$35.00    $35.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1594 | Priority creditor's name and mailing address<br>**Clay Pecorin**<br>**1 Bradbury Place**<br>**Riverside, CT 06878** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$807.00    $807.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 2.1595 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |

2.1595 | Priority creditor's name and mailing address
**Clay White**
**3387 Norwood Road**
**Shaker Heights, OH 44122**

As of the petition filing date, the claim is: **$84.00**    **$84.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.1596 | Priority creditor's name and mailing address
**Clayton Campbell**
**196 Gardiners Bay Dr**
**Ponte Vedra, FL 32081**

As of the petition filing date, the claim is: **$295.00**    **$295.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.1597 | Priority creditor's name and mailing address
**Clayton Sauer**
**104 Bay Ave**
**Greenport, NY 11944**

As of the petition filing date, the claim is: **$33.00**    **$33.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.1598 | Priority creditor's name and mailing address
**Clayton Schupp**
**3149 Lewiston Ave**
**Berkeley, CA 94705**

As of the petition filing date, the claim is: **$2,541.00**    **$2,541.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.1599 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

2.1599 | Priority creditor's name and mailing address
**Cliff Cranford**
**4821 Prytania St**
**New Orleans, LA 70115**

As of the petition filing date, the claim is: $105.00  $105.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.1600 | Priority creditor's name and mailing address
**Cliff Gilmore**
**46 Witmer Dr**
**Chesterfield, MO 63017**

As of the petition filing date, the claim is: $170.00  $170.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.1601 | Priority creditor's name and mailing address
**Cliff Kosick**
**2501 Parliament Drive**
**Abingdon, MD 21009**

As of the petition filing date, the claim is: $167.00  $167.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.1602 | Priority creditor's name and mailing address
**Cliff Liang**
**238 Eastmarket St.**
**Daly City, CA 94014**

As of the petition filing date, the claim is: $28.00  $28.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Official Form 206 E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (*if known*) _____
Name

| 2.1603 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.00 | $49.00 |
|---|---|---|---|---|

**Cliff Quedenfeld**
**59 S Woodridge Dr**
**Warrington, PA 18976**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1604 | Priority creditor's name and mailing address | | $49.00 | $49.00 |

**Cliff Watts**
**27 Musconetcong River Rd**
**Hampton, NJ 08827**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1605 | Priority creditor's name and mailing address | | $47.00 | $47.00 |

**Cliff Whigham**
**101 Calvi Court**
**Bellaire, TX 77401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1606 | Priority creditor's name and mailing address | | $38.00 | $38.00 |

**Clifford Blanchard**
**625 Desoto Dr**
**La Place, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**
      Name

Case number (*if known*) _____

---

| 2.1607 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $67.00 | $67.00 |
|---|---|---|---|---|

**Clifford Ferrara**
**1132 August Drive**
**Annapolis, MD 21403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1608 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $220.00 | $220.00 |
|---|---|---|---|---|

**Clifford Nastas**
**38 E 1st St**
**Fedx Office**
**Hinsdale, IL 60521**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1609 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |
|---|---|---|---|---|

**Clint Barrett**
**18380 Congressional Cir**
**Ruther Glen, VA 22546**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1610 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $137.00 | $137.00 |
|---|---|---|---|---|

**Clint Haynes**
**2630 W 1st St**
**Washougal, WA 98671**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                                    Case number (*if known*) _____
_____
Name

| | | |
|---|---|---|
| 2.1611 | Priority creditor's name and mailing address<br>**Clint Melville**<br>**14200 Livesay Rd**<br>**Oregon City, OR 97045** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **$100.00     $100.00**

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1612 | Priority creditor's name and mailing address<br>**Clint Mitchell**<br>**9805 River Rd**<br>**Henrico, VA 23238** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

**$31.00     $31.00**

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1613 | Priority creditor's name and mailing address<br>**Clint Noyes**<br>**11718 Wagner Rd**<br>**Monroe, WA 98272** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

**$55.00     $55.00**

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1614 | Priority creditor's name and mailing address<br>**Clinton Dugan**<br>**5310 Harris Circle**<br>**Dunwoody, GA 30338** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

**$137.00     $137.00**

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known)

---

| 2.1615 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.00 | $160.00 |
|---|---|---|---|---|

**Clyde Eltzroth**
**162-21 Powells Cove Blvd**
**Apt 2d**
**Beechhurst, NY 11357**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1616 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.00 | $110.00 |
|---|---|---|---|---|

**Clydie Williams**
**1331 W Double Eagle Ct**
**Hernando, FL 34442**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1617 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $199.00 | $199.00 |
|---|---|---|---|---|

**Coco Jordan**
**10047 Allenwood Way**
**Santee, CA 92071**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1618 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.00 | $36.00 |
|---|---|---|---|---|

**Cody Anderson**
**859 Mccullough Ave Apt 211**
**Orlando, FL 32803**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

---

| 2.1619 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |
|---|---|---|---|---|

**Cody Barnes**
**1508 NE 43rd Ln**
**Cape Coral, FL 33909**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1620 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.00 | $15.00 |
|---|---|---|---|---|

**Cody Collins**
**3550 Lenox Rd NE Ste 2700**
**Atlanta, GA 30326**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1621 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $509.00 | $509.00 |
|---|---|---|---|---|

**Cody Haven**
**23016 Gainford St**
**Woodland Hills, CA 91364**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1622 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.00 | $83.00 |
|---|---|---|---|---|

**Cody Hendrix**
**3545 Saint Johns Bluff Rd S Ste 1**
**Jacksonville, FL 32224**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                     Case number (if known) _____
Name

| 2.1623 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $157.00 | $157.00 |
|---|---|---|---|---|

**Cody Kneipp**
**3617 Crescent Dr**
**Fort Collins, CO 80526**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1624 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $154.00 | $154.00 |
|---|---|---|---|---|

**Cody Petry**
**13504 Citicards Way Unit 2316**
**Jacksonville, FL 32258**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1625 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.00 | $104.00 |
|---|---|---|---|---|

**Colburn Watkins**
**163 Caledonia Dr**
**Easley, SC 29642**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1626 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.00 | $31.00 |
|---|---|---|---|---|

**Colby Fees**
**7 Dane St Unit A**
**Somerville, MA 02143**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
        Name

| 2.1627 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |

**Cole Emerson**
**1717 Alicante Drive**
**Roseville, CA 95747**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1628 | Priority creditor's name and mailing address | | $88.00 | $88.00 |

**Cole Flinn**
**81 Olympic Dr Nw**
**Shoreline, WA 98177**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1629 | Priority creditor's name and mailing address | | $29.00 | $29.00 |

**Cole Johnson**
**4630 Sperryville Pike**
**Woodville, VA 22749**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1630 | Priority creditor's name and mailing address | | $66.00 | $66.00 |

**Cole Smith**
**2223 Wilder St**
**Philadelphia, PA 19146**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 2.1631 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $199.00 | $199.00 |
|---|---|---|---|---|

**Colette Aitken**
**1430 Buttermilk Ln**
**Sunny Brae Middle School**
**Arcata, CA 95521**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1632 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $324.00 | $324.00 |
|---|---|---|---|---|

**Colin Elliott**
**3770 Olympia Dr**
**Houston, TX 77019**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1633 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Colin Hartman**
**1020 Wagon Trail Dr**
**Little Elm, TX 75068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1634 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Colin Tozer**
**9447 SW 71st Loop**
**Ocala, FL 34481**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.1635 | Priority creditor's name and mailing address<br>**Colinjames Ott**<br>**3109 Christian Ave**<br>**Wausau, WI 54401** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$30.00** | **$30.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>_____ | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1636 | Priority creditor's name and mailing address<br>**Colleen Bazdarich**<br>**1311 S Center St**<br>**Redlands, CA 92373** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$257.00** | **$257.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>_____ | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1637 | Priority creditor's name and mailing address<br>**Colleen Dever**<br>**236 NE 28th St Apt 1**<br>**Miami, FL 33137** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$77.00** | **$77.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>_____ | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1638 | Priority creditor's name and mailing address<br>**Colleen Kelty**<br>**242 N York St**<br>**The Ups Store**<br>**Elmhurst, IL 60126** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$129.00** | **$129.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>_____ | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Phoeno Wine Company, Inc.**                                          Case number (*if known*)
_____
          Name

| 2.1639 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |

**Colleen Leblanc**
**8234 Autumn Acres Dr.**
**Rockford, MI 49341**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1640 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $113.00 | $113.00 |

**Colleen Sabiel**
**718 Horseshoe Trl**
**Franklin Lakes, NJ 07417**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1641 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 | $150.00 |

**Collin Trollinger**
**137 S State Road 7 Ste 305**
**Royal Palm Beach, FL 33414**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1642 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.00 | $55.00 |

**Collyn Tucker**
**501 County Road 2300**
**Sulphur Springs, TX 75482**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.1643** | Priority creditor's name and mailing address

**Colorado Department of Revenue**
**1881 Pierce Street**
**Entrance B**
**Lakewood, CO 80214**

As of the petition filing date, the claim is:                    $0.00        $0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.1644** | Priority creditor's name and mailing address

**Comptroller of Maryland -**
**Business Taxpa**
**301 W. Preston St.**
**Baltimore, MD 21201-2395**

As of the petition filing date, the claim is:                    $0.00        $0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.1645** | Priority creditor's name and mailing address

**Conchita Newman**
**10274 Kalua Dr**
**Shadow Hills, CA 91040**

As of the petition filing date, the claim is:                    $58.00        $58.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.1646** | Priority creditor's name and mailing address

**Connecticut Department of**
**Revenue Servic**
**450 Columbus Blvd.**
**Suite 1**
**Hartford, CT 06103**

As of the petition filing date, the claim is:                    $0.00        $0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.1647 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.00 | $31.00 |

**Connell Cruise**
**1218 Rachel Anne Dr**
**Belmont, NC 28012**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**
_____

_____
Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Yes

---

| 2.1648 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Connie Ryan**
**13481 Causeway Palms Cv**
**Fort Myers, FL 33908**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**
_____

_____
Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Yes

---

| 2.1649 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.00 | $61.00 |

**Connie Straw**
**625 Yellowstone Ave**
**Ups Access Point-Advance Auto**
**Parts Stor**
**Pocatello, ID 83201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**
_____

_____
Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Yes

---

| 2.1650 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.00 | $85.00 |

**Connie Wilhelm**
**18090 Demersville Wagon Rd**
**Lakeside, MT 59922**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**
_____

_____
Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.1651 | Priority creditor's name and mailing address<br>**Connor Kohlenberg**<br>**412 W 22nd St Apt 1f**<br>**New York, NY 10011** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **$110.00**   **$110.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.1652   Priority creditor's name and mailing address
**Connor Lynch**
**417 Hicks St Apt 4c**
**Brooklyn, NY 11201**

As of the petition filing date, the claim is:   **$126.00**   **$126.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.1653   Priority creditor's name and mailing address
**Conor Drake**
**801 West 5th Street**
**1906**
**Austin, TX 78703**

As of the petition filing date, the claim is:   **$1,409.00**   **$1,409.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.1654   Priority creditor's name and mailing address
**Conor Drake**
**801 West 5th Street**
**Apt 1906**
**Austin, TX 78703**

As of the petition filing date, the claim is:   **$447.00**   **$447.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.1655 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.00 | $88.00 |

**Conor Mcevily**
**2 Pierrepont St Apt 903b**
**Brooklyn, NY 11201**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1656 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Conor Mcguinness**
**126 Harwicke Rd**
**Springfield, PA 19064**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1657 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,329.00 | $1,329.00 |

**Conor Mulcahy**
**1214 S Lincoln St**
**Ottawa, KS 66067**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1658 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $126.00 | $126.00 |

**Conrad Cooper**
**4250 Fairway Blvd**
**View Park, CA 90043**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                    Case number (if known) _____
_____
Name

| 2.1659 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $572.00 | $572.00 |
|---|---|---|---|---|

**Cookie Serrano**
**800 The Mark Ln Unit 706**
**San Diego, CA 92101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.1660 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.00 | $27.00 |
|---|---|---|---|---|

**Cooper Moyer**
**190 S Clinton St**
**Doylestown, PA 18901**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.1661 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $946.00 | $946.00 |
|---|---|---|---|---|

**Cooper Schraudenbach**
**506 Graham Dr Ste 150**
**Tomball, TX 77375**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.1662 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 | $150.00 |
|---|---|---|---|---|

**Cooper Stainbrook**
**1101 E Bayaud Ave Apt E1912**
**Denver, CO 80209**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

Debtor    **Phoeno Wine Company, Inc.**                              Case number (*if known*) _____
_____
Name

| 2.1663 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $738.00 | $738.00 |

**Cord King**
**3200 Gulf Blvd**
**Unit 306**
**St Pete Beach, FL 33706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1664 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |

**Cord Peck**
**5110 NE 142nd Ave**
**Vancouver, WA 98682**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1665 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $468.00 | $468.00 |

**Corey Bobak**
**3247 Rockbridge Rd**
**Avondale Estates, GA 30002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1666 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.00 | $72.00 |

**Corey Clifford**
**503 W 31st St**
**Houston, TX 77018**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known)

| 2.1667 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $256.00 | $256.00 |
|---|---|---|---|---|

**Corey Conners**
**3403 E Mallory Blvd**
**Jupiter, FL 33458**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

| 2.1668 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Corey Fugman**
**14394 Old Wood Road**
**Saratoga, CA 95070**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

| 2.1669 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $382.00 | $382.00 |
|---|---|---|---|---|

**Corey Haag**
**1922 E Inverness Ave**
**Mesa, AZ 85204**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

| 2.1670 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $334.00 | $334.00 |
|---|---|---|---|---|

**Corey Hill**
**11 S Green St Unit 1105**
**Chicago, IL 60607**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.1671 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.00 | $88.00 |
|---|---|---|---|---|

**Corey Innes**
**2350 Sawmill Place Blvd Apt 260**
**Columbus, OH 43235**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1672 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Corey Kilburn**
**1100 Louisiana St Ste 1600**
**Houston, TX 77002**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1673 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.00 | $66.00 |
|---|---|---|---|---|

**Corey Scrupps**
**253 Merrimac St**
**Newburyport, MA 01950**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1674 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |
|---|---|---|---|---|

**Corey Shosey**
**35 Dale Ave**
**Leominster, MA 01453**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (*if known*) _____
_____
Name

| | | |
|---|---|---|
| 2.1675 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.1675** | Priority creditor's name and mailing address

**Corinne Spurrier**
**409 Goldenrod Avenue**
**Apt. A**
**Corona Del Mar, CA 92625**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$70.00**    **$70.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.1676** | Priority creditor's name and mailing address

**Corrie Davidson**
**4117 Crescent St Apt 6f**
**Long Island City, NY 11101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$270.00**    **$270.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.1677** | Priority creditor's name and mailing address

**Corrine Mckeever**
**221 Oak Ave**
**River Vale, NJ 07675**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$19.00**    **$19.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.1678** | Priority creditor's name and mailing address

**Cortney Taylor**
**325 Front St # 870**
**Evanston, WY 82930**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,819.00**    **$1,819.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.1679 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $96.00 | $96.00 |
|---|---|---|---|---|

**Cortni Sweeney**
**342 E High Point Rd**
**Peoria, IL 61614**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1680 | Priority creditor's name and mailing address | $80.00 | $80.00 |
|---|---|---|---|

**Cory Baker**
**13929 Putnam St**
**Whittier, CA 90605**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1681 | Priority creditor's name and mailing address | $30.00 | $30.00 |
|---|---|---|---|

**Cory Castro**
**578 Baretta Loop**
**Mustang Ridge, TX 78610**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1682 | Priority creditor's name and mailing address | $28.00 | $28.00 |
|---|---|---|---|

**Cory Dishman**
**2422 Quartsite Dr**
**Camarillo, CA 93012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                          Case number (if known)
_____
Name

| 2.1683 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $578.00 | $578.00 |

**Cory Sager**
**51 Brecken Ct**
**Bozeman, MT 59718**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

| 2.1684 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.00 | $62.00 |

**Cory Vanarsdel**
**13603 Pegasus Rd.**
**Cypress, TX 77429**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

| 2.1685 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.00 | $34.00 |

**Costanza Tedesco**
**22693 St. Louis Rd**
**Middleburg, VA 20117**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

| 2.1686 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.00 | $53.00 |

**Courtney Abraham**
**37 Appian Cir**
**Simpsonville, SC 29681**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____ Case number (if known) _____
Name

| | | |
|---|---|---|
| 2.1687 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **Courtney Borovskis** | Check all that apply. |

**$61.00**   **$61.00**

2.1687  Priority creditor's name and mailing address

**Courtney Borovskis**
**10 Mckinley Dr**
**Rockaway, NJ 07866**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.1688  Priority creditor's name and mailing address

**Courtney Brooks**
**6700 Paradise Rd Ste E**
**Las Vegas, NV 89119**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$108.00**   **$108.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.1689  Priority creditor's name and mailing address

**Courtney Burns**
**3 Packard Ln**
**Chelmsford, MA 01824**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$20.00**   **$20.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.1690  Priority creditor's name and mailing address

**Courtney Celeste**
**7029 Glacier Dr**
**Hudsonville, MI 49426**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$217.00**   **$217.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                  Case number (*if known*) _____
_____
Name

| 2.1691 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $118.00 | $118.00 |
|---|---|---|---|---|

**Courtney Chelebian**
**261 Siesta Ave**
**Thousand Oaks, CA 91360**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1692 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Courtney Clements**
**15056 County Road 173 N**
**Kilgore, TX 75662**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1693 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |
|---|---|---|---|---|

**Courtney Crawford**
**3131 Saddlebrook**
**Findlay, OH 45840**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1694 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.00 | $78.00 |
|---|---|---|---|---|

**Courtney Delaney**
**964 Old School House Rd**
**Blairstown, NJ 07825**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (*if known*)

| 2.1695 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $331.00 | $331.00 |

**Courtney Delia**
**51 Talmadge Ave**
**Metuchen, NJ 08840**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.1696 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.00 | $52.00 |

**Courtney Hill**
**16 Mystic Ln**
**Clifton Park, NY 12065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.1697 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.00 | $21.00 |

**Courtney Hill**
**2612 Oak Ave**
**Manhattan Beach, CA 90266**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.1698 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $123.00 | $123.00 |

**Courtney Lee-Mitchell**
**135 W 120th St**
**Nyc, NY 10027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                Case number (if known)
_____
Name

| 2.1699 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $179.00 | $179.00 |

**Courtney Levin**
**791 Benchmark**
**Irvine, CA 92618**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1700 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.00 | $240.00 |

**Courtney Mcnulty**
**2917 Glenarden Dr**
**Charleston, SC 29414**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1701 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |

**Craig Beach**
**1005 Wyomissing Blvd**
**Wyomissing, PA 19610**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1702 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |

**Craig Beason**
**5563 Wingwood Court**
**Minnetonka, MN 55345**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                   Case number (if known)
_____
Name

| 2.1703 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**Craig Berg**
**216 Condor Way**
**Clayton, CA 94517**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1704 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $412.00 | $412.00 |
|---|---|---|---|---|

**Craig Berkowitz**
**874 Burr Ave**
**Winnetka, IL 60093**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1705 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.00 | $27.00 |
|---|---|---|---|---|

**Craig Clement**
**904 Eventide Dr**
**San Antonio, TX 78209**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1706 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Craig Cole**
**763 Autumn Valley Dr**
**O Fallon, MO 63366**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                     Case number (if known) _____
_____
Name

| | | | |
|---|---|---|---|
| 2.1707 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $74.00    $74.00 |

| 2.1707 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $74.00 | $74.00 |
|---|---|---|---|---|

**2.1707** Priority creditor's name and mailing address

**Craig Dallas**
**1 Castle Hill Way**
**Stuart, FL 34996**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**

Is the claim subject to offset?
☑ No
☐ Yes

**$74.00    $74.00**

---

**2.1708** Priority creditor's name and mailing address

**Craig Gorsline**
**1017 Commodore Pl**
**Mount Juliet, TN 37122**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**

Is the claim subject to offset?
☑ No
☐ Yes

**$316.00    $316.00**

---

**2.1709** Priority creditor's name and mailing address

**Craig Grossman**
**10 Union Ave Apt 417**
**Bala Cynwyd, PA 19004**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**

Is the claim subject to offset?
☑ No
☐ Yes

**$311.00    $311.00**

---

**2.1710** Priority creditor's name and mailing address

**Craig Gustafson**
**45985 Goodpasture Rd**
**Vida, OR 97488**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**

Is the claim subject to offset?
☑ No
☐ Yes

**$258.00    $258.00**

Debtor **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

| 2.1711 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $603.00 | $603.00 |
|---|---|---|---|---|

**Craig Hufford**
**3 Pembrook Ct**
**Bolingbrook, IL 60440**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1712 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,869.00 | $3,350.00 |
|---|---|---|---|---|

**Craig Olson**
**240 Lansing Island Dr**
**Indian Harbour Beach, FL 32937**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1713 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |
|---|---|---|---|---|

**Craig Parker**
**714 Roosevelt Rd**
**Fedex Office Print & Ship Center**
**Glen Ellyn, IL 60137**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1714 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |
|---|---|---|---|---|

**Craig Pesce**
**11 Dallis Pl**
**Beacon, NY 12508**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor     **Phoeno Wine Company, Inc.**                              Case number (if known) _____

_____
Name

| 2.1715 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.00 | $27.00 |
|---|---|---|---|---|

**Craig Peters**
**10963 San Mateo Pl**
**Rancho Cucamonga, CA 91701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1716 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $672.00 | $672.00 |
|---|---|---|---|---|

**Craig Peterson**
**155 Garden Drive**
**South Plainfield, NJ 07080**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1717 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $497.00 | $497.00 |
|---|---|---|---|---|

**Craig Piguet**
**10021 W 70th Ter**
**Merriam, KS 66203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1718 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.00 | $115.00 |
|---|---|---|---|---|

**Craig Roberts**
**Ups Access Point - Michaels Store**
**1800 S Loop 288 Suite 106**
**Denton, TX 76205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor    **Phoeno Wine Company, Inc.**                                   Case number (if known) _____

_____
Name

| 2.1719 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.00 | $34.00 |

**Craig Romano**
**16 Fabian Lane**
**Syracuse, NY 13209**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1720 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |

**Craig Simpson**
**126 N Main St**
**Pocatello, ID 83204**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1721 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $166.00 | $166.00 |

**Craig Simpson**
**330 E Walnut St**
**The Fermented Firefly**
**Marion, OH 43302**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1722 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $154.00 | $154.00 |

**Craig Smith**
**484 N Country Rd**
**Miller Place, NY 11764**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (*if known*) | |
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.1723 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$92.00** | **$92.00** |
| | **Craig Spiser** | *Check all that apply.* | | |
| | **26320 Jason Ave** | ☐ Contingent | | |
| | **San Antonio, TX 78255** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1724 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$240.00** | **$240.00** |
| | **Craig Starnes** | *Check all that apply.* | | |
| | **14029 Eagle Chase Circle** | ☐ Contingent | | |
| | **Chantilly, VA 20151** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1725 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$28.00** | **$28.00** |
| | **Craig Stires** | *Check all that apply.* | | |
| | **43 W High St** | ☐ Contingent | | |
| | **Somerville, NJ 08876** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1726 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$30.00** | **$30.00** |
| | **Craig Stonaha** | *Check all that apply.* | | |
| | **5 Old Wernersville Rd** | ☐ Contingent | | |
| | **Sinking Spring, PA 19608** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

Debtor    **Phoeno Wine Company, Inc.**                                   Case number (if known)
_____
Name

| 2.1727 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,007.00 | $2,007.00 |

**Craig Walters**
**2431 N. Vinegate Ct**
**Wichita, KS 67226**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1728 | Priority creditor's name and mailing address | | $32.00 | $32.00 |

**Craig Watkins**
**3578 Davenport Rd**
**Duluth, GA 30096**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1729 | Priority creditor's name and mailing address | | $178.00 | $178.00 |

**Crash Gregg**
**402 Glenwood Avenue**
**Door Code 781999**
**Raleigh, NC 27603**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1730 | Priority creditor's name and mailing address | | $33.00 | $33.00 |

**Crissy Trayner**
**17 Wentworth Ter**
**Dover, NH 03820**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Case number (*if known*) _____

Name

| 2.1731 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.00 | $24.00 |
|---|---|---|---|---|

**Cristina Metildi**
**7993 N Pima Village Ct**
**Tucson, AZ 85718**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1732 | Priority creditor's name and mailing address | $86.00 | $86.00 |
|---|---|---|---|

**Cristina Moscaliuc**
**15446 N Greenway Hayden Loop**
**Unit 4019**
**Scottsdale, AZ 85260**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1733 | Priority creditor's name and mailing address | $442.00 | $442.00 |
|---|---|---|---|

**Cristina Rousseau**
**553 Chandler Rd**
**White River Junction, VT 05001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1734 | Priority creditor's name and mailing address | $207.00 | $207.00 |
|---|---|---|---|

**Cristopher Moran**
**21535 Hawthorne Blvd Ste 400**
**Torrance, CA 90503**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known)
_____
Name

| 2.1735 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

2.1735 Priority creditor's name and mailing address

**Crockett Justin**
**5380 Commerce Blvd**
**Rohnert Park, CA 94928**

As of the petition filing date, the claim is: $30.00  $30.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.1736 Priority creditor's name and mailing address

**Crystal Clayland**
**12927 Horn Island Dr**
**Ocean City, MD 21842**

As of the petition filing date, the claim is: $72.00  $72.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.1737 Priority creditor's name and mailing address

**Crystal Goodwin**
**116 Great Pond Dr**
**Boxford, MA 01921**

As of the petition filing date, the claim is: $57.00  $57.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.1738 Priority creditor's name and mailing address

**Crystal Knight**
**4269 Cedarwood Lane**
**Billings, MT 59106**

As of the petition filing date, the claim is: $138.00  $138.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                              Case number (if known) _____

Name

| 2.1739 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $132.00 | $132.00 |

**Crystal Lennartz**
**5550 Ludington Drive**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1740 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.00 | $104.00 |

**Crystal Mcgee**
**305 Oxford Xing**
**Alpharetta, GA 30022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1741 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |

**Crystal Mcmillan**
**4489 County Road 94**
**Attn: Crystal Or Jim Mcmillan**
**Manvel, TX 77578**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1742 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $906.00 | $906.00 |

**Cue Boykin**
**13400 Coleto Creek Trl**
**Austin, TX 78732**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.1743 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $94.00 | $94.00 |
|---|---|---|---|---|

**Cuquita Dallabrea**
**1998 Molina St**
**Napa, CA 94559**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.1744 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Curt Trau**
**1017 W Glen Oaks Ln**
**Suite 210**
**Mequon, WI 53092**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.1745 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $145.00 | $145.00 |
|---|---|---|---|---|

**Curt Warner**
**13230 Ballantyne Corporate Pl Apt**
**901**
**Charlotte, NC 28277**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.1746 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $67.00 | $67.00 |
|---|---|---|---|---|

**Curtis Bagnoli**
**3408 Crawford St Apt 2**
**Houston, TX 77004**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**      Case number (if known) _____
Name

| 2.1747 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Curtis Erdman**
**1386 Greenfield Dr**
**El Cajon, CA 92021**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1748 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $174.00 | $174.00 |
|---|---|---|---|---|

**Curtis Foster**
**44003 207th St**
**Lake Preston, SD 57249**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1749 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $362.00 | $362.00 |
|---|---|---|---|---|

**Curtis Henderson**
**106 Prospect St**
**White Plains, NY 10606**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1750 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.00 | $17.00 |
|---|---|---|---|---|

**Curtis Steitz**
**2201 Portmarnock Cir**
**Roseville, CA 95678**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor    **Phoeno Wine Company, Inc.**                                Case number (if known) _____

_____
Name

| 2.1751 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $91.00 | $91.00 |
|---|---|---|---|---|

**Curtis Updike**
**5695 Summerfield Street**
**Camarillo, CA 93012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1752 | Priority creditor's name and mailing address | | $100.00 | $100.00 |
|---|---|---|---|---|

**Curtis Yopp**
**7924 Walt Williams**
**Lakeland, FL 33809**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1753 | Priority creditor's name and mailing address | | $49.00 | $49.00 |
|---|---|---|---|---|

**Cyndal Raygoza**
**26109 State Road 2**
**South Bend, IN 46619**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1754 | Priority creditor's name and mailing address | | $30.00 | $30.00 |
|---|---|---|---|---|

**Cyndi Danko**
**47549 Griffith Place**
**Sterling, VA 20165**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.1755 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.1755** Priority creditor's name and mailing address
**Cyndy Lemmons**
**2216 Cains Ln**
**Mansfield, TX 76063**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$139.00     $139.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.1756** Priority creditor's name and mailing address
**Cynt M**
**5406 Skillman Ave Apt 2d**
**Woodside, NY 11377**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$28.00     $28.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.1757** Priority creditor's name and mailing address
**Cynthia Amerio**
**517 Acacia St**
**Sierra Madre, CA 91024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$43.00     $43.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.1758** Priority creditor's name and mailing address
**Cynthia Arnholt**
**1 Yellowstone Club Trl**
**10 Mulligan Rd**
**Big Sky, MT 59716**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$57.00     $57.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**2.1759** | Priority creditor's name and mailing address

**Cynthia Crumley**
**101 Warbler Ln**
**Port Ludlow, WA 98365**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$22.00        $22.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.1760** | Priority creditor's name and mailing address

**Cynthia Gurino**
**7941 Wandering Way**
**Orlando, FL 32836**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$111.00        $111.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.1761** | Priority creditor's name and mailing address

**Cynthia Hill**
**930 Meadowbrook Dr**
**Syracuse, NY 13224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$19.00        $19.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.1762** | Priority creditor's name and mailing address

**Cynthia Johnson**
**1756 N Bayshore Dr Apt 39a**
**Miami, FL 33132**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$280.00        $280.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.1763 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Cynthia Pichardo**
**1232 Corte Zafiro**
**San Marcos, CA 92069**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1764 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51.00 | $51.00 |
|---|---|---|---|---|

**Cynthia Pinkerton**
**1279 Buck Creek Rd**
**Appomattox, VA 24522**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1765 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,111.00 | $1,111.00 |
|---|---|---|---|---|

**Cynthia Renn**
**5401 Hamlet Avenue**
**Baltimore, MD 21214**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1766 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $67.00 | $67.00 |
|---|---|---|---|---|

**Cynthia Spurgat**
**1950 Sandy Way**
**Corpus Christi, TX 78418**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (*if known*)
　　　　　Name

| 2.1767 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,518.00 | $1,518.00 |
|---|---|---|---|---|

**Cynthia Verges**
**4824 N 10th St**
**Tacoma, WA 98406**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1768 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.00 | $87.00 |
|---|---|---|---|---|

**Dad Weiss**
**47 Bishop St**
**New Haven, CT 06511**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1769 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Dale Augustyn**
**716 Stoney Brook Rd**
**Sagamore Hills, OH 44067**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1770 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |
|---|---|---|---|---|

**Dale Beede**
**561 25 Rd # 103**
**Grand Junction, CO 81505**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 2.1771 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.1771** Priority creditor's name and mailing address

**Dale Carter**
**254 Silverwood Drive**
**Boone, NC 28607**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$341.00     $341.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.1772** Priority creditor's name and mailing address

**Dale Sanders**
**112 Arapahoe St**
**Golden, CO 80403**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$270.00     $270.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.1773** Priority creditor's name and mailing address

**Dale Terrel**
**1505 First Light Dr**
**Windsor, CO 80550**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$27.00     $27.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.1774** Priority creditor's name and mailing address

**Dalee Hansen**
**509 Burgan Ave**
**Clovis, CA 93611**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$184.00     $184.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|

**2.1775** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00

**2.1775**

Priority creditor's name and mailing address

**Daljinder Sidhu**
**4224 Knotty Pine Pl**
**Rocklin, CA 95765**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**

Is the claim subject to offset?
■ No
☐ Yes

$56.00   $56.00

---

**2.1776**

Priority creditor's name and mailing address

**Dalton Whetstone**
**43 Chatham Rd**
**Ardmore, PA 19003**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**

Is the claim subject to offset?
■ No
☐ Yes

$15.00   $15.00

---

**2.1777**

Priority creditor's name and mailing address

**Damian Noordhoorn**
**1201 West St Apt B**
**Annapolis, MD 21401**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**

Is the claim subject to offset?
■ No
☐ Yes

$1,329.00   $1,329.00

---

**2.1778**

Priority creditor's name and mailing address

**Damien Ball**
**2041 Raritan Rd**
**Scotch Plains, NJ 07076**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**

Is the claim subject to offset?
■ No
☐ Yes

$135.00   $135.00

---

Debtor **Phoeno Wine Company, Inc.**                                          Case number (if known) _____
_____
Name

| 2.1779 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.00 | $72.00 |

**Damon Gehrke**
**8291 Brentwood Ct**
**Arvada, CO 80005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1780 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.00 | $48.00 |

**Dan Birken**
**8 La Plaza Dr**
**Orinda, CA 94563**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1781 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.00 | $66.00 |

**Dan Bouza**
**395 Sea Cliff St**
**Islip Terrace, NY 11752**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1782 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |

**Dan Carroll**
**349 Croton Rd**
**Wayne, PA 19087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.1783 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.00 | $63.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Dan Case**
**6106 Cary Dr**
**Austin, TX 78757**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

$63.00        $63.00

---

2.1784

Priority creditor's name and mailing address
**Dan Catherwood**
**Monarch Tower, 15th Floor**
**3414 Peachtree Road**
**Atlanta, GA 30326**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

$266.00        $266.00

---

2.1785

Priority creditor's name and mailing address
**Dan Chiorean**
**365 Canal St.**
**Suite 1170**
**New Orleans, LA 70130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

$134.00        $134.00

---

2.1786

Priority creditor's name and mailing address
**Dan Cortez**
**700 S 14th**
**Nashville, TN 37206**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

$831.00        $831.00

---

Debtor **Phoeno Wine Company, Inc.**                                   Case number (if known) _____
_____
Name

| 2.1787 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.00 | $64.00 |

**Dan Decuseara**
**22815 Vermont St Apt 106**
**Hayward, CA 94541**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1788 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.00 | $15.00 |

**Dan Dillon**
**76 Brookfield Rd**
**Seymour, CT 06483**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1789 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $796.00 | $796.00 |

**Dan Evans**
**110 Gibbs St**
**Swannanoa, NC 28778**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1790 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $86.00 | $86.00 |

**Dan Fitzpatrick**
**386 Highgate Ave**
**Worthington, OH 43085**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 2.1791 | Priority creditor's name and mailing address **Dan Follmer** **615 E Liberty St** **Wauconda, IL 60084** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $325.00  $325.00 |

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.1792    Priority creditor's name and mailing address    $61.00    $61.00
**Dan Galemba**
**2510 S Monroe St**
**Denver, CO 80210**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.1793    Priority creditor's name and mailing address    $46.00    $46.00
**Dan Gualtieri**
**6838 Jasmine Place St**
**Spring, TX 77379**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.1794    Priority creditor's name and mailing address    $219.00    $219.00
**Dan Guyder**
**43 Prospect St**
**Mount Kisco, NY 10549**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (*if known*)

| 2.1795 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,387.00 | $1,387.00 |

**Dan Hampton**
**3220 Syene Rd**
**Madison, WI 53713**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1796 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.00 | $88.00 |

**Dan Harmon**
**4338 Mariner Dr**
**Frisco, TX 75034**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1797 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $638.00 | $638.00 |

**Dan Hickey**
**9315 Pierson Lake Drive**
**Chaska, MN 55318**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1798 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $648.00 | $648.00 |

**Dan Highsmith**
**11606 Monette Rd**
**Riverview, FL 33569**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.1799 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|

**Dan Kalina**
**21500 Cormorant Cove Drive**
**Land O Lakes, FL 34637**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1800 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.00 | $63.00 |
|---|---|---|---|---|

**Dan Kuresman**
**655 New York Ave Nw Ste 800**
**Washington, DC 20001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1801 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $313.00 | $313.00 |
|---|---|---|---|---|

**Dan Lesnak**
**348 Long Cove Dr**
**Hilton Head Island, SC 29928**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1802 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Dan Lewis**
**3015a Ocean St**
**Carlsbad, CA 92008**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor    **Phoeno Wine Company, Inc.**                                 Case number (*if known*)
_____
Name

---

| 2.1803 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Dan Lur**
**35 Channel Ctr St Unit 307**
**Boston, MA 02210**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1804 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |

**Dan Lynch**
**418 Franklin St**
**Napa, CA 94559**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1805 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |

**Dan Martell**
**81 Wyman St**
**Cambridge Savings Bank**
**Waltham, MA 02451**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1806 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |

**Dan Migacz**
**9410 Ashbury Ln**
**Pleasant Prairie, WI 53158**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

---

| 2.1807 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**Dan Obryon**
**361 Addison Pl**
**Lancaster, PA 17601**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1808 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.00 | $37.00 |
|---|---|---|---|---|

**Dan Payne**
**8487 SWift Ave**
**Dallas, TX 75228**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1809 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.00 | $37.00 |
|---|---|---|---|---|

**Dan Rogers**
**3202 Knollwood Circle**
**Geneva, IL 60134**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1810 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $149.00 | $149.00 |
|---|---|---|---|---|

**Dan Smith**
**4824 Willet Dr**
**Annandale, VA 22003**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**    Case number *(if known)* _____
_____
Name

---

| 2.1811 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |

**Dan Statuto**
**1923 S Evanston Ave**
**Tulsa, OK 74104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1812 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |

**Dan Troy**
**508 W Siddonsburg Rd**
**Dillsburg, PA 17019**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1813 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |

**Dan Tuffy**
**2432 Autumn Maple Dr**
**Braselton, GA 30517**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1814 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.00 | $49.00 |

**Dan Vankoughnet**
**285 S York St**
**Elmhurst, IL 60126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | | |
|---|---|---|

**2.1815** | Priority creditor's name and mailing address
**Dana Bleifer**
**9905 La Tuna Canyon Rd**
**Sun Valley, CA 91352**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$95.00        $95.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.1816** | Priority creditor's name and mailing address
**Dana Halverson**
**8124 E Buckeye Ave**
**Spokane Valley, WA 99212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$19.00        $19.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.1817** | Priority creditor's name and mailing address
**Dana Mayeu**
**25 Olde Prestwick Way**
**Penfield, NY 14526**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$84.00        $84.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.1818** | Priority creditor's name and mailing address
**Dana Meyer**
**61535 S Hwy 97**
**Ste 5-142**
**Bend, OR 97702**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$29.00        $29.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____    Case number (*if known*)   _____
Name

| 2.1819 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $242.00 | $242.00 |
|---|---|---|---|---|

**Dana Northey**
**7643 N. Hidden Oaks Trail**
**Douglas, AZ 85607**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1820 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Dana Spielvogel**
**917b Spain Ave**
**Nashville, TN 37216**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1821 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.00 | $62.00 |
|---|---|---|---|---|

**Dana Steinagle**
**2814 Windsong Place**
**Murfreesboro, TN 37129**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1822 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |
|---|---|---|---|---|

**Dana Thornton**
**113 W 116th St**
**Kansas City, MO 64114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.1823 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.00 | $112.00 |
|---|---|---|---|---|

**Dana Wright**
**8875 Wedgemere Drive**
**Victoria, MN 55386**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1824 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**Danae Remmert**
**6626 Eames Way**
**Bethesda, MD 20817**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1825 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $178.00 | $178.00 |
|---|---|---|---|---|

**Danbee Hwang**
**1455 31st Ave Apt 4e**
**Astoria, NY 11106**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1826 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $146.00 | $146.00 |
|---|---|---|---|---|

**Dani Rodar**
**5744 Governors Pond Cir**
**Alexandria, VA 22310**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.1827 | Priority creditor's name and mailing address<br>**Dani Self**<br>**207 4th Ave**<br>**Oregon City, OR 97045** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$34.00   $34.00

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

2.1828 | Priority creditor's name and mailing address
**Daniel Bacarella**
**77 Hudson Street**
**Apt 1208**
**Jersey City, NJ 07302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$124.00   $124.00

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

2.1829 | Priority creditor's name and mailing address
**Daniel Butler**
**9 Bluewing Ln**
**Ladera Ranch, CA 92694**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$15.00   $15.00

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

2.1830 | Priority creditor's name and mailing address
**Daniel Caballero**
**4733 Falcon Street**
**Rockville, MD 20853**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,305.00   $1,305.00

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
    Name

Case number (if known)

---

**2.1831** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.00 | $31.00

**Daniel Cappabianca**
**451 Puako Way**
**Kailua, HI 96734**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.1832** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.00 | $64.00

**Daniel Cellucci**
**105 Gridley St.**
**Quincy, MA 02169**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.1833** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $142.00 | $142.00

**Daniel Cheney**
**200 Angela Ave**
**Alamo, CA 94507**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.1834** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00

**Daniel Connelly**
**14 Cardinal Ave**
**Skowhegan, ME 04976**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 2.1835 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $814.00 | $814.00 |
|---|---|---|---|---|
| | **Daniel Crowley**<br>**1614 E 6th St Apt 409**<br>**Austin, TX 78702** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1836 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |
|---|---|---|---|---|
| | **Daniel Dacian**<br>**8579 Walnut Dr**<br>**Los Angeles, CA 90046** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1837 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $114.00 | $114.00 |
|---|---|---|---|---|
| | **Daniel Dawson**<br>**818 Liberty Street**<br>**Ashland, OR 97520** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1838 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |
|---|---|---|---|---|
| | **Daniel Deblasio**<br>**8712 Lynrock Cir**<br>**Reno, NV 89523** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.1839 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $222.00 | $222.00 |
|---|---|---|---|---|

**Daniel Delaughter**
**10400 Clarence Dr Ste 100**
**Frisco, TX 75033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1840 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,394.00 | $1,394.00 |
|---|---|---|---|---|

**Daniel Dietz**
**5136 Townsend Ave**
**Los Angeles, CA 90041**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1841 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $298.00 | $298.00 |
|---|---|---|---|---|

**Daniel Dorfman**
**4760 Belpar St Nw**
**Omni Orthopaedics,**
**Canton, OH 44718**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1842 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $152.00 | $152.00 |
|---|---|---|---|---|

**Daniel Dudley**
**555 High St**
**Mount Holly, NJ 08060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                      Case number *(if known)* _____
_____
Name

| 2.1843 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |

**Daniel Erbacher**
**2924 Overlook Rd**
**Silver Lake, OH 44224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1844 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $175.00 | $175.00 |

**Daniel Flinn**
**81 Olympic Dr Nw**
**Shoreline, WA 98177**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1845 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.00 | $49.00 |

**Daniel Gagen**
**116 Little Mountain Rd**
**Whitefish, MT 59937**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1846 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $198.00 | $198.00 |

**Daniel Gardner**
**90 SW 3rd St Apt 3803**
**Miami, FL 33130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (*if known*)

| 2.1847 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Daniel Gavin**
**75 Hogpenny Aly**
**Alys Beach, FL 32461**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.1848 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $182.00 | $182.00 |
|---|---|---|---|---|

**Daniel Gerber**
**1816 Fox Way**
**Pittsburgh, PA 15203**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.1849 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,869.00 | $1,869.00 |
|---|---|---|---|---|

**Daniel Gerdts**
**331 2nd Ave S Ste 705**
**Minneapolis, MN 55401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.1850 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $213.00 | $213.00 |
|---|---|---|---|---|

**Daniel Getts**
**6 Billadell Rd**
**Stow, MA 01775**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

Debtor **Phoeno Wine Company, Inc.**                                      Case number (if known) _____
_____
Name

| 2.1851 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $180.00 |
|---|---|---|---|---|

**Daniel Grant**
**14047 Pearl Ln Apt 3**
**Gardena, CA 90247**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1852 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $319.00 | $319.00 |
|---|---|---|---|---|

**Daniel Hilsgen**
**1573 Southpoint Dr**
**Hudson, WI 54016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1853 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |
|---|---|---|---|---|

**Daniel Jacques**
**11 Orchard St**
**Warwick, NY 10990**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1854 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Daniel Johnson**
**59 W Mirror Ridge Cir**
**Spring, TX 77382**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| 2.1855 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.00 | $110.00 |

**Daniel Jones**
**22233 N 54th Way**
**Phoenix, AZ 85054**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1856 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,319.00 | $2,319.00 |

**Daniel Knudson**
**480 N Willow**
**Colorado City, AZ 86021**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1857 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |

**Daniel Koontz**
**Colorado NEurodiagnostics**
**4 W Dry Creek Cir Ste 150**
**Littleton, CO 80120**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1858 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $86.00 | $86.00 |

**Daniel Kozlowski**
**214 West Emerson Street**
**214 West Emerson St**
**Arlington Heights, IL 60005**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor    **Phoeno Wine Company, Inc.**
Name                                                                                Case number (if known)

| | | | |
|---|---|---|---|
| 2.1859 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $642.00    $642.00 |

**Daniel Krcelic**
**16697 N 108th Way**
**Scottsdale, AZ 85255**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1860 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $132.00    $132.00 |

**Daniel Kusnier**
**208 Mulberry St**
**Cincinnati, OH 45202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1861 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $154.00    $154.00 |

**Daniel Lachs**
**737 Garden St Apt 1**
**Hoboken, NJ 07030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1862 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00    $60.00 |

**Daniel Latimore**
**153 Mayflower Ln**
**Vineyard Haven, MA 02568**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                          Case number (if known) _____
_____
Name

| 2.1863 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $377.00 | $377.00 |
|---|---|---|---|---|

**Daniel Lesage**
**12 Shady Oak Rd S**
**Hopkins, MN 55343**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
�True ■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1864 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.00 | $75.00 |
|---|---|---|---|---|

**Daniel Lipton**
**2300 N. Flower St.**
**Santa Ana, CA 92706**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1865 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $155.00 | $155.00 |
|---|---|---|---|---|

**Daniel Ludeiro**
**534 Alosio Dr**
**Rivervale, NJ 07675**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1866 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $214.00 | $214.00 |
|---|---|---|---|---|

**Daniel Lutz**
**1728 Frisco Hills Blvd**
**Little Elm, TX 75068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                                    Case number (*if known*) _____

_____
Name

| | | |
|---|---|---|
| 2.1867 | Priority creditor's name and mailing address<br>**Daniel Mancini**<br>**228 E. Holly Ave**<br>**Sewell, NJ 08080** | As of the petition filing date, the claim is:      **$33.00**    **$33.00**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1868 | Priority creditor's name and mailing address<br>**Daniel Martinez**<br>**25275 Potrero Valley Rd Spc 45**<br>**Potrero, CA 91963** | As of the petition filing date, the claim is:      **$148.00**    **$148.00**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1869 | Priority creditor's name and mailing address<br>**Daniel Mason**<br>**6700 Warner Ave Apt 9h**<br>**Huntington Beach, CA 92647** | As of the petition filing date, the claim is:      **$99.00**    **$99.00**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1870 | Priority creditor's name and mailing address<br>**Daniel Mckeever**<br>**49 Stephanies Way**<br>**Manchester, CT 06040** | As of the petition filing date, the claim is:      **$115.00**    **$115.00**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**    Case number (if known) _____
_____
Name

| 2.1871 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.00 | $26.00 |
|---|---|---|---|---|

**Daniel Mendicino**
**5735 S Fort Apache Rd Ste 100**
**Garlan Group**
**Las Vegas, NV 89148**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.1872 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |
|---|---|---|---|---|

**Daniel Mexia**
**46 Calle De Vida**
**Rancho Santa Margarita, CA 92688**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.1873 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Daniel Meyers**
**8 Vintage Way Apt 833**
**Fernandina Beach, FL 32034**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.1874 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.00 | $65.00 |
|---|---|---|---|---|

**Daniel Miller**
**909 E San Marnan Dr**
**Cedar Valley Eye Care**
**Waterloo, IA 50702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.** _____ Case number (if known) _____
Name

| 2.1875 | Priority creditor's name and mailing address **Daniel Milmo 5004 Country Club Dr Sachse, TX 75048** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$32.00** | **$32.00** |

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.1876 | Priority creditor's name and mailing address **Daniel Mintz 43 W 73rd St New York, NY 10023** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$100.00** | **$100.00** |

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.1877 | Priority creditor's name and mailing address **Daniel Molitor 4009 Wilson Rd Kenosha, WI 53142** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$20.00** | **$20.00** |

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.1878 | Priority creditor's name and mailing address **Daniel Murray 1322 Tyler Street Hollywood, FL 33019** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$245.00** | **$245.00** |

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.1879 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.00 | $54.00 |

**Daniel Nail**
**9 Westminster Shop Ctr**
**The Ups Store**
**Westminster, MD 21157**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1880 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $358.00 | $358.00 |

**Daniel Newhart**
**720 Newquay Ct**
**Las Vegas, NV 89178**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1881 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $699.00 | $699.00 |

**Daniel Orcutt**
**2660 Emerald Drive**
**Jonesboro, GA 30236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1882 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |

**Daniel Paradiso**
**3920 Reed Rd**
**Columbus, OH 43220**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor    **Phoeno Wine Company, Inc.**                                   Case number *(if known)* _____

_____
Name

| | | | |
|---|---|---|---|
| 2.1883 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $274.00    $274.00 |

**Daniel Paris**
**240 Paseo Vista Circle**
**240 Paseo Vista Circle**
**Palm Desert, CA 92260**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1884 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $398.00    $398.00 |
|---|---|---|---|

**Daniel Petersen**
**19089 Eagle View Dr**
**Morgan Hill, CA 95037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1885 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.00    $98.00 |
|---|---|---|---|

**Daniel Pflueger**
**164 Windermere Ave**
**Allentown, PA 18104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1886 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00    $150.00 |
|---|---|---|---|

**Daniel Piccininni**
**100 Maiden Ln Apt 1901**
**New York, NY 10038**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.1887 | Priority creditor's name and mailing address<br>**Daniel Podolsky**<br>**18801 Ventura Boulevard**<br>**Suite 208**<br>**Tarzana, CA 91356** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

**$56.00**   **$56.00**

---

| | | |
|---|---|---|
| 2.1888 | Priority creditor's name and mailing address<br>**Daniel Powell**<br>**8803 Black Alder Dr**<br>**Alexandria, VA 22309** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

**$143.00**   **$143.00**

---

| | | |
|---|---|---|
| 2.1889 | Priority creditor's name and mailing address<br>**Daniel Prieto**<br>**6907 Pasadena Ave**<br>**Dallas, TX 75214** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

**$28.00**   **$28.00**

---

| | | |
|---|---|---|
| 2.1890 | Priority creditor's name and mailing address<br>**Daniel Quinley**<br>**962 Page St.**<br>**Berkeley, CA 94710** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

**$461.00**   **$461.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name                                              Case number (if known) _____

---

| 2.1891 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |

**Daniel Reardon**
**341 West 24th Street**
**Apt 5a**
**New York, NY 10011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1892 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |

**Daniel Reeves**
**539 Sheridan Blvd**
**Orlando, FL 32804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1893 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Daniel Roberts**
**3520 S Holguin Ct**
**Chandler, AZ 85248**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1894 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,010.00 | $1,010.00 |

**Daniel Roel**
**53 Hampshire Way**
**Medford, NJ 08055**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.1895 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.00 | $27.00 |
|---|---|---|---|---|

**Daniel Saavedra**
**504 N Church St**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1896 | Priority creditor's name and mailing address | | $30.00 | $30.00 |
|---|---|---|---|---|

**Daniel Schwartz**
**224 Thistle Dr**
**Silver Spring, MD 20901**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1897 | Priority creditor's name and mailing address | | $99.00 | $99.00 |
|---|---|---|---|---|

**Daniel Seymour**
**13439 Porter Creek Rd**
**Charlotte, NC 28262**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1898 | Priority creditor's name and mailing address | | $478.00 | $478.00 |
|---|---|---|---|---|

**Daniel Shackell**
**8501 Placida Rd Unit 6**
**Placida, FL 33946**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 2.1899 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Daniel Shaughnessy**
**8 Persimmon Dr**
**Penfield, NY 14526**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$138.00     $138.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1900 | Priority creditor's name and mailing address |

**Daniel Soiseth**
**4308 Coquette Place**
**Tarzana, CA 91356**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$96.00     $96.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1901 | Priority creditor's name and mailing address |

**Daniel Stevens**
**1626 Brookhouse Dr Unit 137**
**Sarasota, FL 34231**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$166.00     $166.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1902 | Priority creditor's name and mailing address |

**Daniel Stover**
**5901 Flint St**
**Shawnee, KS 66203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$38.00     $38.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.1903** | Priority creditor's name and mailing address

**Daniel Suarez**
**7141 Delegate Pl**
**Frederick, MD 21703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$30.00    $30.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1904** | Priority creditor's name and mailing address

**Daniel Temos**
**2821 NE 59th St**
**Fort Lauderdale, FL 33308**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$369.00    $369.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1905** | Priority creditor's name and mailing address

**Daniel Thomas**
**6n472 Lloyd Ave**
**Itasca, IL 60143**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$97.00    $97.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1906** | Priority creditor's name and mailing address

**Daniel Vanheusden**
**137 Woodland Road**
**Montvale, NJ 07645**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$92.00    $92.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____    Case number (if known)  _____
            Name

| | | |
|---|---|---|

**2.1907** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$407.00** | **$407.00**

**Daniel Viaches**
**8306 Central Ave**
**Indianapolis, IN 46240**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1908** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$33.00** | **$33.00**

**Daniel Waldman**
**Cvs - Ups Access Point**
**5829 Narbonne Ave**
**Lomita, CA 90717**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1909** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$30.00** | **$30.00**

**Daniel Wheeler**
**441 Fox Ridge Dr**
**Canonsburg, PA 15317**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1910** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$365.00** | **$365.00**

**Daniel Young**
**3114 Willow Terrace Dr**
**Kingwood, TX 77345**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (*if known*) _____

| | | |
|---|---|---|
| 2.1911 | Priority creditor's name and mailing address<br>**Daniela Martinez**<br>**864 College Pkwy Apt 102**<br>**Rockville, MD 20850** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **$406.00**   **$406.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

2.1912   Priority creditor's name and mailing address
**Daniella Fox**
**1722 E Dogwood Ln**
**Gilbert, AZ 85295**

As of the petition filing date, the claim is:   **$1,056.00**   **$1,056.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

2.1913   Priority creditor's name and mailing address
**Danielle Boehm**
**2040 Vista De La Vina**
**Templeton, CA 93465**

As of the petition filing date, the claim is:   **$25.00**   **$25.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

2.1914   Priority creditor's name and mailing address
**Danielle Cranin**
**703 Pine Ridge Dr**
**Greensboro, NC 27406**

As of the petition filing date, the claim is:   **$86.00**   **$86.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (*if known*) _____
　　　　　　Name

| 2.1915 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $175.00 | $175.00 |
|---|---|---|---|---|

**Danielle Hazeltine**
**5817 N 18th St**
**Phoenix, AZ 85016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1916 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $191.00 | $191.00 |
|---|---|---|---|---|

**Danielle Kevitch**
**645 Division St Apt 416**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1917 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $141.00 | $141.00 |
|---|---|---|---|---|

**Danielle Leblang**
**1782 Deavers Dr**
**1782 Deavers Dr**
**San Marcos, CA 92069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1918 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $792.00 | $792.00 |
|---|---|---|---|---|

**Danielle Morelli**
**2551 Haven Ave**
**Ocean City, NJ 08226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

      Name

Case number (*if known*)

---

| 2.1919 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,062.00 | $3,062.00 |
|---|---|---|---|---|

**Danielxiaochen Wang**
**2801 Alderman Ln**
**Durham, NC 27705**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1920 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $195.00 | $195.00 |
|---|---|---|---|---|

**Daniil Zaika**
**1585 25th Ave NE**
**Issaquah, WA 98029**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1921 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Danny Barba**
**412 N. Hartley**
**West Covina, CA 91790**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1922 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $252.00 | $252.00 |
|---|---|---|---|---|

**Danny Joyner**
**745 N Pleasantburg Dr**
**Greenville, SC 29607**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**  Case number (if known)

Name

| 2.1923 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 | $400.00 |
|---|---|---|---|---|

**Danny Lascano**
**25 Hospital Oval E**
**Maplewood Hall**
**Valhalla, NY 10595**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1924 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |
|---|---|---|---|---|

**Danny Nguyen**
**9183 Generations Drive**
**Elk Grove, CA 95758**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1925 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $116.00 | $116.00 |
|---|---|---|---|---|

**Danya Williams**
**260 W Jackson Ave**
**#1468**
**Hayden, CO 81639**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1926 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Daphne Quiroga**
**12934 Essen Forest**
**Helotes, TX 78023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Case number (*if known*)

Name

| 2.1927 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $286.00 | $286.00 |
|---|---|---|---|---|

**Daran Dammeyer**
**46130 Burroweed Ln**
**Palm Desert, CA 92260**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1928 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $969.00 | $969.00 |
|---|---|---|---|---|

**Darcy Rhoden**
**2704 S Spurway Dr**
**Ann Arbor, MI 48105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1929 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $239.00 | $239.00 |
|---|---|---|---|---|

**Darcy Stewart**
**109 4th Ave**
**Brooklyn Park, MD 21225**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1930 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |
|---|---|---|---|---|

**Daria Schumacher**
**279 Mountain House Rd**
**Palenville, NY 12463**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.1931 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $135.00 | $135.00 |
|---|---|---|---|---|

**Darian Shirazi**
**486 Duncan St**
**San Francisco, CA 94131**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$135.00   $135.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.1932  Priority creditor's name and mailing address

**Darin Campo**
**8136 Cherry Birch Dr**
**Tipp City, Ohio, OH 45371**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$343.00   $343.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.1933  Priority creditor's name and mailing address

**Darin Hoppenjans**
**1870 Barker Drive**
**Winter Park, FL 32789**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$65.00   $65.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.1934  Priority creditor's name and mailing address

**Darius Gittens**
**11734 Big Bear Lane**
**Lusby, MD 20657**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$83.00   $83.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                    Case number (*if known*)
_____
Name

| 2.1935 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $4,236.00 | $3,350.00 |
|---|---|---|---|---|
| | **Darius Ryals**<br>**22264 Cornerstone Crossing Ter**<br>**Ashburn, VA 20148** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1936 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $181.00 | $181.00 |
|---|---|---|---|---|
| | **Darrell Blankenship**<br>**18103 Coastline Dr Apt 5**<br>**Malibu, CA 90265** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1937 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $358.00 | $358.00 |
|---|---|---|---|---|
| | **Darrell Sundquist**<br>**4424 N Alatamaha St**<br>**St Augustine, FL 32092** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1938 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $601.00 | $601.00 |
|---|---|---|---|---|
| | **Darrell Werth**<br>**5205 Park St**<br>**Shawnee, KS 66216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Phoeno Wine Company, Inc.**                                    Case number (*if known*) _____
Name

| 2.1939 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $221.00 | $221.00 |
|---|---|---|---|---|

**Darren Howanietz**
**4059 Nc Highway 105 S**
**Walgreens Fedex Onsite**
**Sugar Mountain, NC 28604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1940 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.00 | $85.00 |
|---|---|---|---|---|

**Darren Miles**
**598 Corbel Dr**
**Naples, FL 34110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1941 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $174.00 | $174.00 |
|---|---|---|---|---|

**Darren Pullen**
**925 Touby Pike**
**Ups Customer Center**
**Kokomo, IN 46901**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1942 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $314.00 | $314.00 |
|---|---|---|---|---|

**Darren Rutherford**
**10 Pelican Pl**
**Cape May, NJ 08204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

Debtor     **Phoeno Wine Company, Inc.**                                     Case number (if known) _____
              Name

| 2.1943 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $90.00 | $90.00 |
|---|---|---|---|---|

**Darren Smith**
**1126 Landale Court**
**Orlando, FL 32828**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1944 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $709.00 | $709.00 |
|---|---|---|---|---|

**Darrin Daniels**
**52 Londonderry Road**
**Windham, NH 03087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1945 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $126.00 | $126.00 |
|---|---|---|---|---|

**Darryl Zimmerman**
**7264 Beaver Creek Rd**
**Harrisburg, PA 17112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1946 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $125.00 | $125.00 |
|---|---|---|---|---|

**Daryl Wizelman**
**25431 Prado De Las Fresas**
**Calabasas, CA 91302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
        Name

| 2.1947 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $187.00 | $187.00 |
|---|---|---|---|---|

**Dathan Wong**
**921 W Mcgraw St Unit 35**
**Seattle, WA 98119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1948 | Priority creditor's name and mailing address | | $80.00 | $80.00 |
|---|---|---|---|---|

**Dave Denkhaus**
**8163 Grand River Rd Ste 500**
**Brighton, MI 48114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1949 | Priority creditor's name and mailing address | | $146.00 | $146.00 |
|---|---|---|---|---|

**Dave Einolf**
**1630 N Milwaukee Ave**
**Iron Mountain, MI 49801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1950 | Priority creditor's name and mailing address | | $50.00 | $50.00 |
|---|---|---|---|---|

**Dave Fiano**
**242 Condor Court**
**Po Box 824**
**Bodega Bay, CA 94923**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor     **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
           Name

| 2.1951 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $357.00 | $357.00 |
|---|---|---|---|---|

**Dave Fischer**
**7390 Rangewood Dr**
**Colorado Springs, CO 80918**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1952 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.00 | $75.00 |
|---|---|---|---|---|

**Dave Lyon**
**71 New Wickham Dr**
**Penfield, NY 14526**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1953 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Dave Madsen**
**730 El Capitan Dr**
**Danville, CA 94526**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1954 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.00 | $64.00 |
|---|---|---|---|---|

**Dave Manges**
**7413 Old State Road 67 N**
**Martinsville, IN 46151**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.1955 | Priority creditor's name and mailing address<br>**Dave Martz**<br>**2581 Tokalon Ct**<br>**San Diego, CA 92110** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$100.00    $100.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1956 | Priority creditor's name and mailing address<br>**Dave Peters**<br>**7112 Altford Ct**<br>**Elkridge, MD 21075** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$83.00    $83.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1957 | Priority creditor's name and mailing address<br>**Dave Ritzert**<br>**941 Penn Ave Apt 102**<br>**Pittsburgh, PA 15222** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$122.00    $122.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1958 | Priority creditor's name and mailing address<br>**Dave Rowe**<br>**2201 Danielle Dr**<br>**Colleyville, TX 76034** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$604.00    $604.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                           Case number (if known) _____
_____
Name

| 2.1959 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $102.00 | $102.00 |
|---|---|---|---|---|

**Dave Simpson**
**108 Linden Lane**
**San Mateo, CA 94402**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1960 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $141.00 | $141.00 |
|---|---|---|---|---|

**Dave Whelehan**
**103 Creek Rdg**
**Pittsford, NY 14534**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1961 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $39.00 | $39.00 |
|---|---|---|---|---|

**Dave Wiedenheft**
**3010 Carnegie Dr**
**Boulder, CO 80305**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1962 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $143.00 | $143.00 |
|---|---|---|---|---|

**David Adams**
**35537 Moonback Dr**
**Laporte, MN 56461**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.1963 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $525.00 | $525.00 |
|---|---|---|---|---|

**David Adams**
**725 Canopy Estates Dr**
**Winter Garden, FL 34787**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1964 | Priority creditor's name and mailing address | | $108.00 | $108.00 |
|---|---|---|---|---|

**David Adams**
**923 Valley Oaks Rd**
**Vadnais Heights, MN 55127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1965 | Priority creditor's name and mailing address | | $112.00 | $112.00 |
|---|---|---|---|---|

**David Ahdoot**
**250 Moore St Apt 101**
**Brooklyn, NY 11206**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1966 | Priority creditor's name and mailing address | | $302.00 | $302.00 |
|---|---|---|---|---|

**David Albright**
**32421 Monterey Drive**
**Union City, CA 94587**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.1967 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $189.00 | $189.00 |
|---|---|---|---|---|

**David Antil**
**7410 Carlina St**
**Carlsbad, CA 92009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1968 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $534.00 | $534.00 |
|---|---|---|---|---|

**David Aust**
**2462 Sylvan Avenue**
**N/A**
**Hamilton, NJ 08610**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1969 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $439.00 | $439.00 |
|---|---|---|---|---|

**David Austin**
**170 Salt Brush St**
**Durango, CO 81301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1970 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.00 | $21.00 |
|---|---|---|---|---|

**David Avalos**
**6660 Thames Drive**
**Gilroy, CA 95020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (*if known*)

---

| 2.1971 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.00 | $85.00 |
|---|---|---|---|---|

**David Balen**
**20379 Via Botticelli**
**Porter Ranch, CA 91326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

■ No
☐ Yes

---

| 2.1972 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $141.00 | $141.00 |
|---|---|---|---|---|

**David Barkley**
**6200 Troon Rd**
**Fort Worth, TX 76132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

■ No
☐ Yes

---

| 2.1973 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 | $25.00 |
|---|---|---|---|---|

**David Barney**
**3051 Poughkeepsie Dr**
**Colorado Springs, CO 80916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

■ No
☐ Yes

---

| 2.1974 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 | $110.00 |
|---|---|---|---|---|

**David Bartman**
**513 S Westgate Ave**
**Los Angeles, CA 90049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.1975 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |
| | **David Baylor** | Check all that apply. | | |
| | **11721 Robert E Lee Dr** | ☐ Contingent | | |
| | **Bristow, VA 20136** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1976 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $271.00 | $271.00 |
| | **David Beall** | Check all that apply. | | |
| | **325 27th Street** | ☐ Contingent | | |
| | **Unit 506** | ☐ Unliquidated | | |
| | **Oakland, CA 94612** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1977 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $168.00 | $168.00 |
| | **David Belle-Isle** | Check all that apply. | | |
| | **1040 Ranahan Drive** | ☐ Contingent | | |
| | **Prosper, TX 75078** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1978 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $390.00 | $390.00 |
| | **David Besgrove** | Check all that apply. | | |
| | **409 S Main St** | ☐ Contingent | | |
| | **Grapevine, TX 76051** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

Debtor  **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 2.1979 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|

**David Brolsma**
**2209 Seven Wins Dr**
**Austin, TX 78733**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1980 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**David Bronson**
**5279 E Lake Rd**
**Route 430**
**Dewittville, NY 14728**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1981 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**David Brot**
**1214 W Boston Post Rd**
**C/O The Ups Store**
**Mamaroneck, NY 10543**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1982 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.00 | $22.00 |
|---|---|---|---|---|

**David Brown**
**18717 Lamont St**
**Omaha, NE 68130**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.1983 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.00 | $47.00 |

**David Brown**
**45 Clark Road**
**Lowell, MA 01852**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1984 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $180.00 |

**David Buckler**
**16 Fox Hunt Drive**
**Rockaway, NJ 07866**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1985 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,546.00 | $1,546.00 |

**David Buoymaster**
**666 Greenwich St Ph 11**
**New York, NY 10014**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1986 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $101.00 | $101.00 |

**David Campbell**
**6113 Dunbarton Oaks Blvd**
**Midland, TX 79705**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____

Name

| 2.1987 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $118.00 | $118.00 |
|---|---|---|---|---|

2.1987 Priority creditor's name and mailing address

**David Canavati**
**334 Padre Blvd Apt 2801**
**South Padre Island, TX 78597**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$118.00    $118.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.1988 Priority creditor's name and mailing address

**David Candow**
**58 Pomfret St Apt 2408**
**Putnam, CT 06260**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$620.00    $620.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.1989 Priority creditor's name and mailing address

**David Caraway**
**81 Coquina Pl**
**Santa Rosa Beach, FL 32459**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$90.00    $90.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.1990 Priority creditor's name and mailing address

**David Case**
**475. Calle Cadiz**
**Unit. Q**
**Laguna Woods, CA 92637**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$28.00    $28.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.1991 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $177.00 | $177.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**David Clapp**
**25010 Fort Augusta Dr**
**Spring, TX 77389**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$177.00    $177.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Priority creditor's name and mailing address
**David Clark**
**26 Pound Rd**
**Westerly, RI 02891**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$33.00    $33.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Priority creditor's name and mailing address
**David Cole**
**195 Homer Ln**
**Mooresville, NC 28117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$249.00    $249.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Priority creditor's name and mailing address
**David Collin**
**2500 Pickle Rd**
**Akron, OH 44312**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$484.00    $484.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**                    Case number (if known) _____
_____
Name

| 2.1995 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $166.00 | $166.00 |
|---|---|---|---|---|

**David Collis**
**120 Sudbury Rd**
**Concord, MA 01742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1996 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 | $105.00 |
|---|---|---|---|---|

**David Cook**
**4527 Yorktown St Unit A**
**Fort Irwin, CA 92310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1997 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $808.00 | $808.00 |
|---|---|---|---|---|

**David Critzer**
**8923 Topaz Terrace**
**Streetsboro, OH 44241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1998 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 | $50.00 |
|---|---|---|---|---|

**David Cross**
**580 Washington Ave**
**Brooklyn, NY 11238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.1999 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.00 | $87.00 |
|---|---|---|---|---|

**David Deer**
**6532 Pennan Court**
**Noblesville, IN 46062**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2000 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $999.00 | $999.00 |
|---|---|---|---|---|

**David Delaney**
**40 Crestview Ave**
**Stamford, CT 06907**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2001 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |
|---|---|---|---|---|

**David Delaureal**
**916b Gale Ln**
**Nashville, TN 37204**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2002 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**David Diaz**
**5621 Thornhill Drive**
**Oakland, CA 94611**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

---

| 2.2003 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.00 | $15.00 |

**David Dillman**
**305 Longtime Ln**
**Sedro Woolley, WA 98284**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2004 | Priority creditor's name and mailing address | | $35.00 | $35.00 |

**David Doran**
**100 North St**
**Naples, FL 34108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2005 | Priority creditor's name and mailing address | | $2,281.00 | $2,281.00 |

**David Drogon**
**604 Monroe St Apt 7**
**Hoboken, NJ 07030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2006 | Priority creditor's name and mailing address | | $88.00 | $88.00 |

**David Dubinsky**
**120 Waterman Cir**
**Danville, CA 94526**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 2.2007 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 | $38.00 |
|---|---|---|---|---|

**David Dunning**
**2 Don St**
**East Patchogue, NY 11772**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2008 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $276.00 | $276.00 |
|---|---|---|---|---|

**David Eberle**
**35 Slocum Rd**
**Beacon, NY 12508**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2009 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.00 | $66.00 |
|---|---|---|---|---|

**David Eckert**
**15107 Garnet Trl**
**Bradenton, FL 34211**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2010 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $162.00 | $162.00 |
|---|---|---|---|---|

**David Eldridge**
**1246 Lester St #2**
**South Lake Tahoe, CA 96151**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known)

| 2.2011 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $414.00 | $414.00 |
|---|---|---|---|---|

**David Elkin**
**1105 Bay Hill Dr**
**Gibsonia, PA 15044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2012 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 | $30.00 |
|---|---|---|---|---|

**David Espinosa**
**1104 Northwood St**
**Houston, TX 77009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2013 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $187.00 | $187.00 |
|---|---|---|---|---|

**David Ewing**
**6205 Nw Saddleclub Ct**
**Parkville, MO 64152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2014 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $173.00 | $173.00 |
|---|---|---|---|---|

**David Farhi**
**4 Rolling Hill Way**
**Clark, NJ 07066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.2015 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**David Farnum**
**4206 200th Street**
**Estherville, IA 51334**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.2016 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $113.00 | $113.00 |
|---|---|---|---|---|

**David Fassler**
**86 Lake St Ste 1**
**Burlington, VT 05401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.2017 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.00 | $66.00 |
|---|---|---|---|---|

**David Fiddler**
**1930 Pendennis Dr.**
**Annapolis, MD 21409**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.2018 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $101.00 | $101.00 |
|---|---|---|---|---|

**David Ford**
**1705 Fieldbrook Lane**
**Mt. Airy, MD 21771**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____ Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.2019 | Priority creditor's name and mailing address<br>**David Foschino**<br>**19 Birch Run Ave**<br>**Denville, NJ 07834** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **$376.00    $376.00**

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.2020 | Priority creditor's name and mailing address<br>**David Fox**<br>**1583 33rd Ave**<br>**San Francisco, CA 94122** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **$25.00    $25.00**

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.2021 | Priority creditor's name and mailing address<br>**David Freeman**<br>**10432 Crump Rd**<br>**Glenwood, NY 14069** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **$33.00    $33.00**

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.2022 | Priority creditor's name and mailing address<br>**David Funke**<br>**425 2nd St Se Ste 310**<br>**Cedar Rapids, Iowa 52401**<br>**Cedar Rapids, IA 52401** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **$62.00    $62.00**

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.2023 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.00 | $27.00 |

**2.2023** Priority creditor's name and mailing address
**David Gaylord**
**102 Barrows St**
**Groton, NY 13073**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$27.00    $27.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.2024** Priority creditor's name and mailing address
**David Geiger**
**2639 Knox St NE**
**Atlanta, GA 30317**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$90.00    $90.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.2025** Priority creditor's name and mailing address
**David Giasson**
**9008 Stately Cir**
**Knoxville, TN 37923**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$60.00    $60.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.2026** Priority creditor's name and mailing address
**David Gibson**
**249 Cape Aron Dr**
**Corpus Christi, TX 78412**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$160.00    $160.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.2027 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $124.00 | $124.00 |
|---|---|---|---|---|

**David Goldman**
**150 Sunny Isles Blvd**
**Apt 1605**
**Sunny Isles, FL 33160**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2028 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |
|---|---|---|---|---|

**David Gookin**
**3266 Mayflower Loop**
**The Villages, FL 32163**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2029 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $271.00 | $271.00 |
|---|---|---|---|---|

**David Gorsky**
**1890 Mercer Parkway**
**Apt 11105**
**Farmers Branch, TX 75234**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2030 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**David Gower**
**805 Van Bibber Rd**
**Salado, TX 76571**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
　　　　　　Name

| 2.2031 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $99.00 | $99.00 |

**David Graham**
**2344 Lincoln Ave**
**Miami, FL 33133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.2032 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $116.00 | $116.00 |

**David Granum**
**340 Ranch Rd**
**Bishop, CA 93514**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.2033 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $153.00 | $153.00 |

**David Greenspoon**
**28 Bellevue Avenue**
**Dobbs Ferry, NY 10522**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.2034 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |

**David Guerriero**
**3822 Fernwood Ct**
**Dayton, OH 45440**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.2035 | Priority creditor's name and mailing address<br>**David Haley**<br>**5731 Ralston Ave**<br>**Indianapolis, IN 46220** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **$30.00** **$30.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.2036 Priority creditor's name and mailing address

**David Halter**
**2 Harrier Rd**
**Pray, MT 59065**

As of the petition filing date, the claim is: **$638.00** **$638.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.2037 Priority creditor's name and mailing address

**David Hanna**
**20 Ironsides St Apt 16**
**Marina Del Rey, CA 90292**

As of the petition filing date, the claim is: **$6,546.00** **$3,350.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.2038 Priority creditor's name and mailing address

**David Hanson**
**5572 N Marshall Dr**
**Eloy, AZ 85131**

As of the petition filing date, the claim is: **$163.00** **$163.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**

Case number (if known)

Name

---

| 2.2039 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $175.00 | $175.00 |
|---|---|---|---|---|

**David Head**
**3540 Northbrook Dr**
**Superior Township, MI 48198**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2040 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.00 | $57.00 |
|---|---|---|---|---|

**David Healy**
**1466 Karl Dr**
**Copley, OH 44321**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2041 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.00 | $110.00 |
|---|---|---|---|---|

**David Henri**
**583 Battery St Apt 2308**
**Seattle, WA 98121**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2042 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,758.00 | $1,758.00 |
|---|---|---|---|---|

**David Hernandez**
**16771 Yorkshire St**
**Livonia, MI 48154**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____     Case number (if known)    _____
Name

| 2.2043 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $552.00 | $552.00 |

**David Hill**
**2525 E Calhoun St**
**Seattle, WA 98112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2044 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |

**David Hinkle**
**3992 Nw Urbandale Dr**
**Urbandale, IA 50322**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2045 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.00 | $119.00 |

**David Holliday**
**1200 Dubonnet Court**
**Oak Park, CA 91377**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2046 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $159.00 | $159.00 |

**David Hollingsworth**
**977 Seminole Trl**
**Charlottesville, VA 22901**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 2.2047 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $131.00 | $131.00 |

**David Hooper**
**6929 N Hayden Rd**
**C4-233**
**Scottsdale, AZ 85250**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2048 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $195.00 | $195.00 |

**David Ilsley**
**1001 Main Campus Dr**
**C/O Lexmedia**
**Lexington, MA 02421**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2049 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,303.00 | $1,303.00 |

**David Junkins**
**1634 Lancaster Ln**
**Caledonia, IL 61011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2050 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |

**David Kane**
**4574 Graystone Dr**
**Nazareth, PA 18064**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                   Case number (*if known*) _____
      Name

| 2.2051 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**David Keller**
**7463 Byron Holley Rd Route 237**
**Byron, NY 14422**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2052 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**David Kim**
**536 W Caley Cir**
**Littleton, CO 80120**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2053 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 | $38.00 |
|---|---|---|---|---|

**David King**
**Pobox 3793**
**Landers, CA 92285**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2054 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|

**David Kirby**
**1845 Parker Ln**
**Henderson, NC 27536**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                                      Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 2.2055 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$450.00** | **$450.00** |

**2.2055**

Priority creditor's name and mailing address
**David Kirk**
**536 Deermeadow Pl SW**
**Leesburg, VA 20175**

As of the petition filing date, the claim is:                    **$450.00**    **$450.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.2056**

Priority creditor's name and mailing address
**David Klineberg**
**93-6 Cosey Beach Ave**
**Apt, Suite, Bldg. (Optional)**
**East Haven, CT 06512**

As of the petition filing date, the claim is:                    **$35.00**    **$35.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.2057**

Priority creditor's name and mailing address
**David Knight**
**11193 Glen Avon Way**
**Zionsville, IN 46077**

As of the petition filing date, the claim is:                    **$60.00**    **$60.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.2058**

Priority creditor's name and mailing address
**David Kostreba**
**6282 Cheryl Dr**
**Concord Twp, OH 44077**

As of the petition filing date, the claim is:                    **$136.00**    **$136.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.2059 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.00 | $52.00 |

**David Kovas**
**220 S Hawthorne Dr**
**South Bend, IN 46617**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.2060 | Priority creditor's name and mailing address | | $157.00 | $157.00 |

**David Kramarsky**
**17044 SW Ambrose Way**
**Port St. Lucie, FL 34986**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.2061 | Priority creditor's name and mailing address | | $287.00 | $287.00 |

**David Labrador**
**8970 Carls Ct Apt P**
**Ellicott City, MD 21043**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.2062 | Priority creditor's name and mailing address | | $175.00 | $175.00 |

**David Laplaca**
**1340 W Thorndale Ave**
**Chicago, IL 60660**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

| 2.2063 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.00 | $26.00 |
|---|---|---|---|---|

**David Latourelle**
**3126 Buena Vista St**
**Madison, WI 53704**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2064 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,573.00 | $1,573.00 |
|---|---|---|---|---|

**David Lenz**
**64716 E Cattlemans Dr**
**Tucson, AZ 85739**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2065 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.00 | $61.00 |
|---|---|---|---|---|

**David Lindgren**
**10133 Foxfield Ln**
**Apt. L**
**Avon, IN 46123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2066 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $191.00 | $191.00 |
|---|---|---|---|---|

**David Linton**
**5718 SW Luana Beach Rd**
**Vashon, WA 98070**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor  **Phoeno Wine Company, Inc.**  Case number (if known)
_____
Name

---

| 2.2067 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,214.00 | $2,214.00 |
|---|---|---|---|---|

**David Loesch**
**4655 Navassa Ln**
**Naples, FL 34119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2068 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.00 | $57.00 |
|---|---|---|---|---|

**David Mahler**
**892 E Weeping Willow Dr**
**Azusa, CA 91702**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2069 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $672.00 | $672.00 |
|---|---|---|---|---|

**David Malik**
**1604 Wood Trl**
**Oxford, MI 48371**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2070 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**David Manick**
**3574 Lexington Drive**
**Auburn Hills, MI 48326**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.2071 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |
|---|---|---|---|---|

**David Manning**
**2901 H Street**
**100**
**Bakersfield, CA 93301**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.2072 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.00 | $54.00 |
|---|---|---|---|---|

**David Markson**
**36631 Royal Sage Ct**
**Palm Desert, CA 92211**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.2073 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $481.00 | $481.00 |
|---|---|---|---|---|

**David Markun**
**1235 Justin Ln**
**Nipomo, CA 93444**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.2074 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |
|---|---|---|---|---|

**David Martin**
**411 Broad St Ste 401**
**Chattanooga, TN 37402**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known)

| 2.2075 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $86.00 | $86.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**David Martinez**
**9715 N Fm 620 Rd Apt 10106**
**Austin, TX 78726**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$86.00     $86.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.2076   Priority creditor's name and mailing address
**David Mccormick**
**366 Marvin Ave**
**Hackensack, NJ 07601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$117.00     $117.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.2077   Priority creditor's name and mailing address
**David Mcduffie**
**2360 W Broad St Apt 326**
**Athens, GA 30606**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$276.00     $276.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.2078   Priority creditor's name and mailing address
**David Mckeown**
**16757 W 86th Ave**
**Arvada, CO 80007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,148.00     $1,148.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (*if known*)

---

| 2.2079 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $161.00 | $161.00 |

**David Mcklveen**
**17285 W 57th Ave**
**Golden, CO 80403**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2080 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.00 | $70.00 |

**David Meek**
**258 Edgewater Dr**
**Gilford, NH 03249**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2081 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.00 | $47.00 |

**David Merrill**
**95 Harbor Town Square #105**
**Memphis, TN 38103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2082 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $132.00 | $132.00 |

**David Miller**
**100 Booker Street Ext**
**Princeton, WV 24740**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (*if known*) _____

| | | |
|---|---|---|
| 2.2083 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.2083**

Priority creditor's name and mailing address
**David Miller**
**1105 Graynold Ave**
**Glendale, CA 91202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

$122.00        $122.00

---

**2.2084**

Priority creditor's name and mailing address
**David Modranski**
**657 Chess St**
**Pittsburgh, PA 15211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

$154.00        $154.00

---

**2.2085**

Priority creditor's name and mailing address
**David Moen**
**27641 N 72nd Way**
**Scottsdale, AZ 85266**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

$194.00        $194.00

---

**2.2086**

Priority creditor's name and mailing address
**David Moyer**
**1142 Clarendon Crescent**
**Oakland, CA 94610**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

$85.00        $85.00

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

---

| 2.2087 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $145.00 | $145.00 |

**David Neiers**
**916 Alanson Drive**
**St. Louis, MO 63132**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2088 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $172.00 | $172.00 |

**David Newcom**
**2791 Glass Road**
**Hood River, OR 97031**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2089 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $99.00 | $99.00 |

**David Newman**
**5750 W Centinela Ave**
**Apt 423**
**Los Angeles, CA 90045**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2090 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $146.00 | $146.00 |

**David Nguyen**
**11357 Michelle Way**
**Hampton, GA 30228**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**         Case number (if known) _____
_____
Name

| 2.2091 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $484.00 | $484.00 |
|---|---|---|---|---|

**David Nguyen**
**20910 Mallard Cove Ct**
**Richmond, TX 77407**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2092 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $173.00 | $173.00 |
|---|---|---|---|---|

**David Odonoghue**
**3817 Saint Mary Ave**
**Care Of Cork Vault**
**Charlotte, NC 28205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2093 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,598.00 | $1,598.00 |
|---|---|---|---|---|

**David Ohara**
**1717 Bunkhouse Rd**
**Frisco, TX 75036**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2094 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.00 | $160.00 |
|---|---|---|---|---|

**David Oliver**
**15608 Good Hope Rd**
**Silver Spring, MD 20905**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

| 2.2095 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $121.00 | $121.00 |

**David Olson**
**201 Lincoln Ave.**
**Takoma Park, MD 20912**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2096 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**David Osterndorf**
**405 S Fairfax St**
**Alexandria, VA 22314**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2097 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.00 | $87.00 |

**David Owen**
**8437 Fedora Dr**
**Chesterfield, VA 23838**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2098 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.00 | $31.00 |

**David Paletz**
**2111 S  Beverly Glen Blvd**
**104**
**Los Angeles, CA 90025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.** _____    Case number (if known) _____
Name

| 2.2099 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 | $38.00 |
|---|---|---|---|---|

**David Perkins**
**25 Thunder Ridge Dr**
**Rush, NY 14543**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.2100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $508.00 | $508.00 |
|---|---|---|---|---|

**David Perry**
**3 Anchor Way**
**Riverside, RI 02915**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.2101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**David Petrucci**
**6 Old Mill Ct**
**Norwalk, CT 06851**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.2102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**David Pittman**
**196 Moose Ct**
**Westfield, IN 46074**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

Debtor   **Phoeno Wine Company, Inc.**                     Case number (*if known*) _____

Name

| 2.2103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $735.00 | $735.00 |
|---|---|---|---|---|

**David Potts**
**129 Highcrest Lane**
**South San Francisco, CA 94080**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2104 | Priority creditor's name and mailing address | | $489.00 | $489.00 |
|---|---|---|---|---|

**David Pratt**
**2924 Banyan Hill Ln**
**Land O Lakes, FL 34639**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2105 | Priority creditor's name and mailing address | | $150.00 | $150.00 |
|---|---|---|---|---|

**David Quadracci**
**923 E Kilbourn Ave**
**Unit 3201**
**Milwaukee, WI 53202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2106 | Priority creditor's name and mailing address | | $116.00 | $116.00 |
|---|---|---|---|---|

**David Radell**
**9008 Honeybee Ln**
**Bethesda, MD 20817**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor  **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
        _____
        Name

| 2.2107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $153.00 | $153.00 |

**David Regan**
**842 S Gray Eagle Way**
**Boise, ID 83712**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $94.00 | $94.00 |

**David Reid**
**1347 Mohawk St**
**Los Angeles, CA 90026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $718.00 | $718.00 |

**David Rey**
**1925 B Avenue NE**
**Cedar Rapids, IA 52402**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.00 | $68.00 |

**David Ring**
**1209 15th Ave NE**
**Aberdeen, SD 57401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**                              Case number (if known) _____
        _____
        Name

| 2.2111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $332.00 | $332.00 |

**David Roche**
**24 Tipperary Way**
**Ballston Lake, NY 12019**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.00 | $110.00 |

**David Rodnitzky**
**18 Madrone Ct**
**San Mateo, CA 94403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $91.00 | $91.00 |

**David Rodriguez**
**1235 Enfield St**
**1**
**Enfield, CT 06082**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $137.00 | $137.00 |

**David Rodriguez**
**4700 Waverly Ave**
**Garrett Park, MD 20896**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____

_____
Name

| 2.2115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $62.00 | $62.00 |
|---|---|---|---|---|

**David Ross**
**31 Annandale Road**
**Chappaqua, NY 10514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $3,485.00 | $3,350.00 |
|---|---|---|---|---|

**David Rothermel**
**2 Tudor City Pl Apt 11kn**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $398.00 | $398.00 |
|---|---|---|---|---|

**David Salkin**
**4707 Arpino Ct**
**Bradenton, FL 34211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $109.00 | $109.00 |
|---|---|---|---|---|

**David Sanders**
**5432 Del Monte**
**Houston, TX 77056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known)
_____
Name

| 2.2119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,915.00 | $1,915.00 |
|---|---|---|---|---|

**David Satin**
**300 N Atlantic Ave**
**Club Wyndham Ocean Walk**
**Daytona Beach, FL 32118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|

**David Sauer**
**20530 Georgia Ave N**
**Forest Lake, MN 55025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $278.00 | $278.00 |
|---|---|---|---|---|

**David Savella**
**227 E 7th St Apt 3g**
**Brooklyn, NY 11218**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |
|---|---|---|---|---|

**David Scaff**
**328 Puritan Rd**
**West Palm Beach, FL 33405**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (*if known*) _____

---

| 2.2123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $91.00 | $91.00 |

**David Schaller**
**2751 Cottonwood Dr**
**Springfield, OH 45504**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $425.00 | $425.00 |

**David Schoonover**
**9200 Ellerbe Rd**
**Shreveport, LA 71106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.00 | $57.00 |

**David Seidler**
**1125 Loudon Hts Rd**
**Charleston, WV 25314**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.00 | $59.00 |

**David Serotkin**
**10345 Densmore Ave N**
**Seattle, WA 98133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known) _____

Name

| 2.2127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.00 | $95.00 |
|---|---|---|---|---|

**David Sickle**
**67 Northhaven Dr**
**Jackson, TN 38305**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,155.00 | $3,350.00 |
|---|---|---|---|---|

**David Smith**
**655 Colby Circle**
**Apartment # 17**
**Claremont, CA 91711**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |
|---|---|---|---|---|

**David Snyder**
**2681 Chelsea Ln**
**Santa Fe, NM 87505**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $76.00 | $76.00 |
|---|---|---|---|---|

**David Sox**
**4014 Longfellow St**
**Hyattsville, MD 20781**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.** Case number (*if known*) _____

Name

| 2.2131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**David Stockbriudge**
**2124 Redrock Pl**
**Martinez, CA 94553**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.2132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $144.00 | $144.00 |

**David Stone**
**24 Bates Road**
**Morgantown, WV 26505**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.2133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |

**David Suddath**
**5681 Blaine Ave**
**Att: David**
**Inver Grove Heights, MN 55076**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.2134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |

**David Sztrom**
**8725 Ariva Ct Apt 314**
**San Diego, CA 92123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.2135 | Priority creditor's name and mailing address<br>**David Tabony**<br>**46 Willow Rd**<br>**Mary, Mother Of The Light**<br>**Tequesta, FL 33469** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,347.00    $2,347.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2136 | Priority creditor's name and mailing address<br>**David Tardio**<br>**8 Acorn Ln**<br>**Larchmont, NY 10538** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $33.00    $33.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2137 | Priority creditor's name and mailing address<br>**David Thacker**<br>**839 Jamaica Road**<br>**Venice, FL 34293** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $189.00    $189.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2138 | Priority creditor's name and mailing address<br>**David Thompson**<br>**5110 Hedrick Dr**<br>**Greensboro, NC 27410** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $38.00    $38.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.2139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $268.00 | $268.00 |

**David Tietz**
**5490 Saint Peters Way**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16.00 | $16.00 |

**David Tredway**
**3774 Club Dr NE**
**Atlanta, GA 30319**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**David Tripodi**
**6 Burns Street**
**Apt. 46**
**Forest Hills, NY 11375**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |

**David Vacala**
**1465 E Grand Canyon Dr**
**Chandler, AZ 85249**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

| 2.2143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |

**David Viola**
**14014 Cole Point Dr**
**Humble, TX 77396**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.00 | $37.00 |

**David Wallace**
**25661 Del Norte**
**Laguna Niguel, CA 92677**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $186.00 | $186.00 |

**David Warriner**
**16 Old Cashiers Sq**
**Cashiers, NC 28717**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $989.00 | $989.00 |

**David Wesolowski**
**626 N 29th St**
**Richmond, VA 23223**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| 2.2147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $199.00 | $199.00 |
|---|---|---|---|---|

**David Westerfield**
**32565 Discovery Dr**
**Easton, MD 21601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.00 | $21.00 |
|---|---|---|---|---|

**David Whang**
**4805 Saint Andrews Ave**
**Buena Park, CA 90621**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $97.00 | $97.00 |
|---|---|---|---|---|

**David Wilkins**
**2780 W Shagbark Ct**
**Columbia, MO 65203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $103.00 | $103.00 |
|---|---|---|---|---|

**David Willard**
**14 Larkspur Ln**
**Clarendon Hills, IL 60514**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                              Case number (*if known*) _____
          Name

| 2.2151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.00 | $85.00 |
|---|---|---|---|---|

**David Williams**
**10453 Macfarlane Pl**
**Palmetto, FL 34221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.2152 | Priority creditor's name and mailing address | | $716.00 | $716.00 |
|---|---|---|---|---|

**David Wyman**
**11 Locke St**
**Winchester, MA 01890**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.2153 | Priority creditor's name and mailing address | | $125.00 | $125.00 |
|---|---|---|---|---|

**David Young**
**1749 Urban Ave**
**Abilene, TX 79601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.2154 | Priority creditor's name and mailing address | | $390.00 | $390.00 |
|---|---|---|---|---|

**David Zakariaie**
**222 E Riverside Dr**
**Apt 333**
**Austin, TX 78704**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.2155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.00 | $75.00 |

**Davida Franklin
54 Toft Woods Way
Media, PA 19063**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:
_____                  **Deficit Customer**

Last 4 digits of account number _____            Is the claim subject to offset?
Specify Code subsection of PRIORITY               ☒ No
unsecured claim: 11 U.S.C. § 507(a) (7)           ☐ Yes

| 2.2156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |

**Davide Fortunati
16922 Fairfield Circle
Huntington Beach, CA 92649**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:
_____                  **Deficit Customer**

Last 4 digits of account number _____            Is the claim subject to offset?
Specify Code subsection of PRIORITY               ☒ No
unsecured claim: 11 U.S.C. § 507(a) (7)           ☐ Yes

| 2.2157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Davidh Scaff
340 Royal Palm Way Ste 101
Palm Beach, FL 33480**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:
_____                  **Deficit Customer**

Last 4 digits of account number _____            Is the claim subject to offset?
Specify Code subsection of PRIORITY               ☒ No
unsecured claim: 11 U.S.C. § 507(a) (7)           ☐ Yes

| 2.2158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $74.00 | $74.00 |

**Dawn Dittmar
4263 M Dr
Washougal, WA 98671**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:
_____                  **Deficit Customer**

Last 4 digits of account number _____            Is the claim subject to offset?
Specify Code subsection of PRIORITY               ☒ No
unsecured claim: 11 U.S.C. § 507(a) (7)           ☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.2159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $130.00 | $130.00 |
|---|---|---|---|---|

**Dawn Foster**
**535 Sloping Mdw**
**Mill Spring, NC 28756**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.00 | $88.00 |
|---|---|---|---|---|

**Dawn Greening**
**28702 Jade Springs Lane**
**Fulshear, TX 77441**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.00 | $59.00 |
|---|---|---|---|---|

**Dawn Luttrell**
**5088 Flagstone Ln**
**Simi Valley, CA 93063**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|

**Dawn Mcewan**
**4 Delaware Rd**
**Newburgh, NY 12550**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**                                        Case number (*if known*) _____
_____
Name

| 2.2163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |
|--------|----------------------------------------------|-----------------------------------------------|--------|--------|

**2.2163** | Priority creditor's name and mailing address

**Dawn Mercer**
**455 Eagle Pointe Dr**
**Pell City, AL 35128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$32.00   $32.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

**2.2164** | Priority creditor's name and mailing address

**Dawn Norbury**
**1052 Cardinal Rd**
**Virginia Beach, VA 23451**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$48.00   $48.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

**2.2165** | Priority creditor's name and mailing address

**Dawnlundy Martin**
**48 Worth Ave**
**Hudson, NY 12534**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$81.00   $81.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

**2.2166** | Priority creditor's name and mailing address

**Dawud Mohamed**
**77 Prospect St Apt 10g**
**Stamford, CT 06901**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$99.00   $99.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.2167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.00 | $22.00 |

**Dayla Penn**
**2521 E Mccarty St**
**Jefferson City, MO 65101**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.00 | $66.00 |

**Daymond Reese**
**3939 Astor Ave**
**Columbus, OH 43227**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |

**Deacon Shields**
**2813 Rio Grande St # 100**
**Austin, TX 78705**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $353.00 | $353.00 |

**Dean Chrisos**
**3727 Parador Dr**
**Naperville, IL 60564**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.2171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $432.00 | $432.00 |
|---|---|---|---|---|

**Dean Gresham
6535 Churchill Way
Dallas, TX 75230**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $366.00 | $366.00 |
|---|---|---|---|---|

**Dean Quintal
208 1/2 Diamond Ave
Newport Beach, CA 92662**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.00 | $22.00 |
|---|---|---|---|---|

**Deanbausch Bausch
71269 621st Ave
Pawnee City, NE 68420**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $244.00 | $244.00 |
|---|---|---|---|---|

**Deann Irby
223c W 26th St
Houston, TX 77008**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.2175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $589.00 | $589.00 |
|---|---|---|---|---|

**Deanna Ulrich-Hope**
**8826 Aubrey Ln**
**Richmond, TX 77469**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |
|---|---|---|---|---|

**Deanna Young**
**2701 E Camelback Rd Ste 110**
**Phoenix, AZ 85016**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|

**Deanne Daggett**
**3730 N Ocean Dr**
**12 B**
**Singer Island, FL 33404**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Deb Farka**
**1717 Waldron Rd**
**Corpus Christi, TX 78418**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.2179** | Priority creditor's name and mailing address

**Deb Olliges**
**2114 Falls Cir**
**Vero Beach, FL 32967**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$87.00**  **$87.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.2180** | Priority creditor's name and mailing address

**Deb Weaver**
**517 E Sage Brush St**
**Gilbert, AZ 85296**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$38.00**  **$38.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.2181** | Priority creditor's name and mailing address

**Debbie Cullen**
**770 Seathwaite Ln Se**
**Leland, NC 28451**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$94.00**  **$94.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.2182** | Priority creditor's name and mailing address

**Debbie Gold**
**3000 E 1st St**
**Long Beach, CA 90803**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$240.00**  **$240.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (*if known*) _____

| 2.2183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**Debbie Grossot**
**2408 Sapier Ct**
**Orlando, FL 32837**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.2184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $153.00 | $153.00 |

**Debbie Katsenis**
**2007 Canal St**
**Blue Island, IL 60406**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.2185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |

**Debbie Manos**
**18101 Heather Way**
**Yorba Linda, CA 92886**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.2186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $183.00 | $183.00 |

**Debbie Tyminski**
**8 Donna Ln**
**Kirkville, NY 13082**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Debtor **Phoeno Wine Company, Inc.**                                      Case number (if known) _____

Name

| 2.2187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $198.00 | $198.00 |
|---|---|---|---|---|

**Debica Bhattacharya**
**23 Walker Dr**
**Princeton, NJ 08540**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.2188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.00 | $21.00 |
|---|---|---|---|---|

**Debora Barchilon**
**8 Skyes NEck Ct**
**East Quogue, NY 11942**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.2189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.00 | $160.00 |
|---|---|---|---|---|

**Debora Mahan**
**3923 Baker Rd**
**Westminster, MD 21157**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.2190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,112.00 | $2,112.00 |
|---|---|---|---|---|

**Deborah Basham**
**54 Del Hambre Cir**
**Walnut Creek, CA 94595**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 2.2191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $143.00 | $143.00 |
|--------|--|--|--|--|

**Deborah Booker**
**219 Northbrook Dr**
**Raleigh, NC 27609**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2192 | Priority creditor's name and mailing address | $105.00 | $105.00 |
|--------|--|--|--|

**Deborah Brown**
**23809 Friar St**
**Woodland Hills, CA 91367**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2193 | Priority creditor's name and mailing address | $44.00 | $44.00 |
|--------|--|--|--|

**Deborah Doyle**
**624 Audubon Avenue**
**Pittsburgh, PA 15228**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2194 | Priority creditor's name and mailing address | $24.00 | $24.00 |
|--------|--|--|--|

**Deborah Duncan**
**102 N Adelaide St**
**Fenton, MI 48430**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.2195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $591.00 $591.00 |

**2.2195** Priority creditor's name and mailing address

**Deborah Gibson**
**301 Wakehurst Drive**
**Cary, NC 27519**

As of the petition filing date, the claim is: $591.00  $591.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.2196** Priority creditor's name and mailing address

**Deborah Heisz**
**400 Benwick Way**
**Lewisville, TX 75056**

As of the petition filing date, the claim is: $171.00  $171.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.2197** Priority creditor's name and mailing address

**Deborah Kehoe**
**1906 SWeetbriar Ave**
**Nashville, TN 37212**

As of the petition filing date, the claim is: $90.00  $90.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.2198** Priority creditor's name and mailing address

**Deborah Mckee**
**107 Aspen Drive**
**Downingtown, PA 19335**

As of the petition filing date, the claim is: $205.00  $205.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

---

| 2.2199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |

**Deborah Michaels**
**31 Crow Child Trl**
**Absarokee, MT 59001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |

**Deborah Morrison**
**356 Country River Way**
**Sacramento, CA 95831**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |

**Debra Altman**
**118 Flip Flop Ct**
**Daytona Beach, FL 32124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.00 | $87.00 |

**Debra Hanaway**
**174 E Golf Rd**
**Schaumburg, IL 60173**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____
        Name

Case number (*if known*) _____

| 2.2203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $206.00 | $206.00 |

**Debra Morel**
**18463 East Druids Glen Road**
**Queen Creek, AZ 85142**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2204 | Priority creditor's name and mailing address | | $344.00 | $344.00 |

**Debra Powell**
**7476 Waterside Loop Rd Ste 600**
**Denver, NC 28037**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2205 | Priority creditor's name and mailing address | | $50.00 | $50.00 |

**Debra Wolf**
**15 Grove Pl**
**Havertown, PA 19083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2206 | Priority creditor's name and mailing address | | $105.00 | $105.00 |

**Ded Gjolaj**
**1053 Kendra Ln**
**Howell, MI 48843**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor    **Phoeno Wine Company, Inc.**                                              Case number (if known) _____
_____
Name

| 2.2207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $663.00 | $663.00 |
|---|---|---|---|---|

**Dee Choudhary**
**635 Driggs Ave Apt 3f**
**Brooklyn, NY 11211**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |
|---|---|---|---|---|

**Deena Krevans**
**4110 Northwest 23rd Court**
**Boca Raton, FL 33431**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.00 | $52.00 |
|---|---|---|---|---|

**Deepak Ramanathan**
**292 Dalewood Way**
**San Francisco, CA 94127**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $158,813.00 | $155,177.00 |
|---|---|---|---|---|

**Deficit Customers - No Address**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customers - No Address - See attached**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                                      Case number (if known)
        Name

| 2.2211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.00 | $34.00 |

**Deidre Hayes**
**612 Moss St**
**New Orleans, LA 70119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |

**Dejan Kuljanin**
**7414 W Irving Park Rd Unit 403**
**Norridge, IL 60706**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.00 | $66.00 |

**Del Perry**
**10525 Lipan Trl**
**Fort Worth, TX 76108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Delaware State Treasury**
**820 Silver Lake Blvd.**
**Suite 100**
**Dover, DE 19904**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.2215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $376.00 | $376.00 |
|---|---|---|---|---|

**Delee Glasser**
**1724 Gruene Vineyard Xing**
**New Braunfels, TX 78130**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**Delen Wong**
**1111 Expedia Group Way W**
**Seattle, WA 98119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.00 | $78.00 |
|---|---|---|---|---|

**Delia Perez**
**2034 Oak Glen Place**
**Los Angeles, CA 90039**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|

**Della Robinson**
**14 Mulberry Rd Nw**
**Rome, GA 30165**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known)

---

| 2.2219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 | $150.00 |
|---|---|---|---|---|

**Demetrios Thoresen**
**33 Clover Hill Rd**
**Colts Neck, NJ 07722**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2220 | Priority creditor's name and mailing address | | $17.00 | $17.00 |
|---|---|---|---|---|

**Demetrius Caldwell**
**21 Kettering Lane**
**Hampton, VA 23666**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2221 | Priority creditor's name and mailing address | | $28.00 | $28.00 |
|---|---|---|---|---|

**Dena Carroll**
**151b Jefferson Church Rd**
**King, NC 27021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2222 | Priority creditor's name and mailing address | | $34.00 | $34.00 |
|---|---|---|---|---|

**Dena Gaddie**
**3224 Claudia Place**
**Peachtree Corners, GA 30092**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 2.2223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Dena Taherzadeh**
**10117 Fairway Vista Dr**
**Rowlett, TX 75089**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $287.00 | $287.00 |

**Deneice Bercegeay**
**1918 S Southland Ave**
**Gonzales, LA 70737**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 | $38.00 |

**Denis Barushev**
**131 Missouri St Unit 201**
**San Francisco, CA 94107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $94.00 | $94.00 |

**Denis Hoynes**
**7680 Mary Ln**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 2.2227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $109.00 | $109.00 |
|---|---|---|---|---|

**Denis Wilbeck**
**83 Captains Ct**
**Brick, NJ 08723**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2228 | Priority creditor's name and mailing address | | $111.00 | $111.00 |
|---|---|---|---|---|

**Denise Albanese**
**6773 Del Mar Ter**
**Naples, FL 34105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2229 | Priority creditor's name and mailing address | | $28.00 | $28.00 |
|---|---|---|---|---|

**Denise Chan**
**2078 Yellow Aster Ct**
**Gold River, CA 95670**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2230 | Priority creditor's name and mailing address | | $74.00 | $74.00 |
|---|---|---|---|---|

**Denise Darrah**
**6364 Caminito Del Cervato**
**San Diego, CA 92111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**                                    Case number (if known) _____

Name

| 2.2231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.00 | $52.00 |

**Denise Thompson**
**7310 Catlin Ct**
**-**
**Cleveland, OH 44102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |

**Denise Tsougas**
**17 Washington Ave**
**Island Park, NY 11558**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**Dennis Coates**
**765 Elk Clover Cir**
**Palm Desert, CA 92211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $626.00 | $626.00 |

**Dennis Field**
**49 Colgate Dr**
**Rancho Mirage, CA 92270**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known)
_____
Name

| 2.2235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $201.00 | $201.00 |
|---|---|---|---|---|

**Dennis Goetz**
**250 Nicollet Mall Ste 600**
**Minneapolis, MN 55401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2236 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.00 | $72.00 |
|---|---|---|---|---|

**Dennis Grady**
**9245 Canyon Mesa Dr**
**Las Vegas, NV 89144**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2237 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.00 | $95.00 |
|---|---|---|---|---|

**Dennis Hansen**
**1000 99th St Unit 9**
**Bay Harbor Islands, FL 33154**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2238 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,567.00 | $1,567.00 |
|---|---|---|---|---|

**Dennis Harris**
**41910 N 54th St**
**Cave Creek, AZ 85331**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.2239 | Priority creditor's name and mailing address<br>**Dennis Haynes**<br>**1291 Founders Lake Dr**<br>**Athens, GA 30606** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

$27.00    $27.00

| | | |
|---|---|---|
| 2.2240 | Priority creditor's name and mailing address<br>**Dennis Jackson**<br>**18 Meeting House Sq**<br>**Middleton, MA 01949** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

$58.00    $58.00

| | | |
|---|---|---|
| 2.2241 | Priority creditor's name and mailing address<br>**Dennis Maynard**<br>**1815 11th Ave**<br>**Greeley, CO 80631** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

$84.00    $84.00

| | | |
|---|---|---|
| 2.2242 | Priority creditor's name and mailing address<br>**Dennis Mcgrath**<br>**7 Pondview Ct**<br>**Marlton, NJ 08053** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

$29.00    $29.00

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.2243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $190.00 | $190.00 |

**2.2243** | Priority creditor's name and mailing address

**Dennis Molli**
**2801 Bristol Lake Dr.**
**Columbia, MO 65201**

As of the petition filing date, the claim is: **$190.00**  **$190.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY   ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)   ☐ Yes

---

**2.2244** | Priority creditor's name and mailing address

**Dennis Nicks**
**5 Oak Landing**
**Wilmington, NC 28409**

As of the petition filing date, the claim is: **$35.00**  **$35.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY   ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)   ☐ Yes

---

**2.2245** | Priority creditor's name and mailing address

**Dennis Pogany**
**802 Bahia Del Sol Dr Unit D**
**Condo 802d**
**Ruskin, FL 33570**

As of the petition filing date, the claim is: **$7,616.00**  **$3,350.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY   ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)   ☐ Yes

---

**2.2246** | Priority creditor's name and mailing address

**Dennis Shrewsberry**
**848 Sapphire Pl**
**The Villages, FL 32163**

As of the petition filing date, the claim is: **$61.00**  **$61.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY   ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)   ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                     Case number (if known) _____
       Name

| | | |
|---|---|---|

**2.2247** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$84.00** | **$84.00**

**Dennis Smith**
**722 N Reeve Rd**
**St Helena Island, SC 29920**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.2248** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$210.00** | **$210.00**

**Dennis Stewart**
**306 Island Drive**
**Melbourne Beach, FL 32951**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.2249** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$40.00** | **$40.00**

**Denny Wisely**
**19456 E Maplewood Pl**
**Aurora, CO 80016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.2250** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00**

**Department of Finance - Division**
**of Reve**
**820 N. French Street**
**Wilmington, DE 19801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**                                      Case number (if known) _____
         _____
         Name

| 2.2251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Department of Labor and Workforce Develo**
3 John Fitch Way
Trenton, NJ 08611

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**For Notice Purposes Only**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Department of Revenue**
1800 Century Blvd NE
Atlanta, GA 30345

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**For Notice Purposes Only**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Department of Revenue**
19 Staniford St
Boston, MA 02114

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**For Notice Purposes Only**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Department of Revenue**
125 N Roberts St, Helena, MT
59601
St. Helena, MT 59601

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**For Notice Purposes Only**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.2255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.2255**

Priority creditor's name and mailing address

**Department of Revenue**
**1313 Farnam St #10th**
**Omaha, NE 68102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2256**

Priority creditor's name and mailing address

**Department of Revenue**
**1133 Strawberry St**
**Harrisburg, PA 17128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2257**

Priority creditor's name and mailing address

**Department of Revenue**
**445 E Capitol Ave**
**Pierre, SD 57501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2258**

Priority creditor's name and mailing address

**Department of Revenue - Business**
**Tax**
**301 W High St**
**Jefferson City, MO 65101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**
Name                                                                Case number (if known) _____

| 2.2259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Department of Revenue - Business Taxpaye**
**600 Robert St N**
**St. Paul, MN 55101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.2260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Department of Revenue - Businesses**
**5050 West Tennessee Street**
**Tallahassee, FL 32399**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.2261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Department of Revenue Administration**
**109 Pleasant St**
**Concord, NH 03301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.2262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Department of Taxation**
**830 Punchbowl St**
**Honolulu, HI 96813**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
             Name

| 2.2263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Department of Taxation**
**1550 E College Pkwy Ste 115**
**Carson City, NV 89706**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2264 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Department of Taxation**
**4485 Northland Ridge Blvd**
**Columbus, OH 43229**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2265 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Department of Taxation and**
**Finance**
**Harriman Campus Rd**
**Albany, NY 12227**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2266 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Department of Treasury - Business**
**Taxes**
**430 W Allegan St**
**Lansing, MI 48933**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 2.2267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $627.00 | $627.00 |

**Derek Anderson**
**747 Bader Rd**
**Bellville, TX 77418**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,132.00 | $1,132.00 |

**Derek Chassie**
**621 Bracket St**
**Fort Mill, SC 29708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |

**Derek Flaten**
**5331 County Road 81 S**
**Hickson, ND 58047**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |

**Derek Glasser**
**835 E Canon Perdido St Apt 111**
**Santa Barbara, CA 93103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                    Case number (if known) _____
        Name

| 2.2271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Derek Kruppstadt**
**930 County Road Ppr**
**Ishpeming, MI 49849**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,490.00 | $1,490.00 |
|---|---|---|---|---|

**Derek Mcloughlin**
**29610 Pine Row Trail**
**Dowagiac, MI 49047**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $178.00 | $178.00 |
|---|---|---|---|---|

**Derek Mims**
**90 Donkey Flats Ct**
**Pleasant Hill, CA 94523**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,183.00 | $3,350.00 |
|---|---|---|---|---|

**Derek Peterson**
**421 Pinnacle Ln**
**Pbox 857**
**South Cle Elum, WA 98943**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                     Case number (if known) _____
_____
Name

| 2.2275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $186.00 | $186.00 |
|---|---|---|---|---|

**Derek Pizarro**
**4 Fox Lair Ln**
**Thornton, PA 19373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.00 | $36.00 |
|---|---|---|---|---|

**Derek Plank**
**3990 Se International Way**
**Portland, OR 97222**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Derek Vera**
**154 Bonnie Ridge Cir**
**Conroe, TX 77384**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $516.00 | $516.00 |
|---|---|---|---|---|

**Derek Watulak**
**16 Catherine Cir**
**Stow, MA 01775**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**      Case number (if known) _____

Name

---

| 2.2279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |
|---|---|---|---|---|

**Derek Williamson**
**2138 Capet St**
**San Jacinto, CA 92583**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.00 | $17.00 |
|---|---|---|---|---|

**Derick Singleton**
**9365 Quintero St**
**Commerce City, CO 80022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $189.00 | $189.00 |
|---|---|---|---|---|

**Derrek Davis**
**4019 Vista Blvd**
**Galveston, TX 77554**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $243.00 | $243.00 |
|---|---|---|---|---|

**Derric Dumrese**
**7890 High Rd**
**Prattsburgh, NY 14873**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**    Case number (if known) _____

Name

| 2.2283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.00 | $59.00 |

**Derrick Jackson**
**9124 W 131st Ter**
**Overland Park, KS 66213**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2284 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.00 | $21.00 |

**Desiree Endert**
**2202 NE 140th St**
**Vancouver, WA 98686**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2285 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |

**Desiree Freris**
**9485 Longstone Dr**
**Parker, CO 80134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2286 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,604.00 | $1,604.00 |

**Dev Batra**
**6632 Northwood Rd**
**Dallas, TX 75225**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| | | | |
|---|---|---|---|
| 2.2287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $273.00    $273.00 |

2.2287    Priority creditor's name and mailing address

**Devin Fitzsimmons**
**634 W Bartlett Way**
**Chandler, AZ 85248**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$273.00    $273.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

2.2288    Priority creditor's name and mailing address

**Devin Gorman-Darif**
**682 Washington St**
**San Jose, CA 95112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,700.00    $2,700.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

2.2289    Priority creditor's name and mailing address

**Devin Keefe**
**30 Cate St Unit 18**
**Portsmouth, NH 03801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$636.00    $636.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

2.2290    Priority creditor's name and mailing address

**Devin Schindele**
**15424 63rd Dr Se**
**Snohomish, WA 98296**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$257.00    $257.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| 2.2291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $82.00 | $82.00 |
|---|---|---|---|---|

**Devin Schneider**
**4225 A1a South**
**St. Augustine, FL 32080**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2292 | Priority creditor's name and mailing address | | $32.00 | $32.00 |

**Devon Bachmaier**
**210 Lasa Dr Apt 109**
**St Augustine, FL 32084**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2293 | Priority creditor's name and mailing address | | $69.00 | $69.00 |

**Devon Branvold**
**10813 Seguin St**
**Austin, TX 78754**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2294 | Priority creditor's name and mailing address | | $45.00 | $45.00 |

**Devon Price**
**519 1/2 4th St**
**Marietta, OH 45750**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**          Case number (*if known*) _____
Name

| 2.2295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.00 | $110.00 |

**Dewayne Carson**
**5700 Luke Trl**
**Amarillo, TX 79118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $152.00 | $152.00 |

**Dhruv Chandna**
**4300 Forebridge Dr**
**Mckinney, TX 75070**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |

**Diana Ostrander**
**9621 Williams Rd**
**Holland Patent, NY 13354**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |

**Diana Phillips**
**214 W NEising Dr**
**Sisters, OR 97759**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (*if known*)

| 2.2299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.00 | $53.00 |
|---|---|---|---|---|

**Diana Sheehan**
**40 Salem Ln**
**Evanston, IL 60203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2300 | **Diana Souder** | | $421.00 | $421.00 |

**Diana Souder**
**20611 Creekside Dr**
**Smithfield, VA 23430**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2301 | **Diana Zollicoffer** | | $92.00 | $92.00 |

**Diana Zollicoffer**
**2435 S Sepulveda Blvd Apt 1423**
**Los Angeles, CA 90064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2302 | **Diane Borhani** | | $28.00 | $28.00 |

**Diane Borhani**
**1860 Wendy Way**
**Reno, NV 89509**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor   **Phoeno Wine Company, Inc.**                                    Case number (if known)
_____
         Name

| 2.2303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $139.00 | $139.00 |

**Diane Degray**
**31 Elm St**
**Colchester, CT 06415**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2304 | Priority creditor's name and mailing address | $99.00 | $99.00 |

**Diane Dusini**
**26 Woodside Dr**
**Scarborough, ME 04074**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2305 | Priority creditor's name and mailing address | $78.00 | $78.00 |

**Diane Lindsay**
**5720 39th Street Cir E**
**Bradenton, FL 34203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2306 | Priority creditor's name and mailing address | $15.00 | $15.00 |

**Diane Lowry**
**315 Gaslight Cir Se**
**North Canton, OH 44720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor    **Phoeno Wine Company, Inc.**                                      Case number (if known) _____
_____
Name

| 2.2307 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $139.00 | $139.00 |
|---|---|---|---|---|

**Diane Mariotti**
**2906 Franklin Way**
**Secane, PA 19018**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2308 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.00 | $63.00 |
|---|---|---|---|---|

**Diane Olszak**
**4150 Fox Meadow Dr**
**Medina, OH 44256**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2309 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |
|---|---|---|---|---|

**Dianna Arehart**
**1128 Pinnacle Club Drive**
**Grove City, OH 43123**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2310 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |
|---|---|---|---|---|

**Dick Gaddy**
**14 Old Summer House Rd**
**Gate Code #0025**
**Charleston, SC 29412**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
        Name

| 2.2311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.00 | $77.00 |
|---|---|---|---|---|

**Diego Cepeda**
**120 Mountain Lion Rd**
**Georgetown, TX 78628**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
_____          **Deficit Customer**

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)  ☐ Yes

---

| 2.2312 | Priority creditor's name and mailing address | | $92.00 | $92.00 |
|---|---|---|---|---|

**Diego Morita**
**7212 Sparhawk Rd**
**Wake Forest, NC 27587**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
_____          **Deficit Customer**

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)  ☐ Yes

---

| 2.2313 | Priority creditor's name and mailing address | | $289.00 | $289.00 |
|---|---|---|---|---|

**Diego Quiroz**
**120 W Colorado Ave**
**Glendora, CA 91740**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
_____          **Deficit Customer**

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)  ☐ Yes

---

| 2.2314 | Priority creditor's name and mailing address | | $114.00 | $114.00 |
|---|---|---|---|---|

**Dillon Harp**
**421 N Payne St**
**Alexandria, VA 22314**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
_____          **Deficit Customer**

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)  ☐ Yes

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

| | |
|---|---|
| 2.2315 | Priority creditor's name and mailing address |

**Dina Villalobos**
**1724 Manatee Ave W**
**Bradenton, FL 34205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$70.00    $70.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| | |
|---|---|
| 2.2316 | Priority creditor's name and mailing address |

**Dinker Rai**
**219 Glen Cove Rd**
**Old Westbury, NY 11568**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$22.00    $22.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| | |
|---|---|
| 2.2317 | Priority creditor's name and mailing address |

**Dipesh Patel**
**1525 Chippendale Rd**
**Houston, TX 77018**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$878.00    $878.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| | |
|---|---|
| 2.2318 | Priority creditor's name and mailing address |

**Dirk Hufnagel**
**2837 Church Rd**
**Aurora, IL 60502**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$744.00    $744.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.** Case number (*if known*) _____
_____
Name

| | | |
|---|---|---|
| 2.2319 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** **$0.00** |

**2.2319** Priority creditor's name and mailing address

**Division of Taxation**
**1 Capitol Hill**
**Providence, RI 02908**

As of the petition filing date, the claim is: **$0.00**   **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2320** Priority creditor's name and mailing address

**Dixie Dowlen**
**2701 Lakeway Dr**
**Rowlett, TX 75088**

As of the petition filing date, the claim is: **$25.00**   **$25.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2321** Priority creditor's name and mailing address

**Dmitri Rakitski**
**3770 Maple Ave**
**Northbrook, IL 60062**

As of the petition filing date, the claim is: **$61.00**   **$61.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2322** Priority creditor's name and mailing address

**Dmitriy Khavko**
**2966 Ocean Avenue**
**2nd Floor**
**Brooklyn, NY 11229**

As of the petition filing date, the claim is: **$246.00**   **$246.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor   **Phoeno Wine Company, Inc.**                                Case number (if known) _____

_____
Name

| 2.2323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.00 | $88.00 |

**Domenic Narducci**
**4447 La Honda Rd**
**San Gregorio, CA 94074**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2324 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $260.00 | $260.00 |

**Dominic Armitage**
**23 Middle Gate Pl**
**The Woodlands, TX 77382**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2325 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $259.00 | $259.00 |

**Dominic Destefano**
**518 34th Ave N Apt 3**
**Myrtle Beach, SC 29577**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2326 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $533.00 | $533.00 |

**Dominic Gabbianelli**
**4080 N Ivy Rd NE**
**Atlanta, GA 30342**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (*if known*) _____

| | | |
|---|---|---|
| 2.2327 | Priority creditor's name and mailing address<br>**Dominic Perry**<br>**101 Hilliard Dr**<br>**Pittsburgh, PA 15212** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$155.00 $155.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.2328 | Priority creditor's name and mailing address<br>**Dominik Schneider**<br>**1916 N Fremont St Apt 2**<br>**Chicago, IL 60614** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$96.00 $96.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.2329 | Priority creditor's name and mailing address<br>**Dominique Mclerran**<br>**73 Penn Lode**<br>**Breckenridge, CO 80424** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$116.00 $116.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.2330 | Priority creditor's name and mailing address<br>**Don Chan**<br>**83 Irma Ave**<br>**Port Washington, NY 11050** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$447.00 $447.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.2331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |
|---|---|---|---|---|

**Don Durm**
**357 Balogh Pl**
**Longwood, FL 32750**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

_____
Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2332 | Priority creditor's name and mailing address | | $80.00 | $80.00 |
|---|---|---|---|---|

**Don Hardin**
**45 South Ave**
**Youngstown, OH 44503**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

_____
Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2333 | Priority creditor's name and mailing address | | $33.00 | $33.00 |
|---|---|---|---|---|

**Don Hawkins**
**W7273 Highway 47**
**Phlox, WI 54464**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

_____
Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2334 | Priority creditor's name and mailing address | | $75.00 | $75.00 |
|---|---|---|---|---|

**Don Hillman**
**8435 Koosaw Ln S**
**Salem, OR 97306**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

_____
Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor  **Phoeno Wine Company, Inc.**                                      Case number (*if known*) _____
_____
Name

| 2.2335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Don Isham
7859 Highway 182 E
Morgan City, LA 70380**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2336 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Don Ladd
2156 Vizcaya Cir
Campbell, CA 95008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2337 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |
|---|---|---|---|---|

**Don Mazzarisi
425 E Blackwell St
Dover, NJ 07801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2338 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.00 | $64.00 |
|---|---|---|---|---|

**Don Mcnabb
9818 N. 49th Drive
Glendale, AZ 85302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 2.2339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.2339** Priority creditor's name and mailing address

**Don Perry**
**26 Patriot Pl**
**Suit3 300**
**Foxboro, MA 02035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$25.00    $25.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.2340** Priority creditor's name and mailing address

**Don Petersen**
**11759 E Desert Trail Rd**
**Scottsdale, AZ 85259**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$28.00    $28.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.2341** Priority creditor's name and mailing address

**Don Porcelli**
**359 Farmview Drive**
**Travelers Rest, SC 29690**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$592.00    $592.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.2342** Priority creditor's name and mailing address

**Don Schemack**
**57 Oakdale Rd**
**North Reading, MA 01864**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$29.00    $29.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.2343 | Priority creditor's name and mailing address<br>**Don Thompson**<br>**10912 Virginia Forest Ct**<br>**Glen Allen, VA 23060** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $80.00 | $80.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.2344 | Priority creditor's name and mailing address<br>**Donald Bergan**<br>**459 W Doerr Path**<br>**Hernando, FL 34442** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $103.00 | $103.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.2345 | Priority creditor's name and mailing address<br>**Donald Beringer**<br>**1030 Meadow Lark Ln**<br>**Tracy, CA 95376** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $189.00 | $189.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.2346 | Priority creditor's name and mailing address<br>**Donald Grant**<br>**12526 Se 213th St**<br>**Kent, WA 98031** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25.00 | $25.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Debtor    **Phoeno Wine Company, Inc.**                                  Case number (if known) _____
_____
Name

| 2.2347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $19.00 | $19.00 |
|---|---|---|---|---|

**Donald Jones**
**3005 Mulberry St**
**Marietta, GA 30066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2348 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $21.00 | $21.00 |
|---|---|---|---|---|

**Donald Lewis**
**208 Locust Fence Rd**
**208 Locust Fence Rd**
**Saint Helena Island, SC 29920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2349 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $29.00 | $29.00 |
|---|---|---|---|---|

**Donald Mccarty**
**1137 Esbenshade Drive**
**Lancaster, PA 17601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2350 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $30.00 | $30.00 |
|---|---|---|---|---|

**Donald Montreuil**
**646 Mount Olive Rd**
**Martinsburg, WV 25405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.2351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $167.00 | $167.00 |

**Donald Mustard**
**66 Toilsome Ln**
**East Hampton, NY 11937**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2352 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $111.00 | $111.00 |

**Donald Osborne**
**449 Springs Road**
**Vallejo, CA 94590**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2353 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $841.00 | $841.00 |

**Donald Waterman**
**600 N Us Highway 17 92 Ste 128**
**Longwood, FL 32750**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2354 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $127.00 | $127.00 |

**Dondi Gerber**
**4342 S Shady Ct**
**Gilbert, AZ 85297**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (*if known*) _____

---

| 2.2355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $139.00 | $139.00 |
|---|---|---|---|---|

**Dongjie Wang**
**5535 Foxtail Loop**
**Carlsbad, CA 92010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2356 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Donita Vinduska**
**14212 Blueberry Hill Dr**
**Little Elm, TX 75068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2357 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $108.00 | $108.00 |
|---|---|---|---|---|

**Donna Chan**
**201 Coverly Ave**
**Staten Island, NY 10301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2358 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |
|---|---|---|---|---|

**Donna Dawson**
**315 Schwend Rd**
**Bridger, MT 59014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                      Case number (if known) _____
_____
Name

| 2.2359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Donna Douglas**
**5971 SW County Road 14**
**Madison, FL 32340**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$50.00    $50.00

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2360 |
|---|

Priority creditor's name and mailing address
**Donna Fitzmaurice**
**1780 Flagler Ave NE**
**Atlanta, GA 30309**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$142.00    $142.00

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2361 |
|---|

Priority creditor's name and mailing address
**Donna Pilkington**
**9 Glen St**
**North Grafton, MA 01536**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$28.00    $28.00

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2362 |
|---|

Priority creditor's name and mailing address
**Donna Price**
**2927 33rd Ln Nw**
**Olympia, WA 98502**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$78.00    $78.00

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**      Case number (if known) _____

Name

| | | | |
|---|---|---|---|
| 2.2363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $86.00    $86.00 |

**2.2363**

Priority creditor's name and mailing address
**Donna Rodnitzky**
**328 Koser Ave**
**Iowa City, IA 52246**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$86.00    $86.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.2364**

Priority creditor's name and mailing address
**Donna Rudd**
**4440 Beard Ave S Apt 204**
**Minneapolis, MN 55410**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$62.00    $62.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.2365**

Priority creditor's name and mailing address
**Donna Stidham**
**7936 S Mountain Rd**
**Pound, VA 24279**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$98.00    $98.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.2366**

Priority creditor's name and mailing address
**Donna Swanson**
**1254 Burbank Rd**
**Quincy, MI 49082**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$48.00    $48.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                      Case number *(if known)*
_____
Name

| 2.2367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,642.00 | $3,350.00 |

**Donna Thompson**
**1579 Monroe Dr NE**
**Ste F Ups Store**
**Atlanta, GA 30324**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)     ■ No
☐ Yes

---

| 2.2368 | Priority creditor's name and mailing address | | $124.00 | $124.00 |

**Donna Welsh**
**2255 Hyperion Ln**
**Reno, NV 89521**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)     ■ No
☐ Yes

---

| 2.2369 | Priority creditor's name and mailing address | | $159.00 | $159.00 |

**Donnie Smith**
**3245 Sheffield Ave**
**Oakland, CA 94602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)     ■ No
☐ Yes

---

| 2.2370 | Priority creditor's name and mailing address | | $30.00 | $30.00 |

**Donta Gonzales**
**616 Pink Granite Blvd**
**Dripping Springs, TX 78620**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)     ■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|

**2.2371** | Priority creditor's name and mailing address
**Doreen Kaminski**
**4025 Manor Ln**
**Allegan, MI 49010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,126.00     $1,126.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2372** | Priority creditor's name and mailing address
**Dorian Patchin**
**815 V St Nw**
**Washington, DC 20001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$36.00     $36.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2373** | Priority creditor's name and mailing address
**Doris Nester**
**13402 Corliss Ave N**
**Seattle, WA 98133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$28.00     $28.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2374** | Priority creditor's name and mailing address
**Dorothy Morgan**
**244 Green Meadow Drive**
**Apt. C**
**Watsonville, CA 95076**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$50.00     $50.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.2375 | Priority creditor's name and mailing address **Doug Akins** **8729 N Bayard Ave** **Portland, OR 97217** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |

As of the petition filing date, the claim is: **$174.00** **$174.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2376 | Priority creditor's name and mailing address **Doug Drowley** **1015 Pacific Ave Ste 301** **Tacoma, WA 98402** |

As of the petition filing date, the claim is: **$40.00** **$40.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2377 | Priority creditor's name and mailing address **Doug Helm** **1058 Autumn Oak Lane** **Hudson, WI 54016** |

As of the petition filing date, the claim is: **$20.00** **$20.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2378 | Priority creditor's name and mailing address **Doug Hengehold** **769 Towne St** **Sonoma, CA 95476** |

As of the petition filing date, the claim is: **$94.00** **$94.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.2379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.00 $83.00 |
| | **Doug Hoelscher** | *Check all that apply.* | |
| | **1 W Zenith Ave.** | ☐ Contingent | |
| | **Temple, TX 76501** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Deficit Customer** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2380 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 $28.00 |
| | **Doug Hwang** | *Check all that apply.* | |
| | **3325 Wilshire Blvd Ste 628** | ☐ Contingent | |
| | **Los Angeles, CA 90010** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Deficit Customer** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2381 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.00 $27.00 |
| | **Doug Kelting** | *Check all that apply.* | |
| | **5911 Annapolis** | ☐ Contingent | |
| | **Houston, TX 77005** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Deficit Customer** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2382 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $305.00 $305.00 |
| | **Doug Mancosky** | *Check all that apply.* | |
| | **7218 Tunisia Loop** | ☐ Contingent | |
| | **Fort Hood, TX 76544** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Deficit Customer** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | |
| | | ☐ Yes | |

Debtor  **Phoeno Wine Company, Inc.**                                   Case number (if known) _____
_____
Name

| 2.2383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|--------|---|---|---|---|

**Doug Mclendon**
**221 S Water St**
**Chestertown, MD 21620**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $739.00 | $739.00 |
|--------|---|---|---|---|

**Doug Mecimore**
**502 Cades Trl**
**Southport, NC 28461**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 | $38.00 |
|--------|---|---|---|---|

**Doug Meyers**
**2398 E Camelback Rd Ste 110**
**Phoenix, AZ 85016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $204.00 | $204.00 |
|--------|---|---|---|---|

**Doug Owen**
**5813 Collier Bridge Ln**
**Hoschton, GA 30548**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor   **Phoeno Wine Company, Inc.**
         Name

Case number (*if known*)

---

| 2.2387 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,449.00 | $2,449.00 |

**Doug Paulding**
**105 Woodmere Rd**
**Stamford, CT 06905**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2388 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.00 | $27.00 |

**Doug Propeck**
**7381 W 133rd St**
**Ste 207**
**Overland Park, KS 66213**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2389 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |

**Doug Winter**
**8788 Elk Grove Blvd Ste 11 Bldg 3**
**Elk Grove, CA 95624**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2390 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $158.00 | $158.00 |

**Douglas Blum**
**5 Truman Ct**
**Robbinsville, NJ 08691**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                           Case number (if known) _____
         _____
         Name

| 2.2391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |

**Douglas Bullock**
**572 Centre St**
**Sullivan, NH 03445**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Douglas Frederick**
**116 Seneca Ct**
**Creve Coeur, IL 61610**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.00 | $78.00 |

**Douglas Guyett**
**496 Hudson St Apt 7**
**New York, NY 10014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $384.00 | $384.00 |

**Douglas Klein**
**10445 N Oracle Rd Ste 220**
**C/O Edward Jones, Peggy Klein**
**Tucson, AZ 85737**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (*if known*) | |
| | Name | | |

---

| 2.2395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
| | **Douglas Mains** | *Check all that apply.* | | |
| | **305 W Martin Luther King Jr Blvd** | ☐ Contingent | | |
| | **Austin, TX 78701** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.2396 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $545.00 | $545.00 |
| | **Douglas Marks** | *Check all that apply.* | | |
| | **2145 Aloma Ave** | ☐ Contingent | | |
| | **Winter Park, FL 32792** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.2397 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |
| | **Douglas Morganjr** | *Check all that apply.* | | |
| | **1740 Georges Ln # 2** | ☐ Contingent | | |
| | **Floor Door** | ☐ Unliquidated | | |
| | **Philadelphia, PA 19131** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.2398 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $209.00 | $209.00 |
| | **Douglas Moyer** | *Check all that apply.* | | |
| | **681 Indian Creek Road** | ☐ Contingent | | |
| | **Telford, PA 18969** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

---

Debtor   **Phoeno Wine Company, Inc.**                                Case number (*if known*)
_____
Name

| 2.2399 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $257.00 | $257.00 |
|---|---|---|---|---|

**Douglas Peterman**
**525 W 15th St**
**Dover, OH 44622**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2400 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $216.00 | $216.00 |
|---|---|---|---|---|

**Douglas Sharples**
**420 Spanish Creek Dr**
**Ponte Vedra, FL 32081**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2401 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.00 | $83.00 |
|---|---|---|---|---|

**Douglas Sheffield**
**5011 Ballybridge Dr**
**Dublin, OH 43017**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2402 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Douglas Sherwood**
**9745 W Mcrae Way**
**Peoria, AZ 85382**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____     Case number (if known) _____
Name

| | | |
|---|---|---|
| 2.2403 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $187.00 | $187.00 |

**2.2403** Priority creditor's name and mailing address

**Douglas Smith**
**164 16th Ave NE**
**St Petersburg, FL 33704**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$187.00    $187.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.2404** Priority creditor's name and mailing address

**Douglas Smith**
**49 Glenview Road**
**Haverhill, MA 01832**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$30.00    $30.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.2405** Priority creditor's name and mailing address

**Douglas Sumick**
**400 Alton Rd**
**Apt 2504**
**Miami Beach, FL 33139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$55.00    $55.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.2406** Priority creditor's name and mailing address

**Douglas Thomason**
**13180 W 16th Drive**
**Golden, CO 80401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$197.00    $197.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                                    Case number (*if known*) _____
_____
Name

| | | | |
|---|---|---|---|
| 2.2407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $438.00    $438.00 |

2.2407 | Priority creditor's name and mailing address

**Douglas Willey**
**861 Rafael Blvd NE**
**St Petersburg, FL 33704**

As of the petition filing date, the claim is:    $438.00    $438.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.2408 | Priority creditor's name and mailing address

**Douglas Young**
**19668 W Turney Ave**
**Litchfield Park, AZ 85340**

As of the petition filing date, the claim is:    $58.00    $58.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.2409 | Priority creditor's name and mailing address

**Dr.Nicholas Rodo**
**Professional Offices**
**Orchard Park, NY 14127**

As of the petition filing date, the claim is:    $482.00    $482.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.2410 | Priority creditor's name and mailing address

**Drake Kane**
**5004 Yadkin Dr**
**Raleigh, NC 27609**

As of the petition filing date, the claim is:    $50.00    $50.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**      Case number (*if known*) _____

Name

| 2.2411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $216.00 | $216.00 |
|---|---|---|---|---|

**Drake Shannon**
**18500 S Cadle Creek Ln**
**Oregon City, OR 97045**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2412 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |
|---|---|---|---|---|

**Drew Epperson**
**1023 Kalaris Pl Se**
**Leesburg, VA 20175**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2413 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $163.00 | $163.00 |
|---|---|---|---|---|

**Drew Latimer**
**185b Kenner Ave**
**Nashville, TN 37205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2414 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $82.00 | $82.00 |
|---|---|---|---|---|

**Drew Medva**
**2031 Dantry Dr**
**Canonsburg, PA 15317**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____ Case number (if known) _____
Name

| 2.2415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |

**Drew Morrisroe**
**6306 Central Ave Apt E**
**Sea Isle City, NJ 08243**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2416 | Priority creditor's name and mailing address | $29.00 | $29.00 |

**Drew Smith**
**2033 Lewisburg Pike**
**Franklin, TN 37064**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2417 | Priority creditor's name and mailing address | $28.00 | $28.00 |

**Drew Vaughn**
**23 Morehouse Ave**
**Milford, CT 06460**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2418 | Priority creditor's name and mailing address | $531.00 | $531.00 |

**Driggs Carol**
**1035 Deer Springs Lane**
**Golden, CO 80403**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor  **Phoeno Wine Company, Inc.**  Case number (if known) _____

Name

| | | |
|---|---|---|
| 2.2419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

2.2419 | Priority creditor's name and mailing address

**Dru Dethlefs**
**505 Montrose Ave**
**Bertrand, NE 68927**

As of the petition filing date, the claim is:          **$316.00**    **$316.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.2420 | Priority creditor's name and mailing address

**Dru Riddle**
**2800 W Bowie St Ste 3101**
**Nurse Anesthesia,**
**Fort Worth, TX 76109**

As of the petition filing date, the claim is:          **$272.00**    **$272.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.2421 | Priority creditor's name and mailing address

**Dscott Fehrs**
**191 Buckthorn Rd**
**Baden, PA 15005**

As of the petition filing date, the claim is:          **$30.00**    **$30.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.2422 | Priority creditor's name and mailing address

**Duane Hunt**
**90 W Main St Apt A**
**Stafford Springs, CT 06076**

As of the petition filing date, the claim is:          **$20.00**    **$20.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                            Case number (if known) _____
_____
Name

| 2.2423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $570.00 | $570.00 |
|---|---|---|---|---|

2.2423 | Priority creditor's name and mailing address
**Duane Mayes**
**4619 Birdsong Drive**
**Eagle River, AK 99577**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$570.00   $570.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.2424 | Priority creditor's name and mailing address
**Duane Meyer**
**1344 Disc Dr # 468**
**Sparks, NV 89436**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$296.00   $296.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.2425 | Priority creditor's name and mailing address
**Duane Preble**
**24 Mountain View Dr**
**Canterbury, NH 03224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$84.00   $84.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.2426 | Priority creditor's name and mailing address
**Duff Stewart**
**828 W. 6th Street**
**Austin, TX 78703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$96.00   $96.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**                                   Case number (if known) _____
_____
Name

---

| 2.2427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $170.00 | $170.00 |
|---|---|---|---|---|

**Duncan Ryder**
**63 Orange St**
**Nantucket, MA 02554**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2428 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.00 | $81.00 |
|---|---|---|---|---|

**Dunston Almeida**
**200 E 83rd St Apt 9**
**New York, NY 10028**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2429 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |
|---|---|---|---|---|

**Durim Shala**
**3080 Hull Ave Apt 6f**
**Bronx, NY 10467**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2430 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Duska Glidden**
**320 D St**
**Apt 150**
**South Boston, MA 02127**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.2431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.00 | $70.00 |
|---|---|---|---|---|

**Dustin Drummond**
**4150 County Line Rd**
**Carson City, NV 89703**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2432 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|

**Dustin Ketchum**
**953 Pelican Bay Dr**
**Daytona Beach, FL 32119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2433 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|---|---|---|---|---|

**Dustin Piercy**
**2936 Nw Conrad Ct**
**Camas, WA 98607**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2434 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |
|---|---|---|---|---|

**Dustin Reemsnyder**
**2127 Northampton Way**
**Lansing, MI 48912**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                    Case number (if known) _____
      Name

| 2.2435 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |
|---|---|---|---|---|

**Dusty Thrash**
**6102 102nd Pl**
**Lubbock, Tx 79424**
**Lubbock, TX 79424**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2436 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Dylan Enslin**
**637 N Wells St Apt 2913**
**Chicago, IL 60654**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2437 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,362.00 | $2,362.00 |
|---|---|---|---|---|

**Dylan Fish**
**11050 Pioneer Trl Unit 100**
**Truckee, CA 96161**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2438 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.00 | $15.00 |
|---|---|---|---|---|

**Dylan Hite**
**8304 Foxtail Loop**
**Pensacola, FL 32526**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor  **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| | | |
|---|---|---|
| 2.2439 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $154.00 | $154.00 |

**2.2439**

Priority creditor's name and mailing address
**Dylan Sinclair**
**764 Riverton Rd**
**Moorestown, NJ 08057**

As of the petition filing date, the claim is:  **$154.00**  **$154.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.2440**

Priority creditor's name and mailing address
**Dylan Talbot**
**23 Lee Rd**
**South Deerfield, MA 01373**

As of the petition filing date, the claim is:  **$287.00**  **$287.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.2441**

Priority creditor's name and mailing address
**Dylan Ward**
**1739 5th Ave N**
**Jacksonville Beach, FL 32250**

As of the petition filing date, the claim is:  **$135.00**  **$135.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.2442**

Priority creditor's name and mailing address
**Eamon Gibbons**
**3 Mohave Path**
**Branchburg, NJ 08876**

As of the petition filing date, the claim is:  **$349.00**  **$349.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**                          Case number (if known) _____
        Name

| 2.2443 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $968.00 | $968.00 |

**Earl Booth**
**316 Oak Glen Ct**
**Martinez, CA 94553**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.2444 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $350.00 | $350.00 |

**Earl Zuchelli**
**962 Timber Glen Lane**
**Ballwin, MO 63021**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.2445 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Ebon   Foster**
**11206 N Country Club Green Dr**
**Tomball, TX 77375**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.2446 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.00 | $62.00 |

**Eckhard Kemmann**
**795 Mine Rd**
**Bridgewater, NJ 08807**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____

Name

| 2.2447 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $131.00 | $131.00 |
|---|---|---|---|---|

**Ed Bowen**
**6048 Tristen Court**
**Vacaville, CA 95687**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2448 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $198.00 | $198.00 |

**Ed Buenaga**
**691 Maidenhaire Ln**
**Sapphire, NC 28774**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2449 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $139.00 | $139.00 |

**Ed Hellman**
**12715 Norfolk Lane**
**Carmel, IN 46032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2450 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |

**Ed Jassin**
**2608 Hidalgo Street**
**Austin, TX 78702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**     Case number (*if known*) _____

Name

---

| 2.2451 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 | $150.00 |
|---|---|---|---|---|

**Ed Nichols**
**3631 N. Lakewood Ave.**
**Chicago, IL 60613**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2452 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |
|---|---|---|---|---|

**Ed Peszek**
**9811 N Briarway Ln**
**Mccordsville, IN 46055**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2453 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,197.00 | $3,350.00 |
|---|---|---|---|---|

**Ed Sheehy**
**42 Skyline Dr**
**Nantucket, MA 02554**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2454 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Ed Smalls**
**1220 Coffeen Street**
**Watertown, NY 13601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**                               Case number (*if known*) _____
        Name

| 2.2455 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $219.00 | $219.00 |
|---|---|---|---|---|

**Ed Wender**
**5510 Kemper Road**
**Baltimore, MD 21210**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.2456 | Priority creditor's name and mailing address | | $40.00 | $40.00 |

**Ed White**
**165 Parker Dr**
**Grayslake, IL 60030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.2457 | Priority creditor's name and mailing address | | $65.00 | $65.00 |

**Eddie Moore**
**721 Duke Dr**
**Desoto, TX 75115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.2458 | Priority creditor's name and mailing address | | $120.00 | $120.00 |

**Eddie Saoud**
**26 Ashfield Rd**
**Atherton, CA 94027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.2459 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.00 | $31.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Eddie Siu**
**400 S. Broadway**
**Unit 912**
**Los Angeles, CA 90013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$31.00    $31.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.2460    Priority creditor's name and mailing address

**Eddie Wright**
**3 Arlington Ln**
**Kensington, CA 94707**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$19.00    $19.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.2461    Priority creditor's name and mailing address

**Eddy Deraat**
**1818 SW 1st Ave Apt 909**
**Miami, FL 33129**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$76.00    $76.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.2462    Priority creditor's name and mailing address

**Edgar St.Amour**
**2815 N Fillmore St**
**Little Rock, AR 72207**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$113.00    $113.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (*if known*) _____

| 2.2463 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**Edgardo Rios**
**3577 W 113th St Apt 3302**
**Hialeah, FL 33018**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2464 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Edgaruriel Roblessalgado**
**1258 La Paz Ct**
**Soledad, CA 93960**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2465 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |

**Edi Mamboleo**
**777 N Orange Ave Apt 717**
**Orlando, FL 32801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2466 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $364.00 | $364.00 |

**Edie Campbell**
**2479 Briar Chapel Pkwy**
**Chapel Hill, NC 27516**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.2467 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$63.00** | **$63.00** |
|---|---|---|---|---|

**Edmund Martinez**
**530 South Lake Ave**
**Pmb 869**
**Pasadena, CA 91101**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2468 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$29.00** | **$29.00** |
|---|---|---|---|---|

**Edmund Obermeyer**
**218 Se 98th St**
**South Beach, OR 97366**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2469 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$30.00** | **$30.00** |
|---|---|---|---|---|

**Edmund Ovington**
**2965 Peachtree Rd NE Unit 1701**
**Atlanta, GA 30305**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2470 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$87.00** | **$87.00** |
|---|---|---|---|---|

**Eduard Negoianu**
**110 Sibley Ave Apt 408**
**Ardmore, PA 19003**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                          Case number (if known) _____
_____
Name

| 2.2471 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.00 | $78.00 |

**Eduardo Estrella**
**833 Campbell Hill St Nw Ste 420**
**Marietta, GA 30060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2472 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.00 | $27.00 |

**Eduardo Pantoja**
**3115 Payson Way**
**Wellington, FL 33414**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2473 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $86.00 | $86.00 |

**Eduardo Pentagna**
**11630 Brickyard Pond Ln**
**Windermere, FL 34786**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2474 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,867.00 | $2,867.00 |

**Edward Baney**
**300 Carriage Way**
**Stonebridge Inn**
**Snowmass Village, CO 81615**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

---

**2.2475** | Priority creditor's name and mailing address
**Edward Cashman**
**6608 Marbella Ln**
**Naples, FL 34105**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$102.00 | $102.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.2476** | Priority creditor's name and mailing address
**Edward Chastek**
**239 West 11th Avenue**
**Oshkosh, WI 54902**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$351.00 | $351.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.2477** | Priority creditor's name and mailing address
**Edward Corona**
**135 Kiveton Park Drive**
**Roswell, GA 30075**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$35.00 | $35.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.2478** | Priority creditor's name and mailing address
**Edward Cudahy**
**1992 Canyon Highlands Dr**
**Henderson, NV 89052**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$807.00 | $807.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| 2.2479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.00 | $110.00 |
|---|---|---|---|---|

**Edward Enters**
**5824 Ketterley Row**
**Glen Allen, VA 23059**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2480 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |
|---|---|---|---|---|

**Edward Epp**
**3060 Horseshoe Plantation Rd**
**Tallahassee, FL 32312**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2481 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $116.00 | $116.00 |
|---|---|---|---|---|

**Edward Fogarty**
**1000 Clay Ave**
**Pelham, NY 10803**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2482 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Edward Gaylord**
**5709 N. Saguaro Road**
**Paradise Valley, AZ 85253**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.2483 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.00 | $112.00 |
|---|---|---|---|---|

**Edward Gelia**
**90 Bryant Woods South**
**West Amherst, NY 14228**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2484 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |
|---|---|---|---|---|

**Edward Greaney**
**401 E 34th St Apt S32e**
**New York, NY 10016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2485 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.00 | $54.00 |
|---|---|---|---|---|

**Edward Gully**
**158 N Union St.**
**Alexandria, VA 22314**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2486 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |
|---|---|---|---|---|

**Edward Hensley**
**156 Primrose Ln**
**Bartlett, IL 60103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (*if known*) _____

| | | | |
|---|---|---|---|
| 2.2487 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.00 |
| | **Edward Isarevich** | *Check all that apply.* | $52.00 |
| | **1062 Forest Hill Place** | ☐ Contingent | |
| | **Chula Vista, CA 91913** | ☐ Unliquidated | |
| | | ☐ Disputed | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.2488 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.00 |
| | **Edward Kleinschmidt** | *Check all that apply.* | $26.00 |
| | **301 E 47th St Apt 8e** | ☐ Contingent | |
| | **New York, NY 10017** | ☐ Unliquidated | |
| | | ☐ Disputed | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.2489 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $147.00 |
| | **Edward Krugman** | *Check all that apply.* | $147.00 |
| | **8630 Midnight Pass Rd # 204** | ☐ Contingent | |
| | **Sarasota, FL 34242** | ☐ Unliquidated | |
| | | ☐ Disputed | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.2490 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $409.00 |
| | **Edward Lang** | *Check all that apply.* | $409.00 |
| | **65 Loraine Court** | ☐ Contingent | |
| | **San Francisco, CA 94118** | ☐ Unliquidated | |
| | | ☐ Disputed | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

| 2.2491 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |
|---|---|---|---|---|

**Edward Levy**
**1227 NE 17 Ter**
**Ft Lauderdale, FL 33304**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2492 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $135.00 | $135.00 |
|---|---|---|---|---|

**Edward Manche**
**35 Crestwood Dr**
**Huntington Station, NY 11746**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2493 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $146.00 | $146.00 |
|---|---|---|---|---|

**Edward Montes**
**8 Myers Farm Rd**
**Hingham, MA 02043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2494 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|

**Edward Muir**
**1311 Highborne Drive**
**Augusta, GA 30906**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 2.2495 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,221.00 | $1,221.00 |
|---|---|---|---|---|

**Edward Remig**
**45 Chapman Ter**
**Middletown, NJ 07748**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2496 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.00 | $55.00 |
|---|---|---|---|---|

**Edwin Firteza**
**4819 Nw 48th Te**
**Tamarac, FL 33319**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2497 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $476.00 | $476.00 |
|---|---|---|---|---|

**Edwin Silva**
**72 Autumn Ln**
**Hicksville, NY 11801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2498 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $126.00 | $126.00 |
|---|---|---|---|---|

**Edwin Stacker**
**200 E Broward Blvd Ste 2100**
**Fort Lauderdale, FL 33301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.2499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $547.00 | $547.00 |
|---|---|---|---|---|

**Edy Koehler**
**700 Cocoanut Ave Unit 116**
**Sarasota, FL 34236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2500 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.00 | $205.00 |
|---|---|---|---|---|

**Egon Adam**
**4365 Duckhorn Dr**
**Moon Twp, PA 15108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2501 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $153.00 | $153.00 |
|---|---|---|---|---|

**Eileen Angelo**
**111 E 88th St Apt 4c**
**New York, NY 10128**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2502 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $480.00 | $480.00 |
|---|---|---|---|---|

**Eileen Malvey**
**225 Madison Ave**
**C/O James A Connors**
**Morristown, NJ 07960**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                Case number (if known) _____
_____
Name

| 2.2503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Eileen Markey**
**428 Emerald Cir**
**Emerald Isle, NC 28594**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2504 | Priority creditor's name and mailing address | | $158.00 | $158.00 |
|---|---|---|---|---|

**Eileen Ward**
**1816 Spring Garden St**
**Fed Ex**
**Philadelphia, PA 19130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2505 | Priority creditor's name and mailing address | | $60.00 | $60.00 |
|---|---|---|---|---|

**Eisenberg Barry**
**3654 Exuma Way**
**Naples, FL 34119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2506 | Priority creditor's name and mailing address | | $109.00 | $109.00 |
|---|---|---|---|---|

**Eitan Bechor**
**13825 Emerson St Apt 205**
**Palm Beach Gardens, FL 33418**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.2507 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $187.00 | $187.00 |
|---|---|---|---|---|

**Elaina Shekhter**
**17011 Collins Ave**
**Unit 3908**
**North Miami Beach, FL 33160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2508 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $90.00 | $90.00 |
|---|---|---|---|---|

**Elaine Fong**
**1170 Kaumailuna Place**
**Honolulu, HI 96817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2509 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $22.00 | $22.00 |
|---|---|---|---|---|

**Elaine Hollowell**
**8 Oldwick Rd**
**Whitehouse Station, NJ 08889**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2510 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $28.00 | $28.00 |
|---|---|---|---|---|

**Elaine Holmes**
**34204 N 6th Dr**
**Phoenix, AZ 85085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 2.2511 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$58.00** | **$58.00** |

2.2511 | Priority creditor's name and mailing address

**Elaine Mead**
**4212 Milords Lane**
**Doylestown, PA 18902**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$58.00**    **$58.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.2512 | Priority creditor's name and mailing address

**Elayna Baroska**
**2114 Shadowbrook Drive**
**Wall Township, NJ 07719**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$188.00**    **$188.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.2513 | Priority creditor's name and mailing address

**Eleanor Nading**
**3521 Leland St**
**Chevy Chase, MD 20815**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$60.00**    **$60.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.2514 | Priority creditor's name and mailing address

**Elefterio Zarikian**
**929 Bent Creek Dr**
**Fort Pierce, FL 34947**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$29.00**    **$29.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.2515 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.2515** Priority creditor's name and mailing address
**Elena Garcia**
**9480 SW 34 Street**
**Miami, FL 33165**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$165.00    $165.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.2516** Priority creditor's name and mailing address
**Elena Rozkin**
**510 Capuchino Dr**
**Millbrae, CA 94030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$19.00    $19.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.2517** Priority creditor's name and mailing address
**Eleni Stratigeas**
**632 Blowing Rock Ln**
**Knoxville, TN 37922**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$314.00    $314.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.2518** Priority creditor's name and mailing address
**Eli Aley**
**525 Florida St**
**Moses Lake, WA 98837**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$878.00    $878.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) |
|--------|------------------------------|------------------------|
| | Name | |

| | | | |
|---|---|---|---|
| 2.2519 | Priority creditor's name and mailing address<br>**Eli Kozin**<br>**2100 Vine Dr**<br>**Merrick, NY 11566** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,374.00**   **$1,374.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2520 | Priority creditor's name and mailing address<br>**Elias Harmon**<br>**973 N 15th Ave**<br>**Bozeman, MT 59715** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$135.00**   **$135.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2521 | Priority creditor's name and mailing address<br>**Elisabeth Esposito**<br>**13383 Lone Bend Rd.**<br>**Jamestown, CA 95327** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$77.00**   **$77.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2522 | Priority creditor's name and mailing address<br>**Elisabeth Wood**<br>**19 King St**<br>**New York, NY 10014** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$216.00**   **$216.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.2523 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $158.00 | $158.00 |
|---|---|---|---|---|

**Elissa Ho**
**61 W 62nd St Apt 17a**
**New York, NY 10023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2524 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Elizabeth Banker**
**794 Braydon Pl Unit 113**
**Napa, CA 94559**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2525 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $615.00 | $615.00 |
|---|---|---|---|---|

**Elizabeth Cuozzo**
**5251 Green Lawn Dr**
**Macungie, PA 18062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2526 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $757.00 | $757.00 |
|---|---|---|---|---|

**Elizabeth Doering**
**91 Bethway Rd**
**Bethany, CT 06524**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____     Case number (if known) _____
Name

| 2.2527 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $102.00 | $102.00 |

**Elizabeth Fullerton**
**18 Upper Cecilia Way**
**Belvedere Tiburon, CA 94920**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2528 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $743.00 | $743.00 |

**Elizabeth Garwood**
**10 Street Of Dreams**
**10 Street Of Dreams**
**Village Of Loch Lloyd, MO 64102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2529 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $218.00 | $218.00 |

**Elizabeth Gillis**
**423 Vance St**
**St Paul, MN 55102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2530 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $437.00 | $437.00 |

**Elizabeth Greenwell**
**976 W Dillon Rd Ste 400**
**Louisville, CO 80027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor  **Phoeno Wine Company, Inc.**                                      Case number (if known) _____
_____
Name

| 2.2531 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 | $38.00 |

**Elizabeth Heath**
**29509 Village Pkwy**
**Lake Elsinore, CA 92530**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | **Deficit Customer** |

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2532 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.00 | $57.00 |

**Elizabeth Hill**
**1531 Aragon Way NE**
**Brookhaven, GA 30319**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | **Deficit Customer** |

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2533 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |

**Elizabeth Johnstone**
**204 W Scarritt St**
**Springfield, IL 62704**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | **Deficit Customer** |

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2534 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $114.00 | $114.00 |

**Elizabeth Kelly**
**90 Red Mulberry Way**
**Apt # 1**
**Charleston, WV 25306**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | **Deficit Customer** |

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 2.2535 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $162.00 | $162.00 |

**Elizabeth Licata**
**1313 Commercial St**
**Bellingham, WA 98225**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2536 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.00 | $160.00 |

**Elizabeth Mitev**
**17133 Nanette St**
**Granada Hills, CA 91344**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2537 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $117.00 | $117.00 |

**Elizabeth Morris**
**1214 Dolton Dr Ste 202**
**Ttb2518**
**Dallas, TX 75207**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2538 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.00 | $36.00 |

**Elizabeth Nettles**
**607 W Main**
**Houston, TX 77006**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.2539 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |
|--------|-----------------------------------------------|-----------------------------------------------|--------|--------|

| 2.2539 | Priority creditor's name and mailing address<br>**Elizabeth Odstrcil**<br>**5007 SWiss Avenue**<br>**Dallas, TX 75214** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $40.00 | $40.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2540 | Priority creditor's name and mailing address<br>**Elizabeth Osborne**<br>**42 Warman St Fl 2**<br>**Montclair, NJ 07042** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $87.00 | $87.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2541 | Priority creditor's name and mailing address<br>**Elizabeth Prakash**<br>**30679 Country Rd**<br>**Redlands, CA 92374** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $122.00 | $122.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2542 | Priority creditor's name and mailing address<br>**Elizabeth Rovee**<br>**140 Grove Hill Ln**<br>**Zelienople, PA 16063** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $84.00 | $84.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor  **Phoeno Wine Company, Inc.**                          Case number (if known) _____
_____
        Name

| 2.2543 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |

**Elizabeth Smith**
**5015 Saint Claude Ave**
**New Orleans, LA 70117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2544 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.00 | $54.00 |

**Elizabeth Thompson**
**199 Gregory Blvd Apt E14**
**Norwalk, CT 06855**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2545 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |

**Elizabeth Vanpatten**
**134 Eden Crest Dr**
**Cranston, RI 02920**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2546 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |

**Elizabeth Veal**
**392 Pikes Bluff Dr**
**St Simons Island, GA 31522**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|--------|------|-------|--|
| | Name | | |

---

| 2.2547 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $230.00 | $230.00 |
|--------|------|------|---|---|
| | **Ella Sari** | Check all that apply. | | |
| | **21218 Saint Andrews Blvd # 513** | ☐ Contingent | | |
| | **Boca Raton, FL 33433** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Deficit Customer** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

---

| 2.2548 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $107.00 | $107.00 |
|--------|------|------|---|---|
| | **Ellen Crewse** | Check all that apply. | | |
| | **18445 W Tere St** | ☐ Contingent | | |
| | **Goodyear, AZ 85338** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Deficit Customer** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

---

| 2.2549 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.00 | $31.00 |
|--------|------|------|---|---|
| | **Ellen Juskewitch** | Check all that apply. | | |
| | **37 Underhill St # 2** | ☐ Contingent | | |
| | **Winthrop, MA 02152** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Deficit Customer** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

---

| 2.2550 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 | $38.00 |
|--------|------|------|---|---|
| | **Ellen Pistole** | Check all that apply. | | |
| | **9145 Jill Dr** | ☐ Contingent | | |
| | **Conifer, CO 80433** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Deficit Customer** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

---

Debtor  **Phoeno Wine Company, Inc.**                                      Case number (if known) _____
_____
Name

| | | | |
|---|---|---|---|
| 2.2551 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $372.00    $372.00 |

**2.2551**

Priority creditor's name and mailing address

**Ellen Sullivan**
**64 Depot Rd**
**Box 433**
**Cataumet, MA 02534**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$372.00    $372.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.2552**

Priority creditor's name and mailing address

**Ellen Weaver**
**200 Bayfield Ct**
**Alpharetta, GA 30004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$21.00    $21.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.2553**

Priority creditor's name and mailing address

**Ellie Timpson**
**510 West Nuttall Ave**
**Centennial Park, AZ 86021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$84.00    $84.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.2554**

Priority creditor's name and mailing address

**Elliot Pachulski**
**3 Parkridge Ln**
**Pittsburgh, PA 15228**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$964.00    $964.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.2555 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $434.00 | $434.00 |

**Elliott Porter**
**1835 Se 32nd Pl**
**Portland, OR 97214**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2556 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,742.00 | $1,742.00 |

**Elliott Reynolds**
**4411 NE 31st Ave**
**Lighthouse Point, FL 33064**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2557 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $406.00 | $406.00 |

**Elliott Welburn**
**578 E 16th St**
**Brooklyn, NY 11226**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2558 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |

**Elomar Souza**
**309 W 121st St Apt 2a**
**New York, NY 10027**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**                                     Case number (if known) _____
_____
Name

| 2.2559 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $154.00 | $154.00 |
|--------|-----------------------------------------------|-----------------------------------------------|---------|---------|

**Elsye Burton**
**5920 Pine Beach Rd**
**Brainerd, MN 56401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2560 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|--------|-----------------------------------------------|-----------------------------------------------|--------|--------|

**Elton Ferreira**
**3007 Carrie Cove Ct**
**Spring, TX 77386**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2561 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |
|--------|-----------------------------------------------|-----------------------------------------------|--------|--------|

**Elva Graham**
**38 Capistrano Court**
**Odessa, TX 79765**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2562 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|--------|-----------------------------------------------|-----------------------------------------------|--------|--------|

**Elyssa Halford**
**1614 E 6th St Apt 409**
**Austin, TX 78702**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 2.2563 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |

**Elyssa Schick**
**34 Babcock St Apt 402**
**Brookline, MA 02446**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2564 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.00 | $59.00 |

**Elyssamichelle Saldana**
**5899 Nw 25th Ct**
**Boca Raton, FL 33496**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2565 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.00 | $70.00 |

**Emanuel Galimidi**
**931 Almeria Ave**
**Coral Gables, FL 33134**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2566 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $167.00 | $167.00 |

**Emerson Sellers**
**104 Queens Way**
**Ponte Vedra Beach, FL 32082**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known)
          Name

| 2.2567 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,045.00 | $3,350.00 |

**Emil Bova**
**2 Gavilan Ct**
**Santa Fe, NM 87508**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2568 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |

**Emilie Woodhead**
**4600 Alumni Ave**
**Los Angeles, CA 90041**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2569 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,455.00 | $1,455.00 |

**Emilio Lopez**
**897 Ballou St**
**Herndon, VA 20170**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2570 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Emily Alexander**
**6309 Palomar Ct**
**Nashville, TN 37211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.2571 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.2571** Priority creditor's name and mailing address

**Emily Bonvino**
**148 Aqua Vista**
**Kerrville, TX 78028**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$33.00    $33.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.2572** Priority creditor's name and mailing address

**Emily Buresh**
**3734 N Ridge Rd**
**Duluth, MN 55804**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$270.00    $270.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.2573** Priority creditor's name and mailing address

**Emily Carry**
**3742 Tristram Loop**
**Land O Lakes, FL 34638**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,033.00    $3,033.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.2574** Priority creditor's name and mailing address

**Emily Davis**
**1723 Independence Ave Se**
**Washington, DC 20003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$251.00    $251.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor  **Phoeno Wine Company, Inc.**                                        Case number (if known)
_____
Name

| 2.2575 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.00 | $34.00 |

**Emily Eleftherakis**
**3701 Cactus Cir**
**Edmond, OK 73013**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2576 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.00 | $49.00 |

**Emily Evans**
**129 Wisteria Drive**
**Paradise, TX 76073**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2577 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |

**Emily Fitzgerald**
**8510 16th St Apt 507**
**Silver Spring, MD 20910**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2578 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |

**Emily Frank**
**8816 Manchester Rd**
**Ups Store**
**Brentwood, MO 63144**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| 2.2579 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $411.00 | $411.00 |

**Emily From**
**1165 Beasley Hills Ln**
**Houston, TX 77008**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2580 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |

**Emily Goss**
**1280 West Chester Rd**
**Coatesville, PA 19320**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2581 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |

**Emily Jennerich**
**145 Nw 83rd St**
**Seattle, WA 98117**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2582 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |

**Emily Krause**
**4200 Grove Ave**
**Richmond, VA 23221**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.2583 | Priority creditor's name and mailing address<br>**Emily Krueger**<br>**1190 Zircon Street**<br>**Corona, CA 92882** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

$25.00   $25.00

---

| 2.2584 | Priority creditor's name and mailing address<br>**Emily Lawrence**<br>**1695 Park Village Dr**<br>**Columbus, OH 43235** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

$273.00   $273.00

---

| 2.2585 | Priority creditor's name and mailing address<br>**Emily Martin**<br>**10 Prospect Street West**<br>**Greenwich, CT 06830** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

$32.00   $32.00

---

| 2.2586 | Priority creditor's name and mailing address<br>**Emily Martinez**<br>**4634 Wentworth Ave**<br>**Minneapolis, MN 55419** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

$41.00   $41.00

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.2587** | Priority creditor's name and mailing address

**Emily Pethel**
**4345 Blink Horn Rd**
**Hurlock, MD 21643**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$69.00 | $69.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.2588** | Priority creditor's name and mailing address

**Emily Pollakowski**
**30 Dusenberry Rd**
**Bronxville, NY 10708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$29.00 | $29.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.2589** | Priority creditor's name and mailing address

**Emily Rodgers**
**4053 Farmdale Ave**
**Studio City, CA 91604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$109.00 | $109.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.2590** | Priority creditor's name and mailing address

**Emily Ruscansky**
**10 Evergreen Ct**
**Old Bridge, NJ 08857**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$33.00 | $33.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                    Case number (if known) _____
                    Name

| | | |
|---|---|---|

**2.2591** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$178.00** **$178.00**

**Emily Sauer**
**1117 21st Street**
**South Bend, IN 46615**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.2592** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$171.00** **$171.00**

**Emily Watulak**
**16 Catherine Cir**
**Stow, MA 01775**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.2593** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$55.00** **$55.00**

**Emily Yates**
**100 Holmes Ave**
**Darien, CT 06820**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.2594** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$30.00** **$30.00**

**Emily Zhang**
**1950 Gough St Apt 303**
**San Francisco, CA 94109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.2595 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $102.00 | $102.00 |

**2.2595** Priority creditor's name and mailing address
**Emin Brika**
**215 Bainbridge Ave**
**Thornwood, NY 10594**

As of the petition filing date, the claim is:                    $102.00    $102.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

**2.2596** Priority creditor's name and mailing address
**Emma Chapman**
**2512 Country Golf Dr**
**Wellington, FL 33414**

As of the petition filing date, the claim is:                    $78.00    $78.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

**2.2597** Priority creditor's name and mailing address
**Emma Hofmann**
**3100 Miramontes Point Rd**
**Half Moon Bay, CA 94019**

As of the petition filing date, the claim is:                    $28.00    $28.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

**2.2598** Priority creditor's name and mailing address
**Employment Development**
**Department**
**Bankruptcy Group MIC 92E**
**PO Box 826880**
**Sacramento, CA 09428-0001**

As of the petition filing date, the claim is:                    $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
☐ Yes

Debtor    **Phoeno Wine Company, Inc.**                                   Case number (if known)
_____                    _____
          Name

| 2.2599 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Enrique Iglesias**
**18411 West Santa Irene Drive**
**Goodyear, AZ 85338**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2600 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.00 | $87.00 |

**Enrique Travieso**
**6055 SW 8th St**
**West Miami, FL 33144**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2601 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $402.00 | $402.00 |

**Eric Afflerbach**
**3550 Biscayne Blvd**
**Suite 601**
**Miami, FL 33137**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2602 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |

**Eric Anderson**
**301 Marsh Oaks Dr**
**Wilmington, NC 28411**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| | |
|---|---|

**2.2603** Priority creditor's name and mailing address

**Eric Berkowitz**
**509 Gilberts Landing**
**Mount Pleasant, SC 29464**

As of the petition filing date, the claim is:    **$217.00**    **$217.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:
_____    **Deficit Customer**

Last 4 digits of account number    Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

**2.2604** Priority creditor's name and mailing address

**Eric Black**
**1991 Arkell Ct**
**Walnut Creek, CA 94598**

As of the petition filing date, the claim is:    **$1,179.00**    **$1,179.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:
_____    **Deficit Customer**

Last 4 digits of account number    Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

**2.2605** Priority creditor's name and mailing address

**Eric Bodnar**
**1001 4th St SW**
**1d**
**Washington, DC 20024**

As of the petition filing date, the claim is:    **$28.00**    **$28.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:
_____    **Deficit Customer**

Last 4 digits of account number    Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

**2.2606** Priority creditor's name and mailing address

**Eric Boersma**
**22121 Princeton Cir**
**Frankfort, IL 60423**

As of the petition filing date, the claim is:    **$29.00**    **$29.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:
_____    **Deficit Customer**

Last 4 digits of account number    Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____ Case number (if known) _____
Name

| 2.2607 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $693.00 | $693.00 |
|---|---|---|---|---|

**Eric Brown**
**326 Westcott Pkwy**
**St Augustine, FL 32095**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.2608 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $79.00 | $79.00 |
|---|---|---|---|---|

**Eric Buch**
**1083 Broadview Dr**
**Annapolis, MD 21409**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.2609 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Eric Bukstein**
**1504 Denniston St**
**Pittsburgh, PA 15217**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.2610 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 | $200.00 |
|---|---|---|---|---|

**Eric Callahan**
**2407 Belmont Dr**
**Livermore, CA 94550**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____  Case number (if known) _____
Name

| 2.2611 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,959.00 | $3,350.00 |

**Eric Capouch**
**15270 Creekside Ln**
**Osseo, MN 55369**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2612 | Priority creditor's name and mailing address | | $301.00 | $301.00 |

**Eric Comp**
**105 18th St N**
**St Petersburg, FL 33713**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2613 | Priority creditor's name and mailing address | | $359.00 | $359.00 |

**Eric Cowperthwaite**
**1614 118th Avenue Se**
**Bellevue, WA 98005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2614 | Priority creditor's name and mailing address | | $557.00 | $557.00 |

**Eric Cully**
**4657 Benbow Court**
**Concord, CA 94521**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known)

| 2.2615 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.00 | $330.00 |

**Eric Douglas**
**44 Codo Ct**
**Saint Augustine, FL 32095**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2616 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.00 | $77.00 |

**Eric Dusch**
**309 Pink House Rd**
**Sewickley, PA 15143**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2617 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |

**Eric Feagles**
**415 Church St**
**Apt 1908**
**Nashville, TN 37219**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2618 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $428.00 | $428.00 |

**Eric Geyer**
**488 Crescent St**
**Oakland, CA 94610**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.2619 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**2.2619** Priority creditor's name and mailing address

**Eric Gill**
**232 Hilldale Rd**
**Villanova, PA 19085**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$29.00    $29.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

**2.2620** Priority creditor's name and mailing address

**Eric Henson**
**5347 Liberty Lake Dr**
**Jacksonville, FL 32258**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$120.00    $120.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

**2.2621** Priority creditor's name and mailing address

**Eric Hess**
**1001 E Harmony Rd Unit A**
**Fort Collins, CO 80525**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$60.00    $60.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

**2.2622** Priority creditor's name and mailing address

**Eric Huang**
**100 Shawmut**
**#1201**
**Boston, MA 02118**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$156.00    $156.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| 2.2623 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $296.00 | $296.00 |

**Eric James**
**3910 W Platt St**
**Tampa, FL 33609**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.2624 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |

**Eric Jeter**
**101 Ascot Dr.**
**Greer, SC 29651**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.2625 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |

**Eric Johnson**
**1753 Kearney St**
**Denver, CO 80220**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.2626 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,030.00 | $1,030.00 |

**Eric Kadel**
**1291 Berry Place**
**Mclean, VA 22102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 2.2627 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $148.00 | $148.00 |

**Eric Leightner**
**165 Ramon Way NE**
**St Petersburg, FL 33704**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2628 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $147.00 | $147.00 |

**Eric Lickstein**
**10 Farm Meadow Ct**
**Freeland, MD 21053**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2629 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $346.00 | $346.00 |

**Eric Manna**
**143 Iron Works Rd**
**Killingworth, CT 06419**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2630 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |

**Eric Milhem**
**2050 SW Charlestown Street**
**Seattle, WA 98106**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                    Case number (if known) _____
         Name

| | | | |
|---|---|---|---|
| 2.2631 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $246.00 | $246.00 |

**2.2631** Priority creditor's name and mailing address

**Eric Moore**
**23237 White Sycamore Place**
**Aldie, VA 20105**

As of the petition filing date, the claim is: **$246.00    $246.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2632** Priority creditor's name and mailing address

**Eric Norman**
**835 Kansas St.**
**San Francisco, CA 94107**

As of the petition filing date, the claim is: **$26.00    $26.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2633** Priority creditor's name and mailing address

**Eric Nyland**
**46618 Madison St Spc 103**
**Indio, CA 92201**

As of the petition filing date, the claim is: **$1,251.00    $1,251.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2634** Priority creditor's name and mailing address

**Eric Olesh**
**3720 Van NEss St Nw**
**Washington, DC 20016**

As of the petition filing date, the claim is: **$146.00    $146.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                        Case number (*if known*)
_____
Name

| 2.2635 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $331.00 | $331.00 |

**Eric Parker**
**180 S Western Ave**
**Carpentersville, IL 60110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2636 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.00 | $45.00 |

**Eric Pierce**
**19 Indian Brook Rd**
**Essex Junction, VT 05452**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2637 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $480.00 | $480.00 |

**Eric Pollitt**
**3605 W Renellie Cir**
**Tampa, FL 33629**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2638 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |

**Eric Reinhard**
**510 W 52nd St Apt 6f**
**New York, NY 10019**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.2639 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $818.00 | $818.00 |
|---|---|---|---|---|

**Eric Rinck**
**222 N Detroit Ave Ste 600**
**Tulsa, OK 74120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2640 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $116.00 | $116.00 |
|---|---|---|---|---|

**Eric Roper**
**3861 Michaels Landing Circle E**
**Jacksonville, FL 32224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2641 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $285.00 | $285.00 |
|---|---|---|---|---|

**Eric Rosen**
**2409 Nw 75th St**
**Seattle, WA 98117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2642 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $76.00 | $76.00 |
|---|---|---|---|---|

**Eric Ross**
**433 Fort Stanton Rd**
**Alto, NM 88312**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.2643 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $597.00 | $597.00 |
|---|---|---|---|---|

**Eric Sain**
**100 Waterstone Park Cir Apt 1032**
**Hillsborough, NC 27278**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2644 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.00 | $77.00 |
|---|---|---|---|---|

**Eric Schweda**
**5659 N Rogers Ave**
**Chicago, IL 60646**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2645 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |
|---|---|---|---|---|

**Eric Severson**
**48 Pearwood Rd**
**Rochester, NY 14624**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2646 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.00 | $17.00 |
|---|---|---|---|---|

**Eric Sheldon**
**1162 Pittsford Victor Rd**
**Pittsford, NY 14534**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 2.2647 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $101.00 | $101.00 |
|---|---|---|---|---|

**Eric Smith**
**909 Nottingham Way**
**Friendswood, TX 77546**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2648 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|

**Eric Sorens**
**908 W Centennial Rd**
**Papillion, NE 68046**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2649 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $116.00 | $116.00 |
|---|---|---|---|---|

**Eric Storvick**
**123 Red Oak Ct**
**Mankato, MN 56001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2650 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|

**Eric Swenson**
**1080 Seasons Blvd**
**Kissimmee, FL 34746**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| 2.2651 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.00 | $66.00 |
|---|---|---|---|---|

**Eric Taylor**
**560 Teller Ave Apt C**
**Grand Junction, CO 81501**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2652 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.00 | $52.00 |
|---|---|---|---|---|

**Eric Waldron**
**2003 Alder Ln**
**Dumfries, VA 22026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2653 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $451.00 | $451.00 |
|---|---|---|---|---|

**Eric White**
**270 Mentor Dr**
**Naples, FL 34110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2654 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $132.00 | $132.00 |
|---|---|---|---|---|

**Eric Williams**
**13618 Sylvan Oaks Rd**
**Victorville, CA 92392**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor  **Phoeno Wine Company, Inc.**
_____     Case number (if known) _____
Name

| 2.2655 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|---|---|---|---|---|

**Eric Wolfe**
**1228 Cabrillo Ave**
**Burlingame, CA 94010**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2656 | Priority creditor's name and mailing address | | $42.00 | $42.00 |
|---|---|---|---|---|

**Erica Barbavega**
**451 SW 15th Drive**
**Boca Raton, FL 33432**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2657 | Priority creditor's name and mailing address | | $307.00 | $307.00 |
|---|---|---|---|---|

**Erica Enders**
**931 1/2 W Glenoaks Blvd**
**Glendale, CA 91202**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2658 | Priority creditor's name and mailing address | | $391.00 | $391.00 |
|---|---|---|---|---|

**Erica Enders**
**931 1/2 West Glenoaks Blvd**
**Glendale, CA 91202**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.** Case number (*if known*) _____

Name

| 2.2659 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Erica Karlinsky**
**1307 S International Pkwy Ste 2051**
**Lake Mary, FL 32746**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2660 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |

**Erica Long**
**570 Peach Street Apt 8**
**Chattanooga, TN 93401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2661 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |

**Erica Smith**
**1806 Carter St**
**Vidalia, LA 71373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2662 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.00 | $21.00 |

**Erica Taylor**
**720 Maloney Pl NE**
**North Bend, WA 98045**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 2.2663 | Priority creditor's name and mailing address |

**Erica Tosdale**
**55355 Gross Dr**
**Bend, OR 97707**

As of the petition filing date, the claim is:     **$56.00**    **$56.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

| | |
|---|---|
| 2.2664 | Priority creditor's name and mailing address |

**Erich Sachse**
**2107 Mount Vernon St**
**Philadelphia, PA 19130**

As of the petition filing date, the claim is:     **$105.00**    **$105.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

| | |
|---|---|
| 2.2665 | Priority creditor's name and mailing address |

**Erick Rizzotto**
**128 Madrone Rd**
**Fairfax, CA 94930**

As of the petition filing date, the claim is:     **$561.00**    **$561.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

| | |
|---|---|
| 2.2666 | Priority creditor's name and mailing address |

**Erick Weber**
**700 N. Maria Ave**
**Redondo Beach, CA 90277**

As of the petition filing date, the claim is:     **$369.00**    **$369.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.2667** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.00 | $78.00

**Erik Barnes**
**620 Ragged Mountain Rd**
**Danbury, NH 03230**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.2668** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.00 | $75.00

**Erik Carranza**
**12 Towpath Dr**
**Napa, CA 94558**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.2669** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.00 | $34.00

**Erik Diesner**
**11138 Twilight Times Ct**
**Las Vegas, NV 89135**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.2670** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $261.00 | $261.00

**Erik Dutson**
**10830 Lindbrook Dr Unit 2**
**Los  Angeles, CA 90024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

| 2.2671 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $186.00 | $186.00 |
|---|---|---|---|---|

**Erik Edgerton**
**5306 Macarthur Blvd Nw**
**Washington, DC 20016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2672 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,424.00 | $2,424.00 |
|---|---|---|---|---|

**Erik Engrissei**
**610 Georges Way**
**Williamstown, NJ 08094**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2673 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $71.00 | $71.00 |
|---|---|---|---|---|

**Erik Ferenz**
**710 Front St # B**
**Mukilteo, WA 98275**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2674 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $99.00 | $99.00 |
|---|---|---|---|---|

**Erik Forslund**
**10 Woodland Ave**
**North Haven, CT 06473**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**                          Case number (if known) _____
_____
Name

| 2.2675 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.00 | $77.00 |
|---|---|---|---|---|

**2.2675**  Priority creditor's name and mailing address

**Erik Jensen**
**377 Kings Hwy W**
**Haddonfield, NJ 08033**

As of the petition filing date, the claim is:  $77.00  $77.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.2676**  Priority creditor's name and mailing address

**Erik Kratz**
**13341 Kettering Blvd**
**Lemont, IL 60439**

As of the petition filing date, the claim is:  $49.00  $49.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.2677**  Priority creditor's name and mailing address

**Erik Perdon**
**34 S Spring Garden Ave**
**Nutley, NJ 07110**

As of the petition filing date, the claim is:  $29.00  $29.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.2678**  Priority creditor's name and mailing address

**Erik Roesh**
**3704 Sable Hill Ct**
**Spring, TX 77386**

As of the petition filing date, the claim is:  $30.00  $30.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

| | | |
|---|---|---|
| 2.2679 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $214.00 | $214.00 |

**2.2679** | Priority creditor's name and mailing address

**Erik Schuchard**
**9 Buttonbush Ct**
**Spring, TX 77380**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$214.00    $214.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.2680** | Priority creditor's name and mailing address

**Erik Tarloff**
**1813 Monroe St Nw**
**Washington, DC 20010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$499.00    $499.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.2681** | Priority creditor's name and mailing address

**Erik Williams**
**18303 Apache Springs Dr**
**San Antonio, TX 78259**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$78.00    $78.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.2682** | Priority creditor's name and mailing address

**Erika Ceja**
**215 East Cherry Avenue**
**Monrovia, CA 91016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$162.00    $162.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known)

---

| 2.2683 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.00 | $22.00 |
|---|---|---|---|---|

**Erika Fox**
**3370 Beech Street**
**San Diego, CA 92102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2684 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $262.00 | $262.00 |
|---|---|---|---|---|

**Erika Keller**
**38725 Bears Paw Dr**
**Murrieta, CA 92562**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2685 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Erika Mcmurran**
**388 W Woodbridge Rd**
**Lodi, CA 95242**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2686 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |
|---|---|---|---|---|

**Erika Osbornelaureano**
**235 Main Ave N**
**North Bend, WA 98045**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                     Case number (if known) _____
_____
Name

| 2.2687 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $233.00 | $233.00 |

**Erika Tackett**
**1150 Wilson Rd**
**Northstar Golf Club**
**Sunbury, OH 43074**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2688 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |

**Erin Abreu**
**21 Stonebridge Rd**
**Hampton, NJ 08827**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2689 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.00 | $53.00 |

**Erin Bailliard**
**2631 Nutwood Trce**
**Duluth, GA 30097**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2690 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,041.00 | $1,041.00 |

**Erin Boyd**
**29100 SW Town Center Loop W**
**Suite 290**
**Wilsonville, OR 97070**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
         Name

| 2.2691 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Erin Coffey**
**14 W 85th St**
**Apt 4a**
**New York, NY 10024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2692 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |
|---|---|---|---|---|

**Erin Colianni**
**13800 Hill Ridge Drive**
**Minnetonka, MN 55305**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2693 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**Erin Dalton**
**4984 Kratz Carriage Rd**
**Pipersville, PA 18947**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2694 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.00 | $17.00 |
|---|---|---|---|---|

**Erin Forry**
**512 E Broadway**
**Boston, MA 02127**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**                        Case number (if known) _____

Name

| | |
|---|---|
| 2.2695 | Priority creditor's name and mailing address |

**2.2695**

Priority creditor's name and mailing address
**Erin Glasgow**
**3451 Aubrey Ave**
**Philadelphia, PA 19114**

As of the petition filing date, the claim is:    **$60.00**   **$60.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.2696**

Priority creditor's name and mailing address
**Erin Hopper**
**1677 N Bundy Ave**
**Clovis, CA 93619**

As of the petition filing date, the claim is:    **$100.00**   **$100.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.2697**

Priority creditor's name and mailing address
**Erin Hughes**
**1505 Oakview Dr**
**Mclean, VA 22101**

As of the petition filing date, the claim is:    **$182.00**   **$182.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.2698**

Priority creditor's name and mailing address
**Erin Law**
**753 Arbor Rd**
**Paramus, NJ 07652**

As of the petition filing date, the claim is:    **$21.00**   **$21.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                                           Case number (*if known*) _____

Name

| 2.2699 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 | $38.00 |

**Erin Leick**
**3481 Sprague St**
**Omaha, NE 68111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2700 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |

**Erin Martin**
**20 Cricket Slope Dr**
**Oley, PA 19547**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2701 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |

**Erin Martin**
**31 Vernon St # 1843**
**Bethel, ME 04217**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2702 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**Erin Mullins**
**5772 N Nithsdale Dr**
**Salisbury, MD 21801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.2703 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $405.00 | $405.00 |
|---|---|---|---|---|

**Erin Ramirez**
**2040 Paralta Ave**
**Seaside, CA 93955**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.2704 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $218.00 | $218.00 |
|---|---|---|---|---|

**Erin Skubal**
**59 45th Street**
**Sacramento, CA 95819**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.2705 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.00 | $83.00 |
|---|---|---|---|---|

**Erin Sublette**
**2425 Meridian Dr**
**Lodi, CA 95242**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.2706 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51.00 | $51.00 |
|---|---|---|---|---|

**Erin Taylor**
**1641 Oneco Ave**
**Winter Park, FL 32789**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**     Case number (if known) _____

Name

| 2.2707 | Priority creditor's name and mailing address<br>**Erin Wagner**<br>**6615 Se 142nd Ave**<br>**Portland, OR 97236** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $40.00 | $40.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2708 | Priority creditor's name and mailing address<br>**Ernest Harvey**<br>**2785 Nw Raleigh St**<br>**Portland, OR 97210** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $75.00 | $75.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2709 | Priority creditor's name and mailing address<br>**Ernest Hyatt**<br>**10501 Watkins Rd SW**<br>**Etna, OH 43062** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $328.00 | $328.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2710 | Priority creditor's name and mailing address<br>**Ernestina Alonso**<br>**1306 Holly Ave**<br>**Imperial Beach, CA 91932** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $29.00 | $29.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.2711 | Priority creditor's name and mailing address<br>**Ernesto Castillo**<br>**77 Wessix Ct**<br>**Daly City, CA 94015** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$30.00     $30.00**

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.2712 | Priority creditor's name and mailing address<br>**Errikos Anagnostopoulos**<br>**6102 Waltway Dr**<br>**-**<br>**Houston, TX 77008** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$32.00     $32.00**

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.2713 | Priority creditor's name and mailing address<br>**Eryn Cropanese**<br>**7496 Brunson Cir**<br>**Gainesville, VA 20155** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$57.00     $57.00**

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.2714 | Priority creditor's name and mailing address<br>**Estevan Gallegos**<br>**1750 N Kachina**<br>**Mesa, AZ 85203** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$30.00     $30.00**

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.2715 | Priority creditor's name and mailing address<br>**Ethan Bennett**<br>**817 S Darien St**<br>**Philadelphia, PA 19147** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **$214.00**  **$214.00**

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| | |
|---|---|
| 2.2716 | Priority creditor's name and mailing address<br>**Ethan Borger**<br>**316 Himrod St Apt 509**<br>**Brooklyn, NY 11237** |

As of the petition filing date, the claim is: **$142.00**  **$142.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| | |
|---|---|
| 2.2717 | Priority creditor's name and mailing address<br>**Ethan Poli**<br>**1981 Arnold Ave**<br>**Costa Mesa, CA 92627** |

As of the petition filing date, the claim is: **$65.00**  **$65.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| | |
|---|---|
| 2.2718 | Priority creditor's name and mailing address<br>**Ethan Sneider**<br>**7 Stuyvesant Oval Apt 9b**<br>**New York, NY 10009** |

As of the petition filing date, the claim is: **$70.00**  **$70.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

Debtor    **Phoeno Wine Company, Inc.**                                          Case number (if known) _____
_____
Name

| | | |
|---|---|---|

**2.2719** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$58.00** | **$58.00**

**Ethan Ward**
**423 Lazy Creek Lane**
**Nashville, TN 37211**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.2720** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$50.00** | **$50.00**

**Eugene Dmitriev**
**625 West 57th Street**
**Apt. 474**
**New York, NY 10019**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.2721** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$32.00** | **$32.00**

**Eugene Mcgrath**
**5 Frost Lane**
**Wading River, NY 11792**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.2722** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$130.00** | **$130.00**

**Eva Knoth**
**10805 Clermont Ave**
**Garrett Park, MD 20896**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known) _____

_____
Name

| 2.2723 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |

**Eva Stark**
**2115 1st Ave Se Apt 2331**
**Cedar Rapids, IA 52402**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2724 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.00 | $98.00 |

**Evan Blaire**
**169 Park Rd**
**Fair Haven, NJ 07704**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2725 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $510.00 | $510.00 |

**Evan Branfman**
**Ameriprise**
**445 Broad Hollow Rd. Suite 120**
**Melville, NY 11747**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2726 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |

**Evan Howland**
**55 Hoff Road**
**Santa Rosa, CA 95409**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

| 2.2727 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $363.00 | $363.00 |

**Evan May**
**7105 Oakland Dr**
**Portage, MI 49024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2728 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $228.00 | $228.00 |

**Evan Michael**
**346 Hauser Blvd Apt 122**
**Los Angeles, CA 90036**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2729 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |

**Evan Park**
**700 Canal St Ste 12b,**
**2nd Fl**
**Stamford, CT 06902**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2730 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $999.00 | $999.00 |

**Evan Pine**
**4444 Island Road**
**Miami, FL 33137**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.2731 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.2731**

Priority creditor's name and mailing address
**Evan Singleton**
**6639 Depew Ct**
**Arvada, CO 80003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$19.00    $19.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.2732**

Priority creditor's name and mailing address
**Evan Zoldessy**
**243 Tresser Blvd**
**Stamford, CT 06901**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$71.00    $71.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.2733**

Priority creditor's name and mailing address
**Evans Mokube**
**5307 Eton Ct**
**Cumming, GA 30040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$28.00    $28.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.2734**

Priority creditor's name and mailing address
**Eve Mongiardo**
**7 Pelham Ave**
**Port Washington, NY 11050**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$11,499.00    $3,350.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor  **Phoeno Wine Company, Inc.**                                Case number (if known) _____

_____
Name

| | | |
|---|---|---|
| 2.2735 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |

**2.2735** | Priority creditor's name and mailing address

**Evelyn Shaffer**
**32 W Mira Monte Ave**
**Sierra Madre, CA 91024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$33.00     $33.00

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2736** | Priority creditor's name and mailing address

**Evelynn Mcguinness**
**23501 W Avenue D**
**Lancaster, CA 93536**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$171.00     $171.00

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2737** | Priority creditor's name and mailing address

**Everett Collins**
**6220 Norm Dr**
**Anchorage, AK 99507**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$216.00     $216.00

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2738** | Priority creditor's name and mailing address

**Evert Mcdowell**
**8301 Kip Ct**
**Anchorage, AK 99507**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,049.00     $1,049.00

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                        Case number (*if known*) _____

_____
Name

| 2.2739 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Ewa Kutarnia**
**11502 Village Brook Dr**
**Apt 226**
**Cincinnati, OH 45249**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2740 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |
|---|---|---|---|---|

**Eydie Lopez**
**9080 SW Roccia Way**
**Port Saint Lucie, FL 34987**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2741 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $668.00 | $668.00 |
|---|---|---|---|---|

**Fabiana Acosta**
**4267 Llano Ave**
**Santa Barbara, CA 93110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2742 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $132.00 | $132.00 |
|---|---|---|---|---|

**Fabiano Teixeira**
**156 Canfield Dr**
**Stamford, CT 06902**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.2743 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$97.00** | **$97.00** |

**2.2743** Priority creditor's name and mailing address

**Fabio Storelli**
**12505 Dormouse Rd**
**St101**
**San Diego, CA 92129**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$97.00**     **$97.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.2744** Priority creditor's name and mailing address

**Fady Charbel**
**30705 Elk Ln # 772326**
**Steamboat Springs, CO 80487**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$95.00**     **$95.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.2745** Priority creditor's name and mailing address

**Faith Milot**
**300 High Gables Dr**
**104**
**Gaithersburg, MD 20878**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$33.00**     **$33.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.2746** Priority creditor's name and mailing address

**Fajwel Becher**
**2308 Conti St**
**New Orleans, LA 70119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,408.00**     **$1,408.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| | |
|---|---|
| Debtor | **Phoeno Wine Company, Inc.** |
| | Name |

Case number (if known) _____

---

**2.2747** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$20.00** | **$20.00**

**Fan Li**
**71 Lexington Gdns**
**North Haven, CT 06473**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.2748** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$95.00** | **$95.00**

**Farah Samarrai**
**926 E 42nd St**
**Erie, PA 16504**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.2749** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$67.00** | **$67.00**

**Farzana Razak**
**31-60 36th Street**
**2f**
**Astoria, NY 11106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.2750** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$80.00** | **$80.00**

**Fatih Orhan**
**9605 Sotweed Dr**
**Potomac, MD 20854**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (*if known*) _____

| 2.2751 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**Fausto Andrade**
**16720 SW 82nd Ct**
**Palmetto Bay, FL 33157**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.2752 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |

**Faustyn Langowski**
**14715 Leighwood Creek Ln**
**Humble, TX 77396**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.2753 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Fawn Marshall**
**768 Chateaus Dr**
**Coppell, TX 75019**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.2754 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.00 | $21.00 |

**Faye Ocomen**
**924 Fulton St Apt 302**
**San Francisco, CA 94117**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.2755 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |

**Felipe Medeiros**
**11224 Conley Cove Ct**
**Raleigh, NC 27613**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2756 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |

**Felipe Millasantos**
**311 W 50th St Apt 7d**
**New York, NY 10019**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2757 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |

**Fernando Almenas**
**34 Tamarac Dr**
**Glastonbury, CT 06033**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2758 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |

**Fernando Altschul**
**14020 Captains Row Apt 302**
**Marina Del Rey, CA 90292**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **Phoeno Wine Company, Inc.**                                     Case number (if known) _____

Name

| 2.2759 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $116.00 | $116.00 |
|---|---|---|---|---|

**Fernando Cacacho**
**2242 Garnet Dr**
**Vallejo, CA 94591**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2760 | Priority creditor's name and mailing address | | $27.00 | $27.00 |
|---|---|---|---|---|

**Fernando Ferro**
**89 Brewster Rd**
**West Hartford, CT 06117**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2761 | Priority creditor's name and mailing address | | $549.00 | $549.00 |
|---|---|---|---|---|

**Fernando Ramos**
**9408 89th Ave # 1**
**Woodhaven, NY 11421**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2762 | Priority creditor's name and mailing address | | $57.00 | $57.00 |
|---|---|---|---|---|

**Filipa Dasilva**
**334 Woodland Cir**
**Ludlow, MA 01056**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                                    Case number (*if known*) _____
_____
Name

| 2.2763 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $227.00 | $227.00 |
|---|---|---|---|---|

**Fiona Winterman**
**4638 Devon**
**Houston, TX 77027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2764 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.00 | $83.00 |
|---|---|---|---|---|

**Flavio Chuahy**
**12357 Chirping Bird Ln**
**Knoxville, TN 37932**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2765 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.00 | $57.00 |
|---|---|---|---|---|

**Flavio Dumaine**
**11417 North Bayshore Drive**
**North Miami, FL 33181**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2766 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $203.00 | $203.00 |
|---|---|---|---|---|

**Flavio Fenley**
**3865 Gilman Ave W**
**Seattle, WA 98199**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor    **Phoeno Wine Company, Inc.**    Case number (if known) _____
　　　　　Name

| | | |
|---|---|---|
| 2.2767 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

2.2767　Priority creditor's name and mailing address

**Flor Strag**
**9148 Marion Oaks Dr**
**Charlotte, NC 28215**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$28.00    $28.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.2768　Priority creditor's name and mailing address

**Florencio Beltran**
**4990 Indiana Pt**
**Alanson, MI 49706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$33.00    $33.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.2769　Priority creditor's name and mailing address

**Florian Auckenthaler**
**7205 Mossy Creek Ln**
**Hanahan, SC 29410**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$378.00    $378.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.2770　Priority creditor's name and mailing address

**Ford Seeman**
**1577 Woodwind Ct**
**Fort Myers, FL 33919**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$200.00    $200.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

---

| 2.2771 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $412.00 | $412.00 |

**Forrest Blount**
**5801 Bagshotte Dr**
**Oakland, CA 94611**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2772 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $329.00 | $329.00 |

**Forrest Bowlick**
**285 Brainerd Street**
**South Hadley, MA 01075**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2773 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.00 | $54.00 |

**Foster Taciak**
**4100 N Charles St Frnt Desk**
**Baltimore, MD 21218**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2774 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.00 | $44.00 |

**Fran Exley**
**10461 Springvale Meadow Lane**
**Great Falls, VA 22066**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**    Case number (if known) _____

Name

| | |
|---|---|
| 2.2775 | Priority creditor's name and mailing address |

**Fran Whitney**
**3395 Ghost Dance Dr**
**Castle Rock, CO 80108**

As of the petition filing date, the claim is:    **$88.00**    **$88.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| | |
|---|---|
| 2.2776 | Priority creditor's name and mailing address |

**Frances Baker**
**2354 Windy Run**
**Manakin Sabot, VA 23103**

As of the petition filing date, the claim is:    **$60.00**    **$60.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| | |
|---|---|
| 2.2777 | Priority creditor's name and mailing address |

**Franchise Tax Board**
**Bankruptcy Section, MS A-340**
**PO Box 2952**
**Sacramento, CA 95812-2952**

As of the petition filing date, the claim is:    **$0.00**    **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| | |
|---|---|
| 2.2778 | Priority creditor's name and mailing address |

**Franchise Tax Board**
**PO Box 898**
**Dover, DE 19903**

As of the petition filing date, the claim is:    **$0.00**    **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**          Case number (*if known*) _____
_____
Name

| | | |
|---|---|---|
| 2.2779 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |

**2.2779** Priority creditor's name and mailing address

**Francine Shore**
**140 Mary Way**
**Los Gatos, CA 95032**

As of the petition filing date, the claim is:          **$90.00**    **$90.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
                                         **Deficit Customer**

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)  ☐ Yes

---

**2.2780** Priority creditor's name and mailing address

**Francis Carlevatti**
**1614 Hamilton St**
**Charlotte, NC 28206**

As of the petition filing date, the claim is:          **$33.00**    **$33.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
                                         **Deficit Customer**

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)  ☐ Yes

---

**2.2781** Priority creditor's name and mailing address

**Francis Hye**
**9110 Trivoli Terrace,**
**Esplanade Golf & Country Club**
**Naples, FL 34119**

As of the petition filing date, the claim is:          **$351.00**    **$351.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
                                         **Deficit Customer**

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)  ☐ Yes

---

**2.2782** Priority creditor's name and mailing address

**Francis Lanni**
**3017 Littlebuty Park Dr**
**Thompsons Station, TN 37179**

As of the petition filing date, the claim is:          **$50.00**    **$50.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
                                         **Deficit Customer**

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)  ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                Case number (if known)  _____
         _____
         Name

| 2.2783 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51.00 | $51.00 |

**Francis Massimo**
**3 Collins Ave**
**Deer Park, NY 11729**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2784 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $365.00 | $365.00 |

**Francis Mootz**
**3017 Bedford Falls Way**
**Sacramento, CA 95818**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2785 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $156.00 | $156.00 |

**Francisco Gutierrez**
**25 Sierra St E211**
**San Francisco, CA 94107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2786 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |

**Francisco Martinez**
**180 Island Dr**
**Key Biscayne, FL 33149**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                         Case number (if known) _____
_____
Name

| | | |
|---|---|---|

2.2787 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$454.00** | **$454.00**

**Franco Diduca**
**11 Aleda St**
**Framingham, MA 01701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.2788 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$19.00** | **$19.00**

**Frank Acosta**
**1058 Chatham Ct**
**Thousand Oaks, CA 91360**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.2789 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$660.00** | **$660.00**

**Frank Bressler**
**104 Reids Way**
**Cleves, OH 45002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.2790 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$30.00** | **$30.00**

**Frank Caputo**
**460 Court St**
**Brooklyn, NY 11231**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| 2.2791 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,614.00 | $1,614.00 |
|---|---|---|---|---|

**Frank Colaizzi**
**742 Shelby Ln**
**River Vale, NJ 07675**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2792 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $447.00 | $447.00 |
|---|---|---|---|---|

**Frank Finch**
**4628 Ruiz St**
**Austin, TX 78723**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2793 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $144.00 | $144.00 |
|---|---|---|---|---|

**Frank Fombutu**
**154 Waterlace Way**
**Fayetteville, GA 30215**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2794 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $108.00 | $108.00 |
|---|---|---|---|---|

**Frank Greco**
**933 6th Ave**
**New Brighton, PA 15066**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 2.2795 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $198.00 | $198.00 |
|---|---|---|---|---|

**Frank Harris**
**222 SWeet Hill Rd**
**Richmond Hill, GA 31324**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2796 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**Frank Harris**
**5412 Pioneer Park Blvd Ste E**
**Ccb1304**
**Tampa, FL 33634**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2797 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Frank Igo**
**459 Woodlawn Ave**
**Webster Groves, MO 63119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2798 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.00 | $160.00 |
|---|---|---|---|---|

**Frank Jemison**
**290 Cherry Cir E**
**Memphis, TN 38117**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
Name

| 2.2799 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $206.00 | $206.00 |
|---|---|---|---|---|

**Frank King**
**1100 Johnson Ferry Rd Ste 500**
**Marietta, GA 30068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.2800 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $135.00 | $135.00 |
|---|---|---|---|---|

**Frank Lin**
**804 Duncardine Way**
**Sunnyvale, CA 94087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.2801 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Frank Lin**
**804 Duncardine Way**
**Sunnyvale, CA 94087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.2802 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |
|---|---|---|---|---|

**Frank Lindsay**
**1190 King St # 272**
**Yachats, OR 97498**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.2803 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.00 | $115.00 |
|---|---|---|---|---|

**Frank Lobascio**
**616 Kings Croft**
**Cherry Hill, NJ 08034**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2804 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $105.00 | $105.00 |
|---|---|---|---|---|

**Frank M**
**1616 N 74th Ave**
**Elmwood Park, IL 60707**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2805 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |
|---|---|---|---|---|

**Frank Mateo**
**200 W Kingsbridge Rd Apt 7n**
**Bronx, NY 10463**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2806 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $367.00 | $367.00 |
|---|---|---|---|---|

**Frank Monte**
**5000 N Ocean Blvd Apt 504**
**Lauderdale By The Sea, FL 33308**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
       Name

| | | |
|---|---|---|
| 2.2807 | Priority creditor's name and mailing address<br>**Frank Nemec**<br>**5275 Woodstock Way**<br>**San Jose, CA 95118** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred _____    Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____    Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

**$80.00**    **$80.00**

---

| | | |
|---|---|---|
| 2.2808 | Priority creditor's name and mailing address<br>**Frank Nocito**<br>**330 E 38th St Apt 55i**<br>**New York, NY 10016** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred _____    Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____    Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

**$1,555.00**    **$1,555.00**

---

| | | |
|---|---|---|
| 2.2809 | Priority creditor's name and mailing address<br>**Frank Palermo**<br>**312 Alpine Circle**<br>**River Vale, NJ 07675** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred _____    Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____    Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

**$47.00**    **$47.00**

---

| | | |
|---|---|---|
| 2.2810 | Priority creditor's name and mailing address<br>**Frank Prattini**<br>**521 Ontario Ave**<br>**Bogalusa, LA 70427** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred _____    Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____    Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

**$239.00**    **$239.00**

---

Debtor  **Phoeno Wine Company, Inc.**                              Case number *(if known)* _____

_____
Name

| | | |
|---|---|---|
| **2.2811** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: $154.00   $154.00 |

**2.2811**

Priority creditor's name and mailing address
**Frank Ranallo**
**751 Backhusestate Road**
**Glen Gardner, NJ 08826**

As of the petition filing date, the claim is:          **$154.00**    **$154.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.2812**

Priority creditor's name and mailing address
**Frank Rivers**
**7024 Interurban Blvd**
**Snohomish, WA 98296**

As of the petition filing date, the claim is:          **$84.00**    **$84.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.2813**

Priority creditor's name and mailing address
**Frank Seeling**
**505 Rosewood Dr**
**Metairie, LA 70001**

As of the petition filing date, the claim is:          **$288.00**    **$288.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.2814**

Priority creditor's name and mailing address
**Frank Yang**
**6740 Lizardfish Way**
**Newark, CA 94560**

As of the petition filing date, the claim is:          **$442.00**    **$442.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
| | Name | | |

---

| 2.2815 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |
| | **Frank Zhen** | Check all that apply. | | |
| | **1906 W Garvey Ave S Ste 200** | ☐ Contingent | | |
| | **West Covina, CA 91790** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

---

| 2.2816 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $182.00 | $182.00 |
| | **Frankpeter Chuberko** | Check all that apply. | | |
| | **51 Frances Blvd** | ☐ Contingent | | |
| | **Holtsville, NY 11742** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

---

| 2.2817 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $105.00 | $105.00 |
| | **Fray Doyle** | Check all that apply. | | |
| | **164 Indigo Loop** | ☐ Contingent | | |
| | **Miramar Beach, FL 32550** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

---

| 2.2818 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $174.00 | $174.00 |
| | **Fred Ammons** | Check all that apply. | | |
| | **2040 Peach Grove Lane** | ☐ Contingent | | |
| | **Zebulon, NC 27597** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (*if known*) | | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.2819 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,042.00 | $1,042.00 |
|---|---|---|---|---|

**Fred Chan**
**2577 Heathway Dr**
**Florence, SC 29501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2820 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $300.00 |
|---|---|---|---|---|

**Fred Hill**
**438 Highway 35 N Apt 5201**
**Mantoloking, NJ 08738**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2821 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $259.00 | $259.00 |
|---|---|---|---|---|

**Fred Speno**
**12831 Daylight Dr. Apt. ,3101**
**3103**
**St.Louis, MO 63131**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2822 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $43.00 | $43.00 |
|---|---|---|---|---|

**Frederic Cloutier**
**6301 Franklin Crest Dr**
**El Paso, TX 79912**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 2.2823 | Priority creditor's name and mailing address<br>**Frederick Greer**<br>**918 Cascade Rdg**<br>**Katy, TX 77494** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

$94.00    $94.00

| | | |
|---|---|---|
| 2.2824 | Priority creditor's name and mailing address<br>**Frederick Hubbard**<br>**17554 Devonshire St**<br>**Northridge, CA 91325** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

$29.00    $29.00

| | | |
|---|---|---|
| 2.2825 | Priority creditor's name and mailing address<br>**Frederick M.Denning**<br>**3232 San Helena Dr**<br>**Oceanside, CA 92056** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

$22.00    $22.00

| | | |
|---|---|---|
| 2.2826 | Priority creditor's name and mailing address<br>**Fredrik Malmberg**<br>**6565 W Sunset Blvd Ste 517**<br>**Los Angeles, CA 90028** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

$40.00    $40.00

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.2827 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $135.00 | $135.00 |
|---|---|---|---|---|

**Fredwrick Heyse**
**201 Bardine Rd**
**Crabtree, PA 15624**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2828 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.00 | $66.00 |
|---|---|---|---|---|

**Freeman Witherspoon**
**9503 Zayden Dr**
**Killeen, TX 76542**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2829 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.00 | $13.00 |
|---|---|---|---|---|

**Frieda Tawil**
**2360 E 1st St**
**Brooklyn, NY 11223**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2830 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.00 | $55.00 |
|---|---|---|---|---|

**G Lutt**
**950 Myler Park Rd**
**East Liverpool, OH 43920**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.2831** | Priority creditor's name and mailing address
**Gabriel Can**
**3450 Brookhill St**
**La Crescenta, CA 91214**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$86.00**   **$86.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

**2.2832** | Priority creditor's name and mailing address
**Gabriel Hofmann**
**14287 Carlow Run**
**Carmel, IN 46074**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$57.00**   **$57.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

**2.2833** | Priority creditor's name and mailing address
**Gabriel Howard**
**1270 Cranford Hollow Rd**
**Columbia, TN 38401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$63.00**   **$63.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

**2.2834** | Priority creditor's name and mailing address
**Gabriele Tonini**
**312 11th Ave Apt 25j**
**New York, NY 10001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$73.00**   **$73.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

Debtor    **Phoeno Wine Company, Inc.**                    Case number (if known) _____
          _____
          Name

| 2.2835 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Gabrielle Maksian**
**10920 71st Rd Apt 1k**
**Forest Hills, NY 11375**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2836 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.00 | $52.00 |

**Gabrielle Prokoo**
**3511 Veto Rd**
**Vincent, OH 45784**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2837 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $423.00 | $423.00 |

**Gabrielle Zartman**
**6531 N Camino Verde**
**Tucson, AL 85743**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2838 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,195.00 | $1,195.00 |

**Gail Bazyl**
**128 Winding Hill Dr**
**Hackettstown, NJ 07840**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**                                   Case number (if known) _____
_____
Name

| 2.2839 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.00 | $42.00 |
|---|---|---|---|---|

**Gail Dorris**
**1354 Madelena Kane**
**Manteca, CA 95336**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2840 | Priority creditor's name and mailing address | | $2,062.00 | $2,062.00 |
|---|---|---|---|---|

**Galen Franken**
**8102 E Valley Vista St**
**Mesa, AZ 85207**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2841 | Priority creditor's name and mailing address | | $56.00 | $56.00 |
|---|---|---|---|---|

**Galliano Katie**
**403 Hunters Park Ln**
**Houston, TX 77024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2842 | Priority creditor's name and mailing address | | $29.00 | $29.00 |
|---|---|---|---|---|

**Ganesh Ramachandran**
**34180 Oneil Ter**
**Fremont, CA 94555**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Case number (*if known*) _____

Name

---

| 2.2843 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $487.00 | $487.00 |
|---|---|---|---|---|

**Gargi Talukder**
**60 Hazelwood Ave**
**San Francisco, CA 94112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2844 | Priority creditor's name and mailing address | | $90.00 | $90.00 |
|---|---|---|---|---|

**Garret Yamaguchi**
**4616 25th Ave NE # 197**
**Seattle, WA 98105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2845 | Priority creditor's name and mailing address | | $29.00 | $29.00 |
|---|---|---|---|---|

**Garrett Drummond**
**3741 E Welton Ln**
**Gilbert, AZ 85295**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2846 | Priority creditor's name and mailing address | | $30.00 | $30.00 |
|---|---|---|---|---|

**Garrett Durham**
**1905 La Dawn Ln Nw**
**Atlanta, GA 30318**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known) _____

Name

| 2.2847 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |

**Garrett Felix**
**85 Charles Cir**
**Hallam, PA 17406**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2848 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.00 | $55.00 |

**Garrett Hale**
**407 Pipes Lane**
**Encintas, CA 92024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2849 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.00 | $63.00 |

**Garrett Leahy**
**1727 Okeechobee Rd**
**West Palm Beach, FL 33409**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2850 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,044.00 | $1,044.00 |

**Garrett Morgan**
**3813 Esperanza Drive**
**Sacramento, CA 95864**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.2851 | Priority creditor's name and mailing address<br>**Garrett Nelson**<br>**3810 Solebury Pl**<br>**Midlothian, VA 23113** | As of the petition filing date, the claim is: $680.00    $680.00<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.2852 | Priority creditor's name and mailing address<br>**Garry Miller**<br>**16 Shawmut Park**<br>**Newton, MA 02464** | As of the petition filing date, the claim is: $53.00    $53.00<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.2853 | Priority creditor's name and mailing address<br>**Garth Mattson**<br>**13220 Nw 35th Ct**<br>**Vancouver, WA 98685** | As of the petition filing date, the claim is: $84.00    $84.00<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.2854 | Priority creditor's name and mailing address<br>**Gary Achultz**<br>**575 El Camino Real Unit 6101**<br>**Naples, FL 34119** | As of the petition filing date, the claim is: $104.00    $104.00<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.2855 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |
|---|---|---|---|---|

**2.2855**  Priority creditor's name and mailing address

**Gary Alto**
**6101 Whipple Ave Nw**
**Alto Insurance Group**
**North Canton, OH 44720**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$33.00    $33.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.2856**  Priority creditor's name and mailing address

**Gary Bartlett**
**3011 Lacewing Way**
**Richmond, TX 77469**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$31.00    $31.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.2857**  Priority creditor's name and mailing address

**Gary Billmyre**
**217 Jefferson Ave**
**Canton, GA 30114**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$81.00    $81.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.2858**  Priority creditor's name and mailing address

**Gary Bruce**
**11493 Larchwood Dr**
**Fontana, CA 92337**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$29.00    $29.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)*

---

**2.2859** Priority creditor's name and mailing address
**Gary Combs**
**10400 Clarence Dr Ste 100**
**C/O Classic Wine**
**Frisco, TX 75033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$439.00    $439.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2860** Priority creditor's name and mailing address
**Gary Demaster**
**35374 Edmunds Grv**
**New Baltimore, MI 48047**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$205.00    $205.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2861** Priority creditor's name and mailing address
**Gary Deurance**
**225 78th St**
**Virginia Beach, VA 23451**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$460.00    $460.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2862** Priority creditor's name and mailing address
**Gary Eichhorst**
**5 B St**
**Lake Lotawana, MO 64086**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,286.00    $2,286.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**                                    Case number (if known)
_____
Name

| | |
|---|---|

**2.2863**  Priority creditor's name and mailing address

**Gary George**
**98 Robin Hood Dr**
**Youngstown, OH 44511**

As of the petition filing date, the claim is:                    $91.00       $91.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Is the claim subject to offset?
■ No
Specify Code subsection of PRIORITY       ☐ Yes
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.2864**  Priority creditor's name and mailing address

**Gary Greenblatt**
**3801 Rodman St Nw Apt 4**
**Washington, DC 20016**

As of the petition filing date, the claim is:                    $30.00       $30.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Is the claim subject to offset?
■ No
Specify Code subsection of PRIORITY       ☐ Yes
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.2865**  Priority creditor's name and mailing address

**Gary Hicks**
**10320 W El Campo Grande Ave**
**Las Vegas, NV 89149**

As of the petition filing date, the claim is:                    $260.00      $260.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Is the claim subject to offset?
■ No
Specify Code subsection of PRIORITY       ☐ Yes
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.2866**  Priority creditor's name and mailing address

**Gary Hogan**
**1026 2nd St S Apt C**
**Jacksonville Beach, FL 32250**

As of the petition filing date, the claim is:                    $313.00      $313.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Is the claim subject to offset?
■ No
Specify Code subsection of PRIORITY       ☐ Yes
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

---

| 2.2867 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $146.00 | $146.00 |

**Gary Januchowski**
**1669 Brush Creek Rd**
**Colbert, GA 30628**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2868 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.00 | $104.00 |

**Gary Lriebes.V.D.**
**6028 S Victoria Ave**
**Los Angeles, CA 90043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2869 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $229.00 | $229.00 |

**Gary Peters**
**91 Red Cypress Ct**
**Danville, CA 94506**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2870 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $204.00 | $204.00 |

**Gary Popham**
**19623 Southern Maple Ln**
**Houston, TX 77094**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.2871** | Priority creditor's name and mailing address

**Gary Richelson**
**Ups Access Point - Michaels Store**
**290 S Broadway, 2**
**Salem, NH 03079**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$19.00    $19.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2872** | Priority creditor's name and mailing address

**Gary Sato**
**11 Railroad Ave**
**Hilo, HI 96720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$211.00    $211.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2873** | Priority creditor's name and mailing address

**Gary Simpson**
**760 East 19th Street**
**Brooklyn, NY 11230**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$662.00    $662.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2874** | Priority creditor's name and mailing address

**Gary Thomas**
**2726 Park Land Ln**
**Snellville, GA 30078**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$100.00    $100.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

---

| 2.2875 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $363.00 | $363.00 |
|---|---|---|---|---|

**Gary Webb**
**11804 Tall Elm Ct**
**Riverview, FL 33569**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2876 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Gary Yagiello**
**932a Thornhill Ct**
**A**
**Lakewood, NJ 08701**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2877 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $92.00 | $92.00 |
|---|---|---|---|---|

**Gaughan Roger**
**4145 Brownsville Rd**
**Pittsburgh, PA 15227**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2878 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.00 | $52.00 |
|---|---|---|---|---|

**Gautam Jaggi**
**6 Carol Rd**
**Westfield, NJ 07090**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

---

| 2.2879 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $790.00 | $790.00 |

**Gaye Dunstan**
**646 West Side Avenue**
**Jersey City, NJ 07304**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2880 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $289.00 | $289.00 |

**Gayle Mccormick**
**617 Green Bay Rd Apt 511**
**Wilmette, IL 60091**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2881 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Gayle Restivo**
**10 Bonton Ct**
**Reisterstown, MD 21136**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2882 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,507.00 | $1,507.00 |

**Gene Baumann**
**2270 Princeton Dr**
**San Bruno, CA 94066**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____

Name

| | | |
|---|---|---|
| 2.2883 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**2.2883**

Priority creditor's name and mailing address

**Gene Francis**
**4007 Carousel Way**
**Chesapeake Beach, MD 20732**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$28.00    $28.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.2884**

Priority creditor's name and mailing address

**Gene Kowalczewski**
**95 Stewart Ct**
**East Aurora, NY 14052**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$637.00    $637.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.2885**

Priority creditor's name and mailing address

**Gene Moser**
**9 Ward Dr**
**Hampton, VA 23669**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$218.00    $218.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.2886**

Priority creditor's name and mailing address

**Gene Nelson**
**16235 Ranchland Ln**
**Cypress, TX 77429**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$38.00    $38.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (*if known*) _____

---

| 2.2887 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $28.00 | $28.00 |
|---|---|---|---|---|

**Genesis Peduto**
**1265 15th St Ph E**
**Fort Lee, NJ 07024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2888 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $51.00 | $51.00 |
|---|---|---|---|---|

**Geoff Goetz**
**2144 West Cortland St**
**Chicago, IL 60647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2889 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $390.00 | $390.00 |
|---|---|---|---|---|

**Geoff Hays**
**6124 Haverford Ave**
**Indianapolis, IN 46220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2890 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $143.00 | $143.00 |
|---|---|---|---|---|

**Geoff Hindmarsh**
**2085 Bahama Dr**
**Navarre, FL 32566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| 2.2891 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $416.00 | $416.00 |
|---|---|---|---|---|

**Geoff Mcpherson**
**330 E 91st St**
**Tacoma, WA 98445**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2892 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Geoff Parish**
**7674 W Morning Ct**
**Boise, ID 83709**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2893 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $308.00 | $308.00 |
|---|---|---|---|---|

**Geoffrey Dimeglio**
**39 Hamilton Ave**
**Princeton, NJ 08542**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2894 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $74.00 | $74.00 |
|---|---|---|---|---|

**Geoffrey Shott**
**3223 S Atlantic Ave Apt 706**
**Cocoa Beach, FL 32931**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**2.2895** | Priority creditor's name and mailing address

**Geoffrey Tanner**
**5350 Creekbend Drive**
**Carmel, IN 46033**

As of the petition filing date, the claim is:  $32.00    $32.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.2896** | Priority creditor's name and mailing address

**George Baccash**
**152 Capital Green Dr Ste 34**
**Ponte Vedra, FL 32081**

As of the petition filing date, the claim is:  $209.00    $209.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.2897** | Priority creditor's name and mailing address

**George Berelson**
**7145 Promenade Dr Apt 402**
**Boca Raton, FL 33433**

As of the petition filing date, the claim is:  $71.00    $71.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.2898** | Priority creditor's name and mailing address

**George Burgin**
**217 S Lake St**
**Burbank, CA 91502**

As of the petition filing date, the claim is:  $2,691.00    $2,691.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**  Case number *(if known)* _____
_____
Name

| 2.2899 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $769.00 | $769.00 |
|---|---|---|---|---|

**George Charlesworth**
**24 Becker Dr**
**Ladera Ranch, CA 92694**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2900 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $166.00 | $166.00 |
|---|---|---|---|---|

**George Chung**
**1851 Mira Valle St**
**Monterey Park, CA 91754**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2901 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $163.00 | $163.00 |
|---|---|---|---|---|

**George Cirrilla**
**173 Millbridge Road**
**Clementon, NJ 08021**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2902 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |
|---|---|---|---|---|

**George Fekete**
**11359 E Teach Rd**
**Palm Beach Gardens, FL 33410**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                        Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 2.2903 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $700.00 | $700.00 |

2.2903 | Priority creditor's name and mailing address

**George Gire**
**3025 Highland Parkway**
**#325**
**Downers Grove, IL 60515**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$700.00    $700.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.2904 | Priority creditor's name and mailing address

**George Hardy**
**2304 Oceanforest Dr W**
**Atlantic Beach, FL 32233**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$136.00    $136.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.2905 | Priority creditor's name and mailing address

**George Hayes**
**305 N 5th St**
**Kentwood, LA 70444**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$382.00    $382.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.2906 | Priority creditor's name and mailing address

**George Horvat**
**6302 Malcolm Drive**
**Dallas, TX 75214**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$105.00    $105.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (*if known*)

| 2.2907 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |

**George Kahn**
**10009 Highland Park Pl**
**Palmetto, FL 34221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2908 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $96.00 | $96.00 |

**George Kassabov**
**7132 Ashland Gln**
**Bradenton, FL 34202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2909 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.00 | $112.00 |

**George Leikauf**
**7289 Smokey Woods Ln**
**Cincinnati, OH 45230**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2910 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $86.00 | $86.00 |

**George Marucci**
**17850 N 68th St Unit 2043**
**Phoenix, AZ 85054**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| | | |
|---|---|---|
| 2.2911 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: $50.00  $50.00 |

**George Matthews**
**2901 Via Anacapa**
**Pve, CA 90274**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2912 | Priority creditor's name and mailing address | $528.00  $528.00 |

**George May**
**28 Laughing Gull Ln**
**Palm Coast, FL 32137**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2913 | Priority creditor's name and mailing address | $28.00  $28.00 |

**George Murgatroyd**
**28952 Selfridge Dr**
**Malibu, CA 90265**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2914 | Priority creditor's name and mailing address | $157.00  $157.00 |

**George Nova**
**18632 79th Pl W**
**Edmonds, WA 98026**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor   **Phoeno Wine Company, Inc.**                          Case number (if known) _____

Name

| 2.2915 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.00 | $45.00 |

**George Rojas**
**232 N 7th St**
**Prospect Park, NJ 07508**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2916 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**George Scigousky**
**490 Phillips Ave**
**Glen Ellyn, IL 60137**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2917 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.00 | $62.00 |

**George Tompkins**
**57-65 78 Street**
**Middle Village, NY 11379**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2918 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $287.00 | $287.00 |

**George Unsinger**
**214 SWeetbriar Rd**
**Summerville, SC 29485**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known)

---

| 2.2919 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $138.00 | $138.00 |

**George Vareldzis**
**12705 Buffington Trl**
**Parker, CO 80134**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2920 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $92.00 | $92.00 |

**Georgeanne Wayman**
**1 Oreo Way**
**Cape May, NJ 08204**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2921 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |

**Georgette Kokinda**
**128 Aspen Dr**
**Downingtown, PA 19335**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2922 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |

**Georgia Cameron**
**1051 S Quitman St**
**Denver, CO 80219**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (*if known*) _____

| | | |
|---|---|---|
| 2.2923 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

| | |
|---|---|
| 2.2923 Priority creditor's name and mailing address **Georgia Gutierrez** **133 Highway 66 E** **Albuquerque, NM 87123** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |

$83.00    $83.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

2.2924 Priority creditor's name and mailing address
**Georgia Nissen**
**79514 Letz Creek Rd**
**Lorane, OR 97451**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$15.00    $15.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

2.2925 Priority creditor's name and mailing address
**Georgina Kesterson**
**10579 Bent Tree View**
**Johns Creek, GA 30097**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$353.00    $353.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

2.2926 Priority creditor's name and mailing address
**Gerald Barkholz**
**2925 Terra Ceia Bay Blvd Unit 2904**
**Palmetto, FL 34221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$210.00    $210.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (*if known*)

| 2.2927 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $498.00 | $498.00 |
|---|---|---|---|---|

**Gerald Black**
**921 Brookberry Farm Cir**
**Winston Salem, NC 27106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2928 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $634.00 | $634.00 |
|---|---|---|---|---|

**Gerald Borlin**
**9587 E Kiisa Dr**
**Scottsdale, AZ 85262**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2929 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|

**Gerald Brokeshoulder**
**11529 W 79th St Bldg 21**
**Lenexa, KS 66214**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2930 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $849.00 | $849.00 |
|---|---|---|---|---|

**Gerald Cherayil**
**6515 Eveland Ct**
**New Albany, OH 43054**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

| 2.2931 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,113.00 | $1,113.00 |

**Gerald Joyce**
**3405 Savan Ct**
**Raleigh, NC 27613**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2932 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |

**Gerald Mbabazi**
**261 N Madison Ave Apt 204**
**Pasadena, CA 91101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2933 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $249.00 | $249.00 |

**Gerald Peden**
**370 Glenwood Ave**
**Satellite Beach, FL 32937**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2934 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $532.00 | $532.00 |

**Gerald Reuter**
**4507 Marbrook Meadow**
**Katy, TX 77494**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                              Case number (if known) _____

     Name

| 2.2935 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |
|---|---|---|---|---|

**Gerald Roche**
**1023 Durham Rd**
**Madison, CT 06443**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.2936 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |
|---|---|---|---|---|

**Gerald Scallion**
**2940 Legends Dr**
**Southport, NC 28461**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.2937 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51.00 | $51.00 |
|---|---|---|---|---|

**Gerald Segar**
**26 Harvest Lane**
**Tolland, CT 06084**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.2938 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Gerald Thomas**
**28355 E 94th St S**
**Broken Arrow, OK 74014**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.2939 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $108.00 | $108.00 |
|--------|---------------------------------------------|-----------------------------------------------|---------|---------|

2.2939  Priority creditor's name and mailing address

**Gerard Balski**
**12810 Huntley Manor Dr**
**Jacksonville, FL 32224**

As of the petition filing date, the claim is: $108.00   $108.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.2940  Priority creditor's name and mailing address

**Gerard Davis**
**1 Linden Place**
**Greenwich, CT 06831**

As of the petition filing date, the claim is: $56.00   $56.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.2941  Priority creditor's name and mailing address

**Gerardo Vidauri**
**22654 Thrush St**
**Grand Terrace, CA 92313**

As of the petition filing date, the claim is: $30.00   $30.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.2942  Priority creditor's name and mailing address

**Geri Samuel**
**72 Good Luck Street**
**Edison, NJ 08820**

As of the petition filing date, the claim is: $26.00   $26.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**                          Case number (if known) _____
Name

| 2.2943 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.00 | $53.00 |

**German Velasquez**
**13940 Langley Pl**
**Davie, FL 33325**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2944 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $328.00 | $328.00 |

**Gerry Sanpedro**
**401 Tealwood Drive**
**Bossier City, LA 71111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2945 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $91.00 | $91.00 |

**Gevan Mccoy**
**2011 Ristrello**
**New Braunfels, TX 78132**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2946 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.00 | $115.00 |

**Gianna Bergman**
**980 High Ridge Rd**
**Fedex**
**Stamford, CT 06905**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

| | | | |
|---|---|---|---|
| 2.2947 | Priority creditor's name and mailing address<br>**Gianpiero Pagliaro**<br>**270 W 124th St Apt 11b**<br>**New York, NY 10027** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $161.00    $161.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2948 | Priority creditor's name and mailing address<br>**Gil Lopez**<br>**8922 Sterling Gate Cir**<br>**Spring, TX 77379** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $30.00    $30.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2949 | Priority creditor's name and mailing address<br>**Gilbert Yguerabide**<br>**19 Winning Colors Rd**<br>**Stafford, VA 22556** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $62.00    $62.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2950 | Priority creditor's name and mailing address<br>**Gillespie Joe**<br>**4330 42nd St Apt 2f**<br>**Sunnyside, NY 11104** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $30.00    $30.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor  **Phoeno Wine Company, Inc.**                                  Case number (*if known*) _____
_____
Name

| 2.2951 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $126.00 | $126.00 |
|---|---|---|---|---|

**Gillian Arledge**
**111 Daleyuhski Way**
**Loudon, TN 37774**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2952 | Priority creditor's name and mailing address | | $38.00 | $38.00 |
|---|---|---|---|---|

**Gillian Sadowsky**
**67 Nidd Ct**
**Allendale, NJ 07401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2953 | Priority creditor's name and mailing address | | $40.00 | $40.00 |
|---|---|---|---|---|

**Gina Cimineri**
**1162 Pittsford Victor Rd Ste 200**
**Pittsford, NY 14534**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2954 | Priority creditor's name and mailing address | | $99.00 | $99.00 |
|---|---|---|---|---|

**Gina Conflitti**
**20073 N 94th Way**
**Scottsdale, AZ 85255**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.2955 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |

**Gina Quattrocchi**
**119 Muller Ave**
**Staten Island, NY 10314**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2956 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.00 | $48.00 |

**Gina Ralston**
**30268 N. 47th St.**
**Cave Creek, AZ 85331**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2957 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |

**Gina Timochko**
**175 Pleasant St**
**Haworth, NJ 07641**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2958 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $129.00 | $129.00 |

**Gina Ward**
**6689 Chaparral Rd**
**Huntsville, UT 84317**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known)

| 2.2959 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.00 | $72.00 |

**Ginger Delance**
**2727 Kirby Dr Apt 17c**
**Houston, TX 77098**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2960 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.00 | $15.00 |

**Ginny Hughes**
**822 Woodfield Ct**
**Port Byron, IL 61275**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2961 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.00 | $110.00 |

**Giovana Bier**
**3795 S. Emporia Way**
**Unit R-204**
**Aurora, CO 80014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2962 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $147.00 | $147.00 |

**Girish Ahuja**
**1442 Courtyard Drive**
**San Jose, CA 95118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (*if known*) _____

| | | |
|---|---|---|
| 2.2963 | Priority creditor's name and mailing address<br>**Giuliano Hazan**<br>**6549 S Tamiami Trl**<br>**Hold For Pickup**<br>**Sarasota, FL 34231** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$116.00**   **$116.00** |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.2964   Priority creditor's name and mailing address
**Gladys Hammen**
**21290 Cinnabar Hills Rd**
**San Jose, CA 95120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$62.00**   **$62.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.2965   Priority creditor's name and mailing address
**Glen Bover**
**66 Sturr Street**
**North Haledon, NJ 07508**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$146.00**   **$146.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.2966   Priority creditor's name and mailing address
**Glen Harvey**
**205 W 6th St**
**West Wyoming, PA 18644**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$253.00**   **$253.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (*if known*) _____

| | | |
|---|---|---|
| 2.2967 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.2967** Priority creditor's name and mailing address

**Glen Spencer**
**3742 Virginia Pine Drive, None**
**None**
**Carrollton, TX 75007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$939.00    $939.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.2968** Priority creditor's name and mailing address

**Glenn Becker**
**1740 Opechee Way**
**Glendale, CA 91208**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$241.00    $241.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.2969** Priority creditor's name and mailing address

**Glenn Hall**
**15 W 61st St Apt 3h**
**New York, NY 10023**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$314.00    $314.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.2970** Priority creditor's name and mailing address

**Glenn James**
**7072 Windward St**
**San Diego, CA 92114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$64.00    $64.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

| 2.2971 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $220.00 | $220.00 |
|---|---|---|---|---|

**Glenn Martin**
**2081 Shell Ring Cir**
**Mount Pleasant, SC 29466**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2972 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |
|---|---|---|---|---|

**Glenn Melvin**
**10907 Chatham Ridge Way**
**Spotsylvania, VA 22551**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2973 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.00 | $88.00 |
|---|---|---|---|---|

**Glenn Shear**
**255 Corporate Center Dr Ste D**
**Stockbridge, GA 30281**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2974 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.00 | $45.00 |
|---|---|---|---|---|

**Gloria Ahn**
**301 West Avenue**
**Apartment 1204**
**Austin, TX 78701**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor     **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.2975 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16.00 | $16.00 |
|---|---|---|---|---|

**Glory Chapa**
**11 Rosewood Ln**
**Boonton, NJ 07005**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2976 | Priority creditor's name and mailing address | | $113.00 | $113.00 |
|---|---|---|---|---|

**Gordon Gillespie**
**2632 S West View St**
**Los Angeles, CA 90016**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2977 | Priority creditor's name and mailing address | | $352.00 | $352.00 |
|---|---|---|---|---|

**Gordon Hill**
**559 Kathmere Rd**
**Havertown, PA 19083**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2978 | Priority creditor's name and mailing address | | $150.00 | $150.00 |
|---|---|---|---|---|

**Gordon Kipling**
**3428 Park Ave**
**Minneapolis, MN 55407**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**                        Case number (if known) _____
_____
Name

| 2.2979 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.00 | $70.00 |

**Gordon Rager**
**12627 Carinthia Dr, Whittier, Ca**
**90601**
**Whittier, CA 90601**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.2980 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.00 | $62.00 |

**Gordon Tindall**
**4320 Van Nuys Blvd Apt 310**
**Sherman Oaks, CA 91403**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.2981 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.00 | $77.00 |

**Grace Gallagher**
**310 Arlington Ave Unit 402**
**Charlotte, NC 28203**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.2982 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.00 | $70.00 |

**Grace Kaynor**
**826 Constantinople St**
**New Orleans, LA 70115**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.2983 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Grace Uhls**
**2298 W 28th Ave Apt 137**
**Denver, CO 80211**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2984 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $318.00 | $318.00 |
|---|---|---|---|---|

**Grady Hall**
**24758 Ballad Dr**
**Katy, TX 77493**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2985 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Graham Davey**
**1803 Nightshade**
**San Antonio, TX 78260**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2986 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $74.00 | $74.00 |
|---|---|---|---|---|

**Graham Dewanna**
**998 Glenwood Ave**
**Plainfield, NJ 07060**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**                                        Case number (if known) _____
_____
Name

| 2.2987 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$91.00** | **$91.00** |
|---|---|---|---|---|

**Graham Molinaro**
**2979 Fairway View Dr**
**Grand Junction, CO 81503**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2988 | Priority creditor's name and mailing address | | **$50.00** | **$50.00** |

**Grant Cummings**
**2004 240th Pl Se**
**Bothell, WA 98021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2989 | Priority creditor's name and mailing address | | **$188.00** | **$188.00** |

**Grant Glattly**
**434 Stable Ln**
**Lake Forest, IL 60045**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2990 | Priority creditor's name and mailing address | | **$29.00** | **$29.00** |

**Grant Whittington**
**3321 Garrett Drive**
**Irving, TX 75062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 2.2991 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.00 | $57.00 |
|---|---|---|---|---|

**Granville Morse**
**3510 N Causeway Blvd Ste 110**
**Metairie, LA 70002**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2992 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |
|---|---|---|---|---|

**Gratian Schindler**
**Kesslerstrasse**
**4**
**Zollikon, TX 08702**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2993 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|---|---|---|---|---|

**Grayson Meyerowitz**
**1085 Huntingdon Rd**
**Abington, PA 19001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2994 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.00 | $47.00 |
|---|---|---|---|---|

**Greg Aimone**
**435 Orlena Ave**
**Long Beach, CA 90814**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

---

| 2.2995 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |

**Greg Andrukat**
**30 Roosevelt St**
**Corning, NY 14830**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2996 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $323.00 | $323.00 |

**Greg Angle**
**2800 Dewdrop Pl**
**Westlake Village, CA 91362**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2997 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 | $200.00 |

**Greg Brawley**
**2658 Vista Del Oro**
**Newport Beach, CA 92660**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2998 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.00 | $95.00 |

**Greg Burzynski**
**239 Mayflower Ln**
**Bartlett, IL 60103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|--------|-------------------------------|------------------------|--|
| | Name | | |

---

| 2.2999 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $141.00 | $141.00 |
|--------|--------|--------|--------|--------|

**Greg Cerny**
**2 Butterfield Dr**
**Westborough, MA 01581**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3000 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.00 | $57.00 |
|--------|--------|--------|--------|--------|

**Greg Chianetta**
**21 West Street**
**28f**
**New York, NY 10006**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3001 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|--------|--------|--------|--------|--------|

**Greg Gilbert**
**1535 Centervue Crossing Wat**
**Apt 105**
**Knoxville, TN 37932**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3002 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|--------|--------|--------|--------|--------|

**Greg Hackett**
**119 Via Antibes**
**Newport Beach, CA 92663**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 2.3003 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 | $150.00 |

**Greg Harper**
**17 Crestwood Dr**
**Houston, TX 77007**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3004 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |

**Greg Himmel**
**4682 Bandera Pl**
**Parker, CO 80134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3005 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $345.00 | $345.00 |

**Greg Hobbs**
**Greenville Country Club**
**239 Byrd**
**Greenville, SC 29605**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3006 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $501.00 | $501.00 |

**Greg Hoffman**
**163 Old Savannah Rd**
**Hinesville, GA 31313**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

---

| 2.3007 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $208.00 | $208.00 |
|--------|---|---|---|---|

**Greg Kirchhoff**
**18171 Icon Ct**
**Lakeville, MN 55044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.3008 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.00 | $61.00 |
|--------|---|---|---|---|

**Greg Marra**
**9114 Prima Way Unit 201**
**Naplrs, FL 34113**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.3009 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $127.00 | $127.00 |
|--------|---|---|---|---|

**Greg Moundas**
**5301 Headquarters Dr**
**Plano, TX 75024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.3010 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.00 | $62.00 |
|--------|---|---|---|---|

**Greg Neal**
**1153 Bergen Parkway**
**I-410**
**Evergreen, CO 80439**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (*if known*)

---

**2.3011** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.00 | $64.00
| **Greg Payton** | *Check all that apply.* | |
| **515 Gusdorf Rd Ste 4** | ☐ Contingent | |
| **Taos, NM 87571** | ☐ Unliquidated | |
| | ☐ Disputed | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

**2.3012** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $270.00 | $270.00
| **Greg Perlberg** | *Check all that apply.* | |
| **26125 Wendell St** | ☐ Contingent | |
| **Chantilly, VA 20152** | ☐ Unliquidated | |
| | ☐ Disputed | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

**2.3013** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $93.00 | $93.00
| **Greg Quartier** | *Check all that apply.* | |
| **46 Pilgrim Path** | ☐ Contingent | |
| **Huntington, NY 11743** | ☐ Unliquidated | |
| | ☐ Disputed | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

**2.3014** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00
| **Greg Richards** | *Check all that apply.* | |
| **23225 Kingsland Blvd Ste 300** | ☐ Contingent | |
| **Katy, TX 77494** | ☐ Unliquidated | |
| | ☐ Disputed | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                      Case number (if known) _____
Name

| 2.3015 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.00 | $115.00 |

**Greg Sambo**
**2241 Bridgeport Cir**
**Rockledge, FL 32955**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3016 | Priority creditor's name and mailing address | | $391.00 | $391.00 |

**Greg Scofield**
**9260 Se Wyndham Way**
**Happy Valley, OR 97086**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3017 | Priority creditor's name and mailing address | | $30.00 | $30.00 |

**Greg Sevener**
**1214 E. Hamlin St. Slip #1**
**Seattle, WA 98102**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3018 | Priority creditor's name and mailing address | | $115.00 | $115.00 |

**Greg Stonehouse**
**12833 Goodview Avenue N**
**White Bear Lake, MN 55110**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**                          Case number *(if known)* _____
_____
Name

| 2.3019 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $644.00 | $644.00 |

**Greg Taylor**
**310 Shipwatch Pte**
**Savannah, TN 38372**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3020 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |

**Greg Tyminski**
**105 Crabapple Ln**
**Syracuse, NY 13219**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3021 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $432.00 | $432.00 |

**Greg Werhane**
**6438 San Isabel Ave**
**Loveland, CO 80538**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3022 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $381.00 | $381.00 |

**Greg Wick**
**725 Kansas City St**
**Rapid City, SD 57701**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**      Case number (*if known*) _____

Name

| 2.3023 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $271.00 | $271.00 |
|---|---|---|---|---|

**Gregg Caserta**
**153 N Broadway**
**Nyack, NY 10960**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3024 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|

**Gregg Chiponis**
**22058 Marie Crt**
**Rogers, MN 55374**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3025 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Gregg Fogel**
**1513 Race St**
**Cincinnati, OH 45202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3026 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.00 | $64.00 |
|---|---|---|---|---|

**Gregg Hall**
**651 W Washington Blvd Ste 1n**
**Chicago, IL 60661**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor  **Phoeno Wine Company, Inc.**                                  Case number (if known) _____
_____
Name

| 2.3027 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $143.00 | $143.00 |

**Gregg Hartman**
**60 Church St**
**Norwich, VT 05055**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3028 | Priority creditor's name and mailing address | | $135.00 | $135.00 |

**Gregg Swersky**
**7005 Middlebrook Pike**
**Knoxville, TN 37909**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3029 | Priority creditor's name and mailing address | | $21.00 | $21.00 |

**Gregg Thatcher**
**1628 Royal Oak Dr**
**Mansfield, OH 44906**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3030 | Priority creditor's name and mailing address | | $58.00 | $58.00 |

**Gregg Vanier**
**102 N Water St Unit 611**
**Milwaukee, WI 53202**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor   **Phoeno Wine Company, Inc.**                                 Case number (if known) _____
_____
         Name

| 2.3031 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $412.00 | $412.00 |

**Gregg Weiss**
**7 Bellchase Ct**
**Pikesville, MD 21208**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3032 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Gregg Weisser**
**2621 Palisade Ave Apt 12I**
**Bronx, NY 10463**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3033 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |

**Gregg Zacky**
**6306 Bertrand Ave**
**Encino, CA 91316**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3034 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $356.00 | $356.00 |

**Gregor Mcleod**
**5508 Del Park Ave**
**Virginia Beach, VA 23455**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.3035 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.00 | $85.00 |

**Gregory Albert**
**17 Coralvine Ct**
**Spring, TX 77380**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3036 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $379.00 | $379.00 |

**Gregory Chester**
**1022 N Bumby Ave**
**Orlando, FL 32803**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3037 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $213.00 | $213.00 |

**Gregory Confer**
**306 Salem Ct**
**Franklin, TN 37064**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3038 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $522.00 | $522.00 |

**Gregory Eidlen**
**57 Everett Ave**
**Staten Island, NY 10309**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known)
_____
Name

| 2.3039 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $232.00 | $232.00 |
|---|---|---|---|---|

**Gregory Garrett**
**1218 Taylor St**
**Columbia, SC 29201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3040 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.00 | $42.00 |
|---|---|---|---|---|

**Gregory Gilleland**
**4089 Louisville Rd**
**Finksburg, MD 21048**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3041 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.00 | $55.00 |
|---|---|---|---|---|

**Gregory Gordon**
**3764 East Ave**
**Rochester, NY 14618**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3042 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.00 | $62.00 |
|---|---|---|---|---|

**Gregory Gotimer**
**3108 Dancy Street**
**Austin, TX 78722**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                Case number *(if known)* _____
_____
           Name

| 2.3043 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $848.00 | $848.00 |

**Gregory Hayward**
**2395 Palisades Crest Drive**
**Lake Oswego, OR 97034**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3044 | Priority creditor's name and mailing address | | $113.00 | $113.00 |

**Gregory Henry**
**13606 Sylvan Bluff Drive**
**Leesburg, VA 20176**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3045 | Priority creditor's name and mailing address | | $138.00 | $138.00 |

**Gregory Hoffman**
**51205 Highway 275**
**Clearwater, NE 68726**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3046 | Priority creditor's name and mailing address | | $392.00 | $392.00 |

**Gregory Holmes**
**465 240th Ave Apt 307**
**Bridges Bay Pointe**
**Arnolds Park, IA 51331**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor  **Phoeno Wine Company, Inc.**

Name

Case number (if known)

| 2.3047 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,695.00 | $2,695.00 |

**Gregory Holt**
**209 Trotter Street**
**Greenville, SC 29605**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3048 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**Gregory Horn**
**3 Oakland Rd**
**Amston, CT 06231**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3049 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |

**Gregory Jablonski**
**1063 Nw 184th Way**
**Pembroke Pines, FL 33029**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3050 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.00 | $31.00 |

**Gregory Kobilka**
**110 N Fairfield Rd**
**Devon, PA 19333**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**                              Case number (if known) _____
_____
Name

| 2.3051 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $92.00 | $92.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Gregory Lubrani**
**15955 SW 6th St**
**Pembroke Pines, FL 33027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$92.00        $92.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Priority creditor's name and mailing address
**Gregory Matney**
**901 N Broad St**
**Ups Access Point (Advance Auto**
**Parts Sto**
**New Orleans, LA 70119**

2.3052

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$88.00        $88.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Priority creditor's name and mailing address
**Gregory Muth**
**659 Elk River Clubhouse Drive**
**Unit D3**
**Banner Elk, NC 28604**

2.3053

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$375.00        $375.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Priority creditor's name and mailing address
**Gregory Roberts**
**7518 Dogwood Rd**
**Sykesville, MD 21784**

2.3054

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$33.00        $33.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3055 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|

**Gregory Sarno**
**1572 Beacon St Apt 3**
**Brookline, MA 02446**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3056 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |
|---|---|---|---|---|

**Gregory Skipton**
**6088 Eddy Gate Way**
**Farmington, NY 14425**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3057 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,859.00 | $3,350.00 |
|---|---|---|---|---|

**Gregory Smith**
**64 Wild Iris Rd**
**San Geronimo, CA 94963**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3058 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,085.00 | $1,085.00 |
|---|---|---|---|---|

**Gregory Trenk**
**3788 Whitewater Way**
**Merced, CA 95340**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (*if known*)   _____

Name

| | | |
|---|---|---|
| 2.3059 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Gregory Wigton**
**7328 Kindlewood Dr**
**Edwardsville, IL 62025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$126.00     $126.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3060 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Gregory Zoeller**
**4 Parkway Rd**
**Medford, MA 02155**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$588.00     $588.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3061 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Gren Wells**
**432 Montano Rd**
**Corrales, NM 87048**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$117.00     $117.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3062 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Gretchen Konrath**
**248 Thistle Glen Ct**
**Stanley, NC 28164**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$72.00     $72.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**                                          Case number (*if known*) _____
_____
Name

| | | | |
|---|---|---|---|

2.3063  Priority creditor's name and mailing address

**Gretchen Miller**
**4031 N Hamlin Ave**
**Chicago, IL 60618**

As of the petition filing date, the claim is:     **$58.00**     **$58.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.3064  Priority creditor's name and mailing address

**Gretchen Miner**
**3030 Se 7th Ave**
**Portland, OR 97202**

As of the petition filing date, the claim is:     **$26.00**     **$26.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.3065  Priority creditor's name and mailing address

**Greyson Gardlik**
**13701 Marina Pointe Dr Apt 437**
**Marina Del Rey, CA 90292**

As of the petition filing date, the claim is:     **$60.00**     **$60.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.3066  Priority creditor's name and mailing address

**Grzegorz Walukanis**
**342 Veneto**
**Bloomingdale, IL 60108**

As of the petition filing date, the claim is:     **$28.00**     **$28.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known)  _____
_____
Name

| 2.3067 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $22.00 | $22.00 |
|---|---|---|---|---|

**Guadalupe Rivera**
**14 Silver Crest Drive**
**El Paso, TX 79902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3068 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $25.00 | $25.00 |
|---|---|---|---|---|

**Guangyu Tong**
**71 Lexington Gdns**
**North Haven, CT 06473**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3069 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $936.00 | $936.00 |
|---|---|---|---|---|

**Guerry Magidson**
**101 Allen Memorial Way**
**Port Saint Joe, FL 32456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3070 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $84.00 | $84.00 |
|---|---|---|---|---|

**Guido Lambelet**
**W 7844 State Road 106**
**Fort Atkinson, WI 53538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| 2.3071 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Guillermo Martinez**
**17322 Morgans Lake Dr**
**Cypress, TX 77433**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.3072 | Priority creditor's name and mailing address | | $69.00 | $69.00 |
|---|---|---|---|---|

**Guiovanna Nance**
**4024 W 104th Pl**
**Westminster, CO 80031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.3073 | Priority creditor's name and mailing address | | $117.00 | $117.00 |
|---|---|---|---|---|

**Gun Kim**
**1640 W 23rd St Ste 100**
**Dfw Airport, TX 75261**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.3074 | Priority creditor's name and mailing address | | $381.00 | $381.00 |
|---|---|---|---|---|

**Gus Wetzel**
**5 NE 91st Rd**
**Clinton, MO 64735**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| 2.3075 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.00 | $24.00 |

**Gustavo Covarrubias**
**7905 Caldwell Ave**
**Whittier, CA 90602**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3076 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $155.00 | $155.00 |

**Gustavo Pena**
**2224 Camino De Las Palmas**
**Lemon Grove, CA 91945**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3077 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,543.00 | $1,543.00 |

**Guy Benson**
**1434 Oak Street Nw**
**Washington, DC 20010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3078 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**Guy Cooper**
**9210 Flintlock St**
**Anchorage, AK 99507**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                  Case number (if known) _____
_____
Name

| | | | |
|---|---|---|---|
| 2.3079 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $636.00  $636.00 |

**Guy Kurlandski**
**9301 N Bayshore Dr**
**Miami Shores, FL 33138**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3080 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00  $25.00 |

**Guy Lewis**
**6601 SW 126th St**
**Pinecrest, FL 33156**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3081 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00  $56.00 |

**Guy Merin**
**17606 NE 30th Pl**
**Redmond, WA 98051**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3082 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00  $150.00 |

**Gwen Hazouri**
**1032 S Main St**
**Gainesville, FL 32601**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

| 2.3083 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $184.00 | $184.00 |

**Gyan Tiwary**
**19948 Merribrook Dr**
**Saratoga, CA 95070**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3084 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.00 | $88.00 |

**H Uhrig**
**2330 Larkin St  #60**
**San Francisco, CA 94109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3085 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.00 | $41.00 |

**Hafiz Usama**
**50 Battery Pl Apt 5u**
**New York, NY 10280**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3086 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Haley Phillips**
**4714 Brookside Dr**
**N Charleston, SC 29405**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.3087 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.00 | $44.00 |

**Halleli Stav**
**18806 Riverwind Ln**
**Davidson, NC 28036**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3088 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |

**Hamilton Chon**
**523 Affirmed Ln**
**Alpharetta, GA 30004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3089 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $963.00 | $963.00 |

**Hampden Keil**
**1360 Elm Tree Rd**
**Lake Forest, IL 60045**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3090 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Han Tang**
**504 Nw 163rd St**
**Shoreline, WA 98177**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

| 2.3091 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.00 | $98.00 |

**Hanna Cho**
**1770 Arbor Dr**
**San Jose, CA 95125**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3092 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Hanna John**
**45 West Ln**
**Sayville, NY 11782**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3093 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $82.00 | $82.00 |

**Hannah Gale**
**491 Massachusetts Ave Apt 2**
**Boston, MA 02118**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3094 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $262.00 | $262.00 |

**Hannah Johnson**
**102 N South Rd Fl B**
**Ups Acess Point Located In**
**Michael S**
**North Conway, NH 03860**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**

_____ Case number (if known) _____

Name

| 2.3095 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |

**Hannah Moser**
**7743 W Manchester Ave Apt 3**
**Playa Del Rey, CA 90293**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3096 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.00 | $36.00 |

**Hannah Obrien**
**46 Oakland Dr E**
**Whitehouse Station, NJ 08889**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3097 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $99.00 | $99.00 |

**Hannah Peck**
**160 Cambridgepark Dr Unit 107**
**Cambridge, MA 02140**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3098 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |

**Hans Baumstark**
**52406 Hawthorn Ct**
**La Quinta, CA 92253**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 2.3099 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $213.00 | $213.00 |

**Hans Klose**
3370 N Hayden Rd
#123-259
Scottsdale, AZ 85251

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $212.00 | $212.00 |

**Hans Poschman**
570 Peach St Apt 8
San Luis Obispo, CA 93401

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $458.00 | $458.00 |

**Hans Thomas**
240 Riverside Blvd
Panthouse 1a
New York, NY 10069

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $164.00 | $164.00 |

**Hans Vanboldrik**
319 Jean Dr
Santa Rosa, CA 95405

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.3103 | Priority creditor's name and mailing address<br>**Hanspeter Gerber**<br>**528 Canyon Vista Way**<br>**San Carlos, CA 94070** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | |
|---|---|
| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

$190.00   $190.00

| | | |
|---|---|---|
| 2.3104 | Priority creditor's name and mailing address<br>**Hardev Randhawa**<br>**250 E 53rd St Apt 701**<br>**New York, NY 10022** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | |
|---|---|
| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

$31.00   $31.00

| | | |
|---|---|---|
| 2.3105 | Priority creditor's name and mailing address<br>**Hardik Patel**<br>**18432 Otter Point Rd**<br>**Wellesley Island, NY 13640** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | |
|---|---|
| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

$29.00   $29.00

| | | |
|---|---|---|
| 2.3106 | Priority creditor's name and mailing address<br>**Harim Kim**<br>**8500 NE 28th St**<br>**Hunts Point, WA 98004** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | |
|---|---|
| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

$28.00   $28.00

Debtor  **Phoeno Wine Company, Inc.**                                                    Case number (if known) _____
_____
Name

| 2.3107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |

**Harlan Howard**
**221 Twin Oaks Dr**
**Perkasie, PA 18944**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |

**Harmohan Sohi**
**2568 Johnson Ave**
**San Luis Obispo, CA 93401**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,045.00 | $1,045.00 |

**Harmony Thomas**
**2076 Nw Mullridge Pl Unit K201**
**Issaquah, WA 98027**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |

**Harmony Whitham**
**4713 Durham Dr**
**Plano, TX 75093**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.** _____    Case number (if known) _____
   Name

| 2.3111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $108.00 | $108.00 |

**Harold Archer**
**36393 Crystal Springs Ct**
**Newark, CA 94560**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |

**Harold Byun**
**4748 Cedarhill Ln**
**Reno, NV 89519**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.00 | $53.00 |

**Harold Hernandez**
**8869 Atwater Loop**
**Oviedo, FL 32765**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,419.00 | $1,419.00 |

**Harold Malone**
**904 Forest Ave**
**Johnson City, TN 37601**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

---

| 2.3115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.00 | $78.00 |

**Harold Wittr**
**2602 E 20th St**
**Unit 106**
**Signal Hill, CA 90755**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $268.00 | $268.00 |

**Harpal Singh**
**4505 Bandini Boulevard**
**Vernon, CA 90058**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $208.00 | $208.00 |

**Harper Cummins**
**4124 Ridgehaven Rd**
**Fort Worth, TX 76116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.00 | $160.00 |

**Harrison Chodorow**
**19014 Stone Brk**
**Chapel Hill, NC 27517**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.3119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $217.00 | $217.00 |
|---|---|---|---|---|

**Harrison Wolnick**
**240 Heath Street**
**Apt 305**
**Boston, MA 02130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3120 | Priority creditor's name and mailing address | | $309.00 | $309.00 |
|---|---|---|---|---|

**Harry Borst**
**910 Section Ave**
**Quincy, WA 98848**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3121 | Priority creditor's name and mailing address | | $59.00 | $59.00 |
|---|---|---|---|---|

**Harry Jaffe**
**25 Willow Run Rd**
**Greenwich, Ct, CT 06831**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3122 | Priority creditor's name and mailing address | | $25.00 | $25.00 |
|---|---|---|---|---|

**Harry Kinard**
**64 Jupiter Lane**
**Old Edwards At Glen Cove**
**Cashiers, NC 28717**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Official Form 206 E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page  781 of 5261

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.3123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $696.00 | $696.00 |

**Harry Lebowitz**
**306 Nw 110th Ter**
**Coral Springs, FL 33071**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.3124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.00 | $31.00 |

**Harry Massucco**
**4704 W. Jennifer Ave.**
**Suite 108**
**Fresno, CA 93722**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.3125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Harry Phillips**
**17162 Murphy Ave Ste A**
**Irvine, CA 92614**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.3126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $249.00 | $249.00 |

**Harry Williams**
**243 Edelweiss Drive**
**Wexford, PA 15090**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.3127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.00 | $44.00 |
|---|---|---|---|---|

**Harry Witte**
**200 N Mountain Rd Rm 123**
**Harrisburg, PA 17112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Deficit Customer** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Harsha Arcot**
**3625 Childers Way NE**
**Roswell, GA 30075**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Deficit Customer** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|

**Hassan Sayyed**
**526 W 146th St Apt 2c**
**New York, NY 10031**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Deficit Customer** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $259.00 | $259.00 |
|---|---|---|---|---|

**Haydee Scott**
**8905 Spurflower Cv**
**Austin, TX 78759**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Deficit Customer** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.3131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |
|---|---|---|---|---|

**Hayden Matanane**
**279 Antelope Village Cir**
**Henderson, NV 89012**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Heath Bennett**
**9531 Charter Ridge Dr**
**Houston, TX 77070**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,741.00 | $1,741.00 |
|---|---|---|---|---|

**Heath Jones**
**114 Cane Creek Dr**
**Youngsville, LA 70592**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $390.00 | $390.00 |
|---|---|---|---|---|

**Heath Martin**
**8302 Linville Oaks Dr**
**Oak Ridge, NC 27310**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (*if known*) _____

| | | |
|---|---|---|
| 2.3135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.3135**

Priority creditor's name and mailing address
**Heath Miller**
**3043 SWeetbay Magnolia Ct.**
**Orlando, FL 32824**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$260.00     $260.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.3136**

Priority creditor's name and mailing address
**Heather Blackmon**
**717 36th Ave N**
**Saint Petersburg, FL 33704**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$198.00     $198.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.3137**

Priority creditor's name and mailing address
**Heather Cafiero**
**86 W Castor Pl**
**Staten Island, NY 10312**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$20.00     $20.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.3138**

Priority creditor's name and mailing address
**Heather Childs**
**37 4th St**
**Hermosa Beach, CA 90254**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$88.00     $88.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                                          Case number (if known) _____
_____
Name

---

| 2.3139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $159.00 | $159.00 |

**Heather Cristman**
**18133 Coastline Dr Apt 4**
**Malibu, CA 90265**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.00 | $330.00 |

**Heather Gesner**
**15947 Fruitvale Rd**
**Valley Center, CA 92082**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.00 | $53.00 |

**Heather Haecker**
**10 Green Hill Rd**
**Goldens Bridge, NY 10526**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $288.00 | $288.00 |

**Heather Hallett**
**2 Rockwell Grn**
**Pennington, NJ 08534**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**　Case number (if known) _____
_____
Name

| 2.3143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.00 | $77.00 |
|---|---|---|---|---|

**Heather Hebert**
**3217 Mabel Street**
**Shreveport, LA 71103**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3144 | Priority creditor's name and mailing address | | $96.00 | $96.00 |
|---|---|---|---|---|

**Heather Klatt**
**3359 Ridge Manor Way**
**Dacula, GA 30019**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3145 | Priority creditor's name and mailing address | | $3,339.00 | $3,339.00 |
|---|---|---|---|---|

**Heather Klesch**
**1 Beach Dr Se Unit 1502**
**St Petersburg, FL 33701**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3146 | Priority creditor's name and mailing address | | $29.00 | $29.00 |
|---|---|---|---|---|

**Heather Lewis**
**15601 Hickman Rd**
**Clive, IA 50325**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                                    Case number (*if known*) _____
_____
Name

| | | |
|---|---|---|
| 2.3147 | Priority creditor's name and mailing address<br>**Heather Mccallin**<br>**1550 Market St Ste 600**<br>**Denver, CO 80202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$26.00**    **$26.00**

Date or dates debt was incurred                Basis for the claim:
_____            **Deficit Customer**

Last 4 digits of account number              Is the claim subject to offset?
Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)      ☐ Yes

---

2.3148   Priority creditor's name and mailing address      As of the petition filing date, the claim is:      **$1,106.00**    **$1,106.00**
**Heather Morphy**                            *Check all that apply.*
**1707 S 20th St**                            ☐ Contingent
**Philadelphia, PA 19145**                    ☐ Unliquidated
                                              ☐ Disputed

Date or dates debt was incurred              Basis for the claim:
_____            **Deficit Customer**

Last 4 digits of account number              Is the claim subject to offset?
Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)      ☐ Yes

---

2.3149   Priority creditor's name and mailing address      As of the petition filing date, the claim is:      **$25.00**    **$25.00**
**Heather Park**                              *Check all that apply.*
**387 Lakeview Way**                          ☐ Contingent
**Carrollton, GA 30117**                      ☐ Unliquidated
                                              ☐ Disputed

Date or dates debt was incurred              Basis for the claim:
_____            **Deficit Customer**

Last 4 digits of account number              Is the claim subject to offset?
Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)      ☐ Yes

---

2.3150   Priority creditor's name and mailing address      As of the petition filing date, the claim is:      **$42.00**    **$42.00**
**Heather Rectanus**                          *Check all that apply.*
**3011 Woodberry Ln**                         ☐ Contingent
**Ellicott City, MD 21042**                   ☐ Unliquidated
                                              ☐ Disputed

Date or dates debt was incurred              Basis for the claim:
_____            **Deficit Customer**

Last 4 digits of account number              Is the claim subject to offset?
Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)      ☐ Yes

Debtor    **Phoeno Wine Company, Inc.**                                        Case number (if known) _____
_____
Name

| 2.3151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $279.00 | $279.00 |

| 2.3151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $279.00 | $279.00 |
|---|---|---|---|---|
| | **Heather Smith**<br>**11995 E Harvard Ave # 101**<br>**101**<br>**Aurora, CO 80014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| 2.3152 | **Heather Sorensen**<br>**270 Cross Creek Rd**<br>**Kelso, WA 98626** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $61.00 | $61.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| 2.3153 | **Heather Stutz**<br>**35757 Avignon Ct**<br>**Winchester, CA 92596** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $185.00 | $185.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| 2.3154 | **Heather Thies**<br>**525 W. Hwy 50**<br>**Clermont, FL 34711** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $30.00 | $30.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Debtor    **Phoeno Wine Company, Inc.**                                           Case number (if known)
_____
Name

| 2.3155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Heather Vendetti**
**18 Se 23rd Pl**
**Cape Coral, FL 33990**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $79.00 | $79.00 |
|---|---|---|---|---|

**Heather Wilkinson**
**201 Ohua Ave Apt T2-2707**
**Honolulu, HI 96815**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.00 | $112.00 |
|---|---|---|---|---|

**Heidi Boyle**
**1016 Eagle Point Dr**
**Virginia Beach, VA 23456**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**Heidi Cline**
**3999 NE Catawba Rd**
**Port Clinton, OH 43452**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**        Case number (if known) _____
_____
Name

| 2.3159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.00 | $27.00 |

**Heidi Perks**
**10 St Andrews Ln**
**Sheridan, WY 82801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $159.00 | $159.00 |

**Heidi Schuetze**
**11 Lincoln Cir**
**Chatham, NJ 07928**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.00 | $55.00 |

**Heidi Spilotros**
**1405 Dragonfly Loop**
**Mccall, ID 83638**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $157.00 | $157.00 |

**Heidi Warfel**
**77 Dakota Meadows Dr**
**Carbondale, CO 81623**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.3163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.00 $66.00 |

**Heidi Watson**
**1406 Stanhope Ave**
**Richmond, VA 23227**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3164 | Priority creditor's name and mailing address |

**Helen Blanaru**
**1222 Hillsboro Mile**
**Unit 20**
**Hillsboro Beach, FL 33062**

As of the petition filing date, the claim is:    $78.00 $78.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3165 | Priority creditor's name and mailing address |

**Helen Kahai**
**990 Greg Kruschek Ave**
**Apt 2k**
**Nome, AK 99762**

As of the petition filing date, the claim is:    $58.00 $58.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3166 | Priority creditor's name and mailing address |

**Helen Kern**
**268 Timberland Cir**
**Kingsport, TN 37664**

As of the petition filing date, the claim is:    $58.00 $58.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known)
_____
Name

| 2.3167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,094.00 | $3,350.00 |

**Helen Runchey**
**10 Margraff Ct**
**Oradell, NJ 07649**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |

**Helen Wade**
**26200 Pitts Rd**
**Eustis, FL 32736**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.00 | $119.00 |

**Helena Avila**
**11836 Fishing Point Drive Ste 200**
**Ste 225**
**Newport News, VA 23606**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,336.00 | $1,336.00 |

**Helene Reda**
**36 Brookview Dr**
**Carmel, NY 10512**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (*if known*) _____
_____
Name

| | | | |
|---|---|---|---|
| **2.3171** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$33.00** **$33.00** |

**2.3171**   Priority creditor's name and mailing address

**Helio Guimaraes**
**4316 Fox Ridge Dr**
**Weston, FL 33331**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$33.00**    **$33.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

**2.3172**   Priority creditor's name and mailing address

**Helyn Benonis**
**123 Thousand Oaks Dr**
**Pittsburgh, PA 15241**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$99.00**    **$99.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

**2.3173**   Priority creditor's name and mailing address

**Henry Berger**
**610 Normandy St**
**Cary, NC 27511**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$117.00**    **$117.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

**2.3174**   Priority creditor's name and mailing address

**Henry Colen**
**25 Dean St Apt 1I**
**Brooklyn, NY 11201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$58.00**    **$58.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.3175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $269.00 | $269.00 |
|---|---|---|---|---|

**Henry Hamamjy**
**117 Bernal Rd. #70-225**
**San Jose, CA 95119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.00 | $54.00 |
|---|---|---|---|---|

**Henry Hanscom**
**American Trucking Associations**
**430 First Street Se, Suite 100**
**Washington, DC 20003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $135.00 | $135.00 |
|---|---|---|---|---|

**Henry Kulig**
**4755 E Bay Dr**
**Clearwater, FL 33764**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $793.00 | $793.00 |
|---|---|---|---|---|

**Henry Sewell**
**2870 Peachtree Rd Nw**
**C/O Ups Store**
**Atlanta, GA 30305**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                                      Case number (if known) _____
_____
Name

| 2.3179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $252.00 | $252.00 |

2.3179  Priority creditor's name and mailing address

**Henry Shotmeyer**
**337 Crescent Avenue**
**Wyckoff, NJ 07481**

As of the petition filing date, the claim is: **$252.00**   **$252.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.3180  Priority creditor's name and mailing address

**Henry Trevor**
**1311 Grizzly Peak Blvd**
**Berkeley, CA 94708**

As of the petition filing date, the claim is: **$408.00**   **$408.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.3181  Priority creditor's name and mailing address

**Henry Tsao**
**66 W 38th St Apt 12h**
**New York, NY 10018**

As of the petition filing date, the claim is: **$50.00**   **$50.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.3182  Priority creditor's name and mailing address

**Herman Hasselkus**
**1360 S Potomac St**
**Rocky Mountain Internal Medicine**
**Aurora, CO 80012**

As of the petition filing date, the claim is: **$84.00**   **$84.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.3183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Herman Koster**
**6358 Edgemere Blvd**
**El Paso, TX 79925**

As of the petition filing date, the claim is: $159.00    $159.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.3184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Hermenia Prather**
**4728 Spottswood Ave.**
**Ups Store**
**Memphis, TN 38117**

As of the petition filing date, the claim is: $68.00    $68.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.3185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Hernan Herrera**
**14826 Cross Stone Ct**
**Cypress, TX 77429**

As of the petition filing date, the claim is: $118.00    $118.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.3186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Hester Nguyen**
**3805 Blackthorn Street**
**Chevy Chase, MD 20815**

As of the petition filing date, the claim is: $196.00    $196.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (*if known*) _____

---

| 2.3187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $157.00 | $157.00 |
|---|---|---|---|---|

**Hilary Oconnor**
**2802 W Catalpa**
**2802 W. Catalpa**
**Chicago, IL 60625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Hillary Cohen**
**6004 Berkshire Dr**
**Bethesda, MD 20814**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $471.00 | $471.00 |
|---|---|---|---|---|

**Hillary Kline**
**511 Forestview Ct**
**Circleville, OH 43113**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.00 | $22.00 |
|---|---|---|---|---|

**Hines David**
**161 Lakeview Terrace Blvd**
**Waconia, MN 55387**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.3191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $556.00 | $556.00 |
|---|---|---|---|---|

**Ho-Choong Chang**
**42 Putting Green Ln**
**Orange, CT 06477**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $130.00 | $130.00 |
|---|---|---|---|---|

**Hogan Harrison**
**137 S Ridgeway Dr**
**Cleburne, TX 76033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $156.00 | $156.00 |
|---|---|---|---|---|

**Holiday Mckiernan**
**7863 Clearwater Cove Dr**
**Indianapolis, IN 46240**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.00 | $57.00 |
|---|---|---|---|---|

**Holly Bonnalie**
**906 Port Dr**
**Clarkston, WA 99403**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known)

---

| 2.3195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $445.00 | $445.00 |
|---|---|---|---|---|

**Holly Cornelius**
**76440 Rd 338**
**Madrid, NE 69150**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3196 | Priority creditor's name and mailing address | | $19.00 | $19.00 |
|---|---|---|---|---|

**Holly Falk**
**16005 Quarters Ln**
**Haymarket, VA 20169**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3197 | Priority creditor's name and mailing address | | $81.00 | $81.00 |
|---|---|---|---|---|

**Holly Lecompte**
**205 Chase Dr**
**Bourg, LA 70343**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3198 | Priority creditor's name and mailing address | | $192.00 | $192.00 |
|---|---|---|---|---|

**Holly Leland**
**31415 Oxford Mill Rd**
**Cannon Falls, MN 55009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* _____ |
| | Name | |

| | | | |
|---|---|---|---|
| 2.3199 | Priority creditor's name and mailing address<br>**Holly Reneau**<br>**830 123rd Ave**<br>**Treasure Island, FL 33706** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$332.00**  **$332.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.3200 | Priority creditor's name and mailing address<br>**Holly Risinger**<br>**230 Lakeshore Cir Se**<br>**Acworth, GA 30101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$60.00**  **$60.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.3201 | Priority creditor's name and mailing address<br>**Holly Tennant**<br>**4216 Lee Highway**<br>**Arlington, VA 22207** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$200.00**  **$200.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.3202 | Priority creditor's name and mailing address<br>**Horacio Feraud**<br>**8345 SW 118 Terrace**<br>**Miami, FL 33156** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$19.00**  **$19.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.3203 | Priority creditor's name and mailing address<br>**Howard Eigen**<br>**3211 South 975 East**<br>**Zionsville, IN 46077** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**$138.00**  **$138.00**

| | | |
|---|---|---|
| 2.3204 | Priority creditor's name and mailing address<br>**Howard Jones**<br>**444 28th St Apt 19**<br>**Oakland, CA 94609** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**$55.00**  **$55.00**

| | | |
|---|---|---|
| 2.3205 | Priority creditor's name and mailing address<br>**Howard Kessel**<br>**22 Gurney Terrace**<br>**Fair Lawn, NJ 07410** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**$343.00**  **$343.00**

| | | |
|---|---|---|
| 2.3206 | Priority creditor's name and mailing address<br>**Howard Orton**<br>**1639 Locust Street**<br>**Curtis Bay, MD 21226** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**$330.00**  **$330.00**

Debtor **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

| | |
|---|---|
| **2.3207** Priority creditor's name and mailing address<br>**Howard Pi**<br>**78 Fox Hedge Road**<br>**Saddle River, NJ 07458** | As of the petition filing date, the claim is: **$375.00**  **$375.00**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | |
|---|---|
| **2.3208** Priority creditor's name and mailing address<br>**Howard Siggelko**<br>**3308 Standing Peachtree Trl**<br>**Kennesaw, GA 30152** | As of the petition filing date, the claim is: **$307.00**  **$307.00**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | |
|---|---|
| **2.3209** Priority creditor's name and mailing address<br>**Howard Steinberg**<br>**5480 Mount Vernon Pkwy**<br>**Sandy Springs, GA 30327** | As of the petition filing date, the claim is: **$30.00**  **$30.00**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | |
|---|---|
| **2.3210** Priority creditor's name and mailing address<br>**Howie Pruitt**<br>**85 Country Club Cir SW**<br>**Lakewood, WA 98498** | As of the petition filing date, the claim is: **$262.00**  **$262.00**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

Debtor **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 2.3211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Huang Weizhong**
**381 S Bernardo Ave**
**Sunnyvale, CA 94086**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3212 | Priority creditor's name and mailing address |

**Huey Miller**
**420 Magnolia Farms Rd**
**Carencro, LA 70520**

As of the petition filing date, the claim is: **$129.00** **$129.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3213 | Priority creditor's name and mailing address |

**Huff Tonya**
**10110 Robin Hill Ln**
**Dallas, TX 75238**

As of the petition filing date, the claim is: **$655.00** **$655.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3214 | Priority creditor's name and mailing address |

**Hugh Amick**
**2845 Creekside Dr.**
**Hood River, OR 97031**

As of the petition filing date, the claim is: **$39.00** **$39.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**                    Case number (*if known*) _____

_____
Name

| 2.3215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.00 | $66.00 |

**Hugh Fletcher**
**12420 E Makohoh Trl**
**Tucson, AZ 85749**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.00 | $160.00 |

**Hughie Hunt**
**2503 Chesterfield Ave**
**Baltimore, MD 21213**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |

**Humberto Ballesteros**
**4300 SW 5th Ter**
**Coral Gables, FL 33134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 | $200.00 |

**Hunter Croft**
**843 Topaz Drive**
**West Chester, PA 19382**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 2.3219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.3219** Priority creditor's name and mailing address

**Hunter Stevens**
**3 Portofino Dr Ste 1203**
**Gulf Breeze, FL 32561**

As of the petition filing date, the claim is: **$31.00**    **$31.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

**2.3220** Priority creditor's name and mailing address

**Hunter Swindle**
**31 Ivory Elm Stroll**
**Bluffton, SC 29910**

As of the petition filing date, the claim is: **$109.00**    **$109.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

**2.3221** Priority creditor's name and mailing address

**Hunter Tennison**
**932 Mcclendon Walker Rd**
**Aledo, TX 76008**

As of the petition filing date, the claim is: **$40.00**    **$40.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

**2.3222** Priority creditor's name and mailing address

**Hurst Brian**
**1047 Highland Ave**
**Greensburg, PA 15601**

As of the petition filing date, the claim is: **$84.00**    **$84.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.3223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.00 | $66.00 |
|---|---|---|---|---|

**Huy-Ryan Nguyen**
**401 Meigs St**
**Rochester, NY 14607**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3224 | Priority creditor's name and mailing address | | $33.00 | $33.00 |
|---|---|---|---|---|

**Hyung Park**
**11660 Crestview Ter**
**Johns Creek, GA 30024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3225 | Priority creditor's name and mailing address | | $222.00 | $222.00 |
|---|---|---|---|---|

**Iain Jaeger**
**11 Cross Rd**
**Narragansett, RI 02882**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3226 | Priority creditor's name and mailing address | | $40.00 | $40.00 |
|---|---|---|---|---|

**Ian Andrew**
**8408 Rochester Ave**
**Rancho Cucamonga, CA 91730**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**      Case number (if known) _____

Name

---

| 2.3227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $131.00 | $131.00 |
|---|---|---|---|---|

**Ian Campos**
**14 Lapham Way**
**San Francisco, CA 94112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |
|---|---|---|---|---|

**Ian Fetterman**
**721 Pensacola Beach Blvd.**
**1601**
**Pensacola Beach, FL 32561**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |
|---|---|---|---|---|

**Ian Huff**
**2515 13th St Nw Apt 507**
**Washington, DC 20009**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $275.00 | $275.00 |
|---|---|---|---|---|

**Ian Macfawn**
**4322 Derby Ct**
**Grand Prairie, TX 75052**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**                              Case number (if known) _____
_____
Name

| 2.3231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,590.00 | $2,590.00 |
|---|---|---|---|---|

**Ian Maddela**
**582 Trailridge Dr**
**Bonita, CA 91902**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $82.00 | $82.00 |
|---|---|---|---|---|

**Ian Martinez**
**2008 Casino Dr**
**Mission, TX 78572**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.00 | $17.00 |
|---|---|---|---|---|

**Ian White-Thomson**
**1897 Braemar Rd**
**Pasadena, CA 91103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.00 | $66.00 |
|---|---|---|---|---|

**Ieasha Mcneal**
**2311 N 5th St**
**Harrisburg, PA 17110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                    Case number (if known) _____

Name

| 2.3235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.00 | $47.00 |

**Iga Sienczylo**
**1 Saint Clare Rd Apt 18**
**Medford, MA 02155**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
�; No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3236 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $82.00 | $82.00 |

**Ignacio Espinoza**
**1500 Hudson St Apt 3m**
**Hoboken, NJ 07030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
�; No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3237 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |

**Igor Karpovich**
**951 De Soto Rd Apt 328**
**Boca Raton, FL 33432**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
�; No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3238 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.00 | $42.00 |

**Igor Khot**
**361 17th St Nw Unit 1508**
**Atlanta, GA 30363**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
�; No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| | |
|---|---|

**2.3239** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$558.00** | **$558.00**

**2.3239**

Priority creditor's name and mailing address
**Igor Kleyman**
**13173 Pacific Promenade Unit 112**
**Los Angeles, CA 90094**

As of the petition filing date, the claim is:    **$558.00**    **$558.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☐ No
☐ Yes

---

**2.3240**

Priority creditor's name and mailing address
**Iliya Beylin**
**1467 NE 53rd Ct**
**Ft Lauderdale, FL 33334**

As of the petition filing date, the claim is:    **$56.00**    **$56.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☐ No
☐ Yes

---

**2.3241**

Priority creditor's name and mailing address
**Ilja Vreeken**
**3113 Clearpoint Dr**
**Flower Mound, TX 75022**

As of the petition filing date, the claim is:    **$231.00**    **$231.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☐ No
☐ Yes

---

**2.3242**

Priority creditor's name and mailing address
**Illinois Department of Revenue -**
**Busines**
**Willard Ice Building**
**101 W Jefferson St**
**Springfield, IL 62702**

As of the petition filing date, the claim is:    **$0.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 2.3243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $74.00 | $74.00 |

**Ilya Breyman**
**290 Holland Rd.**
**Holland, PA 18966**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |

**Ilya Novokshanov**
**20 Pine St Apt 2707**
**New York, NY 10005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $245.00 | $245.00 |

**Imre Kertesz**
**19710 E Via Del Palo**
**Queen Creek, AZ 85142**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.00 | $21.00 |

**Imre Szenttornyay**
**8508 Oxford Ave**
**Lubbock, TX 79423**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**      Case number (if known) _____

Name

| 2.3247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Indiana Department of Revenue**
**100 N Senate Ave**
**Indianapolis, IN 46204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.3248 | Priority creditor's name and mailing address | | $27.00 | $27.00 |
|---|---|---|---|---|

**Indranil Mitra**
**180 Riverside Blvd Apt 413**
**New York, NY 10069**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3249 | Priority creditor's name and mailing address | | $28.00 | $28.00 |
|---|---|---|---|---|

**Ingrid Bayne**
**803 Water Fowl Dr**
**Yorktown, VA 23692**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3250 | Priority creditor's name and mailing address | | $257.00 | $257.00 |
|---|---|---|---|---|

**Ingrid Betts**
**10400 Clarence Dr Ste 100**
**Classic Wine**
**Frisco, TX 75033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

| 2.3251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $481.00 | $481.00 |

**Ini Afia**
**28558 Songbird Way**
**Santa Clarita, CA 91350**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.00 | $44.00 |

**Ioannis Koniaris**
**199 New Montgomery St Unit 1007**
**San Francisco, CA 94105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Iowa Department of Revenue**
**1305 E Walnut St**
**Fourth Floor, 0107**
**Des Moines, IA 50319**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known)
_____
Name

| 2.3255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Ira Ehrlich**
**4505 S Yosemite St Unit 367**
**Denver, CO 80237**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3256 | Priority creditor's name and mailing address | | $95.00 | $95.00 |

**Irina Kendrick**
**23603 Tustin Ranch Ct**
**Katy, TX 77494**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3257 | Priority creditor's name and mailing address | | $19.00 | $19.00 |

**Irmak Ermis**
**6251 Shellmound St Apt 1111**
**Emeryville, CA 94608**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3258 | Priority creditor's name and mailing address | | $252.00 | $252.00 |

**Irwin Pasternack**
**745 E Maryland**
**Suite 100**
**Phoenix, AZ 85014**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                    Case number (if known) _____
        Name

| 2.3259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Isaak Heitzeberg**
**26946 Middle Golf Dr**
**El Macero, CA 95618**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $214.00 | $214.00 |

**Isabel Lazo**
**944 Palm Ave Apt 2**
**West Hollywood, CA 90069**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.00 | $41.00 |

**Isabel Valdivia**
**1206 W River Ln**
**Santa Ana, CA 92706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $629.00 | $629.00 |

**Isham Khan**
**2509 Dorrington St Unit B**
**Houston, TX 77030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
Name

| 2.3263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | $200.00 | $200.00 |
|---|---|---|---|---|

**Ismael Hernandezuscanga**
**1 Clinton St Apt 4j**
**Brooklyn, NY 11201**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3264 | Priority creditor's name and mailing address | | $29.00 | $29.00 |

**Israel Varela**
**1921 Vanderbilt Drive**
**Prosper, TX 75078**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3265 | Priority creditor's name and mailing address | | $91.00 | $91.00 |

**Ivan Helman**
**207 Van Vorst St Apt 202**
**Jersey City, NJ 07302**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3266 | Priority creditor's name and mailing address | | $1,889.00 | $1,889.00 |

**Ivan Iannaccone**
**1016 N Isabel St**
**Glendale, CA 91207**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (*if known*) _____
_____
Name

| 2.3267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |
|---|---|---|---|---|

**Ivan Lubogo**
**365 Nicollet Mall Ste 2808**
**Minneapolis, MN 55401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3268 | Priority creditor's name and mailing address | | $3,946.00 | $3,350.00 |
|---|---|---|---|---|

**Ivan Mullinax**
**1125 West Ave**
**Richmond, VA 23220**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3269 | Priority creditor's name and mailing address | | $353.00 | $353.00 |
|---|---|---|---|---|

**Ivan Taback**
**344 W 23rd St Apt 1b**
**New York, NY 10011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3270 | Priority creditor's name and mailing address | | $299.00 | $299.00 |
|---|---|---|---|---|

**J Blevin**
**20 Crestwood Dr**
**Maplewood, NJ 07040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.3271** | Priority creditor's name and mailing address
**J Horn**
**3700 John Marshall Dr**
**Arlington, VA 22207**

As of the petition filing date, the claim is: **$54.00** **$54.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.3272** | Priority creditor's name and mailing address
**J.Kent Lowry**
**304 Boonville Road**
**Jefferson City, MO 65109**

As of the petition filing date, the claim is: **$398.00** **$398.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.3273** | Priority creditor's name and mailing address
**J.R. Milligan**
**210 Ashbury Ct**
**South Bend, IN 46615**

As of the petition filing date, the claim is: **$19.00** **$19.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.3274** | Priority creditor's name and mailing address
**Jaap Veneman**
**5219 Highland Falls Ln**
**Katy, TX 77450**

As of the petition filing date, the claim is: **$34.00** **$34.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**                                      Case number (*if known*) _____
_____
Name

| 2.3275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.00 | $88.00 |

**Jace Lavalle**
**85 Revett Dr**
**Breckenridge, CO 80424**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |

**Jaci Lindner**
**713 Oxford Dr**
**Hartland, WI 53039**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.00 | $41.00 |

**Jaci Wilson**
**33851 Copper Lantern St Unit C**
**Dana Point, CA 92629**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |

**Jack Bainum**
**2145 Hoskins St**
**Houston, TX 77080**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.3279** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00

**Jack Blumenfrucht**
**75 W End Ave**
**R22b**
**New York, NY 10023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.3280** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00

**Jack Dixon**
**117 Delaware Ave**
**Ridley Park, PA 19078**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.3281** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00

**Jack Eimer**
**8 Glenheather Ct**
**Dallas, TX 75225**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.3282** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.00 | $21.00

**Jack Ford**
**8031 Sable Creek Dr. E**
**Jacksonville, FL 32244**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.3283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |

**Jack Fox**
**14800 Edman Rd**
**Centreville, VA 20121**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3284 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |

**Jack Funchion**
**703 E Willow Grove Ave**
**Wyndmoor, PA 19038**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3285 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $96.00 | $96.00 |

**Jack Gillespie**
**1831 Tragone Dr**
**Pittsburgh, PA 15241**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3286 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.00 | $34.00 |

**Jack Hill**
**11 Chatham Ct**
**Midland, TX 79705**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (*if known*) | |
| | Name | | |

---

| 2.3287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $895.00 | $895.00 |
| | **Jack Lin** | *Check all that apply.* | | |
| | **3538 Almeria Ave** | ☐ Contingent | | |
| | **Sarasota, FL 34239** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.3288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |
| | **Jack Miladin** | *Check all that apply.* | | |
| | **28414 Tasca Dr** | ☐ Contingent | | |
| | **Bonita Springs, FL 34135** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.3289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.00 | $75.00 |
| | **Jack Oconnell** | *Check all that apply.* | | |
| | **3501 13th St S** | ☐ Contingent | | |
| | **Arlington, VA 22204** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.3290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $74.00 | $74.00 |
| | **Jack Padgett** | *Check all that apply.* | | |
| | **14431 Brighton Trace Ln** | ☐ Contingent | | |
| | **Houston, TX 77044** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 2.3291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |

**Jack Reda**
**7500 College Blvd Ste 775**
**D M Gary Holding Co , Inc**
**Overland Park, KS 66210**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3292 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |

**Jack Sinclaire**
**323 Wild Horse Ln**
**Mount Pleasant, SC 29464**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3293 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.00 | $110.00 |

**Jack Spross**
**69 S Harrison St**
**Princeton, NJ 08540**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3294 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Jack Troper**
**24 Luth Ter**
**West Orange, NJ 07052**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.3295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |
|---|---|---|---|---|

**Jack Whittier**
**1175 Lexington Ave**
**Brothers International Food**
**Corporation**
**Rochester, NY 14606**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.00 | $26.00 |
|---|---|---|---|---|

**Jack Wiese**
**8005 Georgetown Ave**
**Los Angeles, CA 90045**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|

**Jack Zhao**
**100 E 14th St Apt 1707**
**Chicago, IL 60605**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $255.00 | $255.00 |
|---|---|---|---|---|

**Jackie Aumer**
**721 Emerson Road**
**Suite 500**
**Creve Coeur, MO 63141**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                              Case number (if known)
Name

| 2.3299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,898.00 | $2,898.00 |

**Jackie Cox**
**6850 Avalon Ave**
**Dallas, TX 75214**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $129.00 | $129.00 |

**Jackie Ferrari**
**14 Jacob Rd**
**Windham, NH 03087**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |

**Jackie Pfeiffer**
**6481 Kingsley Ct**
**Liberty Twp, OH 45011**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $108.00 | $108.00 |

**Jackie Rivera**
**75 Van Dyke Rd**
**Hopewell, NJ 08525**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                               Case number (if known) _____
_____
Name

| 2.3303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $73.00 | $73.00 |

**Jacklyn Dowdy**
**325 Telluride Dr**
**Windsor, CO 80550**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.00 | $87.00 |

**Jackson Feezell**
**116 Cassius Ct**
**Berea, KY 40403**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.00 | $41.00 |

**Jacob Bogema**
**4319 S National Ave**
**Ups Store**
**Springfield, MO 65810**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |

**Jacob Brown**
**2621 Hibiscus Way Apt 221**
**Beavercreek, OH 45431**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**                                           Case number (*if known*)
_____
Name

| 2.3307 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,146.00 | $1,146.00 |

**Jacob Crist**
**6932 Chippewa St Apt 2e**
**Saint Louis, MO 63109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3308 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |

**Jacob Denehy**
**480 Quarter Way**
**Delaware, OH 43015**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3309 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.00 | $77.00 |

**Jacob Dopp**
**1309 North 22nd Street**
**Harrisburg, PA 17109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3310 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |

**Jacob Henderson**
**9218 Oban Passage Dr**
**Charlotte, NC 28273**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                    Case number (if known) _____
        Name

| 2.3311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |

**Jacob Hudspeth**
**1319 Sand Trap Rd**
**Ville Platte, LA 70586**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3312 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |

**Jacob Murphy**
**62 Creagan Ave**
**Gretna, LA 70053**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3313 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.00 | $87.00 |

**Jacob Pelletier**
**1311 Delphi Ln**
**Charlottesville, VA 22911**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3314 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $134.00 | $134.00 |

**Jacob Rierson**
**1641 Cook St**
**Denver, CO 80206**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor     **Phoeno Wine Company, Inc.**                                            Case number (if known) _____

Name

---

| 2.3315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.00 | $89.00 |
|--------|----------------------------------------------|-----------------------------------------------|--------|--------|

**Jacob Schwimmer**
**429 W Ohio St**
**East Bank Storage**
**Chicago, IL 60654**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.00 | $330.00 |

**Jacob Wyzgoski**
**410 N 1st St**
**102**
**Ann Arbor, MI 48103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |

**Jacqueline Connor**
**657 N West Ave**
**Elmhurst, IL 60126**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.00 | $24.00 |

**Jacqueline Doglio**
**103 Norfolk St Apt 1**
**Cambridge, MA 02139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|--------|------|------|------|
| | Name | | |

| 2.3319 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|--------|------|------|------|------|

**Jacqueline Hartman**
**1854 Oak Grove Blvd**
**Lutz, FL 33559**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.3320 | Priority creditor's name and mailing address | | $32.00 | $32.00 |

**Jacqueline Macdonald**
**550 W Date Street**
**407**
**San Diego, CA 92101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.3321 | Priority creditor's name and mailing address | | $150.00 | $150.00 |

**Jacqueline Marie**
**604 Hamlet Square Ln**
**Mount Pleasant, SC 29464**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.3322 | Priority creditor's name and mailing address | | $413.00 | $413.00 |

**Jacqueline Mason**
**275 Southdale Ct**
**Dunkirk, MD 20754**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

Debtor **Phoeno Wine Company, Inc.**
　　　　Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.3323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

| 2.3323 | Priority creditor's name and mailing address<br>**Jacqueline Rodriguez**<br>**10651 S Ave E**<br>**Chicago, IL 60617** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $21.00 | $21.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.3324 | Priority creditor's name and mailing address<br>**Jacqueline Savitz**<br>**2800 N Highway A1a Apt 805**<br>**Hutchinson Island, FL 34949** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $83.00 | $83.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.3325 | Priority creditor's name and mailing address<br>**Jacqueline Scott**<br>**1575 Tenaka Pl Apt 7**<br>**Bldg J**<br>**Sunnyvale, CA 94087** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $31.00 | $31.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.3326 | Priority creditor's name and mailing address<br>**Jacqueline Sohler**<br>**16132 Leona Lane**<br>**La Pine, OR 97739** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $172.00 | $172.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor   **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
　　　　　Name

| 2.3327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Jacqueline Swift**
**1325 Longfellow Street**
**Washington, DC 20011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3328 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Jacqueline Zonkowski**
**324 4th St**
**Apt 1**
**Jersey City, NJ 07302**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3329 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.00 | $68.00 |

**Jacquelyn Hooker**
**8740 Flower Pl**
**Arvade, CO 80005**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3330 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $448.00 | $448.00 |

**Jacquelyn Johnson**
**20 Witherspoon St**
**Whitehouse Station, NJ 08889**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**                                   Case number (*if known*) _____
        Name

| 2.3331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |

**Jacquelyn Woods**
**473 Melanie Ln SW**
**Marietta, GA 30008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)     ■ No
☐ Yes

---

| 2.3332 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |

**Jacques Moorejr.**
**9177 W Broad St**
**Richmond, VA 23294**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)     ■ No
☐ Yes

---

| 2.3333 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |

**Jacqui Hayes**
**104 Granite St**
**Londonderry, NH 03053**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)     ■ No
☐ Yes

---

| 2.3334 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $168.00 | $168.00 |

**Jade Walle**
**654 Chamberlain Way**
**Highlands Ranch, CO 80126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)     ■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.3335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.00 | $210.00 |
|---|---|---|---|---|

**Jai Varma**
**18720 Wainsborough Lane**
**Dallas, TX 75287**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3336 | Priority creditor's name and mailing address | | $48.00 | $48.00 |

**Jaime Carrbeery**
**271 County Road 100**
**Silverthorne, CO 80498**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3337 | Priority creditor's name and mailing address | | $80.00 | $80.00 |

**Jaime Estrada**
**25 Fruitdale Ter**
**Brownsville, TX 78521**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3338 | Priority creditor's name and mailing address | | $28.00 | $28.00 |

**Jaime Evangelista**
**23630 Carlson Ct**
**Hayward, CA 94541**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                          Case number (if known) _____
                    Name

| 2.3339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.00 | $55.00 |
|---|---|---|---|---|

**Jaime Lind**
**972 Gerry Ave**
**Lido Beach, NY 11561**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3340 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.00 | $62.00 |
|---|---|---|---|---|

**Jaime Otillio**
**5143 Stanford Dr**
**Nashville, TN 37215**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3341 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,466.00 | $1,466.00 |
|---|---|---|---|---|

**Jake Creasbaum**
**336 N Milwaukee St Apt 401**
**Milwaukee, WI 53202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3342 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $942.00 | $942.00 |
|---|---|---|---|---|

**Jake Cripe**
**8065 Edgerton Ct**
**Colorado Springs, CO 80919**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |
|---|---|---|---|---|

**Jake Curtis**
**545 Channelside Dr Unit 1606**
**Tampa, FL 33602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3344 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|

**Jake Gordon**
**162 Bittersweet Trl**
**Weatherford, TX 76088**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3345 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $102.00 | $102.00 |
|---|---|---|---|---|

**Jake Hianik**
**404 Briar Pl**
**Itasca, IL 60143**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3346 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |
|---|---|---|---|---|

**Jake Horne**
**1195 Hampton Gardens Ln**
**Charlotte, NC 28209**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**                              Case number (if known)

                    Name

| | |
|---|---|
| 2.3347 | Priority creditor's name and mailing address |

**Jake Lane**
**937 Reinli St Ste 27**
**Austin, TX 78751**

As of the petition filing date, the claim is:          $29.00    $29.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ No
☐ Yes

---

| | |
|---|---|
| 2.3348 | Priority creditor's name and mailing address |

**Jake Mandel**
**48 Winding Oak Dr**
**Okatie, SC 29909**

As of the petition filing date, the claim is:          $990.00    $990.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | |
|---|---|
| 2.3349 | Priority creditor's name and mailing address |

**Jake Richards**
**1131 Oakland Trce NE**
**Brookhaven, GA 30319**

As of the petition filing date, the claim is:          $51.00    $51.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | |
|---|---|
| 2.3350 | Priority creditor's name and mailing address |

**Jake Salvatore**
**501 Hartshorne Court**
**Freehold, NJ 07728**

As of the petition filing date, the claim is:          $160.00    $160.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
        _____
        Name

---

| 2.3351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |

**Jake Soule**
**7780 E Phantom Way**
**Scottsdale, AZ 85255**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3352 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,844.00 | $3,350.00 |

**Jake Velie**
**16014 North Valley Drive**
**Urbandale, IA 50323**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3353 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $108.00 | $108.00 |

**James Abe**
**6 Veranda**
**Newport Coast, CA 92657**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3354 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $717.00 | $717.00 |

**James Aleanzo**
**133  Stover Avenue**
**N Arlington, NJ 07031**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.3355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $208.00 | $208.00 |

**James Allan**
**1007 Seaton Lane**
**Falls Church, VA 22046**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3356 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.00 | $26.00 |

**James Andersen**
**2670 Union Avenue Ext Ste 1216**
**Memphis, TN 38112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3357 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**James Ashworth**
**4 Firehawk Dr**
**Stafford, VA 22554**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3358 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.00 | $160.00 |

**James Awalt**
**1909 Lohman Ford Road**
**Lago Vista, TX 78645**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.3359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$28.00** | **$28.00** |

**James Bach**
**5726 Webster St**
**Dayton, OH 45414**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3360 | Priority creditor's name and mailing address | | **$28.00** | **$28.00** |

**James Bell**
**7609 Hinman Cir**
**Huntersville, NC 28078**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3361 | Priority creditor's name and mailing address | | **$58.00** | **$58.00** |

**James Blake**
**1000 3rd St Unit 1301**
**San Francisco, CA 94158**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3362 | Priority creditor's name and mailing address | | **$20.00** | **$20.00** |

**James Boggs**
**56 Yukon**
**San Fracisco, CA 94114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 2.3363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $128.00 | $128.00 |

**James Bonaro**
**584 Echo Glen Ave**
**River Vale, NJ 07675**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3364 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**James Boudreau**
**4176 Ivy Crest Ct.**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3365 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $238.00 | $238.00 |

**James Bradley**
**22 Ranch Drive**
**Novato, CA 94945**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3366 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $190.00 | $190.00 |

**James Brady**
**327 Golf View Drive**
**Little Egg Harbor Twp, NJ 08087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.3367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |

2.3367 Priority creditor's name and mailing address

**James Brooks**
**1870 Somerset Ln**
**Wheaton, IL 60189**

As of the petition filing date, the claim is: $60.00    $60.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.3368 Priority creditor's name and mailing address

**James Burkholder**
**1737 Queens Rd W**
**Charlotte, NC 28207**

As of the petition filing date, the claim is: $284.00    $284.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.3369 Priority creditor's name and mailing address

**James Carlton**
**500 Burro Ave**
**Cloudcroft, NM 88317**

As of the petition filing date, the claim is: $20.00    $20.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.3370 Priority creditor's name and mailing address

**James Cartales**
**18302 Ridgefield Rd Nw**
**Shoreline, WA 98177**

As of the petition filing date, the claim is: $126.00    $126.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 2.3371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.00 | $24.00 |

**James Carter**
**2700 Broadway Apt 3d**
**New York, NY 10025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3372 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $76.00 | $76.00 |

**James Casey**
**10860 Burr Oak Way**
**Burke, VA 22015**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3373 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |

**James Cassella**
**6 Prospect Drive**
**Somerville, NJ 08876**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3374 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**James Catrambone**
**477 Yorkshire Dr**
**Severna Park, MD 21146**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
| | Name | | |

---

| 2.3375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
| | **James Chang** | Check all that apply. | | |
| | **689 Marin Boulevard** | ☐ Contingent | | |
| | **Apt 706** | ☐ Unliquidated | | |
| | **Jersey City, NJ 07310** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Deficit Customer** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes |

---

| 2.3376 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
| | **James Chaplin** | Check all that apply. | | |
| | **16320 W Wirestem** | ☐ Contingent | | |
| | **Lockport, IL 60441** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Deficit Customer** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes |

---

| 2.3377 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $823.00 | $823.00 |
| | **James Chen** | Check all that apply. | | |
| | **720 3rd Ln S** | ☐ Contingent | | |
| | **Kirkland, WA 98033** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Deficit Customer** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes |

---

| 2.3378 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
| | **James Cook** | Check all that apply. | | |
| | **2133 Jakes Walk Ln** | ☐ Contingent | | |
| | **Knoxville, TN 37932** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Deficit Customer** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes |

---

Debtor **Phoeno Wine Company, Inc.**
_____

Name

Case number (if known) _____

| 2.3379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.00 | $62.00 |

**James Cornwell**
**114 East Lee St**
**Apartment 5**
**Warrenton, VA 20186**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3380 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**James Craddock**
**16 Via Di Nola**
**Laguna Niguel, CA 92677**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3381 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $71.00 | $71.00 |

**James Dalessio**
**209 Fetterbush Rd.**
**Elgin, SC 29045**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3382 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |

**James Dannhauser**
**2 Canterbury Ln**
**Wayne, PA 19087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                    Case number (if known) _____
_____
Name

| 2.3383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $398.00 | $398.00 |
|---|---|---|---|---|

**James Defries**
**2969 Lida Ln**
**Sparks, NV 89434**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $154.00 | $154.00 |
|---|---|---|---|---|

**James Derrico**
**580 Moulton Loop Rd**
**Jackson, WY 83001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,944.00 | $3,350.00 |
|---|---|---|---|---|

**James Donnellan**
**7 Fields Drive**
**Glenmont, NY 12077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|

**James Dougherty**
**5847 Whisperwood Ct**
**Naples, FL 34110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
          _____
          Name

| | | |
|---|---|---|

**2.3387** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$135.00** | **$135.00**

**2.3387**

Priority creditor's name and mailing address
**James Duncan**
**13506 Ginger Glen Rd**
**San Diego, CA 92130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$135.00**     **$135.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.3388**

Priority creditor's name and mailing address
**James Dunlap**
**506 Pond Rd**
**Manchester, ME 04351**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$212.00**     **$212.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.3389**

Priority creditor's name and mailing address
**James Earle**
**2407 Riverview Drive**
**Murfreesboro, TN 37129**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$20.00**     **$20.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.3390**

Priority creditor's name and mailing address
**James Elder**
**6700 Lions Gate Ct**
**Arlington, TX 76001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$86.00**     **$86.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 2.3391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $880.00 | $880.00 |
|---|---|---|---|---|

**James Evans**
**1340 Little Harbour Dr**
**Vero Beach, FL 32963**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,827.00 | $2,827.00 |
|---|---|---|---|---|

**James Fausto**
**44 Hamlin St**
**Lunenburg, MA 01462**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**James Fegan**
**186 Mayo Rd**
**Edgewater, MD 21037**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.00 | $41.00 |
|---|---|---|---|---|

**James Fortin**
**1095 Bodwell Rd Unit 27**
**Manchester, NH 03109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known) _____

Name

| | | | |
|---|---|---|---|
| 2.3395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $124.00   $124.00 |

**James Francis**
**11687 Altoona Dr.**
**El Cajon, CA 92020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | | |
|---|---|---|---|
| 2.3396 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $484.00   $484.00 |

**James Gallagher**
**31722 Fairhill Dr**
**Wesley Chapel, FL 33543**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | | |
|---|---|---|---|
| 2.3397 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.00   $27.00 |

**James German**
**5420 Flowing Brook Cove**
**Austin, TX 78738**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | | |
|---|---|---|---|
| 2.3398 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00   $80.00 |

**James Gu**
**1525 Chestnut St Apt 3**
**San Francisco, CA 94123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.3399 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,722.00 | $3,350.00 |

**James Halinski**
**7780 Westside Dr Apt 304**
**San Diego, CA 92108**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3400 | Priority creditor's name and mailing address | | $838.00 | $838.00 |

**James Hannifin**
**9 Stephens Ct**
**Trophy Club, TX 76262**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3401 | Priority creditor's name and mailing address | | $71.00 | $71.00 |

**James Hayter**
**8 Peter Rd**
**Plymouth, MA 02360**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3402 | Priority creditor's name and mailing address | | $79.00 | $79.00 |

**James Hazelrigs**
**676 Red Pass Lane**
**Castle Rock, CO 80108**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 2.3403 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,678.00 | $2,678.00 |
|---|---|---|---|---|

**James Heath**
**1305 W Oltorf St Ste 200**
**Austin, TX 78704**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| 2.3404 | Priority creditor's name and mailing address | | $1,450.00 | $1,450.00 |
|---|---|---|---|---|

**James Helmers**
**13538 Eckford St**
**La Puente, CA 91746**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| 2.3405 | Priority creditor's name and mailing address | | $29.00 | $29.00 |
|---|---|---|---|---|

**James Herrmann**
**6 E Rampasture Rd**
**Hampton Bays, NY 11946**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| 2.3406 | Priority creditor's name and mailing address | | $759.00 | $759.00 |
|---|---|---|---|---|

**James Hess**
**14 Minuteman Dr**
**Bluffton, SC 29910**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

Debtor  **Phoeno Wine Company, Inc.**                                    Case number (if known) _____

Name

| 2.3407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $137.00 | $137.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address

**James Hobbs**
**5722 Platinum Dr**
**Grove City, OH 43123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$137.00      $137.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.3408   Priority creditor's name and mailing address

**James Hoffmann**
**1524 Thornhill Ave**
**Westlake Village, CA 91361**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$43.00      $43.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.3409   Priority creditor's name and mailing address

**James Horne**
**428 Central Ave**
**Milton, MA 02186**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$20.00      $20.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.3410   Priority creditor's name and mailing address

**James Howell**
**9422 Witten Dr**
**San Antonio, TX 78254**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$141.00      $141.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

| 2.3411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,512.00 | $1,512.00 |

**James J**
**1128 Lost River Ln**
**Gardnerville, NV 89460**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3412 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $967.00 | $967.00 |

**James Jordan**
**1018 Woodshire Ln Apt A106**
**Naples, FL 34105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3413 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $348.00 | $348.00 |

**James Kaiser**
**1597 Harborsun Drive**
**Charleston, SC 29412**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3414 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $158.00 | $158.00 |

**James Kervick**
**1315 Winding Oaks Cir E Apt 908**
**Vero Beach, FL 32963**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
Name

| 2.3415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $145.00 | $145.00 |

**James Kushner**
**10 Kaywood Ln**
**Cherry Hill, NJ 08034**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3416 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $627.00 | $627.00 |

**James Lane**
**204 Teakwood Dr**
**Carolina Beach, NC 28428**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3417 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |

**James Lane**
**9125 Camino Real**
**San Gabriel, CA 91775**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3418 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |

**James Latham**
**1775 Napier Woods Dr**
**Collierville, TN 38017**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                          Case number (if known) _____
Name

| 2.3419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $189.00 | $189.00 |

Check all that apply.

**James Leary**
**6030 Charnock Dr**
**Sykesville, MD 21784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3420 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.00 | $68.00 |

Check all that apply.

**James Lee**
**4212 28th St Apt 16d**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3421 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $223.00 | $223.00 |

Check all that apply.

**James Libecco**
**3624 W Market St**
**Allied Dermatology**
**Akron, OH 44333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3422 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,013.00 | $1,013.00 |

Check all that apply.

**James Linehan**
**310 E Sagebrush Dr, W2**
**South Teton B**
**Jackson, WY 83001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (*if known*) _____

| | | |
|---|---|---|
| 2.3423 | Priority creditor's name and mailing address<br>**James Macknyk**<br>**9315 Wilbrook Dr**<br>**Powell, OH 43065** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

**$170.00**    **$170.00**

---

| | | |
|---|---|---|
| 2.3424 | Priority creditor's name and mailing address<br>**James Marouchoc**<br>**202 Eagle View Dr**<br>**Bath, PA 18014** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

**$28.00**    **$28.00**

---

| | | |
|---|---|---|
| 2.3425 | Priority creditor's name and mailing address<br>**James Mchugh**<br>**1528 W Henderson St**<br>**Chicago, IL 60657** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

**$558.00**    **$558.00**

---

| | | |
|---|---|---|
| 2.3426 | Priority creditor's name and mailing address<br>**James Mckenney**<br>**36 Snows Mountain Rd**<br>**Waterville Valley, NH 03215** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

**$28.00**    **$28.00**

---

Debtor **Phoeno Wine Company, Inc.**      Case number (if known) _____
_____
Name

---

| 2.3427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|--------|---|---|---|---|

**James Mcnitt**
**385 Provident Ave**
**Winnetka, IL 60093**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3428 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $164.00 | $164.00 |
|--------|---|---|---|---|

**James Meehan**
**515 1st Ave N**
**Naples, FL 34102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3429 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $595.00 | $595.00 |
|--------|---|---|---|---|

**James Messer**
**19 Coot Rd**
**Locust Valley, NY 11560**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3430 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $79.00 | $79.00 |
|--------|---|---|---|---|

**James Mitcheson**
**145 Bedford St**
**West Bridgewater, MA 02379**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.3431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $824.00    $824.00 |

**James Moore**
**1240 Waverly Dr**
**Lawrence, KS 66049**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3432 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00    $28.00 |

**James Moore**
**317 Chestnut Hill Rd**
**Millville, MA 01529**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3433 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00    $30.00 |

**James Morris**
**90451 Old Hwy**
**Tavernier, FL 33070**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3434 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00    $33.00 |

**James Murdock**
**1000 Nora Ln**
**Suffolk, VA 23434**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known)

---

| 2.3435 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $688.00 | $688.00 |
|---|---|---|---|---|

**James Murphy**
**1196 Seagreen Pl**
**San Diego, CA 92154**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3436 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.00 | $22.00 |
|---|---|---|---|---|

**James Murphy**
**45 Gregory Hill Rd**
**Rochester, NY 14620**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3437 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,200.00 | $1,200.00 |
|---|---|---|---|---|

**James Nester**
**222 E Main St**
**Pen Argyl, PA 18072**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3438 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |
|---|---|---|---|---|

**James Ngo**
**45 Red Rock Lane**
**South Windsor, CT 06074**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____

_____
Name

| 2.3439 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $331.00 | $331.00 |

**James Nurthen**
**1363 Broadway**
**Alameda, CA 94501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3440 | Priority creditor's name and mailing address | | $155.00 | $155.00 |

**James Obrien**
**519 Karey Ct**
**Wilmette, IL 60091**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3441 | Priority creditor's name and mailing address | | $50.00 | $50.00 |

**James Orlando**
**1017 Panorama Court**
**Fircrest, WA 98466**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3442 | Priority creditor's name and mailing address | | $130.00 | $130.00 |

**James Pena**
**1521 Gettysvue Way**
**Prescott, AZ 86301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**                                     Case number (if known) _____
_____
Name

| 2.3443 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $603.00 | $603.00 |

**James Peyton**
**21 Tamworth Rd**
**Waban, MA 02468**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3444 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $93.00 | $93.00 |

**James Phillips**
**12 Bartlett St**
**Marblehead, MA 01945**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3445 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |

**James Powell**
**4917 Ranch View Rd**
**Fort Worth, TX 76109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3446 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**James Rawson**
**47 Alder St Apt 9**
**Waltham, MA 02453**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
                Name

Case number (if known) _____

---

| 2.3447 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $121.00 | $121.00 |
|---|---|---|---|---|

**James Reger**
**140 Mildred Cir**
**Concord, MA 01742**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3448 | Priority creditor's name and mailing address | | $988.00 | $988.00 |
|---|---|---|---|---|

**James Reilly**
**60 W 23rd St**
**Apt. 451**
**New York, NY 10010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3449 | Priority creditor's name and mailing address | | $171.00 | $171.00 |
|---|---|---|---|---|

**James Rhoades**
**16415 Addison Rd.**
**Suite 810**
**Addison, TX 75001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3450 | Priority creditor's name and mailing address | | $88.00 | $88.00 |
|---|---|---|---|---|

**James Rieck**
**2803 Jennifer Dr**
**College Station, TX 77845**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                  Case number (if known) _____
_____
           Name

| 2.3451 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.00 | $24.00 |

**James Sabatino**
**16 Alyssa Ln**
**Red Bank, NJ 07701**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:
                                                   **Deficit Customer**

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY                 ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)            ☐ Yes

---

| 2.3452 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.00 | $21.00 |

**James Sanford**
**1431 Woodbury Glen Drive**
**Amelia, OH 45102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:
                                                   **Deficit Customer**

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY                 ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)            ☐ Yes

---

| 2.3453 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**James Schalkwyk**
**918 Haight St**
**San Francisco, CA 94117**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:
                                                   **Deficit Customer**

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY                 ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)            ☐ Yes

---

| 2.3454 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $493.00 | $493.00 |

**James Schleper**
**663 Boulder St**
**Unit B Upper**
**Minturn, CO 81645**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:
                                                   **Deficit Customer**

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY                 ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)            ☐ Yes

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.3455 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00    $33.00 |

2.3455 Priority creditor's name and mailing address

**James Schuler**
**20 Pine St Apt 812**
**New York, NY 10005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$33.00**    **$33.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.3456 Priority creditor's name and mailing address

**James Shea**
**163 Inwood Rd**
**Fairfield, CT 06825**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$159.00**    **$159.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.3457 Priority creditor's name and mailing address

**James Simmons**
**508 Furlong Dr**
**Austin, TX 78746**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$150.00**    **$150.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.3458 Priority creditor's name and mailing address

**James Steele**
**115 N Salem Rd**
**Ridgefield, CT 06877**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$162.00**    **$162.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known) _____

Name

| 2.3459 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $145.00 | $145.00 |

**James Steffy**
**855 Washington Blvd**
**Montebello, CA 90640**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3460 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $236.00 | $236.00 |

**James Stevens**
**2728 Whittleby Ct**
**West Chester, PA 19382**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3461 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $213.00 | $213.00 |

**James Stevens**
**993 Saddler Creek Road**
**Priest River, ID 83856**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3462 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $243.00 | $243.00 |

**James Stoller**
**140 Seaview Ct., 701n**
**Marco Island, FL 34145**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.3463 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**James Strong**
**9515 Sea Cliff Way**
**Elk Grove, CA 95758**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3464 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 | $150.00 |

**James Sullivan**
**27922 Middlewater View Lane**
**Katy, TX 77494**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3465 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $161.00 | $161.00 |

**James Sweeney**
**127 Harmil Rd**
**Broomall, PA 19008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3466 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.00 | $62.00 |

**James Taylor**
**205 W Glendale Ave, Alexandria,**
**Va, Usa**
**Alexandria, VA 22301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.3467 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.00 | $62.00 |

**James Turiano**
**307 Lakeside Ave**
**Colts Neck, NJ 07722**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3468 | Priority creditor's name and mailing address | | $1,240.00 | $1,240.00 |

**James Vinci**
**14212 S Bell Rd**
**Advance Auto Parts Store #7655 -**
**Ups Acc**
**Homer Glen, IL 60491**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3469 | Priority creditor's name and mailing address | | $45.00 | $45.00 |

**James Walker**
**2440 279th Dr Se**
**Sammamish, WA 98075**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3470 | Priority creditor's name and mailing address | | $28.00 | $28.00 |

**James Walker**
**31 Thistle Lane**
**Hopewell Junction, NY 12533**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor   **Phoeno Wine Company, Inc.**                                      Case number (if known) _____
_____
Name

| 2.3471 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $213.00 | $213.00 |
|---|---|---|---|---|

**James Weeks**
**1107 Faith Ct**
**Ridgecrest, CA 93555**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3472 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**James Wilcox**
**615 Austin**
**Park Ridge, IL 60068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3473 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $433.00 | $433.00 |
|---|---|---|---|---|

**James Wilson**
**1124 Lakeshore Dr**
**Massapequa Park, NY 11762**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3474 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**James Wilson**
**1211 W Laburnum Ave.**
**Richmond, VA 23227**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 2.3475 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $183.00 | $183.00 |

**James Wolff**
**16 Thomas Eakins Way**
**Marlton, NJ 08053**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☐ No (checked)
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3476 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $107.00 | $107.00 |

**James Wood**
**3811 Key Largo Ct**
**Missouri City, TX 77459**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☐ No (checked)
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3477 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $82.00 | $82.00 |

**James Yi**
**905 Regalo Way**
**San Ramon, CA 94583**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☐ No (checked)
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3478 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $521.00 | $521.00 |

**Jamesb Huber**
**112 Farmview Pl**
**Venetia, PA 15367**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☐ No (checked)
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.3479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

Check all that apply.

**Jameson Romano**
**1407 Bay Plz**
**Wall Township, NJ 07719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3480 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |

Check all that apply.

**Jami Baker**
**8117 Richmond**
**The Colony, TX 75056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3481 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |

Check all that apply.

**Jami Grounds**
**1201 3rd Ave Ste 3800**
**Seattle, WA 98101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3482 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $197.00 | $197.00 |

Check all that apply.

**Jamie Bassett**
**2905 Brothers Blvd**
**College Station, TX 77845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3483 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.00 | $27.00 |
|---|---|---|---|---|

**Jamie Bellas**
**31 Primrose Ave**
**Scarsdale, NY 10583**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3484 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $126.00 | $126.00 |
|---|---|---|---|---|

**Jamie Do**
**52 Tournament Way**
**The Hills, TX 78738**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3485 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $122.00 | $122.00 |
|---|---|---|---|---|

**Jamie Edmonson-Marino**
**19368 Mersey Dr**
**Rehoboth Beach, DE 19971**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3486 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $131.00 | $131.00 |
|---|---|---|---|---|

**Jamie Gibson**
**60 Exchange St**
**C-3 Hold For Pickup**
**Richmond Hill, GA 31324**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**     Case number (if known) _____

Name

---

| 2.3487 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.00 | $47.00 |

**Jamie Hibben**
**2546 Folsom St**
**San Francisco, CA 94110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3488 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |

**Jamie Koebel**
**2430 Yasmin Dr**
**Commerce Township, MI 48382**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3489 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |

**Jamie Metelko**
**10250 Maiden Court**
**Fishers, IN 46040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3490 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |

**Jamie Metz**
**4602 Wild Briar Pass**
**Austin, TX 78746**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**                                              Case number (if known)
_____                         _____
Name

| 2.3491 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $144.00 | $144.00 |
|---|---|---|---|---|
| | **Jamie Picciola**<br>**306 Plater Dr**<br>**Thibodaux, LA 70301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3492 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $35.00 | $35.00 |
|---|---|---|---|---|
| | **Jamie Roberts**<br>**10912 Morningside Dr E**<br>**Puyallup, WA 98372** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3493 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $28.00 | $28.00 |
|---|---|---|---|---|
| | **Jamie Ross**<br>**3750 N Lake Shore Dr Apt 15h**<br>**Chicago, IL 60613** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3494 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $62.00 | $62.00 |
|---|---|---|---|---|
| | **Jamie Sauls**<br>**3300 E 7th Avenue Pkwy**<br>**Denver, CO 80206** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 2.3495 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $473.00 | $473.00 |

**Jamie Shea**
**805 Brownstone Ct**
**Nolensville, TN 37135**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3496 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |

**Jamish Patil**
**101 W End Ave Apt 14k**
**New York, NY 10023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3497 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $178.00 | $178.00 |

**Jan Debeuckelaer**
**1410 Grand Street**
**Apt 301**
**Hoboken, NJ 07030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3498 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $212.00 | $212.00 |

**Jan Hefferin**
**321 Bay St**
**Morgantown, WV 26508**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name    Case number (if known) _____

---

| 2.3499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $124.00 | $124.00 |
|---|---|---|---|---|

**Jan Kaplan**
**35 Nw High St**
**Newport, OR 97365**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3500 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $917.00 | $917.00 |
|---|---|---|---|---|

**Jan Pizarro**
**1602 Ivy Lane**
**West Chester, PA 19380**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3501 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |
|---|---|---|---|---|

**Jan Snow**
**33 Enclave Circle**
**Savannah, GA 31419**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3502 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|---|---|---|---|---|

**Jana Moradia**
**1736 Cottonwood Creek Pl**
**Lake Mary, FL 32746**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                              Case number (if known) _____
_____
Name

| 2.3503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |

**2.3503** | Priority creditor's name and mailing address

**Jane Conlon-Werner**
**110 Sibley Avenue**
**409**
**Ardmore, PA 19003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$19.00    $19.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.3504** | Priority creditor's name and mailing address

**Jane Horvath**
**9911 Corsica St**
**Vienna, VA 22181**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$44.00    $44.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.3505** | Priority creditor's name and mailing address

**Jane Kubasik**
**2800 Soaring Peak Ave**
**Henderson, NV 89052**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$190.00    $190.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.3506** | Priority creditor's name and mailing address

**Jane Lee**
**501 Whippoorwill Trl**
**West Palm Beach, FL 33411**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$717.00    $717.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                           Case number (*if known*) _____

Name

| 2.3507 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $180.00 |
|---|---|---|---|---|

**Jane Owen**
**89 Brewster Rd**
**West Hartford, CT 06117**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3508 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.00 | $64.00 |
|---|---|---|---|---|

**Jane Rose**
**6912 Hill Forest Dr**
**Dallas, TX 75230**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3509 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|

**Jane Rowe**
**288 Legion Park Rd**
**Windsor, ME 04363**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3510 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |
|---|---|---|---|---|

**Jane Winchester**
**18 Meadow Ln**
**Greenfield, MA 01301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (*if known*) | |
| | Name | | |

---

| 2.3511 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $245.00 | $245.00 |

**Janelle Atkinson-Mcclave**
**35 Yale Dr**
**Hampton Bays, NY 11946**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3512 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |

**Janelle Bell**
**4 Consulate Dr Apt 3f**
**Tuckahoe, NY 10707**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3513 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.00 | $205.00 |

**Janet Jasniewski**
**8191 S White Oak Dr**
**Oak Creek, WI 53154**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3514 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $164.00 | $164.00 |

**Janet Phipps**
**810 Hutton Hill Cir**
**Hudson, WI 54016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.3515 | Priority creditor's name and mailing address<br>**Janet Vogt**<br>**1719 Marble Island Rd**<br>**Colchester, VT 05446** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,106.00 | $2,106.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3516 | Priority creditor's name and mailing address<br>**Janey Macfawn**<br>**6909 Country Club Ter**<br>**New Market, MD 21774** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $65.00 | $65.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3517 | Priority creditor's name and mailing address<br>**Janice Aliberti**<br>**96 Geigel Hill Rd**<br>**Erwinna, PA 18920** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $19.00 | $19.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3518 | Priority creditor's name and mailing address<br>**Janice Colvin**<br>**6522 Nw 105th Ave**<br>**6522 Nw 105th Ave**<br>**Alachua, FL 32615** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $19.00 | $19.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.3519 | Priority creditor's name and mailing address<br>**Janice Courtois**<br>**16715 E Duane Ln**<br>**Scottsdale, AZ 85262** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **$455.00**  **$455.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.3520 | Priority creditor's name and mailing address
**Janice Dennis**
**410 Coral Pl**
**Corpus Christi, TX 78411**

As of the petition filing date, the claim is: **$273.00**  **$273.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.3521 | Priority creditor's name and mailing address
**Janice Deringer**
**14105 Taylors Crest Ln**
**Lake Oswego, OR 97035**

As of the petition filing date, the claim is: **$36.00**  **$36.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.3522 | Priority creditor's name and mailing address
**Janice Moore**
**145 Doral Drive**
**Pinehurst, NC 28374**

As of the petition filing date, the claim is: **$30.00**  **$30.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 2.3523 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $82.00 | $82.00 |
|---|---|---|---|---|

**Janice Partridge**
**255 Main St**
**Waterville, ME 04901**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3524 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Janina Mathew**
**4015 Deyo Ave**
**Brookfield, IL 60513**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3525 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $158.00 | $158.00 |
|---|---|---|---|---|

**Janine Dicarlo**
**1009 W Boston Post Rd Ste 2**
**Mamaroneck, NY 10543**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3526 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |
|---|---|---|---|---|

**Janine Dicarlo**
**71 Skyview Ln**
**New Rochelle, NY 10804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 2.3527 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.3527**

Priority creditor's name and mailing address
**Janinr Vascukynas**
**225 Fleetwood Dr**
**Rochester, NY 14609**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$36.00     $36.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.3528**

Priority creditor's name and mailing address
**Janis Leonard**
**804 Riley Way**
**Lincoln, CA 95648**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$46.00     $46.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.3529**

Priority creditor's name and mailing address
**Jared Bacus**
**8508 S Willow Dr**
**Tempe, AZ 85284**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$313.00     $313.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.3530**

Priority creditor's name and mailing address
**Jared Champagne**
**517 Rolling Hill Cir**
**Daphne, AL 36526**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$60.00     $60.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known)

---

| 2.3531 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Jared Dodd**
**6208 Osage Ave**
**Downers Grove, IL 60516**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☐ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.3532 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $599.00 | $599.00 |

**Jared Dubay**
**429 Park Place Dr NE**
**Rockford, MI 49341**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☐ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.3533 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.00 | $31.00 |

**Jared Fryer**
**3501 Prestwick Dr**
**Fayetteville, NC 28303**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☐ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.3534 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.00 | $45.00 |

**Jared Hardy**
**4615 Golf Park Drive**
**Lynchburg, VA 24502**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☐ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                     Case number (if known) _____
_____
Name

| 2.3535 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |

**Jared Hettinga**
**1050 Cr 11**
**Farwell, TX 79325**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3536 | Priority creditor's name and mailing address | | $106.00 | $106.00 |

**Jared Lynne**
**4 Blacksmith Ridge Rd**
**Ridgefield, CT 06877**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3537 | Priority creditor's name and mailing address | | $384.00 | $384.00 |

**Jared Murray**
**5 W Highland Ave**
**Tracy, CA 95376**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3538 | Priority creditor's name and mailing address | | $54.00 | $54.00 |

**Jared Schaan**
**10931 Sanctuary Way**
**Shreveport, LA 71106**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| 2.3539 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $714.00 | $714.00 |
|---|---|---|---|---|

**Jared Sheffield**
**1648 Bla Mor Ln**
**Lewisville, NC 27023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3540 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $211.00 | $211.00 |
|---|---|---|---|---|

**Jared Shreiner**
**12117 Bee Caves Rd Ste 120**
**Bee Cave, TX 78738**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3541 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $427.00 | $427.00 |
|---|---|---|---|---|

**Jared Weisfeld**
**42 Villa Road**
**Larchmont, NY 10538**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3542 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $419.00 | $419.00 |
|---|---|---|---|---|

**Jared Wood**
**325 Waterside Drive**
**Hampton, VA 23666**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.3543 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $181.00 | $181.00 |

**Jarques Pretorius**
**626 Catalina Blvd**
**San Diego, CA 92106**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.3544 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.00 | $77.00 |

**Jarred Ellis**
**79090 Avenue 42**
**N102**
**Bermuda Dunes, CA 92203**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.3545 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.00 | $22.00 |

**Jarred Isgette**
**619 Carriage Hill Ln Florida**
**Boca Raton, FL 33486**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.3546 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.00 | $63.00 |

**Jarret Alberti**
**51 Fox Hedge Rd**
**Saddle River, NJ 07458**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**      Case number (if known) _____

Name

---

**2.3547** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$70.00** | **$70.00**

**Jas Gill**
**24216 23rd Ave Se**
**Bothell, WA 98021**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.3548** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$88.00** | **$88.00**

**Jasmine Browner**
**5621 Colorado Ave., Nw**
**Washington, DC 20011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.3549** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$56.00** | **$56.00**

**Jasmine Flake**
**163 Promontory Dr W**
**Newport Beach, CA 92660**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.3550** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$30.00** | **$30.00**

**Jason Adams**
**7105 Forestwind Ct**
**Arlington, TX 76001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**          Case number (if known) _____
_____
Name

| 2.3551 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $149.00 | $149.00 |

**2.3551**

Priority creditor's name and mailing address
**Jason Alvey**
**21228 Flowering Crape Myrtle Dr**
**Porter, TX 77365**

As of the petition filing date, the claim is:     $149.00   $149.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.3552**

Priority creditor's name and mailing address
**Jason Beckel**
**812 Little Valley Rd**
**Martinez, CA 94553**

As of the petition filing date, the claim is:     $23.00   $23.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.3553**

Priority creditor's name and mailing address
**Jason Bennett**
**2803 Hazelwood Dr**
**Nashville, TN 37212**

As of the petition filing date, the claim is:     $90.00   $90.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.3554**

Priority creditor's name and mailing address
**Jason Bohle**
**1539 Tilco Dr Ste 113**
**Frederick, MD 21704**

As of the petition filing date, the claim is:     $114.00   $114.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

| 2.3555 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |
|---|---|---|---|---|

**Jason Boynton**
**1301 La Grande Ave**
**Yuba City, CA 95991**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3556 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $39.00 | $39.00 |
|---|---|---|---|---|

**Jason Brooks**
**1616 Westgate Cir**
**Brentwood, TN 37027**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3557 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.00 | $98.00 |
|---|---|---|---|---|

**Jason Buckley**
**776 President Ave**
**Lawrence, NJ 08648**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3558 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.00 | $27.00 |
|---|---|---|---|---|

**Jason Bunting**
**1764 W Regents Park Rd**
**Crofton, MD 21114**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.3559 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.00 | $375.00 |

**Jason Carlson**
**5049 Adair Way**
**Adair Way**
**San Jose, CA 95124**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3560 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |

**Jason Copeland**
**3124 N Sacramento Ave**
**Chicago, IL 60618**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3561 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $747.00 | $747.00 |

**Jason Cox**
**2235 Flicker Dr Apt 150**
**Hebron, KY 41048**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3562 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $105.00 | $105.00 |

**Jason Deavours**
**141 Addis Cir**
**Anderson, SC 29626**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.3563 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Jason Diaz**
**15 Paso De Avila**
**Martinez, CA 94553**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3564 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.00 | $66.00 |
|---|---|---|---|---|

**Jason Dickinson**
**9731 Cliff View Place**
**Tucson, AZ 85704**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3565 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |
|---|---|---|---|---|

**Jason Difrancesco**
**1692 Browning**
**Irvine, CA 92606**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3566 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $143.00 | $143.00 |
|---|---|---|---|---|

**Jason Dukes**
**3503 Avalon Blvd**
**Alpharetta, GA 30009**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.3567 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $199.00 | $199.00 |

2.3567    Priority creditor's name and mailing address

**Jason Dunkle**
**37310 N 104th Pl**
**Scottsdale, AZ 85262**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$199.00    $199.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.3568    Priority creditor's name and mailing address

**Jason Elswick**
**640 Hamel Rd**
**Hamel, MN 55340**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$138.00    $138.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.3569    Priority creditor's name and mailing address

**Jason Eppler**
**16200 Barton St**
**Overland Park, KS 66221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$175.00    $175.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.3570    Priority creditor's name and mailing address

**Jason Esposito**
**151 7th St S Unit 728**
**Saint Petersburg, FL 33701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$659.00    $659.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**                                     Case number (if known) _____

Name

| 2.3571 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.00 | $112.00 |
|---|---|---|---|---|

**Jason Feist**
**1714 Ashford Lane**
**Waunakee, WI 53597**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.3572 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |
|---|---|---|---|---|

**Jason Flynn**
**872 Starr Cir**
**Windsor, CA 95492**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.3573 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Jason Frankel**
**16984 Alder Cir**
**Lake Oswego, OR 97034**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.3574 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Jason Glassner**
**45-395 Kuaua Way**
**Kaneohe, HI 96744**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 2.3575 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$113.00** | **$113.00** |

**2.3575** Priority creditor's name and mailing address

**Jason Gorman**
**333 Broadsword Ct**
**Nekoosa, WI 54457**

As of the petition filing date, the claim is:                     **$113.00**    **$113.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.3576** Priority creditor's name and mailing address

**Jason Gribin**
**3633 Lankershim Blvd**
**Los Angeles, CA 90068**

As of the petition filing date, the claim is:                     **$50.00**    **$50.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.3577** Priority creditor's name and mailing address

**Jason Hastings**
**127 Saint Thomas Way**
**Tiburon, CA 94920**

As of the petition filing date, the claim is:                     **$256.00**    **$256.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.3578** Priority creditor's name and mailing address

**Jason James**
**773 Whiskey Key Drive**
**Marco Island, FL 34145**

As of the petition filing date, the claim is:                     **$380.00**    **$380.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor  **Phoeno Wine Company, Inc.**                                     Case number (if known)  _____
_____
Name

| 2.3579 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Jason Jean**
**190 Homestead Blvd**
**Longmeadow, MA 01106**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3580 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |
|---|---|---|---|---|

**Jason Kamler**
**1534 Fairway Ln**
**Elkhorn, WI 53121**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3581 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.00 | $210.00 |
|---|---|---|---|---|

**Jason Klinghoffer**
**2417 Nw 49th Ln**
**Boca Raton, FL 33431**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3582 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.00 | $83.00 |
|---|---|---|---|---|

**Jason Klosterman**
**101 Roxboro Ct**
**New Bern, NC 28562**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor  **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.3583 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $270.00 | $270.00 |

**Jason Klosterman**
**48 Celeste Dr**
**Rensselaer, NY 12144**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3584 | Priority creditor's name and mailing address |   | $15.00 | $15.00 |

**Jason Krishnan**
**7935 Airport Pulling Rd N**
**Ste 4-333**
**Naples, FL 34109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3585 | Priority creditor's name and mailing address |   | $42.00 | $42.00 |

**Jason Lastomirsky**
**9 Bowling Green Dr**
**North Haven, CT 06473**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3586 | Priority creditor's name and mailing address |   | $140.00 | $140.00 |

**Jason Leidich**
**1170 Sparrow Run**
**Streetsboro, OH 44241**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                    Case number (if known) _____
_____
Name

| 2.3587 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $204.00 | $204.00 |

**Jason Livingston**
**1960 Muir Rd**
**Martinez, CA 94553**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3588 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $93.00 | $93.00 |

**Jason Lowe**
**18039 Fonthill Ave**
**Torrance, CA 90504**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3589 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**Jason Manley**
**336 W Wind Dr**
**Max Meadows, VA 24360**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3590 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.00 | $41.00 |

**Jason Maxwell**
**18 Evergreen Ln**
**Topsfield, MA 01983**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**      Case number (if known) _____
_____
Name

---

| 2.3591 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |

**Jason Maycumber**
**2375 SW 83rd Ave**
**Portland, OR 97225**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3592 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $96.00 | $96.00 |

**Jason Montrie**
**343 E 1st St**
**Hinsdale, IL 60521**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3593 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Jason Murphy**
**5033 99th St SW**
**Mukilteo, WA 98275**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3594 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.00 | $57.00 |

**Jason Nicholls**
**103 S Veilwood Cir**
**The Woodlands, TX 77382**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| 2.3595 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |

**Jason Papst**
**7365 Main St Ste 12**
**Stratford, CT 06614**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3596 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |

**Jason Resar**
**3855 E Larkspur Dr**
**Phoenix, AZ 85032**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3597 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |

**Jason Rothman**
**14 Jano Pl**
**Plainview, NY 11803**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3598 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.00 | $112.00 |

**Jason Ruth**
**11526 Beachside St**
**Galveston, TX 77554**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.3599** | Priority creditor's name and mailing address

**Jason Schmidt**
**68 Quail Hollow Dr**
**Sewell, NJ 08080**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$44.00 | $44.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.3600** | Priority creditor's name and mailing address

**Jason Simpson**
**6805 6th Ave**
**A6**
**Tacoma, WA 98406**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$56.00 | $56.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.3601** | Priority creditor's name and mailing address

**Jason Stokes**
**3770 W New Haven Ave**
**Melbourne, FL 32904**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$44.00 | $44.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.3602** | Priority creditor's name and mailing address

**Jason Tejani**
**1407 Stanley Blvd**
**Birmingham, MI 48009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$28.00 | $28.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

**2.3603** | Priority creditor's name and mailing address

**Jason Trujillo**
**3108 Lake Dr Apt 40**
**Marina, CA 93933**

As of the petition filing date, the claim is: $95.00    $95.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.3604** | Priority creditor's name and mailing address

**Jason Wallace**
**24445 S Clegg Rd**
**Pickford, MI 49774**

As of the petition filing date, the claim is: $175.00    $175.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.3605** | Priority creditor's name and mailing address

**Jason Waxman**
**1420 Nw Lovejoy St Apt 713**
**Portland, OR 97209**

As of the petition filing date, the claim is: $5,574.00    $3,350.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.3606** | Priority creditor's name and mailing address

**Jason Womack**
**4548 N Ocean Dr # 4**
**Lauderdale By The Sea, FL 33308**

As of the petition filing date, the claim is: $33.00    $33.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3607 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $154.00 | $154.00 |
|---|---|---|---|---|

**Jasper Swindle**
**880 Marietta Hwy Ste 630**
**Roswell, GA 30075**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3608 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $337.00 | $337.00 |
|---|---|---|---|---|

**Javier Resendez**
**420 7th St Nw**
**706**
**Washington, DC 20004**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3609 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |
|---|---|---|---|---|

**Jay Arovas**
**2801 Quebec St Nw Apt 323**
**Washington, DC 20008**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3610 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.00 | $62.00 |
|---|---|---|---|---|

**Jay Blundell**
**394 Summit Dr**
**Emerald Hills, CA 94062**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                     Case number *(if known)* _____
_____
Name

| 2.3611 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Jay Christianson**
**806 Orion Drive**
**Colorado Springs, CO 80906**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3612 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $126.00 | $126.00 |

**Jay Colley**
**5193 Shady Grove Rd**
**Memphis, TN 38117**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3613 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |

**Jay Davis**
**156 Top Of The World Way**
**Green Brook, NJ 08812**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3614 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Jay Driscoll**
**3918 Wentworth Dr**
**Arlington, TX 76001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

| 2.3615 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |

**Jay Eubank**
**1356 Wolf Pack Cv**
**Collierville, TN 38017**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.3616 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.00 | $68.00 |

**Jay Hilliard**
**145 East 265th Street**
**Euclid, OH 44132**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.3617 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $300.00 |

**Jay Machado**
**23500 Wingedfoot Dr**
**Westlake, OH 44145**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.3618 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $380.00 | $380.00 |

**Jay Mitchell**
**8524 Sh-6 N**
**The Ups Store**
**Houston, TX 77095**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                    Case number (if known) _____
_____
Name

| 2.3619 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $627.00 | $627.00 |
|---|---|---|---|---|

**Jay Panzarella**
**125 Connemara Lane**
**125 Connemara Lane**
**Butler, PA 16001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3620 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**Jay Scott**
**28 Badgers Is W**
**Kittery, ME 03904**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3621 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.00 | $17.00 |
|---|---|---|---|---|

**Jay Whelan**
**6825 Cedar Elm Dr**
**Abilene, TX 79606**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3622 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $180.00 |
|---|---|---|---|---|

**Jay Wilson**
**10 Crestwood Dr**
**Watchung, NJ 07069**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.** _____ Case number (if known) _____
Name

| 2.3623 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.00 | $41.00 |

**Jb Hayes**
**1001 Belleview St**
**Apt 1005**
**Dallas, TX 75215**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3624 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $93.00 | $93.00 |

**Jc Sikoff**
**17455 Bear Valley Rd**
**Hesperia, CA 92345**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3625 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.00 | $98.00 |

**Jean Hornung**
**4617 Hopkins Ave**
**Dallas, TX 75209**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3626 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $247.00 | $247.00 |

**Jean Meador**
**8953 Stratford Dr**
**North Richland Hills, TX 76182**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

---

| 2.3627 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.00 | $26.00 |

**Jean Powers**
**1405 Fulton Rd**
**#205**
**Santa Rosa, CA 95403**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3628 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Jean-Francois Moreau**
**309 Doe Run Circle**
**Henderson, NV 89012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3629 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $175.00 | $175.00 |

**Jean-Michel Ferat**
**7613 Cayuga Ave**
**Bethesda, MD 20817**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3630 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |

**Jean-Paul Saliou**
**662 Mangels Ave**
**San Francisco, CA 94127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.3631 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.00 | $64.00 |

**Jeananne Frazier**
**5106 Marsh Field Rd**
**Sarasota, FL 34235**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.3632 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |

**Jeanna Kozak**
**4251 Farm To Market Road 2181**
**230136**
**Corinth, TX 76210**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.3633 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.00 | $59.00 |

**Jeanne Anderson**
**915 Merrillville Rd**
**Crown Point, IN 46307**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.3634 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.00 | $98.00 |

**Jeanne Nam**
**222 S Main St**
**Apt 1711**
**Los Angeles, CA 90012**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                  Case number (if known) _____
                  Name

| 2.3635 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.00 | $18.00 |

**Jeannette Hopson**
**1940 NE 153rd Place**
**Portland, OR 97230**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3636 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $596.00 | $596.00 |

**Jeannette Marchant**
**239 Euclid Ave**
**Kenmore, NY 14217**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3637 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $519.00 | $519.00 |

**Jeannine Peterson**
**22 Hwy 10 E**
**Big Timber, MT 59011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3638 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $108.00 | $108.00 |

**Jeff Abraham**
**10803 W Dove Roost Rd**
**Queen Creek, AZ 85142**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.3639 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $107.00 | $107.00 |
|---|---|---|---|---|

**Jeff Alee**
**26411 Elder Road**
**Pierce City, MO 65723**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3640 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $99.00 | $99.00 |
|---|---|---|---|---|

**Jeff Anderson**
**2821 Prairie View Dr**
**Northlake, TX 76226**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3641 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $136.00 | $136.00 |
|---|---|---|---|---|

**Jeff Bentz**
**1647 E Lobo Street**
**San Tan Valley, AZ 85140**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3642 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |
|---|---|---|---|---|

**Jeff Beshore**
**1830 S 19th St**
**Harrisburg, PA 17104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                                    Case number (if known) _____

Name

| | | |
|---|---|---|

**2.3643** Priority creditor's name and mailing address

**Jeff Bicer**
**294 Hopewell Rd**
**Elverson, PA 19520**

As of the petition filing date, the claim is:          $296.00      $296.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.3644** Priority creditor's name and mailing address

**Jeff Caldwell**
**10739 Clinton County Line Rd**
**Trenton, IL 62293**

As of the petition filing date, the claim is:          $28.00       $28.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.3645** Priority creditor's name and mailing address

**Jeff Carter**
**2458 River Ridge Dr**
**Orlando, FL 32825**

As of the petition filing date, the claim is:          $21.00       $21.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.3646** Priority creditor's name and mailing address

**Jeff Cassidy**
**3751 Detweiler**
**Chalfont, PA 18914**

As of the petition filing date, the claim is:          $119.00      $119.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
         Name

| 2.3647 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $137.00 | $137.00 |

**Jeff Coble**
**102 Westgrill Dr**
**Palm Coast, FL 32164**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)       ☐ Yes

---

| 2.3648 | Priority creditor's name and mailing address | | $510.00 | $510.00 |

**Jeff Creed**
**1809 Persimmon Drive**
**Anna, TX 75409**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)       ☐ Yes

---

| 2.3649 | Priority creditor's name and mailing address | | $20.00 | $20.00 |

**Jeff Croskey**
**4044 Beaver Ave**
**Des Moines, IA 50310**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)       ☐ Yes

---

| 2.3650 | Priority creditor's name and mailing address | | $608.00 | $608.00 |

**Jeff Fagnan**
**3 Landing Way**
**Dover, NH 03820**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)       ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 2.3651 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.00 | $61.00 |
|---|---|---|---|---|

**Jeff Fassbender**
**11500 Northlake Dr Ste 300**
**Cincinnati, OH 45249**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3652 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.00 | $119.00 |
|---|---|---|---|---|

**Jeff Forrester**
**3110 S 144th Ave**
**Omaha, NE 68144**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3653 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.00 | $87.00 |
|---|---|---|---|---|

**Jeff Galipeaux**
**135 Riviera Dr Apt 238**
**Los Gatos, CA 95032**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3654 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $300.00 |
|---|---|---|---|---|

**Jeff Galloway**
**111 Sagerview Way**
**Durham, NC 27713**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**    Case number (if known) _____
_____
Name

| 2.3655 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.00 | $36.00 |

**Jeff Geiser**
**40827 Tulip Poplar Pl**
**Aldie, VA 20105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3656 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.00 | $68.00 |

**Jeff Gentzen**
**3206 Robbins Rd**
**Pompano Beach, FL 33062**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3657 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Jeff Gillies**
**680 Route 304**
**Bardonia, NY 10954**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3658 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $639.00 | $639.00 |

**Jeff Gonyo**
**4921 W Paul Ave Unit 1**
**Tampa, FL 33611**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**

_____    Case number (if known) _____

Name

| 2.3659 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $86.00 | $86.00 |
|--------|---|---|---|---|

**Jeff Gossman**
**906 Cloud Cover Ln**
**Cedar Park, TX 78641**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3660 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.00 | $52.00 |
|--------|---|---|---|---|

**Jeff Guynn**
**1835 7th St Nw # 122**
**Washington, DC 20001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3661 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $273.00 | $273.00 |
|--------|---|---|---|---|

**Jeff Haase**
**7446 Raccoon Hill Dr**
**Kirtland, OH 44094**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3662 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $79.00 | $79.00 |
|--------|---|---|---|---|

**Jeff Haggerty**
**5431 N Arlington Ave**
**Indianapolis, IN 46226**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                         Case number (if known) _____

Name

| 2.3663 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $86.00 | $86.00 |

**Jeff Heitner**
**56725 Mountain Vw**
**La Quinta, CA 92253**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3664 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $235.00 | $235.00 |

**Jeff Hoffman**
**10918 W Camelot Cir**
**Sun City, AZ 85351**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3665 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |

**Jeff Ilseman**
**700 Saint Paul Road**
**Ballwin, MO 63021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3666 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |

**Jeff Johnston**
**1001 Fannin St Ste 2500**
**Houston, TX 77002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3667 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|
| | **Jeff Jorgensen** | Check all that apply. | | |
| | **712 Lago Cir** | ☐ Contingent | | |
| | **Knoxville, TN 37922** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3668 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $248.00 | $248.00 |
|---|---|---|---|---|
| | **Jeff Kimble** | Check all that apply. | | |
| | **401 Prairie Ave** | ☐ Contingent | | |
| | **Bozeman, MT 59718** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3669 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |
|---|---|---|---|---|
| | **Jeff Krizic** | Check all that apply. | | |
| | **8006 Churchill Falls Pl** | ☐ Contingent | | |
| | **Apex, NC 27539** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3670 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.00 | $77.00 |
|---|---|---|---|---|
| | **Jeff Kroemer** | Check all that apply. | | |
| | **2323 N 62nd St** | ☐ Contingent | | |
| | **Wauwatosa, WI 53213** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.3671 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $158.00 | $158.00 |
|---|---|---|---|---|

**Jeff Litt**
**15700 Draycot Dr**
**Midlothian, VA 23112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY     ☑ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.3672 | Priority creditor's name and mailing address | | $450.00 | $450.00 |

**Jeff Marcaletti**
**16 Corte Almaden**
**San Rafael, CA 94903**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY     ☑ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.3673 | Priority creditor's name and mailing address | | $644.00 | $644.00 |

**Jeff Marder**
**2330 Fairway Court**
**Oxnard, CA 93036**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY     ☑ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.3674 | Priority creditor's name and mailing address | | $28.00 | $28.00 |

**Jeff Mellick**
**805 Harbour Watch Ct**
**Mount Pleasant, SC 29464**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY     ☑ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 2.3675 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.00 | $87.00 |

**Jeff Miller**
**11108 Terrace Bluff Dr**
**Austin, TX 78754**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3676 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $252.00 | $252.00 |

**Jeff Miller**
**20963 Chatham Ridge Blvd**
**Westfield, IN 46074**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3677 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $173.00 | $173.00 |

**Jeff Neely**
**211 Briar Hollow Ln**
**Woodstock, GA 30188**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3678 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |

**Jeff Nott**
**544 Bevans Dr**
**San Jose, CA 95129**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| 2.3679 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $171.00 | $171.00 |
|---|---|---|---|---|

**Jeff Pugrant**
**41564 Rue Chene**
**Ponchatoula, LA 70454**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3680 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,912.00 | $1,912.00 |
|---|---|---|---|---|

**Jeff Reisner**
**9 Old Mill Rd**
**West Harrison, NY 10604**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3681 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $456.00 | $456.00 |
|---|---|---|---|---|

**Jeff Ruddock**
**6213 Bandolero Dr**
**El Paso, TX 79912**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3682 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $672.00 | $672.00 |
|---|---|---|---|---|

**Jeff Sacco**
**5826 Meadows Del Mar**
**San Diego, CA 92130**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor  **Phoeno Wine Company, Inc.**                               Case number (if known) _____
_____
Name

| 2.3683 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.00 | $49.00 |

**Jeff Sassorossi**
**6202 University Ave**
**Middleton, WI 53562**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred        Basis for the claim:
_____        **Deficit Customer**

Last 4 digits of account number        Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)  ☐ Yes

---

| 2.3684 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $803.00 | $803.00 |

**Jeff Schalk**
**17090 Fitzpatrick Ln**
**Occidental, CA 95465**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred        Basis for the claim:
_____        **Deficit Customer**

Last 4 digits of account number        Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)  ☐ Yes

---

| 2.3685 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Jeff Schloemer**
**843 Paulson Cir**
**Menlo Park, CA 94025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred        Basis for the claim:
_____        **Deficit Customer**

Last 4 digits of account number        Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)  ☐ Yes

---

| 2.3686 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $143.00 | $143.00 |

**Jeff Schultz**
**125 World Of Tennis Sq**
**Lakeway, TX 78738**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred        Basis for the claim:
_____        **Deficit Customer**

Last 4 digits of account number        Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)  ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                   Case number (*if known*) _____
_____
Name

| | | | |
|---|---|---|---|
| 2.3687 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $190.00    $190.00 |

**Jeff Schweiger**
**1017 Summer Hl**
**Carmel, IN 46032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3688 | Priority creditor's name and mailing address | | $2,756.00    $2,756.00 |
|---|---|---|---|

**Jeff Shada**
**324 S Plumas St**
**Willows, CA 95988**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3689 | Priority creditor's name and mailing address | | $70.00    $70.00 |
|---|---|---|---|

**Jeff Tellman**
**5761 W Larkspur Dr**
**Glendale, AZ 85304**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3690 | Priority creditor's name and mailing address | | $89.00    $89.00 |
|---|---|---|---|

**Jeff Thomas**
**5554 S Peek Rd # 44**
**Katy, TX 77450**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                      Case number (if known) _____
_____
Name

| 2.3691 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $137.00 | $137.00 |
|---|---|---|---|---|

**Jeff Vandellen**
**773 W Folley St**
**Chandler, AZ 85225**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3692 | Priority creditor's name and mailing address | | $26.00 | $26.00 |
|---|---|---|---|---|

**Jeff Venable**
**14382 E 53rd Ln**
**Yuma, AZ 85367**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3693 | Priority creditor's name and mailing address | | $330.00 | $330.00 |
|---|---|---|---|---|

**Jeff Weness**
**1801 Wyndam Dr**
**Shakopee, MN 55379**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3694 | Priority creditor's name and mailing address | | $54.00 | $54.00 |
|---|---|---|---|---|

**Jeff Wilkerson**
**1121 Blue Water Ct**
**Buford, GA 30518**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 2.3695 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $117.00 | $117.00 |

**Jeff Williams**
**307 Deepwood Rd**
**Chapel Hill, NC 27514**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3696 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.00 | $31.00 |

**Jeff Wilson**
**265 Chestnut Walk Drive**
**Apex, NC 27523**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3697 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,680.00 | $1,680.00 |

**Jeff Yelencich**
**67915 S Forest Ave**
**Richmond, MI 48062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3698 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Jefferson Lu**
**12812 Arabella Street**
**Cerritos, CA 90703**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**                                                 Case number (if known) _____
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

| 2.3699 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $454.00 | $454.00 |
|---|---|---|---|---|

**Jeffery Mentel**
**12645 Olive Blvd Ste 300**
**Saint Louis, MO 63141**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3700 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |
|---|---|---|---|---|

**Jeffery Nuckles**
**760 Olivers Lane**
**Sutherlin, VA 24594**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3701 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Jeffey Ochoa**
**4866 Via De La Luna**
**Yorba Linda, CA 92886**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3702 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.00 | $210.00 |
|---|---|---|---|---|

**Jeffrey Alper**
**14665 Reserve Ln**
**Naples, FL 34109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                                    Case number (*if known*) _____
        Name

| 2.3703 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $203.00 | $203.00 |

**Jeffrey Armstrong**
**394 Ralston Creek St**
**Daniel Island, SC 29492**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3704 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $390.00 | $390.00 |

**Jeffrey Berg**
**8317 Club Ridge Drive**
**Apt 105**
**Austin, TX 78735**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3705 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $129.00 | $129.00 |

**Jeffrey Berkley**
**402 Northwood Drive**
**Orange, CT 06477**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3706 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $269.00 | $269.00 |

**Jeffrey Bianco**
**970 W Broadway # E-129**
**Jackson, WY 83001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.3707** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00

**Jeffrey Blank**
**6675 W Imlay St**
**Chicago, IL 60631**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.3708** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,378.00 | $3,350.00

**Jeffrey Bryant**
**1567 Maple Ave**
**Evanston, IL 60201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.3709** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00

**Jeffrey Callahan**
**1325 Forest Glen Blvd**
**Batavia, OH 45103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.3710** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00

**Jeffrey Chambers**
**12463 Country White Cir**
**Tampa, FL 33635**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.3711 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |

**Jeffrey Coleman**
**5933 S 18th St**
**Milwaukee, WI 53221**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3712 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**Jeffrey Craig**
**Faushing Haus 747 S. Galena St**
**C/O Fa8 Jeff Craig**
**Aspen, CO 81611**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3713 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $535.00 | $535.00 |

**Jeffrey Denniston**
**5032 Fulton St Nw**
**Washington, DC 20016**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3714 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.00 | $75.00 |

**Jeffrey Digregorio**
**565 Bellevue Ave Apt 2403**
**Oakland, CA 94610**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Official Form 206 E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor **Phoeno Wine Company, Inc.**                    Case number (if known) _____
_____
Name

| 2.3715 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |
|---|---|---|---|---|

**Jeffrey Dobbins**
**2427 Paradise Street**
**Vernon, TX 76384**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3716 | Priority creditor's name and mailing address | | $650.00 | $650.00 |
|---|---|---|---|---|

**Jeffrey Drobick**
**685 Kalthoff Cmn**
**Livermore, CA 94550**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3717 | Priority creditor's name and mailing address | | $192.00 | $192.00 |
|---|---|---|---|---|

**Jeffrey Edgerton**
**747 Elders Story Rd**
**Fort Mill, SC 29708**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3718 | Priority creditor's name and mailing address | | $554.00 | $554.00 |
|---|---|---|---|---|

**Jeffrey Eiting**
**2100 Mckinney Ave Ste 700**
**Cbre**
**Dallas, TX 75201**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**                                      Case number (if known) _____
_____
Name

| 2.3719 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $286.00 | $286.00 |
|---|---|---|---|---|

**Jeffrey Engel**
**1001 SW Higgins Ave Ste 102**
**Missoula, MT 59803**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.3720 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $692.00 | $692.00 |
|---|---|---|---|---|

**Jeffrey Faiello**
**4899 Chardonnay Dr**
**Coral Springs, FL 33067**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.3721 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 | $1,000.00 |
|---|---|---|---|---|

**Jeffrey Galgano**
**987 Fairchild Dr**
**Highlands Ranch, CO 80126**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.3722 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $67.00 | $67.00 |
|---|---|---|---|---|

**Jeffrey Gojaniuk**
**8 Creamery Pl**
**Hamilton, NJ 08620**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
           Name

| 2.3723 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.00 | $52.00 |

**Jeffrey Goldberger**
**269 Palmer Hill Rd**
**Old Greenwich, CT 06870**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

$52.00    $52.00

---

| 2.3724 | Priority creditor's name and mailing address |

**Jeffrey Grossman**
**376 Green Winged Teal Rd**
**Kiawah Island, SC 29455**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

$146.00    $146.00

---

| 2.3725 | Priority creditor's name and mailing address |

**Jeffrey Harnden**
**3165 Fairmount Blvd**
**Cleveland Heights, OH 44118**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

$450.00    $450.00

---

| 2.3726 | Priority creditor's name and mailing address |

**Jeffrey Hoff**
**2437 Harbor Blvd Apt 103**
**Port Charlotte, FL 33952**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

$208.00    $208.00

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.3727** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$357.00** | **$357.00**

**Jeffrey Holloman**
**286 2nd Ave**
**San Francisco, CA 94118**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.3728** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$684.00** | **$684.00**

**Jeffrey Jacobs**
**2661 Sheila Ln**
**Marietta, GA 30062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.3729** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$20.00** | **$20.00**

**Jeffrey Johnson**
**10260 Turtle Bay Cv**
**Fenton, MI 48430**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.3730** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$29.00** | **$29.00**

**Jeffrey Lang**
**6051 N Paseo Zaldivar**
**Tucson, AZ 85750**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| 2.3731 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.00 | $98.00 |
|---|---|---|---|---|

**Jeffrey Lim**
**250 E 40th St Apt 27a**
**New York, NY 10016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3732 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,512.00 | $3,350.00 |
|---|---|---|---|---|

**Jeffrey Lott**
**12018 Concho Bay Court**
**Houston, TX 77041**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3733 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Jeffrey Mariner**
**601 N Rio Vista Blvd Apt 307**
**Fort Lauderdale, FL 33301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3734 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.00 | $104.00 |
|---|---|---|---|---|

**Jeffrey Mccreary**
**2 Campo Montoso**
**Santa Fe, NM 87506**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 2.3735 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,111.00 | $1,111.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Jeffrey Mclaughlin**
**7838 Perry Lake Rd**
**Clarkston, MI 48348**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.3736    Priority creditor's name and mailing address
**Jeffrey Miller**
**1924 Nw Copper Oaks Cir**
**Blue Springs, MO 64015**

As of the petition filing date, the claim is:        **$107.00**    **$107.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.3737    Priority creditor's name and mailing address
**Jeffrey Passilla**
**140 Baldwin Street Ext**
**Meadville, PA 16335**

As of the petition filing date, the claim is:        **$35.00**    **$35.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.3738    Priority creditor's name and mailing address
**Jeffrey Peloquin**
**90 Westcott Rd**
**Danielson, CT 06239**

As of the petition filing date, the claim is:        **$523.00**    **$523.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.3739 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.00 | $44.00 |
|---|---|---|---|---|

**Jeffrey Rodriguez**
**331 Corporate Cir Ste J**
**Golden, CO 80401**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3740 | Priority creditor's name and mailing address | | $360.00 | $360.00 |
|---|---|---|---|---|

**Jeffrey Schellenger**
**360 Creamery Way Unit 2122**
**Exton, PA 19341**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3741 | Priority creditor's name and mailing address | | $287.00 | $287.00 |
|---|---|---|---|---|

**Jeffrey Seiple**
**3 Stoney Knoll Ln**
**Carlisle, PA 17015**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3742 | Priority creditor's name and mailing address | | $28.00 | $28.00 |
|---|---|---|---|---|

**Jeffrey Slike**
**140 Oakdale Dr**
**Zelienople, PA 16063**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (*if known*) _____

---

| 2.3743 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27.00 | $27.00 |

**Jeffrey Snyder**
**83 Walnut Road**
**Ocean City, NJ 08226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3744 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66.00 | $66.00 |

**Jeffrey Sparling**
**3001 Rossmore Pl**
**Oklahoma City, OK 73120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3745 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $307.00 | $307.00 |

**Jeffrey Spratt**
**7870 Grinnell Ct E**
**Lakeville, MN 55044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3746 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51.00 | $51.00 |

**Jeffrey Starling**
**7 Calle Boveda**
**San Clemente, CA 92673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                          Case number (if known)
Name

---

| 2.3747 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $693.00 | $693.00 |
|---|---|---|---|---|

**Jeffrey Stone**
**15 Glenside Rd**
**South Orange, NJ 07079**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3748 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Jeffrey Swartz**
**124 Ridgewood Ave**
**Hyannis, MA 02601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3749 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $479.00 | $479.00 |
|---|---|---|---|---|

**Jeffrey Thompson**
**1123 Poplar St**
**Ramona, CA 92065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3750 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.00 | $81.00 |
|---|---|---|---|---|

**Jeffrey Tocci**
**6 Boars NEst Ln**
**Savannah, GA 31411**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                              Case number (if known) _____
_____
Name

| 2.3751 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.00 | $205.00 |
|--------|--------|--------|--------|--------|

**Jeffrey Warren**
**818 Courtland Ave**
**Park Ridge, IL 60068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3752 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $124.00 | $124.00 |
|--------|--------|--------|--------|--------|

**Jeffrey Wooten**
**317 George Street**
**Suite 320**
**New Brunswick, NJ 08901**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3753 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.00 | $62.00 |
|--------|--------|--------|--------|--------|

**Jelena Vasic**
**193 Spring St Apt 3f**
**New York, NY 10012**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3754 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.00 | $85.00 |
|--------|--------|--------|--------|--------|

**Jelly Crossley**
**5315 Tinker Round St**
**Katy, TX 77493**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                     Case number (if known) _____
           Name

| 2.3755 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $102.00 | $102.00 |

**Jen Chester**
**1022 N Bumby Ave**
**Orlando, FL 32803**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3756 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.00 | $47.00 |

**Jen Opie**
**2066 Navajo Trl**
**Lafayette, CO 80026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3757 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |

**Jen Romano**
**3 Jefferson St**
**Stratford, CT 06615**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3758 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $265.00 | $265.00 |

**Jen Ross**
**5729 Greenfield Dr**
**Galena, OH 43021**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.3759 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.00 $55.00 |
| | **Jen Talerico**<br>**51 Dolly Drive**<br>**Parsippany, NJ 07054** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.3760 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 $40.00 |
| | **Jeng Hsu**<br>**11707 NEff St**<br>**Houston, TX 77072** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.3761 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $255.00 $255.00 |
| | **Jenica Ghorashi**<br>**701 Parkview Ave**<br>**Dallas, TX 75223** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.3762 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $265.00 $265.00 |
| | **Jenna Cherchio**<br>**5456 W Agatite Ave**<br>**Chicago, IL 60630** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor **Phoeno Wine Company, Inc.**

Case number (if known)

Name

---

| 2.3763 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56.00 | $56.00 |

**Jenna Fortner**
**1429 Fairmont Ave Nw Ste E**
**Atlanta, GA 30318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.3764 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 | $50.00 |

**Jenna Masoero**
**19442 185th Ave Se**
**Renton, WA 98058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.3765 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $176.00 | $176.00 |

**Jenna Nelson**
**1360 Nw 121st St**
**Clive, IA 50325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.3766 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33.00 | $33.00 |

**Jenni Hackworth**
**17524 Lake Overlook Ct**
**Monument, CO 80132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.3767 | Priority creditor's name and mailing address<br>**Jennie Morgan**<br>**2345 Finchley Rd**<br>**Carmel, IN 46032** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $150.00    $150.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.3768 | Priority creditor's name and mailing address<br>**Jennifer Amdur**<br>**1177 Fairfield Beach Rd**<br>**Fairfield, CT 06824** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,336.00    $1,336.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.3769 | Priority creditor's name and mailing address<br>**Jennifer Bayless**<br>**415 E Quartz Rock Rd**<br>**Phoenix, AZ 85085** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $254.00    $254.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.3770 | Priority creditor's name and mailing address<br>**Jennifer Beach**<br>**10041 40th Ave NE**<br>**Seattle, WA 98125** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $334.00    $334.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

**2.3771** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $306.00 | $306.00

**Jennifer Bernstein**
**4062 Nogales Drive**
**Tarzana, CA 91356**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.3772** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.00 | $210.00

**Jennifer Blaha**
**Fedex**
**3757 W. Market St**
**Fairlawn, OH 44333**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.3773** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $335.00 | $335.00

**Jennifer Borkowski**
**1615 Ludlow Rd**
**Marco Island, FL 34145**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.3774** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $118.00 | $118.00

**Jennifer Chenault**
**672 W Placita Vega Vista**
**Tucson, AZ 85737**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (*if known*)

| 2.3775 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $313.00 | $313.00 |
|---|---|---|---|---|

**Jennifer Coradi**
**4504 Planters Row**
**Murrells Inlet, SC 29576**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.3776 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Jennifer Damico**
**17 Woodworth St**
**Suffield, CT 06078**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.3777 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $43.00 | $43.00 |
|---|---|---|---|---|

**Jennifer Davis**
**9 Jennings Dr**
**Bennington, VT 05201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.3778 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Jennifer Demers**
**8 Day Ave**
**Saco, ME 04072**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.3779 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Priority creditor's name and mailing address**
**Jennifer Diaz**
**133 Southwold Dr**
**Cary, NC 27519**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$70.00      $70.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

2.3780  **Priority creditor's name and mailing address**
**Jennifer Doherty**
**105 Fletcher Lake Ave**
**Bradley Beach, NJ 07720**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$173.00      $173.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

2.3781  **Priority creditor's name and mailing address**
**Jennifer Donegan**
**3390 Quaas Dr**
**West Bend, WI 53095**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$32.00      $32.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

2.3782  **Priority creditor's name and mailing address**
**Jennifer Eller**
**2745 Briarcliff Ave**
**Henderson, NV 89074**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$107.00      $107.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

| | 2.3783 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $69.00 | $69.00 |
|---|---|---|---|---|---|

**2.3783** Priority creditor's name and mailing address

**Jennifer Etheridge**
**867 Northcliffe Dr Nw**
**Atlanta, GA 30318**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$69.00    $69.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.3784** Priority creditor's name and mailing address

**Jennifer Eversole**
**4453 Brentwood Court**
**Roanoke, VA 24018**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$67.00    $67.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.3785** Priority creditor's name and mailing address

**Jennifer Ewell**
**1314 N Martway Dr**
**Olathe, KS 66061**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$19.00    $19.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.3786** Priority creditor's name and mailing address

**Jennifer Fairchild**
**5 Mountain Brook Way**
**26**
**Waterville Valley, NH 03215**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$169.00    $169.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.3787** | Priority creditor's name and mailing address
**Jennifer Fogarty**
**205 Country Club Boulevard**
**Weirton, WV 26062**

As of the petition filing date, the claim is: $40.00    $40.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.3788** | Priority creditor's name and mailing address
**Jennifer Fogle**
**1087 Highland Ave**
**Lake Forest, IL 60045**

As of the petition filing date, the claim is: $55.00    $55.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.3789** | Priority creditor's name and mailing address
**Jennifer Fortuna**
**1000 N North Branch St**
**C/O Domaine Storage**
**Chicago, IL 60642**

As of the petition filing date, the claim is: $34.00    $34.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.3790** | Priority creditor's name and mailing address
**Jennifer Galluzzo**
**5908 Meadowdale Dr**
**Rocklin, CA 95677**

As of the petition filing date, the claim is: $668.00    $668.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.3791 | Priority creditor's name and mailing address<br>**Jennifer Garlington**<br>**8600 Technology Way**<br>**Reno, NV 89521** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$80.00**   **$80.00**

| | |
|---|---|
| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.3792 | Priority creditor's name and mailing address<br>**Jennifer Gilson**<br>**10618 N Sundown Dr**<br>**Scottsdale, AZ 85260** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$1,992.00**   **$1,992.00**

| | |
|---|---|
| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.3793 | Priority creditor's name and mailing address<br>**Jennifer Gunderson**<br>**900 65th Street, Apt 68**<br>**Apt 68**<br>**Windsor Heights, IA 50324** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$52.00**   **$52.00**

| | |
|---|---|
| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.3794 | Priority creditor's name and mailing address<br>**Jennifer Howland**<br>**1728 B Ave NE**<br>**Cedar Rapids, IA 52402** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$53.00**   **$53.00**

| | |
|---|---|
| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 2.3795 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.00 | $57.00 |

**Jennifer Jastrzembski**
**19238 Meadow Pine Dr**
**Tampa, FL 33647**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3796 | Priority creditor's name and mailing address | | $115.00 | $115.00 |

**Jennifer Johnson**
**711 16th Ave S**
**St Petersburg, FL 33701**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3797 | Priority creditor's name and mailing address | | $792.00 | $792.00 |

**Jennifer Keuning**
**1400 Lombardi Ave**
**Ste 105**
**Green Bay, WI 54304**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3798 | Priority creditor's name and mailing address | | $268.00 | $268.00 |

**Jennifer Knox**
**67 Manning Blvd**
**Apt 1**
**Albany, NY 12203**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 2.3799 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $311.00 | $311.00 |
|---|---|---|---|---|

**Jennifer Kotila**
**10571 Niblick Lane**
**Eden Prairie, MN 55347**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3800 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |
|---|---|---|---|---|

**Jennifer Kuntz**
**70 Midwood Lane**
**Boynton Beach, FL 33436**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3801 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $118.00 | $118.00 |
|---|---|---|---|---|

**Jennifer Lockemeyer**
**147 Chestnut Hill Dr**
**Rochester, NY 14617**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3802 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $369.00 | $369.00 |
|---|---|---|---|---|

**Jennifer Loudin**
**471 Vonderheide Ln**
**Kalispell, MT 59901**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.3803 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $290.00 | $290.00 |
|---|---|---|---|---|

**Jennifer Miller**
**3841 Arundel Avenue**
**Fort Worth, TX 76109**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3804 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.00 | $59.00 |
|---|---|---|---|---|

**Jennifer Montague**
**9505 Garrett Park Place**
**Brentwood, TN 37027**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3805 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.00 | $26.00 |
|---|---|---|---|---|

**Jennifer Muzzy**
**4234 W 7lks 112 Glen Cove Ln**
**112 Glen Cove - Physical Address**
**West End, NC 27376**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3806 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.00 | $83.00 |
|---|---|---|---|---|

**Jennifer Neely**
**120 Chester Way**
**Chester, MD 21619**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor  **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
  Name

| 2.3807 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,216.00 | $1,216.00 |
|---|---|---|---|---|

**Jennifer Ott**
**513 Gallberry Dr**
**Cary, NC 27519**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.3808 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $356.00 | $356.00 |
|---|---|---|---|---|

**Jennifer Quail**
**398 E Lemon Creek Rd**
**Berrien Springs, MI 49103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.3809 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 | $38.00 |
|---|---|---|---|---|

**Jennifer Regan**
**13539 Yorba St**
**Santa Ana, CA 92705**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.3810 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.00 | $21.00 |
|---|---|---|---|---|

**Jennifer Reichenbacher**
**5 Anderson Ln**
**Newburyport, MA 01950**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.3811 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Jennifer Sawyer**
**19 Watervliet Ave**
**Pompton Lakes, NJ 07442**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3812 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.00 | $27.00 |
|---|---|---|---|---|

**Jennifer Schumacher**
**140 Hillingdon Ct.**
**Marietta, GA 30067**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3813 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.00 | $13.00 |
|---|---|---|---|---|

**Jennifer Slater**
**407 W Elm St**
**East Rochester, NY 14445**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3814 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |
|---|---|---|---|---|

**Jennifer Stivrins**
**198 Niantic River Rd**
**Waterford, CT 06385**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 2.3815 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55.00 | $55.00 |
|---|---|---|---|---|

**Jennifer Sullivan**
**10277 Lemon Thyme Street**
**Las Vegas, NV 89183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3816 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $122.00 | $122.00 |
|---|---|---|---|---|

**Jennifer Taranow**
**1200 S College Ave # L7**
**Fort Collins, CO 80524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3817 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53.00 | $53.00 |
|---|---|---|---|---|

**Jennifer Thompson**
**109 4th St South**
**Apt 3**
**Bradenton Beach, FL 34217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3818 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38.00 | $38.00 |
|---|---|---|---|---|

**Jennifer Tokarek**
**2156 Dogwood Ranch Ave**
**Henderson, NV 89052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Case number (if known) _____
_____
Name

| 2.3819 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.00 | $44.00 |

**Jennifer Tunnard**
**701a Laurel Lane**
**Heritage Hills Community**
**Somers, NY 10589**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3820 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.00 | $26.00 |

**Jennifer Vanvoorhis**
**300 Somerset Street #440**
**Harrison, NJ 07029**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3821 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $246.00 | $246.00 |

**Jennifer Waldie**
**539 E 9 Mile Rd**
**Ferndale, MI 48220**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3822 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |

**Jennifer Weaver**
**9421 Barrington Oaks Dr**
**Dover, FL 33527**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor    **Phoeno Wine Company, Inc.**                                   Case number (if known) _____

Name

---

| 2.3823 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$53.00** | **$53.00** |
| | **Jennifer Wheeler** | Check all that apply. | | |
| | **4605 Saxon Dr** | ☐ Contingent | | |
| | **Plano, TX 75096** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

---

| 2.3824 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$110.00** | **$110.00** |
| | **Jenny Back** | Check all that apply. | | |
| | **2187 Hunters Ridge Blvd** | ☐ Contingent | | |
| | **Beavercreek, OH 45434** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

---

| 2.3825 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$32.00** | **$32.00** |
| | **Jenny Chung** | Check all that apply. | | |
| | **1572 Gerome Ave # B** | ☐ Contingent | | |
| | **Fort Lee, NJ 07024** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

---

| 2.3826 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,518.00** | **$3,350.00** |
| | **Jenny Le** | Check all that apply. | | |
| | **7704 E Doubletree Ranch Rd Ste 140** | ☐ Contingent | | |
| | **Scottsdale, AZ 85258** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.3827 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$30.00** | **$30.00** |
|---|---|---|---|---|
| | **Jenny Martinez**<br>**1378 Us Highway 206 Ste 6**<br>**Skillman, NJ 08558** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.3828 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$30.00** | **$30.00** |
|---|---|---|---|---|
| | **Jenny Sanchez**<br>**12121 SW 94th St**<br>**Miami, FL 33186** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.3829 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$29.00** | **$29.00** |
|---|---|---|---|---|
| | **Jens Peterson**<br>**15382 Eagle Bay Way**<br>**Apple Valley, MN 55124** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.3830 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$67.00** | **$67.00** |
|---|---|---|---|---|
| | **Jeny Kherkher**<br>**55039 Watchbird Dr**<br>**Bandon, OR 97411** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Debtor    **Phoeno Wine Company, Inc.**                    Case number (if known) _____
      Name

| 2.3831 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $226.00 | $226.00 |
|---|---|---|---|---|
| | **Jerald Langunm** | Check all that apply. | | |
| | **1214 Dolton Dr Ste 202** | ☐ Contingent | | |
| | **Evm5203-1** | ☐ Unliquidated | | |
| | **Dallas, TX 75207** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3832 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $103.00 | $103.00 |
|---|---|---|---|---|
| | **Jere Bradwell** | Check all that apply. | | |
| | **3718 Route 202** | ☐ Contingent | | |
| | **Mechanicsville, PA 18934** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3833 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|
| | **Jeremiah Boyle** | Check all that apply. | | |
| | **135 Livingston St** | ☐ Contingent | | |
| | **Tewksbury, MA 01876** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3834 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.00 | $15.00 |
|---|---|---|---|---|
| | **Jeremiah Parry-Hill** | Check all that apply. | | |
| | **121 Fairfax Rd** | ☐ Contingent | | |
| | **Rochester, NY 14609** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

| 2.3835 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $142.00 | $142.00 |

**Jeremiah Wallen**
**662 Lake Ridge Drive**
**South Elgin, IL 60177**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3836 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $597.00 | $597.00 |

**Jeremy Bernton**
**5411 Kirkwood Dr**
**Bethesda, MD 20816**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3837 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.00 | $59.00 |

**Jeremy Brofford**
**1 Dave Thomas Blvd**
**Dublin, OH 43017**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3838 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,076.00 | $1,076.00 |

**Jeremy Buday**
**106 S Federal Hwy**
**Apt N 154**
**Fort Lauderdale, FL 33301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
Name

| 2.3839 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.00 | $57.00 |

**Jeremy Burton**
**406 Elgin Circle**
**Coraopolis, PA 15108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.3840 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $293.00 | $293.00 |

**Jeremy Etheredge**
**121 Tanglewood Rd**
**New Hartford, CT 06057**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.3841 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.00 | $27.00 |

**Jeremy Fielding**
**590 W End Ave Apt 8b**
**New York, NY 10024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.3842 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $722.00 | $722.00 |

**Jeremy Fraser**
**4831 8th St**
**#6**
**Carpinteria, CA 93013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                   Case number (if known)
_____
Name

| 2.3843 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $347.00 | $347.00 |
|---|---|---|---|---|

**Jeremy Grecian**
**2345 Millenium Ln**
**San Ramon, CA 94582**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3844 | Priority creditor's name and mailing address | | $19.00 | $19.00 |
|---|---|---|---|---|

**Jeremy Hansen**
**109 Harbeson Ave Se**
**Fort Walton Beach, FL 32548**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3845 | Priority creditor's name and mailing address | | $184.00 | $184.00 |
|---|---|---|---|---|

**Jeremy Honea**
**620 Dennard St**
**Longview, TX 75605**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3846 | Priority creditor's name and mailing address | | $34.00 | $34.00 |
|---|---|---|---|---|

**Jeremy Honness**
**2144 Grey Ave**
**Evanston, IL 60201**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**                                   Case number (if known)
_____
Name

| 2.3847 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,869.00 | $1,869.00 |

**Jeremy Joblon**
**9540 Eagle Pass Dr**
**Summerville, SC 29485**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3848 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.00 | $112.00 |

**Jeremy Lewis**
**4307 3rd Ave**
**Marianna, FL 32446**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3849 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 | $38.00 |

**Jeremy Lyman**
**527 Kingstone Ct**
**Oakland, MI 48363**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3850 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $471.00 | $471.00 |

**Jeremy Morrison**
**4919 Oxford School Rd**
**Claremont, NC 28610**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                    Case number (if known) _____
_____
Name

| 2.3851 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $151.00 | $151.00 |
|---|---|---|---|---|

**Jeremy Muchow**
**5206 Deerwood Ct**
**Austin, TX 78730**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3852 | Priority creditor's name and mailing address | | $30.00 | $30.00 |
|---|---|---|---|---|

**Jeremy Priar**
**415 Elm Ave**
**Hershey, PA 17033**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3853 | Priority creditor's name and mailing address | | $539.00 | $539.00 |
|---|---|---|---|---|

**Jeremy Rudolph**
**507 Triumph Dr**
**Middleton, ID 83644**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3854 | Priority creditor's name and mailing address | | $44.00 | $44.00 |
|---|---|---|---|---|

**Jeremy Vesely**
**2105 Forest Avenue**
**Suite 100**
**Chico, CA 95928**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**                                    Case number (*if known*) _____
       Name

| 2.3855 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.00 | $24.00 |

**Jeremy Wilhelm**
**17310 Wright St**
**Suite 104**
**Omaha, NE 68130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.3856 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,597.00 | $2,597.00 |

**Jeri Newman**
**The Ups Store**
**Gary Burns Dr. Ste 160**
**Frisco, TX 75033**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.3857 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.00 | $17.00 |

**Jericho Mora**
**5830 Encino Ave**
**Atascadero, CA 93422**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.3858 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |

**Jerome Boland**
**2266 Copperfield Dr**
**Mendota Heights, MN 55120**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 2.3859 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |

**Jerome Crawford**
**3122 Cabo Blanco Dr**
**Hacienda Heights, CA 91745**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3860 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |

**Jerome Edwards**
**14412 34th Ln S**
**Tukwila, WA 98168**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3861 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |

**Jerome Malone**
**250 W Spring St Apt 234**
**Columbus, OH 43215**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3862 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.00 | $18.00 |

**Jerry Boland**
**2266 Copperfield Dr**
**Mendota Heights, MN 55120**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3863 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $130.00 | $130.00 |
|---|---|---|---|---|

**Jerry Kolasinski**
**125 Double Eagle Cir**
**Lexington, SC 29073**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3864 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.00 | $185.00 |
|---|---|---|---|---|

**Jerry Lieberthal**
**1829 River Lakes Rd S**
**Oconomowoc, WI 53066**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3865 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $265.00 | $265.00 |
|---|---|---|---|---|

**Jerry Niswander**
**2804 Tucker Rd**
**Lucas, OH 44843**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3866 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Jerry Oconnor**
**9072 Belvoir Woods Pkwy**
**Ft Belvoir, VA 22060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.3867 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Jerry Peterman**
**15002 Lure Trl**
**Bonita Springs, FL 34135**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3868 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |

**Jerry Prodoehl**
**25 S Walnut Ln**
**Glenwood, IL 60425**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3869 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |

**Jerry Redman**
**3030 N Airport Rd**
**Mankato, MN 56001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3870 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |

**Jerry Rest**
**2374 Crescent St**
**Astoria, NY 11105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.3871 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $417.00 | $417.00 |
|---|---|---|---|---|

**Jerry Roscoe**
**190 Waverlt Place**
**Apt 2f**
**New York, NY 10014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3872 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $758.00 | $758.00 |
|---|---|---|---|---|

**Jerry Williams**
**7161 Kendallwood Dr**
**Dallas, TX 75240**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3873 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $241.00 | $241.00 |
|---|---|---|---|---|

**Jerzy Piatkowski**
**1729 E. Morelos**
**Chandler, AZ 85224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3874 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.00 | $375.00 |
|---|---|---|---|---|

**Jess Mokren**
**150 Johnny Mercer Blvd**
**Savannah, GA 31410**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor    **Phoeno Wine Company, Inc.**                         Case number (if known)  _____
             Name

| 2.3875 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $107.00 | $107.00 |

2.3875  Priority creditor's name and mailing address

**Jess Roeder**
**2702 La Mesa Dr**
**Austin, TX 78704**

As of the petition filing date, the claim is:    $107.00    $107.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.3876  Priority creditor's name and mailing address

**Jesse Adelaar**
**200 Mercer St, #4b**
**New York, NY 10012**

As of the petition filing date, the claim is:    $220.00    $220.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.3877  Priority creditor's name and mailing address

**Jesse Green**
**810 N Mountain View Ave**
**Tacoma, WA 98406**

As of the petition filing date, the claim is:    $311.00    $311.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.3878  Priority creditor's name and mailing address

**Jesse Howard**
**Argyle Winery 691 Or-99 West**
**Dundee, OR 97115**

As of the petition filing date, the claim is:    $53.00    $53.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor     **Phoeno Wine Company, Inc.**                                         Case number (if known)
_____
Name

| 2.3879 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.00 | $61.00 |
|---|---|---|---|---|

**Jesse Kiefer**
**2536 Graduate Sq**
**Philadelphia, PA 19146**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3880 | Priority creditor's name and mailing address | $91.00 | $91.00 |
|---|---|---|---|

**Jesse Knepper**
**18245 Burbank Blvd. Unit 102**
**Tarzana, CA 91356**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3881 | Priority creditor's name and mailing address | $123.00 | $123.00 |
|---|---|---|---|

**Jesse Pearson**
**2020 Arapahoe St Unit 1130**
**Denver, CO 80205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3882 | Priority creditor's name and mailing address | $4,588.00 | $3,350.00 |
|---|---|---|---|

**Jesse Polk**
**1255 Gun Club Rd**
**White Bear Lake, MN 55110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 2.3883 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Jesse Travis**
**19702 La Sierra Blvd**
**San Antonio, TX 78256**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.3884 | Priority creditor's name and mailing address | | $54.00 | $54.00 |

**Jesse Wilkins**
**2768 Aquarius Rd**
**Green Bay, WI 54311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.3885 | Priority creditor's name and mailing address | | $31.00 | $31.00 |

**Jessica Bakis**
**233 Research Dr Ste 16**
**Milford, CT 06460**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.3886 | Priority creditor's name and mailing address | | $85.00 | $85.00 |

**Jessica Black**
**1985 Masonic Park Rd**
**Marietta, OH 45750**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 2.3887 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $128.00 | $128.00 |
|--------|----------|----------|----------|----------|

**Jessica Boggess**
**8700 Starr Rnch Apt 10302**
**Boerne, TX 78015**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.3888 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.00 | $52.00 |
|--------|----------|----------|----------|----------|

**Jessica Buffenstein**
**340 S Lafayette St Unit 201**
**Denver, CO 80209**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.3889 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $617.00 | $617.00 |
|--------|----------|----------|----------|----------|

**Jessica Bunin**
**9 Pepperell Ct**
**Bethesda, MD 20817**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.3890 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $129.00 | $129.00 |
|--------|----------|----------|----------|----------|

**Jessica Burch**
**4216 Vallejo St**
**Denver, CO 80211**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (*if known*) _____

---

| 2.3891 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.00 | $64.00 |

**Jessica Choi-Lee**
**36 Lincoln Ter**
**Harrington Park, NJ 07640**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3892 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |

**Jessica Clark**
**3932 El Ricon Way**
**Sacramento, CA 95864**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3893 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51.00 | $51.00 |

**Jessica Cockerham**
**2810 Selwyn Ave Unit 128**
**Charlotte, NC 28209**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3894 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.00 | $55.00 |

**Jessica Feng**
**1487 Hiikala Pl Apt 6**
**Honolulu, HI 96816**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 2.3895 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $33.00 | $33.00 |

**Jessica Hall**
**6055 Fawnwood Dr**
**Greenwood, IN 46143**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3896 | Priority creditor's name and mailing address | | $63.00 | $63.00 |

**Jessica Keith**
**8 Barley Mill Drive**
**Greer, SC 29651**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3897 | Priority creditor's name and mailing address | | $99.00 | $99.00 |

**Jessica Kiernan**
**4317 West Leona St**
**Tampa, FL 33629**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3898 | Priority creditor's name and mailing address | | $159.00 | $159.00 |

**Jessica Lai**
**98 Front St Apt 6k**
**Brooklyn, NY 11201**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                              Case number *(if known)* _____
_____
Name

| 2.3899 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**Jessica Mathieson**
**3177 Wooded Acres Rd**
**Belton, TX 76513**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3900 | Priority creditor's name and mailing address | | $72.00 | $72.00 |
|---|---|---|---|---|

**Jessica Mcdowell**
**6712 Maloneyville Rd**
**Corryton, TN 37721**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3901 | Priority creditor's name and mailing address | | $228.00 | $228.00 |
|---|---|---|---|---|

**Jessica Morin**
**76 Seven Hills Blvd**
**Dallas, GA 30132**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3902 | Priority creditor's name and mailing address | | $32.00 | $32.00 |
|---|---|---|---|---|

**Jessica Norton-Boin**
**19 Little Jane Way**
**Beaufort, SC 29906**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.3903** | Priority creditor's name and mailing address

**Jessica Ornellas**
**1007 Horizon Dr**
**Lyons, CO 80540**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$120.00    $120.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.3904** | Priority creditor's name and mailing address

**Jessica Powell**
**526 Duncan St**
**San Francisco, CA 94131**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$87.00    $87.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.3905** | Priority creditor's name and mailing address

**Jessica Quearry**
**13625 Horselydown Ln**
**Richmond, VA 23233**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$25.00    $25.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.3906** | Priority creditor's name and mailing address

**Jessica Rathje**
**17 W 71st St Apt 2c**
**New York, NY 10023**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$66.00    $66.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.3907 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $124.00 | $124.00 |
|---|---|---|---|---|

**Jessica Raymond**
**56 Brianna Ln**
**Hilton, NY 14468**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3908 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Jessica Reilly**
**4005 Maguire Pl**
**Waldorf, MD 20601**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3909 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.00 | $119.00 |
|---|---|---|---|---|

**Jessica Rumble**
**1709 Wedgewood Dr**
**Columbia, TN 38401**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3910 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.00 | $49.00 |
|---|---|---|---|---|

**Jessica Schulman**
**2920 S Bonfield St**
**Chicago, IL 60608**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

---

| 2.3911 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |

**Jessica Schultz**
**3020 W 81st Ter**
**Leawood, KS 66206**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.3912 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Jessica Segatto**
**90 Lopers Path**
**Water Mill, NY 11976**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.3913 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $128.00 | $128.00 |

**Jessica Taylor**
**10 Cricket Lane**
**East Granby, CT 06026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.3914 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $271.00 | $271.00 |

**Jessica Taylor**
**11215 Camarillo St #105**
**Toluca Lake, CA 91602**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | | | |
|---|---|---|---|

**2.3915** | Priority creditor's name and mailing address

**Jessica Vo**
**454 Hanover St Apt 3**
**Boston, MA 02113**

As of the petition filing date, the claim is: **$19.00** **$19.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

**2.3916** | Priority creditor's name and mailing address

**Jessica Weale**
**290 N Olive Ave Apt 725**
**West Palm Beach, FL 33401**

As of the petition filing date, the claim is: **$28.00** **$28.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

**2.3917** | Priority creditor's name and mailing address

**Jessica Weaver**
**31251 Point Lookout Rd**
**Mechanicsville, MD 20659**

As of the petition filing date, the claim is: **$49.00** **$49.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

**2.3918** | Priority creditor's name and mailing address

**Jessica White**
**232 Woodberry Cir**
**Easley, SC 29642**

As of the petition filing date, the claim is: **$29.00** **$29.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.3919** | Priority creditor's name and mailing address

**Jessica White**
**820 Benson Rd**
**Garner, NC 27529**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$250.00    $250.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.3920** | Priority creditor's name and mailing address

**Jessica Williams**
**725 S Tropical Trl**
**Merritt Island, FL 32952**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$166.00    $166.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.3921** | Priority creditor's name and mailing address

**Jessica Wright**
**921 Oakmont Dr**
**Lansing, KS 66043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$194.00    $194.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.3922** | Priority creditor's name and mailing address

**Jessica Zerges**
**1042 S Burnside Ave**
**Los Angeles, CA 90019**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$230.00    $230.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.3923** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$64.00** | **$64.00**

**Jessie Bradley**
**2750 14th St Nw, Apt 202**
**Apt 202**
**Washington, DC 20009**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.3924** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$221.00** | **$221.00**

**Jessie Giordano**
**27 Eastern Ave**
**Beverly, MA 01915**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.3925** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$242.00** | **$242.00**

**Jessie Jones**
**8724 Spanish Ridge Ave Ste C**
**Farmer's Insurance**
**Las Vegas, NV 89148**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.3926** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$72.00** | **$72.00**

**Jessie Rodriguez**
**65 Bay Meadow Dr**
**Port Lavaca, TX 77979**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**                          Case number *(if known)* _____

_____
Name

| 2.3927 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.00 | $98.00 |

**Jessie Wang**
**2 Constitution Ct Apt 1012**
**Hoboken, NJ 07030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3928 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.00 | $52.00 |

**Jesus Garcia**
**103 E 24th St**
**Yuma, AZ 85364**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3929 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |

**Jexter Bonus**
**5701 Marathon Pkwy # 1**
**Little Neck, NY 11362**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.3930 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**Jg Guide**
**8108 Halton Rd**
**Towson, MD 21204**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.3931 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.00 | $37.00 |

**Jhe Paine**
**1740 Sedberry Rd**
**Franklin, TN 37064**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3932 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.00 | $42.00 |

**Jian Han**
**81 Alkamont Ave**
**Scarsdale, NY 10583**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3933 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $225.00 | $225.00 |

**Jib Street**
**7614 Dunsmuir Ct**
**Cornelius, NC 28031**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3934 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $147.00 | $147.00 |

**Jill Barwick**
**1048 Lorraine Drive**
**Napa, CA 94558**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.3935 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.00 | $37.00 |
|---|---|---|---|---|

**Jill Cummings**
**16 Raritan Ave**
**Leonardo, NJ 07737**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3936 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Jill Edwards**
**20270 S Danny Ct.**
**Oregon City, OR 97045**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3937 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $405.00 | $405.00 |
|---|---|---|---|---|

**Jill Harvey-Lee**
**14011 Norwich Ln #303**
**Orland Park, IL 60467**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3938 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $473.00 | $473.00 |
|---|---|---|---|---|

**Jill Kimsey**
**4853 Tonino Dr**
**San Jose, CA 95136**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

---

**2.3939** | Priority creditor's name and mailing address
**Jill Mccabe**
**35 Warren St**
**Bloomfield, NJ 07003**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$25.00    $25.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.3940** | Priority creditor's name and mailing address
**Jill Mccabe**
**35 Warren St**
**Bloomfield, NJ 07003**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$20.00    $20.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.3941** | Priority creditor's name and mailing address
**Jill Mccann**
**4860 East Beach Drive**
**Norfolk, VA 23518**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$58.00    $58.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.3942** | Priority creditor's name and mailing address
**Jill Ross**
**1414 Clearview Drive**
**Greensburg, PA 15601**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$119.00    $119.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
| | Name | | |

---

| 2.3943 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $122.00 | $122.00 |
| | **Jill Sutton** | *Check all that apply.* | | |
| | **34 Woodhollow Rd** | ☐ Contingent | | |
| | **Princeton Junction, NJ 08550** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.3944 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
| | **Jillian Alberico** | *Check all that apply.* | | |
| | **847 South 5th Street** | ☐ Contingent | | |
| | **Columbus, OH 43206** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.3945 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.00 | $17.00 |
| | **Jillian Watson** | *Check all that apply.* | | |
| | **8220 Rancho Paraiso Nw** | ☐ Contingent | | |
| | **Albuquerque, NM 87120** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.3946 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $175.00 | $175.00 |
| | **Jim Anisi** | *Check all that apply.* | | |
| | **805 Highgrove Cir** | ☐ Contingent | | |
| | **Franklin, TN 37069** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 2.3947 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $79.00 | $79.00 |

Priority creditor's name and mailing address
**Jim Boley**
**301 E Lake Street**
**Mccall, ID 83638**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.3948**
Priority creditor's name and mailing address
**Jim Clements**
**1295 Passage St**
**Palm Springs, CA 92262**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$218.00   $218.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.3949**
Priority creditor's name and mailing address
**Jim Conway**
**826 Newtown Yardley Rd Ste 201**
**Newtown, PA 18940**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$62.00   $62.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.3950**
Priority creditor's name and mailing address
**Jim Fallon**
**1721 Ridgefield Ave**
**Algonquin, IL 60102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,362.00   $1,362.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3951 | Priority creditor's name and mailing address<br>**Jim Fitzpatrick**<br>**1643 Flagler Parkway**<br>**West Palm Beach, FL 33411** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$354.00** | **$354.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3952 | Priority creditor's name and mailing address<br>**Jim Flannelly**<br>**1244 Tuscany Blvd**<br>**Venice, FL 34292** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$40.00** | **$40.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3953 | Priority creditor's name and mailing address<br>**Jim Kalmes**<br>**607 Brandywine Lane**<br>**Yardley, PA 19067** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$36.00** | **$36.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3954 | Priority creditor's name and mailing address<br>**Jim Killeen**<br>**63 Laura Dr**<br>**Gillette, NJ 07933** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,922.00** | **$3,350.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.3955 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Jim Krezek**
**16419 Turnberry**
**The Village Of Loch Lloyd, MO**
**64012**

As of the petition filing date, the claim is: **$30.00**   **$30.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.3956 Priority creditor's name and mailing address

**Jim Leslie**
**1305 Walt Whitman Rd Ste 200**
**Kpmg -**
**Melville, NY 11747**

As of the petition filing date, the claim is: **$573.00**   **$573.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.3957 Priority creditor's name and mailing address

**Jim Ligori**
**4341 Us Highway 26**
**Dubois, WY 82513**

As of the petition filing date, the claim is: **$735.00**   **$735.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.3958 Priority creditor's name and mailing address

**Jim Malatos**
**16609 12th Rd**
**Whitestone, NY 11357**

As of the petition filing date, the claim is: **$3,879.00**   **$3,350.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                          Case number (if known) _____
_____
Name

| 2.3959 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $174.00 | $174.00 |

**Jim Patterson**
**5 Lawn Terrace**
**Cranford, NJ 07016**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)     ☐ Yes

---

| 2.3960 | Priority creditor's name and mailing address |  | $338.00 | $338.00 |

**Jim Riley**
**831 W. 8th Street**
**Hinsdale, IL 60521**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)     ☐ Yes

---

| 2.3961 | Priority creditor's name and mailing address |  | $4,313.00 | $3,350.00 |

**Jim Robinson**
**4848 S Valdai Way**
**Aurora, CO 80015**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)     ☐ Yes

---

| 2.3962 | Priority creditor's name and mailing address |  | $140.00 | $140.00 |

**Jim Robinson**
**7051 Fair Oaks Drive**
**Cincinnati, OH 45237**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)     ☐ Yes

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| 2.3963 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $812.00 | $812.00 |
|---|---|---|---|---|

**Jim Sander**
**435 S Cleveland St**
**U103**
**Oceanside, CA 92054**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.3964 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $91.00 | $91.00 |
|---|---|---|---|---|

**Jim Stathis**
**290 Market St**
**Unit 408**
**Minneapolis, MN 55405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.3965 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $175.00 | $175.00 |
|---|---|---|---|---|

**Jim Taylor**
**203 Kestrel Court**
**Kennett Square, PA 19348**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.3966 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $447.00 | $447.00 |
|---|---|---|---|---|

**Jim Wilson**
**13126 Zori Ln**
**Windermere, FL 34786**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.3967** | Priority creditor's name and mailing address
**Jimmy Earley**
**4009 Highway 78 E**
**Jasper, AL 35501**

As of the petition filing date, the claim is:   **$171.00**   **$171.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.3968** | Priority creditor's name and mailing address
**Jimmy Wagner**
**8312 Shoreline Ct**
**College Grove, TN 37046**

As of the petition filing date, the claim is:   **$1,381.00**   **$1,381.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.3969** | Priority creditor's name and mailing address
**Jin Ivacic**
**5644 N Natoma Ave**
**Chicago, IL 60631**

As of the petition filing date, the claim is:   **$129.00**   **$129.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.3970** | Priority creditor's name and mailing address
**Jingjing Gao**
**10835 43rd Ave # 1fl**
**Corona, NY 11368**

As of the petition filing date, the claim is:   **$118.00**   **$118.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____ Case number (if known) _____
Name

| | |
|---|---|
| 2.3971 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.00 | $15.00 |

**2.3971** Priority creditor's name and mailing address
**Jinhyung Park**
**4200 Country Club Dr**
**Bakersfield, CA 93306**

As of the petition filing date, the claim is: **$15.00**  **$15.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

**2.3972** Priority creditor's name and mailing address
**Jisoo Yoon**
**440 Sylvan Ave Ste 290**
**Englewood Cliffs, NJ 07632**

As of the petition filing date, the claim is: **$183.00**  **$183.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

**2.3973** Priority creditor's name and mailing address
**Jj Gonzalez**
**296 Charles Barber Road**
**San Benito, TX 78586**

As of the petition filing date, the claim is: **$45.00**  **$45.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

**2.3974** Priority creditor's name and mailing address
**Jkev Ross**
**503 Winterside Drive**
**Apollo Beach, FL 33572**

As of the petition filing date, the claim is: **$15.00**  **$15.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                      Case number (if known)
_____
Name

| 2.3975 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.00 | $36.00 |

**Jo Pasiuk**
**47 N Main St**
**Fond Du Lac, WI 54935**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3976 | Priority creditor's name and mailing address | | $107.00 | $107.00 |

**Joan Gooch**
**15188 Larchwood Dr**
**Westfield, IN 46074**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3977 | Priority creditor's name and mailing address | | $81.00 | $81.00 |

**Joan Jawor**
**6892 Alverno Ct**
**Inver Grove Heights, MN 55077**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3978 | Priority creditor's name and mailing address | | $242.00 | $242.00 |

**Joan Schield**
**17696 West Paseo Way**
**Goodyear, AZ 85338**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
| | Name | | |

---

| 2.3979 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.00 | $65.00 |

**Joan Waller**
**2311 Laurel Bush Rd**
**Abingdon, MD 21009**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3980 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $190.00 | $190.00 |

**Joanie Hays**
**535 1st St**
**Westfield, NJ 07090**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3981 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.00 | $95.00 |

**Joann Buster**
**362 Dawnbrook Court**
**Bluffton, SC 29909**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3982 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $152.00 | $152.00 |

**Joann Casey**
**946a Heritage Vlg**
**Southbury, CT 06488**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

| 2.3983 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.00 | $15.00 |

**Joann Edwards**
**8084 Redhaven Ct**
**Cincinnati, OH 45247**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.3984 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $74.00 | $74.00 |

**Joann Moore**
**408 6th Ave**
**Fox Island, WA 98333**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.3985 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |

**Joann Ryan**
**218 Arch St Apt 813**
**813**
**Philadelphia, PA 19106**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.3986 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 | $150.00 |

**Joann Vaughan**
**18 Rolling Ridge Rd**
**Randolph, NJ 07869**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Phoeno Wine Company, Inc.** | Case number *(if known)*
Name

| 2.3987 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,198.00 | $1,198.00 |

**Joanna Knox**
**490 Willow Ct**
**Novato, CA 94945**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3988 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $172.00 | $172.00 |

**Joanna Kreider**
**99 Battery Pl**
**Apt 9c**
**New York, NY 10280**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3989 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $249.00 | $249.00 |

**Joanna Panek**
**125 Davis Ave**
**Staten Island, NY 10310**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3990 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |

**Joanne Battles**
**206 E Main**
**Antlers, OK 74523**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 2.3991 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.00 | $13.00 |

**Joanne Mcclellan**
**121 Golf View Dr**
**Greenville, NC 27834**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.3992 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |

**Joanne Nichols**
**646 Windsor Drive**
**Benicia, CA 94510**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.3993 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.00 | $36.00 |

**Joanne Runyan**
**1025 Mccarroll St**
**Clarkston, WA 99403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.3994 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $454.00 | $454.00 |

**Joanne Sucgang**
**1064 Manza Cir**
**Roseville, CA 95678**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.3995 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.00 | $26.00 |
|---|---|---|---|---|

**Jocelyn Mohmand**
**10298 Wild Rose Circle**
**Forney, TX 75126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3996 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Jocelyn Spitz**
**1203 Carriage Cir**
**Ambler, PA 19002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3997 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |
|---|---|---|---|---|

**Jodi Airhart**
**2030 Creekview Ct**
**Waukee, IA 50263**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3998 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |
|---|---|---|---|---|

**Jodi Akers**
**1561 Stokley Ln**
**Old Hickory, TN 37138**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

---

| 2.3999 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Jodi Allan**
**5088 E University Ave**
**Des Moines, IA 50327**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4000 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|

**Jodi Duhon**
**4250 N Sam Houston Pkwy E Ste**
**160easy**
**Houston, TX 77032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4001 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $128.00 | $128.00 |
|---|---|---|---|---|

**Jodi Mann**
**125 Private Road 3407**
**Bridgeport, TX 76426**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4002 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $155.00 | $155.00 |
|---|---|---|---|---|

**Jodi Syroczynski**
**238 Lou Ann Dr**
**Depew, NY 14043**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 2.4003 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $363.00 | $363.00 |
|---|---|---|---|---|

**Jody Dyerfox**
**6119 Prospect Avenue**
**Dallas, TX 75214**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4004 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $177.00 | $177.00 |
|---|---|---|---|---|

**Joe Berro**
**2711 North Sepulveda Blvd**
**#737**
**Manhattan Beach, CA 90266**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4005 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|

**Joe Chihade**
**611 3rd St E**
**Northfield, MN 55057**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4006 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.00 | $210.00 |
|---|---|---|---|---|

**Joe Colca**
**1407 Crested Heron Court**
**Saint Augustine, FL 32092**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 2.4007 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $239.00 | $239.00 |
|---|---|---|---|---|

**Joe Collina**
**30 Greenwood Avenue**
**East Islip, NY 11730**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4008 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $168.00 | $168.00 |
|---|---|---|---|---|

**Joe Contaldo**
**9233 Carrisbrook Ln**
**Brentwood, TN 37027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4009 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.00 | $65.00 |
|---|---|---|---|---|

**Joe Decker**
**1440 Maria Ln Ste 100**
**Walnut Creek, CA 94596**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4010 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.00 | $15.00 |
|---|---|---|---|---|

**Joe Dimino**
**1 Belmont Rd Apt 110**
**West Harwich, MA 02671**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 2.4011 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |

**2.4011**  Priority creditor's name and mailing address

**Joe Franco**
**4404 Roundabout Circle**
**Lawrence, KS 66049**

As of the petition filing date, the claim is: **$56.00** **$56.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.4012**  Priority creditor's name and mailing address

**Joe Giessinger**
**136 S Oakhurst Dr Apt 4**
**Beverly Hills, CA 90212**

As of the petition filing date, the claim is: **$41.00** **$41.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.4013**  Priority creditor's name and mailing address

**Joe Gillen**
**112 Cloudland Ct**
**Spicewood, TX 78669**

As of the petition filing date, the claim is: **$239.00** **$239.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.4014**  Priority creditor's name and mailing address

**Joe Gillespie**
**12227 Mossycup Drive**
**Houston, TX 77024**

As of the petition filing date, the claim is: **$136.00** **$136.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
Name

| | | | | |
|---|---|---|---|---|

**2.4015** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$95.00** | **$95.00**

**Joe Greenman**
**19725 Suncrest Dr**
**West Linn, OR 97068**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY ■ No
unsecured claim: 11 U.S.C. § 507(a) (7) ☐ Yes

---

**2.4016** Priority creditor's name and mailing address   As of the petition filing date, the claim is:   **$46.00**   **$46.00**

**Joe Klauder**
**3141 North Street**
**Fairfield, CT 06824**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY ■ No
unsecured claim: 11 U.S.C. § 507(a) (7) ☐ Yes

---

**2.4017** Priority creditor's name and mailing address   As of the petition filing date, the claim is:   **$146.00**   **$146.00**

**Joe Landy**
**228 Desmond St**
**Sayre, PA 18840**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY ■ No
unsecured claim: 11 U.S.C. § 507(a) (7) ☐ Yes

---

**2.4018** Priority creditor's name and mailing address   As of the petition filing date, the claim is:   **$54.00**   **$54.00**

**Joe Maduro**
**695 Via Vista**
**Newbury Park, CA 91320**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY ■ No
unsecured claim: 11 U.S.C. § 507(a) (7) ☐ Yes

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 2.4019 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $315.00 | $315.00 |

2.4019  Priority creditor's name and mailing address

**Joe Mancini**
**312 Bolton Grant Drive**
**Cary, NC 27519**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$315.00   $315.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.4020  Priority creditor's name and mailing address

**Joe Mello**
**Timbers Club**
**65 Timbers Club Court**
**Snowmass Village, CO 81615**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$171.00   $171.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.4021  Priority creditor's name and mailing address

**Joe Melnick**
**110 Cambridge Blvd**
**Pleasant Ridge, MI 48069**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$221.00   $221.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.4022  Priority creditor's name and mailing address

**Joe Nalbandyan**
**1588 Glenmont Dr**
**Glendale, CA 91207**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$30.00   $30.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

| 2.4023 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $107.00 | $107.00 |

**Joe Nardi**
**57 Valentino Dr**
**Old Bridge, NJ 08857**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.4024 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $178.00 | $178.00 |

**Joe Newstrom**
**4935 Maureen Ln**
**Moorpark, CA 93021**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.4025 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,798.00 | $1,798.00 |

**Joe Quigley**
**1211 Fristoe Ct**
**Forest Hill, MD 21050**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.4026 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $121.00 | $121.00 |

**Joe Raymond**
**1033 Encino Ave**
**Arcadia, CA 91006**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (*if known*) | |
| | Name | | |

---

| 2.4027 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |

**Joe Ryan**
**740 Mccoy Rd**
**Franklin Lakes, NJ 07417**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4028 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $268.00 | $268.00 |

**Joe Ryan**
**9157 Hy23**
**Belle Chasse, LA 70037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4029 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $503.00 | $503.00 |

**Joe Steakley**
**1012 Tyne Blvd**
**Nashville, TN 37220**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4030 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.00 | $45.00 |

**Joe Truhe**
**314 28th St**
**New Orleans, LA 70124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.4031 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |

**Joe White**
**9301 Lowell Ave**
**Overland Park, KS 66212**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4032 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $489.00 | $489.00 |

**Joel Benedetti**
**1716 Reed St**
**Redondo Beach, CA 90278**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4033 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $201.00 | $201.00 |

**Joel Friedman**
**429 Limestone Rd**
**Ridgefield, CT 06877**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4034 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.00 | $81.00 |

**Joel Gloden**
**2504 Barnard Dr**
**Valparaiso, IN 46385**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 2.4035 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $369.00 | $369.00 |

**Joel Madsen**
**1051 Santa Cruz Way**
**Rohnert Park, CA 94928**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4036 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $224.00 | $224.00 |

**Joel Wood**
**191 Stone Creek Dr**
**Granville, OH 43023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4037 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $546.00 | $546.00 |

**Joelle Moreno**
**231 Main St**
**C/O Goin' Postal Shipping**
**Norway, ME 04268**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4038 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**Joellen Schneider**
**1818 W State St**
**Boise, ID 83702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

| 2.4039 | Priority creditor's name and mailing address<br>**Joey Hunt**<br>**10417 Big Tree Ct**<br>**Orlando, FL 32836** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $386.00 | $386.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.4040 | Priority creditor's name and mailing address<br>**Joey Lasko**<br>**1481 Elliott Ave W**<br>**Attn: Joey Lasko J-103r**<br>**Seattle, WA 98119** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $804.00 | $804.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.4041 | Priority creditor's name and mailing address<br>**Joey Martin**<br>**5450 Pegamore Creek Way**<br>**Powder Springs, GA 30127** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $55.00 | $55.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.4042 | Priority creditor's name and mailing address<br>**Johan Ivarsson**<br>**2335 Walnut St Unit 12**<br>**Denver, CO 80205** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $80.00 | $80.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| 2.4043 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $364.00 | $364.00 |
|---|---|---|---|---|

**John Allen**
**27 Lakecliff Dr**
**Ormond Beach, FL 32174**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4044 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.00 | $17.00 |
|---|---|---|---|---|

**John Allen**
**3068 Rhodenhaven Drive**
**Atlanta, GA 30326**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4045 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $97.00 | $97.00 |
|---|---|---|---|---|

**John Allie**
**744 W Fullerton Ave Apt 404**
**Chicago, IL 60614**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4046 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $39.00 | $39.00 |
|---|---|---|---|---|

**John Amick**
**821 Bingham Ln**
**New Braunfels, TX 78132**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                    Case number (*if known*) _____

Name

| 2.4047 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.00 | $65.00 |

**John Andrews**
**1655 2nd St Unit 208**
**Napa, CA 94559**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4048 | Priority creditor's name and mailing address | | $26.00 | $26.00 |

**John Anton**
**1507 Nw 27th Pl**
**Cape Coral, FL 33993**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4049 | Priority creditor's name and mailing address | | $48.00 | $48.00 |

**John Babnik**
**488 Park Ave**
**Glencoe, IL 60025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4050 | Priority creditor's name and mailing address | | $86.00 | $86.00 |

**John Baker**
**200 W State Highway 6 Ste 330**
**Waco, TX 76712**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**                                  Case number (if known) _____

Name

| 2.4051 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $74.00 | $74.00 |

**John Baliga**
**1905 Bentley Ct**
**Norwalk, IA 50211**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4052 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $842.00 | $842.00 |

**John Barkley**
**4500 Manor Village Way**
**Apt 305**
**Raleigh, NC 27612**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4053 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $315.00 | $315.00 |

**John Belanger**
**49 Creek Road**
**Irasburg, VT 05845**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4054 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $128.00 | $128.00 |

**John Bell**
**50 Willowbrook Ln**
**Freeport, NY 11520**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.4055 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $371.00 | $371.00 |

**John Bernatz**
**1812 Washington St**
**C/O Cellar 55**
**Vancouver, WA 98660**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4056 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $387.00 | $387.00 |

**John Berry**
**986 S Downing St**
**Seaside, OR 97138**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4057 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $96.00 | $96.00 |

**John Bittle**
**12001 Jasmine Cove Way**
**Raleigh, NC 27614**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4058 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $902.00 | $902.00 |

**John Blevins**
**20 Crestwood Drivd**
**Maplewood, NJ 07040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

_____
Name

Case number _(if known)_ _____

| 2.4059 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $74.00 | $74.00 |

**John Bray
39 Montauk Rd
Sound Beach, NY 11789**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4060 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $126.00 | $126.00 |

**John Brier
3163 Henrich Farm Ln
Allison Park, PA 15101**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4061 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $195.00 | $195.00 |

**John Buchanan
34 Wyndham Rd
South Abington Township, PA
18411**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4062 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.00 | $37.00 |

**John Burgardt
601 S Main St Ste 100
Keller, TX 76248**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | |
|---|---|
| Debtor | **Phoeno Wine Company, Inc.** |
| | Name |

Case number (*if known*) _____

---

| 2.4063 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $237.00 | $237.00 |
|---|---|---|---|---|

**John Butler**
**11 E Bay Dr**
**Cape Charles, VA 23310**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Deficit Customer** |

Last 4 digits of account number ____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4064 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $118.00 | $118.00 |
|---|---|---|---|---|

**John Butler**
**50 Beech Tree Ct**
**Annville, PA 17003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Deficit Customer** |

Last 4 digits of account number ____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4065 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**John Calabrese**
**2100 3rd Avenue**
**Apt 1401**
**Seattle, WA 98121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Deficit Customer** |

Last 4 digits of account number ____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4066 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**John Carter**
**80 Retriever Dr**
**Chapmanville, WV 25508**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Deficit Customer** |

Last 4 digits of account number ____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                     Case number (if known) _____
_____
Name

| 2.4067 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,257.00 | $2,257.00 |

2.4067   Priority creditor's name and mailing address
**John Cerrito**
**91 Bridge Rd**
**Hauppauge, NY 11788**

As of the petition filing date, the claim is:   $2,257.00   $2,257.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

2.4068   Priority creditor's name and mailing address
**John Champagne**
**4710 Artesa Way E**
**Palm Beach Gardens, FL 33418**

As of the petition filing date, the claim is:   $100.00   $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

2.4069   Priority creditor's name and mailing address
**John Chapoton**
**100 Conti St**
**New Orleans, LA 70130**

As of the petition filing date, the claim is:   $368.00   $368.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

2.4070   Priority creditor's name and mailing address
**John Chase**
**240 Gould Ave**
**Moldcraft Inc**
**Depew, NY 14043**

As of the petition filing date, the claim is:   $514.00   $514.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.4071 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |
|---|---|---|---|---|

**John Christmann**
**10910 Wickwild**
**Houston, TX 77024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4072 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $129.00 | $129.00 |
|---|---|---|---|---|

**John Cicchese**
**1968 Boulder Dr**
**Menomonie, WI 54751**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4073 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $113.00 | $113.00 |
|---|---|---|---|---|

**John Coletti**
**421 Gibbs Ave**
**Newport, RI 02840**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4074 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**John Coletti**
**421 Gibbs Avenue**
**Newport, RI 02840**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

| | | |
|---|---|---|
| 2.4075 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.4075**

Priority creditor's name and mailing address
**John Dalton**
**2668 Ellwood Dr NE**
**Atlanta, GA 30305**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$58.00**   **$58.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.4076**

Priority creditor's name and mailing address
**John Damg**
**618 S Main St**
**Santa Ana, CA 92701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$33.00**   **$33.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.4077**

Priority creditor's name and mailing address
**John Deal**
**5007 Bueno Dr**
**Granbury, TX 76049**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$62.00**   **$62.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.4078**

Priority creditor's name and mailing address
**John Deweerd**
**2201 Robincrest Ln**
**Glenview, IL 60025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$116.00**   **$116.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.4079 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | $146.00 | $146.00 |
|---|---|---|---|---|

**John Digesare**
**275 Waterville St**
**Raleigh, NC 27603**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4080 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.00 | $61.00 |

**John Dommerichjr**
**1309 Melaleuca Lane**
**Fort Myers, FL 33919**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4081 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $256.00 | $256.00 |

**John Doyle**
**199 Crestview Dr**
**Orinda, CA 94563**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4082 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |

**John Duda**
**1110 25th Ave N**
**Saint Petersburg, FL 33704**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)* _____

| | | | |
|---|---|---|---|
| 2.4083 | Priority creditor's name and mailing address **John Duel** **33538 Marshall Rd** **Yucaipa, CA 92399** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $245.00  $245.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | | |
|---|---|---|---|
| 2.4084 | Priority creditor's name and mailing address **John Dunham** **1241 Gulf Of Mexico Dr Unit 806** **Longboat Key, FL 34228** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $25.00  $25.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | | |
|---|---|---|---|
| 2.4085 | Priority creditor's name and mailing address **John Ellis** **1150 W Chestnut St** **Kenworth Northeast** **Brockton, MA 02301** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $193.00  $193.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | | |
|---|---|---|---|
| 2.4086 | Priority creditor's name and mailing address **John Fedorko** **6808 Capitol Hill Dr** **Arlington, TX 76017** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,664.00  $1,664.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

| | | |
|---|---|---|
| 2.4087 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

2.4087 Priority creditor's name and mailing address
**John Flynn**
**118 Grumman Ave**
**Norwalk, CT 06851**

As of the petition filing date, the claim is: **$877.00**  **$877.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

2.4088 Priority creditor's name and mailing address
**John Fontes**
**8115 Bennington Blvd**
**White Lake, MI 48386**

As of the petition filing date, the claim is: **$50.00**  **$50.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

2.4089 Priority creditor's name and mailing address
**John Fox**
**5840 Lalor Dr**
**San Jose, CA 95123**

As of the petition filing date, the claim is: **$54.00**  **$54.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

2.4090 Priority creditor's name and mailing address
**John Freaney**
**1460 N Larkspur Ct**
**Lafayette, CO 80026**

As of the petition filing date, the claim is: **$117.00**  **$117.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.4091 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $134.00 | $134.00 |
|---|---|---|---|---|

**John Funkey**
**120 Jewell St**
**Santa Cruz, CA 95060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4092 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.00 | $66.00 |
|---|---|---|---|---|

**John Furia**
**412 Market St**
**Lewisburg, PA 17837**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4093 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**John Gifford**
**6830 E Via  Vigna**
**Tucson, AZ 85750**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4094 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|---|---|---|---|---|

**John Gill**
**123 E Lexington St**
**Richmond, MO 64085**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)*

| 2.4095 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $176.00 | $176.00 |
|---|---|---|---|---|

**John Giordano**
**201 Penn Valley Ter**
**Yardley, PA 19067**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.4096 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $126.00 | $126.00 |
|---|---|---|---|---|

**John Graf**
**240 E Shore Rd Apt 439**
**Great Neck, NY 11023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.4097 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.00 | $26.00 |
|---|---|---|---|---|

**John Gritschke**
**6211 Anvil Rd**
**Crystal Lake, IL 60012**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.4098 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.00 | $15.00 |
|---|---|---|---|---|

**John Hargrove**
**107 Coffee Pointe Dr**
**Savannah, GA 31419**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 2.4099 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.4099**

Priority creditor's name and mailing address
**John Harim**
**126 Unity Ln**
**Rostraver Township, PA 15012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$128.00    $128.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.4100**

Priority creditor's name and mailing address
**John Harlow**
**2668 Wrenford Rd**
**Shaker Heights, OH 44122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$87.00    $87.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.4101**

Priority creditor's name and mailing address
**John Harper**
**7672 Lone Lane**
**Coopersburg, PA 18036**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$140.00    $140.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.4102**

Priority creditor's name and mailing address
**John Hay**
**1164 West Madison Street**
**Apt. 729**
**Chicago, IL 60607**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,592.00    $1,592.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____     Case number (if known) _____
Name

| 2.4103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.00 | $31.00 |
|---|---|---|---|---|

**John Healey**
**656 New Haven Ave**
**Ups Access Point (In Cvs)**
**Derby, CT 06418**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $151.00 | $151.00 |
|---|---|---|---|---|

**John Henkhaus**
**160 Wyandotte Dr**
**San Jose, CA 95123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |
|---|---|---|---|---|

**John Herman**
**89 West Shore Drive**
**Newnan, GA 30263**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**John Hever**
**290 SW Plantation Dr**
**Maple Hill, NC 28454**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

---

| 2.4107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |

**John Hill**
**805 Summer Hawk Dr**
**D24**
**Longmont, CO 80504**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |

**John Hnedak**
**107-B Mont Sec Ave.**
**Staten Island, NY 10305**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.00 | $48.00 |

**John Holmes**
**3003 N Saddlebrook Ln**
**Katy, TX 77494**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,166.00 | $2,166.00 |

**John Horstman**
**489 Bristol Pike**
**Bensalem, PA 19020**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.4111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.00 | $55.00 |
|---|---|---|---|---|

**John Huang**
**685 Loma Verde Ave**
**Palo Alto, CA 94306**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $231.00 | $231.00 |

**John Hudock**
**3925 Ridgewood Rd**
**York, PA 17406**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |

**John Hunter**
**2072 Murray Hill Rd**
**Cleveland, OH 44106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |

**John Hussey**
**7700 Farm To Market Road 1830**
**Gate Code: 5235**
**Argyle, TX 76226**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

| 2.4115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $128.00 | $128.00 |
|---|---|---|---|---|

**John Hutton**
**112 Torrington Cir**
**Suffolk, VA 23436**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**John Hwang**
**1455 Holly Lake Cir**
**Snellville, GA 30078**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.00 | $47.00 |
|---|---|---|---|---|

**John Jones**
**127 Conway St**
**Carlisle, PA 17013**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $142.00 | $142.00 |
|---|---|---|---|---|

**John Julian**
**1776 Broadway Apt 203**
**Denver, CO 80202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 2.4119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,218.00 | $1,218.00 |

**2.4119** Priority creditor's name and mailing address

**John Kafader**
**2475 E Linda Ct**
**Gilbert, AZ 85234**

As of the petition filing date, the claim is: **$1,218.00** **$1,218.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.4120** Priority creditor's name and mailing address

**John Keiter**
**280 Merwood Dr**
**Morgantown, PA 19543**

As of the petition filing date, the claim is: **$143.00** **$143.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.4121** Priority creditor's name and mailing address

**John Kelly**
**3132 University Blvd**
**West University Place, TX 77005**

As of the petition filing date, the claim is: **$903.00** **$903.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.4122** Priority creditor's name and mailing address

**John Kellyiii**
**7222 Valley Ave**
**Philadelphia, PA 19128**

As of the petition filing date, the claim is: **$1,732.00** **$1,732.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**      Case number *(if known)* _____

Name

| | | |
|---|---|---|
| **2.4123** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00**  **$125.00** |
| **John Kidd** **981 Dillard Rd** **Highlands, NC 28741** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | |
| Last 4 digits of account number | Is the claim subject to offset? | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | |

| | | |
|---|---|---|
| **2.4124** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32.00**  **$32.00** |
| **John Kim** **701 Saint Paul St** **The Annie E Casey Foundation** **Baltimore, MD 21202** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | |
| Last 4 digits of account number | Is the claim subject to offset? | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | |

| | | |
|---|---|---|
| **2.4125** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$87.00**  **$87.00** |
| **John King** **17509 Canopy Ct** **Babcock Ranch, FL 33982** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | |
| Last 4 digits of account number | Is the claim subject to offset? | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | |

| | | |
|---|---|---|
| **2.4126** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$114.00**  **$114.00** |
| **John Kitts** **787 Niwot Ridge Lane** **Lafayette, CO 80026** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | |
| Last 4 digits of account number | Is the claim subject to offset? | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | |

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.4127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $207.00 | $207.00 |
|---|---|---|---|---|

**John Knowles**
**159 1st Ave N**
**Harpeth Square Apartments Office**
**Franklin, TN 37064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $30.00 | $30.00 |
|---|---|---|---|---|

**John Kobara**
**45926 Algonquin Cir**
**Indian Wells, CA 92210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $167.00 | $167.00 |
|---|---|---|---|---|

**John Kruse**
**1 Oak St Ste 5**
**Fedex Office**
**Westborough, MA 01581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $19.00 | $19.00 |
|---|---|---|---|---|

**John Leeman**
**1555 Doolittle Dr Ste 160**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.4131 | Priority creditor's name and mailing address<br>**John Lentinello**<br>**14 Royal Oak Dr**<br>**Huntington, NY 11743** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$32.00   $32.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.4132 | Priority creditor's name and mailing address<br>**John Leo**<br>**604 N Wheaton Ave**<br>**Wheaton, IL 60187** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$127.00   $127.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.4133 | Priority creditor's name and mailing address<br>**John Leon**<br>**20740 SW 248 Street**<br>**Homestead, FL 33031** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$200.00   $200.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.4134 | Priority creditor's name and mailing address<br>**John Lile**<br>**3650 Fm 559**<br>**Texarkana, TX 75503** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$100.00   $100.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.4135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $461.00 | $461.00 |

**John Linskey**
**234 Warrenton Dr**
**Houston, TX 77024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.00 | $54.00 |

**John Livezey**
**1506 Aspen Dr**
**Pottstown, PA 19464**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $212.00 | $212.00 |

**John Lowell**
**307 Meadow Overlook**
**Woodstock, GA 30188**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |

**John Lund**
**636 Innovation Dr**
**Winder, GA 30680**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)* _____

| | | | | |
|---|---|---|---|---|
| 2.4139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** | **$60.00** |

**John Macleod**
**15 Boornazian Rd**
**Methuen, MA 01844**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.4140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** | **$20.00** |

**John Maggio**
**1576 Celebration Cir**
**Bridgeville, PA 15017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.4141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$851.00** | **$851.00** |

**John Malknecht**
**6908 Logan Ave S**
**Richfield, MN 55423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.4142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** | **$30.00** |

**John Malloy**
**13348 W Via Caballo Blanco**
**Peoria, AZ 85383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                          Case number *(if known)*
_____
Name

| 2.4143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $118.00 | $118.00 |

**John Marcum**
**3337 E Beardsley Rd**
**Phoenix, AZ 85050**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.00 | $66.00 |

**John Marty**
**102 Woodland Dr**
**Sarver, PA 16055**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $79.00 | $79.00 |

**John Mcalpine**
**21 Revere Beach Blvd Apt 717r**
**Revere, MA 02151**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $177.00 | $177.00 |

**John Mcdonald**
**260 N 2nd St**
**Lewiston, NY 14092**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor   **Phoeno Wine Company, Inc.**                                          Case number (if known) _____

Name

| | | | |
|---|---|---|---|
| 2.4147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $478.00   $478.00 |

**2.4147**

Priority creditor's name and mailing address
**John Mchugh**
**15006 Little Wren Ln**
**San Antonio, TX 78255**

As of the petition filing date, the claim is: $478.00   $478.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.4148**

Priority creditor's name and mailing address
**John Mckendrick**
**4047 W Patterson Ave**
**Chicago, IL 60641**

As of the petition filing date, the claim is: $100.00   $100.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.4149**

Priority creditor's name and mailing address
**John Mconnor**
**333 Massachusetts Ave Unit 901**
**Indianapolis, IN 46204**

As of the petition filing date, the claim is: $95.00   $95.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.4150**

Priority creditor's name and mailing address
**John Mcwhorter**
**1904 Island Dr**
**Monroe, LA 71201**

As of the petition filing date, the claim is: $135.00   $135.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.4151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $82.00 | $82.00 |

**John Midlige**
**140 Beech St**
**Roslindale, MA 02131**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4152 | Priority creditor's name and mailing address | | $25.00 | $25.00 |

**John Miller**
**47 Nottingham Way**
**Millington, NJ 07946**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4153 | Priority creditor's name and mailing address | | $126.00 | $126.00 |

**John Moakler**
**5301 Saddle Strap Way**
**Pinetop, AZ 85935**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4154 | Priority creditor's name and mailing address | | $1,652.00 | $1,652.00 |

**John Moes**
**3136 Idaho Ave S**
**Minneapolis, MN 55426**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.4155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.00 | $81.00 |

**2.4155**

Priority creditor's name and mailing address

**John Moran**
**206 Edwards Ave**
**Trinity Physical Therapy**
**Harahan, LA 70123**

As of the petition filing date, the claim is: $81.00 $81.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.4156**

Priority creditor's name and mailing address

**John Morgan**
**140 Ridgeline Ln**
**Easton, PA 18045**

As of the petition filing date, the claim is: $109.00 $109.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.4157**

Priority creditor's name and mailing address

**John Moses**
**1005 S Quinn St**
**Arlington, VA 22204**

As of the petition filing date, the claim is: $89.00 $89.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.4158**

Priority creditor's name and mailing address

**John Mulcahey**
**655 Sr 307**
**Factoryville, PA 18419**

As of the petition filing date, the claim is: $192.00 $192.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

_____
Name

Case number (if known) _____

| | |
|---|---|
| 2.4159 | Priority creditor's name and mailing address |

**John Munro**
**1308a Center St**
**Honolulu, HI 96816**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$20.00    $20.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | |
|---|---|
| 2.4160 | Priority creditor's name and mailing address |

**John Murphy**
**22 Hessenford Street**
**Sugar Land, TX 77479**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$730.00    $730.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | |
|---|---|
| 2.4161 | Priority creditor's name and mailing address |

**John Mustafa**
**3250 S Arizona Ave Apt 2021**
**Chandler, AZ 85248**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$141.00    $141.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | |
|---|---|
| 2.4162 | Priority creditor's name and mailing address |

**John Nation**
**27081 Aliso Creek Rd Ste 200**
**Aliso Viejo, CA 92656**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$84.00    $84.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.4163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |

**John Nguyen**
**2306 Club Creek Ct**
**Garland, TX 75043**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.4164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.00 | $36.00 |

**John Nichols**
**226 N.4th St**
**Surf City, NJ 08008**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.4165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |

**John Nicols**
**9 Blueberry Lane**
**Perkasie, PA 18944**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.4166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $130.00 | $130.00 |

**John Niemann**
**30800 West 37th Street North**
**Mount Hope, KS 67108**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.4167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.00 | $119.00 |
|---|---|---|---|---|

**John Niemann**
**6159 Piping Rock Ln**
**Houston, TX 77057**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.00 | $55.00 |
|---|---|---|---|---|

**John Oconnor**
**3700 Dacy Ln Apt 3104**
**Kyle, TX 78640**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**John Oconnor**
**42 Tinker Rd**
**Merrimack, NH 03054**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.00 | $57.00 |
|---|---|---|---|---|

**John Oconnor**
**431 W 7th St**
**Los Angeles, CA 90014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.4171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |

**John Olsen**
**1 Spring Hill Rd.**
**Annandale, NJ 08801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**John Orlando**
**22149 Calverton Rd**
**Shaker Heights, OH 44122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**John Ornelas**
**19017 Rushmore St**
**Manor, TX 78653**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.00 | $31.00 |

**John Orrico**
**30 West Street**
**29b**
**New York, NY 10004**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| | |
|---|---|
| Debtor | **Phoeno Wine Company, Inc.** |
| | Name |

Case number (if known) _____

---

| 2.4175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**John Osterlund**
**5640 Fattoria Blvd**
**Salida, CA 95368**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.00 | $210.00 |
|---|---|---|---|---|

**John Palumbo**
**231 Union Blvd**
**Totowa, NJ 07512**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $482.00 | $482.00 |
|---|---|---|---|---|

**John Patchoski**
**329 Oak St Ste 001**
**Gainesville, GA 30501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $255.00 | $255.00 |
|---|---|---|---|---|

**John Pierschbacher**
**914 Roland Ave**
**Chariton, IA 50049**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| 2.4179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $600.00 | $600.00 |

**John Pope**
**9390 Lakebend Preserve Ct**
**Estero, FL 34135**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |

**John Poterek**
**7018 Coldwater Dr**
**Jacksonville, FL 32258**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |

**John Poulsen**
**200 Happy Creek Rd**
**Front Royal, VA 22630**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $419.00 | $419.00 |

**John Prather**
**124 Diplomat Ct Apt 7**
**Beech Grove, IN 46107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**     Case number (if known) _____
    Name

---

**2.4183** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $158.00 | $158.00
--- | --- | --- | --- | ---

**John Pricher**
**9188 N Commodore Dr**
**Citrus Springs, FL 34434**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

**$158.00**    **$158.00**

---

**2.4184** Priority creditor's name and mailing address

**John Pryor**
**124 W Colorado St Apt 310**
**Glendale, CA 91204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

**$30.00**    **$30.00**

---

**2.4185** Priority creditor's name and mailing address

**John Ranalli**
**2112 Freeman Ave**
**Cleveland, OH 44113**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

**$27.00**    **$27.00**

---

**2.4186** Priority creditor's name and mailing address

**John Ransomii**
**1800 St. James Pl**
**Suite 620**
**Houston, TX 77056**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

**$129.00**    **$129.00**

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)* _____

| | | | |
|---|---|---|---|
| 2.4187 | Priority creditor's name and mailing address<br>**John Rebadow**<br>**53 Onondaga St**<br>**Skaneateles, NY 13152** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$69.00** **$69.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.4188 | Priority creditor's name and mailing address<br>**John Rector**<br>**5304 N Hawthorne St**<br>**Spokane, WA 99205** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$837.00** **$837.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.4189 | Priority creditor's name and mailing address<br>**John Reece**<br>**1245 16th Ave**<br>**San Francisco, CA 94122** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$112.00** **$112.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.4190 | Priority creditor's name and mailing address<br>**John Reim**<br>**528 Kelly Ave**<br>**Grayslake, IL 60030** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$21.00** **$21.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.4191** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$45.00** | **$45.00**

**John Rogers**
**1611 Pomona Rd Ste 110**
**Corona, CA 92878**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.4192** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,999.00** | **$1,999.00**

**John Roussalis**
**311 Centennial Cir**
**Wilmington, DE 19807**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.4193** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$135.00** | **$135.00**

**John Rundhammer**
**319 W Palmetto St**
**Kill Devil Hills, NC 27948**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.4194** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$110.00** | **$110.00**

**John Ryan**
**1234 Leedom Road**
**Havertown, PA 19083**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

| | | |
|---|---|---|
| 2.4195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**John Sailer
21 Lost Beach Ln
Vero Beach, FL 32963**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$64.00   $64.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4196 | Priority creditor's name and mailing address |

**John Sambuco
145 W Mcintyre St
Key Biscayne, FL 33149**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$29.00   $29.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4197 | Priority creditor's name and mailing address |

**John Saraniero
6696 Deering Circle
Sarasota  Fl 34240-8579
Sarasota, FL 34240**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$408.00   $408.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4198 | Priority creditor's name and mailing address |

**John Schulte
17 Old Milford Rd
Amherst, NH 03031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$393.00   $393.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                    Case number *(if known)* _____
_____
Name

| | | | |
|---|---|---|---|
| 2.4199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00   $29.00 |

**2.4199**  Priority creditor's name and mailing address

**John Simone**
**Spg 200 Gibraltar Road**
**Suite 115**
**Horsham, PA 19044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$29.00   $29.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY        ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)      ☐ Yes

---

**2.4200**  Priority creditor's name and mailing address

**John Sirvent**
**3312 Point Lobos Trl**
**Jacksonville, FL 32223**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$29.00   $29.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY        ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)      ☐ Yes

---

**2.4201**  Priority creditor's name and mailing address

**John Sleight**
**1429 N Wells St Apt 203**
**Chicago, IL 60610**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$19.00   $19.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY        ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)      ☐ Yes

---

**2.4202**  Priority creditor's name and mailing address

**John Smith**
**1705 Grand Ave**
**Keokuk, IA 52632**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$179.00   $179.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY        ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)      ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
Name

| 2.4203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $257.00 | $257.00 |

**John Snell**
**3224 Verdun Dr Nw**
**Atlanta, GA 30305**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,898.00 | $1,898.00 |

**John Soffronoff**
**121 Grandin Rd**
**Charlotte, NC 28208**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |

**John Soltys**
**1354 Nw 4th St**
**Boca Raton, FL 33486**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |

**John Soto**
**16040 N 48th Ave**
**Glendale, AZ 85306**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.4207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.4207**

Priority creditor's name and mailing address

**John Stafford**
**4 Strawberry Drive**
**Barrington, RI 02806**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$203.00      $203.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.4208**

Priority creditor's name and mailing address

**John Stasukevich**
**3738 Cherokee Ave**
**San Diego, CA 92104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$58.00      $58.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.4209**

Priority creditor's name and mailing address

**John Stegeman**
**2251 NE 19th Ave Lot 60**
**Ocala, FL 34470**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,341.00      $1,341.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.4210**

Priority creditor's name and mailing address

**John Stewart**
**1629 Margaret Ridge Dr**
**Matthews, NC 28105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,062.00      $3,062.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

| | | |
|---|---|---|
| 2.4211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,658.00 | $1,658.00 |

**2.4211** Priority creditor's name and mailing address

**John Takizawa**
**5521 Laura Dr**
**San Jose, CA 95124**

As of the petition filing date, the claim is: **$1,658.00**  **$1,658.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

**2.4212** Priority creditor's name and mailing address

**John Tarn**
**270 Cherry Lane**
**Campbell, CA 95008**

As of the petition filing date, the claim is: **$90.00**  **$90.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

**2.4213** Priority creditor's name and mailing address

**John Taylor**
**3100 Jackson Way**
**Flower Mound, TX 75022**

As of the petition filing date, the claim is: **$12,913.00**  **$3,350.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

**2.4214** Priority creditor's name and mailing address

**John Trinkwalder**
**1 14th St Ph6**
**Hoboken, NJ 07030**

As of the petition filing date, the claim is: **$932.00**  **$932.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
| | Name | | |

| 2.4215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $225.00 | $225.00 |
| | **John Tucker** | *Check all that apply.* | | |
| | **1301 S Hale Ave Spc 5** | ☐ Contingent | | |
| | **Escondido, CA 92029** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $944.00 | $944.00 |
| | **John Turpin** | *Check all that apply.* | | |
| | **20 Gold Star Dr** | ☐ Contingent | | |
| | **Cumberland, RI 02864** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
| | **John Vanaman** | *Check all that apply.* | | |
| | **5214 Madison Ave** | ☐ Contingent | | |
| | **Trumbull, CT 06611** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |
| | **John Vansant** | *Check all that apply.* | | |
| | **3406 Leland St** | ☐ Contingent | | |
| | **Chevy Chase, MD 20815** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**
_____          Case number (if known) _____
Name

| | |
|---|---|
| 2.4219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $630.00 | $630.00 |

2.4219  Priority creditor's name and mailing address

**John Vellano**
**30 Bluestone Ridge**
**Clifton Park, NY 12065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$630.00      $630.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

2.4220  Priority creditor's name and mailing address

**John Volk**
**4305 Briar Creek Ln**
**Dallas, TX 75214**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$58.00      $58.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

2.4221  Priority creditor's name and mailing address

**John Walker**
**400 10th St Nw Apt 506**
**Charlottesville, VA 22903**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$338.00      $338.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

2.4222  Priority creditor's name and mailing address

**John Wallace**
**70 Madison Rd**
**Durham, CT 06422**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$75.00      $75.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.4223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |

2.4223 | Priority creditor's name and mailing address
**John Ward**
**156 S Gardner St**
**Los Angeles, CA 90036**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$19.00 $19.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.4224 | Priority creditor's name and mailing address
**John Wardell**
**54 Regatta Bay Ct Apt 118**
**Annapolis, MD 21401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$29.00 $29.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.4225 | Priority creditor's name and mailing address
**John Wieder**
**35 E Grassy Sprain Rd Ste 403**
**Yonkers, NY 10710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$114.00 $114.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.4226 | Priority creditor's name and mailing address
**John Wilson**
**3530 Indian Forest Dr**
**Spring, TX 77373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$508.00 $508.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.4227 | Priority creditor's name and mailing address<br>**John Winn**<br>**2101 E Saint Elmo Rd # 370**<br>**Austin, TX 78744** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,005.00**   **$1,005.00** |

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.4228 | Priority creditor's name and mailing address<br>**John Winstel**<br>**175 North St Apt 603**<br>**Buffalo, NY 14201** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$207.00**   **$207.00** |

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.4229 | Priority creditor's name and mailing address<br>**John Yung**<br>**1628 Jason Dr**<br>**Milpitas, CA 95035** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$60.00**   **$60.00** |

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.4230 | Priority creditor's name and mailing address<br>**John Zern**<br>**150 W Eugenie St Apt 14**<br>**Chicago, IL 60614** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$63.00**   **$63.00** |

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.4231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |
|---|---|---|---|---|

**John Zito**
**26 Irving Ave**
**Metuchen, NJ 08840**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Deficit Customer** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.4232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |
|---|---|---|---|---|

**John Zlotek**
**118 Woodlawn Ave**
**Depew, NY 14043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Deficit Customer** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.4233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.00 | $66.00 |
|---|---|---|---|---|

**John-David Yoder**
**80 State Route 103 Unit C**
**Bluffton, OH 45817**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Deficit Customer** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.4234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $306.00 | $306.00 |
|---|---|---|---|---|

**John-Paul Mead**
**63 Hickory Cir**
**Ithaca, NY 14850**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Deficit Customer** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (*if known*)

| 2.4235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.00 | $115.00 |

**Johnathan Flores**
**8901 Adams St NE Ste A**
**Albuquerque, NM 87113**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4236 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**Johnmichael Cox**
**12032 Guerin St**
**Apt 105**
**Studio City, CA 91604**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4237 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $387.00 | $387.00 |

**Johnny Achi**
**1 Galleria Dr**
**San Antonio, TX 78257**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4238 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.00 | $31.00 |

**Johnny Beuscher**
**2911 2nd Ave Unit 1304**
**Seattle, WA 98121**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 2.4239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.00 | $34.00 |
|---|---|---|---|---|

**Johnny Gomez**
**2623 Ivanhoe Dr**
**Los Angeles, CA 90039**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |
|---|---|---|---|---|

**Johnny Kalogerakis**
**33 Sleeper St Apt 403**
**Boston, MA 02210**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $299.00 | $299.00 |
|---|---|---|---|---|

**Johnny Kha**
**1751 Fortune Dr Ste J**
**San Jose, CA 95131**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Johnny Ray**
**4629 State Line Rd**
**Kansas City, MO 64112**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____          Case number (if known) _____
Name

| 2.4243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $67.00 | $67.00 |

**Johnny T**
**13842 Ramona Pkwy**
**Baldwin Park, CA 91706**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,588.00 | $1,588.00 |

**Johnp Kennedy**
**720 University Drive**
**Gate Code #7024**
**Menlo Park, CA 94025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $192.00 | $192.00 |

**Johnson Schaff**
**2124 Washington Ave**
**Wilmette, IL 60091**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.00 | $62.00 |

**Jolie Hollidayburgess**
**154 Bluff Vw**
**Aledo, TX 76008**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

| | | |
|---|---|---|
| 2.4247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.4247**

Priority creditor's name and mailing address

**Jon Allen**
**925 Battery Ave Se**
**Unit 307**
**Atlanta, GA 30339**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$329.00    $329.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.4248**

Priority creditor's name and mailing address

**Jon Boardman**
**3873 NE 22nd Way**
**Lighthouse Point, FL 33064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$70.00    $70.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.4249**

Priority creditor's name and mailing address

**Jon Brennan**
**89 North Alton Ave.**
**Glenns Ferry, ID 83623**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$482.00    $482.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.4250**

Priority creditor's name and mailing address

**Jon Colvard**
**4460 Highway 225**
**Universal Plant Services**
**Deer Park, TX 77536**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$150.00    $150.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

| 2.4251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |

**Jon Douyard**
**17199 Stonebrook Dr**
**Northville, MI 48168**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.4252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.00 | $83.00 |

**Jon Green**
**24963 First Harvest Ct**
**Aldie, VA 20105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.4253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,374.00 | $1,374.00 |

**Jon Hoffmann**
**5700 Ridgebrook Drive**
**Agoura Hills, CA 91301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.4254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $101.00 | $101.00 |

**Jon Kerrigan**
**1616 Walnut St Apt 705**
**Philadelphia, PA 19103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

Debtor **Phoeno Wine Company, Inc.**    Case number (if known) _____
_____
Name

| 2.4255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.00 | $125.00 |

**Jon Koto**
**345 Pine Tree Rd**
**Lake Mary, FL 32746**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number ____

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.4256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.00 | $54.00 |

**Jon Malis**
**15027 E Palomino Blvd**
**Fountain Hills, AZ 85268**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number ____

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.4257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $338.00 | $338.00 |

**Jon Ness**
**37950 Central Ct**
**Atum**
**Newark, CA 94560**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number ____

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.4258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $246.00 | $246.00 |

**Jon Peterson**
**767 Santa Rita Way**
**Sacramento, CA 95864**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number ____

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.4259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $169.00 | $169.00 |
|---|---|---|---|---|

**Jon Powell**
**338 Lands MI Se**
**Marietta, GA 30067**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $103.00 | $103.00 |
|---|---|---|---|---|

**Jon Quesnel**
**15570 Drake Cir Nw**
**Prior Lake, MN 55372**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Jon Strange**
**368 Owen Ave**
**Fair Lawn, NJ 07410**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.00 | $36.00 |
|---|---|---|---|---|

**Jonas Brown**
**1360 50th Ave NE**
**St Petersburg, FL 33703**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.4263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.00 | $75.00 |

**Jonathan Atkinson**
**7525 Hihn Rd**
**Ben Lomond, CA 95005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4264 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.00 | $104.00 |

**Jonathan Aur**
**465 Jack Kramer Dr Ste 1**
**Memphis, TN 38117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4265 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Jonathan Becker**
**446 Terrace Dr**
**Williston, VT 05495**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4266 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,235.00 | $1,235.00 |

**Jonathan Brown**
**16654 Fox Run Ln**
**Lindale, TX 75771**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
| | Name | | |

---

| 2.4267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.00 | $17.00 |
| | **Jonathan Brown** | Check all that apply. | | |
| | **45077 Clark St** | ☐ Contingent | | |
| | **California, MD 20619** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
| | **Deficit Customer** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

---

| 2.4268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
| | **Jonathan Bush** | Check all that apply. | | |
| | **3399 Franklin Rd** | ☐ Contingent | | |
| | **Vienna, GA 31092** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
| | **Deficit Customer** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

---

| 2.4269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $303.00 | $303.00 |
| | **Jonathan Canedo** | Check all that apply. | | |
| | **2559 Cheval Drive** | ☐ Contingent | | |
| | **Davidsonville, MD 21035** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
| | **Deficit Customer** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

---

| 2.4270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $271.00 | $271.00 |
| | **Jonathan Castro** | Check all that apply. | | |
| | **52 Queen St** | ☐ Contingent | | |
| | **Fall River, MA 02724** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
| | **Deficit Customer** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.4271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Priority creditor's name and mailing address**

2.4271

**Jonathan Connell**
**1600 Arch St Apt 605**
**Philadelphia, PA 19103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$111.00**    **$111.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.4272

**Jonathan Crawford**
**1625 Forest St**
**Hastings, MN 55033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$22.00**    **$22.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.4273

**Jonathan Figg**
**3012 Alpine View Ln - 8010**
**Jackson, WY 83002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$56.00**    **$56.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.4274

**Jonathan Grant**
**8865 E Baseline Rd Unit 1322**
**Mesa, AZ 85209**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$41.00**    **$41.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.4275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $280.00  $280.00 |

**Jonathan Grinsted**
**241 E. Stone Drive**
**Blowing Rock, NC 28605**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.4276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.00  $125.00 |

**Jonathan Harriman**
**3906 39th Avenue**
**Oakland, CA 94619**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.4277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $96.00  $96.00 |

**Jonathan Hegwood**
**7826 48th Loop Se**
**Lacey, WA 98503**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.4278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $124.00  $124.00 |

**Jonathan Hershey**
**4964 Lerch Dr**
**Shady Side, MD 20764**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
| | Name | | |

| 2.4279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,651.00 | $3,350.00 |
| | **Jonathan Huzil**<br>**38 Thor Pl**<br>**Fairfield, CT 06824** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $264.00 | $264.00 |
| | **Jonathan Kiely**<br>**85 Pennsylvania Ave**<br>**Long Beach, NY 11561** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |
| | **Jonathan Kuhn**<br>**2843 Indian Spring Lane**<br>**Allison Park, PA 15101** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $195.00 | $195.00 |
| | **Jonathan Lavoie**<br>**430 SWedesford Rd**<br>**Malvern, PA 19355** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.4283** | Priority creditor's name and mailing address
**Jonathan Lockhart**
**1405 Clinton St Apt 601**
**Hoboken, NJ 07030**

As of the petition filing date, the claim is:  $438.00   $438.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.4284** | Priority creditor's name and mailing address
**Jonathan Mccarthy**
**80 New Place Rd**
**Hillsborough, CA 94010**

As of the petition filing date, the claim is:  $344.00   $344.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.4285** | Priority creditor's name and mailing address
**Jonathan Mcevoy**
**401 Audubon Ave**
**Wayne, PA 19087**

As of the petition filing date, the claim is:  $124.00   $124.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.4286** | Priority creditor's name and mailing address
**Jonathan Miksanek**
**3931 Garrison Rd**
**Toledo, OH 43613**

As of the petition filing date, the claim is:  $160.00   $160.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

_____  
Name

Case number _(if known)_ _____

---

| 2.4287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $116.00 | $116.00 |
|---|---|---|---|---|

**Jonathan Myers**
**24 Currier Rd**
**Pelham, NH 03076**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.00 | $15.00 |
|---|---|---|---|---|

**Jonathan Newman**
**8429 Lorraine Rd**
**Lakewood Ranch, FL 34202**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |
|---|---|---|---|---|

**Jonathan Peake**
**330 1/2 20th Ave S Uppr**
**St Petersburg, FL 33705**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $272.00 | $272.00 |
|---|---|---|---|---|

**Jonathan Powell**
**2019 Thames Dr**
**Arlington, TX 76017**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.4291 | Priority creditor's name and mailing address<br>**Jonathan Ragals**<br>**1622 Prestwick Ln**<br>**Dunwoody, GA 30338** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **$753.00**   **$753.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4292 | Priority creditor's name and mailing address<br>**Jonathan Sargent-Dillon**<br>**3171 W 38th Ave**<br>**Denver, CO 80211** | As of the petition filing date, the claim is: **$128.00**   **$128.00**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4293 | Priority creditor's name and mailing address<br>**Jonathan Schremp**<br>**725 Wharf St SW**<br>**Washington, DC 20024** | As of the petition filing date, the claim is: **$32.00**   **$32.00**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4294 | Priority creditor's name and mailing address<br>**Jonathan Siegel**<br>**17 Colonial Rd**<br>**Port Washington, NY 11050** | As of the petition filing date, the claim is: **$50.00**   **$50.00**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

| 2.4295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Jonathan Sora**
**14 Mountain View Rd**
**Putnam Valley, NY 10579**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,615.00 | $1,615.00 |

**Jonathan Speigner**
**645 Brisbaine Mnr**
**Johns Creek, GA 30022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |

**Jonathan Spero**
**201 N. Granada Ave**
**#6**
**Alhambra, CA 91801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.00 | $62.00 |

**Jonathan Steinberger**
**241 S Rimpau Blvd**
**Los Angeles, CA 90004**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 2.4299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|---|---|---|---|---|

**Jonathan Stone**
**18252 Manchac Place Dr**
**Prairieville, LA 70769**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $278.00 | $278.00 |
|---|---|---|---|---|

**Jonathan Tran**
**8071 19th Street**
**Westminster, CA 92683**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $114.00 | $114.00 |
|---|---|---|---|---|

**Jonathan Vranovich**
**320 Frederick Ave**
**Sewickley, PA 15143**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.00 | $87.00 |
|---|---|---|---|---|

**Jonathan Welch**
**111 E Pecan St**
**San Antonio, TX 78205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.4303** | Priority creditor's name and mailing address

**Jonathan Wilcox**
**112 N Passaic Ave**
**Chatham, NJ 07928**

As of the petition filing date, the claim is:          **$48.00**          **$48.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.4304** | Priority creditor's name and mailing address

**Jonathan Williams**
**493 Lincoln Place**
**Apt 1b**
**Brooklyn, NY 11238**

As of the petition filing date, the claim is:          **$66.00**          **$66.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.4305** | Priority creditor's name and mailing address

**Jonathen Lund**
**2649 Via Pacheco**
**Palos Verdes Estates, CA 90274**

As of the petition filing date, the claim is:          **$40.00**          **$40.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.4306** | Priority creditor's name and mailing address

**Jonniemarie Torres**
**4695 Lower Honoapiilani Rd Apt A**
**Lahaina, HI 96761**

As of the petition filing date, the claim is:          **$30.00**          **$30.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____     Case number *(if known)* _____
Name

| 2.4307 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $403.00 | $403.00 |
|---|---|---|---|---|

**Joon Lee**
**130 William St Apt 24c**
**New York, NY 10038**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4308 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $300.00 |
|---|---|---|---|---|

**Joon Pak**
**360 Devereux Downs**
**Roswell, GA 30075**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4309 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 | $150.00 |
|---|---|---|---|---|

**Joonyub Lee**
**3998 Golden Gate Way**
**Buford, GA 30518**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4310 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.00 | $98.00 |
|---|---|---|---|---|

**Jordan Adams**
**2312 SW 10th St**
**Miami, FL 33135**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.4311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.00 | $31.00 |
|---|---|---|---|---|

**Jordan Balok**
**1214 Dolton Dr Ste 202**
**Gab1460-1**
**Dallas, TX 75207**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4312 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |
|---|---|---|---|---|

**Jordan Cladopulos**
**150 Amherst Aisle**
**Irvine, CA 92612**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4313 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $548.00 | $548.00 |
|---|---|---|---|---|

**Jordan Clark**
**1439 Monroe Ave Ste 01**
**Dunmore, PA 18509**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4314 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |
|---|---|---|---|---|

**Jordan Dial**
**503 W 31st St**
**Houston, TX 77018**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____

Name

| 2.4315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.00 | $81.00 |

**Jordan Drevik**
**1442 Ridgemont Rd**
**Dunwoody, GA 30338**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.00 | $24.00 |

**Jordan Green**
**216 108th Street**
**Stone Harbor, NJ 08247**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Jordan Hudson**
**310 A St Apt 1509**
**San Diego, CA 92101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $731.00 | $731.00 |

**Jordan Moskowitz**
**11 Creekside Trail**
**Delran, NJ 08075**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.4319 | Priority creditor's name and mailing address<br>**Jordan Piscopo**<br>**4710 S Rainbow Cir**<br>**Murray, UT 84107** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $240.00 $240.00 |

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 2.4320 | Priority creditor's name and mailing address<br>**Jorel Taruc**<br>**11608 Tall Pines Drive**<br>**Germantown, MD 20876** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $58.00 $58.00 |

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 2.4321 | Priority creditor's name and mailing address<br>**Jorge Barron**<br>**12311 Granite Falls Trl**<br>**Frisco, TX 75035** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20.00 $20.00 |

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 2.4322 | Priority creditor's name and mailing address<br>**Jorge Flores**<br>**4020 Galt Ocean Dr Apt 1802**<br>**Fort Lauderdale, FL 33308** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $120.00 $120.00 |

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**     Case number (if known) _____
_____
     Name

| 2.4323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $805.00 | $805.00 |
|---|---|---|---|---|

**Jorge Gonzalez**
**6357 E 143rd Ave**
**Thornton, CO 80602**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4324 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|

**Jorge Mondragon**
**45 Wall St Apt 1107**
**New York, NY 10005**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4325 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.00 | $87.00 |
|---|---|---|---|---|

**Jorge Rico**
**9390 Big Horn Blvd**
**Suite 130**
**Elk Grove, CA 95758**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4326 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $76.00 | $76.00 |
|---|---|---|---|---|

**Jorge Seixas**
**11521 Solaya Way Unit 103**
**Orlando, FL 32821**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| 2.4327 | Priority creditor's name and mailing address |

**Jori Pearsall**
**12678 Millennium**
**Playa Vista, CA 90094**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**

Is the claim subject to offset?
■ No
☐ Yes

$70.00    $70.00

---

| | |
|---|---|
| 2.4328 | Priority creditor's name and mailing address |

**Josalyn Samson**
**6247 Malvey Ave**
**Fort Worth, TX 76116**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**

Is the claim subject to offset?
■ No
☐ Yes

$187.00    $187.00

---

| | |
|---|---|
| 2.4329 | Priority creditor's name and mailing address |

**Jose Barreto**
**1810 Richmond Ave Unit 31**
**Houston, TX 77098**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**

Is the claim subject to offset?
■ No
☐ Yes

$2,863.00    $2,863.00

---

| | |
|---|---|
| 2.4330 | Priority creditor's name and mailing address |

**Jose Flores**
**33347 University Dr**
**Union City, CA 94587**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**

Is the claim subject to offset?
■ No
☐ Yes

$15.00    $15.00

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| 2.4331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |

**Jose Rivera**
**6722 SW 166th Ct**
**Miami, FL 33193**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
- ☑ No
- ☐ Yes

---

| 2.4332 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |

**Jose Roman**
**100 N 11th St**
**Paterson, NJ 07522**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
- ☑ No
- ☐ Yes

---

| 2.4333 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,593.00 | $3,350.00 |

**Jose Rosado**
**4661 Lakeside Club Blvd Apt 16**
**Fort Myers, FL 33905**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
- ☑ No
- ☐ Yes

---

| 2.4334 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |

**Josecarlos Davalos**
**2047 Lakeridge Cir Unit 202**
**Chula Vista, CA 91913**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
- ☑ No
- ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.4335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.00 | $70.00 |
|---|---|---|---|---|

**Josee Theberge**
**108 Kathleen Court North**
**Franklin, TN 37064**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4336 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $544.00 | $544.00 |
|---|---|---|---|---|

**Joseluis Spahr**
**4656 Davenport Ave**
**Oakland, CA 94619**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4337 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $198.00 | $198.00 |
|---|---|---|---|---|

**Joseph Andrews**
**214 Habersham Ln**
**Perry, GA 31069**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4338 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.00 | $21.00 |
|---|---|---|---|---|

**Joseph Ausikaitis**
**31 Island Rock**
**Plymouth, MA 02360**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 2.4339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $76.00 | $76.00 |

**Joseph Ayres**
**8107 Antioch Church Rd W**
**Lenoir City, TN 37772**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4340 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |

**Joseph Baldwin**
**808 Homestead Lane**
**Crownsville, MD 21032**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4341 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Joseph Barsanti**
**1445 Broadcloth St**
**Apt 108**
**Fort Mill, SC 29715**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4342 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Joseph Chamberlain**
**1165 Wolfe Rd**
**Gilbert, SC 29054**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.4343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |
|---|---|---|---|---|

**Joseph Colletta**
**500 E Centennial Dr**
**Oak Creek, WI 53154**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.4344 | Priority creditor's name and mailing address | | $112.00 | $112.00 |
|---|---|---|---|---|

**Joseph Cosentino**
**897 Post Rd**
**Scarsdale, NY 10583**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.4345 | Priority creditor's name and mailing address | | $92.00 | $92.00 |
|---|---|---|---|---|

**Joseph Cox**
**262 Suburban Ave NE**
**Concord, NC 28025**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.4346 | Priority creditor's name and mailing address | | $26.00 | $26.00 |
|---|---|---|---|---|

**Joseph Cummings**
**692 Fern St**
**West Palm Beach, FL 33401**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                              Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 2.4347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |

| | |
|---|---|
| 2.4347 | Priority creditor's name and mailing address |

**Joseph Curletta**
**12245 S Warpaint Ct**
**Phoenix, AZ 85044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$60.00      $60.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.4348 | Priority creditor's name and mailing address |
|---|---|

**Joseph Day**
**5710 Mount Olive Rd**
**Polk City, FL 33868**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$258.00      $258.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.4349 | Priority creditor's name and mailing address |
|---|---|

**Joseph Deangelis**
**82 Whipple Brook Rd**
**Wrentham, MA 02093**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$299.00      $299.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.4350 | Priority creditor's name and mailing address |
|---|---|

**Joseph Dougherty**
**28 Bullitt Park Place**
**Bexley, OH 43209**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$61.00      $61.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                         Case number (if known)  _____
_____
Name

| 2.4351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $29.00 | $29.00 |
|---|---|---|---|---|

**Joseph Easterbrooks**
**21055 Brandywine Rd**
**Acampo, CA 95220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.4352 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $430.00 | $430.00 |
|---|---|---|---|---|

**Joseph Farrell**
**9251 Hobnail Ct**
**Columbia, MD 21045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.4353 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $90.00 | $90.00 |
|---|---|---|---|---|

**Joseph Fatora**
**1031 Scott St Unit C**
**San Francisco, CA 94115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.4354 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $477.00 | $477.00 |
|---|---|---|---|---|

**Joseph Feigenbaum**
**17231 N. 42nd Street**
**Phoenix, AZ 85032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                    Case number (if known) _____

Name

| 2.4355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51.00 | $51.00 |

**Joseph Gebhardt**
**557 B Hamilton Ave**
**Nashville, TN 37203**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4356 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.00 | $17.00 |

**Joseph Gilani**
**863 Crystal St**
**New Orleans, LA 70124**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4357 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $673.00 | $673.00 |

**Joseph Harbin**
**15 Enchanted Forest Rd**
**Kings Park, NY 11754**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4358 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,538.00 | $1,538.00 |

**Joseph Harvis**
**34 Lupfer Ave**
**Whitefish, MT 59937**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 2.4359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,692.00 | $3,350.00 |
|---|---|---|---|---|

**Joseph Hendrickson**
**4858 68th Street Cir E**
**Bradenton, FL 34203**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4360 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.00 | $64.00 |
|---|---|---|---|---|

**Joseph Hicks**
**49 Bradstreet Rd**
**North Andover, MA 01845**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4361 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $105.00 | $105.00 |
|---|---|---|---|---|

**Joseph Hildebrand**
**4513 Parkside Ln**
**Edina, MN 55436**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4362 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $108.00 | $108.00 |
|---|---|---|---|---|

**Joseph Hopkins**
**23825 Commerce Park**
**Todd Associates**
**Beachwood, OH 44122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                   Case number (if known) _____
_____
Name

| 2.4363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $507.00 | $507.00 |

**Joseph Hwang**
**755 Skyway Ct**
**Napa, CA 94558**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4364 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.00 | $62.00 |

**Joseph Kinsella**
**1 Leprechaun Dr**
**Millington, NJ 07946**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4365 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.00 | $59.00 |

**Joseph Kruszka**
**301 Mackenzie Dr NE**
**Atlanta, GA 30312**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4366 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Joseph Lampert**
**40 Raymond Pl**
**Hewlett, NY 11557**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)*

---

| 2.4367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Joseph Lawrence**
**3550 N. 1150 Blvd**
**Browns, IL 62818**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4368 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $425.00 | $425.00 |
|---|---|---|---|---|

**Joseph Levey**
**16 Ducharme Lane**
**Greenlawn, NY 11740**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4369 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $179.00 | $179.00 |
|---|---|---|---|---|

**Joseph Martindale**
**16655 Donmetz St**
**Granada Hills, CA 91344**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4370 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $86.00 | $86.00 |
|---|---|---|---|---|

**Joseph Massimo**
**43226 Clearnight Ter**
**Ashburn, VA 20147**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)*

---

| 2.4371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**Joseph Mather**
**1652 S Gessner Rd**
**Houston, TX 77063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.4372 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |

**Joseph Metivier**
**870 Saddle Ridge Trce**
**Roswell, GA 30076**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.4373 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Joseph Mongillo**
**3 Ridge Dr**
**N/A**
**Ellington, CT 06029**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.4374 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.00 | $15.00 |

**Joseph Mraz**
**271 Park Ave**
**Mount Joy, PA 17552**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                   Case number (if known)  _____
_____
Name

| | | |
|---|---|---|

**2.4375** Priority creditor's name and mailing address

**Joseph Passero**
**777 S Harbour Island Blvd Ste 400**
**Tampa, FL 33602**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**

Is the claim subject to offset?
■ No
☐ Yes

$58.00    $58.00

---

**2.4376** Priority creditor's name and mailing address

**Joseph Pelham**
**5436 Longview St**
**Dallas, TX 75206**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**

Is the claim subject to offset?
■ No
☐ Yes

$198.00    $198.00

---

**2.4377** Priority creditor's name and mailing address

**Joseph Roberts**
**112 E 83rd St Apt 3c**
**New York, NY 10028**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**

Is the claim subject to offset?
■ No
☐ Yes

$25.00    $25.00

---

**2.4378** Priority creditor's name and mailing address

**Joseph Rudder**
**122 Teakwood Dr**
**Savannah, GA 31410**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**

Is the claim subject to offset?
■ No
☐ Yes

$126.00    $126.00

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.4379 | Priority creditor's name and mailing address<br>**Joseph Simo**<br>**4022 East Garnet Circle**<br>**Mesa, AZ 85206** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $386.00    $386.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.4380 | Priority creditor's name and mailing address<br>**Joseph Taylor**<br>**350 Calle Principal**<br>**Monterey, CA 93940** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $40.00    $40.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.4381 | Priority creditor's name and mailing address<br>**Joseph Tursi**<br>**525 S Oakland Ave Unit 6**<br>**Pasadena, CA 91101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $205.00    $205.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.4382 | Priority creditor's name and mailing address<br>**Joseph Viviano**<br>**3211 Bogart Rd**<br>**Huron, OH 44839** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $38.00    $38.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.4383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.00 | $54.00 |
|---|---|---|---|---|

**Joseph Wheeler**
**3114 Snowgoose Ln**
**Akron, OH 44319**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.00 | $70.00 |
|---|---|---|---|---|

**Joseph White**
**679 W Glenoaks Blvd**
**Glendale, CA 91202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 | $200.00 |
|---|---|---|---|---|

**Joseph Wieczorek**
**3630 Lamay Ln**
**Reno, NV 89511**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |
|---|---|---|---|---|

**Josephine Gottilla**
**23 Hearle Dr**
**Pequannock, NJ 07440**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 2.4387 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $737.00 | $737.00 |
|---|---|---|---|---|

**Josephmichael Caporale
295 1st St # 2
Jersey City, NJ 07302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.4388 | Priority creditor's name and mailing address | | $60.00 | $60.00 |
|---|---|---|---|---|

**Josh Anderson
500 W Texas Ave Ste 1020
Midland, TX 79701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.4389 | Priority creditor's name and mailing address | | $274.00 | $274.00 |
|---|---|---|---|---|

**Josh Andrajack
701 Lamar St
Boley-Featherston Insurance
Wichita Falls, TX 76301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.4390 | Priority creditor's name and mailing address | | $41.00 | $41.00 |
|---|---|---|---|---|

**Josh Beglau
16 Mill Rd
Taos, NM 87571**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known)

| 2.4391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $177.00 | $177.00 |
|---|---|---|---|---|

**Josh Cox**
**1105 W. Oltorf**
**Austin, TX 78704**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.00 | $88.00 |
|---|---|---|---|---|

**Josh Davis**
**3235 Gough St Apt 103**
**San Francisco, CA 94123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $129.00 | $129.00 |
|---|---|---|---|---|

**Josh Duckworth**
**5611 62nd St. Nw**
**Gig Harbor, WA 98335**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |
|---|---|---|---|---|

**Josh Ehart**
**522 Park Ave**
**River Forest, IL 60305**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 2.4395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Josh Flig**
**7907 Black Onyx Ln**
**Delray Beach, FL 33446**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4396 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|

**Josh Forteza**
**4819 Nw 48th Te**
**Tamarac, FL 33319**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4397 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.00 | $59.00 |
|---|---|---|---|---|

**Josh Ghiloni**
**617 Honey Creek Rd W**
**Bellville, OH 44813**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4398 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $114.00 | $114.00 |
|---|---|---|---|---|

**Josh Grahmann**
**1211 Timbergrove Lane**
**Houston, TX 77008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**2.4399** | Priority creditor's name and mailing address

**Josh Kight**
**614 Kenlough Dr**
**Charlotte, NC 28209**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$30.00    $30.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.4400** | Priority creditor's name and mailing address

**Josh Kincheloe**
**1505 Turning Leaf Ln**
**Garland, TX 75040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$100.00    $100.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.4401** | Priority creditor's name and mailing address

**Josh Litten**
**3577 Us Highway 158**
**Mocksville, NC 27028**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$129.00    $129.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.4402** | Priority creditor's name and mailing address

**Josh Lonn**
**11331 Discovery Heights Circle**
**Anchorage, AK 99515**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$40.00    $40.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                                Case number (if known) _____
_____
Name

| 2.4403 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.00 | $85.00 |

**Josh Miller**
**51680 Bluffside Ct.**
**Granger, IN 46530**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4404 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.00 | $87.00 |

**Josh Moes**
**6135 N Meridian St**
**Indianapolis, IN 46208**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4405 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $280.00 | $280.00 |

**Josh Mushlock**
**2838 Beaver Creek Rd**
**Shell, WY 82441**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4406 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 | $200.00 |

**Josh Peligal**
**C/O Border Wine Storage**
**5422 Barrett Rd C101**
**Ferndale, WA 98248**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 2.4407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $97.00 | $97.00 |

**Josh Perkins**
**112 S Oneida St**
**Green Bay, WI 54303**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4408 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $124.00 | $124.00 |

**Josh Ross**
**613 Penn Ave**
**Pittsburgh, PA 15222**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4409 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 | $150.00 |

**Josh Sanders**
**9198 Hartly Place**
**Ooltewah, TN 37363**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4410 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $126.00 | $126.00 |

**Josh Stacy**
**1395 22nd St Apt 840**
**San Francisco, CA 94107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.4411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**Josh Star**
**457 Old Sleepy Hollow Rd**
**Pleasantville, NY 10570**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4412 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $358.00 | $358.00 |
|---|---|---|---|---|

**Josh Sternberg**
**17 Cadencia St**
**Rancho Mission Viejo, CA 92694**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4413 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.00 | $22.00 |
|---|---|---|---|---|

**Josh Weiss**
**1067 Wrens Gate**
**Mundelein, IL 60060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4414 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|

**Josh Wolff**
**331 S Peoria St Apt 504**
**Chicago, IL 60607**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 2.4415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $554.00 | $554.00 |
|---|---|---|---|---|

**Josh Zigman**
**91 Balfour Dr**
**West Hartford, CT 06117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4416 | Priority creditor's name and mailing address | | $30.00 | $30.00 |
|---|---|---|---|---|

**Joshua Bennett**
**5725 Walnut Lake Rd**
**West Bloomfield, MI 48323**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4417 | Priority creditor's name and mailing address | | $74.00 | $74.00 |
|---|---|---|---|---|

**Joshua Cameron**
**50558 Hollybrook Dr**
**Granger, IN 46530**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4418 | Priority creditor's name and mailing address | | $164.00 | $164.00 |
|---|---|---|---|---|

**Joshua Cash**
**89 Wynmere Drive**
**Horsham, PA 19044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.4419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 | $38.00 |

**Joshua Cashwell**
**1303 Cypress Rd**
**Chapel Hill, NC 27517**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4420 | Priority creditor's name and mailing address | | $49.00 | $49.00 |

**Joshua Chien**
**1742 Acacia Way**
**Fremont, CA 94536**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4421 | Priority creditor's name and mailing address | | $228.00 | $228.00 |

**Joshua Doucette**
**614 Main St**
**Wakefield, NE 68784**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4422 | Priority creditor's name and mailing address | | $285.00 | $285.00 |

**Joshua Downing**
**901 23rd St N**
**Jacksonville Beach, FL 32250**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.4423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.00 | $85.00 |
|---|---|---|---|---|

**Joshua Forwerck**
**315 Englewood Ave**
**Royal Oak, MI 48073**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4424 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $148.00 | $148.00 |
|---|---|---|---|---|

**Joshua Francoeur**
**4210 NE 136th Ave**
**Vancouver, WA 98682**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4425 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.00 | $34.00 |
|---|---|---|---|---|

**Joshua French**
**2921 Elmcrest Dr**
**Saint Charles, MO 63301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4426 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,990.00 | $1,990.00 |
|---|---|---|---|---|

**Joshua Gaul**
**15-175 Melekahiwa St**
**Keaau, HI 96749**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.4427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**Joshua Gleich**
**946 E. 53rd St.**
**Austin, TX 78751**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4428 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|---|---|---|---|---|

**Joshua Gumm**
**416 S Mitchell St**
**Bloomington, IN 47401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4429 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $221.00 | $221.00 |
|---|---|---|---|---|

**Joshua Haveles**
**7 Edgell Dr**
**Framingham, MA 01701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4430 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Joshua Hoffman**
**700 Front St**
**Lititz, PA 17543**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.4431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $55.00 | $55.00 |
|---|---|---|---|---|

**Joshua Javier**
**3139 Sumatra Place**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.4432 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $243.00 | $243.00 |
|---|---|---|---|---|

**Joshua Joslyn**
**171 Hazelmere Ln**
**Las Vegas, NV 89148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.4433 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $64.00 | $64.00 |
|---|---|---|---|---|

**Joshua Katz**
**114 Mercer Street**
**Princeton, NJ 08540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.4434 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $30.00 | $30.00 |
|---|---|---|---|---|

**Joshua Kauffman**
**4020 25th St N**
**Arlington, VA 22207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.4435 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $139.00 | $139.00 |
|---|---|---|---|---|

**Joshua Knisley**
**2340 Saint Louis Dr**
**Honolulu, HI 96816**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Deficit Customer** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4436 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $161.00 | $161.00 |
|---|---|---|---|---|

**Joshua Lilien**
**315 Larchmont Acres Apt A**
**Larchmont, NY 10538**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Deficit Customer** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4437 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,660.00 | $1,660.00 |
|---|---|---|---|---|

**Joshua Lybolt**
**201 Milwaukee St Ste 200**
**Denver, CO 80206**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Deficit Customer** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4438 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.00 | $98.00 |
|---|---|---|---|---|

**Joshua Mackey**
**4140 25th St**
**San Francisco, CA 94114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Deficit Customer** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**

_____
Name

Case number *(if known)* _____

| 2.4439 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $213.00 | $213.00 |
|---|---|---|---|---|

**Joshua Mauk**
**910 N 142nd St**
**Omaha, NE 68154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.4440 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $109.00 | $109.00 |
|---|---|---|---|---|

**Joshua Nunez**
**363 Imperial Hwy**
**Fullerton, CA 92835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.4441 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $25.00 | $25.00 |
|---|---|---|---|---|

**Joshua Parker**
**409 Travis St Apt 2306**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.4442 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $32.00 | $32.00 |
|---|---|---|---|---|

**Joshua Randazzo**
**5706 Normal Blvd**
**Lincoln, NE 68506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.4443 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $191.00 | $191.00 |
|---|---|---|---|---|

**Joshua Renken**
**3506 Lajitas**
**Leander, TX 78641**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4444 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $352.00 | $352.00 |
|---|---|---|---|---|

**Joshua Robinson**
**1271 Marian Way**
**Sacramento, CA 95818**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4445 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $351.00 | $351.00 |
|---|---|---|---|---|

**Joshua Rotenberg**
**911 Marywood Dr**
**Royal Oak, MI 48067**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4446 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.00 | $22.00 |
|---|---|---|---|---|

**Joshua Ruff**
**14248 Arbor Forest Dr**
**Rockville, MD 20850**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 2.4447 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.4447**

Priority creditor's name and mailing address
**Joshua Thompson**
**2424 Bending Oak Loop**
**Mount Pleasant, SC 29466**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$62.00    $62.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.4448**

Priority creditor's name and mailing address
**Joshua Wakley**
**4656 Sundance Trl**
**Indianapolis, IN 46239**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$132.00    $132.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.4449**

Priority creditor's name and mailing address
**Joshua Whitehouse**
**67 N Islands Dr**
**Gilbert, AZ 85233**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$650.00    $650.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.4450**

Priority creditor's name and mailing address
**Joshua Wickham**
**2968 Wild Cherry Ln**
**Colorado Springs, CO 80920**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$31.00    $31.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor  **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
Name

---

| 2.4451 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.00 | $66.00 |

**Joshualee Lehew**
**3200 Capital Mall Dr SW**
**F302**
**Olympia, WA 98502**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4452 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |

**Josse Tejada**
**925 Wildflower Ct**
**Virginia Beach, VA 23452**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4453 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.00 | $44.00 |

**Josue Castillo**
**131 Whitman St**
**Walla Walla, WA 99362**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4454 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $193.00 | $193.00 |

**Josue Rivera**
**122 Ampel Ave**
**North Bellmore, NY 11710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.4455 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,491.00 | $1,491.00 |
|---|---|---|---|---|

**Joy Quinn**
**5051 Occoquan Overlook**
**Woodbridge, VA 22192**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.4456 | Priority creditor's name and mailing address | | $25.00 | $25.00 |
|---|---|---|---|---|

**Joy Shepard**
**285 High Rail Ter Se**
**Leesburg, VA 20175**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.4457 | Priority creditor's name and mailing address | | $2,172.00 | $2,172.00 |
|---|---|---|---|---|

**Joyce Stempak**
**9039 Angora St**
**Dallas, TX 75218**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.4458 | Priority creditor's name and mailing address | | $50.00 | $50.00 |
|---|---|---|---|---|

**Joycem Davison**
**2605 10th Ct Se**
**Olympia, WA 98501**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

| 2.4459 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.00 | $88.00 |

**Jp Guilbault**
**3705 Berger Road**
**Lutz, FL 33548**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4460 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Jr Abueg**
**345 Grove St**
**West Roxbury, MA 02132**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4461 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $155.00 | $155.00 |

**Jr Sheffield**
**1648 Bla Mor Ln**
**Lewisville, NC 27023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4462 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $305.00 | $305.00 |

**Jt Klepp**
**600 B St Ste 300**
**Wework**
**San Diego, CA 92101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

| 2.4463 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $568.00 | $568.00 |

Priority creditor's name and mailing address
**Juan Duque**
**6 Deerwood Ct**
**Durham, NC 27712**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Priority creditor's name and mailing address
2.4464
**Juan Gaviria**
**12829 NE 101st Pl**
**Kirkland, WA 98033**

As of the petition filing date, the claim is:          $101.00    $101.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Priority creditor's name and mailing address
2.4465
**Juan Gomez**
**1575 Allerton Ave**
**Bronx, NY 10469**

As of the petition filing date, the claim is:          $28.00     $28.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Priority creditor's name and mailing address
2.4466
**Juan Lopez**
**16478 Mahogany Way**
**Delhi, CA 95315**

As of the petition filing date, the claim is:          $28.00     $28.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (*if known*) | |
| --- | --- | --- | --- |
| | Name | | |

---

**2.4467** | Priority creditor's name and mailing address

**Juan Luango**
**19 Walnut St**
**New Rochelle, NY 10801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$84.00    $84.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.4468** | Priority creditor's name and mailing address

**Juan Pena**
**1441 Broadway Ste 800**
**New York, NY 10018**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$80.00    $80.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.4469** | Priority creditor's name and mailing address

**Juan Riera**
**6941 Miller Dr**
**Miami, FL 33155**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$195.00    $195.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.4470** | Priority creditor's name and mailing address

**Juan Tuason**
**6704 Old Mclean Village Dr Ste 200**
**Mclean, VA 22101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$101.00    $101.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor  **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____

Name

| 2.4471 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $462.00 | $462.00 |
|---|---|---|---|---|

**Juanbruno Delafuente**
**75 Valencia Ave Ste 800**
**Coral Gables, FL 33134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.4472 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|

**Juancarlos Russo**
**8400 Nw 25th St Ste 100**
**Doral, FL 33198**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.4473 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $194.00 | $194.00 |
|---|---|---|---|---|

**Juanmanuel Vilela**
**14709 Laurel Lake Ln**
**Lutz, FL 33559**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.4474 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**Juanpablo Azize**
**7820 SW 32nd St**
**Miami, FL 33155**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 2.4475 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.00 | $54.00 |
|---|---|---|---|---|

**Judi Rogers**
**705 Treetop Ln**
**Chesapeake, VA 23320**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4476 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.00 | $54.00 |
|---|---|---|---|---|

**Judith Frankel**
**14355 Beach Blvd**
**C/O Fedex Office Print & Ship**
**Jacksonville Beach, FL 32250**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4477 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.00 | $26.00 |
|---|---|---|---|---|

**Judith Libby**
**2135 Hunter Glen Ct**
**Reno, NV 89523**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4478 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $255.00 | $255.00 |
|---|---|---|---|---|

**Judson Valentine**
**45 Creekview Ct**
**Greenville, SC 29615**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.4479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.00 | $54.00 |
|---|---|---|---|---|

**Judy Chadwick**
**11278 Tulin Park Loop**
**Anchorage, AK 99516**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.4480 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|

**Judy Leveridge**
**401 E Taylor St**
**Sherman, TX 75090**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.4481 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.00 | $49.00 |
|---|---|---|---|---|

**Judy Mooibroek**
**31029 Center Ridge Rd**
**Navis, Inc**
**Westlake, OH 44145**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.4482 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $907.00 | $907.00 |
|---|---|---|---|---|

**Judy Pien**
**135 Baldwin Dr**
**West Hempstead, NY 11552**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| 2.4483 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.00 | $70.00 |
|---|---|---|---|---|

**Judy Rooney-Davis**
**503 Silhavy Rd Ste 103**
**Valparaiso, IN 46383**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4484 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|

**Jule Wallace**
**319 N Gainsborough Ave**
**Royal Oak, MI 48067**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4485 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Jules Esposito**
**39 Lawrence Ln**
**Blackwood, NJ 08012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4486 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $105.00 | $105.00 |
|---|---|---|---|---|

**Julia Gregory**
**31478 Ocean View Drive**
**Running Springs, CA 92382**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
| | Name | | |

---

**2.4487** Priority creditor's name and mailing address

**Julia Miller**
**449 Cascade Heights Ave**
**Las Vegas, NV 89138**

As of the petition filing date, the claim is:     **$173.00**    **$173.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4488** Priority creditor's name and mailing address

**Julia Petrov**
**620 Oakville Cross Rd**
**Plumpjack Winery**
**Napa, CA 94558**

As of the petition filing date, the claim is:     **$85.00**    **$85.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4489** Priority creditor's name and mailing address

**Julian Handel**
**457 Grand St Brooklyn**
**3**
**Brooklyn, NY 11211**

As of the petition filing date, the claim is:     **$78.00**    **$78.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4490** Priority creditor's name and mailing address

**Julian Hoare**
**3602 Harvard Ave**
**Dallas, TX 75205**

As of the petition filing date, the claim is:     **$62.00**    **$62.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (*if known*) _____

| | | |
|---|---|---|
| 2.4491 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

| 2.4491 | Priority creditor's name and mailing address<br>**Julian Millikan**<br>**5671 Ocean View Dr**<br>**Oakland, CA 94618** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$72.00** | **$72.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.4492 | Priority creditor's name and mailing address<br>**Julian Pratt**<br>**6085 SW 112th Street**<br>**Pinecrest, FL 33156** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$68.00** | **$68.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.4493 | Priority creditor's name and mailing address<br>**Julian Tan**<br>**11 Beech Ave**<br>**Berkeley Heights, NJ 07922** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$77.00** | **$77.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.4494 | Priority creditor's name and mailing address<br>**Julian Wynnyckyj**<br>**323 Johnston Ave**<br>**Pittsburgh, PA 15207** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$19.00** | **$19.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.4495 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |
|---|---|---|---|---|

**Juliana Chevannes**
**1120 Hidden Rdg Apt 2101**
**Irving, TX 75038**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4496 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $183.00 | $183.00 |
|---|---|---|---|---|

**Julianne Daly**
**10 Primrose Place**
**Ewing, NJ 08638**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4497 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 | $150.00 |
|---|---|---|---|---|

**Julie Berestov**
**1001 N Vermont St.**
**Unit 501**
**Arlington, VA 22201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4498 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Julie Brignac**
**8500 Margate Cir Apt 906**
**Myrtle Beach, SC 29572**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.4499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |
|---|---|---|---|---|

**Julie Crispin**
**537 E Front St**
**Berwick, PA 18603**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4500 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Julie Crossen**
**2596 North Skytop Court**
**Orange, CA 92867**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4501 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 | $38.00 |
|---|---|---|---|---|

**Julie Davis**
**7030 Harriswood Ln**
**Murfreesboro, TN 37129**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4502 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Julie Embling**
**2367 Caribou Ln**
**Grafton, WI 53024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**
_____
Name                                                           Case number *(if known)* _____

| 2.4503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |
|---|---|---|---|---|

**Julie Finta**
**433 Post Rd # 2**
**Darien, CT 06820**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4504 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.00 | $34.00 |
|---|---|---|---|---|

**Julie Grey**
**851 N San Vicente Blvd Apt 125**
**West Hollywood, CA 90069**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4505 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |
|---|---|---|---|---|

**Julie Hollander**
**904 Granite Springs Trl**
**Edwards, CO 81632**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4506 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $134.00 | $134.00 |
|---|---|---|---|---|

**Julie Jacobson**
**5781 Billet St Apt 203**
**New Market, MD 21774**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 2.4507 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $73.00 | $73.00 |

**Julie Klinko**
**5605 W 58th St Apt 115**
**Mission, KS 66202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4508 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |

**Julie Martinez**
**5115 Bridgewater Drive**
**Arlington, TX 76017**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4509 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Julie Mason**
**50 Mildenhall St**
**Novato, CA 94949**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4510 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Julie Mcouat**
**4355 SWansboro Way**
**Highlands Ranch, CO 80126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.4511 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $82.00 | $82.00 |
|---|---|---|---|---|

| | **Julie Mead** | *Check all that apply.* |
| | **57 Canterbury Cir** | ☐ Contingent |
| | **Amherst, OH 44001** | ☐ Unliquidated |
| | | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes |

---

| 2.4512 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 | $38.00 |
|---|---|---|---|---|

| | **Julie Morton** | *Check all that apply.* |
| | **109 Red Cloud Trl** | ☐ Contingent |
| | **Del Rio, TX 78840** | ☐ Unliquidated |
| | | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes |

---

| 2.4513 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

| | **Julie Newman** | *Check all that apply.* |
| | **903 N 3rd Street** | ☐ Contingent |
| | **Plainview, NE 68769** | ☐ Unliquidated |
| | | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes |

---

| 2.4514 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |
|---|---|---|---|---|

| | **Julie Overstreet** | *Check all that apply.* |
| | **1485 Cedar Hill Rd** | ☐ Contingent |
| | **Kingston Springs, TN 37082** | ☐ Unliquidated |
| | | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes |

---

Debtor  **Phoeno Wine Company, Inc.**                                    Case number (if known) _____

_____
        Name

| 2.4515 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.00 | $47.00 |

**Julie Petrosyants**
**400 W 63rd St Apt 1201**
**New York, NY 10069**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4516 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Julie Smith**
**11333 Bailey Dr NE**
**Lowell, MI 49331**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4517 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $209.00 | $209.00 |

**Julie Thach**
**901 S Bewley St**
**Santa Ana, CA 92704**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4518 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,119.00 | $1,119.00 |

**Julie Wakefield**
**15-2775 Honu St**
**Pahoa, HI 96778**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor   **Phoeno Wine Company, Inc.**                                      Case number *(if known)* _____
_____
Name

| 2.4519 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 | $38.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Julie Walker**
**4500 E Linda Dr**
**Port Clinton, OH 43452**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$38.00   $38.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Priority creditor's name and mailing address
**Julliane Debona**
**170 Olive Ave Ext**
**Malden, MA 02148**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$30.00   $30.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Priority creditor's name and mailing address
**Jung Lee**
**24 Burroughs Road**
**Lexington, MA 02420**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$60.00   $60.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Priority creditor's name and mailing address
**Jungwoo Lee**
**5907 Havener House Way**
**Centreville, VA 20120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$76.00   $76.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**                              Case number (if known)
_____
Name

| 2.4523 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,577.00 | $2,577.00 |

Priority creditor's name and mailing address
**Junwei Song**
**5372 Sandhamn Pl**
**Longboat Key, FL 34228**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,577.00**    **$2,577.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4524 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.00 | $44.00 |

Priority creditor's name and mailing address
**Juris Pagrabs**
**2090 Ashland Ave**
**Okemos, MI 48864**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$44.00**    **$44.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4525 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $354.00 | $354.00 |

Priority creditor's name and mailing address
**Justin Ackerman**
**112 Eton Dr.**
**Pittsburgh, PA 15215**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$354.00**    **$354.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4526 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.00 | $125.00 |

Priority creditor's name and mailing address
**Justin Akers**
**7920 Gritzmachen Rd**
**Lake Tomahawk, WI 54539**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$125.00**    **$125.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 2.4527 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $129.00 | $129.00 |
|---|---|---|---|---|

**Justin Barba**
**8601 Turnpike Dr Unit 200**
**Westminster, CO 80031**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4528 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.00 | $48.00 |
|---|---|---|---|---|

**Justin Berg**
**4924 E Marconi Ave**
**Scottsdale, AZ 85254**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4529 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $862.00 | $862.00 |
|---|---|---|---|---|

**Justin Blattner**
**1082 17th Street South**
**Sartell, MN 56377**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4530 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.00 | $34.00 |
|---|---|---|---|---|

**Justin Bove**
**1225 Barnesdale Ct**
**West Deptford, NJ 08096**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.4531 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $183.00 | $183.00 |

**Justin Broomfield**
**3710 Avenue J**
**Brooklyn, NY 11210**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4532 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.00 | $22.00 |

**Justin Buttice**
**8606 E Cliffside Dr Apt 130**
**Anaheim, CA 92808**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4533 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $571.00 | $571.00 |

**Justin Catalona**
**50 Puu Anoano St Apt 3305**
**Lahaina, HI 96761**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4534 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $192.00 | $192.00 |

**Justin Clark**
**7000 Woodlawn Rd**
**Maurice, LA 70555**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 2.4535 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |

**Justin Crandall**
**1106 Sunset View Cir Apt 203**
**Reunion, FL 34747**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4536 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.00 | $65.00 |

**Justin Crocker**
**104 Dogwood Rd**
**Drums, PA 18222**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4537 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.00 | $26.00 |

**Justin Drummond**
**1402 Oak Ct**
**Harlingen, TX 78550**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4538 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $129.00 | $129.00 |

**Justin Endres**
**505 Barrett Ln**
**Austin, TX 78733**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 2.4539 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 | $38.00 |
|---|---|---|---|---|

**Justin Esquibel**
**3300 Reina Dr NE**
**Albuquerque, NM 87111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4540 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.00 | $44.00 |
|---|---|---|---|---|

**Justin Fowler**
**512 N Kirkwood Rd # 1n**
**Kirkwood, MO 63122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4541 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Justin Hatcher**
**3439 NElson Rd**
**Oshkosh, WI 54904**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4542 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.00 | $83.00 |
|---|---|---|---|---|

**Justin Hiller**
**2131 Beaufait St**
**Detroit, MI 48207**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.4543 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $451.00 | $451.00 |
|---|---|---|---|---|

**Justin Jones**
**755 Tramway Ln NE**
**Albuquerque, NM 87122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4544 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.00 | $61.00 |
|---|---|---|---|---|

**Justin Joyce**
**1508 W 7 Rd**
**E8**
**Aurora, NE 68818**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4545 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $519.00 | $519.00 |
|---|---|---|---|---|

**Justin Kalina**
**160 Watson Circle Se**
**Atlanta, GA 30317**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4546 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 | $38.00 |
|---|---|---|---|---|

**Justin Ledet**
**2522 Peniston St.**
**New Orleans, LA 70115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.4547 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $163.00 | $163.00 |
|---|---|---|---|---|
| | **Justin Lepard** | Check all that apply. | | |
| | **11944 Alydar Loop** | ☐ Contingent | | |
| | **Colorado Springs, CO 80921** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.4548 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $215.00 | $215.00 |
|---|---|---|---|---|
| | **Justin Manjourides** | Check all that apply. | | |
| | **96 Atlantic Ave Apt B1** | ☐ Contingent | | |
| | **Boothbay Harbor, ME 04538** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.4549 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|
| | **Justin Moody** | Check all that apply. | | |
| | **105 S. Sunset** | ☐ Contingent | | |
| | **Kenedy, TX 78119** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.4550 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $157.00 | $157.00 |
|---|---|---|---|---|
| | **Justin Pauls** | Check all that apply. | | |
| | **5207 N Virginia Ave** | ☐ Contingent | | |
| | **Kansas City, MO 64118** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

Debtor   **Phoeno Wine Company, Inc.**                              Case number (if known) _____
_____
Name

| 2.4551 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $258.00 | $258.00 |
|---|---|---|---|---|

**2.4551** Priority creditor's name and mailing address
**Justin Ramsey**
**95 S Placid Hill Cir**
**The Woodlands, TX 74381**

As of the petition filing date, the claim is: **$258.00**  **$258.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY   ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)   ☐ Yes

---

**2.4552** Priority creditor's name and mailing address
**Justin Salinas**
**30233 Setterfeld Cir**
**Fair Oaks Ranch, TX 78015**

As of the petition filing date, the claim is: **$289.00**  **$289.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY   ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)   ☐ Yes

---

**2.4553** Priority creditor's name and mailing address
**Justin Slowik**
**168 Pheasant Ln**
**Branford, CT 06405**

As of the petition filing date, the claim is: **$15.00**  **$15.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY   ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)   ☐ Yes

---

**2.4554** Priority creditor's name and mailing address
**Justin Sorem**
**12831 Rose Grove Dr**
**Herndon, VA 20171**

As of the petition filing date, the claim is: **$1,254.00**  **$1,254.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY   ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)   ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (_if known_) _____

| 2.4555 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $58.00 | $58.00 |

**Justin Sundheimer**
**444 Glenn Rd**
**State College, PA 16803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4556 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $26.00 | $26.00 |

**Justin Taylor**
**325 Chestnut St Ste 1300**
**Coldwell Banker**
**Philadelphia, PA 19106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4557 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $126.00 | $126.00 |

**Justin Vieira**
**2221 Oxford Rd**
**Raleigh, NC 27608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4558 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $473.00 | $473.00 |

**Justin Voigt**
**56 Hinckley Rd**
**Milton, MA 02186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                      Case number (if known)
_____
            Name

---

| 2.4559 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $49.00 | $49.00 |
|--------|---|---|---|---|

**Justin Williams**
**500 N. Water St., Ste. 500**
**Corpus Christi, TX 78401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4560 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $373.00 | $373.00 |
|--------|---|---|---|---|

**Justin Williams**
**7580 Hickman Road**
**Suite C**
**Windsor Heights, IA 50324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4561 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $7,828.00 | $3,350.00 |
|--------|---|---|---|---|

**Justin Wilson**
**68 Grove Street**
**Apt 1I**
**Brooklyn, NY 11221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4562 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $257.00 | $257.00 |
|--------|---|---|---|---|

**Justin Wright**
**405 Glen Eagles Dr**
**Summerville, SC 29483**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 2.4563 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 | $38.00 |

**Justine Recor**
**1206 W 6th Ave Apt 205**
**Spokane, WA 99204**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.4564 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.00 | $87.00 |

**Justine Sinclair**
**3233 Harmon Ave Unit 203**
**Austin, TX 78705**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.4565 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,120.00 | $1,120.00 |

**Jvontai Hanserd**
**64 Tom NEvers Rd**
**Nantucket, MA 02554**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.4566 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $190.00 | $190.00 |

**Jylonda Anderson**
**2453 State Highway O**
**Seymour, MO 65746**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.4567 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Kacee Martinez**
**2125 W Dallas Ave**
**Tampa, FL 33603**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.4568 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Kaci Marschall**
**43688 SWeetbay St**
**California, MD 20619**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.4569 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.00 | $45.00 |
|---|---|---|---|---|

**Kadie Clancy**
**423 Independence Ct**
**Uniontown, PA 15401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.4570 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $174.00 | $174.00 |
|---|---|---|---|---|

**Kady Lamson**
**501 W Broad St**
**Boise, ID 83702**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 2.4571 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.00 | $57.00 |
|---|---|---|---|---|

**Kaethe Henning**
**3643 Phinney Ave N**
**Seattle, WA 98103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4572 | Priority creditor's name and mailing address | | $67.00 | $67.00 |
|---|---|---|---|---|

**Kaiser Kaiserani**
**556 Winnetka Ave**
**Winnetka, IL 60093**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4573 | Priority creditor's name and mailing address | | $285.00 | $285.00 |
|---|---|---|---|---|

**Kaitlin Grady**
**720 N Larrabee St Apt 1704**
**Chicago, IL 60654**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4574 | Priority creditor's name and mailing address | | $218.00 | $218.00 |
|---|---|---|---|---|

**Kaitlin Schwartz**
**1 Northside Piers Apt 14d**
**Brooklyn, NY 11249**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.4575 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $224.00 | $224.00 |
|---|---|---|---|---|

**Kaitlin Thompson**
**1030 Logan Street**
**Apt 1w**
**Denver, CO 80203**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4576 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |
|---|---|---|---|---|

**Kaitlyn Kluna**
**3434 Tree Ln**
**Kingwood, TX 77339**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4577 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.00 | $24.00 |
|---|---|---|---|---|

**Kamaal Haque**
**147 W South St**
**Carlisle, PA 17013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4578 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.00 | $68.00 |
|---|---|---|---|---|

**Kamal Khan**
**16809 Davenport Ct**
**Dallas, TX 75248**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Case number (*if known*) _____

| | | |
|---|---|---|
| 2.4579 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

Priority creditor's name and mailing address
**Kamen Markov**
**11 Ave At Port Imperial Apt 1208**
**West New York, NJ 07093**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$783.00**    **$783.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.4580   Priority creditor's name and mailing address
**Kameron Arnette**
**222 Willow Ave Apt 3a**
**Hoboken, NJ 07030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$569.00**    **$569.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.4581   Priority creditor's name and mailing address
**Kamille Mccollum**
**12725 Outlook Ave**
**Fort Worth, TX 76244**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$15.00**    **$15.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.4582   Priority creditor's name and mailing address
**Kancana Dasgupta**
**207 E 37th St Apt 7g**
**New York, NY 10016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$30.00**    **$30.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.4583 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $67.00 | $67.00 |
|---|---|---|---|---|

**Kanchana Pinnapureddy**
**101 W 24th St Apt 14h**
**New York, NY 10011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.4584** Priority creditor's name and mailing address — $0.00 / $0.00

**Kansas Department of Revenue**
**120 SE 10th Ave, Topeka, KS**
**66612**
**Topeka, KS 66612**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.4585** Priority creditor's name and mailing address — $960.00 / $960.00

**Kapil Puri**
**4322 Sunset Beach Cir**
**Niceville, FL 32578**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.4586** Priority creditor's name and mailing address — $130.00 / $130.00

**Kara Boes**
**4416 Mira Vista Dr**
**Frisco, TX 75034**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 2.4587 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $145.00 | $145.00 |
|---|---|---|---|---|

**Kara Chamberlain**
**674 Matson Dr**
**Napa, CA 94558**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4588 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $198.00 | $198.00 |
|---|---|---|---|---|

**Kara Kersey**
**1105 Kelly St.**
**Saint Cloud, FL 34771**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4589 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $170.00 | $170.00 |
|---|---|---|---|---|

**Kara Smith**
**8420 W Sunset Blvd Unit 306**
**West Hollywood, CA 90069**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4590 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,787.00 | $1,787.00 |
|---|---|---|---|---|

**Karen Brennan-Holton**
**991 Bolingbrook Drive Southwest**
**Marietta, GA 30064**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.4591 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $154.00 | $154.00 |
|---|---|---|---|---|

**Karen Cattran**
**5160 Pinyon Jay Rd**
**Parker, CO 80134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4592 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |
|---|---|---|---|---|

**Karen Coston**
**34 Andrew Dr Apt 135**
**Belvedere Tiburon, CA 94920**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4593 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Karen Dechello**
**2021 Georgia Ave**
**Englewood, FL 34224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4594 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $369.00 | $369.00 |
|---|---|---|---|---|

**Karen Desmond**
**14 Fiora Drive**
**East Rochester, NY 14445**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.4595 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.00 | $89.00 |
|---|---|---|---|---|

**Karen Doleac**
**3013 Duchess Trl**
**Plano, TX 75074**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)
☐ Yes

---

| 2.4596 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|

**Karen Fellenz**
**123 Hoefgen Ave**
**San Antonio, TX 78205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)
☐ Yes

---

| 2.4597 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |
|---|---|---|---|---|

**Karen Ferrante**
**5 Ives Bluff Ct**
**East Greenwich, RI 02818**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)
☐ Yes

---

| 2.4598 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $324.00 | $324.00 |
|---|---|---|---|---|

**Karen Fogwell**
**2873 Brookside Dr**
**Chino Hills, CA 91709**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 2.4599 | Priority creditor's name and mailing address **Karen Franzak** **17 Chipping Campden Dr** **South Barrington, IL 60010** | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | $22.00 | $22.00 |

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4600 | Priority creditor's name and mailing address **Karen Gooding** **90 Queensland Dr** **Spencerport, NY 14559** | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | $32.00 | $32.00 |

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4601 | Priority creditor's name and mailing address **Karen Gracey** **6835 Se 29th Ave** **Portland, OR 97202** | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | $29.00 | $29.00 |

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4602 | Priority creditor's name and mailing address **Karen Gunn-Bardot** **1715 Reef Court** **Merritt Island, FL 32952** | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | $36.00 | $36.00 |

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Official Form 206 E/F     Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.4603** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.00 | $22.00
**Karen Hach**
**6331 Cookes Farm Dr**
**Richmond, VA 23231**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.4604** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,692.00 | $2,692.00
**Karen Hiers**
**1849 Johnson Rd NE**
**Townsend, GA 31331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.4605** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $135.00 | $135.00
**Karen Horvath**
**9 Hopes Farm Lane**
**Bedford, NY 10506**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.4606** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $932.00 | $932.00
**Karen Kearns**
**11 Glenside Rd**
**South Orange, NJ 07079**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                              Case number *(if known)* _____
_____
Name

| 2.4607 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.00 | $112.00 |
|---|---|---|---|---|

**Karen Keene**
**1700 Bassett St Unit 503**
**Denver, CO 80202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4608 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $227.00 | $227.00 |
|---|---|---|---|---|

**Karen Kerber**
**16486 N Maiden Lake Rd**
**Mountain, WI 54149**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4609 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $303.00 | $303.00 |
|---|---|---|---|---|

**Karen May**
**332 Arizona Ave NE**
**Atlanta, GA 30307**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4610 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $276.00 | $276.00 |
|---|---|---|---|---|

**Karen Nelson**
**1814 Mammoth Way**
**Sacramento, CA 95834**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

---

| 2.4611 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $133.00 | $133.00 |

**Karen Noel**
**775 Wood Ct**
**Zionsville, IN 46077**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4612 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.00 | $64.00 |

**Karen Parker-Binns**
**7382 Highway 108 E**
**Mill Spring, NC 28756**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4613 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Karen Phelan**
**3605 Seramonte Dr**
**Highlands Ranch, CO 80129**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4614 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $117.00 | $117.00 |

**Karen Ramirez**
**3720 Rolling Meadows Dr**
**Bedford, TX 76021**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | |
|---|---|
| 2.4615 | Priority creditor's name and mailing address |

**Karen Reeder**
**111 E Santa Fe Ave.**
**#7**
**Santa Fe, NM 87505**

As of the petition filing date, the claim is:                    **$119.00**    **$119.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | |
|---|---|
| 2.4616 | Priority creditor's name and mailing address |

**Karen Ringel**
**N43943 Austin Valley Lane**
**Eleva, WI 54738**

As of the petition filing date, the claim is:                    **$72.00**    **$72.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | |
|---|---|
| 2.4617 | Priority creditor's name and mailing address |

**Karen Robertson**
**4400 Macarthur Blvd Ste 200**
**Fidelity National Title**
**Newport Beach, CA 92660**

As of the petition filing date, the claim is:                    **$200.00**    **$200.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | |
|---|---|
| 2.4618 | Priority creditor's name and mailing address |

**Karen Schaefer**
**6065 Waterfall Loop**
**Manitou Springs, CO 80829**

As of the petition filing date, the claim is:                    **$30.00**    **$30.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.4619 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.00 | $15.00 |
|---|---|---|---|---|

**Karen Smithfoy**
**230 Golden Rod Ct**
**Hold For Customer Pickup At Ups**
**Customer**
**Longmont, CO 80501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4620 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $69.00 | $69.00 |
|---|---|---|---|---|

**Karen Soda**
**4667 Lake Shore Rd**
**Hamburg, NY 14075**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4621 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|

**Karen Spitzer**
**29609 State Highway 78**
**Battle Lake, MN 56515**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4622 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |
|---|---|---|---|---|

**Karen Winter**
**22681 Oakgrove Unit 336**
**Aliso Viejo, CA 92656**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 2.4623 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $198.00 | $198.00 |
|---|---|---|---|---|

**Kari Falkiewicz**
**26748 N 91st Dr**
**Peoria, AZ 85383**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4624 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.00 | $22.00 |
|---|---|---|---|---|

**Karin Hill**
**18607 Cabin Rd**
**Triangle, VA 22172**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4625 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,398.00 | $2,398.00 |
|---|---|---|---|---|

**Karin Jawitz**
**10651 SW 69th Avenue**
**Miami, FL 33156**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4626 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |
|---|---|---|---|---|

**Karina Renteria**
**3230 Hillcrest Dr Apt 2204**
**Balcones Heights, TX 78201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
| | Name | | | |

---

| 2.4627 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $935.00 | $935.00 |
| | **Karl Best** | *Check all that apply.* | | |
| | **116 Heavenly Pl** | ☐ Contingent | | |
| | **Chelan, WA 98816** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

---

| 2.4628 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |
| | **Karl Fillip** | *Check all that apply.* | | |
| | **2700 Paces Ferry Road Southeast 1004** | ☐ Contingent | | |
| | **Atlanta, GA 30339** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

---

| 2.4629 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $811.00 | $811.00 |
| | **Karl Hart** | *Check all that apply.* | | |
| | **282 Nassau Ave** | ☐ Contingent | | |
| | **Apt 1a** | ☐ Unliquidated | | |
| | **Brooklyn, NY 11222** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

---

| 2.4630 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $76.00 | $76.00 |
| | **Karl Leaverton** | *Check all that apply.* | | |
| | **680 Marine Dr** | ☐ Contingent | | |
| | **Blakely Island, WA 98222** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

| 2.4631 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $187.00 | $187.00 |
|---|---|---|---|---|

**Karl Seidman
93 Wright Rd
Concord, MA 01742**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.4632 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.00 | $26.00 |
|---|---|---|---|---|

**Karl Zager
4043 Barrymore Dr
San Jose, CA 95117**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.4633 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $108.00 | $108.00 |
|---|---|---|---|---|

**Karl Zimmeriii
7615 Blacksmith Ct
Plainfield, IN 46168**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.4634 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $99.00 | $99.00 |
|---|---|---|---|---|

**Karolina Stoioff
525 W Superior St.
Unit 624
Chicago, IL 60654**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.4635 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |
|---|---|---|---|---|

**Karrie Ma**
**25 W Pasqua Gln**
**Mountain House, CA 95391**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4636 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.00 | $112.00 |
|---|---|---|---|---|

**Kary Marcum**
**2313 County Road 207**
**Durango, CO 81301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4637 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Kasey Jones**
**324 Arias St**
**San Rafael, CA 94903**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4638 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|

**Kasey Miller**
**11318 121st Terr**
**Largo, FL 33778**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| 2.4639 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.00 | $66.00 |

**Kasey Tregerclews**
**1555 The Greens Way**
**Jacksonville Beach, FL 32250**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4640 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.00 | $44.00 |

**Kassi Einhell**
**418 Melrose St**
**Modesto, CA 95354**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4641 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |

**Kassie Stewart**
**10 N. Greenbrier Street**
**Arlington, VA 22203**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4642 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $305.00 | $305.00 |

**Kat Kellogg**
**5803 Fairmont Trce**
**Roswell, GA 30075**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known)
_____
Name

| 2.4643 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,089.00 | $1,089.00 |

**Kat Smith**
**3252 Hermosa St**
**Pinole, CA 94564**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.4644    Priority creditor's name and mailing address

**Kate Brannick**
**10545 Roundwood Glen Ct**
**Jacksonville, FL 32256**

As of the petition filing date, the claim is:    $44.00    $44.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.4645    Priority creditor's name and mailing address

**Kate Colasurd**
**2981 Newtown Rd**
**Cincinnati, OH 45244**

As of the petition filing date, the claim is:    $19.00    $19.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.4646    Priority creditor's name and mailing address

**Kate Densten**
**50 Breckenridge Dr**
**Sicklerville, NJ 08081**

As of the petition filing date, the claim is:    $28.00    $28.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | |
|---|---|
| 2.4647 | Priority creditor's name and mailing address |

**Kate Kaegi**
**817 Pleasant Oak Dr**
**Oregon, WI 53575**

As of the petition filing date, the claim is:    **$90.00**    **$90.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | |
|---|---|
| 2.4648 | Priority creditor's name and mailing address |

**Kate Koegel**
**2324 N Hamilton Ave # 2**
**Chicago, IL 60647**

As of the petition filing date, the claim is:    **$29.00**    **$29.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | |
|---|---|
| 2.4649 | Priority creditor's name and mailing address |

**Kate Miller**
**4301 35th St S**
**Arlington, VA 22206**

As of the petition filing date, the claim is:    **$70.00**    **$70.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | |
|---|---|
| 2.4650 | Priority creditor's name and mailing address |

**Kate Ritzel**
**6665 Ordsall St**
**Alexandria, VA 22315**

As of the petition filing date, the claim is:    **$60.00**    **$60.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.4651 | Priority creditor's name and mailing address<br>**Katelyn John**<br>**8284 Club Meadows Dr**<br>**Dallas, TX 75243** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | | | |
|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

$376.00   $376.00

| | | |
|---|---|---|
| 2.4652 | Priority creditor's name and mailing address<br>**Katharina Ulbrich**<br>**50 Kipling Drive Apt 1**<br>**Mill Valley, CA 94941** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|---|
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

$64.00   $64.00

| | | |
|---|---|---|
| 2.4653 | Priority creditor's name and mailing address<br>**Katherine Chan**<br>**C/O Ups Store**<br>**21 Orinda Way Ste C**<br>**Orinda, CA 94563** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|---|
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

$24.00   $24.00

| | | |
|---|---|---|
| 2.4654 | Priority creditor's name and mailing address<br>**Katherine Harmon**<br>**24 W 9th St**<br>**Joint Base Mdl, NJ 08640** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|---|
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

$33.00   $33.00

Debtor    **Phoeno Wine Company, Inc.**                        Case number (*if known*) _____

_____
Name

| 2.4655 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $231.00 | $231.00 |

**Katherine Janian**
**11151 Falls Rd**
**Lutherville, MD 21093**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4656 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Katherine Kavanaugh**
**2281 Brandwood Rd SW**
**Rochester, MN 55902**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4657 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $164.00 | $164.00 |

**Katherine Little**
**171 Saranac Ave**
**Buffalo, NY 14216**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4658 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.00 | $26.00 |

**Katherine Mcgittigan**
**2402 Little Cedar Dr**
**Kingwood, TX 77339**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
          Name

| | | |
|---|---|---|
| 2.4659 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: $415.00    $415.00 |

2.4659  Priority creditor's name and mailing address

**Katherine Mills**
**4528 Savino Dr**
**Plano, TX 75093**

As of the petition filing date, the claim is:    **$415.00**    **$415.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                 Basis for the claim:
_____            **Deficit Customer**

Last 4 digits of account number                 Is the claim subject to offset?
Specify Code subsection of PRIORITY            ☒ No
unsecured claim: 11 U.S.C. § 507(a) (7)        ☐ Yes

---

2.4660  Priority creditor's name and mailing address

**Katherine Morrone**
**1 Thomas Drive**
**Garnet Valley, PA 19060**

As of the petition filing date, the claim is:    **$30.00**    **$30.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                 Basis for the claim:
_____            **Deficit Customer**

Last 4 digits of account number                 Is the claim subject to offset?
Specify Code subsection of PRIORITY            ☒ No
unsecured claim: 11 U.S.C. § 507(a) (7)        ☐ Yes

---

2.4661  Priority creditor's name and mailing address

**Katherine Pfeffer**
**2121 W Warner Ave**
**Chicago, IL 60618**

As of the petition filing date, the claim is:    **$400.00**    **$400.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                 Basis for the claim:
_____            **Deficit Customer**

Last 4 digits of account number                 Is the claim subject to offset?
Specify Code subsection of PRIORITY            ☒ No
unsecured claim: 11 U.S.C. § 507(a) (7)        ☐ Yes

---

2.4662  Priority creditor's name and mailing address

**Katherine Sanderlin**
**100 Van NEss Ave Apt 2403**
**San Francisco, CA 94102**

As of the petition filing date, the claim is:    **$17.00**    **$17.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                 Basis for the claim:
_____            **Deficit Customer**

Last 4 digits of account number                 Is the claim subject to offset?
Specify Code subsection of PRIORITY            ☒ No
unsecured claim: 11 U.S.C. § 507(a) (7)        ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (*if known*) _____

---

| 2.4663 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $193.00 | $193.00 |

**Katherine Siller**
**1453 Bogue Road**
**Yuba City, CA 95993**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
☒ No
☐ Yes

---

| 2.4664 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |

**Katherine Sommer**
**1128 E Geer St**
**Durham, NC 27704**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
☒ No
☐ Yes

---

| 2.4665 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |

**Katherine Toyama**
**2071 Pepper Drive**
**Altadena, CA 91001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
☒ No
☐ Yes

---

| 2.4666 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Katheryn Sandoval**
**440 S Val Vista Dr**
**Unit 10**
**Mesa, AZ 85204**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
☒ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                    Case number *(if known)* _____

_____
Name

| 2.4667 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.00 | $54.00 |

**Kathi Urban**
**1208 Belford Ct**
**Washington, IL 61571**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4668 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Kathie Rodden**
**12715 W 160th Ter**
**Overland Park, KS 66221**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4669 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $235.00 | $235.00 |

**Kathleen Buresh**
**7405 S Sheephorn Mountain**
**Littleton, CO 80127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4670 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |

**Kathleen Harman**
**3518 Pitchers Lane**
**Murfreesboro, TN 37128**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 2.4671 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.4671**

Priority creditor's name and mailing address
**Kathleen Hoffman**
**100 Somerset Ln**
**Ocean City, NJ 08226**

As of the petition filing date, the claim is:                    $60.00    $60.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.4672**

Priority creditor's name and mailing address
**Kathleen Israel**
**16668 Old Chesterfield Rd**
**Chesterfield, MO 63017**

As of the petition filing date, the claim is:                    $136.00    $136.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.4673**

Priority creditor's name and mailing address
**Kathleen Meservey**
**2001 Clarendon Blvd Apt 510**
**Arlington, VA 22201**

As of the petition filing date, the claim is:                    $28.00    $28.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.4674**

Priority creditor's name and mailing address
**Kathleen Obrien**
**53 Onondaga St**
**Skaneateles, NY 13152**

As of the petition filing date, the claim is:                    $28.00    $28.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

| 2.4675 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |

**Kathleen Sweeney**
**800 Coughlin Ave**
**Syracuse, NY 13206**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4676 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |

**Kathleen Zink**
**489 Kenilworth Rd**
**Bay Village, OH 44140**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4677 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.00 | $22.00 |

**Kathrine Higdon**
**3801 Happy Ln**
**C/O California Moving Systems**
**Sacramento, CA 95827**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4678 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $101.00 | $101.00 |

**Kathrine Hill**
**4115 Grassmere Ln Apt B**
**Dallas, TX 75205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| 2.4679 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.00 | $60.00 |
|---|---|---|---|---|

**Kathryn Altamore**
**1097 Sunset Rd**
**Brentwood, TN 37027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4680 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54.00 | $54.00 |
|---|---|---|---|---|

**Kathryn Baker**
**112 Monument St**
**Groton, CT 06340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4681 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28.00 | $28.00 |
|---|---|---|---|---|

**Kathryn Cushing**
**1111 Blackburn Dr**
**Inverness, IL 60067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4682 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 | $20.00 |
|---|---|---|---|---|

**Kathryn Martini**
**1125 Edinborough Dr**
**Durham, NC 27703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                    Case number *(if known)* _____
              Name

| 2.4683 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $349.00 | $349.00 |

**Kathryn Murch**
**56945 Mountain Vw**
**La Quinta, CA 92253**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4684 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |

**Kathryn Murphy**
**381 Fm 416**
**Streetman, TX 75859**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4685 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Kathryn Poe**
**5944 S Fm 4**
**Palo Pinto, TX 76484**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4686 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |

**Kathryn Roman**
**498 Nw Saginaw Ave**
**Bend, OR 97703**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.4687 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $281.00 | $281.00 |

**Kathy Cuda**
**128 Via Havarre**
**Merritt Island, FL 32953**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ☑ No
- ☐ Yes

---

| 2.4688 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.00 | $77.00 |

**Kathy Dorger**
**704 Almsgate Ln**
**Cincinnati, OH 45226**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ☑ No
- ☐ Yes

---

| 2.4689 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.00 | $36.00 |

**Kathy Greenbury**
**301 N Guadalupe St**
**Fedex Office Print & Ship Center**
**Santa Fe, NM 87501**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ☑ No
- ☐ Yes

---

| 2.4690 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |

**Kathy Hyde**
**123 Lake Summit Dr**
**Chapin, SC 29036**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ☑ No
- ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**2.4691** | Priority creditor's name and mailing address
**Kathy Naylor**
**4093 El Bosque Dr**
**Pebble Beach, CA 93953**

As of the petition filing date, the claim is:          $20.00          $20.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4692** | Priority creditor's name and mailing address
**Kathy Plisko**
**730 Hampton Trace Ln**
**Alpharetta, GA 30004**

As of the petition filing date, the claim is:          $227.00          $227.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4693** | Priority creditor's name and mailing address
**Kathy Smith**
**81060 Kingston Heath**
**La Quinta, CA 92253**

As of the petition filing date, the claim is:          $60.00          $60.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4694** | Priority creditor's name and mailing address
**Kathy Terrill**
**4809 19th St Unit 8**
**Lubbock, TX 79407**

As of the petition filing date, the claim is:          $144.00          $144.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.4695 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Kathy Underman**
**2351 Tucker Trl**
**Lewis Center, OH 43035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4696 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $430.00 | $430.00 |
|---|---|---|---|---|

**Kathy Weiermiller**
**25 Northern Ave**
**B2120**
**Boston, MA 02210**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4697 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.00 | $27.00 |
|---|---|---|---|---|

**Katie Barnes**
**2167 Hanging Rock Rd**
**Fort Mill, SC 29715**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4698 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.00 | $110.00 |
|---|---|---|---|---|

**Katie Biernacki**
**9 Laurel Ave.**
**Kingston, NJ 08528**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.4699 | Priority creditor's name and mailing address<br>**Katie Cone**<br>**5315 Tinker Round St**<br>**Katy, TX 77493** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $56.00   $56.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.4700 | Priority creditor's name and mailing address<br>**Katie Dowd**<br>**1865 Race St**<br>**Denver, CO 80206** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25.00   $25.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.4701 | Priority creditor's name and mailing address<br>**Katie Geary**<br>**40 Hillside Dr**<br>**Buffalo, NY 14221** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $29.00   $29.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.4702 | Priority creditor's name and mailing address<br>**Katie Geddes**<br>**2850 N Harwood St Ste 1500**<br>**Dallas, TX 75201** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $105.00   $105.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 2.4703 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |

Priority creditor's name and mailing address
**Katie Hayden**
**615 Noahs Landing Drive**
**Bumpass, VA 23024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.4704 | Priority creditor's name and mailing address |  | $98.00 | $98.00 |

**Katie Kaiser**
**455 Merriman Rd**
**Akron, OH 44303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.4705 | Priority creditor's name and mailing address |  | $231.00 | $231.00 |

**Katie Klochan**
**301 Race Street**
**413**
**Philadelphia, PA 19106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.4706 | Priority creditor's name and mailing address |  | $161.00 | $161.00 |

**Katie Knight**
**4339 NE 43rd St**
**Seattle, WA 98105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**      Case number (*if known*) _____

Name

---

| 2.4707 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |
|---|---|---|---|---|

**Katie Mcphillips**
**4845 11th Ct Nw**
**Rochester, MN 55901**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4708 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Katie Ober**
**11757 Colerain Rd**
**Cincinnati, OH 45252**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4709 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $145.00 | $145.00 |
|---|---|---|---|---|

**Katie Reindl**
**472 Craig Rd.**
**Cincinnati, OH 45244**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4710 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.00 | $66.00 |
|---|---|---|---|---|

**Katie Wilmoth**
**1318 Forsyth Road**
**Kernersville, NC 27284**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.4711 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $423.00 | $423.00 |
|---|---|---|---|---|

**Katrina Maniec**
**2 Cedar Lane**
**Massapequa, NY 11758**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4712 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Katrina Rubertone**
**71 Morrison St Nw**
**Marietta, GA 30064**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4713 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.00 | $57.00 |
|---|---|---|---|---|

**Katy Cook**
**4527 Yorktown St Unit A**
**Fort Irwin, CA 92310**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4714 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $219.00 | $219.00 |
|---|---|---|---|---|

**Katy Korman**
**5825 W Rowland Ave**
**Littleton, CO 80128**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.4715 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $94.00 | $94.00 |
|---|---|---|---|---|

**Kaushal Avashia**
**62 Mallard Place**
**Secaucus, NJ 07094**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4716 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Kavita Patel**
**18009 Rubin Manor Ln**
**Sandy Spring, MD 20860**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4717 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|

**Kay Allen**
**9220 SW 178th Ter**
**Palmetto Bay, FL 33157**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4718 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.00 | $70.00 |
|---|---|---|---|---|

**Kayla Kennedy**
**5421 Jessica Blvd Unit 307**
**Raleigh, NC 27607**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.4719 | Priority creditor's name and mailing address **Kayleigh Stromgren** **2501 Canterbury Ln E Apt 317** **Seattle, WA 98112** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |

As of the petition filing date, the claim is: **$33.00**   **$33.00**

Date or dates debt was incurred

Basis for the claim: **Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4720 | Priority creditor's name and mailing address **Kaylinn Woldt** **2858 Denver St** **San Diego, CA 92117** |

As of the petition filing date, the claim is: **$33.00**   **$33.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: **Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4721 | Priority creditor's name and mailing address **Kaytren Palacios** **307 46th Street** **Virginia Beach, VA 23451** |

As of the petition filing date, the claim is: **$20.00**   **$20.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: **Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4722 | Priority creditor's name and mailing address **Kc Cha** **98 Thatcher Rd** **Tenafly, NJ 07670** |

As of the petition filing date, the claim is: **$448.00**   **$448.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: **Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 2.4723 | Priority creditor's name and mailing address |

**Keaton Miller**
**7252 Walling Ln**
**Dallas, TX 75231**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,877.00   $1,877.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| | |
|---|---|
| 2.4724 | Priority creditor's name and mailing address |

**Kedar Timblo**
**311 East 38th Street**
**Apt 25a**
**New York, NY 10016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$54.00   $54.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| | |
|---|---|
| 2.4725 | Priority creditor's name and mailing address |

**Keenan Mahoney**
**40 E 89th St Apt 14b**
**New York, NY 10128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,228.00   $1,228.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| | |
|---|---|
| 2.4726 | Priority creditor's name and mailing address |

**Keith Archer**
**2608 30th Ave W**
**Seattle, WA 98199**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$28.00   $28.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 2.4727 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $698.00 | $698.00 |
|---|---|---|---|---|

**Keith Balsiger**
**6 Pyrenees Ct**
**Henderson, NV 89011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4728 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.00 | $27.00 |
|---|---|---|---|---|

**Keith Bergman**
**3614 Angora Cir Nw**
**North Canton, OH 44720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4729 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $146.00 | $146.00 |
|---|---|---|---|---|

**Keith Bindewald**
**108 Confederate Cir**
**Taylors, SC 29687**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4730 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |
|---|---|---|---|---|

**Keith Bluestein**
**7742 Jewelweed Ct**
**W Springfield, VA 22152**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| 2.4731 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Keith Champagne**
**46 Pinehurst Drive**
**Mount Sinai, NY 11766**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4732 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**Keith Cook**
**4 Foxwood Ln**
**Milford, NJ 08848**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4733 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |
|---|---|---|---|---|

**Keith Davis**
**801 Saint Joseph St Apt 16**
**New Orleans, LA 70113**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4734 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Keith Edwards**
**606 W Sunrise Dr**
**Belton, MO 64012**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 2.4735 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $159.00 | $159.00 |

**Keith Fairhurst**
**720 Lamar**
**San Antonio, TX 78202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4736 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.00 | $185.00 |

**Keith Hart**
**3140 Harvard Avenue**
**Apt 904**
**Dallas, TX 75205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4737 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $584.00 | $584.00 |

**Keith Hay**
**22844 Country Club Dr**
**South Lyon, MI 48178**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4738 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.00 | $21.00 |

**Keith Jackson**
**2207 Shadehill Ct**
**Tampa, FL 33612**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.4739 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $134.00 | $134.00 |

**Keith Kirwin**
**914 Cotton House Road**
**Charleston, SC 29412**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4740 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,503.00 | $3,350.00 |

**Keith Mccormick**
**2815 Saint Claude Ave**
**New Orleans, LA 70117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4741 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.00 | $81.00 |

**Keith Moreland**
**5900 Standing Rock Dr**
**Austin, TX 78730**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4742 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $191.00 | $191.00 |

**Keith Sharkey**
**521 Bennington Lane**
**Keller, TX 76248**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)*

| 2.4743 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $76.00 | $76.00 |

**Keith Thompson**
**311 Solano Ave**
**Sonoma, CA 95476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4744 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $49.00 | $49.00 |

**Keith Warren**
**6315 Havensport Dr**
**Apollo Beach, FL 33572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4745 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $84.00 | $84.00 |

**Keith Wold**
**230 Misty Fields Rd**
**Oakland, TN 38060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4746 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $5,743.00 | $3,350.00 |

**Kellen Brenner**
**9110 Brier Rd**
**La Mesa, CA 91942**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.4747 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.00 | $88.00 |
|---|---|---|---|---|

**Kellen Rosburg**
**6251 Troon Ave SW**
**Port Orchard, WA 98367**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4748 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**Kellen Souza**
**1186 Beech St**
**Marietta, GA 30062**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4749 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.00 | $18.00 |
|---|---|---|---|---|

**Kelley Brenneman**
**10501 E Colfax Ave**
**Aurora, CO 80010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4750 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.00 | $89.00 |
|---|---|---|---|---|

**Kelley Gordon**
**1541 W Pearson**
**Unit 2**
**Chicago, IL 60642**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| 2.4751 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.00 | $57.00 |

**Kelley Raymond**
**200 Ashbury Ln**
**Upland, CA 91784**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4752 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |

**Kelli Lukert**
**5463 Harborside Dr**
**Tampa, FL 33615**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4753 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |

**Kelli Roberts**
**1229 E 18 Th St**
**Norwalk, IA 50211**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4754 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Kelli Tibbitts**
**14220 Uhlin Dr**
**Middleburg Heights, OH 44130**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.4755 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**Kellian Dowd**
**312 Camino Sobrante**
**Orinda, CA 94563**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4756 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.00 | $22.00 |
|---|---|---|---|---|

**Kellie Ferrara**
**15 Mountain View Dr**
**Chester, NJ 07930**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4757 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |
|---|---|---|---|---|

**Kellie Gilman**
**808 Wilder St**
**Philadelphia, PA 19147**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4758 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.00 | $34.00 |
|---|---|---|---|---|

**Kelly Abernathy**
**4300 Linda Vista Ave**
**Napa, CA 94558**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.4759 | Priority creditor's name and mailing address<br>**Kelly Barke**<br>**19761 Oak Grove Ave**<br>**Prior Lake, MN 55372** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**$35.00**    **$35.00**

| | | |
|---|---|---|
| 2.4760 | Priority creditor's name and mailing address<br>**Kelly Bethke**<br>**19 Andover Dr**<br>**Medford, NJ 08055** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**$41.00**    **$41.00**

| | | |
|---|---|---|
| 2.4761 | Priority creditor's name and mailing address<br>**Kelly Borland**<br>**12977 Hawkins Dr**<br>**San Ramon, CA 94583** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**$108.00**    **$108.00**

| | | |
|---|---|---|
| 2.4762 | Priority creditor's name and mailing address<br>**Kelly Brown**<br>**3532 Garibaldi Way**<br>**St Augustine, FL 32092** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**$29.00**    **$29.00**

| Debtor | **Phoeno Wine Company, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 2.4763 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Kelly Campbell**
**905 Juniper St NE Unit 603**
**Atlanta, GA 30309**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.4764 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.00 | $15.00 |

**Kelly Donahue**
**1629 S Barton St**
**Arlington, VA 22204**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.4765 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $364.00 | $364.00 |

**Kelly Elmhorst**
**506 E 15th St**
**Saint Charles, MN 55972**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.4766 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.00 | $83.00 |

**Kelly Etheridge**
**12711 N Blue Sage Dr**
**Marana, AZ 85658**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

_____
Name

Case number (if known) _____

| 2.4767 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $482.00 | $482.00 |
|---|---|---|---|---|

**Kelly Evans**
**15239 472nd Pl Se**
**North Bend, WA 98045**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4768 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,632.00 | $3,350.00 |
|---|---|---|---|---|

**Kelly Fleming**
**1229 Molona St**
**C/O John Turpin**
**Reunion, FL 34747**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4769 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |
|---|---|---|---|---|

**Kelly Frazier**
**71 Marshall Street**
**Duxbury, MA 02332**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4770 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.00 | $53.00 |
|---|---|---|---|---|

**Kelly Griffin**
**61 Cantwell Dr**
**Middletown, DE 19709**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**                                   Case number (if known) _____
_____
Name

| 2.4771 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $425.00 | $425.00 |

**Kelly Hart**
**1525 Columbia Tpke**
**Castleton, NY 12033**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4772 | Priority creditor's name and mailing address | | $51.00 | $51.00 |

**Kelly Heyd**
**85 Main St**
**North Easton, MA 02356**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4773 | Priority creditor's name and mailing address | | $104.00 | $104.00 |

**Kelly Jensen**
**325 S Mill View Way**
**Ponte Vedra Beach, FL 32082**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4774 | Priority creditor's name and mailing address | | $104.00 | $104.00 |

**Kelly Johnson**
**1441 U St Nw Apt 1026**
**Washington, DC 20009**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor    **Phoeno Wine Company, Inc.**                                        Case number *(if known)* _____
_____
Name

| 2.4775 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $93.00 | $93.00 |
|---|---|---|---|---|

**Kelly Ledbetter**
**5950 San Marcos Dr**
**Farmington, NM 87402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4776 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |
|---|---|---|---|---|

**Kelly Max**
**5535 Xene Ln N**
**Plymouth, MN 55446**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4777 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.00 | $47.00 |
|---|---|---|---|---|

**Kelly Mccready**
**1344 Old Winchester Rd**
**Boyce, VA 22620**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4778 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |
|---|---|---|---|---|

**Kelly Mena-Tamayo**
**12015 SW 94th Ter**
**Miami, FL 33186**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 2.4779 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.00 | $26.00 |

**Kelly Pucek**
**24 Physicians Dr**
**Jackson, TN 38305**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4780 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $172.00 | $172.00 |

**Kelly Ross**
**920 W Westridge Ct**
**Upland, CA 91786**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4781 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $133.00 | $133.00 |

**Kelly Stafford**
**302 N Commercial St**
**Mankato, KS 66956**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4782 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $224.00 | $224.00 |

**Kelly Walsh**
**10 Cillie Rd**
**Shapleigh, ME 04076**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
| | Name | | |

---

**2.4783** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00
**Kelly Will**
**1059 E Rd**
**Loxahatchee Groves, FL 33470**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.4784** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,268.00 | $1,268.00
**Kelly Winget**
**1613 Chickadee Dr**
**Argyle, TX 76226**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.4785** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.00 | $45.00
**Kelly Wittchow**
**8221 Pineville Matthews Rd Apt C**
**Charlotte, NC 28226**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.4786** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $128.00 | $128.00
**Kelly-Ayn Mckay**
**110 Ponds Ln**
**Greenville, DE 19807**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 2.4787 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Kelsey Dickson**
**115 Hillcrest Dr**
**Marietta, OH 45750**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4788 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.00 | $21.00 |

**Kelsey Finn**
**1249 S. Bundy Dr.**
**209**
**Los Angeles, CA 90025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4789 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.00 | $31.00 |

**Kelsey Mead**
**260 King St Unit 611**
**San Francisco, CA 94107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4790 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $109.00 | $109.00 |

**Kelsey Reddoch**
**4309 3rd Street**
**Riverside, CA 92501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)*

| | | |
|---|---|---|
| 2.4791 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: $597.00 $597.00 |

**Kelsi Currier**
**2475 Nixon St**
**Eugene, OR 97403**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| 2.4792 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: $157.00 $157.00 |

**Kelson H**
**3104 Western Ave Unit 310**
**Seattle, WA 98121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| 2.4793 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: $100.00 $100.00 |

**Kelvin Davis**
**5208 Sumter Ct**
**Clinton, MD 20735**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| 2.4794 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: $16.00 $16.00 |

**Kelvin Rivera**
**216 W 111th St Apt 4b**
**New York, NY 10026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**                                                    Case number (if known) _____
_____
Name

| 2.4795 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $515.00 | $515.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Ken Bradburn**
**12289 Longhorn Drive**
**Arlington, TN 38002**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.4796 | Priority creditor's name and mailing address | $234.00 | $234.00 |
|--------|----------------------------------------------|---------|---------|

**Ken Brand**
**14455 Fallscliff Ln**
**Centreville, VA 20120**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.4797 | Priority creditor's name and mailing address | $635.00 | $635.00 |
|--------|----------------------------------------------|---------|---------|

**Ken Deans**
**50390 Monroe St**
**Coachella Music Festival Truck**
**Stop**
**Indio, CA 92201**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.4798 | Priority creditor's name and mailing address | $285.00 | $285.00 |
|--------|----------------------------------------------|---------|---------|

**Ken Gorvetzian**
**30300 Emperor Dr**
**Canyon Lake, CA 92587**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| 2.4799 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|

**Ken Hirsch**
**146 S Battery St**
**Charleston, SC 29401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4800 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.00 | $70.00 |
|---|---|---|---|---|

**Ken Hoernlein**
**49207 Gaffney Rd**
**Clarksburg, CA 95612**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4801 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,732.00 | $1,732.00 |
|---|---|---|---|---|

**Ken Hoverman**
**1031 Little Greenbriar Crk**
**Greensboro, GA 30642**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4802 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $220.00 | $220.00 |
|---|---|---|---|---|

**Ken Janoski**
**8445 Vila Gale Way**
**Elk Grove, CA 95757**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 2.4803 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $208.00 | $208.00 |

**Ken Jisser**
**1027 Mallard Ridge Ct**
**San Jose, CA 95120**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4804 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $300.00 |

**Ken Kiser**
**147 River Park Ln**
**Great Falls, VA 22066**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4805 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.00 | $81.00 |

**Ken Koch**
**9716 Balls Bluff Dr**
**Fredericksburg, VA 22407**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4806 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $161.00 | $161.00 |

**Ken Lilien**
**11 Toby Dr**
**Succasunna, NJ 07876**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.4807 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $216.00 | $216.00 |
|---|---|---|---|---|

**Ken Lundin**
**736 Grove Manor Park**
**Suwanee, GA 30024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.4808 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.00 | $31.00 |
|---|---|---|---|---|

**Ken Mash**
**606 Race Street**
**Harrisburg, PA 17104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.4809 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $561.00 | $561.00 |
|---|---|---|---|---|

**Ken Musick**
**1035 Lake Ave**
**Wilmette, IL 60091**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.4810 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $243.00 | $243.00 |
|---|---|---|---|---|

**Ken Ross**
**2024 Scarlet Oak Place**
**Danville, CA 94506**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**                                   Case number (if known) _____
        _____
        Name

| 2.4811 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.00 | $110.00 |

2.4811  Priority creditor's name and mailing address

**Ken Sangiacomo**
**5 Valley Court**
**Bethel, CT 06801**

As of the petition filing date, the claim is: **$110.00**   **$110.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

2.4812  Priority creditor's name and mailing address

**Ken Shovlin**
**1411 Grandview Ave**
**Apt 411**
**Pittsburgh, PA 15211**

As of the petition filing date, the claim is: **$97.00**   **$97.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

2.4813  Priority creditor's name and mailing address

**Ken Stager**
**1107 S 47th St**
**Philadelphia, PA 19143**

As of the petition filing date, the claim is: **$112.00**   **$112.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

2.4814  Priority creditor's name and mailing address

**Ken Tharp**
**34 Seasounds Avenue**
**Palermo, NJ 08223**

As of the petition filing date, the claim is: **$27.00**   **$27.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
| | Name | | |

---

| 2.4815 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
| | **Ken Voight** | Check all that apply. | | |
| | **32 Cielo Arroyo** | ☐ Contingent | | |
| | **Mission Viejo, CA 92692** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
| | **Deficit Customer** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

---

| 2.4816 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $322.00 | $322.00 |
| | **Ken Yeager** | Check all that apply. | | |
| | **10693 Cathell Rd** | ☐ Contingent | | |
| | **Berlin, MD 21811** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
| | **Deficit Customer** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

---

| 2.4817 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
| | **Ken Zaslav** | Check all that apply. | | |
| | **732 West End Ave** | ☐ Contingent | | |
| | **Apt. 11** | ☐ Unliquidated | | |
| | **New York, NY 10025** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
| | **Deficit Customer** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

---

| 2.4818 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |
| | **Kendall Hall** | Check all that apply. | | |
| | **100 6th St NE** | ☐ Contingent | | |
| | **Apt 1402** | ☐ Unliquidated | | |
| | **Atlanta, GA 30308** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
| | **Deficit Customer** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

---

Debtor    **Phoeno Wine Company, Inc.**    Case number *(if known)* _____
_____
Name

| 2.4819 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $613.00 | $613.00 |
|---|---|---|---|---|

**Kendall Johnson**
**4255 Tidewater Dr**
**Orlando, FL 32812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4820 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $165.00 | $165.00 |
|---|---|---|---|---|

**Kendall Magruder**
**2716 Georgene Dr NE**
**Albuquerque, NM 87112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4821 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $87.00 | $87.00 |
|---|---|---|---|---|

**Kendra Danneil**
**7564 Driftwood Way**
**Pleasanton, CA 94588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4822 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $20.00 | $20.00 |
|---|---|---|---|---|

**Kendra Danneil**
**7564 Driftwood Way**
**Pleasanton, CA 94588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

| 2.4823 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $542.00 | $542.00 |
|---|---|---|---|---|

**Kendra Davis**
**15765 W State Route 2**
**Oak Harbor, OH 43449**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.4824 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $269.00 | $269.00 |
|---|---|---|---|---|

**Kendra Neil**
**521 Stadium Pl S Apt 916**
**Seattle, WA 98104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.4825 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.00 | $22.00 |
|---|---|---|---|---|

**Kendrick Lau**
**100 Van NEss Ave Apt 2313**
**San Francisco, CA 94102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.4826 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |
|---|---|---|---|---|

**Kenja Purkey**
**3402 Hawthorne Dr**
**Amarillo, TX 79109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 2.4827 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Kenji Sugiyama**
**18951 Chicory Ln**
**Morgan Hill, CA 95037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4828 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Kenneth Black**
**3970 State Route 30**
**Latrobe, PA 15650**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4829 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $294.00 | $294.00 |
|---|---|---|---|---|

**Kenneth Bollinger**
**305 Weycroft Grant Dr**
**Cary, NC 27519**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4830 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $101.00 | $101.00 |
|---|---|---|---|---|

**Kenneth Brown**
**6217 SW 2d Ln**
**Bell, FL 32619**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                                      Case number *(if known)* _____
_____
Name

| 2.4831 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |

**Kenneth Contrera**
**39 E Market St Ste 202**
**Lumis Llc**
**Akron, OH 44308**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4832 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $102.00 | $102.00 |

**Kenneth Edwards**
**19 Jardine Ct**
**Morris Plains, NJ 07950**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4833 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |

**Kenneth Finneran**
**701 Brickell Ave Ste 400**
**Miami, FL 33131**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4834 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Kenneth Griffo**
**103 S Fern Abbey Ln**
**Cary, NC 27518**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

| | | |
|---|---|---|
| 2.4835 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.00 | $66.00 |

**Kenneth Howerton**
**3455 Navajo St**
**Denver, CO 80211**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.4836 | Priority creditor's name and mailing address |

**Kenneth Kromer**
**200 Ports Authority Dr**
**Scspa**
**Mt Pleasant, SC 29464**

As of the petition filing date, the claim is:   $336.00   $336.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.4837 | Priority creditor's name and mailing address |

**Kenneth Lard**
**109 Holly Circle**
**Advance, NC 27006**

As of the petition filing date, the claim is:   $56.00   $56.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.4838 | Priority creditor's name and mailing address |

**Kenneth Lee**
**6601 Hollytree Cir**
**Tyler, TX 75703**

As of the petition filing date, the claim is:   $145.00   $145.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.4839 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.00 | $81.00 |

**Kenneth Mckenna**
**719 Vassar Street**
**Orlando, FL 32804**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4840 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $130.00 | $130.00 |

**Kenneth Miller**
**1412 Rita Ave**
**St Charles, IL 60174**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4841 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |

**Kenneth Reidy**
**1285 Hedgerow Dr**
**Grayslake, IL 60030**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4842 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Kenneth Stieren**
**10435 Sugar Crest Ave**
**Johns Creek, GA 30097**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.4843** Priority creditor's name and mailing address

**Kenneth Venzke**
**3860 Decoto Rd**
**C/O Walgreens Fedex Onsite**
**Fremont, CA 94555**

As of the petition filing date, the claim is: $204.00   $204.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.4844** Priority creditor's name and mailing address

**Kenneth White**
**212 Madison Ave Ste 200**
**Mankato, MN 56001**

As of the petition filing date, the claim is: $1,131.00   $1,131.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.4845** Priority creditor's name and mailing address

**Kenny Mcnutt**
**55 E Carson St**
**Virginia City, NV 89440**

As of the petition filing date, the claim is: $165.00   $165.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.4846** Priority creditor's name and mailing address

**Kenny Shea**
**235 Main St Ste 116**
**Madison, NJ 07940**

As of the petition filing date, the claim is: $20.00   $20.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.4847 | Priority creditor's name and mailing address **Kent Beck** **109 Alpine Ter** **San Francisco, CA 94117** | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | $55.00 | $55.00 |

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4848 | Priority creditor's name and mailing address **Kent Byers** **6415 E. Hills Ct.** **Cumming, GA 30041** | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | $57.00 | $57.00 |

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4849 | Priority creditor's name and mailing address **Kent Dillow** **10206 Talbot Pl** **Tampa, FL 33626** | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | $202.00 | $202.00 |

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4850 | Priority creditor's name and mailing address **Kent Edgerton** **187 Wentworth St** **Charleston, SC 29401** | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | $278.00 | $278.00 |

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.4851** | Priority creditor's name and mailing address
**Kent Flora**
**4161 Chardonnay Dr**
**Rockledge, FL 32955**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$20.00    $20.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.4852** | Priority creditor's name and mailing address
**Kent Hildebrand**
**18060 Appaloosa Rd**
**Monument, CO 80132**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$30.00    $30.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.4853** | Priority creditor's name and mailing address
**Kent Kohlbacher**
**6801 Spring Creek Rd Ste 2b**
**Rockford, IL 61114**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$59.00    $59.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.4854** | Priority creditor's name and mailing address
**Kent Landerholm**
**14371 Ebony Ln**
**Apple Valley, MN 55124**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$51.00    $51.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.4855 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $161.00 | $161.00 |
|---|---|---|---|---|

**Kent Luckin**
**3290 Sussex Ave**
**Clovis, CA 93619**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4856 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,721.00 | $1,721.00 |
|---|---|---|---|---|

**Kent Lyons**
**1827 Northpark Dr**
**Ups Access Point Advance Auto Parts Stor**
**Kingwood, TX 77339**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4857 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $132.00 | $132.00 |
|---|---|---|---|---|

**Kent Mcquain**
**5220 George Washington Mem Hwy**
**Grafton, VA 23692**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4858 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.00 | $55.00 |
|---|---|---|---|---|

**Keon Reed**
**1731 Powell St Unit 406**
**San Francisco, CA 94133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 2.4859 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**Keri Collette**
**1200 4th St**
**Key West, FL 33040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4860 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $179.00 | $179.00 |
|---|---|---|---|---|

**Keri Harrison**
**11 Kimberly Dr Apt 24**
**Merrimack, NH 03054**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4861 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.00 | $62.00 |
|---|---|---|---|---|

**Kerim Hanif**
**13009 NE 96th Pl**
**Kirkland, WA 98033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4862 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $222.00 | $222.00 |
|---|---|---|---|---|

**Kermit Molleur**
**2243 Plantation Dr**
**Beaufort, SC 29902**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.4863 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,003.00 | $3,350.00 |

2.4863 | Priority creditor's name and mailing address

**Kerri Lewis**
**2412 Morrow Place**
**Bethel Park, PA 15102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$15,003.00    $3,350.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.4864 | Priority creditor's name and mailing address

**Kerry Ellett**
**13924 Highstream Pl**
**Germantown, Md 20874**
**Germantown, MD 20874**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$172.00    $172.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.4865 | Priority creditor's name and mailing address

**Kerry Fields**
**225 Joe Dunn Rd**
**Iva, SC 29655**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$275.00    $275.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.4866 | Priority creditor's name and mailing address

**Kerry Hertel**
**71 Keats Dr**
**New Windsor, NY 12553**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$68.00    $68.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor    **Phoeno Wine Company, Inc.**                                   Case number (if known) _____
_____
         Name

| 2.4867 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $227.00 | $227.00 |

**Kerry Shortall**
**4150 Kingsley Ave**
**Round Rock, TX 78681**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4868 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Kerry Umamoto**
**124 Makaala St**
**Hilo, HI 96720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4869 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $288.00 | $288.00 |

**Kervin Cabezas**
**42336 Winsbury West Pl**
**Sterling, VA 20166**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4870 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |

**Ketan Bhavan**
**9521 Albert Dr**
**Dublin, CA 94568**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (*if known*) _____
Name

| 2.4871 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |

**2.4871** Priority creditor's name and mailing address

**Ketan Gala**
**18 Starboard Way**
**Mount Laurel, NJ 08054**

As of the petition filing date, the claim is: **$165.00**   **$165.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.4872** Priority creditor's name and mailing address

**Kevin Albertson**
**13907 Reserve Ct**
**Bakersfield, CA 93314**

As of the petition filing date, the claim is: **$168.00**   **$168.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.4873** Priority creditor's name and mailing address

**Kevin Benes**
**25 Gregory Ave**
**Merrick, NY 11566**

As of the petition filing date, the claim is: **$27.00**   **$27.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.4874** Priority creditor's name and mailing address

**Kevin Benjamin**
**3511 Schuerman House Dr**
**Fairfax, VA 22031**

As of the petition filing date, the claim is: **$99.00**   **$99.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                          Case number (if known) _____
Name

| 2.4875 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $844.00 | $844.00 |

**Kevin Black**
**141 Wildwood Ct**
**Mahtomedi, MN 55115**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4876 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.00 | $65.00 |

**Kevin Block**
**17982 County Road 7**
**Mead, CO 80542**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4877 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $296.00 | $296.00 |

**Kevin Brogan**
**756 Newberry Lane**
**Webster, NY 14580**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4878 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |

**Kevin Brown**
**2930 Glenarm Pl**
**Denver, CO 80205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| | | |
|---|---|---|
| 2.4879 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

| 2.4879 | Priority creditor's name and mailing address<br>**Kevin Cannon**<br>**7727 82 Street**<br>**Glendale, NY 11385** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$400.00** | **$400.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4880 | Priority creditor's name and mailing address<br>**Kevin Carter**<br>**10085 Red Run Blvd Ste 105**<br>**Owings Mills, MD 21117** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$185.00** | **$185.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4881 | Priority creditor's name and mailing address<br>**Kevin Centeck**<br>**27267 Victoria Rd**<br>**Novi, MI 48374** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$419.00** | **$419.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4882 | Priority creditor's name and mailing address<br>**Kevin Claborn**<br>**418 Love Bird Ln**<br>**Murphy, TX 75094** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$300.00** | **$300.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Phoeno Wine Company, Inc.**
_____     Case number (if known) _____
Name

| 2.4883 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $30.00 | $30.00 |
|---|---|---|---|---|

**Kevin Clark**
**3002 San Jose Ave**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4884 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $78.00 | $78.00 |
|---|---|---|---|---|

**Kevin Cox**
**295 Camden Rd NE**
**Atlanta, GA 30309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4885 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $174.00 | $174.00 |
|---|---|---|---|---|

**Kevin Deering**
**5 Sicomac Rd**
**C/O Ups Store**
**North Haledon, NJ 07508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4886 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $157.00 | $157.00 |
|---|---|---|---|---|

**Kevin Donley**
**132 Lake Wood Dr**
**Edenton, NC 27932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**      Case number *(if known)* _____

Name

---

**2.4887** | Priority creditor's name and mailing address

**Kevin Doran**
**35 Scarborough Way**
**Rancho Mirage, CA 92270**

As of the petition filing date, the claim is:      **$17.00**    **$17.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.4888** | Priority creditor's name and mailing address

**Kevin Ellson**
**8005 Applestone Trail**
**Colorado Springs, CO 80919**

As of the petition filing date, the claim is:      **$36.00**    **$36.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.4889** | Priority creditor's name and mailing address

**Kevin Frailey**
**851 Transport Dr**
**Valparaiso, IN 46383**

As of the petition filing date, the claim is:      **$873.00**    **$873.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.4890** | Priority creditor's name and mailing address

**Kevin Fuselier**
**1240 Farmington Ave**
**West Hartford, CT 06107**

As of the petition filing date, the claim is:      **$391.00**    **$391.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                             Case number (if known) _____

_____
Name

| 2.4891 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $337.00 | $337.00 |

**Kevin Gallagher**
**27407 Ten Mile Cutoff Rd**
**Point Arena, CA 95468**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4892 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Kevin Gallagher**
**3 Four Acres Rd**
**Darien, CT 06820**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4893 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |

**Kevin Hannan**
**17122 Winding Creek Dr**
**Orland Park, IL 60467**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4894 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $308.00 | $308.00 |

**Kevin Hanz**
**14168 Walnut Hill Lane**
**Dallas, TX 75231**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.4895 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.00 | $64.00 |

**Kevin Happ**
**1413 Greenside Dr**
**Raleigh, NC 27609**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.4896 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.00 | $66.00 |

**Kevin Harris**
**5002 Hayes St NE**
**Youth Division**
**Washington, DC 20019**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.4897 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |

**Kevin Heeringa**
**8109 Oldfield Ct Se**
**Byron Center, MI 49315**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.4898 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $478.00 | $478.00 |

**Kevin Hormann**
**17910 Bearpath Trl**
**Eden Prairie, MN 55347**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 2.4899 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,113.00 | $1,113.00 |
|---|---|---|---|---|

**Kevin Jackson**
**5147 N 45th Place**
**Phoenix, AZ 85018**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4900 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|

**Kevin Jewett**
**810 Gleason Acres Dr**
**Wayzata, MN 55391**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4901 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $118.00 | $118.00 |
|---|---|---|---|---|

**Kevin Johnson**
**201 S Oak St**
**Falls Church, VA 22046**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4902 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |
|---|---|---|---|---|

**Kevin Jones**
**2001 Darling Heights Place Nw**
**Alexandria, MN 56308**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.4903 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $439.00 | $439.00 |
|---|---|---|---|---|

**Kevin Jones**
**20135 Silver Horn Lane**
**Monument, CO 80132**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.4904 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 | $38.00 |
|---|---|---|---|---|

**Kevin Jordan**
**130 Grand Ave**
**Iselin, NJ 08830**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.4905 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $267.00 | $267.00 |
|---|---|---|---|---|

**Kevin Koesters**
**8464 Grand Lake Estates Dr**
**Montgomery, TX 77316**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.4906 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |
|---|---|---|---|---|

**Kevin Kollock**
**15602 Duck Trail Ln**
**Apple Valley, MN 55124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

---

| 2.4907 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Kevin Lee**
**2605 S Jackson Ave**
**Joplin, MO 64804**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4908 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $147.00 | $147.00 |
|---|---|---|---|---|

**Kevin Lesage**
**49 Aster Ln**
**Williston, VT 05495**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4909 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |
|---|---|---|---|---|

**Kevin Littlejohn**
**113 Echo Drive**
**Jupiter, FL 33458**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4910 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.00 | $89.00 |
|---|---|---|---|---|

**Kevin Love**
**250 Washington Ter**
**Audubon, NJ 08106**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
          ─────────────────────────────────────────
          Name

| 2.4911 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |

**Kevin Luxton**
**84 Meadow Top Ln**
**Hendersonville, NC 28792**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4912 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,422.00 | $3,350.00 |

**Kevin Maxfield**
**4206 Badgeley Cir**
**Cincinnati, OH 45223**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4913 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,643.00 | $1,643.00 |

**Kevin Maxfield**
**4206 Badgeley Cir**
**Cincinnati, OH 45223**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4914 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $168.00 | $168.00 |

**Kevin Mckenna**
**135 April Sound Dr**
**Naples, FL 34119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Case number (if known)

Name

---

2.4915 | Priority creditor's name and mailing address
**Kevin Mead**
**76220 Fairway Dr**
**Indian Wells, CA 92210**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$298.00    $298.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.4916 | Priority creditor's name and mailing address
**Kevin Mira**
**327 Frankfort Street**
**Daly City, CA 94014**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$619.00    $619.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.4917 | Priority creditor's name and mailing address
**Kevin Mirus**
**5021 Bayfield Terrace**
**Madison, WI 53705**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$253.00    $253.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.4918 | Priority creditor's name and mailing address
**Kevin Nabbefeld**
**739 Faraone Dr**
**San Jose, CA 95136**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$116.00    $116.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**      Case number *(if known)* _____
_____
Name

| | | | |
|---|---|---|---|
| 2.4919 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$25.00**   **$25.00** |

**Kevin Prevost**
**215 E 10th St**
**Jeffersonville, IN 47130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | | |
|---|---|---|---|
| 2.4920 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$163.00**   **$163.00** |

**Kevin Reap**
**8014 Park Ln**
**Bethesda, MD 20814**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | | |
|---|---|---|---|
| 2.4921 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$28.00**   **$28.00** |

**Kevin Rhodes**
**123 Oak St**
**Reading, MA 01867**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | | |
|---|---|---|---|
| 2.4922 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$164.00**   **$164.00** |

**Kevin Robbins**
**858 Merriewood Lane**
**Mclean, VA 22102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 2.4923 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.00 | $34.00 |

**Kevin Roberts**
**3368 Richard's Crossing**
**Fort Mill, SC 29708**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4924 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Kevin Roberts**
**51 Canidae St**
**Burlington, NJ 08016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4925 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.00 | $75.00 |

**Kevin Saunders**
**15 Via Mantova Unit 306**
**Henderson, NV 89011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4926 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $274.00 | $274.00 |

**Kevin Schlotman**
**2722 Erie Ave**
**Cincinnati, OH 45208**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.4927 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Kevin Sharp**
**163 Deer Park Ln**
**Kerrville, TX 78028**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4928 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**Kevin Shmelzer**
**1050 Laurel Hill Ln**
**Meadowbrook, PA 19046**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4929 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $523.00 | $523.00 |

**Kevin Stansell**
**1118 Baslow Brook Ct**
**Raleigh, NC 27614**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4930 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.00 | $78.00 |

**Kevin Stief**
**4401 Courtside Dr**
**Mckinney, TX 75070**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| Debtor | **Phoeno Wine Company, Inc.** |
| | Name |

| | Case number (if known) | |
|---|---|---|

---

| 2.4931 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $667.00 | $667.00 |
|---|---|---|---|---|

**Kevin Strehlow**
**6236 Chevy Chase Dr**
**Houston, TX 77057**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Yes

---

| 2.4932 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|---|---|---|---|---|

**Kevin Taylor**
**311 Sequoia Ave**
**Redwood City, CA 94061**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Yes

---

| 2.4933 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Kevin Vaughn**
**2236 Staggerbush Dr**
**Jacksonville, FL 32223**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Yes

---

| 2.4934 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $741.00 | $741.00 |
|---|---|---|---|---|

**Kevin Vilke**
**20 Woodland Lane**
**Woodbury, CT 06798**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 2.4935 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.00 | $98.00 |
|---|---|---|---|---|

**Kevin Wesolowski**
**5492 Whitfield Dr**
**Troy, MI 48098**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.4936 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,372.00 | $1,372.00 |
|---|---|---|---|---|

**Kevin Wilson**
**1086 Nw 110 Lane**
**Coral Springs, FL 33071**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.4937 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $144.00 | $144.00 |
|---|---|---|---|---|

**Kevin Zanella**
**940 Trimble Place**
**Sagamore Hills, OH 44067**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.4938 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.00 | $59.00 |
|---|---|---|---|---|

**Kevin Zeman**
**510 N Wilmington St Apt 518**
**Raleigh, NC 27604**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.4939 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $638.00 | $638.00 |

**Kevin Zhang**
**2611 Erica Ave**
**West Covina, CA 91792**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4940 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $94.00 | $94.00 |

**Kevin Zittle**
**7304 Fred Morse Dr**
**Austin, TX 78723**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4941 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.00 | $26.00 |

**Kevin5103683040 Cuny**
**157 La Sonoma Way**
**Alamo, CA 94507**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4942 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $142.00 | $142.00 |

**Kevork Topdjian**
**2798 Woodwardia Dr**
**Los Angeles, CA 90077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.4943 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $186.00 | $186.00 |
|---|---|---|---|---|

**Kf Kitchenii**
**1811 Cape Coral Pkwy E**
**Real Estate Info Center**
**Cape Coral, FL 33904**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4944 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Kfir Bar**
**3002 39th Ave Apt B401**
**Long Island City, NY 11101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4945 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.00 | $70.00 |
|---|---|---|---|---|

**Khalom Intong**
**1721 33rd St Se**
**Rio Rancho, NM 87124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4946 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $225.00 | $225.00 |
|---|---|---|---|---|

**Khanh Nguyen**
**3805 Blackthorn Street**
**Chevy Chase, MD 20815**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.4947** | Priority creditor's name and mailing address
**Khondoker Salom**
**3087 Passmore Dr**
**Los Angeles, CA 90068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$28.00 | $28.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY ■ No
unsecured claim: 11 U.S.C. § 507(a) (7) ☐ Yes

---

**2.4948** | Priority creditor's name and mailing address
**Khristian Ospina**
**937 Stanton Ave**
**Elizabeth, NJ 07208**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,237.00 | $1,237.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY ■ No
unsecured claim: 11 U.S.C. § 507(a) (7) ☐ Yes

---

**2.4949** | Priority creditor's name and mailing address
**Kia Bailey**
**403 E Carlisle Ave**
**Whitefish Bay, WI 53217**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$86.00 | $86.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY ■ No
unsecured claim: 11 U.S.C. § 507(a) (7) ☐ Yes

---

**2.4950** | Priority creditor's name and mailing address
**Kiana Saade**
**265 Scamridge Curv**
**A3**
**Buffalo, NY 14221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$25.00 | $25.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY ■ No
unsecured claim: 11 U.S.C. § 507(a) (7) ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

_Name_

Case number _(if known)_ _____

---

| 2.4951 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Kihyun Yoon**
**1260 Sierra Mar Dr**
**San Jose, CA 95118**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4952 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $118.00 | $118.00 |
|---|---|---|---|---|

**Kim Bailon**
**9875 W 82nd Pl**
**Arvada, CO 80005**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4953 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $142.00 | $142.00 |
|---|---|---|---|---|

**Kim Beard**
**125 Freesia Ln**
**Sunrise Beach, MO 65079**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4954 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.00 | $42.00 |
|---|---|---|---|---|

**Kim Dowgielewicz**
**613 Fairstead Rd**
**Manakin Sabot, VA 23103**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.4955 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.00 | $81.00 |
|---|---|---|---|---|

**Kim Huelsman**
**1976 Manzanita Dr**
**Oakland, CA 94611**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.4956    Priority creditor's name and mailing address        As of the petition filing date, the claim is:    $167.00    $167.00

**Kim Johnson**
**54 Badger Way**
**Manchester, NH 03109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.4957    Priority creditor's name and mailing address        As of the petition filing date, the claim is:    $1,281.00    $1,281.00

**Kim Keeley**
**45 N Main**
**Victor, ID 83455**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.4958    Priority creditor's name and mailing address        As of the petition filing date, the claim is:    $213.00    $213.00

**Kim Kokolus**
**326 Patriots Path**
**Malvern, PA 19355**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.4959 | Priority creditor's name and mailing address<br>**Kim Lincoln**<br>**7387 Route 96 Ste 400**<br>**Victor, NY 14564** | As of the petition filing date, the claim is: **$19.00**  **$19.00**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.4960 | Priority creditor's name and mailing address<br>**Kim Mccarver**<br>**1204 58th St S**<br>**Birmingham, AL 35222** | As of the petition filing date, the claim is: **$56.00**  **$56.00**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.4961 | Priority creditor's name and mailing address<br>**Kim Metzger**<br>**335 Lyon Court**<br>**Ste 201**<br>**Pikesville, MD 21208** | As of the petition filing date, the claim is: **$30.00**  **$30.00**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.4962 | Priority creditor's name and mailing address<br>**Kim Meyer**<br>**707 Thayer Courtt**<br>**Dardenne Prairie, MO 63368** | As of the petition filing date, the claim is: **$117.00**  **$117.00**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 2.4963 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |

**Kim Perry**
**1797 Lisson Cove**
**Collierville, TN 38017**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4964 | Priority creditor's name and mailing address | | $199.00 | $199.00 |

**Kim Purdy**
**2664 Coventry Rd**
**Columbus, OH 43221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4965 | Priority creditor's name and mailing address | | $22.00 | $22.00 |

**Kim Reckley**
**18171 Se Island Dr**
**Tequesta, FL 33469**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4966 | Priority creditor's name and mailing address | | $102.00 | $102.00 |

**Kim Sartain**
**7591 168th Ct N**
**West Palm Beach, FL 33418**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 2.4967 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.00 | $104.00 |

**Kimberly Barton**
**7612 Lakecrest Cir**
**Irving, TX 75063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4968 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |

**Kimberly Beckham**
**8009 Muley Dr**
**Gate Code 4545**
**Austin, TX 78759**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4969 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |

**Kimberly Bush**
**265 Mashburn Rd**
**Roopville, GA 30170**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4970 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,462.00 | $3,350.00 |

**Kimberly Feldman**
**7266 State Route 15**
**Defiance, OH 43512**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name                                                                    Case number *(if known)* _____

| 2.4971 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $513.00 | $513.00 |
|---|---|---|---|---|

**Kimberly Gross**
**113 Costekin Ct**
**Hawthorn Woods, IL 60060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4972 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $388.00 | $388.00 |
|---|---|---|---|---|

**Kimberly Henry**
**19 Beaudette Avenue**
**Pontiac, MI 48341**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4973 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
|---|---|---|---|---|

**Kimberly Kapustein**
**6670 185th Ave NE**
**Aiphone Corporation**
**Redmond, WA 98029**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4974 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Kimberly Meier**
**12120 Johnny Weismuller Ln Apt 3**
**Austin, TX 78748**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 2.4975 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $82.00 | $82.00 |

**Kimberly Miller**
**512 58th St**
**Virginia Beach, VA 23451**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4976 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.00 | $48.00 |

**Kimberly Phelan**
**2116 W Chicago Ave # 2e**
**Chicago, IL 60622**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4977 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.00 | $21.00 |

**Kimberly Reuter-Cook**
**9038 Rosewall Ct**
**Springfield, VA 22152**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4978 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $264.00 | $264.00 |

**Kimberly Saunders**
**308 Sutter Street**
**Petaluma, CA 94954**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**        Case number *(if known)* _____

Name

| 2.4979 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Kimberly Serna**
**4237 Dickson St**
**Houston, TX 77007**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4980 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.00 | $85.00 |
|---|---|---|---|---|

**Kimberly Thorne**
**5818 NE 135th Ave**
**Vancouver, WA 98682**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4981 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.00 | $27.00 |
|---|---|---|---|---|

**Kimberly Witmer**
**66 Walnut St**
**Glens Falls, NY 12801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4982 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $248.00 | $248.00 |
|---|---|---|---|---|

**Kiran Ivaturi**
**13105 Thomas Morris Trace**
**Carmel, IN 46033**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.4983 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $76.00 | $76.00 |
|---|---|---|---|---|

**Kirk Dravidzius**
**291 Endicott Street North**
**Laconia, NH 03246**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4984 | Priority creditor's name and mailing address | | $30.00 | $30.00 |
|---|---|---|---|---|

**Kirk Harper**
**8885 Candleberry St Nw**
**Massillon, OH 44646**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4985 | Priority creditor's name and mailing address | | $172.00 | $172.00 |
|---|---|---|---|---|

**Kirk Ludwigsen**
**5219 Mission Ave**
**Dallas, TX 75206**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4986 | Priority creditor's name and mailing address | | $42.00 | $42.00 |
|---|---|---|---|---|

**Kirk Panik**
**4800 N Clark St Unit 205**
**Chicago, IL 60640**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.4987 | Priority creditor's name and mailing address<br>**Kirk Patterson**<br>**6140 Calle Mariselda Unit 304**<br>**San Diego, CA 92124** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $53.00   $53.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.4988 | Priority creditor's name and mailing address<br>**Kirsten Otting**<br>**18164 Ironstone Way**<br>**Lakeville, MN 55044** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $19.00   $19.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.4989 | Priority creditor's name and mailing address<br>**Kirsten Rutherford**<br>**4259 Stewart Ave**<br>**Los Angeles, CA 90066** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $59.00   $59.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.4990 | Priority creditor's name and mailing address<br>**Kirtland Snyder**<br>**33 Sarah Sanford Rd W**<br>**Bridgewater, CT 06752** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $140.00   $140.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.4991 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |
|---|---|---|---|---|

**Kjell Coleman**
**4641 5th Ave S**
**Minneapolis, MN 55419**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4992 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |
|---|---|---|---|---|

**Kjersten Lane**
**11255 Chase Ct**
**Westminster, CO 80020**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4993 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |
|---|---|---|---|---|

**Klau Christopher**
**8395 Vineland Ct**
**Millersville, MD 21108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4994 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.00 | $21.00 |
|---|---|---|---|---|

**Klaus Shigley**
**2892 Essex Rd**
**Essex, NY 12936**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

| 2.4995 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $71.00 | $71.00 |
|---|---|---|---|---|

**Knight Lynda**
**1600 Saratoga Ave Ste 433**
**Michaels Store # 3340,**
**San Jose, CA 95129**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4996 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.00 | $55.00 |

**Kober Bob**
**1553 Greens Prairie Rd W Ste 100**
**College Station, TX 77845**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4997 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.00 | $21.00 |

**Kohta Wajima**
**62 W 62nd St Apt 11d**
**New York, NY 10023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4998 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Kolbi Cumbo**
**371 Augusta Dr**
**Abingdon, VA 24211**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.4999 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |

**2.4999** | Priority creditor's name and mailing address

**Kolleen Fox**
**1316 Avenue Lacroix**
**Covington, LA 70433**

As of the petition filing date, the claim is: **$56.00**   **$56.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5000** | Priority creditor's name and mailing address

**Konstantin Soukhovetski**
**790 Riverside Drive**
**7f**
**New York, NY 10032**

As of the petition filing date, the claim is: **$22.00**   **$22.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5001** | Priority creditor's name and mailing address

**Konstantinos Bastas**
**16 Talmont**
**Newport Coast, CA 92657**

As of the petition filing date, the claim is: **$934.00**   **$934.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5002** | Priority creditor's name and mailing address

**Korey Kijik**
**4212 Avenue T**
**Brooklyn, NY 11234**

As of the petition filing date, the claim is: **$21.00**   **$21.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                   Case number (if known) _____
          Name

| 2.5003 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $254.00 | $254.00 |

**Korey Stevanovic**
**115 W Bessemer Ave**
**Greensboro, NC 27401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5004 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.00 | $62.00 |

**Korn Wongsarochana**
**15 Hunts Mill Road**
**Clinton, NJ 08809**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5005 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |

**Koski Justin**
**767 S Pine St**
**Ishpeming, MI 49849**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5006 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.00 | $55.00 |

**Krenar Havolli**
**2939 Ocean Ave Apt 1a**
**Brooklyn, NY 11235**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

| | | |
|---|---|---|
| 2.5007 | Priority creditor's name and mailing address<br>**Kris Nielsen**<br>**901 W 9th St Apt 1003**<br>**Austin, TX 78703** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **$30.00**   **$30.00**

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.5008   Priority creditor's name and mailing address   **$187.00**   **$187.00**
**Kris Springer**
**733 Fitzlee St**
**Glasgow, VA 24555**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.5009   Priority creditor's name and mailing address   **$78.00**   **$78.00**
**Kris Tucker**
**6955 SW 148th Lane**
**Davie, FL 33331**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.5010   Priority creditor's name and mailing address   **$19.00**   **$19.00**
**Krista Kaegbein**
**2206 Lucas Ave Unit 312**
**Saint Louis, MO 63103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

| | | |
|---|---|---|
| 2.5011 | Priority creditor's name and mailing address<br>**Kristan Watson**<br>**906 Date St**<br>**Las Vegas, NV 89108** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,194.00** | **$1,194.00** |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.5012 | Priority creditor's name and mailing address
**Kristen Anderson**
**4803 Abbott Ave, Dallas, Tx, Usa**
**Dallas, TX 75205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$331.00**    **$331.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.5013 | Priority creditor's name and mailing address
**Kristen Brandimarte**
**14 Sharon Drive**
**Ocean, NJ 07712**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$156.00**    **$156.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.5014 | Priority creditor's name and mailing address
**Kristen Brockman**
**8245 Crestridge Road**
**Fairfax Station, VA 22039**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$87.00**    **$87.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $316.00 | $316.00 |
|---|---|---|---|---|
| 2.5015 | **Kristen Devito**<br>**11 Greenview Drive**<br>**Chesterfield, NJ 08515** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|
| 2.5016 | **Kristen Doris**<br>**78 Trafford Street**<br>**Shrewsbury, NJ 07702** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $640.00 | $640.00 |
|---|---|---|---|---|
| 2.5017 | **Kristen Gerace**<br>**8816 Eldora St**<br>**Arvada, CO 80007** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $322.00 | $322.00 |
|---|---|---|---|---|
| 2.5018 | **Kristen Jaeger**<br>**111 Strong Rd**<br>**Southampton, MA 01073** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.5019 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 $30.00 |

**2.5019** Priority creditor's name and mailing address
**Kristen Onyon**
**2 Michelangelo Dr**
**Clifton Park, NY 12065**

As of the petition filing date, the claim is: $30.00  $30.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5020** Priority creditor's name and mailing address
**Kristen Sharrett**
**2035 Overbrook Rd**
**Lynchburg, VA 24501**

As of the petition filing date, the claim is: $70.00  $70.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5021** Priority creditor's name and mailing address
**Kristen Ybarra**
**400 S Broadway Ave Ste 102**
**Tyler, TX 75702**

As of the petition filing date, the claim is: $150.00  $150.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5022** Priority creditor's name and mailing address
**Kristi Cole**
**10455 N Central Expy**
**Dallas, TX 75231**

As of the petition filing date, the claim is: $26.00  $26.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|--------|-------------------------------|------------------------|--|
| | Name | | |

| 2.5023 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $945.00 | $945.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Kristi Perdue**
**4111 Pinemist Ln Nw**
**Kennesaw, GA 30144**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5024 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $884.00 | $884.00 |

**Kristi Ruble**
**2229 San Felipe St Ste 1075**
**Houston, TX 77019**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5025 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.00 | $27.00 |

**Kristi Vanoy**
**475 K St Nw Unit 721**
**Washington, DC 20001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5026 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,028.00 | $1,028.00 |

**Kristian Marioni**
**950 Country Club Ln**
**Sonoma, CA 95476**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.5027 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $279.00 | $279.00 |
|---|---|---|---|---|

**Kristiane Koontz**
**17393 Se Cougar Mountain Dr**
**Bellevue, WA 98006**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5028 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |
|---|---|---|---|---|

**Kristie Butler**
**5 Leland Rd**
**Edison, NJ 08817**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5029 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Kristin Albert**
**235 Claremont Avenue**
**101**
**San Antonio, TX 78209**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5030 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.00 | $240.00 |
|---|---|---|---|---|

**Kristin Dukes**
**1047 Wharf Way Se**
**Townsend, GA 31331**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
　　　Name

Case number _(if known)_ _____

| 2.5031 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |
|---|---|---|---|---|

**Kristin Hanson**
**1346 W Webster Ave Apt 2f**
**Chicago, IL 60614**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.5032 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $111.00 | $111.00 |
|---|---|---|---|---|

**Kristin Keranen**
**2014 Fairview Ave Apt 3105**
**Seattle, WA 98121**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.5033 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $499.00 | $499.00 |
|---|---|---|---|---|

**Kristin Kober**
**1613 Rushing Stream Ct**
**Forest Hill, MD 21050**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.5034 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.00 | $125.00 |
|---|---|---|---|---|

**Kristin Lindsay**
**176 Scenic Ridge Dr**
**Hummelstown, PA 17036**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor    **Phoeno Wine Company, Inc.**

_____    Case number (if known) _____

Name

| 2.5035 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.00 | $119.00 |

**Kristin Macgregor**
**16 Sheppards Way**
**Ipswich, MA 01938**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5036 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |

**Kristin Merritt**
**31972 Golden Willow Court**
**Winchester, CA 92596**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5037 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $657.00 | $657.00 |

**Kristin Pasternak**
**309 Camino Bravado**
**San Clemente, CA 92673**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5038 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $254.00 | $254.00 |

**Kristin Smith**
**2956 Quail Creek Road**
**Oklahoma City, OK 73120**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.5039 | Priority creditor's name and mailing address<br>**Kristin Solberg**<br>**111 10th St Unit 501**<br>**Des Moines, IA 50309** | As of the petition filing date, the claim is: $71.00   $71.00<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.5040 | Priority creditor's name and mailing address<br>**Kristin Walker**<br>**253 E Jefferson St**<br>**Charlottesville, VA 22902** | As of the petition filing date, the claim is: $63.00   $63.00<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.5041 | Priority creditor's name and mailing address<br>**Kristina Lee**<br>**767 California Dr**<br>**Claremont, CA 91711** | As of the petition filing date, the claim is: $54.00   $54.00<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.5042 | Priority creditor's name and mailing address<br>**Kristina Lindseyhall**<br>**1024 N Parkview Pl**<br>**Baton Rouge, LA 70815** | As of the petition filing date, the claim is: $130.00   $130.00<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

| 2.5043 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.00 | $66.00 |

**Kristina Stcharles**
**1 E Schiller St**
**Apt 11a**
**Chicago, IL 60610**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5044 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,298.00 | $1,298.00 |

**Kristina Vieni**
**118 Minuteman Ln**
**Lackawaxen, PA 18435**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5045 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $230.00 | $230.00 |

**Kristina Wiley**
**108 Sonnier Rd**
**Carencro, LA 70520**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5046 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $475.00 | $475.00 |

**Kristine Carter**
**29581 Michelis St**
**Laguna Niguel, CA 92677**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | |
|---|---|
| Debtor | **Phoeno Wine Company, Inc.** |
| | Name |

Case number *(if known)* _____

---

| 2.5047 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $217.00 | $217.00 |

**Kristine Hatcher**
**1733 Wayne St**
**1733**
**South Bend, IN 46615**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.5048 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.00 | $110.00 |

**Kristine Larsen**
**2212 Sacramento St Apt A**
**Berkeley, CA 94702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.5049 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Kristine Martin**
**5213 Lawn Ave**
**Western Springs, IL 60558**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.5050 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.00 | $22.00 |

**Kristine Rose**
**5405 Bandera Rd Ste 119**
**Agv2407-1**
**San Antonio, TX 78238**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.5051 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $108.00 | $108.00 |
|---|---|---|---|---|

**Kristy Murphy**
**69 Andrew Dr**
**Canton, CT 06019**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.5052 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Kristy Rempel**
**9200 World Cup Way**
**Frisco, TX 75033**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.5053 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.00 | $210.00 |
|---|---|---|---|---|

**Kristy Wu**
**1042 La Presa Dr**
**Pasadena, CA 91107**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.5054 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |
|---|---|---|---|---|

**Kristy Yankee**
**12 Vandoorn Ave**
**Foxboro, MA 02035**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| 2.5055 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $157.00 | $157.00 |

**Kryla Gonzales**
**877 W Belmont Red Trail**
**San Tan Valley, AZ 85143**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5056 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Krysta Fuoco**
**2697 Tecumseh Dr**
**West Palm Beach, FL 33409**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5057 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |

**Kuntal Avashia**
**106 Chestnut St**
**Garden City, NY 11530**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5058 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.00 | $34.00 |

**Kurt Baraniecki**
**21318 Lochmere Ln**
**Katy, TX 77450**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.5059 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $164.00 | $164.00 |

**Kurt Chamberlin**
**133 Gibson Rd**
**Bristol, RI 02809**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5060 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $885.00 | $885.00 |

**Kurt Fankhauser**
**600 N Long Beach Rd**
**Rockville Centre, NY 11570**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5061 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |

**Kurt Howard**
**817 S. 33rd St.**
**Omaha, NE 68105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5062 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |

**Kurt Kresge**
**9 Spring Hollow Rd**
**Wayne, PA 19087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.5063 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $76.00 | $76.00 |
|---|---|---|---|---|

**Kurt Misialek**
**111 Anderson Farm Rd**
**Phoenixville, PA 19460**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5064 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.00 | $48.00 |
|---|---|---|---|---|

**Kurtess Mortensen**
**400 Venus Rd**
**Durant, OK 74701**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5065 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $158.00 | $158.00 |
|---|---|---|---|---|

**Kwan Cheung**
**290 Long Hill Dr**
**Short Hills, NJ 07078**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5066 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,352.00 | $1,352.00 |
|---|---|---|---|---|

**Kyla Woodzell**
**345 S Church St**
**Smithfield, VA 23430**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 2.5067 | Priority creditor's name and mailing address<br>**Kyle Apanaschik**<br>**1 Park Ln Unit 408**<br>**Boston, MA 02210** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

$29.00   $29.00

---

| | | |
|---|---|---|
| 2.5068 | Priority creditor's name and mailing address<br>**Kyle Auslander**<br>**7755 Irvine Center Dr # 3**<br>**Irvine, CA 92618** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

$19.00   $19.00

---

| | | |
|---|---|---|
| 2.5069 | Priority creditor's name and mailing address<br>**Kyle Berger**<br>**1205 N Garland Rd**<br>**Wauconda, IL 60084** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

$222.00   $222.00

---

| | | |
|---|---|---|
| 2.5070 | Priority creditor's name and mailing address<br>**Kyle Brannon**<br>**12719 S 4th St**<br>**Jenks, OK 74037** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

$110.00   $110.00

---

| | |
|---|---|
| Debtor | **Phoeno Wine Company, Inc.** |
| | Name |

Case number (if known) _____

---

| 2.5071 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Kyle Claborn**
**1622 Villanova Dr**
**Richardson, TX 75081**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5072 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|

**Kyle Cooper**
**111 Main St**
**Branson, CO 81027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5073 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $525.00 | $525.00 |
|---|---|---|---|---|

**Kyle Dehne**
**861 William St**
**Plymouth, MI 48170**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5074 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $149.00 | $149.00 |
|---|---|---|---|---|

**Kyle Dewitt**
**26 Oak Creek Dr**
**South Burlington, VT 05403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.5075 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |
|---|---|---|---|---|

**Kyle Doyle**
**1902 Marshallfield Ln Unit A**
**Redondo Beach, CA 90278**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5076 | Priority creditor's name and mailing address | | $50.00 | $50.00 |
|---|---|---|---|---|

**Kyle Foley**
**160 Windermere Ave Apt 4703**
**Ellington, CT 06029**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5077 | Priority creditor's name and mailing address | | $88.00 | $88.00 |
|---|---|---|---|---|

**Kyle Hansen**
**612 Trailhead Dr**
**Southlake, TX 76092**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5078 | Priority creditor's name and mailing address | | $235.00 | $235.00 |
|---|---|---|---|---|

**Kyle Heinz**
**3829 Camino Del Vara**
**Sierra Vista, AZ 85650**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

| | | |
|---|---|---|
| 2.5079 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.00 | $52.00 |

**Kyle Johnson**
**3524 Wilshire Ter**
**San Diego, CA 92104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

$52.00    $52.00

---

2.5080 Priority creditor's name and mailing address

**Kyle Kauth**
**40 Woodside Drive**
**Howell, NJ 07731**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

$35.00    $35.00

---

2.5081 Priority creditor's name and mailing address

**Kyle Kolberg**
**10850 W Park Pl St 300**
**Milwaukee, WI 53224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

$230.00    $230.00

---

2.5082 Priority creditor's name and mailing address

**Kyle Mcnatt**
**43599 W Knauss Dr**
**Maricopa, AZ 85138**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

$135.00    $135.00

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
|--------|-------------------------------|--|------------------------|--|
| | Name | | | |

---

| 2.5083 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.00 | $34.00 |
|--------|----------------------------------------------|-----------------------------------------------|--------|--------|

**Kyle Moore**
**1371 Parkway Dr**
**Saint Clair, MO 63077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5084 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|--------|----------------------------------------------|-----------------------------------------------|--------|--------|

**Kyle Nord**
**375 S Jackson St. Apt 508**
**Denver, CO 80209**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5085 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $247.00 | $247.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Kyle Oconnell**
**5284 Applebaugh St Unit 1b**
**Dublin, OH 43016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5086 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $309.00 | $309.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Kyle Palmer**
**1780 Lucy Ridge Ct**
**Chanhassen, MN 55317**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor   **Phoeno Wine Company, Inc.**                                Case number *(if known)* _____
         _____
         Name

| | | |
|---|---|---|

**2.5087**  Priority creditor's name and mailing address

**Kyle Pilkington**
**108 John Scott Ln**
**North Kingstown, RI 02852**

As of the petition filing date, the claim is:     **$15.00**     **$15.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     Basis for the claim:
_____        **Deficit Customer**

Last 4 digits of account number ___     Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)   ☐ Yes

---

**2.5088**  Priority creditor's name and mailing address

**Kyle Plocharczyk**
**89 Riverdale Ave**
**Bradford, MA 01835**

As of the petition filing date, the claim is:     **$34.00**     **$34.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     Basis for the claim:
_____        **Deficit Customer**

Last 4 digits of account number ___     Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)   ☐ Yes

---

**2.5089**  Priority creditor's name and mailing address

**Kyle Priest**
**1604 Cottonwood Valley Cir N**
**Irving, TX 75038**

As of the petition filing date, the claim is:     **$64.00**     **$64.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     Basis for the claim:
_____        **Deficit Customer**

Last 4 digits of account number ___     Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)   ☐ Yes

---

**2.5090**  Priority creditor's name and mailing address

**Kyle Sarausky**
**1 Batchelder St**
**Laconia, NH 03246**

As of the petition filing date, the claim is:     **$1,362.00**     **$1,362.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     Basis for the claim:
_____        **Deficit Customer**

Last 4 digits of account number ___     Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)   ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 2.5091 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.00 | $95.00 |
|---|---|---|---|---|

**Kyle Shinaberry**
**31207 Lakeview Blvd Apt.2210**
**Wixom, MI 48393**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5092 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $593.00 | $593.00 |
|---|---|---|---|---|

**Kyle Smith**
**1312 Somerset Lane**
**Rockwall, TX 75032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5093 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Kyle Stetsom**
**2108 9th Ave N**
**Nashville, TN 37208**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5094 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.00 | $49.00 |
|---|---|---|---|---|

**Kyle Struthers**
**29840 Southwell Ln**
**Wesley Chapel, FL 33543**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.5095** | Priority creditor's name and mailing address

**Kyle Sullivan**
**2557 Napa Valley Corporate Dr Ste D**
**Napa, CA 94558**

As of the petition filing date, the claim is:          $884.00          $884.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5096** | Priority creditor's name and mailing address

**Kyle Weber**
**100 S. Eudora St.**
**Denver, CO 80246**

As of the petition filing date, the claim is:          $29.00          $29.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5097** | Priority creditor's name and mailing address

**Kylie Adamson**
**216 Lorraine Dr**
**Corpus Christi, TX 78411**

As of the petition filing date, the claim is:          $439.00          $439.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5098** | Priority creditor's name and mailing address

**Kylie Riser**
**1049 Ashe St**
**Davidsonville, MD 21035**

As of the petition filing date, the claim is:          $72.00          $72.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.5099 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |
|---|---|---|---|---|
| | **Kyra Stockton**<br>**126 Montana Dr**<br>**Danville, CA 94526** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.5100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $139.00 | $139.00 |
|---|---|---|---|---|
| | **Laena Romond**<br>**60 Mountainview Drive**<br>**Brookfield, CT 06804** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.5101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|
| | **Lam Nguyen**<br>**2352 Kelbrook Ct**<br>**Oviedo, FL 32765** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.5102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $818.00 | $818.00 |
|---|---|---|---|---|
| | **Lana Nystrom**<br>**4644 Tivoli St**<br>**San Diego, CA 92107** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Debtor **Phoeno Wine Company, Inc.** _____   Case number *(if known)* _____
      Name

| 2.5103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $393.00 | $393.00 |
|---|---|---|---|---|

**Lance Heft**
**690 Enterprise Dr**
**International Tube**
**Royersford, PA 19468**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,827.00 | $3,350.00 |
|---|---|---|---|---|

**Lance Kaji**
**155 S Clinton Ave**
**Lindenhurst, NY 11757**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |
|---|---|---|---|---|

**Lance Kesselring**
**11810 Hardscrabble Trl**
**Roswell, GA 30075**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $292.00 | $292.00 |
|---|---|---|---|---|

**Lance Lahr**
**1118 Mason Drive**
**Downingtown, PA 19335**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.5107 | Priority creditor's name and mailing address<br>**Lance Lundvall**<br>**2522 Irving Place**<br>**Billings, MT 59102** | As of the petition filing date, the claim is: **$306.00**   **$306.00**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☒ No
☐ Yes

| | | |
|---|---|---|
| 2.5108 | Priority creditor's name and mailing address<br>**Lance Mccollough**<br>**7442 Skygazer St**<br>**Castle Pines, CO 80108** | As of the petition filing date, the claim is: **$96.00**   **$96.00**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☒ No
☐ Yes

| | | |
|---|---|---|
| 2.5109 | Priority creditor's name and mailing address<br>**Lance Strickland**<br>**5004 Dickson St Apt 3**<br>**Houston, TX 77007** | As of the petition filing date, the claim is: **$105.00**   **$105.00**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☒ No
☐ Yes

| | | |
|---|---|---|
| 2.5110 | Priority creditor's name and mailing address<br>**Lance Williams**<br>**307 Culver Blvd**<br>**Los Angeles, CA 90293** | As of the petition filing date, the claim is: **$170.00**   **$170.00**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☒ No
☐ Yes

Debtor  **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 2.5111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |

**Lance Young**
**12402 Rip Van Winkle Dr**
**Houston, TX 77024**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |

**Landis Wood**
**9225 Hightower Oak St**
**Huntersville, NC 28078**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $326.00 | $326.00 |

**Landon White**
**8350 Meadow Rd Ste 262**
**Dallas, TX 75231**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $129.00 | $129.00 |

**Lane Hite**
**4740 20th Rd N Unit 4204**
**Arlington, VA 22207**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

| | | |
|---|---|---|
| 2.5115 | Priority creditor's name and mailing address | |

**Lane Roberts**
**12937 Se 31st Ave**
**Portland, OR 97222**

As of the petition filing date, the claim is: **$358.00** **$358.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)    ■ No
☐ Yes

---

| 2.5116 | Priority creditor's name and mailing address | |
|---|---|---|

**Lane Toler**
**9252 E Broadway Rd Lot 45**
**Mesa, AZ 85208**

As of the petition filing date, the claim is: **$35.00** **$35.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)    ■ No
☐ Yes

---

| 2.5117 | Priority creditor's name and mailing address | |
|---|---|---|

**Lanette Ramey**
**2822 Crawford St**
**Houston, TX 77004**

As of the petition filing date, the claim is: **$17.00** **$17.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)    ■ No
☐ Yes

---

| 2.5118 | Priority creditor's name and mailing address | |
|---|---|---|

**Lani Bertino**
**1812 Gallagher Ct Nw**
**Olympia, WA 98502**

As of the petition filing date, the claim is: **$1,056.00** **$1,056.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)    ■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 2.5119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.5119** Priority creditor's name and mailing address

**Lanny Armstrong**
**5930 Bogie Eay**
**Pasadena, TX 77505**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$250.00    $250.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5120** Priority creditor's name and mailing address

**Lany Facella**
**31 Mayflower St Apt 3**
**Plymouth, MA 02360**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$61.00    $61.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5121** Priority creditor's name and mailing address

**Lara Farnham**
**207 Wayne Ave**
**Oakland, CA 94606**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$106.00    $106.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5122** Priority creditor's name and mailing address

**Larissa Barber**
**13648 Marsh Harbor Dr N**
**Jacksonville, FL 32225**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$19.00    $19.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| 2.5123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $139.00 | $139.00 |
|---|---|---|---|---|

**Larissa Ford**
**71 Mc Coord Woods Dr**
**Fairport, NY 14450**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $139.00 | $139.00 |
|---|---|---|---|---|

**Larry Boyd**
**718 Rockwood Lane**
**Tryon, NC 28782**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $228.00 | $228.00 |
|---|---|---|---|---|

**Larry Buchanan**
**6188 Private Road 3355**
**Buffalo, TX 75831**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |
|---|---|---|---|---|

**Larry Campbell**
**16207 Cayenne Ridge Road**
**San Diego, CA 92127**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.5127 | Priority creditor's name and mailing address<br>**Larry Curtin**<br>**3002 Golden Eagle Dr E**<br>**Tallahassee, FL 32312** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$29.00**  **$29.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.5128 | Priority creditor's name and mailing address<br>**Larry Debower**<br>**408 Windwood Ct**<br>**Gate 1229**<br>**Mckinney, TX 75071** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$29.00**  **$29.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.5129 | Priority creditor's name and mailing address<br>**Larry Freitas**<br>**7625 Sunrise Blvd Ste 101**<br>**Citrus Heights, CA 95610** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$44.00**  **$44.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.5130 | Priority creditor's name and mailing address<br>**Larry Gorski**<br>**2191 Avalon Dr**<br>**Buffalo Grove, IL 60089** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,178.00**  **$1,178.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known) _____

Name

---

| 2.5131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.00 | $68.00 |
|---|---|---|---|---|

**Larry Hance**
**6946 Sperry St**
**Dallas, TX 75214**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,136.00 | $1,136.00 |
|---|---|---|---|---|

**Larry Hanig**
**21 Birch Rd**
**Mahwah, NJ 07430**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Larry Hartman**
**4242 Gigling Road**
**Seaside, CA 93955**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $141.00 | $141.00 |
|---|---|---|---|---|

**Larry Rau**
**5000 W 149 Th St**
**Leawood, KS 66224**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)* _____

| 2.5135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $667.00 | $667.00 |
|---|---|---|---|---|

**Larry Riordan**
**8349 Trumbull Ave**
**Skokie, IL 60076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $276.00 | $276.00 |
|---|---|---|---|---|

**Larry Rubin**
**88 Toledo St**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $583.00 | $583.00 |
|---|---|---|---|---|

**Larry Sahr**
**33 SWeetmans Ln**
**Manalapan, NJ 07726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $181.00 | $181.00 |
|---|---|---|---|---|

**Larry Schofield**
**6441 Snuffbox Terrace**
**Columbia, MD 21044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor   **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
                 Name

| 2.5139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.00 | $26.00 |

**Larry Stewart**
**5652 Montreaux Drive**
**Frisco, TX 75034**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5140 | Priority creditor's name and mailing address | | $1,039.00 | $1,039.00 |

**Larry Wiese**
**604 Brazos St**
**Attn: Larry Wiese Guest**
**Austin, TX 78701**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5141 | Priority creditor's name and mailing address | | $22.00 | $22.00 |

**Larry Wright**
**1133 Mccrory Cir**
**Gallatin, TN 37066**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5142 | Priority creditor's name and mailing address | | $29.00 | $29.00 |

**Larry Zwakenberg**
**31232 Island Dr**
**Evergreen, CO 80439**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 2.5143 | Priority creditor's name and mailing address | |

**2.5143** Priority creditor's name and mailing address

**Lars Koerkemeier**
**5219 Craner Ave**
**North Hollywood, CA 91601**

As of the petition filing date, the claim is:         $113.00    $113.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.5144** Priority creditor's name and mailing address

**Lasse Hamre**
**4060 Errante Dr**
**El Dorado Hills, CA 95762**

As of the petition filing date, the claim is:          $34.00     $34.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.5145** Priority creditor's name and mailing address

**Latonia Cooper**
**3114 Five Oaks Dr**
**Missouri City, TX 77459**

As of the petition filing date, the claim is:         $272.00    $272.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.5146** Priority creditor's name and mailing address

**Laura Arrufat**
**7951 NE Bayshore Ct Apt E202**
**Miami, FL 33138**

As of the petition filing date, the claim is:          $52.00     $52.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**         Case number *(if known)*
_____
Name

---

| 2.5147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,194.00 | $1,194.00 |
|---|---|---|---|---|

**Laura Boomer**
**2103 Grove Ave**
**Richmond, VA 23220**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |
|---|---|---|---|---|

**Laura Brillanti**
**488 4th Ave Apt 4**
**Brooklyn, NY 11215**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $344.00 | $344.00 |
|---|---|---|---|---|

**Laura Carr**
**409 Water Bridge Dr**
**Lewisville, TX 75056**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.00 | $110.00 |
|---|---|---|---|---|

**Laura Carson**
**2899 State Route 65**
**Mc Clure, OH 43534**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.5151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $207.00 | $207.00 |
|---|---|---|---|---|

**Laura Cobb**
**17154 Lanark Street**
**Lake Balboa, CA 91406**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.00 | $34.00 |
|---|---|---|---|---|

**Laura Farhat**
**393 Center St Unit 115**
**Bldg E**
**Auburn, ME 04210**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Laura Flynn**
**151 Chicago Ave**
**Clarendon Hills, IL 60514**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $230.00 | $230.00 |
|---|---|---|---|---|

**Laura Fraser**
**1440 Waller St**
**San Francisco, CA 94117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

Debtor   **Phoeno Wine Company, Inc.**                                        Case number *(if known)* _____

Name

| 2.5155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.00 | $21.00 |
|---|---|---|---|---|

**Laura Holden**
**1279 Smith Ridge Rd**
**New Canaan, CT 06840**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.00 | $34.00 |
|---|---|---|---|---|

**Laura Hoyt**
**42472 Lennox Ct**
**South Riding, VA 20152**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $86.00 | $86.00 |
|---|---|---|---|---|

**Laura Klein**
**5205 Sunset Walk Lane**
**Holly Springs, NC 27540**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.00 | $98.00 |
|---|---|---|---|---|

**Laura Lacourse**
**3293 Hampton Ridge Dr NE**
**Marietta, GA 30066**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 2.5159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.5159** Priority creditor's name and mailing address

**Laura Pence**
**3705 Brookside Rd**
**Richmond, VA 23225**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$705.00     $705.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.5160** Priority creditor's name and mailing address

**Laura Powers**
**6427 Tulipwood Lane**
**Jamesville, NY 13078**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$404.00     $404.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.5161** Priority creditor's name and mailing address

**Laura Reighard**
**4040 N Mozart St**
**Unit 3**
**Chicago, IA 60010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$27.00     $27.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.5162** Priority creditor's name and mailing address

**Laura Robinson**
**1271 Marian Way**
**Sacramento, CA 95818**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$241.00     $241.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.5163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.00 | $55.00 |
|---|---|---|---|---|

**Laura Rose**
**8464 Doar Rd**
**Awendaw, SC 29429**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.00 | $17.00 |
|---|---|---|---|---|

**Laura Schnaufer**
**15672 Sacile Ln**
**Bradenton, FL 34211**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $408.00 | $408.00 |
|---|---|---|---|---|

**Laura Scofield**
**9260 Se Wyndham Way**
**Happy Valley, OR 97086**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |
|---|---|---|---|---|

**Laura Vargas**
**27 Amherst Dr**
**Basking Ridge, NJ 07920**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____

_____
Name

| 2.5167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Laura Voigt**
**228 Roberts Rd**
**Inverness, IL 60010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.00 | $88.00 |
|---|---|---|---|---|

**Laurel Riley**
**4310 Lealand Ln**
**Nashville, TN 37204**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |
|---|---|---|---|---|

**Lauren Angelini**
**96 Sowers Dr**
**Hackettstown, NJ 07840**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,123.00 | $1,123.00 |
|---|---|---|---|---|

**Lauren Antonino**
**1223 Rainbow Dr**
**Silverthorne, CO 80498**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.5171 | Priority creditor's name and mailing address **Lauren Beth 7752 E. Nassau Ave Denver, CO 80237** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |

As of the petition filing date, the claim is: **$234.00    $234.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

☐ No
☐ Yes

---

| 2.5172 | Priority creditor's name and mailing address **Lauren Burgeson 31 E 31st St Apt 6g New York, NY 10016** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$19.00    $19.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5173 | Priority creditor's name and mailing address **Lauren Callaway 4040 Avondale Ave. Unit 408 Dallas, TX 75219** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$450.00    $450.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5174 | Priority creditor's name and mailing address **Lauren Carter 1341 Weber St Alameda, CA 94501** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$39.00    $39.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor    **Phoeno Wine Company, Inc.**                        Case number (if known) _____
_____
Name

| 2.5175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |

**Lauren Clement
3332 Milton Ave
Dallas, TX 75205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |

**Lauren Curler
12116 Ocean Promenade Apt 4h
Rockaway Park, NY 11694**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.00 | $62.00 |

**Lauren Delano
85 Middle St
Bankgloucester/ Residential Loan
Buildin
Gloucester, MA 01930**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |

**Lauren Doughty
11500 Foster St
Overland Park, KS 66210**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**                                 Case number (if known) _____
_____
Name

| 2.5179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**Lauren Halvorson**
**7350 Van Dusen Rd Ste 250**
**Laurel, MD 20707**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5180 | Priority creditor's name and mailing address | | $71.00 | $71.00 |
|---|---|---|---|---|

**Lauren Hersh**
**23 Fernwood Rd**
**Summit, NJ 07901**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5181 | Priority creditor's name and mailing address | | $161.00 | $161.00 |
|---|---|---|---|---|

**Lauren Jacobson**
**123 Broadway Apt 127**
**Seattle, WA 98122**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5182 | Priority creditor's name and mailing address | | $29.00 | $29.00 |
|---|---|---|---|---|

**Lauren Kennedy**
**150 Page St Apt 43**
**San Francisco, CA 94102**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 2.5183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |

**Lauren King**
**2009 Belmont Ln Unit A**
**Redondo Beach, CA 90278**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

---

| 2.5184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |

**Lauren Loustaunau**
**2681 Granite Creek Rd**
**Scotts Valley, CA 95066**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

---

| 2.5185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $131.00 | $131.00 |

**Lauren M**
**19374 Blue Pond Dr**
**Lutz, FL 33558**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

---

| 2.5186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.00 | $78.00 |

**Lauren Mayhew**
**1055 W 24th St**
**Houston, TX 77008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.5187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |
|---|---|---|---|---|

**Lauren Moore**
**67 Yarmouth Rd**
**Wellesley, MA 02481**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.5188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.00 | $41.00 |
|---|---|---|---|---|

**Lauren Raiman**
**2060 Hilltop Rd**
**Hoffman Estates, IL 60169**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.5189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Lauren Root**
**252 Corby Place**
**Castle Pines, CO 80108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.5190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.00 | $65.00 |
|---|---|---|---|---|

**Lauren Sawyer**
**3708 Beechwood Pl**
**Riverside, CA 92506**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

Debtor    **Phoeno Wine Company, Inc.**    Case number *(if known)* _____
_____
Name

---

| 2.5191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17.00 | $17.00 |

**Lauren Suchy**
**1040 Eve Dr**
**Apt K**
**Pittsburgh, PA 15216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $309.00 | $309.00 |

**Lauren Trull**
**2114 Allen Ave**
**Saint Louis, MO 63104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38.00 | $38.00 |

**Lauren Watts**
**1628 San Luis Rd**
**Walnut Creek, CA 94597**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56.00 | $56.00 |

**Laurence Castelli**
**13716 New Hampshire Ave Apt 418**
**Silver Spring, MD 20904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_    _____

| 2.5195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$28.00** | **$28.00** |

Priority creditor's name and mailing address
**Laurence Cochrane**
**30 Greensward Rd**
**Mashpee, MA 02649**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
☑ No
☐ Yes

---

| 2.5196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$19.00** | **$19.00** |

Priority creditor's name and mailing address
**Laurence Friedman**
**2867 Torrington Rd**
**Shaker Heights, OH 44122**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
☑ No
☐ Yes

---

| 2.5197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$60.00** | **$60.00** |

Priority creditor's name and mailing address
**Laurence Howerton**
**1014 Delmar St**
**San Marcos, TX 78666**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
☑ No
☐ Yes

---

| 2.5198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$72.00** | **$72.00** |

Priority creditor's name and mailing address
**Laurey Harrison**
**1712 Breckenridge Drive**
**Branchburg, NJ 08876**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
☑ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.5199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $262.00 | $262.00 |

**Laurie Bates**
**5509 Asbury Dr**
**River Oaks, TX 76114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $537.00 | $537.00 |

**Laurie Daniel**
**1326 Duplin Rd**
**Raleigh, NC 27607**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |

**Laurie Reece**
**4993 Forge Creek Rd**
**Mountain City, TN 37683**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |

**Laurie Sexton**
**6303 Cedar Springs Rd**
**Dallas, TX 75235**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| | | |
|---|---|---|
| 2.5203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.00 | $63.00 |

**2.5203**

Priority creditor's name and mailing address
**Laurie Villa**
**3040 N Ocean Blvd Unit 106**
**Fort Lauderdale, FL 33308**

As of the petition filing date, the claim is: $63.00    $63.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5204**

Priority creditor's name and mailing address
**Lawrence Field**
**264 Everett St**
**Sharon, MA 02067**

As of the petition filing date, the claim is: $441.00    $441.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5205**

Priority creditor's name and mailing address
**Lawrence Greene**
**5301 E 35th Ave**
**Denver, CO 80207**

As of the petition filing date, the claim is: $320.00    $320.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5206**

Priority creditor's name and mailing address
**Lawrence Meinert**
**1040 NE Creston Ln**
**Pullman, WA 99163**

As of the petition filing date, the claim is: $387.00    $387.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.5207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.00 | $34.00 |
|---|---|---|---|---|

**Lawrence Prince**
**755 Arlington Rd.**
**Redwood City, CA 94062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $135.00 | $135.00 |
|---|---|---|---|---|

**Lawrence Richardson**
**1923 W Wabansia Ave**
**Chicago, IL 60622**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.00 | $89.00 |
|---|---|---|---|---|

**Lawrence Tucker**
**7536 Lombard Avenue**
**Gaylord, MI 49735**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.00 | $112.00 |
|---|---|---|---|---|

**Lazz Rich**
**8361 Golden Ave**
**Kings Beach, CA 96143**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.5211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.00 | $95.00 |

**Lb Lewis**
**4 Brady Ln**
**Pawling, NY 12564**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.5212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $534.00 | $534.00 |

**Le Lu**
**756 California Ave**
**Palo Alto, CA 94306**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.5213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.00 | $104.00 |

**Leah Goldman**
**202 W Brookline St Apt 1**
**Boston, MA 02118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.5214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |

**Leah Gonyeau**
**313 Summer Haven Rd Unit 313**
**Lake Ozark, MO 65049**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

| 2.5215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.00 | $47.00 |

**Leah Harrington**
**1320 N 104th St**
**Lincoln, NE 68527**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.00 | $55.00 |

**Leanne Scott**
**5311 Silverstone Ter**
**Colorado Springs, CO 80919**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,921.00 | $3,350.00 |

**Lee Carter**
**21 18th Ave Nw**
**Adult Internal Medicine**
**Hickory, NC 28601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.00 | $78.00 |

**Lee Diep**
**1103 La Cadena Ave**
**Arcadia, CA 91007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|

**2.5219** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$54.00** | **$54.00**

**Lee Domangue**
**34057 Highway 433**
**Slidell, LA 70460**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
☐ No
☐ Yes

---

**2.5220** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$30.00** | **$30.00**

**Lee Dominczak**
**12456 Clarence Center Rd**
**Akron, NY 14001**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
☐ No
☐ Yes

---

**2.5221** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$335.00** | **$335.00**

**Lee Esposito**
**4034 Crestridge Dr**
**Nashville, TN 37204**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
☐ No
☐ Yes

---

**2.5222** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$29.00** | **$29.00**

**Lee Matthews**
**4322 Wilshire Blvd Ste 200**
**Los Angeles, CA 90010**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
☐ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.5223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.5223**

Priority creditor's name and mailing address
**Lee Reighard**
**4040 N Mozart St**
**Unit 3**
**Chicago, IL 60618**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$85.00   $85.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5224**

Priority creditor's name and mailing address
**Lee Richard**
**550 W 45th St Apt 503**
**New York, NY 10036**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$33.00   $33.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5225**

Priority creditor's name and mailing address
**Leeann Poe**
**228 22nd St**
**Huntington Beach, CA 92648**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$30.00   $30.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5226**

Priority creditor's name and mailing address
**Leeann Santos**
**4 Carroll Run Ct**
**Phoenix, MD 21131**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$122.00   $122.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.5227 | Priority creditor's name and mailing address<br>**Leesa Merrill**<br>**11 Bacon Woods Dr.**<br>**Macomb, IL 61455** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **$164.00**   **$164.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.5228 Priority creditor's name and mailing address
**Leigh Herman**
**2197 Strathshire Hall Ln**
**Powell, OH 43065**

As of the petition filing date, the claim is: **$50.00**   **$50.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.5229 Priority creditor's name and mailing address
**Leigh Ronczka**
**5 Penn Rd**
**Voorhees, NJ 08043**

As of the petition filing date, the claim is: **$71.00**   **$71.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.5230 Priority creditor's name and mailing address
**Leigh Spellman**
**148 Beachview Ave**
**Santa Cruz, CA 95060**

As of the petition filing date, the claim is: **$103.00**   **$103.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|

**2.5231** | Priority creditor's name and mailing address
**Leigh Sumner**
**11115 Industriplex Blvd Ste 800**
**Baton Rouge, LA 70809**

As of the petition filing date, the claim is: $15.00   $15.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.5232** | Priority creditor's name and mailing address
**Leigh Vosseller**
**1719 San Elijo Ave**
**Cardiff, CA 92007**

As of the petition filing date, the claim is: $207.00   $207.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.5233** | Priority creditor's name and mailing address
**Leighton Callou**
**11900 Westminster Pl**
**Los Angeles, CA 90066**

As of the petition filing date, the claim is: $4,464.00   $3,350.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.5234** | Priority creditor's name and mailing address
**Leilani Taylor**
**3691 Elorduy Ln**
**Elverta, CA 95626**

As of the petition filing date, the claim is: $321.00   $321.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.5235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $582.00 | $582.00 |
|---|---|---|---|---|

**Leiv Takle**
**205 Forest Pointe Dr**
**Forsyth, GA 31029**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5236 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |
|---|---|---|---|---|

**Leland Wolf**
**10741 Coursey Blvd**
**Baton Rouge, LA 70816**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5237 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**Len Carella**
**17 Saint Andrews Ave**
**Lawrence Township, NJ 08648**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5238 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Lena Brown**
**1607 Woodrow Ave**
**Mayfield Heights, OH 44124**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

2.5239 | Priority creditor's name and mailing address
**Lenny Bambina**
**15 Christie Hill Road**
**Darien, CT 06820**

As of the petition filing date, the claim is: **$5,348.00**   **$3,350.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.5240 | Priority creditor's name and mailing address
**Lenny Talbot**
**511 Gurley St**
**Durham, NC 27701**

As of the petition filing date, the claim is: **$42.00**   **$42.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.5241 | Priority creditor's name and mailing address
**Lenora Hume**
**73525 Little Bend Trail**
**Palm Desert,, CA 92260**

As of the petition filing date, the claim is: **$109.00**   **$109.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.5242 | Priority creditor's name and mailing address
**Lenore Picariello**
**210 Curley Mill Road**
**Chalfont, PA 18914**

As of the petition filing date, the claim is: **$107.00**   **$107.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

_____
Name

| 2.5243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.00 | $83.00 |
|---|---|---|---|---|

**Leo Henkin**
**525 Buena Fortuna Cir**
**Atascadero, CA 93422**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |
|---|---|---|---|---|

**Leon Burks**
**3000 Sage Rd Apt 1131**
**Houston, TX 77056**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |
|---|---|---|---|---|

**Leon Ordonez**
**647 Edwin Ave**
**Pomona, CA 91767**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.00 | $31.00 |
|---|---|---|---|---|

**Leonard Durkin**
**3774 Planters Creek Circle West**
**Jacksonville, FL 32224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
        Name

Case number _(if known)_ _____

| | | | |
|---|---|---|---|
| 2.5247 | Priority creditor's name and mailing address<br>**Leonard Kirklin**<br>**63645 E Desert Peak Dr**<br>**Tucson, AZ 85739** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $29.00    $29.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.5248 | Priority creditor's name and mailing address<br>**Leonid Kadyshes**<br>**50 Belmont Ave**<br>**Bala Cynwyd, PA 19004** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $114.00    $114.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.5249 | Priority creditor's name and mailing address<br>**Leonid Levin**<br>**14515a Thornton Mill Rd**<br>**Sparks, MD 21152** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20.00    $20.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.5250 | Priority creditor's name and mailing address<br>**Leopoldo Vasquez**<br>**10235 Old Stagecoach Rd**<br>**Chappell Hill, TX 77426** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $173.00    $173.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| 2.5251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $579.00 | $579.00 |
|---|---|---|---|---|

**Lerae Musslewhite**
**2505 Wsw 323 Loop**
**Tyler, TX 75701**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5252 | Priority creditor's name and mailing address | | $30.00 | $30.00 |
|---|---|---|---|---|

**Lesa Lewis**
**1307 Redbourne Lane**
**Ormond Beach, FL 32174**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5253 | Priority creditor's name and mailing address | | $138.00 | $138.00 |
|---|---|---|---|---|

**Lesley Gillis**
**83 Leighton St**
**Bangor, ME 04401**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5254 | Priority creditor's name and mailing address | | $35.00 | $35.00 |
|---|---|---|---|---|

**Lesley Mann**
**326 Bigbee St**
**Na**
**Pittsburgh, PA 15211**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.5255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Lesley Swain**
**2246 Forest Hollow Park**
**Dallas, TX 75228**

As of the petition filing date, the claim is: **$30.00    $30.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Leslie Anshutz**
**756 Camino Dr**
**Santa Clara, CA 95050**

As of the petition filing date, the claim is: **$106.00    $106.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Leslie Gluck**
**8 Maple Grove Ave**
**Westport, CT 06880**

As of the petition filing date, the claim is: **$130.00    $130.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Leslie Goldman**
**2949 Arrowhead Trl**
**Park City, UT 84098**

As of the petition filing date, the claim is: **$111.00    $111.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.5259** | Priority creditor's name and mailing address

**Leslie Katz**
**5214f Diamond Heights Blvd.,**
**#536**
**San Francisco, CA 94131**

As of the petition filing date, the claim is:    **$849.00**    **$849.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5260** | Priority creditor's name and mailing address

**Leslie Lemish**
**13600 Eds Drive**
**A4s-D52**
**Herndon, VA 22066**

As of the petition filing date, the claim is:    **$120.00**    **$120.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5261** | Priority creditor's name and mailing address

**Leslie Mccullough**
**4733 Dry Creek Ln**
**Sherman, TX 75092**

As of the petition filing date, the claim is:    **$135.00**    **$135.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5262** | Priority creditor's name and mailing address

**Leslie Neustadt**
**1860 63rd St**
**Downers Grove, IL 60516**

As of the petition filing date, the claim is:    **$46.00**    **$46.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 2.5263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $116.00 | $116.00 |
|---|---|---|---|---|

**Leslie Schiller**
**30 Rock Spring Rd Unit C2**
**Stamford, CT 06906**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

☒ No
☐ Yes

---

| 2.5264 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $172.00 | $172.00 |
|---|---|---|---|---|

**Leslir Salaman**
**4210 Ingomar St Nw**
**Washington, DC 20015**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

☒ No
☐ Yes

---

| 2.5265 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**Lester Morales**
**103 Union Ave**
**Little Ferry, NJ 07643**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

☒ No
☐ Yes

---

| 2.5266 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Lewis Vinson**
**8081 Pleasant Ridge Dr**
**Midland, GA 31820**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

☒ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                              Case number *(if known)*
_____
Name

| 2.5267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,386.00 | $1,386.00 |

**Liam Ford**
**1260 Oak Circle Dr**
**Glendale, CA 91208**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.00 | $83.00 |

**Liane Mansobetton**
**1281 Baird Rd**
**Santa Rosa, CA 95409**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.00 | $34.00 |

**Lianna Kong**
**600 Clemson Dr**
**Pittsburgh, PA 15243**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.00 | $21.00 |

**Lilia Sotelo**
**3630 N Harlem Ave Apt 409**
**Chicago, IL 60634**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.5271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.00 | $115.00 |
|---|---|---|---|---|

**Lillian Cotter**
**13447 Melville Lane**
**Chantilly, VA 20151**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5272 | Priority creditor's name and mailing address | | $42.00 | $42.00 |

**Linas Paulius**
**655 Riford Rd**
**Glen Ellyn, IL 60137**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5273 | Priority creditor's name and mailing address | | $55.00 | $55.00 |

**Lincoln Phillip**
**1201 Trowbridge Rd**
**Bloomfield Hills, MI 48304**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5274 | Priority creditor's name and mailing address | | $1,258.00 | $1,258.00 |

**Lincoln Yersin**
**7219 Rea Croft Dr**
**Charlotte, NC 28226**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor  **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____

_____
Name

| 2.5275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |

**Linda Anger**
**1566 Oak Hill Trl**
**Kissimmee, FL 34747**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number ___

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.5276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |

**Linda Cantone**
**38 Taylor Dr**
**Farmingdale, NY 11735**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number ___

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.5277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $109.00 | $109.00 |

**Linda Corbo**
**86 Sundance Drive**
**Hamilton, NJ 08619**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number ___

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.5278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |

**Linda Gornitsky**
**181 Turn Of River Rd. Unit 10**
**Stamford, CT 06905**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number ___

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.5279 | Priority creditor's name and mailing address<br>**Linda Johnson**<br>**5251 W 115th Pl Unit 14**<br>**Leawood, KS 66211** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **$58.00** **$58.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.5280 Priority creditor's name and mailing address
**Linda Kinsey**
**2560 State Highway A**
**Chaffee, MO 63740**

As of the petition filing date, the claim is: **$30.00** **$30.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.5281 Priority creditor's name and mailing address
**Linda Louviere**
**710 N Hazel St**
**Sulphur, LA 70663**

As of the petition filing date, the claim is: **$28.00** **$28.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.5282 Priority creditor's name and mailing address
**Linda Michels**
**3249 Crest Rd**
**Cincinnati, OH 45251**

As of the petition filing date, the claim is: **$2,431.00** **$2,431.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* |
| | Name | |

| | | | | |
|---|---|---|---|---|
| 2.5283 | Priority creditor's name and mailing address<br>**Linda Monaco**<br>**5841 NE 20th Ave**<br>**Fort Lauderdale, FL 33308** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$83.00** | **$83.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.5284 | Priority creditor's name and mailing address<br>**Linda Richardson**<br>**4311 Kings Way NE**<br>**Marietta, GA 30067** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$33.00** | **$33.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.5285 | Priority creditor's name and mailing address<br>**Linda Root**<br>**7414 Old Compton St**<br>**Las Vegas, NV 89166** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$78.00** | **$78.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.5286 | Priority creditor's name and mailing address<br>**Linda Sasenick**<br>**1700 Port Charles Pl**<br>**Newport Beach, CA 92660** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$114.00** | **$114.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.5287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |

2.5287 | Priority creditor's name and mailing address
**Linda Schumacher**
**8519 Bay Hill Blvd**
**Orlando, FL 32819**

As of the petition filing date, the claim is:  **$50.00**   **$50.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

2.5288 | Priority creditor's name and mailing address
**Linda Turley**
**122 Hardinberry St**
**Oak Ridge, TN 37830**

As of the petition filing date, the claim is:  **$33.00**   **$33.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

2.5289 | Priority creditor's name and mailing address
**Linda Veleckisnussbaum**
**252 Hillendale Rd**
**Murphysboro, IL 62966**

As of the petition filing date, the claim is:  **$65.00**   **$65.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

2.5290 | Priority creditor's name and mailing address
**Linda Walker**
**8908 Coe Dr**
**Plain City, OH 43064**

As of the petition filing date, the claim is:  **$104.00**   **$104.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.5291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $584.00 | $584.00 |
|---|---|---|---|---|

**Linda Yanney**
**108 Beech St**
**Rockland, ME 04841**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5292 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**Linda Zeuthen**
**12578 Nw Amethyst Court**
**Portland, OR 97229**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5293 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $252.00 | $252.00 |
|---|---|---|---|---|

**Lindley Hord**
**229 Redstone Rdg**
**Cherry Hill, NJ 08034**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5294 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |
|---|---|---|---|---|

**Lindo Bradley**
**25245 Duiker Dr**
**Aldie, VA 20105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.5295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $370.00 | $370.00 |
|---|---|---|---|---|

**Lindsay Browne**
**3430 S Alameda St**
**Corpus Christi, TX 78411**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $56.00 | $56.00 |
|---|---|---|---|---|

**Lindsay Crawford**
**8413 Light Springs Dr**
**Fort Worth, TX 76131**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $40.00 | $40.00 |
|---|---|---|---|---|

**Lindsay Drea**
**10177 Station Way Apt 161**
**Lone Tree, CO 80124**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $44.00 | $44.00 |
|---|---|---|---|---|

**Lindsay Gerardi**
**23 Sherwood Road**
**Hampton Bays, NY 11946**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.5299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $430.00 | $430.00 |
|---|---|---|---|---|

**Lindsay Kubasik**
**7320 Mangrum Dr**
**Moseley, VA 23120**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.5300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.00 | $66.00 |
|---|---|---|---|---|

**Lindsay Lin**
**99 Battery Pl Apt 9n**
**New York, NY 10280**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.5301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.00 | $61.00 |
|---|---|---|---|---|

**Lindsay Probasco**
**2475 Red Hawk Pl**
**Broomfield, CO 80023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.5302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $135.00 | $135.00 |
|---|---|---|---|---|

**Lindsey Branston**
**516 New Tarleton Way**
**Greer, SC 29650**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.5303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $145.00 | $145.00 |

**Lindsey Czech**
**1001 Rainbow Rd**
**Pagosa Springs, CO 81147**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $166.00 | $166.00 |

**Lindsey Garvens**
**W380n6391 Florence Lane**
**Oconomowoc, WI 53066**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.00 | $112.00 |

**Lindsey Huberts**
**17328 Ventura Blvd # 201**
**Encino, CA 91316**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $114.00 | $114.00 |

**Lindsey Richardson**
**300 Craig Dr**
**Stephens City, VA 22655**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 2.5307 | Priority creditor's name and mailing address **Lindsey Stramara** **134 Eagle Rd** **Dillsburg, PA 17019** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $58.00 | $58.00 |
|---|---|---|---|---|

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number ____
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5308 | Priority creditor's name and mailing address **Lindy Burch** **700 Lands Way Rd** **Weatherford, TX 76087** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $181.00 | $181.00 |
|---|---|---|---|---|

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number ____
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5309 | Priority creditor's name and mailing address **Linjie Chou** **81 Suffolk Ave** **Sierra Madre, CA 91024** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $78.00 | $78.00 |
|---|---|---|---|---|

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number ____
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5310 | Priority creditor's name and mailing address **Lisa Barrington** **213 Mechanic St** **Rear Cottage** **Cape May Court House, NJ 08210** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $114.00 | $114.00 |
|---|---|---|---|---|

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number ____
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**                    Case number (if known) _____

Name

| 2.5311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |

**Lisa Berus**
**1021 Monastery St**
**Cincinnati, OH 45202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5312 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Lisa Blalock**
**445 E Boca Raton Rd**
**Boca Raton, FL 33432**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5313 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |

**Lisa Cederle**
**18370 Bluemont Village Ln**
**Bluemont, VA 20135**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5314 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.00 | $27.00 |

**Lisa Conroy**
**16 Summersweet Cir**
**Plymouth, MA 02360**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**2.5315** | Priority creditor's name and mailing address

**Lisa Davis**
**548 Eder Ave**
**Wyckoff, NJ 07481**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$148.00**  **$148.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5316** | Priority creditor's name and mailing address

**Lisa Disterheft**
**102 Tierra Berrenda Dr.**
**Hold For Lisa & Kirk**
**Roswell, NM 88201**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$6,021.00**  **$3,350.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5317** | Priority creditor's name and mailing address

**Lisa Dunn**
**55 East Paso Fino Way**
**San Tan Valley, AZ 85143**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$330.00**  **$330.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5318** | Priority creditor's name and mailing address

**Lisa Ensign**
**683 Overlook Dr**
**Glenwood Springs, CO 81601**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$203.00**  **$203.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.5319 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |

**Lisa Fullam**
**1100 County Route 54**
**Hannacroix, NY 12087**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5320 | Priority creditor's name and mailing address | | $69.00 | $69.00 |

**Lisa Gall**
**N64w38242 Lac La Belle Dr**
**Oconomowoc, WI 53066**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5321 | Priority creditor's name and mailing address | | $45.00 | $45.00 |

**Lisa Gaudioso**
**342 Paradise Vista Dr**
**Williamston, SC 29697**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5322 | Priority creditor's name and mailing address | | $57.00 | $57.00 |

**Lisa Grobar**
**9328 Cherry Ave**
**Rapid City, MI 49676**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)*

---

| 2.5323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.00 | $87.00 |

**Lisa Hauffe**
**960 N Tustin St Pmb 272**
**Orange, CA 92867**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5324 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.00 | $85.00 |

**Lisa Herndon**
**4820 Chesapeake Street Nw**
**Washington, DC 20016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5325 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |

**Lisa Kiker**
**12118 Walnut Park Xing Apt 1221**
**Austin, TX 78753**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5326 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $759.00 | $759.00 |

**Lisa Knispel**
**3574 Lexington Dr**
**Auburn Hills, MI 48326**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.5327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00   $56.00 |

2.5327 Priority creditor's name and mailing address
**Lisa Leet**
**4124 Bryn Mawr**
**Dallas, TX 75225**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$56.00   $56.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.5328 Priority creditor's name and mailing address
**Lisa Lynde**
**3130 Shane Rd**
**San Antonio, TX 78223**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$333.00   $333.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.5329 Priority creditor's name and mailing address
**Lisa Marsh**
**245 E Monastery**
**Springfield, MO 65810**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$372.00   $372.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.5330 Priority creditor's name and mailing address
**Lisa Martin**
**925 Regalo Way**
**San Ramon, CA 94583**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$174.00   $174.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.5331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 | $150.00 |

**Lisa Mehta**
**2156 Dogwood Ranch Ave**
**Henderson, NV 89052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5332 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59.00 | $59.00 |

**Lisa Miles**
**915 Mckendrie St**
**San Jose, CA 95126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5333 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70.00 | $70.00 |

**Lisa Miller**
**12385 Nw Highway 225a**
**Reddick, FL 32686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5334 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28.00 | $28.00 |

**Lisa Oflynn**
**15 Thomlinson Cir**
**Penfield, NY 14526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|--------|---|---|---|
| | Name | | |

---

| 2.5335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |
|--------|---|---|---|---|
| | **Lisa Petersen** | Check all that apply. | | |
| | **16186 Grand Cypress Dr.** | ☐ Contingent | | |
| | **Noblesville, IN 46060** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Deficit Customer** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

---

| 2.5336 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |
|--------|---|---|---|---|
| | **Lisa Phillips** | Check all that apply. | | |
| | **1434 Walnut Dr** | ☐ Contingent | | |
| | **West Dundee, IL 60118** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Deficit Customer** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

---

| 2.5337 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $118.00 | $118.00 |
|--------|---|---|---|---|
| | **Lisa Pruden** | Check all that apply. | | |
| | **818 S Steel Bridge Rd** | ☐ Contingent | | |
| | **Eatonton, GA 31024** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Deficit Customer** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

---

| 2.5338 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|--------|---|---|---|---|
| | **Lisa Quigley** | Check all that apply. | | |
| | **1211 Fristoe Ct** | ☐ Contingent | | |
| | **Forest Hill, MD 21050** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Deficit Customer** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.5339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $156.00 | $156.00 |
|---|---|---|---|---|

**Lisa Rose**
**530 Roaring Fork Court**
**Cottleville, MO 63379**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5340 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.00 | $41.00 |
|---|---|---|---|---|

**Lisa Shannon**
**4115 Winslow Rd**
**Marion, IA 52302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5341 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**Lisa Shaughnessy**
**4184 Dixie Canyon Ave.**
**Sherman Oaks, CA 91423**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5342 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |
|---|---|---|---|---|

**Lisa Sween**
**740 Old Jonas Hill Road**
**Lafayette, CA 94549**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
| | Name | | |

---

| 2.5343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $121.00 | $121.00 |
| | **Lisa Tilghman** | *Check all that apply.* | | |
| | **225 S. Clairmont Dr** | ☐ Contingent | | |
| | **Salisbury, MD 21801** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

---

| 2.5344 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $309.00 | $309.00 |
| | **Lisa Verducci** | *Check all that apply.* | | |
| | **1736 I St** | ☐ Contingent | | |
| | **Wall Township, NJ 07719** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

---

| 2.5345 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $224.00 | $224.00 |
| | **Lisa Vitale** | *Check all that apply.* | | |
| | **1914 Weeks Ave** | ☐ Contingent | | |
| | **Orlando, FL 32806** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

---

| 2.5346 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
| | **Lisa Weston** | *Check all that apply.* | | |
| | **1624 Carl Rd** | ☐ Contingent | | |
| | **Columbia, SC 29210** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 2.5347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.00 | $46.00 |
|---|---|---|---|---|

**Lisa Williams**
**4400 Rosewood Dr.**
**Midland, TX 79707**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5348 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $634.00 | $634.00 |
|---|---|---|---|---|

**Liselotte Lindgren**
**4018 Evander Dr**
**Orlando, FL 32812**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5349 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $91.00 | $91.00 |
|---|---|---|---|---|

**Lita Lubitsh-White**
**1320 Annapolis Dr**
**Anchorage, AK 99508**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5350 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $121.00 | $121.00 |
|---|---|---|---|---|

**Liz Albert**
**1329 Eudora St**
**Denver, CO 80220**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 2.5351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.5351**

Priority creditor's name and mailing address
**Liz Anderson**
**1725 Taylor St Unit 3a**
**San Francisco, CA 94133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$203.00    $203.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5352**

Priority creditor's name and mailing address
**Liz Casale**
**1915 Rodman St**
**Philadelphia, PA 19146**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$30.00    $30.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5353**

Priority creditor's name and mailing address
**Liz Hatz**
**73482 Old 6**
**Wauneta, NE 69045**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$94.00    $94.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5354**

Priority creditor's name and mailing address
**Liz Linkewitz**
**20863 Hunt Club Dr**
**Harper Woods, MI 48225**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$22.00    $22.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.5355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |
|---|---|---|---|---|

**Liz Williams**
**17020 N Hayden Rd**
**Tpc Scottsdale**
**Scottsdale, AZ 85255**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Deficit Customer** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5356 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Liza Pacheco**
**1915 Sixty Oaks Ln**
**Vero Beach, FL 32966**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Deficit Customer** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5357 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |
|---|---|---|---|---|

**Liza Zimmerman**
**820 Park St.**
**Ashland, OR 97520**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Deficit Customer** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5358 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $196.00 | $196.00 |
|---|---|---|---|---|

**Lj Klink**
**20001 W Williams Lake Road**
**Cheney, WA 99004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Deficit Customer** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                      Case number *(if known)* _____
_____
Name

| 2.5359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |

**Lloyd Ramsey**
**11013 E Renfield Ave.**
**Mesa, AZ 85212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5360 | Priority creditor's name and mailing address | | $525.00 | $525.00 |

**Lloyd Williamson**
**4781 Torrey Pines Dr**
**Medford, OR 97504**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5361 | Priority creditor's name and mailing address | | $28.00 | $28.00 |

**Logan Alten**
**1025 N Kings Rd Apt 119**
**West Hollywood, CA 90069**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5362 | Priority creditor's name and mailing address | | $20.00 | $20.00 |

**Logan Gunnell**
**220 SW 3rd St**
**Dundee, OR 97115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.5363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|

**Logan Mulvey**
**6224 Bridlewood Ln**
**Brentwood, TN 37027**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5364 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $69.00 | $69.00 |
|---|---|---|---|---|

**Logan Nicholson**
**3616 Roberts Ln**
**Arlington, VA 22207**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5365 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.00 | $18.00 |
|---|---|---|---|---|

**Lois Burnett**
**113 Ambassador Private Cir**
**Hendersonville, TN 37075**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5366 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.00 | $55.00 |
|---|---|---|---|---|

**Lois Reynolds**
**10045 Metromont Industrial Blvd**
**Ferebee Corporation - Main**
**Building**
**Charlotte, NC 28269**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 2.5367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,225.00 | $1,225.00 |

**London Younger**
**9415 East Harry Street Suite 403**
**Bldg 40**
**Wichita, KS 67207**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5368 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $568.00 | $568.00 |

**Lonnie Boudreaux**
**139 James Comeaux Rd Ste B**
**Pmb#565**
**Lafayette, LA 70508**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5369 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |

**Lordfrancisco Salinas**
**20550 Townsen Blvd Unit 101**
**Bldg 2**
**Humble, TX 77338**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5370 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $73.00 | $73.00 |

**Loreen Lepaige**
**18593 SW 93rd Ter**
**Tualatin, OR 97062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known)

| | | |
|---|---|---|
| 2.5371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.00 | $87.00 |

**2.5371** Priority creditor's name and mailing address
**Loren Carroll**
**58 S. Bells St**
**Alamo, TN 38001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$87.00    $87.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.5372** Priority creditor's name and mailing address
**Loren Graham**
**522 Anolani St**
**Honolulu, HI 96821**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$617.00    $617.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.5373** Priority creditor's name and mailing address
**Loren Manosh**
**1787 Guptil Rd**
**Waterbury Center, VT 05677**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$134.00    $134.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.5374** Priority creditor's name and mailing address
**Loren Merkle**
**1860 Se Princeton Dr**
**Grimes, IA 50111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$265.00    $265.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.5375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $287.00 | $287.00 |
|---|---|---|---|---|
| | **Loren Sprowl**<br>**8141 Aquila St Apt 335**<br>**Port Richey, FL 34668** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5376 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $388.00 | $388.00 |
|---|---|---|---|---|
| | **Lorenzo Cola**<br>**6060 N Central Expy Ste 730**<br>**Dallas, TX 75206** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5377 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51.00 | $51.00 |
|---|---|---|---|---|
| | **Lorenzo Sanchez**<br>**766 E Devon Dr**<br>**Gilbert, AZ 85296** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5378 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |
|---|---|---|---|---|
| | **Lorenzo Thione**<br>**117 W 123rd St #6d**<br>**New York, NY 10027** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 2.5379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $132.00 | $132.00 |
|---|---|---|---|---|

**Lorenzo Vanore**
**132 Spring Lake Blvd**
**Waretown, NJ 08758**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5380 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $174.00 | $174.00 |
|---|---|---|---|---|

**Lori Archambeau**
**3295 N Drinkwater Blvd Ste 6**
**Scottsdale, AZ 85251**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5381 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|

**Lori Cruse**
**4469 Hickory Shores Boulevard**
**Gulf Breeze, FL 32563**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5382 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.00 | $66.00 |
|---|---|---|---|---|

**Lori Gentile**
**20608 Middlecreek Ct**
**Potomac Falls, VA 20165**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 2.5383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $361.00 | $361.00 |
|---|---|---|---|---|

**Lori Johnson**
**27214 Trinity Bend**
**San Antonio, TX 78261**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.00 | $31.00 |
|---|---|---|---|---|

**Lori Manning**
**4703 S Loop 289**
**Lubbock, TX 79424**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $911.00 | $911.00 |
|---|---|---|---|---|

**Lori Nutter**
**6943 Stone Bridge Trl**
**Fennville, MI 49408**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.00 | $57.00 |
|---|---|---|---|---|

**Lori Porsch**
**3009 Leona Drive**
**Storm Lake, IA 50588**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____   Case number (*if known*) _____
  Name

| 2.5387 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.00 | $24.00 |
|---|---|---|---|---|

**Lori Snow**
**3102 Vista Cir**
**Macon, GA 31204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5388 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |
|---|---|---|---|---|

**Lori Swansonrodriguez**
**606 Klein Dr**
**Smithton, IL 62285**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5389 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $360.00 | $360.00 |
|---|---|---|---|---|

**Lori Vandamme**
**1224 Pumphouse Rd**
**Chippewa Falls, WI 54729**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5390 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |
|---|---|---|---|---|

**Lori Whitnell**
**2727 Revere St Apt 2031**
**Houston, TX 77098**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.5391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.00 | $26.00 |
|---|---|---|---|---|

**Lorie Beers**
**99 Maple Ave**
**Fi Freight For Fair Harbor**
**Bay Shore, NY 11706**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $133.00 | $133.00 |
|---|---|---|---|---|

**Lorin Shamos**
**2202 Plant Ave #A**
**Redondo Beach, CA 90278**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Lorne Lorneburke**
**1060 Borghese Ln Apt 302**
**Naples, FL 34114**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $109.00 | $109.00 |
|---|---|---|---|---|

**Lorraine Aubuchon**
**648 Washington St**
**Hanover, MA 02339**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
     Name

Case number (if known) _____

---

**2.5395** | Priority creditor's name and mailing address
**Lorraine Pitek**
**414 Holly Dr**
**Wyckoff, NJ 07481**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$29.00 | $29.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5396** | Priority creditor's name and mailing address
**Lorraine Pivornik**
**211 S Downing St**
**Denver, CO 80209**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$75.00 | $75.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5397** | Priority creditor's name and mailing address
**Lou Magallon**
**162 12th Ave**
**San Francisco, CA 94118**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$27.00 | $27.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5398** | Priority creditor's name and mailing address
**Louie Napoleone**
**80 Columbus Cir Apt 69b**
**New York, NY 10023**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$130.00 | $130.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.5399 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $309.00 | $309.00 |
|---|---|---|---|---|

**Louie Olive**
**7 Proclamation Ct**
**Bedford, NH 03110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)     ☐ Yes

---

| 2.5400 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |
|---|---|---|---|---|

**Louis Hengen**
**932 Clifton Road NE**
**Atlanta, GA 30307**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)     ☐ Yes

---

| 2.5401 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.00 | $64.00 |
|---|---|---|---|---|

**Louis Koff**
**9000 Cynthia St Apt 303**
**West Hollywood, CA 90069**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)     ☐ Yes

---

| 2.5402 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,257.00 | $1,257.00 |
|---|---|---|---|---|

**Louis Lorenzano**
**2263 N Trekell Rd Lot 31**
**Casa Grande, AZ 85122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)     ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
| | Name | | |

---

| 2.5403 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $93.00 | $93.00 |

**Louis Moffa**
**5536 Central Ave**
**Ocean City, NJ 08226**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5404 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,488.00 | $1,488.00 |

**Louis Ramunno**
**1019 Oriente Ave**
**Wilmington, DE 19807**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5405 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.00 | $22.00 |

**Louis Reo**
**4972 W Oakview Ct**
**Doylestown, PA 18902**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5406 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.00 | $45.00 |

**Louis Staffaroni**
**1515 Barlow Ct**
**Fremont, CA 94536**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                Case number (if known) _____
_____
Name

| 2.5407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $568.00 | $568.00 |
|---|---|---|---|---|

**Louis Zaccardi**
**1 Arcadia Pl**
**Yonkers, NY 10710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5408 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.00 | $77.00 |
|---|---|---|---|---|

**Louise Adhikari**
**1706 N Richmond St**
**Chicago, IL 60647**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5409 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.00 | $36.00 |
|---|---|---|---|---|

**Louise Willett**
**16401 Markoe Road**
**Monkton, MD 21111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5410 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Louisiana Department of Revenue**
**- Busine**
**617 N 3rd St**
**Baton Rouge, LA 70802**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**
_____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 2.5411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.00 | $22.00 |

**Lowell Caldwell**
**207 Bishop Drive**
**Easley, SC 29640**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.5412 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $108.00 | $108.00 |

**Lucas Ainsworth**
**5171 Hilltop Ave N**
**Lake Elmo, MN 55042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.5413 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $124.00 | $124.00 |

**Lucas Kozaczki**
**1011 S Fairhill St**
**Philadelphia, PA 19147**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.5414 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,269.00 | $2,269.00 |

**Lucas Shaffer**
**28 Rhodes St**
**New Rochelle, NY 10801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.5415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Lucas Shields**
**1480 Nw 70th St**
**Seattle, WA 98117**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.5416 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $302.00 | $302.00 |
|---|---|---|---|---|

**Lucia Carroll**
**3531 Raymoor Rd**
**Kensington, MD 20895**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.5417 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.00 | $85.00 |
|---|---|---|---|---|

**Luciano Iannucci**
**33 Dewey Dr**
**Ringwood, NJ 07456**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.5418 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Luciano Mezzanottesoares**
**505 Chase Ct**
**Edgewater, NJ 07020**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.5419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|---|---|---|---|---|

**Luciano Pilato**
**27822 Fremont Court**
**Specialty Polymers & Services,**
**Suite A**
**Valencia, CA 91355**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5420 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $180.00 |
|---|---|---|---|---|

**Lucy Love**
**1866 Matin Circle**
**#111**
**San Marcos, CA 92069**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5421 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $175.00 | $175.00 |
|---|---|---|---|---|

**Lucy To**
**4650 N Clay St**
**Denver, CO 80211**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5422 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $179.00 | $179.00 |
|---|---|---|---|---|

**Ludgero Gomez**
**5325 Westbard Ave Apt 204**
**Bethesda, MD 20816**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)* _____

---

| 2.5423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $108.00 | $108.00 |
|---|---|---|---|---|

**Luis Crespo**
**9208 Seagrove Drive**
**Dallas, TX 75243**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5424 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $427.00 | $427.00 |
|---|---|---|---|---|

**Luis Machuca**
**5976 E Agave Ln**
**Cave Creek, AZ 85331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5425 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Luis Pacheco**
**1121 Juanita Place**
**Fort Lee, NJ 07024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5426 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.00 | $42.00 |
|---|---|---|---|---|

**Luis Perez**
**63 Florida Ave**
**B**
**St Augustine, FL 32084**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (*if known*) _____

---

| 2.5427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |
|---|---|---|---|---|

**Luis Rios**
**3815b Durazno Ave Ste B**
**El Paso, TX 79905**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.5428 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $261.00 | $261.00 |
|---|---|---|---|---|

**Luis Rivera**
**1110 Nw 94th Ave**
**Plantation, FL 33322**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.5429 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Luis Ruiz**
**7935 SW 187th Ter**
**Cutler Bay, FL 33157**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.5430 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Luisg Vazquez**
**1101 Camino Del Sol**
**Chula Vista, CA 91910**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.5431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 $28.00 |

**Luiz Coimbra**
**15407 Old Stone Trl**
**Houston, TX 77079**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

**$28.00**  **$28.00**

---

2.5432 Priority creditor's name and mailing address

**Luiz Maroni**
**900 SW 8th St Apt 707**
**Miami, FL 33130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

**$34.00**  **$34.00**

---

2.5433 Priority creditor's name and mailing address

**Luke Balchunas**
**400 Beach Dr. NE**
**Unit #1602**
**Saint Petersburg, FL 33701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

**$334.00**  **$334.00**

---

2.5434 Priority creditor's name and mailing address

**Luke Hyde**
**1812 N Locust St**
**Pittsburg, KS 66762**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

**$195.00**  **$195.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
Name

| 2.5435 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.00 | $95.00 |

Priority creditor's name and mailing address
**Luke Loveys**
**7953 Via Villagio**
**West Palm Beach, FL 33412**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$95.00   $95.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5436 |

Priority creditor's name and mailing address
**Luke Sanders**
**2504 Champions Corner Dr**
**Leander, TX 78641**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$70.00   $70.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5437 |

Priority creditor's name and mailing address
**Luke Schaab**
**2229 San Felipe St Ste 1075**
**Houston, TX 77019**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,200.00   $1,200.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5438 |

Priority creditor's name and mailing address
**Luke Snyder**
**4200 Pinewood Road**
**Melbourne, FL 32934**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$54.00   $54.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.5439 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $187.00 | $187.00 |
|---|---|---|---|---|

**Luke Thompson**
**2823 18th St Apt 620**
**San Francisco, CA 94110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5440 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $128.00 | $128.00 |
|---|---|---|---|---|

**Lupe Gutierrez**
**133 Highway 66 E**
**Albuquerque, NM 87123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5441 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Luther Ott**
**4414 Westway Ave**
**Dallas, TX 75205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5442 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $145.00 | $145.00 |
|---|---|---|---|---|

**Luther Quintana**
**519 Acorn St**
**Deer Park, NY 11729**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.5443 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $153.00 | $153.00 |
|---|---|---|---|---|

**Lyle Hagedorn**
**385 Sunny Ridge Rd NE**
**Floyd, VA 24091**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5444 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $373.00 | $373.00 |
|---|---|---|---|---|

**Lyle Kellmam**
**1798 Clovermeadow Dr**
**Vienna, VA 22182**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5445 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |
|---|---|---|---|---|

**Lynda Weaver**
**5903 Smoke Rise Ct**
**Stone Mountain, GA 30087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5446 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |
|---|---|---|---|---|

**Lynette Ewer**
**11101 Holly Ave NE**
**Albuquerque, NM 87122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* |
| | Name | |

---

| 2.5447 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.00 | $60.00 |
|---|---|---|---|---|
| | **Lynn Dukette** **116 Bloomfield St., Apt. 1** **Hoboken, NJ 07030** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 2.5448 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $102.00 | $102.00 |
|---|---|---|---|---|
| | **Lynn Moran** **649 Ridge Rd** **Greenwood, IN 46142** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 2.5449 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,157.00 | $1,157.00 |
|---|---|---|---|---|
| | **Lynn Yeldell** **400 Hector Ave** **Metairie, LA 70005** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 2.5450 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56.00 | $56.00 |
|---|---|---|---|---|
| | **Lynwood Jenkins** **2726 Fairground Rd** **Goochland, VA 23063** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.5451 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.00 | $62.00 |
|---|---|---|---|---|

**Lynzee Villafranca**
**445 Recoleta Rd**
**San Antonio, TX 78216**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.5452 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.00 | $210.00 |
|---|---|---|---|---|

**Lyssa Hurvitz**
**1877 Standing Rock Cir**
**Oakland, FL 34787**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.5453 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|

**Mackenzie Saunders**
**21110 Se Cherry Blossom Ln**
**Amity, OR 97101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.5454 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|

**Maddie Stankevitch**
**203 Danbury Dr**
**Little Egg Harbor Twp, NJ 08087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.5455 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $171.00 | $171.00 |
|---|---|---|---|---|

**Madeline Raudat**
**1488 Peabody Ave**
**Memphis, TN 38104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.5456 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |
|---|---|---|---|---|

**Maduka Nnadozie**
**305 S Avenue A**
**Galloway, NJ 08205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.5457 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $102.00 | $102.00 |
|---|---|---|---|---|

**Maeng Kim**
**15 Summit Dr**
**Manhasset, NY 11030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.5458 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $177.00 | $177.00 |
|---|---|---|---|---|

**Magalie Grant**
**35125 Lyon Dr**
**Po 467**
**Sterling, AK 99672**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 2.5459 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $126.00 | $126.00 |

**Maggie Cronn**
**1901 Providence Ave**
**Mcallen, TX 78504**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5460 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $130.00 | $130.00 |

**Maggie Gonzalez**
**1766 NE 12th Street**
**Fort Lauderdale, FL 33304**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5461 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.00 | $110.00 |

**Maggie Hansen**
**4430 Limerick Ln**
**Frisco, TX 75034**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5462 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.00 | $64.00 |

**Maggie Hayes**
**2828 Woodside St Apt 5103**
**Dallas, TX 75204**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

---

| 2.5463 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39.00 | $39.00 |
|---|---|---|---|---|

**Maggie Minnicks**
**616 58th Ave NE**
**Saint Petersburg, FL 33703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.5464 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38.00 | $38.00 |
|---|---|---|---|---|

**Maggie Pearson**
**1010 3rd St**
**Seabrook, TX 77586**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.5465 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29.00 | $29.00 |
|---|---|---|---|---|

**Maggie Simons**
**2105 Snowberry Ridge Ct**
**West Linn, OR 97068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.5466 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32.00 | $32.00 |
|---|---|---|---|---|

**Mai Akagi**
**9 Edwin Pl Nw**
**Atlanta, GA 30318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

| | |
|---|---|
| 2.5467 | Priority creditor's name and mailing address |
| | **Mai-Anh Nguyen** |
| | **906 Woodland Street** |
| | **Houston, TX 77009** |

As of the petition filing date, the claim is:    **$85.00**    **$85.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| 2.5468 | Priority creditor's name and mailing address |
| | **Maia Marusak** |
| | **102 1st St** |
| | **Laporte, IN 46350** |

As of the petition filing date, the claim is:    **$364.00**    **$364.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| 2.5469 | Priority creditor's name and mailing address |
| | **Maine Revenue Services** |
| | **PO Box 1057** |
| | **Augusta, ME 04332-1057** |

As of the petition filing date, the claim is:    **$0.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| 2.5470 | Priority creditor's name and mailing address |
| | **Malaika Tyson** |
| | **10139 S Clifton Park Ave** |
| | **Evergreen Park, IL 60805** |

As of the petition filing date, the claim is:    **$489.00**    **$489.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                Case number *(if known)*

Name

| 2.5471 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $111.00 | $111.00 |
|---|---|---|---|---|

**Mallorie Manosh**
**1787 Guptil Rd**
**Waterbury Center, VT 05677**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Yes

---

| 2.5472 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|

**Mallory Horbal**
**3198 Pacific Ave Ste 116**
**Pacific Place**
**Virginia Beach, VA 23451**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Yes

---

| 2.5473 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Mallory Zoia**
**6647 Lindenwood Pl**
**Saint Louis, MO 63109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Yes

---

| 2.5474 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $464.00 | $464.00 |
|---|---|---|---|---|

**Man Lee**
**1 Edwards Point Rd**
**Rumson, NJ 07760**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (*if known*) _____

---

| 2.5475 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |

**Mandi Trevena**
**3914 Murphy Canyon Rd Ste A124**
**C/O Eagle Print Dynamics**
**San Diego, CA 92123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5476 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.00 | $68.00 |

**Mandy Moberly**
**3610 Caruth Ln.**
**Frisco, TX 75034**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5477 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $176.00 | $176.00 |

**Manmeet Dhamoon**
**255 Brunswick St Apt 203**
**Jersey City, NJ 07302**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5478 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |

**Manny Dumatrait**
**10246 Dream Glo Lane**
**Saint Francisville, LA 70775**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                          Case number *(if known)*
_____
Name

| 2.5479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,066.00 | $1,066.00 |

**Manoj Muttreja**
**10 Country Club Dr**
**White Plains, NY 10607**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5480 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $157.00 | $157.00 |

**Manoj Nair**
**15819 Fontaine Ave**
**Austin, TX 78734**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5481 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |

**Manuel Frankel**
**1204 Harwick Ln**
**Ormond Beach, FL 32174**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5482 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |

**Manuel Gomez**
**524 Castle St**
**Daly City, Ca 94014**
**Daly City, CA 94014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**2.5483** | Priority creditor's name and mailing address
**Manuel Gonzalez**
**10855 Nw 37th Ct**
**Coral Springs, FL 33065**

As of the petition filing date, the claim is: $34.00   $34.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5484** | Priority creditor's name and mailing address
**Manuel Mari**
**9515 S.W. 136 Street**
**Miami, FL 33176**

As of the petition filing date, the claim is: $23.00   $23.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5485** | Priority creditor's name and mailing address
**Manuela Herrera**
**201 E 69th St Apt 6g**
**New York, NY 10021**

As of the petition filing date, the claim is: $54.00   $54.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5486** | Priority creditor's name and mailing address
**Manuela Jacques**
**57 Larkspur Street**
**American Canyon, CA 94503**

As of the petition filing date, the claim is: $93.00   $93.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.5487 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Mara Stevens**
**117 Grand Oaks Dr**
**Saint Augustine, FL 32080**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5488 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.00 | $59.00 |
|---|---|---|---|---|

**Marc Barenberg**
**15 Brookwood Lane**
**Weston, CT 06883**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5489 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $365.00 | $365.00 |
|---|---|---|---|---|

**Marc Beckwitt**
**416 Avenida Ossa**
**San Clemente, CA 92672**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5490 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $480.00 | $480.00 |
|---|---|---|---|---|

**Marc Boswell**
**12095 Lake House Lane**
**Parkland, FL 33076**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

| 2.5491 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $211.00 | $211.00 |
|---|---|---|---|---|

**Marc Brenner**
**3085 Rosewood Dr**
**Evans, GA 30809**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.5492 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.00 | $59.00 |
|---|---|---|---|---|

**Marc Chaikin**
**38 E Woods Rd**
**Roxbury, CT 06783**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.5493 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $166.00 | $166.00 |
|---|---|---|---|---|

**Marc Curcillo**
**282 Coachlight Terrace**
**Huntingdon Valley, PA 19006**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.5494 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Marc Deslandes**
**131 Davis Ave**
**White Plains, NY 10605**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Debtor  **Phoeno Wine Company, Inc.**

Name                                                              Case number (if known)

---

| 2.5495 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $132.00 | $132.00 |
|---|---|---|---|---|

**Marc Fields**
**110 W 19th St Lowr Level**
**New York, NY 10011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5496 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $437.00 | $437.00 |
|---|---|---|---|---|

**Marc Friedant**
**1427 Monterey Blvd**
**Hermosa Beach, CA 90254**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5497 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.00 | $68.00 |
|---|---|---|---|---|

**Marc Glines**
**6 Sunrise Loop**
**Ste**
**Ennis, MT 59729**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5498 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $821.00 | $821.00 |
|---|---|---|---|---|

**Marc Holmquist**
**19004 Sark Pl**
**Santa Clarita, CA 91350**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.5499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $649.00 $649.00 |

**2.5499** Priority creditor's name and mailing address

**Marc Howerton**
**1905 Berkley Dr**
**Valparaiso, IN 46383**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$649.00    $649.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5500** Priority creditor's name and mailing address

**Marc Mallon**
**970 Sidney Marcus Blvd NE Unit 1117**
**Atlanta, GA 30324**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$52.00    $52.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5501** Priority creditor's name and mailing address

**Marc Petersen**
**628 Broadmoor Blvd**
**San Leandro, CA 94577**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,805.00    $3,350.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5502** Priority creditor's name and mailing address

**Marc Reiser**
**24420 Victory Blvd #5**
**Woodland Hills, CA 91367**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$384.00    $384.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.5503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $127.00 | $127.00 |

**Marc Spitzenberger**
**3808 Sandia Dr**
**Plano, TX 75023**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5504 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $154.00 | $154.00 |

**Marc Steinberg**
**14 Shorewood Dr**
**Sands Point, NY 11050**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5505 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |

**Marc Sugar**
**200 Country Club Dr**
**Edenton, NC 27932**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5506 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,464.00 | $1,464.00 |

**Marc Venable**
**270 County Hospital Rd.**
**Suite #111**
**Quincy, CA 95971**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor   **Phoeno Wine Company, Inc.**                                    Case number *(if known)*
_____
         Name

| 2.5507 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,853.00 | $3,350.00 |

**Marc Wuerdeman**
**164 Indigo Loop**
**Miramar Beach, FL 32550**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5508 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.00 | $42.00 |

**Marcel Messing**
**22181 Withers Grove Ct**
**Broadlands, VA 20148**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5509 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |

**Marcella Anthony**
**501 Jackson Road**
**Williamstown, NJ 08094**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5510 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |

**Marcella Hordusky**
**4728 Mayhew Ave**
**Sioux City, IA 51106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.5511 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $96.00 | $96.00 |
|---|---|---|---|---|

**Marcella Novela**
**4218 NE 2nd Ave**
**Miami, FL 33137**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5512 | Priority creditor's name and mailing address | | $75.00 | $75.00 |

**Marcellus Mcmullen**
**4117 Prairie View Trail**
**Medina, MN 55340**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5513 | Priority creditor's name and mailing address | | $175.00 | $175.00 |

**Marci Matthews**
**7373 Dillman Drive**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5514 | Priority creditor's name and mailing address | | $67.00 | $67.00 |

**Marcia Anderson**
**3485 Ferry St**
**Eugene, OR 97405**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name                                                                                    Case number (if known) _____

| 2.5515 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $122.00 | $122.00 |

**Marcia Fournier**
**880 New Jersey Ave Se Unit 821**
**Washington, DC 20003**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5516 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.00 | $81.00 |

**Marcia Hadeler**
**1775 Lincoln Avenue, Suite 100**
**Napa, CA 94558**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5517 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $124.00 | $124.00 |

**Marcia Kepler**
**3508 Bank St**
**Baltimore, MD 21224**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5518 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $92.00 | $92.00 |

**Marcia Manz**
**5416 Foothills Dr**
**Berthoud, CO 80513**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor   **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

---

| 2.5519 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.00 | $37.00 |
|---|---|---|---|---|

**Marcia Moore-Travis**
**6508 Terraglen Way**
**Locust Grove, GA 30248**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5520 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $76.00 | $76.00 |
|---|---|---|---|---|

**Marcia Rentz**
**23410 Jennings Road**
**Myakka City, FL 34251**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5521 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $834.00 | $834.00 |
|---|---|---|---|---|

**Marcia Weiss**
**360 E Randolph - Apt 3301**
**Chicago, IL 60601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5522 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |
|---|---|---|---|---|

**Marcia Williamson**
**4864 SW Montclair Dr**
**Stuart, FL 34997**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known)

---

| 2.5523 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,155.00 | $1,155.00 |

**Marcie Molek**
**970 Harris Rd Unit 21**
**Grayslake, IL 60030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5524 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $550.00 | $550.00 |

**Marco Pignalberi**
**5448 Pine Cone Rd**
**La Crescenta, CA 91214**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5525 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $370.00 | $370.00 |

**Marcos Kinzkowski**
**3103 Blackhawk Court**
**St. Charles, IL 60174**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5526 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $545.00 | $545.00 |

**Marcos Santiago**
**43 Vardon Rd**
**West Hartford, CT 06117**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

| | | | |
|---|---|---|---|
| 2.5527 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |

**2.5527** Priority creditor's name and mailing address

**Marcos Sullings**
**3337 SW Crestview Rd**
**Port Saint Lucie, FL 34953**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$56.00**  **$56.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5528** Priority creditor's name and mailing address

**Marcus Bellard**
**402 Happy St**
**Church Point, LA 70525**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$34.00**  **$34.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5529** Priority creditor's name and mailing address

**Marcus Gilbert**
**11696 William Penn Ave NE**
**Hartville, OH 44632**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$35.00**  **$35.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5530** Priority creditor's name and mailing address

**Marcus Hermann**
**18582 Valley Dr**
**Villa Park, CA 92861**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$71.00**  **$71.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

| | |
|---|---|
| 2.5531 | Priority creditor's name and mailing address |

Priority creditor's name and mailing address
**Marcus Malich**
**530 Hillcrest Rd E**
**Lake Quivira, KS 66217**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$83.00          $83.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.5532  Priority creditor's name and mailing address
**Marcus Silveira**
**617 Raging River Rd**
**Cedar Park, TX 78613**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$58.00          $58.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.5533  Priority creditor's name and mailing address
**Marcus Wege**
**11917 Shady Oak Ct**
**Mint Hill, NC 28227**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$155.00          $155.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.5534  Priority creditor's name and mailing address
**Marcus Wilson**
**1224 Drummond S**
**Davis, CA 95618**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,188.00          $1,188.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor   **Phoeno Wine Company, Inc.**   Case number *(if known)* _____
_____
Name

| 2.5535 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Marcy Tobalsky**
**510 Aspen Grove Ln**
**Wausau, WI 54403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5536 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $162.00 | $162.00 |
|---|---|---|---|---|

**Maret Jessen**
**136 Stallion Circle**
**Snowmass Village, CO 81615**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5537 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |
|---|---|---|---|---|

**Margaret Bruno**
**5537 San Palazzo Ct**
**Las Vegas, NV 89141**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5538 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Margaret Jones**
**5555 Old Farm Ln**
**Manassas, VA 20109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 2.5539 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Margaret Moquete**
**4410 East West Hwy**
**Hyattsville, MD 20782**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5540 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |
|---|---|---|---|---|

**Margaret Schliessmann**
**3252 Piedra Ln**
**Santa Rosa, CA 95409**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5541 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.00 | $78.00 |
|---|---|---|---|---|

**Margarito Garcia**
**4102 Douglas Avenue**
**Dallas, TX 75219**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5542 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.00 | $75.00 |
|---|---|---|---|---|

**Margaux Guysinger**
**3492 Primrose Ln**
**Ypsilanti, MI 48197**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.5543 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |
|---|---|---|---|---|

**Margie Paetzold**
**3970 Bark Camp Pl**
**Gainesville, GA 30506**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5544 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |
|---|---|---|---|---|

**Margo Irr**
**17162 Murphy Ave Ste A**
**Irvine, CA 92614**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5545 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Margot Hamel**
**44 Elm St**
**Somerset, NJ 08873**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5546 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $194.00 | $194.00 |
|---|---|---|---|---|

**Marguerite Cervin**
**925 Page Mill Rd**
**Palo Alto, CA 94304**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

---

| 2.5547 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.00 | $78.00 |
|--------|----------------------------------------------|-----------------------------------------------|--------|--------|

**Marguerite Radeff**
**32505 N 60th Way**
**Cave Creek, AZ 85331**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5548 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.00 | $53.00 |

**Maria Broadstreet**
**13237 S Westview Dr**
**Palos Heights, IL 60463**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5549 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |

**Maria Burton**
**6513 7th Place Nw**
**Washington, DC 20012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5550 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |

**Maria Iacobucci**
**20 Medway Rd**
**San Anselmo, CA 94960**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.5551 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $132.00 | $132.00 |
|---|---|---|---|---|

**Maria Kirsch**
**90 S Glen Rd**
**Kinnelon, NJ 07405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Deficit Customer** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No
☐ Yes |

---

| 2.5552 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $195.00 | $195.00 |
|---|---|---|---|---|

**Maria Mclendon**
**3447 Asbury St**
**Dallas, TX 75205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Deficit Customer** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No
☐ Yes |

---

| 2.5553 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |
|---|---|---|---|---|

**Maria Sousa**
**301 Millbrook Dr**
**East Longmeadow, MA 01028**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Deficit Customer** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No
☐ Yes |

---

| 2.5554 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $169.00 | $169.00 |
|---|---|---|---|---|

**Maria Suehnholz**
**24728 Foothills Drive North**
**Golden, CO 80401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Deficit Customer** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No
☐ Yes |

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 2.5555 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $282.00 | $282.00 |

**Mariann Jelinek**
**107 Tamarisk Ct**
**Greenbelt, MD 20770**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5556 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51.00 | $51.00 |

**Marianne Bowen**
**756 Winterfield Ct**
**Bel Air, MD 21015**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5557 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 | $38.00 |

**Marianne Childs**
**6190 Kohlwes Rd**
**Clinton, WA 98236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5558 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $318.00 | $318.00 |

**Marianne Siberell**
**9 Kersting Ct**
**Sierra Madre, CA 91024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| | | |
|---|---|---|

2.5559 | Priority creditor's name and mailing address
**Mariano Legaz**
**467 Mandalay Ave**
**Clearwater Beach, FL 33767**

As of the petition filing date, the claim is:    **$137.00**    **$137.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:
**Deficit Customer**

Last 4 digits of account number    Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

2.5560 | Priority creditor's name and mailing address
**Marie Cineas**
**1111 SW 189th Ter**
**Pembroke Pines, FL 33029**

As of the petition filing date, the claim is:    **$30.00**    **$30.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:
**Deficit Customer**

Last 4 digits of account number    Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

2.5561 | Priority creditor's name and mailing address
**Marie Gudgel**
**610 Front St Apt 203**
**Mukilteo, WA 98275**

As of the petition filing date, the claim is:    **$87.00**    **$87.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:
**Deficit Customer**

Last 4 digits of account number    Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

2.5562 | Priority creditor's name and mailing address
**Marie Omalley**
**1938 48th Ave**
**San Francisco, CA 94116**

As of the petition filing date, the claim is:    **$151.00**    **$151.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:
**Deficit Customer**

Last 4 digits of account number    Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**      Case number (*if known*) _____
_____
Name

| | |
|---|---|

**2.5563** | Priority creditor's name and mailing address

**Marie Oneill**
**1605 Dorsett Dock Road**
**Point Pleasant, NJ 08742**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:    $76.00    $76.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5564** | Priority creditor's name and mailing address

**Marie Rocha**
**16 Fairway Drive**
**Stamford, CT 06903**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:    $86.00    $86.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5565** | Priority creditor's name and mailing address

**Marie Towey**
**81 Povershon Rd**
**Nutley, NJ 07110**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:    $143.00    $143.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5566** | Priority creditor's name and mailing address

**Marie Weller**
**929 N Alabama St**
**Indianapolis, IN 46202**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:    $29.00    $29.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 2.5567 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Mariia Jackson**
**2090 Mendocino Street**
**Seaside, CA 93955**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.5568 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.00 | $21.00 |

**Marilee Murphy**
**104 Shenandoah Trl**
**Elgin, TX 78621**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.5569 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $76.00 | $76.00 |

**Marilyn Forrest**
**1241 Iverleigh Trl**
**Charlotte, NC 28270**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.5570 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $69.00 | $69.00 |

**Marilyn Greenwald**
**173 Indian Shadows Dr**
**Maryville, TN 37801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.5571 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $291.00 | $291.00 |
|---|---|---|---|---|

**Marilyn Holman**
**5884 Manichetti Ct**
**San Jose, CA 95123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

☒ No
☐ Yes

---

| 2.5572 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.00 | $59.00 |
|---|---|---|---|---|

**Marilyn Kane**
**13723 Atlantic Blvd Apt 268 Frnt**
**Door**
**Jacksonville, FL 32225**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

☒ No
☐ Yes

---

| 2.5573 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.00 | $48.00 |
|---|---|---|---|---|

**Marilyn Machusick**
**45 Metric Dr**
**Tallmadge, OH 44278**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

☒ No
☐ Yes

---

| 2.5574 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.00 | $47.00 |
|---|---|---|---|---|

**Marilyn Upton**
**17430 N Tucker School Rd**
**Sturgeon, MO 65284**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

☒ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 2.5575 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $132.00 | $132.00 |

**Marilyn Zwiener**
**3454 Welch Ave**
**Kittredge, CO 80457**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5576 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Marin Halper**
**2619 N Roosevelt St**
**Arlington, VA 22207**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5577 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $216.00 | $216.00 |

**Mario Amalfitano**
**24418 Main St Ste 406**
**Carson, CA 90745**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5578 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |

**Mario Ayala**
**1625 SW 108th St**
**Gainesville, FL 32607**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| 2.5579 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $257.00 | $257.00 |
|---|---|---|---|---|

**Mario Harris**
**1155 Ripley St Apt 2112**
**Silver Spring, MD 20910**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.5580 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.00 | $185.00 |
|---|---|---|---|---|

**Mario Merlo**
**7335 Galveston Blvd**
**Norfolk, VA 23505**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.5581 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
|---|---|---|---|---|

**Mario Portela**
**15 English Heather Pl**
**The Woodlands, TX 77382**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.5582 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $425.00 | $425.00 |
|---|---|---|---|---|

**Mario Rossbach**
**26511 Weiss Fels**
**New Braunfels, TX 78132**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

---

| 2.5583 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.00 | $65.00 |
| | **Mario Schuchartjr** | *Check all that apply.* | | |
| | **2485 Shawn Dr.** | ☐ Contingent | | |
| | **San Pablo, CA 94806** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.5584 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
| | **Marisa Perez** | *Check all that apply.* | | |
| | **2358 Park Blvd #3** | ☐ Contingent | | |
| | **Oakland, CA 94606** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.5585 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
| | **Mariske Frank** | *Check all that apply.* | | |
| | **8701 E Edward Ave** | ☐ Contingent | | |
| | **Scottsdale, AZ 85250** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.5586 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.00 | $18.00 |
| | **Marissa Gardner** | *Check all that apply.* | | |
| | **3600 Byer Road** | ☐ Contingent | | |
| | **Byron, CA 94505** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| 2.5587 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,363.00 | $1,363.00 |

**Marissa Lindner**
**3786 Turnwood Dr**
**Richfield, WI 53076**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5588 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.00 | $55.00 |

**Marit Hughes**
**26 Howard Pl**
**Sterling, VA 20164**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5589 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $101.00 | $101.00 |

**Marjorie Gaines**
**1342 NE Sunset Way**
**Poulsbo, WA 98370**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5590 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**Marjorie Spoto**
**5820 E Seneca Tpke**
**Address 2**
**Jamesville, NY 13078**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)* _____

---

| 2.5591 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $128.00 | $128.00 |
|---|---|---|---|---|

**Mark Anderson**
**2453 State Highway O**
**Seymour, MO 65746**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5592 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $114.00 | $114.00 |
|---|---|---|---|---|

**Mark Angil**
**4808 Galley Rd**
**Baltimore, MD 21236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5593 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|---|---|---|---|---|

**Mark Appelhans**
**570 Greenview Ln**
**Wheeling, IL 60090**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5594 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $868.00 | $868.00 |
|---|---|---|---|---|

**Mark Ashlock**
**128 Keystone Crossing Dr**
**O Fallon, MO 63368**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor   **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
         _____
         Name

| 2.5595 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |

**Mark Aspenson**
**2035 William Palmer**
**Flagstaff, AZ 86005**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5596 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,326.00 | $1,326.00 |

**Mark Asperheim**
**540 San Juan Ave**
**Venice, CA 90291**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5597 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |

**Mark Ayers**
**5024 Carmel Club Dr**
**Charlotte, NC 28226**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5598 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.00 | $49.00 |

**Mark Bennett**
**14028 Crawling Stone Drive**
**Lac Du Flambeau, WI 54538**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)*

---

| 2.5599 | Priority creditor's name and mailing address **Mark Berger** **9320 Huntcliff Trace** **Sandy Springs, GA 30350** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $22.00 | $22.00 |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5600 | Priority creditor's name and mailing address **Mark Bergner** **16311 170th Ave NE** **Woodinville, WA 98072** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $275.00 | $275.00 |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5601 | Priority creditor's name and mailing address **Mark Bogdanos** **1 Marineview Plaza** **21e** **Hoboken, NJ 07030** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $290.00 | $290.00 |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5602 | Priority creditor's name and mailing address **Mark Bradley** **1125 12th Ave Ste A** **Seattle, WA 98122** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $64.00 | $64.00 |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 2.5603 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.5603**

Priority creditor's name and mailing address
**Mark Breeden**
**1500 Manzanita Ln**
**Reno, NV 89509**

As of the petition filing date, the claim is:                    **$60.00**   **$60.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

**2.5604**

Priority creditor's name and mailing address
**Mark Brockley**
**203 Pine Cone Ave**
**Spearfish, SD 57783**

As of the petition filing date, the claim is:                    **$172.00**   **$172.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

**2.5605**

Priority creditor's name and mailing address
**Mark Brogan**
**2814 65th Avenue Court Nw**
**Gig Harbor, WA 98335**

As of the petition filing date, the claim is:                    **$34.00**   **$34.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

**2.5606**

Priority creditor's name and mailing address
**Mark Brugnoli**
**348 Sheffield Rd**
**Severna Park, MD 21146**

As of the petition filing date, the claim is:                    **$182.00**   **$182.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                 Case number (if known) _____
         _____
         Name

| 2.5607 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $398.00 | $398.00 |

**Mark Caligiuri**
**2015 Calle Yucca**
**Thousand Oaks, CA 91360**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5608 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**Mark Carter**
**9366 U.S. 90 East**
**Del Rio, TX 78840**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5609 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.00 | $83.00 |

**Mark Champa**
**11852 Larsen St**
**Overland Park, KS 66210**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5610 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $155.00 | $155.00 |

**Mark Clouser**
**15920 Hickman Rd Ste 400**
**Pmb 285**
**Clive, IA 50325**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number (if known)

| 2.5611 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,222.00 | $1,222.00 |
|---|---|---|---|---|

**Mark Cockett**
**49 Oak Hill Ter**
**Haddam, CT 06438**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5612 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.00 | $64.00 |
|---|---|---|---|---|

**Mark Conklin**
**13214 Whisper Creek Drive**
**Charlotte, NC 28277**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5613 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.00 | $54.00 |
|---|---|---|---|---|

**Mark Conner**
**315 E William David Pkwy**
**Metairie, LA 70005**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5614 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $386.00 | $386.00 |
|---|---|---|---|---|

**Mark Danielsen**
**50265 Hawley Manor Rd**
**Dameron, MD 20628**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

| 2.5615 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $430.00 | $430.00 |
|---|---|---|---|---|

**Mark Davis**
**1110 Lyndhurst Way**
**Roswell, GA 30075**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5616 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $113.00 | $113.00 |
|---|---|---|---|---|

**Mark Delicio**
**801 Clement St**
**San Francisco, CA 94118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5617 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $223.00 | $223.00 |
|---|---|---|---|---|

**Mark Delvalle**
**55 Lydia Dr**
**Guttenberg, NJ 07093**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5618 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |
|---|---|---|---|---|

**Mark Dickerson**
**7309 Windsor Street**
**Prairie Village, KS 66208**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.5619 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.00 | $68.00 |

**Mark Epstein**
**272 Saint Charles Ave**
**San Francisco, CA 94132**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5620 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.00 | $68.00 |

**Mark Erkenswick**
**1762 Manchester Rd**
**Wheaton, IL 60187**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5621 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $423.00 | $423.00 |

**Mark Erwich**
**501 Summer Street**
**Lynnfield, MA 01940**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5622 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $307.00 | $307.00 |

**Mark Feuerer**
**3570 Grand Ave**
**Sierra Auction**
**Phoenix, AZ 85019**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.5623 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |
|---|---|---|---|---|

**Mark Floum**
**15 Riverside Ave**
**Windsong/1st Floor**
**Westport, CT 06880**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5624 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $406.00 | $406.00 |
|---|---|---|---|---|

**Mark Forster**
**5503 Hamlet Hill Ct**
**Fairfax, VA 22030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5625 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|

**Mark Frutig**
**5198 Richmond Road**
**Bedford Heights, OH 44146**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5626 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |
|---|---|---|---|---|

**Mark Fusco**
**6226 Inverrary Dr**
**San Antonio, TX 78244**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 2.5627 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.00 | $23.00 |

2.5627 | Priority creditor's name and mailing address

**Mark Galati**
**11875 SW Bowmont Street**
**Portland, OR 97225**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$23.00**    **$23.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.5628 | Priority creditor's name and mailing address

**Mark Galik**
**41 Sherman Dr**
**Malvern, PA 19355**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$120.00**    **$120.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.5629 | Priority creditor's name and mailing address

**Mark Gladue**
**2380 Camino Vida Roble Ste F**
**T-Shirt Factory**
**Carlsbad, CA 92011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$40.00**    **$40.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.5630 | Priority creditor's name and mailing address

**Mark Goldstein**
**5261 Via Rincon**
**Newbury Park, CA 91320**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$29.00**    **$29.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 2.5631 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.00 | $98.00 |
|---|---|---|---|---|

**Mark Hale**
**14 Prospect Road**
**Westport, CT 06880**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5632 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $943.00 | $943.00 |
|---|---|---|---|---|

**Mark Handy**
**650 Garden Wilde Pl**
**Roswell, GA 30075**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5633 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $152.00 | $152.00 |
|---|---|---|---|---|

**Mark Harda**
**3419 Foster Ln**
**Reading, PA 19605**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5634 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |
|---|---|---|---|---|

**Mark Headlee**
**15431 Centerburg Rd**
**Centerburg, OH 43011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

| | | |
|---|---|---|
| 2.5635 | Priority creditor's name and mailing address<br>**Mark Hermann**<br>**428 Maple Lane**<br>**Danville, VA 24541** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,152.00 | $1,152.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.5636 | Priority creditor's name and mailing address<br>**Mark Hernandez**<br>**10075 Ca-128**<br>**Healdsburg, CA 95448** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25.00 | $25.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.5637 | Priority creditor's name and mailing address<br>**Mark Hettish**<br>**308 Headwaters Dr**<br>**Mckinney, TX 75071** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $453.00 | $453.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.5638 | Priority creditor's name and mailing address<br>**Mark Hofer**<br>**302 Rosewood Court**<br>**Modesto, CA 95350** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $439.00 | $439.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| | | |
|---|---|---|

---

| 2.5639 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.00 | $49.00 |

**Mark Hopkins**
**319 Cilley Road**
**Manchester, NH 03103**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5640 | Priority creditor's name and mailing address | | $20.00 | $20.00 |

**Mark Iliffe**
**115 Eastern Pkwy Apt 6a**
**Brooklyn, NY 11238**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5641 | Priority creditor's name and mailing address | | $35.00 | $35.00 |

**Mark Jacobs**
**9330 Lyndon B Johnson Fwy Ste 825**
**Dallas, TX 75243**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5642 | Priority creditor's name and mailing address | | $174.00 | $174.00 |

**Mark Kaiser**
**7065 Alvie Ln**
**Bettendorf, IA 52722**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 2.5643 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.00 | $26.00 |
|---|---|---|---|---|

**Mark Kelsey**
**6900 Gray Rd**
**Indianapolis, IN 46237**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5644 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $229.00 | $229.00 |
|---|---|---|---|---|

**Mark Kimmel**
**N7844 Sandy Beach Rd**
**Fond Du Lac, WI 54935**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5645 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $91.00 | $91.00 |
|---|---|---|---|---|

**Mark Kroloff**
**587 N Pine Cliff Dr**
**Flagstaff, AZ 86001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5646 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $73.00 | $73.00 |
|---|---|---|---|---|

**Mark Kruger**
**1410 Lawrence St**
**El Cerrito, CA 94530**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____

Name

| 2.5647 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $748.00 | $748.00 |

**Mark Lawson**
**1704 Harrison Ave**
**Mundelein, IL 60060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY    ☑ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

| 2.5648 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.00 | $13.00 |

**Mark Lee**
**5480 Airport Way S # 203**
**Seattle, WA 98108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY    ☑ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

| 2.5649 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.00 | $54.00 |

**Mark Lloyd**
**3780 Willow Creek Rd**
**Paso Robles, CA 93446**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY    ☑ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

| 2.5650 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |

**Mark Lopes**
**61 Old South Rd**
**Ups Hold For Pickup**
**Nantucket, MA 02554**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY    ☑ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.5651 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.00 | $75.00 |

**Mark Magnuson**
**1815 Industrial St Apt 4**
**Hudson, WI 54016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Deficit Customer** |

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5652 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.00 | $85.00 |

**Mark Majeski**
**696 Schoolhouse Lane**
**Toms River, NJ 08753**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Deficit Customer** |

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5653 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Mark Maleski**
**597 Chromatic Chord Ct**
**Henderson, NV 89011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Deficit Customer** |

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5654 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |

**Mark Manjuck**
**2 Meadowgrass Ln**
**Southampton, NY 11968**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Deficit Customer** |

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.** Case number (if known) _____

Name

| | | | |
|---|---|---|---|
| 2.5655 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $168.00   $168.00 |

**Mark Mason**
**20975 SWenson Dr Ste 175**
**Waukesha, WI 53186**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

$168.00   $168.00

---

| 2.5656 | Priority creditor's name and mailing address |

**Mark Massop**
**20042 Muirfield Village Ct**
**Ashburn, VA 20147**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

$156.00   $156.00

---

| 2.5657 | Priority creditor's name and mailing address |

**Mark Mccormick**
**1600 Grove Pl**
**Fullerton, CA 92831**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

$110.00   $110.00

---

| 2.5658 | Priority creditor's name and mailing address |

**Mark Mckeehan**
**4805 Augusta Drive**
**Frisco, TX 75034**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

$226.00   $226.00

Debtor  **Phoeno Wine Company, Inc.**                              Case number (if known) _____
_____
Name

| 2.5659 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Mark Mcmullan**
**16702 Mount Cachuma Cir**
**Fountain Valley, CA 92708**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5660 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $143.00 | $143.00 |

**Mark Meehan**
**87 Beverly Rd**
**Montclair, NJ 07043**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5661 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,506.00 | $1,506.00 |

**Mark Milstein**
**535 W 110th St Apt 6c**
**New York, NY 10025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5662 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |

**Mark Moses**
**1011 E Cumberland Ave Unit 819**
**Tampa, FL 33602**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| 2.5663 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $73.00 | $73.00 |

**Mark Murray**
**6196 Foxwood Ct**
**Newburgh, IN 47630**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5664 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.00 | $61.00 |

**Mark Musallam**
**14224 N 52nd St**
**Scottsdale, AZ 85254**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5665 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $225.00 | $225.00 |

**Mark Ness**
**1919 N 3rd St**
**Coeur D Alene, ID 83814**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5666 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |

**Mark Nicol**
**3909 Hulen St Ste 100**
**Fort Worth, TX 76107**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.5667 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.00 | $68.00 |
|---|---|---|---|---|

**Mark Novak**
**2309 Upton Ln**
**Flower Mound, TX 75028**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5668 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $132.00 | $132.00 |
|---|---|---|---|---|

**Mark Oliverio**
**148 Tomlin Cir**
**Burr Ridge, IL 60521**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5669 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $102.00 | $102.00 |
|---|---|---|---|---|

**Mark Parker**
**3908 Sterling Ridge Ln**
**Durham, NC 27707**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5670 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $332.00 | $332.00 |
|---|---|---|---|---|

**Mark Penny**
**Hempstead & Co., Llc Two**
**Executive Campu**
**2370 State Route 70 West Suite**
**314**
**Cherry Hill, NJ 08002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.5671 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $92.00 | $92.00 |

**Mark Petrie**
**300 N Forest Dr**
**Casper, WY 82609**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

_____
Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5672 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $107.00 | $107.00 |

**Mark Phillips**
**620 Shady Glen Cir**
**Webster, NY 14580**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

_____
Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5673 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.00 | $55.00 |

**Mark Potter**
**2619 Crestmont Pl W**
**Seattle, WA 98199**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

_____
Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5674 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |

**Mark Pregmon**
**5207 S Atlantic Ave Apt 625**
**New Smyrna Beach, FL 32169**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

_____
Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____ Case number (if known) _____
Name

---

| 2.5675 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $197.00 | $197.00 |

**Mark Reynolds**
**300 Sterling Way Unit 6**
**Flora**
**Fraser, CO 80442**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5676 | Priority creditor's name and mailing address | | $678.00 | $678.00 |

**Mark Rothlisberger**
**5205 N Country Club Dr**
**Flagstaff, AZ 86004**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5677 | Priority creditor's name and mailing address | | $33.00 | $33.00 |

**Mark Rusnak**
**9 Abbey Ct**
**Clifton Park, NY 12065**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5678 | Priority creditor's name and mailing address | | $4,665.00 | $3,350.00 |

**Mark Schlagenhauf**
**University Of Texas At Austin**
**200 E Dean Kenton Street Stop**
**C0300**
**Austin, TX 78712**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**                                              Case number *(if known)* _____
      Name

| 2.5679 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $94.00 | $94.00 |
|---|---|---|---|---|

**Mark Schultz**
**460 Ansley Walk Terrace**
**Atlanta, GA 30309**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5680 | Priority creditor's name and mailing address | | $144.00 | $144.00 |
|---|---|---|---|---|

**Mark Sinning**
**2203 NEuse Blvd**
**Coastal Vein & Vascular**
**New Bern, NC 28560**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5681 | Priority creditor's name and mailing address | | $171.00 | $171.00 |
|---|---|---|---|---|

**Mark Skinner**
**1300 Crystal Dr Apt 1301**
**Arlington, VA 22202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5682 | Priority creditor's name and mailing address | | $94.00 | $94.00 |
|---|---|---|---|---|

**Mark Smith**
**5805 Lafayette Dr**
**Frisco, TX 75035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

---

| 2.5683 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $387.00 | $387.00 |
|---|---|---|---|---|

**Mark Stoneburner**
**3763 Waterside Way**
**Louisville, TN 37777**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5684 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |
|---|---|---|---|---|

**Mark Towery**
**3504 Hamlin Rd**
**Lafayette, CA 94549**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5685 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |
|---|---|---|---|---|

**Mark Tricano**
**3374 Moonstone Lane**
**Melbourne, FL 32940**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5686 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.00 | $240.00 |
|---|---|---|---|---|

**Mark Trieger**
**5804 Shipp Dr**
**Watauga, TX 76148**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
| | Name | | |

---

| 2.5687 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.00 | $36.00 |
| | **Mark Truman** | Check all that apply. | | |
| | **54 Central Ave** | ☐ Contingent | | |
| | **Wells, ME 04090** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.5688 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |
| | **Mark Umatum** | Check all that apply. | | |
| | **20 Drake St** | ☐ Contingent | | |
| | **Newport Beach, CA 92663** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.5689 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $463.00 | $463.00 |
| | **Mark Vandover** | Check all that apply. | | |
| | **3780 Ranch Hand Lane** | ☐ Contingent | | |
| | **O** | ☐ Unliquidated | | |
| | **Castle Rock, CO 80104** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.5690 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $476.00 | $476.00 |
| | **Mark Vickery** | Check all that apply. | | |
| | **801 W. 65th St.** | ☐ Contingent | | |
| | **Kansas City, MO 64113** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.5691 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $260.00 | $260.00 |

**Mark Viscusi**
**901 S Holmes St**
**Scotia, NY 12302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5692 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $272.00 | $272.00 |

**Mark Voci**
**1004 Honors Court**
**Marvin, NC 28173**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5693 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $270.00 | $270.00 |

**Mark Volpicelli**
**904 Silver Spur Rd # 497**
**Rolling Hills Estates, CA 90274**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5694 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $268.00 | $268.00 |

**Mark Wendelburg**
**8660 Lambright Rd**
**Houston, TX 77075**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| | | | |
|---|---|---|---|
| 2.5695 | Priority creditor's name and mailing address<br>**Mark Woody**<br>**2247 Vuelta Grande Ave**<br>**Long Beach, CA 90815** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $95.00    $95.00 |

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.5696 | Priority creditor's name and mailing address<br>**Mark Zamperini**<br>**550 E Water St Unit 300**<br>**Charlottesville, VA 22902** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $232.00    $232.00 |

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.5697 | Priority creditor's name and mailing address<br>**Mark Zankel**<br>**485 Crowell Rd**<br>**Hopkinton, NH 03229** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $65.00    $65.00 |

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.5698 | Priority creditor's name and mailing address<br>**Markn. Rybchuk**<br>**1741 A Street, Se**<br>**Washington, DC 20003** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20.00    $20.00 |

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 2.5699 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.00 | $52.00 |

**Markr Richards**
**2555 University Pkwy Unit 401**
**Sarasota, FL 34243**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5700 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $124.00 | $124.00 |

**Markus Feldenkirchen**
**668 Promenade Pointe Dr**
**St Augustine, FL 32095**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5701 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $144.00 | $144.00 |

**Marla Mathews**
**1500 Scenic Dr Apt 303**
**Austin, TX 78703**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5702 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $94.00 | $94.00 |

**Marleen Weflen**
**5445 S Chatsworth**
**Mesa, AZ 85212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 2.5703 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.5703** Priority creditor's name and mailing address

**Marlen Salinas**
**6302 Bright Bloom Ln**
**Spring, TX 77379**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$53.00    $53.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5704** Priority creditor's name and mailing address

**Marlon Buno**
**3887 Placita Del Lazo**
**Las Vegas, NV 89120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$58.00    $58.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5705** Priority creditor's name and mailing address

**Marlon Petersen**
**1450 Lincoln Rd Apt 808**
**Miami Beach, FL 33139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$606.00    $606.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5706** Priority creditor's name and mailing address

**Marni Sharoff**
**2108 Smith Ave**
**Baltimore, MD 21209**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$42.00    $42.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

| 2.5707 | Priority creditor's name and mailing address **Marsha Berkbigler 2090 Allen St Reno, NV 89509** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $252.00 | $252.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)    ■ No
☐ Yes

---

| 2.5708 | Priority creditor's name and mailing address **Marsha Friedli 6905 Fallen Timbers Drive Dublin, OH 43017** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $235.00 | $235.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)    ■ No
☐ Yes

---

| 2.5709 | Priority creditor's name and mailing address **Marsha Gillen 1426 Vicki Lane Lebanon, OH 45036** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $42.00 | $42.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)    ■ No
☐ Yes

---

| 2.5710 | Priority creditor's name and mailing address **Marshall Abney 517 Southwest Dr Warrensburg, MO 64093** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $233.00 | $233.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)    ■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (*if known*)

---

| 2.5711 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $300.00 |
|---|---|---|---|---|

**Marshall Sum**
**3006 Penman**
**Tustin, CA 92782**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.5712 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $156.00 | $156.00 |
|---|---|---|---|---|

**Marshall Wells**
**959 Boardwalk Ave NE**
**Keizer, OR 97303**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.5713 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.00 | $15.00 |
|---|---|---|---|---|

**Marta Simianer**
**18122 W Narramore Rd**
**Goodyear, AZ 85338**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.5714 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $97.00 | $97.00 |
|---|---|---|---|---|

**Martha Ballard**
**5020 Clark Rd # 410**
**Sarasota, FL 34233**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                            Case number (if known) _____

Name

| 2.5715 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Martha Holguin**
**15701 Collins Ave Unit 2304**
**North Miami Beach, FL 33160**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5716 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $153.00 | $153.00 |

**Martha Peterson**
**320 Point San Pedro Rd**
**San Rafael, CA 94901**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5717 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $280.00 | $280.00 |

**Martial Thevenot**
**1111 Alabama**
**Saint Joseph, MO 64504**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5718 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $191.00 | $191.00 |

**Martin Clemente**
**375 Solano Bay Ct**
**Oceanside, CA 92057**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.5719 | Priority creditor's name and mailing address<br>**Martin Gawry**<br>**2584 Shaker Rd**<br>**Cleveland Heights, OH 44118** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $816.00    $816.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.5720 | Priority creditor's name and mailing address<br>**Martin Hammock**<br>**401 E Jackson St Ste 1800**<br>**C/O Vinik Family Office**<br>**Tampa, FL 33602** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $168.00    $168.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.5721 | Priority creditor's name and mailing address<br>**Martin Hinrichs**<br>**1827 W Loula Ct**<br>**Olathe, KS 66061** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $32.00    $32.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.5722 | Priority creditor's name and mailing address<br>**Martin Johnson**<br>**855 Gilbert Rd**<br>**Zillah, WA 98953** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $521.00    $521.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
              Name

| 2.5723 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.00 | $110.00 |
|---|---|---|---|---|

**Martin Joyce**
**16 Amberwood Dr**
**Winchester, MA 01890**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5724 | Priority creditor's name and mailing address | | $150.00 | $150.00 |
|---|---|---|---|---|

**Martin Mammensohn**
**905 Guava Isle**
**Fort Lauderdale, FL 33315**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5725 | Priority creditor's name and mailing address | | $34.00 | $34.00 |
|---|---|---|---|---|

**Martin Martinez**
**16606 Winding Ivy Lane**
**Cypress, TX 77433**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5726 | Priority creditor's name and mailing address | | $318.00 | $318.00 |
|---|---|---|---|---|

**Martin Parker**
**2829 Danbury Rd**
**Ames, IA 50010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**                                     Case number (*if known*) _____

_____
Name

| 2.5727 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16.00 | $16.00 |

**Martin Raumann**
**714 W Walnut St**
**Lodi, CA 95240**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5728 | Priority creditor's name and mailing address | | $398.00 | $398.00 |

**Martin Rowinski**
**10755 Hobbiton Ave**
**Las Vegas, NV 89135**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5729 | Priority creditor's name and mailing address | | $84.00 | $84.00 |

**Martin Stern**
**9 Walden Rd**
**Milford, NJ 08848**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5730 | Priority creditor's name and mailing address | | $55.00 | $55.00 |

**Martin Watson**
**31 De Silva Island Dr**
**Mill Valley, CA 94941**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| 2.5731 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |

**Martin Winchell**
**4007 Road 43**
**Torrington, WY 82240**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5732 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.00 | $240.00 |

**Marty Isaac**
**50 Skating Pond Road**
**Trumbull, CT 06611**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5733 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.00 | $55.00 |

**Marty Jaffe**
**853 Oak Ln**
**Sonoma, CA 95476**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5734 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16.00 | $16.00 |

**Marty Williams**
**200 High St**
**Valdosta, GA 31602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| | | |
|---|---|---|
| 2.5735 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |

**2.5735** Priority creditor's name and mailing address

**Marvin Coleman**
**674 N Water St**
**Henderson, NV 89015**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$56.00**    **$56.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5736** Priority creditor's name and mailing address

**Marvin Dejear**
**715 Rio Springs**
**San Antonio, TX 78258**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$29.00**    **$29.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5737** Priority creditor's name and mailing address

**Marvin Sauers**
**14350 Bristol Bay Pl Apt 206**
**Fort Myers, FL 33912**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$242.00**    **$242.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5738** Priority creditor's name and mailing address

**Marvin Southard**
**6220  Playa Vista Place**
**Po Box 2593**
**Avila Beach, CA 93424**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$78.00**    **$78.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

| 2.5739 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |
|---|---|---|---|---|

2.5739 Priority creditor's name and mailing address

**Mary Beckner
1908 N Marion Dr
Flagstaff, AZ 86001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$32.00     $32.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

2.5740 Priority creditor's name and mailing address

**Mary Brady
304 SW 171st St
Oklahoma City, OK 73170**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$78.00     $78.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

2.5741 Priority creditor's name and mailing address

**Mary Clayton
1 Danfield Rd
Saint Louis, MO 63124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$777.00     $777.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

2.5742 Priority creditor's name and mailing address

**Mary Clegg
1486 Countryview Ln
Vista, CA 92081**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$28.00     $28.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.5743 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $227.00 | $227.00 |

**Mary Coussons-Read**
**4810 Pyramid Mountain Rd**
**Cascade, CO 80809**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:
_____                   **Deficit Customer**

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY               ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)           ☐ Yes

---

| 2.5744 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $108.00 | $108.00 |

**Mary Daley**
**480 Town Plaza Ave Ste 150**
**Ponte Vedra, FL 32081**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:
_____                   **Deficit Customer**

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY               ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)           ☐ Yes

---

| 2.5745 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.00 | $62.00 |

**Mary Drisdell**
**127 Tannery Rd**
**Walland, TN 37886**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:
_____                   **Deficit Customer**

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY               ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)           ☐ Yes

---

| 2.5746 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $174.00 | $174.00 |

**Mary Eggers**
**2005 S Finley Rd Unit 1203**
**Lombard, IL 60148**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:
_____                   **Deficit Customer**

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY               ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)           ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number (*if known*)

---

| 2.5747 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $127.00 | $127.00 |

**Mary Ford**
**234 Water Walk**
**Hardeeville, SC 29927**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5748 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $124.00 | $124.00 |

**Mary Kuntzelman**
**901 Washington Ave Unit 407**
**Saint Louis, MO 63101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5749 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $130.00 | $130.00 |

**Mary Kusnierz**
**152 E Winding Way**
**Wallace, NC 28466**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5750 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |

**Mary Lawrence**
**36 Lewis Mountain Ln**
**Durango, CO 81301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**                                        Case number *(if known)* _____
_____
Name

| 2.5751 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |

**Mary Lehr**
**14145 Ozark Dr**
**Garfield, AR 72732**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5752 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.00 | $104.00 |

**Mary Levis**
**33331 Lone Cedar Lndg**
**Millville, DE 19967**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5753 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $979.00 | $979.00 |

**Mary Lynott**
**16 Berkshire Ct**
**Streamwood, IL 60107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5754 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.00 | $45.00 |

**Mary Mahoney**
**60 Volunteer Dr**
**Cruisin Sports**
**Hendersonville, TN 37075**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**2.5755** | Priority creditor's name and mailing address

**Mary Mcculley**
**340 Lantana Ave**
**Sarasota, FL 34243**

As of the petition filing date, the claim is: **$65.00**    **$65.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5756** | Priority creditor's name and mailing address

**Mary Mcguire**
**50 Vantage Point Dr.**
**Suite 7a**
**Rochester, NY 14624**

As of the petition filing date, the claim is: **$128.00**    **$128.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5757** | Priority creditor's name and mailing address

**Mary Murphy**
**1114 SW Santa Fe Dr.**
**Lees Summit, MO 64081**

As of the petition filing date, the claim is: **$136.00**    **$136.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5758** | Priority creditor's name and mailing address

**Mary Pruitt**
**15510 Oakshire Ct**
**Cleveland, OH 44130**

As of the petition filing date, the claim is: **$214.00**    **$214.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                    Case number (if known) _____
_____
Name

| 2.5759 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.00 | $22.00 |

**Mary Redfern**
**221 Cornwall Dr**
**Pittsburgh, PA 15238**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5760 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $176.00 | $176.00 |

**Mary Rossillo**
**545 1st Ave Apt 8q**
**New York, NY 10016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5761 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.00 | $110.00 |

**Mary Warren**
**4130 Garrett Rd Apt 1311**
**Durham, NC 27707**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5762 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $365.00 | $365.00 |

**Mary Weber**
**11202 E Sunflower Ct**
**Florence, AZ 85132**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.5763 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$28.00** | **$28.00** |
|---|---|---|---|---|

**Maryann Hilton**
**100 South Warbler Lane**
**Sarasota, FL 35236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5764 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$30.00** | **$30.00** |
|---|---|---|---|---|

**Marybeth Casey**
**9 Highland Pk Pl**
**Rye, NY 10580**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5765 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$45.00** | **$45.00** |
|---|---|---|---|---|

**Marybeth Kingston**
**3877 Gradyville Road**
**Newtown Square, PA 19073**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5766 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$40.00** | **$40.00** |
|---|---|---|---|---|

**Marybeth Olree**
**117 Ironwood Court**
**Denver, PA 17517**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                              Case number (*if known*) _____

Name

---

| 2.5767 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $126.00 | $126.00 |

**Marybeth Walsh**
**2739 Linaria Dr**
**Chester Springs, PA 19425**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.5768 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |

**Maryellen Angely**
**2320 Douglass Lane**
**Hatboro, PA 19040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.5769 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $131.00 | $131.00 |

**Maryellen Wohlrab**
**704 Admirals Walk**
**Buffalo, NY 14202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.5770 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Marylynn Chillemi**
**3086 Bagley Passage**
**Duluth, GA 30097**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 2.5771 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |
|---|---|---|---|---|

**Marypat Carney**
**7737 Rhodes Ave**
**North Hollywood, CA 91605**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5772 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $136.00 | $136.00 |
|---|---|---|---|---|

**Masamistu Furuta**
**250 W 40th Ave**
**San Mateo, CA 94403**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5773 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |
|---|---|---|---|---|

**Mason Chenier**
**1386 Millstone Ln**
**Woodland Park, CO 80863**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5774 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.00 | $45.00 |
|---|---|---|---|---|

**Mastered Technics**
**1212 Lincoln Ave**
**Pomona, CA 91767**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.5775 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28.00 | $28.00 |
|---|---|---|---|---|

**Matheus Brum**
**70 Sussex St Apt 2**
**Jersey City, NJ 07302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.5776 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $83.00 | $83.00 |
|---|---|---|---|---|

**Mathew Schuster**
**7912 Willow Glen Rd**
**Los Angeles, CA 90046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.5777 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $224.00 | $224.00 |
|---|---|---|---|---|

**Matt Abbink**
**5300 Democracy Dr Ste 200**
**Plano, TX 75024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.5778 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59.00 | $59.00 |
|---|---|---|---|---|

**Matt Aberle**
**6320 Brookside Plz**
**Ups Store #283**
**Kansas City, MO 64113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                   Case number (if known) _____
_____
Name

| 2.5779 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |

**2.5779** Priority creditor's name and mailing address
**Matt Allen**
**102 W 35th St**
**Sand Springs, OK 74063**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$19.00    $19.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.5780** Priority creditor's name and mailing address
**Matt Anderson**
**637 Ruby Trust Way**
**Castle Rock, CO 80108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$63.00    $63.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.5781** Priority creditor's name and mailing address
**Matt B**
**5707 Se 32nd St**
**Des Moines, IA 50320**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$87.00    $87.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.5782** Priority creditor's name and mailing address
**Matt Babb**
**1806 Doris Ave**
**N/A**
**Los Osos, CA 93402**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$270.00    $270.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**
_____     Case number (*if known*) _____

Name

| 2.5783 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|

**Matt Bork**
**221 Windsong Rd**
**Wilmington, NC 28411**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5784 | Priority creditor's name and mailing address | | $105.00 | $105.00 |

**Matt Boucher**
**331 52nd St**
**Newport News, VA 23607**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5785 | Priority creditor's name and mailing address | | $201.00 | $201.00 |

**Matt Clauss**
**22393 Spicewood Drive**
**Goshen, IN 46528**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5786 | Priority creditor's name and mailing address | | $74.00 | $74.00 |

**Matt Cochard**
**1802 Flagler  Ave**
**Atlanta, GA 30309**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.5787 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Matt Deangelis**
**40 Gerry St**
**Greenwich, CT 06830**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5788 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|

**Matt Delpup**
**2021 Moorhouse St**
**Ferndale, MI 48220**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5789 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.00 | $54.00 |
|---|---|---|---|---|

**Matt Douglas**
**2100 Park Ave Apt 212s**
**Miami Beach, FL 33139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5790 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.00 | $83.00 |
|---|---|---|---|---|

**Matt Edwards**
**2396 Willow Bend Ct**
**Saint Charles, IA 50240**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.5791 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $268.00 | $268.00 |
|---|---|---|---|---|
| | **Matt Eldridge**<br>**480 Rosecrans Ave Apt 3**<br>**Manhattan Beach, CA 90266** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5792 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $433.00 | $433.00 |
|---|---|---|---|---|
| | **Matt Fleischli**<br>**4050 Cartwright Ave**<br>**Studio City, CA 91604** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5793 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.00 | $72.00 |
|---|---|---|---|---|
| | **Matt Gerald**<br>**1935 Richmond Hwy Unit 101**<br>**Alexandria, VA 22301** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5794 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.00 | $44.00 |
|---|---|---|---|---|
| | **Matt Gregory**<br>**7265 Sandpiper St**<br>**Portage, MI 49024** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (*if known*) _____

| 2.5795 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |

**Matt Hogan**
**3302 N Lafayette St**
**Denver, CO 80205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5796 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $182.00 | $182.00 |

**Matt Hughes**
**903 Eaglesridge Ct.**
**Wildwood, MO 63021**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5797 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.00 | $210.00 |

**Matt Locke**
**2555 Dawn Ridge Dr**
**Carmel, IN 46074**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5798 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.00 | $95.00 |

**Matt Maggio**
**615 Cherry Street**
**Winnetka, IL 60093**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 2.5799 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $892.00 | $892.00 |

**Matt Mega**
**15152 65th Ave S Apt 819**
**Tukwila, WA 98188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5800 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28.00 | $28.00 |

**Matt Nelson**
**455 N Sherman St Ste 520**
**Denver, CO 80203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5801 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $117.00 | $117.00 |

**Matt Otto**
**7100 Hillside Ave**
**Apt 508**
**Los Angeles, CA 90046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5802 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $581.00 | $581.00 |

**Matt Ransom**
**2901 Mountain Ash Ct**
**Raleigh, NC 27614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**    Case number *(if known)* _____
_____
Name

| 2.5803 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $369.00 | $369.00 |
|---|---|---|---|---|

**Matt Raymer**
**4304 Selkirk Dr W**
**Fort Worth, TX 76109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.5804 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.00 | $36.00 |
|---|---|---|---|---|

**Matt Renfro**
**2305 Lone Spur Cove**
**Round Rock, TX 78665**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.5805 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|

**Matt Rowland**
**1408 Spyglass Ln**
**Clarks Summit, PA 18411**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.5806 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.00 | $31.00 |
|---|---|---|---|---|

**Matt Sabo**
**2115 N Mozart St Apt 3**
**Chicago, IL 60647**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

Debtor  **Phoeno Wine Company, Inc.**                    Case number (if known) _____
_____
Name

| 2.5807 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.00 | $68.00 |
|---|---|---|---|---|

**Matt Sitterle**
**13484 Mesa Verde Dr.**
**Austin, TX 78737**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5808 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,074.00 | $1,074.00 |
|---|---|---|---|---|

**Matt Smith**
**3043 State Route 48**
**Oswego, NY 13126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5809 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Matt Stedina**
**71 Arnold Mt.Rd.**
**Stockbridge, VT 05772**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5810 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $256.00 | $256.00 |
|---|---|---|---|---|

**Matt Turlip**
**1006 1/2 Sunset Ave**
**Charms Lane - Off Langford Street**
**- Back**
**Asbury Park, NJ 07712**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 2.5811 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.00 | $55.00 |
|---|---|---|---|---|

**Matt Villalobos**
**300 Carlsbad Village Dr Ste 108a**
**Carlsbad, CA 92008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.5812 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $253.00 | $253.00 |
|---|---|---|---|---|

**Matt Wagnitz**
**401 North Wabash Avenue**
**Unit 53b**
**Chicago, IL 60611**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.5813 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Matt Watson**
**12632 State Highway Aa**
**Cassville, MO 65625**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.5814 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.00 | $54.00 |
|---|---|---|---|---|

**Matt Williams**
**1597 Thornwood St**
**Wheaton, IL 60189**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (*if known*) _____

| 2.5815 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,033.00 | $2,033.00 |
|---|---|---|---|---|

**Matt Woods**
**5820 Southmoor Ln**
**Englewood, CO 80111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5816 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $266.00 | $266.00 |
|---|---|---|---|---|

**Matt Wright**
**1817 Electric Ave**
**Bellingham, WA 98229**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5817 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |
|---|---|---|---|---|

**Matthee Bradley**
**3009 Croatia Drive**
**Columbia, IL 62236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5818 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.00 | $46.00 |
|---|---|---|---|---|

**Matthew Abruzzo**
**504 W 48th St Apt 4w**
**New York, NY 10036**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor   **Phoeno Wine Company, Inc.**                                   Case number (if known) _____
_____
Name

| 2.5819 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $204.00 | $204.00 |
|---|---|---|---|---|

**Matthew Albanese**
**33 Turning Leaf Dr**
**Pittsford, NY 14534**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5820 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $173.00 | $173.00 |
|---|---|---|---|---|

**Matthew Azzara**
**30 Newport Pkwy Apt 1903**
**Jersey City, NJ 07310**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5821 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $338.00 | $338.00 |
|---|---|---|---|---|

**Matthew Babb**
**4257 Brunswick Ave**
**Los Angeles, CA 90039**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5822 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|

**Matthew Callahan**
**245 Lakewood Dr**
**Houma, LA 70360**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.5823 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.00 | $88.00 |
|---|---|---|---|---|

**Matthew Carpenter**
**4360 N Alpine Ave**
**Shorewood, WI 53211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.5824 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $192.00 | $192.00 |
|---|---|---|---|---|

**Matthew Carr**
**7230 Chipley Dr**
**Wilmington, NC 28411**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.5825 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $995.00 | $995.00 |
|---|---|---|---|---|

**Matthew Casey**
**647 Amy Lu Ct**
**Westerville, OH 43082**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.5826 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|---|---|---|---|---|

**Matthew Clarke**
**297 Sand Grouse Dr**
**Loveland, CO 80537**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Debtor **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

---

| 2.5827 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $278.00 | $278.00 |
|---|---|---|---|---|

**Matthew Cody**
**271 Jonathan Rd**
**New Canaan, CT 06840**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5828 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,276.00 | $1,276.00 |
|---|---|---|---|---|

**Matthew Cohen**
**1628 Rose Glen Rd**
**Havertown, PA 19083**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5829 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $179.00 | $179.00 |
|---|---|---|---|---|

**Matthew Conboy**
**1606 Buena Vista St**
**Pittsburgh, PA 15212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5830 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |
|---|---|---|---|---|

**Matthew Costello**
**3735 Bentley Drive**
**Durham, NC 27707**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 2.5831 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.00 | $34.00 |

**Matthew Coyne**
**255 W End Ave Apt 4c**
**New York, NY 10023**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5832 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $309.00 | $309.00 |

**Matthew Crotts**
**1954 Ferguson Loop**
**Chesapeake, VA 23322**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5833 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $285.00 | $285.00 |

**Matthew Daggett**
**208 Sterling Gate Ln**
**Alabaster, AL 35007**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5834 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.00 | $21.00 |

**Matthew Dahm**
**3550 W Montrose Ave**
**Unit 507**
**Chicago, IL 60618**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                          Case number *(if known)* _____
_____
Name

| 2.5835 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|---|---|---|---|---|

**Matthew Dellavedova**
**5554 Ridgewood Ln**
**Brecksville, OH 44141**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5836 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|

**Matthew Frazier**
**4029 Cooper Ln**
**Cody, WY 82414**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5837 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.00 | $104.00 |
|---|---|---|---|---|

**Matthew French**
**654 John Tyler Cir Apt 302**
**Harrisonburg, VA 22801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5838 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Matthew Gass**
**3 Roma Ln**
**Reading, MA 01867**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.5839** | Priority creditor's name and mailing address
**Matthew Glakas**
**18096 Camdenhurst Dr**
**Gainesville, VA 20155**

As of the petition filing date, the claim is: **$41.00**  **$41.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.5840** | Priority creditor's name and mailing address
**Matthew Goedken**
**15668 W 165th St**
**Olathe, KS 66062**

As of the petition filing date, the claim is: **$200.00**  **$200.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.5841** | Priority creditor's name and mailing address
**Matthew Gordon**
**6437 55th Sq**
**Vero Beach, FL 32967**

As of the petition filing date, the claim is: **$115.00**  **$115.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.5842** | Priority creditor's name and mailing address
**Matthew Gorman**
**171 Fireside Dr**
**Mcmurray, PA 15317**

As of the petition filing date, the claim is: **$2,912.00**  **$2,912.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.5843 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,046.00 | $1,046.00 |
|---|---|---|---|---|

**Matthew Grdgon**
**10491 Gandy Blvd N Apt 1311**
**Saint Petersburg, FL 33702**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5844 | Priority creditor's name and mailing address | | $306.00 | $306.00 |
|---|---|---|---|---|

**Matthew Green**
**908 10th St NE**
**Washington, DC 20002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5845 | Priority creditor's name and mailing address | | $70.00 | $70.00 |
|---|---|---|---|---|

**Matthew Greenberg**
**719 Greenwood Rd**
**Wilmington, DE 19807**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5846 | Priority creditor's name and mailing address | | $75.00 | $75.00 |
|---|---|---|---|---|

**Matthew Grodsky**
**3610 Creamery Rd**
**Bensalem, PA 19020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

---

| 2.5847 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.00 | $52.00 |

**Matthew Hague**
**12 Noswall Pk Rd**
**Putnam Valley, NY 10579**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5848 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $164.00 | $164.00 |

**Matthew Hodge**
**17735 E. Lake Jem Rd**
**Mount Dora, FL 32757**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5849 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $234.00 | $234.00 |

**Matthew Jendian**
**428 E Shields Ave Apt 205**
**Fresno, CA 93704**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5850 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.00 | $119.00 |

**Matthew Johnson**
**8021 Shirley St**
**Metairie, LA 70003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number _(if known)_ _____

Name

| | | | |
|---|---|---|---|
| 2.5851 | Priority creditor's name and mailing address<br>**Matthew Kaplon**<br>**149 Steeplechase Rd**<br>**Lexington, SC 29072** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $201.00    $201.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.5852 | Priority creditor's name and mailing address<br>**Matthew Kessler-Vaughn**<br>**1331 Maryland Ave SW Apt 637**<br>**Washington, DC 20024** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $66.00    $66.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.5853 | Priority creditor's name and mailing address<br>**Matthew Lahman**<br>**13767 Mono Way**<br>**Sonora, CA 95370** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20.00    $20.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.5854 | Priority creditor's name and mailing address<br>**Matthew Lamberson**<br>**4012 Maguire Blvd Apt 4215**<br>**Orlando, FL 32803** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $133.00    $133.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.5855 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: **$410.00** **$410.00** |

**Matthew Lemas**
**2840 Kingsway Rd**
**Pierre, SD 57501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| 2.5856 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: **$63.00** **$63.00** |

**Matthew Lienhard**
**497 Gee Hammock Ln**
**Winter Springs, FL 32708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| 2.5857 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: **$365.00** **$365.00** |

**Matthew Littig**
**315 W 82nd St Apt 3a**
**New York, NY 10024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| 2.5858 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: **$163.00** **$163.00** |

**Matthew Lunning**
**1510 S 152nd Ave Cir**
**Omaha, NE 68144**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.5859 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,791.00 | $3,350.00 |
|---|---|---|---|---|

**Matthew Lutz**
**2841 Shoal Crest Ave**
**Austin, TX 78705**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5860 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $940.00 | $940.00 |
|---|---|---|---|---|

**Matthew Madden**
**19800 Macarthur Blvd Ste 280**
**Irvine, CA 92612**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5861 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.00 | $98.00 |
|---|---|---|---|---|

**Matthew Madden**
**6006 Timberlodge Ln**
**Roseville, CA 95747**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5862 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $196.00 | $196.00 |
|---|---|---|---|---|

**Matthew Marten**
**1218 Simmons Ave**
**Kirkwood, MO 63122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.5863 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Matthew Maurer**
**333 E 30th Street**
**17g**
**New York, NY 10016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5864 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $138.00 | $138.00 |
|---|---|---|---|---|

**Matthew Mayback**
**2257 Eudora St**
**Denver, CO 80207**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5865 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.00 | $34.00 |
|---|---|---|---|---|

**Matthew Mcauliffe**
**35 Dale Ave**
**Leominster, MA 01453**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5866 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.00 | $47.00 |
|---|---|---|---|---|

**Matthew Mentzer**
**556 W Wellington Ave Apt 3r**
**Chicago, IL 60657**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| 2.5867 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $773.00 | $773.00 |

**Matthew Meyerson**
**3 Rolling Green Dr**
**Wilton, NY 12831**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5868 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |

**Matthew Milnor**
**5516 Stansbury Dr**
**Dublin, OH 43017**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5869 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**Matthew Nader**
**198 W Lake Dr**
**Annapolis, MD 21403**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5870 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |

**Matthew Nirdlinger**
**89 Friendship Road**
**Howell, NJ 07731**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
|--------|---------|--|---------|--|
| | Name | | | |

| 2.5871 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $50.00 | $50.00 |
|--------|---------|---------|---------|---------|

**Matthew Oconnor**
**80 Riverford Rd**
**Brookfield, CT 06804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5872 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $688.00 | $688.00 |
|--------|---------|---------|---------|---------|

**Matthew Paris**
**8343 Lake Dr Apt 301**
**Doral, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5873 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $164.00 | $164.00 |
|--------|---------|---------|---------|---------|

**Matthew Pearce**
**955 Lillard Dr**
**Sparks, NV 89434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5874 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,574.00 | $1,574.00 |
|--------|---------|---------|---------|---------|

**Matthew Petrella**
**228 Pacific St**
**3fl**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

| 2.5875 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.00 | $26.00 |
|---|---|---|---|---|

**Matthew Poland**
**101 Kestrel**
**Irvine, CA 92618**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5876 | Priority creditor's name and mailing address | | $108.00 | $108.00 |
|---|---|---|---|---|

**Matthew Pribila**
**20 Waverly Drive**
**Columbus, NJ 08022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5877 | Priority creditor's name and mailing address | | $183.00 | $183.00 |
|---|---|---|---|---|

**Matthew Ragnetti**
**8707 Cathedral Forest Dr**
**Fairfax Station, VA 22039**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5878 | Priority creditor's name and mailing address | | $153.00 | $153.00 |
|---|---|---|---|---|

**Matthew Rasmussen**
**3901 E Superior St**
**Duluth, MN 55804**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| 2.5879 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |
|---|---|---|---|---|

**Matthew Rothman**
**321 W Shore Rd Lower House**
**New Preston, CT 06777**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5880 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $663.00 | $663.00 |
|---|---|---|---|---|

**Matthew Ruby**
**500 Helendale Road**
**Suite 280**
**Rochester, NY 14609**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5881 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**Matthew Sasaki**
**23 Garden Street**
**Pawcatuck, CT 06379**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5882 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $257.00 | $257.00 |
|---|---|---|---|---|

**Matthew Schwencke**
**242 Bloomfield Dr**
**West Palm Beach, FL 33405**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* |
| | Name | |

---

**2.5883** | Priority creditor's name and mailing address

**Matthew Sipos**
**3617 Hosiers Oaks Dr**
**Portsmouth, VA 23703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$35.00    $35.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5884** | Priority creditor's name and mailing address

**Matthew Snow**
**5201 Leander Way**
**Midlothian, TX 76065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$165.00    $165.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5885** | Priority creditor's name and mailing address

**Matthew Summers**
**1627 W 23rd St Unit A**
**Houston, TX 77008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$119.00    $119.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5886** | Priority creditor's name and mailing address

**Matthew Vantassel**
**1710 San Martin Dr**
**Fenton, MO 63026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$7,439.00    $3,350.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|

**2.5887** Priority creditor's name and mailing address

**Matthew Wager**
**1313 Hyak Ct NE**
**Olympia, WA 98516**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$772.00    $772.00

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5888** Priority creditor's name and mailing address

**Matthew Weaver**
**284 39th Street**
**Pittsburgh, PA 15201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$788.00    $788.00

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5889** Priority creditor's name and mailing address

**Matthew Weiss**
**1624 Picardy Ct**
**Long Grove, IL 60047**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$180.00    $180.00

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5890** Priority creditor's name and mailing address

**Matthew Williams**
**8869 Cemetery Ln**
**Savage, MD 20763**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$30.00    $30.00

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                          Case number (if known)
_____
Name

| 2.5891 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,355.00 | $1,355.00 |
|---|---|---|---|---|

**Mattias Melander**
**8 Archertown Road**
**New Egypt, NJ 08533**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5892 | Priority creditor's name and mailing address | | $41.00 | $41.00 |
|---|---|---|---|---|

**Maud Arnold**
**243 Meridian Ave Apt 112**
**Miami Beach, FL 33139**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5893 | Priority creditor's name and mailing address | | $149.00 | $149.00 |
|---|---|---|---|---|

**Maura Casey**
**10greybarn Lane**
**Apt 301**
**Amityville, NY 11701**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5894 | Priority creditor's name and mailing address | | $57.00 | $57.00 |
|---|---|---|---|---|

**Maura Koonz**
**478 Pythian St**
**Morgantown, WV 26505**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.5895 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $803.00 | $803.00 |

**Maura Osullivanguinard**
**177 Main St**
**East Rockaway, NY 11518**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5896 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 | $150.00 |

**Maura Rose**
**730 Rugby Road**
**Brooklyn, NY 11230**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5897 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $108.00 | $108.00 |

**Maureen Trnka**
**5001 Louise Dr Ste 103**
**Mechanicsburg, PA 17055**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5898 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |

**Maurice Mcneil**
**212 Daffon Dr**
**Indianapolis, IN 46227**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                          Case number *(if known)* _____
_____
Name

---

| 2.5899 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |

**Mauricio Cunha**
**1029 Malaga Ave**
**Coral Gables, FL 33134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5900 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.00 | $61.00 |

**Maverick Johnson**
**7039 N Holiday Dr**
**Galveston, TX 77550**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5901 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,427.00 | $1,427.00 |

**Max Dunigan**
**902 Barnsely Rd**
**Port Wentworth, GA 31407**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5902 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $590.00 | $590.00 |

**Max Gutman**
**1303 Idlewood Road**
**Wilmington, DE 19805**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | | |
| | Name | | | |

| 2.5903 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,700.00** | **$3,350.00** |

**Max Lipsitz**
**171 Highland Ave**
**Buffalo, NY 14222**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5904 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$34.00** | **$34.00** |

**Max Mcgee**
**45 Shore Rd**
**Old Greenwich, CT 06870**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5905 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$96.00** | **$96.00** |

**Max Victor**
**313 Cedar Glade Ct**
**Lebanon, TN 37090**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5906 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$32.00** | **$32.00** |

**Max Wulff**
**2656 Burlingham Dr**
**Ashtabula, OH 44004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.5907 | Priority creditor's name and mailing address<br>**Maximilian Spychalski**<br>**277 Driggs Ave Apt 1r**<br>**Brooklyn, NY 11222** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$88.00**   **$88.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.5908 | Priority creditor's name and mailing address<br>**Maximiliano Vaccalluzzo**<br>**Marriott   s Grand Chateau 75 E**<br>**Harmon A**<br>**Las Vegas, NV 89109** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$149.00**   **$149.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.5909 | Priority creditor's name and mailing address<br>**Maximillian Mayerhofer**<br>**8831 Jayden St NE**<br>**Lacey, WA 98516** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,123.00**   **$3,123.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.5910 | Priority creditor's name and mailing address<br>**Maxwell Cury**<br>**2323 Clear Lake City Blvd**<br>**Houston, TX 77062** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$67.00**   **$67.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 2.5911 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |

**Maxwell Kinman**
**629 Myrtle Ave**
**Terrace Park, OH 45174**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5912 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.00 | $63.00 |

**Maxwell Roesh**
**4000 Fairway Ct**
**Arlington, TX 76013**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5913 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $94.00 | $94.00 |

**Maya Renganathan**
**259 W 90th St Apt 3f**
**New York, NY 10024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5914 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.00 | $34.00 |

**Maziar Adl**
**19486 Jasper Hill Rd**
**Trabuco Canyon, CA 92679**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (*if known*) _____
Name

| 2.5915 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.00 | $59.00 |

**Mchael Pettyjohn**
**9607 Starfish Reef Way**
**Las Vegas, NV 89178**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5916 | Priority creditor's name and mailing address | | $20.00 | $20.00 |

**Mckinley Williams**
**950 Caledonia St**
**Butte, MT 59701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5917 | Priority creditor's name and mailing address | | $468.00 | $468.00 |

**Meagan Kirk**
**141 Prelude Dr**
**Richlands, NC 28574**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5918 | Priority creditor's name and mailing address | | $27.00 | $27.00 |

**Meaghan Deguisto**
**4240 Tejon St**
**Denver, CO 80211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.5919 | Priority creditor's name and mailing address<br>**Mebane Faber**<br>**6 Pi  on Pine Lane**<br>**Littleton, CO 80127** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

**$70.00**   **$70.00**

---

| 2.5920 | Priority creditor's name and mailing address<br>**Meeran Anderson**<br>**11873 Shaker Meadows Court**<br>**Herndon, VA 20170** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

**$322.00**   **$322.00**

---

| 2.5921 | Priority creditor's name and mailing address<br>**Megan Ayers**<br>**116 Johnson Ave**<br>**Indianapolis, IN 46219** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

**$178.00**   **$178.00**

---

| 2.5922 | Priority creditor's name and mailing address<br>**Megan Castillo**<br>**1681 W. 10th Street**<br>**Yuma, AZ 85364** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

**$119.00**   **$119.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.5923 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $246.00 | $246.00 |
|---|---|---|---|---|

**Megan Depaolo**
**1532 15th Ave S**
**Seattle, WA 98144**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5924 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.00 | $160.00 |
|---|---|---|---|---|

**Megan Devkota**
**209 Audreys Ct Se**
**Vienna, VA 22180**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5925 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $228.00 | $228.00 |
|---|---|---|---|---|

**Megan Dowgielewicz**
**10 Sylvia Ln**
**Amsterdam, NY 12010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5926 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $222.00 | $222.00 |
|---|---|---|---|---|

**Megan Eitel**
**10861 Auburn Ave S**
**Seattle, WA 98178**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)* _____

| | | | |
|---|---|---|---|
| 2.5927 | Priority creditor's name and mailing address<br>**Megan Fife**<br>**257 W Crystal Lake Ave**<br>**Haddonfield, NJ 08033** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $28.00  $28.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.5928 | Priority creditor's name and mailing address<br>**Megan Giacini**<br>**4370 Obar Dr**<br>**Chattanooga, TN 37419** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $93.00  $93.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.5929 | Priority creditor's name and mailing address<br>**Megan Humpal**<br>**471 E Diamond Peak Ave**<br>**Sisters, OR 97759** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $83.00  $83.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.5930 | Priority creditor's name and mailing address<br>**Megan Kruse**<br>**3332 Drummond Rd**<br>**Toledo, OH 43606** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $57.00  $57.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor **Phoeno Wine Company, Inc.**                         Case number *(if known)*
_____
Name

| 2.5931 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,354.00 | $3,350.00 |

**Megan Kulfan**
**1752 Tattenham Road**
**Encinitas, CA 92024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5932 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $239.00 | $239.00 |

**Megan Lemerise**
**844 4 Streams Dr**
**West Chester, PA 19382**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5933 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $296.00 | $296.00 |

**Megan Llandez**
**744 Citrus Isle Dr**
**Davenport, FL 33837**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5934 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $147.00 | $147.00 |

**Megan Loo**
**1441 Little Raven St Apt 26008**
**Denver, CO 80202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.5935** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$64.00** | **$64.00**

**Megan Matocha**
**2632 Aztec Ct**
**League City, TX 77573**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5936** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$57.00** | **$57.00**

**Megan Mccarthy**
**1000 1/2 N Texas St**
**Upstairs**
**Fairfield, CA 94533**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5937** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$33.00** | **$33.00**

**Megan Morrice**
**445 Staten Ave Apt 2**
**Oakland, CA 94610**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5938** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$212.00** | **$212.00**

**Megan Richardson**
**4920 S Landing Dr Unit 605**
**Portland, OR 97239**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | | | |
|---|---|---|---|
| 2.5939 | Priority creditor's name and mailing address<br>**Megan Schofeild**<br>**1360 Adams St**<br>**Saint Helena, CA 94574** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$35.00**   **$35.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.5940 | Priority creditor's name and mailing address<br>**Meghan Berdelle**<br>**6192 S Poplar St**<br>**Centennial, CO 80111** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$30.00**   **$30.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.5941 | Priority creditor's name and mailing address<br>**Meghan Mcmillion**<br>**9411 Philadelphia Rd Ste N**<br>**Baltimore, MD 21237** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$32.00**   **$32.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.5942 | Priority creditor's name and mailing address<br>**Meghann Pritchett**<br>**6616 Brave Ct.**<br>**Haymarket, VA 20169** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$19.00**   **$19.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor   **Phoeno Wine Company, Inc.**                                   Case number (if known)
_____
Name

| 2.5943 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.00 | $22.00 |

**Mehul Mehta**
**135 Cambridge Place**
**Chalfont, PA 18914**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY   ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.5944 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.00 | $70.00 |

**Melanie Camp**
**2724 Kipling St Apt 309**
**Houston, TX 77098**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY   ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.5945 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |

**Melanie Covington**
**5106 Splendid Cir**
**Katy, TX 77493**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY   ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.5946 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 | $150.00 |

**Melanie Few**
**6435 Patrick Drive**
**Dallas, TX 75214**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY   ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.5947 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $73.00 | $73.00 |

**Melba Willis**
**150 Easonville Park Dr**
**Cropwell, AL 35054**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.5948 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.00 | $59.00 |

**Melinda Mitchell**
**2351 Estates Ct**
**Ann Arbor, MI 48103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.5949 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $195.00 | $195.00 |

**Melinda Pregon**
**480 Saddle Park Court**
**Centerville, OH 45458**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.5950 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.00 | $81.00 |

**Melinda Prescott**
**20680 W. Exeter Road**
**Kildeer, IL 60047**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.5951 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $316.00 | $316.00 |
|---|---|---|---|---|

**Melissa Atallah**
**114 Spicewood Rd**
**Weaverville, NC 28787**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.5952 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |
|---|---|---|---|---|

**Melissa Baird-Tindall**
**1136 Challenger**
**Lakeway, TX 78734**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.5953 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $469.00 | $469.00 |
|---|---|---|---|---|

**Melissa Blount**
**135 Woodland Rd**
**Madison, NJ 07940**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.5954 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.00 | $75.00 |
|---|---|---|---|---|

**Melissa Broad**
**1750 W 24th St**
**Miami Beach, FL 33140**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

| 2.5955 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |
|---|---|---|---|---|

**Melissa Cadd**
**1915 Westhaven**
**Wenatchee, WA 98801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5956 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.00 | $63.00 |
|---|---|---|---|---|

**Melissa Carollo**
**2117 Veterans Blvd**
**Metairie, LA 70002**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5957 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.00 | $42.00 |
|---|---|---|---|---|

**Melissa Cloonan**
**630 S Fleishel Ave**
**Tyler, TX 75701**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5958 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $232.00 | $232.00 |
|---|---|---|---|---|

**Melissa Coleman**
**230 Bello Court**
**San Ramon, CA 94583**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.5959 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Melissa Engler**
**6615 Sable Ridge Ln**
**Naples, FL 34109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5960 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.00 | $63.00 |
|---|---|---|---|---|

**Melissa Garrett**
**1753 W Ridgeway Ave Ste 107**
**Waterloo, IA 50701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5961 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|

**Melissa Goduti**
**111 S Military St**
**Dollar General - Fedex Onsite**
**Loretto, TN 38469**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5962 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |
|---|---|---|---|---|

**Melissa Hester**
**130 Malcolm X Blvd Apt 220**
**New York, NY 10026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (*if known*)

---

| 2.5963 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |
|---|---|---|---|---|

**Melissa King**
**200 Water St**
**1205**
**New York, NY 10038**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5964 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $192.00 | $192.00 |
|---|---|---|---|---|

**Melissa Lemke**
**6300 Middle Rd**
**Temple, TX 76501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5965 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.00 | $83.00 |
|---|---|---|---|---|

**Melissa Licht**
**524 Creekside Ln**
**Mt Pleasant, PA 15666**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5966 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.00 | $110.00 |
|---|---|---|---|---|

**Melissa Martinek**
**1939 Sugar Maple Place**
**Bellbrook, OH 45305**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 2.5967 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Melissa Mastrodomenico**
**26 Trophy Rdg**
**San Antonio, TX 78258**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5968 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $179.00 | $179.00 |

**Melissa Mckechnie**
**550 Sussex Ct**
**Goleta, CA 93117**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5969 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Melissa Mcrae**
**9603 Rosalyn Glen Rd**
**Cornelius, NC 28031**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5970 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |

**Melissa Michael**
**110 Candlewycke Ln**
**Northampton, PA 18067**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                    Case number (if known) _____
_____
Name

| 2.5971 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $155.00 | $155.00 |
|---|---|---|---|---|

**Melissa Osorio**
**7276 Rue Michael**
**La Jolla, CA 92037**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5972 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 | $38.00 |
|---|---|---|---|---|

**Melissa Peyton**
**11 Bradford Ct**
**Fredericksburg, VA 22405**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5973 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $707.00 | $707.00 |
|---|---|---|---|---|

**Melissa Powers**
**200 Brannan St Apt 212**
**San Francisco, CA 94107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5974 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |
|---|---|---|---|---|

**Melissa Smith**
**286 Lakewood Dr**
**Waleska, GA 30183**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                          Case number (if known) _____
_____
Name

| 2.5975 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|--------|--------|--------|--------|--------|

**Melissa Summerville**
**223 Chastain Ct**
**Jacksonville, NC 28546**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5976 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,217.00 | $1,217.00 |
|--------|--------|--------|--------|--------|

**Melissa Trede**
**1727 Royal Crescent St**
**San Antonio, TX 78231**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5977 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.00 | $85.00 |
|--------|--------|--------|--------|--------|

**Mellisa Root**
**10694 Rockfish Valley Hwy**
**Afton, VA 22920**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5978 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|--------|--------|--------|--------|--------|

**Melodie Ancona**
**10518 W 132 Nd Ct**
**Overland Park, KS 66213**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.5979 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $71.00 | $71.00 |
|---|---|---|---|---|

**Melody Sheehan**
**2 Bluff Pointe Way**
**Aiken, SC 29803**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5980 | Priority creditor's name and mailing address | | $124.00 | $124.00 |
|---|---|---|---|---|

**Melody Thompson**
**112 Strother Place**
**St. Simons Island, GA 31522**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5981 | Priority creditor's name and mailing address | | $63.00 | $63.00 |
|---|---|---|---|---|

**Melvin Davis**
**3819 Bayou Bend Ct**
**Sugar Land, TX 77479**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5982 | Priority creditor's name and mailing address | | $195.00 | $195.00 |
|---|---|---|---|---|

**Melvin Laguren**
**7925 Golden Springs Lane**
**Vallejo, CA 94591**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**
_____
Name                                          Case number (if known) _____

| 2.5983 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |

**Meredith Brown**
**25 Hickory Pl Apt A29**
**Chatham, NJ 07928**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.5984 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $69.00 | $69.00 |

**Meredith Friedman**
**1228 South Main Street**
**St. Charles, MO 63301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.5985 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Meredith Kozikowski**
**9008 Piney Grove Dr**
**Fairfax, VA 22031**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.5986 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $226.00 | $226.00 |

**Meredith Kyle**
**6895 Aldridge Rd**
**Victor, NY 14564**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.5987 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $221.00 | $221.00 |
|---|---|---|---|---|

**Meredith Marash**
**81 Fleet Pl Apt 3l**
**Brooklyn, NY 11201**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.5988 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $807.00 | $807.00 |
|---|---|---|---|---|

**Meredith Moore**
**19003 Greenview Glen Dr**
**Cypress, TX 77433**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.5989 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $143.00 | $143.00 |
|---|---|---|---|---|

**Meredith Moran**
**1818 N Whipple St**
**Chicago, IL 60647**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.5990 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,059.00 | $1,059.00 |
|---|---|---|---|---|

**Meriden Smucker**
**170 Clydesdale Ct SW**
**Grand Rapids, MI 49534**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                      Case number (if known) _____
_____
Name

| 2.5991 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $133.00 | $133.00 |
|---|---|---|---|---|

**Merrill Pauls**
**801 N. Bird St.**
**Alpine, TX 79830**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5992 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $118.00 | $118.00 |
|---|---|---|---|---|

**Meryl Robertson**
**3232 168th Street**
**Flushing, NY 11358**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5993 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.00 | $330.00 |
|---|---|---|---|---|

**Meyer Jonathan**
**200 Burke Pl**
**Jefferson City, MO 65109**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5994 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Mia Arnett**
**1215 Sawyer St Apt 254**
**Houston, TX 77007**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.5995 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |

**Micah Dawson**
**3165 Center St #1**
**Miami, FL 33133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5996 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $658.00 | $658.00 |

**Micah Jones**
**289 Martina Drive**
**Chambersburg, PA 17201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5997 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |

**Michael Allen**
**9 Vassar Dr**
**Milford, MA 01757**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5998 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,584.00 | $1,584.00 |

**Michael Angoli**
**203 N La Salle St Ste 2000**
**Chicago, IL 60601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.5999** | Priority creditor's name and mailing address

**Michael Ardente**
**11 Brooks Dr**
**Braintree, MA 02184**

As of the petition filing date, the claim is: **$112.00**   **$112.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.6000** | Priority creditor's name and mailing address

**Michael Bachrach**
**720 Fort Washington Ave Apt 4s**
**New York, NY 10040**

As of the petition filing date, the claim is: **$40.00**   **$40.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.6001** | Priority creditor's name and mailing address

**Michael Barcellos**
**11 Lorin Dr**
**Wilmington, MA 01887**

As of the petition filing date, the claim is: **$29.00**   **$29.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.6002** | Priority creditor's name and mailing address

**Michael Beltran**
**231 Albert Sabin Way Rm 5553**
**Dept Of Orthopaedics**
**Cincinnati, OH 45267**

As of the petition filing date, the claim is: **$50.00**   **$50.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.6003 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.00 | $61.00 |

**Michael Bennett**
**2063 River Heritage Blvd**
**Dumfries, VA 22026**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6004 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |

**Michael Benthin**
**6905 Gregory Ct NE**
**Rio Rancho, NM 87144**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6005 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.00 | $70.00 |

**Michael Birch**
**1434 Mayfair Ln**
**Grayslake, IL 60030**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6006 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $126.00 | $126.00 |

**Michael Bober**
**434 NE 5th Court**
**Boca Raton, FL 33432**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 2.6007 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $179.00 | $179.00 |

**Michael Bodine**
**67 Manning Boulevard**
**1**
**Albany, NY 12203**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6008 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Michael Brady**
**741 Walkabout Cir W Apt 1a**
**Carmel, IN 46032**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6009 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.00 | $85.00 |

**Michael Brandes**
**1810 Dresden Dr NE**
**Brookhaven, GA 30319**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6010 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $292.00 | $292.00 |

**Michael Brown**
**340 Northern Blvd**
**Germantown, NY 12526**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

| | | | |
|---|---|---|---|
| 2.6011 | Priority creditor's name and mailing address<br>**Michael Buerger**<br>**4326 Kingswood Dr**<br>**Concord, CA 94518** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$754.00**   **$754.00** |

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.6012 | Priority creditor's name and mailing address<br>**Michael Burns**<br>**102 Old Barn Ln**<br>**Sagaponack, NY 11962** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,144.00**   **$1,144.00** |

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.6013 | Priority creditor's name and mailing address<br>**Michael Burns**<br>**240 Route 108 # 3127**<br>**Somersworth, NH 03878** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$29,041.00**   **$3,350.00** |

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.6014 | Priority creditor's name and mailing address<br>**Michael Burns**<br>**760 Mountain Laurel Dr**<br>**Prosper, TX 75078** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$63.00**   **$63.00** |

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| | | | |
|---|---|---|---|
| 2.6015 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.00 | $49.00 |

**Michael Calabrese**
**615 Woodfield Rd**
**Wyckoff, NJ 07481**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6016 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $198.00 | $198.00 |

**Michael Cano**
**600 East California Blvd**
**Pasadena, CA 91106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6017 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |

**Michael Capra**
**2815 Marmaris Dr**
**Jacksonville, FL 32246**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6018 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $144.00 | $144.00 |

**Michael Carrosquilla**
**1316 Mary's Cove**
**New Braunfels, TX 78130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 2.6019 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.00 | $89.00 |

2.6019 | Priority creditor's name and mailing address

**Michael Caruso**
**13532 Bay Lake Ln**
**Tampa, FL 33618**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$89.00      $89.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.6020 | Priority creditor's name and mailing address

**Michael Cattanach**
**1622 King St**
**Denver, CO 80204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$40.00      $40.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.6021 | Priority creditor's name and mailing address

**Michael Chave**
**600 Alliston Ct**
**Las Vegas, NV 89144**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$70.00      $70.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.6022 | Priority creditor's name and mailing address

**Michael Christie**
**1212 S Duncan Ave**
**Clearwater, FL 33756**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$56.00      $56.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 2.6023 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,800.00 | $1,800.00 |

**Michael Ciccolo**
**23 Yellow Pine Lane**
**Sunriver, OR 97707**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6024 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.00 | $49.00 |

**Michael Ciccone**
**2457 Heronwood Dr**
**Bloomfield Hills, MI 48302**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6025 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $345.00 | $345.00 |

**Michael Coleman**
**10715 Featherwalk Way**
**Highlands Ranch, CO 80126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6026 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |

**Michael Conconi**
**10541 Boca Canyon Dr**
**Santa Ana, CA 92705**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                        Case number *(if known)*
_____                              _____
         Name

| 2.6027 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,700.00 | $1,700.00 |

**Michael Costello**
**527 Prospect Ave**
**Mamaroneck, NY 10543**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**
_____

_____
Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)   ☐ Yes

---

| 2.6028 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Michael Cunningham**
**1811 Huntington Hills Ln Nw**
**Atlanta, GA 30309**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**
_____

_____
Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)   ☐ Yes

---

| 2.6029 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |

**Michael Curley**
**909 Oregon St**
**Orlando, FL 32803**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**
_____

_____
Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)   ☐ Yes

---

| 2.6030 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $188.00 | $188.00 |

**Michael Dadlani**
**4304 Chateau Ridge Rd**
**Castle Rock, CO 80108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**
_____

_____
Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)   ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 2.6031 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |

**Michael Damico**
**2474 Decatur St**
**Denver, CO 80211**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6032 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.00 | $125.00 |

**Michael Dangelo**
**1705 Catalpa Ct**
**Thompsons Station, TN 37179**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6033 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $879.00 | $879.00 |

**Michael Danzer**
**650 Josephine St**
**Denver, CO 80206**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6034 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $215.00 | $215.00 |

**Michael Daughters**
**1001 Meador Ave**
**Haskell Corp**
**Bellingham, WA 98229**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 2.6035 | Priority creditor's name and mailing address<br>**Michael Davidson**<br>**313 Park Ave**<br>**Rutherford, NJ 07070** |

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$185.00    $185.00

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | |
|---|---|
| 2.6036 | Priority creditor's name and mailing address<br>**Michael Deavers**<br>**19216 Olde Waterford Rd**<br>**Hagerstown, MD 21742** |

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$826.00    $826.00

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | |
|---|---|
| 2.6037 | Priority creditor's name and mailing address<br>**Michael Devizio**<br>**2 Frances Ln**<br>**Scotch Plains, NJ 07076** |

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$80.00    $80.00

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | |
|---|---|
| 2.6038 | Priority creditor's name and mailing address<br>**Michael Dimitriou**<br>**206 Grant Ave**<br>**Clarendon Hills, IL 60514** |

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$58.00    $58.00

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 2.6039 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $220.00 | $220.00 |
|---|---|---|---|---|

**Michael Dimmitt**
**6501 Stacey Hollow Way**
**Lafayette, IN 47905**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6040 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $71.00 | $71.00 |
|---|---|---|---|---|

**Michael Disser**
**417 Heatherwood Ln**
**Devon, PA 19333**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6041 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $108.00 | $108.00 |
|---|---|---|---|---|

**Michael Dodd**
**355 Cortona Dr**
**West Lake Hills, TX 78746**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6042 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Michael Dorrie**
**5 Alexandra Ln**
**Long Valley, NJ 07853**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 2.6043 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,954.00 | $1,954.00 |
|---|---|---|---|---|

**Michael Dostie**
**9301 Old Kings Rd S**
**Jacksonville, FL 32257**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6044 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $756.00 | $756.00 |
|---|---|---|---|---|

**Michael Eatmon**
**8571 Christine Ct**
**Bridgeville, PA 15017**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6045 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $118.00 | $118.00 |
|---|---|---|---|---|

**Michael Ellison**
**1985 Avery Way**
**Castle Rock, CO 80109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6046 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $213.00 | $213.00 |
|---|---|---|---|---|

**Michael Erickson**
**7227 10th St N**
**Saint Petersburg, FL 33702**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 2.6047 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.6047**

Priority creditor's name and mailing address

**Michael Eriksen**
**12 30th Ave**
**Isle Of Palms, SC 29451**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$35.00    $35.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.6048**

Priority creditor's name and mailing address

**Michael Esposito**
**13383 Lone Bend Rd**
**Jamestown, CA 95327**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$33.00    $33.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.6049**

Priority creditor's name and mailing address

**Michael Farmer**
**4800 Falls Of NEuse Rd Ste 400**
**Raleigh, NC 27609**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$280.00    $280.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.6050**

Priority creditor's name and mailing address

**Michael Ferguson**
**8 Dewey Rd**
**Bedford, MA 01730**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,349.00    $1,349.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_ _____
        Name

| 2.6051 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,329.00 | $3,350.00 |

**Michael Fin**
**3290 Beazer Dr**
**Ocoee, FL 34761**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6052 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $638.00 | $638.00 |

**Michael Flaherty**
**910 Park Walk Ave**
**Las Vegas, NV 89123**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6053 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $94.00 | $94.00 |

**Michael Fletcher**
**824 Fall River Trail**
**Vacaville, CA 95687**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6054 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.00 | $119.00 |

**Michael Galas**
**8012 Glenbrook Rd**
**Bethesda, MD 20814**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
Name

| 2.6055 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,450.00 | $2,450.00 |

**Michael Gallagher**
**4848 Lemmon Ave Ste 100**
**The Ups Store**
**Dallas, TX 75219**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6056 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Michael Gardner**
**19370 N 270th Ln**
**Buckeye, AZ 85396**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6057 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $551.00 | $551.00 |

**Michael Gary**
**13 Frontier Trail**
**Manorville, NY 11949**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6058 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $190.00 | $190.00 |

**Michael George**
**11101 8th Ave**
**Pleasant Prairie, WI 53158**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.6059 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.6059**

Priority creditor's name and mailing address

**Michael Gligic**
**4855 Cadiz Cir**
**Palm Beach Gardens, FL 33418**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$20.00**  **$20.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.6060**

Priority creditor's name and mailing address

**Michael Gonzalez**
**12015 SW 94th Ter**
**Miami, FL 33186**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$34.00**  **$34.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.6061**

Priority creditor's name and mailing address

**Michael Gorman**
**1643 Orinda Place**
**West Sacramento, CA 95691**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,369.00**  **$1,369.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.6062**

Priority creditor's name and mailing address

**Michael Gormley**
**409 Brown Rd**
**Lenore, ID 83541**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$63.00**  **$63.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| 2.6063 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |
|---|---|---|---|---|

**Michael Grimes**
**395 Bergen Blvd**
**Oradell, NJ 07649**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6064 | Priority creditor's name and mailing address | | $33.00 | $33.00 |
|---|---|---|---|---|

**Michael Guiliano**
**704 Beech St**
**Rome, NY 13440**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6065 | Priority creditor's name and mailing address | | $19.00 | $19.00 |
|---|---|---|---|---|

**Michael Gustafson**
**12879 Harbor Blvd Ste N1**
**Garden Grove, CA 92840**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6066 | Priority creditor's name and mailing address | | $66.00 | $66.00 |
|---|---|---|---|---|

**Michael Haag**
**220 Milpass Dr**
**Holly Springs, NC 27540**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                                        Case number (if known) _____
_____
Name

| 2.6067 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.00 | $18.00 |

**2.6067** Priority creditor's name and mailing address

**Michael Halaburka**
**605 Lowell Drive**
**Endicott, NY 13760**

As of the petition filing date, the claim is: $18.00   $18.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.6068** Priority creditor's name and mailing address

**Michael Hall**
**14550 E 9 Mile Rd**
**Eastpointe, MI 48021**

As of the petition filing date, the claim is: $32.00   $32.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.6069** Priority creditor's name and mailing address

**Michael Hall**
**2427 Fort Scott Dr**
**Arlington, VA 22202**

As of the petition filing date, the claim is: $540.00   $540.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.6070** Priority creditor's name and mailing address

**Michael Hally**
**1899 Mountain Rd**
**Piecasso**
**Stowe, VT 05672**

As of the petition filing date, the claim is: $188.00   $188.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (_if known_) _____

| | | |
|---|---|---|
| 2.6071 | Priority creditor's name and mailing address<br>**Michael Hansen**<br>**1524 N King George Ct**<br>**Palatine, IL 60067** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $26.00   $26.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6072 | Priority creditor's name and mailing address<br>**Michael Harrell**<br>**17516 W 111th Place**<br>**Olathe, KS 66061** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $92.00   $92.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6073 | Priority creditor's name and mailing address<br>**Michael Hawkinberry**<br>**3637 Pebble Beach Dr**<br>**Martinez, GA 30907** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $154.00   $154.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6074 | Priority creditor's name and mailing address<br>**Michael Healy**<br>**4365 Executive Dr Ste 950**<br>**San Diego, CA 92121** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $65.00   $65.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____ Name

Case number *(if known)* _____

---

| 2.6075 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29.00 | $29.00 |

**Michael Hein**
**4133 W Platte River Dr**
**Doniphan, NE 68832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6076 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 | $20.00 |

**Michael Henning**
**111 Raphael Dr**
**Cary, NC 27511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6077 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 | $30.00 |

**Michael Hewson**
**12803 Eaglepath Ln**
**Knoxville, TN 37922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6078 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 | $40.00 |

**Michael Hocker**
**24461 Bass Blvd**
**Harlingen, TX 78552**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known)

| 2.6079 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.00 | $26.00 |
|---|---|---|---|---|

**Michael Hofstedt**
**73-4342 Lihilihi Pl**
**Kailua Kona, HI 96740**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6080 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Michael Hogan**
**3055 Bellingrath Blvd**
**Roswell, GA 30076**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6081 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.00 | $81.00 |
|---|---|---|---|---|

**Michael Hogendobler**
**2985 Shiloh Rd**
**Villa Ridge, IL 62996**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6082 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,102.00 | $1,102.00 |
|---|---|---|---|---|

**Michael Houle**
**33 Jerome Ave**
**Bristol, CT 06010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 2.6083 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.00 | $49.00 |
|---|---|---|---|---|

**Michael Huntting**
**2604 Stone Creek Dr**
**Plano, TX 75075**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Deficit Customer** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.6084 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $296.00 | $296.00 |
|---|---|---|---|---|

**Michael Husted**
**19600 Flying J Blvd**
**Spicewood, TX 78669**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Deficit Customer** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.6085 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $116.00 | $116.00 |
|---|---|---|---|---|

**Michael Iacolucci**
**9 Russell St**
**Ballston Spa, NY 12020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Deficit Customer** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.6086 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.00 | $36.00 |
|---|---|---|---|---|

**Michael Ignatow**
**7701 Southland Blvd Ste 303**
**Orlando, FL 32809**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Deficit Customer** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**2.6087** | Priority creditor's name and mailing address

**Michael Imhoff**
**2005 E Beverly Rd**
**Milwaukee, WI 53211**

As of the petition filing date, the claim is:    $130.00    $130.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Yes

---

**2.6088** | Priority creditor's name and mailing address

**Michael J**
**St. Joseph's University Medical**
**Center -**
**703 Main Street**
**Paterson, NJ 07503**

As of the petition filing date, the claim is:    $318.00    $318.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Yes

---

**2.6089** | Priority creditor's name and mailing address

**Michael Jamison**
**521 Fir St Apt 23**
**Brookings, OR 97415**

As of the petition filing date, the claim is:    $1,343.00    $1,343.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Yes

---

**2.6090** | Priority creditor's name and mailing address

**Michael Janes**
**3575 S Lariat Loop**
**Flagstaff, AZ 86005**

As of the petition filing date, the claim is:    $60.00    $60.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.6091** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00

**Michael Jarmuz**
**1200 Euclid Avenue**
**201**
**Miami Beach, FL 33139**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.6092** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $122.00 | $122.00

**Michael Jennings**
**2686 Laubach Dr**
**Norton, OH 44203**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.6093** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00

**Michael Jordan**
**1440 Carrollton Pkwy #16210**
**Carrollton, TX 75010**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.6094** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00

**Michael Judy**
**313 Washington Ave S Apt 903**
**Minneapolis, MN 55415**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor   **Phoeno Wine Company, Inc.**                                        Case number *(if known)*
_____                           _____
         Name

| 2.6095 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |

**Michael Kascsak**
**1512 El Cielo**
**Leander, TX 78641**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6096 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $442.00 | $442.00 |

**Michael Kelly**
**1002 Birdie Ln**
**Doylestown, PA 18901**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6097 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $576.00 | $576.00 |

**Michael Kelly**
**515 Sunset Ridge**
**Dubuque, IA 52003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6098 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.00 | $57.00 |

**Michael Killeen**
**542 One Mile Rd S**
**East Windsor, NJ 08520**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.6099 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|---|---|---|---|---|

**Michael Kim**
**15076 Sherwood St**
**Leawood, KS 66224**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $71.00 | $71.00 |
|---|---|---|---|---|

**Michael King**
**1389 Bedford St # 2**
**Fall River, MA 02723**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $265.00 | $265.00 |
|---|---|---|---|---|

**Michael Kirschman**
**5558 Jacquelyn Court**
**New Orleans, LA 70124**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |
|---|---|---|---|---|

**Michael Klein**
**1424 Bruce Avenue**
**Glendale, CA 91202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor  **Phoeno Wine Company, Inc.**                          Case number (if known) _____
_____
Name

| | | | |
|---|---|---|---|
| 2.6103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $356.00    $356.00 |

**Michael Klimek**
**810 College Ave**
**Boulder, CO 80302**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred          Basis for the claim:
_____          **Deficit Customer**

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY       ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)   ☐ Yes

---

| | | | |
|---|---|---|---|
| 2.6104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $287.00    $287.00 |

**Michael Konowicz**
**68-3677 Kokee Street**
**Waikoloa Village, HI 96738**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred          Basis for the claim:
_____          **Deficit Customer**

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY       ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)   ☐ Yes

---

| | | | |
|---|---|---|---|
| 2.6105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $481.00    $481.00 |

**Michael Kremer**
**37 Farmhouse Lane**
**Voorhees, NJ 08043**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred          Basis for the claim:
_____          **Deficit Customer**

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY       ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)   ☐ Yes

---

| | | | |
|---|---|---|---|
| 2.6106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00    $30.00 |

**Michael Krill**
**10 Dartmoor Ct**
**Sugar Land, TX 77479**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred          Basis for the claim:
_____          **Deficit Customer**

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY       ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)   ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 2.6107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Michael Kruglet**
**11376 Rodeo Cir**
**Parker, CO 80138**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $116.00 | $116.00 |

**Michael Krull**
**505 S Cumberland Ave**
**Park Ridge, IL 60068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.00 | $54.00 |

**Michael Lampson**
**149 W Main St**
**Galesburg, IL 61401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Michael Langolf**
**2759 Mystic Mountain Vw**
**Palm Springs, CA 92262**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.6111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $276.00 | $276.00 |
|---|---|---|---|---|

**Michael Lawrence**
**48 W Crown Terr**
**Yardley, PA 19067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.6112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $320.00 | $320.00 |
|---|---|---|---|---|

**Michael Leiden**
**42 Oak Dr**
**Chatham, NJ 07928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.6113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105.00 | $105.00 |
|---|---|---|---|---|

**Michael Leitner**
**2434 Ruth Cabral Way Santa Clara,**
**Ca**
**Santa Clara, CA 95050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.6114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $191.00 | $191.00 |
|---|---|---|---|---|

**Michael Lephart**
**1531 Myron St**
**Niskayuna, NY 12309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
Name

| 2.6115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.00 | $49.00 |
|--------|---------------------------------------------|-----------------------------------------------|--------|--------|

**Michael Lindenberger**
**7209 Madison Ave**
**Kansas City, MO 64114**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|--------|---------------------------------------------|-----------------------------------------------|--------|--------|

**Michael Llantino**
**637 N Wells St Apt 803**
**Chicago, IL 60654**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $149.00 | $149.00 |
|--------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Michael Lubitz**
**128 Via Havarre**
**Merritt Island, FL 32953**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $282.00 | $282.00 |
|--------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Michael Mackin**
**12047 Babbling Brook St**
**Reno, NV 89521**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.6119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.00 | $47.00 |
|---|---|---|---|---|

**Michael Majewski**
**30 Founders Pointe N**
**Bloomingdale, IL 60108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,400.00 | $2,400.00 |
|---|---|---|---|---|

**Michael Manke**
**58 Danton St**
**San Francisco, CA 94112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.00 | $47.00 |
|---|---|---|---|---|

**Michael Mattia**
**4 Bryan Ct.**
**Gettysburg, PA 17325**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $467.00 | $467.00 |
|---|---|---|---|---|

**Michael Maxwell**
**1920 Voorhees Ave**
**Unit 3**
**Redondo Beach, CA 90278**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

| 2.6123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $313.00 | $313.00 |
|--------|-----------------------------------------------|-----------------------------------------------|---------|---------|

**Michael Mayes**
**5709 Woodleaf Dr**
**Knoxville, TN 37912**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |
|--------|-----------------------------------------------|-----------------------------------------------|--------|--------|

**Michael Mazowiecki**
**1098 Onega Rd Latrobe**
**Latrobe, PA 15650**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $148.00 | $148.00 |
|--------|-----------------------------------------------|-----------------------------------------------|---------|---------|

**Michael Mazzaroni**
**816 Halliard Ave**
**Beachwood, NJ 08722**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $384.00 | $384.00 |
|--------|-----------------------------------------------|-----------------------------------------------|---------|---------|

**Michael Mccarthy**
**974 Stuart Circle**
**Thousand Oaks, CA 91362**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| 2.6127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.00 | $26.00 |

**Michael Mccomb**
**33411 E Drinkwater Rd**
**Lone Jack, MO 64070**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |

**Michael Mcfarland**
**24015 Copper Hill Dr Apt 3307**
**Valencia, CA 91354**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |

**Michael Mcgarrity**
**31 Homestead Circle**
**Hauppauge, NY 11788**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $257.00 | $257.00 |

**Michael Mcgovern**
**2076 Hardscrabble Dr**
**Boulder, CO 80305**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.6131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.00 | $81.00 |
|---|---|---|---|---|

**Michael Mchale**
**15922 Pendio Drive**
**Bella Collina, FL 34756**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|

**Michael Mcinaw**
**3416 W Queen Ln**
**Philadelphia, PA 19129**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.00 | $62.00 |
|---|---|---|---|---|

**Michael Mcleod**
**4567 W Pine Blvd**
**Apt 703**
**St Louis, MO 63108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,123.00 | $2,123.00 |
|---|---|---|---|---|

**Michael Mcmahon**
**72 Sparwheel Ln**
**Hilton Head Island, SC 29926**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____     Case number _(if known)_ _____
Name

| | | | |
|---|---|---|---|
| 2.6135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | $1,351.00 $1,351.00 |

**Michael Medalia**
**4602 N 35th St**
**Tacoma, WA 98407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:
**Deficit Customer**

Last 4 digits of account number | Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.6136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | $67.00 $67.00 |

**Michael Melzer**
**1500 W Monroe St Unit 724**
**Chicago, IL 60607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:
**Deficit Customer**

Last 4 digits of account number | Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.6137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | $97.00 $97.00 |

**Michael Mills**
**13407 W Gable Hill Dr**
**Sun City West, AZ 85375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:
**Deficit Customer**

Last 4 digits of account number | Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.6138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | $25.00 $25.00 |

**Michael Mueller**
**11900 Columbus Pkwy**
**Sellersburg, IN 47172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:
**Deficit Customer**

Last 4 digits of account number | Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.6139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $220.00 | $220.00 |

**Michael Mullaney**
**2045 Biscayne Blvd**
**#312**
**Miami, FL 33137**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.6140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $187.00 | $187.00 |

**Michael Murphy**
**79 Cook Rd**
**Highlands, NC 28741**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.6141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $404.00 | $404.00 |

**Michael Nanasi**
**50 Biscayne Blvd Apt 3108**
**Miami, FL 33132**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.6142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Michael Neary**
**7170 Cody Dr Unit 300**
**West Des Moines, IA 50266**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| 2.6143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 | $38.00 |
|---|---|---|---|---|

**Michael Necamp**
**468 Glen Meadow Ln**
**Naples, FL 34105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Michael Niclosi**
**74 Saint Andrews Fwy**
**Memphis, TN 38111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,255.00 | $1,255.00 |
|---|---|---|---|---|

**Michael Nuremberg**
**400 E 58th Street**
**Apt 11c**
**New York, NY 10022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,782.00 | $2,782.00 |
|---|---|---|---|---|

**Michael Offield**
**3420 W Mcleod Rd Apt 38**
**Bellingham, WA 98225**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_ _____
Name

| | |
|---|---|

**2.6147** | Priority creditor's name and mailing address

**Michael Ohmer**
**1382 Valencia Ave Ste M**
**Ramtek C/O Michael Ohmer**
**Tustin, CA 92780**

As of the petition filing date, the claim is:    $59.00    $59.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

**2.6148** | Priority creditor's name and mailing address

**Michael Oneill**
**2890 Stewart Way**
**Tyler, TX 75709**

As of the petition filing date, the claim is:    $564.00    $564.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

**2.6149** | Priority creditor's name and mailing address

**Michael Ortiz**
**3308 W San Luis St**
**Tampa, FL 33629**

As of the petition filing date, the claim is:    $142.00    $142.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

**2.6150** | Priority creditor's name and mailing address

**Michael Osswald**
**486 S 13th St**
**Lindenhurst, NY 11757**

As of the petition filing date, the claim is:    $835.00    $835.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                Case number (if known) _____
_____
Name

| | |
|---|---|

**2.6151** | Priority creditor's name and mailing address

**Michael Pantoliano**
**1 Dibella Dr**
**Park Ridge, NJ 07656**

As of the petition filing date, the claim is:     **$128.00**     **$128.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.6152** | Priority creditor's name and mailing address

**Michael Paolino**
**8 Pine Hill Rd**
**Woodbridge, CT 06525**

As of the petition filing date, the claim is:     **$64.00**     **$64.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.6153** | Priority creditor's name and mailing address

**Michael Passella**
**7700 Sefton Park Dr**
**Columbus, OH 43235**

As of the petition filing date, the claim is:     **$86.00**     **$86.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.6154** | Priority creditor's name and mailing address

**Michael Pellecchia**
**3500 N Lake Shore Dr Apt 13b**
**Chicago, IL 60657**

As of the petition filing date, the claim is:     **$220.00**     **$220.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

| | | |
|---|---|---|
| 2.6155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.6155**

Priority creditor's name and mailing address

**Michael Pendleton**
**7520 Montgomery Blvd. NE**
**Bldg. E-9**
**Albuquerque, NM 87109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

$34.00    $34.00

---

**2.6156**

Priority creditor's name and mailing address

**Michael Pettigrew**
**3733 Woodrose Ct**
**Snellville, GA 30039**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

$441.00    $441.00

---

**2.6157**

Priority creditor's name and mailing address

**Michael Provine**
**10 Foxhall Rd**
**Newtown, PA 18940**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

$1,229.00    $1,229.00

---

**2.6158**

Priority creditor's name and mailing address

**Michael Pullen**
**2723 Nw 19th St**
**Oklahoma City, OK 73107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

$30.00    $30.00

---

Debtor **Phoeno Wine Company, Inc.**
_____ Case number _(if known)_ _____
Name

| 2.6159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | $30.00 | $30.00 |
|---|---|---|---|---|

**Michael Puzsar**
**2855 Coolidge Hwy Ste 104**
**Troy, MI 48084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | $954.00 | $954.00 |
|---|---|---|---|---|

**Michael Raydon**
**111 Oakbrook Dr**
**East Peoria, IL 61611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | $150.00 | $150.00 |
|---|---|---|---|---|

**Michael Reo**
**3 Valente Dr**
**Wynantskill, NY 12198**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | $32.00 | $32.00 |
|---|---|---|---|---|

**Michael Rodriguez**
**320 Brighton Ave**
**Swarthmore, PA 19081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| | | |
|---|---|---|
| 2.6163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $93.00 | $93.00 |

2.6163 | Priority creditor's name and mailing address

**Michael Roper**
**14 Kilborn Ct**
**Bloomington, IL 61704**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$93.00**    **$93.00**

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.6164 | Priority creditor's name and mailing address

**Michael Rowe**
**1145 Hembree Rd**
**Roswell, GA 30076**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$30.00**    **$30.00**

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.6165 | Priority creditor's name and mailing address

**Michael Rutten**
**3500 Lyman Blvd**
**Chaska, MN 55318**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$57.00**    **$57.00**

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.6166 | Priority creditor's name and mailing address

**Michael Saraceno**
**375 Murray Hill Pkwy**
**East Rutherford, NJ 07073**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$28.00**    **$28.00**

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.6167** Priority creditor's name and mailing address

**Michael Sayer**
**4105 NE 4th St**
**C/O Walgreen's - Fedex Onsite**
**Renton, WA 98059**

As of the petition filing date, the claim is:              **$132.00**    **$132.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

**2.6168** Priority creditor's name and mailing address

**Michael Schaeffer**
**730 3rd St Apt 101**
**Miami Beach, FL 33139**

As of the petition filing date, the claim is:              **$33.00**     **$33.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

**2.6169** Priority creditor's name and mailing address

**Michael Schanding**
**102 Thornton Ct**
**Saint Augustine, FL 32092**

As of the petition filing date, the claim is:              **$28.00**     **$28.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

**2.6170** Priority creditor's name and mailing address

**Michael Schoonmaker**
**4219 Alice St**
**Bellingham, WA 98226**

As of the petition filing date, the claim is:              **$20.00**     **$20.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 2.6171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $246.00 | $246.00 |

**Michael Seamands**
**1554 Mississippi Ave**
**Saint Louis, MO 63104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.00 | $22.00 |

**Michael Shattuck**
**12133 Wolf Valley Dr**
**Clifton, VA 20124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Michael Shue**
**18 Gunnery Ln**
**Hilton Head Island, SC 29928**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.00 | $27.00 |

**Michael Sloane**
**1705 5th Ave North**
**Nashville, TN 37208**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                    Case number (if known) _____

Name

---

| 2.6175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Michael Smith**
**6501 E Cave Creek Rd Ste 2**
**Cave Creek, AZ 85331**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.6176 Priority creditor's name and mailing address

**Michael Snow**
**2541 Goshen Rd**
**Fort Wayne, IN 46808**

As of the petition filing date, the claim is:     $20.00     $20.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.6177 Priority creditor's name and mailing address

**Michael Sosso**
**225 E 57th St Apt 12d**
**New York, NY 10022**

As of the petition filing date, the claim is:     $386.00     $386.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.6178 Priority creditor's name and mailing address

**Michael Sprague**
**7350 Sedwick Court**
**St. Leonard, MD 20685**

As of the petition filing date, the claim is:     $28.00     $28.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.6179** | Priority creditor's name and mailing address

**Michael Stafford**
**3194 Rose Quartz Ln**
**Spring, TX 77388**

As of the petition filing date, the claim is:          $155.00          $155.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6180** | Priority creditor's name and mailing address

**Michael Stern**
**401 Overbrook**
**Ridgewood, NJ 07450**

As of the petition filing date, the claim is:          $152.00          $152.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6181** | Priority creditor's name and mailing address

**Michael Sweeney**
**1124 Park Avenue**
**Hoboken, NJ 07030**

As of the petition filing date, the claim is:          $561.00          $561.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6182** | Priority creditor's name and mailing address

**Michael Sweeney**
**4333 Still Ct**
**Slatington, PA 18080**

As of the petition filing date, the claim is:          $60.00          $60.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 2.6183 | Priority creditor's name and mailing address<br>**Michael Taft**<br>**148 N Sycamore Ave**<br>**Los Angeles, CA 90036** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **$425.00** **$425.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6184 | Priority creditor's name and mailing address<br>**Michael Tarutis**<br>**2181 Greenwich St**<br>**Bend Law Group P C**<br>**San Francisco, CA 94123** |

As of the petition filing date, the claim is: **$114.00** **$114.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6185 | Priority creditor's name and mailing address<br>**Michael Tedesco**<br>**4150 Gloria Road**<br>**Bethpage, NY 11714** |

As of the petition filing date, the claim is: **$252.00** **$252.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6186 | Priority creditor's name and mailing address<br>**Michael Teshima**<br>**1629 Ocean View Ave**<br>**Kensington, CA 94707** |

As of the petition filing date, the claim is: **$32.00** **$32.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.6187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Michael Thenhaus**
**253 Ridgeway Path**
**Oconomowoc, WI 53066**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $170.00 | $170.00 |

**Michael Thome**
**173 Coates Ct**
**North Lewisburg, OH 43060**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $386.00 | $386.00 |

**Michael Tice**
**106 Reserve Drive**
**Carrollton, GA 30112**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $236.00 | $236.00 |

**Michael Tighe**
**35  Elizabeth Drive**
**Syosset, NY 11791**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

| 2.6191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $186.00 | $186.00 |

**Michael Tobin**
**6848 Cumbre Vista Way**
**Colorado Springs, CO 80924**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |

**Michael Tognetti**
**2349 Yajome St**
**Napa, CA 94558**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,150.00 | $3,350.00 |

**Michael Torok**
**8469 Villa Way N**
**North Ridgeville, OH 44039**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $176.00 | $176.00 |

**Michael Toth**
**30719 Edgewood St**
**Sorrento, FL 32776**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor  **Phoeno Wine Company, Inc.**

    Name

Case number (if known)

---

| 2.6195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.00 | $240.00 |
|---|---|---|---|---|

**Michael Tremblay**
**87 Haverhill Street**
**Andover, MA 01810**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.00 | $41.00 |
|---|---|---|---|---|

**Michael Ulione**
**2200 NE 33rd Ave**
**Apt 3d**
**Fort Lauderdale, FL 33305**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $255.00 | $255.00 |
|---|---|---|---|---|

**Michael Underwood**
**212 Songbird Rd**
**Littleton, NC 27850**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $117.00 | $117.00 |
|---|---|---|---|---|

**Michael Usher**
**694 Nobel Drive**
**Santa Cruz, CA 95060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                                   Case number (if known) _____
         _____
         Name

| 2.6199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $97.00 | $97.00 |

**Michael Vandall**
**11928 Mandevilla Court**
**Tampa, FL 33626**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
                                         **Deficit Customer**

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)  ☐ Yes

| 2.6200 | Priority creditor's name and mailing address | | $75.00 | $75.00 |

**Michael Vastano**
**3222 55th Ct Unit 145**
**Kenosha, WI 53144**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
                                         **Deficit Customer**

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)  ☐ Yes

| 2.6201 | Priority creditor's name and mailing address | | $75.00 | $75.00 |

**Michael Vohs**
**3636 Brentwood Dr**
**Gastonia, NC 28056**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
                                         **Deficit Customer**

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)  ☐ Yes

| 2.6202 | Priority creditor's name and mailing address | | $20.00 | $20.00 |

**Michael W**
**4977 Georgia Lane**
**White Bear Lake, MN 55110**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
                                         **Deficit Customer**

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)  ☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 2.6203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $942.00 | $942.00 |

**Michael Walker**
**11566 Woodhollow Ct**
**Reston, VA 20191**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.00 | $72.00 |

**Michael Walsh**
**1206 Peach Tree Ct**
**Delran, NJ 08075**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.00 | $125.00 |

**Michael Walsh**
**8830 Royal Oak Drive**
**Holland, OH 43528**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.00 | $44.00 |

**Michael Wang**
**6575 Little Mcgonicle Ranch Road**
**San Diego, CA 92130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.6207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.00 $81.00 |

**Michael Warren**
**6818 Vada Dr**
**Dallas, TX 75214**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

**$81.00**    **$81.00**

---

| 2.6208 | Priority creditor's name and mailing address |

**Michael Weiss**
**2051 Sheridan Rd**
**847-489-2583**
**Buffalo Grove, IL 60089**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

**$166.00**    **$166.00**

---

| 2.6209 | Priority creditor's name and mailing address |

**Michael West**
**1918 Port Cardiff Pl**
**Newport Beach, CA 92660**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

**$1,218.00**    **$1,218.00**

---

| 2.6210 | Priority creditor's name and mailing address |

**Michael Whitcomb**
**4618 Burbank Dr**
**Columbus, OH 43220**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

**$64.00**    **$64.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| 2.6211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $379.00 | $379.00 |
|---|---|---|---|---|

**Michael Wiggins**
**1568 Grant Dr NE**
**Brookhaven, GA 30319**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.6212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $192.00 | $192.00 |
|---|---|---|---|---|

**Michael Wittig**
**18819 La Costa Ln**
**Boca Raton, FL 33496**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.6213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $82.00 | $82.00 |
|---|---|---|---|---|

**Michael Wolf**
**2805 Walden Way**
**Saint Cloud, MN 56301**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.6214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.00 | $88.00 |
|---|---|---|---|---|

**Michael Wolk**
**2902 Ballesteras Ct**
**Mount Airy, MD 21771**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

Debtor **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

---

| 2.6215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $879.00 | $879.00 |

**Michael Worman**
**455 Market Street**
**17th Floor**
**San Francisco, CA 94105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |

**Michael Wreyford**
**1469 Butte House Rd Ste B**
**Yuba City, CA 95993**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $76.00 | $76.00 |

**Michael Wright**
**10 Fieldstone Drive**
**Halfmoon, NY 12065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $126.00 | $126.00 |

**Michael Yamashita**
**117 E Louisa St, Pmb 735**
**Seattle, WA 98102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

| 2.6219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $216.00 | $216.00 |
|---|---|---|---|---|

**Michael Young**
**810 W Galena St**
**Butte, MT 59701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6220 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.00 | $57.00 |
|---|---|---|---|---|

**Michael Zambero**
**20 Corporation Rd**
**Yarmouth Port, MA 02675**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6221 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $107.00 | $107.00 |
|---|---|---|---|---|

**Michael Zhu**
**319 Schermerhorn St Apt 5b**
**Brooklyn, NY 11217**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6222 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.00 | $46.00 |
|---|---|---|---|---|

**Michaela Hightower**
**90 S Cascade Ave Ste 1000**
**Colorado Springs, CO 80903**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.6223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**Michaelv Desandoval**
**3709 Birch Street**
**Modesto, CA 95356**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $73.00 | $73.00 |
|---|---|---|---|---|

**Micheal Clark**
**800 Rincon De Romos**
**Rio Rancho, NM 87124**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Micheal Dianich**
**2745 Avenida De Landa**
**Reno, NV 27245**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $169.00 | $169.00 |
|---|---|---|---|---|

**Micheal Vance**
**6251 66th Ave N**
**Pinellas Park, FL 33781**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor   **Phoeno Wine Company, Inc.**                                Case number *(if known)* _____

Name

| | | | |
|---|---|---|---|
| 2.6227 | Priority creditor's name and mailing address<br>**Michel Folliet**<br>**9320 Old Mansion Rd**<br>**Alexandria, VA 22309** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $398.00   $398.00 |

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | | |
|---|---|---|---|
| 2.6228 | Priority creditor's name and mailing address<br>**Michele Devries**<br>**214 Snyder Rd**<br>**Port Murray, NJ 07865** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $180.00   $180.00 |

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | | |
|---|---|---|---|
| 2.6229 | Priority creditor's name and mailing address<br>**Michele Divincenzo**<br>**154 Lorraine Drive**<br>**Lake Zurich, IL 60047** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $38.00   $38.00 |

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | | |
|---|---|---|---|
| 2.6230 | Priority creditor's name and mailing address<br>**Michele Hilgart**<br>**1148 N Hickory Ave**<br>**Arlington Heights, IL 60004** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $63.00   $63.00 |

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.6231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21.00 | $21.00 |

**Michele Martel**
**10987 Phillion Trail**
**Frederic, MI 49733**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.6232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $108.00 | $108.00 |

**Michele Nicholls**
**1210 Troon Drive**
**Greensburg, PA 15601**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.6233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $88.00 | $88.00 |

**Michele Nicholls**
**1210 Troon Drive**
**Greensburg, PA 15601**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.6234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59.00 | $59.00 |

**Michele Schilling**
**6735 Stoneridge Est**
**Columbia, IL 62236**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
      Name

Case number *(if known)* _____

---

| 2.6235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |
|---|---|---|---|---|

**Michele Scott**
**24 Almendral Ave**
**Atherton, CA 94027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6236 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $129.00 | $129.00 |
|---|---|---|---|---|

**Michele Valjean**
**5336 Elvira Rd**
**Woodland Hills, CA 91364**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6237 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |
|---|---|---|---|---|

**Michele Wilson**
**3318 22nd St N**
**Arlington, VA 22201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6238 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**Michelle Acampora**
**33 Darby Creek Ct**
**Okatie, SC 29909**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 2.6239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $223.00 | $223.00 |

**Michelle Annunziata**
**60 Vinegar Hill Rd**
**Pine Bush, NY 12566**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $492.00 | $492.00 |

**Michelle Baedke**
**917 Woodfield Ct**
**Port Byron, IL 61275**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |

**Michelle Braseltonroper**
**85 Webfoot Ct**
**Sparks, NV 89441**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $144.00 | $144.00 |

**Michelle Brummet**
**402 Lake Dr**
**402 Lake Dr**
**Cawker City, KS 67430**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

| 2.6243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.00 | $21.00 |
|---|---|---|---|---|

**Michelle Cerulli**
**108 Buffalo Ave**
**Medford, NY 11763**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Michelle Dang**
**26155 Oroville Pl**
**Laguna Hills, CA 92653**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Michelle Dean**
**4320 S Dogwood Ave**
**Broken Arrow, OK 74011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|

**Michelle Desjardins**
**513 Owens Dr**
**Crowley, TX 76036**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor    **Phoeno Wine Company, Inc.**    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 2.6247 | Priority creditor's name and mailing address | |

| 2.6247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|
| | **Michelle Edwards** | Check all that apply. | | |
| | **5113 S Lakeshore Dr** | ☐ Contingent | | |
| | **Maple Plain, MN 55359** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.6248 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 | $400.00 |
|---|---|---|---|---|
| | **Michelle Gibson** | Check all that apply. | | |
| | **420 Emerald Ln** | ☐ Contingent | | |
| | **Mahtomedi, MN 55115** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.6249 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |
|---|---|---|---|---|
| | **Michelle Glaser** | Check all that apply. | | |
| | **799 Cabinside Dr** | ☐ Contingent | | |
| | **Roanoke, TX 76262** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.6250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |
|---|---|---|---|---|
| | **Michelle Gomez** | Check all that apply. | | |
| | **5694 Silo Dr** | ☐ Contingent | | |
| | **Helena, MT 59602** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

Debtor **Phoeno Wine Company, Inc.**

Case number (*if known*) _____

Name

| 2.6251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.00 | $90.00 |
|---|---|---|---|---|

**Michelle Guiswite**
**7 Black Bear Trl**
**Loganton, PA 17747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.6252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109.00 | $109.00 |
|---|---|---|---|---|

**Michelle Hallier**
**415 Nw Briarcliff Ct**
**Kansas City, MO 64116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.6253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $86.00 | $86.00 |
|---|---|---|---|---|

**Michelle Kanches**
**1124 Conger Dr**
**Aiken, SC 29803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.6254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28.00 | $28.00 |
|---|---|---|---|---|

**Michelle Ketchum**
**636 Hermitage Circle**
**Palm Beach Gardens, FL 33410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

---

| 2.6255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.00 | $21.00 |
|---|---|---|---|---|

**Michelle Kluge**
**11620 Court Of Palms Apt 302**
**Fort Myers, FL 33908**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|

**Michelle Landre**
**6150 Monteverde Dr**
**San Jose, CA 95120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.00 | $49.00 |
|---|---|---|---|---|

**Michelle Landre**
**6150 Monteverde Dr.**
**San Jose, CA 95120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,335.00 | $1,335.00 |
|---|---|---|---|---|

**Michelle Li**
**52 Greenbriar Rd**
**Perryville, MD 21903**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.6259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.00 | $61.00 |
|---|---|---|---|---|

**Michelle Mahony**
**725 Sugar Pine Rd**
**Tahoe City, CA 96145**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $43.00 | $43.00 |
|---|---|---|---|---|

**Michelle Mantanona**
**4208 Packaway Rd Nw**
**Albuquerque, NM 87114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|

**Michelle Martin**
**1523 Oak Ave**
**Davis, CA 95616**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |
|---|---|---|---|---|

**Michelle Okland**
**1610 SW Main St Ste 208**
**Ankeny, IA 50023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.6263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.6263** | Priority creditor's name and mailing address

**Michelle Orlowski**
**2801 1st Ave Apt 606**
**Seattle, WA 98121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$21.00    $21.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.6264** | Priority creditor's name and mailing address

**Michelle Paradise**
**1618 N Fairfax Ave**
**Los Angeles, CA 90046**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$30.00    $30.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.6265** | Priority creditor's name and mailing address

**Michelle Polich**
**4411 Kansas St**
**San Diego, CA 92116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$15.00    $15.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.6266** | Priority creditor's name and mailing address

**Michelle Robertson**
**210 Offerson Rd # 107**
**St James Place**
**Beaver Creek, CO 81620**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$30.00    $30.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
| | Name | | |

---

| 2.6267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |

**Michelle Roughton**
**2304 Wesvill Ct Ste 360**
**Raleigh, NC 27607**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |

**Michelle Roy**
**5801 Marcia Ave**
**New Orleans, LA 70124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.00 | $78.00 |

**Michelle Samuelson**
**10906 Leeds Ct**
**C/O Leslie Lemish**
**Great Falls, VA 22066**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.00 | $48.00 |

**Michelle Simonds**
**627 9th St**
**Idaho Falls, ID 83404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 2.6271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |

**Michelle Slovak**
**180 Gin Rd**
**Ennis, TX 75119**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.6272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $108.00 | $108.00 |

**Michelle Songstad**
**1655 Wynne Rd Ste 102**
**Cordova, TN 38016**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.6273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Michelle Steffien**
**29259 N Crest Dr**
**Lake Elsinore, CA 92530**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.6274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |

**Michelle Welsh**
**3388 E Lashawn Ct**
**Post Falls, ID 83854**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Case number (if known)

Name

| 2.6275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,080.00 | $2,080.00 |
|---|---|---|---|---|

**Michelle Wesolowski**
**604 N 30th St**
**Richmond, VA 23223**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

| 2.6276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|

**Michelle Young**
**10450 N Highway**
**Platte City, MO 64079**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

| 2.6277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $241.00 | $241.00 |
|---|---|---|---|---|

**Michelle Zapata**
**19901 E Country Club Dr Apt 405**
**Aventura, FL 33180**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

| 2.6278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |
|---|---|---|---|---|

**Michon Quick**
**17700 W 67th Ter**
**Shawnee, KS 66217**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**
_____     Case number (if known) _____
Name

| 2.6279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Mick Frederick**
**6474 Golfcrest Dr**
**House**
**San Diego, CA 92119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $166.00 | $166.00 |
|---|---|---|---|---|

**Mickey Anderson**
**1527 Gause Blvd**
**Ups Drop Box**
**Slidell, LA 70458**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $123.00 | $123.00 |
|---|---|---|---|---|

**Miguel Sagarna**
**90 Riverside Dr Apt 15a**
**New York, NY 10024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $176.00 | $176.00 |
|---|---|---|---|---|

**Miguel Sandoval**
**5115 Gibson St**
**Houston, TX 77007**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

---

| 2.6283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $86.00 | $86.00 |

**Mik King**
**1119 Wooded Creek Court**
**Fort Collins, CO 80526**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6284 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $914.00 | $914.00 |

**Mikael Loefstrand**
**17616 Pasture Rd**
**Odessa, FL 33556**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6285 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.00 | $54.00 |

**Mikayla Agrella**
**2240 Alta Vista Dr**
**Vista, CA 92084**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6286 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.00 | $125.00 |

**Mike Allnutt**
**10700 Superview Dr**
**Austin, TX 78736**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                    Case number (*if known*) _____
_____
Name

| 2.6287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.00 | $13.00 |

**Mike Bagley**
**8575 White Shark Blvd**
**Davenport, FL 33896**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |

**Mike Barnett**
**101 Summer Stone Ct**
**Weatherford, TX 76087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.00 | $210.00 |

**Mike Bleakley**
**200 E 8th Ave Ste 202**
**Cheyenne, WY 82001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |

**Mike Borowy**
**171 Oakview Dr**
**Cranberry Twp, PA 16066**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 2.6291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $133.00 | $133.00 |
|---|---|---|---|---|

**Mike Bowman**
**1765 Charity Dr**
**Brentwood, TN 37027**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6292 | Priority creditor's name and mailing address | | $410.00 | $410.00 |
|---|---|---|---|---|

**Mike Boyd**
**4467 E Bethena St**
**Gilbert, AZ 85295**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6293 | Priority creditor's name and mailing address | | $827.00 | $827.00 |
|---|---|---|---|---|

**Mike Breig**
**1228 State Route 28**
**Milford, OH 45150**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6294 | Priority creditor's name and mailing address | | $210.00 | $210.00 |
|---|---|---|---|---|

**Mike Briggs**
**2104 Cranberry Ct**
**Naperville, IL 60565**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.6295 | Priority creditor's name and mailing address<br>**Mike Busch**<br>**101 Aupuni St Ste 241**<br>**Hilo, HI 96720** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **$970.00**   **$970.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.6296   Priority creditor's name and mailing address
**Mike Clarke**
**14199 N Upland Hills Way**
**Boise, ID 83714**

As of the petition filing date, the claim is: **$40.00**   **$40.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.6297   Priority creditor's name and mailing address
**Mike Cornelius**
**31841 Tansy Bnd**
**Wesley Chapel, FL 33545**

As of the petition filing date, the claim is: **$40.00**   **$40.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.6298   Priority creditor's name and mailing address
**Mike Cortese**
**24 Arbor Way**
**Suffield, CT 06078**

As of the petition filing date, the claim is: **$29.00**   **$29.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 2.6299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.00 | $63.00 |

**Mike Haase**
**604 Fleetwood Dr**
**Papillion, NE 68133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $148.00 | $148.00 |

**Mike Heinbauch**
**5417 Emerald Dr**
**Eldersburg, MD 21784**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $309.00 | $309.00 |

**Mike Henry**
**3110 Gravelly Beach Loop Nw**
**Olympia, WA 98502**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.00 | $26.00 |

**Mike Johnson**
**Ups Store (415) 307-2342**
**1547 Palos Verdes Mall**
**Walnut Creek, CA 94597**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 2.6303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34.00 | $34.00 |

**Mike Kane**
**216 Franklin St., Suite 400**
**Johnstown, PA 15901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.6304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 | $125.00

**Mike Kemmesat**
**4191 Blackfin Ave**
**Irvine, CA 92620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.6305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $967.00 | $967.00

**Mike Klein**
**480 Wildwood Forest Dr Ste 802**
**Spring, TX 77380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.6306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35.00 | $35.00

**Mike Mccord**
**236 Hollywood Dr**
**Coppell, TX 75019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

_____    Case number (if known)    _____

Name

| 2.6307 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $175.00 | $175.00 |

**Mike Mccue**
**9700 Highland Dr**
**Brecksville, OH 44141**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6308 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.00 | $85.00 |

**Mike Mcfadden**
**29w120 Batavia Rd**
**Warrenville, IL 60555**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6309 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |

**Mike Mercer**
**4308 Georgia Avenue, Nw**
**502**
**Washington, DC 20011**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6310 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $133.00 | $133.00 |

**Mike Nerio**
**16631 Roosevelt Lane**
**Huntington Beach, CA 92649**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 2.6311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.00 | $52.00 |
|---|---|---|---|---|

2.6311 | Priority creditor's name and mailing address
**Mike Noble**
**1450 Locust Ave Apt 123**
**Long Beach, CA 90813**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$52.00    $52.00

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.6312 | Priority creditor's name and mailing address
**Mike Nunez**
**40744 Mountain Pride Dr**
**Murrieta, CA 92562**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$119.00    $119.00

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.6313 | Priority creditor's name and mailing address
**Mike Oshaughnessy**
**2241 Caroline St**
**Mandeville, LA 70448**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$72.00    $72.00

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.6314 | Priority creditor's name and mailing address
**Mike Perillo**
**7 Joyce Rd**
**Hartsdale, NY 10530**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$29.00    $29.00

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

| 2.6315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.00 | $45.00 |
|---|---|---|---|---|

**Mike Ramsey**
**7400 Gaylord Pkwy**
**Frisco, TX 75034**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Mike Robach**
**1870 Tee Drive**
**Braselton, GA 30517**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $204.00 | $204.00 |
|---|---|---|---|---|

**Mike Ryan**
**1901 N Commonwealth Ave**
**Number 6**
**Los Angeles, CA 90027**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|

**Mike Shaffer**
**1908 Apple Ridge Ct**
**Richmond, VA 23229**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**2.6319** | Priority creditor's name and mailing address

**Mike Simpson**
**150 Blue Flame Ln**
**Cle Elum, WA 98922**

As of the petition filing date, the claim is:      **$599.00**    **$599.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

**2.6320** | Priority creditor's name and mailing address

**Mike Smith**
**27 Audubon Pl**
**Hilton Head, SC 29928**

As of the petition filing date, the claim is:      **$158.00**    **$158.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

**2.6321** | Priority creditor's name and mailing address

**Mike Stoico**
**371 Elmendorf Drive**
**Hurley, NY 12443**

As of the petition filing date, the claim is:      **$712.00**    **$712.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

**2.6322** | Priority creditor's name and mailing address

**Mike Stratton**
**1009 E. Capitol Dr.**
**Appleton, WI 54911**

As of the petition filing date, the claim is:      **$50.00**    **$50.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known)    _____
Name

| | | |
|---|---|---|
| 2.6323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

2.6323    Priority creditor's name and mailing address

**Mike Sutter**
**955 E Main St**
**Ups Access Point (Advance Auto Parts Sto**
**Stamford, CT 06902**

As of the petition filing date, the claim is:    **$29.00**    **$29.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)    ■ No
☐ Yes

---

2.6324    Priority creditor's name and mailing address

**Mike Taft**
**12020 Meridian E Ste A**
**Puyallup, WA 98373**

As of the petition filing date, the claim is:    **$58.00**    **$58.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)    ■ No
☐ Yes

---

2.6325    Priority creditor's name and mailing address

**Mike Thompson**
**8 Fairlawn Ct**
**Hilton Head Island, SC 29926**

As of the petition filing date, the claim is:    **$139.00**    **$139.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)    ■ No
☐ Yes

---

2.6326    Priority creditor's name and mailing address

**Mike Timpe**
**5459 Stonehurst**
**St. Louis, MO 63129**

As of the petition filing date, the claim is:    **$30.00**    **$30.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)    ■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**2.6327** | Priority creditor's name and mailing address
**Mike Tobin**
**6848 Cumbre Vista Way**
**Colorado Springs, CO 80924**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$112.00    $112.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

**2.6328** | Priority creditor's name and mailing address
**Mike Travis**
**4264 22nd St**
**San Francisco, CA 94114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$224.00    $224.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

**2.6329** | Priority creditor's name and mailing address
**Mike Vaisman**
**2800 Fairway Dr**
**Etc**
**Hollywood, FL 33021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$35.00    $35.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

**2.6330** | Priority creditor's name and mailing address
**Mike Waltman**
**8522 Stones Throw Ln**
**Missouri City, TX 77459**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$30.00    $30.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 2.6331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.6331** Priority creditor's name and mailing address

**Mike Waters**
**1484 Hyla Ave Nw Rm 201**
**Issaquah, WA 98027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$268.00    $268.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.6332** Priority creditor's name and mailing address

**Mike White**
**710 Pleasant Ave**
**Glen Ellyn, IL 60137**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$58.00    $58.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.6333** Priority creditor's name and mailing address

**Mike Wilson**
**3962 Timber Valley Dr**
**Maumee, OH 43537**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$366.00    $366.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.6334** Priority creditor's name and mailing address

**Mike Wingate**
**705 W Benjamin Ave**
**Norfolk, NE 68701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$330.00    $330.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor   **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

| 2.6335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $332.00 | $332.00 |

**Mike Yow**
**618 N Wheatland Ave**
**Wichita, KS 67235**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6336 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.00 | $46.00 |

**Mikhail Iznyuk**
**113 Cascade Ct Apt 6**
**Princeton, NJ 08540**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6337 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |

**Mikhail Kachko**
**20847 Pine Cone Cir**
**Porter Ranch, CA 91326**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6338 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $414.00 | $414.00 |

**Miki Antonelli**
**630 W Muirwood Dr**
**Phoenix, AZ 85045**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.6339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $149.00 | $149.00 |
|---|---|---|---|---|

**Milan Patel**
**112 Halle Dr**
**Kennett Sq, PA 19348**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6340 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $96.00 | $96.00 |
|---|---|---|---|---|

**Milena Halek**
**12252 Niwot Rd**
**Longmont, CO 80504**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6341 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|---|---|---|---|---|

**Miles Laird**
**3641 Matterhorn Dr**
**Plano, TX 75075**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6342 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $159.00 | $159.00 |
|---|---|---|---|---|

**Milton Cardenas**
**5154 W Byron St**
**Chicago, IL 60641**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                          Case number (if known) _____

_____
Name

| | | |
|---|---|---|
| 2.6343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: **$32.00** **$32.00** |

**Mina Takayanagi**
**121 E 22nd St**
**N1206**
**New York, NY 10010**

As of the petition filing date, the claim is:   **$32.00**   **$32.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
                                        ☐ Yes

---

2.6344   Priority creditor's name and mailing address

**Mindy Corbin**
**11205 Gunston Rd**
**Lorton, VA 22079**

As of the petition filing date, the claim is:   **$1,308.00**   **$1,308.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
                                        ☐ Yes

---

2.6345   Priority creditor's name and mailing address

**Mindy Shivers**
**2830 Broad Wing Dr**
**Odenton, MD 21113**

As of the petition filing date, the claim is:   **$83.00**   **$83.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
                                        ☐ Yes

---

2.6346   Priority creditor's name and mailing address

**Miqueias Dejesussantos**
**3600 Mystic Valley Pkwy Apt W906**
**Medford, MA 02155**

As of the petition filing date, the claim is:   **$66.00**   **$66.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
                                        ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____     Case number (if known) _____
Name

| | | |
|---|---|---|

**2.6347** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.00 | $49.00

**Miranda Green**
**1142 N Wood St Apt 1s**
**Chicago, IL 60622**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

**2.6348** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.00 | $104.00

**Miranda Hofmann**
**5309 Namekagon Ln**
**Madison, WI 53704**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

**2.6349** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.00 | $61.00

**Miranda Ruane**
**1110 Trailside Cir**
**Concord, CA 94518**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

**2.6350** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $124.00 | $124.00

**Mischa Odell**
**33197 Brian Court**
**Waukee, IA 50263**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.6351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $508.00 | $508.00 |
|---|---|---|---|---|

**Misha Shvartsman**
**7 Gravatt Cir**
**Millstone Township, NJ 08510**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6352 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $97.00 | $97.00 |
|---|---|---|---|---|

**Mishawna Bohner**
**1975 Creekside Dr**
**Rockwall, TX 75087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6353 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $394.00 | $394.00 |
|---|---|---|---|---|

**Missy Spainhour**
**15 La Rue Ct.**
**Biltmore Lake, NC 28715**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6354 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|

**Misty Griffin**
**777 Old Louisville Road**
**Guyton, GA 31312**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
| | Name | | |

| 2.6355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $252.00 | $252.00 |
| | **Mitch Dudman** | Check all that apply. | | |
| | **11000 Westwood Blvd** | ☐ Contingent | | |
| | **Orlando, FL 33282** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.6356 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |
| | **Mitch Grandstaff** | Check all that apply. | | |
| | **168 21st Ave** | ☐ Contingent | | |
| | **San Francisco, CA 94121** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.6357 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
| | **Mitch Knapke** | Check all that apply. | | |
| | **13801 Ross Medford Rd** | ☐ Contingent | | |
| | **New Weston, OH 45348** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.6358 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.00 | $57.00 |
| | **Mitch Raley** | Check all that apply. | | |
| | **601 Rosemount Dr** | ☐ Contingent | | |
| | **Round Rock, TX 78665** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 2.6359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.6359** Priority creditor's name and mailing address

**Mitchel Harad**
**Grabr**
**875 Sansome Street**
**San Francisco, CA 94111**

Date or dates debt was incurred
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**

Is the claim subject to offset?
■ No
☐ Yes

$116.00    $116.00

---

**2.6360** Priority creditor's name and mailing address

**Mitchell Bryant**
**102 County Road 727**
**Riceville, TN 37370**

Date or dates debt was incurred
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**

Is the claim subject to offset?
■ No
☐ Yes

$135.00    $135.00

---

**2.6361** Priority creditor's name and mailing address

**Mitchell Cadwell**
**211 Sassafras Ln**
**Milton, DE 19968**

Date or dates debt was incurred
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**

Is the claim subject to offset?
■ No
☐ Yes

$849.00    $849.00

---

**2.6362** Priority creditor's name and mailing address

**Mitchell Ganem**
**30 Elmwood St**
**Wareham, MA 02571**

Date or dates debt was incurred
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**

Is the claim subject to offset?
■ No
☐ Yes

$50.00    $50.00

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | | | |
|---|---|---|---|
| 2.6363 | Priority creditor's name and mailing address<br>**Mitchell Mcsorley**<br>**1169 Makeway St**<br>**Roseville, CA 95747** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$33.00**  **$33.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.6364 | Priority creditor's name and mailing address<br>**Mitchell Robb**<br>**500 W Texas Ave Ste 1020**<br>**Midland, TX 79701** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$548.00**  **$548.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.6365 | Priority creditor's name and mailing address<br>**Mitchell Weinstock**<br>**2021 Paseo Del Sol**<br>**San Jose, CA 95124** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$156.00**  **$156.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.6366 | Priority creditor's name and mailing address<br>**Mitchell Wexler**<br>**45 Clydesdale Rd**<br>**Scotch Plains, NJ 07076** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$231.00**  **$231.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.6367 | Priority creditor's name and mailing address<br>**Mitzi Westerhoff**<br>**9593 Kalamere Ct**<br>**Highlands Ranch, CO 80126** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$67.00   $67.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.6368 | Priority creditor's name and mailing address<br>**Mitzi Westerhoff**<br>**9593 Kalamere Ct**<br>**Highlands Ranch, CO 80126** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$46.00   $46.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.6369 | Priority creditor's name and mailing address<br>**Miyutoyoshima Galliart**<br>**24333 Bent Feather Rd**<br>**Conifer, CO 80433** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$998.00   $998.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.6370 | Priority creditor's name and mailing address<br>**Mj Sarocco**<br>**126 Chestnut Cir**<br>**Lincoln, MA 01773** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$219.00   $219.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_ _____
Name

| 2.6371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |

**Mo Langdon**
**449 W. Foothill Blvd., #523**
**Glendora, CA 91741**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6372 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |

**Moira Fanning**
**109 S Main St Ste 18**
**Hambletonian Society**
**Cranbury, NJ 08512**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6373 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $282.00 | $282.00 |

**Moky Cheung**
**3030 Lbj Fwy Ste 1700**
**Dallas, TX 75234**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6374 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $131.00 | $131.00 |

**Mollie Church**
**1145 Tringham Court**
**Apex, NC 27502**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.6375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $246.00 | $246.00 |
|---|---|---|---|---|

**Molly Meacham**
**3320 W Foster Ave**
**Chicago, IL 60625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6376 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $178.00 | $178.00 |
|---|---|---|---|---|

**Molly Turpin**
**81 Cascade St**
**Essex Junction, VT 05452**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6377 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.00 | $72.00 |
|---|---|---|---|---|

**Mona Vertin**
**835 NE 33rd Ave**
**Portland, OR 97232**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6378 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $321.00 | $321.00 |
|---|---|---|---|---|

**Monet Huang**
**363 Calypso Beach Dr**
**Copperopolis, CA 95228**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.6379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Monica Coles**
**39 Engler Ln**
**Jim Thorpe, PA 18229**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6380 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.00 | $13.00 |
|---|---|---|---|---|

**Monica Le**
**401 S 1st St Unit 1017**
**Minneapolis, MN 55401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6381 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.00 | $64.00 |
|---|---|---|---|---|

**Monica Steele**
**800 Exchange Street,**
**Suite 410**
**Astoria, OR 97103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6382 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $138.00 | $138.00 |
|---|---|---|---|---|

**Monica Ward**
**2608 Niles Rd**
**Saint Joseph, MI 49085**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.6383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |

**Monika Kaleska**
**129 Mullbery Street**
**New York, NY 10013**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6384 | Priority creditor's name and mailing address | | $29.00 | $29.00 |

**Monique Iwaszko**
**11524 Dewey St**
**Parker, CO 80138**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6385 | Priority creditor's name and mailing address | | $45.00 | $45.00 |

**Monte White**
**1835 E North St**
**Salina, KS 67401**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6386 | Priority creditor's name and mailing address | | $30.00 | $30.00 |

**Moore Mark**
**40075 Hwy. 621**
**Gonzales, LA 70737**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

| 2.6387 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|

**Morey Anderson**
**152 Lake Pointe Dr**
**Murrells Inlet, SC 29576**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6388 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.00 | $77.00 |
|---|---|---|---|---|

**Morgan Foster**
**7659 Mannheim Ct**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6389 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |
|---|---|---|---|---|

**Morgan Gideon**
**7902 Valcour Dr**
**Amarillo, TX 79119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6390 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $94.00 | $94.00 |
|---|---|---|---|---|

**Morgan Reynolds**
**8525 NE Wygant St**
**Portland, OR 97220**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.6391** | Priority creditor's name and mailing address

**Morry Brown**
**867 Osprey Ridge Rd**
**Winston-Salem, NC 27106**

As of the petition filing date, the claim is:     **$336.00**     **$336.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.6392** | Priority creditor's name and mailing address

**Morton Jackson**
**5529 Idlewood Dr**
**Santa Rosa, CA 95404**

As of the petition filing date, the claim is:     **$35.00**     **$35.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.6393** | Priority creditor's name and mailing address

**Ms Steiger**
**3851 Carambola Cir N**
**Coconut Creek, FL 33066**

As of the petition filing date, the claim is:     **$324.00**     **$324.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.6394** | Priority creditor's name and mailing address

**Muray Langdoc**
**1901 Boonville Rd**
**Ukiah, CA 95482**

As of the petition filing date, the claim is:     **$284.00**     **$284.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.6395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $161.00 | $161.00 |
|---|---|---|---|---|

**Mychele Tran**
**4115 Surfside Ct.**
**Arlington, TX 76016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.6396 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $493.00 | $493.00 |
|---|---|---|---|---|

**Mykhael Wilson**
**308 4th Street**
**Troy, NY 12180**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.6397 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,254.00 | $3,350.00 |
|---|---|---|---|---|

**Myles Bae**
**520 W 28th St Apt 29**
**New York, NY 10001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.6398 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |
|---|---|---|---|---|

**Myles Kelleysr**
**4618 Lorraine Ave**
**Dallas, TX 75209**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

---

| 2.6399 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |
|---|---|---|---|---|

**Nabil Azim**
**77 Fulton St Apt 15m**
**New York, NY 10038**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6400 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $166.00 | $166.00 |
|---|---|---|---|---|

**Nadine Dispirito**
**100 Harborview Dr Unit 1502**
**Baltimore, MD 21230**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6401 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Nadine Porebski**
**946 Dixie Hwy**
**Beecher, IL 60401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6402 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Naina Dhingra**
**85 Upper Mountain Ave**
**Montclair, NJ 07042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.6403 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |

**2.6403** Priority creditor's name and mailing address

**Nakeisha Crayton**
**7389 Tidewater Trce**
**Stone Mountain, GA 30087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$33.00   $33.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.6404** Priority creditor's name and mailing address

**Nam Nguyen**
**1503 Hazelnut Dr**
**Harker Heights, TX 76548**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$19.00   $19.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.6405** Priority creditor's name and mailing address

**Nancy Burns**
**2920 W Brilliant Sky Dr**
**Phoenix, AZ 85085**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$125.00   $125.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.6406** Priority creditor's name and mailing address

**Nancy Bush**
**15 Napoli**
**Street Address 2**
**Newport Beach, CA 92660**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$173.00   $173.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.6407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $637.00 | $637.00 |
|---|---|---|---|---|

**Nancy Craig**
**3 Hawthorne Ct.**
**Newton, KS 67114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6408 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $428.00 | $428.00 |
|---|---|---|---|---|

**Nancy Dineen**
**1400 Colorado St**
**Ste. C**
**Boulder City, NV 89005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6409 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $107.00 | $107.00 |
|---|---|---|---|---|

**Nancy Evans**
**1155 West Ave**
**Middlesex, NY 14507**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6410 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.00 | $66.00 |
|---|---|---|---|---|

**Nancy Farrell**
**95 Riverside Dr Ste 2**
**Johnson City, NY 13790**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

_____
Name

Case number (if known) _____

| 2.6411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |

**Nancy Goebel**
**150 Powder Mill Road**
**Morris Plains, NJ 07950**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6412 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |

**Nancy Gretzinger**
**35109 Millville Road**
**Middleburg, VA 20117**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6413 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.00 | $110.00 |

**Nancy Larkin**
**2525 N Pearl St Apt 2003**
**Dallas, TX 75201**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6414 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $627.00 | $627.00 |

**Nancy Newman**
**306 Blanca Ln**
**Tampa, FL 33606**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.6415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28.00 | $28.00 |
|---|---|---|---|---|

**Nancy Peiser**
**5503 Sugar Hill Dr**
**Houston, TX 77056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6416 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 | $30.00 |
|---|---|---|---|---|

**Nancy Pluzdrak**
**1025 Arkell Road**
**Walnut Creek, CA 94598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6417 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $161.00 | $161.00 |
|---|---|---|---|---|

**Nancy Robinson**
**1852 N. Highway 341**
**Rossville, GA 30741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6418 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42.00 | $42.00 |
|---|---|---|---|---|

**Nancy Saccoccio**
**464 N Paula Dr Apt 322**
**Dunedin, FL 34698**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.6419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $292.00 | $292.00 |
|---|---|---|---|---|

**Nancy Witek**
**7113 Bristol Rd**
**Baltimore, MD 21212**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6420 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,388.00 | $1,388.00 |
|---|---|---|---|---|

**Nandu Machiraju**
**1309 E St Se Unit 29**
**Washington, DC 20003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6421 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Napacia2021 Greiner**
**13212 Houtman Dr**
**Pflugerville, TX 78660**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6422 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |
|---|---|---|---|---|

**Narasima Kaipa**
**338 Spear Street Apt 6a**
**San Francisco, CA 94105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

---

| 2.6423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |

**Nasarenko Nick**
**173 Jacob St**
**1st Floor**
**Garfield, NJ 07006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.6424 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.00 | $15.00 |

**Natalia Forcier**
**8014 SWeetgum Loop**
**Orlando, FL 32835**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.6425 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $142.00 | $142.00 |

**Natalie Bobuk**
**155 Ancient Island Drive**
**Saint Augustine, FL 32080**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.6426 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $428.00 | $428.00 |

**Natalie Clark**
**106 Yeonas Cir Se**
**Vienna, VA 22180**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.6427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $195.00 | $195.00 |
|---|---|---|---|---|
| | **Natalie Devicente**<br>**1500 4th Street North**<br>**St. Petersburg, FL 33704** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.6428 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $62.00 | $62.00 |
|---|---|---|---|---|
| | **Natalie Fenton**<br>**912 Cannons Ln**<br>**Louisville, KY 40207** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.6429 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $54.00 | $54.00 |
|---|---|---|---|---|
| | **Natalie Friedrich**<br>**18520 Featherwood Drive**<br>**Dallas, TX 75252** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.6430 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $67.00 | $67.00 |
|---|---|---|---|---|
| | **Natalie Grainger**<br>**6 Stratford Ln**<br>**Ho Ho Kus, NJ 07423** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.6431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $62.00 | $62.00 |
|---|---|---|---|---|

**Natalie Green**
**10704 Alloway Dr**
**Potomac, MD 20854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6432 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $117.00 | $117.00 |
|---|---|---|---|---|

**Natalie Jackson**
**11320 N Hickory Woods Ct**
**Dunlap, IL 61525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6433 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $66.00 | $66.00 |
|---|---|---|---|---|

**Natalie Lafranzo**
**42 Sanderson Rd**
**Lexington, MA 02420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6434 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $33.00 | $33.00 |
|---|---|---|---|---|

**Natalie Marshalian**
**9656 Creemore Dr**
**Tujunga, CA 91042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.6435** | Priority creditor's name and mailing address

**Natalie Wynegar**
**1533 Brandon Ave SW**
**Roanoke, VA 24015**

As of the petition filing date, the claim is:                                        **$100.00**        **$100.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.6436** | Priority creditor's name and mailing address

**Natalya Kuznetsova**
**157 Salisbury Rd**
**Brookline, MA 02445**

As of the petition filing date, the claim is:                                        **$176.00**        **$176.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.6437** | Priority creditor's name and mailing address

**Natasha Chong**
**36 Hale St**
**San Francisco, CA 94134**

As of the petition filing date, the claim is:                                        **$248.00**        **$248.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.6438** | Priority creditor's name and mailing address

**Natasha Combs**
**10400 Clarence Dr Ste 100**
**C/O Classic Wine**
**Frisco, TX 75033**

As of the petition filing date, the claim is:                                        **$59.00**         **$59.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.6439 | Priority creditor's name and mailing address<br>**Nate Baude**<br>**2008 Dufour Ave**<br>**Redondo Beach, CA 90278** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $109.00   $109.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.6440   Priority creditor's name and mailing address
**Nate Brusberg**
**3318 Memphis Ln**
**Bowie, MD 20715**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,030.00   $2,030.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.6441   Priority creditor's name and mailing address
**Nathalie Potvin**
**9073e Captain Dreyfus**
**Scottsdale, AZ 85260**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$96.00   $96.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.6442   Priority creditor's name and mailing address
**Nathan Airhart**
**5465 Nw Pondosa Dr**
**Portland, OR 97229**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$116.00   $116.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.6443 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

As of the petition filing date, the claim is: **$164.00**   **$164.00**

2.6443 | Priority creditor's name and mailing address
**Nathan Campbell**
**30188 Carriage Loop Dr**
**Evergreen, CO 80439**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.6444 | Priority creditor's name and mailing address
**Nathan Christie**
**129 Bell Flower Ct**
**Chapel Hill, NC 27516**

As of the petition filing date, the claim is:   **$24.00**   **$24.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.6445 | Priority creditor's name and mailing address
**Nathan Curll**
**20222 Hammock Oak Dr**
**Cornelius, NC 28031**

As of the petition filing date, the claim is:   **$60.00**   **$60.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.6446 | Priority creditor's name and mailing address
**Nathan Curtis**
**4040 Glenn Oaks Blvd**
**Sioux City, IA 51104**

As of the petition filing date, the claim is:   **$22.00**   **$22.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 2.6447 | Priority creditor's name and mailing address | |

Priority creditor's name and mailing address
**Nathan Driscoll**
**1162 Pittsford Victor Rd Ste 200**
**Pittsford, NY 14534**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$29.00     $29.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.6448 Priority creditor's name and mailing address
**Nathan Ellingson**
**1906 Hoover Ave**
**Oakland, CA 94602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$90.00     $90.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.6449 Priority creditor's name and mailing address
**Nathan Ergmann**
**318 Pimlico Dr**
**Walnut Creek, CA 94597**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$191.00     $191.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.6450 Priority creditor's name and mailing address
**Nathan Gordon**
**3179 Stanley Blvd**
**Lafayette, CA 94549**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$150.00     $150.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 2.6451 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $308.00 | $308.00 |

**Nathan Inks**
**11848 Angus Cir**
**Sterling Heights, MI 48312**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6452 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.00 | $55.00 |

**Nathan Kendrick**
**1300 22nd St Apt 501**
**San Francisco, CA 94107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6453 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $222.00 | $222.00 |

**Nathan Lord**
**318 Lexington Rd**
**Richmond, VA 23226**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6454 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Nathan Miller**
**49 Carriage Lake Dr**
**Brownsburg, IN 46112**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.6455 | Priority creditor's name and mailing address<br>**Nathan Monfette**<br>**30039 Braeburn**<br>**New Hudson, MI 48165** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $87.00   $87.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.6456 | Priority creditor's name and mailing address<br>**Nathan Moran**<br>**754 E Elmwood Pl**<br>**Chandler, AZ 85249** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $29.00   $29.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.6457 | Priority creditor's name and mailing address<br>**Nathan Olivas**<br>**753 Lawrence Dr**<br>**San Luis Obispo, CA 93401** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $48.00   $48.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.6458 | Priority creditor's name and mailing address<br>**Nathan Palan**<br>**5908 W Fenrick Rd**<br>**Janesville, WI 53548** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,527.00   $1,527.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 2.6459 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,833.00 | $3,350.00 |

**Nathan Rogers**
**51 Homefire Cv**
**Leicester, NC 28748**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6460 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |

**Nathan Sloan**
**600 Travis St**
**Suite 6300**
**Houston, TX 77002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6461 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |

**Nathan Tucker**
**11 Aphrodite Ct**
**Copperopolis, CA 95228**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6462 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**Nathan Witt**
**3768 W Cheryl Dr**
**Bloomington, IN 47404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.6463** | Priority creditor's name and mailing address

**Nathanael Barlow**
**1812 W Burbank Blvd # 7256**
**Burbank, CA 91506**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$189.00   $189.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.6464** | Priority creditor's name and mailing address

**Nathanael Hedin**
**6920 Ropers Pt**
**Colorado Springs, CO 80908**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,443.00   $2,443.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.6465** | Priority creditor's name and mailing address

**Nathaniel Davidson**
**685 S 300 E**
**Cedar City, UT 84720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$139.00   $139.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.6466** | Priority creditor's name and mailing address

**Nathaniel Dillard**
**45657 W Morning View Ln**
**Maricopa, AZ 85139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$33.00   $33.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

| 2.6467 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.00 | $63.00 |

**Nathaniel Moran**
**7652 Regent Ln**
**Frisco, TX 75034**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6468 | Priority creditor's name and mailing address | | $86.00 | $86.00 |

**Naveen Sydney**
**1408 W Congress St**
**Tucson, AZ 85745**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6469 | Priority creditor's name and mailing address | | $140.00 | $140.00 |

**Navneet Virk**
**322 9th Street**
**Jersey City, NJ 07302**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6470 | Priority creditor's name and mailing address | | $66.00 | $66.00 |

**Neal Byrd**
**864 Tarpley Ln Nw**
**Kennesaw, GA 30152**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number _(if known)_ | |
|---|---|---|---|
| | Name | | |

| 2.6471 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $305.00 | $305.00 |
|---|---|---|---|---|

**Neal Cline**
**9975 Garden Creek Rd**
**Durham, CA 95938**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_7_)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6472 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $515.00 | $515.00 |
|---|---|---|---|---|

**Neal Dorow**
**5028 Woods Edge Rd.**
**Wilmington, NC 28409**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_7_)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6473 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|---|---|---|---|---|

**Neal Gardiner**
**9400 Higdon Pl**
**Faulkner, MD 20632**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_7_)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6474 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $76.00 | $76.00 |
|---|---|---|---|---|

**Neal Kinsey**
**2560 State Highway A**
**Chaffee, MO 63740**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_7_)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

| 2.6475 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $236.00 | $236.00 |
|---|---|---|---|---|

**Neal Omara**
**50 Willard Ln**
**Hillsborough, CA 94010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6476 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $136.00 | $136.00 |
|---|---|---|---|---|

**Necia Nicholas**
**7711 Burnside Loop**
**Pensacola, FL 32526**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6477 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $343.00 | $343.00 |
|---|---|---|---|---|

**Ned Euseppi**
**142 Bowsprit Dr**
**North Palm Beach, FL 33408**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6478 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $133.00 | $133.00 |
|---|---|---|---|---|

**Ned Heltzer**
**8612 E Jenan Dr**
**Scottsdale, AZ 85260**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| 2.6479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $754.00 | $754.00 |
|---|---|---|---|---|

**Ned Thomas**
**2208 Driscoll St**
**Houston, TX 77019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6480 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $30.00 | $30.00 |
|---|---|---|---|---|

**Nedra Cooper**
**861 S Cottontail Ln**
**Anaheim, CA 92808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6481 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $219.00 | $219.00 |
|---|---|---|---|---|

**Neel Choksi**
**4191 Bellaire Blvd Ste 200**
**Houston, TX 77025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6482 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $183.00 | $183.00 |
|---|---|---|---|---|

**Neel Sengupta**
**3680 Lester Ct**
**Lilburn, GA 30047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known)

---

| 2.6483 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $836.00 | $836.00 |

**Neera Sinha-Frazer**
**3308 Winthrop Cir**
**Marietta, GA 30067**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.6484 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |

**Neil Chazin**
**241 Lily St**
**Apt B**
**San Francisco, CA 94102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.6485 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $103.00 | $103.00 |

**Neil Gonda**
**230 Patterson Rd**
**Bolivar, PA 15923**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.6486 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 | $38.00 |

**Neil Liu**
**406 Camino Arroyo W**
**Danville, CA 94506**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.6487 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $124.00 | $124.00 |

**Neil Osborne**
**2603 Stirling Dr**
**Valparaiso, IN 46383**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6488 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Neil Solari**
**2050 Eva St**
**Napa, CA 94559**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6489 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $137.00 | $137.00 |

**Neil Stenbuck**
**964 7th St**
**Boulder, CO 80302**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6490 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.00 | $85.00 |

**Nelly Perchatkin**
**1238 Sutter St Unit 804**
**San Francisco, CA 94109**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)*

| 2.6491 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |

**Nelson Dibie**
**5258 E Geary St**
**Fresno, CA 93727**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6492 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |

**Nelson Jackson**
**345 South Elm Street**
**Natty Greene's Brew House**
**Greensboro, NC 27401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6493 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |

**Nelson Ramirez**
**7312 Ridgeline Dr**
**Raleigh, NC 27613**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6494 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Nesha Khargie**
**2041 Gallows Tree Ct**
**Vienna, VA 22182**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.6495 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |
|---|---|---|---|---|

**Netashe David**
**2523 S 288th St Apt 1**
**Federal Way, WA 98003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6496 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|

**Nette Derose**
**7519 S Argonne St**
**Centennial, CO 80016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6497 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**New Mexico Taxation and Revenue**
**Departme**
**10500 Copper Ave Suite C**
**Albuquerque, NM 87123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6498 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Ngoc Chau**
**200 N 66th St Ste 10**
**Lincoln, NE 68505**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.6499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $578.00 | $578.00 |
|---|---|---|---|---|

**Ngozi Pole**
**30331 Piping Plover Dr**
**Millsboro, DE 19966**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.6500 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Nhung Le**
**15234 Calandra Lark Ln 77429**
**Cypress, TX 77429**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.6501 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|

**Niav Hughesgreen**
**14003 Bauer Dr**
**Rockville, MD 20853**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.6502 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Nicholas Austin**
**6 Beacon Dr**
**Howell, NJ 07731**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 2.6503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Nicholas Banegas**
**606 Washington St Apt 317**
**San Diego, CA 92103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6504 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $406.00 | $406.00 |
|---|---|---|---|---|

**Nicholas Bausch**
**71269 621st Ave**
**Pawnee City, NE 68420**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6505 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $178.00 | $178.00 |
|---|---|---|---|---|

**Nicholas Beaner**
**210 N Custer Ave**
**Miles City, MT 59301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6506 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $82.00 | $82.00 |
|---|---|---|---|---|

**Nicholas Cobb**
**800 Indiana St.**
**322**
**San Francisco, CA 94107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.6507 | Priority creditor's name and mailing address<br>**Nicholas Columbus**<br>**709 Colina Ct.**<br>**Lexington, SC 29073** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $19.00    $19.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.6508 | Priority creditor's name and mailing address<br>**Nicholas Davidovac**<br>**10816 Barman Ave**<br>**Culver City, CA 90230** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $94.00    $94.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.6509 | Priority creditor's name and mailing address<br>**Nicholas Drimones**<br>**32 John Street**<br>**Englewood Cliffs, NJ 07632** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $30.00    $30.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.6510 | Priority creditor's name and mailing address<br>**Nicholas Elliott**<br>**2915 Riverglen Dr**<br>**Fort Worth, TX 76109** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,369.00    $1,369.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **Phoeno Wine Company, Inc.** | Case number _(if known)_ | |
|---|---|---|---|
| | Name | | |

---

| 2.6511 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.00 | $89.00 |
|---|---|---|---|---|

**Nicholas Florio**
**7 Carriage Way**
**Millstone Twp, NJ 08510**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6512 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $241.00 | $241.00 |
|---|---|---|---|---|

**Nicholas Iacullo**
**2639 N Oak St**
**Franklin Park, IL 60131**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6513 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $153.00 | $153.00 |
|---|---|---|---|---|

**Nicholas Jasper**
**119 Kuethe Dr**
**Annapolis, MD 21403**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6514 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |
|---|---|---|---|---|

**Nicholas Lamontagne**
**9670 Liberia Ave**
**Manassas, VA 20110**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.6515 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Nicholas Laneville**
**221 3rd St Se**
**Washington, DC 20003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6516 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $86.00 | $86.00 |
|---|---|---|---|---|

**Nicholas Lewis**
**1446 E Feather View Ct**
**Eagle, ID 83616**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6517 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $94.00 | $94.00 |
|---|---|---|---|---|

**Nicholas Lundberg**
**12 Van Hoesen St**
**Cortland, NY 13045**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6518 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |
|---|---|---|---|---|

**Nicholas Miller**
**135 Bridge Street**
**Osterville, MA 02655**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.6519 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $753.00 | $753.00 |
|---|---|---|---|---|

**Nicholas Pilot**
**7234n N Denver Ave**
**Portland, OR 97217**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6520 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $467.00 | $467.00 |
|---|---|---|---|---|

**Nicholas Polati**
**44 Liberty St**
**San Francisco, CA 94110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6521 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $156.00 | $156.00 |
|---|---|---|---|---|

**Nicholas Popp**
**2789 Haverhill Dr**
**Clearwater, FL 33761**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6522 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.00 | $15.00 |
|---|---|---|---|---|

**Nicholas Pugleasa**
**21115 Larkin Rd**
**Corcoran, MN 55340**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.6523 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,058.00 | $3,350.00 |
|---|---|---|---|---|

**Nicholas Ramsay**
**21305 Hidden Pond Pl**
**Broadlands Va, VA 20148**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6524 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Nicholas Reid**
**7693 Nautical Vw**
**Denver, NC 28037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6525 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |
|---|---|---|---|---|

**Nicholas Tomoff**
**17 Montane Ct**
**Dillon, CO 80435**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6526 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $134.00 | $134.00 |
|---|---|---|---|---|

**Nicholas Trojano**
**10054 Larston St**
**Houston, TX 77055**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.6527 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Nicholas Walker**
**182 Bayview Ave**
**Vallejo, CA 94590**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6528 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $594.00 | $594.00 |
|---|---|---|---|---|

**Nichole Cordes**
**12020 Southern Highlands Pkwy**
**Apt 1248**
**Las Vegas, NV 89141**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6529 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |
|---|---|---|---|---|

**Nichole Framularo**
**176 Killian Ave**
**Trumbull, CT 06611**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6530 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**Nichole Graham**
**13909 Bramborough Rd**
**Huntersville, NC 28078**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known)  _____
_____
Name

| 2.6531 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.00 | $45.00 |

**Nichole Hanscom**
**7900 1st St N**
**Saint Petersburg, FL 33702**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6532 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $215.00 | $215.00 |

**Nichole Yates**
**175 Sims Rd**
**Santa Cruz, CA 95060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6533 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,522.00 | $1,522.00 |

**Nick Aspromgos**
**95 Bridge Rd.**
**Hauppauge, NY 11788**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6534 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.00 | $49.00 |

**Nick Bellamy**
**20824 E Doane Place**
**Aurora, CO 80013**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)*

| 2.6535 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62.00 | $62.00 |

**Nick Berklacich**
**909 Albert Ct**
**Nashville, TN 37204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6536 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42.00 | $42.00 |

**Nick Cerulli**
**1628 N Abingdon St**
**Arlington, VA 22207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6537 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $222.00 | $222.00 |

**Nick Cobb**
**3258 Sandpiper Ln**
**Flower Mound, TX 75028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6538 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 | $20.00 |

**Nick Duckworth**
**1047 Singing Hills Rd**
**Parker, CO 80138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor    **Phoeno Wine Company, Inc.**                                          Case number *(if known)* _____

_____
Name

| 2.6539 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $116.00 | $116.00 |

**Nick Engelhardt**
**7554 Poulicny Lane**
**Viera, FL 32940**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

_____
Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6540 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $688.00 | $688.00 |

**Nick Eubanks**
**15261 Dinosaur Ridge Rd**
**Morrison, CO 80465**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

_____
Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6541 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $102.00 | $102.00 |

**Nick Franceski**
**6415 Wimbledon Trail Rd**
**Spring, TX 77379**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

_____
Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6542 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $483.00 | $483.00 |

**Nick Gangemi**
**37 Appian Cir**
**Simpsonville, SC 29681**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

_____
Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor  **Phoeno Wine Company, Inc.**                        Case number (if known) _____
_____
Name

---

| 2.6543 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Nick Hartman**
**50 Hillcrest Park Road**
**Old Greenwich, CT 06870**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6544 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |
|---|---|---|---|---|

**Nick Henderson**
**3052 Romano Dr**
**Lincoln, CA 95648**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6545 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $147.00 | $147.00 |
|---|---|---|---|---|

**Nick Landry**
**111 Highview Ave**
**Bernardsville, NJ 07924**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6546 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,014.00 | $1,014.00 |
|---|---|---|---|---|

**Nick Lethbridge**
**3629 Deer Oak Cir**
**Oviedo, FL 32766**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (*if known*) _____
_____
Name

| 2.6547 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|--------|-----------------------------------------------|-----------------------------------------------|--------|--------|

**Nick Lymberopoulos**
**9901 Regal Row**
**Houston, TX 77040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6548 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |

**Nick Mentzer**
**450 W Briar Pl # 11x**
**Chicago, IL 60657**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6549 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $479.00 | $479.00 |

**Nick Ossorgin**
**2491 Sawmill Rd**
**Apt 401**
**Santa Fe, NM 87505**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6550 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.00 | $36.00 |

**Nick Phelps**
**819 S Corona St**
**Denver, CO 80209**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor   **Phoeno Wine Company, Inc.**                                      Case number *(if known)* _____
_____
Name

| 2.6551 | Priority creditor's name and mailing address<br>**Nick Reitzler**<br>**12200 W 158th St**<br>**Overland Park, KS 66221** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$50.00** | **$50.00** |
|---|---|---|---|---|

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.6552 | Priority creditor's name and mailing address<br>**Nick Rohleder**<br>**1141 Nw 48th St**<br>**Oklahoma City, OK 73118** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$194.00** | **$194.00** |
|---|---|---|---|---|

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.6553 | Priority creditor's name and mailing address<br>**Nick Schwieger**<br>**2363 Van NEss Ave Apt 401**<br>**San Francisco, CA 94109** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$136.00** | **$136.00** |
|---|---|---|---|---|

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.6554 | Priority creditor's name and mailing address<br>**Nick Shafer**<br>**205 W Hyde Park Pl Apt 309**<br>**Tampa, FL 33606** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$28.00** | **$28.00** |
|---|---|---|---|---|

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 2.6555 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $224.00 | $224.00 |
|---|---|---|---|---|

**Nick Shah**
**1001 Laurel St Unit 412**
**San Carlos, CA 94070**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6556 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.00 | $125.00 |
|---|---|---|---|---|

**Nick Sowl**
**1098 E Maple St**
**Sutton, NE 68979**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6557 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.00 | $54.00 |
|---|---|---|---|---|

**Nick Tryfonopoulos**
**2437 Rebecca Lane**
**Glenview, IL 60026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6558 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $111.00 | $111.00 |
|---|---|---|---|---|

**Nick Tsukada**
**8833 Beartooth Dr**
**Frisco, TX 75036**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

| | | | |
|---|---|---|---|
| 2.6559 | Priority creditor's name and mailing address<br>**Nick Valdivia**<br>**3216 Von Uhlit Ranch Rd**<br>**Napa, CA 94558** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$60.00**   **$60.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.6560 | Priority creditor's name and mailing address<br>**Nick Vandekar**<br>**693 Thomas Penn Dr**<br>**West Grove, PA 19390** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,483.00**   **$1,483.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.6561 | Priority creditor's name and mailing address<br>**Nick Walls**<br>**1401 Hardley Ct**<br>**Bel Air, MD 21014** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$410.00**   **$410.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.6562 | Priority creditor's name and mailing address<br>**Nick Webb**<br>**1928 Millbrook Dr**<br>**Lodi, CA 95242** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$19.00**   **$19.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.6563 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |
|---|---|---|---|---|

**Nick Wu**
**865 Erin Way**
**Napa, CA 94559**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Deficit Customer** |

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6564 | Priority creditor's name and mailing address | | $29.00 | $29.00 |
|---|---|---|---|---|

**Nicola Rutsch**
**10841 Greycliffe Dr**
**Highlands Ranch, CO 80126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6565 | Priority creditor's name and mailing address | | $128.00 | $128.00 |
|---|---|---|---|---|

**Nicolae Safronii**
**6340 Americana Dr Apt 1122**
**Willowbrook, IL 60527**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6566 | Priority creditor's name and mailing address | | $157.00 | $157.00 |
|---|---|---|---|---|

**Nicolas Droger**
**6416 Burgoyne Rd**
**Houston, TX 77057**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor  **Phoeno Wine Company, Inc.**

Case number *(if known)*

Name

---

| 2.6567 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.00 | $61.00 |

**Nicolas Kincaid**
**419 57th St**
**West Palm Beach, FL 33407**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6568 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $296.00 | $296.00 |

**Nicolas Pesciarelli**
**505 E Lancaster Ave Apt 219**
**Wayne, PA 19087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6569 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.00 | $54.00 |

**Nicolas Vantulder**
**155 Lake Hills Rd**
**Pinehurst, NC 28374**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6570 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $94.00 | $94.00 |

**Nicole Beltran**
**814 Mardigras Ct**
**Camarillo, CA 93010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 2.6571 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $265.00 | $265.00 |

**Nicole Brown**
**78 Dawson Village Way**
**Suite 115**
**Dawsonville, GA 30534**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Yes
■ No

---

| 2.6572 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $73.00 | $73.00 |

**Nicole Campbell**
**309 La Moure St**
**Portage, WI 53901**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Yes
■ No

---

| 2.6573 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.00 | $57.00 |

**Nicole Cavanah**
**1108 Highway 113**
**White Pine, TN 37890**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Yes
■ No

---

| 2.6574 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |

**Nicole Cuizon**
**2521 Surfwood Dr**
**Las Vegas, NV 89128**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Yes
■ No

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.6575 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,694.00 | $1,694.00 |

**Nicole Danese**
**431 Hedwig Rd**
**Houston, TX 77024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6576 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $272.00 | $272.00 |

**Nicole Diamant**
**4 Appalachian Dr Unit 1273**
**Athens, NY 12015**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6577 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.00 | $85.00 |

**Nicole Freer**
**1815 N Talman Ave**
**Chicago, IL 60647**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6578 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |

**Nicole Gianotto**
**242 Georgetown Rd**
**Columbus, NJ 08022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.6579 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.00 | $54.00 |
|---|---|---|---|---|

**Nicole Grinsell
40 Harriss Ct
Abington, MA 02351**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6580 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Nicole Hanley
3235 Hull Ave Apt 3c
Bronx, NY 10467**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6581 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |
|---|---|---|---|---|

**Nicole Hasan
1757 N Monticello Ave
Chicago, IL 60647**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6582 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|---|---|---|---|---|

**Nicole Jasper
6 Hickory Ridge Dr
Houston, TX 77024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.6583 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $543.00 | $543.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**2.6583** Priority creditor's name and mailing address

**Nicole Lampsa**
**W5264 Bluff Rd**
**Eagle, WI 53119**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**

Is the claim subject to offset?
■ No
☐ Yes

$543.00     $543.00

---

**2.6584** Priority creditor's name and mailing address

**Nicole Laske**
**14975 SW 162nd Ter**
**Tigard, OR 97224**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**

Is the claim subject to offset?
■ No
☐ Yes

$50.00     $50.00

---

**2.6585** Priority creditor's name and mailing address

**Nicole Leiter**
**8 Tournament Dr S**
**Hawthorn Woods, IL 60047**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**

Is the claim subject to offset?
■ No
☐ Yes

$116.00     $116.00

---

**2.6586** Priority creditor's name and mailing address

**Nicole Lesani**
**2916 University Blvd**
**Dallas, TX 75205**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**

Is the claim subject to offset?
■ No
☐ Yes

$57.00     $57.00

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.6587 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Nicole Nease**
**1701 Sand Hill Rd**
**Guyton, GA 31312**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:
_____            **Deficit Customer**

Last 4 digits of account number _____            Is the claim subject to offset?
Specify Code subsection of PRIORITY                ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)            ☐ Yes

---

| 2.6588 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,304.00 | $1,304.00 |

**Nicole Roberts**
**2087 Catalina Way**
**Nolensville, TN 37135**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:
_____            **Deficit Customer**

Last 4 digits of account number _____            Is the claim subject to offset?
Specify Code subsection of PRIORITY                ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)            ☐ Yes

---

| 2.6589 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Nicole Skwarek**
**524 N Clearwater**
**Roselle, IL 60172**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:
_____            **Deficit Customer**

Last 4 digits of account number _____            Is the claim subject to offset?
Specify Code subsection of PRIORITY                ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)            ☐ Yes

---

| 2.6590 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |

**Nicole Smith**
**2935 Pannell St**
**Austin, TX 78722**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:
_____            **Deficit Customer**

Last 4 digits of account number _____            Is the claim subject to offset?
Specify Code subsection of PRIORITY                ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)            ☐ Yes

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 2.6591 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |

**Nicole Tardif**
**18 Longbow Ct**
**Auburn, ME 04210**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

**$60.00** **$60.00**

---

| 2.6592 | Priority creditor's name and mailing address |

**Nicole Tucker**
**19 E Walnut St**
**Metuchen, NJ 08840**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

**$22.00** **$22.00**

---

| 2.6593 | Priority creditor's name and mailing address |

**Nicole Young**
**3824 Vienna Dr.**
**Aptos, CA 95003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

**$32.00** **$32.00**

---

| 2.6594 | Priority creditor's name and mailing address |

**Nicolle Hedberg**
**101 E Broadway Ste 480**
**Sapient Private Wealth Mgmt**
**Eugene, OR 97401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

**$33.00** **$33.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.6595 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,205.00 | $1,205.00 |

**Nigel Carr**
**C/O Dewhirst Properties**
**123 South Gay St**
**Knoxville, TN 37902**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6596 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $202.00 | $202.00 |

**Nigel Palmer**
**3806 Hull St**
**Skokie, IL 60076**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6597 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |

**Nigel Stamp**
**208 Treadwell St**
**Berryville, VA 22611**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6598 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.00 | $95.00 |

**Nikhil Menon**
**72 Schuyler Rd**
**Nyack, NY 10960**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 2.6599 | Priority creditor's name and mailing address<br>**Niki Chieka**<br>**6431 Honey Grv Apt 310**<br>**Colorado Springs, CO 80923** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$273.00** | **$273.00** |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.6600 | Priority creditor's name and mailing address<br>**Nikki Anderson**<br>**7445 E Hubbell St**<br>**Scottsdale, AZ 85257** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$29.00** | **$29.00** |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.6601 | Priority creditor's name and mailing address<br>**Nikki Cliadakis**<br>**5405 Central Ave**<br>**Aberdeen, NJ 07747** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$84.00** | **$84.00** |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.6602 | Priority creditor's name and mailing address<br>**Nikki Kenney**<br>**402 Ardsley Pl**<br>**Canton, GA 30115** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$49.00** | **$49.00** |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

| 2.6603 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,394.00 | $1,394.00 |
|---|---|---|---|---|

**Nikki Stern**
**200 Water St Apt 511**
**New York, NY 10038**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6604 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $67.00 | $67.00 |
|---|---|---|---|---|

**Nikolai Chowdhury**
**66 West 38th St**
**40c**
**New York, NY 10018**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6605 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Nikolay Pakhomov**
**3750 Hudson Manor Ter Apt 6aw**
**Bronx, NY 10463**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6606 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.00 | $52.00 |
|---|---|---|---|---|

**Nina Hartley**
**114 Holden Hills Drive**
**Holden, ME 04429**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| 2.6607 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $99.00 | $99.00 |
|---|---|---|---|---|

**Nina Hayden**
**4536 Waterford Drive**
**Plano, TX 75024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6608 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51.00 | $51.00 |
|---|---|---|---|---|

**Nina Tebaldi**
**165 Harvard St**
**Newtonville, MA 02460**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6609 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.00 | $115.00 |
|---|---|---|---|---|

**Nisha Jafari**
**9641 N. 29th Street**
**Omaha, NE 68112**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6610 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $114.00 | $114.00 |
|---|---|---|---|---|

**Nitun Patel**
**411 S Krome Ave**
**Florida City, FL 33034**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 2.6611 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |

**Noah Limbaugh**
**1277 Old Hickory Rd**
**Corona, CA 92882**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6612 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.00 | $52.00 |

**Noah Mamis**
**137 E 28th St Apt 8b**
**New York, NY 10016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6613 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Noah Reid**
**9821 Shadow Island Drive**
**Shadow Hills, CA 91040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6614 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |

**Noe Santos**
**443 E Queen Way**
**Sparks, NV 89431**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 2.6615 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.00 | $90.00 |

**Noelsugue Noelsugue**
**103 Cox St**
**Knoxville, TN 37919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6616 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $133.00 | $133.00 |

**Nolan Astrab**
**4557 Se Satinwood St**
**Hillsboro, OR 97123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6617 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $116.00 | $116.00 |

**Nolan Kilby**
**6721 Mitra Dr**
**Austin, TX 78739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6618 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $732.00 | $732.00 |

**Nora Coast**
**301 East Cevallos**
**Apt 213**
**San Antonio, TX 78204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.6619 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28.00 | $28.00 |
|---|---|---|---|---|

**Nora Prekelezaj**
**1657 S Bates St**
**Birmingham, MI 48009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6620 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58.00 | $58.00 |
|---|---|---|---|---|

**Noreen Carr**
**68746 Calle Tafalla**
**Cathedral City, CA 92234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6621 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $367.00 | $367.00 |
|---|---|---|---|---|

**Norm Booth**
**591 N Mcdowell Blvd**
**Donal Machine**
**Petaluma, CA 94954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6622 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,605.00 | $3,350.00 |
|---|---|---|---|---|

**Norm Longsdorf**
**469 Lake View Ln**
**Osceola, WI 54020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 2.6623 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$20.00** | **$20.00** |

**2.6623** Priority creditor's name and mailing address

**Norman Crenshaw**
**2009 Valleystone Dr**
**Cary, NC 27519**

As of the petition filing date, the claim is:                **$20.00**        **$20.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred              Basis for the claim:
_____                **Deficit Customer**

Last 4 digits of account number              Is the claim subject to offset?
Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)      ☐ Yes

---

**2.6624** Priority creditor's name and mailing address

**Norman Kim**
**382 13th St. #2**
**Brooklyn, NY 11215**

As of the petition filing date, the claim is:               **$166.00**       **$166.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred              Basis for the claim:
_____                **Deficit Customer**

Last 4 digits of account number              Is the claim subject to offset?
Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)      ☐ Yes

---

**2.6625** Priority creditor's name and mailing address

**Norman Morales**
**39 Ontario Ave**
**Middletown, NY 10940**

As of the petition filing date, the claim is:               **$28.00**        **$28.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred              Basis for the claim:
_____                **Deficit Customer**

Last 4 digits of account number              Is the claim subject to offset?
Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)      ☐ Yes

---

**2.6626** Priority creditor's name and mailing address

**Norman Wright**
**9325 Lake Hugh Cove Ct**
**Gotha, FL 34734**

As of the petition filing date, the claim is:               **$87.00**        **$87.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred              Basis for the claim:
_____                **Deficit Customer**

Last 4 digits of account number              Is the claim subject to offset?
Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)      ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                         Case number (if known) _____
_____
Name

| | | |
|---|---|---|

**2.6627**    Priority creditor's name and mailing address

**North Carolina Department of Revenue**
**3500 Latrobe Dr**
**Suite 300**
**Charlotte, NC 28222**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:    **$0.00**    **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**For Notice Purposes Only**

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6628**    Priority creditor's name and mailing address

**Noy Follett**
**12762 Mackey Street**
**Overland Park, KS 66213**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:    **$58.00**    **$58.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6629**    Priority creditor's name and mailing address

**Obrien Sharon**
**1208 Yardley Road**
**Yardley, PA 19067**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:    **$87.00**    **$87.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6630**    Priority creditor's name and mailing address

**Office of State Tax Commissioner**
**600 E Boulevard Ave Dept. 127**
**Bismarck, ND 58505**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:    **$0.00**    **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**For Notice Purposes Only**

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

---

| 2.6631 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Office of Tax and Revenue**
**1101 4th Street, SW**
**Suite 270 West**
**Washington, DC 20024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6632 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Oklahoma Tax Commission**
**300 N Broadway Ave**
**Oklahoma City, OK 73102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6633 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Oksana Kulyak**
**18 Culotta Ln**
**Staten Island, NY 10309**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6634 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |

**Ole Konig**
**615 E Weber Dr Unit 3021**
**Tempe, AZ 85288**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 2.6635 | Priority creditor's name and mailing address<br>**Olga Batarse**<br>**5 Hilshire Grove Ln**<br>**Houston, TX 77055** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **$127.00** **$127.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

2.6636   Priority creditor's name and mailing address
**Oliver Landis**
**342 Lang Syne Rd**
**Fort Motte, SC 29135**

As of the petition filing date, the claim is: **$124.00** **$124.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

2.6637   Priority creditor's name and mailing address
**Olivia Weller**
**430 W SWoope Ave**
**Winter Park Fl, FL 32789**

As of the petition filing date, the claim is: **$35.00** **$35.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

2.6638   Priority creditor's name and mailing address
**Olivier Dury**
**4515 Pine Tree Dr**
**Pace, FL 32571**

As of the petition filing date, the claim is: **$210.00** **$210.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.6639 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $697.00 | $697.00 |
|---|---|---|---|---|

**Olurotimi Ogunleye**
**840 Calle Pluma**
**San Clemente, CA 92673**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6640 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |
|---|---|---|---|---|

**Omar Torres**
**3008 Ernesto Serna**
**El Paso, TX 79936**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6641 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $136.00 | $136.00 |
|---|---|---|---|---|

**Omari Buncum**
**1015 Cresta Ct**
**Roswell, GA 30075**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6642 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|

**Omeed Nia**
**1250 Midvale Ave Apt 202**
**Los Angeles, CA 90024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**                              Case number *(if known)* _____
_____
Name

| 2.6643 | Priority creditor's name and mailing address **Oregon Department of Revenue 955 Center St NE Salem, OR 97301** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 | $0.00 |

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.6644 | Priority creditor's name and mailing address **Orestes Sanchez 6 Rosewood Court North Haledon, NJ 07508** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $124.00 | $124.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6645 | Priority creditor's name and mailing address **Orlando Browne 2260 SW 16th Ter Miami, FL 33145** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $233.00 | $233.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6646 | Priority creditor's name and mailing address **Orlando Sierra 8425 Nw 41st St Apt 329 Doral, FL 33166** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $29.00 | $29.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number (if known)

| | | |
|---|---|---|
| 2.6647 | Priority creditor's name and mailing address<br>**Orlando Vazquez**<br>**3850 Nw 114th Avenue**<br>**Doral, FL 33178** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **$137.00    $137.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Yes

---

| | | |
|---|---|---|
| 2.6648 | Priority creditor's name and mailing address<br>**Orma Smith**<br>**19 Lynoak Cv**<br>**Jackson, TN 38305** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$170.00    $170.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Yes

---

| | | |
|---|---|---|
| 2.6649 | Priority creditor's name and mailing address<br>**Ormand Lawson**<br>**5019 Metzke Ln**<br>**Tallahassee, FL 32303** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$53.00    $53.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Yes

---

| | | |
|---|---|---|
| 2.6650 | Priority creditor's name and mailing address<br>**Orpheus Crutchfield**<br>**2342 Shattuck Avenue, #335**<br>**Berkeley, CA 94704** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$226.00    $226.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.6651 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18.00 | $18.00 |
|---|---|---|---|---|

**Oscar Delcampo**
**12955 SW 42nd St Ste 10**
**Miami, FL 33175**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$18.00   $18.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.6652   Priority creditor's name and mailing address

**Oscar Vazquez**
**113 Monroe St**
**Apt 4**
**Hoboken, NJ 07030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$58.00   $58.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.6653   Priority creditor's name and mailing address

**Oshea Stephen**
**239 Reserve Ct**
**San Marcos, CA 92078**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$759.00   $759.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.6654   Priority creditor's name and mailing address

**Osnay Rivero**
**798 East 54th Street**
**Hialeah, FL 33013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$28.00   $28.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.6655 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $334.00 | $334.00 |
|---|---|---|---|---|

**Owen Holder**
**177 Lake St Unit Y1**
**Avon, CO 81620**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6656 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.00 | $63.00 |
|---|---|---|---|---|

**Pablo Araya**
**116 Hickock Ct**
**Mebane, NC 27302**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6657 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $149.00 | $149.00 |
|---|---|---|---|---|

**Pablo Giuseppucci**
**956 Camelot Dr.**
**Hermitage, PA 16148**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6658 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |
|---|---|---|---|---|

**Pablo Godel**
**200 Se 15th Rd**
**Apt 6a**
**Miami, FL 33129**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| 2.6659 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $789.00 | $789.00 |

**Padmesh Chhita**
**125 Saratoga Ln**
**Woolwich Township, NJ 08085**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6660 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $146.00 | $146.00 |

**Paeter Schmidt**
**1440 South 7th St**
**Lincoln, NE 68502**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6661 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $530.00 | $530.00 |

**Paige Beauregard**
**4306 N Quinlan Park Rd Apt 10203**
**Austin, TX 78732**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6662 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $39.00 | $39.00 |

**Paige Miller**
**Ups Access Point - Michaels Store**
**11945 Manchester Rd**
**Saint Louis, MO 63131**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.6663 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.00 | $27.00 |
|---|---|---|---|---|

**Paige Rutherford**
**1013 Poplar St**
**Denver, CO 80220**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6664 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,170.00 | $3,350.00 |
|---|---|---|---|---|

**Palmer Steel**
**601 Poindexter Dr.**
**Charlotte, NC 28209**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6665 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**Pam Baumgartner**
**10 Odana Ct**
**Madison, WI 53719**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6666 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|

**Pam Rosener**
**1821 Burning Tree Ln**
**Plano, TX 75093**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 2.6667 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**Pam Vanostaeyen**
**2006 Continenal Lane**
**Escondido, CA 92029**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.6668 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $218.00 | $218.00 |

**Pamela Austin**
**551 S Pike Rd**
**Sarver, PA 16055**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.6669 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Pamela Gandhi**
**106 Bold Slope Dr**
**Piedmont, SC 29673**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.6670 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |

**Pamela Henne**
**5455 S Fort Apache Rd # 108-85**
**Las Vegas, NV 89148**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

| 2.6671 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.00 | $119.00 |
|---|---|---|---|---|

**Pamela Johnson**
**460 Granite Saddle Dr**
**Rolesville, NC 27571**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6672 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $151.00 | $151.00 |
|---|---|---|---|---|

**Pamela Palmer**
**2017 Greenbrook Pkwy Unit A**
**Austin, TX 78723**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6673 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Pamela Parker**
**233 Anita Ave**
**Pittsburgh, PA 15217**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6674 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |
|---|---|---|---|---|

**Pamela Wells**
**10 Vannoy Ave**
**Pennington, NJ 08534**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

| 2.6675 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $772.00 | $772.00 |

**Pamela Westbrook**
**82 Bolling Rd**
**Portsmouth, VA 23701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.6676 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Pamelag Johnson**
**Payne Chiropractic Center**
**215 West Broad Street Suite A**
**Statesville, NC 28677**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.6677 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $122.00 | $122.00 |

**Panos Argiras**
**201 W Grand Ave Apt 803**
**Chicago, IL 60654**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.6678 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.00 | $53.00 |

**Paolo Orso**
**17 Oxcart Lane**
**Hamilton, NJ 08619**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.6679 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $588.00 | $588.00 |
|---|---|---|---|---|

**Papao Saisnith**
**3143 Primrose St**
**Elgin, IL 60124**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6680 | Priority creditor's name and mailing address | | $87.00 | $87.00 |
|---|---|---|---|---|

**Paras Desai**
**2800 N Lake Shore Dr Apt 1008**
**Chicago, IL 60657**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6681 | Priority creditor's name and mailing address | | $771.00 | $771.00 |
|---|---|---|---|---|

**Pardis Michelle**
**950 N Montana Ave Stop 3**
**Helena, MT 59601**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6682 | Priority creditor's name and mailing address | | $400.00 | $400.00 |
|---|---|---|---|---|

**Parker Sytz**
**1675 Garfield Dr**
**Gastonia, NC 28052**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

2.6683 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.00 | $24.00
| **Parks Huffstetler** | *Check all that apply.*
| **5302 Castle Pines Ct** | ☐ Contingent
| **C/O Bob Bates** | ☐ Unliquidated
| **Fort Collins, CO 80525** | ☐ Disputed

Date or dates debt was incurred | Basis for the claim:
| **Deficit Customer**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes

---

2.6684 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.00 | $72.00
| **Pat Dooley** | *Check all that apply.*
| **701 W Lakeside Ave Apt 1010** | ☐ Contingent
| **Cleveland, OH 44113** | ☐ Unliquidated
| | ☐ Disputed

Date or dates debt was incurred | Basis for the claim:
| **Deficit Customer**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes

---

2.6685 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00
| **Pat Freer** | *Check all that apply.*
| **3520 W Oak St** | ☐ Contingent
| **Lebanon, PA 17042** | ☐ Unliquidated
| | ☐ Disputed

Date or dates debt was incurred | Basis for the claim:
| **Deficit Customer**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes

---

2.6686 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00
| **Pat Higgins** | *Check all that apply.*
| **6818 Oldecastle Ct** | ☐ Contingent
| **Charlotte, NC 28277** | ☐ Unliquidated
| | ☐ Disputed

Date or dates debt was incurred | Basis for the claim:
| **Deficit Customer**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.6687 | Priority creditor's name and mailing address<br>**Pat Jennings**<br>**575 27th St Unit C**<br>**San Francisco, CA 94131** | As of the petition filing date, the claim is: **$188.00** **$188.00**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Yes

---

| | | |
|---|---|---|
| 2.6688 | Priority creditor's name and mailing address<br>**Pat Johanson**<br>**270 Verde Mesa Dr**<br>**Danville, CA 94526** | As of the petition filing date, the claim is: **$31.00** **$31.00**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Yes

---

| | | |
|---|---|---|
| 2.6689 | Priority creditor's name and mailing address<br>**Pat Kelly**<br>**7729 Jacaranda Ln**<br>**Naples, FL 34114** | As of the petition filing date, the claim is: **$60.00** **$60.00**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Yes

---

| | | |
|---|---|---|
| 2.6690 | Priority creditor's name and mailing address<br>**Pat St.Pierre**<br>**73640 Juniper St**<br>**Palm Desert, CA 92260** | As of the petition filing date, the claim is: **$75.00** **$75.00**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
                  Name

| 2.6691 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.00 | $31.00 |
|--------|---------------------------------------------|-----------------------------------------------|--------|--------|

**Patel Mayoor**
**3508 Emperor Way**
**Tucker, GA 30084**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.6692 | Priority creditor's name and mailing address | | $54.00 | $54.00 |

**Patience Whitten**
**3565 Southwood Ave**
**Memphis, TN 38111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.6693 | Priority creditor's name and mailing address | | $251.00 | $251.00 |

**Patrice Kelly**
**5089 Breezy Acres St**
**Winter Garden, FL 34787**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.6694 | Priority creditor's name and mailing address | | $33.00 | $33.00 |

**Patricia Brown**
**140 Woodland Ave**
**San Francisco, CA 94117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.6695 | Priority creditor's name and mailing address<br>**Patricia Calamusa**<br>**877 Anna Ct**<br>**Tetonia, ID 83452** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$326.00   $326.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.6696 | Priority creditor's name and mailing address<br>**Patricia Clark**<br>**9123 Cloisters East**<br>**Henrico, VA 23229** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$99.00   $99.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.6697 | Priority creditor's name and mailing address<br>**Patricia Connors**<br>**890 Winter St**<br>**Hanson, MA 02341** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$130.00   $130.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.6698 | Priority creditor's name and mailing address<br>**Patricia Culbertson**<br>**1560 N Sandburg Ter**<br>**Apt 2815**<br>**Chicago, IL 60610** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$132.00   $132.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

| | |
|---|---|
| 2.6699 | Priority creditor's name and mailing address |

**Patricia Denny**
**8222 Wellington Pl**
**Jessup, MD 20794**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$20.00   $20.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | |
|---|---|
| 2.6700 | Priority creditor's name and mailing address |

**Patricia Doyle**
**750 State St Unit 422**
**San Diego, CA 92101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$42.00   $42.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | |
|---|---|
| 2.6701 | Priority creditor's name and mailing address |

**Patricia Fong**
**7540 Monte Brazil Dr**
**Sacramento, CA 95831**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$186.00   $186.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | |
|---|---|
| 2.6702 | Priority creditor's name and mailing address |

**Patricia Goodnow**
**376 Whitestown Road**
**Harmony, PA 16037**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$63.00   $63.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
|--------|-------------------------------|--|------------------------|--|
| | Name | | | |

---

| 2.6703 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $111.00 | $111.00 |
|--------|-----|-----|-----|-----|

**Patricia Howe**
**568 E Main St**
**C/O Wells Thomas, Llc**
**Branford, CT 06405**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6704 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $117.00 | $117.00 |
|--------|-----|-----|-----|-----|

**Patricia Inclan**
**1510 Meeting House Road**
**Sea Girt, NJ 08750**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6705 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $176.00 | $176.00 |
|--------|-----|-----|-----|-----|

**Patricia Kelly**
**1000 Lambourne Road**
**West Chester, PA 19382**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6706 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.00 | $110.00 |
|--------|-----|-----|-----|-----|

**Patricia Kirschling**
**86120 Montauk Drive**
**Fernandina Beach, FL 32034**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

| 2.6707 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $190.00 | $190.00 |

**Patricia Lawton
3 Burnham Road
Gorham, ME 04038**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6708 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $175.00 | $175.00 |

**Patricia Mariconda
5532 Still Hollow Ct
Grant Valkaria, FL 32949**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6709 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.00 | $24.00 |

**Patricia Mosley
1309 Meadowbrook Dr
Syracuse, NY 13224**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6710 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $192.00 | $192.00 |

**Patricia Noceralittle
271 Water St
Picture Rocks, PA 17762**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.6711 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.00 | $31.00 |
|---|---|---|---|---|

**Patricia Notaro**
**100 Welcome Aly**
**Baltimore, MD 21201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.6712 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |
|---|---|---|---|---|

**Patricia Pohanka**
**590 Riverside Dr**
**Lancaster, VA 22503**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.6713 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $124.00 | $124.00 |
|---|---|---|---|---|

**Patricia Psha**
**1026 Crosswind Ave**
**Sarasota, FL 34240**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.6714 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|

**Patricia Santos**
**211 Mountain Pkwy**
**Green Brook, NJ 08812**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | | | |
|---|---|---|---|
| 2.6715 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

2.6715 | Priority creditor's name and mailing address

**Patricia Stricklin**
**26w242 Prairie Ave**
**Wheaton, IL 60187**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$29.00   $29.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

2.6716 | Priority creditor's name and mailing address

**Patricia Tobin**
**6848 Cumbre Vista Way**
**Colorado Springs, CO 80924**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$34.00   $34.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

2.6717 | Priority creditor's name and mailing address

**Patricia Wager**
**Tlggr**
**100 Jericho Quadrangle Suite 309**
**Jericho, NY 11753**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$118.00   $118.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

2.6718 | Priority creditor's name and mailing address

**Patricia Welch**
**1185 Nottingham Drive**
**Macon, GA 31211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$368.00   $368.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.6719 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $212.00 | $212.00 |
|---|---|---|---|---|

**Patrick Ames**
**6735 Stoneridge Estates**
**Columbia, IL 62236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.6720 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|---|---|---|---|---|

**Patrick Bland**
**439 Sterling Brook Drive**
**Lexington, SC 29072**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.6721 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.00 | $22.00 |
|---|---|---|---|---|

**Patrick Bowen**
**24 Coach Cir**
**Windsor, CT 06095**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.6722 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $154.00 | $154.00 |
|---|---|---|---|---|

**Patrick Brennan**
**409 Guetler Way Se**
**Washington, DC 20003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.6723 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,198.00 | $2,198.00 |
|---|---|---|---|---|

**Patrick Buckner**
**5516 Vickery Blvd**
**Dallas, TX 75206**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6724 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $161.00 | $161.00 |
|---|---|---|---|---|

**Patrick Cameron**
**2040 Woodside Dr**
**Woodstock, IL 60098**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6725 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $180.00 |
|---|---|---|---|---|

**Patrick Canning**
**7126 Loblolly Pine Blvd**
**Fairview, TN 37062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6726 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $131.00 | $131.00 |
|---|---|---|---|---|

**Patrick Daleiden**
**8541 E Via De Viva**
**Scottsdale, AZ 85258**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.6727 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $188.00 | $188.00 |
|---|---|---|---|---|

**Patrick Dempsey**
**5904 Siltstone Loop**
**Killeen, TX 76542**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6728 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,485.00 | $1,485.00 |
|---|---|---|---|---|

**Patrick Donohue**
**13 Stanton St**
**Pawcatuck, CT 06379**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6729 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Patrick Doreian**
**122 Yorkshire Drive**
**Pittsburgh, PA 15208**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6730 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $430.00 | $430.00 |
|---|---|---|---|---|

**Patrick Elliott**
**175 Parfitt Way SW**
**Suite S 200**
**Bainbridge Island, WA 98110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor  **Phoeno Wine Company, Inc.**
_____ Name

Case number (if known) _____

| | |
|---|---|

**2.6731** | Priority creditor's name and mailing address
**Patrick Encinas**
**8156 E Sunnyside Dr**
**Scottsdale, AZ 85260**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$208.00    $208.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6732** | Priority creditor's name and mailing address
**Patrick Fitzmaurice**
**1780 Flagler Ave NE**
**Atlanta, GA 30309**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$768.00    $768.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6733** | Priority creditor's name and mailing address
**Patrick Gary**
**100 Saint Peter Rd**
**Thibodaux, LA 70301**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$28.00    $28.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6734** | Priority creditor's name and mailing address
**Patrick Gobble**
**331 Browns Point Dr**
**Moneta, VA 24121**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$495.00    $495.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.6735 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $106.00 | $106.00 |
|---|---|---|---|---|
| | **Patrick Guelah** | Check all that apply. | | |
| | **40 West 116th Street, Apt** | ☐ Contingent | | |
| | **A814** | ☐ Unliquidated | | |
| | **New York, NY 10026** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6736 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|
| | **Patrick Hajje** | Check all that apply. | | |
| | **2636 Summit Ridge Rd** | ☐ Contingent | | |
| | **Roanoke, VA 24012** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6737 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|
| | **Patrick Hazell** | Check all that apply. | | |
| | **1330 W Central Blvd** | ☐ Contingent | | |
| | **Fann Emblem & Embroidery** | ☐ Unliquidated | | |
| | **Orlando, FL 32805** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6738 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|
| | **Patrick Hoban** | Check all that apply. | | |
| | **955 Chesterfield Ln** | ☐ Contingent | | |
| | **Danville, CA 94506** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (*if known*) _____

| | | |
|---|---|---|
| 2.6739 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **Patrick Hynes** | *Check all that apply.* |
| | **13032 Exinite Drive** | ☐ Contingent |
| | **Reno, NV 89506** | ☐ Unliquidated |
| | | ☐ Disputed |

As of the petition filing date, the claim is: **$498.00** **$498.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.6740 Priority creditor's name and mailing address

**Patrick Judge**
**4282 Hathaway Crt Nw**
**Kennesaw, GA 30144**

As of the petition filing date, the claim is: **$32.00** **$32.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.6741 Priority creditor's name and mailing address

**Patrick Kenney**
**280 Rivermist Dr**
**Buffalo, NY 14202**

As of the petition filing date, the claim is: **$62.00** **$62.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.6742 Priority creditor's name and mailing address

**Patrick Kett**
**21 Croyden Dr**
**East Falmouth, MA 02536**

As of the petition filing date, the claim is: **$40.00** **$40.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.6743 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$30.00** | **$30.00** |
|---|---|---|---|---|

**Patrick Komorek**
**1616 Albermarle**
**Naperville, IL 60563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number ____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.6744 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$58.00** | **$58.00** |
|---|---|---|---|---|

**Patrick Kuehl**
**633 E 63rd St Ste 220**
**Kansas City, MO 64110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number ____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.6745 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$59.00** | **$59.00** |
|---|---|---|---|---|

**Patrick Lamb**
**2822 54th Ave S #139**
**St Petersburg, FL 33712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number ____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.6746 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$66.00** | **$66.00** |
|---|---|---|---|---|

**Patrick Lee**
**6577 Trailwoods Drive**
**Loveland, OH 45140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number ____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 2.6747 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: $244.00  $244.00 |

**Patrick Lemons**
**33 Holly Ln**
**Dyersburg, TN 38024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.6748 | Priority creditor's name and mailing address | $2,058.00  $2,058.00 |

**Patrick Maher**
**100 Point Isabella Rd**
**Cotuit, MA 02635**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.6749 | Priority creditor's name and mailing address | $168.00  $168.00 |

**Patrick Mcalister**
**355 Atlantic St Apt 9s**
**Stamford, CT 06901**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.6750 | Priority creditor's name and mailing address | $45.00  $45.00 |

**Patrick Mcnally**
**6779 Engle Rd Ste L**
**Middleburg Heights, OH 44130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| | | |
|---|---|---|
| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) |
| | Name | |

| 2.6751 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Patrick Mercier**
**11075 Parker Dr**
**Irwin, PA 15642**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.6752   Priority creditor's name and mailing address
**Patrick Mitchell**
**160 Bay St Apt 3010**
**San Francisco, CA 94133**

As of the petition filing date, the claim is:      $76.00   $76.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.6753   Priority creditor's name and mailing address
**Patrick Moynahan**
**16314 Old Orchard Rd**
**Silver Spring, MD 20905**

As of the petition filing date, the claim is:      $76.00   $76.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.6754   Priority creditor's name and mailing address
**Patrick Mullen**
**114 Norman Hills Road**
**Milford, PA 18337**

As of the petition filing date, the claim is:      $43.00   $43.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.6755 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.00 | $104.00 |

**Patrick Obester**
**3766 Ashmount Dr.**
**Fort Collins, CO 80525**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.6756 | Priority creditor's name and mailing address | | $142.00 | $142.00 |

**Patrick Ocame**
**3209 Pine Woods Lane**
**Carpentersville, IL 60110**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.6757 | Priority creditor's name and mailing address | | $25.00 | $25.00 |

**Patrick Oneal**
**1821 Finch Trl**
**Northlake, TX 76226**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.6758 | Priority creditor's name and mailing address | | $27.00 | $27.00 |

**Patrick Patterson**
**6115 55th Ave. Cir. E**
**Bradenton, FL 34203**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.6759** | Priority creditor's name and mailing address

**Patrick Paumier**
**1573 E Indian Wells Dr**
**Collierville, TN 38017**

As of the petition filing date, the claim is: **$3,447.00** **$3,350.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.6760** | Priority creditor's name and mailing address

**Patrick Pipp**
**472 Brighton Dr**
**Bloomingdale, IL 60108**

As of the petition filing date, the claim is: **$189.00** **$189.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.6761** | Priority creditor's name and mailing address

**Patrick Rakes**
**68 Manassas Circle**
**Daleville, VA 24083**

As of the petition filing date, the claim is: **$25.00** **$25.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.6762** | Priority creditor's name and mailing address

**Patrick Raley**
**666 Greenwich St Ph 7**
**New York, NY 10014**

As of the petition filing date, the claim is: **$100.00** **$100.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

| | | | |
|---|---|---|---|
| 2.6763 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 $19.00 |

**2.6763** Priority creditor's name and mailing address

**Patrick Rooney**
**880 New Jersey Ave Se Unit 721**
**Washington, DC 20003**

As of the petition filing date, the claim is:                    $19.00      $19.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.6764** Priority creditor's name and mailing address

**Patrick Smelik**
**3415 W 37th Ave**
**Denver, CO 80211**

As of the petition filing date, the claim is:                    $30.00      $30.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.6765** Priority creditor's name and mailing address

**Patrick Spusta**
**828 S Villa Ave**
**Villa Park, IL 60181**

As of the petition filing date, the claim is:                    $124.00     $124.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.6766** Priority creditor's name and mailing address

**Patrick Sullivan**
**180 N Jefferson St Unit 708**
**Chicago, IL 60661**

As of the petition filing date, the claim is:                    $64.00      $64.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**
_____     Case number (if known) _____
Name

| 2.6767 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.00 | $26.00 |
|---|---|---|---|---|

**Patrick Tate**
**18551 Idlewind Ct**
**Westfield, IN 46074**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6768 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.00 | $72.00 |
|---|---|---|---|---|

**Patrick Taylor**
**48 Cold Spring Rd**
**Westford, MA 01886**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6769 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.00 | $17.00 |
|---|---|---|---|---|

**Patrick Trimble**
**667 Garland Ave**
**Winnetka, IL 60093**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6770 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $114.00 | $114.00 |
|---|---|---|---|---|

**Patrick Vogelei**
**17 Patriot Ln**
**Thornton, PA 19373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
        Name

| | | |
|---|---|---|
| 2.6771 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.6771**

Priority creditor's name and mailing address
**Patrick Wejrowski**
**47 Ray St**
**Niskayuna, NY 12309**

As of the petition filing date, the claim is:          $2,211.00    $2,211.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.6772**

Priority creditor's name and mailing address
**Patrick Westlove**
**175 Sunrise Cir**
**Santa Rosa Beach, FL 32459**

As of the petition filing date, the claim is:          $58.00    $58.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.6773**

Priority creditor's name and mailing address
**Patti Glotzer**
**3347 Nw 53rd Cir**
**Boca Raton, FL 33496**

As of the petition filing date, the claim is:          $61.00    $61.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.6774**

Priority creditor's name and mailing address
**Patti Hall**
**142 Hunter Drive**
**New Year's Eve**
**Cranberry Township, PA 16066**

As of the petition filing date, the claim is:          $31.00    $31.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                Case number *(if known)*
_____
Name

| | | |
|---|---|---|

2.6775 | Priority creditor's name and mailing address
**Patti Snyder-Park**
**6480 West Gary Drive**
**Chandler, AZ 85226**

As of the petition filing date, the claim is:    **$170.00**    **$170.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**
_____

_____
Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (Z)

---

2.6776 | Priority creditor's name and mailing address
**Patti-Ann Dresback**
**2701 N Rocky Point Dr Ste 925**
**Tampa, FL 33607**

As of the petition filing date, the claim is:    **$97.00**    **$97.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**
_____

_____
Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (Z)

---

2.6777 | Priority creditor's name and mailing address
**Patty Dempsey**
**486 SW Bluff Dr**
**Bend, OR 97702**

As of the petition filing date, the claim is:    **$48.00**    **$48.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**
_____

_____
Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (Z)

---

2.6778 | Priority creditor's name and mailing address
**Patty Furst**
**2120 S Reserve St**
**Pmb 249**
**Missoula, MT 59801**

As of the petition filing date, the claim is:    **$28.00**    **$28.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**
_____

_____
Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (Z)

---

Debtor    **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

---

| 2.6779 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $128.00 | $128.00 |
|---|---|---|---|---|

**Patty Gannon**
**4519 E Avalon Dr**
**Phoenix, AZ 85018**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6780 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Patz Turner**
**2789 Lake Baldwin Ln Unit D105**
**Dunbar**
**Orlando, FL 32814**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6781 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.00 | $34.00 |
|---|---|---|---|---|

**Paul Arvantides**
**339 Lake Point Cir**
**Bluffton, SC 29910**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6782 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $233.00 | $233.00 |
|---|---|---|---|---|

**Paul Barry**
**210 W Bailey Rd**
**Naperville, IL 60565**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

| | | |
|---|---|---|
| 2.6783 | Priority creditor's name and mailing address | |

| | |
|---|---|
| 2.6783 Priority creditor's name and mailing address<br>**Paul Britton**<br>**2423 West 41st Avenue**<br>**Denver, CO 80211** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

$106.00    $106.00

| | |
|---|---|
| 2.6784 Priority creditor's name and mailing address<br>**Paul Carlson**<br>**6816 North Park Drive**<br>**North Richland Hills, TX 76182** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

$138.00    $138.00

| | |
|---|---|
| 2.6785 Priority creditor's name and mailing address<br>**Paul Crafts**<br>**480 Ascot Manor Court**<br>**Fenton, MO 63026** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

$194.00    $194.00

| | |
|---|---|
| 2.6786 Priority creditor's name and mailing address<br>**Paul Crandall**<br>**7856 E 22nd Pl**<br>**Denver, CO 80238** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

$100.00    $100.00

Debtor **Phoeno Wine Company, Inc.**                                              Case number (if known)
_____
Name

| 2.6787 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,420.00 | $2,420.00 |

Priority creditor's name and mailing address
**Paul Crowe**
**803 Pebble Lane**
**Anderson, SC 29621**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.6788   Priority creditor's name and mailing address
**Paul Dauscher**
**220 Green Valley Rd**
**Stratford, CT 06614**

As of the petition filing date, the claim is:          $24.00          $24.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.6789   Priority creditor's name and mailing address
**Paul Dauscher**
**220 Greenvalley Rd.**
**Stratford, CT 06614**

As of the petition filing date, the claim is:          $276.00          $276.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.6790   Priority creditor's name and mailing address
**Paul Debonis**
**3223 Nw 10th Ter Ste 602**
**Fort Lauderdale, FL 33309**

As of the petition filing date, the claim is:          $1,132.00          $1,132.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.6791 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.6791**

Priority creditor's name and mailing address
**Paul Deluca**
**15076 River Birch Ct**
**Punta Gorda, FL 33955**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$319.00   $319.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.6792**

Priority creditor's name and mailing address
**Paul Dobrovolsky**
**14 Saginaw Cir**
**Sacramento, CA 95833**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$28.00   $28.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.6793**

Priority creditor's name and mailing address
**Paul Dow**
**10108 Carlington Valley Court**
**Manassas, VA 20111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$19.00   $19.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.6794**

Priority creditor's name and mailing address
**Paul Duffy**
**3 Mallard Dr**
**Medway, MA 02053**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$80.00   $80.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                          Case number (if known)
_____
Name

| 2.6795 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |

**Paul Duke**
**4250 Talaton Ct**
**Cumming, GA 30028**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6796 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $141.00 | $141.00 |

**Paul Einselen**
**2127 Bramblewood Dr S**
**Clearwater, FL 33763**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6797 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $109.00 | $109.00 |

**Paul Felber**
**2812 Woodlawn Ave**
**Palmer, PA 18045**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6798 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $69.00 | $69.00 |

**Paul Garcia**
**2001 Milton Ave**
**Syracuse, NY 13209**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | |
|---|---|
| Debtor | **Phoeno Wine Company, Inc.** |
| | Name |

Case number *(if known)* _____

---

| 2.6799 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,556.00 | $2,556.00 |
|---|---|---|---|---|

**Paul Gessner**
**285 Seneca Place**
**Westfield, NJ 07090**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6800 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.00 | $26.00 |
|---|---|---|---|---|

**Paul Granger**
**129 Petticoat Ln**
**Lebanon, NJ 08833**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6801 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $74.00 | $74.00 |
|---|---|---|---|---|

**Paul Gregory**
**425 Avenida Mirola**
**Palos Verdes Estates, CA 90274**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6802 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.00 | $57.00 |
|---|---|---|---|---|

**Paul Griego**
**1641 Sulphur Springs Ave**
**Saint Helena, CA 94574**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known)

| | | |
|---|---|---|
| 2.6803 | Priority creditor's name and mailing address<br>**Paul Guerrieri**<br>**3508 Foy Glen Ct**<br>**Apex, NC 27539** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$1,280.00**   **$1,280.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.6804 | Priority creditor's name and mailing address<br>**Paul Hager**<br>**1520 Whootentown Rd**<br>**Washington, NC 27889** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$101.00**   **$101.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.6805 | Priority creditor's name and mailing address<br>**Paul Hoffman**<br>**57 Vettura Ct**<br>**Malta, NY 12020** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$463.00**   **$463.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.6806 | Priority creditor's name and mailing address<br>**Paul Jackson**<br>**238 Via Rancho**<br>**San Clemente, CA 92672** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$372.00**   **$372.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.6807 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $616.00 | $616.00 |
|---|---|---|---|---|

**Paul Jaffe**
**92 East 7th Street**
**Apartment 4a**
**New York, NY 10009**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6808 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $317.00 | $317.00 |
|---|---|---|---|---|

**Paul Jakubson**
**1380 Greenwich St Apt 305**
**San Francisco, CA 94109**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6809 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $281.00 | $281.00 |
|---|---|---|---|---|

**Paul Jorjorian**
**4653 Pershing Pl**
**Saint Louis, MO 63108**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6810 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $92.00 | $92.00 |
|---|---|---|---|---|

**Paul Lemmers**
**1336 Jasmine Ln**
**Lancaster, PA 17601**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

| 2.6811 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,515.00 | $3,350.00 |

**Paul Livingston**
**Hunziker & Associates**
**105 S. 16th St.**
**Ames, IA 50010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.6812 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,469.00 | $1,469.00 |

**Paul Lombardi**
**111 N. Fiske Blvd.**
**Cocoa, FL 32922**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.6813 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $788.00 | $788.00 |

**Paul Lyons**
**1530 Highridge St**
**Riverside, CA 92506**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.6814 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $93.00 | $93.00 |

**Paul Mackaluso**
**4112 69th St Apt 4**
**Woodside, NY 11377**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)* _____

---

| 2.6815 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.00 | $47.00 |

**Paul Mangels**
**80a Rowe Ave**
**Connecticut Engravers**
**Milford, CT 06461**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6816 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $149.00 | $149.00 |

**Paul Marshall**
**2226 Charlestown Road**
**Malvern, PA 19355**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6817 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Paul Mccarthy**
**14515 Dusty Miller Ct**
**Hughesville, MD 20637**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6818 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $257.00 | $257.00 |

**Paul Mccormick**
**21 Nimando Pl**
**Emerson, NJ 07630**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

| 2.6819 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Paul Middlebrook**
**1013 Del Roble Ln**
**Windsor, CA 95492**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.6820 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |

**Paul Misselwitz**
**277 Cotswold Ln**
**West Chester, PA 19380**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.6821 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.00 | $89.00 |

**Paul Morand**
**102 Matheson Street**
**Healdsburg, CA 95448**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.6822 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |

**Paul Nguyen**
**4801 48th Ave N**
**St Petersburg, FL 33714**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 2.6823 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $382.00 | $382.00 |
|---|---|---|---|---|

**Paul Pearson**
**2973 Harbor Blvd**
**190**
**Costa Mesa, CA 92626**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6824 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,993.00 | $2,993.00 |
|---|---|---|---|---|

**Paul Rhone**
**Dept Of Mathematics**
**1073 North Benson Rd**
**Fairfield, CT 06824**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6825 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.00 | $81.00 |
|---|---|---|---|---|

**Paul Robinson**
**75 Green Valley Dr**
**Churchville, PA 18966**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6826 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.00 | $85.00 |
|---|---|---|---|---|

**Paul Roller**
**1825 Alsace Ave**
**Gate Code: #5822**
**Los Angeles, CA 90019**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                Case number (if known) _____
_____
Name

| 2.6827 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $444.00 | $444.00 |
|---|---|---|---|---|

**Paul Smit**
**2521 N Foudy Ave**
**Eagle, ID 83616**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6828 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.00 | $31.00 |
|---|---|---|---|---|

**Paul Spurgeon**
**2001 Grand Blvd Ste 200**
**Kansas City, MO 64108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6829 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $474.00 | $474.00 |
|---|---|---|---|---|

**Paul Stykitus**
**10990 Eliotti St**
**Orlando, FL 32832**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6830 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |
|---|---|---|---|---|

**Paul Thomas**
**3208 Inverness Way**
**Jamul, CA 91935**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| 2.6831 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $71.00 | $71.00 |

**Paul Warmbier**
**2014 NE Lucy Belle**
**Mcminnville, OR 97128**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.6832 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.00 | $34.00 |

**Paul Waxler**
**306 Stowe Rd**
**Elkins Park, PA 19027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.6833 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.00 | $57.00 |

**Paul Windsor**
**2704 SWeetbroom Ct**
**Naperville, IL 60564**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.6834 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.00 | $42.00 |

**Paul Ziert**
**3214 Bart Conner Drive**
**Norman, OK 73072**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.6835 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.00 | $44.00 |
|---|---|---|---|---|

| 2.6835 | Priority creditor's name and mailing address<br>**Paula Murray**<br>**3167 Highgate Terrace Loop**<br>**Folsom, CA 95630** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $44.00 | $44.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.6836 | Priority creditor's name and mailing address<br>**Paula Quickel**<br>**1559 Withers Dr**<br>**Denver, NC 28037** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $58.00 | $58.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.6837 | Priority creditor's name and mailing address<br>**Paula Wellde**<br>**5337 Indigo Crossing Dr**<br>**Rockledge, FL 32955** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $53.00 | $53.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.6838 | Priority creditor's name and mailing address<br>**Paulina Skaff**<br>**1402 Townhouse Way**<br>**Morgantown, WV 26505** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $28.00 | $28.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.6839 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $43.00 | $43.00 |

**Pauline Patrick**
**18150 E 32nd Pl Ste D**
**Aurora, CO 80011**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6840 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |

**Paulino Alonso**
**8140 SW 151st St**
**Palmetto Bay, FL 33158**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6841 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $134.00 | $134.00 |

**Paulrschwetschenau**
**Schwetschenau**
**400 Pike St Unit 805**
**Cincinnati, OH 45202**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6842 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |

**Paulstephen Parisi**
**12196 Bluefield St**
**Spring Hill, FL 34609**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.6843 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.00 | $34.00 |

**Pavel Kibrik**
**154 Norfolk St**
**Brooklyn, NY 11235**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6844 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Payton Anderson**
**1285 J D Miller Rd**
**Santa Rosa Beach, FL 32459**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6845 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.00 | $27.00 |

**Pedro Sanchez**
**8101 Bissonnet St**
**Houston, TX 77074**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6846 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $239.00 | $239.00 |

**Peg Sorenson**
**33061 Cardinal Trail**
**Burlington, WI 53105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**      Case number *(if known)* _____

Name

---

| 2.6847 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.00 | $48.00 |
|---|---|---|---|---|

**Peggy Driftmeyer**
**2717 104th Ave Se**
**Beaux Arts, WA 98004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6848 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $628.00 | $628.00 |
|---|---|---|---|---|

**Peggy Klein**
**10445 N Oracle Rd Ste 220**
**Tucson, AZ 85737**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6849 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**Peggy Stanley**
**10929 E Us Highway 92**
**Seffner, FL 33584**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6850 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $689.00 | $689.00 |
|---|---|---|---|---|

**Penner Schraudenbach**
**13 Pleasant Shadows Dr**
**Spring, TX 77389**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.6851** | Priority creditor's name and mailing address
**Perla Urquiza**
**4341 S Artesian Ave**
**Chicago, IL 60632**

As of the petition filing date, the claim is: | **$33.00** | **$33.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No
☐ Yes

---

**2.6852** | Priority creditor's name and mailing address
**Perry White**
**1906 Gunbarrel Rd Ste 100**
**Chattanooga, TN 37421**

As of the petition filing date, the claim is: | **$202.00** | **$202.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No
☐ Yes

---

**2.6853** | Priority creditor's name and mailing address
**Pete Bell**
**6218 Oxford Peak Lane**
**Castle Rock, CO 80108**

As of the petition filing date, the claim is: | **$700.00** | **$700.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No
☐ Yes

---

**2.6854** | Priority creditor's name and mailing address
**Pete Hamilton**
**376 Harbor Ct**
**Avon Lake, OH 44012**

As of the petition filing date, the claim is: | **$28.00** | **$28.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 2.6855 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,079.00 | $1,079.00 |
|---|---|---|---|---|

**Pete Phillips**
**2781 Mesa Verde Rd**
**Santa Ynez, CA 93460**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.6856 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Peter Andrade**
**716 Glen Rd**
**Danville, CA 94526**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.6857 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Peter Black**
**720 N Harper Avenue**
**Los Angeles, CA 90046**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.6858 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.00 | $68.00 |
|---|---|---|---|---|

**Peter Calatozzo**
**125 East 87th Street**
**Apt. 10d**
**New York, NY 10128**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.6859 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $156.00 | $156.00 |
|---|---|---|---|---|
| | **Peter Chase**<br>**4763 Rue Lyon**<br>**San Jose, CA 95136** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6860 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $259.00 | $259.00 |
|---|---|---|---|---|
| | **Peter Eckart**<br>**1440 Waller St**<br>**San Francisco, CA 94117** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6861 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $241.00 | $241.00 |
|---|---|---|---|---|
| | **Peter Farkas**<br>**14 White Oak Dr**<br>**North Caldwell, NJ 07006** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6862 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $169.00 | $169.00 |
|---|---|---|---|---|
| | **Peter Girz**<br>**6019 Winans View Court**<br>**Pinckney, MI 48169** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known)

| | | |
|---|---|---|
| 2.6863 | Priority creditor's name and mailing address<br>**Peter Goldie**<br>**4148 Los Arabis Dr.**<br>**Lafayette, CA 94549** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **$161.00**   **$161.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.6864   Priority creditor's name and mailing address
**Peter Gosline**
**32b Kennedy Rd**
**Gloucester, MA 01930**

As of the petition filing date, the claim is: **$59.00**   **$59.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.6865   Priority creditor's name and mailing address
**Peter Groezinger**
**19981 West Emory Court**
**Grosse Pointe Woods, MI 48236**

As of the petition filing date, the claim is: **$105.00**   **$105.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.6866   Priority creditor's name and mailing address
**Peter Henning**
**5143 White Oak Ave**
**Unit 104**
**Encino, CA 91316**

As of the petition filing date, the claim is: **$855.00**   **$855.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|--------|-------------------------------|------------------------|---|
| | Name | | |

| 2.6867 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.00 | $42.00 |
|--------|----------------------------------------------|-----------------------------------------------|--------|--------|

**Peter Hodson**
**429 Grafton St**
**Manteca, CA 95337**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6868 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $236.00 | $236.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Peter Hoff**
**85 West Sylvania**
**Tfh Publications**
**Neptune City, NJ 07759**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6869 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|--------|----------------------------------------------|-----------------------------------------------|--------|--------|

**Peter Holliday**
**50 Lockton Ln**
**Novato, CA 94945**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6870 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $180.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Peter Horan**
**62715 Nw Imbler Ct**
**Bend, OR 97703**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.6871 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Peter Huonker**
**81 Cascade St**
**Essex Junction, VT 05452**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$94.00   $94.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6872 | Priority creditor's name and mailing address |

**Peter Kim**
**9755 NE Juanita Dr**
**Ups Access Point (Michaels Store #8407)**
**Kirkland, WA 98034**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$115.00   $115.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6873 | Priority creditor's name and mailing address |

**Peter Koukounas**
**30 Stratton Dr**
**Wayne, NJ 07470**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$999.00   $999.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6874 | Priority creditor's name and mailing address |

**Peter Krass**
**8316 Highpoint Cir Unit G**
**Darien, IL 60561**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$106.00   $106.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.6875 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.00 | $54.00 |

**Peter Kraus**
**5117 Lincoln Ave**
**Los Angeles, CA 90042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6876 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.00 | $21.00 |

**Peter Krupowicz**
**21 Carpenter Place**
**Yorktown Heights, NY 10598**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6877 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $800.00 | $800.00 |

**Peter Laird**
**3132 Northshire Ave Se**
**East Grand Rapids, MI 49506**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6878 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |

**Peter Lane**
**78 Kiva Place**
**Sandia Park, NM 87047**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.6879 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $128.00 | $128.00 |

**Peter Latimer**
**4711 Trevino Circle**
**Duluth, GA 30096**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6880 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.00 | $75.00 |

**Peter Matulis**
**1575 Eastin Ave**
**Orlando, FL 32804**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6881 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |

**Peter Mcguire**
**3831 Windsor Ln**
**Dallas, TX 75205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6882 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.00 | $75.00 |

**Peter Mckay**
**179 Flanders Rd Unit 2**
**Niantic, CT 06357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.6883 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |
|---|---|---|---|---|

**Peter Merkulov**
**616 S Woodland St**
**Orange, CA 92869**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY   ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.6884 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.00 | $68.00 |
|---|---|---|---|---|

**Peter Miller**
**18100 Maple Hill Ct**
**Northville, MI 48168**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY   ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.6885 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Peter Obrien**
**18 Nottingham Way**
**Somerset, NJ 08873**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY   ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.6886 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|

**Peter Pappas**
**2509 Canyon Creek Drive**
**Richardson, TX 75080**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY   ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.6887 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $155.00 | $155.00 |
|---|---|---|---|---|

**Peter Pilawa**
**9523 Bastille Street**
**Unit 405**
**Fairfax, VA 22031**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Deficit Customer** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6888 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |
|---|---|---|---|---|

**Peter Polk**
**1929 Baltimore Annapolis Blvd**
**Annapolis, MD 21409**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Deficit Customer** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6889 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.00 | $61.00 |
|---|---|---|---|---|

**Peter Rauch**
**6083 Hiller Dr**
**Cicero, NY 13039**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Deficit Customer** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6890 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.00 | $55.00 |
|---|---|---|---|---|

**Peter Renner**
**3200 N 39th Street**
**Unit 1**
**Phoenix, AZ 85018**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Deficit Customer** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known)

---

| 2.6891 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Peter Scarpulla**
**8 Foulks Ter**
**Lincroft, NJ 07738**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6892 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Peter Schultz**
**27826 Mariposa Ln**
**Castaic, CA 91384**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6893 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $178.00 | $178.00 |

**Peter Slover**
**920 Nottingham Rd**
**Keller, TX 76248**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6894 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $108.00 | $108.00 |

**Peter Suess**
**12350 Acosta Oaks Dr**
**Jacksonville, FL 32258**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 2.6895 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Peter Vallar**
**7416 Liffey Ln**
**Liverpool, NY 13088**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6896 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |

**Peter Vanburen**
**1938 New Hampshire Ave Nw**
**Washington, DC 20009**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6897 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $156.00 | $156.00 |

**Peterjavander Veer**
**637 N Wells**
**App #2606**
**Chicago, IL 60654**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6898 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $357.00 | $357.00 |

**Peterl. Corrigan**
**305 N Magnolia St**
**Vidalia, LA 71373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | |
|---|---|
| 2.6899 | Priority creditor's name and mailing address |

**Petermcguire Mcguire**
**3617 Southwestern Blvd**
**Dallas, TX 75225**

As of the petition filing date, the claim is: $701.00   $701.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | |
|---|---|
| 2.6900 | Priority creditor's name and mailing address |

**Phil Bollman**
**977 N Enterprise**
**Orange, CA 92867**

As of the petition filing date, the claim is: $27.00   $27.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | |
|---|---|
| 2.6901 | Priority creditor's name and mailing address |

**Phil Duffy**
**125 Allusion**
**Irvine, CA 92618**

As of the petition filing date, the claim is: $138.00   $138.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | |
|---|---|
| 2.6902 | Priority creditor's name and mailing address |

**Phil Gengler**
**52 Pittsford Way**
**New Providence, NJ 07974**

As of the petition filing date, the claim is: $260.00   $260.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

_____
Name

Case number *(if known)* _____

| 2.6903 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $30.00 | $30.00 |
|---|---|---|---|---|

**Phil Goldcamp**
**2417 Curtis Way**
**Sacramento, CA 95818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.6904 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $298.00 | $298.00 |
|---|---|---|---|---|

**Phil Kazmier**
**4700 Homestead St**
**Littleton, CO 80123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.6905 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $525.00 | $525.00 |
|---|---|---|---|---|

**Phil Luecke**
**Laura Mccarthy Real Estate**
**29 The Boulevard**
**St. Louis, MO 63117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.6906 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $683.00 | $683.00 |
|---|---|---|---|---|

**Phil Malamatenios**
**37 Fieldhouse**
**Ladera Ranch, CA 92694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 2.6907 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.00 | $115.00 |
|---|---|---|---|---|

**Phil Quinnett**
**386 Stonewood Dr Nw**
**Cleveland, TN 37311**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6908 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $305.00 | $305.00 |
|---|---|---|---|---|

**Phil Russell**
**12736 Ox Meadow Drive**
**Oak Hill, VA 20171**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6909 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.00 | $44.00 |
|---|---|---|---|---|

**Philena Kaplan**
**87 Suffolk Rd**
**Wellesley, MA 02481**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6910 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $299.00 | $299.00 |
|---|---|---|---|---|

**Philip Barone**
**28485 E. River Rd**
**Perrysburg, OH 43551**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.6911 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $966.00 | $966.00 |

2.6911 | Priority creditor's name and mailing address

**Philip Basso**
**1576 Bloom St Apt 205**
**Mount Pleasant, SC 29466**

As of the petition filing date, the claim is: $966.00   $966.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.6912 | Priority creditor's name and mailing address

**Philip Brach**
**405 N. Main St.**
**Belmont, NC 28012**

As of the petition filing date, the claim is: $237.00   $237.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.6913 | Priority creditor's name and mailing address

**Philip Chamberlain**
**110 Livingston Ct**
**Waco, TX 76712**

As of the petition filing date, the claim is: $144.00   $144.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.6914 | Priority creditor's name and mailing address

**Philip Corrado**
**8094 Langham Way**
**Sacramento, CA 95829**

As of the petition filing date, the claim is: $347.00   $347.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor  **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.6915 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $323.00 | $323.00 |

**Philip Dimascio**
**1612 Windstone Dr**
**Ringgold, GA 30736**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6916 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.00 | $26.00 |

**Philip Doherty**
**36 Woodlot Rd**
**Amherst, MA 01002**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6917 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |

**Philip Fees**
**1175 Bangtail Way # 4120**
**Steamboat Springs, CO 80487**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6918 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |

**Philip Ferber**
**16210 Marquis Ave**
**Cleveland, OH 44111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | | | |
|---|---|---|---|
| 2.6919 | Priority creditor's name and mailing address<br>**Philip Harris**<br>**50 Spinning Leaf Trl**<br>**Silverthorne, CO 80498** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $146.00   $146.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.6920 | Priority creditor's name and mailing address<br>**Philip Hinerman**<br>**430 Heatherwood Lane**<br>**Devon, PA 19333** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $96.00   $96.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.6921 | Priority creditor's name and mailing address<br>**Philip Hogan**<br>**23588 Christina Ridge Sq**<br>**Ashburn, VA 20148** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $29.00   $29.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.6922 | Priority creditor's name and mailing address<br>**Philip Kranz**<br>**19w127 Avenue Latour**<br>**Oak Brook, IL 60523** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $47.00   $47.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | | | |
|---|---|---|---|
| 2.6923 | Priority creditor's name and mailing address<br>**Philip Machonis**<br>**2900 Nw Crossing Dr Apt 108**<br>**Bend, OR 97703** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $144.00 $144.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.6924 | Priority creditor's name and mailing address<br>**Philip Popkin**<br>**2245 Upper Cattle Creek Rd**<br>**Carbondale, CO 81623** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $308.00 $308.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.6925 | Priority creditor's name and mailing address<br>**Philip Slatin**<br>**5320 El Camile Ave**<br>**Oakland, CA 94619** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $42.00 $42.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.6926 | Priority creditor's name and mailing address<br>**Philip Toussaint**<br>**3911 Kilbourne Rd**<br>**Columbia, SC 29205** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $110.00 $110.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.6927 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$56.00** | **$56.00** |

2.6927 | Priority creditor's name and mailing address

**Philip Westphal**
**3575 Terra Alta Dr**
**El Dorado Hills, CA 95762**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$56.00**   **$56.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.6928 | Priority creditor's name and mailing address

**Philip Wong**
**1726 31st Ave**
**San Francisco, CA 94122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$30.00**   **$30.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.6929 | Priority creditor's name and mailing address

**Philippe Corbet**
**1886 Noyac Path**
**The Cottage**
**Sag Harbor, NY 11963**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$33.00**   **$33.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.6930 | Priority creditor's name and mailing address

**Philippe Weigerstorfer**
**7 Brandenberry Road**
**Savannah, GA 31411**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$116.00**   **$116.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 2.6931 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |
|---|---|---|---|---|

**Phillip Bitzer**
**201 Saint Charles Ave Ste 3700**
**New Orleans, LA 70170**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6932 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $211.00 | $211.00 |
|---|---|---|---|---|

**Phillip Kennerk**
**18850c Stonehedge Dr**
**Brookfield, WI 53045**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6933 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $358.00 | $358.00 |
|---|---|---|---|---|

**Phillip Linden**
**4720 Valley Peak Cv**
**Roanoke, TX 76262**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6934 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $126.00 | $126.00 |
|---|---|---|---|---|

**Phillip Portugal**
**15701 Northwest Fwy**
**Jersey Village, TX 77040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.6935 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $5,316.00 | $3,350.00 |
|---|---|---|---|---|

**Phillip Schneider**
**1590 Todd Farm Dr**
**Elgin, IL 60123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6936 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $33.00 | $33.00 |
|---|---|---|---|---|

**Phuong Nguyen**
**1572 Pacific St # 4r**
**Brooklyn, NY 11213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6937 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $24.00 | $24.00 |
|---|---|---|---|---|

**Phyllis Pieri**
**14751 N Kelsey St**
**Monroe, WA 98272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6938 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $15.00 | $15.00 |
|---|---|---|---|---|

**Pierre-Luc Leblond**
**11 Audrey Ln**
**Wynantskill, NY 12198**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.6939 | Priority creditor's name and mailing address<br>**Pieter Vanzyl**<br>**93 Laurel Cir**<br>**Newtown, PA 18940** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $76.00 | $76.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6940 | Priority creditor's name and mailing address<br>**Pietro Giamporcaro**<br>**5507 Monte Fino Ct**<br>**Greenacres, FL 33463** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $60.00 | $60.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6941 | Priority creditor's name and mailing address<br>**Piper Austin**<br>**24 5th Ave Apt 732**<br>**New York, NY 10011** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $32.00 | $32.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6942 | Priority creditor's name and mailing address<br>**Piret Harmon**<br>**5315 D St**<br>**Sacramento, CA 95819** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $53.00 | $53.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor   **Phoeno Wine Company, Inc.**                                   Case number (if known)
_____
Name

| 2.6943 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $233.00 | $233.00 |
|---|---|---|---|---|

**Pittsley Donald**
**2114 Stone View Dr**
**Dandridge, TN 37725**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6944 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $190.00 | $190.00 |
|---|---|---|---|---|

**Portia Neff**
**219 Munsel Creek Lp**
**Florence, OR 97439**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6945 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $184.00 | $184.00 |
|---|---|---|---|---|

**Prachi Karnik**
**1 Camp Blue Road**
**Pinecrest, CA 95364**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6946 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,089.00 | $1,089.00 |
|---|---|---|---|---|

**Prageeta Sharma**
**140 W 6th St**
**Crookshank Hall**
**Claremont, CA 91711**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.6947 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $189.00 | $189.00 |
|---|---|---|---|---|

**Prem Rabindra**
**2051 Grand View Blvd**
**Onalaska, WI 54650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6948 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66.00 | $66.00 |
|---|---|---|---|---|

**Prerak Mehta**
**343 Gold St Apt 3808**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6949 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $136.00 | $136.00 |
|---|---|---|---|---|

**Prescott Grey**
**803 Bursum Pl**
**Socorro, NM 87801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6950 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $987.00 | $987.00 |
|---|---|---|---|---|

**Preston Doheny**
**15608 N 71st St Apt 248**
**Scottsdale, AZ 85254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**

Name                                                        Case number (if known)

---

| 2.6951 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Preston Hood**
**2335 Costa Verde Blvd Apt 101**
**Jacksonville Beach, FL 32250**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6952 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $248.00 | $248.00 |
|---|---|---|---|---|

**Preston Morgan**
**15022 Mcconn St**
**Webster, TX 77598**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6953 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Price Ward**
**13742 Pine Villa Ln**
**Fort Myers, FL 33912**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6954 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Priscilla Jimenez**
**3149 West Euclid Avenje**
**Tampa, FL 33629**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.6955 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 | $200.00 |

**Priscilla Shoop**
**351 Grand Blvd.**
**Vancouver, WA 98661**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6956 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $92.00 | $92.00 |

**Pui Lock**
**2069 66th St**
**Brooklyn, NY 11204**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6957 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Puneet Mohey**
**2085 Birchwood Way**
**Bloomfield Hills, MI 48302**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6958 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.00 | $44.00 |

**Pursel Jodi**
**1653 Jessy Elizabeth Rd**
**Johns Island, SC 29455**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| | | | |
|---|---|---|---|
| 2.6959 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |

**2.6959**

Priority creditor's name and mailing address
**Q Lukas**
**425 E Ocean Blvd**
**Long Beach, CA 90802**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$35.00    $35.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

**2.6960**

Priority creditor's name and mailing address
**Qaulluq Henry**
**1601 Roosevelt St Apt B**
**Fairbanks, AK 99709**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$29.00    $29.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

**2.6961**

Priority creditor's name and mailing address
**Quyen Nguyen**
**11641 Azalea Avenue**
**Fountain Valley, CA 92708**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$25.00    $25.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

**2.6962**

Priority creditor's name and mailing address
**R C**
**54 Wake Robin Ln**
**Riverhead, NY 11901**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$69.00    $69.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| 2.6963 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.00 | $27.00 |

**R Lynch**
**11180 Sunrise Valley Dr.**
**Suite 310**
**Reston, VA 20191**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6964 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,522.00 | $1,522.00 |

**R Owen**
**5813 Collier Bridge Ln**
**Hoschton, GA 30548**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6965 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |

**Rachael Johns**
**23632 Highway 99**
**Suite F #423**
**Edmonds, WA 98026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6966 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.00 | $205.00 |

**Rachel Beaulieu**
**1008 Lucinda Ter**
**Georgetown, TX 78628**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | | | |
|---|---|---|---|
| 2.6967 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $129.00 $129.00 |

**Rachel Beauvais**
**6455 S Dudley Way**
**Littleton, CO 80123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

$129.00  $129.00

---

2.6968 | Priority creditor's name and mailing address

**Rachel Collins**
**3537 Teasley Ln**
**Denton, TX 76210**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

$29.00  $29.00

---

2.6969 | Priority creditor's name and mailing address

**Rachel Croft**
**12694 W 83rd Way**
**Arvada, CO 80005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

$106.00  $106.00

---

2.6970 | Priority creditor's name and mailing address

**Rachel Dannemeyer**
**4127 Kathleen Denise Ln**
**Reno, NV 89503**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

$228.00  $228.00

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.6971 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

2.6971 | Priority creditor's name and mailing address
**Rachel Digennaro**
**6371 Edsall Rd**
**Alexandria, VA 22312**

As of the petition filing date, the claim is: **$137.00**   **$137.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

2.6972 | Priority creditor's name and mailing address
**Rachel Effertz**
**2317 SW Feather Ridge Rd**
**Lees Summit, MO 64082**

As of the petition filing date, the claim is: **$656.00**   **$656.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

2.6973 | Priority creditor's name and mailing address
**Rachel Gillespie**
**310 E Mariposa Street**
**Altadena, CA 91001**

As of the petition filing date, the claim is: **$624.00**   **$624.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

2.6974 | Priority creditor's name and mailing address
**Rachel Graham**
**6440 Williams Road**
**Tallahassee, FL 32311**

As of the petition filing date, the claim is: **$117.00**   **$117.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| | | |
|---|---|---|
| 2.6975 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Rachel Hemmer**
**1600 Alvarado Street**
**San Leandro, CA 94577**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$386.00    $386.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.6976 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Rachel Martin**
**636 Grand Ave Apt 107**
**Saint Paul, MN 55105**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$22.00    $22.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.6977 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Rachel Oxsheer**
**3430 Van NEss Dr**
**Alvin, TX 77511**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$92.00    $92.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.6978 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Rachel Paterson**
**4780 Innovation Dr**
**Deforest, WI 53532**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$101.00    $101.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.6979** | Priority creditor's name and mailing address

**Rachel Petzinger**
**9238 Olcott Ave**
**Saint John, IN 46373**

As of the petition filing date, the claim is: **$29.00**   **$29.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6980** | Priority creditor's name and mailing address

**Rachel Russell**
**10848 Ickworth Ct.**
**Las Vegas, NV 89135**

As of the petition filing date, the claim is: **$83.00**   **$83.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6981** | Priority creditor's name and mailing address

**Rachel Seifert**
**286 Belaire Dr**
**Copperhill, TN 37317**

As of the petition filing date, the claim is: **$1,194.00**   **$1,194.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6982** | Priority creditor's name and mailing address

**Rachel Tieken**
**102 S Avenue D**
**Shiner, TX 77984**

As of the petition filing date, the claim is: **$142.00**   **$142.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 2.6983 | Priority creditor's name and mailing address<br>**Rachel Werner**<br>**540 Monarch Dr**<br>**Crystal Lake, IL 60014** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **$136.00**    **$136.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

2.6984 Priority creditor's name and mailing address
**Rachelle Considine**
**127 Westgate Drive**
**San Francisco, CA 94127**

As of the petition filing date, the claim is: **$29.00**    **$29.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

2.6985 Priority creditor's name and mailing address
**Rachelle Langhorne**
**5381 Ekwill Street**
**Santa Barbara, CA 93111**

As of the petition filing date, the claim is: **$19.00**    **$19.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

2.6986 Priority creditor's name and mailing address
**Rae Roth**
**652 Brighton Heights Ct**
**Des Peres, MO 63131**

As of the petition filing date, the claim is: **$35.00**    **$35.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____

_____
Name

| 2.6987 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $153.00 | $153.00 |
|---|---|---|---|---|

**Rafael Becerra**
**1207 W 30th St**
**Los Angeles, CA 90007**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number ____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6988 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Rafael Castilho**
**22886 Ironwedge Dr**
**Boca Raton, FL 33433**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number ____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6989 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.00 | $42.00 |
|---|---|---|---|---|

**Rafael Castillo**
**1955 Skidmore Avenue**
**Orlando, FL 32826**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number ____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6990 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |
|---|---|---|---|---|

**Rafael Escandon**
**5256 NE Old Mill Rd**
**Bainbridge Is, WA 98110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number ____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                          Case number *(if known)* _____

Name

| | |
|---|---|
| 2.6991 | Priority creditor's name and mailing address |

**Rafael Sa**
**954 Sanibel Drive**
**Hollywood, FL 33019**

As of the petition filing date, the claim is:                    **$186.00**    **$186.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | |
|---|---|
| 2.6992 | Priority creditor's name and mailing address |

**Rahul Khara**
**35 Roberts Rd #2**
**Cambridge, MA 02138**

As of the petition filing date, the claim is:                    **$472.00**    **$472.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | |
|---|---|
| 2.6993 | Priority creditor's name and mailing address |

**Raiyah Panchal**
**805 La Montagne Pl**
**South San Francisco, CA 94080**

As of the petition filing date, the claim is:                    **$32.00**    **$32.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | |
|---|---|
| 2.6994 | Priority creditor's name and mailing address |

**Raja Gupta**
**6296 Vernon Woods Dr**
**Atlanta, GA 30328**

As of the petition filing date, the claim is:                    **$288.00**    **$288.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.6995** | Priority creditor's name and mailing address

**Rajeev Chaudhary**
**14684 Heatherton Dr**
**Granger, IN 46530**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$199.00** | **$199.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6996** | Priority creditor's name and mailing address

**Rajesh Velji**
**1518 Hidden Ranch Dr**
**Simi Valley, CA 93063**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$135.00** | **$135.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6997** | Priority creditor's name and mailing address

**Ralph Adams**
**20 Broad St Apt 2001**
**New York, NY 10005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$268.00** | **$268.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6998** | Priority creditor's name and mailing address

**Ralph Alesiojr.**
**41922 Beningbrough Pl**
**Leesburg, VA 20176**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$60.00** | **$60.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.6999 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $109.00 | $109.00 |
|---|---|---|---|---|

**Ralph Furmanek**
**2405 Evergreen Forest Ct.**
**Wildwood, MO 63011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7000 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |
|---|---|---|---|---|

**Ralph Udall**
**48 Cumberland Dr**
**Bluffton, SC 29910**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7001 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $201.00 | $201.00 |
|---|---|---|---|---|

**Raluca Waters**
**8391 Samra Dr**
**West Hills, CA 91304**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7002 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $608.00 | $608.00 |
|---|---|---|---|---|

**Ramgopal Venkataraman**
**4880 El Camino Real Unit 33**
**Los Altos, CA 94022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|--------|------------------------------|------------------------|--|
| | Name | | |

---

| 2.7003 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $156.00 | $156.00 |
|--------|--|--|--|--|

**Ramnik Dhaliwal**
**747 West Pacific Avenue**
**Unit 402**
**Telluride, CO 81435**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7004 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|--------|--|--|--|--|

**Ramon Ramirez**
**7421 N University Drive**
**Suite 212**
**Tamarac, FL 33321**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7005 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |
|--------|--|--|--|--|

**Ramsey Ramadan**
**1090 Maple Hill Lane**
**Malvern, PA 19355**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7006 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $429.00 | $429.00 |
|--------|--|--|--|--|

**Ramu Damodaran**
**24 Delavan St**
**East Hampton, NY 11937**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.7007 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 | $38.00 |
|---|---|---|---|---|

**Ramya Kumaraswamy**
**10204 Chestnut Ridge Road**
**Austin, TX 78726**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Deficit Customer** |

Last 4 digits of account number                Is the claim subject to offset?
Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)        ☐ Yes

---

| 2.7008 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $212.00 | $212.00 |
|---|---|---|---|---|

**Rance Bauman**
**870 Summit Ave**
**Harrisonburg, VA 22802**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Deficit Customer** |

Last 4 digits of account number                Is the claim subject to offset?
Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)        ☐ Yes

---

| 2.7009 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $174.00 | $174.00 |
|---|---|---|---|---|

**Randal Step**
**4968 Esplanade St**
**Bonita Springs, FL 34134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Deficit Customer** |

Last 4 digits of account number                Is the claim subject to offset?
Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)        ☐ Yes

---

| 2.7010 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.00 | $34.00 |
|---|---|---|---|---|

**Randall Abner**
**2511 Laguna Blvd**
**M/S: B2210**
**Elk Grove, CA 95758**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Deficit Customer** |

Last 4 digits of account number                Is the claim subject to offset?
Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)        ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                      Case number (if known) _____
_____
Name

| 2.7011 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.00 | $17.00 |

**Randall Bennett**
**14710 Snake Trl**
**Waseca, MN 56093**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7012 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $144.00 | $144.00 |

**Randall Goss**
**558 Black Hawk Trl**
**Loveland, OH 45140**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7013 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $177.00 | $177.00 |

**Randall Johnson**
**9323 Pinecroft Dr Ste 200**
**The Woodlands, TX 77380**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7014 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $382.00 | $382.00 |

**Randall Moulin**
**1444 Sunburst Dr**
**O Fallon, MO 63366**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 2.7015 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,164.00 | $1,164.00 |
|---|---|---|---|---|

**Randall Pappal**
**359 Bay Point Dr Apt 301**
**Holland, MI 49423**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7016 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.00 | $34.00 |
|---|---|---|---|---|

**Randall Sakamoto**
**1677 W. Shaw Ave., Suite 109**
**Fresno, CA 93711**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7017 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,628.00 | $1,628.00 |
|---|---|---|---|---|

**Randeep Arora**
**74 Linhaven**
**Irvine, CA 92602**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7018 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $117.00 | $117.00 |
|---|---|---|---|---|

**Randolph Fernandez**
**200 N Harvey Ave Apt 1102**
**Oklahoma City, OK 73102**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor     **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
           _____
           Name

| 2.7019 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.00 | $88.00 |
|---|---|---|---|---|

**Randolph Lachowski**
**204 Bay Mist Drive**
**Erie, PA 16505**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7020 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |
|---|---|---|---|---|

**Randy Blakeslee**
**1087 Patriot Pkwy**
**Elburn, IL 60119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7021 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $294.00 | $294.00 |
|---|---|---|---|---|

**Randy Braswell**
**907 Clifford St**
**Athens, TX 75751**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7022 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $143.00 | $143.00 |
|---|---|---|---|---|

**Randy Cintron**
**225 E 34th St**
**New York, NY 10016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
       Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.7023 | Priority creditor's name and mailing address<br>**Randy Evans**<br>**3851 Auburn Rd**<br>**Gamalski Building Specialties**<br>**Auburn Hills, MI 48326** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: $182.00 $182.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.7024  Priority creditor's name and mailing address
**Randy Harris**
**518 S 16th St**
**Phoenix, AZ 85034**

As of the petition filing date, the claim is: $306.00 $306.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.7025  Priority creditor's name and mailing address
**Randy Kelsey**
**1239 Babe Dr**
**Hampstead, MD 21074**

As of the petition filing date, the claim is: $465.00 $465.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.7026  Priority creditor's name and mailing address
**Randy Light**
**526 Caswell Beach Rd**
**Caswell Beach, NC 28465**

As of the petition filing date, the claim is: $80.00 $80.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.7027 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $768.00 | $768.00 |
|---|---|---|---|---|

**Randy Miller**
**1605 Inverness Dr**
**Lakeland, FL 33813**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7028 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $149.00 | $149.00 |
|---|---|---|---|---|

**Randy Miller**
**597 S Fawn St**
**Cornelius, OR 97113**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7029 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Randy Sheets**
**743 Rustling Leaf Ct**
**Eldersburg, MD 21784**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7030 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $149.00 | $149.00 |
|---|---|---|---|---|

**Randy Thompson**
**1224 Arbor Bluff Cir**
**Ballwin, MO 63021**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

| 2.7031 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |
|---|---|---|---|---|

**Randy Urbaniak**
**4700 Connecticut Ave Nw # 302**
**Nw #302**
**Washington, DC 20008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7032 | Priority creditor's name and mailing address | | $27.00 | $27.00 |
|---|---|---|---|---|

**Randy West**
**9815 Upper Mill Loop**
**Bristow, VA 20136**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7033 | Priority creditor's name and mailing address | | $194.00 | $194.00 |
|---|---|---|---|---|

**Randy Worobo**
**44 Verplanck St**
**Geneva, NY 14456**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7034 | Priority creditor's name and mailing address | | $55.00 | $55.00 |
|---|---|---|---|---|

**Ranjith Sivasankaran**
**6603 Saxony Ct**
**Frisco, TX 75034**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.7035 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |
|---|---|---|---|---|
| | **Raphael Cardoso** | ☐ Contingent | | |
| | **1202 Legendary Blvd** | ☐ Unliquidated | | |
| | **Clermont, FL 34711** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Deficit Customer** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes |

---

| 2.7036 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $159.00 | $159.00 |
|---|---|---|---|---|
| | **Raphael Wolf** | ☐ Contingent | | |
| | **47 Mellen St** | ☐ Unliquidated | | |
| | **Framingham, MA 01702** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Deficit Customer** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes |

---

| 2.7037 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 | $125.00 |
|---|---|---|---|---|
| | **Raphael Wolf** | ☐ Contingent | | |
| | **47 Mellen St** | ☐ Unliquidated | | |
| | **Quilling Card Llc** | ☐ Disputed | | |
| | **Framingham, MA 01702** | | | |

| Date or dates debt was incurred | Basis for the claim: **Deficit Customer** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes |

---

| 2.7038 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $609.00 | $609.00 |
|---|---|---|---|---|
| | **Raul Camacho** | ☐ Contingent | | |
| | **2950 W 84 St** | ☐ Unliquidated | | |
| | **Bay 7** | ☐ Disputed | | |
| | **Hialeah, FL 33018** | | | |

| Date or dates debt was incurred | Basis for the claim: **Deficit Customer** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes |

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.7039 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Raul Rodriguez-Perera**
**14 Crabapple Ln**
**Glen Carbon, IL 62034**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7040 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Raul Sandoval**
**7835 Gloria Ave**
**Munchkin Inc**
**Van Nuys, CA 91406**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7041 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $116.00 | $116.00 |
|---|---|---|---|---|

**Raulm Betancourt**
**4701 N Meridian Ave Unit 510**
**Miami Beach, FL 33140**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7042 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $105.00 | $105.00 |
|---|---|---|---|---|

**Raven Kenworthy**
**340 Dague Farm Dr**
**Coatesville, PA 19320**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
        Name

| | | |
|---|---|---|
| 2.7043 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: **$42.00** **$42.00** |

2.7043    Priority creditor's name and mailing address
**Ray Barile**
**4410 Cayuga Ave Apt 6g**
**Bronx, NY 10471**

As of the petition filing date, the claim is:    **$42.00**    **$42.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

2.7044    Priority creditor's name and mailing address
**Ray Garcia**
**14850 SW 26 Street**
**Miami, FL 33185**

As of the petition filing date, the claim is:    **$62.00**    **$62.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

2.7045    Priority creditor's name and mailing address
**Ray Liden**
**2535 Townsgate Rd**
**Suite 110**
**Westlake Village, CA 91361**

As of the petition filing date, the claim is:    **$2,560.00**    **$2,560.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

2.7046    Priority creditor's name and mailing address
**Ray Obrien**
**24 Woods Way**
**Redding, CT 06896**

As of the petition filing date, the claim is:    **$107.00**    **$107.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

| | | |
|---|---|---|
| 2.7047 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Ray Perry**
**17 Pinewood Ln**
**Warren, NJ 07059**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$28.00    $28.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7048 | Priority creditor's name and mailing address |

**Ray Sclafani**
**2201 Long Prairie Rd Ste 107-204**
**Flower Mound, TX 75022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$50.00    $50.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7049 | Priority creditor's name and mailing address |

**Ray Shepherd**
**1241 Bishop Rd**
**Grosse Pointe Park, MI 48230**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$204.00    $204.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7050 | Priority creditor's name and mailing address |

**Ray Vorell**
**7465 Nw 127th Ter**
**Parkland, FL 33076**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$126.00    $126.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)* _____

---

| 2.7051 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.00 | $55.00 |

**Raymond Bennett**
**228 Oakcrest Ln**
**Pittsburgh, PA 15236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7052 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |

**Raymond Billica**
**1801 Grand Island Blvd**
**Grand Island Physical Therapy**
**Grand Island, NY 14072**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7053 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |

**Raymond Despres**
**49 Rose St**
**Hendley's Emporium**
**Stoughton, MA 02072**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7054 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,335.00 | $1,335.00 |

**Raymond Faulkner**
**262 Cottage Creek Cir**
**Conway, SC 29527**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.7055 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Raymond Howard**
**250 S Ocean Blvd Apt 11a**
**Boca Raton, FL 33432**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7056 | Priority creditor's name and mailing address |

**Raymond Keough**
**406 Dover Rd**
**Toms River, NJ 08757**

As of the petition filing date, the claim is: $216.00  $216.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7057 | Priority creditor's name and mailing address |

**Raymond Lam**
**254 Canal Street**
**Suite 3005**
**New York, NY 10013**

As of the petition filing date, the claim is: $1,256.00  $1,256.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7058 | Priority creditor's name and mailing address |

**Raymond Liden**
**2535 Townsgate Rd Ste 110**
**Westlake Village, CA 91361**

As of the petition filing date, the claim is: $56.00  $56.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
Name

| 2.7059 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |

**2.7059**

Priority creditor's name and mailing address
**Raymond Main**
**6814 Teviot Dr**
**Wilmington, NC 28412**

As of the petition filing date, the claim is: $90.00   $90.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.7060**

Priority creditor's name and mailing address
**Raymond Mayer**
**88 E Van NEss Ave**
**Rutherford, NJ 07070**

As of the petition filing date, the claim is: $28.00   $28.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.7061**

Priority creditor's name and mailing address
**Raymond Mcallister**
**3845 E Brentor St**
**Meridian, ID 83642**

As of the petition filing date, the claim is: $131.00   $131.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.7062**

Priority creditor's name and mailing address
**Raymond Mcintosh**
**615 SWann Ave**
**Apt 317**
**Alexandria, VA 23301**

As of the petition filing date, the claim is: $94.00   $94.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 2.7063 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $669.00 | $669.00 |

**Raymond Olson**
**322 Magazine St**
**New Orleans, LA 70130**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7064 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $93.00 | $93.00 |

**Raymond Schwarzer**
**920 Creekside Dr Lot 24**
**Newcomerstown, OH 43832**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7065 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $96.00 | $96.00 |

**Raymondw Lam**
**161 Front St Fl 30**
**New York, NY 10038**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7066 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $233.00 | $233.00 |

**Raymundo Quintana**
**1744 Riverwood Dr**
**Burnsville, MN 55337**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.7067 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $908.00 | $908.00 |
|---|---|---|---|---|

**Rebecca Asp**
**2749 Tierra Grande Circle**
**Sacramento, CA 95827**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7068 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $161.00 | $161.00 |
|---|---|---|---|---|

**Rebecca Bowden**
**6670 Gladys Ave**
**Beaumont, TX 77706**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7069 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.00 | $85.00 |
|---|---|---|---|---|

**Rebecca Carman**
**11 Biltom Rd**
**White Plains, NY 10607**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7070 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**Rebecca Carroll**
**160 Blue Ridge Dr**
**Manchester, CT 06040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.7071 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $107.00 | $107.00 |
|---|---|---|---|---|

**Rebecca Chiampi**
**17411 Conoy Rd**
**Barnesville, MD 20838**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Deficit Customer** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.7072 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,566.00 | $2,566.00 |
|---|---|---|---|---|

**Rebecca Chow**
**8 Kitchell Pl**
**Whippany, NJ 07981**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Deficit Customer** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.7073 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.00 | $53.00 |
|---|---|---|---|---|

**Rebecca Collins**
**3009 River Dr**
**Columbia, SC 29201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Deficit Customer** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.7074 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $141.00 | $141.00 |
|---|---|---|---|---|

**Rebecca Crowley-Huey**
**3416 Piedmontese Dr**
**Leander, TX 78641**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Deficit Customer** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|--------|-------------------------------|--------------------------|--|
| | Name | | |

| 2.7075 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $117.00 | $117.00 |
|--------|----------|----------|----------|----------|

**Rebecca Erdman**
**5808 Saratoga St**
**Alexandria, VA 22310**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7076 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|--------|----------|----------|----------|----------|

**Rebecca Erdman**
**5808 Saratoga St**
**Alexandria, VA 22310**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7077 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.00 | $54.00 |
|--------|----------|----------|----------|----------|

**Rebecca Gomez**
**881 Warfield Ave #4**
**Oakland, CA 94610**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7078 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|--------|----------|----------|----------|----------|

**Rebecca Gruber**
**2261 Springside Dr**
**Colorado Springs, CO 80951**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.7079 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $379.00 | $379.00 |
|---|---|---|---|---|

**Rebecca Hager**
**522 K St Apt B**
**Davis, CA 95616**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7080 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |
|---|---|---|---|---|

**Rebecca Helms**
**15542 W 101st Ln**
**Dyer, IN 46311**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7081 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.00 | $34.00 |
|---|---|---|---|---|

**Rebecca Hunter**
**1616 Aspen Meadows Dr**
**Henderson, NV 89014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7082 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $753.00 | $753.00 |
|---|---|---|---|---|

**Rebecca Hussey**
**2700 Fairfax Dr**
**Columbus, OH 43220**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.7083 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.7083** Priority creditor's name and mailing address

**Rebecca Hutchison**
**29275 No Le Hace Dr**
**Fair Oaks Ranch, TX 78015**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$30.00   $30.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.7084** Priority creditor's name and mailing address

**Rebecca Lienhard**
**10122 Wish Avenue**
**Northridge, CA 91325**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$47.00   $47.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.7085** Priority creditor's name and mailing address

**Rebecca Russ**
**1243 Dumont Dr**
**Richardson, TX 75080**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$25.00   $25.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.7086** Priority creditor's name and mailing address

**Rebecca Seger**
**1758 Morningview Drive**
**Yorktown Heights, NY 10598**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$293.00   $293.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.7087 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$73.00** | **$73.00** |

**2.7087** Priority creditor's name and mailing address

**Rebecca Sells**
**3530 Travis St**
**Apt 115**
**Dallas, TX 75204**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$73.00**    **$73.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.7088** Priority creditor's name and mailing address

**Rebecca Strong**
**52 Prescott St**
**North Andover, MA 01845**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$23.00**    **$23.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.7089** Priority creditor's name and mailing address

**Rebecca Struch**
**678 11th Ave**
**San Francisco, CA 94118**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$28.00**    **$28.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.7090** Priority creditor's name and mailing address

**Rebecca Wyatt**
**4840 Gwynne Rd**
**Memphis, TN 38117**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$173.00**    **$173.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 2.7091 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.00 | $52.00 |

**Rebekka Ervin**
**920 N Osceola Ave Unit 407**
**Clearwater, FL 33755**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7092 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $92.00 | $92.00 |

**Reed Clark**
**3235 Gough St Apt 103**
**San Francisco, CA 94123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7093 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.00 | $98.00 |

**Reed Davis**
**236 Deer Run Dr**
**Zion Crossroads, VA 22942**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7094 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $153.00 | $153.00 |

**Reeves Stanwood**
**102 Wisconsin Ave**
**Whitefish, MT 59937**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| | | |
|---|---|---|
| 2.7095 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**2.7095** Priority creditor's name and mailing address
**Regan Caviness**
**3006 S. Hughes St.**
**Amarillo, TX 79109**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$28.00      $28.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.7096** Priority creditor's name and mailing address
**Regenia Mccall**
**135 Chestnut Tree Rd**
**Mooresville, NC 28117**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$37.00      $37.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.7097** Priority creditor's name and mailing address
**Regina Burdi**
**37 Old Kings Rd N**
**Palm Coast, FL 32137**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$131.00      $131.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.7098** Priority creditor's name and mailing address
**Regina Coady**
**6515 South Forest Court**
**Gilbert, AZ 85298**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$21.00      $21.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| 2.7099 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |
|---|---|---|---|---|

**Regina Leung**
**100 Fairlawn Dr**
**Berkeley, CA 94708**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |
|---|---|---|---|---|

**Reginald Weaver**
**6304 Hedge Lane Ter Apt 203**
**Shawnee, KS 66226**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.00 | $61.00 |
|---|---|---|---|---|

**Reinaldo Abrahante**
**30 Nw 122 Court**
**Miami, FL 33182**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |
|---|---|---|---|---|

**Reinaldo Barrera**
**10313 Abbott Rd**
**Manassas Va 20110, VA 20110**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.7103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.00 | $81.00 |

**Reine Kehdy**
**12651 Stella Ln**
**San Diego, CA 92129**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.00 | $89.00 |

**Reiss Kohl**
**1119 W Muir Way**
**Hanford, CA 93230**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,531.00 | $1,531.00 |

**Rekha Puppala**
**15 Whetherell Rd**
**Hillsborough, NJ 08844**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $79.00 | $79.00 |

**Rena Thompson**
**3792 Magnolia Street**
**Irvine, CA 92606**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| 2.7107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $142.00 | $142.00 |
|---|---|---|---|---|

**Renate Maher**
**46 Virginia Ave Unit B**
**Danbury, CT 06810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $139.00 | $139.00 |
|---|---|---|---|---|

**Rene Buerger**
**9445 NE Shore Dr**
**Indianola, WA 98342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $533.00 | $533.00 |
|---|---|---|---|---|

**Rene Imperiale**
**527 D St**
**Eureka, CA 95501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $203.00 | $203.00 |
|---|---|---|---|---|

**Rene Paarup**
**631 Se 7th Ave**
**Pompano Beach, FL 33060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|--------|-------------------------------|--------------------------|---|
| | Name | | |

| 2.7111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $299.00 | $299.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Renee Coyner**
**20325 Route 19**
**Cranberry Twp, PA 16066**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |
|--------|----------------------------------------------|-----------------------------------------------|--------|--------|

**Renee Gardner**
**2167 Satter St**
**West Linn, OR 97068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $124.00 | $124.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Renee Nordt**
**13115 Turnbridge Trl**
**Houston, TX 77065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |
|--------|----------------------------------------------|-----------------------------------------------|--------|--------|

**Renee Oliver**
**761 Palma Dr**
**Salinas, CA 93901**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.7115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $91.00 | $91.00 |

**Renee Turner**
**929 Jeffery Turner Rd**
**Baxley, GA 31513**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7116 | Priority creditor's name and mailing address | | $264.00 | $264.00 |

**Reuven Namdar**
**285 Riverside Drive**
**Apartment 15c**
**New York, NY 10028**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7117 | Priority creditor's name and mailing address | | $104.00 | $104.00 |

**Reza Mobrem**
**708 Harman Ave**
**Oakwood, OH 45419**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7118 | Priority creditor's name and mailing address | | $427.00 | $427.00 |

**Rhea Zabell**
**4760 Sherwood Forest Drive**
**Delray Beach, FL 33445**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Official Form 206 E/F        Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 2.7119 | Priority creditor's name and mailing address | |

**2.7119** Priority creditor's name and mailing address

**Rheana Techapinyawat**
**3436 E Harmony Ave**
**Mesa, AZ 85204**

As of the petition filing date, the claim is:  **$30.00**  **$30.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.7120** Priority creditor's name and mailing address

**Rhonda Demuth**
**3360 Marschall Rd**
**Shakopee, MN 55379**

As of the petition filing date, the claim is:  **$5,447.00**  **$3,350.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.7121** Priority creditor's name and mailing address

**Rhonda Hinrichs**
**3205 Avalon Blvd**
**Alpharetta, GA 30009**

As of the petition filing date, the claim is:  **$15.00**  **$15.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.7122** Priority creditor's name and mailing address

**Rhonda Milburn**
**5808 N Humboldt Ave**
**Peoria, IL 61614**

As of the petition filing date, the claim is:  **$66.00**  **$66.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|--------|-------------------------------|------------------------|--|
| | Name | | |

---

**2.7123** | Priority creditor's name and mailing address
**Rhonda Scott**
**225 Hash Ln**
**Summerfield, NC 27358**

As of the petition filing date, the claim is: **$29.00** **$29.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.7124** | Priority creditor's name and mailing address
**Rian Windsheimer**
**320 Nw 3rd St**
**Pendleton, OR 97801**

As of the petition filing date, the claim is: **$343.00** **$343.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.7125** | Priority creditor's name and mailing address
**Riccardo Deluca**
**86 Anita Dr**
**Pittsfield, MA 01201**

As of the petition filing date, the claim is: **$34.00** **$34.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.7126** | Priority creditor's name and mailing address
**Rich Allen**
**200 W 26th St Apt 3r**
**New York, NY 10001**

As of the petition filing date, the claim is: **$70.00** **$70.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 2.7127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |

**Rich Babjak**
**1650 N Arlington Heights Rd Ste 100**
**Arlington Heights, IL 60004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |

**Rich Barclay**
**37 Thistle Dr.**
**Parmus, NJ 07652**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,286.00 | $3,286.00 |

**Rich Basler**
**57 Tully Rd**
**Canton, NY 13617**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $126.00 | $126.00 |

**Rich Brandt**
**48 Glen Ave**
**Will Rich Shoe Company**
**Newton, MA 02459**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**

Case number (if known) _____
_____
Name

| 2.7131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Rich Broderick**
**2 Washington Ave**
**Enfield, CT 06082**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.00 | $49.00 |
|---|---|---|---|---|

**Rich Butler**
**106 Cedar Ln**
**Ridgefield, CT 06877**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.00 | $42.00 |
|---|---|---|---|---|

**Rich Sturgill**
**753 Daybreak Pl**
**Longwood, FL 32750**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,000.00 | $3,000.00 |
|---|---|---|---|---|

**Richard Barnett**
**15505 Bandon Dr**
**Austin, TX 78717**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | |
|---|---|
| Debtor | **Phoeno Wine Company, Inc.** |
| | Name |
| | Case number *(if known)* |

| 2.7135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $231.00 | $231.00 |
|---|---|---|---|---|

**Richard Basilan**
**545 Harbourtown Ct Se**
**Salem, OR 97306**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.7136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $71.00 | $71.00 |
|---|---|---|---|---|

**Richard Baum**
**275 W 96th St Apt 25e**
**New York, NY 10025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.7137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.00 | $45.00 |
|---|---|---|---|---|

**Richard Bellman**
**2196 Fayton Ct**
**Camarillo, CA 93010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.7138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $323.00 | $323.00 |
|---|---|---|---|---|

**Richard Cervantez**
**6007 Mayfair Ln**
**Alexandria, VA 22310**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) |
|--------|-------------------------------|------------------------|
|        | Name                          |                        |

---

**2.7139** | Priority creditor's name and mailing address

**Richard Cerwinski**
**14101 Ramblewood Dr**
**Chester, VA 23836**

As of the petition filing date, the claim is:        $1,462.00    $1,462.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.7140** | Priority creditor's name and mailing address

**Richard Chamberlain**
**87 Prospect Ave**
**Maywood, NJ 07607**

As of the petition filing date, the claim is:        $34.00    $34.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.7141** | Priority creditor's name and mailing address

**Richard Coughlan**
**148 Westbury Ln**
**Georgetown, TX 78633**

As of the petition filing date, the claim is:        $20.00    $20.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.7142** | Priority creditor's name and mailing address

**Richard Crawford**
**104 Windsor Way**
**Richmond, VA 23221**

As of the petition filing date, the claim is:        $83.00    $83.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.7143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 | $38.00 |
|---|---|---|---|---|

**Richard Crum**
**115 W Main St**
**Ripon, CA 95366**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |
|---|---|---|---|---|

**Richard Ebocook**
**307 Bellflower Place**
**Montgomery, TX 77316**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $258.00 | $258.00 |
|---|---|---|---|---|

**Richard Erickson**
**1207 Sunny Acres Rd**
**Mahomet, IL 61853**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $248.00 | $248.00 |
|---|---|---|---|---|

**Richard Foley**
**612 Millers Way**
**Simsbury, CT 06070**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

| 2.7147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $170.00 | $170.00 |
|---|---|---|---|---|

**Richard Freeman**
**230 Gregory Rd**
**Forsyth, GA 31029**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |
|---|---|---|---|---|

**Richard Furman**
**60 Edgewater Dr Apt 5d**
**Coral Gables, FL 33133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $69.00 | $69.00 |
|---|---|---|---|---|

**Richard Gerrish**
**1520 Creekside Ct # A**
**Pasadena, CA 91107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Richard Gjerulff**
**6200 Strongbow Dr**
**Moseley, VA 23120**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (*if known*) _____

| | | | |
|---|---|---|---|
| 2.7151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 $32.00 |

**Richard Gonzalez**
**8830 SW 24 Street**
**Miami, FL 33165**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.7152 Priority creditor's name and mailing address

**Richard Goudis**
**33250 Meadow Creek Drive**
**Steamboat Springs, CO 80487**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$66.00 $66.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.7153 Priority creditor's name and mailing address

**Richard Gustafson**
**2905 Coral Valley Dr**
**Leander, TX 78641**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$337.00 $337.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.7154 Priority creditor's name and mailing address

**Richard Hanna**
**2326 Blackberry Rd,**
**Baltimore, MD 21209**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$28.00 $28.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                    Case number (if known) _____
_____
Name

| 2.7155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.00 | $115.00 |
|---|---|---|---|---|

**Richard Hannjr**
**920 E Main St**
**Palmyra, PA 17078**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.00 | $88.00 |
|---|---|---|---|---|

**Richard Headley**
**3771 Baker St**
**San Diego, CA 92117**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**Richard Herrera**
**278 Bradford Dr.**
**Canfield, OH 44406**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $206.00 | $206.00 |
|---|---|---|---|---|

**Richard Hobson**
**9601 Katy Fwy Ste 450**
**Houston, TX 77024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)* _____

---

| 2.7159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $146.00 | $146.00 |
|---|---|---|---|---|

**Richard Hoefflin**
**2659 Townsgate Rd Ste 232**
**Westlake Village, CA 91361**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $442.00 | $442.00 |
|---|---|---|---|---|

**Richard Hofmann**
**12740 Norfolk Ln**
**Carmel, IN 46032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $107.00 | $107.00 |
|---|---|---|---|---|

**Richard Horner**
**2520 Plains St**
**Laramie, WY 82072**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Richard Huldisch**
**6838 Yellowstone Blvd**
**Apt#A57**
**Forest Hills, NY 11375**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 2.7163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.00 | $15.00 |

**Richard Jennings**
**5595 Washington Ave**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7164 | Priority creditor's name and mailing address | | $25.00 | $25.00 |

**Richard Kim**
**2770 19th Ave Unit 31**
**San Francisco, CA 94132**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7165 | Priority creditor's name and mailing address | | $251.00 | $251.00 |

**Richard Kitts**
**9720 Pan Falls St**
**Las Vegas, NV 89178**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7166 | Priority creditor's name and mailing address | | $30.00 | $30.00 |

**Richard Kupetsky**
**12864 Vineyard Crest Place**
**Lakeside, CA 92040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| Debtor | **Phoeno Wine Company, Inc.** |
| | Name |

Case number *(if known)* _____

---

| 2.7167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $318.00 | $318.00 |
|---|---|---|---|---|

**Richard Leighton**
**799 Jefferson Road (Ups Customer**
**Center)**
**Will Call**
**Parsippany, NJ 07054**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,357.00 | $1,357.00 |
|---|---|---|---|---|

**Richard London**
**4450 Birch St NE**
**St Petersburg, FL 33703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.00 | $21.00 |
|---|---|---|---|---|

**Richard Lundeberg**
**1923 Landfall Pass Nw**
**Kennesaw, GA 30152**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |
|---|---|---|---|---|

**Richard M**
**5703 Shore Dr**
**Churchton, MD 20733**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.** Case number (if known)
Name

| | | |
|---|---|---|
| 2.7171 | Priority creditor's name and mailing address<br>**Richard Mcfarland**<br>**601 Harrison St Apt 420w**<br>**Hoboken, NJ 07030** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$19.00    $19.00

Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes

---

| | | |
|---|---|---|
| 2.7172 | Priority creditor's name and mailing address<br>**Richard Meade**<br>**1001 S Ballantine Rd**<br>**Bloomington, IN 47401** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$44.00    $44.00

Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes

---

| | | |
|---|---|---|
| 2.7173 | Priority creditor's name and mailing address<br>**Richard Nable**<br>**96 Craig St Ste 112-331**<br>**East Ellijay, GA 30540** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$32.00    $32.00

Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes

---

| | | |
|---|---|---|
| 2.7174 | Priority creditor's name and mailing address<br>**Richard Oring**<br>**1 Airport Pl Ste 3**<br>**Princeton, NJ 08540** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$2,193.00    $2,193.00

Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.7175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $538.00 | $538.00 |

**Richard Palmer**
**4210 Coaldale Dr**
**Loveland, CO 80538**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $333.00 | $333.00 |

**Richard Park**
**10430 Park Rd Ste 100b**
**Charlotte, NC 28210**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Richard Phillips**
**4005 Tejon Circle**
**Austin, TX 78734**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |

**Richard Price**
**9990 Double R Blvd Ste 200**
**Reno, NV 89521**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 2.7179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,335.00 | $1,335.00 |
|---|---|---|---|---|

**Richard Purington**
**24 Normandy Ct**
**Ho Ho Kus, NJ 07423**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.7180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.00 | $55.00 |
|---|---|---|---|---|

**Richard Radford**
**13322 Eckenstam Johnson Rd**
**Anderson Island, WA 98303**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.7181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $138.00 | $138.00 |
|---|---|---|---|---|

**Richard Roberts**
**3390 Crestwood Circle**
**Cuyahoga Falls, OH 44223**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.7182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.00 | $59.00 |
|---|---|---|---|---|

**Richard Rothman**
**21 John Street**
**Demarest, NJ 07627**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.7183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.00 | $89.00 |

**Richard Schwab**
**54 W 16th St Apt 2g**
**New York, NY 10011**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7184 | Priority creditor's name and mailing address | | $115.00 | $115.00 |

**Richard Shamos**
**1522 S Saltair Ave Apt 302**
**Los Angeles, CA 90025**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7185 | Priority creditor's name and mailing address | | $43.00 | $43.00 |

**Richard Sherman**
**56 Brunswick Ave**
**Moosup, CT 06354**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7186 | Priority creditor's name and mailing address | | $75.00 | $75.00 |

**Richard Silver**
**11315 Hunnewell Ave.**
**Sylmar, CA 91342**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| | | | |
|---|---|---|---|
| 2.7187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $260.00    $260.00 |

**2.7187** Priority creditor's name and mailing address

**Richard Smiley**
**2448 Skyharbor**
**Plano, TX 75025**

As of the petition filing date, the claim is: **$260.00   $260.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.7188** Priority creditor's name and mailing address

**Richard Sparno**
**18399 Santa Veronica Cir**
**Fountain Valley, CA 92708**

As of the petition filing date, the claim is: **$39.00   $39.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.7189** Priority creditor's name and mailing address

**Richard Starbuck**
**7011 Sunne Ln Apt 338**
**Walnut Creek, CA 94597**

As of the petition filing date, the claim is: **$55.00   $55.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.7190** Priority creditor's name and mailing address

**Richard Taylor**
**19 Sanctuary Peak Ct**
**Henderson, NV 89012**

As of the petition filing date, the claim is: **$487.00   $487.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number (if known)

| | | |
|---|---|---|
| 2.7191 | Priority creditor's name and mailing address **Richard Taylor 4925 Vorhies Rd Ann Arbor, MI 48105** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: **Deficit Customer** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

**$28.00**    **$28.00**

---

| | | |
|---|---|---|
| 2.7192 | Priority creditor's name and mailing address **Richard Trifone 53 Spring Hill Rd East Sandwich, MA 02537** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |

Date or dates debt was incurred

Basis for the claim: **Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

**$17.00**    **$17.00**

---

| | | |
|---|---|---|
| 2.7193 | Priority creditor's name and mailing address **Richard Vanbergen 219 Orrick Ln Kirkwood, MO 63122** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |

Date or dates debt was incurred

Basis for the claim: **Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

**$438.00**    **$438.00**

---

| | | |
|---|---|---|
| 2.7194 | Priority creditor's name and mailing address **Richard Varghese 8600 Lookout Mountain Ave Los Angeles, CA 90046** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |

Date or dates debt was incurred

Basis for the claim: **Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

**$108.00**    **$108.00**

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.7195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |

**Richard Weaver**
**1891 N Edgewood St**
**Flagstaff, AZ 86004**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.00 | $75.00 |

**Richard Wong**
**6 E NElson Ave Apt 205**
**Alexandria, VA 22301**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $316.00 | $316.00 |

**Richarda Sniezko**
**1174 Lorella Ave**
**Eugene, OR 97401**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.00 | $26.00 |

**Richardson Kristy**
**6000 Century Oaks Dr**
**Chattanooga, TN 37416**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.7199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.7199**

Priority creditor's name and mailing address
**Richie Day**
**1202 Nisqually St**
**Steilacoom, WA 98388**

As of the petition filing date, the claim is: $133.00 $133.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.7200**

Priority creditor's name and mailing address
**Richmond Douglas**
**580 E St**
**Hawthorne, NV 89415**

As of the petition filing date, the claim is: $2,353.00 $2,353.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.7201**

Priority creditor's name and mailing address
**Rick Banks**
**2341 Northwest Maser Drive**
**Corvallis, OR 97330**

As of the petition filing date, the claim is: $206.00 $206.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.7202**

Priority creditor's name and mailing address
**Rick Doggett**
**8509 Tierra Ct**
**Benbrook, TX 76126**

As of the petition filing date, the claim is: $30.00 $30.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

| | | |
|---|---|---|
| 2.7203 | Priority creditor's name and mailing address<br>**Rick Fratus**<br>**3512 S. Keller**<br>**Kennewick, WA 99337** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $148.00 $148.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7204 | Priority creditor's name and mailing address<br>**Rick Frye**<br>**70 W Garzas Rd**<br>**Carmel Valley, CA 93924** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $58.00 $58.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7205 | Priority creditor's name and mailing address<br>**Rick Goulding**<br>**1835 Stacy Creat**<br>**Houston, TX 77008** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $198.00 $198.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7206 | Priority creditor's name and mailing address<br>**Rick Hagge**<br>**446 Main St**<br>**Plattsmouth, NE 68048** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $398.00 $398.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (*if known*) _____

| | | |
|---|---|---|
| 2.7207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.7207**  Priority creditor's name and mailing address

**Rick Hildebrand**
**5630 E Calle Marita**
**Cave Creek, AZ 85331**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$81.00    $81.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.7208**  Priority creditor's name and mailing address

**Rick Holshevnikoff**
**2102 Roaring Camp Drive**
**Gold River, CA 95670**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$285.00    $285.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.7209**  Priority creditor's name and mailing address

**Rick Konvalinka**
**1508 Ivey Dr**
**Charlotte, NC 28205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,424.00    $1,424.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.7210**  Priority creditor's name and mailing address

**Rick Mazer**
**52 Verde Rosa Dr**
**Henderson, NV 89011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$118.00    $118.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.7211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$59.00**    **$59.00** |
| | **Rick Mendoza**<br>**918 Glacial Falls Dr**<br>**Gilberts, IL 60136** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.7212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$30.00**    **$30.00** |
| | **Rick Parker**<br>**179 Crest Dr**<br>**Miramar Beach, FL 32550** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.7213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$17.00**    **$17.00** |
| | **Rick Rodenbeck**<br>**13200 Metcalf Ave Ste 240**<br>**Overland Park, KS 66213** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.7214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$84.00**    **$84.00** |
| | **Rick Rogers**<br>**1623 Chamberside Drive**<br>**Rock Hill, SC 29730** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.7215 | Priority creditor's name and mailing address<br>**Rickey Thomas**<br>**167 Forest Rd**<br>**Weirton, WV 26062** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$27.00** | **$27.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7216 | Priority creditor's name and mailing address<br>**Ricky Advaney**<br>**37 Olde Hamlet Drive**<br>**Jericho, NY 11753** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$160.00** | **$160.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7217 | Priority creditor's name and mailing address<br>**Ricky Mclean**<br>**6331 Theodore Street**<br>**Philadelphia, PA 19142** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$28.00** | **$28.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7218 | Priority creditor's name and mailing address<br>**Rik Roberts**<br>**2310 Ray Drive**<br>**Burlingame, CA 94010** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$20.00** | **$20.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

| | | | |
|---|---|---|---|
| 2.7219 | Priority creditor's name and mailing address<br>**Rika Preocanin**<br>**2850 Pyrenean Pl**<br>**Westfield, IN 46074** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17.00    $17.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.7220 | Priority creditor's name and mailing address<br>**Rita Hughes**<br>**3342 Greystone Way**<br>**Valdosta, GA 31605** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $57.00    $57.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.7221 | Priority creditor's name and mailing address<br>**Rita Kennedy**<br>**1001 Madison St Apt 516**<br>**Hoboken, NJ 07030** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $221.00    $221.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.7222 | Priority creditor's name and mailing address<br>**Rita Michlitsch**<br>**500 Hidden Hollow Dr**<br>**Merritt Island, FL 32952** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $390.00    $390.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor   **Phoeno Wine Company, Inc.**                          Case number *(if known)*
_____
        Name

| | |
|---|---|

**2.7223** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,992.00** | **$3,350.00**

Priority creditor's name and mailing address
**Ritesh Bansal**
**284 Quinnhill Rd**
**Los Altos, CA 94024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,992.00   $3,350.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.7224**
Priority creditor's name and mailing address
**Riya Patel**
**3609 Wagner Ln**
**Chester Springs, PA 19425**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$34.00   $34.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.7225**
Priority creditor's name and mailing address
**Rj Kimmer**
**6012 Ryland Dr.**
**Bethesda, MD 20817**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$49.00   $49.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.7226**
Priority creditor's name and mailing address
**Rob Clarke**
**16 Wildon Ct**
**Kingsville, MD 21087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,762.00   $1,762.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____

_____ Name

| 2.7227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$31.00** | **$31.00** |
|---|---|---|---|---|

**Rob Diefenbach**
**71 Weetamoo Trail**
**Po Box 1629**
**Campton, NH 03223**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$26.00** | **$26.00** |
|---|---|---|---|---|

**Rob Dillenback**
**5112 Tennington Park**
**Dallas, TX 75287**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$52.00** | **$52.00** |
|---|---|---|---|---|

**Rob Fraboni**
**340 Fish And Game Rd**
**Hudson, NY 12534**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$36.00** | **$36.00** |
|---|---|---|---|---|

**Rob Halpin**
**17 Floyd Ave**
**Poquoson, VA 23662**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.7231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |

**Rob Hawkins**
**856 Silverwood Dr**
**Lake Mary, FL 32746**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $164.00 | $164.00 |

**Rob Hubbard**
**2522 Miami Ave**
**Nashville, TN 37214**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.00 | $62.00 |

**Rob Huting**
**1865 Duke Road**
**Atlanta, GA 30341**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |

**Rob Kahlon**
**346 Dunsmuir Ter Unit 10**
**Sunnyvale, CA 94085**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.7235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $316.00 | $316.00 |

**Rob M**
**420 N Cache St**
**Box 67**
**Jackson, WY 83001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7236 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.00 | $87.00 |

**Rob Martin**
**1132 Highland Pointe Dr**
**Saint Louis, MO 63131**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7237 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $114.00 | $114.00 |

**Rob Mirhadi**
**1401 S Bentley Ave**
**#203**
**Los Angeles, CA 90025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7238 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.00 | $42.00 |

**Rob Moss**
**141 Washington Street**
**Norwalk, CT 06854**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.7239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|
| | **Rob Nance**<br>**65 Washington St Apt 10b**<br>**Brooklyn, NY 11201** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.00 | $88.00 |
|---|---|---|---|---|
| | **Rob Newberry**<br>**545 S 16th St**<br>**San Jose, CA 95112** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $641.00 | $641.00 |
|---|---|---|---|---|
| | **Rob Robichaud**<br>**3673 S Bullard Ave Ste 110**<br>**Goodyear, AZ 85338** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.00 | $68.00 |
|---|---|---|---|---|
| | **Rob Ruszala**<br>**21 Kingsbridge Dr**<br>**Edison, NJ 08820** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 2.7243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |

**Rob Sackman**
**2621 Nw 87th Lane**
**Sunrise, FL 33322**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | | | |
|---|---|---|---|---|
| 2.7244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $106.00 | $106.00 |

**Rob Taylor**
**28036 Sea Lane Dr.**
**Malibu, CA 90265**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | | | |
|---|---|---|---|---|
| 2.7245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |

**Rob Vance**
**3630 Hastings Dr**
**Richmond, VA 23235**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | | | |
|---|---|---|---|---|
| 2.7246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $232.00 | $232.00 |

**Rob Yagesh**
**333 S Downing St**
**Denver, CO 80209**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 2.7247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.00 | $61.00 |

**2.7247** Priority creditor's name and mailing address

**Robb Wiedrich**
**2373 Crimson Ridge Cir Nw**
**Rochester, MN 55901**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$61.00**  **$61.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.7248** Priority creditor's name and mailing address

**Robby Towns**
**2513 W Linden Ave**
**Nashville, TN 37212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$30.00**  **$30.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.7249** Priority creditor's name and mailing address

**Robbyn Linville**
**176 Elbert Clark Dr**
**Easley, SC 29640**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$255.00**  **$255.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.7250** Priority creditor's name and mailing address

**Robert Allen**
**409 Preston St Apt 1003**
**Houston, TX 77002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$402.00**  **$402.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| 2.7251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |

**Robert Atchison**
**1741 Corporate Landing Pkwy**
**Virginia Beach, VA 23454**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.00 | $95.00 |

**Robert Atkinson**
**1851 Steamboat Pkwy Unit 1204**
**Reno, NV 89521**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51.00 | $51.00 |

**Robert Auhll**
**166 Moore Dr**
**Castle Rock, CO 80104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |

**Robert Auletta**
**30 Tanwood Dr**
**Massapequa, NY 11758**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.7255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $117.00 | $117.00 |
|---|---|---|---|---|

**Robert Bacigalupi**
**7263 General Haig St**
**New Orleans, LA 70124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |
|---|---|---|---|---|

**Robert Bai**
**928b Broadway E**
**Seattle, WA 98102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $169.00 | $169.00 |
|---|---|---|---|---|

**Robert Bailey**
**19700 Maddelena Cir**
**Estero, FL 33967**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |
|---|---|---|---|---|

**Robert Baumann**
**2535 Townsgate Rd Ste 110**
**Westlake Vlg, CA 91361**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.7259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.00 | $49.00 |
|---|---|---|---|---|

**Robert Bond**
**209 Newbury St**
**Boston, MA 02116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $123.00 | $123.00 |
|---|---|---|---|---|

**Robert Bosetti**
**3324 Forest Rd**
**Bethel Park, PA 15102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.00 | $88.00 |
|---|---|---|---|---|

**Robert Brentson**
**3021 Mallory Ln**
**Fedex Office**
**Franklin, TN 37067**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Robert Brewer**
**51 Secatogue Ln E**
**West Islip, NY 11795**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Case number (*if known*) _____

Name

---

| 2.7263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Robert Bridges**
**496 S Hunt Club Blvd**
**Apopka, FL 32703**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7264 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $359.00 | $359.00 |

**Robert Brous**
**21745 N 37th St**
**Phoenix, AZ 85050**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7265 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |

**Robert Brown**
**15914 Lakeview Dr**
**Jersey Village, TX 77040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7266 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Robert Browne**
**1301 W Newport Center Dr**
**Deerfield Beach, FL 33442**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

| 2.7267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Robert Bruce**
**292 Gold Bullion Dr E**
**Dawsonville, GA 30534**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7268 | Priority creditor's name and mailing address | | $208.00 | $208.00 |

**Robert Buchek**
**1 Valero Way**
**San Antonio, TX 78249**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7269 | Priority creditor's name and mailing address | | $84.00 | $84.00 |

**Robert Buff**
**232 Woodland Way**
**North Chatham, MA 02650**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7270 | Priority creditor's name and mailing address | | $587.00 | $587.00 |

**Robert Burns**
**736 Confederate Ave Se**
**Atlanta, GA 30312**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 2.7271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $105.00 | $105.00 |

**Robert Cassidy**
**82 Amory Ave**
**Pearl River, NY 10965**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |

**Robert Cecil**
**1430 Brickell Bay Dr Apt 703**
**Miami, FL 33131**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,424.00 | $1,424.00 |

**Robert Clinton**
**1351 Tidalwalk Dr**
**Wilmington, NC 28409**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $313.00 | $313.00 |

**Robert Coda**
**1275 Bloomfield Ave Ste 7 Unit 41**
**Building 7,**
**Fairfield, NJ 07004**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                        Case number *(if known)* _____
_____
Name

---

| 2.7275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Robert Coleman**
**6815 Isaacs Orchard Rd Ste C**
**Springdale, AR 72762**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,672.00 | $1,672.00 |
|---|---|---|---|---|

**Robert Colhour**
**265 Pear Tree Point Rd**
**Chestertown, MD 21620**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $197.00 | $197.00 |
|---|---|---|---|---|

**Robert Considine**
**6 La Costa Way**
**Palm Coast, FL 32137**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $432.00 | $432.00 |
|---|---|---|---|---|

**Robert Cordeau**
**5087 Castlerock Way**
**Naples, FL 34112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $961.00 | $961.00 |
|---|---|---|---|---|

**Robert Creviston**
**1709 W 72nd St**
**Richfield, MN 55423**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.00 | $64.00 |
|---|---|---|---|---|

**Robert Czajkowski**
**W2653 55th St**
**Lyndon Station, WI 53944**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $126.00 | $126.00 |
|---|---|---|---|---|

**Robert Dalvano**
**220 Bayberry Ln**
**Sinking Spring, PA 19608**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Robert Deming**
**401 Rolling Hills Dr**
**Mound, MN 55364**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (*if known*)

---

| 2.7283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $79.00 | $79.00 |
|---|---|---|---|---|

**Robert Downing**
**6499 Winter Hazel Dr**
**Liberty Township, OH 45044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7284 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $110.00 | $110.00 |
|---|---|---|---|---|

**Robert Driscoll**
**3740 Atlas Ave**
**Oakland, CA 94619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7285 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $116.00 | $116.00 |
|---|---|---|---|---|

**Robert Dunham**
**5212 Chichester Ave**
**Upper Chichester, PA 19014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7286 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $225.00 | $225.00 |
|---|---|---|---|---|

**Robert Faller**
**8939 Silverthorn Rd**
**Largo, FL 33777**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $590.00 | $590.00 |
|---|---|---|---|---|

**Robert Fehskens**
**285 Chukkar Drive**
**Glenbrook, NV 89413**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,969.00 | $3,350.00 |

**Robert Floyd**
**11307 Caladium Ln**
**Palm Beach Gardens, FL 33418**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |

**Robert Foss**
**2821 NE 55th Place**
**Fort Lauderdale, FL 33308**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $159.00 | $159.00 |

**Robert Frankus**
**506 Hidden Manor Dr**
**Matthews, NC 28104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)*

| 2.7291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.00 | $375.00 |
|---|---|---|---|---|

**Robert Friedman**
**853 N Winchester Ave Apt 1r**
**Please Call 908-328-4097**
**Chicago, IL 60622**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.7292 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $254.00 | $254.00 |
|---|---|---|---|---|

**Robert Funk**
**2759 W Casas Cir**
**Tucson, AZ 85742**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.7293 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $117.00 | $117.00 |
|---|---|---|---|---|

**Robert Gallagher**
**1599 Felta Ridge Road**
**Healdsburg, CA 95448**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.7294 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.00 | $160.00 |
|---|---|---|---|---|

**Robert Georgiou**
**4940 Nw 110th Ter**
**Coral Springs, FL 33076**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.7295 | Priority creditor's name and mailing address **Robert Gh 527 S. Fuller Ave. Los Angeles, CA 90036** | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | $20.00  $20.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7296 | Priority creditor's name and mailing address **Robert Gordon 4791 Thornbury Dr Fairfax, VA 22030** | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | $269.00  $269.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7297 | Priority creditor's name and mailing address **Robert Griffin 6060 Domarray St Coopersburg, PA 18036** | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | $505.00  $505.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7298 | Priority creditor's name and mailing address **Robert Haack 4 Brown Ct Holmdel, NJ 07733** | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | $343.00  $343.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                   Case number (if known) _____
_____
Name

| 2.7299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $397.00 | $397.00 |

Priority creditor's name and mailing address
**Robert Haas**
**74 Country Club Dr**
**Thornhurst, PA 18424**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7300 | Priority creditor's name and mailing address | | $99.00 | $99.00 |

Priority creditor's name and mailing address
**Robert Haines**
**108 Whiting Way**
**Cape May Court House, NJ 08210**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7301 | Priority creditor's name and mailing address | | $28.00 | $28.00 |

Priority creditor's name and mailing address
**Robert Hammon**
**480 N Oak St # 1611**
**Colorado City, AZ 86021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7302 | Priority creditor's name and mailing address | | $117.00 | $117.00 |

Priority creditor's name and mailing address
**Robert Hancock**
**6 Heatherstone Court**
**Trophy Club, TX 76262**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor    **Phoeno Wine Company, Inc.**                                      Case number (if known)
_____
Name

| | | |
|---|---|---|
| 2.7303 | Priority creditor's name and mailing address<br>**Robert Hatano**<br>**7801 Mission Center Ct Ste 230**<br>**San Diego, CA 92108** | As of the petition filing date, the claim is: **$142.00**   **$142.00**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>_____ | Basis for the claim:<br>**Deficit Customer**<br>_____ |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.7304 | Priority creditor's name and mailing address<br>**Robert Holt**<br>**2454 Fairoaks Rd**<br>**Decatur, GA 30033** | As of the petition filing date, the claim is: **$27.00**   **$27.00**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>_____ | Basis for the claim:<br>**Deficit Customer**<br>_____ |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.7305 | Priority creditor's name and mailing address<br>**Robert Holzhauer**<br>**17120 Lake View Cir.**<br>**Northville, MI 48168** | As of the petition filing date, the claim is: **$1,508.00**   **$1,508.00**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>_____ | Basis for the claim:<br>**Deficit Customer**<br>_____ |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.7306 | Priority creditor's name and mailing address<br>**Robert Huch**<br>**27579 Via Fortuna**<br>**San Juan Capistrano, CA 92675** | As of the petition filing date, the claim is: **$447.00**   **$447.00**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>_____ | Basis for the claim:<br>**Deficit Customer**<br>_____ |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

Debtor    **Phoeno Wine Company, Inc.**                    Case number *(if known)* _____
          _____
          Name

| 2.7307 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $138.00 | $138.00 |

**Robert Johnson**
**15 Beverly Rd**
**Port Washington, NY 11050**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7308 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Robert Johnson**
**2327 S Riverside Dr**
**Beloit, WI 53511**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7309 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $352.00 | $352.00 |

**Robert Johnson**
**900 Lake St.**
**Libertyville, IL 60048**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7310 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.00 | $72.00 |

**Robert Kimmel**
**27467 Palmwood Ave**
**Hayward, CA 94545**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 2.7311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $184.00 | $184.00 |

**2.7311** Priority creditor's name and mailing address

**Robert Klipp**
**14 Glacier Street**
**Kenner, LA 70065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$184.00   $184.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.7312** Priority creditor's name and mailing address

**Robert Kuehner**
**4231 Triland Way**
**Cary, NC 27518**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$56.00   $56.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.7313** Priority creditor's name and mailing address

**Robert Lages**
**26 N. Main St**
**Allentown, NJ 08501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$28.00   $28.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.7314** Priority creditor's name and mailing address

**Robert Lamar**
**1144 Shelter Creek**
**San Bruno, CA 94066**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$47.00   $47.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| 2.7315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.00 | $36.00 |
|---|---|---|---|---|

**Robert Lamell**
**333 Marlberry Cir**
**Jupiter, FL 33458**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|

**Robert Lee**
**2 Comet Rd.**
**Syosset, NY 11791**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.00 | $62.00 |
|---|---|---|---|---|

**Robert Levine**
**536 Winterburn Grv**
**Cliffside Park, NJ 07010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $342.00 | $342.00 |
|---|---|---|---|---|

**Robert Lewis**
**8674 Eagle Creek Cir**
**Nepsis**
**Savage, MN 55378**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.7319 | Priority creditor's name and mailing address<br>**Robert Light**<br>**1505 Linden Ave**<br>**Lynchburg, VA 24503** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

$25.00   $25.00

---

| | | |
|---|---|---|
| 2.7320 | Priority creditor's name and mailing address<br>**Robert Lindenberger**<br>**5 Hopkinson Ct**<br>**Titusville, NJ 08560** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

$789.00   $789.00

---

| | | |
|---|---|---|
| 2.7321 | Priority creditor's name and mailing address<br>**Robert Martin**<br>**11721 Welebir St**<br>**Loma Linda, CA 92354** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

$375.00   $375.00

---

| | | |
|---|---|---|
| 2.7322 | Priority creditor's name and mailing address<br>**Robert Martone**<br>**773 Snake Run Rd**<br>**Alderson, WV 24910** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

$64.00   $64.00

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | | |
| | Name | | | | |

---

| 2.7323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,052.00 | $1,052.00 |
| | **Robert Mason** | *Check all that apply.* | | |
| | **19825 North Cove Rd** | ☐ Contingent | | |
| | **Suite B Postnet** | ☐ Unliquidated | | |
| | **Cornelius, NC 28031** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7324 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |
| | **Robert Mcdavid** | *Check all that apply.* | | |
| | **10815 North Trailside Lane** | ☐ Contingent | | |
| | **Dunlap, IL 61525** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7325 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.00 | $110.00 |
| | **Robert Mcgivney** | *Check all that apply.* | | |
| | **1034 Roundstone Place** | ☐ Contingent | | |
| | **Palm Harbor, FL 34683** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7326 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $108.00 | $108.00 |
| | **Robert Mcmullan** | *Check all that apply.* | | |
| | **401 Viera Dr** | ☐ Contingent | | |
| | **Cedar Knolls, NJ 07927** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.7327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.00 | $98.00 |

**Robert Mcnutt**
**32 Weathervane Cir**
**Cream Ridge, NJ 08514**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7328 | Priority creditor's name and mailing address | | $285.00 | $285.00 |

**Robert Miller**
**1213 Sunset Ave**
**Richmond Heights, MO 63117**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7329 | Priority creditor's name and mailing address | | $22.00 | $22.00 |

**Robert Miller**
**3 Mountain Laurel Ln**
**Danbury, CT 06811**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7330 | Priority creditor's name and mailing address | | $169.00 | $169.00 |

**Robert Myers**
**805 Sir Andred Ln**
**Lewisville, TX 75056**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| | | |
|---|---|---|
| 2.7331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.7331** Priority creditor's name and mailing address

**Robert Nance**
**4024 W 104th Pl**
**Westminster, CO 80031**

As of the petition filing date, the claim is:                    $116.00        $116.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.7332** Priority creditor's name and mailing address

**Robert Neilson**
**626 Lincoln Way**
**Ames, IA 50010**

As of the petition filing date, the claim is:                     $92.00         $92.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.7333** Priority creditor's name and mailing address

**Robert Nelson**
**906 Arabian Ave**
**Winter Springs, FL 32708**

As of the petition filing date, the claim is:                    $375.00        $375.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.7334** Priority creditor's name and mailing address

**Robert Nix**
**1563 Capital Circle Se**
**Tallahassee, FL 32301**

As of the petition filing date, the claim is:                     $30.00         $30.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|

2.7335 | Priority creditor's name and mailing address
**Robert Obrien**
**44 Sanderson Ave**
**West Caldwell, NJ 07006**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$29.00**    **$29.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.7336 | Priority creditor's name and mailing address
**Robert Olivas**
**6106 96th St**
**Lubbock, TX 79424**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$33.00**    **$33.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.7337 | Priority creditor's name and mailing address
**Robert Olthoff**
**182 Endicott St Apt 6**
**Dracut, MA 01826**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,005.00**    **$2,005.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.7338 | Priority creditor's name and mailing address
**Robert Pagel**
**12201 N Fenton Rd**
**Fenton, MI 48430**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$30.00**    **$30.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
        Name

| 2.7339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.00 | $13.00 |

**Robert Phelps**
**1027 Redstone Lane**
**Dunwoody, GA 30338**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7340 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,292.00 | $1,292.00 |

**Robert Price**
**4483 Hackberry Ct**
**Midland, TX 79707**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7341 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |

**Robert Reff**
**102 Clinton Ave**
**Montclair, NJ 07042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7342 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.00 | $112.00 |

**Robert Robinson**
**10980 Courthouse Rd**
**C/O The Ups Store**
**Fredericksburg, VA 22408**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| 2.7343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.00 | $34.00 |

**Robert Rozzi**
**22 Chagall Rd**
**Marlboro, NJ 07746**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7344 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 | $38.00 |

**Robert Salmon**
**11121 Carmel Commons Blvd Ste**
**430**
**Charlotte, NC 28226**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7345 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,175.00 | $1,175.00 |

**Robert Sasser**
**6641 Southcrest Drive**
**Edina, MN 55435**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7346 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $309.00 | $309.00 |

**Robert Savage**
**603 Harbor Shore Drive**
**Nokomis, FL 34275**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

| 2.7347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.00 | $54.00 |
|---|---|---|---|---|

**Robert Schmelzer**
**23038 N 25th Street**
**Phoenix, AZ 85024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.7348 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,120.00 | $1,120.00 |
|---|---|---|---|---|

**Robert Sedloff**
**24914 Shalford Ct**
**Spring, TX 77389**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.7349 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $215.00 | $215.00 |
|---|---|---|---|---|

**Robert Shaner**
**2644 Greenway Drive**
**Jupiter, FL 33458**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.7350 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |
|---|---|---|---|---|

**Robert Snow**
**N112w19775 Goldendale Rd**
**Germantown, WI 53022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.7351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Robert Stokes**
**211 Terrace View Dr**
**Acworth, GA 30101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7352 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Robert Stover**
**568 Molly Ln**
**Chattanooga, TN 37402**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7353 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.00 | $63.00 |
|---|---|---|---|---|

**Robert Szuhany**
**228 Sarles Lane**
**Pleasantville, NY 10570**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7354 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $815.00 | $815.00 |
|---|---|---|---|---|

**Robert Thomas**
**2627 S Bayshore Dr**
**Apt 602**
**Miami, FL 33133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                          Case number (if known) _____
_____
Name

| 2.7355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |

**Robert Tubik**
**123 Stewart Rd**
**Six Mile, SC 29682**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7356 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |

**Robert Valentine**
**629 Cooper Valley Rd**
**Martin, GA 30557**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7357 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $225.00 | $225.00 |

**Robert Valenza**
**85 Adams Ave**
**Hauppauge, NY 11788**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7358 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $118.00 | $118.00 |

**Robert Vickers**
**6041 Windsor Drive**
**Fairway, KS 66205**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 2.7359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |

**Robert Wade**
**1370 Afton St Apt 622**
**Houston, TX 77055**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7360 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |

**Robert Walker**
**416 Boush St Apt 334**
**Norfolk, VA 23510**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7361 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $696.00 | $696.00 |

**Robert Wallacecofedexstore**
**1688 Hummingbird Lane**
**Atlanta, GA 30307**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7362 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $664.00 | $664.00 |

**Robert Walsh**
**20 Leone Blvd**
**Jackson, NJ 08527**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)*

| | | | |
|---|---|---|---|
| 2.7363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $359.00   $359.00 |

**Robert Ward**
**56 Littles Point Road**
**Swampscott, MA 01907**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$359.00   $359.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.7364   Priority creditor's name and mailing address

**Robert Watson**
**440 E 79th St Apt 9b**
**New York, NY 10075**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$85.00   $85.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.7365   Priority creditor's name and mailing address

**Robert Watson**
**712 W. Main St.**
**Blue Springs, MO 64015**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$84.00   $84.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.7366   Priority creditor's name and mailing address

**Robert Wolfe**
**13332 Bondy Way**
**North Potomac, MD 20878**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$91.00   $91.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.7367** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00

**Robert Ydens**
**19191 Jasper Hill Rd**
**Trabuco Canyon, CA 92679**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.7368** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $148.00 | $148.00

**Robert Zupo**
**2944 Countryside Path**
**Seguin, TX 78155**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.7369** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00

**Roberto Balderrama**
**Marino's Warehouse**
**180 N Freeport Dr W5 Cp**
**Nogales, AZ 85621**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.7370** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $138.00 | $138.00

**Roberto Imperial**
**2664 California Street Apt.4**
**San Francisco, CA 94115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**
Name

Case number *(if known)*

| 2.7371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $447.00 | $447.00 |

**Roberto Ortiz**
**432 Woodbridge Dr.**
**Chesapeake, VA 23322**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.7372 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $134.00 | $134.00 |

**Robin Cahall**
**65 Cliffside Xing**
**Atlanta, GA 30350**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.7373 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $207.00 | $207.00 |

**Robin Dyer**
**100 Oakmont Dr**
**Kernersville, NC 27284**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.7374 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $551.00 | $551.00 |

**Robin Hayde**
**5416 Cold Lake St**
**Las Vegas, NV 89148**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 2.7375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $146.00 | $146.00 |

**Robin Johnson**
**15179 W 50th Dr**
**Golden, CO 80403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.7376 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |

**Robin Martinezrogers**
**19857 25th Ave NE Apt 303**
**Shoreline, WA 98155**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.7377 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.00 | $26.00 |

**Robin Mendez**
**5806 Glenwood Ct**
**Export, PA 15632**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.7378 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16.00 | $16.00 |

**Robin Rothstein**
**3566 Camino Arena**
**Carlsbad, CA 92009**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| 2.7379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $184.00 | $184.00 |

**Robin Warbey**
**1738 River City Way**
**Sacramento, CA 95833**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7380 | Priority creditor's name and mailing address | | $56.00 | $56.00 |

**Robyn Miller**
**57 Shivertown Road**
**New Paltz, NY 12561**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7381 | Priority creditor's name and mailing address | | $34.00 | $34.00 |

**Robyn Salisbury**
**7748 Rye Canyon Dr**
**Las Vegas, NV 89123**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7382 | Priority creditor's name and mailing address | | $1,183.00 | $1,183.00 |

**Robyn Scott**
**4522 Tello Path**
**Austin, TX 78749**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor  **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

_____

Name

| 2.7383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.00 | $75.00 |
|---|---|---|---|---|

**Robyn Vieth**
**101 Laguna Rd Ste 100**
**Fullerton, CA 92835**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.7384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.00 | $81.00 |
|---|---|---|---|---|

**Robyn Weller**
**13844 Sagewood Dr**
**Poway, CA 92064**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.7385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $86.00 | $86.00 |
|---|---|---|---|---|

**Robyn Wolf**
**435 E 79th St Apt 7n**
**New York, NY 10075**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.7386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $106.00 | $106.00 |
|---|---|---|---|---|

**Rochelle Hoskins**
**7221 S Staples St Apt 426**
**Corpus Christi, TX 78413**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 2.7387 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $217.00 | $217.00 |
|---|---|---|---|---|

**Rocky Schneider**
**4170 28th Ave S**
**Fargo, ND 58104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7388 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $131.00 | $131.00 |
|---|---|---|---|---|

**Rod Brown**
**245 Blackrock Trce**
**Milton, GA 30004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7389 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |
|---|---|---|---|---|

**Rod Wekkin**
**4666 N Shore Dr**
**Eau Claire, WI 54703**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7390 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $109.00 | $109.00 |
|---|---|---|---|---|

**Rod Wilbert**
**27422 Via Amistoso**
**Mission Viejo, CA 92692**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.7391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |
|---|---|---|---|---|

**Rod Wilson**
**1077 Pacific Coast Hwy # 194**
**Seal Beach, CA 90740**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $147.00 | $147.00 |
|---|---|---|---|---|

**Roderic Miller**
**11408 Horsemans Trail**
**Raleigh, NC 27613**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,265.00 | $2,265.00 |
|---|---|---|---|---|

**Roderick Luna**
**1862 Alta View Dr**
**San Diego, CA 92139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
|---|---|---|---|---|

**Rodger Wheaton**
**1500 Oriole St**
**New Orleans, LA 70122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (*if known*) _____

| | | |
|---|---|---|
| 2.7395 | Priority creditor's name and mailing address<br>**Rodney Adams**<br>**15 Pond Cypress Way**<br>**Santa Rosa Beach, FL 32459** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

|  |  |
|---|---|
| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

$804.00   $804.00

---

| 2.7396 | Priority creditor's name and mailing address<br>**Rodney Brown**<br>**245 Blackrock Trce**<br>**Milton, GA 30004** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

$100.00   $100.00

---

| 2.7397 | Priority creditor's name and mailing address<br>**Rodney Cabeza**<br>**4474 Dogwood Circle**<br>**Weston, FL 33331** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

$153.00   $153.00

---

| 2.7398 | Priority creditor's name and mailing address<br>**Rodney Fielding**<br>**1210 William Crst**<br>**New Braunfels, TX 78130** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

$96.00   $96.00

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.7399 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $244.00 | $244.00 |

**Rodney Forbes**
**6840 Liberty St.**
**Rome, NY 13440**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7400 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.00 | $44.00 |

**Rodney Ison**
**944 Cherry St E**
**Canal Fulton, OH 44614**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7401 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $69.00 | $69.00 |

**Rodney Lineberry**
**14729 Ballantyne Glen Way**
**Charlotte, NC 28277**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7402 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |

**Rods Fried**
**20400 W Country Club Dr Apt 411**
**Aventura, FL 33180**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 2.7403 | Priority creditor's name and mailing address |

**Rogel Reyes**
**1240 Buckeye Terrace**
**Clayton, CA 94517**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$22.00   $22.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | |
|---|---|
| 2.7404 | Priority creditor's name and mailing address |

**Roger Anderson**
**887 Marshall Rd**
**Troy, VA 22974**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$389.00   $389.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | |
|---|---|
| 2.7405 | Priority creditor's name and mailing address |

**Roger Elliott**
**1870 Falcon Ridge Dr**
**Petaluma, CA 94954**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$75.00   $75.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | |
|---|---|
| 2.7406 | Priority creditor's name and mailing address |

**Roger Eustance**
**6005 Hamman St Unit B**
**Houston, TX 77007**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$123.00   $123.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                  Case number (if known) _____
_____
Name

| 2.7407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $892.00 | $892.00 |
|---|---|---|---|---|

**Roger Kittredge**
**1667 Wyndham Way**
**El Dorado Hills, CA 95762**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7408 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |
|---|---|---|---|---|

**Roger Lachapelle**
**52 Queen St**
**Fall River, MA 02724**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7409 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Roger Lombardi**
**17818 Clifton Blvd**
**Lakewood, OH 44107**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7410 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,146.00 | $1,146.00 |
|---|---|---|---|---|

**Roger Penrod**
**709 Elm St**
**Eldon, IA 52554**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.7411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |
|---|---|---|---|---|

**Roger Wright**
**6899 Collins Ave**
**Unit 2607**
**M ami Beach, FL 33141**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7412 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $253.00 | $253.00 |
|---|---|---|---|---|

**Rohen Peterson**
**77 W 24th St Apt 26d**
**New York, NY 10010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7413 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.00 | $24.00 |
|---|---|---|---|---|

**Roland Hlawaty**
**333 Ridgewood Ave**
**Glen Ridge, NJ 07028**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7414 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.00 | $57.00 |
|---|---|---|---|---|

**Rolanda Tseo**
**4808 Darling Drive**
**Florham Park, NJ 07932**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|--------|------|------|---|
| | Name | | |

---

| 2.7415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.00 | $75.00 |
|--------|------|------|------|------|

**Rollie Wright**
**2034 Rolling Hill Dr**
**Santa Rosa, CA 95404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7416 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|--------|------|------|------|------|

**Rollin Say**
**211 W 102nd St Apt 4c**
**New York, NY 10025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7417 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.00 | $22.00 |
|--------|------|------|------|------|

**Roman Bykov**
**188 Federal Blvd**
**Denver, CO 80219**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7418 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.00 | $78.00 |
|--------|------|------|------|------|

**Ron Anderson**
**2229 Placerwood Trail**
**Reno, NV 89523**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $217.00 | $217.00 |
|---|---|---|---|---|

**Ron Benitez**
**3543 Lower Honoapiilani Rd**
**Papakea Resort L-107 Check In**
**11/19**
**Lahaina, HI 96761**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7420 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $79.00 | $79.00 |
|---|---|---|---|---|

**Ron Chan**
**26 Blacksmith Ln**
**East Northport, NY 11731**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7421 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $180.00 |
|---|---|---|---|---|

**Ron Charles**
**25 Colonial Woods Dr**
**West Orange, NJ 07052**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7422 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.00 | $47.00 |
|---|---|---|---|---|

**Ron Coleman**
**7777 N Pierce Park Rd**
**Boise, ID 83714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.7423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $623.00 | $623.00 |

**Ron Dillon**
**2705 Telegraph Ave**
**Stockton, CA 95204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.7424 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,331.00 | $2,331.00 |

**Ron Fillous**
**2393 SW 67th Ave**
**Miami, FL 33155**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.7425 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Ron Gillespie**
**34200 Rd 140**
**Visalia, CA 93292**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.7426 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.00 | $31.00 |

**Ron Hager**
**6511 Runge Forest Drive**
**Barnhart, MO 63012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.7427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $144.00 | $144.00 |
|---|---|---|---|---|

**Ron Isom**
**950 Avenue C Apt A**
**Ely, NV 89301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.7428 | Priority creditor's name and mailing address | | $87.00 | $87.00 |
|---|---|---|---|---|

**Ron Jaekle**
**12400 Ivy Lake Dr**
**Knoxville, TN 37934**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.7429 | Priority creditor's name and mailing address | | $26.00 | $26.00 |
|---|---|---|---|---|

**Ron Koch**
**6057 Moore Dr**
**Sykesville, MD 21784**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.7430 | Priority creditor's name and mailing address | | $100.00 | $100.00 |
|---|---|---|---|---|

**Ron Orsini**
**8711 Sterling Gate Cir**
**Spring, TX 77379**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                     Case number *(if known)* _____
_____
Name

| 2.7431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $141.00 | $141.00 |
|---|---|---|---|---|

**Ron Peterson**
**12409 Allen Dr**
**Burnsville, MN 55337**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☐ No ■
☐ Yes

---

| 2.7432 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |
|---|---|---|---|---|

**Ron Petty**
**212 Night Harbor Dr**
**Chapin, SC 29036**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7433 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.00 | $65.00 |
|---|---|---|---|---|

**Ron Pinto**
**401 East 60th Street**
**17a**
**New York, NY 10022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7434 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.00 | $45.00 |
|---|---|---|---|---|

**Ron Rodi**
**13265 Anne Dr**
**Lemont, IL 60439**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.7435 | Priority creditor's name and mailing address<br>**Ron Sann**<br>**3425 N Seminary Ave**<br>**Chicago, IL 60657** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$124.00   $124.00

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.7436 | Priority creditor's name and mailing address<br>**Ron Smith**<br>**2950 North Loop W Ste 130**<br>**Houston, TX 77092** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$105.00   $105.00

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.7437 | Priority creditor's name and mailing address<br>**Ron Weissmann**<br>**33 Stratford Ln**<br>**Holmdel, NJ 07733** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$111.00   $111.00

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.7438 | Priority creditor's name and mailing address<br>**Ronald Cantalupo**<br>**2410 Highway 35**<br>**Manasquan, NJ 08736** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$56.00   $56.00

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.7439 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $337.00 | $337.00 |

**Ronald Foster**
**205 County Road 17**
**Alco Tool Supply**
**Elkhart, IN 46516**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7440 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $143.00 | $143.00 |

**Ronald Hammer**
**1516 Vonphister Street**
**Key West, FL 33040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7441 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $179.00 | $179.00 |

**Ronald Pomerantz**
**3269 Hollywood Blvd**
**C/O Fedex Print And Ship Center**
**Hollywood, FL 33021**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7442 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $132.00 | $132.00 |

**Ronald Pursley**
**409 Bradley Dr**
**Vacaville, CA 95687**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|--------|-------------------------------|--------------------------|--|
| | Name | | |

| 2.7443 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $365.00 | $365.00 |
|--------|----------------------------------------------|---------------------------------------------------------------------|---------|---------|

**Ronald Scherr**
**7459 Victory Lane Unit 8805**
**Delray Beach, FL 33446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.7444 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 | $30.00 |
|--------|----------------------------------------------|---------------------------------------------------------------------|--------|--------|

**Ronald Scirrotto**
**860 Jupiter Park Dr Ste 1a**
**Jupiter, FL 33458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.7445 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $169.00 | $169.00 |
|--------|----------------------------------------------|---------------------------------------------------------------------|---------|---------|

**Ronald Solar**
**12495 Figtree St.**
**San Diego, CA 92131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.7446 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $86.00 | $86.00 |
|--------|----------------------------------------------|---------------------------------------------------------------------|--------|--------|

**Ronda Sheffield**
**2788 Dahlonega Trail**
**Austell, GA 30106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

| Debtor | **Phoeno Wine Company, Inc.** | Case number _(if known)_ | |
|---|---|---|---|
| | Name | | |

| 2.7447 | Priority creditor's name and mailing address<br>**Roniel Singh**<br>**5361 Wadsworth Way**<br>**Sacramento, CA 95835** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$374.00** | **$374.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7448 | Priority creditor's name and mailing address<br>**Rony Morrison**<br>**14206 Ridgewater Way**<br>**Charlotte, NC 28278** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$17.00** | **$17.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7449 | Priority creditor's name and mailing address<br>**Rooks Teal**<br>**1036 Anchors Bend Way**<br>**Wilmington, NC 28411** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$78.00** | **$78.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7450 | Priority creditor's name and mailing address<br>**Rory Bevins**<br>**177 E 75th St**<br>**6d**<br>**New York, NY 10021** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25.00** | **$25.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7451 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.00 | $21.00 |
|---|---|---|---|---|

**Rory Flynn**
**3456 Aultwoods Ln**
**Cincinnati, OH 45208**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7452 | Priority creditor's name and mailing address | $383.00 | $383.00 |
|---|---|---|---|

**Rory Keul**
**4666 Rhett Ln**
**Unit H**
**Carrollton, TX 75010**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7453 | Priority creditor's name and mailing address | $106.00 | $106.00 |
|---|---|---|---|

**Rory Mcnicholas**
**14309 Ballantyne Country Club Dr**
**Charlotte, NC 28277**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7454 | Priority creditor's name and mailing address | $310.00 | $310.00 |
|---|---|---|---|

**Rory Whalley**
**272 Shadybrook Lane**
**West Islip, NY 11795**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

| 2.7455 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Rosario Oyhanarte**
**4600 Mariners Cove Dr**
**Wellington, FL 33449**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7456 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.00 | $66.00 |
|---|---|---|---|---|

**Rose Begalla**
**2635 E 127th St**
**Cleveland, OH 44120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7457 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Rose Larraburu**
**10 Eagle Hill Ter**
**Redwood City, CA 94062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7458 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $152.00 | $152.00 |
|---|---|---|---|---|

**Roseann Demers**
**2250 Mickle Ave**
**Bronx, NY 10469**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.7459 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 $80.00 |

2.7459 | Priority creditor's name and mailing address
**Roseann Stevenson**
**18128 Colchester Way**
**Northridge, CA 91326**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$80.00   $80.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.7460 | Priority creditor's name and mailing address
**Rosemary Selepena**
**8417 W Moreland Rd**
**Parma, OH 44129**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$423.00   $423.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.7461 | Priority creditor's name and mailing address
**Roslan Schofield**
**19 Mirror Ridge Dr**
**The Woodlands, TX 77382**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$145.00   $145.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.7462 | Priority creditor's name and mailing address
**Ross Egge**
**5348 Mercer Dr**
**Langley, WA 98260**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$150.00   $150.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
         _____
         Name

| 2.7463 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.00 | $44.00 |
|---|---|---|---|---|

**Ross Gibson**
**14533 Amelia Cove Dr**
**Jacksonville, FL 32226**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.7464 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,986.00 | $1,986.00 |
|---|---|---|---|---|

**Ross Porter**
**607 Rutgers Dr**
**Davis, CA 95616**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.7465 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $105.00 | $105.00 |
|---|---|---|---|---|

**Ross Rojek**
**1011 K St**
**Sacramento, CA 95814**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.7466 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.00 | $46.00 |
|---|---|---|---|---|

**Ross Shelledy**
**1644 Misty Hollow Ct**
**Wildwood, MO 63038**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.7467 | Priority creditor's name and mailing address<br>**Roxanne Miller**<br>**2742 50th St NE**<br>**Buffalo, MN 55313** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **$25.00**  **$25.00**

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number ____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| 2.7468 | Priority creditor's name and mailing address<br>**Roy Michael**<br>**5791 Catoctin Vista Dr**<br>**Mount Airy, MD 21771** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **$50.00**  **$50.00**

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number ____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| 2.7469 | Priority creditor's name and mailing address<br>**Roy Morejon**<br>**173 Minnehonk Lake Road**<br>**Mount Vernon, ME 04352** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **$198.00**  **$198.00**

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number ____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| 2.7470 | Priority creditor's name and mailing address<br>**Roy Patel**<br>**2375 E Main St**<br>**A 106**<br>**Spartanburg, SC 29307** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **$200.00**  **$200.00**

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number ____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.7471 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Roy Schmidt**
**513 Joe Sherrod Rd**
**Bells, TN 38006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7472 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $124.00 | $124.00 |
|---|---|---|---|---|

**Ruben Echemendia**
**107 Picadilly Rd**
**Port Matilda, PA 16870**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7473 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.00 | $75.00 |
|---|---|---|---|---|

**Ruben Roy**
**171 High Ave**
**Nyack, NY 10960**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7474 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.00 | $24.00 |
|---|---|---|---|---|

**Rudy Ratliff**
**25 Pacifica Apt 5437**
**Irvine, CA 92618**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                                  Case number (if known) _____
         _____
         Name

| 2.7475 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $335.00 | $335.00 |

**Rupert Raworth**
**4747 Research Forest Dr Ste 180**
**The Woodlands, TX 77381**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7476 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $425.00 | $425.00 |

**Russ Douglas**
**15837 Se 225th Stree**
**Hawthorne, FL 32640**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7477 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.00 | $34.00 |

**Russ Fitzpatrick**
**23 Cinnamon Hills Dr**
**Franklin, NC 28734**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7478 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $93.00 | $93.00 |

**Russ Lentz**
**1515 Parkside Dr**
**Prairie Du Sac, WI 53578**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 2.7479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Russ Walton**
**4308 Tersher Dr**
**Doylestown, PA 18902**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$27.00    $27.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | |
|---|---|
| 2.7480 | Priority creditor's name and mailing address |

**Russell Best**
**1906 Windmill Drive**
**Sanford, NC 27330**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$80.00    $80.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | |
|---|---|
| 2.7481 | Priority creditor's name and mailing address |

**Russell Bittner**
**246 Allen Street**
**Apt. 1**
**Hudson, NY 12534**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$417.00    $417.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | |
|---|---|
| 2.7482 | Priority creditor's name and mailing address |

**Russell Doerk**
**5496 Benchmark Ln**
**Sanford, FL 32773**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$7,785.00    $3,350.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
|--------|-------------------------------|--|-------------------------|--|
| | Name | | | |

| 2.7483 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $132.00 | $132.00 |

**Russell Flock**
**4041 Payne Rd**
**Pleasanton, CA 94588**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7484 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**Russell Fowler**
**16102 Trivoli Cir**
**Bella Collina, FL 34756**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7485 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Russell Gilbert**
**74 Mountainview Road**
**Millburn, NJ 07041**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7486 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Russell Glickstern**
**11 Hudson Road E**
**Irvington, NY 10533**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**2.7487** | Priority creditor's name and mailing address
**Russell Lamy**
**2733 Key Largo St**
**West Sacramento, CA 95691**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$105.00    $105.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.7488** | Priority creditor's name and mailing address
**Russell Lynde**
**951 Alvarado Rd**
**Berkeley, CA 94705**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$176.00    $176.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.7489** | Priority creditor's name and mailing address
**Russell Nenon**
**399 Greenfield Rd**
**Memphis, TN 38117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$29.00    $29.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.7490** | Priority creditor's name and mailing address
**Rusty Price**
**3986 Morris Burn Dr**
**Concord, NC 28027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,293.00    $1,293.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7491 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $353.00 | $353.00 |
|---|---|---|---|---|

**Ruth Tisdale**
**39 Killane St**
**Bear, DE 19701**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7492 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |
|---|---|---|---|---|

**Ruthann Barbato**
**6108 Misty Meadow Dr**
**House Springs, MO 63051**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7493 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.00 | $62.00 |
|---|---|---|---|---|

**Ruthie Giansante**
**11 Island Ave Apt 412**
**Miami Beach, Fl**
**Miami Beach, FL 33139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7494 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $158.00 | $158.00 |
|---|---|---|---|---|

**Ryan Ahern**
**14 Harborview Dr**
**Hingham, MA 02043**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7495 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,853.00 | $3,350.00 |
|---|---|---|---|---|

**Ryan Allison
603 N Main St
Hailey, ID 83333**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7496 | Priority creditor's name and mailing address | | $78.00 | $78.00 |
|---|---|---|---|---|

**Ryan Armstrong
16806 Center Ridge Dr
Cypress, TX 77433**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7497 | Priority creditor's name and mailing address | | $22.00 | $22.00 |
|---|---|---|---|---|

**Ryan Becker
9 Bridal Rose Court
Newtown, PA 18940**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7498 | Priority creditor's name and mailing address | | $99.00 | $99.00 |
|---|---|---|---|---|

**Ryan Browning
708 Sterling Reserve
Canton, GA 30115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $335.00 | $335.00 |
|---|---|---|---|---|
| | **Ryan Buckman** | *Check all that apply.* | | |
| | **10950 Firefly Ln** | ☐ Contingent | | |
| | **Liberty, MO 64068** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes |

| 2.7500 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|
| | **Ryan Burks** | *Check all that apply.* | | |
| | **920 Stetson St** | ☐ Contingent | | |
| | **Orlando, FL 32804** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes |

| 2.7501 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $796.00 | $796.00 |
|---|---|---|---|---|
| | **Ryan Cmejrek** | *Check all that apply.* | | |
| | **99 E 86th Ave Ste A** | ☐ Contingent | | |
| | **Merrillville, IN 46410** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes |

| 2.7502 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $156.00 | $156.00 |
|---|---|---|---|---|
| | **Ryan Colker** | *Check all that apply.* | | |
| | **345 Picea View Ct** | ☐ Contingent | | |
| | **Derwood, MD 20855** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes |

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $333.00 | $333.00 |
|---|---|---|---|---|

**Ryan Cooper**
**509 Mapleleaf Dr**
**Goc450-2**
**Nashville, TN 37210**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7504 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.00 | $65.00 |
|---|---|---|---|---|

**Ryan Corbin**
**C/O Tpc Twin Cities**
**11444 Tournament Players Pkwy**
**Blaine, MN 55449**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7505 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $129.00 | $129.00 |
|---|---|---|---|---|

**Ryan Cox**
**695 Town Center Dr Ste 1200**
**Costa Mesa, CA 92626**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7506 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.00 | $36.00 |
|---|---|---|---|---|

**Ryan Deffenbaugh**
**7240 N 143 Rd E**
**Wichita, KS 67228**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.7507 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $221.00 | $221.00 |
|---|---|---|---|---|

**Ryan Dempster**
**4960 Noeline Ave**
**Encino, CA 91436**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7508 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |
|---|---|---|---|---|

**Ryan Durbin**
**3008 El Camino St**
**Bay City, TX 77414**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7509 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Ryan Evans**
**5306 Climber Ct**
**Houston, TX 77041**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7510 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $113.00 | $113.00 |
|---|---|---|---|---|

**Ryan Flanagan**
**14 Abrahams Way**
**Ipswich, MA 01938**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor     **Phoeno Wine Company, Inc.**                                     Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 2.7511 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $109.00 | $109.00 |

**2.7511** Priority creditor's name and mailing address

**Ryan Forbell**
**22 Barbados Ave**
**Toms River, NJ 08753**

As of the petition filing date, the claim is:     **$109.00**    **$109.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.7512** Priority creditor's name and mailing address

**Ryan Fuerst**
**2285 S Woodshire Ct**
**New Berlin, WI 53151**

As of the petition filing date, the claim is:     **$239.00**    **$239.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.7513** Priority creditor's name and mailing address

**Ryan Gibbons**
**2012 Port Provence Pl**
**Newport Beach, CA 92660**

As of the petition filing date, the claim is:     **$110.00**    **$110.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.7514** Priority creditor's name and mailing address

**Ryan Grant**
**4031 Haversack Dr**
**Spring Hill, TN 37174**

As of the petition filing date, the claim is:     **$195.00**    **$195.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.7515 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.00 | $36.00 |
|---|---|---|---|---|

**Ryan Griego**
**10 W Buena Ventura St**
**Colorado Springs, CO 80907**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7516 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |
|---|---|---|---|---|

**Ryan Hyler**
**73 Cooper St**
**Charleston, SC 29403**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7517 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $181.00 | $181.00 |
|---|---|---|---|---|

**Ryan Kennedy**
**7219 Autumn Ave Se**
**Snoqualmie, WA 98065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7518 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.00 | $66.00 |
|---|---|---|---|---|

**Ryan Killam**
**2651 Walnut Ave**
**Signal Hill, CA 90755**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.7519 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 | $38.00 |
|---|---|---|---|---|

**Ryan Lagomarsino**
**13273 Lagoon Way**
**Lathrop, CA 95330**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7520 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 | $200.00 |
|---|---|---|---|---|

**Ryan Lindgren**
**1845 N Halsted Street**
**Apt 3**
**Chicago, IL 60614**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7521 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $329.00 | $329.00 |
|---|---|---|---|---|

**Ryan Macfarlane**
**618 9th St NE**
**Washington, DC 20002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7522 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $141.00 | $141.00 |
|---|---|---|---|---|

**Ryan Malone**
**197 Van Vorst St Apt 309**
**Jersey City, NJ 07302**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.7523 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Ryan Mannle**
**8 Highland Ave**
**Darien, CT 06820**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7524 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |
|---|---|---|---|---|

**Ryan Marchini**
**1049 Cherrywood Ave**
**Cumberland, MD 21502**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7525 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |
|---|---|---|---|---|

**Ryan Mclaughlin**
**13516 SW 62nd Ave**
**Portland, OR 97219**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7526 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $168.00 | $168.00 |
|---|---|---|---|---|

**Ryan Meske**
**19214 Arrowhead Lake Dr**
**Cypress, TX 77433**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

| 2.7527 | Priority creditor's name and mailing address<br>**Ryan Nedrow**<br>**561 Ravensbury St**<br>**Lake Sherwood, CA 91361** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $29.00 | $29.00 |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.7528 | Priority creditor's name and mailing address<br>**Ryan Norine**<br>**3131 NE 188th St Apt 2701**<br>**Aventura, FL 33180** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $346.00 | $346.00 |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.7529 | Priority creditor's name and mailing address<br>**Ryan Northup**<br>**15354 Glenshire Dr**<br>**Truckee, CA 96161** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $61.00 | $61.00 |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.7530 | Priority creditor's name and mailing address<br>**Ryan Oconnor**<br>**180 Dakota Ave Unit C**<br>**Santa Cruz, CA 95060** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $206.00 | $206.00 |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**
_____     Case number (if known) _____
Name

| | | |
|---|---|---|

**2.7531** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$214.00** | **$214.00**

**Ryan Ohara**
**321 W 29th St Apt 2d**
**New York, NY 10001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.7532** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$99.00** | **$99.00**

**Ryan Politowicz**
**3809 Fauquier Ave**
**Richmond, VA 23227**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.7533** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$348.00** | **$348.00**

**Ryan Renner**
**8107 W Bajada Rd**
**Peoria, AZ 85383**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.7534** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$230.00** | **$230.00**

**Ryan Rey**
**23615 W Chicago St**
**Plainfield, IL 60544**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____

_____
Name

| 2.7535 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**Ryan Schroeter**
**27023 Eastvale Road**
**Palos Verdes Peninsula, CA 90274**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)
■ No
☐ Yes

---

| 2.7536 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.00 | $45.00 |

**Ryan Sciandri**
**1009 3rd Ave**
**Napa, CA 94558**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)
■ No
☐ Yes

---

| 2.7537 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |

**Ryan Scott**
**1260 Epping Ln**
**Brookhaven, GA 30319**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)
■ No
☐ Yes

---

| 2.7538 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Ryan Scott**
**406 Monegan Rd**
**Whitefish, MT 59937**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)
■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.7539 | Priority creditor's name and mailing address **Ryan Shields** **239 Thurman Ave** **Columbus, OH 43206** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $15.00   $15.00 |

Date or dates debt was incurred

Basis for the claim: **Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.7540 | Priority creditor's name and mailing address **Ryan Siegrist** **104 Telluride Ct** **Dillon, CO 80435** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $24.00   $24.00 |

Date or dates debt was incurred

Basis for the claim: **Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.7541 | Priority creditor's name and mailing address **Ryan Soules** **610 Peruvian Ct** **Nolensville, TN 37135** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $217.00   $217.00 |

Date or dates debt was incurred

Basis for the claim: **Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.7542 | Priority creditor's name and mailing address **Ryan Starks** **1581 E Normandy Blvd** **Deltona, FL 32725** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,220.00   $1,220.00 |

Date or dates debt was incurred

Basis for the claim: **Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 2.7543 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**2.7543** Priority creditor's name and mailing address

**Ryan Talley**
**5 Harrison St**
**Brentwood, NY 11717**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$28.00    $28.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.7544** Priority creditor's name and mailing address

**Ryan Taylor**
**2300 Bennett Springs Dr**
**Apr 213**
**Columbia, MO 65201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$97.00    $97.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.7545** Priority creditor's name and mailing address

**Ryan Vet**
**120 E Parrish St Ste 310**
**Durham, NC 27701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$34.00    $34.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.7546** Priority creditor's name and mailing address

**Ryan Waxse**
**2636 Bellevue Way NE Ste A**
**Bellevue, WA 98004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$70.00    $70.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)*

---

**2.7547** Priority creditor's name and mailing address
**Ryan Wesley**
**2802 Independence Rd**
**Iowa City, IA 52240**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$95.00    $95.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.7548** Priority creditor's name and mailing address
**Ryan Winkler**
**7123 Residencia**
**Newport Beach, CA 92660**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$108.00    $108.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.7549** Priority creditor's name and mailing address
**Ryan Worley**
**436 Oliver Ave S**
**Minneapolis, MN 55405**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$15.00    $15.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.7550** Priority creditor's name and mailing address
**Ryan Worobel**
**26941 Redwood Bluff Lane**
**Valencia, CA 91381**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$317.00    $317.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Case number (if known)

Name

| 2.7551 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,964.00 | $2,964.00 |

2.7551 | Priority creditor's name and mailing address
**Ryon Allen**
**184 Pinebrook Blvd**
**New Rochelle, NY 10804**

As of the petition filing date, the claim is:    $2,964.00    $2,964.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.7552 | Priority creditor's name and mailing address
**Sabine Zoelss**
**16 Bond St**
**Gloucester, MA 01930**

As of the petition filing date, the claim is:    $1,104.00    $1,104.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.7553 | Priority creditor's name and mailing address
**Safiya Boucaud**
**1901 Risborough Ct**
**Bakersfield, CA 93311**

As of the petition filing date, the claim is:    $75.00    $75.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.7554 | Priority creditor's name and mailing address
**Sagar Patel**
**3817 Zaharas Ln**
**Okemos, MI 48864**

As of the petition filing date, the claim is:    $299.00    $299.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7555 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.00 | $34.00 |
|---|---|---|---|---|

**Sage Sudbury**
**1365 S Sherman St**
**Denver, CO 80210**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7556 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|

**Sal Cerullo**
**526 W Manchester Rd**
**Syracuse, NY 13219**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7557 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.00 | $59.00 |
|---|---|---|---|---|

**Sal Garfi**
**3190 Whitney Ave**
**Bldg 4**
**Hamden, CT 06518**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7558 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |
|---|---|---|---|---|

**Sallie Exum**
**2122 Hwy 258 S**
**C/O Happy Jack, Inc**
**Snow Hill, NC 28580**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

2.7559 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00

**Sally Taylor**
**608 Broadway Unit B**
**Lubbock, TX 79401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.7560 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $99.00 | $99.00

**Salvatore Latorre**
**21 Sable Run**
**East Amherst, NY 14051**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.7561 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.00 | $78.00

**Salvatore Naso**
**1064 Queensdale Dr**
**Cary, NC 27519**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.7562 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00

**Sam Austin**
**550 Walnut Avenue SW**
**Roanoke, VA 24016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                                        Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 2.7563 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $126.00 | $126.00 |

**2.7563**

Priority creditor's name and mailing address
**Sam Blake**
**4749 Norwich Ave**
**Sherman Oaks, CA 91403**

As of the petition filing date, the claim is: **$126.00**   **$126.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.7564**

Priority creditor's name and mailing address
**Sam Cohen**
**234 Dean St**
**Brooklyn, NY 11217**

As of the petition filing date, the claim is: **$95.00**   **$95.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.7565**

Priority creditor's name and mailing address
**Sam Formica**
**403 Cherry Rd**
**Syracuse, NY 13219**

As of the petition filing date, the claim is: **$20.00**   **$20.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.7566**

Priority creditor's name and mailing address
**Sam Goldberg**
**701 W Grand**
**Apt 401**
**Chicago, IL 60614**

As of the petition filing date, the claim is: **$90.00**   **$90.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.7567 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |
|---|---|---|---|---|
| | **Sam Hoerr** | *Check all that apply.* | | |
| | **912 29th St** | ☐ Contingent | | |
| | **West Des Moines, IA 50265** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No  ☐ Yes | | |

---

| 2.7568 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.00 | $13.00 |
|---|---|---|---|---|
| | **Sam Lawhon** | *Check all that apply.* | | |
| | **911 E 25th St** | ☐ Contingent | | |
| | **Houston, TX 77009** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No  ☐ Yes | | |

---

| 2.7569 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |
|---|---|---|---|---|
| | **Sam Long** | *Check all that apply.* | | |
| | **1584 Elm St** | ☐ Contingent | | |
| | **Denver, CO 80220** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No  ☐ Yes | | |

---

| 2.7570 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.00 | $64.00 |
|---|---|---|---|---|
| | **Sam Meites** | *Check all that apply.* | | |
| | **617 7th St** | ☐ Contingent | | |
| | **Santa Monica, CA 90402** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No  ☐ Yes | | |

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.7571 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |
|---|---|---|---|---|

**Sam Stahl**
**263 Oenoke Rdg**
**New Canaan, CT 06840**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7572 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.00 | $98.00 |
|---|---|---|---|---|

**Sam Webb**
**407 Quartz Street**
**Redwood City, CA 94062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7573 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $73.00 | $73.00 |
|---|---|---|---|---|

**Samantha Best**
**3602 Noble Ave**
**Richmond, VA 23222**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7574 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.00 | $48.00 |
|---|---|---|---|---|

**Samantha Cermak**
**1023 Norwood Ct**
**Norwalk, IA 50211**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.7575 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Samantha Chiang**
**850 Beech St Unit 501**
**San Diego, CA 92101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.7576 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Samantha Flanagan**
**7906 Dimmick Rd**
**West Chester, OH 45241**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.7577 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.00 | $87.00 |
|---|---|---|---|---|

**Samantha Holway**
**904 Blackbourne Pt**
**Oak Park, CA 91377**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.7578 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**Samantha Klingelhofer**
**2243 Francisco St**
**San Francisco, CA 94123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| | |
|---|---|
| Debtor | **Phoeno Wine Company, Inc.** |
| | Name |

Case number *(if known)* _____

---

| 2.7579 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |
|---|---|---|---|---|

**Samantha Koschalk**
**1006 Forbes Rd**
**Fort Mill, SC 29707**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7580 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.00 | $52.00 |
|---|---|---|---|---|

**Samantha Schoech**
**1682 44th Ave**
**San Francisco, CA 94122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7581 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.00 | $55.00 |
|---|---|---|---|---|

**Sameer Brahmavar**
**4616 W 70th St**
**Prairie Village, KS 66208**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7582 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |
|---|---|---|---|---|

**Sameer Pandit**
**105 Yarrow Cir**
**Dayton, NJ 08810**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known)

---

| 2.7583 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $132.00 | $132.00 |

**Sameer Shah**
**4382 Pepperdine Place**
**Yorba Linda, CA 92886**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7584 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |

**Sami Rusani**
**915 Cowper St**
**Palo Alto, CA 94301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7585 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $167.00 | $167.00 |

**Samir Yajnik**
**3952 Coral Heights Way**
**Oakland Park, FL 33308**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7586 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,096.00 | $2,096.00 |

**Samiran Dwivedi**
**312 Dolcetto Ct**
**Lakeway, TX 78738**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                    Case number *(if known)*
_____
Name

| 2.7587 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.00 | $52.00 |

**Samson Riel**
**510 Spring St**
**Sausalito, CA 94965**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7588 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $289.00 | $289.00 |

**Samuel Brown**
**910 N Welo St Apt 311**
**Tioga, ND 58852**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7589 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.00 | $81.00 |

**Samuel Costello**
**21450 Little Meadow Ln**
**Redding, CA 96002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7590 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Samuel Reiken**
**9036 Lakes Boulevard**
**West Palm Beach, FL 33412**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.7591 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,901.00 | $1,901.00 |
|---|---|---|---|---|
| | **Samuel Weeman** | Check all that apply. | | |
| | **5700 SW 107th St** | ☐ Contingent | | |
| | **Pinecrest, FL 33156** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

---

| 2.7592 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $142.00 | $142.00 |
|---|---|---|---|---|
| | **Sanand Parikh** | Check all that apply. | | |
| | **95 Goodwin Dr** | ☐ Contingent | | |
| | **North Brunswick, NJ 08902** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

---

| 2.7593 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $324.00 | $324.00 |
|---|---|---|---|---|
| | **Sandeep Soin** | Check all that apply. | | |
| | **127 Blazey Rd** | ☐ Contingent | | |
| | **Victor, NY 14564** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

---

| 2.7594 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $189.00 | $189.00 |
|---|---|---|---|---|
| | **Sandra Betner** | Check all that apply. | | |
| | **38 E Woods Rd** | ☐ Contingent | | |
| | **Roxbury, CT 06783** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.7595 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |
|---|---|---|---|---|

**Sandra Decker**
**67 Westwood Dr**
**Easton, CT 06612**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7596 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,021.00 | $1,021.00 |
|---|---|---|---|---|

**Sandra Hughes**
**5912 Spencer Hwy**
**Pasadena, TX 77505**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7597 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $168.00 | $168.00 |
|---|---|---|---|---|

**Sandra Mann**
**476 Eastern Isle Avenue**
**Summerville, SC 29486**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7598 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $96.00 | $96.00 |
|---|---|---|---|---|

**Sandra Mcdowell**
**3131 County Road 1245**
**Savoy, TX 75479**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 2.7599 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**Sandra Ragsdale**
**573 Gresham Ave**
**Sunnyvale, CA 94085**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.7600 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $584.00 | $584.00 |

**Sandra Schultz**
**200 Cramer Mountain Rd**
**C/O Guard House Cramer Mtn**
**Cramerton, NC 28032**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.7601 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $94.00 | $94.00 |

**Sandra Walston**
**934 Buckingham Rd**
**Trent Woods, NC 28562**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.7602 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $107.00 | $107.00 |

**Sandra Zamora**
**1023 E Canton Rd**
**Edinburg, TX 78539**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.7603 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $508.00 | $508.00 |
|---|---|---|---|---|

**Sandy Glovinsky**
**4008 Poor Ridge Rd**
**Kitty Hawk, NC 27949**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7604 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Sandy Hanover**
**969 W Placita El Cueto**
**Green Valley, AZ 85622**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7605 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $535.00 | $535.00 |
|---|---|---|---|---|

**Sandy Hosford**
**505 Hager Dr**
**Ocoee, FL 34761**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7606 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.00 | $53.00 |
|---|---|---|---|---|

**Sandy Jones**
**296 Rutledge Dr**
**Red Bank, NJ 07701**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
| | Name | | |

---

| 2.7607 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.00 | $31.00 |
| | **Sanem Ahearn** | *Check all that apply.* | | |
| | **2908 Sombrosa St** | ☐ Contingent | | |
| | **Carlsbad, CA 92009** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No ☐ Yes | | |

---

| 2.7608 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,774.00 | $1,774.00 |
| | **Sanford Tavelli** | *Check all that apply.* | | |
| | **13 Meadow Lane** | ☐ Contingent | | |
| | **Southwick, MA 01077** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No ☐ Yes | | |

---

| 2.7609 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $79.00 | $79.00 |
| | **Sang Yoo** | *Check all that apply.* | | |
| | **13 Glamford Ave** | ☐ Contingent | | |
| | **Port Washington, NY 11050** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No ☐ Yes | | |

---

| 2.7610 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 | $38.00 |
| | **Sanjay Mehta** | *Check all that apply.* | | |
| | **2156 Dogwood Ranch Ave** | ☐ Contingent | | |
| | **Henderson, NV 89052** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No ☐ Yes | | |

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| 2.7611 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.00 | $87.00 |

**Santhya Pillai**
**10143 Cypress Path**
**Missouri City, TX 77459**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7612 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Santiago Formoso**
**6 Minor Ct**
**Denville, NJ 07834**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7613 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |

**Sapan Mehta**
**2634 Emmitsburg Rd**
**Aspire Hotel**
**Gettysburg, PA 17325**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7614 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |

**Sara Carter**
**3929 Bagua Ct**
**Las Vegas, NV 89129**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| 2.7615 | Priority creditor's name and mailing address |

| 2.7615 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $181.00 | $181.00 |
|---|---|---|---|---|

**Sara Clymer**
**1400 E Colonial Dr**
**Salisbury, NC 28144**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$181.00   $181.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

2.7616   Priority creditor's name and mailing address

**Sara Davenport**
**11583 Huston St**
**North Hollywood, CA 91601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$375.00   $375.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

2.7617   Priority creditor's name and mailing address

**Sara Delarosa**
**4315 Griffin Park Dr**
**C/O Sara De La Rosa**
**San Antonio, TX 78251**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,404.00   $1,404.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

2.7618   Priority creditor's name and mailing address

**Sara Frazier**
**4029 Cooper Ln**
**Cody, WY 82414**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$228.00   $228.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

| 2.7619 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.00 | $62.00 |

**Sara Guinea**
**1701 Hermann Dr Apt 18g**
**Houston, TX 77004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7620 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.00 | $64.00 |

**Sara Hutchinson**
**2472 Trio Falls Dr**
**Loveland, CO 80538**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7621 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |

**Sara Kirkwood**
**36 Elberta Rd**
**Maplewood, NJ 07040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7622 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |

**Sara Lafontaine**
**1713 S Shamrock Dr**
**Spokane Valley, WA 99016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)*  _____
_____
Name

| | | |
|---|---|---|
| 2.7623 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: **$84.00**   **$84.00** |

**Sara Mogensen**
**14662 Walcott Ave**
**Orlando, FL 32827**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7624 | Priority creditor's name and mailing address | **$18.00**   **$18.00** |

**Sara Oliveto**
**1155 Kingston Dr**
**Atlanta, GA 30342**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7625 | Priority creditor's name and mailing address | **$171.00**   **$171.00** |

**Sara Ross**
**367 Davis St**
**Northborough, MA 01532**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7626 | Priority creditor's name and mailing address | **$20.00**   **$20.00** |

**Sara Shillinglaw**
**15 Damaris Dr**
**Yarmouth Port, MA 02675**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                         Case number (if known) _____
           _____
           Name

| 2.7627 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $152.00 | $152.00 |

**Sara Torres**
**334 Padre Blvd Apt 701**
**South Padre Island, TX 78597**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.7628 | Priority creditor's name and mailing address | $413.00 | $413.00 |

**Sara Vanmeter**
**715 W State Road 434 Ste J**
**Longwood, FL 32750**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.7629 | Priority creditor's name and mailing address | $81.00 | $81.00 |

**Sarah Arnold**
**5904 Lehman Way**
**Austin, TX 78747**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.7630 | Priority creditor's name and mailing address | $371.00 | $371.00 |

**Sarah Barr**
**122 Rosewood Dr**
**Cloverdale, CA 95425**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (*if known*)

| 2.7631 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $138.00 | $138.00 |
|---|---|---|---|---|

**Sarah Benoit**
**78499 Blackstone Court**
**Bermuda Dunes, CA 92203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7632 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $464.00 | $464.00 |
|---|---|---|---|---|

**Sarah Bluto**
**10924 Mobberley Cir**
**Orlando, FL 32832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7633 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68.00 | $68.00 |
|---|---|---|---|---|

**Sarah Bonebrake**
**29664 127th Pl Se**
**Auburn, WA 98092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7634 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 | $50.00 |
|---|---|---|---|---|

**Sarah Boyd**
**550 N 800 E**
**Jerome, ID 83338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____

_____
Name

| 2.7635 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Sarah Comunale**
**16032 Enclaves Cove Dr**
**N Fort Myers, FL 33917**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.7636 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,108.00 | $1,108.00 |
|---|---|---|---|---|

**Sarah Dill**
**6315 17th Ave SW**
**Seattle, WA 98106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.7637 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $186.00 | $186.00 |
|---|---|---|---|---|

**Sarah Dill**
**6315 17th Ave SW**
**Seattle, WA 98106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.7638 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 | $150.00 |
|---|---|---|---|---|

**Sarah Donnolly**
**801 W Clay St**
**Mt Pleasant, IA 52641**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.7639 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.00 | $64.00 |
|---|---|---|---|---|

**Sarah Duncan**
**515 W Market St**
**Hellam, PA 17406**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7640 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.00 | $85.00 |
|---|---|---|---|---|

**Sarah Earls-Cowart**
**8831 Bent Spur Ln**
**Houston, TX 77064**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7641 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|

**Sarah East**
**2041 Liberty Lane**
**Gallatin, TN 37066**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7642 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $492.00 | $492.00 |
|---|---|---|---|---|

**Sarah Egbert**
**2213 Hillsview Ct**
**Augusta, GA 30909**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.7643** | Priority creditor's name and mailing address

**Sarah Garratt**
**2412 Alsop Ct**
**Reston, VA 20191**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$22.00    $22.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.7644** | Priority creditor's name and mailing address

**Sarah Ghanta**
**282 S 5th St Apt 4f**
**Brooklyn, NY 11211**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$251.00    $251.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.7645** | Priority creditor's name and mailing address

**Sarah Gillette**
**3659 Copper Oak Cir**
**Green Bay, WI 54313**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$47.00    $47.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.7646** | Priority creditor's name and mailing address

**Sarah Greuter**
**5721 Louise Ln**
**Austin, TX 78757**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$584.00    $584.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.7647 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Sarah Hakes**
**233 W Andrew Potter St**
**Corona De Tucson, AZ 85641**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7648 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $270.00 | $270.00 |
|---|---|---|---|---|

**Sarah Hnath**
**105 Harbor Dr**
**110**
**Stamford, CT 06902**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7649 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.00 | $55.00 |
|---|---|---|---|---|

**Sarah Hulsey**
**5625 Old Farm Ter**
**Colorado Springs, CO 80917**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7650 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.00 | $27.00 |
|---|---|---|---|---|

**Sarah Lephart**
**1426 Valencia Rd**
**Niskayuna, NY 12309**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.7651 | Priority creditor's name and mailing address | |

**Sarah Macdonald**
**3 Ayreshire Court**
**Suffield, CT 06078**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$78.00    $78.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| 2.7652 | Priority creditor's name and mailing address | |

**Sarah Mayes**
**706 Vanosdale Rd**
**Knoxville, TN 37909**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$38.00    $38.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| 2.7653 | Priority creditor's name and mailing address | |

**Sarah Oxholm**
**95 Wall St Apt 1604**
**New York, NY 10005**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$54.00    $54.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| 2.7654 | Priority creditor's name and mailing address | |

**Sarah Peterson**
**1068 H Ave**
**Nevada, IA 50201**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$85.00    $85.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.7655 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $277.00 | $277.00 |
|---|---|---|---|---|

**Sarah Roth**
**3125 Trafalgar St**
**New Orleans, LA 70119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

☑ No
☐ Yes

---

| 2.7656 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28.00 | $28.00 |
|---|---|---|---|---|

**Sarah Spratt**
**92 Cuyahoga Rd**
**Lake Worth, FL 33467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

☑ No
☐ Yes

---

| 2.7657 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 | $50.00 |
|---|---|---|---|---|

**Sarah Thompson**
**8180 South Valdai Court**
**Aurora, CO 80016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

☑ No
☐ Yes

---

| 2.7658 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33.00 | $33.00 |
|---|---|---|---|---|

**Sarah Vahey**
**58 N Chicago St Ste 600**
**Joliet, IL 60432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

☑ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.7659 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $588.00 | $588.00 |
|---|---|---|---|---|

**Sarah Vogel**
**305 Leah Miller Dr Nw**
**Fort Walton Beach, FL 32548**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7660 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $108.00 | $108.00 |
|---|---|---|---|---|

**Sarah White**
**3 Lawrence St**
**Cambridge, MA 02139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7661 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $117.00 | $117.00 |
|---|---|---|---|---|

**Sarah Wilbur**
**3574 Desert Cliff St Unit 204**
**Las Vegas, NV 89129**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7662 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $73.00 | $73.00 |
|---|---|---|---|---|

**Sarahl Stankey**
**2827 Charing Rd Apt C**
**Upper Arlington, OH 43221**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor     **Phoeno Wine Company, Inc.**                                      Case number *(if known)* _____

_____
Name

| | | |
|---|---|---|
| 2.7663 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Sarang Vora**
**456 Hartford Dr**
**Nutley, NJ 07110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$32.00     $32.00

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7664 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Sari Schulberg**
**24 E Sapphire Ln**
**Spokane, WA 99208**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$91.00     $91.00

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7665 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Sariheidy Acuna**
**21 1st Ave Apt 123**
**Key Largo, FL 33037**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$20.00     $20.00

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7666 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Sarita Dsouza**
**2841 Illinois Rd**
**Wilmette, IL 60091**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$28.00     $28.00

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 2.7667 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $97.00 | $97.00 |

**Sarrah Bechor**
**320 53rd Street**
**Apt. 204**
**West New York, NJ 07093**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7668 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.00 | $88.00 |

**Sascha Illyvich**
**3537 Clubhouse Cir E Apt F**
**Decatur, GA 30032**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7669 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |

**Sascha Rizzo**
**1100 S Orlando Ave**
**Apt 456**
**Maitland, FL 32751**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7670 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $672.00 | $672.00 |

**Sasha Gustin**
**2030 Lombard St #1**
**Apt, Suite, Bldg. (Optional)**
**San Francisco, CA 94123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number _(if known)_ | |
|---|---|---|---|---|
| | Name | | | |

| 2.7671 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 | $38.00 |
|---|---|---|---|---|

**Sasha Reyes**
**2930 E Brown Rd**
**3**
**Mesa, AZ 85213**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7672 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $148.00 | $148.00 |
|---|---|---|---|---|

**Satish Kambalimath**
**9721 Cinnabar Trail**
**Austin, TX 78726**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7673 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Saul Gruber**
**19972 NE 5th Court**
**Miami, FL 33179**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7674 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $103.00 | $103.00 |
|---|---|---|---|---|

**Savanna Speciale**
**2311 Mid Ln Apt 710**
**Houston, TX 77027**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 2.7675 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |

**Savannah Carr**
**20600 Ventura Blvd Unit 2339**
**Woodland Hills, CA 91364**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7676 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.00 | $77.00 |

**Scallon Jean**
**3419 N Jeralie Ct**
**Bloomington, IN 47404**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7677 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $144.00 | $144.00 |

**Scot Brown**
**2241 Country Cottage Ct**
**Las Vegas, NV 89117**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7678 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $326.00 | $326.00 |

**Scott Adams**
**1150 Hungryneck Blvd Ste C153**
**Mt Pleasant, SC 29464**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.7679 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |
|---|---|---|---|---|

**Scott Alford**
**45 Round Hill Road**
**Boston, VA 22713**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7680 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 | $38.00 |
|---|---|---|---|---|

**Scott Andersen**
**11721 Firefly Woods Dr Se**
**Lowell, MI 49331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7681 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,044.00 | $1,044.00 |
|---|---|---|---|---|

**Scott Barker**
**845 N State St**
**Chicago, IL 60610**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7682 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**Scott Barnes**
**108 Norton Pond Rd**
**Lincolnville, ME 04849**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.7683 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $74.00 | $74.00 |
|---|---|---|---|---|

**Scott Bauer**
**1212 Del Monte Blvd.**
**Pacific Grove, CA 93950**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7684 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $600.00 | $600.00 |
|---|---|---|---|---|

**Scott Beatty**
**2113 Elm Creek Ln**
**Flower Mound, TX 75028**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7685 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|

**Scott Bobbitt**
**126 Sperry Ln**
**Meriden, CT 06451**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7686 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Scott Bowman**
**604 Medallion Dr**
**Waxhaw, NC 28173**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)* _____

| 2.7687 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |

**Scott Brewster**
**518 South 2nd St**
**Denton, MD 21629**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7688 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $123.00 | $123.00 |

**Scott Bruce**
**2757 Dolphin Bnd**
**Chico, CA 95973**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7689 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Scott Burrer**
**8600 Hempstead**
**Houston, TX 77008**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7690 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $321.00 | $321.00 |

**Scott Call**
**Viz Media Llc**
**1355 Market Street,  Ste 200**
**San Francisco, CA 94103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
        Name

| 2.7691 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $360.00 | $360.00 |

**Scott Campbell**
**628 1/2 Alarid St Rear**
**Santa Fe, NM 87505**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7692 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $769.00 | $769.00 |

**Scott Chapman**
**3071 Calle Mariposa**
**Santa Barbara, CA 93105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7693 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.00 | $41.00 |

**Scott Collen**
**3714 Northview Ln**
**Dallas, TX 75229**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7694 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $96.00 | $96.00 |

**Scott Cowan**
**503 Red Coat Ln**
**Phoenixville, PA 19460**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                          Case number *(if known)* _____

Name

| 2.7695 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $138.00 | $138.00 |

**Scott Darling**
**655 Merlot Ct**
**Pleasanton, CA 94566**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7696 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Scott Davis**
**2017 S Parkwood Dr**
**Harlingen, TX 78550**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7697 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |

**Scott Eads**
**470 Fillmore St.**
**Harpers Ferry, WV 25425**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7698 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |

**Scott Edwards**
**1846 W Amador Ave**
**Las Cruces, NM 88005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 2.7699 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $308.00 | $308.00 |

**Scott Eggleston**
**222 Broadway Ave E**
**Mattoon, IL 61938**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7700 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.00 | $125.00 |

**Scott Eldridge**
**8907 Alendale Rd**
**Henrico, VA 23229**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7701 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Scott Fleckenstein**
**1530 E Williams Field Rd Ste 201**
**Gilbert, AZ 85295**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7702 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Scott Frymire**
**762 Adams Cir**
**Yardley, PA 19067**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.7703 | Priority creditor's name and mailing address<br>**Scott Gareiss**<br>**366 S Cross Creek Way**<br>**Columbia City, IN 46725** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $29.00  $29.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.7704 | Priority creditor's name and mailing address<br>**Scott Genthner**<br>**2014 E Hickory Hill Rd Ste 35st**<br>**Argyle, TX 76226** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $153.00  $153.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.7705 | Priority creditor's name and mailing address<br>**Scott Gold**<br>**140 E 56th St Apt 14f**<br>**New York, NY 10022** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00  $300.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.7706 | Priority creditor's name and mailing address<br>**Scott Griffin**<br>**124 Medearis Dr**<br>**Charlotte, NC 28211** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $325.00  $325.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| **2.7707** Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.7707** Priority creditor's name and mailing address
**Scott Havericak**
**5900 N Andrews Ave Ste 100**
**Fort Lauderdale, FL 33309**

As of the petition filing date, the claim is: $105.00   $105.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.7708** Priority creditor's name and mailing address
**Scott Hawker**
**10424 Mile Post Loop**
**Fountain, CO 80817**

As of the petition filing date, the claim is: $30.00   $30.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.7709** Priority creditor's name and mailing address
**Scott Heckman**
**8637 Olin St Apt 1**
**Los Angeles, CA 90034**

As of the petition filing date, the claim is: $2,652.00   $2,652.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.7710** Priority creditor's name and mailing address
**Scott Herring**
**1744 Montgomery Cir**
**Longmont, CO 80504**

As of the petition filing date, the claim is: $445.00   $445.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.7711 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|

**Scott Hibner**
**5363 Reds Way**
**Howell, MI 48855**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7712 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $136.00 | $136.00 |
|---|---|---|---|---|

**Scott Hines**
**12033 Hawthorn Ridge**
**None**
**Fishers, IN 46037**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7713 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |
|---|---|---|---|---|

**Scott Horner**
**4115 Bella Isle Cir**
**Kissimmee, FL 34746**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7714 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $121.00 | $121.00 |
|---|---|---|---|---|

**Scott Horst**
**1005 Sitka Spruce Ln**
**Sykesville, MD 21784**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**       Case number (if known) _____

Name

---

| 2.7715 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |

**Scott House**
**1305 Bocage Cv Apt 204**
**Memphis, TN 38103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7716 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $909.00 | $909.00 |

**Scott Hughes**
**4925 Girard Ave N**
**Minneapolis, MN 55430**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7717 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,353.00 | $1,353.00 |

**Scott Humphrey**
**1279 Millcreek Run**
**Webster, NY 14580**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7718 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $245.00 | $245.00 |

**Scott Jankowski**
**3413 Maple Ridge Drive**
**Wood River, IL 62095**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| 2.7719 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $151.00 | $151.00 |

**Scott Kraege**
**5855 Brookwood Rd**
**Indianapolis, IN 46226**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7720 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Scott Kustarz**
**46832 Hampton Dr**
**Shelby Township, MI 48315**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7721 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |

**Scott Landstrom**
**1576 Oak Canyon Drive**
**San Jose, CA 95120**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7722 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.00 | $375.00 |

**Scott Lazarz**
**14 Masthead Ln**
**East Hampton, NY 11937**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
| | Name | | |

---

| 2.7723 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
| | **Scott Lebeck** | *Check all that apply.* | | |
| | **1464 Enterprise Blvd** | ☐ Contingent | | |
| | **West Sacramento, CA 95691** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

---

| 2.7724 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |
| | **Scott Lovett** | *Check all that apply.* | | |
| | **464 Hill St** | ☐ Contingent | | |
| | **Dubuque, IA 52001** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

---

| 2.7725 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $398.00 | $398.00 |
| | **Scott Lukemire** | *Check all that apply.* | | |
| | **5125 Romohr Rd Cinti Oh 45244** | ☐ Contingent | | |
| | **Cincinnati, OH 45244** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

---

| 2.7726 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $427.00 | $427.00 |
| | **Scott Marks** | *Check all that apply.* | | |
| | **1040 James Estate Ln** | ☐ Contingent | | |
| | **Hendersonville, NC 28739** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

---

Debtor **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

| 2.7727 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.00 | $47.00 |
|---|---|---|---|---|

**Scott Masarky**
**23 Hanover Pl Nw**
**Washington, DC 20001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7728 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.00 | $62.00 |
|---|---|---|---|---|

**Scott Mcguire**
**8530 Veterans Hwy Ste 300**
**Millersville, MD 21108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7729 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.00 | $42.00 |
|---|---|---|---|---|

**Scott Mcmahon**
**242 Roosevelt Way**
**San Francisco, CA 94114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7730 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $148.00 | $148.00 |
|---|---|---|---|---|

**Scott Mickle**
**612 River Crane St**
**Bradenton, FL 34212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.7731 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $374.00 | $374.00 |
|---|---|---|---|---|

**Scott Mikulecky**
**200 W County Line Rd Ste 240**
**Highlands Ranch, CO 80129**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7732 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $491.00 | $491.00 |
|---|---|---|---|---|

**Scott Miller**
**3018 Prescott Falls Dr**
**Jacksonville, FL 32224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7733 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |
|---|---|---|---|---|

**Scott Poag**
**3335 Walton Way**
**Augusta, GA 30909**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7734 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $106.00 | $106.00 |
|---|---|---|---|---|

**Scott Prawalsky**
**25332 China Hollow Rd**
**Auburn, CA 95602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

| | |
|---|---|
| 2.7735 | Priority creditor's name and mailing address |

**Scott Prulhiere**
**15475 N 84th St**
**Yam Managment, Llc**
**Scottsdale, AZ 85260**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**

Is the claim subject to offset?
■ No
☐ Yes

**$69.00**    **$69.00**

---

| | |
|---|---|
| 2.7736 | Priority creditor's name and mailing address |

**Scott Reifenberger**
**540 N College Ave**
**Indianapolis, IN 46202**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**

Is the claim subject to offset?
■ No
☐ Yes

**$66.00**    **$66.00**

---

| | |
|---|---|
| 2.7737 | Priority creditor's name and mailing address |

**Scott Robertson**
**199 Freeman Farm Rd**
**Duncan, SC 29334**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**

Is the claim subject to offset?
■ No
☐ Yes

**$207.00**    **$207.00**

---

| | |
|---|---|
| 2.7738 | Priority creditor's name and mailing address |

**Scott Rognlie**
**3170 S Bay Star Way**
**Meridian, ID 83642**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**

Is the claim subject to offset?
■ No
☐ Yes

**$150.00**    **$150.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.7739 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|
| | **Scott Royle** | Check all that apply. | | |
| | **133 Aberdeen Rd Apt 10** | ☐ Contingent | | |
| | **Aberdeen, NJ 07747** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☒ No

☐ Yes

---

| 2.7740 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $324.00 | $324.00 |
|---|---|---|---|---|
| | **Scott Sanders** | Check all that apply. | | |
| | **13201 Amelias Grove Ct** | ☐ Contingent | | |
| | **Bowie, MD 20720** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☒ No

☐ Yes

---

| 2.7741 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,294.00 | $3,294.00 |
|---|---|---|---|---|
| | **Scott Schmeck** | Check all that apply. | | |
| | **1738 Arthur St** | ☐ Contingent | | |
| | **Klamath Falls, OR 97603** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☒ No

☐ Yes

---

| 2.7742 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|
| | **Scott Schmidt** | Check all that apply. | | |
| | **6979 Brian Dr** | ☐ Contingent | | |
| | **Centerville, MN 55038** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☒ No

☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**    Case number *(if known)* _____

_____
Name

| | |
|---|---|
| 2.7743 | Priority creditor's name and mailing address |

**Scott Schropp**
**556 Gatlin Creek Road**
**Dripping Springs, TX 78620**

As of the petition filing date, the claim is:    $27.00    $27.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| 2.7744 | Priority creditor's name and mailing address |

**Scott Scott**
**7323 Overhill Ln**
**Custer, WI 54423**

As of the petition filing date, the claim is:    $123.00    $123.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| 2.7745 | Priority creditor's name and mailing address |

**Scott Seaborn**
**4714 Foulk Ln**
**Saint Louis, MO 63128**

As of the petition filing date, the claim is:    $58.00    $58.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| 2.7746 | Priority creditor's name and mailing address |

**Scott Showers**
**10726 County Road 5280**
**Rolla, MO 65401**

As of the petition filing date, the claim is:    $57.00    $57.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.7747 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |

**Scott Siekawitch**
**6912 32nd Ave Nw**
**Seattle, WA 98117**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7748 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $172.00 | $172.00 |

**Scott Smith**
**2086 Westville Lake Rd**
**Beloit, OH 44609**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7749 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $134.00 | $134.00 |

**Scott Smith**
**74 Overlook Dr**
**New Canaan, CT 06840**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7750 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $881.00 | $881.00 |

**Scott Stewart**
**9919 E Groner Ave**
**Baton Rouge, LA 70809**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____  Case number *(if known)* _____
Name

| 2.7751 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $365.00 | $365.00 |
|---|---|---|---|---|

**Scott Sulman**
**2916 Crosstie Ln**
**Chesapeake, VA 23323**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7752 | Priority creditor's name and mailing address | | $180.00 | $180.00 |
|---|---|---|---|---|

**Scott Thompson**
**8941 Weaver Lake Dr**
**Pequot Lakes, MN 56472**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7753 | Priority creditor's name and mailing address | | $68.00 | $68.00 |
|---|---|---|---|---|

**Scott Underwood**
**4312 Union St**
**Raleigh, NC 27609**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7754 | Priority creditor's name and mailing address | | $28.00 | $28.00 |
|---|---|---|---|---|

**Scott Vanpelt**
**5604 Clarion Cv**
**Austin, TX 78746**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.7755** | Priority creditor's name and mailing address
**Scott Wattenbarger**
**7801 Penny Marie Ave**
**Bakersfield, CA 93308**

As of the petition filing date, the claim is: **$29.00** **$29.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.7756** | Priority creditor's name and mailing address
**Scott Weinstein**
**2001 N Ocean Blvd Apt 902s**
**Boca Raton, FL 07647**

As of the petition filing date, the claim is: **$28.00** **$28.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.7757** | Priority creditor's name and mailing address
**Scott Welle**
**6870 E River Road**
**Tucson, AZ 85750**

As of the petition filing date, the claim is: **$92.00** **$92.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.7758** | Priority creditor's name and mailing address
**Scott Yusavage**
**48 Grant Ave Ste 100**
**Pittsburgh, PA 15223**

As of the petition filing date, the claim is: **$439.00** **$439.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.7759 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** | **$60.00** |
|---|---|---|---|---|

**Scott Zimbelman**
**4229 S 252nd St**
**Kent, WA 98032**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.7760 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$206.00** | **$206.00** |
|---|---|---|---|---|

**Scottd Galkin**
**711 Amboy Avenue**
**Woodbridge, NJ 07095**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.7761 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$238.00** | **$238.00** |
|---|---|---|---|---|

**Scotty Pace**
**2507 Marsden Way**
**Waxhaw, NC 28173**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.7762 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19.00** | **$19.00** |
|---|---|---|---|---|

**Sean Arent**
**2615 Riverside Dr**
**Grand Island, NE 68801**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 2.7763 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |
|---|---|---|---|---|

**Sean Ballard**
**43430 State Highway 74 Ste F**
**Pmb 264**
**Hemet, CA 92544**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7764 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $144.00 | $144.00 |
|---|---|---|---|---|

**Sean Bucalo**
**215 East 76th St**
**3d**
**New York, NY 10021**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7765 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.00 | $77.00 |
|---|---|---|---|---|

**Sean Cahoon**
**1655 Mission St Unit 1045**
**San Francisco, CA 94103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7766 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Sean Carmody**
**363 West Rd**
**New Canaan, CT 06840**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                 Case number (if known) _____
_____
Name

---

| 2.7767 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.00 | $70.00 |

**Sean Clerget**
**4001 9th St. N. Apt. 1904**
**Arlington, VA 22203**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7768 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $127.00 | $127.00 |

**Sean Conner**
**3825 Raney Rd**
**Titusville, FL 32780**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7769 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.00 | $66.00 |

**Sean Correa**
**2521 Deep Harbor Ln**
**Santa Rosa, CA 95407**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7770 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $280.00 | $280.00 |

**Sean Degon**
**6230 Abington Way**
**Houston, TX 77008**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7771 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $641.00 | $641.00 |
|---|---|---|---|---|

**Sean Fogarty**
**1818 Thackeray Rd**
**Madison, WI 53704**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7772 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $179.00 | $179.00 |
|---|---|---|---|---|

**Sean Hennessy**
**3535 Griffith Park Blvd**
**Los Angeles, CA 90027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7773 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.00 | $78.00 |
|---|---|---|---|---|

**Sean Hogan**
**2066 Circle Place Drive**
**Lake Worth, FL 33462**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7774 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $286.00 | $286.00 |
|---|---|---|---|---|

**Sean Kester**
**2150 Taylor St**
**#5**
**San Francisco, CA 94133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 2.7775 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $307.00 | $307.00 |

**Sean Levesque**
**2006 Indian Creek Rd**
**Austin, TX 78734**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7776 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $161.00 | $161.00 |

**Sean Linehan**
**3160 36th Street, Apt 3c**
**Astoria, NY 11106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7777 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $517.00 | $517.00 |

**Sean Ludlow**
**8166 Ludlow Dr**
**Cook, MN 55723**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7778 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.00 | $54.00 |

**Sean Mcmulkin**
**125 Pinelawn Rd**
**Melville, NY 11747**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 2.7779 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |

**Sean Mercer**
**822 NE Hidden Valley Dr Unit 2**
**Bend, OR 97701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.7780 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,230.00 | $1,230.00 |

**Sean Palumbo**
**582 Bishops Gate**
**New Lenox, IL 60451**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.7781 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.00 | $64.00 |

**Sean Rieber**
**390 Broadway**
**Monticello, NY 12701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.7782 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.00 | $21.00 |

**Sean Sutton**
**7 Cherry Tree Ln**
**North Attleboro, MA 02760**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                    Case number (if known) _____
_____
Name

| 2.7783 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $216.00 | $216.00 |

**Sean Theriault**
**6316 Pickens St**
**Houston, TX 77007**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7784 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $187.00 | $187.00 |

**Sean Trail**
**3940 Tartan Trl**
**Virginia Beach, VA 23456**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7785 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Sebasti n Tomich**
**20 Bayard St Apt 15b**
**Brooklyn, NY 11211**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7786 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.00 | $24.00 |

**Sebastian Martinez-Christensen**
**8920 SW 68 Street**
**Miami, FL 33173**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7787 | Priority creditor's name and mailing address<br>**Sebastian Skokan**<br>**5206 Laree Ct**<br>**Missoula, MT 59803** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $190.00 | $190.00 |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.7788 | Priority creditor's name and mailing address<br>**Sebastien Cotte**<br>**1862 Millstone Trail**<br>**Stone Mountain, GA 30087** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $30.00 | $30.00 |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.7789 | Priority creditor's name and mailing address<br>**Sebastien Lemercier**<br>**1347 Sutherland Street**<br>**Los Angeles, CA 90026** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $155.00 | $155.00 |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.7790 | Priority creditor's name and mailing address<br>**Seema Harichand-Herdt**<br>**1792 S 40th Ct**<br>**West Des Moines, IA 50265** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $194.00 | $194.00 |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

_____
Name

Case number (if known) _____

| 2.7791 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.00 | $64.00 |

**Seema Madhavan**
**235 W 103rd St**
**New York, NY 10025**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7792 | Priority creditor's name and mailing address | | $85.00 | $85.00 |

**Selena Proctor**
**6 Hidden Greens Dr**
**Saco, ME 04072**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7793 | Priority creditor's name and mailing address | | $106.00 | $106.00 |

**Selina Alvarez**
**3552 Kirkwood Dr # 2**
**San Jose, CA 95117**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7794 | Priority creditor's name and mailing address | | $84.00 | $84.00 |

**Sem Martinez**
**28210 Constellation Rd**
**Valencia, CA 91355**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (*if known*) _____

Name

| 2.7795 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.00 | $66.00 |
|---|---|---|---|---|

**Serena Kung**
**9126 S 5th Ave**
**Inglewood, CA 90305**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7796 | Priority creditor's name and mailing address | | $128.00 | $128.00 |
|---|---|---|---|---|

**Serge Mihnovets**
**135 Minuteman Circle**
**Allentown, NJ 08501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7797 | Priority creditor's name and mailing address | | $3,857.00 | $3,350.00 |
|---|---|---|---|---|

**Sergei Zaslavsky**
**11915 Renwood Ln**
**Rockville, MD 20852**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7798 | Priority creditor's name and mailing address | | $17.00 | $17.00 |
|---|---|---|---|---|

**Sergey Kutsaev**
**1717 Stewart St**
**Santa Monica, CA 90404**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor  **Phoeno Wine Company, Inc.**
_____     Case number (if known) _____
       Name

| 2.7799 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $116.00 | $116.00 |

**Sergio Laprade-Velasco**
**828 Osito Pl**
**Santa Fe, NM 87505**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7800 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $245.00 | $245.00 |

**Sergio Letelier**
**5129 Longmont Drive**
**Houston, TX 77056**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7801 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.00 | $54.00 |

**Sergio Suun**
**69 Spyglass Dr**
**Columbine Valley, CO 80123**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7802 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $93.00 | $93.00 |

**Setareh Delcambre**
**123 Edgewood Terrace**
**Lafayette, LA 70506**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* _____ |
| | Name | |

| | | | |
|---|---|---|---|
| 2.7803 | Priority creditor's name and mailing address<br>**Seth Crowder**<br>**5833 Norwaldo Ave**<br>**Indianapolis, IN 46220** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$441.00**   **$441.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.7804 | Priority creditor's name and mailing address<br>**Seth Dorfman**<br>**10576 Cushdon Ave**<br>**Los Angeles, CA 90064** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$425.00**   **$425.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.7805 | Priority creditor's name and mailing address<br>**Seth Gould**<br>**635 True Wind Way Unit 515**<br>**Redwood City, CA 94063** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$588.00**   **$588.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.7806 | Priority creditor's name and mailing address<br>**Seth Monroe**<br>**5549 Aryshire Drive**<br>**Dublin, OH 43017** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$36.00**   **$36.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.7807 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $94.00 | $94.00 |
|---|---|---|---|---|

**Seth Tobey**
**480 Wildwood Forest Dr Ste 803**
**The Woodlands, TX 77380**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7808 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $820.00 | $820.00 |
|---|---|---|---|---|

**Seth Tucker**
**81 Central Rd**
**Rye, NH 03870**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7809 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $242.00 | $242.00 |
|---|---|---|---|---|

**Seth Waugh**
**300 Morse St NE Apt 228**
**Washington, DC 20002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7810 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Seungeun Song**
**20 Pine St Apt 1504**
**New York, NY 10005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

| | | | |
|---|---|---|---|
| 2.7811 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $456.00 $456.00 |

**2.7811** Priority creditor's name and mailing address
**Shahidur Malik**
**147 Orchard St # 1**
**New York, NY 10002**

As of the petition filing date, the claim is: **$456.00** **$456.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.7812** Priority creditor's name and mailing address
**Shain Griffith**
**1300 Hemlock Dr**
**Marion, IL 62959**

As of the petition filing date, the claim is: **$99.00** **$99.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.7813** Priority creditor's name and mailing address
**Shake Seysyan**
**1050 E Angeleno Ave**
**Burbank, CA 91501**

As of the petition filing date, the claim is: **$57.00** **$57.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.7814** Priority creditor's name and mailing address
**Shan Patel**
**3210 E Bryce Ln**
**Phoenix, AZ 85050**

As of the petition filing date, the claim is: **$263.00** **$263.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 2.7815 | Priority creditor's name and mailing address<br>**Shana Lakso**<br>**1362 Us Highway 395 N**<br>**Gardnerville, NV 89410** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,579.00 | $1,579.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7816 | Priority creditor's name and mailing address<br>**Shanan Mckeaney**<br>**416 Kent Ave Apt 411**<br>**Brooklyn, NY 11249** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $30.00 | $30.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7817 | Priority creditor's name and mailing address<br>**Shane Armstrong**<br>**12126 S Belmont Dr**<br>**Olathe, KS 66061** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $79.00 | $79.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7818 | Priority creditor's name and mailing address<br>**Shane Bigelow**<br>**615 Battles Rd.**<br>**Gates Mills, OH 44040** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25.00 | $25.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.7819 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Shane Bishop**
**2912 Bay Oaks Dr**
**Dallas, TX 75229**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7820 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $255.00 | $255.00 |
|---|---|---|---|---|

**Shane Coyle**
**48 Pine St**
**Holbtook, NY 11741**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7821 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.00 | $75.00 |
|---|---|---|---|---|

**Shane Daly**
**23 Northern Cv**
**Jackson, TN 38305**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7822 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|

**Shane Joynes**
**8253 Mayo Dr Unit 303**
**Madison, WI 53719**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.7823 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $283.00 | $283.00 |
|---|---|---|---|---|

**Shane Myers**
**213 N 11th St**
**Oakland, MD 21550**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7824 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $136.00 | $136.00 |
|---|---|---|---|---|

**Shane Nickerson**
**33 Chickadee Dr**
**Harmony, ME 04942**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7825 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.00 | $112.00 |
|---|---|---|---|---|

**Shane Wood**
**1426 W 21st St Unit B**
**Houston, TX 77008**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7826 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $191.00 | $191.00 |
|---|---|---|---|---|

**Shanna Bishop**
**22 N Garner St**
**Brady, MT 59416**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name    Case number (if known) _____

| | |
|---|---|
| 2.7827 | Priority creditor's name and mailing address |

**Shanna Craven**
**3437 Presidio Ct**
**Simi Valley, CA 93063**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$28.00    $28.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | |
|---|---|
| 2.7828 | Priority creditor's name and mailing address |

**Shannon Bane**
**7161 E Rancho Vista Dr Unit 4014**
**Scottsdale, AZ 85251**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$30.00    $30.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | |
|---|---|
| 2.7829 | Priority creditor's name and mailing address |

**Shannon Beecher**
**16613 Se Fisher Dr**
**Vancouver, WA 98683**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$133.00    $133.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | |
|---|---|
| 2.7830 | Priority creditor's name and mailing address |

**Shannon Bol**
**6 North Rd**
**Boonton, NJ 07005**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$314.00    $314.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|--------|-------------------------------|--------------------------|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.7831 | Priority creditor's name and mailing address **Shannon Campbell** **3049 1/2 Westcoatt St** **Acton, CA 93510** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $43.00 | $43.00 |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.7832 | Priority creditor's name and mailing address **Shannon Cook** **2532 Dupont Drive** **Irvine, CA 92612** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $27.00 | $27.00 |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.7833 | Priority creditor's name and mailing address **Shannon Dooley** **7027 N Moore Ave** **Portland, OR 97217** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $196.00 | $196.00 |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.7834 | Priority creditor's name and mailing address **Shannon Farr** **4132 Campus Ave Apt 5** **San Diego, CA 92103** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $26.00 | $26.00 |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.7835 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $260.00  $260.00 |

**Shannon Frame**
**409 Hills Cir**
**Pagosa Springs, CO 81147**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7836 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.00  $36.00 |

**Shannon Jenkins**
**13762 Cabells Mill Dr**
**Centreville, VA 20120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7837 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.00  $59.00 |

**Shannon Juneau**
**1257 Maple St**
**Neenah, WI 54956**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7838 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.00  $210.00 |

**Shannon Kennedy**
**2221 Rio Grande Pl Nw**
**Albuquerque, NM 87107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 2.7839 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: $104.00   $104.00 |

**Shannon Knapp**
**214 N Grant St**
**Brownsburg, IN 46112**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| 2.7840 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: $60.00   $60.00 |

**Shannon Koh**
**2590 120th Ave NE**
**Bellevue, WA 98005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| 2.7841 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: $179.00   $179.00 |

**Shannon Kueneke**
**336 Montclair St**
**Chula Vista, CA 91911**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| 2.7842 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: $28.00   $28.00 |

**Shannon Law**
**18148 195th Pl NE**
**Woodinville, WA 98077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

| 2.7843 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |

**Shannon Newnes**
**1130 Creekledge Ct**
**Streetsboro, OH 44241**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.7844 | Priority creditor's name and mailing address | | $25.00 | $25.00 |

**Shannon Pierce**
**3602b Caldwell Ct**
**Nashville, TN 37204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.7845 | Priority creditor's name and mailing address | | $35.00 | $35.00 |

**Shannon Reagan**
**13389 Riverhill Rd**
**Frisco, TX 75033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.7846 | Priority creditor's name and mailing address | | $31.00 | $31.00 |

**Shannon Sawyer**
**1471 James View Dr**
**Lynchburg, VA 24503**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.7847 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Shannon Shields**
**1551 Union St Unit 407**
**San Diego, CA 92101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7848 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |

**Shannon Stambersky**
**516 Nature Creek Ln**
**New Smyrna Beach, FL 32168**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7849 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $201.00 | $201.00 |

**Shannon Sunday**
**91 Troxel Rd**
**Shoemakersville, PA 19555**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7850 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $134.00 | $134.00 |

**Shanon Otoole**
**3896 N. Us Hwy 41**
**Vincennes, IN 47591**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
        Name

| 2.7851 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**Shara Madrid**
**4365 Cabot Dr**
**Corona, CA 92883**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.7852 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $252.00 | $252.00 |

**Shari Mclaren**
**24218 Crystal Lake Rd**
**Woodinville, WA 98077**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.7853 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |

**Sharla Pfeifer**
**3939 N Webb Rd**
**Wichita, KS 67226**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.7854 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |

**Sharman Schubert**
**94099 Airport Ridge Lane**
**North Bend, OR 97459**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.7855 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $232.00 | $232.00 |

**Sharna Sutherin**
**9910 Cherry Ave**
**Rapid City, MI 49676**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☐ Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.7856 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.00 | $24.00 |

**Sharon Barto**
**20426 Prairie Meadows Place**
**Strongsville, OH 44149**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.7857 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |

**Sharon Beck**
**2251 Bristol Rd**
**Warrington, PA 18976**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.7858 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.00 | $27.00 |

**Sharon Cerkan**
**1760 Yada Pl**
**Carlsbad, CA 92008**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | | | |
|---|---|---|---|
| 2.7859 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $184.00 $184.00 |

2.7859  Priority creditor's name and mailing address

**Sharon Connolly**
**41 Colonial Way**
**New Providence, NJ 07974**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$184.00**    **$184.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.7860  Priority creditor's name and mailing address

**Sharon Dhillon**
**1168 N Jefferson St**
**Unit 48**
**Medina, OH 44256**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$35.00**    **$35.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.7861  Priority creditor's name and mailing address

**Sharon Frazier**
**603 Baldwin Ave**
**Ups Access Store**
**Charlotte, NC 28204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$25.00**    **$25.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.7862  Priority creditor's name and mailing address

**Sharon Goepferich**
**19606 Reynolds Pkwy**
**Orlando, FL 32833**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$17.00**    **$17.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (*if known*) | |
| --- | --- | --- | --- |
| | Name | | |

**2.7863** | Priority creditor's name and mailing address

**Sharon Hamby**
**561 Garden Terrace Dr Unit 207**
**Wilmington, NC 28405**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$30.00        $30.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.7864** | Priority creditor's name and mailing address

**Sharon Ho**
**9 Commodore Dr # 4**
**Emeryville, CA 94608**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$58.00        $58.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.7865** | Priority creditor's name and mailing address

**Sharon Knitter**
**3009 35th St**
**Oak Brook, IL 60523**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,285.00        $1,285.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.7866** | Priority creditor's name and mailing address

**Sharon Mcgrath**
**710 Steamboat Rd**
**Indian Harbor Yacht Club**
**Greenwich, CT 06830**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$24.00        $24.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

| | | |
|---|---|---|
| 2.7867 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$29.00** | **$29.00** |

2.7867   Priority creditor's name and mailing address

**Sharon Morgan
4 Beechwood Cir
Chadds Ford, PA 19317**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$29.00**   **$29.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.7868   Priority creditor's name and mailing address

**Sharon Salathr
3630 Birkdale Dr
Carmel, IN 46033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$29.00**   **$29.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.7869   Priority creditor's name and mailing address

**Sharon Vrsansky
3581 Beaumont Drive
North Olmsted, OH 44070**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$171.00**   **$171.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.7870   Priority creditor's name and mailing address

**Sharon Williams
4902 Washington Ave
Federal Express
Houston, TX 77007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$22.00**   **$22.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| 2.7871 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $116.00 | $116.00 |

**Shashi Kedilaya**
**605 Phil Ct**
**Cupertino, CA 95014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7872 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |

**Shastina Schwarz**
**9655 E Saguaro Summit Ct**
**Gold Canyon, AZ 85118**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7873 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.00 | $68.00 |

**Shaun Carcary**
**4708 W Oklahoma Ave**
**Tampa, FL 33616**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7874 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $233.00 | $233.00 |

**Shaun Golden**
**288 King St**
**Cohasset, MA 02025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**

_____          Case number (if known) _____
Name

| 2.7875 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $30.00 | $30.00 |
|---|---|---|---|---|

**Shaun Hilton**
**3836 Muirwood Lane**
**Roseville, CA 95747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7876 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $48.00 | $48.00 |
|---|---|---|---|---|

**Shaun Hughbanks**
**117 Fairway Dr**
**Sequim, WA 98382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7877 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $76.00 | $76.00 |
|---|---|---|---|---|

**Shaun Levine**
**10 Rolling Ln**
**Framingham, MA 01701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7878 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $97.00 | $97.00 |
|---|---|---|---|---|

**Shaun Moxham**
**109 West Ave**
**Darien, CT 06820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.7879 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |

**Shauna Lynn**
**10522 Jaguar Pt**
**Littleton, CO 80124**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7880 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $642.00 | $642.00 |

**Shawn Allison**
**136 Old Sharon Rd**
**Jaffrey, NH 03452**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7881 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $262.00 | $262.00 |

**Shawn Brady**
**6289 Hidden Hills Trail**
**Denmark, WI 54208**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7882 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $601.00 | $601.00 |

**Shawn Conway**
**7420 Bennetts Valley Hwy**
**Dubois, PA 15881**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.7883 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 | $100.00 |
|---|---|---|---|---|

**Shawn Dodd**
**2411 Ronan St**
**Pasco, WA 99301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.7884 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $228.00 | $228.00 |
|---|---|---|---|---|

**Shawn Glass**
**26008 Crown Ranch Blvd**
**Montgomery, TX 77316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.7885 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $96.00 | $96.00 |
|---|---|---|---|---|

**Shawn Granger**
**327 Arlington St Apt 1**
**Watertown, MA 02472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.7886 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,530.00 | $1,530.00 |
|---|---|---|---|---|

**Shawn Hellman**
**1054 Rolling Woods Way**
**Concord, CA 94521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 2.7887 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.00 | $27.00 |

**Shawn Hiers**
**806 Sandcastle Cir**
**Brandon, FL 33511**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7888 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $126.00 | $126.00 |

**Shawn Huckaby**
**4433 Prairie Trail Dr**
**Loveland, CO 80537**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7889 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |

**Shawn Lafkowitz**
**15 Deerwood Trl**
**Warren, NJ 07059**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7890 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $148.00 | $148.00 |

**Shawn Lagemann**
**215 E Rosewood Ave**
**San Antonio, TX 78212**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                    Case number (*if known*) _____
_____
Name

| | | | |
|---|---|---|---|
| 2.7891 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $257.00  $257.00 |

**Shawn Oconnor**
**41930 Noel Cir**
**Temecula, CA 92592**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.7892 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $243.00  $243.00 |

**Shawn Rich**
**629 Chambertin Dr**
**Kenner, LA 70065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.7893 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00  $35.00 |

**Shawn Stuckey**
**14372 Proton Rd**
**Classic Wine Storage**
**Dallas, TX 75244**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.7894 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00  $40.00 |

**Shawn Tuggle**
**4471 E Evans Ave**
**Denver, CO 80222**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|--------|-------------------------------|--------------------------|--|
| | Name | | |

---

| 2.7895 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |
|--------|---------------------------------------------|----------------------------------------------|--------|--------|

**Shawn Yuthsakdidecho**
**7857 W Riverside Dr**
**Pasadena, MD 21122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7896 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.00 | $36.00 |
|--------|---------------------------------------------|----------------------------------------------|--------|--------|

**Shawna Silcott**
**2016 Highlands Ridge Ln**
**Knoxville, TN 37932**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7897 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $233.00 | $233.00 |
|--------|---------------------------------------------|----------------------------------------------|---------|---------|

**Shayne Stewart**
**1768 Tank Rd**
**Finksburg, MD 21048**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7898 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|--------|---------------------------------------------|----------------------------------------------|--------|--------|

**Sheila Haluda**
**840 United Dr**
**South Bend, IN 46601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

| | | | |
| --- | --- | --- | --- |
| 2.7899 | Priority creditor's name and mailing address<br>**Sheila King**<br>**856 Beach Dr NE**<br>**St Petersburg, FL 33701** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$40.00**   **$40.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 2.7900 | Priority creditor's name and mailing address<br>**Sheila Shoemake**<br>**9316 Hunters Creek Drive**<br>**Dallas, TX 75243** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$273.00**   **$273.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 2.7901 | Priority creditor's name and mailing address<br>**Sheila Weitnauer**<br>**3473 Sheridan Chase Se**<br>**Marietta, GA 30067** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$75.00**   **$75.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 2.7902 | Priority creditor's name and mailing address<br>**Sheila Wood**<br>**21927 Matthew Lane**<br>**Saegertown, PA 16433** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$29.00**   **$29.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor **Phoeno Wine Company, Inc.**                          Case number (if known)
_____
Name

| 2.7903 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,238.00 | $1,238.00 |

**Shekar Eswarakrishnan**
**4139 Timber Ln**
**Philadelphia, PA 19129**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7904 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.00 | $66.00 |

**Shelby Norman**
**5555 S Broadway Ave**
**Wichita, KS 67216**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7905 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |

**Shelby White**
**1200 Buck Ave**
**Fort Worth, TX 76110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7906 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $216.00 | $216.00 |

**Sheldon Harris**
**114 Crestview Ter Apt 2**
**Bridgeport, WV 26330**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.7907 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |
|---|---|---|---|---|

**Shelia Burchess**
**232 S 5th St Apt G**
**Springfield, IL 62701**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7908 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |
|---|---|---|---|---|

**Shelley Morgan**
**20797 State Road 120**
**Bristol, IN 46507**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7909 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.00 | $26.00 |
|---|---|---|---|---|

**Shellie Kappelman**
**3300 Berringer Rd**
**Two Rivers, WI 54241**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7910 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $154.00 | $154.00 |
|---|---|---|---|---|

**Shelly Book**
**4400 Holly Lane**
**4400 Holly Lane**
**Plymouth, MN 55446**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.7911 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |

**Shelly Pelphrey**
**584 Drop Tine Rd**
**Eureka, MT 59917**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7912 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $190.00 | $190.00 |

**Shelly Peppe-Nani**
**31460 Cottontail Ln**
**Bonsall, CA 92003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7913 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.00 | $125.00 |

**Shelly Sander**
**2060 Westwood Dr**
**Carlsbad, CA 92008**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7914 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $171.00 | $171.00 |

**Shelly Seltzer**
**8828 Grenore Dr**
**Dallas, TX 75218**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

| 2.7915 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $71.00 | $71.00 |

**Sherelle Pyfrom**
**2107 Faulkner Rd NE # Bbh305-1**
**Bbh305-1**
**Atlanta, GA 30324**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.7916 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**Sheri Finneran**
**11475 Silverado Way**
**Yucaipa, CA 92399**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.7917 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,729.00 | $1,729.00 |

**Sheridan Fitzgerald**
**821 Lakeway Dr**
**El Paso, TX 79932**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.7918 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.00 | $75.00 |

**Sherri Duarte**
**304 Owen Ave**
**Lansdowne, PA 19050**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
| | Name | | |

---

**2.7919** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$153.00** | **$153.00**
| **Sherri Goldgrub** | *Check all that apply.*
| **85 Hamlet Dr** | ☐ Contingent
| **Commack, NY 11725** | ☐ Unliquidated
| | ☐ Disputed

Date or dates debt was incurred | Basis for the claim:
| **Deficit Customer**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes

---

**2.7920** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$19.00** | **$19.00**
| **Sherri Kellner** | *Check all that apply.*
| **2030 Warrendale-Bayne Road** | ☐ Contingent
| **Baden, PA 15005** | ☐ Unliquidated
| | ☐ Disputed

Date or dates debt was incurred | Basis for the claim:
| **Deficit Customer**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes

---

**2.7921** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$30.00** | **$30.00**
| **Sherrie Laporta** | *Check all that apply.*
| **741 Wyndamere Road** | ☐ Contingent
| **Lewisberry, PA 17339** | ☐ Unliquidated
| | ☐ Disputed

Date or dates debt was incurred | Basis for the claim:
| **Deficit Customer**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes

---

**2.7922** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$31.00** | **$31.00**
| **Sherrill Yurth** | *Check all that apply.*
| **1436 Dandelion Way** | ☐ Contingent
| **Petaluma, CA 94954** | ☐ Unliquidated
| | ☐ Disputed

Date or dates debt was incurred | Basis for the claim:
| **Deficit Customer**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____          Case number (if known) _____
Name

| | 2.7923 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $198.00 | $198.00 |

2.7923 | Priority creditor's name and mailing address

**Sherry Garvens**
**W380n6391 Florence Ln**
**Oconomowoc, WI 53066**

As of the petition filing date, the claim is:    $198.00    $198.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

2.7924 | Priority creditor's name and mailing address

**Sherry Labate**
**341 Green Field Cir**
**Santa Rosa, CA 95409**

As of the petition filing date, the claim is:    $110.00    $110.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

2.7925 | Priority creditor's name and mailing address

**Sherry Vanillo**
**11286 I Ave**
**Hesperia, CA 92345**

As of the petition filing date, the claim is:    $173.00    $173.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

2.7926 | Priority creditor's name and mailing address

**Sherry Varrelman**
**118 Burgins Ln**
**West Cape May, NJ 08204**

As of the petition filing date, the claim is:    $70.00    $70.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| 2.7927 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $548.00 | $548.00 |
|---|---|---|---|---|

**Sheryl Beyersdorfer**
**7770 Rock Hill Lane**
**Cincinnati, OH 45243**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7928 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $113.00 | $113.00 |
|---|---|---|---|---|

**Shihab Rattansi**
**1217 22nd St Nw**
**Wallgreens Fedex Pickup**
**Washington, DC 20037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7929 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Shikha Khurana**
**12 Timber Ridge Dr**
**Oyster Bay, NY 11771**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7930 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.00 | $98.00 |
|---|---|---|---|---|

**Shingo Sato**
**611 Creekside Lane**
**Wallingford, PA 19086**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                         Case number *(if known)*
_____
Name

| | | |
|---|---|---|

**2.7931** Priority creditor's name and mailing address

**Shirish Sane**
**1 Warren Ct**
**Dayton, NJ 08810**

_____
Date or dates debt was incurred

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:                **$1,728.00**   **$1,728.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**
_____

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.7932** Priority creditor's name and mailing address

**Shiva Rajaraman**
**1364 Vancouver Ave**
**Burlingame, CA 94010**

_____
Date or dates debt was incurred

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:                **$26.00**   **$26.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**
_____

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.7933** Priority creditor's name and mailing address

**Shri Peterzeil**
**2869 Valley Park Dr**
**Larkspur, CO 80118**

_____
Date or dates debt was incurred

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:                **$149.00**   **$149.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**
_____

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.7934** Priority creditor's name and mailing address

**Shun Johnson**
**13428 SWift Creek Drive**
**Pearland, TX 77584**

_____
Date or dates debt was incurred

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:                **$28.00**   **$28.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**
_____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.7935 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $99.00 | $99.00 |
|---|---|---|---|---|

**Sia Battle**
**239 W 148th St Apt 1c**
**New York, NY 10039**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7936 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Sid Dave**
**4431 Woodward Ave**
**Downers Grove, IL 60515**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7937 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $176.00 | $176.00 |
|---|---|---|---|---|

**Siddartha Naidu**
**1705 W 29th St**
**Austin, TX 78703**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7938 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Siddharth Kishore**
**460 Saratoga Ave Apt 106**
**San Jose, CA 95129**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)* _____

| 2.7939 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $170.00 | $170.00 |
|---|---|---|---|---|

**Signe Johannes**
**5404 W Dimond Blvd Apt 1**
**Anchorage, AK 99502**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7940 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,012.00 | $1,012.00 |
|---|---|---|---|---|

**Simon Cooper**
**2350 State Route 10 Apt D32**
**Morris Plains, NJ 07950**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7941 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |
|---|---|---|---|---|

**Simon Goodman**
**301 East 22nd Street**
**6e**
**New York, NY 10010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7942 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
|---|---|---|---|---|

**Simon Grant**
**70 Landon Cir**
**Wheaton, IL 60189**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor  **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.7943 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.00 | $54.00 |

**Simon Heppell**
**2025 E Campbell Ave Unit 325**
**Phoenix, AZ 85016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7944 | Priority creditor's name and mailing address | | $64.00 | $64.00 |

**Simon Isanhart**
**6621 Cape Haven Drive**
**Harrison, TN 37341**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7945 | Priority creditor's name and mailing address | | $21.00 | $21.00 |

**Simon Nguyen**
**422 City Line Ave**
**Phoenixville, PA 19460**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7946 | Priority creditor's name and mailing address | | $264.00 | $264.00 |

**Simon Seidler**
**1641 Koch Ln.**
**San Jose, CA 95125**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.7947 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.00 | $66.00 |
|---|---|---|---|---|
| | **Simone Press** | *Check all that apply.* | | |
| | **12665 Village Ln Apt 2333** | ☐ Contingent | | |
| | **Playa Vista, CA 90094** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7948 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.00 | $89.00 |
|---|---|---|---|---|
| | **Sinead Hayes** | *Check all that apply.* | | |
| | **948 Chenery St** | ☐ Contingent | | |
| | **San Francisco, CA 94131** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7949 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|
| | **Sirirat Prudhiphaithoon** | *Check all that apply.* | | |
| | **14041 N. Branch Rd.** | ☐ Contingent | | |
| | **Sarasota, FL 34240** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7950 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.00 | $37.00 |
|---|---|---|---|---|
| | **Siu Chiang** | *Check all that apply.* | | |
| | **1136 Immaculate Ln** | ☐ Contingent | | |
| | **Cincinnati, OH 45255** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.7951 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $109.00 | $109.00 |

**Skip Clark**
**16350 Ventura Blvd**
**Suite D-311**
**Encino, CA 91436**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7952 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $305.00 | $305.00 |

**Skyla Hall**
**7241 Kelly Pl.**
**Downers Grove, IL 60516**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7953 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $220.00 | $220.00 |

**Skylar Cushing**
**1900 S Eads St**
**Apt 1030**
**Arlington, VA 22202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.7954 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.00 | $55.00 |

**Skylar Skylarmontgomery**
**1607 Rayon Dr**
**Parkersburg, WV 26101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
| | Name | | |

---

| 2.7955 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 | $150.00 |
| | **Skyler Stokes** | *Check all that apply.* | | |
| | **1166 Aloha Dr** | ☐ Contingent | | |
| | **Encinitas, CA 92024** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No | | |
| | | ☐ Yes | | |

---

| 2.7956 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.00 | $55.00 |
| | **Sl Spann** | *Check all that apply.* | | |
| | **7619 Mulberry Street** | ☐ Contingent | | |
| | **Fulton, MD 20759** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No | | |
| | | ☐ Yes | | |

---

| 2.7957 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.00 | $115.00 |
| | **Slava Gilman** | *Check all that apply.* | | |
| | **114 Admiralty Loop** | ☐ Contingent | | |
| | **Staten Island, NY 10309** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No | | |
| | | ☐ Yes | | |

---

| 2.7958 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $91.00 | $91.00 |
| | **Sloane Buckley** | *Check all that apply.* | | |
| | **258 Shipley St Apt 2** | ☐ Contingent | | |
| | **San Francisco, CA 94107** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No | | |
| | | ☐ Yes | | |

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.7959** | Priority creditor's name and mailing address

**Sm Hedges**
**3104 Garfield St Nw**
**Washington, DC 20008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$30.00 | $30.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.7960** | Priority creditor's name and mailing address

**Smirna Hache**
**635 E New Haven Ave Ste 506**
**Melbourne, FL 32901**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$38.00 | $38.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.7961** | Priority creditor's name and mailing address

**Sofia Fransson**
**222 Blue Creek Dr**
**Winter Springs, FL 32708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$116.00 | $116.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.7962** | Priority creditor's name and mailing address

**Soma Tharakan**
**2104 Gunnell Farms Dr**
**Vienna, VA 22181**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$34.00 | $34.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
          Name

| 2.7963 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $300.00 |

**Sommer Mueller**
**218 Marvel Dr**
**Lancaster, OH 43130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.7964 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Sondra Elias**
**13 Straight Rd**
**4292 Spring Island**
**Okatie, SC 29909**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.7965 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $611.00 | $611.00 |

**Song-Min Wang**
**11111 Santa Teresa Dr**
**Cupertino, CA 95014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.7966 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Sonja Jensen**
**1316 E Club Ct**
**Spokane, WA 99203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                    Case number *(if known)* _____
_____
Name

| 2.7967 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $272.00 | $272.00 |

**Sonny Dukes**
**15519 West Us Highway 441**
**Suite A101**
**Eustis, FL 32726**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7968 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $171.00 | $171.00 |

**Sonny Underwood**
**1930 Nw 23rd Place**
**Willamette Wine Stirage**
**Portland, OR 95355**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7969 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.00 | $42.00 |

**Sonya Ottaway**
**5101 Audrey Drive**
**Huntington Beach, CA 92649**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.7970 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,711.00 | $3,350.00 |

**Sooyoung Lee**
**2601 Cortez Dr Unit 5209**
**Santa Clara, CA 95051**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 2.7971 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.7971**  Priority creditor's name and mailing address

**Sophia Airhart**
**4135 Hawkeye Pl**
**Boise, ID 83703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$87.00    $87.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.7972**  Priority creditor's name and mailing address

**Sophia Govorov**
**550 Reeds Rd**
**Downingtown, PA 19335**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$33.00    $33.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.7973**  Priority creditor's name and mailing address

**Sophia Hesse**
**3338 Se 18th Place**
**Cape Coral, FL 33904**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$147.00    $147.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.7974**  Priority creditor's name and mailing address

**Soren Olsen**
**3030 N Rocky Point Dr W Ste 350**
**Tampa, FL 33607**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$22.00    $22.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.7975 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

Priority creditor's name and mailing address
**South Carolina Department of
Revenue
2070 Northbrook Blvd
Suite B7
North Charleston, SC 29406**

As of the petition filing date, the claim is:                    $0.00        $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Priority creditor's name and mailing address
**Spencer Allen
3612 Ebro Dr
Edinburg, TX 78539**

As of the petition filing date, the claim is:                    $24.00        $24.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Priority creditor's name and mailing address
**Spencer Countiss
4158 Fish Hatchery Rd
Grants Pass, OR 97527**

As of the petition filing date, the claim is:                    $1,645.00        $1,645.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Priority creditor's name and mailing address
**Spencer Ferguson
603 Seven Oaks Dr
Greensboro, NC 27410**

As of the petition filing date, the claim is:                    $33.00        $33.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.7979 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.00 | $55.00 |
|---|---|---|---|---|

**Spencer Nord**
**70 Pine St Apt 2508**
**New York, NY 10005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.7980 | Priority creditor's name and mailing address | | $28.00 | $28.00 |
|---|---|---|---|---|

**Spurlock Nicole**
**1101 Beaver Rd**
**Stratford, TX 79084**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.7981 | Priority creditor's name and mailing address | | $199.00 | $199.00 |
|---|---|---|---|---|

**Sriharsha Yadlapalli**
**300 W 11th Ave, Unit 4i**
**Denver, CO 80204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.7982 | Priority creditor's name and mailing address | | $58.00 | $58.00 |
|---|---|---|---|---|

**Srinivas Dandu**
**124 Plymouth Ave**
**San Carlos, CA 94070**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

| 2.7983 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $231.00 | $231.00 |

**Srinivas Madabushi**
**9209 Ardrey Woods Dr**
**Charlotte, NC 28277**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7984 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |

**Srinivasan Packirisamy**
**141 Mission Rd**
**Fremont, CA 94539**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7985 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.00 | $88.00 |

**Stacey Kolasa**
**6978 S SWadley Ct**
**Littleton, CO 80127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7986 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |

**Stacey Morrow**
**816 Stanly House St**
**Wake Forest, NC 27587**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

| | | |
|---|---|---|
| 2.7987 | Priority creditor's name and mailing address<br>**Stacey Schafer**<br>**13718 Newmansville Ave**<br>**Petersburg, IL 62675** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

**$35.00**   **$35.00**

---

| | | |
|---|---|---|
| 2.7988 | Priority creditor's name and mailing address<br>**Stacey Stockhaus**<br>**364 Stone Mountain Rd**<br>**Cresson, TX 76035** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

**$568.00**   **$568.00**

---

| | | |
|---|---|---|
| 2.7989 | Priority creditor's name and mailing address<br>**Stacey Vosinas**<br>**6 English Lane**<br>**Princeton, NJ 08540** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

**$221.00**   **$221.00**

---

| | | |
|---|---|---|
| 2.7990 | Priority creditor's name and mailing address<br>**Stacie Baker**<br>**26502 221st Ct Se**<br>**Maple Valley, WA 98038** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

**$197.00**   **$197.00**

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)*

| | | | | |
|---|---|---|---|---|
| 2.7991 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.00 | $61.00 |

**Stacie Lilien**
**2710 Astoria Blvd Apt 6b**
**Astoria, NY 11102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| | | | | |
|---|---|---|---|---|
| 2.7992 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $188.00 | $188.00 |

**Stacie Short**
**38725 Aurora Terrace**
**Fremont, CA 94536**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| | | | | |
|---|---|---|---|---|
| 2.7993 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.00 | $98.00 |

**Stacy Brown**
**520 W Valley Pkwy Ste A**
**Escondido, CA 92025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| | | | | |
|---|---|---|---|---|
| 2.7994 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Stacy Liu**
**2786 SW 33rd Ave Unit B**
**Miami, FL 33133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.7995 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $233.00 | $233.00 |

**Stacy Musel**
**4031 London Rd**
**Duluth, MN 55804**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)   ☐ Yes

---

| 2.7996 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |

**Stan Gryczko**
**1848 Greengate St**
**Yuba City, CA 95991**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)   ☐ Yes

---

| 2.7997 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $392.00 | $392.00 |

**Stan Moffatt**
**108 N Merlin Dr**
**Mabank, TX 75156**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)   ☐ Yes

---

| 2.7998 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |

**Stan Schoonover**
**7306 Inzer Street**
**Springfield, VA 22151**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)   ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 2.7999 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

2.7999 | Priority creditor's name and mailing address

**Stan Tezyk**
**18 Paladine Road**
**Rochester, NY 14617**

As of the petition filing date, the claim is:     **$405.00**    **$405.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.8000 | Priority creditor's name and mailing address

**Stanford Holmgren**
**250 W San Juan Ave**
**Telluride, CO 81435**

As of the petition filing date, the claim is:     **$204.00**    **$204.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.8001 | Priority creditor's name and mailing address

**Stanley France**
**5 Glen Airlee Ct**
**Morristown, NJ 07960**

As of the petition filing date, the claim is:     **$117.00**    **$117.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.8002 | Priority creditor's name and mailing address

**Stanton Brownm**
**2831 232nd St SW**
**Brier, WA 98036**

As of the petition filing date, the claim is:     **$30.00**    **$30.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|--------|-------------------------------|---|---|---|
| | Name | | | |

| 2.8003 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $290.00 | $290.00 |
|--------|---|---|---|---|

**Starla Pugh**
**66-1223 Ko Uka Ln**
**Kamuela, HI 96743**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8004 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $748.00 | $748.00 |
|--------|---|---|---|---|

**Stas Kotula**
**417 Clarence Julian Ave**
**Fort Mill, SC 29708**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8005 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|--------|---|---|---|---|

**State of California Franchise Tax**
**Board**
**3321 Power Inn Road, Suite 210**
**Sacramento, CA 95826-3889**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8006 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|--------|---|---|---|---|

**State Tax Commission**
**11321 W Chinden Blvd**
**Boise, ID 83714**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number _(if known)_ _____
Name

| 2.8007 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |

**Stefan Backstrom**
**22 Odara Dr Apt 108**
**Forest, VA 24551**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8008 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 | $400.00 |

**Stefan Mroczkiiewicz**
**17320 Timothy Way**
**Gladstone, OR 97027**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8009 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |

**Stefana Klipa**
**3226 41st St Unit B**
**San Diego, CA 92105**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8010 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $198.00 | $198.00 |

**Stefanie Keese**
**7467 S Ames Ct**
**Littleton, CO 80128**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.8011 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.00 | $22.00 |
|---|---|---|---|---|

**Stefanie Yuhas**
**3801 Evergreen Pkwy**
**Bowie, MD 20716**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Deficit Customer** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8012 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $230.00 | $230.00 |
|---|---|---|---|---|

**Stefano Bozzo**
**245 East 63rd Apt 601**
**New York, NY 10065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Deficit Customer** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8013 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Stefano Cugno**
**10008 E Winter Sun Dr**
**Scottsdale, AZ 85262**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Deficit Customer** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8014 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |
|---|---|---|---|---|

**Stefano Giaconi**
**7310 Miramar Rd Ste 410**
**San Diego, CA 92126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Deficit Customer** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.8015 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.00 | $75.00 |
|---|---|---|---|---|
| | **Stella Ng** | Check all that apply. | | |
| | **219 Angela Ln** | ☐ Contingent | | |
| | **Stafford, TX 77477** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

---

| 2.8016 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $91.00 | $91.00 |
|---|---|---|---|---|
| | **Stella Paschover** | Check all that apply. | | |
| | **661 Darian Dr** | ☐ Contingent | | |
| | **Prosper, TX 75078** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

---

| 2.8017 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|
| | **Stepan Sementukh** | Check all that apply. | | |
| | **816 N Tamarac Blvd** | ☐ Contingent | | |
| | **Apt** | ☐ Unliquidated | | |
| | **Addison, IL 60101** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

---

| 2.8018 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,811.00 | $3,350.00 |
|---|---|---|---|---|
| | **Steph Cavender** | Check all that apply. | | |
| | **201 Devine Road** | ☐ Contingent | | |
| | **San Antonio, TX 78212** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.8019 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $93.00 | $93.00 |
|---|---|---|---|---|

**Steph Goldschmidt**
**201 E 62nd St Apt 6c**
**New York, NY 10065**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8020 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $920.00 | $920.00 |
|---|---|---|---|---|

**Stephane Chance**
**185 Park Row Apt 7a**
**New York, NY 10038**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8021 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $172.00 | $172.00 |
|---|---|---|---|---|

**Stephanie Collin**
**9306 Sapphireberry Lane**
**Riverview, FL 33578**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8022 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $148.00 | $148.00 |
|---|---|---|---|---|

**Stephanie Dyer**
**1625 Beach Dr NE**
**Saint Petersburg, FL 33704**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor  **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

| 2.8023 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.00 | $52.00 |

**Stephanie Gafford**
**16122 E Moss Loop**
**Cypress, TX 77433**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8024 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $169.00 | $169.00 |

**Stephanie Giannini**
**10 Cooper Ln**
**Chester, NJ 07930**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8025 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.00 | $64.00 |

**Stephanie Glass**
**13133 Bravo Pl**
**Kuna, ID 83634**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8026 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**Stephanie Hopson**
**3920 Alafia Blvd**
**Brandon, FL 33511**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.8027 | Priority creditor's name and mailing address<br>**Stephanie Krick**<br>**13031 Adobe Walls Drive**<br>**Helotes, TX 78023** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$54.00    $54.00

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.8028 | Priority creditor's name and mailing address<br>**Stephanie Melcher**<br>**7130 Deerhill Dr**<br>**Clarkston, MI 48346** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$22.00    $22.00

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.8029 | Priority creditor's name and mailing address<br>**Stephanie Olson**<br>**5780annmary Rd**<br>**Hilliard, OH 43026** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$19.00    $19.00

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.8030 | Priority creditor's name and mailing address<br>**Stephanie Platenkamp**<br>**5410 Ethel Way**<br>**Sacramento, CA 95820** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$135.00    $135.00

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                        Case number (if known) _____
_____
Name

| 2.8031 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.00 | $62.00 |

2.8031    Priority creditor's name and mailing address

**Stephanie Pompeo**
**421 Maya St**
**Lake Mary, FL 32746**

As of the petition filing date, the claim is:    $62.00    $62.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.8032    Priority creditor's name and mailing address

**Stephanie Reffey**
**2600 W 7th St Apt 1705**
**Fort Worth, TX 76107**

As of the petition filing date, the claim is:    $172.00    $172.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.8033    Priority creditor's name and mailing address

**Stephanie Ruddy**
**2029 Lariat Ct**
**Dayton, OH 45458**

As of the petition filing date, the claim is:    $25.00    $25.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.8034    Priority creditor's name and mailing address

**Stephanie Santoro**
**47 Fredrick Blvd**
**Swedesboro, NJ 08085**

As of the petition filing date, the claim is:    $34.00    $34.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | |
|---|---|
| 2.8035 | Priority creditor's name and mailing address |

**Stephanie Solomon**
**3308 NE 142**
**Portland, OR 97230**

As of the petition filing date, the claim is:    $239.00    $239.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | |
|---|---|
| 2.8036 | Priority creditor's name and mailing address |

**Stephanie Sullens**
**6274 4th Ave S**
**St. Petersburg, FL 33707**

As of the petition filing date, the claim is:    $28.00    $28.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | |
|---|---|
| 2.8037 | Priority creditor's name and mailing address |

**Stephanie Varner**
**1819 Ballard Canyon Rd**
**Rusack Vineyards**
**Solvang, CA 93463**

As of the petition filing date, the claim is:    $74.00    $74.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | |
|---|---|
| 2.8038 | Priority creditor's name and mailing address |

**Stephanie Vollowitz**
**444 Via Colinas**
**Westlake Village, CA 91362**

As of the petition filing date, the claim is:    $331.00    $331.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.8039 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 | $200.00 |

**Stephanie Whitehead**
**1606 Palomino Ln**
**Escondido, CA 92025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Deficit Customer** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No    ☐ Yes |

---

| 2.8040 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |

**Stephaniestence Stence**
**400 Rupley Rd**
**Camp Hill, PA 17011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Deficit Customer** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No    ☐ Yes |

---

| 2.8041 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Stephanos Frangos**
**711 Main St**
**Single Family Home With Red**
**Door**
**Little Falls, NJ 07424**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Deficit Customer** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No    ☐ Yes |

---

| 2.8042 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.00 | $210.00 |

**Stephen Alder**
**1011 1st St Se Apt 401**
**Washington, DC 20003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Deficit Customer** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No    ☐ Yes |

---

Debtor    **Phoeno Wine Company, Inc.**                          Case number (if known)
_____
Name

| 2.8043 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $409.00 | $409.00 |

**Stephen Baroni**
**354 N Union Ave Apt 1205**
**Chicago, IL 60661**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8044 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $99.00 | $99.00 |

**Stephen Bloom**
**1202 Lake Falls Rd**
**Baltimore, MD 21210**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8045 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $302.00 | $302.00 |

**Stephen Bryant**
**709 Graham St**
**Raleigh, NC 27605**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8046 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $279.00 | $279.00 |

**Stephen Canty**
**13805 County Road 13 N**
**Saint Augustine, FL 32092**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.8047 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,136.00 | $1,136.00 |

**Stephen Caruso**
**384 7th Street**
**Apt 4**
**Jersey City, NJ 07302**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8048 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $108.00 | $108.00 |

**Stephen Chen**
**4907 Main St Unit 518**
**Tacoma, WA 98407**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8049 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $256.00 | $256.00 |

**Stephen Chewning**
**12014 Riverhills Dr**
**Tampa, FL 33617**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8050 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,428.00 | $2,428.00 |

**Stephen Clough**
**7842 College Rd**
**Just For Kix**
**Baxter, MN 56425**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 2.8051 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $186.00 | $186.00 |

**Stephen Dagostino**
**5508 Winter Haven Bend**
**Flower Mound, TX 75028**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8052 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $116.00 | $116.00 |

**Stephen Dalton**
**7101 Golf Colony Ct Apt 102**
**Lake Worth, FL 33467**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8053 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $257.00 | $257.00 |

**Stephen Davidson**
**7777 N Wickham Rd Ste 12**
**Ups Store Suntree**
**Melbourne, FL 32940**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8054 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |

**Stephen Davis**
**245 E 93rd St Apt 23g**
**New York, NY 10128**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name                                                    Case number *(if known)* _____

| | | |
|---|---|---|

**2.8055** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,666.00 | $1,666.00

**Stephen Dawson**
**334 Fontana Ln**
**Fontana, WI 53125**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.8056** | Priority creditor's name and mailing address | $118.00 | $118.00

**Stephen Denby**
**1419 Basswood Springs Ct**
**Houston, TX 77062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.8057** | Priority creditor's name and mailing address | $28.00 | $28.00

**Stephen Fakan**
**4014 Junco Rd**
**Greenbank, WA 98253**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.8058** | Priority creditor's name and mailing address | $28.00 | $28.00

**Stephen Gelina**
**9104 West Bluff Pl**
**Santee, CA 92071**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.8059 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.8059** Priority creditor's name and mailing address

**Stephen Giannotti**
**770 Jackson St Apt 1125**
**Hoboken, NJ 07030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

$146.00   $146.00

---

**2.8060** Priority creditor's name and mailing address

**Stephen Gilbert**
**734 Spring City Rd**
**Cleveland, VA 24225**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

$30.00   $30.00

---

**2.8061** Priority creditor's name and mailing address

**Stephen Grutzius**
**1565 N Page Springs Rd**
**Cornville, AZ 86325**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

$206.00   $206.00

---

**2.8062** Priority creditor's name and mailing address

**Stephen Harrison**
**1506 Palmer View**
**San Antonio, TX 78260**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

$110.00   $110.00

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____

Name

| 2.8063 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |
|---|---|---|---|---|

**Stephen Hawk**
**2472 Cambridge Dr**
**Aurora, IL 60506**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.8064 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**Stephen Heitzman**
**8619 Connemara Dr**
**Fair Oaks Ranch, TX 78015**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.8065 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $382.00 | $382.00 |
|---|---|---|---|---|

**Stephen Infantino**
**283 Riverside Dr**
**Ormond Beach, FL 32176**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.8066 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $130.00 | $130.00 |
|---|---|---|---|---|

**Stephen Kaplan**
**74 Country Club Dr**
**Port Washington, NY 11050**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.8067 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $155.00 | $155.00 |
|---|---|---|---|---|

**Stephen Laughlin**
**2830 Epaulette St.**
**San Diego, CA 92123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8068 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.00 | $88.00 |
|---|---|---|---|---|

**Stephen Loo**
**164 Hokulani St**
**Hilo, HI 96720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8069 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|---|---|---|---|---|

**Stephen Matassa**
**384 Drum Ave**
**Somerset, PA 15501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8070 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |
|---|---|---|---|---|

**Stephen Mcilwraith**
**4312 Verano Dr**
**Austin, TX 78735**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | | | | |
|---|---|---|---|---|
| 2.8071 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |

**Stephen Mitchell**
**520 Westgate St**
**Pasadena, CA 91103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.8072 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.00 | $45.00 |

**Stephen Mui**
**1610 Notre Dame Ave**
**Belmont, CA 94002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.8073 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $82.00 | $82.00 |

**Stephen Paczkowski**
**720 Page Ave**
**Lyndhurst, NJ 07071**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.8074 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $360.00 | $360.00 |

**Stephen Pettibone**
**1592 Milton Rd**
**Napa, CA 94559**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                Case number *(if known)* _____
           Name

| 2.8075 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |

**Stephen Philipson**
**3520 Blackhorse Ln**
**Charlotte, NC 28210**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8076 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**Stephen Replogle**
**5407 Macomb Street Nw**
**Washington, DC 20017**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8077 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.00 | $27.00 |

**Stephen Rinaldi**
**4040 Wilton Woods Place**
**Cary, NC 27519**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8078 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.00 | $68.00 |

**Stephen Rothermel**
**720 Spring Crest Ct.**
**Fenton, MO 63026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.8079** | Priority creditor's name and mailing address

**Stephen Ryan**
**901 E Washington St**
**Petaluma, CA 94952**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$57.00   $57.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.8080** | Priority creditor's name and mailing address

**Stephen Smith**
**469 36th Street**
**Manhattan Beach, CA 90266**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$70.00   $70.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.8081** | Priority creditor's name and mailing address

**Stephen Stocklin**
**785 Locust St**
**Redding, CA 96001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,470.00   $1,470.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.8082** | Priority creditor's name and mailing address

**Stern Matthew**
**55 Hawthorne Road**
**Rock Island, IL 61201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$25.00   $25.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| | | |
|---|---|---|
| 2.8083 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

| 2.8083 | Priority creditor's name and mailing address **Steve Allen** **17976 Judicial Rd** **Lakeville, MN 55044** | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | $42.00 | $42.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |
| 2.8084 | Priority creditor's name and mailing address **Steve Banales** **14679 Canopy Drive** **Tampa, FL 33626** | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | $169.00 | $169.00 |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |
| 2.8085 | Priority creditor's name and mailing address **Steve Bennett** **17876 N Streams Edge Way** **Boise, ID 83714** | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | $20.00 | $20.00 |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |
| 2.8086 | Priority creditor's name and mailing address **Steve Berberich** **5948 Boggs Ford Rd** **Port Orange, FL 32127** | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | $25.00 | $25.00 |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

| | | |
|---|---|---|
| 2.8087 | Priority creditor's name and mailing address<br>**Steve Birkett**<br>**6300 Blue Stone Rd Unit 5007**<br>**Sandy Springs, GA 30328** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$54.00 $54.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.8088 | Priority creditor's name and mailing address<br>**Steve Brady**<br>**11789 N Barn Owl Way**<br>**Boise, ID 83714** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$19.00 $19.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.8089 | Priority creditor's name and mailing address<br>**Steve Brown**<br>**6034 Lake Shore Dr S**<br>**Seattle, WA 98118** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$416.00 $416.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.8090 | Priority creditor's name and mailing address<br>**Steve Bruce**<br>**1759 Heffington Dr.**<br>**Chesterfield, MO 63017** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$32.00 $32.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.8091 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.00 | $59.00 |

**Steve Carlin**
**657 16th Ave**
**San Francisco, CA 94118**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8092 | Priority creditor's name and mailing address | | $30.00 | $30.00 |

**Steve Carver**
**4241 21st Ave W Ste 100**
**Seattle, WA 98199**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8093 | Priority creditor's name and mailing address | | $926.00 | $926.00 |

**Steve Davey**
**2410 Lancaster Dr Se Unit 346**
**Salem, OR 97317**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8094 | Priority creditor's name and mailing address | | $35.00 | $35.00 |

**Steve Delaveaga**
**4610 E Meadowview Dr**
**Gilbert, AZ 85298**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

| 2.8095 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.00 | $68.00 |
| --- | --- | --- | --- | --- |

| 2.8095 | Priority creditor's name and mailing address<br>**Steve Drda**<br>**12747 Olive Blvd Ste 200**<br>**Creve Coeur, MO 63141** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $68.00 | $68.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8096 | Priority creditor's name and mailing address<br>**Steve Fenn**<br>**15040 W Double Tree Way**<br>**Surprise, AZ 85374** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $550.00 | $550.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8097 | Priority creditor's name and mailing address<br>**Steve Fireng**<br>**3515 Berry St**<br>**Crystal Lake, IL 60012** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $369.00 | $369.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8098 | Priority creditor's name and mailing address<br>**Steve Frederick**<br>**1601 Winston Rd**<br>**Gladwyne, PA 19035** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $854.00 | $854.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| 2.8099 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,400.00 | $2,400.00 |
|---|---|---|---|---|

**Steve Freeburg**
**550 Quiet Way Se**
**Salem, OR 97306**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $106.00 | $106.00 |
|---|---|---|---|---|

**Steve Fried**
**3 Alza St**
**Ladera Ranch, CA 92694**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $138.00 | $138.00 |
|---|---|---|---|---|

**Steve Geary**
**1550 E Campbell Ave Apt 3041**
**Phoenix, AZ 85014**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.00 | $85.00 |
|---|---|---|---|---|

**Steve Geer**
**3024 Idas Ln**
**Caledonia, NY 14423**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

| 2.8103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |

**Steve Georgy**
**7321 Hillside Rd**
**Crystal Lake, IL 60012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8104 | Priority creditor's name and mailing address | | $56.00 | $56.00 |

**Steve Grimm**
**2572 Riva Rd Unit 11b**
**Annapolis, MD 21401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8105 | Priority creditor's name and mailing address | | $100.00 | $100.00 |

**Steve Gugan**
**23719 Sunset Peak**
**San Antonio, TX 78258**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8106 | Priority creditor's name and mailing address | | $90.00 | $90.00 |

**Steve Harrington**
**315 Claremont Ct**
**Naperville, IL 60540**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.8107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.00 | $210.00 |
|---|---|---|---|---|

**Steve Hartsell**
**621 Heartland Ave NE**
**Concord, NC 28025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.8108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |
|---|---|---|---|---|

**Steve Hong**
**55 Amity Street**
**Jersey City, NJ 07304**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.8109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.00 | $110.00 |
|---|---|---|---|---|

**Steve Hoover**
**505 Ivy Farm Dr**
**Charlottesville, VA 22901**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.8110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.00 | $27.00 |
|---|---|---|---|---|

**Steve Kelley**
**3620 Gaitland Cir**
**Flower Mound, TX 75022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| 2.8111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.00 | $104.00 |
|---|---|---|---|---|

**Steve Kent**
**5114 Royal Coachmen Dr**
**Wake Forest, NC 27587**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $195.00 | $195.00 |
|---|---|---|---|---|

**Steve Kim**
**220 Tennessee Ave**
**Alexandria, VA 22305**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $294.00 | $294.00 |
|---|---|---|---|---|

**Steve Knott**
**308a Locust St Se**
**Vienna, VA 22180**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.00 | $85.00 |
|---|---|---|---|---|

**Steve Leffin**
**16675 Quayside Drive**
**Milton, GA 30004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**     Case number *(if known)*
_____
Name

| 2.8115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,208.00 | $1,208.00 |
|---|---|---|---|---|

**Steve Matthews**
**4741 SWeetmeadow Cir**
**Sarasota, FL 34238**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $540.00 | $540.00 |
|---|---|---|---|---|

**Steve Maxwell**
**16125 Juanita Woodinville Way NE**
**Unit 19**
**Bothell, WA 98011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $652.00 | $652.00 |
|---|---|---|---|---|

**Steve Mcmillan**
**8622 Vinup Rd**
**Lynden, WA 98264**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $73.00 | $73.00 |
|---|---|---|---|---|

**Steve Merritt**
**200 Dawson Dr**
**Seaford, VA 23696**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Case number *(if known)*

Name

---

| 2.8119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,080.00 | $1,080.00 |

**Steve Mount**
**4705 Center Blvd Apt 2309**
**Long Island City, NY 11109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68.00 | $68.00 |

**Steve Murphey**
**6905 Wickliff Trail**
**Plano, TX 75023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 | $195.00 |

**Steve Noga**
**4326 Talcott Dr**
**Durham, NC 27705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $691.00 | $691.00 |

**Steve Obrien**
**422 Heliotrope Ave**
**Corona Del Mar, CA 92625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known) _____

Name

| | | | |
|---|---|---|---|
| 2.8123 | Priority creditor's name and mailing address<br>**Steve Olson**<br>**809 W Jefferson St**<br>**Kouts, IN 46347** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $127.00    $127.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

2.8124    Priority creditor's name and mailing address
**Steve Payne**
**7337 S 18th St**
**Lincoln, NE 68512**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$210.00    $210.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

2.8125    Priority creditor's name and mailing address
**Steve Pieratt**
**9 Anchor Cove Court**
**Bluffton, SC 29910**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$29.00    $29.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

2.8126    Priority creditor's name and mailing address
**Steve Pierce**
**5998 Mcjessy Dr**
**Westerville Oh 43081**
**Westerville, OH 43081**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$32.00    $32.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

| 2.8127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $100.00 | $100.00 |
|---|---|---|---|---|

**Steve Reuter**
**1301 Ridgemoor Trail**
**Bull Valley, IL 60098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $39.00 | $39.00 |
|---|---|---|---|---|

**Steve Rodichok**
**302 N Beverly Ln**
**Arlington Heights, IL 60004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $299.00 | $299.00 |
|---|---|---|---|---|

**Steve Shannon**
**34100 Brooten Rd**
**Pacific City, OR 97135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $54.00 | $54.00 |
|---|---|---|---|---|

**Steve Simon**
**24 Beaverdam Knoll Road**
**Asheville, NC 28804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor  **Phoeno Wine Company, Inc.**

Name

Case number (if known)

| 2.8131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $947.00 | $947.00 |
|---|---|---|---|---|

**Steve Skidmore**
**6281 N Gateway Dr**
**Marion, IA 52302**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.8132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**Steve Smith**
**1500 S Arrawana Ave**
**Tampa, FL 33629**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.8133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |
|---|---|---|---|---|

**Steve Stec**
**6242 South Picadilly Street**
**Centennial, CO 80016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.8134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $190.00 | $190.00 |
|---|---|---|---|---|

**Steve Striffler**
**200 Broad St Apt 2454**
**Stamford, CT 06901**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|

**2.8135** | Priority creditor's name and mailing address
**Steve Sumpter**
**2973 Harbor Blvd**
**Costa Mesa, CA 92626**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$30.00   $30.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8136** | Priority creditor's name and mailing address
**Steve Thornburg**
**10 Fair Elms**
**Laguna Niguel, CA 92677**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$30.00   $30.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8137** | Priority creditor's name and mailing address
**Steve Vanhorn**
**1275 Pickett St**
**Sonoma, CA 95476**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$728.00   $728.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8138** | Priority creditor's name and mailing address
**Steve Virkus**
**3980 Mt. Zion Rd**
**Carrollton, GA 30117**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$369.00   $369.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                   Case number (if known)
_____
Name

| 2.8139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,127.00 | $1,127.00 |

2.8139 Priority creditor's name and mailing address

**Steve Winner**
**4242 Gigling Rd**
**Central Coast Federal Credit Union**
**Seaside, CA 93955**

As of the petition filing date, the claim is: **$1,127.00** **$1,127.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

2.8140 Priority creditor's name and mailing address

**Steve Winterfeldt**
**1825 W King St**
**Cocoa Hyundai**
**Cocoa, FL 32926**

As of the petition filing date, the claim is: **$50.00** **$50.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

2.8141 Priority creditor's name and mailing address

**Steve Withington**
**1563 N 122nd St**
**Wauwatosa, WI 53226**

As of the petition filing date, the claim is: **$157.00** **$157.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

2.8142 Priority creditor's name and mailing address

**Steve Wyble**
**3603 Tournament Dr**
**Elgin, IL 60124**

As of the petition filing date, the claim is: **$70.00** **$70.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
           Name

| 2.8143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $184.00 | $184.00 |

**Steve Yaymayan**
**6406 Day St**
**Tujunga, CA 91042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $179.00 | $179.00 |

**Steve Zimmermann**
**9762 210th St. Ct. N.**
**Forest Lake, MN 55025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |

**Stevemoore Copilsburywinthropllp**
**4600 Spicewood Dr**
**Charlotte, NC 28227**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Steven Bertoni**
**8 N Cherry Ln**
**Rumson, NJ 07760**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 2.8147 | Priority creditor's name and mailing address<br>**Steven Bourn**<br>**11501 W 81st St Apt 118**<br>**Lenexa, KS 66214** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$526.00    $526.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.8148 | Priority creditor's name and mailing address<br>**Steven Brown**<br>**15305 Bowsprit Ct**<br>**Corpus Christi, TX 78418** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$136.00    $136.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.8149 | Priority creditor's name and mailing address<br>**Steven Cowan**<br>**2218 Eagle Bluff Dr**<br>**Valrico, FL 33596** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$114.00    $114.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.8150 | Priority creditor's name and mailing address<br>**Steven Cox**<br>**4206 SW 12th Pl**<br>**Cape Coral, FL 33914** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$50.00    $50.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| 2.8151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 | $150.00 |
| | **Steven Davison** | Check all that apply. | | |
| | **5641 Gross Ave NE** | ☐ Contingent | | |
| | **Canton, OH 44721** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $622.00 | $622.00 |
| | **Steven Dowgielewicz** | Check all that apply. | | |
| | **10 Sylvia Ln** | ☐ Contingent | | |
| | **Amsterdam, NY 12010** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |
| | **Steven Dzilvelis** | Check all that apply. | | |
| | **5690 Steeplechase Dr** | ☐ Contingent | | |
| | **Longmont, CO 80503** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.00 | $210.00 |
| | **Steven Eckert** | Check all that apply. | | |
| | **8425 S Valadez St** | ☐ Contingent | | |
| | **Las Vegas, NV 89113** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____     Case number *(if known)* _____
Name

| 2.8155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.00 | $42.00 |

**Steven Eiss**
**2745 E Powell Way**
**Gilbert, AZ 85298**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8156 | Priority creditor's name and mailing address | | $150.00 | $150.00 |

**Steven Farkas**
**700 W Norvell Bryant Hwy**
**Citrus Hills, FL 34442**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8157 | Priority creditor's name and mailing address | | $56.00 | $56.00 |

**Steven Gaines**
**7672 Jones Rd**
**White House, TN 37188**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8158 | Priority creditor's name and mailing address | | $31.00 | $31.00 |

**Steven Gaziano**
**20 Crisileo Way**
**Canton, MA 02021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

| 2.8159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.00 | $64.00 |

**Steven Golinowski**
**35 Pheasant Run Lane**
**Dix Hills, NY 11746**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.00 | $68.00 |

**Steven Han**
**14130 Noblewood Plz Ste 204**
**Woodbridge, VA 22193**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |

**Steven Hassett**
**3092 Novus St**
**Sarasota, FL 34237**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**Steven Heintz**
**4911 E Inverness Drive**
**Post Falls, ID 83854**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
Name

| 2.8163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $295.00 | $295.00 |

**Steven Hixenbaugh**
**180 West Lakeview Ave**
**Columbus, OH 43202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |

**Steven Hoffer**
**4735 Olde Village Ln**
**Dunwoody, GA 30338**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $288.00 | $288.00 |

**Steven Kennel**
**4126 Monticello Blvd**
**Youngstown, OH 44505**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Steven Kinnally**
**7 Camelot Way**
**Oraangeburg, NY 10962**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.8167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $159.00 | $159.00 |

**Steven Mckinnon**
**23790 Farmington Hills Ct**
**Aldie, VA 20105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $795.00 | $795.00 |

**Steven Moser**
**1012 Via Romero**
**Palos Verdes Estates, CA 90274**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.00 | $68.00 |

**Steven Nash**
**24 Nassau Rd**
**Verona, NJ 07044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $159.00 | $159.00 |

**Steven Neel**
**4700 Lakeshore Court**
**Colleyville, TX 76034**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
| | Name | | |

---

**2.8171** | Priority creditor's name and mailing address
**Steven Perrins**
**7505 Queens Ct**
**Downers Grove, IL 60516**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$29.00    $29.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.8172** | Priority creditor's name and mailing address
**Steven Phillips**
**1359 N Westwood Blvd**
**Poplar Bluff, MO 63901**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$128.00    $128.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.8173** | Priority creditor's name and mailing address
**Steven Piercy**
**134 Manns Hill Rd**
**Littleton, NH 03561**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$318.00    $318.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.8174** | Priority creditor's name and mailing address
**Steven Quartly**
**1281 Lucinda Way**
**Tustin, CA 92780**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$98.00    $98.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| 2.8175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $297.00 | $297.00 |

**Steven Reynolds**
**13154 State Highway 155 S Ste A**
**Tyler, TX 75703**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.8176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,919.00 | $1,919.00 |

**Steven Rheaume**
**3300 S Treasure Cove Pl**
**Tucson, AZ 85713**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.8177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $663.00 | $663.00 |

**Steven Rutenberg**
**160 Fountain Pkwy N Ste 210**
**St Petersburg, FL 33716**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.8178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $540.00 | $540.00 |

**Steven Slead**
**13361 Laurinda Way**
**North Tustin, CA 92705**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.8179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $127.00 | $127.00 |

**Steven Slon**
**21729 Juego Cir Unit Ic**
**Boca Raton, FL 33433**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |

**Steven Sodders**
**202 5th Ave Se**
**State Center, IA 50247**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |

**Steven Swengel**
**800 Pollard Rd Ste A**
**Los Gatos, CA 95032**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,064.00 | $1,064.00 |

**Steven Tague**
**1190 Bridge St**
**C/O Ups Acc Pt : Advanced Auto**
**Parts**
**Lowell, MA 01850**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)*

| 2.8183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|

**Steven Telford**
**31 Home Depot Dr**
**Plymouth, MA 02360**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**Steven Tosti**
**425 5th Avenue**
**Apt 43d**
**New York, NY 10016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $152.00 | $152.00 |
|---|---|---|---|---|

**Steven Vitali**
**915 Sidehill Drive**
**Bel Air, MD 21015**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.00 | $160.00 |
|---|---|---|---|---|

**Steven Vonfrolio**
**10400 Devon Ct**
**Newburgh, IN 47630**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.8187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $79.00 | $79.00 |
|---|---|---|---|---|
| | **Steven Wagner** | ☐ Contingent | | |
| | **1716 Richard Ervin Pkwy** | ☐ Unliquidated | | |
| | **Tarpon Springs, FL 34688** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.8188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $276.00 | $276.00 |
|---|---|---|---|---|
| | **Steven Wescott** | ☐ Contingent | | |
| | **679 Lebanon Road** | ☐ Unliquidated | | |
| | **North Berwick, ME 03906** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.8189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $386.00 | $386.00 |
|---|---|---|---|---|
| | **Steven Zabel** | ☐ Contingent | | |
| | **1275 Enclave Rd** | ☐ Unliquidated | | |
| | **Chattanooga, TN 37415** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.8190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 | $100.00 |
|---|---|---|---|---|
| | **Stewart Higgins** | ☐ Contingent | | |
| | **237 Tarracina Way** | ☐ Unliquidated | | |
| | **Daytona Beach, FL 32117** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

| | | | |
|---|---|---|---|
| 2.8191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $136.00 $136.00 |

**Stewart Mcnutt
30 Edgewater Ave
North East, MD 21901**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

$136.00    $136.00

---

| 2.8192 | Priority creditor's name and mailing address |

**Stewart Stephen
7225 Pelican Bay Blvd Unit 2105
Naples, FL 34108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

$281.00    $281.00

---

| 2.8193 | Priority creditor's name and mailing address |

**Sthisavannah Siwinile
3217 Curtis St Unit B
Nashville, TN 37218**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

$99.00    $99.00

---

| 2.8194 | Priority creditor's name and mailing address |

**Stig Soerensen
330 E 38th St Apt 34d
New York, NY 10016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

$1,122.00    $1,122.00

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

| | | |
|---|---|---|
| 2.8195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.8195** Priority creditor's name and mailing address

**Stuart Donnett**
**3781 Isabella Ave**
**Cincinnati, OH 45209**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$29.00    $29.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.8196** Priority creditor's name and mailing address

**Stuart Farb**
**4801 Sherman Blvd**
**Galveston, TX 77551**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$84.00    $84.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.8197** Priority creditor's name and mailing address

**Stuart Fricke**
**1519 W Nottingham Ln**
**Anaheim, CA 92802**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$242.00    $242.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.8198** Priority creditor's name and mailing address

**Stuart Lindeman**
**394 Nortontown Rd**
**Guilford, CT 06437**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$35.00    $35.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 2.8199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,188.00 | $1,188.00 |
|---|---|---|---|---|
| | **Stuart Ridge** | Check all that apply. | | |
| | **2413 Plaza Eva** | ☐ Contingent | | |
| | **Chula Vista, CA 91914** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

---

| 2.8200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 | $38.00 |
|---|---|---|---|---|
| | **Stuart Thompson** | Check all that apply. | | |
| | **2324 Chace Ct** | ☐ Contingent | | |
| | **Plano, TX 75023** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

---

| 2.8201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |
|---|---|---|---|---|
| | **Subhash Kothari** | Check all that apply. | | |
| | **5 Warrenton Ln** | ☐ Contingent | | |
| | **Colts Neck, NJ 07722** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

---

| 2.8202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|
| | **Sudad Shaoo** | Check all that apply. | | |
| | **3317 Wentworth Dr** | ☐ Contingent | | |
| | **Jamul, CA 91935** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

---

| 2.8203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|

**Sudhir Sudhir**
**2512 Nottingham Ln**
**Naperville, IL 60565**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,331.00 | $2,331.00 |
|---|---|---|---|---|

**Sue Linder**
**2805 S La Brea Ave**
**Los Angeles, CA 90016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.00 | $66.00 |
|---|---|---|---|---|

**Sue Reitz**
**2528 Longfellow Pl**
**Billings, MT 59102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $107.00 | $107.00 |
|---|---|---|---|---|

**Sue Shankar**
**312 New York Ave Apt 2**
**Jersey City, NJ 07307**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 2.8207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,811.00 | $2,811.00 |
|---|---|---|---|---|
| | **Sue Tuma** | Check all that apply. | | |
| | **820 Riverwood Pl SW** | ☐ Contingent | | |
| | **Owatonna, MN 55060** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

---

| 2.8208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.00 | $112.00 |
|---|---|---|---|---|
| | **Sue Viila** | Check all that apply. | | |
| | **25632 Ashby Way** | ☐ Contingent | | |
| | **Lake Forest, CA 92630** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

---

| 2.8209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $86.00 | $86.00 |
|---|---|---|---|---|
| | **Sue Wolfe** | Check all that apply. | | |
| | **2156 Harvest Pl** | ☐ Contingent | | |
| | **Livermore, CA 94550** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

---

| 2.8210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |
|---|---|---|---|---|
| | **Suketu Upadhyay** | Check all that apply. | | |
| | **1809 Cold Springs Dr** | ☐ Contingent | | |
| | **West Chester, PA 19382** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.8211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|

**Sukhmani Jassar**
**268 SW 297th Street**
**Federal Way, WA 98023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Sunguk Jang**
**3255 Legends Way**
**Pepper Pike, OH 44124**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.00 | $66.00 |
|---|---|---|---|---|

**Sunilvarma Chiluvuri**
**4101 Laclede Ave Unit 503**
**Saint Louis, MO 63108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $43.00 | $43.00 |
|---|---|---|---|---|

**Suniti Ponkshe**
**12 Exeter Ln**
**Hamburg, NJ 07419**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)*
_____
Name

| 2.8215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |

**Sunny Mathur**
**6837 NEedwood Road**
**Rockville, MD 20855**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Suresh Potluri**
**7089 Inverness Drive**
**Kalamazoo, MI 49009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $521.00 | $521.00 |

**Susan Andrews**
**1756 N Mohawk St Apt 2e**
**Chicago, IL 60614**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |

**Susan Block**
**800 J St Unit 315**
**Sacramento, CA 95814**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| 2.8219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $138.00 | $138.00 |

**Susan Bombard**
**16529 S 179th Ln**
**Goodyear, AZ 85338**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8220 | Priority creditor's name and mailing address | | $38.00 | $38.00 |

**Susan Brienxagordon**
**2 Autumn Ln**
**Apt, Suite, Floor, Etc**
**Saratoga Springs, NY 12866**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8221 | Priority creditor's name and mailing address | | $55.00 | $55.00 |

**Susan Canham**
**4416 SW 20th Ave**
**Cape Coral, FL 33914**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8222 | Priority creditor's name and mailing address | | $26.00 | $26.00 |

**Susan Chiera**
**10937 Nw 61st Ct**
**Parkland, FL 33076**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.8223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.8223**

Priority creditor's name and mailing address
**Susan Collins**
**22800 Bulverde Rd Apt 1604**
**San Antonio, TX 78261**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$28.00   $28.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.8224**

Priority creditor's name and mailing address
**Susan Gatta**
**32 Rush West Rush Rd**
**Rush, NY 14543**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$100.00   $100.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.8225**

Priority creditor's name and mailing address
**Susan Guzzo**
**3131 Corlear Dr**
**Baldwinsville, NY 13027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$30.00   $30.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.8226**

Priority creditor's name and mailing address
**Susan Hart**
**2452 Club Rd**
**Columbus, OH 43221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$30.00   $30.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (*if known*) _____

| | | |
|---|---|---|

**2.8227** | Priority creditor's name and mailing address

**Susan Hoffberg**
**4841 Willows Rd**
**Chesapeake Beach, MD 20732**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$97.00   $97.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8228** | Priority creditor's name and mailing address

**Susan Knapp**
**2574 Appian Way**
**Pinole, CA 94564**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$29.00   $29.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8229** | Priority creditor's name and mailing address

**Susan Malandra**
**1 Romopock Court**
**Mahwah, NJ 07430**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$32.00   $32.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8230** | Priority creditor's name and mailing address

**Susan Mays**
**1211 Hall Johnson Rd**
**Colleyville, TX 76034**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$60.00   $60.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 2.8231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $101.00 | $101.00 |
|---|---|---|---|---|

**Susan Mcpherson**
**2938 Boies Drive**
**2938 Boies Drive**
**Pleasant Hill, CA 94523**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Susan Montenegro**
**837 N 27th St**
**Philadelphia, PA 19130**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.00 | $31.00 |
|---|---|---|---|---|

**Susan Okeefe**
**5202 Pine Forest Rd**
**Houston, TX 77056**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $315.00 | $315.00 |
|---|---|---|---|---|

**Susan Pedone**
**8904 Chalk Knoll Dr**
**Austin, TX 78735**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.8235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.00 | $47.00 |

**Susan Penney**
**4104 Ramsey Rd**
**Yukon, OK 73099**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8236 | Priority creditor's name and mailing address | | $97.00 | $97.00 |

**Susan Ristow**
**1533 England Dr**
**Columbus, OH 43240**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8237 | Priority creditor's name and mailing address | | $20.00 | $20.00 |

**Susan Robinson**
**624 Vesper Trl**
**Queen Creek, AZ 85140**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8238 | Priority creditor's name and mailing address | | $27.00 | $27.00 |

**Susan Schoettle-Gumm**
**18099 Deer Prairie Drive**
**Sarasota, FL 34240**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Phoeno Wine Company, Inc.**                    Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 2.8239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: **$56.00**   **$56.00** |

2.8239  Priority creditor's name and mailing address

**Susan Shorey**
**2350 Wailea Pl**
**Sacramento, CA 95833**

As of the petition filing date, the claim is: $56.00    $56.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

2.8240  Priority creditor's name and mailing address

**Susan Smith**
**3 Norman Lane**
**Philadlephia, PA 19118**

As of the petition filing date, the claim is: $115.00    $115.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

2.8241  Priority creditor's name and mailing address

**Susan Taylor**
**340 E Randolph St Unit 4306**
**Chicago, IL 60601**

As of the petition filing date, the claim is: $56.00    $56.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

2.8242  Priority creditor's name and mailing address

**Susan Torchio**
**630 Landis Rd**
**Harleysville, PA 19438**

As of the petition filing date, the claim is: $428.00    $428.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                    Case number (if known) _____

Name

| 2.8243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.00 | $55.00 |

**Susan Waterd**
**12132 Morrie Lane**
**Garden Grove, CA 92840**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |

**Susan Wiles**
**137 Farmington Falls Rd**
**Wiles Funeral Home**
**Farmington, ME 04938**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $228.00 | $228.00 |

**Susan Winckler**
**1350 Olde Towne Rd**
**Alexandria, VA 22307**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Susan Winfrey**
**3155 State St**
**Blacksburg, VA 24060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| **2.8247** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.8247** Priority creditor's name and mailing address

**Susan Zaremba**
**251 S Mcculloch Blvd**
**Pueblo West, CO 81007**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**

Is the claim subject to offset?
■ No
☐ Yes

$40.00   $40.00

---

**2.8248** Priority creditor's name and mailing address

**Susanne Kurisu**
**1269 Kahili St**
**Kailua, HI 96734**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**

Is the claim subject to offset?
■ No
☐ Yes

$30.00   $30.00

---

**2.8249** Priority creditor's name and mailing address

**Susy Zimny**
**92 Reads Way Ste 104**
**New Castle, DE 19720**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**

Is the claim subject to offset?
■ No
☐ Yes

$236.00   $236.00

---

**2.8250** Priority creditor's name and mailing address

**Suthitham Kusolasak**
**916 Baird Ave**
**Santa Clara, CA 95054**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**

Is the claim subject to offset?
■ No
☐ Yes

$55.00   $55.00

---

| | |
|---|---|
| Debtor | **Phoeno Wine Company, Inc.** |
| | Name |

Case number *(if known)* _____

---

**2.8251** | Priority creditor's name and mailing address

**Suzanne Doucette**
**1555 W Dusk Glow Loop**
**Tucson, AZ 85704**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:                    $400.00      $400.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8252** | Priority creditor's name and mailing address

**Suzanne Coca**
**442 Sycamore St**
**Staten Island, NY 10312**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:                    $65.00       $65.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8253** | Priority creditor's name and mailing address

**Suzanne Crowley**
**19 Elm St**
**Auburn, NY 13021**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:                    $139.00      $139.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8254** | Priority creditor's name and mailing address

**Suzanne Fetter**
**62 Spring St**
**Chester, CT 06412**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:                    $28.00       $28.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deficit Customer**

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 2.8255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $353.00 | $353.00 |
|---|---|---|---|---|

**Suzanne Gammage**
**4115 E Colter St**
**Phoenix, AZ 85018**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |
|---|---|---|---|---|

**Suzanne Graboski**
**748 County Road 642**
**Mentone, AL 35984**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.00 | $88.00 |
|---|---|---|---|---|

**Suzanne Haining**
**1103 Broadhurst Dr**
**Manchester, MO 63021**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Suzanne Lindsey**
**327 Evans Rd**
**Winchester, TN 37398**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.8259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.00 | $27.00 |

**Suzanne Lucot**
**127 Averys Way**
**Cranberry Township, PA 16066**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.00 | $66.00 |

**Suzanne Marsh**
**121 S Third Street**
**Clarksville, TN 37040**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.00 | $87.00 |

**Suzanne Skinner**
**4072 N Sheridan Rd Apt 3a**
**Chicago, IL 60613**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |

**Suzanne Williams**
**4979 Williams Dr**
**Carmel, IN 46033**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|--------|------|------|---|
| | Name | | |

---

| 2.8263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.00 | $61.00 |
|--------|-----|-----|-----|-----|

**Suzy Good**
**3700 Templeton Gap Rd**
**Colorado Springs, CO 80907**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.8264 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.00 | $34.00 |
|--------|-----|-----|-----|-----|

**Sydney Stuart**
**406 E 18th St**
**Hope, AR 71801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.8265 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 | $150.00 |
|--------|-----|-----|-----|-----|

**Sylvain Mirochnikoff**
**898 Park Ave Fl 3**
**New York, NY 10075**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.8266 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $791.00 | $791.00 |
|--------|-----|-----|-----|-----|

**Sylvia Adams**
**175 Lake Destiny Trail**
**Altamonte Springs, FL 32714**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 2.8267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $806.00 | $806.00 |

**Sylvia Chen**
**325 E Middlefield Rd**
**C/O Igm Biosciences**
**Mountain View, CA 94043**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $677.00 | $677.00 |

**Sylvia Steinheiser**
**16433 Monocacy Blvd**
**Huntersville, NC 28078**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |

**T Tong**
**71 Lexington Gdns**
**Apt, Suite, Floor, Etc**
**North Haven, CT 06473**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.00 | $78.00 |

**T Womack**
**604 N Crest Road**
**Chattanooga, TN 37404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.8271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.00 | $64.00 |
|---|---|---|---|---|

**Tab Burkhalter**
**1500 W Broadway Ave**
**Maryville, TN 37801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Deficit Customer** |

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |
|---|---|---|---|---|

**Tabitha Davisson**
**1 Us Bank Plz**
**Thompson Coburn Llp**
**Saint Louis, MO 63101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Deficit Customer** |

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 | $38.00 |
|---|---|---|---|---|

**Tad Wiser**
**18666 E Vassar Dr**
**Aurora, CO 80013**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Deficit Customer** |

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $337.00 | $337.00 |
|---|---|---|---|---|

**Tadeu Ferreira**
**333 Se 2nd Ave Ste 2510**
**#NAME?**
**Miami, FL 33131**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Deficit Customer** |

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor  **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 2.8275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,108.00 | $1,108.00 |

**Taffie Hale**
**149 Timberwood Dr**
**Horseshoe Bend, ID 83629**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 | $38.00 |

**Tai Tran**
**7 Rose Terrace St**
**Grosse Pointe Farms, MI 48236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |

**Tait Cruse**
**2961 Belclaire Dr**
**Frisco, TX 75034**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.00 | $98.00 |

**Takahiro Iwabuchi**
**1900 Alaskan Way Apt 302**
**Seattle, WA 98101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

| 2.8279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $199.00 | $199.00 |

2.8279  Priority creditor's name and mailing address

**Takashi Nishizaki**
**7200 Grayson Drive**
**Plano, TX 75025**

As of the petition filing date, the claim is: $199.00  $199.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.8280  Priority creditor's name and mailing address

**Tam Tran**
**29000 Tern Place**
**Hayward, CA 94545**

As of the petition filing date, the claim is: $25.00  $25.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.8281  Priority creditor's name and mailing address

**Tamar Amoyal**
**80 Sullivan Dr**
**West Orange, NJ 07052**

As of the petition filing date, the claim is: $63.00  $63.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.8282  Priority creditor's name and mailing address

**Tamara Conn**
**514 N Hawthorn Dr**
**Nixa, MO 65714**

As of the petition filing date, the claim is: $145.00  $145.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 2.8283 | Priority creditor's name and mailing address<br>**Tamara Hambrick**<br>**1735 NE 14th St**<br>**Oklahoma City, OK 73117** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$44.00**   **$44.00**

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number ____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.8284 | Priority creditor's name and mailing address<br>**Tamara Ryder**<br>**37 Pine Ridge Rd**<br>**Saratoga Springs, NY 12866** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$989.00**   **$989.00**

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number ____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.8285 | Priority creditor's name and mailing address<br>**Tamara Skinner**<br>**1001 S Woodbury St**<br>**Independence, MO 64050** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$197.00**   **$197.00**

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number ____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.8286 | Priority creditor's name and mailing address<br>**Tamara Teague**<br>**14450 Auburn Rd**<br>**Newbury, OH 44065** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$180.00**   **$180.00**

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number ____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| | | |
|---|---|---|

**2.8287** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $167.00 | $167.00

**Tamas Bathory**
**2821 Wesleyan Lane**
**Winston-Salem, NC 57106**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.8288** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00

**Tameka Howe**
**3901 Independence Ave Apt 3n**
**Bronx, NY 10463**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.8289** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00

**Tammy Hemphill**
**2414 Deep Lake Dr**
**Kingwood, TX 77345**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.8290** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $822.00 | $822.00

**Tammy Johnson**
**422 Ford St E**
**Northfield, MN 55057**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.8291** | Priority creditor's name and mailing address

**Tammy Mangan**
**3142 Old Taneytown Rd**
**Westminster, MD 21158**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$82.00    $82.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8292** | Priority creditor's name and mailing address

**Tammy Mcmahon**
**218 Castle Creek Pl**
**Alamo, CA 94507**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,377.00    $1,377.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8293** | Priority creditor's name and mailing address

**Tammy Meyerholt**
**1720 Stillwater Ct**
**Cumming, GA 30041**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$84.00    $84.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8294** | Priority creditor's name and mailing address

**Tammy Sparks**
**624 E Reelfoot Ave**
**Union City, TN 38261**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$52.00    $52.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

**2.8295** | Priority creditor's name and mailing address

**Tana Dimino**
**6715 Paxson Rd**
**New Hope, PA 18938**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$30.00 | $30.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8296** | Priority creditor's name and mailing address

**Tanner Holland**
**15901 Hawthorne Blvd Ste 490**
**Lawndale, CA 90260**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$121.00 | $121.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8297** | Priority creditor's name and mailing address

**Tanya Hamilton**
**1812 Speyer Ln**
**Redondo Beach, CA 90278**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$50.00 | $50.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8298** | Priority creditor's name and mailing address

**Tanya Smith**
**3360 E 147th St**
**Cleveland, OH 44120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$33.00 | $33.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

| | | | |
|---|---|---|---|
| 2.8299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.00    $119.00 |

Priority creditor's name and mailing address
**Tao Wang**
**856 Carriage Cove Ct**
**Saint Charles, MO 63304**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$119.00**    **$119.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.8300  Priority creditor's name and mailing address
**Tara Cunningham**
**3314 W Dorchester St**
**Tampa, FL 33611**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$29.00**    **$29.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.8301  Priority creditor's name and mailing address
**Tara Dietz**
**62 Kathleen Ln.**
**Mount Kisco, NY 10549**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$111.00**    **$111.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.8302  Priority creditor's name and mailing address
**Tara Gibson**
**1305 N 29th St**
**Richmond, VA 23223**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$59.00**    **$59.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**                    Case number *(if known)* _____
        _____
        Name

| | | |
|---|---|---|
| 2.8303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $530.00 | $530.00 |

**2.8303**

Priority creditor's name and mailing address
**Tara Humphreys**
**677 Ala Moana Blvd Ste 500**
**Honolulu, HI 96813**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$530.00    $530.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.8304**

Priority creditor's name and mailing address
**Tara Jones**
**1891 Reidsville Rd**
**Southport, NC 28461**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$71.00    $71.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.8305**

Priority creditor's name and mailing address
**Tara Mikolay**
**51 Laurel Mountain Ct**
**Carmel, NY 10512**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$50.00    $50.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.8306**

Priority creditor's name and mailing address
**Tara Oconnor**
**2264 E Isaiah Ave**
**Gilbert, AZ 85298**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$25.00    $25.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 2.8307 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.00 | $66.00 |

**Taras Dember.eckyj**
**2235 W Huron St**
**Chicago, IL 60612**

As of the petition filing date, the claim is: $66.00 $66.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.8308 | Priority creditor's name and mailing address | $30.00 | $30.00 |

**Tarek Fadel**
**1 Flagler Dr**
**Rye, NY 10580**

As of the petition filing date, the claim is: $30.00 $30.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.8309 | Priority creditor's name and mailing address | $217.00 | $217.00 |

**Taryn Hanley**
**2237 12th St Nw Unit 5**
**Washington, DC 20009**

As of the petition filing date, the claim is: $217.00 $217.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.8310 | Priority creditor's name and mailing address | $55.00 | $55.00 |

**Tate M**
**3457 Soo St**
**Saint Paul, MN 55126**

As of the petition filing date, the claim is: $55.00 $55.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.8311** Priority creditor's name and mailing address

**Tatiana Byzova**
**25400 Hilltop Dr**
**Beachwood, OH 44122**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

$80.00    $80.00

---

**2.8312** Priority creditor's name and mailing address

**Tatro Joey**
**78 Ocean Park Loop**
**Georgetown, SC 29440**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

$80.00    $80.00

---

**2.8313** Priority creditor's name and mailing address

**Taura Vulcano**
**2221 Creek View Ct.**
**Indian Land, SC 29707**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

$157.00    $157.00

---

**2.8314** Priority creditor's name and mailing address

**Tawni Cranz**
**24808 Carbon Ln**
**Valencia, CA 91354**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

$241.00    $241.00

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.8315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Tawnya Skinner**
**2630 Puuone St**
**Koloa, HI 96756**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,538.00 | $1,538.00 |
|---|---|---|---|---|

**Taylor Armstrong**
**161 Mclain Street**
**Bedford Corners, NY 10549**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Taylor Combes**
**5525 Petty St Unit B**
**Houston, TX 77007**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.00 | $27.00 |
|---|---|---|---|---|

**Taylor Cwikla**
**8105 Moores Ln Ste 1700**
**Ups Access Point Michaels Store #**
**9808**
**Brentwood, TN 37027**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.8319 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00  $30.00 |

**2.8319**

Priority creditor's name and mailing address

**Taylor Graeber**
**2323 Florida Blvd Apt B**
**Delray Beach, FL 33483**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$30.00**   **$30.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.8320**

Priority creditor's name and mailing address

**Taylor Greenwood**
**1305 Cardinal Road**
**Orlando, FL 32803**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$45.00**   **$45.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.8321**

Priority creditor's name and mailing address

**Taylor Hamon**
**2751 Waterhaven Drive**
**Chattanooga, TN 37406**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$35.00**   **$35.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.8322**

Priority creditor's name and mailing address

**Taylor Pendrith**
**5276 Cambridge Ct**
**Palm Beach Gardens, FL 33418**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$170.00**   **$170.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 2.8323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.00 | $48.00 |

**Taylor Richardson**
**3312 W Price Ave**
**Tampa, FL 33611**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8324 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $116.00 | $116.00 |

**Taylor Schrock**
**5000 Estate Enighed Pmb 391**
**St John, VI 00830**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8325 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |

**Taylor Young**
**301 Silverado Trl**
**Keller, TX 76248**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8326 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $272.00 | $272.00 |

**Ted Finnerty**
**49 Fiske Rd**
**Wellesley Hills, MA 02481**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 2.8327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,089.00 | $2,089.00 |
|---|---|---|---|---|

**Ted Gaasche**
**126 Waring Dr**
**Downingtown, PA 19335**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8328 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|

**Ted Orr**
**59 Gentry Ct**
**Annapolis, MD 21403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8329 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Ted Owens**
**12714 S Rene St**
**Olathe, KS 66062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8330 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.00 | $52.00 |
|---|---|---|---|---|

**Ted Schupbach**
**41 Nm Hwy 522**
**Taos, NM 87571**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.8331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $130.00 | $130.00 |
|---|---|---|---|---|

**Ted Vaughn**
**105 Tall Pines Trl**
**Greenwood, SC 29646**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8332 | Priority creditor's name and mailing address | | $335.00 | $335.00 |
|---|---|---|---|---|

**Ted Winters**
**610 21st St S**
**Arlington, VA 22202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8333 | Priority creditor's name and mailing address | | $29.00 | $29.00 |
|---|---|---|---|---|

**Tejus Menon**
**261 Hudson Street**
**10r**
**New York, NY 10013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8334 | Priority creditor's name and mailing address | | $21.00 | $21.00 |
|---|---|---|---|---|

**Telaireus Herrin**
**2209 Bay View Drive**
**Signal Hill, CA 90755**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

| 2.8335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**Tennessee Department of Revenue**
**500 Deaderick St**
**Nashville, TN 37242**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| | **For Notice Purposes Only** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8336 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $425.00 | $425.00 |
| --- | --- | --- | --- | --- |

**Terance Kinsky**
**2611 S. Ong St**
**Amarillo, TX 79109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| | **Deficit Customer** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8337 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
| --- | --- | --- | --- | --- |

**Teresa Beacham**
**103 Warlick St**
**Jacksonville, NC 28540**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| | **Deficit Customer** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8338 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.00 | $125.00 |
| --- | --- | --- | --- | --- |

**Teresa Butler**
**146 Cherry Ln**
**Dawsonville, GA 30534**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| | **Deficit Customer** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.8339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |

**Teresa Hammer**
**9079 4th St N**
**St Petersburg, FL 33702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8340 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $293.00 | $293.00 |

**Teresa Hitchcock**
**2200 El Portal Drive #32**
**Bakersfield, CA 93309**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8341 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |

**Teresa Martin**
**1599 Kestrel Dr**
**Clarkston, WA 99403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8342 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |

**Teresa Mchugh**
**154 Keep Hill Rd**
**Williamstown, MA 01267**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 2.8343 | Priority creditor's name and mailing address<br>**Teresa Mcmonagle**<br>**6702 Spruce Mill Dr**<br>**Morrisville, PA 19067** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$151.00    $151.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.8344 | Priority creditor's name and mailing address<br>**Teresa Nguyen-Wallace**<br>**9302 Asbury Cir**<br>**Westminster, CA 92683** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$175.00    $175.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.8345 | Priority creditor's name and mailing address<br>**Teresa Thake**<br>**3607 Bryant Avenue South**<br>**Golden Valley Products, Inc.**<br>**Minneapolis, MN 55409** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$89.00    $89.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.8346 | Priority creditor's name and mailing address<br>**Teresa Theilman**<br>**3236 S Green Bay Rd**<br>**Mount Pleasant, WI 53403** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$34.00    $34.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.8347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.00 | $66.00 |
|---|---|---|---|---|

**Teresar Conway**
**12930 Regan Ln**
**Saratoga, CA 95070**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8348 | Priority creditor's name and mailing address | | $1,159.00 | $1,159.00 |
|---|---|---|---|---|

**Teri Dewalt**
**10104 Kistler Cove**
**Austin, TX 78459**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8349 | Priority creditor's name and mailing address | | $92.00 | $92.00 |
|---|---|---|---|---|

**Teri Johnson**
**10611 Fountainbleu Circle**
**Austin, TX 78750**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8350 | Priority creditor's name and mailing address | | $48.00 | $48.00 |
|---|---|---|---|---|

**Teri Wood**
**1655 Private Road 4011**
**Decatur, TX 76234**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____

_____
Name

| | | |
|---|---|---|
| 2.8351 | Priority creditor's name and mailing address<br>**Terra Barkman**<br>**8513 W 144th Pl**<br>**Overland Park, KS 66223** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | $17.00 | $17.00 |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.8352 | Priority creditor's name and mailing address<br>**Terrance Hadden**<br>**8910 University Center Lane**<br>**Suite 620**<br>**San Diego, CA 92122** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

$294.00    $294.00

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.8353 | Priority creditor's name and mailing address<br>**Terrance Obrien**<br>**6823 Patayan Rd.**<br>**Las Vegas, NV 89146** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

$343.00    $343.00

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.8354 | Priority creditor's name and mailing address<br>**Terrence Casey**<br>**60 Public Sq Ste 600**<br>**Wilkes Barre, PA 18701** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

$2,253.00    $2,253.00

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| 2.8355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $234.00 | $234.00 |

**Terrence Everson**
**6441 Inspire Cir S**
**Cottage Grove, MN 55016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.8356 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $208.00 | $208.00 |

**Terrence Hatcher**
**2230 16th St NE**
**Washington, DC 20018**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.8357 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |

**Terrence Wagner**
**1975 Nocturne Dr Unit 2205**
**Alpharetta, GA 30009**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.8358 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.00 | $87.00 |

**Terrence Won**
**1360 S Beretania Street #300**
**Honolulu, HI 96814**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                          Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 2.8359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.8359** Priority creditor's name and mailing address

**Terrence Word**
**667 County Road 206**
**Durango, CO 81301**

As of the petition filing date, the claim is:    **$66.00**    **$66.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.8360** Priority creditor's name and mailing address

**Terri Denhof**
**883 S Birch Cir**
**Boyne Falls, MI 49713**

As of the petition filing date, the claim is:    **$95.00**    **$95.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.8361** Priority creditor's name and mailing address

**Terri Mucha**
**3043 Nw Tharp Ave**
**Bend, OR 97703**

As of the petition filing date, the claim is:    **$128.00**    **$128.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.8362** Priority creditor's name and mailing address

**Terri Odom**
**1700 Emerson Ave**
**Oxnard, CA 93033**

As of the petition filing date, the claim is:    **$120.00**    **$120.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____

Name

Case number _(if known)_ _____

---

| 2.8363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Terri Paul**
**1120 W Lincoln Blvd**
**Spokane, WA 99224**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8364 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $107.00 | $107.00 |
|---|---|---|---|---|

**Terri Sanders**
**24570 Himark Way**
**Caldwell, ID 83607**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8365 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $457.00 | $457.00 |
|---|---|---|---|---|

**Terri Schaefer**
**2504 W Owen K Garriott Rd**
**Enid, OK 73703**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8366 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.00 | $22.00 |
|---|---|---|---|---|

**Terron Phillips**
**396 Piedmont Ave NE Apt 4030**
**Atlanta, GA 30308**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | |
|---|---|
| 2.8367 | Priority creditor's name and mailing address |

**Terry Branoff**
**303 N. Harris St.**
**Saline, MI 48176**

As of the petition filing date, the claim is:    $25.00    $25.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | |
|---|---|
| 2.8368 | Priority creditor's name and mailing address |

**Terry Decio**
**1108 Lions Park Dr**
**Saint Joseph, MI 49085**

As of the petition filing date, the claim is:    $96.00    $96.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | |
|---|---|
| 2.8369 | Priority creditor's name and mailing address |

**Terry Hsiang**
**45977 Paseo Padre Pkway**
**Fremont, CA 94539**

As of the petition filing date, the claim is:    $83.00    $83.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | |
|---|---|
| 2.8370 | Priority creditor's name and mailing address |

**Terry Moore**
**4610 NE 89th St**
**Seattle, WA 98115**

As of the petition filing date, the claim is:    $111.00    $111.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| 2.8371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.00 | $15.00 |

**Terry Munoz**
**188 Mount Zion Rd**
**New Waverly, TX 77358**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8372 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $331.00 | $331.00 |

**Terry Noyd**
**7535 Shedhorn Dr**
**C/O Vemco**
**Bozeman, MT 59718**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8373 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.00 | $81.00 |

**Terry Purvis**
**16259 Winchester Club Drive**
**Meadow Vista, CA 95722**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8374 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.00 | $87.00 |

**Terry Riely**
**680 E Basse Rd Apt 436**
**San Antonio, TX 78209**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

| 2.8375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
|---|---|---|---|---|

**Terry Sorum**
**1899 Mapleway Dr**
**Columbus, OH 43204**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8376 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Tess Jung**
**525 S Elmridge Ave**
**Brookfield, WI 53005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8377 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |
|---|---|---|---|---|

**Tessie Massa**
**100 Riverside Blvd Apt 25e**
**New York, NY 10069**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8378 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Texas Comptroller of Public**
**Accounts - T**
**1919 N Loop W #640**
**Houston, TX 77008**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.8379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.00 | $104.00 |
|---|---|---|---|---|

**Thach Ta**
**14290 Santa Fe St**
**Westminster, CO 80023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8380 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $103.00 | $103.00 |
|---|---|---|---|---|

**Thang Nguyen**
**2017 Laird Cir**
**Santa Ana, CA 92706**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8381 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|

**Thang Nguyen**
**901 S Bewley St**
**Santa Ana, CA 92704**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8382 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,477.00 | $1,477.00 |
|---|---|---|---|---|

**Theodore Fredrick**
**712 Tamani Drive**
**Herndon, VA 20170**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.8383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Theodore Mattis**
**1403 Riverwood Lane**
**Powell, OH 43065**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8384 | Priority creditor's name and mailing address | | $24.00 | $24.00 |

**Theodore Pawela**
**2317 Cambridge Ave**
**Cardiff By The Sea, CA 92007**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8385 | Priority creditor's name and mailing address | | $184.00 | $184.00 |

**Theodore Shogry**
**2208 Cebolla Creek Way Nw**
**Albuquerque, NM 87120**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8386 | Priority creditor's name and mailing address | | $117.00 | $117.00 |

**Theofanis Karaletsos**
**101 Lower Terrace**
**San Francisco, CA 94114**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.8387 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.00 $48.00 |

**Theresa Appelbaum**
**1926 Chouteau Ave**
**Saint Louis, MO 63103**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

$48.00    $48.00

---

2.8388 Priority creditor's name and mailing address

**Theresa Beditz**
**4215 Se Centerboard Lane**
**Stuart, FL 34997**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

$80.00    $80.00

---

2.8389 Priority creditor's name and mailing address

**Theresa Brignac**
**15745 Long Farm Road**
**Baton Rouge, LA 70817**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

$35.00    $35.00

---

2.8390 Priority creditor's name and mailing address

**Theresa Jackson**
**15 Brandywine Cir**
**Brownsburg, IN 46112**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

$54.00    $54.00

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.8391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |
|---|---|---|---|---|

**Theresa Larrigan**
**30 Muhm Ctr**
**New Melle, MO 63365**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $350.00 | $350.00 |
|---|---|---|---|---|

**Theresa Nguyen**
**1432 Cerro Verde**
**San Jose, CA 95120**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Theresa Osredker**
**28 Woodbridge Ln**
**Kansas City, MO 64145**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $151.00 | $151.00 |
|---|---|---|---|---|

**Theresa Redfern**
**221 Cornwall Dr**
**Pittsburgh, PA 15238**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.8395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $69.00 | $69.00 |
|---|---|---|---|---|

**Theresa Schneider**
**816 Woodland Dr.**
**Woodstock, IL 60098**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8396 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.00 | $110.00 |
|---|---|---|---|---|

**Therese Lucietto**
**506 Trumans Ct**
**Belvidere, IL 61008**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8397 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $613.00 | $613.00 |
|---|---|---|---|---|

**Therese Rubin**
**5188 Happy Hollow Rd**
**Doraville, GA 30360**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8398 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $288.00 | $288.00 |
|---|---|---|---|---|

**Therese Sargent**
**14644 N Coral Gables Dr**
**Phoenix, AZ 85023**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 2.8399 | Priority creditor's name and mailing address **Thom Gearig-Howe** **925 W Randolph St** **Chicago, IL 60607** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $19.00 | $19.00 |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8400 | Priority creditor's name and mailing address **Thomas Alfonso** **1370 Howard Ln** **Easton, PA 18045** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $782.00 | $782.00 |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8401 | Priority creditor's name and mailing address **Thomas Antoshak** **335 High St** **Closter, NJ 07624** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $60.00 | $60.00 |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8402 | Priority creditor's name and mailing address **Thomas Bartlett** **514 Catalina Dr** **Nashville, TN 37217** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $5,522.00 | $3,350.00 |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.8403** Priority creditor's name and mailing address

**Thomas Baxter**
**3 Camino De Colores**
**Santa Fe, NM 87506**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

$40.00    $40.00

---

**2.8404** Priority creditor's name and mailing address

**Thomas Becker**
**3451 Wainwright St**
**Saint Charles, MO 63301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

$255.00    $255.00

---

**2.8405** Priority creditor's name and mailing address

**Thomas Benson**
**7954 Glade Creek Ct**
**Dallas, TX 75218**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

$30.00    $30.00

---

**2.8406** Priority creditor's name and mailing address

**Thomas Biddinger**
**311 N Bayshore Dr**
**Safety Harbor, FL 34695**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

$30.00    $30.00

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|--------|-------------------------------|--------------------------|---|
| | Name | | |

---

| 2.8407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |
|--------|--------|--------|--------|--------|

**Thomas Bissell**
**110 Vera Street**
**West Hartford, CT 06119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8408 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $107.00 | $107.00 |
|--------|--------|--------|--------|--------|

**Thomas Bradley**
**363 Woodbine Ocean View Rd**
**Conover-Swanson**
**Ocean View, NJ 08230**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8409 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $320.00 | $320.00 |
|--------|--------|--------|--------|--------|

**Thomas Brady**
**740 Ladner Dr**
**Pensacola, FL 32505**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8410 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $128.00 | $128.00 |
|--------|--------|--------|--------|--------|

**Thomas Bucholtz**
**3708 Wycliff Ave**
**Dallas, TX 75219**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.8411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 $30.00 |

**Thomas Buske**
**8 Northbridge Cir**
**Edwardsville, IL 62025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8412 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $146.00 $146.00 |
|---|---|---|---|

**Thomas Butler**
**140 James Drive**
**Ringwood, NJ 07456**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8413 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.00 $53.00 |
|---|---|---|---|

**Thomas Carmody**
**S7610 S Davis Dr**
**Eau Claire, WI 54701**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8414 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 $28.00 |
|---|---|---|---|

**Thomas Carter**
**2008 Westlund Dr**
**Las Vegas, NV 89102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.8415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.00 | $31.00 |

**Thomas Chiappini**
**9500 Chelford Ct**
**Naples, FL 34109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8416 | Priority creditor's name and mailing address | | $291.00 | $291.00 |

**Thomas Clementi**
**American Union Risk Associates,**
**Llc**
**1250 E. Hallandale Beach Blvd.,**
**Suite 10**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8417 | Priority creditor's name and mailing address | | $25.00 | $25.00 |

**Thomas Couch**
**1642 Old Black Horse Pike**
**Blackwood, NJ 08012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8418 | Priority creditor's name and mailing address | | $432.00 | $432.00 |

**Thomas Cunningham**
**2300 South Miami Avenue**
**Miami, FL 33129**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 2.8419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.00 | $115.00 |
|---|---|---|---|---|

**Thomas Cushing**
**1145 Essington Lane**
**Roseville, CA 95717**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8420 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $255.00 | $255.00 |
|---|---|---|---|---|

**Thomas Daniels**
**3013 West Overland Park Road**
**Boise, ID 83705**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8421 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $323.00 | $323.00 |
|---|---|---|---|---|

**Thomas Davies**
**52 Twin Maple Ln # 156**
**Olga, WA 98279**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8422 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $132.00 | $132.00 |
|---|---|---|---|---|

**Thomas Davis**
**4739 48th Ave SW**
**Seattle, WA 98116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.8423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $126.00 | $126.00 |
|---|---|---|---|---|

**Thomas Dix**
**541 Marshgrass**
**Mt. Pleasant, SC 29464**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8424 | Priority creditor's name and mailing address | | $149.00 | $149.00 |
|---|---|---|---|---|

**Thomas Dulin**
**2871 N Ocean Blvd**
**D-408**
**Boca Raton, FL 33431**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8425 | Priority creditor's name and mailing address | | $44.00 | $44.00 |
|---|---|---|---|---|

**Thomas Dunne**
**8154 W Balmoral Ave**
**Chicago, IL 60656**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8426 | Priority creditor's name and mailing address | | $84.00 | $84.00 |
|---|---|---|---|---|

**Thomas Ehrman**
**3700 Legacy Dr Apt 12103**
**Frisco, TX 75034**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.8427** | Priority creditor's name and mailing address

**Thomas Elchenko**
**5221 Wildridge Rd. E**
**Unit B**
**Avon, CO 81620**

As of the petition filing date, the claim is: **$370.00**  **$370.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.8428** | Priority creditor's name and mailing address

**Thomas Farnsworth**
**5111 Teakwood Trce**
**Midland, TX 79707**

As of the petition filing date, the claim is: **$111.00**  **$111.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.8429** | Priority creditor's name and mailing address

**Thomas Furstenberg**
**399 Wedgewood Dr**
**Turnersville, NJ 08012**

As of the petition filing date, the claim is: **$88.00**  **$88.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.8430** | Priority creditor's name and mailing address

**Thomas Geiger**
**403 Mahogany Walk**
**Newtown, PA 18940**

As of the petition filing date, the claim is: **$262.00**  **$262.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.8431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $150.00 | $150.00 |
|---|---|---|---|---|
| | **Thomas Gore**<br>**510 Lexington Ave.**<br>**Suite 101**<br>**Chapin, SC 29036** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.8432 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $77.00 | $77.00 |
|---|---|---|---|---|
| | **Thomas Grohan**<br>**98-1424a Koaheahe St**<br>**Pearl City, HI 96782** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.8433 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $90.00 | $90.00 |
|---|---|---|---|---|
| | **Thomas Hatfield**<br>**4040 Koehler St Apt 3049**<br>**Houston, TX 77007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.8434 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $101.00 | $101.00 |
|---|---|---|---|---|
| | **Thomas Headstream**<br>**1665 Antilley Rd Ste 200**<br>**Abilene, TX 79606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.8435 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $96.00 / $96.00 |

**2.8435**

Priority creditor's name and mailing address
**Thomas Herrin
1750 Camden Rd Apt 256
Charlotte, NC 28203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$96.00    $96.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8436**

Priority creditor's name and mailing address
**Thomas Herrman
90 Fair Meadows Ln
Eads, TN 38028**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$118.00    $118.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8437**

Priority creditor's name and mailing address
**Thomas Hontz
10220 Borah Peak
Las Vegas, NV 89166**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$144.00    $144.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8438**

Priority creditor's name and mailing address
**Thomas Hummel
751 Newark Ave
Kenilworth, NJ 07033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,254.00    $1,254.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____     Case number (if known) _____
Name

| 2.8439 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $190.00 | $190.00 |

**Thomas Kelly**
**2294 Sonoma Dr E**
**Nokomis, FL 34275**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8440 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.00 | $75.00 |

**Thomas Kendrick**
**1600 Garfield Ave**
**San Marino, CA 91108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8441 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $249.00 | $249.00 |

**Thomas Kotwica**
**24 Saddlebrook Ct**
**Orchard Park, NY 14127**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8442 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.00 | $98.00 |

**Thomas Kriese**
**740 Bair Island Rd Apt 302**
**Redwood City, CA 94063**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.8443** | Priority creditor's name and mailing address

**Thomas Larossa**
**145 West 12th St**
**Apt 5-6**
**New York City, NY 11214**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

$34.00   $34.00

---

**2.8444** | Priority creditor's name and mailing address

**Thomas Larsen**
**1928 235th Ct NE**
**Sammamish, WA 98074**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

$81.00   $81.00

---

**2.8445** | Priority creditor's name and mailing address

**Thomas Liebermann**
**36655 Blue Palm Dr**
**Palm Desert, CA 92211**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

$27.00   $27.00

---

**2.8446** | Priority creditor's name and mailing address

**Thomas Mcarthur**
**110 Van Houton Ave**
**Chatham, NJ 07928**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

$139.00   $139.00

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.8447** | Priority creditor's name and mailing address

**Thomas Mcdougall**
**36618 Sevilla Way**
**Beaumont, CA 92223**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

$59.00    $59.00

---

**2.8448** | Priority creditor's name and mailing address

**Thomas Mcmanus**
**4849 E Links Drive**
**Centennial, CO 80122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

$28.00    $28.00

---

**2.8449** | Priority creditor's name and mailing address

**Thomas Melillo**
**9115 SW Oleson Rd Ste 205**
**Tigard, OR 97223**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

$50.00    $50.00

---

**2.8450** | Priority creditor's name and mailing address

**Thomas Mendoza**
**520 Eloise Dr**
**Heath, TX 75032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

$17.00    $17.00

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.8451 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $365.00 | $365.00 |
| | **Thomas Miller** | Check all that apply. | | |
| | **4061 Lake Tahoe Blvd** | ☐ Contingent | | |
| | **C/O Stardust Lodge** | ☐ Unliquidated | | |
| | **South Lake Tahoe, CA 96150** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.8452 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.00 | $85.00 |
| | **Thomas Morr** | Check all that apply. | | |
| | **1 Columbus Pl Apt S31b** | ☐ Contingent | | |
| | **New York, NY 10019** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.8453 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 | $38.00 |
| | **Thomas Mox** | Check all that apply. | | |
| | **4834 Saint Andrews Dr** | ☐ Contingent | | |
| | **Grove City, OH 43123** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.8454 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $383.00 | $383.00 |
| | **Thomas Newton** | Check all that apply. | | |
| | **2029 Country Meadows Ct** | ☐ Contingent | | |
| | **Grand Junction, CO 81507** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.8455 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $346.00 | $346.00 |
|---|---|---|---|---|

**Thomas Nime**
**2121 E Sahara Ave**
**Las Vegas, NV 89104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Deficit Customer** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8456 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,611.00 | $1,611.00 |
|---|---|---|---|---|

**Thomas Oneill**
**15865 E Cornell Pl**
**Aurora, CO 80013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Deficit Customer** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8457 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.00 | $41.00 |
|---|---|---|---|---|

**Thomas Oshane**
**9600 Eagle Preserve Dr**
**Englewood, FL 34224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Deficit Customer** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8458 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $143.00 | $143.00 |
|---|---|---|---|---|

**Thomas Peitler**
**15435 Papillon Pl**
**Woodbridge, VA 22193**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Deficit Customer** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | | | |
|---|---|---|---|
| 2.8459 | Priority creditor's name and mailing address<br>**Thomas Piazza**<br>**2033 North Honore Street**<br>**Chicago, IL 60614** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $112.00  $112.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.8460 | Priority creditor's name and mailing address<br>**Thomas Pirrojr**<br>**3401 Vickery Rd**<br>**Syracuse, NY 13212** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,981.00  $1,981.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.8461 | Priority creditor's name and mailing address<br>**Thomas Prescott**<br>**2200 N Ursula St Apt 334**<br>**Aurora, CO 80045** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $377.00  $377.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.8462 | Priority creditor's name and mailing address<br>**Thomas Ray**<br>**38950 Trinidad Cir.**<br>**Palm Springs, CA 92264** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20.00  $20.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| | | |
|---|---|---|
| 2.8463 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

As of the petition filing date, the claim is: **$30.00**    **$30.00**

**2.8463** Priority creditor's name and mailing address

**Thomas Reynolds**
**1200 W Mill Rd**
**Northfield, NJ 08225**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (_7_)    ☐ Yes

---

**2.8464** Priority creditor's name and mailing address

**Thomas Robes**
**245 Poverty Branch Rd**
**Barnardsville, NC 28709**

As of the petition filing date, the claim is:    **$521.00**    **$521.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (_7_)    ☐ Yes

---

**2.8465** Priority creditor's name and mailing address

**Thomas Sankey**
**1330 Post Oak Blvd Ste 800**
**Houston, TX 77056**

As of the petition filing date, the claim is:    **$1,454.00**    **$1,454.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (_7_)    ☐ Yes

---

**2.8466** Priority creditor's name and mailing address

**Thomas Schraudenbach**
**226 Windermere Avenue**
**Wayne, PA 19087**

As of the petition filing date, the claim is:    **$157.00**    **$157.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (_7_)    ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

| 2.8467 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|--------|--------|--------|--------|--------|

**Thomas Schwaab**
**51 Eltham Dr**
**Amherst, NY 14226**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.8468 | Priority creditor's name and mailing address | | $448.00 | $448.00 |
|--------|--------|--------|--------|--------|

**Thomas Shaffer**
**806 Land Grant Ct**
**York, SC 29745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.8469 | Priority creditor's name and mailing address | | $598.00 | $598.00 |
|--------|--------|--------|--------|--------|

**Thomas Stukas**
**730 Lark Dr**
**Sebastian, FL 32976**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.8470 | Priority creditor's name and mailing address | | $86.00 | $86.00 |
|--------|--------|--------|--------|--------|

**Thomas Stus**
**5628 Petty St**
**Houston, TX 77007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.8471 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $224.00 | $224.00 |
|---|---|---|---|---|

**Thomas Sweeney**
**55 Castro Road**
**Monterey, CA 93940**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.8472 | Priority creditor's name and mailing address | $49.00 | $49.00 |

**Thomas Traylor**
**3636 Taliluna Ave Apt 139**
**Knoxville, TN 37919**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.8473 | Priority creditor's name and mailing address | $20.00 | $20.00 |

**Thomas Walton**
**3607 Blue Ridge Road**
**Raleigh, NC 27612**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.8474 | Priority creditor's name and mailing address | $1,969.00 | $1,969.00 |

**Thomas Wartman**
**28120 Boulder Bridge Dr**
**Excelsior, MN 55331**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number _(if known)_   _____
Name

| 2.8475 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.00 | $85.00 |
|---|---|---|---|---|

**Thomas Washbush**
**4369 Clark St**
**Dublin, OH 43017**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8476 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|

**Thomas Weber**
**170 West Newell Ave**
**Rutherford, NJ 07070**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8477 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**Thomas White**
**308 Meadowbrook Terrace**
**Greensboro, NC 27408**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8478 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.00 | $42.00 |
|---|---|---|---|---|

**Thomas Williford**
**29969 Loy Dr**
**Menifee, CA 92585**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 2.8479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

2.8479 | Priority creditor's name and mailing address

**Thomas Wirth**
**114 N Creek Ln**
**Hailey, ID 83333**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$440.00   $440.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.8480 | Priority creditor's name and mailing address

**Thomas Wolf**
**997 Us Highway 70 Ste A**
**Black Mountain, NC 28711**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$351.00   $351.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.8481 | Priority creditor's name and mailing address

**Thomas Wulderk**
**528 Highland Ave**
**Glenside, PA 19038**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$85.00   $85.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.8482 | Priority creditor's name and mailing address

**Thomas Yi**
**1520 Monterey Blvd**
**San Francisco, CA 94127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$28.00   $28.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 2.8483 | Priority creditor's name and mailing address<br>**Tia Vote**<br>**15921 Oakhurst Ln**<br>**Fishers, IN 46040** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

**$22.00**    **$22.00**

---

| 2.8484 | Priority creditor's name and mailing address<br>**Tiberiu Hrihorciuc**<br>**4709 Dundee Street**<br>**Antioch, CA 94531** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

**$183.00**    **$183.00**

---

| 2.8485 | Priority creditor's name and mailing address<br>**Tiffany A**<br>**26801 Lariat Cir**<br>**San Juan Capistrano, CA 92675** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

**$58.00**    **$58.00**

---

| 2.8486 | Priority creditor's name and mailing address<br>**Tiffany Chan**<br>**4641 Montrose Blvd Apt 733**<br>**Houston, TX 77006** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

**$33.00**    **$33.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.8487 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.00 | $112.00 |
|---|---|---|---|---|

**Tiffany Cohen**
**3772 Se Centifolia Ave**
**Hillsboro, OR 97123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8488 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $438.00 | $438.00 |
|---|---|---|---|---|

**Tiffany Dodge**
**120 Drayton Downs**
**Gallatin, TN 37066**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8489 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $407.00 | $407.00 |
|---|---|---|---|---|

**Tiffany Farmer**
**2043 Belshire Way**
**Spring Hill, TN 37174**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8490 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |
|---|---|---|---|---|

**Tiffany Gilbert**
**847 Virginia Cir NE**
**Atlanta, GA 30306**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.8491 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $417.00 | $417.00 |
|---|---|---|---|---|

**Tiffany Gorski**
**320 N Bywood**
**Clawson, MI 48017**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8492 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $199.00 | $199.00 |
|---|---|---|---|---|

**Tiffany Lemos**
**11826 W 39th Place**
**Wheat Ridge, CO 80033**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8493 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.00 | $112.00 |
|---|---|---|---|---|

**Tiffany Tony**
**9121 Ptarmigan St**
**Bethel, AK 99559**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8494 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,572.00 | $3,350.00 |
|---|---|---|---|---|

**Tiffany Villines**
**3912 Sidney St. Se**
**Lacey, WA 98503**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 2.8495 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |

**Tiffany Winters**
**7223 Tree Line Ave Nw**
**Albuquerque, NM 87114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8496 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Tiffinie Martin**
**9267 Charles Smith Ave**
**Rancho Cucamonga, CA 91730**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8497 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $214.00 | $214.00 |

**Tilden Moschetti**
**8480 Honeycutt Rd Ste 232**
**Raleigh, NC 27615**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8498 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.00 | $23.00 |

**Tim Besgrove**
**142 W Fremont Ave**
**Littleton, CO 80120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

---

| | | |
|---|---|---|
| 2.8499 | Priority creditor's name and mailing address<br>**Tim Brandt**<br>**933 Foliage Lane**<br>**Charleston, SC 29412** | As of the petition filing date, the claim is: **$60.00** **$60.00**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

---

| | | |
|---|---|---|
| 2.8500 | Priority creditor's name and mailing address<br>**Tim Cairns**<br>**240 E 86th St Apt 10b**<br>**New York, NY 10028** | As of the petition filing date, the claim is: **$104.00** **$104.00**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

---

| | | |
|---|---|---|
| 2.8501 | Priority creditor's name and mailing address<br>**Tim Canning**<br>**2082 Celadon Drive NE**<br>**Grand Rapids, MI 49525** | As of the petition filing date, the claim is: **$1,000.00** **$1,000.00**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

---

| | | |
|---|---|---|
| 2.8502 | Priority creditor's name and mailing address<br>**Tim Connolly**<br>**4407 Brookfield Dr**<br>**Kensington, MD 20895** | As of the petition filing date, the claim is: **$196.00** **$196.00**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.8503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |
|---|---|---|---|---|
| | **Tim Cook** | *Check all that apply.* | | |
| | **13435 S View Rd** | ☐ Contingent | | |
| | **Newburg, MD 20664** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No ☐ Yes | | |

---

| 2.8504 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $276.00 | $276.00 |
|---|---|---|---|---|
| | **Tim Corley** | *Check all that apply.* | | |
| | **3348 Malcom Ct SW** | ☐ Contingent | | |
| | **Prior Lake, MN 55372** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No ☐ Yes | | |

---

| 2.8505 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $171.00 | $171.00 |
|---|---|---|---|---|
| | **Tim Cyrol** | *Check all that apply.* | | |
| | **11198 Spruce Ct** | ☐ Contingent | | |
| | **Washington Twp, MI 48094** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No ☐ Yes | | |

---

| 2.8506 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $324.00 | $324.00 |
|---|---|---|---|---|
| | **Tim Dalpiaz** | *Check all that apply.* | | |
| | **1750 Old Gray Station Rd** | ☐ Contingent | | |
| | **Johnson City, TN 37615** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No ☐ Yes | | |

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.8507 | Priority creditor's name and mailing address<br>**Tim Dereberry**<br>**2153 Turquoise Ridge Street**<br>**#103**<br>**Las Vegas, NV 89117** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$180.00    $180.00

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

---

| | | |
|---|---|---|
| 2.8508 | Priority creditor's name and mailing address<br>**Tim Donovan**<br>**457 Feather Ct.**<br>**Grand Junction, CO 81507** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$172.00    $172.00

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

---

| | | |
|---|---|---|
| 2.8509 | Priority creditor's name and mailing address<br>**Tim Dowe**<br>**416 Morgan Dr**<br>**Lewiston, NY 14092** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$229.00    $229.00

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

---

| | | |
|---|---|---|
| 2.8510 | Priority creditor's name and mailing address<br>**Tim Granfield**<br>**75 Hidden Valley Dr**<br>**Dover, NH 03820** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$279.00    $279.00

| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
|---|---|
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 2.8511 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Tim Hale**
**10740 Hellman St**
**Oakland, CA 94605**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8512 | Priority creditor's name and mailing address | | $50.00 | $50.00 |
|---|---|---|---|---|

**Tim Hicks**
**4315 Snowgoose Dr**
**Marion, IA 52302**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8513 | Priority creditor's name and mailing address | | $60.00 | $60.00 |
|---|---|---|---|---|

**Tim Hill**
**4901 Pennyroyal Court**
**Rockville, MD 20853**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8514 | Priority creditor's name and mailing address | | $20.00 | $20.00 |
|---|---|---|---|---|

**Tim Hoover**
**229 NE 185th**
**Shoreline, WA 98155**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.8515** | Priority creditor's name and mailing address
**Tim Hubar**
**550 S Barrington Ave Apt 2229**
**Los Angeles, CA 90049**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$123.00 | $123.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.8516** | Priority creditor's name and mailing address
**Tim Kaneda**
**2001 Le Droit Dr**
**South Pasadena, CA 91030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$57.00 | $57.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.8517** | Priority creditor's name and mailing address
**Tim Kappel**
**113 Old Stable Rd**
**Lynchburg, VA 24503**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$135.00 | $135.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.8518** | Priority creditor's name and mailing address
**Tim Kilgore**
**7804 Riverside Dr**
**A28**
**Parker, AZ 85344**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$105.00 | $105.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**2.8519** | Priority creditor's name and mailing address
**Tim Kremer**
**9950 N 225 Th St**
**Elkhorn, NE 68022**

As of the petition filing date, the claim is: **$105.00** **$105.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.8520** | Priority creditor's name and mailing address
**Tim Locker**
**2686 Co Route 57**
**Fulton, NY 13069**

As of the petition filing date, the claim is: **$533.00** **$533.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.8521** | Priority creditor's name and mailing address
**Tim Ludden**
**7350 Dublin Blvd**
**Dublin, CA 94568**

As of the petition filing date, the claim is: **$170.00** **$170.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.8522** | Priority creditor's name and mailing address
**Tim Maudlin**
**29 Washington Sq. W.**
**Apt. 5a**
**New York, NY 10011**

As of the petition filing date, the claim is: **$117.00** **$117.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
Name

| 2.8523 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $239.00 | $239.00 |
|--------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Tim Mclaughlin**
**4716 Portobello Cir**
**Valrico, FL 33596**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8524 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $292.00 | $292.00 |
|--------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Tim Morris**
**115 N Cottages Dr**
**St Simons Island, GA 31522**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8525 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $39.00 | $39.00 |
|--------|---------------------------------------------|-----------------------------------------------|--------|--------|

**Tim Moynihan**
**2 Sandy Pond Rd**
**Lincoln, MA 01773**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8526 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.00 | $75.00 |
|--------|---------------------------------------------|-----------------------------------------------|--------|--------|

**Tim Mullane**
**32 Outpost Lane**
**Hilton Head Idland, SC 29928**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.8527 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.00 | $63.00 |

**2.8527**

Priority creditor's name and mailing address
**Tim Murphy**
**425 S. Orchard Dr.**
**Burbank, CA 91506**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$63.00        $63.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.8528**

Priority creditor's name and mailing address
**Tim Nugent**
**3157 Pleasantville Bridge Rd**
**Thompsons Station, TN 37179**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$25.00        $25.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.8529**

Priority creditor's name and mailing address
**Tim Pearson**
**10702 NE Red Cedar Way**
**Kingston, WA 98346**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$341.00        $341.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.8530**

Priority creditor's name and mailing address
**Tim Rockwell**
**20 Trailside Dr**
**Lake Saint Louis, MO 63367**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$85.00        $85.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.8531 | Priority creditor's name and mailing address **Tim Smeal** **11517 Howe Road** **Akron, NY 14001** | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | $56.00 | $56.00 |
|---|---|---|---|---|

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8532 | Priority creditor's name and mailing address **Tim Swiger** **10448 Hunters Creek Court** **Jacksonville, FL 32256** | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | $201.00 | $201.00 |
|---|---|---|---|---|

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8533 | Priority creditor's name and mailing address **Tim Vanhorn** **7314 Hunt Club Ln** **Seminole, FL 33776** | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | $289.00 | $289.00 |
|---|---|---|---|---|

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8534 | Priority creditor's name and mailing address **Tim Ward** **2642 N 73rd Pl** **Scottsdale, AZ 85257** | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | $285.00 | $285.00 |
|---|---|---|---|---|

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.8535 | Priority creditor's name and mailing address<br>**Tim Wojcik**<br>**510 Fairway Court**<br>**Glen Ellyn, IL 60137** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | |
|---|---|
| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**$22.00**    **$22.00**

| | | |
|---|---|---|
| 2.8536 | Priority creditor's name and mailing address<br>**Timmy Liu**<br>**359 Toftrees Ave Apt 203**<br>**State College, PA 16803** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | |
|---|---|
| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**$168.00**    **$168.00**

| | | |
|---|---|---|
| 2.8537 | Priority creditor's name and mailing address<br>**Timothy Abbott**<br>**1814 N Lincoln St**<br>**Arlington, VA 22207** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | |
|---|---|
| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**$58.00**    **$58.00**

| | | |
|---|---|---|
| 2.8538 | Priority creditor's name and mailing address<br>**Timothy Andersen**<br>**203 Fayette St**<br>**Cumberland, MD 21502** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | |
|---|---|
| Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**$150.00**    **$150.00**

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.8539 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $373.00 | $373.00 |
|---|---|---|---|---|

**Timothy Anderson**
**11752 W 71st Ave**
**Arvada, CO 80004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8540 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $868.00 | $868.00 |
|---|---|---|---|---|

**Timothy Bluto**
**124 Northside Dr**
**C/O Bennington Car Wash**
**Bennington, VT 05201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8541 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $186.00 | $186.00 |
|---|---|---|---|---|

**Timothy Boulton**
**N51w34987 Lake Dr**
**Okauchee, WI 53069**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8542 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.00 | $31.00 |
|---|---|---|---|---|

**Timothy Chisholm**
**500 Crawford St**
**Apt #122**
**Houston, TX 77002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.8543 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.00 | $88.00 |

**Timothy Coffey**
**6931 Signature St**
**San Antonio, TX 78263**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8544 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.00 | $125.00 |

**Timothy Cowan**
**349 W 29th St Apt 2b**
**New York, NY 10001**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8545 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Timothy Draper**
**34 Forge Pkwy**
**Franklin, MA 02038**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8546 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $785.00 | $785.00 |

**Timothy Dunagan**
**3144 Briarwood Blvd**
**Grand Island, NE 68801**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)* _____

| 2.8547 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $540.00 | $540.00 |

**Timothy Elwell**
**3851 Woodstock Rd**
**Santa Ynez, CA 93460**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8548 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.00 | $31.00 |

**Timothy Ferriter**
**700 Cheltenham Rd**
**Wilmington, DE 19808**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8549 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,201.00 | $2,201.00 |

**Timothy Gablehouse**
**410 17th St**
**Ste 275**
**Denver, CO 80202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8550 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Timothy Garner**
**702 Tuscan Hills Blvd**
**Davenport, FL 33897**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor  **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 2.8551 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $597.00 | $597.00 |
|---|---|---|---|---|

**Timothy Gibson**
**333 Emerson Ave W**
**West St Paul, MN 55118**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8552 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $752.00 | $752.00 |
|---|---|---|---|---|

**Timothy Gieske**
**1240 Park St**
**Saint Paul, MN 55117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8553 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Timothy Glasby**
**21 Capitol Ave**
**C**
**Hartford, CT 06106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8554 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $425.00 | $425.00 |
|---|---|---|---|---|

**Timothy Irwin**
**1340 W Thorndale Ave**
**Chicago, IL 60660**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

| 2.8555 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,043.00 | $1,043.00 |
| --- | --- | --- | --- | --- |

**Timothy Johnson**
**3845 Cranbrook Hill St**
**Las Vegas, NV 89129**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8556 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.00 | $34.00 |
| --- | --- | --- | --- | --- |

**Timothy Leslie**
**7970 Landowne Drive**
**Atlanta, GA 30350**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8557 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.00 | $24.00 |
| --- | --- | --- | --- | --- |

**Timothy Maher**
**76 Davis Pkwy**
**Buford, WY 82052**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8558 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |
| --- | --- | --- | --- | --- |

**Timothy Mcclure**
**69391 Crestview Dr**
**Desert Hot Springs, CA 92241**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
| | Name | | |

---

| 2.8559 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |

**Timothy Mclean**
**856 3rd Ave S**
**Seacoast Bank**
**Naples, FL 34102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8560 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $349.00 | $349.00 |

**Timothy Petersen**
**365 S End Ave Apt 6b**
**New York, NY 10280**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8561 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,029.00 | $1,029.00 |

**Timothy Postufka**
**269 Hickory Heights Dr**
**Bridgeville, PA 15017**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8562 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $178.00 | $178.00 |

**Timothy Ramsay**
**130 Heights Ave**
**Inverness, FL 34452**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name                                                          Case number (if known) _____

| 2.8563 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $211.00 | $211.00 |
|---|---|---|---|---|

**Timothy Redshaw**
**223 Disc Dr**
**Boynton Beach, FL 33436**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.8564 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $351.00 | $351.00 |
|---|---|---|---|---|

**Timothy Reggione**
**5151 Hidalgo St Apt 575**
**Houston, TX 77056**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.8565 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,483.00 | $3,350.00 |
|---|---|---|---|---|

**Timothy Ritsema**
**22526 Se 64th Pl Ste 220**
**Issaquah, WA 98027**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.8566 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.00 | $27.00 |
|---|---|---|---|---|

**Timothy Sanchez**
**11236 Nw 74th Ter**
**Doral, FL 33178**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.8567 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.00 | $85.00 |
|---|---|---|---|---|

**Timothy Schendt**
**6131 W 86th Ter**
**Overland Park, KS 66207**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8568 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $102.00 | $102.00 |
|---|---|---|---|---|

**Timothy Schniepp**
**13029 Highgrove Rd**
**Highland, MD 20777**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8569 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.00 | $87.00 |
|---|---|---|---|---|

**Timothy Stasinoulias**
**1208 State Road 83**
**Hartland, WI 53029**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8570 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |
|---|---|---|---|---|

**Timothy Stephani**
**14 Beverly Ave**
**East Patchogue, NY 11772**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)* _____

| 2.8571 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $359.00 | $359.00 |
|---|---|---|---|---|

**Timothy Truesdell**
**2 Roosevelt Ave**
**Peabody, MA 01960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8572 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56.00 | $56.00 |
|---|---|---|---|---|

**Timothy Vanname**
**31 Wintermist Ct**
**Sacramento, CA 95831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8573 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.00 | $15.00 |
|---|---|---|---|---|

**Timothy Wall**
**15 Stubwoode Dr**
**East Amherst, NY 14051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8574 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $88.00 | $88.00 |
|---|---|---|---|---|

**Timothy Watkins**
**2995 Courtenay Glen Way**
**Charlottesville, VA 22902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____     Case number (if known) _____
Name

| 2.8575 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $297.00 | $297.00 |
|---|---|---|---|---|

**Timothy Wills**
**1380 SWeetwater Cv Unit 204**
**Naples, FL 34110**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8576 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $315.00 | $315.00 |
|---|---|---|---|---|

**Timothy Yee**
**1122 Willow St Ste 100**
**San Jose, CA 95125**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8577 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.00 | $115.00 |
|---|---|---|---|---|

**Timothyp Broglio**
**1025 Michigan Ave NE**
**Archdiocese For The Military**
**Services, U**
**Washington, DC 20017**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8578 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $214.00 | $214.00 |
|---|---|---|---|---|

**Tina Aquilla**
**633 Cyril Ave**
**Pasadena, MD 21122**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.8579** | Priority creditor's name and mailing address
**Tina Dugan**
**475 Tequesta Dr Apt 8**
**Tequesta, FL 33469**

As of the petition filing date, the claim is: $279.00 | $279.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.8580** | Priority creditor's name and mailing address
**Tina Grover**
**1112 Tara Ln**
**Waunakee, WI 53597**

As of the petition filing date, the claim is: $108.00 | $108.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.8581** | Priority creditor's name and mailing address
**Tina Hepp**
**13937 Lexington Pl**
**Westminster, CO 80023**

As of the petition filing date, the claim is: $56.00 | $56.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.8582** | Priority creditor's name and mailing address
**Tina Hodgson**
**19506 Bradford Pines Court**
**Cypress, TX 77433**

As of the petition filing date, the claim is: $21.00 | $21.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 2.8583 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |
|---|---|---|---|---|

**Tina Morales**
**7217 Hinton Dr**
**Mansfield, TX 76063**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8584 | Priority creditor's name and mailing address | | $90.00 | $90.00 |
|---|---|---|---|---|

**Tina Oconnor**
**332 Merrimont Dr**
**Winston Salem, NC 27106**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8585 | Priority creditor's name and mailing address | | $19.00 | $19.00 |
|---|---|---|---|---|

**Tina Tipps**
**6006 Balcones Ct Apt 20**
**El Paso, TX 79912**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8586 | Priority creditor's name and mailing address | | $222.00 | $222.00 |
|---|---|---|---|---|

**Tj Alfonso**
**1370 Howard Ln**
**Easton, PA 18045**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 2.8587 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.00 | $27.00 |

**Tj Boer**
**10882 E Fanfol Ln**
**Scottsdale, AZ 85259**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8588 | Priority creditor's name and mailing address | | $148.00 | $148.00 |

**Tjader Gerdom**
**3050 Union Lake Rd Ste 8f**
**Commerce Township, MI 48382**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8589 | Priority creditor's name and mailing address | | $1,012.00 | $1,012.00 |

**Tjswinelivery Cochipoconnell**
**5309 Schuler St**
**Houston, TX 77007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8590 | Priority creditor's name and mailing address | | $464.00 | $464.00 |

**Tobey Layne**
**4776 Cobble Way**
**Ferndale, WA 98248**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.8591 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |
| | **Todd Alexander** | Check all that apply. | | |
| | **6453 Penrose Dr** | ☐ Contingent | | |
| | **Brentwood, TN 37027** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8592 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $232.00 | $232.00 |
| | **Todd Arendt** | Check all that apply. | | |
| | **3734 Van Lanen Road** | ☐ Contingent | | |
| | **Green Bay, WI 54311** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8593 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |
| | **Todd Cunningham** | Check all that apply. | | |
| | **5n107 Burr Rd** | ☐ Contingent | | |
| | **St Charles, IL 60175** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8594 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |
| | **Todd Fishman** | Check all that apply. | | |
| | **2559 Crestmont Pl W** | ☐ Contingent | | |
| | **Seattle, WA 98199** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.8595 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $198.00 | $198.00 |

**Todd Heenan**
**3500 SWantone Dr.**
**30**
**Fort Collins, CO 80525**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8596 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $133.00 | $133.00 |

**Todd Heflin**
**3921 Camden Ct**
**Gainesville, GA 30506**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8597 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $719.00 | $719.00 |

**Todd Hopkins**
**1724 Brookdale Rd Apt 14**
**Naperville, IL 60563**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8598 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $206.00 | $206.00 |

**Todd Johnson**
**364 Thornbrook Ave.**
**Bryn Mawr, PA 19010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.8599 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |

**Todd Kinley**
**8323 Chagrin Mills Rd**
**Novelty, OH 44072**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8600 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $82.00 | $82.00 |

**Todd Kollker**
**8424 Chestnut Grove Rd**
**Esmont, VA 22937**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8601 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |

**Todd Kowalski**
**110 Fortress Ave**
**Ponte Vedra, FL 32081**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8602 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |

**Todd Mann**
**34 Aspen Park Blvd**
**East Syracuse, NY 13057**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name _____

---

| 2.8603 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $147.00 | $147.00 |
|---|---|---|---|---|

**Todd Marmorstein**
**2629 Foothill Blvd. #190**
**La Crescenta, CA 91214**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8604 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.00 | $330.00 |
|---|---|---|---|---|

**Todd Martinez**
**24513 Stargazer Way**
**Menifee, CA 92584**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8605 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,091.00 | $1,091.00 |
|---|---|---|---|---|

**Todd Mellon**
**514 Overlook Park Dr**
**Oxon Hill, MD 20745**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8606 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.00 | $110.00 |
|---|---|---|---|---|

**Todd Metcalf**
**2030 8th Street Nw**
**Unit 507**
**Washington, DC 20001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.8607 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 | $150.00 |

**Todd Moffitt**
**1886 Stageline Circle**
**Rocklin, CA 95765**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8608 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,013.00 | $3,013.00 |

**Todd Morgan**
**551 Technology Way**
**Napa, CA 94558**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8609 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $172.00 | $172.00 |

**Todd Nathan**
**6615 W. Glasgow Ave**
**Littleton, CO 80128**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8610 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |

**Todd Nelson**
**765 N Tatum Ln**
**Gilbert, AZ 85234**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| 2.8611 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $262.00 | $262.00 |
|---|---|---|---|---|

**Todd Schlemmer**
**5173 Shadowlawn Ave**
**Tampa, FL 33610**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ☑ No
- ☐ Yes

---

| 2.8612 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $45.00 | $45.00 |
|---|---|---|---|---|

**Todd Shimirak**
**6148 E County Line Rd**
**Ups Access Point   Advance Auto**
**Parts S**
**Highlands Ranch, CO 80126-3940**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ☑ No
- ☐ Yes

---

| 2.8613 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $50.00 | $50.00 |
|---|---|---|---|---|

**Todd Smith**
**1903 E York Ln**
**Wheaton, IL 60187**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ☑ No
- ☐ Yes

---

| 2.8614 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $135.00 | $135.00 |
|---|---|---|---|---|

**Todd Wagner**
**4502 Bowie**
**Claremont, CA 91711**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ☑ No
- ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 2.8615 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $214.00 | $214.00 |
|---|---|---|---|---|

**Todd Womack**
**604 N Crest Road**
**Chattanooga, TN 37404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8616 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $156.00 | $156.00 |
|---|---|---|---|---|

**Todd Womack**
**604 N Crest Road**
**Chattanooga, TN 37410**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8617 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |
|---|---|---|---|---|

**Tolga Sevdik**
**152 Kenyon Rd**
**Pittsburgh, PA 15205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8618 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.00 | $54.00 |
|---|---|---|---|---|

**Tom Aldi**
**6 Perkins St**
**Amsterdam, NY 12010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.8619 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80.00** | **$80.00** |
|---|---|---|---|---|

**Tom Anderschat**
**8048 Bowfin Rd**
**Blacklick, OH 43004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8620 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00** | **$180.00** |
|---|---|---|---|---|

**Tom Barbier**
**2270 Dobler Rd**
**Sterling, MI 48659**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8621 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36.00** | **$36.00** |
|---|---|---|---|---|

**Tom Blinn**
**401 Latimer St**
**Woodstock, GA 30188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8622 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70.00** | **$70.00** |
|---|---|---|---|---|

**Tom Brodmerkel**
**6368 Huntington Lakes Cir**
**Condo 203**
**Naples, FL 34119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.8623 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 | $38.00 |
|---|---|---|---|---|

**Tom Brown**
**5006 Durham Rd W**
**Columbia, MD 21044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8624 | Priority creditor's name and mailing address | | $20.00 | $20.00 |
|---|---|---|---|---|

**Tom Burkett**
**1012 W Old Plank Rd**
**Columbia, MO 65203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8625 | Priority creditor's name and mailing address | | $145.00 | $145.00 |
|---|---|---|---|---|

**Tom Connors**
**23w380 Foxwood Court**
**Naperville, IL 60540**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8626 | Priority creditor's name and mailing address | | $444.00 | $444.00 |
|---|---|---|---|---|

**Tom Daley**
**410 E Hollywood Ave**
**Wildwood Crest, NJ 08260**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| 2.8627 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.00 | $37.00 |

**Tom Driscoll**
**4917 4th Ave S**
**Minneapolis, MN 55419**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8628 | Priority creditor's name and mailing address | | $530.00 | $530.00 |

**Tom Erb**
**803 E Washington St Ste 110**
**Medina, OH 44256**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8629 | Priority creditor's name and mailing address | | $68.00 | $68.00 |

**Tom Finneran**
**1301 Grandview Ave Ste 400**
**Trimont Plaza**
**Pittsburgh, PA 15211**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8630 | Priority creditor's name and mailing address | | $213.00 | $213.00 |

**Tom Hanna**
**11954 W Creosote Dr**
**Peoria, AZ 85383**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.8631 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $352.00 | $352.00 |

**Tom Hodge**
**10111 Meadow Lake Ln**
**Houston, TX 77042**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8632 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |

**Tom Hui**
**8730 19th Ave Fl 1**
**Brooklyn, NY 11214**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8633 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |

**Tom Izzo**
**4 Richardson Ln**
**Georgetown, MA 01833**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8634 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.00 | $31.00 |

**Tom Johnson**
**3845 Cranbrook Hill St**
**Las Vegas, NV 89129**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor   **Phoeno Wine Company, Inc.**

Case number (if known)

Name

| 2.8635 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,894.00 | $1,894.00 |
|---|---|---|---|---|

**Tom Klein**
**3663 West Sexton**
**Springfield, MO 65810**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8636 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $96.00 | $96.00 |
|---|---|---|---|---|

**Tom Lewis**
**435 3rd Ave**
**Haddon Heights, NJ 08035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8637 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|

**Tom Luther**
**6350 Brookline Ct.**
**Cumming, GA 30040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8638 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |
|---|---|---|---|---|

**Tom Matthews**
**177 Maple St**
**Blowing Rock, NC 28605**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                              Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 2.8639 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.8639** Priority creditor's name and mailing address

**Tom Mcmillen**
**8765 Derby Farms Dr**
**Rancho Cucamonga, CA 91701**

As of the petition filing date, the claim is:    $450.00    $450.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8640** Priority creditor's name and mailing address

**Tom Metcalfe**
**4625 Penbrook Ct**
**Plano, TX 75024**

As of the petition filing date, the claim is:    $68.00    $68.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8641** Priority creditor's name and mailing address

**Tom Nohr**
**20632 Redwood Rd Ste E**
**Castro Valley, CA 94546**

As of the petition filing date, the claim is:    $139.00    $139.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8642** Priority creditor's name and mailing address

**Tom Pak**
**2676 Giorno Way**
**El Dorado Hills, CA 95762**

As of the petition filing date, the claim is:    $53.00    $53.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.8643 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $262.00 | $262.00 |

**Tom Robinson**
**131 Country Club Dr W**
**Destin, FL 32541**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8644 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,033.00 | $1,033.00 |

**Tom Sudyka**
**1926 S 67th St Ste 201**
**Lawson Kroeker**
**Omaha, NE 68106**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8645 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |

**Tom Trisdale**
**12946 Terlingua Creek Drive**
**Frisco, TX 75033**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8646 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Tom Vella**
**4 Beaver Brook Road**
**#155**
**Lincoln Park, NJ 07035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
            Name

| 2.8647 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.00 | $62.00 |

**Tom Walther**
**52 Silo Ridge Rd E**
**Orland Park, IL 60467**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.8648 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |

**Tom Woolsey**
**302 Leafy Hollow Lane**
**Mcgregor, TX 76657**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.8649 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Tomas Bruzzo**
**506 Potomac Valley Dr**
**Fort Washington, MD 20744**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.8650 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.00 | $21.00 |

**Tomesha Farris**
**165 Saint Andrews Dr**
**Alexandria, LA 71303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.8651 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.00 | $49.00 |
|---|---|---|---|---|

**Tomeyjean Swan**
**3340 Webster Ave S**
**C/O Dan Kjorsvik**
**St Louis Park, MN 55416**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8652 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Tommy Clark**
**2017 Garrett Farms Row**
**Shreveport, LA 71106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8653 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |
|---|---|---|---|---|

**Tommy Firth**
**745 745 7th St E**
**Boca Grande, FL 33921**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8654 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |
|---|---|---|---|---|

**Tommy Linstroth**
**306 W Waldburg St**
**Savannah, GA 31401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

---

| 2.8655 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.00 | $48.00 |
|---|---|---|---|---|

**Tommy Mccafferty**
**705 Acorn Ln**
**Jefferson Hills, PA 15025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8656 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.00 | $21.00 |
|---|---|---|---|---|

**Tommy Taylor**
**116 Lake Mineral Wells Dr**
**Georgetown, TX 78628**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8657 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |
|---|---|---|---|---|

**Toni Collis**
**3758 Bay Rd**
**Street, MD 21154**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8658 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $225.00 | $225.00 |
|---|---|---|---|---|

**Toni Dicarlo**
**1311 Main St**
**Wheeling, WV 26003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.8659 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |

**Tonilyn Guidry**
**7253 Morganza Highway**
**Morganza, LA 70759**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8660 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.00 | $62.00 |

**Tony Clevenger**
**8600 Balcones Club Dr**
**Austin, TX 78750**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8661 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |

**Tony Ferullo**
**8 Old Stagecoach Rd**
**Old Lyme, CT 06371**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8662 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |

**Tony Hill**
**730 Saldano Ave**
**Miami, FL 33143**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 2.8663 | Priority creditor's name and mailing address | |

**Tony Lodovico**
**950 NE 27th Ave**
**Pompano Beach, FL 33062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$32.00    $32.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.8664 | Priority creditor's name and mailing address |
|---|---|

**Tony Mistretta**
**2625 Byberry Road**
**Bensalem, PA 19020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$15.00    $15.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.8665 | Priority creditor's name and mailing address |
|---|---|

**Tony Petruzzello**
**930 Aurora Way**
**Wheaton, IL 60189**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$60.00    $60.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.8666 | Priority creditor's name and mailing address |
|---|---|

**Tony Piraneo**
**12149 E Mission Ln**
**Scottsdale, AZ 85259**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$32.00    $32.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.8667 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $379.00 | $379.00 |
|---|---|---|---|---|

**Tony Ristaino**
**11350 Mccormick Rd, Ep Iii**
**Suite 907**
**Hunt Valley, MD 21031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8668 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $60.00 | $60.00 |
|---|---|---|---|---|

**Tony Rodrigue**
**4524 Kent Ave**
**Metairie, LA 70006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8669 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $175.00 | $175.00 |
|---|---|---|---|---|

**Tony Salsaa**
**7930 W Warm Springs Rd Ste 170**
**Las Vegas, NV 89113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8670 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $138.00 | $138.00 |
|---|---|---|---|---|

**Tony Santiago**
**201 Se 2nd Ave Apt 3003**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.8671 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $96.00 | $96.00 |
|---|---|---|---|---|

**Tony Sterling**
**5545 Plata Ln**
**Benbrook, TX 76126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

| 2.8672 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Tony Wang**
**1275 Via Landeta**
**Palos Verdes Estates, CA 90274**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

| 2.8673 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Tony Weston**
**5660 Via Callisto**
**Riverside, CA 92506**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

| 2.8674 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.00 | $87.00 |
|---|---|---|---|---|

**Tony Wood**
**190 Shadow Pond Ln**
**Suffield, CT 06078**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                                Case number (if known) _____
_____
Name

| 2.8675 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $411.00 | $411.00 |
|---|---|---|---|---|

**Toren Ajk**
**22042 Malibu Ln**
**Huntingtonb Beach, CA 92646**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8676 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.00 | $21.00 |
|---|---|---|---|---|

**Tori Harding**
**1121 Kings Way Dr**
**Virginia Beach, VA 23455**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8677 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.00 | $53.00 |
|---|---|---|---|---|

**Torie Wilson**
**2549 W Shinnecock Way**
**Anthem, AZ 85086**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8678 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.00 | $64.00 |
|---|---|---|---|---|

**Tory Flynn**
**8343 Buchanan Trl**
**Norwalk, IA 50211**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**2.8679** | Priority creditor's name and mailing address
**Tracey Fenstermacher**
**201 Norwegian Woods Dr**
**Pottsville, PA 17901**

As of the petition filing date, the claim is: $28.00  $28.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.8680** | Priority creditor's name and mailing address
**Tracey Leaphart**
**105 Stoneybrook Lane**
**Lexington, SC 29072**

As of the petition filing date, the claim is: $243.00  $243.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.8681** | Priority creditor's name and mailing address
**Traci Mach**
**3125 Flintlock Rd**
**Fairfax, VA 22030**

As of the petition filing date, the claim is: $80.00  $80.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.8682** | Priority creditor's name and mailing address
**Tracie Pabst**
**5691 Windmill Dr**
**White Bear Township, MN 55110**

As of the petition filing date, the claim is: $35.00  $35.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**                          Case number (if known) _____
_____
Name

| 2.8683 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,962.00 | $1,962.00 |
|---|---|---|---|---|

**Tracy Conrad**
**3721 Maplewood Ave**
**Dallas, TX 75205**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.8684 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Tracy Igo**
**1045 Hibiscus St**
**Atlantic Beach, FL 32233**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.8685 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $301.00 | $301.00 |
|---|---|---|---|---|

**Tracy Isacco**
**2512 Stafford Avenue**
**Raleigh, NC 27607**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.8686 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.00 | $160.00 |
|---|---|---|---|---|

**Tracy Jackson**
**6145 Bluebell Ave**
**North Hollywood, CA 91606**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.8687** | Priority creditor's name and mailing address

**Tracy Jong**
**216 King Road**
**Churchville, NY 14428**

As of the petition filing date, the claim is: $94.00   $94.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8688** | Priority creditor's name and mailing address

**Tracy Meehan**
**38 Maple Parkway**
**Sparta, NJ 07871**

As of the petition filing date, the claim is: $826.00   $826.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8689** | Priority creditor's name and mailing address

**Tracy Ohmart**
**18106 Bayou Mead Trl**
**Humble, TX 77346**

As of the petition filing date, the claim is: $171.00   $171.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8690** | Priority creditor's name and mailing address

**Tracy Pawlak**
**N118w15462 Catherine Court**
**Germantown, WI 53022**

As of the petition filing date, the claim is: $111.00   $111.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 2.8691 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.00 | $210.00 |
|---|---|---|---|---|

**Tracy Pohlkamp**
**407 E Silver Spring Drive**
**Whitefish Bay, WI 53217**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.8692 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $96.00 | $96.00 |
|---|---|---|---|---|

**Tracy Ryan**
**220 Bay St**
**Osterville, MA 02655**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.8693 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,149.00 | $2,149.00 |
|---|---|---|---|---|

**Tracy Seaver**
**2526 Oak Ct**
**Seaford, NY 11783**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.8694 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $128.00 | $128.00 |
|---|---|---|---|---|

**Tracy Troyer**
**6303 Constitution Dr**
**Attn: Tracy Troyer - Personal**
**Fort Wayne, IN 46804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 2.8695 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $381.00 | $381.00 |

**Tracy Valorie**
**6 Coveside Lane**
**Stonington, CT 06378**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8696 | Priority creditor's name and mailing address | | $60.00 | $60.00 |

**Travis Brooks**
**7071 Convoy Ct Ste 300**
**San Diego, CA 92111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8697 | Priority creditor's name and mailing address | | $66.00 | $66.00 |

**Travis Bussey**
**883 Island Dr Ste G**
**C/O Placer Title Co**
**Alameda, CA 94502**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8698 | Priority creditor's name and mailing address | | $112.00 | $112.00 |

**Travis Feezell**
**905 Garden District Dr**
**Charlotte, NC 28202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor   **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

---

| 2.8699 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |
|---|---|---|---|---|

**Travis Fitzpatrick**
**1122 SWeet Hill Dr**
**Jupiter, FL 33458**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8700 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,250.00 | $1,250.00 |
|---|---|---|---|---|

**Travis Green**
**7000 Lanier Islands Pkwy**
**Buford, GA 30518**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8701 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $246.00 | $246.00 |
|---|---|---|---|---|

**Travis Hatcher**
**8777 N Hull**
**Kansas City, MO 64154**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8702 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $124.00 | $124.00 |
|---|---|---|---|---|

**Travis Krant**
**3125 Fairview Ave E Unit B**
**Seattle, WA 98102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                          Case number (if known) _____
_____
Name

| 2.8703 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**Travis Kuch**
**533 E 11th St.**
**Port Angeles, WA 98362**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8704 | Priority creditor's name and mailing address | | $32.00 | $32.00 |

**Travis Loeffler**
**65 Olive Ct.**
**Mountain View, CA 94041**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8705 | Priority creditor's name and mailing address | | $33.00 | $33.00 |

**Travis Morgan**
**1321 S Tetonia Dr**
**Boise, ID 83705**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8706 | Priority creditor's name and mailing address | | $93.00 | $93.00 |

**Travis Rogers**
**112 Moss Lane**
**Napa, CA 94558**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

| | | | |
|---|---|---|---|
| 2.8707 | Priority creditor's name and mailing address<br>**Travis Sartain**<br>**6811 Dartbrook Dr**<br>**Dallas, TX 75254** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $27.00 $27.00 |

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.8708 | Priority creditor's name and mailing address<br>**Travis Szabo**<br>**6727 Langston Blvd**<br>**Arlington, VA 22205** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $260.00 $260.00 |

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.8709 | Priority creditor's name and mailing address<br>**Travis Taylor**<br>**23839 Iron Horse**<br>**San Antonio, TX 78255** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $55.00 $55.00 |

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.8710 | Priority creditor's name and mailing address<br>**Trent Sommers**<br>**1100 Lincoln Ave Ste 202b**<br>**Napa, CA 94558** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $434.00 $434.00 |

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.8711 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.8711**

Priority creditor's name and mailing address
**Tresha Davis**
**968 Arundel Dr**
**Arnold, MD 21012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$126.00   $126.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.8712**

Priority creditor's name and mailing address
**Trevor Langford**
**1902 Memorial Dr Se**
**Atlanta, GA 30317**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$186.00   $186.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.8713**

Priority creditor's name and mailing address
**Trevor Mason**
**411 North Cypress**
**Pearsall, TX 78061**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$100.00   $100.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.8714**

Priority creditor's name and mailing address
**Trevor Nesbit**
**27 Maple Ridge Ln**
**South Hero, VT 05486**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$20.00   $20.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.8715 | Priority creditor's name and mailing address<br>**Trevor Wood**<br>**1721 Matheson Ave**<br>**Charlotte, NC 28205** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **$60.00** **$60.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.8716 | Priority creditor's name and mailing address
**Trevor Young**
**102 S Tejon St Ste 900**
**Colorado Springs, CO 80903**

As of the petition filing date, the claim is: **$1,282.00** **$1,282.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.8717 | Priority creditor's name and mailing address
**Trey Ikard**
**3806 Bailey Ln # 1**
**Austin, TX 78756**

As of the petition filing date, the claim is: **$81.00** **$81.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.8718 | Priority creditor's name and mailing address
**Trey Marler**
**4809 Alf Ave Unit B**
**Austin, TX 78721**

As of the petition filing date, the claim is: **$373.00** **$373.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.8719 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $58.00 | $58.00 |
|---|---|---|---|---|

**Trey Moskal**
**3435 Dickason Ave**
**Dallas, TX 75219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8720 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $40.00 | $40.00 |
|---|---|---|---|---|

**Trey Willbanks**
**3503 Lindhaven Dr**
**Pearland, TX 77584**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8721 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $19.00 | $19.00 |
|---|---|---|---|---|

**Tricia Boutte**
**1209 Kingswood Dr**
**Westwego, LA 70094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8722 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $68.00 | $68.00 |
|---|---|---|---|---|

**Tricia Carrigan**
**605 Heron Dr**
**Huron, OH 44839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| | |
|---|---|

**2.8723** Priority creditor's name and mailing address

**Trina Trainor**
**20579 Berry Rd**
**Mount Vernon, OH 43050**

As of the petition filing date, the claim is:    $214.00    $214.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

■ No
☐ Yes

---

**2.8724** Priority creditor's name and mailing address

**Troi Swithers**
**2684 75th Ave**
**Oakland, CA 94605**

As of the petition filing date, the claim is:    $153.00    $153.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

■ No
☐ Yes

---

**2.8725** Priority creditor's name and mailing address

**Troy Benson**
**5657 N Waterman Dr**
**Milton, WI 53563**

As of the petition filing date, the claim is:    $25.00    $25.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

■ No
☐ Yes

---

**2.8726** Priority creditor's name and mailing address

**Troy Blessing**
**3655 Brighton Blvd**
**Denver, CO 80216**

As of the petition filing date, the claim is:    $1,173.00    $1,173.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

| | |
|---|---|
| 2.8727 | Priority creditor's name and mailing address |

**Troy Brekke**
**6850 Broadway**
**Suite F Met #1143**
**Denver, CO 80221**

As of the petition filing date, the claim is: **$534.00** **$534.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| | |
|---|---|
| 2.8728 | Priority creditor's name and mailing address |

**Troy Evanovich**
**2961 Donnell Drive**
**Round Rock, TX 78664**

As of the petition filing date, the claim is: **$60.00** **$60.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| | |
|---|---|
| 2.8729 | Priority creditor's name and mailing address |

**Troy Hampe**
**28204 Mallard Reach Dr**
**Spring, TX 77386**

As of the petition filing date, the claim is: **$30.00** **$30.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| | |
|---|---|
| 2.8730 | Priority creditor's name and mailing address |

**Troy Jelinek**
**170 S Independence Mall W Apt 1124**
**Philadelphia, PA 19106**

As of the petition filing date, the claim is: **$120.00** **$120.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|

2.8731 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$460.00** | **$460.00**

**Troy Kanuha**
**42 Hale Lio Pl**
**Haiku, HI 96708**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.8732 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,100.00** | **$1,100.00**

**Troy Kyle**
**4905 70th Ave W**
**University Place, WA 98467**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.8733 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$22.00** | **$22.00**

**Troy Meyer**
**916 Prescott Lane**
**Springfield, OR 97477**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.8734 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$114.00** | **$114.00**

**Troy Nihart**
**57 Bluestem Ln**
**Hardeeville, SC 29927**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 2.8735 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.00 | $34.00 |

**Troy Steen**
**24871 Hon Ave**
**Laguna Hills, CA 92653**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8736 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $311.00 | $311.00 |

**Trung Doan**
**10171 Stonehaven Ave**
**Baton Rouge, LA 70810**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8737 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Tsubasa Inagaki**
**525 11th Ave Unit 1516**
**San Diego, CA 92101**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8738 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.00 | $112.00 |

**Tushar Trivedi**
**2328 Homestead Ln**
**Plano, TX 75025**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

_____    Case number _(if known)_ _____
Name

| | | |
|---|---|---|
| 2.8739 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |

**Tyajah Patrick**
**853 Dana Point Way**
**Oceanside, CA 92058**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

**$50.00**    **$50.00**

---

2.8740 Priority creditor's name and mailing address

**Tyler Badgley**
**2575 Shanklin Ln S**
**Denver, NC 28037**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

**$479.00**    **$479.00**

---

2.8741 Priority creditor's name and mailing address

**Tyler Beins**
**965 S. University Blvd.**
**Denver, CO 80209**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

**$49.00**    **$49.00**

---

2.8742 Priority creditor's name and mailing address

**Tyler Coates**
**2730 King St**
**Denver, CO 80211**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

**$34.00**    **$34.00**

---

| | |
|---|---|
| Debtor | **Phoeno Wine Company, Inc.** |
| | Name |

Case number (if known) _____

---

| 2.8743 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $411.00 | $411.00 |
|---|---|---|---|---|

**Tyler Endsley**
**7111 Santa Monica Blvd Apt 318**
**West Hollywood, CA 90046**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8744 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $248.00 | $248.00 |
|---|---|---|---|---|

**Tyler Funk**
**7308 Glendora Ave**
**Dallas, Tx 75230**
**Dallas, TX 75230**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8745 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $234.00 | $234.00 |
|---|---|---|---|---|

**Tyler Hendershot**
**36 Hale St**
**San Francisco, CA 94134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8746 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Tyler Jay**
**1405 E 132nd St**
**Burnsville, MN 55337**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                          Case number (if known) _____
         _____
         Name

| | | |
|---|---|---|

2.8747   Priority creditor's name and mailing address      As of the petition filing date, the claim is:      **$18.00**   **$18.00**
         **Tyler Kron**                                     Check all that apply.
         **27165 E Costilla Dr**                            ☐ Contingent
         **Aurora, CO 80016**                               ☐ Unliquidated
                                                            ☐ Disputed

         Date or dates debt was incurred                    Basis for the claim:
         _____                    **Deficit Customer**
                                                            _____

         Last 4 digits of account number                    Is the claim subject to offset?
         Specify Code subsection of PRIORITY                 ☐ No
         unsecured claim: 11 U.S.C. § 507(a) (7)             ☐ Yes

2.8748   Priority creditor's name and mailing address      As of the petition filing date, the claim is:      **$297.00**   **$297.00**
         **Tyler Langdon**                                  Check all that apply.
         **22870 Carriage Dr**                              ☐ Contingent
         **Reno, NV 89521**                                 ☐ Unliquidated
                                                            ☐ Disputed

         Date or dates debt was incurred                    Basis for the claim:
         _____                    **Deficit Customer**
                                                            _____

         Last 4 digits of account number                    Is the claim subject to offset?
         Specify Code subsection of PRIORITY                 ■ No
         unsecured claim: 11 U.S.C. § 507(a) (7)             ☐ Yes

2.8749   Priority creditor's name and mailing address      As of the petition filing date, the claim is:      **$22.00**   **$22.00**
         **Tyler Lawson**                                   Check all that apply.
         **3317 Riviera Dr**                                ☐ Contingent
         **Key West, FL 33040**                             ☐ Unliquidated
                                                            ☐ Disputed

         Date or dates debt was incurred                    Basis for the claim:
         _____                    **Deficit Customer**
                                                            _____

         Last 4 digits of account number                    Is the claim subject to offset?
         Specify Code subsection of PRIORITY                 ■ No
         unsecured claim: 11 U.S.C. § 507(a) (7)             ☐ Yes

2.8750   Priority creditor's name and mailing address      As of the petition filing date, the claim is:      **$117.00**   **$117.00**
         **Tyler Mcdonald**                                 Check all that apply.
         **1126 Adams St**                                  ☐ Contingent
         **Denver, CO 80206**                               ☐ Unliquidated
                                                            ☐ Disputed

         Date or dates debt was incurred                    Basis for the claim:
         _____                    **Deficit Customer**
                                                            _____

         Last 4 digits of account number                    Is the claim subject to offset?
         Specify Code subsection of PRIORITY                 ■ No
         unsecured claim: 11 U.S.C. § 507(a) (7)             ☐ Yes

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.8751 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |

**Tyler Nazelrod**
**2401 Port Orford Ln**
**Rock Springs, WY 82901**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8752 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $243.00 | $243.00 |

**Tyler Page**
**101 Barbuda Dr**
**Austin, TX 78734**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8753 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |

**Tyler Patzkowsky**
**1800 S Main St**
**Perryton, TX 79070**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8754 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $145.00 | $145.00 |

**Tyler Quillico**
**3225 Georgia Ave Nw Apt 201**
**Washington, DC 20010**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor    **Phoeno Wine Company, Inc.**                                   Case number (if known) _____
       Name

| | | |
|---|---|---|
| 2.8755 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: $486.00 $486.00 |

**2.8755** Priority creditor's name and mailing address

**Tyler Rice**
**1123 Fox Orchard Run**
**Fort Wayne, IN 46825**

As of the petition filing date, the claim is:      **$486.00**    **$486.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.8756** Priority creditor's name and mailing address

**Tyner Holmes**
**1891 Fort Valley Drive Southwest**
**Atlanta, GA 30311**

As of the petition filing date, the claim is:      **$16.00**    **$16.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.8757** Priority creditor's name and mailing address

**Tyson Hughes**
**111 Apricot Street**
**Livermore, CA 94551**

As of the petition filing date, the claim is:      **$70.00**    **$70.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.8758** Priority creditor's name and mailing address

**Tyson Mceldowney**
**2522 Summerdale Ct**
**Clearwater, FL 33761**

As of the petition filing date, the claim is:      **$28.00**    **$28.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.8759** | Priority creditor's name and mailing address
**Tzuhsun Lin**
**804 Duncardine Way**
**Sunnyvale, CA 94087**

As of the petition filing date, the claim is: **$105.00**   **$105.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8760** | Priority creditor's name and mailing address
**Ukallaysaaq Okleasik**
**68-1821 Puu Nui St**
**Waikoloa, HI 96738**

As of the petition filing date, the claim is: **$112.00**   **$112.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8761** | Priority creditor's name and mailing address
**Ursula Poydras**
**3005 Westbrook Ln**
**Bowie, MD 20721**

As of the petition filing date, the claim is: **$194.00**   **$194.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8762** | Priority creditor's name and mailing address
**Utpal Shah**
**2210 Reddfield Dr**
**Falls Church, VA 22043**

As of the petition filing date, the claim is: **$51.00**   **$51.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 2.8763 | Priority creditor's name and mailing address |

**V Chandrashekhar**
**30 Hawthorn Dr**
**Westfield, NJ 07090**

As of the petition filing date, the claim is:      **$30.00**    **$30.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| 2.8764 | Priority creditor's name and mailing address |

**V6 Klakken**
**7620 Valley Drive**
**Eureka, CA 95503**

As of the petition filing date, the claim is:      **$69.00**    **$69.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| 2.8765 | Priority creditor's name and mailing address |

**Vadim Slavin**
**355 1st St Unit 2206**
**San Francisco, CA 94105**

As of the petition filing date, the claim is:      **$21.00**    **$21.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| 2.8766 | Priority creditor's name and mailing address |

**Vadim Zlotnikov**
**34 Greenacres Ave**
**Scarsdale, NY 10583**

As of the petition filing date, the claim is:      **$270.00**    **$270.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 2.8767 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,515.00 | $1,515.00 |
|---|---|---|---|---|

**Vail Harding**
**5221 Washington Avenue**
**Saint Joseph, MI 49085**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8768 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.00 | $49.00 |
|---|---|---|---|---|

**Val Grondy**
**1840 W Eddy St**
**Chicago, IL 60657**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8769 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**Valeri Lennon**
**123 Stout Dr**
**Crossville, TN 38555**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8770 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Valeri Reeder**
**526 Via Del Rey**
**Angel Fire, NM 87710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.8771 | Priority creditor's name and mailing address<br>**Valeria Buck**<br>**427 Van Hook Dr**<br>**Ashland City, TN 37015** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$111.00    $111.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.8772 | Priority creditor's name and mailing address<br>**Valerie Jopling**<br>**130 Lincoln Sq # 1092**<br>**Michael S Store #1092**<br>**Arlington, TX 76011** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$205.00    $205.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.8773 | Priority creditor's name and mailing address<br>**Valerie King**<br>**798 Heyford View**<br>**Austell, GA 30106** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$30.00    $30.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.8774 | Priority creditor's name and mailing address<br>**Valerie Lapehandy**<br>**504 Bear Gulch Rd**<br>**Richmondville, NY 12149** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$40.00    $40.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**    Case number (if known) _____

_____
Name

| | | |
|---|---|---|
| 2.8775 | Priority creditor's name and mailing address<br>**Valerie Toth**<br>**493 Chapman Lane**<br>**Blairsville, GA 30512** | As of the petition filing date, the claim is: **$30.00** **$30.00**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred _____    Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____    Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

| | | |
|---|---|---|
| 2.8776 | Priority creditor's name and mailing address<br>**Vance Hendrix**<br>**16039 Haley Way**<br>**Flint, TX 75762** | As of the petition filing date, the claim is: **$84.00** **$84.00**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred _____    Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____    Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

| | | |
|---|---|---|
| 2.8777 | Priority creditor's name and mailing address<br>**Vandy Yun**<br>**3931 25th St**<br>**San Francisco, CA 94114** | As of the petition filing date, the claim is: **$15,636.00** **$3,350.00**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred _____    Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____    Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

| | | |
|---|---|---|
| 2.8778 | Priority creditor's name and mailing address<br>**Vanessa Marin**<br>**4343 Altura Ave NE**<br>**Albuquerque, NM 87110** | As of the petition filing date, the claim is: **$24.00** **$24.00**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred _____    Basis for the claim:
**Deficit Customer**

Last 4 digits of account number _____    Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.8779 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $712.00 | $712.00 |
|---|---|---|---|---|

**Vanessa Vacratsas**
**4340 Trickum Rd NE**
**Marietta, GA 30066**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8780 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $258.00 | $258.00 |
|---|---|---|---|---|

**Vann Maimos**
**27-01 168 Street**
**Flushing, NY 11358**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8781 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Varun Sharma**
**15017 Se 80 Th St**
**Newcastle, WA 98059**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8782 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.00 | $160.00 |
|---|---|---|---|---|

**Vayoula Tourlis**
**1005 Arbor Ct**
**Mount Prospect, IL 60056**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

| 2.8783 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |

2.8783    Priority creditor's name and mailing address

**Velmary Irizarry**
**9304 Firenze Dr Apt 104**
**Palm Beach Gardens, FL 33418**

As of the petition filing date, the claim is:    $33.00    $33.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.8784    Priority creditor's name and mailing address

**Venessa Schwarz**
**1111 Sawmill Gulch Rd**
**Pebble Beach, CA 93953**

As of the petition filing date, the claim is:    $30.00    $30.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.8785    Priority creditor's name and mailing address

**Verde Advantagellc**
**5242 Cattle Crossing Way**
**Jacksonville, FL 32226**

As of the petition filing date, the claim is:    $50.00    $50.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.8786    Priority creditor's name and mailing address

**Verdie Bowen**
**22807 Fossil Peak**
**San Antonio, TX 78261**

As of the petition filing date, the claim is:    $282.00    $282.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | | | |
|---|---|---|---|

**2.8787** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00**

**Vermont Department of Taxes**
**133 State St**
**Montpelier, VT 05602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8788** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$29.00** | **$29.00**

**Vern Oakley**
**310 Main St**
**Chatham, NJ 07928**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8789** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$66.00** | **$66.00**

**Vernon Hernandez**
**834 San Antonio Ave Apt B**
**Alameda, CA 94501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8790** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$930.00** | **$930.00**

**Vernon Watt**
**18640 Shady View Lane**
**Brookeville, MD 20833**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 2.8791 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.00 | $49.00 |

**Versluis Joseph**
**300 Heathwood Drive**
**Clayton, NC 27527**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8792 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $509.00 | $509.00 |

**Vickey Maples**
**437 Focis St**
**Metairie, LA 70005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8793 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,429.00 | $3,350.00 |

**Vicki Brown**
**4564 Foxfire Trl**
**Portage, MI 49024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8794 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,093.00 | $1,093.00 |

**Vicki Montana**
**1039 E Caroline Ln**
**Tempe, AZ 85284**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.8795 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $153.00 | $153.00 |
|---|---|---|---|---|

**Vicki Therrian**
**120 Shiloh Creek Way**
**Indianapolis, IN 46234**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

**Victor Aul**
**225 2nd St E Apt 35**
**Sonoma, CA 95476**

2.8796  Priority creditor's name and mailing address

As of the petition filing date, the claim is:  $32.00  $32.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

**Victor Bizzarri**
**31 Ranch Way**
**Bailey, CO 80421**

2.8797  Priority creditor's name and mailing address

As of the petition filing date, the claim is:  $1,369.00  $1,369.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

**Victor Culatta**
**4358 Indigo Street**
**Palm Springs, CA 92262**

2.8798  Priority creditor's name and mailing address

As of the petition filing date, the claim is:  $139.00  $139.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**2.8799** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $93.00 | $93.00

**Victor Guerrieri**
**4520 N Forestview**
**Chicago, IL 60656**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.8800** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $126.00 | $126.00

**Victor Yanchick**
**3901 Reed's Landing Circle**
**Midlothian, VA 23113**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.8801** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $173.00 | $173.00

**Victoria Coxon**
**150 Black Mountain Road**
**Manchester Center, VT 05255**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.8802** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $39.00 | $39.00

**Victoria Gardner**
**507 Hidden Harbor St**
**Houston, TX 77079**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.8803 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $93.00 | $93.00 |
|---|---|---|---|---|

**Victoria Goodsell**
**285 Highcrest Rd**
**Wethersfield, CT 06109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ No
☐ Yes

---

| 2.8804 | Priority creditor's name and mailing address | | $56.00 | $56.00 |
|---|---|---|---|---|

**Victoria Luo**
**13711 Slate Creek Ln**
**Houston, TX 77077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ No
☐ Yes

---

| 2.8805 | Priority creditor's name and mailing address | | $158.00 | $158.00 |
|---|---|---|---|---|

**Victoria Martin**
**5422 De Lange Ln**
**Houston, TX 77092**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ No
☐ Yes

---

| 2.8806 | Priority creditor's name and mailing address | | $187.00 | $187.00 |
|---|---|---|---|---|

**Victoria May**
**11 Lone Peak Dr**
**Suit 207**
**Big Sky, MT 59716**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.8807 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $224.00 | $224.00 |
|---|---|---|---|---|

**Victoria Thompson**
**3 Live Oak Trail**
**Cypress, TX 77429**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)   ■ No
☐ Yes

---

| 2.8808 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $491.00 | $491.00 |
|---|---|---|---|---|

**Vijay Peruvemba**
**3 Twins Ct**
**Randolph, NJ 07869**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)   ■ No
☐ Yes

---

| 2.8809 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $127.00 | $127.00 |
|---|---|---|---|---|

**Viji Samikannu**
**7309 Drexel Drive**
**University City, MO 63130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)   ■ No
☐ Yes

---

| 2.8810 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $195.00 | $195.00 |
|---|---|---|---|---|

**Vikas Patel**
**1907 E 8th St Unit 1**
**Austin, TX 78702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)   ■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.8811 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Vikram Patel**
**5766 Glenwood Dr**
**Canton, MI 48187**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8812 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $116.00 | $116.00 |
|---|---|---|---|---|

**Vinay Jain**
**450 Lake Approach Dr**
**Johnson City, TN 37601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8813 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $700.00 | $700.00 |
|---|---|---|---|---|

**Vince Bobba**
**2935 Liberty Drive**
**Pleasanton, CA 94566**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8814 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $242.00 | $242.00 |
|---|---|---|---|---|

**Vince Carone**
**10357 Ashley Street**
**Huntley, IL 60142**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.8815 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.00 | $31.00 |

**Vince Jewell**
**564 San Dieguito Dr**
**Encinitas, CA 92024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8816 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |

**Vince Maggio**
**1691 SWanson Lane**
**Pittsburgh, PA 15241**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8817 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $299.00 | $299.00 |

**Vince Vismara**
**115 Midlands Ct**
**West Columbia, SC 29169**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8818 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $467.00 | $467.00 |

**Vincent Bahk**
**345 East 80th Street**
**19c**
**New York, NY 10075**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|--------|-------------------------------|--------------------------|--|
| | Name | | |

---

**2.8819** | Priority creditor's name and mailing address

**Vincent Flores**
**9235 Shoshone Rd**
**Cascade, CO 80809**

As of the petition filing date, the claim is: **$70.00**    **$70.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

**2.8820** | Priority creditor's name and mailing address

**Vincent Lovettojr.**
**8033 Vera Cruz Way**
**Naples, FL 34109**

As of the petition filing date, the claim is: **$128.00**    **$128.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

**2.8821** | Priority creditor's name and mailing address

**Vincent Odonnell**
**426 W Oak Ave**
**Wildwood, NJ 08260**

As of the petition filing date, the claim is: **$45.00**    **$45.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

**2.8822** | Priority creditor's name and mailing address

**Vincent Tiberi**
**1101 Devon Drive**
**Freehold, NJ 07728**

As of the petition filing date, the claim is: **$20.00**    **$20.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.8823 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $586.00 | $586.00 |
| | **Vincent Uibel** | Check all that apply. | | |
| | **203 Tiburon Blvd** | ☐ Contingent | | |
| | **San Rafael, CA 94901** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.8824 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
| | **Vincenzo Cirulli** | Check all that apply. | | |
| | **8821 Nottingham Pl** | ☐ Contingent | | |
| | **La Jolla, CA 92037** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.8825 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $357.00 | $357.00 |
| | **Vinod Pilla** | Check all that apply. | | |
| | **26 Mountain Rd** | ☐ Contingent | | |
| | **Wilton, CT 06897** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.8826 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |
| | **Vinod Rustgi** | Check all that apply. | | |
| | **10 Dean Ct** | ☐ Contingent | | |
| | **Princeton Junction, NJ 08550** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deficit Customer** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.8827** | Priority creditor's name and mailing address

**Vinum55wine Coanthonywilliams**
**11616 S. Tusayan Ct.**
**Phoenix, AZ 85044**

As of the petition filing date, the claim is: **$69.00**   **$69.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.8828** | Priority creditor's name and mailing address

**Violetta Klimek**
**1020 Waite Dr.**
**Boulder, CO 80303**

As of the petition filing date, the claim is: **$24.00**   **$24.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.8829** | Priority creditor's name and mailing address

**Vipul Desai**
**15 Maymont Way**
**The Woodlands, TX 77382**

As of the petition filing date, the claim is: **$56.00**   **$56.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.8830** | Priority creditor's name and mailing address

**Virginia Department of Taxation**
**1957 Westmoreland St, Richmond,**
**VA 23230**
**Richmond, VA 23230**

As of the petition filing date, the claim is: **$0.00**   **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.8831 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.8831** Priority creditor's name and mailing address
**Virginia Fitt**
**2555 Pennsylvania Ave Nw Apt 812**
**Washington, DC 20037**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$188.00    $188.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8832** Priority creditor's name and mailing address
**Virginia Jurist**
**6601 Blue Oaks Blvd Apt 3905**
**Rocklin, CA 95765**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$32.00    $32.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8833** Priority creditor's name and mailing address
**Virginia Lincoln**
**182 Spellman Rd Apt B**
**Plattsburgh, NY 12901**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$271.00    $271.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8834** Priority creditor's name and mailing address
**Virginia Pannill**
**4449 Hope Plantation Dr**
**Johns Island, SC 29455**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,113.00    $1,113.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

| | | |
|---|---|---|
| 2.8835 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.8835** | Priority creditor's name and mailing address

**Virginia Robinson**
**9812 S Longwood**
**Chicago, IL 60643**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

$1,448.00    $1,448.00

---

**2.8836** | Priority creditor's name and mailing address

**Virginia Wilson**
**260 Anderson Rd**
**Clinton, NJ 08809**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

$310.00    $310.00

---

**2.8837** | Priority creditor's name and mailing address

**Vishaal Patil**
**31 Magnolia Ct**
**Lawrenceville, NJ 08648**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

$30.00    $30.00

---

**2.8838** | Priority creditor's name and mailing address

**Vitalii Walle**
**654 Chamberlain Way**
**Highlands Ranch, CO 80126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

$87.00    $87.00

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 2.8839 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |

**Vito Clavelli**
**24 Abeel Rd**
**Monroe Twp, NJ 08831**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8840 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |

**Vittorio Bertuzzelli**
**818 Us Highway 1 Ste 1**
**North Palm Beach, FL 33408**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8841 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Vivek Vinodh**
**3128 Curts Ave**
**Los Angeles, CA 90034**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8842 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.00 | $42.00 |

**Vladimir Kotov**
**390 Cognewaugh Rd**
**Cos Cob, CT 06807**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| 2.8843 | Priority creditor's name and mailing address |

**Vladimir Lapkin**
**1664 Silver Birch Rd**
**Huntingdon Valley, PA 19006**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

$19.00    $19.00

---

| | |
|---|---|
| 2.8844 | Priority creditor's name and mailing address |

**Vlasta Berry**
**402 Madison St**
**#**
**Carlstadt, NJ 07072**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

$489.00    $489.00

---

| | |
|---|---|
| 2.8845 | Priority creditor's name and mailing address |

**Vonnie Craig-Parker**
**550 W B St Ste 330**
**San Diego, CA 92101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

$138.00    $138.00

---

| | |
|---|---|
| 2.8846 | Priority creditor's name and mailing address |

**Vuday Nandur**
**4135 Se 39th Circle**
**Ocala, FL 34480**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

$226.00    $226.00

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 2.8847 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $153.00 | $153.00 |
|---|---|---|---|---|
| | **Vyanh Mai**<br>**416 N Miro**<br>**New Orleans, LA 70119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8848 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $22.00 | $22.00 |
|---|---|---|---|---|
| | **W.D. Humphrey**<br>**603 N Maple Dr**<br>**Beverly Hills, CA 90210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8849 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $146.00 | $146.00 |
|---|---|---|---|---|
| | **Wade Janssen**<br>**400 E Pike St**<br>**Crawfordsville, IN 47933** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8850 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $181.00 | $181.00 |
|---|---|---|---|---|
| | **Wade Plummer**<br>**330 W Diversey Pkwy Apt 2607**<br>**Chicago, IL 60657** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deficit Customer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | |
|---|---|
| Debtor | **Phoeno Wine Company, Inc.** |
| | Name |

Case number (if known) _____

---

| 2.8851 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $245.00 | $245.00 |
|---|---|---|---|---|

**Wai Tong**
**658 S Ynez Ave**
**Monterey Park, CA 91754**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8852 | Priority creditor's name and mailing address | | $29.00 | $29.00 |
|---|---|---|---|---|

**Walker Person**
**515 Congress Ave Ste 2500**
**Austin, TX 78701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8853 | Priority creditor's name and mailing address | | $372.00 | $372.00 |
|---|---|---|---|---|

**Wallace Lawson**
**8323 Suffolk Way**
**Gainesville, VA 20155**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8854 | Priority creditor's name and mailing address | | $38.00 | $38.00 |
|---|---|---|---|---|

**Walt Ebell**
**13118 Vashon Hwy SW**
**Vashon, WA 98070**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

_____
Name

Case number (if known) _____

| | |
|---|---|

**2.8855** | Priority creditor's name and mailing address

**Walter Kinney**
**6834 Slate Ct**
**West Richland, WA 99353**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$255.00    $255.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.8856** | Priority creditor's name and mailing address

**Walter Melnik**
**485 New Park Ave**
**C/O F3 Technology Partners**
**West Hartford, CT 06110**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$44.00    $44.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.8857** | Priority creditor's name and mailing address

**Walter Nirenberg**
**10129 Westpark Preserve Blvd**
**Tampa, FL 33625**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$32.00    $32.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.8858** | Priority creditor's name and mailing address

**Walter Nollmann**
**5 Echo Dr**
**New Milford, CT 06776**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,488.00    $1,488.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.8859 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 $32.00 |

**Walter Pancewicz**
**830 North Blvd Ste 2**
**830 North Blvd**
**Oak Park, IL 60301**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.8860 Priority creditor's name and mailing address    $87.00 $87.00

**Walter Simon**
**8775 Lakeside Blvd**
**Vero Beach, FL 32963**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.8861 Priority creditor's name and mailing address    $101.00 $101.00

**Warlito Bolisay**
**2701 Ice House Ct**
**Freehold, NJ 07728**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.8862 Priority creditor's name and mailing address    $120.00 $120.00

**Warren Ratcliff**
**800 Old Chicken Farm Rd**
**Young Harris, GA 30582**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 2.8863 | Priority creditor's name and mailing address<br>**Washington Burpee**<br>**408 Hallman Avenue**<br>**Conshohocken, PA 19428** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **$185.00**   **$185.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.8864 | Priority creditor's name and mailing address
**Washington Department of Revenue**
**2101 4th Ave #1400**
**Seattle, WA 98121**

As of the petition filing date, the claim is: **$0.00**   **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.8865 | Priority creditor's name and mailing address
**Wayne Bennett**
**2827 NE Cold Spring Dr.**
**Jensen Beach, FL 34957**

As of the petition filing date, the claim is: **$2,146.00**   **$2,146.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.8866 | Priority creditor's name and mailing address
**Wayne Eisenberg**
**46272 Point Happy Way**
**La Quinta, CA 92253**

As of the petition filing date, the claim is: **$97.00**   **$97.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)*

| 2.8867 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $226.00 | $226.00 |

**Wayne Hall**
**9925 Grandview Dr**
**Denton, TX 76207**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8868 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |

**Wayne Handley**
**55 Running Cedar Ln**
**Fairfield, VA 24435**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8869 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $79.00 | $79.00 |

**Wayne Johnson**
**190 Wilmington W Chester Pike**
**Walgreens - Fedex Onsite**
**Chadds Ford, PA 19317**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8870 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.00 | $81.00 |

**Wayne Lloyd**
**3610 Ensign Rd NE**
**Olympia, WA 98506**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 2.8871 | Priority creditor's name and mailing address **Wayne Mccaughey** **113 Peterson Ln** **Lavallette, NJ 08735** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

$450.00        $450.00

---

| | | |
|---|---|---|
| 2.8872 | Priority creditor's name and mailing address **Wayne S** **327 9th St.** **Carlstadt, NJ 07072** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

$216.00        $216.00

---

| | | |
|---|---|---|
| 2.8873 | Priority creditor's name and mailing address **Welcome1 French** **4620 Wieuca Rd NE Apt 16** **Atlanta, GA 30342** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

$28.00        $28.00

---

| | | |
|---|---|---|
| 2.8874 | Priority creditor's name and mailing address **Wendellp Alexis** **24 W Cliff St** **Somerville, NJ 08876** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

$58.00        $58.00

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.8875** | Priority creditor's name and mailing address

**Wendi Vineyard**
**6851 Cardigan Way**
**Rockford, IL 61114**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$51.00   $51.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.8876** | Priority creditor's name and mailing address

**Wendy Bahnsen**
**3087 Wilson Rd**
**Decatur, GA 30033**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$927.00   $927.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.8877** | Priority creditor's name and mailing address

**Wendy Buck**
**C/O Melissa David Salon**
**25 B Washington St**
**Nantucket, MA 02554**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$52.00   $52.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.8878** | Priority creditor's name and mailing address

**Wendy Domreis**
**11025 S Esquiline Ave**
**Portland, OR 97219**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$96.00   $96.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.8879 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |

2.8879 Priority creditor's name and mailing address

**Wendy Doran**
**227 S Baxter Ave**
**Holyoke, CO 80734**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$100.00   $100.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.8880 Priority creditor's name and mailing address

**Wendy Feeley**
**24612 South 4100 Road**
**Claremore, OK 74019**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$228.00   $228.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.8881 Priority creditor's name and mailing address

**Wendy Hennessy**
**87 Dracut Rd**
**Hudson, NH 03051**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$158.00   $158.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.8882 Priority creditor's name and mailing address

**Wendy Oliva**
**10200 Nigh Rd**
**Anchorage, AK 99515**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$140.00   $140.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.8883 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $163.00 | $163.00 |
|---|---|---|---|---|
| | **Wenhong Peng** | Check all that apply. | | |
| | **1700 W Gardena Blvd** | ☐ Contingent | | |
| | **Gardena, CA 90247** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8884 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $151.00 | $151.00 |
|---|---|---|---|---|
| | **Wes Covert** | Check all that apply. | | |
| | **1929 Foster Ave** | ☐ Contingent | | |
| | **Ventura, CA 93001** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8885 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $166.00 | $166.00 |
|---|---|---|---|---|
| | **Wesley Vandenheuvel** | Check all that apply. | | |
| | **50 Brookdale Way** | ☐ Contingent | | |
| | **Chesterfield, NJ 08515** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8886 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $362.00 | $362.00 |
|---|---|---|---|---|
| | **Wesley Walker** | Check all that apply. | | |
| | **1 Myrtle Ct.** | ☐ Contingent | | |
| | **Columbia, SC 29205** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.8887 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**West Virginia State Tax Department**
**407 Neville St # 109**
**Beckley, WV 25801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8888 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |
|---|---|---|---|---|

**Whiteside Hillary**
**332 Dewitt Ct**
**El Cajon, CA 92020**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8889 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.00 | $52.00 |
|---|---|---|---|---|

**Whitney Aguilar**
**23335 SW Orchard Heights Place**
**Sherwood, OR 97140**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8890 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.00 | $115.00 |
|---|---|---|---|---|

**Whitney Kaczor**
**911 Manor Lane**
**Unit C**
**Columbus, OH 43221**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number _(if known)_ | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.8891 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $116.00 | $116.00 |
|---|---|---|---|---|

**Wilcox Melvin**
**708 Tomoka Rd**
**Daytona Beach, FL 32114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8892 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Will Adair**
**811 E Main St**
**A**
**Spartanburg, SC 29302**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8893 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.00 | $119.00 |
|---|---|---|---|---|

**Will Arendt**
**710 Pine Leaf Court**
**Johns Creek, GA 30022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8894 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.00 | $85.00 |
|---|---|---|---|---|

**Will Crowthers**
**11210 Minnetta Ct**
**Jacksonville, FL 32256**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| 2.8895 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $142.00 | $142.00 |
|---|---|---|---|---|

**Will Deupree**
**744 Pitt St**
**Mount Pleasant, SC 29464**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8896 | Priority creditor's name and mailing address | | $498.00 | $498.00 |
|---|---|---|---|---|

**Will Frame**
**925 Greenwood Ave**
**Wilmette, IL 60091**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8897 | Priority creditor's name and mailing address | | $4,406.00 | $3,350.00 |
|---|---|---|---|---|

**Will Hargreaves**
**6888 Upper York Rd**
**New Hope, PA 18938**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8898 | Priority creditor's name and mailing address | | $147.00 | $147.00 |
|---|---|---|---|---|

**Will Helm**
**675 W 59th St Apt 1906**
**New York, NY 10019**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)*

---

| 2.8899 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $255.00 | $255.00 |

**Will Johnson**
**1710 E Arlington Rd**
**Springfield, MO 65804**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8900 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $568.00 | $568.00 |

**Will Kim**
**2975 Treat Blvd Ste E-7**
**Concord, CA 94518**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8901 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $186.00 | $186.00 |

**Will Landers**
**944 Bloomfield St**
**Hoboken, NJ 07030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8902 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $289.00 | $289.00 |

**Will Pappa**
**2403 Monmouth Ct**
**Point Pleasant Boro, NJ 08742**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 2.8903 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 $30.00 |

2.8903 | Priority creditor's name and mailing address

**Will Truong**
**1485 Padres Dr**
**San Jose, CA 95125**

As of the petition filing date, the claim is: **$30.00   $30.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.8904 | Priority creditor's name and mailing address

**Will Wittmann**
**4606 Cedar Springs Rd**
**Apt 622**
**Dallas, TX 75219**

As of the petition filing date, the claim is: **$40.00   $40.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.8905 | Priority creditor's name and mailing address

**Willa Flemate**
**112 Campo Ct**
**Livermore, CA 94550**

As of the petition filing date, the claim is: **$38.00   $38.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.8906 | Priority creditor's name and mailing address

**William Bacigalupo**
**1813 Glen Oaks Ln**
**Dyersburg, TN 38024**

As of the petition filing date, the claim is: **$1,304.00   $1,304.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.8907 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $329.00 | $329.00 |
|---|---|---|---|---|

**William Bader**
**102 Broadway St**
**Carnegie, PA 15106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8908 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $905.00 | $905.00 |
|---|---|---|---|---|

**William Baker**
**6416 Lakeview Rd**
**Charlotte, NC 28269**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8909 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |
|---|---|---|---|---|

**William Beach**
**11990 Ashdown Oaks Ct**
**Glen Allen, VA 23059**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8910 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.00 | $44.00 |
|---|---|---|---|---|

**William Benson**
**2700 Columbia St**
**Eugene, OR 97403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.8911 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $231.00 | $231.00 |
|---|---|---|---|---|
| | **William Bertrand** | *Check all that apply.* | | |
| | **717 S Columbus Blvd Unit 1602** | ☐ Contingent | | |
| | **Philadelphia, PA 19147** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8912 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.00 | $63.00 |
|---|---|---|---|---|
| | **William Brown** | *Check all that apply.* | | |
| | **6956 Dada Dr** | ☐ Contingent | | |
| | **Gurnee, IL 60031** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8913 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $333.00 | $333.00 |
|---|---|---|---|---|
| | **William Brunner** | *Check all that apply.* | | |
| | **8314 Sorrel Leaf Ln** | ☐ Contingent | | |
| | **Houston, TX 77055** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8914 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $186.00 | $186.00 |
|---|---|---|---|---|
| | **William Burke** | *Check all that apply.* | | |
| | **352 5th St NE Uppr** | ☐ Contingent | | |
| | **Atlanta, GA 30308** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                        Case number (if known) _____

_____
Name

| 2.8915 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |

**William Burns**
**201 Lennox Avenue**
**Severna Park, MD 21146**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8916 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,874.00 | $1,874.00 |

**William Campbell**
**11701 Sundance Trl**
**Mokena, IL 60448**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8917 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $166.00 | $166.00 |

**William Carter**
**1232 S Mullen Ave**
**Los Angeles, CA 90019**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8918 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $511.00 | $511.00 |

**William Castillojr.**
**902 Esther Blvd**
**Bryan, TX 77802**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.8919 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

2.8919 | Priority creditor's name and mailing address

**William Clarke**
**205 W End Ave Apt 1b**
**New York, NY 10023**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

$117.00   $117.00

---

2.8920 | Priority creditor's name and mailing address

**William Collis**
**48 Grotto Ave**
**Providence, RI 02906**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

$598.00   $598.00

---

2.8921 | Priority creditor's name and mailing address

**William Cooney**
**15596 Woodland Beach Ln**
**Woodland Beach Report**
**Deerwood, MN 56444**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

$72.00   $72.00

---

2.8922 | Priority creditor's name and mailing address

**William Cripe**
**911 Saddlebrook Pass**
**Chanhassen, MN 55317**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

$106.00   $106.00

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | | | |
|---|---|---|---|
| 2.8923 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 $60.00 |

**2.8923**

Priority creditor's name and mailing address
**William Critser**
**4401 Gulf Shore Blvd N Unit 303**
**Naples, FL 34103**

As of the petition filing date, the claim is: **$60.00**    **$60.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.8924**

Priority creditor's name and mailing address
**William Daly**
**300 Monroe Ave**
**River Edge, NJ 07661**

As of the petition filing date, the claim is: **$519.00**    **$519.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.8925**

Priority creditor's name and mailing address
**William Damis**
**42 Shilling Road**
**Manalapan, NJ 07726**

As of the petition filing date, the claim is: **$54.00**    **$54.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.8926**

Priority creditor's name and mailing address
**William Dunn**
**227 Mill St**
**Bristol, PA 19007**

As of the petition filing date, the claim is: **$30.00**    **$30.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.8927 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $731.00 | $731.00 |
|---|---|---|---|---|

**William Dwyer**
**1248 S La Jolla Ave**
**Los Angeles, CA 90035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8928 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $76.00 | $76.00 |
|---|---|---|---|---|

**William Estell**
**11 Laurel Ln**
**Simsbury, CT 06070**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8929 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.00 | $47.00 |
|---|---|---|---|---|

**William Falcone**
**104 Village Pl Ste 6**
**Dillon, CO 80435**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8930 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $99.00 | $99.00 |
|---|---|---|---|---|

**William Forsythe**
**1910 South Zinser Street**
**Kennewick, WA 99338**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 2.8931 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $258.00 | $258.00 |
|--------|---|---|---|---|

**William Francis**
**5067 Overcrest Drive**
**Kannapolis, NC 28081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8932 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,374.00 | $2,374.00 |
|--------|---|---|---|---|

**William Fuller**
**3114 Enclave Bay Dr**
**Chattanooga, TN 37415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8933 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $72.00 | $72.00 |
|--------|---|---|---|---|

**William Ganger**
**8446 E 163rd Ave**
**Brighton, CO 80602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8934 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $36.00 | $36.00 |
|--------|---|---|---|---|

**William Gideon**
**813 Buena Vista Ave**
**Arnold, MD 21012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.8935** | Priority creditor's name and mailing address

**William Gregg**
**7692 E Whistling Wind Way**
**Scottsdale, AZ 85255**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$150.00    $150.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.8936** | Priority creditor's name and mailing address

**William Griffin**
**22626 Union Tpke 5p**
**Oakland Gardens, NY 11364**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,504.00    $1,504.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.8937** | Priority creditor's name and mailing address

**William Gump**
**23800 Hamilton Pool Rd**
**Dripping Springs, TX 78620**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$162.00    $162.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.8938** | Priority creditor's name and mailing address

**William Haigney**
**9 Rivercrest Rd Apt 3**
**Highland Falls, NY 10928**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$20.00    $20.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 2.8939 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $676.00 | $676.00 |

**William Hartz**
**1768 Whiskey Creek Dr**
**Fort Myers, FL 33919**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8940 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**William Henderson**
**6182 Ferry Dr**
**Sandy Springs, GA 30328**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8941 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $402.00 | $402.00 |

**William Hines**
**100 Audubon Blvd**
**New Orleans, LA 70118**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8942 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $94.00 | $94.00 |

**William Hoolihan**
**6065 Bourbon Lane**
**Pequot Lakes, MN 56472**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor   **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
         Name

---

| 2.8943 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $130.00 | $130.00 |

**William Horne**
**4870 Exeter Estate Ln**
**Wellington, FL 33449**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8944 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |

**William Hussey**
**17 Sheffield**
**Jackson, MS 39211**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8945 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $260.00 | $260.00 |

**William Ische**
**3881 Palisade Way**
**Eagan, MN 55122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8946 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $177.00 | $177.00 |

**William James**
**4447 Old Saucon Rd**
**Bethlehem, PA 18015**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|

**2.8947** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $272.00 | $272.00

**William Ketcham**
**425 Hillcrest View Dr**
**Suwanee, GA 30024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.8948** | Priority creditor's name and mailing address

**William King**
**530 Tod Ln**
**Youngstown, OH 44504**

As of the petition filing date, the claim is: $702.00 $702.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.8949** | Priority creditor's name and mailing address

**William Knopf**
**800 E Washington St**
**Unit 200**
**Greenville, SC 29601**

As of the petition filing date, the claim is: $246.00 $246.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.8950** | Priority creditor's name and mailing address

**William Krogman**
**4517 Nc Hwy 22 S**
**Ramseur, NC 27316**

As of the petition filing date, the claim is: $321.00 $321.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.8951 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $366.00 | $366.00 |
|---|---|---|---|---|

**William Lenssen**
**1311 N Woodland Blvd**
**Ups Access Point (Advance Auto**
**Parts Sto**
**Deland, FL 32720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8952 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.00 | $45.00 |
|---|---|---|---|---|

**William Maier**
**507 Silvermine Rd**
**New Canaan, CT 06840**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8953 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**William Matsuzaki**
**9700 Saints Cir**
**Fort Worth, TX 76108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8954 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,692.00 | $1,692.00 |
|---|---|---|---|---|

**William Mcclain**
**1658 N Milwaukee Ave**
**C/O Ups Store**
**Chicago, IL 60647**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.8955** | Priority creditor's name and mailing address

**William Mcleod**
**60 Labelle Rd Phph**
**Ph**
**Mount Vernon, NY 10552**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$62.00    $62.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.8956** | Priority creditor's name and mailing address

**William Melamed**
**632 W. Wellington Ave**
**2w**
**Chicago, IL 60657**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$415.00    $415.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.8957** | Priority creditor's name and mailing address

**William Mis**
**15 Bonna Street**
**Beacon Falls, CT 06403**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$40.00    $40.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.8958** | Priority creditor's name and mailing address

**William Moran**
**9218 Migue Cir**
**Pt Charlotte, FL 33981**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$50.00    $50.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor     **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | | | |
|---|---|---|---|
| 2.8959 | Priority creditor's name and mailing address<br>**William Moyer**<br>**12816 Cadgwith Cove Dr**<br>**Huntersville, NC 28078** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25.00    $25.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| | | | |
|---|---|---|---|
| 2.8960 | Priority creditor's name and mailing address<br>**William Pace**<br>**620 W Santa Inez Ave**<br>**Hillsborough, CA 94010** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $200.00    $200.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| | | | |
|---|---|---|---|
| 2.8961 | Priority creditor's name and mailing address<br>**William Parsons**<br>**36 Sportsman Ct**<br>**Rotonda West, FL 33947** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $353.00    $353.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| | | | |
|---|---|---|---|
| 2.8962 | Priority creditor's name and mailing address<br>**William Pasos**<br>**240 N Miami Ave Apt 2111**<br>**Miami, FL 33128** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $52.00    $52.00 |

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

---

2.8963 | Priority creditor's name and mailing address

**William Pastras**
**9 Juniper Ln**
**Piscataway, NJ 08854**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$21.00    $21.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.8964 | Priority creditor's name and mailing address

**William Pawlowsky**
**207 East 74th Street**
**Apartment #5a**
**New York, NY 10021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$60.00    $60.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.8965 | Priority creditor's name and mailing address

**William Porter**
**22 Wild Dunes Ct**
**Las Vegas, NV 89113**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$170.00    $170.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.8966 | Priority creditor's name and mailing address

**William Prete**
**3113 State Road 580 Lot 77**
**Safety Harbor, FL 34695**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$116.00    $116.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                               Case number *(if known)* _____
      Name

| 2.8967 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.00 | $185.00 |

**William Reagan**
**8325 Thornhill Dr**
**North Richland Hills, TX 76182**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8968 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**William Reilly**
**4108 SW 16th Pl**
**Cape Coral, FL 33914**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8969 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**William Richardson**
**306 Seabury Dr**
**Greenville, SC 29615**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8970 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $254.00 | $254.00 |

**William Rivers**
**1338 Mcgee Ave**
**Berkeley, CA 94703**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.8971 | Priority creditor's name and mailing address<br>**William Rogers**<br>**21 Ferry Landing Ln Nw Unit 1211**<br>**Atlanta, GA 30305** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $226.00   $226.00 |

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.8972 | Priority creditor's name and mailing address<br>**William Rougle**<br>**5428 Barrister Place**<br>**Alexandria, VA 22304** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $189.00   $189.00 |

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.8973 | Priority creditor's name and mailing address<br>**William Scaringe**<br>**8953 Krueger St**<br>**Culver City, CA 90232** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $122.00   $122.00 |

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.8974 | Priority creditor's name and mailing address<br>**William Scott**<br>**665 Rainbow Creek Rd**<br>**Clayton, GA 30525** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,104.00   $1,104.00 |

Date or dates debt was incurred
_____

Basis for the claim:
**Deficit Customer**
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.8975 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.00 | $52.00 |

**William Shankel**
**2300 Rosendale Village Avenue**
**Henderson, NV 89052**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8976 | Priority creditor's name and mailing address | | $52.00 | $52.00 |

**William Shepler**
**2603 Nw 69th Ter**
**Gainesville, FL 32606**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8977 | Priority creditor's name and mailing address | | $2,245.00 | $2,245.00 |

**William Sherman**
**2062 Hidden Forge Dr**
**Fayetteville, NC 28304**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8978 | Priority creditor's name and mailing address | | $283.00 | $283.00 |

**William Sherman**
**4520 Foxgrove Dr**
**St Charles, IL 60175**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page 2245 of 5261

Debtor **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

| | | |
|---|---|---|
| 2.8979 | Priority creditor's name and mailing address | |

**2.8979** Priority creditor's name and mailing address

**William Sorensen**
**25775 Valley View Rd.**
**Apple Valley, CA 92308**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$423.00     $423.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.8980** Priority creditor's name and mailing address

**William Strain**
**14519 Diamondhead N**
**Montgomery, TX 77356**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$780.00     $780.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.8981** Priority creditor's name and mailing address

**William Tamme**
**25 Old Kings Hwy N Ste 13**
**Darien, CT 06820**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$417.00     $417.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.8982** Priority creditor's name and mailing address

**William Taylor**
**3724 Hilltop Rd**
**Fort Worth, TX 76109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$451.00     $451.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 2.8983 | Priority creditor's name and mailing address<br>**William Tewksbury**<br>**493 Dansby Rd**<br>**Wauchula, FL 33873** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **$128.00**    **$128.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)
☐ Yes

---

| 2.8984 | Priority creditor's name and mailing address<br>**William Thompson**<br>**3001 Rush St Apt 3401**<br>**Franklin, TN 37067** |

As of the petition filing date, the claim is: **$76.00**    **$76.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)
☐ Yes

---

| 2.8985 | Priority creditor's name and mailing address<br>**William Thrift**<br>**816 W West St**<br>**Tampa, FL 33602** |

As of the petition filing date, the claim is: **$30.00**    **$30.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)
☐ Yes

---

| 2.8986 | Priority creditor's name and mailing address<br>**William Vanderbloemen**<br>**325 Front St**<br>**Hold For Pickup**<br>**Evanston, WY 82930** |

As of the petition filing date, the claim is: **$542.00**    **$542.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)
☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.8987 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $184.00 | $184.00 |
|---|---|---|---|---|

**William Walker**
**Moose Cafe**
**570 Brevard Road**
**Ashevill, NC 28806**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8988 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.00 | $160.00 |
|---|---|---|---|---|

**William Walsh**
**104, Chicago Blvd**
**Sea Girt, NJ 08750**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8989 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**William Wennberg**
**506 Rothbury Rd**
**Wilmington, DE 19803**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8990 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |
|---|---|---|---|---|

**William West**
**1 Center St**
**Gloucester, MA 01930**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.8991** | Priority creditor's name and mailing address

**William Wiebell**
**1505 Plumway Ln**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$105.00** | **$105.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8992** | Priority creditor's name and mailing address

**William Wordell**
**11 S Orleans Rd**
**Orleans, MA 02653**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$100.00** | **$100.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8993** | Priority creditor's name and mailing address

**Wilson Hunt**
**980 12th St**
**Idaho Falls, ID 83404**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$65.00** | **$65.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8994** | Priority creditor's name and mailing address

**Winston Crowley**
**9737 E 61st Ave**
**Denver, CO 80238**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$63.00** | **$63.00**

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____  Case number _(if known)_  _____
Name

| 2.8995 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

2.8995  Priority creditor's name and mailing address

**Wisconsin Department of Revenue
- Busine
2135 Rimrock Rd
Madison, WI 53708**

As of the petition filing date, the claim is:  **$0.00**  **$0.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.8996  Priority creditor's name and mailing address

**Wyatt Baron
2917 Johnson Road
Falls Church, VA 22042**

As of the petition filing date, the claim is:  **$86.00**  **$86.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.8997  Priority creditor's name and mailing address

**Wyatt Bradford
2023 Hidden Ranch Loop
Jackson, WY 83001**

As of the petition filing date, the claim is:  **$129.00**  **$129.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.8998  Priority creditor's name and mailing address

**Wyoming Department of Revenue
444 W Collins Dr
Casper, WY 82601**

As of the petition filing date, the claim is:  **$0.00**  **$0.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.8999** | Priority creditor's name and mailing address
**Xiao Lin**
**904 Dover Center Rd**
**Westlake, OH 44145**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$121.00    $121.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.9000** | Priority creditor's name and mailing address
**Yael Maxwell**
**135 Knollwood Dr**
**Fairfield, CT 06824**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$129.00    $129.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.9001** | Priority creditor's name and mailing address
**Yana Grodskaya**
**575 4th Ave Apt 5h**
**Brooklyn, NY 11215**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$35.00    $35.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.9002** | Priority creditor's name and mailing address
**Yana Sanders**
**256 Nahum Rd**
**Moravian Falls, NC 28654**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$124.00    $124.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**                    Case number (if known) _____
        Name

| | | |
|---|---|---|
| 2.9003 | | |

Priority creditor's name and mailing address
**Yangdy Chen**
**61 Rome St**
**San Francisco, CA 94112**

As of the petition filing date, the claim is:                    $29.00    $29.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | |
|---|---|
| 2.9004 | |

Priority creditor's name and mailing address
**Yann Camus**
**Hbs Mail Center 700 Soldiers Field**
**Road**
**Yann Camus 2023**
**Boston, MA 02163**

As of the petition filing date, the claim is:                    $1,570.00    $1,570.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | |
|---|---|
| 2.9005 | |

Priority creditor's name and mailing address
**Yann Legouellec**
**105 Southpoint Dr**
**Williamsburg, VA 23185**

As of the petition filing date, the claim is:                    $132.00    $132.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | |
|---|---|
| 2.9006 | |

Priority creditor's name and mailing address
**Yao Chen**
**1505 Nw 191st St**
**Edmond, OK 73012**

As of the petition filing date, the claim is:                    $245.00    $245.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|--------|------------------------------|------------------------|--|
| | Name | | |

| 2.9007 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|--------|------|------|------|------|

**Yarona Yieh**
**22 Mackenzie Ct**
**Freehold, NJ 07728**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.9008 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Yelena Chianurov**
**422 Nimitz Ave**
**Redwood City, CA 94061**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.9009 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $217.00 | $217.00 |

**Yenpang Lin**
**1438 York Ave**
**Campbell, CA 95008**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.9010 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |

**Yenyi Fu**
**1824 Valdez Ave**
**Belmont, CA 94002**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)* _____

---

| 2.9011 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |

**Yevsey Kogan**
**723 Walnut Ave**
**Walnut Creek, CA 94598**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.9012 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $71.00 | $71.00 |

**Yoaav Krauthammer**
**9190 W Sands Dr**
**Peoria, AZ 85383**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.9013 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**Yon Lai**
**72 Stillwell Ln**
**Woodbury, NY 11797**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.9014 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |

**Yonghao Ma**
**1922 Lake Winds Dr**
**Missouri City, TX 77459**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**2.9015** | Priority creditor's name and mailing address

**Yoon Shim**
**400 Blue Heron Cir**
**Blue Bell, PA 19422**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$196.00      $196.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9016** | Priority creditor's name and mailing address

**Yosuke Toyama**
**2117 Cannes Dr**
**Plano, TX 75025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$184.00      $184.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9017** | Priority creditor's name and mailing address

**Yousef Abudayyeh**
**871 Singing Heights Dr**
**El Cajon, CA 92019**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$28.00      $28.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9018** | Priority creditor's name and mailing address

**Yovita Widyadharma**
**2125 E Duell St**
**Glendora, CA 91740**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$44.00      $44.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 2.9019 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |

**Yuan Ge**
**2051 Fannin Sta N**
**Houston, TX 77045**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.9020 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $145.00 | $145.00 |

**Yuki Rosene**
**11898 E Via Loma Vis**
**Yuma, AZ 85367**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.9021 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**Yulia Skurikhina**
**15051 Royal Oaks Ln Apt 2402**
**North Miami, FL 33181**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.9022 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.00 | $55.00 |

**Yun Choi**
**1152 Harwell Loop**
**Kyle, TX 78640**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 2.9023 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $114.00 | $114.00 |
|---|---|---|---|---|

**Yun-Kyung Hahn**
**Box 980709**
**Richmond, VA 23298**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.9024 | Priority creditor's name and mailing address | | $311.00 | $311.00 |
|---|---|---|---|---|

**Yuriy Gerzon**
**19 Riverside Terrace**
**North Easton, MA 02356**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.9025 | Priority creditor's name and mailing address | | $31.00 | $31.00 |
|---|---|---|---|---|

**Yury Fern ndezespinosa**
**20730 SW 86 Pl**
**Cutler Bay, FL 33189**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.9026 | Priority creditor's name and mailing address | | $119.00 | $119.00 |
|---|---|---|---|---|

**Yusef Carrillo**
**205 Oneida St**
**Saint Paul, MN 55102**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 2.9027 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |

**Yuzhao Ai**
**320 Adolphus Ave**
**Apt 419**
**Cliffside Park, NJ 07010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.9028 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 | $28.00 |

**Yvette Delisio**
**5708 Decker Dr**
**New Albany, OH 43054**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.9029 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.00 | $78.00 |

**Yvonne Low**
**7841 Hamilton Pool Drive**
**Las Vegas, NV 89113**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.9030 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |

**Yzmira Andujo**
**2444 N Morrison Ave**
**Casa Grande, AZ 85122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.9031** | Priority creditor's name and mailing address
**Z L**
**504 E 63rd St Apt 27o**
**New York, NY 10065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$40.00   $40.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9032** | Priority creditor's name and mailing address
**Zach Barr**
**4 White Birch Ct**
**Wayne, NJ 07470**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$55.00   $55.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9033** | Priority creditor's name and mailing address
**Zach Eckler**
**1731 Powell St Unit 406**
**San Francisco, CA 94133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$430.00   $430.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9034** | Priority creditor's name and mailing address
**Zach Gross**
**1500 Lexington Ave**
**14k**
**New York, NY 10029**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$166.00   $166.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

---

| 2.9035 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.00 | $49.00 |

**Zach Kalkwarf**
**4614 Wakeley St**
**Omaha, NE 68132**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9036 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 | $19.00 |

**Zach Nelson**
**5 Cervantes Court**
**Irvine, CA 92617**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9037 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $74.00 | $74.00 |

**Zach Rubin**
**73 Hillyer Cir**
**Middletown, NJ 07748**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9038 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.00 | $26.00 |

**Zach Shank**
**1806 Nina Lee Ln**
**Houston, TX 77018**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.9039** | Priority creditor's name and mailing address

**Zach Theis**
**6400 Chanhassen Rd**
**Chanhassen, MN 55317**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$48.00 | $48.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.9040** | Priority creditor's name and mailing address

**Zach Tubb**
**169 Avie Ln**
**West Monroe, LA 71291**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$188.00 | $188.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.9041** | Priority creditor's name and mailing address

**Zach Wallace**
**3501 Ames St**
**Wheat Ridge, CO 80212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$100.00 | $100.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.9042** | Priority creditor's name and mailing address

**Zach Woodie**
**4136 Billy Mitchell Dr**
**Mdm212-1**
**Addison, TX 75001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$101.00 | $101.00

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.9043 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Zachary Conaway**
**607 Westfield Dr**
**Pearl, MS 39208**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9044 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $174.00 | $174.00 |
|---|---|---|---|---|

**Zachary Dumont**
**4745 N Scottsdale Rd Ste 4005**
**Scottsdale, AZ 85251**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9045 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |
|---|---|---|---|---|

**Zachary Kallai**
**204 Brouse Dr**
**Wadsworth, OH 44281**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9046 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.00 | $18.00 |
|---|---|---|---|---|

**Zachary Mcclure**
**70 Greene St Apt 602**
**Jersey City, NJ 07302**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 2.9047 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.00 | $88.00 |

**Zachary Murdock**
**3395 Michelson Dr Apt 4459**
**Irvine, CA 92612**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9048 | Priority creditor's name and mailing address | | $42.00 | $42.00 |

**Zachary Pearson**
**W9682 770th Ave**
**River Falls, WI 54022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9049 | Priority creditor's name and mailing address | | $180.00 | $180.00 |

**Zachary Rozenberg**
**61 Exeter Street**
**Brooklyn, NY 11235**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9050 | Priority creditor's name and mailing address | | $60.00 | $60.00 |

**Zachary Szczerbinski**
**17 Sorrel Run**
**Mount Laurel, NJ 08054**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

---

| 2.9051 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |
|---|---|---|---|---|

**Zachary Zoll**
**1128 S Lopez St**
**New Orleans, LA 70125**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.9052 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.00 | $70.00 |
|---|---|---|---|---|

**Zak Amchislavsky**
**Unit 7100 Box 2927**
**Dpo, DC 09842**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.9053 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |
|---|---|---|---|---|

**Zarina Smirnova**
**26 Landing Dr**
**Dobbs Ferry, NY 10522**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.9054 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $518.00 | $518.00 |
|---|---|---|---|---|

**Ziegler Kevin**
**15150 Shoreline Dr W**
**Thornville, OH 43076**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|--------|-------------------------------|------------------------|--|
| | Name | | |

| 2.9055 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.00 | $65.00 |
|--------|---------------------------------------------|-----------------------------------------------|--------|--------|

**Zoe Rosenberg**
**8 E Haddon Ave**
**Oaklyn, NJ 08107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.9056 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $69.00 | $69.00 |
|--------|---------------------------------------------|-----------------------------------------------|--------|--------|

**Zoltan Gombosi**
**1709 Los Altos Drive**
**San Mateo, CA 94402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deficit Customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|--|--|-----------------|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |
|-----|------------------------------------------------|----------------------------------------------------------------------|--------|

**A Driver**
**C/O Ups Access Point (Advance Auto Parts**
**22710 State Road 54**
**Lutz, FL 33549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Customer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $459.00 |
|-----|------------------------------------------------|----------------------------------------------------------------------|---------|

**A.J. Euckert**
**2457 Reserve Street**
**Erie, CO 80516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Customer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,958.00 |
|-----|------------------------------------------------|----------------------------------------------------------------------|-----------|

**A.J. Strollo**
**555 South Avenue East**
**Unit 108**
**Cranford, NJ 07016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Customer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                                Case number *(if known)* _____

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33.00** |
|---|---|---|---|

**Aaquil Annoor**
**1220 Applecross Dr**
**Nashville, TN 37220**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7.00** |
|---|---|---|---|

**Aarin M**
**2365 Beeler Street**
**Denver, CO 80238**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$132.00** |
|---|---|---|---|

**Aarin Mckeel**
**2365 Beeler Street**
**Denver, CO 80238**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00** |
|---|---|---|---|

**Aaron A**
**1210 Starflower Ln**
**Rocklin, CA 95765**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$283.00** |
|---|---|---|---|

**Aaron Almeroth**
**136 Littlestone St**
**Henderson, NV 89074**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$396.00** |
|---|---|---|---|

**Aaron Arduser**
**1210 Starflower Ln**
**Rocklin, CA 95765**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
|---|---|---|---|

**Aaron B**
**839 Winding Pine Lane**
**Highlands Ranch, CO 80126**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$147.00** |

**Aaron Barton**
**3007 59th Ave Sw**
**Seattle, WA 98116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$165.00** |

**Aaron Boyajian**
**1 Penn Plz Ste 3100**
**New York, NY 10119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$707.00** |

**Aaron Broome**
**839 Winding Pine Lane**
**Highlands Ranch, CO 80126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$140.00** |

**Aaron Copeland**
**21 Perder Ln**
**Edgewater, MD 21037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,085.00** |

**Aaron Cowden**
**119 North Markley St**
**Greenville, SC 29601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$68.00** |

**Aaron Desimone**
**101 Colorado St Apt 2602**
**Austin, TX 78701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**Aaron E**
**12854 Longleaf Lane**
**Fishers, IN 46038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Aaron Enneking**<br>**12854 Longleaf Lane**<br>**Fishers, IN 46038** | **As of the petition filing date, the claim is:** Check all that apply.    **$66.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Aaron Fairman**<br>**1120 Saga St**<br>**Glendora, CA 91741** | **As of the petition filing date, the claim is:** Check all that apply.    **$140.00** |
|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Aaron Farley**<br>**2990 Homestead Trl**<br>**Santa Ynez, CA 93460** | **As of the petition filing date, the claim is:** Check all that apply.    **$180.00** |
|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Aaron Foxworthy**<br>**1701 Dwight Way**<br>**Berkeley, CA 94703** | **As of the petition filing date, the claim is:** Check all that apply.    **$33.00** |
|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Aaron Franks**<br>**7400 Flying Cloud Dr Ste 150,**<br>**Access Genetics**<br>**Eden Prairie, MN 55344** | **As of the petition filing date, the claim is:** Check all that apply.    **$0.00** |
|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Aaron Fuhreck**<br>**1085 Pleasant Valley Rd**<br>**West Bend, WI 53095** | **As of the petition filing date, the claim is:** Check all that apply.    **$183.00** |
|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Aaron G**<br>**1975 Grant Street 703**<br>**Denver, CO 80203** | **As of the petition filing date, the claim is:** Check all that apply.    **$50.00** |
|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $386.00 |

**Aaron George**
**20241 Huntington Ct**
**Hagerstown, MD 21742**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,571.00 |

**Aaron Gold**
**1846 N Mohawk St Apt 3**
**Chicago, IL 60614**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62.00 |

**Aaron Grunke**
**1418 Penrose Terrace Ln**
**Knoxville, TN 37923**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $348.00 |

**Aaron Hill**
**16408 2nd Drive Southeast**
**Bothell, WA 98012**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $368.00 |

**Aaron Howell**
**2109 Fairway Dr**
**Baton Rouge, LA 70809**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $315.72 |

**Aaron Hurley**
**2745 Mcallister St**
**San Francisco, CA 94118**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.00 |

**Aaron K**
**3120 Yale St N**
**St Petersburg, FL 33713**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_   _____

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $114.00 |
|---|---|---|---|

**Aaron Kane**
**3120 Yale St N**
**St Petersburg, FL 33713**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $810.00 |
|---|---|---|---|

**Aaron Kelly**
**206 Covington Pl**
**Schaumburg, IL 60194**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $150.00 |
|---|---|---|---|

**Aaron Kinkeade**
**1201 N La Salle Dr Apt 1408**
**Chicago, IL 60610**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $3,919.00 |
|---|---|---|---|

**Aaron Laberge**
**62 Lyon Rd**
**Burlington, CT 06013**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $90.00 |
|---|---|---|---|

**Aaron Laberge**
**62 Lyon Rd**
**Burlington, CT 06013**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $63.00 |
|---|---|---|---|

**Aaron Linder**
**33 Grand Ave**
**Suwanee, GA 30024**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,398.00 |
|---|---|---|---|

**Aaron Lothrop**
**52167 Se 8th Street**
**Scappoose, OR 97056**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $53.00 |

**Aaron M**
**3450 Sun River Pl**
**Colorado Springs, CO 80920**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $90.00 |

**Aaron M**
**3519 Tejon St.**
**Denver, CO 80211**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $114.00 |

**Aaron Markowitz**
**3450 Sun River Pl**
**Colorado Springs, CO 80920**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $845.00 |

**Aaron Martin**
**14 Easy Street**
**Selinsgrove, PA 17870**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $72.00 |

**Aaron Mccann**
**34 Woodthrush Trail**
**Orchard Park, NY 14127**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $578.00 |

**Aaron Mccarty**
**2320 La Costa Ave Unit A**
**Carlsbad, CA 92009**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,199.00 |

**Aaron Mcdaniel**
**893 Benjamin Pl**
**Kamas, UT 84036**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21.00 |
|---|---|---|---|

**Aaron N**
**22 Rose Ann Ct**
**Seekonk, MA 02771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $257.00 |
|---|---|---|---|

**Aaron Patterson**
**601 Duval St**
**Key West, FL 33040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $133.00 |
|---|---|---|---|

**Aaron Presley**
**3931 Prescott Ave**
**Dallas, TX 75219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,888.00 |
|---|---|---|---|

**Aaron Pugh**
**66-1223 Ko Uka Ln**
**Kamuela, HI 96743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aaron Quintana**
**9216 Fox Ridge Ln Se**
**Olympia, WA 98513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $440.00 |
|---|---|---|---|

**Aaron Rapoport**
**5303 Westminster Dr**
**Austin, TX 78723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |
|---|---|---|---|

**Aaron S**
**6 Paradise Way**
**Harpswell, ME 04079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$928.00** |
|---|---|---|---|

**Aaron Smith**
**204 S Amberwood St**
**Orange, CA 92869**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$322.00** |
|---|---|---|---|

**Aaron Sop**
**672 Mountain Highland Ridge**
**South Charleston, WV 25309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Aaron Starr**
**6700 Paradise Rd Ste A2**
**Las Vegas, NV 89119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$237.00** |
|---|---|---|---|

**Aaron Sullivan**
**2922 Manuel Drive**
**Allison Park, PA 15101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$234.00** |
|---|---|---|---|

**Aaron Swiercz**
**702 S East St**
**Gardner, IL 60424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|---|

**Aaron T**
**8614 Westwood Center Drive**
**Suite 440**
**Vienna, VA 22182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|---|

**Aaron Tregoning**
**9230 Sparrowhawk Ct**
**Lewisville, NC 27023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $284.00 |

**Aaron W**
**8920 Sw Oak St Apt 306b**
**Tigard, OR 97223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.00 |

**Aaron Ziomek**
**18132 Westgate**
**Overland Park, KS 66013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.00 |

**Aashish S**
**250 Harding Place**
**Nashville, TN 37205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,350.00 |

**Aashish Vyas**
**12896 Mayfair Dr**
**Lemont, IL 60439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.00 |

**Aasim S**
**175 Willoughby Street**
**4n**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $425.00 |

**Aasim Syed**
**175 Willoughby Street**
**4n**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $279.00 |

**Abbey Blackwell**
**271 Northgate Trce**
**Roswell, GA 30075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$868.00** |

**Abby Dunivan**
**100 NE Loop 410 Ste 300**
**Attn John Dunivan**
**San Antonio, TX 78216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$36.00** |

**Abby Lanesky**
**2855 E Broadway Rd Apt 120**
**Mesa, AZ 85204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$17.00** |

**Abby Mitchell**
**215 Oxford Ave**
**Terrace Park, OH 45174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$60.00** |

**Abby White**
**2965 Martha Berry Hwy NW**
**Rome, GA 30165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$525.00** |

**Abdul Rehman**
**555 Universal Hollywood Dr**
**Banquet Department ( Hilton)**
**Universal City, CA 91608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$220.00** |

**Abdulrhman Yaghi**
**2218 Durham St, Tampa, Fl 33605**
**Tampa, FL 33605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$25.00** |

**Abel A**
**3859 Freel Rd**
**Jacksonville, FL 32210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name                                          Case number (*if known*) _____

| | |
|---|---|
| 3.74 | **Nonpriority creditor's name and mailing address** |

**Abel Sanchez**
**2529 47th St Apt 1**
**Astoria, NY 11103**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                                            **$859.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.75 | **Nonpriority creditor's name and mailing address** |

**Abel Tamayo**
**2333 Brickell Ave Apt 703**
**Miami, FL 33129**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                                            **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.76 | **Nonpriority creditor's name and mailing address** |

**Abhay B**
**8915 Indian Wells Ct**
**Duluth, GA 30097**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                                            **$50.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.77 | **Nonpriority creditor's name and mailing address** |

**Abhijit Adhye**
**1123 Wyatt Avenue**
**Napa, CA 94559**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                                            **$541.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.78 | **Nonpriority creditor's name and mailing address** |

**Abhinav Shrivastava**
**8010 Blair Mill Way**
**Apt 1412e**
**Silver Spring, MD 20910**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                                            **$1,784.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.79 | **Nonpriority creditor's name and mailing address** |

**Abhish K**
**1808 State St**
**213**
**Nashville, TN 37203**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                                            **$10.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.80 | **Nonpriority creditor's name and mailing address** |

**Abigail Bickel**
**231 3rd St Apt H**
**Jersey City, NJ 07302**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                                            **$276.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                         Case number (if known) _____
           Name

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$40.00** |

**Abigail Harman**
**404 Kingston Rd**
**Brielle, NJ 08730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4.46** |

**Abigail J**
**5932 Duck Cove Ln**
**Stockton, CA 95219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$132.00** |

**Abigail Khaishgi**
**45 Tudor City Pl Apt 1919**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$35.00** |

**Abinette Jeffery**
**189 Southfield Rd**
**Calverton, NY 11933**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$112.00** |

**Abrams Jonathan**
**2522 Sw Danbury Ln**
**Palm City, FL 34990**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$232.00** |

**Acalia Cree**
**1811 Shearn St**
**Houston, TX 77007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8.00** |

**Ad D**
**1960 Chapel St**
**New Haven, CT 06515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                                       Case number (if known) _____

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$85.00** |
|---|---|---|---|

**Ad Die**
**1960 Chapel St**
**New Haven, CT 06515**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,707.50** |
|---|---|---|---|

**Ada Piper**
**2005 Tradd Ct**
**Raleigh, NC 27607**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30.00** |
|---|---|---|---|

**Adam A**
**7 Anastasia Ct**
**Easley, SC 29642**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$667.00** |
|---|---|---|---|

**Adam Andre**
**5 Ridgway Ct Ste A**
**Elkhorn, WI 53121**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$361.00** |
|---|---|---|---|

**Adam Anthony**
**48 Franklin St**
**Augusta, ME 04330**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$241.00** |
|---|---|---|---|

**Adam Beal**
**3720 S Dahlia St**
**Denver, CO 80237**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,397.00** |
|---|---|---|---|

**Adam Berneking**
**4984 Blackhawk Trail Ct**
**Bettendorf, IA 52722**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____          Case number *(if known)* _____
Name

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,725.00 |
|---|---|---|---|

**Adam Bignell**
**17195 West 12 Mile Rd**
**Southfield, MI 48076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38.00 |
|---|---|---|---|

**Adam Blackwood**
**12 Riverdale Street**
**Allston, MA 02134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $116.00 |
|---|---|---|---|

**Adam Boben**
**1457 N Halsted St Apt 601**
**Chicago, IL 60642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $208.00 |
|---|---|---|---|

**Adam Bolt**
**20530 Alvarado Rd**
**Abingdon, VA 24211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29.00 |
|---|---|---|---|

**Adam Bourgoin**
**23 Colony Rd**
**Canton, CT 06019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adam Broussard**
**1131 Terpsichore Street**
**New Orleans, LA 70130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $987.00 |
|---|---|---|---|

**Adam Brown**
**15 Rambling Brook Rd**
**Chappaqua, NY 10514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Adam C**
**214 Pingree Ave**
**Ewing, NJ 08618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,107.00 |
|---|---|---|---|

**Adam Cerutti**
**1760 Oakdell Dr**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adam Clark**
**8433 Earhart Rd**
**Signature Flight Support**
**Oakland, CA 94621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Adam D**
**433 E 115th St Apt 5c**
**New York, NY 10029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $501.00 |
|---|---|---|---|

**Adam Dapron**
**2002 Sandy Lake Dr**
**Friendswood, TX 77546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,130.00 |
|---|---|---|---|

**Adam Dibble**
**32405 S River Rd**
**Harrison Township, MI 48045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,147.00 |
|---|---|---|---|

**Adam Doolittle**
**433 E 115th St Apt 5c**
**New York, NY 10029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                    Case number (if known) _____
          _____
          Name

| | | |
|---|---|---|
| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$15,443.00** |

**Adam Eggert**
**356 Cotton Field Rd**
**Indian Land, SC 29707**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$48.00** |

**Adam F**
**2700 S Mill Ave**
**Tempe, AZ 85282**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$126.00** |

**Adam F 13428346**
**225 West 106th St**
**3b**
**New York, NY 10025**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$316.00** |

**Adam Fein**
**8023 Beverly Blvd # 1-1172**
**Los Angeles, CA 90048**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$164.00** |

**Adam Feldman**
**2828 N Central Ave Ste 1203**
**Phoenix, AZ 85004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$699.00** |

**Adam Fields**
**225 West 106th St**
**3b**
**New York, NY 10025**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$206.00** |

**Adam Foote**
**1008 Suzanne Ct**
**Bethel Park, PA 15102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| 3.116 | **Nonpriority creditor's name and mailing address** |

**Adam Fought**
**2700 S Mill Ave**
**Tempe, AZ 85282**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$323.00**

---

| | |
|---|---|
| 3.117 | **Nonpriority creditor's name and mailing address** |

**Adam G**
**5330 Metro Street**
**San Diego, CA 92110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| | |
|---|---|
| 3.118 | **Nonpriority creditor's name and mailing address** |

**Adam Goldsberry**
**3727 Mcdonald Ave**
**Saint Louis, MO 63116**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.119 | **Nonpriority creditor's name and mailing address** |

**Adam Grutzmacher**
**1220 Gladwyne Dr**
**Gladwyne, PA 19035**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$567.00**

---

| | |
|---|---|
| 3.120 | **Nonpriority creditor's name and mailing address** |

**Adam Guerriero**
**949 S M 66**
**East Jordan, MI 49727**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$943.00**

---

| | |
|---|---|
| 3.121 | **Nonpriority creditor's name and mailing address** |

**Adam Gutman**
**2435 Coon Club Road**
**Westminster, MD 21157**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$17,323.00**

---

| | |
|---|---|
| 3.122 | **Nonpriority creditor's name and mailing address** |

**Adam H**
**10318 Scioto Darby Rd.**
**Orient, OH 43146**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$54.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
| | Name | | |

---

**3.123** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**Adam H**
**10709 Arrowwood Dr**
**Plain City, OH 43064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44.00**

**Adam Hassler**
**2109 Keller Avenue**
**Columbus, IN 47201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$174.00**

**Adam Hassler**
**2109 Keller Avenue**
**Columbus, IN 47201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,653.00**

**Adam Hill**
**1489 Gorman Road**
**Waycross, GA 31503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$526.00**

**Adam Hinton**
**10318 Scioto Darby Rd.**
**Orient, OH 43146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7.00**

**Adam J**
**303 9th Street**
**Santa Monica, CA 90402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00**

**Adam Jeffrey Hanin**
**544 Ellesmere Dr**
**Walnut Creek, CA 94598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                Case number *(if known)* _____
_____
Name

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24.00 |
|---|---|---|---|

**Adam K**
**104 Colonial Way**
**Aliquippa, PA 15001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 |
|---|---|---|---|

**Adam K**
**6452 Lunita Road**
**Malibu, CA 90265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $372.00 |
|---|---|---|---|

**Adam Katz**
**33 Chestnut St**
**Wellesley Hills, MA 02481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,667.00 |
|---|---|---|---|

**Adam Kelley**
**6372 Indies Ave**
**Naples, FL 34113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $655.00 |
|---|---|---|---|

**Adam Kinsey**
**1008 Brookwood Dr**
**Mechanicsburg, PA 17055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $632.00 |
|---|---|---|---|

**Adam Kirsch**
**2422 N Park Ave**
**Indianapolis, IN 46205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120.00 |
|---|---|---|---|

**Adam Kirschner**
**361 Saint Marks Ave Apt 3**
**Brooklyn, NY 11238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.137**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $458.00 |
|---|---|---|
| **Adam Kotun** | ☐ Contingent | |
| **104 Colonial Way** | ☐ Unliquidated | |
| **Aliquippa, PA 15001** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.138**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,216.00 |
|---|---|---|
| **Adam Kupec** | ☐ Contingent | |
| **479 Shadywood Dr** | ☐ Unliquidated | |
| **Pittsburgh, PA 15235** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.139**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|
| **Adam L** | ☐ Contingent | |
| **495 Longview Road** | ☐ Unliquidated | |
| **South Orange, NJ 07079** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.140**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|
| **Adam Leon** | ☐ Contingent | |
| **2115 Belleview Avenue** | ☐ Unliquidated | |
| **Kansas City, MO 64108** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.141**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|
| **Adam M** | ☐ Contingent | |
| **507 Sabine St Apt 701** | ☐ Unliquidated | |
| **Austin, TX 78701** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.142**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.00 |
|---|---|---|
| **Adam M** | ☐ Contingent | |
| **780 Park Way** | ☐ Unliquidated | |
| **Broomall, PA 19008** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.143**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,571.30 |
|---|---|---|
| **Adam M 13435640** | ☐ Contingent | |
| **18 Litchfield Rd** | ☐ Unliquidated | |
| **Port Washington, NY 11050** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

Debtor **Phoeno Wine Company, Inc.** Case number (if known) _____

Name

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.00 |
|---|---|---|---|

**Adam Maas**
**1320 Milliken Ct**
**Traverse City, MI 49686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42.00 |
|---|---|---|---|

**Adam Marone**
**780 Park Way**
**Broomall, PA 19008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78.00 |
|---|---|---|---|

**Adam Mcgraw**
**154 Cooper Rd Ste 1201**
**West Berlin, NJ 08091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $608.00 |
|---|---|---|---|

**Adam Mintz**
**3916 Ballina Canyon Road**
**Encino, CA 91436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.02 |
|---|---|---|---|

**Adam Moore**
**277 Rose St.**
**San Francisco, CA 94102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.00 |
|---|---|---|---|

**Adam Mysorewala**
**95 Horatio St Apt 108**
**New York, NY 10014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Adam P**
**2117 Buffalo Rd**
**Ups Store**
**Rochester, NY 14624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.151** | **Nonpriority creditor's name and mailing address**
**Adam Potter**
**2117 Buffalo Rd**
**UPS Store**
**Rochester, NY 14624**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ☐ No ☐ Yes

**$675.00**

---

**3.152** | **Nonpriority creditor's name and mailing address**
**Adam R**
**1510 Fairhaven Blvd**
**Elm Grove, WI 53122**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ☐ No ☐ Yes

**$95.00**

---

**3.153** | **Nonpriority creditor's name and mailing address**
**Adam R**
**2582 Harvest Lane**
**Napa, CA 94558**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$20.00**

---

**3.154** | **Nonpriority creditor's name and mailing address**
**Adam Raymond**
**543 Crestview Dr**
**Glendora, CA 91741**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ☐ No ☐ Yes

**$326.00**

---

**3.155** | **Nonpriority creditor's name and mailing address**
**Adam Roth**
**823 Summit Rd**
**Penn Valley, PA 19072**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ☐ No ☐ Yes

**$384.00**

---

**3.156** | **Nonpriority creditor's name and mailing address**
**Adam S**
**1200 E. Hillsdale Blvd.**
**Apt 44b**
**Foster City, CA 94404**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$30.00**

---

**3.157** | **Nonpriority creditor's name and mailing address**
**Adam Sadler**
**3345 S Bay Hill Dr**
**Center Valley, PA 18034**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$68.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.158** | Nonpriority creditor's name and mailing address
**Adam Shiffermiller**
**3520 Hickory St**
**Omaha, NE 68105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.159** | Nonpriority creditor's name and mailing address
**Adam Stein**
**1007 E. St. Maartens Drive**
**Saint Joseph, MO 64506**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,189.00**

---

**3.160** | Nonpriority creditor's name and mailing address
**Adam Swick**
**9662 Walker Street**
**Cypress, CA 90630**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$52.63**

---

**3.161** | Nonpriority creditor's name and mailing address
**Adam Tomer**
**3420 Wildcat Rd**
**Deep Gap, NC 28618**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

**3.162** | Nonpriority creditor's name and mailing address
**Adam Turner**
**5140 Thrasher Ct**
**Kalamazoo, MI 49009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$269.00**

---

**3.163** | Nonpriority creditor's name and mailing address
**Adam V**
**132 Sheldon Ter Unit 4**
**New Haven, CT 06511**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.164** | Nonpriority creditor's name and mailing address
**Adam Vaughn**
**340 East 74th St**
**5f**
**New York, NY 10021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$19,984.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $207.00 |

**Adam Vonpaternos**
**132 Sheldon Ter Unit 4**
**New Haven, CT 06511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $283.00 |

**Adam Wagner**
**1013 Linden Ave**
**Unit X**
**Charlottesville, VA 22902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61.00 |

**Adam Weber**
**1320 N. 165th Ave.**
**Omaha, NE 68130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126.00 |

**Adam Wintersteen**
**376 W Main St**
**El Paso, IL 61738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.00 |

**Adam Womack**
**2300 Elliott Ave Apt 201**
**Seattle, WA 98121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |

**Adam Yates**
**3609 Maple Ave**
**Manhattan Beach, CA 90266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29.00 |

**Adam Zagotti**
**69 Westminster**
**Apt 37**
**Youngstown, OH 44515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$1,554.00** |

**Addie Finch**
**1202 Shadow Way**
**Greenville, SC 29615**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.173 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$11.99** |

**Addison O**
**65 San Carlos Ave**
**Sausalito, CA 94965**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.174 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$175.00** |

**Addison Reis**
**967 Shipmaster Ave**
**Myrtle Beach, SC 29579**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.175 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$0.00** |

**Adela Quinones**
**28 Fox Run, Caldwell, Nj, Usa**
**North Caldwell, NJ 07006**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.176 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$28.00** |

**Adelaide W**
**4 Chokecherry Ln**
**Buffalo, WY 82834**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$103.00** |

**Adelfo Roque**
**1500 NW 89th Ct Ste 121**
**Doral, FL 33172**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.178 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$1,218.00** |

**Adelia Gram**
**380h Knollwood St**
**406**
**Winston-Salem, NC 27103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.179** | **Nonpriority creditor's name and mailing address**
**Adelle N**
1745 N Street Nw
402
Washington, DC 20036

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.180** | **Nonpriority creditor's name and mailing address**
**Adelle Ramjit**
8501 Parkwood Ln
Philadelphia, PA 19128

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

**3.181** | **Nonpriority creditor's name and mailing address**
**Adem Chich**
21 New Lawn Avenue
Kearny, NJ 07032

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.182** | **Nonpriority creditor's name and mailing address**
**Adham A**
549 Riverside Dr., Apt. 3h
New York, NY 10027

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.183** | **Nonpriority creditor's name and mailing address**
**Aditya Pandurangi**
4743 Hawley Blvd
San Diego, CA 92116

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$230.03**

---

**3.184** | **Nonpriority creditor's name and mailing address**
**Adom M**
1650 Russell Ave
Santa Clara, CA 95054

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$126.00**

---

**3.185** | **Nonpriority creditor's name and mailing address**
**Adri n Robles**
611 Ponte Vedra Lakes Blvd Apt 2705
Ponte Vedra Beach, FL 32082

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$36.00**

---

Debtor    **Phoeno Wine Company, Inc.**                          Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$17.00** |

**Adria P**
**1664 Gallery Avenue**
**Virginia Beach, VA 23454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$20.00** |

**Adrian Abarca**
**39725 Picasso Court**
**Indio, CA 92203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$22.00** |

**Adrian Beard**
**456 Buffalo  Road**
**P.O.  Box  1711**
**Lusby, MD 20657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$10.00** |

**Adrian D**
**6241 W. Elmhurst Ave.**
**Littleton, CO 80128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$802.00** |

**Adrian Farren**
**162 E 23rd St Apt 3c**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$49.00** |

**Adrian Roup**
**801 Idaho Ave**
**Apt 8**
**Santa Monica, CA 90403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$608.00** |

**Adrian Salido**
**9659 Caminito Del Feliz**
**San Diego, CA 92121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.00 |
|---|---|---|---|

**Adrian Traylor**
**909 E 161st Pl**
**South Holland, IL 60473**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.00 |
|---|---|---|---|

**Adriana Alvarez**
**8370 Sw 91st St**
**Miami, FL 33156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $132.00 |
|---|---|---|---|

**Adriana Audino**
**412 River Rd**
**East Hanover, NJ 07936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $259.00 |
|---|---|---|---|

**Adriana Kordes**
**14 W Superior St Apt 1408**
**Chicago, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.00 |
|---|---|---|---|

**Adriana Williams**
**603 South Dakota Avenue**
**A4**
**Tampa, FL 33606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29.00 |
|---|---|---|---|

**Adrianus Vandenbos**
**861 Fairwood Pointe NW**
**Acworth, GA 30101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |
|---|---|---|---|

**Adrienne L**
**258 Saint Nicholas Ave**
**3f**
**New York, NY 10027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.00 |
|---|---|---|---|

**Afia O**
**7907 Ronaele Dr**
**Elkins Park, PA 19027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Aga-Dzhafar D**
**26751 Cuenca Drive**
**Mission Viejo, CA 92691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.21 |
|---|---|---|---|

**Agnes K**
**Pobox 3793**
**Landers, CA 92285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $317.00 |
|---|---|---|---|

**Agnes King**
**Pobox 3793**
**Landers, CA 92285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $198.00 |
|---|---|---|---|

**Agustin Aranguiz**
**432 Candlewood Dr**
**State College, PA 16803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |
|---|---|---|---|

**Ahmad S**
**1724 S Carmelina Ave**
**Los Angeles, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118.00 |
|---|---|---|---|

**Ahymara Cabrera**
**6600 Sw 85th St**
**Miami, FL 33143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.207** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$156.00**

**Aida Fikre**
**5205 Colorado Ave NW**
**Washington, DC 20011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.208** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19.00**

**Aidan Mouat**
**6350 N Merrimac Ave**
**Chicago, IL 60646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.209** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10.00**

**Aila P**
**7321 Rutherford Hill De**
**West Hills, CA 91307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.210** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$361.00**

**Aileen Brennan**
**138-162 Martin Luther King Jr Blvd Apt 1**
**Newark, NJ 07104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.211** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$330.00**

**Aimee Goldsberry**
**208 28th St Dr Se**
**Cedar Rapids, IA 52403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.212** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,789.00**

**Aimee Mcdaniel**
**698 Rushing Creek Pl**
**Thousand Oaks, CA 91360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.213** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20.00**

**Aimee S**
**830 Tarrant Dr**
**Fontana, WI 53125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____  Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.214 | **Nonpriority creditor's name and mailing address**<br>**Aimee Stpierre**<br>**830 Tarrant Dr**<br>**Fontana, WI 53125**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,113.00** |
| 3.215 | **Nonpriority creditor's name and mailing address**<br>**Aj Anello**<br>**55 Pine St**<br>**Verona, NJ 07044**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$50.00** |
| 3.216 | **Nonpriority creditor's name and mailing address**<br>**Aj Fawver**<br>**6813 67th St**<br>**Lubbock, TX 79424**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,610.00** |
| 3.217 | **Nonpriority creditor's name and mailing address**<br>**Aj Hennessy**<br>**7250 Redwood Blvd Ste 200**<br>**Novato, CA 94945**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$830.00** |
| 3.218 | **Nonpriority creditor's name and mailing address**<br>**Aj N**<br>**6307 Windmill Circle**<br>**Dallas, TX 75252**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$60.00** |
| 3.219 | **Nonpriority creditor's name and mailing address**<br>**Aj R**<br>**828 8th St**<br>**Lake Oswego, OR 97034**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$25.00** |
| 3.220 | **Nonpriority creditor's name and mailing address**<br>**Aj Resnick**<br>**828 8th St**<br>**Lake Oswego, OR 97034**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$99.00** |

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,290.00** |
|---|---|---|---|

**Aj Sarcione**
**401 Marigold Ct**
**Granbury, TX 76049**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$261.00** |
|---|---|---|---|

**Aj T**
**3400 Millington Rd**
**Beloit, WI 53511**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
|---|---|---|---|

**Ajay Patel**
**17n520 Adams Dr**
**West Dundee, IL 60118**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19.00** |
|---|---|---|---|

**Ajay S**
**7317e Parkwood Cir Apt E**
**Dublin, CA 94568**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$452.00** |
|---|---|---|---|

**Ajay Singh**
**7317e Parkwood Cir Apt E**
**Dublin, CA 94568**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Ajit Kalra**
**580 Kincaid St**
**Highland Park, IL 60035**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7.00** |
|---|---|---|---|

**Ak A**
**664 N 56th St**
**Omaha, NE 68132**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**     Case number *(if known)* _____

Name

---

**3.228** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23.00**
--- | --- | --- | ---

**Akeem G 13409311**
**24 Carthage Drive**
**Rochester, NY 14621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.229** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**Akiko K**
**1403 18th Ave**
**Apt 2**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.230** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$995.00**

**Akiko Thayer**
**4305 Vista Kelly Oaks Ct**
**Concord, CA 94518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.231** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00**

**Aksel Olsen**
**321 Vassar Ave**
**Kensington, CA 94708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.232** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00**

**Akshay G**
**445 Harlow Road**
**Springfield, OR 97477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.233** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34.00**

**Al Davis**
**1502 Scotts Lndg**
**Morehead City, NC 28557**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.234** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Al Drewke**
**13809 Serra Oaks Court**
**Saratoga, CA 95070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.235 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |

**Al Drewke**
**13809 Serra Oaks Court**
**Saratoga, CA 95070**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,242.00** |

**Al Gonzales**
**151 S Iris Ave**
**Covina, CA 91722**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$63.00** |

**Al Kares**
**10605 Donovans Hill Dr**
**Fairfax Station, VA 22039**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$224.00** |

**Al Otto**
**801 Parkside Trl NW**
**Marietta, GA 30064**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**Al R**
**15916 Ne 98th Street**
**Redmond, WA 98052**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,613.00** |

**Alain Cousin**
**750 Alma Ln # 100-4261**
**Foster City, CA 94404**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$808.00** |

**Alaina Percival**
**406 9th St NE**
**Atlanta, GA 30309**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.242 | **Nonpriority creditor's name and mailing address** | **$9,198.00** |

**Alak Chakravorty**
**5025 S. Woodlawn Ave #3**
**Chicago, IL 60615**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.243 | **Nonpriority creditor's name and mailing address** | **$9.00** |

**Alan A**
**7171 Highway 49 (Coloma Club)**
**Lotus, CA 95651**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.244 | **Nonpriority creditor's name and mailing address** | **$60.00** |

**Alan Banatine**
**6 Clyde Ct**
**Wakefield, MA 01880**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.245 | **Nonpriority creditor's name and mailing address** | **$741.00** |

**Alan Batchelder**
**8967 Woodward Rd**
**Marshall, VA 20115**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.246 | **Nonpriority creditor's name and mailing address** | **$15.00** |

**Alan C**
**4270 Cumberland Ln**
**Iowa City, IA 52245**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.247 | **Nonpriority creditor's name and mailing address** | **$150.00** |

**Alan Carr**
**67 Summit Ave**
**Chatham, NJ 07928**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.248 | **Nonpriority creditor's name and mailing address** | **$264.00** |

**Alan Cheung**
**88a Myrtle Ave**
**Edgewater, NJ 07020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $100.00 |
|---|---|---|---|

**Alan Couch**
**2580 Muskogee Ln**
**Braselton, GA 30517**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $3,394.00 |
|---|---|---|---|

**Alan Cseresznyak**
**624 E Walnut St Apt 310**
**Indianapolis, IN 46204**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $116.00 |
|---|---|---|---|

**Alan Daehnke**
**10 Lime Rock Ln**
**Califon, NJ 07830**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $46.88 |
|---|---|---|---|

**Alan Daehnke**
**10 Lime Rock Ln**
**Califon, NJ 07830**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $341.00 |
|---|---|---|---|

**Alan Factor**
**1601 S Canal St**
**Devon Wine Storage**
**Chicago, IL 60616**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $277.00 |
|---|---|---|---|

**Alan Fonner**
**20 Barrington Cir**
**Gordonville, TX 76245**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $290.00 |
|---|---|---|---|

**Alan Guzzi**
**155 Perry Ln**
**Stratford, CT 06614**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,951.00 |
|---|---|---|---|

**Alan Haase**
**9241 Silver Pine Dr**
**South Lyon, MI 48178**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**Alan I**
**83 Farmington Road**
**Wappingers Falls, NY 12590**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $583.00 |
|---|---|---|---|

**Alan Katz**
**545 W End Ave Apt 2ef**
**New York, NY 10024**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $166.00 |
|---|---|---|---|

**Alan Knight**
**5076 Foster Rd**
**Canandaigua, NY 14424**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 |
|---|---|---|---|

**Alan Koenigsberg**
**682 Jennie Ct.**
**Lafayette, CA 94549**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.00 |
|---|---|---|---|

**Alan Krechman**
**1009 Elkgrove Ave Apt 2**
**Venice, CA 90291**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alan Mathewson**
**366 Driftwood Terrace Max Art**
**Boca, FL 33431**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Phoeno Wine Company, Inc.**                                  Case number *(if known)* _____
     Name

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,204.00** |

**Alan Oneal**
**1526 51st Ave E**
**Ellenton, FL 34222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,467.00** |

**Alan Page**
**541 Se Croston Ln**
**Issaquah, WA 98027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Alan Platt**
**1301 Amanda Dr**
**Weddington, NC 28104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Alan Riley**
**4905 Lakeway Drive**
**C/O Statacorp**
**College Station, TX 77845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$176.00** |

**Alan Rothstein**
**24 Kathryn Dr**
**Whippany, NJ 07981**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**Alan S**
**90 Wadsworth Point Road**
**Friendship, ME 04547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$172.00** |

**Alan Smith**
**156 Princeton Ave**
**Corning, NY 14830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
         _____
         Name

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$54.00** |
|---|---|---|---|

**Alan Smith**
**4667 Eastern Ave N**
**Seattle, WA 98103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Alan T**
**2665 Monroe Road, Suite 110**
**De Pere, WI 54115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$210.00** |
|---|---|---|---|

**Alan Vaughan**
**5518 Cheltenham Dr**
**Houston, TX 77096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,263.00** |
|---|---|---|---|

**Alan Wilson**
**916 Little Star Drive**
**Reno, NV 89511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,400.00** |
|---|---|---|---|

**Alan Z**
**15631 Ash Way D207**
**Lynnwood, WA 98087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,425.00** |
|---|---|---|---|

**Alan Zubatch**
**15631 Ash Way D207**
**Lynnwood, WA 98087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00** |
|---|---|---|---|

**Alan Zusman**
**3970 Portloe Terrace**
**Fairfax, VA 22033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Phoeno Wine Company, Inc.**    Case number (if known) _____
Name

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**Alana A**
**6408 Irwin Court #2**
**Oakland, CA 94609**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $123.00 |

**Alana Kulp**
**107 Crooked Ln**
**Gilbertsville, PA 19525**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.00 |

**Alana Nunes**
**3233 Tennyson St**
**San Diego, CA 92106**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |

**Alana S**
**315 S. Georges Hill Rd**
**Southbury, CT 06488**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |

**Alanna K**
**81 Magnolia Way**
**North Haledon, NJ 07508**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $260.00 |

**Alanna Smith**
**2826 Country Oaks Dr**
**Layton, UT 84040**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,721.00 |

**Alasdair Greig**
**254 W Merill Ave**
**Gilbert, AZ 85233**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7.00** |

**Albert A**
**519 Jefferson Ave**
**Gloucester, NJ 08030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$706.00** |

**Albert Ascarate**
**3857 Stoney Brook Cir**
**Las Cruces, NM 88005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |

**Albert D**
**360 S Market St**
**Unit 2001**
**San Jose, CA 95113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$68.00** |

**Albert Deplazaola**
**238 Bonair St**
**La Jolla, CA 92037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |

**Albert H**
**609 W 137th St Apt 43**
**New York, NY 10031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$681.00** |

**Albert Harlow**
**609 W 137th St Apt 43**
**New York, NY 10031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28.00** |

**Albert Khasky**
**5648 Humboldt Ave S**
**Minneapolis, MN 55419**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**

_____
Name

Case number (if known) _____

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180.00 |
|---|---|---|---|

**Albert Knowles**
**208 Daniel Webster Hwy**
**Meredith, NH 03253**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**Albert L**
**532 Vervais Avenue**
**Vallejo, CA 94591**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**Albert Medrano-Lopez**
**2930 48th Dr E**
**Bradenton, FL 34203**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $201.00 |
|---|---|---|---|

**Albert Provenzano**
**8655 Flying B Way Unit 6203**
**Highlands Ranch, CO 80129**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $870.00 |
|---|---|---|---|

**Albert Roberson**
**1621 Glen Echo Rd**
**Nashville, TN 37215**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |
|---|---|---|---|

**Albert S**
**12785 Tre Maximiliano Ave**
**El Paso, TX 79938**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Albert Stidham**
**192 Winding Glen Dr NW**
**Cleveland, TN 37312**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                          Case number *(if known)* _____
_____
Name

| 3.298 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27.00** |
|---|---|---|---|

**Alberto C**
**45823 190th Street, East**
**Lancaster, CA 93535**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$285.00** |
|---|---|---|---|

**Alberto Capone**
**45823 190th Street, East**
**Lancaster, CA 93535**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53.00** |
|---|---|---|---|

**Alberto P**
**Marinos Ware House 180 Terminal Produce**
**Nogales, AZ 85621**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$517.00** |
|---|---|---|---|

**Aldric Poirier**
**175 Magnolia St**
**Mandeville, LA 70448**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$349.00** |
|---|---|---|---|

**Aldridge Forrester**
**309 Glen Oak Dr**
**Goldsboro, NC 27534**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
|---|---|---|---|

**Alec A**
**300 South Biscayne Boulevard**
**2708**
**Miami, FL 33131**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Alec L**
**5854 N Markham Ave**
**Chicago, IL 60646**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                          Case number (if known) _____
      Name

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,070.00 |
|---|---|---|---|

**Alec Losh**
**5854 N Markham Ave**
**Chicago, IL 60646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.00 |
|---|---|---|---|

**Alecia Aevans**
**100 Olde Manor Ln**
**Moon Twp, PA 15108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alecia Buchek**
**1 Valero Way**
**San Antonio, TX 78249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Aleena T**
**16960 Se Stanhelma Dr.**
**Gladstone, OR 97027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,987.00 |
|---|---|---|---|

**Alejandro Ayestaran**
**494 Joost Ave**
**San Francisco, CA 94127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $176.00 |
|---|---|---|---|

**Alejandro Gratianne**
**8571 Aspect Dr**
**San Diego, CA 92108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $173.00 |
|---|---|---|---|

**Alejandro Martinez**
**102 Tendick Unit 301**
**San Antonio, TX 78209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.312** | Nonpriority creditor's name and mailing address
**Alejandro Novilloastrada**
120 Equestrian Way
Carbondale, CO 81623

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,033.00**

---

**3.313** | Nonpriority creditor's name and mailing address
**Alejandro V**
11201 Norfolk Ave Unit 13
Lubbock, TX 79423

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.314** | Nonpriority creditor's name and mailing address
**Alejo F**
425 Market St.
Suite 2200
San Francisco, CA 94105

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.22**

---

**3.315** | Nonpriority creditor's name and mailing address
**Alejo T**
Kasdkskd
Asda
San Francisco, CA 94105

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.316** | Nonpriority creditor's name and mailing address
**Aleksandr E**
22314 Cameo Dr W
Boca Raton, FL 33433

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$27.00**

---

**3.317** | Nonpriority creditor's name and mailing address
**Aleksandr G**
585 Bloomingdale Rd
Staten Island, NY 10309

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.318** | Nonpriority creditor's name and mailing address
**Aleksandr S**
9740 Hunts Pointe Dr
Alpharetta, GA 30022

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$11.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.319** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$620.00**

**Aleksandr Surovets**
**9740 Hunts Pointe Dr**
**Alpharetta, GA 30022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.320** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00**

**Alessandro B**
**8866 New River Falls Rd**
**Boca Raton, FL 33496**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.321** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**Alessandro C**
**218 S Main St**
**Sellersville, PA 18960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.322** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00**

**Alessandro M**
**474 Halsey St Apt 1**
**Brooklyn, NY 11233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.323** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,741.00**

**Alessandro Metta**
**474 Halsey St Apt 1**
**Brooklyn, NY 11233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.324** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7.00**

**Alex A**
**4124 Howard Ave**
**Western Springs, IL 60558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.325** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$184.00**

**Alex B**
**2081 Meeting St**
**Wayzata, MN 55391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 |
|---|---|---|---|

**Alex B**
**3991 Sarno Road, Melbourne, Fl, Usa**
**Melbourne, FL 32934**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |
|---|---|---|---|

**Alex B**
**446 W 22nd St**
**Garden**
**New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Alex B**
**833 Monroe Street**
**Apt 2b**
**Brooklyn, NY 11221**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,097.00 |
|---|---|---|---|

**Alex Baron**
**2081 Meeting St**
**Wayzata, MN 55391**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $115.00 |
|---|---|---|---|

**Alex Bennett**
**10536 Bannan Street**
**Orlando, FL 32832**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,883.00 |
|---|---|---|---|

**Alex Blochtein**
**3991 Sarno Road, Melbourne, Fl, Usa**
**Melbourne, FL 32934**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $196.00 |
|---|---|---|---|

**Alex Britton**
**111 3rd Ave Apt 14g**
**New York, NY 10003**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.333** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00**

**Alex C**
105 Duane St Apt 27g
C/O Tribeca Towers Front Desk
New York, NY 10007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.334** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00**

**Alex C**
131 East 66th Street
10-D
New York, NY 10065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.335** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$105.85**

**Alex C**
5592 Buckingham Drive
Huntington Beach, CA 92649

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.336** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Alex Cassidy**
5592 Buckingham Drive
Huntington Beach, CA 92649

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.337** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,302.00**

**Alex Czurylo**
805 Lake St # 211
Oak Park, IL 60301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.338** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9.00**

**Alex D**
2118 Poppyfield Pl
Encinitas, CA 92024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.339** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39.92**

**Alex Daddio**
2938 Avalon Ave
Berkeley, CA 94705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.340 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |

**Alex Dai**
**60-40 264street**
**Little Neck, NY 11362**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.341 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$340.00** |

**Alex Delgado**
**11926 South Inglewood Avenue**
**Hawthorne, CA 90250**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.342 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$48.00** |

**Alex Dixon**
**2118 Poppyfield Pl**
**Encinitas, CA 92024**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.343 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$255.00** |

**Alex Dobson**
**89 Willow Ave Apt 401**
**Hoboken, NJ 07030**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.344 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$51.00** |

**Alex Ferguson**
**2158 Dresden Grn NW**
**Kennesaw, GA 30144**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.345 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30.00** |

**Alex Friessen**
**1546 Parkway Dr**
**Folsom, CA 95630**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.346 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,534.00** |

**Alex G**
**1013 Harding Street**
**Westfield, NJ 07090**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Alex G**
**13170 Copperway Dr**
**Grand Haven, MI 49417**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7.00 |

**Alex G**
**316 Selby Lane**
**Livermore, CA 94551**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |

**Alex Gerber**
**157 Clay Pitts Rd**
**Greenlawn, NY 11740**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.00 |

**Alex Goldberg**
**686 Page St**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56.00 |

**Alex Gomez**
**7004 Boulevard E Apt 37d**
**Guttenberg, NJ 07093**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,415.00 |

**Alex Gordon**
**1013 Harding Street**
**Westfield, NJ 07090**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21.00 |

**Alex Gornowicz**
**13170 Copperway Dr**
**Grand Haven, MI 49417**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.354** | **Nonpriority creditor's name and mailing address**
**Alex Gumbs**
**5695 Archer Lane North**
**Plymouth, MN 55446**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$251.00**

---

**3.355** | **Nonpriority creditor's name and mailing address**
**Alex H**
**1223 Liberty Ave**
**Natrona Heights, PA 15065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$27.00**

---

**3.356** | **Nonpriority creditor's name and mailing address**
**Alex H**
**657 Northbridge Dr**
**Carbondale, CO 81623**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$16.00**

---

**3.357** | **Nonpriority creditor's name and mailing address**
**Alex Hanna**
**1908 Delaware Avenue**
**Wilmington, DE 19806**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$210.00**

---

**3.358** | **Nonpriority creditor's name and mailing address**
**Alex Harris**
**1223 Liberty Ave**
**Natrona Heights, PA 15065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$247.00**

---

**3.359** | **Nonpriority creditor's name and mailing address**
**Alex Haynes**
**657 Northbridge Dr**
**Carbondale, CO 81623**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$559.00**

---

**3.360** | **Nonpriority creditor's name and mailing address**
**Alex Hunsucker**
**348 Atlantic Ave**
**2-R**
**Brooklyn, NY 11217**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$32.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $216.00 |
|---|---|---|---|

**Alex Jansen**
**6498 Fox Run Cir**
**Jupiter, FL 33458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.00 |
|---|---|---|---|

**Alex Kennedy**
**1765 Lakefield Dr**
**Clemmons, NC 27012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $730.00 |
|---|---|---|---|

**Alex Kozlov**
**649 Dunholme Way**
**Sunnyvale, CA 94087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |
|---|---|---|---|

**Alex Krawczyk**
**116 W 73rd St Apt A**
**New York, NY 10023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.00 |
|---|---|---|---|

**Alex L**
**10030 Briarwild Ln**
**Houston, TX 77080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $194.00 |
|---|---|---|---|

**Alex Lane**
**28911 Havenport Dr**
**Katy, TX 77494**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.00 |
|---|---|---|---|

**Alex Lapiana**
**10030 Briarwild Ln**
**Houston, TX 77080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                  Case number (if known) _____
_____
Name

| 3.368 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$674.00** |
|---|---|---|---|

**Alex Leonard**
**340 E 20th St**
**A1**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,800.00** |
|---|---|---|---|

**Alex Leonard**
**55 Lochinvar Rd.**
**San Rafael, CA 94901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Alex Livingston**
**212 W End Ave # 500**
**New York, NY 10023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27.00** |
|---|---|---|---|

**Alex Livingston**
**7050 Sw Canyon Dr**
**Portland, OR 97225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$51.00** |
|---|---|---|---|

**Alex M**
**400 Hackensack St Apt 1f**
**Carlstadt, NJ 07072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$135.00** |
|---|---|---|---|

**Alex Magalyuk**
**14301 NE 106th St**
**Vancouver, WA 98682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$144.00** |
|---|---|---|---|

**Alex Malinowski**
**630 Datura St Apt 16**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                            Case number (if known) _____
_____
Name

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38.00 |

**Alex Mcgaughy**
**3 Dunes Cir**
**Myrtle Beach, SC 29572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112.00 |

**Alex Molinaroli**
**100 Tingler Ln**
**Marathon, FL 33050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |

**Alex N**
**13850 W Hillsborough Ave**
**Unit 333**
**Tampa, FL 33635**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $244.00 |

**Alex Nadler**
**2 Addee Cir**
**Larchmont, NY 10538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Alex Nguyen**
**15234 Calandra Lark Ln 77429**
**Cypress, TX 77429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,148.00 |

**Alex Nollmann**
**13850 W Hillsborough Ave**
**Unit 333**
**Tampa, FL 33635**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,277.00 |

**Alex Ovalle**
**8726 Wonderland Park Ave**
**Los Angeles, CA 90046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.382**

**Nonpriority creditor's name and mailing address**
**Alex P**
**6259 Turtle Hall Dr**
**Wilmington, NC 28409**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.383**

**Nonpriority creditor's name and mailing address**
**Alex Parr**
**2139 29th Ave.**
**San Francisco, CA 94116**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$109.65**

---

**3.384**

**Nonpriority creditor's name and mailing address**
**Alex Pire**
**25 Revere St Apt 3**
**Boston, MA 02114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$84.00**

---

**3.385**

**Nonpriority creditor's name and mailing address**
**Alex Posey**
**6259 Turtle Hall Dr**
**Wilmington, NC 28409**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$186.00**

---

**3.386**

**Nonpriority creditor's name and mailing address**
**Alex R**
**575 E Fernfield Drive**
**Monterey Park, CA 91755**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.387**

**Nonpriority creditor's name and mailing address**
**Alex R.Co**
**575 E Fernfield Drive**
**Monterey Park, CA 91755**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,254.00**

---

**3.388**

**Nonpriority creditor's name and mailing address**
**Alex S**
**315 E Pioneer Trl**
**Aurora, OH 44202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

Debtor    **Phoeno Wine Company, Inc.**                          Case number (*if known*) _____
_____
Name

| 3.389 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$510.00** |
|---|---|---|---|

**Alex Sawala**
**26 Ridgeview Rd**
**Portland, CT 06480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
|---|---|---|---|

**Alex Schlick**
**201 Folsom St Apt 26f**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29.00** |
|---|---|---|---|

**Alex Shink**
**18201 Collins Ave Apt 4707**
**Sunny Isles Beach, FL 33160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36.00** |
|---|---|---|---|

**Alex Shreeve**
**4 Sailor Ct**
**Hainesport, NJ 08036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Alex Shreeve**
**4 Sailor Ct**
**Hainesport, NJ 08036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,296.00** |
|---|---|---|---|

**Alex Siebold**
**315 E Pioneer Trl**
**Aurora, OH 44202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$120.00** |
|---|---|---|---|

**Alex Simon**
**4239 Riverview Dr**
**Peachtree Corners, GA 30097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

| 3.396 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alex Smith**
**116 N Gardner St**
**Los Angeles, CA 90036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Alex Tavernini**
**12351 W 51st Ave**
**Wheat Ridge, CO 80033**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alex Vicars**
**1290 Hidden Rdg Apt 2118**
**Irving, TX 75038**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alex Villanueva**
**350 South Miami Avenue**
**Unit 2601**
**Miami, FL 33130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,563.00** |
|---|---|---|---|

**Alex Walling**
**215 N Aberdeen St Unit 303b**
**Chicago, IL 60607**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$251.00** |
|---|---|---|---|

**Alex Wnorowski**
**3c Brookline Ct**
**Princeton, NJ 08540**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150.00** |
|---|---|---|---|

**Alex Ye**
**201 Goldmine Lane**
**Old Bridge, NJ 08857**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

3.403 | **Nonpriority creditor's name and mailing address**
**Alex Zaddach**
**2680 N Moreland Blvd Apt 608**
**Cleveland, OH 44120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. | **$404.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

3.404 | **Nonpriority creditor's name and mailing address**
**Alexa Ward**
**514 W 26th St Apt 404**
**San Pedro, CA 90731**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. | **$7,794.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

3.405 | **Nonpriority creditor's name and mailing address**
**Alexander Andrus**
**3516 9th St S**
**Arlington, VA 22204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. | **$1,575.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

3.406 | **Nonpriority creditor's name and mailing address**
**Alexander B**
**37 Seaside Drive**
**Port Jefferson, NY 11777**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. | **$18.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

3.407 | **Nonpriority creditor's name and mailing address**
**Alexander Benitt**
**37 Seaside Drive**
**Port Jefferson, NY 11777**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. | **$204.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

3.408 | **Nonpriority creditor's name and mailing address**
**Alexander Carter**
**6300 Hixson Pike**
**Hixson, TN 37343**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. | **$2,107.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

3.409 | **Nonpriority creditor's name and mailing address**
**Alexander D**
**C/O Criselda Dancel Jose**
**Po Box 6603**
**Kamuela, HI 96743**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. | **$25.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                    Case number (if known) _____

     Name

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.00 |
|---|---|---|---|

**Alexander Demas**
**951 Brickell Ave #2911**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Alexander Donaldson**
**623 Laverton Drive**
**Frisco, TX 75036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Alexander F**
**3003 Van Ness St Nw**
**#W216**
**Washington, DC 20008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121.00 |
|---|---|---|---|

**Alexander Gordon**
**4727 E Bell Rd Ste 45**
**The UPS Store #3670**
**Phoenix, AZ 85032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $147.00 |
|---|---|---|---|

**Alexander Henn**
**1777 Chestnut Place**
**2233**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58.00 |
|---|---|---|---|

**Alexander Johnson**
**7 Turnberry Ct**
**Treynor, IA 51575**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Alexander K**
**8538 Ne Juanita Dr**
**Kirkland, WA 98034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.417 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alexander Kauth**
**9905 W January Dr**
**Cheney, WA 99004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Customer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00** |
|---|---|---|---|

**Alexander Lee**
**The Blue Fish Corp**
**3402 Century Circle**
**Irving, TX 75062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Customer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4.00** |
|---|---|---|---|

**Alexander M**
**2553 Dulles View Dr Ste 100**
**Herndon, VA 20171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,974.00** |
|---|---|---|---|

**Alexander Miner**
**3823 Church Hill Ln**
**Maiden, NC 28650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Customer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
|---|---|---|---|

**Alexander N**
**10240 Lake Arbor Way**
**Mitchellville, MD 20721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$118.80** |
|---|---|---|---|

**Alexander N**
**7 Clark St**
**Old Greenwich, CT 06870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$76.76** |
|---|---|---|---|

**Alexander Rangel**
**5141 Glencarron Dr**
**Nashville, TN 37220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                              Case number *(if known)* _____
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

| 3.424 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
|---|---|---|---|

**Alexander S**
**2413 Kensington Way**
**Harrisburg, PA 17112**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$328.00** |
|---|---|---|---|

**Alexander Samia**
**3275 Maxroy St**
**Houston, TX 77008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00** |
|---|---|---|---|

**Alexander Skabry**
**5 Offshore Dr Apt 208**
**East Amherst, NY 14051**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$196.00** |
|---|---|---|---|

**Alexander Smith**
**909 Bannock St Apt 728**
**Denver, CO 80204**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$132.00** |
|---|---|---|---|

**Alexander Soloveicik**
**3320 Clay Street,**
**San Francisco, CA 94118**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$853.00** |
|---|---|---|---|

**Alexander Thalassinos**
**427 E 12th St Apt 2b**
**New York, NY 10009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$243.00** |
|---|---|---|---|

**Alexander Tiches**
**21716 Walnut Hill**
**Smiithsburg, MD 21783**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.431 | **Nonpriority creditor's name and mailing address** | **$20.00** |

**Alexander V**
**2350 Rugby Street**
**East Meadow, NY 11554**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.432 | **Nonpriority creditor's name and mailing address** | **$25.00** |

**Alexandertso**
**217 South Marengo Avenue**
**Unit 110**
**Pasadena, CA 91101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.433 | **Nonpriority creditor's name and mailing address** | **$586.00** |

**Alexandra Arguelles**
**3470 NW 82nd Ave**
**Ste 1000**
**Doral, FL 33122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.434 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Alexandra Collins**
**1161 Tiki Ln**
**Tustin, CA 92780**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.435 | **Nonpriority creditor's name and mailing address** | **$520.00** |

**Alexandra Davis**
**11260 N 92nd St #2020**
**Apt, Suite, Floor, Etc.**
**Scottsdale, AZ 85260**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.436 | **Nonpriority creditor's name and mailing address** | **$44.28** |

**Alexandra K**
**872 Rosemount Road**
**Oakland, CA 94610**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.437 | **Nonpriority creditor's name and mailing address** | **$213.00** |

**Alexandra Krummenacker**
**3 W Main St**
**Oyster Bay, NY 11771**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.438** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11.00**

**Alexandra L**
**832 The Parkway**
**Mamaroneck, NY 10543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.439** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$74.00**

**Alexandra Lawer**
**832 The Parkway**
**Mamaroneck, NY 10543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.440** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00**

**Alexandra Mcdermott**
**37 Glenmoor Dr**
**Englewood, CO 80113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.441** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$72.01**

**Alexandra Skillman**
**301 Mission St Unit 24h**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.442** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13.00**

**Alexandra T**
**2931 Sw Villa W Dr Suite A**
**Topeka, KS 66614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.443** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10.00**

**Alexandra W**
**2313 Decatur Street**
**Denver, CO 80211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.444** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,734.00**

**Alexandra Wich**
**2355 Ski Time Square Dr**
**C/O Christie Club**
**Steamboat Springs, CO 80487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.445 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8.41** |
|---|---|---|---|

**Alexandre M**
**4513 Leata Lane**
**La Canada, CA 91011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.446 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18.00** |
|---|---|---|---|

**Alexandre S**
**514 Main St Apt 402**
**Buffalo, NY 14202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$268.00** |
|---|---|---|---|

**Alexandre Sluijter**
**514 Main St Apt 402**
**Buffalo, NY 14202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,040.00** |
|---|---|---|---|

**Alexandria Gerrity**
**1120 16th Ave N**
**St Petersburg, FL 33704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Alexandru Aleman**
**1131 Dean St**
**Ap 1 Garden**
**Brooklyn, NY 11216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$289.00** |
|---|---|---|---|

**Alexi Zemsky**
**9038 Sw West Haven Dr**
**Portland, OR 97225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,808.00** |
|---|---|---|---|

**Alexia Johnson**
**6012 Ridgeway Drive**
**Woodridge, IL 60517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |

**Alexis G**
**111 Curly Smart Cir**
**Delaware, OH 43015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89.00 |

**Alexis Gerhart**
**111 Curly Smart Cir**
**Delaware, OH 43015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |

**Alexis H**
**18917 Oakland Hills Dr**
**Hialeah, FL 33015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56.00 |

**Alexis Juett**
**5828 Joanne Ct**
**Traverse City, MI 49685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |

**Alexis S**
**2164 Ne 123rd St**
**North Miami, FL 33181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $373.00 |

**Alexis Sepulveda**
**721 N 94th St**
**Seattle, WA 98103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $460.00 |

**Alexis Shepherd**
**2164 NE 123rd St**
**North Miami, FL 33181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.459 | **Nonpriority creditor's name and mailing address** | $10.00 |

**Alexzandra Hieronymus**
**1817 California Street #1e**
**San Francisco, CA 94109**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.460 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Alf Baumgartner**
**1385 Fillmore St, Fies20530**
**San Francisco, CA 94115**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.461 | **Nonpriority creditor's name and mailing address** | $192.00 |

**Alfred Abiouness**
**4410 East Beach Dr**
**Norfolk, VA 23518**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.462 | **Nonpriority creditor's name and mailing address** | $27.00 |

**Alfred Lee**
**60 Descanso Dr**
**#1402**
**San Jose, CA 95134**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.463 | **Nonpriority creditor's name and mailing address** | $223.00 |

**Alfred Poor**
**24 S Mountain Ave**
**Montclair, NJ 07042**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.464 | **Nonpriority creditor's name and mailing address** | $150.00 |

**Alfred Webb**
**111 Seabearn Ct**
**Orlando, FL 32824**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.465 | **Nonpriority creditor's name and mailing address** | $44.00 |

**Alfred Yates**
**2145 Keltonshire Ave.**
**Columbus, OH 43229**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
| | Name | | |

**3.466** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$475.00**

**Alfredo Machado**
**11111 Biscayne Blvd Apt 2101**
**Miami, FL 33181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.467** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22.00**

**Ali Habib**
**2170 Century Park E**
**Apt 1611**
**String:Century City, CA 90067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.468** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9.00**

**Ali J**
**30 Rolling Rock Ct**
**Saint Louis, MO 63124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.469** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,535.00**

**Ali Javaheri**
**30 Rolling Rock Ct**
**Saint Louis, MO 63124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.470** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19.00**

**Ali Vasquez**
**105 Larchmont Pl**
**New Orleans, LA 70131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.471** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29.00**

**Alice Faris**
**235 W Brandon St #111**
**Brandon, FL 33511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.472** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$94.41**

**Alice L**
**845 Victoria Ave**
**Venice, CA 90291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $343.00 |

**Alice Langholt**
**12117 Bayswater Rd.**
**Gaithersburg, MD 20878**

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Alice Lin**
**845 Victoria Ave**
**Venice, CA 90291**

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $725.00 |

**Alice Montague**
**123 NE 2nd St Apt 145**
**Oklahoma City, OK 73104**

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 |

**Alice Perez**
**1735 Van Ness Ave**
**103**
**San Francisco, CA 94109**

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $128.00 |

**Alice Price**
**2218 Leyna Dr.**
**Dunlap, IL 61525**

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23.00 |

**Alice Ramirez**
**755 Darlington Dr**
**Old Bridge, NJ 08857**

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,961.00 |

**Alicia Conlon**
**11343 Birch Island Road**
**East Gull Lake, MN 56401**

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                                    Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.480 | **Nonpriority creditor's name and mailing address** |

| 3.480 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15.00** |
|---|---|---|---|

**3.480**

**Nonpriority creditor's name and mailing address**
**Alicia Donovan**
**9618 Country Path Trail**
**Miamisburg, OH 45342**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.481**

**Nonpriority creditor's name and mailing address**
**Alicia Erives**
**4402 W Morten Ave**
**Glendale, AZ 85301**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$8.01**

---

**3.482**

**Nonpriority creditor's name and mailing address**
**Alicia Holmes**
**32219 Ponderosa Dr**
**Burbank, SD 57010**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.483**

**Nonpriority creditor's name and mailing address**
**Alicia K**
**13004 Blue Ridge Road**
**Hagerstown, MD 21742**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.484**

**Nonpriority creditor's name and mailing address**
**Alicia M**
**2060 N Denair Ave**
**Turlock, CA 95382**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$11.29**

---

**3.485**

**Nonpriority creditor's name and mailing address**
**Alicia Mcgee**
**602 Walnut P.O. Box 66**
**Alhambra, IL 62001**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.486**

**Nonpriority creditor's name and mailing address**
**Alicia Mickle**
**6290 N Point Pkwy**
**Alpharetta, GA 30022**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$114.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number _(if known)_ | |
|---|---|---|---|
| | Name | | |

---

**3.487** | **Nonpriority creditor's name and mailing address**
**Alicia Miller**
**7212 Derby Downs Dr**
**Austin, TX 78747**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$386.00**

---

**3.488** | **Nonpriority creditor's name and mailing address**
**Alicia Morrell**
**1762 13th St**
**Los Osos, CA 93402**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$327.00**

---

**3.489** | **Nonpriority creditor's name and mailing address**
**Alicia S**
**5105 Thousand Oaks Pl Nw**
**Kennesaw, GA 30152**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

**3.490** | **Nonpriority creditor's name and mailing address**
**Alicia S**
**792 Folly Rd Ste B**
**Gullah Gourmet**
**Charleston, SC 29412**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.491** | **Nonpriority creditor's name and mailing address**
**Alicia Sauerwein**
**41090 Cour Citran**
**Temecula, CA 92591**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$308.00**

---

**3.492** | **Nonpriority creditor's name and mailing address**
**Alicia Sierra**
**3110 Thomas Ave Apt 701**
**Dallas, TX 75204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$145.00**

---

**3.493** | **Nonpriority creditor's name and mailing address**
**Alicia Summers**
**682 Talus Way**
**Reno, NV 89503**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$61.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.494 | **Nonpriority creditor's name and mailing address** |

**Alicia T**
**216 N 21st St # 2r**
**Philadelphia, PA 19103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$65.00**

---

| | |
|---|---|
| 3.495 | **Nonpriority creditor's name and mailing address** |

**Alicia Utley**
**4840 Pearl East Cir Ste 210e**
**East Tower**
**Boulder, CO 80301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$77.00**

---

| | |
|---|---|
| 3.496 | **Nonpriority creditor's name and mailing address** |

**Alicia Valdez**
**11512 Clairmont View Ter**
**Wheaton, MD 20902**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$168.00**

---

| | |
|---|---|
| 3.497 | **Nonpriority creditor's name and mailing address** |

**Alicia Venneman**
**138 County Highway 123**
**Mayfield, NY 12117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$105.00**

---

| | |
|---|---|
| 3.498 | **Nonpriority creditor's name and mailing address** |

**Alicja M**
**21 Club Rd**
**Sea Cliff, NY 11579**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| | |
|---|---|
| 3.499 | **Nonpriority creditor's name and mailing address** |

**Alicja Mccrudden**
**21 Club Rd**
**Sea Cliff, NY 11579**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$412.00**

---

| | |
|---|---|
| 3.500 | **Nonpriority creditor's name and mailing address** |

**Aliette Calienes**
**7860 Sw 173rd Ter**
**Palmetto Bay, FL 33157**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____

Name

| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**Alina C**
**6016 Paradise Point Dr**
**Palmetto Bay, FL 33157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99.00 |

**Alina Tashtanbaeva**
**1541 68th St Apt 2d**
**Brooklyn, NY 11219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $452.00 |

**Alisa Ann**
**3958 Gaster Ave**
**North Las Vegas, NV 89081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $782.00 |

**Alisa Artigas**
**402 Ash St**
**Sebastian, FL 32958**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.00 |

**Alisa Burgess**
**14 Crest Road**
**Belvedere, CA 94920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.00 |

**Alison Foreman**
**7602 Henley Dr**
**Ypsilanti, MI 48197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $406.00 |

**Alison Hejna**
**542 S Swidler Pl**
**Orange, CA 92869**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                              Case number (if known) _____
         _____
         Name

| 3.508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,785.96 |
|---|---|---|---|

**Alison J**
**801 Poquonnock Rd**
**Groton, CT 06340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.509 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $244.00 |
|---|---|---|---|

**Alison Kay**
**479 Canterbury Dr**
**Ramsey, NJ 07446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.510 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.00 |
|---|---|---|---|

**Alison Nenon**
**399 Greenfield Rd**
**Memphis, TN 38117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17.00 |
|---|---|---|---|

**Alison P**
**12128 N Division St # 199**
**Spokane, WA 99218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**Alison R**
**120 Santee Trail**
**Clemson, SC 29631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.00 |
|---|---|---|---|

**Alison Ruggieri**
**835 Saint Andrews Rd**
**Statesville, NC 28625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.514 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $234.00 |
|---|---|---|---|

**Alison Shield**
**660 Eastbury Dr Unit 3**
**Iowa City, IA 52245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Phoeno Wine Company, Inc.**                                   Case number *(if known)* _____
_____
Name

| 3.515 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32.00** |

**Alison Weinstock**
**11 Lake Cherokee Dr**
**Randolph, NJ 07869**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45.00** |

**Alisongilliam**
**5601 Brodie Lane 1210**
**Hold For Customer**
**Austin, TX 78745**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$270.00** |

**Alissa Baker**
**2568 Josiah St**
**Daniel Island, SC 29492**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,609.00** |

**Alissa Fourkas**
**1141 Lighthouse Ave Apt 232**
**Pacific Grove, CA 93950**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$110.00** |

**Alissa Krumlauf**
**496 Overdale St**
**Morgantown, WV 26501**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |

**Alissa W**
**736 Saturn Pkwy**
**Columbia, SC 29212**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00** |

**Alissa Wilson**
**736 Saturn Pkwy**
**Columbia, SC 29212**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.522** | Nonpriority creditor's name and mailing address
**Alistair K**
**1589 Cherry Ridge Dr**
**Lake Mary, FL 32746**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.523** | Nonpriority creditor's name and mailing address
**Alistair Mcgrath**
**701 Benvenue Ave**
**Los Altos, CA 94024**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$114.00**

---

**3.524** | Nonpriority creditor's name and mailing address
**Alistair Mcgrath**
**701 Benvenue Ave**
**Los Altos, CA 94024**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$241.16**

---

**3.525** | Nonpriority creditor's name and mailing address
**Alistaire Davidson**
**5324 Quail Run**
**Frisco, TX 75034**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,093.00**

---

**3.526** | Nonpriority creditor's name and mailing address
**Alita L**
**7614 Dunsmuir Ct**
**Cornelius, NC 28031**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

**3.527** | Nonpriority creditor's name and mailing address
**Alket Bajraktari**
**414 Midland Ave Apt 3**
**Garfield, NJ 07026**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$66.00**

---

**3.528** | Nonpriority creditor's name and mailing address
**Alla Klymenko**
**7230 34th St E**
**Sarasota, FL 34243**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$65.00**

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.00 |

**Alla V**
**27751 Motherlode Court**
**Laguna Niguel, CA 92677**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.00 |

**Allan Atkinson**
**630 Santa Alicia**
**Solana Beach, CA 92075**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $484.00 |

**Allan Borgersen**
**1 Trump National Blvd**
**Colts Neck, NJ 07722**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $260.00 |

**Allan Burnworth**
**2960 Old Path Rd**
**Blacklick, OH 43004**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.00 |

**Allan Chua**
**3613 Card Street**
**Charlotte, NC 28205**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.00 |

**Allan Creamer**
**9310 Chesapeake Ave # 162**
**North Beach, MD 20714**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.00 |

**Allan Cunningham**
**108 Witch Ln**
**Norwalk, CT 06853**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.536 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00** |

**Allan Duprey**
**3848 Swans Landing Dr**
**Land O Lakes, FL 34639**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.537 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,671.00** |

**Allan Foster**
**1885 N 15th Ct**
**Washougal, WA 98671**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.538 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00** |

**Allan Foster**
**1885 N 15th Ct**
**Washougal, WA 98671**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.539 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,550.00** |

**Allan Hersh**
**23 Fernwood Rd**
**Summit, NJ 07901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.540 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |

**Allan Jocson**
**10298 Wolves Den Ln**
**Las Vegas, NV 89178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.541 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$296.00** |

**Allan Mulvin**
**6877 Summerset Ave**
**Firestone, CO 80504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.542 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$415.00** |

**Allan Ridings**
**12278 Bridgewater Way**
**Seal Beach, CA 90740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
         _____
         Name

| 3.543 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Allan S**
**4 Scott Norman Ct**
**Owings Mills, MD 21117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.544 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$138.00** |
|---|---|---|---|

**Allan Smith**
**2407 Old Bridge Ct**
**Naperville, IL 60564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.545 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Allan Z**
**124 Cottage Rd**
**Colton, NY 13625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.546 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,208.00** |
|---|---|---|---|

**Allen Coleman**
**1255 Beacon Cir**
**Wellington, FL 33414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.547 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40.00** |
|---|---|---|---|

**Allen H**
**610 Pheasant Ave**
**Longwood, FL 32750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.548 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,550.00** |
|---|---|---|---|

**Allen Harden**
**610 Pheasant Ave**
**Longwood, FL 32750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.549 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Allen L**
**1770 Saint James Pl Ste 150**
**Houston, TX 77056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.550** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31.00**

**Allen S**
**113 N Gold Flake Terrace**
**Po Box 5049**
**Breckenridge, CO 80424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.551** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$388.00**

**Allen Studebaker**
**32531 N Scottsdale Rd Ste 105**
**Pmb286**
**Scottsdale, AZ 85266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.552** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$210.00**

**Allen Sugerman**
**113 N Gold Flake Terrace**
**Po Box 5049**
**Breckenridge, CO 80424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.553** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24.00**

**Allen Sumner**
**3405  Sinton  Rd**
**# 57**
**Colorado Springs, CO 80907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.554** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**Allen T**
**4471 Jutland Drive**
**San Diego, CA 92117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.555** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$120.00**

**Alli Howie**
**4401 Colwick Rd**
**Charlotte, NC 28211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.556** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$91.00**

**Allie Dinh**
**877 N Temescal St**
**Corona, CA 92879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                          Case number (if known) _____

| 3.557 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $919.00 |
|---|---|---|---|

**Allie Kelley**
**1 D  ambrosio Way**
**Wenham, MA 01984**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $28.00 |
|---|---|---|---|

**Allie Mccleery**
**3125 Evangeline Rd**
**Quincy, IL 62301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,539.00 |
|---|---|---|---|

**Allie Milligan**
**47 Adams Rd**
**Brunswick, ME 04011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10.00 |
|---|---|---|---|

**Allie S**
**3250 Laguna St., #307**
**San Francisco, CA 94123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $90.00 |
|---|---|---|---|

**Allie Shobe**
**15080 Ridgetop Dr**
**Rolla, MO 65401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.562 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $20.00 |
|---|---|---|---|

**Allina H**
**21002 Costanso St**
**Woodland Hills, CA 91364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $471.00 |
|---|---|---|---|

**Allison Bradford**
**1900 Mountain Blvd Apt 4**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                Case number (if known) _____
_____
Name

| 3.564 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15.00** |

**Allison D**
**2990 S Tissaw Loop Rd**
**Cornville, AZ 86325**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.565 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Allison Danklesen**
**215 Lakeside Dr**
**Grand Island, NE 68801**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.566 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$134.00** |

**Allison Davenport**
**2990 S Tissaw Loop Rd**
**Cornville, AZ 86325**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.567 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$130.00** |

**Allison Farris**
**700 Sw Winterwalk Ln**
**Lees Summit, MO 64081**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.568 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$89.00** |

**Allison Farris**
**700 Sw Winterwalk Ln**
**Lees Summit, MO 64081**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.569 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23.00** |

**Allison Freeman**
**627 Ephrata Dr**
**Brandon, FL 33511**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.570 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$792.00** |

**Allison Friedman**
**2028 Locust St**
**Philadelphia, PA 19103**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Allison Gentile**
**660 Lippincott Ave**
**Moorestown, NJ 08057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |

**Allison H**
**14261 Olive Tree Circle**
**Tustin, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18.00 |

**Allison L**
**5587 S Netherland St**
**Centennial, CO 80015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $228.00 |

**Allison Logsdon**
**5587 S NEtherland St**
**Centennial, CO 80015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |

**Allison M**
**1024 Pebble Beach Ln.**
**Ottawa, KS 66067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $92.00 |

**Allison Madigan**
**260 Harvest Avenue**
**Staten Island, NY 10310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $979.00 |

**Allison Marrow**
**5628 Fm 1116**
**Gonzales, TX 78629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                                       Case number *(if known)* _____
_____
Name

| 3.578 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $395.00 |

**Allison Mcgowan**
**603 Admiral Dr Unit 306**
**Annapolis, MD 21401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18.00 |

**Allison P**
**3817 Saint Mary Ave**
**Charlotte, NC 28205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58.00 |

**Allison Porretto**
**501 Sugar Mill Courtyard**
**Houma, LA 70360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.00 |

**Allison Purmort**
**3817 Saint Mary Ave**
**Charlotte, NC 28205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.582 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9.00 |

**Allison R**
**4416 Winding Creek Rd**
**Manlius, NY 13104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95.00 |

**Allison Roe**
**5008 N Mission Dr**
**St. Joseph, MO 64505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $413.00 |

**Allison Rumschik**
**4416 Winding Creek Rd**
**Manlius, NY 13104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.585 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $397.00 |

**Allison Silvers**
**1015 Wellesley Ave**
**Los Angeles, CA 90049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.586 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $89.00 |

**Allison Vanwig**
**4435 E Village Rd**
**Long Beach, Ca 90808, CA 90808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.587 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,209.00 |

**Allison Wuertz**
**300 E 51st St Apt 12b**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.588 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |

**Allison Z**
**3020 Harley Road**
**Suite 250**
**Jacksonville, FL 32257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.589 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |

**Allister P**
**853 W Oakdale Ave**
**Chicago, IL 60657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.590 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Allister Peera**
**853 W Oakdale Ave**
**Chicago, IL 60657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.591 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $342.00 |

**Ally Altman**
**21 Jefferson Dr**
**Groton, CT 06340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.592 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,190.00 |
|---|---|---|---|

**Ally Zwayer**
**2308 Lambert Dr**
**Toledo, OH 43613**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,020.00 |
|---|---|---|---|

**Allyn Ayers**
**810 Santiago Street**
**Coral Gables, FL 33134**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $127.00 |
|---|---|---|---|

**Allyson Adams**
**330 S Phelps Ave**
**Arlington Hts, IL 60004**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Allyson Mace**
**6158 Westminster Pl**
**Saint Louis, MO 63112**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $570.00 |
|---|---|---|---|

**Allyson Smart**
**3303 Monoco Dr**
**Spring Hill, TN 37174**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $504.00 |
|---|---|---|---|

**Alma Arroyo**
**1720 South Michigan Avenue**
**2610**
**Chicago, FL 60616**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84.00 |
|---|---|---|---|

**Alma Cowley**
**8700 Pershing Dr Unit 1211**
**Playa Del Rey, CA 90293**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.599 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $270.00 |

**Alma Parks**
**250 Mansion St**
**Coxsackie, NY 12051**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.600 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $114.00 |

**Almeda Jacks**
**126 Jones Ct**
**Central, SC 29630**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.601 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |

**Almero Gouws**
**7990 Hansen Rd NE**
**Bainbridge Island, WA 98110**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.602 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.00 |

**Alon D**
**1337 Francisco St**
**San Francisco, CA 94123**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.603 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,344.00 |

**Alon Devorah**
**1337 Francisco St**
**San Francisco, CA 94123**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.604 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $91.20 |

**Alta B**
**1719 Brookside Pine Ln**
**Kingwood, TX 77345**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.605 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $214.00 |

**Alta Basaldua**
**1719 Brookside Pine Ln**
**Kingwood, TX 77345**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Phoeno Wine Company, Inc.**
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.606 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Alvaro Gallego**
**424 W Pico Blvd Apt 716**
**Los Angeles, CA 90015**

$613.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.607 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Alvaro Hernandez**
**3307 Belt Rd**
**Castle Hayne, NC 28429**

$278.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.608 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Alvaro S**
**700 Park Ave**
**Apt. 4c**
**New York, NY 10021**

$50.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.609 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Alvenetta W**
**9810 Glascow Green**
**Houston, TX 77089**

$50.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.610 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Aly Halford**
**1350 Windsong Ln**
**Escondido, CA 92026**

$140.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.611 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Alyeene Fleming**
**4273 Llewellyn Ave Apt 207**
**Norfolk, VA 23504**

$40.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.612 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Alysa Cantor**
**325 New Moon Trail**
**Boone, NC 28607**

$248.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.613** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**Alyssa H**
**315 Oak Court**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.614** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14.78**

**Alyssa H**
**3200 Zanker Rd**
**1405**
**San Jose, CA 95134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.615** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$992.00**

**Alyssa Harding**
**837 Pratt St**
**Longmont, CO 80501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.616** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,005.00**

**Alyssa Howard**
**307 Inverness Way S**
**Unit 304**
**Englewood, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.617** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,628.00**

**Alyssa Kelman**
**176 East 77th Street**
**8d**
**New York, NY 10075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.618** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$53.00**

**Alyssa L**
**8030 N Overhill Ave**
**Niles, IL 60714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.619** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$421.00**

**Alyssa Luburich**
**8030 N Overhill Ave**
**Niles, IL 60714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Alyssa Mcalister**
**302 Innovation Dr Ste 470**
**Franklin, TN 37067**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62.00 |
|---|---|---|---|

**Alyssa Scalia**
**21 Blue Spruce Ln**
**Monroe, CT 06468**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,196.00 |
|---|---|---|---|

**Alyssa Thys**
**678 Lexington Ave Sw**
**Atlanta, GA 30310**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.623 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29.00 |
|---|---|---|---|

**Alyssa Whitfield**
**40 S Chestnut Pl Apt 5415**
**Long Beach, CA 90802**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17.00 |
|---|---|---|---|

**Amanda A**
**206 Robin Rd**
**Amherst, NY 14228**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.625 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350.00 |
|---|---|---|---|

**Amanda Allen**
**206 Robin Rd**
**Amherst, NY 14228**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.626 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58.00 |
|---|---|---|---|

**Amanda Ayers**
**773 Whispering Marsh Dr**
**Charleston, SC 29412**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.627** Nonpriority creditor's name and mailing address
**Amanda B**
**89 Elder Road**
**Islip, NY 11751**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$81.00**

---

**3.628** Nonpriority creditor's name and mailing address
**Amanda Brimmer**
**2853 N Rockwell St**
**Chicago, IL 60618**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$183.00**

---

**3.629** Nonpriority creditor's name and mailing address
**Amanda C**
**251 East 51st Street Apt #4c**
**New York, NY 10022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$14.00**

---

**3.630** Nonpriority creditor's name and mailing address
**Amanda Dcruz**
**35 Mayapple Rd**
**Stamford, CT 06903**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$205.00**

---

**3.631** Nonpriority creditor's name and mailing address
**Amanda Falco**
**120 Evergeen Ave**
**Staten Island, NY 10305**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,778.00**

---

**3.632** Nonpriority creditor's name and mailing address
**Amanda Foster**
**383 E Main St Ste 120**
**Hendersonville, TN 37075**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,981.00**

---

**3.633** Nonpriority creditor's name and mailing address
**Amanda Francis**
**1904 Baskinbrook Ct**
**Murfreesboro, TN 37130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

Debtor    **Phoeno Wine Company, Inc.**                                  Case number (if known) _____
_____
Name

| 3.634 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34.00** |

**Amanda G**
**3802 Kilbourne Hill Rd**
**Columbia, SC 29205**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.635 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$170.00** |

**Amanda Garvens**
**W380n6391 Florence Ln**
**Oconomowoc, WI 53066**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.636 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$407.00** |

**Amanda Golden**
**2630 Bissonnet**
**#3323**
**Houston, TX 77005**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.637 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$405.00** |

**Amanda Goncalves**
**6 Cliff Avenue**
**Greenwich, CT 06830**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.638 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26.00** |

**Amanda Gunn**
**3802 Kilbourne Hill Rd**
**Columbia, SC 29205**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.639 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6.00** |

**Amanda H**
**329 N. Santa Cruz Avenue**
**Modesto, CA 95354**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.640 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,136.00** |

**Amanda Haddaway**
**12509 Legore Bridge Rd.**
**Woodsboro, MD 21798**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
              Name

| 3.641 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$132.00** |
|---|---|---|---|

**Amanda Hite**
**5808 Beech Ave**
**Bethesda, MD 20817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.642 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,759.00** |
|---|---|---|---|

**Amanda Holm**
**9022 Hunters Pointe Dr**
**Huntersville, NC 28078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.643 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$195.00** |
|---|---|---|---|

**Amanda Jensen**
**465 Barton Creek Dr**
**Dripping Springs, TX 78620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$399.00** |
|---|---|---|---|

**Amanda Kruciak**
**826 Gumnut Grv**
**New Braunfels, TX 78132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,498.00** |
|---|---|---|---|

**Amanda Litzow**
**311 E 38th St Apt 11b**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$78.00** |
|---|---|---|---|

**Amanda M**
**1015 N Church St Apt 202**
**Elkhorn, WI 53121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.647 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$726.00** |
|---|---|---|---|

**Amanda Martinezscott**
**481 W Camino Tunera**
**Sahuarita, AZ 85629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.648 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$985.00** |

**Amanda Mccoy**
295 Maddox St
Santa Rosa Beach, FL 32459

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$974.00** |

**Amanda Mcguigan**
2239 Railroad St Apt 220
Pittsburgh, PA 15222

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.650 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$796.00** |

**Amanda Montalbano**
13730 Goodman
Overland Park, KS 66223

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$165.00** |

**Amanda Myers**
3837 Harrison Blvd
Kansas City, MO 64109

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.652 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |

**Amanda Oliver**
30315 Chualar Canyon Road
Chualar, CA 93925

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.653 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**Amanda P**
1717 Dorchester Dr
Nichols Hills, OK 73120

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$844.00** |

**Amanda Palley**
11566 La Maida St
North Hollywood, CA 91601

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.655** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120.00**

**Amanda Panebianco**
**170 E 4th St Apt 5k**
**Brooklyn, NY 11218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.656** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$196.00**

**Amanda Pendlebury**
**139 North Rd**
**Epsom, NH 03234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.657** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**Amanda S**
**1101 Madison St Apt 307**
**Hoboken, NJ 07030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.658** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18.00**

**Amanda S**
**19827 Creek Round Ave**
**Baton Rouge, LA 70817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.659** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16.00**

**Amanda S**
**232 Green Bay Rd**
**Denmark, WI 54208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.660** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Amanda Setzer**
**2356 Liberty Church Rd**
**Hickory, NC 28601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.661** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,571.00**

**Amanda Shaw**
**27502 E Benders Landing Blvd**
**Spring, TX 77386**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____     Case number (if known) _____
Name

| 3.662 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amanda Shedlosky**
**232 Green Bay Rd**
**Denmark, WI 54208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.663 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $92.00 |
|---|---|---|---|

**Amanda Stewart**
**21748 State Road 54 Ste 101**
**Lutz, FL 33549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.664 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $196.00 |
|---|---|---|---|

**Amanda Tiritilli**
**22 Esposito Dr**
**Fairfield, NJ 07004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,453.00 |
|---|---|---|---|

**Amanda Vranovich**
**471 Haverhill Road**
**Pittsburgh, PA 15228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |
|---|---|---|---|

**Amanda W**
**1801 South Flagler Drive**
**1803**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.667 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amanda Whiteeagle**
**334 E 82nd St Apt 4re**
**New York, NY 10028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.668 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Amanda Zola**
**226 Charles Ellis Dr**
**Newtown Square, PA 19073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.669 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,350.00 |

**Amandeep Khurana**
**3707 Hillside Ct**
**San Mateo, CA 94403**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.670 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $79.00 |

**Amandeep Khurana**
**3707 Hillside Ct**
**San Mateo, CA 94403**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.671 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,323.00 |

**Amar Chavan**
**9898 Windisch Rd**
**West Chester, OH 45069**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.00 |

**Amar Singh**
**900 W Olympic Blvd Unit 38f**
**Los Angeles, CA 90015**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $135.00 |

**Amarnath Polepalle**
**9 Mayer Dr**
**Middletown, NY 10940**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.674 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |

**Ambar F**
**37222 Camden Drive**
**Indio, CA 92203**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.675 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24.00 |

**Amber A**
**1150 Lincoln Ace**
**Evansville, IN 47714**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.676 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,132.00 |
|---|---|---|---|

**Amber Adams**
**1 Republic Drive**
**League City, TX 76708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.677 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28.33 |
|---|---|---|---|

**Amber Allred**
**2416 Potter Street**
**Oakland, CA 94601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.678 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $694.00 |
|---|---|---|---|

**Amber Anslinger**
**1150 Lincoln Ace**
**Evansville, IN 47714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.679 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |
|---|---|---|---|

**Amber B**
**24619 Raven Cliff Falls Dr**
**Tomball, TX 77375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.680 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $267.00 |
|---|---|---|---|

**Amber Carson**
**13848 Beicegel Creek Rd**
**Grassy Butte, ND 58634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.681 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $135.00 |
|---|---|---|---|

**Amber Condon**
**3200 S Shields Ave**
**Chicago, IL 60616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.682 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $84.00 |
|---|---|---|---|

**Amber Hagen**
**1300 Rocky Hollow Dr**
**Burnet, TX 78611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Phoeno Wine Company, Inc.**
      Name

Case number *(if known)*

---

**3.683** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,676.00**

**Amber Leuer**
**1641 E Mcdowell Rd**
**Phoenix, AZ 85006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.684** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$539.00**

**Amber Lukowicz**
**1440 Harding Pl Apt 529**
**Charlotte, NC 28204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.685** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$621.09**

**Amber Milks**
**1745 Pacific Ave**
**Apt 303**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.686** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00**

**Amber S**
**300 Silverado Trl**
**Keller, TX 76248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.687** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**Amber S**
**37 Hillview Rd**
**Plains, MT 59859**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.688** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,028.00**

**Amber Vervalin**
**11642 Mediterranean Ct**
**Reston, VA 20190**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.689** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$101.00**

**Amberly Wolber**
**3025 Cypress Creek Drive E**
**Ponte Vedra Beach, FL 32082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.690 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$298.00** |

**Amberrose Dubeshter**
**1458 Sierra Linda Dr**
**Escondido, CA 92025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.691 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,441.00** |

**Ambrose Conroy**
**15230 Camanito Maria**
**Rancho Santa Fe, CA 92067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.692 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$357.00** |

**Amelia Dieterich**
**2204 Hampton Ct**
**Galesburg, IL 61401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$68.00** |

**Amelia H**
**1511 Kansas Ave**
**Richmond, VA 23220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,474.00** |

**Amelia Hatchard**
**1208 Id-31**
**Victor, ID 83455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,159.00** |

**Amelia Hatchard**
**1511 Kansas Ave**
**Richmond, VA 23220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.696 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$313.00** |

**Amelia Jones**
**1910 Liberty Ln**
**Roswell, GA 30075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.697 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $242.00 |

**Amelia M**
**14b Gladys St**
**Danielson, CT 06239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89.00 |

**Amelia Nichols**
**331 Cleveland St Apt 204**
**Clearwater, FL 33755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.00 |

**Amelie J**
**8 Thomas St**
**Apt 1**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.700 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102.00 |

**Americo Rosario**
**38 Taft Ave**
**Corner Of Rockland Ave And Taft Ave**
**Woodland Park, NJ 07424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.701 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.00 |

**Amesha T**
**5598 Toulouse Ln**
**Saint Cloud, FL 34771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.00 |

**Ami C**
**500 Mclendon Hills Dr**
**West End, NC 27376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.703 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84.00 |

**Amie Mccarthy**
**38 Glen Eden Ct**
**Henderson, NV 89074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| | |
|---|---|
| 3.704 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: Check all that apply.                                                       **$50.00**

**Amie R**
**9099 W Central Ave**
**Wichita, KS 67212**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.705 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: Check all that apply.                                                       **$122.00**

**Amie Thompson**
**3228 NW Market St**
**Seattle, WA 98107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.706 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: Check all that apply.                                                       **$100.00**

**Amin S**
**820 Euclid Ave**
**#304**
**Miami Beach, FL 33139**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.707 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: Check all that apply.                                                       **$320.00**

**Amir Nafso**
**36700 Woodward Ave Ste 200**
**Bloomfield Hills, MI 48304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.708 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: Check all that apply.                                                       **$180.00**

**Amir Radfar**
**800 Maple Ave E**
**Vienna, VA 22180**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.709 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: Check all that apply.                                                       **$50.00**

**Amir T**
**1601 Dove Street**
**Suite 200**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.710 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: Check all that apply.                                                       **$88.00**

**Amit M**
**3641 Perivale Blvd**
**Frisco, TX 75034**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| 3.711 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$76.00** |

**Amitabha Biswas**
**1486 39th Ave**
**San Francisco, CA 94166**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.712 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29.00** |

**Ammy Kogan**
**1031 Sw 9th Ct**
**Miami, FL 33130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.713 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |

**Amos B**
**914 California Ave.**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.714 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7.00** |

**Amy A**
**5608 Heming Ave**
**Springfield, VA 22151**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.715 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6.00** |

**Amy B**
**1429 West Highland Ave**
**Chicago, IL 60660**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.716 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |

**Amy B**
**422 Highway 16 N**
**Plentywood, MT 59254**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.717 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19.00** |

**Amy B**
**816 N Catherine Ave**
**La Grange Park, IL 60526**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 3.718 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52.00** |

**Amy Bergette**
**422 Highway 16 N**
**Plentywood, MT 59254**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.719 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$359.00** |

**Amy Bloedorn**
**816 N Catherine Ave**
**La Grange Park, IL 60526**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.720 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$160.00** |

**Amy Boring**
**1180 Peachtree St NE**
**King & Spalding Llp**
**Atlanta, GA 30309**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.721 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$466.00** |

**Amy Bourlon-Hilterbran**
**1328 Kelsey Court**
**Suite B**
**Florence, CO 81226**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.722 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$795.00** |

**Amy Brierly**
**1429 West Highland Ave**
**Chicago, IL 60660**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.723 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17.00** |

**Amy Brown**
**2089 Stradella Rd**
**Los Angeles, CA 90077**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.724 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$332.00** |

**Amy Bundy**
**1315 Cumberland Rd**
**Tyler, TX 75703**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.725 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.00 |

**Amy C**
**5909 Amy Drive**
**Edina, MN 55436**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.726 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $852.00 |

**Amy Caris**
**2133 Desert Pines St**
**Las Vegas, NV 89134**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.727 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.00 |

**Amy Chovanec**
**5449 N Oriole Ave**
**Chicago, IL 60656**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |

**Amy Clark**
**1137 W Fanshawe Dr**
**Mebane, NC 27302**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $531.00 |

**Amy Davis**
**3208 Cody Ave**
**Evans, CO 80620**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.730 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**Amy E**
**19116 Clear View Dr**
**Minnetonka, MN 55345**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.731 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,969.00 |

**Amy Edmonds**
**2 Lance Dr**
**Califon, NJ 07830**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.732 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 |

**Amy Emel**
**404 Poinciana Dr**
**Gulf Breeze, FL 32561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.733 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,262.00 |

**Amy Erickson**
**19116 Clear View Dr**
**Minnetonka, MN 55345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.734 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Amy Evans**
**40 Acorn Hill Road**
**Milton, PA 17847**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.735 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33.00 |

**Amy Gantz-Cheatham**
**116 Shininigfield Court**
**Middle River, MD 21220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.736 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |

**Amy H**
**620 South Belvedere**
**Memphis, TN 38104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.737 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Amy Haner**
**1141 Sierra Pines Boulevard**
**Lutz, FL 33558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 |

**Amy Hearin**
**3149 Hibiscus St**
**Miami, FL 33133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor      **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
            Name

| 3.739 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Amy Huber**
**620 South Belvedere**
**Memphis, TN 38104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,074.00 |
|---|---|---|---|

**Amy Hurwitz**
**3755 Laurel Canyon Blvd**
**Studio City, CA 91604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**Amy J**
**Perkins Coie**
**1029 W Third Ave, Ste 300**
**Anchorage, AK 99577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180.00 |
|---|---|---|---|

**Amy Jacko**
**5858 Jonathan Ct**
**Medina, OH 44256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.743 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.00 |
|---|---|---|---|

**Amy Jacobsen**
**2612 N 152nd St**
**Omaha, NE 68116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,786.00 |
|---|---|---|---|

**Amy Johnson**
**327 Waterfowl Road**
**Bluffton, SC 29910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.00 |
|---|---|---|---|

**Amy L**
**3025 Christmas Valley Road**
**Unit 14**
**South Lake Tahoe, CA 96150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 3.746 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.00 |
|---|---|---|---|

**Amy Laverdiere**
**3025 Christmas Valley Road**
**Unit 14**
**South Lake Tahoe, CA 96150**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.747 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $266.00 |
|---|---|---|---|

**Amy Lehman**
**1 East 53rd Street**
**6th Floor**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.748 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Amy Loews**
**90 New Salem St**
**Wakefield, MA 01880**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.749 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**Amy M**
**110 Pembrooke View Lane**
**Gaithersburg, MD 20877**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.750 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|

**Amy M**
**902 N Wilcrest Dr**
**Houston, TX 77079**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.751 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $322.00 |
|---|---|---|---|

**Amy Matthews**
**902 N Wilcrest Dr**
**Houston, TX 77079**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.752 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $161.00 |
|---|---|---|---|

**Amy Mcdermott**
**5036 Irish Ln**
**Fitchburg, WI 53711**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.753 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$263.00** |
|---|---|---|---|

**Amy Mcdermott**
**5036 Irish Ln**
**Fitchburg, WI 53711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.754 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$89.00** |
|---|---|---|---|

**Amy Moler**
**10342 Mohawk Rd**
**Leawood, KS 66206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$146.00** |
|---|---|---|---|

**Amy Murray**
**325 Lees Ave**
**Collingswood, NJ 08108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.756 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57.00** |
|---|---|---|---|

**Amy Owen**
**2119 Sherman Ave**
**Evanston, IL 60201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.757 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7.00** |
|---|---|---|---|

**Amy P**
**3104b Wellington Ave**
**Nashville, TN 37212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4.00** |
|---|---|---|---|

**Amy P**
**3755 Laurel Canyon Blvd**
**Studio City, CA 91604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.759 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46.00** |
|---|---|---|---|

**Amy Pfeiffer**
**704 Harris St**
**Raleigh, NC 27607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.760 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,147.00 |
|---|---|---|---|

**Amy Poling**
**27 Fieldstone Lane**
**Southington, CT 06489**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.761 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.00 |
|---|---|---|---|

**Amy Rhoads**
**3 Paris Ridge Lane**
**Henrico, VA 23229**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $173.00 |
|---|---|---|---|

**Amy Risius**
**1963 S Warrior Ln**
**Waukee, IA 50263**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amy Ritz**
**20324 Reaza Pl**
**Woodland Hills, CA 91364**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $245.00 |
|---|---|---|---|

**Amy Ruschmeier-Spiess**
**1161 89th Ave Ne**
**Unit A**
**Blaine, MN 55434**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.765 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.00 |
|---|---|---|---|

**Amy S**
**236 Stephanies Way**
**Fredericksburg, VA 22406**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $143.00 |
|---|---|---|---|

**Amy Seiders**
**2314 Stone Bridge Dr**
**Arlington, TX 76006**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
| | Name | | | |

---

| 3.767 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60.00** |
| | **Amy Shipley** | ☐ Contingent | |
| | **625 Winter Wheat Ct** | ☐ Unliquidated | |
| | **Matthews, NC 28104** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.768 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$215.00** |
| | **Amy Sojo** | ☐ Contingent | |
| | **236 Stephanies Way** | ☐ Unliquidated | |
| | **Fredericksburg, VA 22406** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.769 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$248.00** |
| | **Amy Stewart** | ☐ Contingent | |
| | **3603 Emily Drive** | ☐ Unliquidated | |
| | **Port Allen, LA 70767** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.770 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10.00** |
| | **Amy T** | ☐ Contingent | |
| | **228 Black Rock Ave** | ☐ Unliquidated | |
| | **Bridgeport, CT 06605** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.771 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33.00** |
| | **Amy T** | ☐ Contingent | |
| | **9816 Buckhead Court** | ☐ Unliquidated | |
| | **Windermere, FL 34786** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.772 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$51.00** |
| | **Amy Tanny** | ☐ Contingent | |
| | **2060 Hidden Meadows Dr** | ☐ Unliquidated | |
| | **Asbury, IA 52002** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.773 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$126.00** |
| | **Amy Templeton** | ☐ Contingent | |
| | **9816 Buckhead Court** | ☐ Unliquidated | |
| | **Windermere, FL 34786** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor  **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
         _____
         Name

| | | |
|---|---|---|
| 3.774 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,267.00** |

**Amy Tourond**
**4910 Sw 2nd Ave**
**Cape Coral, FL 33914**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.775 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,653.00** |
|---|---|---|---|

**Amy Turner**
**228 Black Rock Ave**
**Bridgeport, CT 06605**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$22.00** |
|---|---|---|---|

**Amy V**
**22 Platt Ct**
**Mill Valley, CA 94941**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$346.00** |
|---|---|---|---|

**Amy Wheelus**
**6320 Town Hill Lane**
**Dallas, TX 75214**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.778 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,938.00** |
|---|---|---|---|

**Amy Wigner**
**21 Hill Ave**
**Cokeburg, PA 15324**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$60.00** |
|---|---|---|---|

**Amydevries Kramer**
**3741 4 Mile Rd NE**
**Grand Rapids, MI 49525**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10.00** |
|---|---|---|---|

**Amyn S**
**621 S Pacific Coast Hwy**
**Unit C**
**Redondo Beach, CA 90277**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**                                 Case number *(if known)*
_____                      _____
        Name

| 3.781 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11.00 |

**An N**
**1456 Evert Ct**
**Arlington, TX 76002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.782 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $146.00 |

**An Nguyen**
**1456 Evert Ct**
**Arlington, TX 76002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.783 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $346.00 |

**Ana Backa**
**196 Little Fox Lane**
**Southbury, CT 06488**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.784 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 |

**Ana N**
**4450 Mill Branch Dr**
**Prosper, TX 75078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.785 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $59.00 |

**Ana Shoemaker**
**21912 Drexel Way**
**Lake Forest, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.786 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $31.00 |

**Ana T**
**7310 Miramar Rd Ste 410**
**San Diego, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.787 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,128.00 |

**Ana Velazquez**
**2251 39th Ave**
**Apt A**
**San Francisco, CA 94116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                    Case number *(if known)* _____
_____
Name

| 3.788 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Anaka Davis**
**4017 Tredwell Pl**
**Beavercreek, OH 45430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.789 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,417.00 |
|---|---|---|---|

**Anand Chandramohan**
**2619 W Royer Rd**
**Phoenix, AZ 85085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.790 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,283.00 |
|---|---|---|---|

**Anand David**
**200 Park St**
**Montclair, NJ 07042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.791 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $414.00 |
|---|---|---|---|

**Anand Sharma**
**34 N 7th St Apt 3u**
**Brooklyn, NY 11249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.792 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $230.00 |
|---|---|---|---|

**Ananthram Ramesh**
**6319 Wild Heron Way**
**College Grove, TN 37046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.793 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anastasia Hoochoy**
**1010 La Quinta Dr**
**Webster, NY 14580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.794 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $335.00 |
|---|---|---|---|

**Anastasia Lazarou**
**3014 Doriann Drive**
**Northbrook, IL 60062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name    Case number (if known)

| 3.795 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42.00 |
|---|---|---|---|

**Anastasia S**
**7101 Ridge Ave**
**Coopersburg, PA 18036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $446.00 |
|---|---|---|---|

**Anastasia Shnitser**
**7101 Ridge Ave**
**Coopersburg, PA 18036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,388.00 |
|---|---|---|---|

**Anastasiya Pyrkh-Hagen**
**4425 Thompson Court**
**Denver, CO 80216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.00 |
|---|---|---|---|

**Anastasiya Zdzitavetskaya**
**221 Hi Vista Rd**
**Sausalito, CA 94965**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.799 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|

**Anders F**
**16800 Westgate St**
**Overland Park, KS 66221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.800 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,215.00 |
|---|---|---|---|

**Anders Franzon**
**16800 Westgate St**
**Overland Park, KS 66221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.801 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Anderson David**
**8105 Panorama Ct**
**Billings, MT 59106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                   Case number (if known) _____

Name

| 3.802 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Andi Goldston**
**10808 St. Michaels Dr.**
**Dallas, TX 75230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.803 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15.00** |
|---|---|---|---|

**Andre Brooks**
**513 Lowell St**
**Westbury, NY 11590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.804 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,436.00** |
|---|---|---|---|

**Andre Helfreich**
**1151 Alder Tree Dr**
**Apopka, FL 32703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Andre Huguet**
**1 Elmwood Lane**
**Terrace Park, OH 45174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.806 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$213.06** |
|---|---|---|---|

**Andre Langlinais**
**3615 Albert Road**
**Erath, LA 70533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.807 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,906.00** |
|---|---|---|---|

**Andre Mantha**
**2501 Pine Knoll Dr**
**Unit 8**
**Walnut Creek, CA 94595**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6.00** |
|---|---|---|---|

**Andre S**
**1932 Carpenter St**
**Philadelphia, PA 19146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name
Case number (if known) _____

| 3.809 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,295.00** |

**Andre Shahrdar**
**1932 Carpenter St**
**Philadelphia, PA 19146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.810 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,083.00** |

**Andre Vanier**
**6975 Elaine Way**
**San Diego, CA 92120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.811 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |

**Andrea A**
**1851 N Uhle St**
**Arlington, VA 22201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.812 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$40.00** |

**Andrea Albelda**
**4037 Mitchell Street**
**Philadelphia, PA 19128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.813 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$125.00** |

**Andrea B**
**1501 Fawn Lane**
**Pottstown, PA 19465**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.814 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$49.00** |

**Andrea B**
**29 Ridgeline Way Nw**
**Cartersville, GA 30121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.815 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,328.00** |

**Andrea Bauer**
**303 Kelly Dr Ste 8**
**Peachtree City, GA 30269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
        Name                                          Case number (if known) _____

| 3.816 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $927.00 |

**Andrea Bernica**
**5143 Wyandotte St**
**Kansas City, MO 64112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.817 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |

**Andrea Brennan**
**1541 Se Ballantrae Ct**
**Port Saint Lucie, FL 34952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.818 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,215.00 |

**Andrea Buckel**
**29 Ridgeline Way NW**
**Cartersville, GA 30121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.819 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $516.00 |

**Andrea Couto**
**83 Country Way**
**South Dartmouth, MA 02748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.820 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,290.00 |

**Andrea Demaioribus**
**10707 New Oregon Road**
**Eden, NY 14057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.821 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $147.00 |

**Andrea Ellis**
**5858 Somerset Dr**
**Pensacola, FL 32526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.822 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56.00 |

**Andrea G**
**307 Fox Runn Dr**
**Lynchburg, VA 24503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

| 3.823 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51.00 |

**Andrea George**
**33 Montview St**
**Uniontown, PA 15401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.824 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83.00 |

**Andrea Gornall**
**10150 Castleberry Blvd**
**Pensacola, FL 32526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.825 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**Andrea Goshen**
**1549 Easton Road**
**Hellertown, PA 18055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.826 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |

**Andrea Graylazor**
**19 Kirtland Street**
**Deep River, CT 06417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.827 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.00 |

**Andrea Greenmun**
**307 Fox Runn Dr**
**Lynchburg, VA 24503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.828 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.00 |

**Andrea Long**
**717 Rolph Street**
**San Francisco, CA 94112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.829 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $356.00 |

**Andrea Madden**
**14 Edgemar Way**
**Corte Madera, CA 94925**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Phoeno Wine Company, Inc.**       Case number *(if known)* _____

Name

---

| 3.830 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22.00** |
|---|---|---|---|

**Andrea Mandel**
**19-10 Prospect Ave**
**Fair Lawn, NJ 07410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00** |
|---|---|---|---|

**Andrea Maurer**
**14 Whalen St**
**North Babylon, NY 11703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$136.04** |
|---|---|---|---|

**Andrea Mccaffrey**
**199 Offshore Dr**
**Murrells Inlet, SC 29576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |
|---|---|---|---|

**Andrea Mccloskey**
**429 26th St**
**New Orleans, LA 70124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$594.00** |
|---|---|---|---|

**Andrea Mizer**
**9210 Flintlock St**
**Anchorage, AK 99507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$219.00** |
|---|---|---|---|

**Andrea Olson**
**39201 Schoolcraft Rd Ste B12**
**Livonia, MI 48150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.836 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Andrea Orellana**
**435 Leclair Ln**
**Escondido, CA 92026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F      Schedule E/F: Creditors Who Have Unsecured Claims     

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.837 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.00 |
|---|---|---|---|

**Andrea R**
**1410 Cottonwood Circle**
**Noblesville, IN 46062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.838 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $512.00 |
|---|---|---|---|

**Andrea Ramunno**
**9 Mill Road**
**Elkins Park, PA 19027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.839 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.00 |
|---|---|---|---|

**Andrea S**
**502 Walcott Way**
**Cary, NC 27519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.840 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28.00 |
|---|---|---|---|

**Andrea Schick**
**4708 Sw 67th Ave**
**L14**
**Miami, FL 33155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.841 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $556.00 |
|---|---|---|---|

**Andrea Sieczkarek**
**84 41st Avenue**
**San Mateo, CA 94403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.842 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $127.00 |
|---|---|---|---|

**Andrea Vigo**
**4907 Pinewood Ct**
**Midland, MI 48640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.843 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51.00 |
|---|---|---|---|

**Andrea W**
**18800 6th Ave Sw**
**Normandy Park, WA 98166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.844 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$6,438.00** |
|---|---|---|---|

**Andrea White**
**18800 6th Ave Sw**
**Normandy Park, WA 98166**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$124.00** |
|---|---|---|---|

**Andrea Wildason**
**112 River Run**
**Queenstown, MD 21658**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$660.00** |
|---|---|---|---|

**Andrea Wise**
**3104 Pomerol Dr # 6-204**
**Wellington, FL 33414**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.847 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$756.00** |
|---|---|---|---|

**Andreas Matern**
**53 Thompson Street**
**Dedham, MA 02026**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.848 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$26.00** |
|---|---|---|---|

**Andreas Maywald**
**330 E 38th St Apt 20d**
**New York, NY 10016**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.849 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$25.00** |
|---|---|---|---|

**Andrei B**
**1150 Airport Rd #143**
**Destin, FL 32541**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.850 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$328.00** |
|---|---|---|---|

**Andrei Oprisan**
**1200 Washington St Apt 315**
**Boston, MA 02118**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| 3.851 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Andres Boullosa**
**5 Londonderry Ln**
**Lincolnshire, IL 60069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.852 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,407.00 |

**Andres Cano**
**406 E 3rd Ave**
**San Mateo, CA 94401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.853 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |

**Andres Polo**
**9745 Sw 128th St**
**Miami, FL 33176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.854 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,049.00 |

**Andres Ramirez**
**1643 Warwick Ave**
**Warwick, RI 02889**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.855 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $245.00 |

**Andres Rodriguez**
**303 NE 61st St.**
**Miami, FL 33137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.856 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Andres S**
**20 Lehman Terrace**
**Yonkers, NY 10705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.857 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $254.00 |

**Andres Sanjorge**
**11474 Sw 100 Ter**
**Miami, FL 33176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.858 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$25.00** |

**Andres W**
**251 Crandon Blvd Apt 1125**
**Key Biscayne, FL 33149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.859 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$242.00** |

**Andres Wielandt**
**251 Crandon Blvd Apt 1125**
**Key Biscayne, FL 33149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.860 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$15.00** |

**Andrew A**
**1522 Hampton Knoll Dr**
**Akron, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.861 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$3.36** |

**Andrew A**
**555 4th Street (Unit 645)**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.862 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,155.00** |

**Andrew Allard**
**1522 Hampton Knoll Dr**
**Akron, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.863 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$21.00** |

**Andrew B**
**100 E Las Olas Blvd Unit 2801**
**Fort Lauderdale, FL 33301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.864 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$32.00** |

**Andrew B**
**1715 Terra Bella Drive**
**Westlake, TX 76262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                              Case number _(if known)_  _____

| 3.865 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$4.00** |

**Andrew B**
**306 Old Post Rd**
**Cherryville, NC 28021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.866 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$20.00** |

**Andrew B**
**889 N Herbert Ave**
**San Pedro, CA 90731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.867 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$93.00** |

**Andrew Baez**
**2517 Rockville Centre Pkwy**
**Oceanside, NY 11572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.868 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$927.00** |

**Andrew Barnett**
**223 W Agarita Ave**
**San Antonio, TX 78212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.869 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$25.00** |

**Andrew Batey**
**1400 Colorado St.**
**Suite C**
**Boulder City, NV 89005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.870 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$58.00** |

**Andrew Baughman**
**396 Mcnamara Loop**
**Lewis Center, OH 43035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.871 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$308.00** |

**Andrew Bell**
**1912 Garrick Dr**
**Pittsburgh, PA 15235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| 3.872 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $617.00 |

**Andrew Bender**
**608 Ludwig Rd**
**Snohomish, WA 98290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $5,601.00 |

**Andrew Berg**
**248 Thistle Glen Ct**
**Stanley, NC 28164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.874 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $124.00 |

**Andrew Berman**
**5 Norport Dr**
**Westport, CT 06880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $634.00 |

**Andrew Bonfield**
**1715 Terra Bella Drive**
**Westlake, TX 76262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.876 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,881.00 |

**Andrew Bonichi**
**2144 Lasalle St**
**Superior, CO 80027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.877 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $360.00 |

**Andrew Britton**
**100 E Las Olas Blvd Unit 2801**
**Fort Lauderdale, FL 33301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.878 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $189.00 |

**Andrew Browne**
**306 Old Post Rd**
**Cherryville, NC 28021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.879** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,548.00**

**Andrew C**
**135 Brailsford Street**
**Daniel Island, SC 29492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Customers - Deferred Credit_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.880** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$194.58**

**Andrew C**
**29 Peartree Ln.**
**Rolling Hills Estates, CA 90274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Customers - Deferred Credit_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.881** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$311.00**

**Andrew Carroll**
**5 Pine Tree Ln**
**Glastonbury, CT 06033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.882** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$587.00**

**Andrew Catalan**
**152 Quarry Hill Rd Apt 39**
**South Burlington, VT 05403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.883** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$251.00**

**Andrew College**
**135 Brailsford Street**
**Daniel Island, SC 29492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.884** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$723.00**

**Andrew Collins**
**39e 12th Ave**
**Key West, FL 33040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.885** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21.79**

**Andrew Collins**
**1555 Cherry St Apt 10**
**San Carlos, CA 94070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Customers - Deferred Credit_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| | | |
|---|---|---|
| 3.886 | **Nonpriority creditor's name and mailing address**<br>**Andrew Collinsworth**<br>**9804 Overbrook Rd**<br>**Leawood, KS 66206**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$132.00** |

| | | |
|---|---|---|
| 3.887 | **Nonpriority creditor's name and mailing address**<br>**Andrew Cooper**<br>**49 Ottoson Way**<br>**Holden, MA 01520**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$195.00** |

| | | |
|---|---|---|
| 3.888 | **Nonpriority creditor's name and mailing address**<br>**Andrew Corley**<br>**3424 Lonesome Spur Cir**<br>**Wake Forest, NC 27587**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,672.00** |

| | | |
|---|---|---|
| 3.889 | **Nonpriority creditor's name and mailing address**<br>**Andrew D**<br>**301 Meadowsweet Ln**<br>**Greenville, SC 29615**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$20.00** |

| | | |
|---|---|---|
| 3.890 | **Nonpriority creditor's name and mailing address**<br>**Andrew D**<br>**711 Signal Mountain Rd**<br>**#355**<br>**Chattanooga, TN 37405**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$25.00** |

| | | |
|---|---|---|
| 3.891 | **Nonpriority creditor's name and mailing address**<br>**Andrew Dorland**<br>**1219 Elm St**<br>**El Cerrito, CA 94530**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$145.00** |

| | | |
|---|---|---|
| 3.892 | **Nonpriority creditor's name and mailing address**<br>**Andrew E**<br>**1726 Hyde Street**<br>**San Francisco, CA 94109**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$50.00** |

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.893 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |

**Andrew F**
**239 Macdonald Drive**
**Wayne, NJ 07470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.894 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55.95 |

**Andrew F**
**5355 Nevada Ave Nw**
**Washington, DC 20015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.895 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.00 |

**Andrew F**
**780 W Lincoln Hwy**
**Exton, PA 19341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.896 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87.00 |

**Andrew Fabbri**
**1200 Avenue At Port Imperial Apt 101**
**Weehawken, NJ 07086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.897 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,690.00 |

**Andrew Farmer**
**5355 NEvada Ave NW**
**Washington, DC 20015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.898 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Andrew Ferber**
**20 Dot Calm Dr**
**Otisville, NY 10963**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.899 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $825.00 |

**Andrew Fink**
**5 Clarkson Farm Dr**
**Chesterfield, MO 63017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

| 3.900 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $838.00 |

**Andrew Fischer**
**976 Wexford Dr**
**Lafayette, IN 47905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.901 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.09 |

**Andrew France**
**301 Mission Street**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.902 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $285.00 |

**Andrew Frankel**
**780 W Lincoln Hwy**
**Exton, PA 19341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.903 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $593.00 |

**Andrew Franklin**
**1281 Glencoe Ave**
**Highland Park, IL 60035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.904 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,001.00 |

**Andrew Friedrich**
**460 Pacheco St**
**San Francisco, CA 94116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.905 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $713.00 |

**Andrew Fritz**
**910 W Madison St Apt 406**
**Chicago, IL 60607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.906 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,084.00 |

**Andrew Frost**
**1 Richmond Street Apt 4092**
**New Brunswick, NJ 08901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name                                              Case number (if known) _____

| 3.907 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,676.00 |
|---|---|---|---|

**Andrew Frost**
**1 Richmond Street Apt 4092**
**New Brunswick, NJ 08901**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.908 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|

**Andrew G**
**16469 Shadow Mountain Dr**
**Pacific Palisades, CA 90272**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.909 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Andrew G**
**5 Cope Farms Road**
**Farmington, CT 06032**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.910 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $562.00 |
|---|---|---|---|

**Andrew Gannon**
**91 Stanton Farm Rd**
**Bartlett, NH 03812**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.911 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $192.00 |
|---|---|---|---|

**Andrew Gibbs**
**5925 Beverly Ave**
**Mission, KS 66202**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.912 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,448.00 |
|---|---|---|---|

**Andrew Gilbert**
**16743 Sanctuary Dr**
**Winter Garden, FL 34787**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.913 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,416.00 |
|---|---|---|---|

**Andrew Gougelmann**
**2513 Maple Ave.**
**Cortlandt Manor, NY 10567**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.914 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

3.914 | **Nonpriority creditor's name and mailing address**
**Andrew Grohowski**
**101 S Military Ave**
**Green Bay, WI 54303**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $1,268.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

3.915 | **Nonpriority creditor's name and mailing address**
**Andrew H**
**1400 E Georgia Ave**
**Ruston, LA 71270**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $30.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

3.916 | **Nonpriority creditor's name and mailing address**
**Andrew H**
**17020 Creek Ridge Trl**
**Minnetonka, MN 55345**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $22.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

3.917 | **Nonpriority creditor's name and mailing address**
**Andrew H**
**1905 Forestglade Dr**
**Austin, TX 78745**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $14.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

3.918 | **Nonpriority creditor's name and mailing address**
**Andrew H**
**23346 Gilmore St**
**West Hills, CA 91307**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $19.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

3.919 | **Nonpriority creditor's name and mailing address**
**Andrew H**
**2762 E Lark Ct**
**Gilbert, AZ 85297**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $45.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

3.920 | **Nonpriority creditor's name and mailing address**
**Andrew Hemming**
**1905 Forestglade Dr**
**Austin, TX 78745**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $333.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| 3.921 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $698.00 |
|---|---|---|---|

**Andrew Heyl**
23346 Gilmore St
West Hills, CA 91307

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,178.00 |
|---|---|---|---|

**Andrew Howard**
2762 E Lark Ct
Gilbert, AZ 85297

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Iarussi**
6055 Rockside Woods Blvd N Ste 100
Dalad Construction
Independence, OH 44131

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.924 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $168.00 |
|---|---|---|---|

**Andrew Irwin**
1325 W Cucharras St
Colorado Springs, CO 80904

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.925 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,272.00 |
|---|---|---|---|

**Andrew Iverson**
3000 N Garfield St
Suite 177
Midland, TX 79705

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.926 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Andrew J**
4316 Oakwood Hills Pkwy
Eau Claire, WI 54701

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.927 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46.00 |
|---|---|---|---|

**Andrew J**
5132 Rosecrest Drive
Pittsburgh, PA 15201

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.928 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105.48 |
|---|---|---|---|

**Andrew Jacobs**
**3581 Aquarius Dr.**
**Huntington Beach, CA 92649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.929 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,002.00 |
|---|---|---|---|

**Andrew Jensen**
**6 Elliott Court**
**Pleasant Hill, CA 94523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.930 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,868.00 |
|---|---|---|---|

**Andrew Johnson**
**12462 Arrow Creek Court**
**Colorado Springs, CO 80921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $274.00 |
|---|---|---|---|

**Andrew Johnson**
**5132 Rosecrest Drive**
**Pittsburgh, PA 15201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.932 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31.00 |
|---|---|---|---|

**Andrew K**
**37 Knollwood Dr**
**Saratoga Springs, NY 12866**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.933 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Andrew K**
**524 E Harvard Rd 102**
**Burbank, CA 91501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.934 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.00 |
|---|---|---|---|

**Andrew K**
**7121 Fairway Drive, Suite 400**
**Palm Beach Gardens, FL 33418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.935 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |

**Andrew Kaden**
**27 Fairhill Rd**
**Westfield, NJ 07090**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.936 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $78.00 |

**Andrew Kasprzyk**
**13021 Vermont St**
**Holland, NY 14080**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.937 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $30.00 |

**Andrew Kellner**
**234 Boulevard**
**Scarsdale, NY 10583**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.938 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $290.00 |

**Andrew Killough**
**3724 Hulen St**
**Fort Worth, TX 76107**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.939 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $28.00 |

**Andrew Kitzmiller**
**3471 River Hills Dr**
**Cincinnati, OH 45244**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.940 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $133.00 |

**Andrew Klymenko**
**17080 Watersprite Lakes Rd**
**Boca Raton, FL 33496**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.941 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $3,974.00 |

**Andrew Kung**
**37 Knollwood Dr**
**Saratoga Springs, NY 12866**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_ _____
Name

---

| 3.942 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$50.00** |
|---|---|---|---|

**Andrew L**
**1448b Vail Valley Drive**
**Vail, CO 81657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.943 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$21.00** |
|---|---|---|---|

**Andrew L**
**160 Central Park S Rm 601**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.944 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$6.00** |
|---|---|---|---|

**Andrew L**
**2833 E Campbell Ave**
**Phoenix, AZ 85016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.945 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$35.00** |
|---|---|---|---|

**Andrew L**
**7026 Winterberry Lane**
**Bethesda, MD 20817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.946 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$1,172.00** |
|---|---|---|---|

**Andrew Landis**
**160 Central Park S Rm 601**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.947 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$96.00** |
|---|---|---|---|

**Andrew Lazar**
**2833 E Campbell Ave**
**Phoenix, AZ 85016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.948 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$84.00** |
|---|---|---|---|

**Andrew Lewicki**
**19 Dutch St**
**Apt 19e**
**New York, NY 10038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                Case number *(if known)*
_____
Name

| 3.949 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$136.00** |
|---|---|---|---|

**Andrew Littlefield**
**9401 Memphis Dr**
**Lubbock, TX 79423**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.950 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29.00** |
|---|---|---|---|

**Andrew Lockhart**
**51 Federal St Ste 402**
**San Francisco, CA 94107**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.951 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,028.00** |
|---|---|---|---|

**Andrew Lohrum**
**94 Henning Dr**
**Orchard Park, NY 14127**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.952 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,776.00** |
|---|---|---|---|

**Andrew Luca**
**87 Fire Hill Rd**
**Redding, CT 06896**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.953 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22.40** |
|---|---|---|---|

**Andrew M**
**1 Faulkner Rd**
**North Andover, MA 01845**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.954 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22.00** |
|---|---|---|---|

**Andrew M**
**2459 Alma Ave South Lake Tahoe Ca 9**
**South Lake Tahoe, CA 96150**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.955 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11.00** |
|---|---|---|---|

**Andrew M**
**253 Point Of Rocks Rd**
**Brewster, MA 02631**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Phoeno Wine Company, Inc.**                                  Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.956 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |

**3.956**

**Nonpriority creditor's name and mailing address**
**Andrew M**
**3001 Sheffield Ct**
**Fallston, MD 21047**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.957**

**Nonpriority creditor's name and mailing address**
**Andrew M**
**5205 Del Dios Way**
**Austin, TX 78738**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.958**

**Nonpriority creditor's name and mailing address**
**Andrew M**
**5249 Foxen Canyon Road**
**Los Olivos, CA 93441**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.959**

**Nonpriority creditor's name and mailing address**
**Andrew M**
**7560 W Sahara Ave**
**Suite 108**
**Las Vegas, NV 89117**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$53.01**

---

**3.960**

**Nonpriority creditor's name and mailing address**
**Andrew Magitz**
**6916 E Kings Ave**
**Scottsdale, AZ 85254**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$473.00**

---

**3.961**

**Nonpriority creditor's name and mailing address**
**Andrew Mastey**
**253 Point Of Rocks Rd**
**Brewster, MA 02631**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$79.00**

---

**3.962**

**Nonpriority creditor's name and mailing address**
**Andrew Mcculloch**
**2459 Alma Ave South Lake Tahoe Ca 9**
**South Lake Tahoe, CA 96150**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,250.00**

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| 3.963 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $462.00 |
|---|---|---|---|

**Andrew Mcculloch**
2900 Parandor Pl
Sarasota, FL 34235

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.964 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Mcdurmon**
1867 Hidden Holw
Beulah, MI 49617

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.965 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,040.00 |
|---|---|---|---|

**Andrew Meyer**
1014 Literary Rd
Cleveland, OH 44113

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.966 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $657.00 |
|---|---|---|---|

**Andrew Miller**
3001 Sheffield Ct
Fallston, MD 21047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.967 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,972.00 |
|---|---|---|---|

**Andrew Minoff**
3486 Hotlam Rd
Redding, CA 96002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.968 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,907.00 |
|---|---|---|---|

**Andrew Mitchell**
1 Faulkner Rd
North Andover, MA 01845

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.969 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $245.00 |
|---|---|---|---|

**Andrew Monaghan**
5122 Horned Owl Way
Parker, CO 80134

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**                          Case number (if known) _____

Name

| | |
|---|---|
| 3.970 | **$1,339.00** |

**Nonpriority creditor's name and mailing address**
Andrew Moran
113 Ridgewood Way
Harleysville, PA 19438

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.971 | **$29.00** |

**Nonpriority creditor's name and mailing address**
Andrew Morley
23 E Meadow Rd
Wilton, CT 06897

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.972 | **$132.00** |

**Nonpriority creditor's name and mailing address**
Andrew Morley
55 E 9th St
Apt 4j
New York City, NY 10003

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.973 | **$25.00** |

**Nonpriority creditor's name and mailing address**
Andrew N
2615 N Downer Ave
Milwaukee, WI 53211

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.974 | **$239.00** |

**Nonpriority creditor's name and mailing address**
Andrew O
10513 Northvale Rd
Los Angeles, CA 90064

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.975 | **$40,274.00** |

**Nonpriority creditor's name and mailing address**
Andrew Olsen
10513 Northvale Rd
Los Angeles, CA 90064

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.976 | **$2.00** |

**Nonpriority creditor's name and mailing address**
Andrew P
1421 Iris Dr Apt 4312
Charlotte, NC 28205

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
                 Name

---

| 3.977 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$245.00** |

**Andrew P**
**14500 South Outer Forty**
**Suite 500**
**Chesterfield, MO 63017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.978 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$193.00** |

**Andrew P**
**614 N Mission St**
**C/O North Cascades Bank**
**Wenatchee, WA 98801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.979 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30.00** |

**Andrew P**
**913 Shreiner Ave**
**Lancaster, PA 17603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.980 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |

**Andrew P**
**96 Cedar Grove Road**
**Branchburg, NJ 08876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.981 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$938.00** |

**Andrew Parker**
**1421 Iris Dr Apt 4312**
**Charlotte, NC 28205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.982 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,102.00** |

**Andrew Patterson**
**1308 Granville Rd**
**Franklin, TN 37064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.983 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$413.00** |

**Andrew Penney**
**913 Shreiner Ave**
**Lancaster, PA 17603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F              Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
Name                                        Case number *(if known)*

| | | |
|---|---|---|
| 3.984 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Andrew Porazzo**
**2 Applegate Ter**
**Manalapan, NJ 07726**
$33.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.985 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Andrew Poster**
**20 Main St**
**Sag Harbor, NY 11963**
$135.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.986 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Andrew Priestes**
**13061 Pembroke Dr**
**Naples, FL 34105**
$54,050.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.987 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Andrew Provencher**
**11 Paul Jones Dr**
**Brick, NJ 08723**
$2,449.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.988 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Andrew R**
**120 Michaela Dr**
**Alpharetta, GA 30009**
$10.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.989 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Andrew Reynolds**
**8030 Gardner Rd**
**Tampa, FL 33625**
$19.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.990 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Andrew Rodenbach**
**13753 Sachs Ave**
**Orlando, FL 32827**
$140.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.991 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220.00 |
|---|---|---|---|

**Andrew Rosen**
**5438 Sale Ave**
**Woodland Hills, CA 91367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.992 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $129.00 |
|---|---|---|---|

**Andrew Rowe**
**1453 Helmo Ave N**
**Oakdale, MN 55128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.993 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |
|---|---|---|---|

**Andrew Rush**
**5165 State Road 13 N**
**Saint Augustine, FL 32092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.994 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.00 |
|---|---|---|---|

**Andrew S**
**6702 N Road H**
**Johnson, KS 67855**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.995 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,086.00 |
|---|---|---|---|

**Andrew Schiff**
**5690 E Cornell Ave**
**Denver, CO 80222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.996 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,125.00 |
|---|---|---|---|

**Andrew Schmid**
**3513 W Cherokee Ave**
**Tampa, FL 33611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.997 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.00 |
|---|---|---|---|

**Andrew Smith**
**141 N Meramec Ave Ste 316**
**Clayton, MO 63105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.998 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$326.00** |
| --- | --- | --- | --- |

**Andrew Smith**
**101 King Ave**
**East Dundee, IL 60118**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.999 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28.00** |
| --- | --- | --- | --- |

**Andrew Sparks**
**3 Embarcadero Ctr**
**San Francisco, CA 94111**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.100 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,884.00** |
| --- | --- | --- | --- |

**Andrew Stewart**
**2637 Cassia Ln**
**Jacksonville, FL 32246**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.100 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$185.00** |
| --- | --- | --- | --- |

**Andrew Strickland**
**665 Johnnie Dodds Blvd Ste 201**
**Mount Pleasant, SC 29464**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.100 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
| --- | --- | --- | --- |

**Andrew Tiscareno**
**1807 Parsons Ln**
**Antioch, CA 94509**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.100 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,410.00** |
| --- | --- | --- | --- |

**Andrew Trailor**
**6400 Sw 94th St**
**Pinecrest, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.100 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15.00** |
| --- | --- | --- | --- |

**Andrew U**
**1422 A St Ne**
**Washington, DC 20002**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
　　　　　Name

Case number (if known) _____

---

| 3.100 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $16.00 |

**Andrew V**
**21819 N Via Arnoldo**
**Sun City West, AZ 85375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $737.00 |

**Andrew Vandermaaten**
**21819 N Via Arnoldo**
**Sun City West, AZ 85375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $17.00 |

**Andrew Vote**
**15921 Oakhurst Ln.**
**Fishers, IN 46040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,848.00 |

**Andrew W**
**27 Bridgeport**
**Manhattan Beach, CA 90266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2.00 |

**Andrew W**
**27 Bridgeport**
**Manhattan Beach, CA 90266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |

**Andrew W**
**2855 Mangum Rd Ste 100a**
**Houston, TX 77092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $16.00 |

**Andrew W**
**352 Montana Way**
**If Not Home, Please Deliver To Neighbor**
**Ennis, MT 59729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

Official Form 206 E/F　　　Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.101 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$31.20** |

**Andrew W**
**730 W Lake St Unit 9155**
**Chicago, IL 60661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$123.04** |

**Andrew Watkins**
**144 W Magnolia Dr**
**Belgrade, MT 59714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$78.00** |

**Andrew Weinberg**
**730 W Lake St Unit 9155**
**Chicago, IL 60661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,743.00** |

**Andrew Wells**
**6024 Over Hadden Ct**
**Raleigh, NC 27614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$130.00** |

**Andrew Wesson**
**3735 Beartooth Ln E**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$576.00** |

**Andrew Westling**
**141 Virginia Street**
**El Segundo, CA 90245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,539.00** |

**Andrew Wheeler**
**2855 Mangum Rd Ste 100a**
**Houston, TX 77092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.101 9**

**Nonpriority creditor's name and mailing address**

**Andrew White**
**352 Montana Way**
**If Not Home, Please Deliver To Neighbor**
**Ennis, MT 59729**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$7,101.00**

---

**3.102 0**

**Nonpriority creditor's name and mailing address**

**Andrew Whiteley**
**505 Anchorage Ave**
**Carlsbad, CA 92011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,293.00**

---

**3.102 1**

**Nonpriority creditor's name and mailing address**

**Andrew Wilcox**
**38 Linden Park Dr**
**Clifton Park, NY 12065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.102 2**

**Nonpriority creditor's name and mailing address**

**Andrew Williamson**
**600 Jackson Street**
**Apt 202e**
**Hoboken, NJ 07030**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$116.00**

---

**3.102 3**

**Nonpriority creditor's name and mailing address**

**Andrew Wischhover**
**11757 Southwest Hwy**
**Palos Heights, IL 60463**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$94.00**

---

**3.102 4**

**Nonpriority creditor's name and mailing address**

**Andrew Wischhover**
**47 Lucas Drive, Palos Hills, Il, Usa**
**Palos Hills, IL 60465**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,899.00**

---

**3.102 5**

**Nonpriority creditor's name and mailing address**

**Andrew Woloz**
**27 Bridgeport**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,328.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.102 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $20.00 |
|---|---|---|---|

**Andrew Wood**
**9860 Berwick Dr**
**Saint Louis, MO 63123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $30.00 |
|---|---|---|---|

**Andrewg Shainjr**
**403 Michigan Ave**
**Valparaiso, IN 46383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $205.01 |
|---|---|---|---|

**Andrewschaye**
**399 Dean St Apt 1**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $116.00 |
|---|---|---|---|

**Andrey Schulte**
**433 Cabrill Dr**
**Charleston, SC 29414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $100.00 |
|---|---|---|---|

**Andrey Y 8130**
**728 A Vermont St**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $17.00 |
|---|---|---|---|

**Andria L**
**77 Wellington Ave # 643**
**Ross, CA 94957**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $18.00 |
|---|---|---|---|

**Andy B**
**16693 Sweetgum Rd**
**Frisco, TX 75033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____     Case number *(if known)* _____
Name

| 3.103 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$925.67** |
| **Andy B**<br>**26611 Opal St**<br>**Moreno Valley, CA 92555** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | Basis for the claim:  **Customers - Deferred Credit** | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,017.00** |
| **Andy Burr**<br>**1352 South St Unit 311**<br>**Philadelphia, PA 19147** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | Basis for the claim:  **Customer** | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9.00** |
| **Andy C**<br>**305 Palatine Pl**<br>**Peachtree City, GA 30269** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | Basis for the claim:  **Customers - Deferred Credit** | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$304.00** |
| **Andy Casanova**<br>**305 Palatine Pl**<br>**Peachtree City, GA 30269** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | Basis for the claim:  **Customer** | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28.00** |
| **Andy Decker**<br>**3522 Mooregate Drive**<br>**Marietta, GA 30062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | Basis for the claim:  **Customer** | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$292.00** |
| **Andy Ferner**<br>**6718 Tree Top Trl**<br>**Fort Wayne, IN 46845** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | Basis for the claim:  **Customer** | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$369.00** |
| **Andy Green**<br>**1609 Valle Verde Dr**<br>**Brentwood, TN 37027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | Basis for the claim:  **Customer** | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
          Name

| 3.104 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,433.00** |

**Andy Hogshead**
**4551 New Broad St**
**Orlando, FL 32814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.104 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3.12** |

**Andy K**
**116 S Brent Circle**
**Walnut, CA 91789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.104 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$119.00** |

**Andy Kreutziger**
**3817 Vardon Ct**
**Woodridge, IL 60517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.104 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$401.00** |

**Andy Mason**
**2667 S High St**
**Denver, CO 80210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.104 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$228.00** |

**Andy Mckee**
**23501 Lilliflora Dr**
**California, MD 20619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.104 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$499.00** |

**Andy Medina**
**24 Old Wagon Road**
**Old Greenwich, CT 06870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.104 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Andy Nonesoung**
**5427 Floating Flower Ave**
**Las Vegas, NV 89139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____     Case number *(if known)*  _____
Name

| 3.104 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Andy O**
**1683 Lakehurst Ave**
**Winter Park, FL 32789**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7.00** |
|---|---|---|---|

**Andy O**
**894 Robinson Road**
**Greer, SC 29651**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Andy R**
**5580 Lbj Freeway**
**Suite 515**
**Dallas, TX 75240**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$300.00** |
|---|---|---|---|

**Andy Rodriguez**
**1029 Milan Ave.**
**Coral Gables, FL 33134**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |
|---|---|---|---|

**Andy S**
**8610 176th St W**
**Lakeville, MN 55044**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,958.00** |
|---|---|---|---|

**Andy Santiago**
**630 Dianne Dr**
**Melbourne, FL 32935**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,083.00** |
|---|---|---|---|

**Andy Schoka**
**1317 Newkirk Ct**
**Vienna, VA 22182**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                          Case number (if known) _____

---

| 3.105 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Andy Tjan**
**19566 Trails End Ter**
**Jupiter, FL 33458**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                **$95.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Andy Yan**
**277 5th Ave Unit 41b**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                **$60.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Andy Z**
**793 Summerhill Ridge Dr Nw**
**Issaquah, WA 98027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                **$15.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ang Pool Funai**
**1323 Western Ridge Dr**
**Waco, TX 76712**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                **$52.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Angel Ames**
**6735 Stoneridge Est**
**Columbia, IL 62236**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                **$362.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Angel G**
**9030 Southwest 36th Street**
**Miami, FL 33165**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                **$7.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Angel Robinson**
**29 Turnbridge Dr**
**Lumberton, NJ 08048**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| **3.106 1** | |

**Nonpriority creditor's name and mailing address**

**Angel Walker**
**1429 Sagewood Cir**
**Stone Mountain, GA 30083**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$17.00**

---

| | |
|---|---|
| **3.106 2** | |

**Nonpriority creditor's name and mailing address**

**Angela B**
**506 Acorn Court**
**Mankato, MN 56001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

| | |
|---|---|
| **3.106 3** | |

**Nonpriority creditor's name and mailing address**

**Angela Bento**
**251 Knollcrest Road**
**Mountainside, NJ 07092**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$22.00**

---

| | |
|---|---|
| **3.106 4** | |

**Nonpriority creditor's name and mailing address**

**Angela Boggs**
**10465 Bogie Way**
**Chico, CA 95928**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$284.00**

---

| | |
|---|---|
| **3.106 5** | |

**Nonpriority creditor's name and mailing address**

**Angela Booe**
**5290 14th St NE**
**Saint Petersburg, FL 33703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$492.00**

---

| | |
|---|---|
| **3.106 6** | |

**Nonpriority creditor's name and mailing address**

**Angela Borck**
**417 Saddleback Dr**
**Fairview, TX 75069**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,500.00**

---

| | |
|---|---|
| **3.106 7** | |

**Nonpriority creditor's name and mailing address**

**Angela Covil**
**1366 Sundance Dr**
**Plumas Lake, CA 95961**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$540.00**

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.1068 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Angela F**
**3702 N Highway A1a #702**
**Hutchinson Island, FL 34949**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.1069 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Angela G**
**32371 Deep Meadow Ln**
**Locust Grove, VA 22508**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.1070 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Angela Geer**
**7714 Michigan Ave**
**Saint Louis, MO 63111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,314.00**

---

| 3.1071 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Angela Gentry**
**401 Bowling Avenue**
**Unit 65**
**Nashville, TN 37205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.1072 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Angela Graffeo**
**3909 Saddlehead Dr**
**Plano, TX 75075**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

| 3.1073 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Angela Gray**
**10419 Falcon Parc Blvd.**
**Apt. 106**
**Orlando, FL 32832**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$23.00**

---

| 3.1074 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Angela H**
**1540 Flint Hill Highway**
**Shiloh, GA 31826**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$45.00**

---

Debtor     **Phoeno Wine Company, Inc.**
　　　　　Name                                              Case number (if known)　　　　　

---

| 3.107 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23.00** |
|---|---|---|---|

**Angela Hendricks**
**1307 Meadowbrook Circle**
**Salisbury, NC 28144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$170.00** |
|---|---|---|---|

**Angela Kalamaras**
**103 Castellum Square**
**Winston Salem, NC 27127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19.00** |
|---|---|---|---|

**Angela Lockhart**
**235 N Lockwood Ave # 2**
**Chicago, IL 60644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28.00** |
|---|---|---|---|

**Angela Maloof**
**5390 Arrowhead Dr**
**Wadsworth, OH 44281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$340.00** |
|---|---|---|---|

**Angela Mancebo**
**830 Muender Ave**
**Sunnyvale, CA 94086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$523.00** |
|---|---|---|---|

**Angela Mauch**
**13111 W 54th Ter**
**Shawnee, KS 66216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Angela Mcdonald**
**105 S Kensington Ave**
**La Grange, IL 60525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____  Case number _(if known)_  _____
        Name

| 3.108<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$28.00** |

**Angela Mosier**
**304 E Pine St**
**Lakeland, FL 33801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$25.00** |

**Angela Neuberger**
**4421 N 14 St**
**Lincoln, NE 68521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$25.00** |

**Angela P**
**1002 Gould Place**
**Oviedo, FL 32765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$88.00** |

**Angela Purvis**
**1341 Custer Ave**
**Cincinnati, OH 45208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$50.00** |

**Angela R**
**579 Sahuaro Way**
**Big Bear Lake, CA 92315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$167.00** |

**Angela Radovich**
**17582 De Long Cir**
**Huntington Beach, CA 92649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$586.00** |

**Angela Rhodes**
**1717 Fats Lane**
**Seffner, FL 33584**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____        Case number _(if known)_   _____
Name

---

| 3.108 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Angela S**
**2009 Se 10th Ave Apt 301**
**Fort Lauderdale, FL 33316**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._                                          **$9.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Angela Stewart**
**11644 Upper Peninsula Pl**
**Saint John, IN 46373**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._                                          **$120.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Angela Stowers**
**15 Lockerbie Green**
**Valparaiso, IN 46385**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._                                          **$18.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Angela T**
**1154 County Road 136a**
**Alvin, TX 77511**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._                                          **$10.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Angela Taber**
**20 Woodruff Ave**
**Narragansett, RI 02882**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._                                          **$4,659.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Angela Taylor**
**1154 County Road 136a**
**Alvin, TX 77511**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._                                          **$76.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Angela Walters**
**624 Ammons Rd**
**Franklin, NC 28734**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._                                          **$118.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 3.109 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22.00** |

**Angela Welch**
**5684 Bay St Apt 538**
**(Deliver To Leasing Office)**
**Emeryville, CA 94608**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$317.00** |

**Angela Wheland**
**304 Dawson Ave**
**Cranberry Twp, PA 16066**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |

**Angelo C**
**1760 W Wrightwood Ave Apt 202**
**Chicago, IL 60614**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |

**Angelo C**
**2132 Longmont Dr**
**Wake Forest, NC 27587**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Angelo Fields**
**1944 W 58th St**
**Cleveland, OH 44102**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$720.00** |

**Angelo P 7092**
**2110 Cardigan Hill**
**San Antonio, TX 78232**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11.20** |

**Angelo P 9220**
**2110 Cardigan Hl**
**San Antonio, TX 78232**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

**3.110 3**

**Nonpriority creditor's name and mailing address**

**Angelo Prieto**
**258 Autumn Sky Dr**
**Hendersonville, NC 28792**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,381.00**

---

**3.110 4**

**Nonpriority creditor's name and mailing address**

**Angelo Scaglione**
**795 Middle Country Rd**
**Saint James, NY 11780**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$148.00**

---

**3.110 5**

**Nonpriority creditor's name and mailing address**

**Angelob**
**1385 Fillmore St, Fies20530**
**San Francisco, CA 94115**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

**3.110 6**

**Nonpriority creditor's name and mailing address**

**Angeloj Rossi**
**1327 Canada Road**
**Woodside, CA 94062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,020.00**

---

**3.110 7**

**Nonpriority creditor's name and mailing address**

**Angelyn Mitchell**
**261 Countryshire Drive**
**Lake St. Louis, MO 63367**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$718.00**

---

**3.110 8**

**Nonpriority creditor's name and mailing address**

**Anghela T**
**400 Beach Dr. Ne**
**Unit 1602**
**Saint Petersburg, FL 33701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,621.00**

---

**3.110 9**

**Nonpriority creditor's name and mailing address**

**Anghela Tayagui**
**400 Beach Dr. NE**
**Unit 1602**
**Saint Petersburg, FL 33701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,716.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
Name

| | |
|---|---|
| 3.111 0 | **Nonpriority creditor's name and mailing address**<br>**Angie B**<br>**1335 Village Green Dr**<br>**Southlake, TX 76092**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*     **$50.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.111 1 | **Nonpriority creditor's name and mailing address**<br>**Angie Burklow**<br>**415 Rounds Dr**<br>**Fenton, MI 48430**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*     **$112.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.111 2 | **Nonpriority creditor's name and mailing address**<br>**Angie Hetherington**<br>**1512 Grove Dr**<br>**Celina, TX 75009**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*     **$119.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.111 3 | **Nonpriority creditor's name and mailing address**<br>**Angie Moreno**<br>**2321 Cypress St**<br>**Antioch, CA 94509**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*     **$3.49**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.111 4 | **Nonpriority creditor's name and mailing address**<br>**Angie S**<br>**252 7th Ave**<br>**Onalaska, TX 77360**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*     **$10.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.111 5 | **Nonpriority creditor's name and mailing address**<br>**Angie Zhang**<br>**385 S Manchester Ave Unit 3064**<br>**Orange, CA 92868**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*     **$190.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.111 6 | **Nonpriority creditor's name and mailing address**<br>**Anh S**<br>**916 Lake Carillon Ln**<br>**Southlake, TX 76092**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*     **$8.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.111<br>7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Anh Singhania**
**916 Lake Carillon Ln**
**Southlake, TX 76092**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$3,410.00**

---

| 3.111<br>8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ani G**
**1011 Sherlock Dr**
**Burbank, CA 91501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.111<br>9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ani N**
**2080 Olivia Ct**
**Pleasanton, CA 94588**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$63.94**

---

| 3.112<br>0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Anil Amin**
**8515 Main St Apt 10i**
**Jamaica, NY 11435**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$32.00**

---

| 3.112<br>1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Anil Shivaram**
**58 Fenway Rd**
**Westerly, RI 02891**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$9,027.00**

---

| 3.112<br>2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Anil Srivastava**
**20159 Majestic Dr**
**Apple Valley, CA 92308**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$188.00**

---

| 3.112<br>3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Anilda Palushi**
**25 Poor St**
**North Andover, MA 01845**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

| | | |
|---|---|---|
| 3.112 4 | **Nonpriority creditor's name and mailing address**<br>**Anirudh Aggarwal**<br>**1879 Dobbin Dr**<br>**San Jose, CA 95133**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$160.00** |

| | | |
|---|---|---|
| 3.112 5 | **Nonpriority creditor's name and mailing address**<br>**Anita Anderson**<br>**6312 Ewing Ave S**<br>**Edina, MN 55410**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.112 6 | **Nonpriority creditor's name and mailing address**<br>**Anita C**<br>**805 Fairview Rd**<br>**Coatesville, PA 19320**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$12.00** |

| | | |
|---|---|---|
| 3.112 7 | **Nonpriority creditor's name and mailing address**<br>**Anita Cook**<br>**805 Fairview Rd**<br>**Coatesville, PA 19320**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$43.00** |

| | | |
|---|---|---|
| 3.112 8 | **Nonpriority creditor's name and mailing address**<br>**Anita Diez**<br>**2514 Poinciana Dr**<br>**Weston, FL 33327**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$30.00** |

| | | |
|---|---|---|
| 3.112 9 | **Nonpriority creditor's name and mailing address**<br>**Anita G**<br>**20 Wanamaker Dr**<br>**East Falmouth, MA 02536**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$10.00** |

| | | |
|---|---|---|
| 3.113 0 | **Nonpriority creditor's name and mailing address**<br>**Anita L**<br>**2020 N 21st St**<br>**Parsons, KS 67357**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$25.00** |

Debtor    **Phoeno Wine Company, Inc.**

Name    Case number *(if known)* _____

| 3.113 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**Anita L**
**9300 Indian Knoll Trail**
**Keller, TX 76240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $81.00 |

**Anita Lyons**
**9300 Indian Knoll Trail**
**Keller, TX 76240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $17.00 |

**Anita M**
**321 N Kuakini St Ste 508**
**Honolulu, HI 96817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $19.00 |

**Anita Mateo**
**321 N Kuakini St Ste 508**
**Honolulu, HI 96817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $26.00 |

**Anita S**
**9328 74th Ave Nw**
**Gig Harbor, WA 98332**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $19.50 |

**Anita S 13435077**
**536 Hawthorn Dr**
**Pawleys Island, SC 29585**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Anita Wood**
**101 17th St S**
**La Crosse, WI 54601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                   Case number *(if known)*
_____                              _____
Name

| 3.113 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$180.00** |

**Ankit Patel**
**3341 Hyde St**
**Irving, TX 75063**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 9 | **Nonpriority creditor's name and mailing address** | | **$50.00** |

**Ankur S**
**20178 Palm Island Drive**
**Boca Raton, FL 33498**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 0 | **Nonpriority creditor's name and mailing address** | | **$460.00** |

**Anlu W**
**100 Van Ness**
**2603**
**San Francisco, CA 94102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 1 | **Nonpriority creditor's name and mailing address** | | **$66.00** |

**Ann Atkinson**
**1401 Knollwood Dr NW**
**Wilson, NC 27896**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 2 | **Nonpriority creditor's name and mailing address** | | **$1,465.00** |

**Ann Bartholomew**
**900 S Alma School Rd**
**Apt 62**
**Chandler, AZ 85224**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 3 | **Nonpriority creditor's name and mailing address** | | **$312.00** |

**Ann Habig**
**6040 Sw 15th Street**
**Plantation, FL 33317**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 4 | **Nonpriority creditor's name and mailing address** | | **$210.00** |

**Ann Lozano**
**6203 Welles Creek Dr**
**San Antonio, TX 78240**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.114 5**

**Nonpriority creditor's name and mailing address**
**Ann M**
**40 Dover Point Rd**
**Dover, NH 03820**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.114 6**

**Nonpriority creditor's name and mailing address**
**Ann M**
**815 Bounty Place**
**Owings, MD 20736**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

**3.114 7**

**Nonpriority creditor's name and mailing address**
**Ann Page**
**5539 Hummingbird St**
**Houston, TX 77096**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,201.00

---

**3.114 8**

**Nonpriority creditor's name and mailing address**
**Ann Spencer**
**913 Victoria Court**
**Downingtown, PA 19335**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$17.00

---

**3.114 9**

**Nonpriority creditor's name and mailing address**
**Ann-Marie B**
**2108 N Navajo Dr**
**Flagstaff, AZ 86001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

**3.115 0**

**Nonpriority creditor's name and mailing address**
**Anna B**
**250 West Street, Apt 1-A**
**New York, NY 10013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$9.00

---

**3.115 1**

**Nonpriority creditor's name and mailing address**
**Anna B**
**321 Broad Street**
**Port Allegany, PA 16743**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$11.00

---

Debtor    **Phoeno Wine Company, Inc.**

Name                                                    Case number (if known)

---

| 3.115 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7.00 |

**Anna B**
**800 5th Avenue**
**Apt 11-A**
**New York, NY 10065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $153.00 |

**Anna Badger**
**1145 Dayton Drive**
**Lantana, TX 76226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $75.00 |

**Anna Beebe**
**42 Utah Pl**
**Athens, OH 45701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,800.00 |

**Anna Berenfeld**
**250 West Street, Apt 1-A**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,318.00 |

**Anna Berenfeld**
**800 5th Avenue**
**Apt 11-A**
**New York, NY 10065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $196.00 |

**Anna Binder**
**321 Broad Street**
**Port Allegany, PA 16743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8.00 |

**Anna C**
**1374 Country Place Dr**
**Houston, TX 77079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**          Case number *(if known)* _____
_____
Name

---

| 3.115 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Anna Chantasi**
**1120 Eaglewood Ave**
**West Fargo, ND 58078**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,531.00** |
|---|---|---|---|

**Anna Chopra**
**1374 Country Place Dr**
**Houston, TX 77079**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$170.00** |
|---|---|---|---|

**Anna Day**
**4093 Hanover Sq Dr**
**Dublin, OH 43016**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$23.00** |
|---|---|---|---|

**Anna Deluca**
**63 Brentwood St**
**Portland, ME 04103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$112.00** |
|---|---|---|---|

**Anna Dimacali**
**18 Essex Place**
**Dumont, NJ 07628**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$51.00** |
|---|---|---|---|

**Anna Eckhoff**
**5440 Leary Ave NW Unit 509**
**Seattle, WA 98107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$232.00** |
|---|---|---|---|

**Anna Faul**
**6210 Quay St**
**Arvada, CO 80003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Name                                                                    Case number *(if known)*

---

| 3.116 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Anna G**
**4162 Denver Ave**
**Yorba Linda, CA 92886**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.116 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Anna Glomb**
**1214 5th Ave Apt 30j**
**New York, NY 10029**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$114.00**

---

| 3.116 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Anna Lion**
**3052 Bunker Hill Lane**
**Suite 120**
**Santa Clara, CA 95054**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.64**

---

| 3.116 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Anna Maiolo**
**4416 Old Grogan Rd NW**
**Acworth, GA 30101**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$166.00**

---

| 3.117 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Anna Mello**
**20661 Shepherd Hills Dr**
**Diamond Bar, CA 91789**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$353.00**

---

| 3.117 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Anna P**
**4700 Abbott Ave Apt 3**
**Dallas, TX 75205**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.117 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Anna Scholes**
**3589 Johnwood Dr**
**Memphis, TN 38122**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F                 Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.117 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Anna Stadnek**
**12505 Brandywine Ct**
**Austin, TX 78727**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$48.00

---

| 3.117 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Anna Sullivan**
**2811 Winterfield Rd**
**Midlothian, VA 23113**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$459.00

---

| 3.117 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Anna T**
**10656 Manuel St**
**Frisco, TX 75035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$38.00

---

| 3.117 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Anna Tassin**
**10656 Manuel St**
**Frisco, TX 75035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,078.00

---

| 3.117 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Anna Tong**
**71 Lexington Gdns**
**North Haven, CT 06473**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$19.00

---

| 3.117 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Anna Varlamov**
**9723 Lake Hugh Dr**
**Gotha, FL 34734**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$754.00

---

| 3.117 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Anna Wu**
**2033 Montera Dr**
**Hacienda Heights, CA 91745**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$168.00

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.118 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Annakathryn Sengupta**
**21150 Grenola Dr**
**Cupertino, CA 95014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$280.00**

---

| 3.118 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Anne C**
**1499 Blake St Apt 3k**
**Denver, CO 80202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.118 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Anne C**
**4024 Hillcrest Dr**
**Furlong, PA 18925**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.118 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Anne Chain**
**61 W 62nd St**
**Apt 10b**
**New York, NY 10023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$345.00**

---

| 3.118 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Anne Charlap**
**1499 Blake St Apt 3k**
**Denver, CO 80202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,898.00**

---

| 3.118 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Anne Coffman**
**12810 W Meadow Ln**
**New Berlin, WI 53151**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$76.00**

---

| 3.118 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Anne Finleykessler**
**2419 N Artesian**
**Chicago, IL 60647**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$17,442.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known)    _____

---

| 3.118 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Anne Frea**
**617 Downing Dr**
**Waukesha, WI 53186**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$534.00**

---

| 3.118 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Anne Frew**
**3212 N 167th Dr**
**Goodyear, AZ 85395**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,832.00**

---

| 3.118 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Anne Galezniak**
**260 Harding Ave**
**Clementon, NJ 08021**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$285.00**

---

| 3.119 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Anne Johnston**
**3221 Ransom Rd**
**Lancaster, NY 14086**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$117.00**

---

| 3.119 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Anne Krepacki**
**693 Thomas Penn Dr**
**West Grove, PA 19390**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,870.00**

---

| 3.119 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Anne Krob**
**5072 Barcroft Drive**
**Indian Land, SC 29707**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$497.00**

---

| 3.119 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Anne M**
**899 Willow St**
**Martinez, CA 94553**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$62.78**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.119<br>4 | **Nonpriority creditor's name and mailing address**<br>**Anne Martin**<br>**899 Willow St**<br>**Martinez, CA 94553** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$94.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119<br>5 | **Nonpriority creditor's name and mailing address**<br>**Anne Mccafferty**<br>**551 Cooper Rd**<br>**West Berlin, NJ 08091** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$39.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119<br>6 | **Nonpriority creditor's name and mailing address**<br>**Anne Mccarthy**<br>**614 Main St**<br>**Wakefield, NE 68784** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,828.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119<br>7 | **Nonpriority creditor's name and mailing address**<br>**Anne Miller**<br>**13875 Hwy 13 S. Front Rd #225**<br>**Savage, MN 55378** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$298.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119<br>8 | **Nonpriority creditor's name and mailing address**<br>**Anne Morse**<br>**182 Wonder View Rd**<br>**Catawissa, PA 17820** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$220.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119<br>9 | **Nonpriority creditor's name and mailing address**<br>**Anne Moses**<br>**21684 8th St E Ste 200**<br>**Sonoma, CA 95476** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$297.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120<br>0 | **Nonpriority creditor's name and mailing address**<br>**Anne Welch**<br>**912 5th Ave**<br>**Sterling, IL 61081** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$24.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

| 3.120 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7.00 |
|---|---|---|---|

**Annessa S**
**Pmd Management Co.**
**1343 North Wells**
**Chicago, IL 60610**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $419.00 |
|---|---|---|---|

**Annessa Staab**
**Pmd Management Co.**
**1343 North Wells**
**Chicago, IL 60610**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $526.00 |
|---|---|---|---|

**Annette Mucha**
**2150 Rocky Point Way**
**San Marcos, CA 92078**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $98.00 |
|---|---|---|---|

**Annette Obanion**
**1230 Long Cove Dr**
**Greensboro, GA 30642**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |
|---|---|---|---|

**Annette W**
**216 S. 4th St.**
**Mcallen, TX 78501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $338.00 |
|---|---|---|---|

**Annie Okeefe**
**5202 Pine Forest Rd**
**Houston, TX 77056**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $280.00 |
|---|---|---|---|

**Annie Sanders**
**4 Market Place Dr**
**York, ME 03909**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

| | |
|---|---|
| **3.120 8** | |

**Nonpriority creditor's name and mailing address**
**Annie Settineri**
**6753 N Oxford Ave**
**Chicago, IL 60631**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$434.00**

---

| | |
|---|---|
| **3.120 9** | |

**Nonpriority creditor's name and mailing address**
**Annmarie Railing**
**5392 Brookland Drive**
**Broad Run, VA 20137**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$318.00**

---

| | |
|---|---|
| **3.121 0** | |

**Nonpriority creditor's name and mailing address**
**Ansha Baker**
**966 Loma Drive**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$269.00**

---

| | |
|---|---|
| **3.121 1** | |

**Nonpriority creditor's name and mailing address**
**Ante Rotim**
**24252 Bark Street**
**Lake Forest, CA 92630**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$42.00**

---

| | |
|---|---|
| **3.121 2** | |

**Nonpriority creditor's name and mailing address**
**Anthony A**
**9303 Trinana Circle**
**Winter Garden, FL 34787**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| | |
|---|---|
| **3.121 3** | |

**Nonpriority creditor's name and mailing address**
**Anthony Azavedo**
**18021 Skypark Circle # D**
**Irvine, CA 92614**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$210.00**

---

| | |
|---|---|
| **3.121 4** | |

**Nonpriority creditor's name and mailing address**
**Anthony B**
**136 Chestnut Rd**
**Waxahachie, TX 75165**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$311.39**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_    _____

---

| 3.121 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$66.00** |

**Anthony B**
**2833 Harbor Rd**
**Merrick, NY 11566**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.121 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$75.00** |

**Anthony Barkey**
**13457 West 22nd Place**
**Golden, CO 80401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.121 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$64.00** |

**Anthony Barresi**
**194 Hall Hill Road**
**Somers, CT 06071**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.121 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$120.00** |

**Anthony Bavaro**
**26 Meadowcroft Ln**
**Greenwich, CT 06830**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.121 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$970.00** |

**Anthony Brown**
**1127 Fee Dr**
**Sacramento, CA 95815**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.122 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$10.00** |

**Anthony C**
**2 Northside Piers**
**21c**
**Brookyn, NY 11249**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.122 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$55.00** |

**Anthony C**
**3220 N Clifton Ave Apt 2**
**Chicago, IL 60657**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

| 3.122<br>2 | **Nonpriority creditor's name and mailing address**<br>**Anthony C**<br>**4387 Harborpointe Dr**<br>**Port Richey, FL 34668** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $30.00 |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122<br>3 | **Nonpriority creditor's name and mailing address**<br>**Anthony C**<br>**5 Inverness Court**<br>**Monroe Twp, NJ 08831** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5.00 |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122<br>4 | **Nonpriority creditor's name and mailing address**<br>**Anthony C**<br>**701 S Olive Ave**<br>**421**<br>**West Palm Beach, FL 33401** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7.00 |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122<br>5 | **Nonpriority creditor's name and mailing address**<br>**Anthony Callendrello**<br>**28 Park Street**<br>**Exeter, NH 03833** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $89.00 |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122<br>6 | **Nonpriority creditor's name and mailing address**<br>**Anthony Canzoneri**<br>**101 E Kennedy Blvd Ste 3700**<br>**Tampa, FL 33602** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $372.00 |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122<br>7 | **Nonpriority creditor's name and mailing address**<br>**Anthony Capozzi**<br>**3858 Hillcrest Dr Se**<br>**Smyrna, GA 30080** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,918.00 |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122<br>8 | **Nonpriority creditor's name and mailing address**<br>**Anthony Cappello**<br>**2 Northside Piers**<br>**21c**<br>**Brookyn, NY 11249** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $48.00 |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.122 9**

**Nonpriority creditor's name and mailing address**

**Anthony Cardella**
**9431 Sw 89th Ct**
**Miami, FL 33176**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$33.00**

---

**3.123 0**

**Nonpriority creditor's name and mailing address**

**Anthony Carter**
**40 Estelle Ln**
**Fanwood, NJ 07023**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$174.00**

---

**3.123 1**

**Nonpriority creditor's name and mailing address**

**Anthony Cina**
**4387 Harborpointe Dr**
**Port Richey, FL 34668**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$49.00**

---

**3.123 2**

**Nonpriority creditor's name and mailing address**

**Anthony Coronado**
**3220 N Clifton Ave Apt 2**
**Chicago, IL 60657**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,603.00**

---

**3.123 3**

**Nonpriority creditor's name and mailing address**

**Anthony Czaplicki**
**10455 Orthopaedic Dr**
**Newburgh, IN 47630**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$60,216.00**

---

**3.123 4**

**Nonpriority creditor's name and mailing address**

**Anthony D**
**1024 Loma Vista Dr**
**Beverly Hills, CA 90210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.123 5**

**Nonpriority creditor's name and mailing address**

**Anthony D**
**301 Brazos St Frnt Desk**
**Austin, TX 78701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.123 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$505.00** |

**Anthony Declusin**
**2298 W 28th Ave**
**#137**
**Denver, CA 80211**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,868.00** |

**Anthony Deleo**
**214 Mystic Dr**
**Egg Harbor Township, NJ 08234**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$720.00** |

**Anthony Disanza**
**7315 Everleigh Ct**
**Orlando, FL 32819**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,563.00** |

**Anthony Elgohary**
**5109 Bayport Landing**
**Suffolk, VA 23435**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$340.00** |

**Anthony Enright**
**2000 Lyndale Ave S Unit 602**
**Minneapolis, MN 55405**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$227.00** |

**Anthony Erickson**
**2111 W 11th St**
**Yankton, SD 57078**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19,795.00** |

**Anthony Ficociello**
**13801 Fallsprings Way**
**Manor, TX 78653**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| 3.124 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Anthony Freveletti**
**420 W Capitol Ave Ste 2**
**Springfield, IL 62704**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$33.00

---

| 3.124 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Anthony G**
**6505 Wuerpel St**
**New Orleans, LA 70124**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

| 3.124 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Anthony Garcia**
**25615 Desert Rainbow**
**Boerne, TX 78006**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$298.00

---

| 3.124 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Anthony Gray**
**737 Key Route Boulevard**
**Albany, CA 94706**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$5,208.00

---

| 3.124 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Anthony Iacono**
**2031 W 35th Street**
**San Pedro, CA 90732**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$2,342.00

---

| 3.124 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Anthony Ilano**
**1658 Lower 4th Ave N**
**Jacksonville Beach, FL 32250**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$537.00

---

| 3.124 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Anthony J**
**2741 Sw 136th Avenue**
**Davie, FL 33330**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$19.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                        Case number (if known) _____

| 3.125 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$123.00** |
|---|---|---|---|

**Anthony Johnson**
**807 18th Ave S Apt 300**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$125.00** |
|---|---|---|---|

**Anthony Jones**
**2741 Sw 136th Avenue**
**Davie, FL 33330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10.00** |
|---|---|---|---|

**Anthony K**
**199 E Bonanza Dr**
**Carson City, NV 89706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$26.00** |
|---|---|---|---|

**Anthony Kaszuba**
**2022 Flora Pass Pl**
**Kissimmee, FL 34747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$478.00** |
|---|---|---|---|

**Anthony Krow**
**3939 Lively Ln**
**Dallas, TX 75220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$91.00** |
|---|---|---|---|

**Anthony Lisica**
**6535 Via Siena**
**Rancho Palos Verdes, CA 90275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,746.00** |
|---|---|---|---|

**Anthony Lopez**
**1035 NE 96th St**
**Miami Shores, FL 33138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| 3.125 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$72.00** |
|---|---|---|---|

**Anthony Lotito**
**6 Grant Ct**
**Eatontown, NJ 07724**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$10.00** |
|---|---|---|---|

**Anthony M**
**111 Kent Ave**
**Apt 2s**
**Brooklyn, NY 11249**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$7.00** |
|---|---|---|---|

**Anthony M**
**24 1st Ave**
**Page, AZ 86040**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$65.00** |
|---|---|---|---|

**Anthony Mandracchia**
**6940 Long Leaf Dr**
**Parkland, FL 33076**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$3,296.00** |
|---|---|---|---|

**Anthony Mcdaniel**
**210 Silver Oak Drive**
**Grapevine, TX 76051**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$32.00** |
|---|---|---|---|

**Anthony Mendillo**
**7 Briarwood Way**
**North Haledon, NJ 07508**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$861.00** |
|---|---|---|---|

**Anthony Morgan**
**701 Ridge Hill Blvd Unit 5b**
**Yonkers, NY 10710**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **Phoeno Wine Company, Inc.**

            Name

Case number (if known)

---

**3.126 4**

**Nonpriority creditor's name and mailing address**

**Anthony Nash**
**1075 Space Park Way**
**Spc 173**
**Mountain View, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.126 5**

**Nonpriority creditor's name and mailing address**

**Anthony P**
**3630 West Medinah Court**
**Anthem, AZ 85086**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$2.00**

---

**3.126 6**

**Nonpriority creditor's name and mailing address**

**Anthony R**
**2409 Montavista Pl W**
**Seattle, WA 98199**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.126 7**

**Nonpriority creditor's name and mailing address**

**Anthony Reeves**
**2409 Montavista Pl W**
**Seattle, WA 98199**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

**3.126 8**

**Nonpriority creditor's name and mailing address**

**Anthony Renzette**
**21433 Glebe View Dr**
**Broadlands, VA 20148**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$37.00**

---

**3.126 9**

**Nonpriority creditor's name and mailing address**

**Anthony Ricciardi**
**6221 Mesa Gln**
**Bradenton, FL 34203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,175.00**

---

**3.127 0**

**Nonpriority creditor's name and mailing address**

**Anthony Russo**
**6 High Ridge Rd**
**Shrewsbury, MA 01545**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
Name

| 3.127 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$26.00** |
|---|---|---|---|

**Anthony S**
**13507 Sw 59 Ave**
**Miami, FL 33156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$93.00** |
|---|---|---|---|

**Anthony Salvati**
**5257 Lindell Blvd**
**Saint Louis, MO 63108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$89.00** |
|---|---|---|---|

**Anthony Sliwinski**
**9804 Lake Meadow Pl**
**Henrico, VA 23238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29.00** |
|---|---|---|---|

**Anthony Sliwinski**
**9804 Lake Meadow Pl**
**Henrico, VA 23238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Anthony Thompson**
**2560 Club Springs Dr**
**Roswell, GA 30076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17.30** |
|---|---|---|---|

**Anthony Unum**
**27100 Oakmead Dr**
**Perrysburg, OH 43551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |
|---|---|---|---|

**Anthony V**
**501 Seafarer Circle**
**403**
**Jupiter, FL 33477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*   _____

---

**3.127 8**

**Nonpriority creditor's name and mailing address**

**Anthony V**
**9213 Piccadilly Cir**
**Windsor, CA 95492**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,123.34**

---

**3.127 9**

**Nonpriority creditor's name and mailing address**

**Anthony Wasson**
**6031 Turnberry Dr**
**Presto, PA 15142**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$27.00**

---

**3.128 0**

**Nonpriority creditor's name and mailing address**

**Anthony Williams**
**11616 S. Tusayan Ct.**
**Phoenix, AZ 85044**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$74.96**

---

**3.128 1**

**Nonpriority creditor's name and mailing address**

**Anthonys K**
**4339 Roma Blvd**
**Jacksonville, FL 32210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.128 2**

**Nonpriority creditor's name and mailing address**

**Antineous R**
**501 Brazos St Apt 2111**
**Austin, TX 78701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.128 3**

**Nonpriority creditor's name and mailing address**

**Antoine A**
**5008 Bellerive Dr**
**Apartment, Suite, Unit Etc (Optional)**
**Dallas, TX 75287**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.128 4**

**Nonpriority creditor's name and mailing address**

**Antoine Albert**
**5008 Bellerive Dr**
**Apartment, Suite, Unit Etc (Optional)**
**Dallas, TX 75287**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

Debtor      **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
            Name

| 3.128 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60.00** |

**Antoine J**
**3342 W 117th St**
**Ingkewood, CA 90383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$75.00** |

**Antoine L**
**117 West 123rd Street**
**6c**
**New York, NY 10027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,004.00** |

**Antoine Plante**
**2108 Sunset Boulevard**
**Houston, TX 77005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**Antoinette R.Chorba**
**24518 Lakecrest Town Dr**
**Katy, TX 77493**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$168.00** |

**Anton Honikman**
**48 Whitney St**
**San Francisco, CA 94131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$408.00** |

**Antonetta Moscatiello**
**255 Avenida Montalvo**
**A**
**San Clemente, CA 92672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30.00** |

**Antonii Tong**
**71 Lexington Gdns**
**North Haven, CT 06473**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

_____
Name

Case number (if known) _____

---

| 3.129 2 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Antonina Caruso**
**1 Park View Ave Apt 704**
**Jersey City, NJ 07302**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$168.00**

---

| 3.129 3 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Antonio B**
**2656 Newhall St Apt 4**
**Santa Clara, CA 95050**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.129 4 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Antonio Bencun**
**2656 Newhall St Apt 4**
**Santa Clara, CA 95050**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$871.00**

---

| 3.129 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Antonio Cruz**
**182 Virginia Ave**
**Attleboro Falls, MA 02763**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$930.00**

---

| 3.129 6 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Antonio G**
**276 Dolores Ave**
**San Leandro, CA 94577**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.129 7 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Antonio H**
**2121 Krisma St**
**Metairie, LA 70001**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| 3.129 8 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Antonio Henriquez**
**2121 Krisma St**
**Metairie, LA 70001**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$151.00**

---

Debtor **Phoeno Wine Company, Inc.**

_____    Case number _(if known)_ _____

　　　　Name

| | |
|---|---|
| **3.1299** | |

**Nonpriority creditor's name and mailing address**

**Antonio M**
**136 9th Street**
**3**
**Passaic, NJ 07055**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| | |
|---|---|
| **3.1300** | |

**Nonpriority creditor's name and mailing address**

**Antonio Marquez**
**600 NE 27th St Apt 3202**
**Miami, FL 33137**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| | |
|---|---|
| **3.1301** | |

**Nonpriority creditor's name and mailing address**

**Antonio Torchia**
**286 Crescent Dr**
**New Galilee, PA 16141**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$234.00**

---

| | |
|---|---|
| **3.1302** | |

**Nonpriority creditor's name and mailing address**

**Antonio V**
**1630 Ocean Ave**
**San Francisco, CA 94112**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$8.00**

---

| | |
|---|---|
| **3.1303** | |

**Nonpriority creditor's name and mailing address**

**Antonio Vazquez**
**1630 Ocean Ave**
**San Francisco, CA 94112**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$147.00**

---

| | |
|---|---|
| **3.1304** | |

**Nonpriority creditor's name and mailing address**

**Antonius Momac**
**134 W 74th St Apt 4a**
**New York, NY 10023**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$211.00**

---

| | |
|---|---|
| **3.1305** | |

**Nonpriority creditor's name and mailing address**

**Antti S**
**1105 Riverview Ln**
**W Cnshohocken, PA 19428**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$27.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.130 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,076.00** |

**Antti Seppala**
**1105 Riverview Ln**
**W Cnshohocken, PA 19428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.130 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |

**Anupam K**
**2805 Nighthawk Ct**
**Mason, OH 45040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.130 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$268.03** |

**Anurag Pal**
**27860 Via Corita Way**
**Los Altos Hills, CA 94022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.130 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32.00** |

**Anwar Atalla**
**309 W Union Ave**
**Wheaton, IL 60187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.131 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$502.00** |

**Aonan Li**
**938 Aruba Ln**
**Foster City, CA 94404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.131 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$117.00** |

**Aphroditescrush**
**61 Dawson Ave**
**Mansfield, OH 44906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.131 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |

**Apoorva S**
**5924 Interlachen Boulevard**
**Edina, MN 55436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____     Case number *(if known)* _____
Name

| 3.131.3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**April B**
**15680 Santorini Ln Unit 202**
**Morgan Hill, CA 95037**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$2.00**

---

| 3.131.4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**April B**
**18015 Bullock St**
**Encino, CA 91316**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$101.03**

---

| 3.131.5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**April Brown-Richman**
**18015 Bullock St**
**Encino, CA 91316**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$640.00**

---

| 3.131.6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**April Carey**
**467 Gentian Rd.**
**St Augustine, FL 32086**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$324.00**

---

| 3.131.7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**April Escobar**
**1501 Preston Dr**
**Nashville, TN 37206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$30.00**

---

| 3.131.8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**April Flowers**
**2141 Heather Glen Way**
**Franklin, IN 46131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$28.00**

---

| 3.131.9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**April Rhodes**
**595 Autumn Oak Way**
**Prescott**
**Prescott, AZ 86303**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$223.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.132 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$214.00** |
|---|---|---|---|

**April Schaack**
**323 Homestead St.**
**Detroit Lakes, MN 56501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.132 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$47.00** |
|---|---|---|---|

**April W**
**5451 Locust Valley Rd**
**Coopersburg, PA 18036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.132 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$40.00** |
|---|---|---|---|

**Aprild**
**105 E Main St**
**Vine Grove, KY 40175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.132 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$168.52** |
|---|---|---|---|

**Apurva M**
**33 Springdale Rd**
**Scarsdale, NY 10583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.132 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$597.00** |
|---|---|---|---|

**Apurva Mathad**
**33 Springdale Rd**
**Scarsdale, NY 10583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.132 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$428.00** |
|---|---|---|---|

**Aquilino Cabral**
**1112 Langdon St**
**Franklin Square, NY 11010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.132 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$80.00** |
|---|---|---|---|

**Ara Baghdoyan**
**2253 W 234th St**
**Torrance, CA 90501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

| 3.132 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Nonpriority creditor's name and mailing address**
**Araceli Cassidy**
**6574 Hawk Cove Ct**
**Las Vegas, NV 89141**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.132 8
**Nonpriority creditor's name and mailing address**
**Aracelis P**
**13213 Sw 127th Pl**
**Miami, FL 33186**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

3.132 9
**Nonpriority creditor's name and mailing address**
**Aracelis Prieto**
**13213 Sw 127th Pl**
**Miami, FL 33186**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$93.00**

---

3.133 0
**Nonpriority creditor's name and mailing address**
**Arbi D**
**1240 E Topeka St**
**Pasadena, CA 91104**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

3.133 1
**Nonpriority creditor's name and mailing address**
**Arch M**
**3918 Regent Road**
**Durham, NC 27707**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

3.133 2
**Nonpriority creditor's name and mailing address**
**Arch Mcclure**
**3918 Regent Road**
**Durham, NC 27707**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,630.00**

---

3.133 3
**Nonpriority creditor's name and mailing address**
**Archer Robinson**
**4408 Sw Hill St**
**Seattle, WA 98116**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$272.00**

---

Debtor    **Phoeno Wine Company, Inc.**    Case number *(if known)*
_____
Name

| 3.133 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$675.00** |
|---|---|---|---|

**Archie Odom**
**27 Sedgewick Ave**
**Bluffton, SC 29910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8.00** |
|---|---|---|---|

**Ardy E**
**1868 Stonesgate St**
**Westlake Village, CA 91361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$149.00** |
|---|---|---|---|

**Arek Wtulich**
**1035 Worthington Rdg**
**Berlin, CT 06037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$114.00** |
|---|---|---|---|

**Aren Sandersen**
**464 Noe Street**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Ari C**
**3927 Shasta Street**
**San Diego, CA 92109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,367.00** |
|---|---|---|---|

**Ari Mukamal**
**24 Cayuga Rd**
**Sea Ranch Lakes, FL 33308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$363.00** |
|---|---|---|---|

**Ari Mukamal**
**24 Cayuga Rd**
**Sea Ranch Lakes, FL 33308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

---

| 3.134 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$117.00** |

**Ari Ochoa**
**4951 N Valley View Rd**
**Tucson, AZ 85718**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.134 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$75.00** |

**Ari S**
**64 Creekview Lane**
**Yardley, PA 19067**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.134 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$10.00** |

**Arianna M**
**40 West 75th Street**
**Apt 3b**
**New York, NY 10023**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.134 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$50.00** |

**Arianne S**
**7000 Island Blvd Th 112**
**Aventura, FL 33160**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.134 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$504.00** |

**Arielle Dorman**
**500 108th Ave NE Ste 2400**
**Bellevue, WA 98004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.134 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$10.00** |

**Arif B**
**43564 Jackson Hole Cir**
**Leesburg, VA 20176**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.134 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$40.00** |

**Arif Boysan**
**2520 Estates Drive**
**North Palm Beach, FL 33410**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
Name

| 3.134 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,710.00** |
|---|---|---|---|

**Arindum Mukerji**
**1550 Parkside Drive East**
**Seattle, WA 98112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.134 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$186.00** |
|---|---|---|---|

**Ariyana Edmond**
**1601 E Highland Ave Apt 1036**
**Phoenix, AZ 85016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.135 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$697.00** |
|---|---|---|---|

**Arjun Peruvemba**
**285 3rd St Unit 718**
**Cambridge, MA 02142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.135 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$156.00** |
|---|---|---|---|

**Arlana Pathammavong**
**3904 Fritz Rd**
**North Tonawanda, NY 14120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.135 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20.00** |
|---|---|---|---|

**Arlene S**
**13 Foxglove Drive**
**Warren, NJ 07059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.135 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34.00** |
|---|---|---|---|

**Arlette Feijoo**
**441 Union Ave**
**Bridgewater, NJ 08807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.135 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$404.00** |
|---|---|---|---|

**Arline Fay**
**411 Canonero Dr**
_
**Fairview, NC 28730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

---

| 3.135 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$910.00** |

**Arlinewines**
**4018 N Howard Ave**
**Apt 203**
**Tampa, FL 33607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**Arman S**
**706 Jamestown Rd**
**Burbank, CA 91504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$138.00** |

**Armand Paho**
**13703 Harvest Glen Way**
**Germantown, MD 20874**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$168.00** |

**Armando Colon**
**1015 Via Esmeralda**
**Santa Maria, CA 93455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$66.00** |

**Armando Cordero**
**7713 Tessa Dr**
**Zephyrhills, FL 33540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28.00** |

**Armando Tano**
**9655 Thornton Rd**
**Stockton, CA 95209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70.00** |

**Armen H**
**522 E Maple St**
**Apt 1**
**Glendale, CA 91205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.136 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $708.00 |

**Armen Khatchatourian**
**3760 Berwick Drive**
**La Canada Flintridge, CA 91011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**Armin P**
**45 Church Street #B12**
**Montclair, NJ 07042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,642.00 |

**Armin Schmidt**
**7100 Sunset Way Apt 303w**
**Envoy Point Condominiums,**
**St Pete Beach, FL 33706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $30.00 |

**Arna R**
**120 Heather Ct**
**Friday Harbor, WA 98250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $85.00 |

**Arnaldo Suarez**
**12480 N Parkland Bay Trl**
**Parkland, FL 33076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $40.00 |

**Arnel Manansala**
**14 Morton Dr**
**Daly City, CA 94015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10.00 |

**Arnold F**
**Quantum Group**
**6511 Oakton**
**Morton Grove, IL 60053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F     Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.136 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Arnold Fabregas**
**14 Redman Ter**
**West Caldwell, NJ 07006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$230.00**

---

| 3.137 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Arnold G**
**208 Sumter Avenue**
**Summerville, SC 29483**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.137 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Aron O**
**15501 Hugh Mcauley Rd**
**Huntersville, NC 28078**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$162.00**

---

| 3.137 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Aron Oakley**
**15501 Hugh Mcauley Rd**
**Huntersville, NC 28078**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$424.00**

---

| 3.137 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Aron Sandler**
**C/O Fedex Shipping Center**
**626 E Michigan Ave**
**East Lansing, MI 48823**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.137 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Arrhur I**
**28159 Scenic Shore Ln.**
**Fulshear, TX 77441**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

| 3.137 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Art C**
**4652 Pond Lane**
**Marietta, GA 30062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.137 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $449.00 |
|---|---|---|---|

**Art Caccese**
**5640 Sandlewood Ct Apt 1802**
**Naples, FL 34110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.137 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102.00 |
|---|---|---|---|

**Art Doyle**
**9021 E Sutton Dr**
**Scottsdale, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.137 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.00 |
|---|---|---|---|

**Art G**
**300 Lauderdale Rd**
**Nashville, TN 37205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.137 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.00 |
|---|---|---|---|

**Art H**
**1212 Laurel Street**
**#1513**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.138 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87.00 |
|---|---|---|---|

**Art Knapp**
**3432 Wise Way**
**The Villages, FL 32163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.138 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**Art O**
**121 Surrey Street**
**Buena Vista, CO 81211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.138 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $804.00 |
|---|---|---|---|

**Arthur Decker**
**1991 Sargent Ave**
**Saint Paul, MN 55105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
         Name

| 3.138 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |

**Arthur Fragakis**
**7228 Sparhawk Rd**
**Wake Forest, NC 27587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $51.02 |

**Arthur G**
**2121 Webster St Apt 101**
**San Francisco, CA 94115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $81.00 |

**Arthur K**
**6040 W Eastwood Ave**
**Chicago, IL 60630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,980.00 |

**Arthur Kujawa**
**6040 W Eastwood Ave**
**Chicago, IL 60630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Arthur L**
**106 Capertree Ct**
**Greenville, SC 29615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |

**Arthur Lee**
**5 Berridge Way**
**North Reading, MA 01864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7.00 |

**Arthur M**
**23740 W Deer Chase Ln**
**Naperville, IL 60564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
Name

| 3.139 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$330.00** |
|---|---|---|---|

**Arthur Norwood**
**5082 Mapleton Rd**
**Ny - Lockport, NY 14094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30.00** |
|---|---|---|---|

**Arthur P**
**5219 N Casa Blanca Dr Lot 2**
**Paradise Valley, AZ 85253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$319.00** |
|---|---|---|---|

**Arthur Powell**
**5219 N Casa Blanca Dr Lot 2**
**Paradise Valley, AZ 85253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9.00** |
|---|---|---|---|

**Arthur R**
**1428 Dunwoody Village Pkwy**
**Dunwoody Pediatrics**
**Dunwoody, GA 30338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28.00** |
|---|---|---|---|

**Arthur Reisman**
**1428 Dunwoody Village Pkwy**
**Dunwoody Pediatrics**
**Dunwoody, GA 30338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21.00** |
|---|---|---|---|

**Arthur Sluyter**
**22 Chadbourne St**
**Bluffton, SC 29910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$210.00** |
|---|---|---|---|

**Arthur Tolchinsky**
**142 Graystone Dr**
**Feasterville Trevose, PA 19053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.1397**

**Nonpriority creditor's name and mailing address**

**Arton L**
**485 Bronx River Road**
**C45**
**Yonkers, NY 10704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$15.00**

---

**3.1398**

**Nonpriority creditor's name and mailing address**

**Artur Jablonski**
**85 Astor Ave Ste 2,**
**Aculab Inc**
**Norwood, MA 02062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$31.00**

---

**3.1399**

**Nonpriority creditor's name and mailing address**

**Arturo B**
**67 Meadowridge Pl**
**The Woodlands, TX 77381**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.1400**

**Nonpriority creditor's name and mailing address**

**Arun Maneejan**
**874 Orleans Rd**
**Unit 6**
**Charleston, SC 29407**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$84.00**

---

**3.1401**

**Nonpriority creditor's name and mailing address**

**Arun Singh**
**12325 Lake Shore Blvd**
**Cleveland, OH 44108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.1402**

**Nonpriority creditor's name and mailing address**

**Arun Sobti**
**26 Polo Dr**
**South Barrington, IL 60010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$29.00**

---

**3.1403**

**Nonpriority creditor's name and mailing address**

**Arunpal Sehgal**
**5 Navillus Rd**
**North Reading, MA 01864**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$21,354.00**

---

Debtor    **Phoeno Wine Company, Inc.**                               Case number *(if known)* _____
_____
Name

| 3.140 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Arvi Duka**
**14 Risley Rd**
**Chestnut Hill, MA 02467**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

| 3.140 5 |
|---|

**Nonpriority creditor's name and mailing address**

**Arvind Rao-Home**
**40 Boniface Drive**
**Rochester, NY 14620**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$19.00**

---

| 3.140 6 |
|---|

**Nonpriority creditor's name and mailing address**

**Aryadita Balakrishnan**
**111 Worth St Apt 4s**
**New York, NY 10013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.140 7 |
|---|

**Nonpriority creditor's name and mailing address**

**Aryan Haren**
**1003 Inverness Dr**
**Antioch, IL 60002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$20.00**

---

| 3.140 8 |
|---|

**Nonpriority creditor's name and mailing address**

**Ash D**
**10600 Haynes Valley Ct**
**Alpharetta, GA 30022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$30.00**

---

| 3.140 9 |
|---|

**Nonpriority creditor's name and mailing address**

**Ash Dhokte**
**10600 Haynes Valley Ct**
**Alpharetta, GA 30022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,290.00**

---

| 3.141 0 |
|---|

**Nonpriority creditor's name and mailing address**

**Ashby F**
**500 Emory Cir Ne**
**Atlanta, GA 30309**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$4.81**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

**3.141
1**

**Nonpriority creditor's name and mailing address**

**Asher Kim**
**55 W 14th St Apt 19a**
**New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$41.00

---

**3.141
2**

**Nonpriority creditor's name and mailing address**

**Ashim C**
**4866 Brewster Dr**
**Tarzana, CA 91356**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$127.08

---

**3.141
3**

**Nonpriority creditor's name and mailing address**

**Ashish B**
**225 E 63rd St Apt Pha**
**New York, NY 10065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$26.00

---

**3.141
4**

**Nonpriority creditor's name and mailing address**

**Ashish Bhutiani**
**225 E 63rd St Apt Pha**
**New York, NY 10065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$1,185.00

---

**3.141
5**

**Nonpriority creditor's name and mailing address**

**Ashish Garg**
**35893 Vivian Pl**
**Fremont, CA 94536**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$538.00

---

**3.141
6**

**Nonpriority creditor's name and mailing address**

**Ashish Kheterpal**
**7010 Exeter Dr**
**Oakland, CA 94611**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$2,534.00

---

**3.141
7**

**Nonpriority creditor's name and mailing address**

**Ashish O**
**323 Honey Creek Ln**
**Fairview, TX 75069**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

Debtor  **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

**3.1418**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | **$110.00** |

**Ashlee Theising**
**100 Progress Dr**
**Batesville, IN 47006**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1419**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | **$23.00** |

**Ashleigh Ferguson**
**8902 Latitudes Dr. Apt. 605**
**Indianapolis, IN 46237**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1420**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | **$39.00** |

**Ashley A**
**1629 Cragwood Ln**
**San Jose, CA 95127**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1421**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | **$23.00** |

**Ashley Agner**
**409 W 6th St**
**Delphos, OH 45833**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1422**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | **$150.00** |

**Ashley Alejos**
**1629 Cragwood Ln**
**San Jose, CA 95127**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1423**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | **$30.00** |

**Ashley B**
**321 Sunset Ridge Court**
**Gray, TN 37615**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1424**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | **$15.00** |

**Ashley B**
**59 Westminster Rd**
**Stamford, CT 06902**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.142.5**

**Nonpriority creditor's name and mailing address**

**Ashley Barretto**
**59 Westminster Rd**
**Stamford, CT 06902**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$108.00**

---

**3.142.6**

**Nonpriority creditor's name and mailing address**

**Ashley Beckord**
**1240 W Huron St**
**Chicago, IL 60642**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$230.00**

---

**3.142.7**

**Nonpriority creditor's name and mailing address**

**Ashley Berg**
**636 Ocean Palm Way**
**St. Augustine, FL 32080**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$358.00**

---

**3.142.8**

**Nonpriority creditor's name and mailing address**

**Ashley Bevan**
**3638 Coyote Trl**
**Berthoud, CO 80513**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$266.00**

---

**3.142.9**

**Nonpriority creditor's name and mailing address**

**Ashley Burns**
**242 Rosemary Way**
**Mount Juliet, TN 37122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$527.74**

---

**3.143.0**

**Nonpriority creditor's name and mailing address**

**Ashley Burriss**
**8243 Brays Dr**
**Wilmington, NC 28411**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,107.00**

---

**3.143.1**

**Nonpriority creditor's name and mailing address**

**Ashley C**
**1509 Blake St**
**Denver, CO 80202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.143
2**

**Nonpriority creditor's name and mailing address**

**Ashley C
4144 Spring Manor
Tucker, GA 30084**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

**3.143
3**

**Nonpriority creditor's name and mailing address**

**Ashley Catalano
155 Sweetbriar Village Trl
Pittsburgh, PA 15211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$138.00

---

**3.143
4**

**Nonpriority creditor's name and mailing address**

**Ashley D
630 Sheridan Woods Dr
Melbourne, FL 32904**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$16.00

---

**3.143
5**

**Nonpriority creditor's name and mailing address**

**Ashley Dillow
630 Sheridan Woods Dr
Melbourne, FL 32904**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

**3.143
6**

**Nonpriority creditor's name and mailing address**

**Ashley Dynan
5595 S Curtice St
Littleton, CO 80120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$22.00

---

**3.143
7**

**Nonpriority creditor's name and mailing address**

**Ashley Gilles
9887 Crossfield Rd
Hagerstown, MD 21740**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$23.00

---

**3.143
8**

**Nonpriority creditor's name and mailing address**

**Ashley H
525 South Church St.
Unit 3107
Charlotte, NC 28202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$75.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____     Case number _(if known)_ _____
Name

---

**3.143 9**

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: _Check all that apply._     **$40.00**

**Ashley Hammock**
**1160 Evelyn Lane**
**#19**
**Sacramento, CA 95864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _     Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144 0**

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: _Check all that apply._     **$204.00**

**Ashley Helber**
**1013 Barkston Dr**
**Highland Hgts, OH 44143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _     Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144 1**

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: _Check all that apply._     **$300.00**

**Ashley Holden**
**352 Leonora Dr**
**Memphis, TN 38117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _     Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144 2**

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: _Check all that apply._     **$227.00**

**Ashley L**
**42 Creek View Rd**
**Coto De Caza, CA 92679**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _     Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144 3**

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: _Check all that apply._     **$5,779.00**

**Ashley Lucibello**
**42 Creek View Rd**
**Coto De Caza, CA 92679**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _     Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144 4**

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: _Check all that apply._     **$62.00**

**Ashley Manestar**
**1340 N Astor St Unit 1803**
**Chicago, IL 60610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _     Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144 5**

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: _Check all that apply._     **$1,328.00**

**Ashley Mcguire**
**7224 Stonetrail Dr**
**Dallas, TX 75230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _     Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*  _____
Name

---

| 3.144 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.01 |

**Ashley Nicole**
**3734 E Devlin Ave**
**Kingman, AZ 86409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.00 |

**Ashley R**
**9901 Luvora Cv**
**Austin, TX 78739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $210.00 |

**Ashley Rockwell**
**265 Hamburg Turnpike**
**Riverdale, NJ 07457**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.00 |

**Ashley Rothwell**
**9901 Luvora Cv**
**Austin, TX 78739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $86.00 |

**Ashley Santos**
**22130 Harcor Ln**
**Saint Robert, MO 65584**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.00 |

**Ashley T**
**2002 14th St.**
**Tworivers, WI 54241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $408.00 |

**Ashley Wyand**
**860 W Madison Ave**
**Charleston, SC 29412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_ _____
Name

| 3.145 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$2,369.00** |
|---|---|---|---|

**Ashley Yelinek**
**222 North Mimosa Lane**
**Bridgeport, WV 26330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$55.00** |
|---|---|---|---|

**Ashley Young**
**1220 Manchester Dr**
**Rockwall, TX 75032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$25.00** |
|---|---|---|---|

**Ashly R**
**11146 Camarillo St Apt 1**
**Los Angeles, CA 91602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$116.00** |
|---|---|---|---|

**Ashly Thielke**
**38263 Willers Dr**
**Ortonville, MN 56278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$6.00** |
|---|---|---|---|

**Ashlyn N**
**2806 Ringgold Ct**
**Woodbridge, VA 22192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$117.00** |
|---|---|---|---|

**Ashton Wischmeier**
**436 Washington St**
**Columbus, IN 47201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$120.00** |
|---|---|---|---|

**Ashutosh Mishra**
**700 Soldiers Field Rd**
**2023 Hbs Mail Center**
**Boston, MA 02163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.146 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ashwin P**
**385 14th St Apt 847**
**Oakland, CA 94612**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.146 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Assaf Sagi**
**115 Rodonovan Dr**
**Santa Clara, CA 95051**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$7,862.00**

---

| 3.146 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Asta Fivgas**
**180 Varick St Rm 504**
**Rww**
**New York, NY 10014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,014.00**

---

| 3.146 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Athena Tiliakos**
**1185 S Pinellas Ave Apt 1208**
**Tarpon Springs, FL 34689**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$335.00**

---

| 3.146 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Athena Tiliakos**
**1185 S Pinellas Ave Apt 1208**
**Tarpon Springs, FL 34689**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$234.00**

---

| 3.146 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Athenaathena Wainscott**
**11000 Alhambra**
**Leawood, KS 66211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.146 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Atilio S**
**129 Promontory Dr W**
**Newport Beach, CA 92660**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

| 3.1467 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |

**Nonpriority creditor's name and mailing address**
**Atul Chawla**
**1100 S San Pedro St Ste C11**
**Suite C-11**
**Los Angeles, CA 90015**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

3.1468
**Nonpriority creditor's name and mailing address**
**Aubra Fly**
**305 Baronswood Dr**
**Nolensville, TN 37135**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$623.00**

---

3.1469
**Nonpriority creditor's name and mailing address**
**Auburn Rubitsky**
**3015 S Madison Ave**
**Tulsa, OK 74114**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,466.00**

---

3.1470
**Nonpriority creditor's name and mailing address**
**Audif Winters**
**2733 Tranquilo Ln**
**Edmond, OK 73034**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$519.00**

---

3.1471
**Nonpriority creditor's name and mailing address**
**Audra E**
**22546 N. 94th Avenue**
**Peoria, AZ 85386**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$24.00**

---

3.1472
**Nonpriority creditor's name and mailing address**
**Audra Forteza**
**4952 Stadium Dr**
**Fort Worth, TX 76133**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,938.00**

---

3.1473
**Nonpriority creditor's name and mailing address**
**Audra Iler-Bidwell**
**6150 Diamond Centre Ct Unit 1200**
**Fort Myers, FL 33912**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$6,284.00**

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
Name

| 3.147 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Audra Massimo**
**43226 Clearnight Ter**
**Ashburn, VA 20147**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| 3.147 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Audrey Mccarthy**
**102 Baybridge Dr**
**Gulf Breeze, FL 32561**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,022.00**

---

| 3.147 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Audrey Oglesby**
**111 Idaho Ave**
**Whitefish, MT 59937**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$15.00**

---

| 3.147 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Audrey Proto**
**15809 Oaklee Way**
**Edmond, OK 73013**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$505.00**

---

| 3.147 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Audrey Scott**
**3779 S 39th Drive**
**Yuma, AZ 85364**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$105.00**

---

| 3.147 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Audrey Swank**
**16106 Armistead Ln**
**Odessa, FL 33556**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

| 3.148 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Augustus Kent**
**2248 NW Hoyt St**
**Portland, OR 97210**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$388.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.148 1**

**Nonpriority creditor's name and mailing address**

**Aum Patel**
**29046 Pfeiffers Gate**
**Fair Oaks Ranch, TX 78015**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

$1,329.00

---

**3.148 2**

**Nonpriority creditor's name and mailing address**

**Aurele Houngbedji**
**18754 Cross Country Ln**
**Gaithersburg, MD 20879**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

$28.00

---

**3.148 3**

**Nonpriority creditor's name and mailing address**

**Austin Bryant**
**1661 Pierce St**
**Saint Charles, IA 50240**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

$28.00

---

**3.148 4**

**Nonpriority creditor's name and mailing address**

**Austin C**
**1549 Dorothy Street**
**Houston, TX 77008**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

$4.00

---

**3.148 5**

**Nonpriority creditor's name and mailing address**

**Austin C**
**242 Generations Way**
**Westerville, OH 43081**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

$4.00

---

**3.148 6**

**Nonpriority creditor's name and mailing address**

**Austin Chen**
**1081 Mckay Dr**
**San Jose, CA 95131**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

$180.00

---

**3.148 7**

**Nonpriority creditor's name and mailing address**

**Austin Fitter**
**608 Mustang Ridge Dr**
**Murphy, TX 75094**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

$32.00

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 3.148 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$31.00** |

**Austin G**
**1005 Rugby St**
**Jeffs On Rugby**
**Oshkosh, WI 54902**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$612.00** |

**Austin Gross**
**1005 Rugby St**
**Jeffs On Rugby**
**Oshkosh, WI 54902**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Austin Kane**
**33857 Violet Lantern St Apt B**
**Dana Point, CA 92629**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$867.00** |

**Austin Kottkamp**
**3434 Scarsborough Dr**
**Winston Salem, NC 27104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$205.00** |

**Austin Larrarte**
**8549 Stormy Sky Ln**
**Reno, NV 89506**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,161.00** |

**Austin Moss**
**5440 W 110th St Ste 300**
**Overland Park, KS 66211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$569.00** |

**Austin O**
**209 Quebec St Unit F**
**Denver, CO 80220**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                                    Case number (if known)    _____

| 3.149 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$90.00** |

**Nonpriority creditor's name and mailing address**
**Austin Olaiz**
**4700 N 40th St Apt 101**
**Phoenix, AZ 85018**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 6 |

**Nonpriority creditor's name and mailing address**
**Austin Riggs**
**1331 E Katella Ave**
**Unit 310**
**Anaheim, CA 92805**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,645.00**

---

| 3.149 7 |

**Nonpriority creditor's name and mailing address**
**Autumn Sepulveda**
**10672 Ridgetop Rd**
**Whitmore, CA 96096**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$404.00**

---

| 3.149 8 |

**Nonpriority creditor's name and mailing address**
**Ava G**
**3150 N Lake Shore Dr Apt 13c**
**Chicago, IL 60657**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$3.00**

---

| 3.149 9 |

**Nonpriority creditor's name and mailing address**
**Ava Grzegorczyk**
**3150 N Lake Shore Dr Apt 13c**
**Chicago, IL 60657**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$37.00**

---

| 3.150 0 |

**Nonpriority creditor's name and mailing address**
**Ava K**
**296 S Franklin Tpke**
**Ramsey, NJ 07446**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$22.00**

---

| 3.150 1 |

**Nonpriority creditor's name and mailing address**
**Ava Koziak**
**296 S Franklin Tpke**
**Ramsey, NJ 07446**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$111.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.150 2 | | | $80.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Avella Thomas**
**491 Delaware Ave**
**Buffalo, NY 14202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 3 | | | $5,940.62 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Avella Thomas**
**491 Delaware Ave**
**Buffalo, NY 14202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 4 | | | $1,029.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Avery Buffington**
**101 Hallie Ct**
**Georgetown, TX 78633**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 5 | | | $52.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Avery F**
**269 Macon St**
**Apt 2**
**Brooklyn, NY 11216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 6 | | | $65.50 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Avery League**
**2408 K Street**
**Merced, CA 95340**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 7 | | | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Avery Stewart**
**226 Banks St Apt 2**
**Cambridge, MA 02138**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 8 | | | $132.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Avgeria Stapaki**
**802 W Randolph St**
**Chicago, IL 60607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                           Case number (if known) _____

---

**3.1509**

**Nonpriority creditor's name and mailing address**

**Avner R**
**260 Piermont Ave**
**Nyack, NY 10960**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.1510**

**Nonpriority creditor's name and mailing address**

**Awesome P**
**580 Howard St**
**Unit 500**
**San Francisco, CA 94105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.1511**

**Nonpriority creditor's name and mailing address**

**Awonti Etoo**
**2013 Whistling Duck Dr**
**Upper Marlboro, MD 20774**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

**3.1512**

**Nonpriority creditor's name and mailing address**

**Ayal Lebow**
**4139 Via Marina Apt 307**
**Marina Del Rey, CA 90292**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1513**

**Nonpriority creditor's name and mailing address**

**Aydint. K**
**4004 Vermilion Cliffs**
**Fort Wayne, IN 46814**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.1514**

**Nonpriority creditor's name and mailing address**

**Aykut Karaalioglu**
**42 De Sabla Rd**
**San Mateo, CA 94402**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$209.00**

---

**3.1515**

**Nonpriority creditor's name and mailing address**

**Ayshe Y**
**400 Clinton Avenue, Apt 6d**
**Apt 6d**
**Brooklyn, NY 11238**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$8.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.151 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$56.00** |

**Ayumi Taguchi**
160 W 62nd St
Spt34b
New York, NY 10023

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**Aziz A**
30-42 91 Street
East Elmhurst, NY 11369

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,342.00** |

**Aziz Ahmed**
6066b Essex House Sq
Alexandria, VA 22310

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |

**B Barbree**
80 Sharon Rd
Fairview, NC 28730

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$472.00** |

**B Edgar**
6915 Greene St
Philadelphia, PA 19119

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$45.00** |

**B K**
Bonnett, Fairbourn Et Al.
2325 E Camelback Rd., Suite 300
Phoenix, AZ 85016

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$201.00** |

**B Poole**
20314 Auger Ln
Spicewood, TX 78669

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor **Phoeno Wine Company, Inc.** | Case number (if known) _____ |
| Name | |

---

| 3.152 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,290.00** |
|---|---|---|---|

**B Shane Grutsch**
**6007 78th Lane**
**Lorettoe, MN 55357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.152 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,889.00** |
|---|---|---|---|

**B. Shane**
**6007 78th Lane**
**Lorettoe, MN 55357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.152 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$160.00** |
|---|---|---|---|

**Babak Missaghi**
**4365 Stoney Poynt Ct**
**Charleston, SC 29405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.152 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,253.00** |
|---|---|---|---|

**Babak Sasanipour**
**1459 Villa Juno Dr N**
**Juno Beach, FL 33408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.152 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$160.00** |
|---|---|---|---|

**Bailey Fender**
**2811 Pecan Dr.**
**Tyler, TX 75701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.152 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$623.00** |
|---|---|---|---|

**Baillie Dunn**
**9390 Pebble Stone Dr**
**Pensacola, FL 32526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.152 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80.00** |
|---|---|---|---|

**Balanced B**
**292 Gold Bullion Dr E**
**Dawsonville, GA 30534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                Case number *(if known)* _____
_____
Name

| | |
|---|---|

**3.153 0**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*                  **$135.00**

**Balanced Bodies**
**292 Gold Bullion Dr E**
**Dawsonville, GA 30534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.153 1**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*                  **$7.00**

**Baldvin T**
**4113 Ilaria Ave**
**Sarasota, FL 34238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.153 2**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*                  **$82.00**

**Baltzell K**
**23602 Willow Switch Rd**
**Spring, TX 77389**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.153 3**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*                  **$315.00**

**Baoanh Le**
**13625 Gabor Ave**
**Orlando, FL 32827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.153 4**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*                  **$60.00**

**Baosheng Zhu**
**3015 Kelltowne Ct**
**Naperville, IL 60565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.153 5**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*                  **$30.00**

**Barb A**
**8061 Granville Lane**
**Cincinnati, OH 45224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.153 6**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*                  **$717.00**

**Barb Horsfield**
**13026 Fleetwood Dr N**
**Carmel, IN 46032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                  Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____
Name                                              Case number (if known) _____

| 3.153 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Barbara C**
**1840 Cable Drive**
**Toms River, NJ 08753**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$75.00

---

| 3.153 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Barbara C**
**85 Ne Ocean Breeze Dr**
**Ocean Breeze, FL 34957**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| 3.153 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Barbara Caravello**
**104 NW 5th Street**
**Galva, IL 61434**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$21.00

---

| 3.154 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Barbara Chadwick**
**6036 NE 28th Ave**
**Portland, OR 97211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$3,486.00

---

| 3.154 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Barbara Ciricillo**
**4343 Loveland Dr**
**Liverpool, NY 13090**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$83.00

---

| 3.154 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Barbara F**
**2727 Lazy Acres Ln**
**Tyler, TX 75707**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$11.00

---

| 3.154 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Barbara Florey**
**2727 Lazy Acres Ln**
**Tyler, TX 75707**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known)    _____

---

| 3.154 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Barbara Frost**
**9711 Skyhill Way Apt 106**
**Rockville, MD 20850**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

**$1,190.00**

---

| 3.154 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Barbara Frost**
**9711 Skyhill Way Apt 106**
**Rockville, MD 20850**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$104.00**

---

| 3.154 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Barbara H**
**5135, Tweedle Terrace**
**The Villages, FL 32163**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.154 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Barbara H**
**7501 Meadowbrook**
**1**
**Barnhart, MO 63012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$21.00**

---

| 3.154 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Barbara H**
**7501 Meadowbrook Lane**
**Barnhart, MO 63012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

| 3.154 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Barbara Leedy**
**2803 Sunny Hill Ln**
**Farmers Branch, TX 75234**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

**$1,051.00**

---

| 3.155 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Barbara Miller**
**209 South Mountain Avenue**
**Montclair, NJ 07042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

**$113.00**

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)* _____

---

**3.155.1**

**Nonpriority creditor's name and mailing address**
**Barbara Montgomery**
**2636 Fairway Dr**
**Baton Rouge, LA 70809**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$121.00

---

**3.155.2**

**Nonpriority creditor's name and mailing address**
**Barbara Musheno**
**19 Walden Rd**
**Lebanon, PA 17042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$29.00

---

**3.155.3**

**Nonpriority creditor's name and mailing address**
**Barbara N**
**8744 Villanova Avenue**
**Los Angeles, CA 90045**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

**3.155.4**

**Nonpriority creditor's name and mailing address**
**Barbara Revelle**
**3500 Star Hill Farm Road**
**Greenville, NC 27834**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$231.00

---

**3.155.5**

**Nonpriority creditor's name and mailing address**
**Barbara Sasser**
**234 Edinburgh Ln**
**Woodstock, GA 30188**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$285.00

---

**3.155.6**

**Nonpriority creditor's name and mailing address**
**Barbara Savastano**
**962 Capstan Dr**
**Forked River, NJ 08731**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$29.00

---

**3.155.7**

**Nonpriority creditor's name and mailing address**
**Barbara Score**
**47176 Us Hwy 2**
**Malta, MT 59538**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$107.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_ _____
Name

---

**3.1558**

**Nonpriority creditor's name and mailing address**
**Barbara W**
**4000 Adelaide Hills**
**Connellsville, PA 15425**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

**3.1559**

**Nonpriority creditor's name and mailing address**
**Barbara W**
**411 Antlers Drive**
**Rochester, NY 14618**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

**3.1560**

**Nonpriority creditor's name and mailing address**
**Barbie Gumin**
**613 Pasadena Drive**
**Magnolia, NJ 08049**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$225.00

---

**3.1561**

**Nonpriority creditor's name and mailing address**
**Barbie H**
**7501 Meadowbrook**
**1**
**Barnhart, MO 63012**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$3.00

---

**3.1562**

**Nonpriority creditor's name and mailing address**
**Bard Coats**
**6355 S Buffalo Dr**
**Intermountain Healthcare, 3rd Floor**
**Las Vegas, NV 89113**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$3,577.30

---

**3.1563**

**Nonpriority creditor's name and mailing address**
**Baris A**
**38 Bishop Ln**
**Menlo Park, CA 94025**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

**3.1564**

**Nonpriority creditor's name and mailing address**
**Barnett A**
**2747 Mercantile Dr Ste 100**
**Precision Flight Controla**
**Rancho Cordova, CA 95742**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$19.00

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.156.5**

**Nonpriority creditor's name and mailing address**

**Barnett Altmanii**
**2747 Mercantile Dr Ste 100**
**Precision Flight Controla**
**Rancho Cordova, CA 95742**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,819.00**

---

**3.156.6**

**Nonpriority creditor's name and mailing address**

**Barry Bickel**
**26381 Crosswinds Lndg**
**Selbyville, DE 19975**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,004.00**

---

**3.156.7**

**Nonpriority creditor's name and mailing address**

**Barry Bishop**
**2350 Union St Apt 2**
**San Francisco, CA 94123**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,741.00**

---

**3.156.8**

**Nonpriority creditor's name and mailing address**

**Barry Bloom**
**Xenia Hotels & Resorts, Inc.**
**200 S Orange Ave, Suite 2700**
**Orlando, FL 32801**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$580.00**

---

**3.156.9**

**Nonpriority creditor's name and mailing address**

**Barry Eller**
**2600 Golden Meadow Ct**
**Mckinney, TX 75069**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,083.00**

---

**3.157.0**

**Nonpriority creditor's name and mailing address**

**Barry H**
**63 Champions Drive**
**Bridgeville, DE 19933**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

**3.157.1**

**Nonpriority creditor's name and mailing address**

**Barry Harnos**
**63 Champions Drive**
**Bridgeville, DE 19933**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,229.00**

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

---

**3.157 2**

**Nonpriority creditor's name and mailing address**

**Barry Hennessey**
**3435 California Ave Sw**
**Apt 306**
**Seattle, WA 98116**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$312.00**

---

**3.157 3**

**Nonpriority creditor's name and mailing address**

**Barry Hess**
**756 Greenway Trl**
**New Braunfels, TX 78132**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,742.00**

---

**3.157 4**

**Nonpriority creditor's name and mailing address**

**Barry K**
**8402 Excelsior Dr**
**Madison, WI 53717**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$16.00**

---

**3.157 5**

**Nonpriority creditor's name and mailing address**

**Barry Kalscheur**
**8402 Excelsior Dr**
**Madison, WI 53717**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$412.00**

---

**3.157 6**

**Nonpriority creditor's name and mailing address**

**Barry Lamb**
**9157 Isla Bella Circle**
**Bonita Springs, FL 34135**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$144.00**

---

**3.157 7**

**Nonpriority creditor's name and mailing address**

**Barry Limoges**
**7813 Pur**
**M, TX 75070**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$145.00**

---

**3.157 8**

**Nonpriority creditor's name and mailing address**

**Barry M**
**15614 Maple St**
**Overland Park, KS 66223**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$60.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

---

| 3.157 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Barry Mills**
**210 South Street**
**Unit 51**
**Boston, MA 02111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$948.00**

---

| 3.158 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Barry Regenstein**
**14 Cail Drive**
**East Rockaway, NY 11518**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$32.00**

---

| 3.158 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Barry S**
**1800 Forest Meadow Ln**
**Richardson, TX 75081**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.158 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Barry Shelton**
**3491 Kilburn Cir Apt 2423**
**Henrico, VA 23233**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

| 3.158 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Barry W**
**7690 Belvoir Dr**
**Orlando, FL 32835**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$31.00**

---

| 3.158 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Barry Wilson**
**3501 W Northern Lights Blvd**
**Anchorage, AK 99517**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,094.00**

---

| 3.158 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Bart Demuynck**
**2875 Market Loop**
**Southlake, TX 76092**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$156.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.158 6**

**Nonpriority creditor's name and mailing address**

**Bart H**
**9703 Norwalk Blvd**
**Santa Fe Springs, CA 90670**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$28.00

---

**3.158 7**

**Nonpriority creditor's name and mailing address**

**Bart Hansen**
**9703 Norwalk Blvd**
**Santa Fe Springs, CA 90670**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$634.00

---

**3.158 8**

**Nonpriority creditor's name and mailing address**

**Bart Rowland**
**201 E Main St**
**Glasgow, KY 42141**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$75.00

---

**3.158 9**

**Nonpriority creditor's name and mailing address**

**Bartholomew L**
**324 Mark Rd**
**Lodi, OH 44254**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$31.00

---

**3.159 0**

**Nonpriority creditor's name and mailing address**

**Bartholomew Lanchman**
**324 Mark Rd**
**Lodi, OH 44254**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$560.00

---

**3.159 1**

**Nonpriority creditor's name and mailing address**

**Bartolomeo C**
**22 Whitman Rd**
**Morganville, NJ 07751**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

**3.159 2**

**Nonpriority creditor's name and mailing address**

**Bary Bunts**
**5880 S Salem Warren Rd**
**North Jackson, OH 44451**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.159 3**

**Nonpriority creditor's name and mailing address**
**Basil Qunibi**
**8500 Navidad Dr**
**Austin, TX 78735**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$1,575.00**

---

**3.159 4**

**Nonpriority creditor's name and mailing address**
**Be Mck**
**6 Michelle Ct**
**Trophy Club, TX 76262**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$22.00**

---

**3.159 5**

**Nonpriority creditor's name and mailing address**
**Bea Lueck**
**1919 N Trekell Rd**
**Casa Grande, AZ 85122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$544.00**

---

**3.159 6**

**Nonpriority creditor's name and mailing address**
**Beatrice Grech-Cumbo**
**435 W 31st Street**
**Ph2f**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$344.00**

---

**3.159 7**

**Nonpriority creditor's name and mailing address**
**Beatriz G**
**900 Brickell Key Blvd.**
**Unit 1503**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customers - Deferred Credit_

Is the claim subject to offset? ■ No ☐ Yes

**$36.99**

---

**3.159 8**

**Nonpriority creditor's name and mailing address**
**Beatty Mcdonald**
**18501 S Park Blvd**
**Shaker Hts, OH 44122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$436.00**

---

**3.159 9**

**Nonpriority creditor's name and mailing address**
**Beau Deaux**
**34057 Hwy 433**
**Slidell, LA 70460**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$436.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|

**3.160 0**

**Nonpriority creditor's name and mailing address**

**Becca**
**6670 Gladys Ave**
**Beaumont, TX 77706**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$1,908.00

---

**3.160 1**

**Nonpriority creditor's name and mailing address**

**Becca Nordeen**
**8587 Southwestern Blvd Apt 2437**
**Dallas, TX 75206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$1,720.00

---

**3.160 2**

**Nonpriority creditor's name and mailing address**

**Becki Salmon**
**7312 N Edgewild Dr**
**Peoria, IL 61614**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$334.00

---

**3.160 3**

**Nonpriority creditor's name and mailing address**

**Becky B**
**8509 Davis Blvd**
**North Richland Hills, TX 76182**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$75.00

---

**3.160 4**

**Nonpriority creditor's name and mailing address**

**Becky Beer**
**7443 Murieta Dr**
**Rancho Murieta, CA 95683**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$3,493.00

---

**3.160 5**

**Nonpriority creditor's name and mailing address**

**Becky Boutwell**
**3334 Ricci Ln**
**Irving, TX 75062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$70.00

---

**3.160 6**

**Nonpriority creditor's name and mailing address**

**Becky Brown**
**1724 Gardner Dr Ste 120**
**Wilmington, NC 28405**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$174.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_    _____
Name

---

| 3.160 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$617.00** |
|---|---|---|---|

**Becky Davis**
**1260 Greensboro Hwy Ste 200**
**Coreblend Training**
**Watkinsville, GA 30677**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,194.00** |
|---|---|---|---|

**Becky Evenich**
**445 Pepper Lane**
**Petaluma, CA 94952**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$172.00** |
|---|---|---|---|

**Becky Fitzgerald**
**2573 Hwy 3**
**Two Harbors, MN 55616**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$6.00** |
|---|---|---|---|

**Becky J 13432575**
**309 Gambrill Ct**
**Virginia Beach, VA 23462**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$66.00** |
|---|---|---|---|

**Becky Johnson**
**4019 NE 29th Ave**
**Portland, OR 97212**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,175.00** |
|---|---|---|---|

**Becky Jones**
**1103 N 37th St**
**Renton, WA 98056**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$685.00** |
|---|---|---|---|

**Becky Jones**
**309 Gambrill Ct**
**Virginia Beach, VA 23462**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.161
4**

**Nonpriority creditor's name and mailing address**

**Becky Metzler**
**3705 Raintree Dr**
**Flower Mound, TX 75022**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,281.00**

---

**3.161
5**

**Nonpriority creditor's name and mailing address**

**Becky Miller**
**7571 Champaign Ave NW**
**Canal Fulton, OH 44614**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$344.00**

---

**3.161
6**

**Nonpriority creditor's name and mailing address**

**Becky Ross**
**3919 Hollow View Ct**
**Wildwood, MO 63069**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

**3.161
7**

**Nonpriority creditor's name and mailing address**

**Becky Shields**
**1 Abbey Ct**
**Savannah, GA 31410**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$91.00**

---

**3.161
8**

**Nonpriority creditor's name and mailing address**

**Becky Smith**
**W3891 Potter Drive**
**Powers, MI 49874**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.161
9**

**Nonpriority creditor's name and mailing address**

**Beckyhyde H**
**10907 Sierra Oaks**
**Austin, TX 78759**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.162
0**

**Nonpriority creditor's name and mailing address**

**Bedi Egilmez**
**2001 Mcallister St**
**330**
**San Francisco, CA 94118**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$226.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.162 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,041.00 |

**Beith Carsten**
**2498 Spanish River Rd**
**Boca Raton, FL 33432**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $69.00 |

**Bela D**
**7386 Highway 238**
**Pmb 158**
**Jacksonville, OR 97530**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,547.00 |

**Bela Denes**
**7386 Highway 238**
**Pmb 158**
**Jacksonville, OR 97530**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15.00 |

**Belinda B**
**44 Overhill Road**
**New Rochelle, NY 10804**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $59.00 |

**Belinda Doyle**
**9021 E Sutton Dr**
**Scottsdale, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,246.00 |

**Belinda Weber**
**383 S Jefferson St**
**Napa, CA 94559**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $22.00 |

**Belle F**
**3610 Arapahoe Pl W**
**Seattle, WA 98199**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

---

| 3.162 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |
| **Belle G 17509** | ☐ Contingent | |
| **28 Pearce Pl** | ☐ Unliquidated | |
| **Great Neck, NY 11021** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.162 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
| **Belle G 19690** | ☐ Contingent | |
| **28 Pearce Pl** | ☐ Unliquidated | |
| **Great Neck, NY 11021** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.163 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,591.77** |
| **Ben** | ☐ Contingent | |
| **14 Douglas Rd** | ☐ Unliquidated | |
| **Westford, MA 01886** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.163 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$156.00** |
| **Ben Adams** | ☐ Contingent | |
| **1010 4th St Apt 5** | ☐ Unliquidated | |
| **Santa Monica, CA 90403** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.163 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |
| **Ben B** | ☐ Contingent | |
| **1633 Maple Blvd** | ☐ Unliquidated | |
| **Wilton, IA 52778** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.163 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$432.00** |
| **Ben Barber** | ☐ Contingent | |
| **1127 Utley Aly** | ☐ Unliquidated | |
| **Phoenixville, PA 19460** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.163 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Ben Baron** | ☐ Contingent | |
| **8 Poor Farm Rd** | ☐ Unliquidated | |
| **Harvard, MA 01451** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.163 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,785.00** |

**Ben Barudin**
**1633 Maple Blvd**
**Wilton, IA 52778**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$434.00** |

**Ben Bateman**
**251 Rio Bravo Dr**
**White Rock, NM 87547**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,697.00** |

**Ben Chang**
**2409 Booksin Ave**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,231.00** |

**Ben Dahl**
**18 Horton Ct**
**Cold Spring, NY 10516**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |

**Ben Davidson**
**39 Valley Road**
**Larchmont, NY 10538**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,225.00** |

**Ben Davis**
**15 Claire Rd**
**Amesbury, MA 01913**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$98.00** |

**Ben Davis**
**3 Knights Ct**
**Randolph, NJ 07869**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F              Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
         <u>Name</u>                                              Case number (if known)   _____

---

| 3.164 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10.00** |

**Ben F**
**1586 Lookout Farm Drive Ne**
**Ada, MI 49301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  <u>Customers - Deferred Credit</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$206.00** |

**Ben Farrer**
**102 Hurstbourne Park Blvd**
**Franklin, TN 37067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  <u>Customer</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,255.00** |

**Ben Finch**
**2047 W Cuyler Ave**
**Chicago, IL 60618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  <u>Customer</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$300.00** |

**Ben Greve**
**9493 Olympia Dr**
**Eden Prairie, MN 55347**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  <u>Customer</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$27.50** |

**Ben H**
**210 N Halsted St Unit 4**
**Chicago, IL 60661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  <u>Customers - Deferred Credit</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$714,832.36** |

**Ben H**
**99 Rausch St Unit 526**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  <u>Customers - Deferred Credit</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$174.00** |

**Ben Jamieson**
**15625 Haddonfield Way**
**Darnestown, MD 20878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  <u>Customer</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

**3.1649**

**Nonpriority creditor's name and mailing address**
**Ben Lippitt**
**11238 Shady Blossom Dr**
**Fort Myers, FL 33913**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$408.00

---

**3.1650**

**Nonpriority creditor's name and mailing address**
**Ben M**
**3683 Kilo Avenue**
**San Jose, CA 95124**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

**3.1651**

**Nonpriority creditor's name and mailing address**
**Ben Maschan**
**6424 Wise Avenue**
**Saint Louis, MO 63139**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$300.00

---

**3.1652**

**Nonpriority creditor's name and mailing address**
**Ben Maxwell**
**1493 Pompey Dr**
**San Jose, CA 95128**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$60.00

---

**3.1653**

**Nonpriority creditor's name and mailing address**
**Ben Meshel**
**450 Alton Rd Apt 2302**
**Miami Beach, FL 33139**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$28.00

---

**3.1654**

**Nonpriority creditor's name and mailing address**
**Ben Nachbar**
**72 Alienta Ln**
**Rancho Mission Viejo, CA 92694**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$784.00

---

**3.1655**

**Nonpriority creditor's name and mailing address**
**Ben P**
**319 Ladson Rd**
**Silver Spring, MD 20901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$99.00

---

Debtor    **Phoeno Wine Company, Inc.**
　　　　　Name

Case number *(if known)* _____

---

**3.165 6**

**Nonpriority creditor's name and mailing address**

**Ben Pagel**
**319 Ladson Rd**
**Silver Spring, MD 20901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$532.00**

---

**3.165 7**

**Nonpriority creditor's name and mailing address**

**Ben R**
**173 Harris Grove**
**Humboldt, TN 38343**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$10.00**

---

**3.165 8**

**Nonpriority creditor's name and mailing address**

**Ben R**
**3975 Leach Rd**
**Rochester, IL 62563**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$299.00**

---

**3.165 9**

**Nonpriority creditor's name and mailing address**

**Ben S**
**427 Vassar Pl**
**Fishkill, NY 12524**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.166 0**

**Nonpriority creditor's name and mailing address**

**Ben Samek**
**5161 Lankershim Blvd**
**4th Floor/ Endemol**
**North Hollywood, CA 91601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,120.00**

---

**3.166 1**

**Nonpriority creditor's name and mailing address**

**Ben Smith**
**2632 Larkin St Apt 5**
**San Francisco, CA 94109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$720.00**

---

**3.166 2**

**Nonpriority creditor's name and mailing address**

**Ben Switzer**
**10525 Stoneway**
**Clarence, NY 14031**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$37,294.00**

---

Debtor    **Phoeno Wine Company, Inc.**
          _____          Case number (if known)    _____
          Name

| 3.166 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$29.00** |

**Ben Teicher**
**4849 Broad Brook Drive**
**Bethesda, MD 20814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$640.00** |

**Ben Tobler**
**16622 74th St NE**
**Otsego, MN 55330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$97.00** |

**Ben Vedda**
**2429 Chesterfield Ave**
**Charlotte, NC 28205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |

**Ben W**
**186 6th Street Apt.1**
**Oakland, CA 94607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$56.00** |

**Ben W**
**988 Kenleigh Cir**
**Winston Salem, NC 27106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$193.00** |

**Ben Watkins**
**290 Rhodes Road**
**Woodruff, SC 29388**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$35.00** |

**Ben Watson**
**988 Kenleigh Cir**
**Winston Salem, NC 27106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

| 3.167 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00** |

**Benedict W**
**148 E 24th St**
**Apt 15b**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.167 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$68.00** |

**Beng Caturay**
**221 Lewis Ave**
**Millbrae, CA 94030**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.167 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**Bengt H**
**202 Phillips Ln**
**Alpharetta, GA 30009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.167 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$387.00** |

**Bengt Horsma**
**202 Phillips Ln**
**Alpharetta, GA 30009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.167 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$408.00** |

**Benito Bellot**
**18445 Opal Lane**
**Morgan Hill, CA 95037**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.167 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9.00** |

**Benjamin  P**
**514 Patapsco Ave**
**Rosedale, MD 21237**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.167 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$213.00** |

**Benjamin Baevsky**
**200 E 71st St Apt 11e**
**New York, NY 10021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
Name

| | |
|---|---|
| **3.167 7** | |

**Nonpriority creditor's name and mailing address**
**Benjamin Bissman**
**193 N.Main St**
**Mansfield, OH 44902**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$22.00**

---

| | |
|---|---|
| **3.167 8** | |

**Nonpriority creditor's name and mailing address**
**Benjamin Brittsan**
**425 Ravine Dr**
**Highland Park, IL 60035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

| | |
|---|---|
| **3.167 9** | |

**Nonpriority creditor's name and mailing address**
**Benjamin Calder**
**1862 Lemon Heights Dr**
**Santa Ana, CA 92705**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,142.00**

---

| | |
|---|---|
| **3.168 0** | |

**Nonpriority creditor's name and mailing address**
**Benjamin Conte**
**11110 S Collina Ave**
**Portland, OR 97219**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| | |
|---|---|
| **3.168 1** | |

**Nonpriority creditor's name and mailing address**
**Benjamin D**
**1057 Pebble Run Rd**
**Hendersonville, TN 37075**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

| | |
|---|---|
| **3.168 2** | |

**Nonpriority creditor's name and mailing address**
**Benjamin Darcy**
**109 Fayette St Unit 2**
**Watertown, MA 02472**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,334.00**

---

| | |
|---|---|
| **3.168 3** | |

**Nonpriority creditor's name and mailing address**
**Benjamin Derauf**
**1057 Pebble Run Rd**
**Hendersonville, TN 37075**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$153.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.168 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Benjamin Dorman**
**4 Birch Ave**
**Halifax, PA 17032**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$185.00**

---

| 3.168 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Benjamin Ford**
**2028 Murano Ln**
**Leander, TX 78641**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,467.00**

---

| 3.168 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Benjamin Gabbard**
**5000 Eldorado Pkwy**
**UPS Store**
**Frisco, TX 75033**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,207.00**

---

| 3.168 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Benjamin Gold**
**3195 Blake St Apt 202**
**Denver, CO 80205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,573.00**

---

| 3.168 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Benjamin Gulbrand**
**1054 Sullivans Rdg**
**Zionsville, IN 46077**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$81.00**

---

| 3.168 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Benjamin H**
**2251 W Giddings St Apt 3**
**Chicago, IL 60625**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.169 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Benjamin Hellweg**
**2251 W Giddings St Apt 3**
**Chicago, IL 60625**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$10,510.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (*if known*) _____

| | | |
|---|---|---|
| 3.169 1 | | |

**Nonpriority creditor's name and mailing address**

**Benjamin Humphreys**
**115 Jenks Road**
**Morristown, NJ 07960**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$140.00

---

| | | |
|---|---|---|
| 3.169 2 | | |

**Nonpriority creditor's name and mailing address**

**Benjamin I**
**10201 Surrey Pl**
**Truckee, CA 96161**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$24.00

---

| | | |
|---|---|---|
| 3.169 3 | | |

**Nonpriority creditor's name and mailing address**

**Benjamin Isaacson**
**10201 Surrey Pl**
**Truckee, CA 96161**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$46.00

---

| | | |
|---|---|---|
| 3.169 4 | | |

**Nonpriority creditor's name and mailing address**

**Benjamin Judson**
**400 Bleecker St Apt 3a**
**New York, NY 10014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$250.00

---

| | | |
|---|---|---|
| 3.169 5 | | |

**Nonpriority creditor's name and mailing address**

**Benjamin Keator**
**4116 Warnock Ct**
**Ft Worth, TX 76109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$560.00

---

| | | |
|---|---|---|
| 3.169 6 | | |

**Nonpriority creditor's name and mailing address**

**Benjamin Lee**
**13321 Packard Drive**
**Woodbridge, VA 22193**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$390.00

---

| | | |
|---|---|---|
| 3.169 7 | | |

**Nonpriority creditor's name and mailing address**

**Benjamin Leib**
**1568 S Oakwood Rd**
**Oshkosh, WI 54904**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name                                          Case number (if known)   _____

---

| 3.169 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$24.00** |

**Benjamin Ling**
**135 Palm Ave**
**Miami Beach, FL 33139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Customer**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$26.00** |

**Benjamin M**
**15128 Sunrise Dr Ne**
**Bainbridge Island, WA 98110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$168.00** |

**Benjamin Maner**
**410 Vanderwall**
**Peachtree City, GA 30269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Customer**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**Benjamin Masterson**
**708 Laurel Circle**
**East Grand Rapids, MI 49506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Customer**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$656.00** |

**Benjamin Mckay**
**2105 Briarwood Ln**
**Cheyenne, WY 82009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Customer**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$117.00** |

**Benjamin Mello**
**15128 Sunrise Dr NE**
**Bainbridge Island, WA 98110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Customer**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,107.00** |

**Benjamin Msika**
**710 N Lemon Ave Unit 309**
**Sarasota, FL 34236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Customer**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.170 5**

**Nonpriority creditor's name and mailing address**

**Benjamin N**
**77 Dolores Terrace**
**San Francisco, CA 94110**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$106.39**

---

**3.170 6**

**Nonpriority creditor's name and mailing address**

**Benjamin Plotsky**
**514 Patapsco Ave**
**Rosedale, MD 21237**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$929.00**

---

**3.170 7**

**Nonpriority creditor's name and mailing address**

**Benjamin Porter**
**84 High St**
**Canton, MA 02021**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$240.00**

---

**3.170 8**

**Nonpriority creditor's name and mailing address**

**Benjamin Redmond**
**125 Mill St**
**Wallkill, NY 12589**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,846.00**

---

**3.170 9**

**Nonpriority creditor's name and mailing address**

**Benjamin Rodriguez**
**14 Douglas Rd**
**Westford, MA 01886**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$275.00**

---

**3.171 0**

**Nonpriority creditor's name and mailing address**

**Benjamin Smith**
**679 Loring St**
**San Diego, CA 92109**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

**3.171 1**

**Nonpriority creditor's name and mailing address**

**Benjamin T**
**550 E. Market St.**
**Daly City, CA 94014**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$4,197.24**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.171 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Benjamin Wasserstrom**
**444 8th St NW**
**Washington, DC 20004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ☑ No ☐ Yes

**$381.00**

---

| 3.171 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Benjamin Wilson**
**26975 Palomares Rd**
**Castro Valley, CA 94552**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ☑ No ☐ Yes

**$387.00**

---

| 3.171 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Benjaminmantica**
**3621 Charlotte Street**
**Pittsburgh, PA 15201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customers - Deferred Credit__

Is the claim subject to offset? ☑ No ☐ Yes

**$123.00**

---

| 3.171 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Benmaschan**
**6424 Wise Avenue**
**Saint Louis, MO 63139**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customers - Deferred Credit__

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

| 3.171 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bennett K**
**2442 Folsom St**
**Los Angeles, CA 90033**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customers - Deferred Credit__

Is the claim subject to offset? ☑ No ☐ Yes

**$453.65**

---

| 3.171 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bennett Woodruff**
**110 Guadalupe Grand Vw**
**Ingram, TX 78025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ☑ No ☐ Yes

**$92.00**

---

| 3.171 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Benny Firestone**
**210 Wingo Way**
**Ste 300**
**Mount Pleasant, SC 29464**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ☑ No ☐ Yes

**$2,316.00**

---

Debtor   **Phoeno Wine Company, Inc.**
         Name

Case number (if known) _____

---

| 3.171 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Benny L**
**670 Buttermilk Dr**
**Nesbit, MS 38651**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.172 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Benny W**
**193 Oak St Apt 402**
**Newton Upper Falls, MA 02464**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

| 3.172 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Benny Wong**
**193 Oak St Apt 402**
**Newton Upper Falls, MA 02464**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.172 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Benton Vicknair**
**280 Waterford Dr**
**Thibodaux, LA 70301**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$193.00**

---

| 3.172 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bereket H**
**1323 21st Street Nw**
**Washington, DC 20036**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.172 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bernadette Ayers**
**96 Chandler Avenue**
**Staten Island, NY 10314**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$336.00**

---

| 3.172 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bernadette O**
**1836 Crystalaire Ct.**
**Las Vegas, NV 89123**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

Debtor    **Phoeno Wine Company, Inc.**    Case number (if known) _____
_____
Name

---

**3.172 6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$24.00**

**Bernadine Kimmerling**                    ☐ Contingent
**Po Box 174**                    ☐ Unliquidated
**Kennebunk, ME 04043**                    ☐ Disputed

Date(s) debt was incurred _                    Basis for the claim:  **Customers - Deferred Credit**
Last 4 digits of account number _
                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.172 7**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$263.00**

**Bernard Dayan**                    ☐ Contingent
**4542 Tree Fern Dr**                    ☐ Unliquidated
**Delray Beach, FL 33445**                    ☐ Disputed

Date(s) debt was incurred _                    Basis for the claim:  **Customer**
Last 4 digits of account number _
                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.172 8**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$2,108.00**

**Bernard Geolingo**                    ☐ Contingent
**8555 Vinmar Ave**                    ☐ Unliquidated
**Rancho Cucamonga, CA 91730**                    ☐ Disputed

Date(s) debt was incurred _                    Basis for the claim:  **Customer**
Last 4 digits of account number _
                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.172 9**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$26.00**

**Bernard P**                    ☐ Contingent
**45 Park St**                    ☐ Unliquidated
**Adams, MA 01220**                    ☐ Disputed

Date(s) debt was incurred _                    Basis for the claim:  **Customers - Deferred Credit**
Last 4 digits of account number _
                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.173 0**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Bernard Schneider**                    ☐ Contingent
**1060 Sleetridge Dr**                    ☐ Unliquidated
**Las Vegas, NV 89123**                    ☐ Disputed

Date(s) debt was incurred _                    Basis for the claim:  **Customer**
Last 4 digits of account number _
                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.173 1**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$32.00**

**Bernie Abrami**                    ☐ Contingent
**1515 S Federal Hwy Ste 201**                    ☐ Unliquidated
**Boca Raton, FL 33432**                    ☐ Disputed

Date(s) debt was incurred _                    Basis for the claim:  **Customer**
Last 4 digits of account number _
                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.173 2**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$275.00**

**Bernie Butts**                    ☐ Contingent
**2850 Emathla St**                    ☐ Unliquidated
**Miami, FL 33133**                    ☐ Disputed

Date(s) debt was incurred _                    Basis for the claim:  **Customer**
Last 4 digits of account number _
                    Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known)   _____

---

| 3.173.3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bernie Hill**
**2414 Sw Andover St Ste F102**
**Seattle, WA 98106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$105.00**

---

| 3.173.4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Berry T**
**51 Sylvan Dr**
**San Francisco, CA 94132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

| 3.173.5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bert Gonzalez**
**333 Lancaster Ave Apt 902**
**Malvern, PA 19355**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$415.00**

---

| 3.173.6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bert Gonzalez**
**333 Lancaster Ave Apt 902**
**Malvern, PA 19355**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$44.00**

---

| 3.173.7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bert Hummel**
**981 Glenwood Ave Se**
**Atlanta, GA 30316**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,870.00**

---

| 3.173.8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bert M**
**847 Celestial Vw**
**San Antonio, TX 78260**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$15.00**

---

| 3.173.9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bert Murillo**
**847 Celestial Vw**
**San Antonio, TX 78260**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$296.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.174 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$72.00** |

**Bert S**
**6650 Brewster Ct**
**Cypress, CA 90630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.174 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,579.00** |

**Bert Somers**
**6650 Brewster Ct**
**Cypress, CA 90630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.174 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$349.40** |

**Bert Toerock**
**85 Church St**
**Haledon, NJ 07508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.174 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$248.00** |

**Bertrand Eban**
**5015 Jarvis Street**
**Lubbock, TX 79416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.174 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77.00** |

**Beth B**
**1019 1/2 Tulane St**
**Houston, TX 77008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.174 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$136.00** |

**Beth Bates**
**36 Cherokee Road**
**Moultrie, GA 31768**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.174 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$259.00** |

**Beth Bower**
**1019 1/2 Tulane St**
**Houston, TX 77008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.174 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$254.00** |

**Beth Breeland**
7404 Stout Rd
Germantown, TN 38138

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,583.00** |

**Beth Broome**
2021 U St
Sacramento, CA 95818

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$504.00** |

**Beth Delair**
2116 4th Avenue
2413
Seattle, WA 98121

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$437.00** |

**Beth Fiore**
38 Thomas Dr
Reading, MA 01867

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$145.00** |

**Beth Garvey**
7769 Dryer Rd
Victor, NY 14564

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60.00** |

**Beth Henigan**
10212 Herb Rd
Windsor, CA 95492

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$24.00** |

**Beth K**
1200 17th St Nw Ste 500
Washington, DC 20036

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                      Case number (if known) _____
_____
Name

---

| 3.175 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Beth Kanter**
**1200 17th St NW Ste 500**
**Washington, DC 20036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                         **$64.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Beth Krumm**
**Trulaske College Of Business**
**700 Tiger Ave, Suite 408g**
**Columbia, MO 65201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                        **$2,366.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Beth Lestock**
**14831 Winfield Park Dr**
**Novelty, OH 44072**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                        **$112.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Beth Merriman**
**2765 Fifth Ave**
**Apt 11**
**San Diego, CA 92103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                        **$10.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Beth Rands**
**1229 New York St**
**Lawrence, KS 66044**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                        **$1,412.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Beth Schneider**
**7143 N Via De Amigos**
**Scottsdale, AZ 85258**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                        **$60.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.176 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Beth Steinhaus**
**5013 37th Ave S Unit B**
**Seattle, WA 98118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                        **$371.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                              Case number *(if known)* _____
_____
Name

| 3.176 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6.00** |

**Beth V**
**170 Detar Rd**
**Gilbertsville, PA 19525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16.00** |

**Beth W**
**6045 Se 72nd Ave Portland, Or 97206**
**Portland, OR 97206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$75.00** |

**Beth Wathen**
**6045 Se 72nd Ave Portland, Or 97206**
**Portland, OR 97206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$375.00** |

**Bethandjon Paschetto**
**4860 Adams Walk**
**Dunwoody, GA 30338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,152.00** |

**Bethany Bell**
**411 Parker Ave**
**Moorestown, NJ 08057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$54.00** |

**Bethany Clark**
**4052 Pine Run Cir**
**St Augustine, FL 32086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$239.00** |

**Bethany Davison**
**8429 Chaucer House Ct**
**Lorton, VA 22079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.176 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Bethany G**
**4612 Revillo Way**
**San Diego, CA 92115**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| | | |
|---|---|---|
| 3.176 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Bethany Gonzales**
**4612 Revillo Way**
**San Diego, CA 92115**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| | | |
|---|---|---|
| 3.177 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Bethany H**
**1913 Prospect St**
**Apt 3**
**Houston, TX 77004**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

| | | |
|---|---|---|
| 3.177 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Bethany Hellerich**
**291 Munich St**
**San Francisco, CA 94112**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

| | | |
|---|---|---|
| 3.177 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Bethany Mizell**
**1840 E Independence St**
**Springfield, MO 65804**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | | |
|---|---|---|
| 3.177 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Bethany Rosa**
**209 Black Bull Trail**
**Bozeman, MT 59718**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$912.00**

---

| | | |
|---|---|---|
| 3.177 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Bethany West**
**34665 Howell Rd**
**Waller, TX 77484**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$112.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
Name

---

| 3.177 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$1,588.00**

**Betina Brumm**
**1713 Sicily Dr**
**Longmont, CO 80503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$7.00**

**Betsy B**
**8542 E Iowa Pl**
**Denver Co 80232**
**Denver, CO 80231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$2,108.00**

**Betsy Bingham**
**6933 Sw Lee Rd**
**Gaston, OR 97119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$1,646.00**

**Betsy Brachfeld**
**8542 E Iowa Pl**
**Denver Co 80232**
**Denver, CO 80231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$1,151.00**

**Betsy O**
**4514 Cole Ave Ste 1015**
**Dallas, TX 75205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$1,772.00**

**Betsy Orton**
**4514 Cole Ave Ste 1015**
**Dallas, TX 75205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$15.00**

**Bettina V**
**10315 E Shangri La Rd**
**Scottsdale, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

| 3.178 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23.00** |
|---|---|---|---|

**Betty H 13409434**
**6200 Rivers Edge Drive**
**Po Box 2002**
**Howell, MI 48855**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$589.00** |
|---|---|---|---|

**Betty Hollan**
**25 Ivy Chase NE**
**Atlanta, GA 30342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,270.00** |
|---|---|---|---|

**Beverly Pedraza**
**2808 Mclamb Pl**
**Goldsboro, NC 27534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14.00** |
|---|---|---|---|

**Beverly R**
**8015 19th Place Northeast**
**Lake Stevens, WA 98258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14.00** |
|---|---|---|---|

**Beverly Seyfert**
**Sonoma Valley Hospital**
**347 Andrieux Street**
**Sonoma, CA 95476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$237.00** |
|---|---|---|---|

**Beverly Smithson**
**19215 Seabrook Ln**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23.02** |
|---|---|---|---|

**Bharat G**
**4821 Vanderbilt Dr**
**San Jose, CA 95130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number _(if known)_ _____
Name

| 3.178 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$30.00** |
|---|---|---|---|

**Bhaskar Mukati**
**149 Battle Creek Dr**
**Marion, IA 52302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**   **Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$50.00** |
|---|---|---|---|

**Bhavin A**
**211 E Liberty St Apt 8**
**Wauconda, IL 60084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**   **Customers - Deferred Credit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$118.00** |
|---|---|---|---|

**Bianca Chowdhury**
**536 W 26th St**
**Houston, TX 77008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**   **Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$869.32** |
|---|---|---|---|

**Bianca D**
**3280 California Street**
**Oakland, CA 94602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**   **Customers - Deferred Credit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$75.00** |
|---|---|---|---|

**Bianca D**
**3280 Californis Street**
**Oakland, CA 94602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**   **Customers - Deferred Credit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$23.00** |
|---|---|---|---|

**Bianca Echenard**
**1066 San Pasqual St Ap.11**
**Pasadena, CA 91106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**   **Customers - Deferred Credit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$84.00** |
|---|---|---|---|

**Big Rob**
**5586 Golden Leaf Ave**
**Las Vegas, NV 89122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**   **Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

| 3.179 6 | **Nonpriority creditor's name and mailing address**<br>**Bill Andresen**<br>**101 Constitution Ave., Nw**<br>**Suite 600w**<br>**Washington, DC 20001** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $235.01 |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 7 | **Nonpriority creditor's name and mailing address**<br>**Bill B**<br>**10805 Sunset Office Drive, Ste 207**<br>**C/O Bill Brasser**<br>**St Louis, MO 63127** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $85.00 |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 8 | **Nonpriority creditor's name and mailing address**<br>**Bill B**<br>**20 Rustic Drive**<br>**Cohasset, MA 02025** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4.00 |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 9 | **Nonpriority creditor's name and mailing address**<br>**Bill B**<br>**6401 Woodsbriar Ct**<br>**Lisle, IL 60532** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $75.20 |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 0 | **Nonpriority creditor's name and mailing address**<br>**Bill Bell**<br>**20 Rustic Drive**<br>**Cohasset, MA 02025** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $804.00 |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 1 | **Nonpriority creditor's name and mailing address**<br>**Bill Benear**<br>**6401 Woodsbriar Ct**<br>**Lisle, IL 60532** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,433.00 |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 2 | **Nonpriority creditor's name and mailing address**<br>**Bill C**<br>**1831 Harwood Ct**<br>**Sun Prairie, WI 53590** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10.00 |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.180<br>3 | **Nonpriority creditor's name and mailing address**<br>**Bill C**<br>**3107 Honolulu Ave**<br>**La Crescenta, CA 91214** | $12.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.180<br>4 | **Nonpriority creditor's name and mailing address**<br>**Bill C**<br>**50 S Main St Fl 10**<br>**Akron, OH 44308** | $30.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.180<br>5 | **Nonpriority creditor's name and mailing address**<br>**Bill Chesson**<br>**100 Jackson Dr**<br>**Steubenville, OH 43953** | $130.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.180<br>6 | **Nonpriority creditor's name and mailing address**<br>**Bill Chris**<br>**50 S Main St Fl 10**<br>**Akron, OH 44308** | $30.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.180<br>7 | **Nonpriority creditor's name and mailing address**<br>**Bill Clark**<br>**3107 Honolulu Ave**<br>**La Crescenta, CA 91214** | $1,371.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.180<br>8 | **Nonpriority creditor's name and mailing address**<br>**Bill Crockett**<br>**1149 Oak Grove Drive**<br>**Los Angeles, CA 90041** | $455.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.180<br>9 | **Nonpriority creditor's name and mailing address**<br>**Bill D**<br>**13664 Springmill Blvd**<br>**Carmel, IN 46032** | $35.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Name                                                        Case number (if known) _____

---

| 3.181 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,041.00** |

**Bill Davidson**
**19319 La Serena Dr**
**Estero, FL 33967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29.00** |

**Bill Dunning**
**2032 Slade Dr**
**Cortland, NY 13045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$305.00** |

**Bill Duppenthaler**
**826 N Anderson St**
**Tacoma, WA 98406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$116.00** |

**Bill E**
**1617 Harvest Moon Lane**
**Hatfield, PA 19440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$831.97** |

**Bill F**
**650 N. Rose Dr, #518**
**Placentia, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$72.00** |

**Bill Frazier**
**650 N. Rose Dr, Box 518**
**Placentia, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$617.00** |

**Bill Frost**
**3940 Canal Rd**
**Lake Oswego, OR 97034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.181 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bill G**
**914 4th St W**
**Huntington, WV 25701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$162.00

---

| 3.181 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bill Hamlin**
**641 W Pinehurst Ave**
**La Habra, CA 90631**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$844.00

---

| 3.181 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bill Harnett**
**961 Bel Air Dr**
**Palm Springs, CA 92264**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$6,879.00

---

| 3.182 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bill Ives**
**1558 Queens Rd W**
**Charlotte, NC 28207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.182 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bill K**
**16 Hayhurst Dr**
**Newtown, PA 18940**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$22.00

---

| 3.182 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bill Keith**
**6299 Nall Ave Ste 300**
**Mission, KS 66202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$133.00

---

| 3.182 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bill Kelsey**
**58 W Springtown Road**
**Long Valley, NJ 07853**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$85.00

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.182 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Bill Kempey**
**122 Unadilla Rd**
**Ridgewood, NJ 07450**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$534.00**

---

| 3.182 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Bill Lacourciere**
**40 Country Squire Dr**
**1b**
**Cromwell, CT 06416**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,402.00**

---

| 3.182 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Bill Leyden**
**10190 Ridgeline Dr**
**Milan, MI 48160**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$38.00**

---

| 3.182 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Bill Mauke**
**135 S. Hoyt St, Co**
**Lakewood, CO 80226**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,121.00**

---

| 3.182 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Bill Meyers**
**417 E Josephine**
**Weatherford, TX 76086**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

| 3.182 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Bill Moreno**
**12618 Wandering Streams Dr**
**Tomball, TX 77377**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

| 3.183 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Bill Murphy**
**1083 County Road 142**
**Whitesboro, TX 76273**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$309.00**

---

Debtor   **Phoeno Wine Company, Inc.**   Case number *(if known)* _____
         Name

---

| 3.183<br>1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
|---|---|---|---|

**Bill O**
**962 Merganser Ln**
**Carlsbad, CA 92011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183<br>2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |
|---|---|---|---|

**Bill P**
**322 Wild Oak Dr**
**Shreveport, LA 71106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44.00** |
|---|---|---|---|

**Bill Phalon**
**29 Parkerville Rd**
**Southborough, MA 01772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$192.00** |
|---|---|---|---|

**Bill Phillips**
**2548 Chardonnay Dr**
**Macungie, PA 18062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$68.00** |
|---|---|---|---|

**Bill R**
**25141 W. Fremont Rd.**
**Los Altos Hills, CA 94022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,032.00** |
|---|---|---|---|

**Bill Randolph**
**2300 Vine Apt 317**
**Kansas City, MO 64108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,677.00** |
|---|---|---|---|

**Bill Reidler**
**1023 Vaulted Oak Street**
**Houston, TX 77008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.183 8**

**Nonpriority creditor's name and mailing address**

**Bill Ronsaville**
**1788 Lanier Pl NW**
**Washington, DC 20009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$226.00**

---

**3.183 9**

**Nonpriority creditor's name and mailing address**

**Bill S**
**425 Eliston St**
**Summerville, SC 29486**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$10.00**

---

**3.184 0**

**Nonpriority creditor's name and mailing address**

**Bill S**
**6720 Via Austi Pkwy Ste 430**
**Las Vegas, NV 89119**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$119.39**

---

**3.184 1**

**Nonpriority creditor's name and mailing address**

**Bill Sklar**
**6720 Via Austi Pkwy Ste 430**
**Las Vegas, NV 89119**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$257.00**

---

**3.184 2**

**Nonpriority creditor's name and mailing address**

**Bill Stafford**
**425 Eliston St**
**Summerville, SC 29486**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$135.00**

---

**3.184 3**

**Nonpriority creditor's name and mailing address**

**Bill Timony**
**304 S Bartram Trl**
**Saint Johns, FL 32259**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$28.00**

---

**3.184 4**

**Nonpriority creditor's name and mailing address**

**Bill W**
**119 42nd Av Dr Nw**
**Hickory, NC 28601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$25.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Case number (*if known*) _____

Name

---

**3.184 5**

**Nonpriority creditor's name and mailing address**

**Bill W 1125**
**1216 Ridgecrest St**
**Morristown, TN 37814**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$225.00**

---

**3.184 6**

**Nonpriority creditor's name and mailing address**

**Bill-M**
**51801 Vance Vista Court**
**South Bend, IN 46628**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.184 7**

**Nonpriority creditor's name and mailing address**

**Billy B**
**8961 Metcalf Ave #205**
**Overland Park, KS 66212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$8.00**

---

**3.184 8**

**Nonpriority creditor's name and mailing address**

**Billy Hinners**
**2336 Se Ocean Blvd # 235**
**Stuart, FL 34996**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.184 9**

**Nonpriority creditor's name and mailing address**

**Billy Holden**
**222 E Main St**
**Pen Argyl, PA 18072**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$66.00**

---

**3.185 0**

**Nonpriority creditor's name and mailing address**

**Billy L**
**550 South Hill St Suite 920**
**Los Angeles, CA 90013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.185 1**

**Nonpriority creditor's name and mailing address**

**Billy Legaspi**
**20652 Exchange St.**
**Ashburn, VA 20147**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$57.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                    Case number *(if known)*    _____

| | |
|---|---|
| **3.185**<br>**2** | **Nonpriority creditor's name and mailing address**<br>**Billy R**<br>**29921 Altisima**<br>**Rancho Santa Margarita, CA 92688** |

| | | $7.00 |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| | |
|---|---|
| **3.185**<br>**3** | **Nonpriority creditor's name and mailing address**<br>**Binh D**<br>**6390 Artesia Blvd**<br>**Buena Park, CA 90620** |

$55.00

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| | |
|---|---|
| **3.185**<br>**4** | **Nonpriority creditor's name and mailing address**<br>**Binh Do**<br>**6390 Artesia Blvd**<br>**Buena Park, CA 90620** |

$0.00

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| | |
|---|---|
| **3.185**<br>**5** | **Nonpriority creditor's name and mailing address**<br>**Bj J**<br>**1333 S Wabash Ave**<br>**Unit 2304**<br>**Chicago, IL 60605** |

$30.00

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| | |
|---|---|
| **3.185**<br>**6** | **Nonpriority creditor's name and mailing address**<br>**Blaine Caravaggi**<br>**1 Mountain Aerie**<br>**Cornwall On Hudson, NY 12520** |

$290.00

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| | |
|---|---|
| **3.185**<br>**7** | **Nonpriority creditor's name and mailing address**<br>**Blaine D**<br>**1849 Fig St**<br>**Metairie, LA 70001** |

$25.00

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| | |
|---|---|
| **3.185**<br>**8** | **Nonpriority creditor's name and mailing address**<br>**Blaine Mckee**<br>**6 Michelle Ct**<br>**Trophy Club, TX 76262** |

$119.00

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

**Is the claim subject to offset?** ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
　　　　　Name    　　　　　　　　　　　　　Case number (if known)　　　　　　　　　

---

| 3.185 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70.00** |
| **Blaine N** | ☐ Contingent | |
| **30223 Luis Rey Heights Road** | ☐ Unliquidated | |
| **Bonsall, CA 92003** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Customers - Deferred Credit | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.186 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,951.00** |
| **Blaine Thomas** | ☐ Contingent | |
| **3851 Platte Dr** | ☐ Unliquidated | |
| **Fort Collins, CO 80526** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.186 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$272.64** |
| **Blair Burnside** | ☐ Contingent | |
| **5916 Annapolis St** | ☐ Unliquidated | |
| **Houston, TX 77005** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Customers - Deferred Credit | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.186 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |
| **Blair C** | ☐ Contingent | |
| **112 Southwyck Dr** | ☐ Unliquidated | |
| **Chagrin Falls, OH 44022** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Customers - Deferred Credit | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.186 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,465.00** |
| **Blair Campomizzi** | ☐ Contingent | |
| **112 Southwyck Dr** | ☐ Unliquidated | |
| **Chagrin Falls, OH 44022** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.186 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
| **Blair Lott** | ☐ Contingent | |
| **607 Sapphire Pl** | ☐ Unliquidated | |
| **Martinez, GA 30907** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.186 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$535.00** |
| **Blair Mitchell** | ☐ Contingent | |
| **3419 Deerchase Cir** | ☐ Unliquidated | |
| **Murfreesboro, TN 37129** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 3.186 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**Blair P**
**305 E Ocean Ave**
**Unit 7**
**Lantana, FL 33462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,294.00** |

**Blair Scott**
**1023 Nathan Ridge Rd**
**Clermont, FL 34715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30.00** |

**Blair Vanderbilt**
**3737 Cogdell St. Apt. 101**
**Houston, TX 77019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$46.00** |

**Blair W**
**2445 Windrow Ln**
**Lafayette, CO 80026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$495.00** |

**Blair Willcox**
**2445 Windrow Ln**
**Lafayette, CO 80026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$90.00** |

**Blake Brumley**
**6895 E Camelback Rd Unit 4006**
**Scottsdale, AZ 85251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$189.00** |

**Blake Jones**
**325 Anders Path**
**Marietta, GA 30064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.187
3**

**Nonpriority creditor's name and mailing address**

**Blake M
771 N Bowl Ln Unit B
Stateline, NV 89449**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

$1,459.70

---

**3.187
4**

**Nonpriority creditor's name and mailing address**

**Blake Manosh
771 N Bowl Ln Unit B
Stateline, NV 89449**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

$129.00

---

**3.187
5**

**Nonpriority creditor's name and mailing address**

**Blake Miller
186 Bundy Hill Rd
Holmes, NY 12531**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

$1,088.00

---

**3.187
6**

**Nonpriority creditor's name and mailing address**

**Blake Murray
4767 Berkeley Ter NW
Washington, DC 20007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

$100.00

---

**3.187
7**

**Nonpriority creditor's name and mailing address**

**Blake Prete
28 Edgewood Rd
Darien, CT 06820**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

$39.00

---

**3.187
8**

**Nonpriority creditor's name and mailing address**

**Blake R
4337 Greenwood Ln
Grapevine, TX 76051**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

$2.00

---

**3.187
9**

**Nonpriority creditor's name and mailing address**

**Blake Rachowin
123 Townsend St, 6th Fl
San Francisco, CA 94107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

$109.25

---

Debtor     **Phoeno Wine Company, Inc.**
_____     Case number *(if known)* _____

Name

| | | |
|---|---|---|
| 3.188 0 | **Nonpriority creditor's name and mailing address**<br>**Blake S**<br>**3136 Mammoth Dr**<br>**Roseville, CA 95747**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$50.00** |

| | | |
|---|---|---|
| 3.188 1 | **Nonpriority creditor's name and mailing address**<br>**Blake Sequeira**<br>**3136 Mammoth Dr**<br>**Roseville, CA 95747**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$352.00** |

| | | |
|---|---|---|
| 3.188 2 | **Nonpriority creditor's name and mailing address**<br>**Blake Sergot**<br>**2508 Cozumel Dr**<br>**Tampa, FL 33618**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,755.00** |

| | | |
|---|---|---|
| 3.188 3 | **Nonpriority creditor's name and mailing address**<br>**Blake Tokheim**<br>**145 Hudson St Apt 14b**<br>**New York, NY 10013**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$407.00** |

| | | |
|---|---|---|
| 3.188 4 | **Nonpriority creditor's name and mailing address**<br>**Blake W**<br>**7962 Tall Willow Ave**<br>**Baton Rouge, LA 70820**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$88.00** |

| | | |
|---|---|---|
| 3.188 5 | **Nonpriority creditor's name and mailing address**<br>**Blake Zanoni**<br>**1413 Plantation Dr**<br>**Brentwood, TN 37027**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$56.00** |

| | | |
|---|---|---|
| 3.188 6 | **Nonpriority creditor's name and mailing address**<br>**Blanca Paredes**<br>**13809 Regentview Ave**<br>**Bellflower, CA 90706**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$118.00** |

Debtor **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

---

| 3.188 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$36.00** |

**Blas S**
**2501 Sw 24th Ave**
**Miami, FL 33133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$85.00** |

**Blas Santander**
**2501 Sw 24th Ave**
**Miami, FL 33133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30.00** |

**Bledi K**
**229 Cambon Ave**
**Saint James, NY 11780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$175.00** |

**Bledi Karafili**
**229 Cambon Ave**
**Saint James, NY 11780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**Blerim G**
**239e. Mosholu Pkwy N., Apt# Basement**
**Apt# Basement**
**Bronx, NY 10467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$33.00** |

**Bliff Montana**
**701 Autumn Ave**
**Brooklyn, NY 11208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$44.00** |

**Blu S**
**1611 Riverside Dr**
**Nashville, TN 37216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.189 4 | **Nonpriority creditor's name and mailing address**<br>**Blu Sanders**<br>**1611 Riverside Dr**<br>**Nashville, TN 37216**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.  $141.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.189 5 | **Nonpriority creditor's name and mailing address**<br>**Bo H**<br>**250 Mercer Street**<br>**A504**<br>**New York, NY 10012**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.  $25.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.189 6 | **Nonpriority creditor's name and mailing address**<br>**Bo Ward**<br>**945 General Beauregard Drive**<br>**Virginia Beach, VA 23454**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.  $42.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.189 7 | **Nonpriority creditor's name and mailing address**<br>**Bob B**<br>**2464 Adair Street**<br>**San Marino, CA 91108**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.  $25.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.189 8 | **Nonpriority creditor's name and mailing address**<br>**Bob B**<br>**4920 Monroe St**<br>**Ups Access Point - Advance Auto Parts**<br>**Toledo, OH 43623**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.  $25.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.189 9 | **Nonpriority creditor's name and mailing address**<br>**Bob Binish**<br>**5551 Ridgewood Drive**<br>**Suite 300**<br>**Naples, FL 34108**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.  $62.01<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.190 0 | **Nonpriority creditor's name and mailing address**<br>**Bob C**<br>**1462 Golden Sill Dr**<br>**Castle Pines, CO 80108**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.  $60.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.190 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$555.00** |
|---|---|---|---|

**Bob Cartwright**
**208 Deren Lane**
**Pflugerville, TX 78660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,861.00** |
|---|---|---|---|

**Bob Divivier**
**1244 Washoe Dr**
**San Jose, CA 95120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$41,767.00** |
|---|---|---|---|

**Bob Eichinger**
**1738 Ledean Dr**
**Morristown, TN 37814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29.00** |
|---|---|---|---|

**Bob Foss**
**60 Kinseyville Rd**
**Nottingham, PA 19362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$32.00** |
|---|---|---|---|

**Bob Goode**
**2865 W Bowie St**
**Fort Worth, TX 76109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |
|---|---|---|---|

**Bob H**
**233 White Tail Run**
**Grand Island, NY 14072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |
|---|---|---|---|

**Bob Keating**
**9 Flotilla**
**Hilton Head Island, SC 29928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor      **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
                   Name

| 3.190 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bob Knoll**
**704 Juana Ave**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15.00 |

**Bob L**
**1521 N Glenville Dr**
**Richardson, TX 75081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,308.00 |

**Bob Lepping**
**1521 N Glenville Dr**
**Richardson, TX 75081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,454.00 |

**Bob Lin**
**1315 Lee Pl**
**San Jose, CA 95131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5.00 |

**Bob M**
**31 Woodgreen Dr**
**Pittsford, NY 14534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $105.00 |

**Bob Magnant**
**31 Woodgreen Dr**
**Pittsford, NY 14534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $20.00 |

**Bob May**
**1618 Stonemill Falls Dr**
**Wake Forest, NC 27587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.191 5**

**Nonpriority creditor's name and mailing address**

**Bob Mchugh**
**9218 Elk Mountain Ct**
**Missouri City, TX 77459**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$207.00**

---

**3.191 6**

**Nonpriority creditor's name and mailing address**

**Bob Mills**
**167 Lamp And Lantern Vlg**
**Chesterfield, MO 63017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$145.00**

---

**3.191 7**

**Nonpriority creditor's name and mailing address**

**Bob O**
**6502 San Vicente**
**Los Angeles, CA 90048**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.191 8**

**Nonpriority creditor's name and mailing address**

**Bob P**
**952 Saturn Way**
**Livermore, CA 94550**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$58.00**

---

**3.191 9**

**Nonpriority creditor's name and mailing address**

**Bob Patubo**
**952 Saturn Way**
**Livermore, CA 94550**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,766.00**

---

**3.192 0**

**Nonpriority creditor's name and mailing address**

**Bob Poole**
**31 Bryant Drive**
**Perkasie, PA 18944**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.192 1**

**Nonpriority creditor's name and mailing address**

**Bob R 18880**
**8613 Beverly Ln**
**Dublin, CA 94568**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$977.90**

---

Debtor   **Phoeno Wine Company, Inc.**
     Name

Case number (if known) _____

---

| 3.192 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Bob Rashid**
**37 W Southington Ave**
**Worthington, OH 43085**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

| 3.192 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Bob Rojahn**
**42 Alhambra St**
**Ponte Vedra Beach, FL 32082**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$58.00

---

| 3.192 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Bob S**
**666 Kenilworth Ave**
**Glen Ellyn, IL 60137**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

| 3.192 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Bob Scruggs**
**5932 107th Ter N**
**Pinellas Park, FL 33782**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$20.00

---

| 3.192 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Bob Verrelle**
**180 Sleighride Rd**
**Willow Grove, PA 19090**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$1,209.00

---

| 3.192 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Bob W**
**26 Briar Creek Dr**
**Sicklerville, NJ 08081**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$15.00

---

| 3.192 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Bob Wells**
**26 Briar Creek Dr**
**Sicklerville, NJ 08081**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$323.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

**3.1929**

**Nonpriority creditor's name and mailing address**
**Bob Worthington**
**1633 Rockspring Pl**
**Walnut Creek, CA 94596**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,170.00**

---

**3.1930**

**Nonpriority creditor's name and mailing address**
**Bobbett Plummer**
**5 Pima Ct**
**Randallstown, MD 21133**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$123.00**

---

**3.1931**

**Nonpriority creditor's name and mailing address**
**Bobbi Buell**
**1150 Lombard St Apt 9**
**San Francisco, CA 94109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$40.00**

---

**3.1932**

**Nonpriority creditor's name and mailing address**
**Bobbie Garza**
**2000 Nautilus Lane**
**Newport Beach, CA 92660**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$34.80**

---

**3.1933**

**Nonpriority creditor's name and mailing address**
**Bobbie Yaeger**
**159 Circle Dr**
**Walnut Creek, CA 94595**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$479.00**

---

**3.1934**

**Nonpriority creditor's name and mailing address**
**Bobbisue Morrison**
**5268 Clifton Pl**
**Fairfield, OH 45014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$180.00**

---

**3.1935**

**Nonpriority creditor's name and mailing address**
**Bobby D**
**8904 Aventino Way**
**Houston, TX 77080**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$9.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
     Name

Case number (if known) _____

---

**3.193 6**

**Nonpriority creditor's name and mailing address**

**Bobby Davis**
**8904 Aventino Way**
**Houston, TX 77080**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$243.00

---

**3.193 7**

**Nonpriority creditor's name and mailing address**

**Bobby H**
**3245 Main St Ste 215**
**Frisco, TX 75034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$486.00

---

**3.193 8**

**Nonpriority creditor's name and mailing address**

**Bobby Herbold**
**3245 Main St Ste 215**
**Frisco, TX 75034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$823.00

---

**3.193 9**

**Nonpriority creditor's name and mailing address**

**Bobby L**
**8026 Hamilton Blvd**
**Breinigsville, PA 18031**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.194 0**

**Nonpriority creditor's name and mailing address**

**Bobby Neufeld**
**3721 Springside Dr**
**Estero, FL 33928**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$696.00

---

**3.194 1**

**Nonpriority creditor's name and mailing address**

**Bobby O**
**2098 Dead Horse Road**
**Pleasanton, TX 78064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

**3.194 2**

**Nonpriority creditor's name and mailing address**

**Bobby Reynolds**
**4002 Woodview Dr**
**Sarasota, FL 34232**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,571.00

---

Debtor    **Phoeno Wine Company, Inc.**
　　　　　Name
　　　　　　　　　　　　　　　　　　　　　　Case number (if known)

---

**3.194
3**

**Nonpriority creditor's name and mailing address**

**Bobby W
1079 Jacobsen Lane, Petaluma, Ca 94954
Petaluma, CA 94954**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$11.87**

---

**3.194
4**

**Nonpriority creditor's name and mailing address**

**Bobbye P
2521 Wordsworth St
Houston, TX 77030**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$999.00**

---

**3.194
5**

**Nonpriority creditor's name and mailing address**

**Boe Nankivel
12019 Windom Peak Way
San Diego, CA 92131**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$448.00**

---

**3.194
6**

**Nonpriority creditor's name and mailing address**

**Bohdan Chrobak
4700 Landchester Road
Cleveland, OH 44109**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$195.00**

---

**3.194
7**

**Nonpriority creditor's name and mailing address**

**Bonnie Brown
2901 Camberly Cir
--
Melbourne, FL 32940**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$60.00**

---

**3.194
8**

**Nonpriority creditor's name and mailing address**

**Bonnie Elkanich
5700 Palma Del Sol Way
Las Vegas, NV 89130**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$136.00**

---

**3.194
9**

**Nonpriority creditor's name and mailing address**

**Bonnie Harris
1114 Washington Ave
Oshkosh, WI 54901**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$2,713.00**

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.195 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18.00** |

**Bonnie King**
**8642 W Driftwood Dr**
**Coeur D Alene, ID 83814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$118.00** |

**Bonnie Orlowski**
**98 Applehead Island**
**Horseshoe Bay, TX 78657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |

**Bonnie S 13426548**
**1 Weaseldrift Road**
**Woodland Park, NJ 07424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Bonnie Sewick**
**12832 S. 40th Place**
**Phoenix, AZ 85044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48.22** |

**Bonnie Sewick**
**12832 S. 40th Place**
**Phoenix, AZ 85044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$156.00** |

**Bonnie Smith**
**312 Tecumseh Pl**
**Loudon, TN 37774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$643.00** |

**Bonnie Tyner**
**12320 Bristol Dr**
**La Mirada, CA 90638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

---

**3.1957**

**Nonpriority creditor's name and mailing address**

**Boris M**
**2595 37 Street**
**Apt.B4**
**Astoria, NY 11103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.1958**

**Nonpriority creditor's name and mailing address**

**Boris Paskhover**
**3 Byrne Ln**
**Tenafly, NJ 07670**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$84.00**

---

**3.1959**

**Nonpriority creditor's name and mailing address**

**Boris Rogulja**
**10114 Valley Forge Dr**
**Parma Heights, OH 44130**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$124.00**

---

**3.1960**

**Nonpriority creditor's name and mailing address**

**Boris T**
**105 Ash Ct**
**Los Gatos, CA 95032**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.1961**

**Nonpriority creditor's name and mailing address**

**Boris V**
**3802 Provenance Way**
**Northbrook, IL 60062**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$27.00**

---

**3.1962**

**Nonpriority creditor's name and mailing address**

**Borja Bofarullmarraco**
**11007 E 26th Ave**
**Denver, CO 80238**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,105.00**

---

**3.1963**

**Nonpriority creditor's name and mailing address**

**Botian Z**
**2760 Bette St**
**Alameda, CA 94501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$16.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                                           Case number (if known)    _____

---

| 3.196 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$140.00** |

**Bowen White**
**9942 Linden St**
**Overland Park, KS 66207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$66.00** |

**Boyoon Choi**
**2116 4th Ave**
**Apt No 2912**
**Seattle, WA 98121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$40.00** |

**Brace G**
**1454 Countryview Ln**
**Vista, CA 92081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,735.00** |

**Brace Ginsler**
**1454 Countryview Ln**
**Vista, CA 92081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$45.00** |

**Brad B**
**21071 River Blvd**
**Monte Rio, CA 95462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20.00** |

**Brad B**
**5127 Parview Dr**
**Clarkston, MI 48346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30.00** |

**Brad B**
**681 Hurricane Rd**
**Keene, NH 03431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.197 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,421.00** |
|---|---|---|---|

**Brad Beedle**
**21071 River Blvd**
**Monte Rio, CA 95462**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56.00** |
|---|---|---|---|

**Brad Bergamo**
**8636 N 64th Pl**
**Paradise Valley, AZ 85253**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,314.00** |
|---|---|---|---|

**Brad Bertoglio**
**7 Fox Hole Rd**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,228.00** |
|---|---|---|---|

**Brad Boswell**
**681 Hurricane Rd**
**Keene, NH 03431**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16.00** |
|---|---|---|---|

**Brad C**
**200 Stillings Ave**
**San Francisco, CA 94131**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Brad C**
**2223 Hyer Dr**
**Rockwall, TX 75087**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$94.00** |
|---|---|---|---|

**Brad Chilcoat**
**200 Stillings Ave**
**San Francisco, CA 94131**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 3.197 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$343.00** |

**Brad Dickey**
**5609 Starfish Pl**
**Discovery Bay, CA 94505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$606.00** |

**Brad Donnelli**
**1661 Arnold Ave**
**Rockford, IL 61108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$108.00** |

**Brad Downer**
**350 Village Drive**
**Suite 1503**
**King Of Prussia, PA 19406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Brad Duman**
**6892 Tanglewood Dr**
**Warrenton, VA 20187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$29.00** |

**Brad Duplessis**
**9 Melody Lane**
**Cherry Hill, NJ 08002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$22.00** |

**Brad E**
**2397 Banon Dr**
**Saint Charles, MO 63301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Customers - Deferred Credit_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Brad Eidmann**
**2397 Banon Dr**
**Saint Charles, MO 63301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.198 5**

**Nonpriority creditor's name and mailing address**

**Brad Foster**
**190 Ridge Rd**
**Grosse Pointe Farms, MI 48236**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.198 6**

**Nonpriority creditor's name and mailing address**

**Brad Freeman**
**5321 Maplechase Lane**
**Apex, NC 27539**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.198 7**

**Nonpriority creditor's name and mailing address**

**Brad Harris**
**3004 Turnersville Rd**
**Buda, TX 78610**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$313.00**

---

**3.198 8**

**Nonpriority creditor's name and mailing address**

**Brad Johnson**
**8126 Valencia Rd**
**Fort Myers, FL 33967**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$707.00**

---

**3.198 9**

**Nonpriority creditor's name and mailing address**

**Brad Kwiatek**
**431 S 126th St**
**Omaha, NE 68154**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$246.00**

---

**3.199 0**

**Nonpriority creditor's name and mailing address**

**Brad L**
**2105 S Cimarron Rd**
**Las Vegas, NV 89117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.199 1**

**Nonpriority creditor's name and mailing address**

**Brad L**
**681 Hermosa Ave**
**Half Moon Bay, CA 94019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$31.77**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_    _____
Name

| | | |
|---|---|---|
| 3.199 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$290.00** |

**Brad Lee**
**C/O Counrty Market**
**408 Us-71 Bus**
**Pineville, MO 64856**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$601.00** |

**Brad Locke**
**1425 Aris Ave**
**Metairie, LA 70005**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$850.00** |

**Brad M**
**9806 E Dreyfus Ave**
**Scottsdale, AZ 85260**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$680.00** |

**Brad Manchester**
**519 Columbia Dr**
**Johnson City, NY 13790**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$1,123.00** |

**Brad Marchand**
**14412 Chamberry Cir**
**Haymarket, VA 20169**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$77.00** |

**Brad Matheney**
**185 Sandfort Lane**
**Saint Charles, MO 63301**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$11,019.00** |

**Brad Mcgowan**
**9150 Blind Pass Road**
**Apt # 203**
**Siesta Key, FL 34242**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*   _____

---

| 3.199 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brad Nunes**
**3742 Virginia Pine Dr**
**Carrollton, TX 75007**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$18.00**

---

| 3.200 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brad P**
**2514 W Moffat St**
**Chicago, IL 60647**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$20.00**

---

| 3.200 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brad Pflueger**
**5524 Emerson Ave**
**Dallas, TX 75209**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$440.00**

---

| 3.200 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brad Pitassi**
**345 W Roma Ave**
**Phoenix, AZ 85013**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,468.00**

---

| 3.200 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brad Potter**
**7402 Skycrest Ct**
**Wilmington, NC 28411**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$366.00**

---

| 3.200 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brad R**
**11020 King St Ste 108**
**Overland Park, KS 66210**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$61.00**

---

| 3.200 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brad R**
**6266 Emeraldwood Pl**
**Dallas, TX 75254**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$15.00**

---

| | |
|---|---|
| Debtor | **Phoeno Wine Company, Inc.** |
| | Name |

Case number (if known) _____

---

**3.2006**

**Nonpriority creditor's name and mailing address**
**Brad Ramsey**
**6266 Emeraldwood Pl**
**Dallas, TX 75254**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,524.00**

---

**3.2007**

**Nonpriority creditor's name and mailing address**
**Brad Reitz**
**3701 Running Springs Rd**
**Ellicott City, MD 21042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$274.00**

---

**3.2008**

**Nonpriority creditor's name and mailing address**
**Brad S**
**256 Long Point Road**
**Crownsville, MD 21032**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.2009**

**Nonpriority creditor's name and mailing address**
**Brad S**
**The Ups Store**
**2521 N Main St Unit 1**
**Las Cruces, NM 88001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.2010**

**Nonpriority creditor's name and mailing address**
**Brad Scheock**
**98 Park Pl**
**Steamboat Springs, CO 80487**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,296.00**

---

**3.2011**

**Nonpriority creditor's name and mailing address**
**Brad Sitler**
**256 Long Point Road**
**Crownsville, MD 21032**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$210.00**

---

**3.2012**

**Nonpriority creditor's name and mailing address**
**Brad Swanson**
**1913 E 19th Ave**
**Winfield, KS 67156**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$257.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.201 3**

**Nonpriority creditor's name and mailing address**

**Brad Tompkins**
**4295 Quail Run Ln**
**Danville, CA 94506**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$348.00**

---

**3.201 4**

**Nonpriority creditor's name and mailing address**

**Brad Walters**
**36 Jones Ave**
**Flourtown, PA 19031**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$52,677.97**

---

**3.201 5**

**Nonpriority creditor's name and mailing address**

**Bradcjohnson**
**891 East Shore Dr**
**Battle Creek, MI 49017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.201 6**

**Nonpriority creditor's name and mailing address**

**Bradley Baker**
**12460 Woodruff Drive**
**Colorado Springs, CO 80921**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,771.00**

---

**3.201 7**

**Nonpriority creditor's name and mailing address**

**Bradley Bartholomew**
**45632 Bergessen Ct**
**Temecula, CA 92592**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,088.00**

---

**3.201 8**

**Nonpriority creditor's name and mailing address**

**Bradley Bussey**
**751 W Melrose St**
**Chicago, IL 60657**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$655.00**

---

**3.201 9**

**Nonpriority creditor's name and mailing address**

**Bradley C**
**4173 Mountain Meadow Rd**
**Crowley, TX 76036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
         Name                                          Case number _(if known)_   _____

| 3.202 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$136.00** |
|---|---|---|---|

**Bradley Cooper**
**415 Southshore Pkwy**
**Durham, NC 27703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$3,398.00** |
|---|---|---|---|

**Bradley Coppella**
**1226 Chancellor St**
**Philadelphia, PA 19107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$35,709.00** |
|---|---|---|---|

**Bradley Coppella**
**1226 Chancellor St**
**Philadelphia, PA 19107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$39.00** |
|---|---|---|---|

**Bradley D**
**5609 Starfish Pl**
**Discovery Bay, CA 94505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$192.00** |
|---|---|---|---|

**Bradley Deibel**
**C/O The Ups Store**
**1685 S Colorado Blvd. Unit S**
**Denver, CO 80222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$48.00** |
|---|---|---|---|

**Bradley Dickey**
**5609 Starfish Pl**
**Discovery Bay, CA 94505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Bradley Dickey**
**5609 Starfish Pl**
**Discovery Bay, CA 94505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.202 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$718.00** |
|---|---|---|---|

**Bradley Glenn**
**4172 Madison Ave Ste A**
**Culver City, CA 90232**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.00** |
|---|---|---|---|

**Bradley Golden**
**5003 Delaware Ave**
**Miami Beach, FL 33140**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$603.00** |
|---|---|---|---|

**Bradley Hanna**
**43 Town And Country Dr**
**The UPS Store**
**Fredericksburg, VA 22405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$282.00** |
|---|---|---|---|

**Bradley Hein**
**11801 W 77th Dr**
**Arvada, CO 80005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$727.00** |
|---|---|---|---|

**Bradley Helms**
**2368 Leimert Blvd**
**Oakland, CA 94602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,160.00** |
|---|---|---|---|

**Bradley Herman**
**3574 April Dr**
**South Lake Tahoe, CA 96150**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,253.00** |
|---|---|---|---|

**Bradley Hoffer**
**828 Rollingwood Lane**
**Fort Wayne, IN 46845**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.203 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bradley Jackson**
**1568 Glencrest Trl**
**Lawrenceville, GA 30043**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$48.00**

---

| 3.203 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bradley Joyner**
**94 Ems T36 Lane**
**Leesburg, IN 46538**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.203 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bradley Moore**
**10205 Kingston Pike**
**Knoxville, TN 37922**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.203 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bradley Puthoff**
**367 Santana Hts**
**Number 5026**
**San Jose, CA 95128**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$996.00**

---

| 3.203 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bradley R**
**131 Sullivan Street**
**Apt 1c**
**New York, NY 10012**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.203 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bradley S**
**14650 Santa Fe Trail Dr**
**C/O Ups Customer Service - Lenexa**
**Lenexa, KS 66215**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.204 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bradley S**
**404 E Industrial Dr**
**Gerald, MO 63037**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____     Case number _(if known)_ _____
          Name

| 3.204 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $420.00 |
|---|---|---|---|

**Bradley Schulz**
**137 Waterway Dr**
**Havelock, NC 28532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 2 |
|---|

**Nonpriority creditor's name and mailing address**

**Bradley Stern**
**1332 Hillcrest Ave**
**Kalamazoo, MI 49008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$78.00**

---

| 3.204 3 |
|---|

**Nonpriority creditor's name and mailing address**

**Bradley Strecker**
**14650 Santa Fe Trail Dr**
**C/O UPS Customer Service - Lenexa**
**Lenexa, KS 66215**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$401.00**

---

| 3.204 4 |
|---|

**Nonpriority creditor's name and mailing address**

**Bradley W**
**2655 Bush St Apt 303**
**San Francisco, CA 94115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.204 5 |
|---|

**Nonpriority creditor's name and mailing address**

**Bradley Walbridge**
**12 Bennett St**
**Rye, NY 10580**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$712.00**

---

| 3.204 6 |
|---|

**Nonpriority creditor's name and mailing address**

**Brady Poe**
**2849 Ridge View Ct**
**Xenia, OH 45385**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,622.00**

---

| 3.204 7 |
|---|

**Nonpriority creditor's name and mailing address**

**Brady S**
**2440 Osprey Way**
**Ups Access Point**
**Frederick, MD 21701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor  **Phoeno Wine Company, Inc.**                                      Case number *(if known)* _____
_____
Name

| 3.204 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$923.00** |
|---|---|---|---|

**Brady Shaper**
**2440 Osprey Way**
**UPS Access Point**
**Frederick, MD 21701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$66.00** |
|---|---|---|---|

**Brainy Pa33**
**105 Summit Dr**
**Phoenixville, PA 19460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$422.00** |
|---|---|---|---|

**Brand Hardt**
**305 Savannah Ln**
**Fort Mill, SC 29708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44,329.90** |
|---|---|---|---|

**Brandan**
**301 Mission St**
**Unit 47f**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6.00** |
|---|---|---|---|

**Branden B**
**4701 Southwestern Blvd Ofc**
**Hamburg, NY 14075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
|---|---|---|---|

**Branden Barger**
**5345 Quail Run Rd Apt 202**
**Riverside, CA 92507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$97.00** |
|---|---|---|---|

**Branden Birmingham**
**4701 Southwestern Blvd Ofc**
**Hamburg, NY 14075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
| | Name | | |

---

**3.205 5**

**Nonpriority creditor's name and mailing address**

**Brandi Babin**
**8026 Miller Road 3**
**Houston, TX 77049**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.205 6**

**Nonpriority creditor's name and mailing address**

**Brandi Bagonis**
**2 Lindenshade Ln**
**Wallingford, PA 19086**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$266.00**

---

**3.205 7**

**Nonpriority creditor's name and mailing address**

**Brandi Bain**
**3236 W Cactus Rd**
**Phoenix, AZ 85029**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customers - Deferred Credit_

Is the claim subject to offset? ■ No ☐ Yes

**$6.00**

---

**3.205 8**

**Nonpriority creditor's name and mailing address**

**Brandi Hann**
**41 S High St**
**Suite 2000**
**Columbus, OH 43215**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$676.00**

---

**3.205 9**

**Nonpriority creditor's name and mailing address**

**Brandi Miller**
**6036 Margo Ct**
**Downers Grove, IL 60516**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$112.00**

---

**3.206 0**

**Nonpriority creditor's name and mailing address**

**Brandi Singleton**
**6639 Depew Ct**
**Arvada, CO 80003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$88.00**

---

**3.206 1**

**Nonpriority creditor's name and mailing address**

**Brandie Craig**
**4009 Andover Circle**
**Mcdonough, GA 30252**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$2,153.00**

---

Debtor    **Phoeno Wine Company, Inc.**    Case number *(if known)*  _____
          _____
          Name

| 3.206 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brandie Triche**
**1650 E Mount Pleasant Rd**
**Zachary, LA 70791**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brandon Arnold**
**12912 Noyes Lane**
**Austin, TX 78732**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$451.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brandon Arnold**
**510 Pine Street**
**San Bruno, CA 94066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$254.44**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brandon B**
**10021 Butternut Ave N**
**Brooklyn Park, MN 55443**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$50.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brandon B**
**691 Nw 172nd Ter**
**Pembroke Pines, FL 33029**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$50.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brandon Barr**
**3470 Fay Ave, # 0**
**# 0**
**Culver City, CA 90232**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$250.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brandon Bisig**
**400 S Rose St Apt 208**
**Kalamazoo, MI 49007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$42,194.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                          Case number _(if known)_    _____

| 3.206 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brandon Brantley**
**3219 W Wilson Ave Unit 1**
**Chicago, IL 60625**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,109.00**

---

| 3.207 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brandon Copik**
**1261 Amalia Ave**
**East Los Angeles, CA 90022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$194.00**

---

| 3.207 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brandon Counts**
**306 Hidden Beacon Bnd**
**Lakeway, TX 78738**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,586.00**

---

| 3.207 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brandon D**
**9942 Veiled Dawn**
**Laurel, MD 20723**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$48.00**

---

| 3.207 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brandon E**
**10 Skylark Dr Apt 37**
**Larkspur, CA 94939**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$14.00**

---

| 3.207 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brandon Edwards**
**2925 Wild Horse St**
**Normal, IL 61761**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$117.51**

---

| 3.207 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brandon Ellis**
**10 Skylark Dr Apt 37**
**Larkspur, CA 94939**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$719.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 3.207 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Brandon G**
**305 Savannah Ln**
**Fort Mill, SC 29708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $145.00 |
|---|---|---|---|

**Brandon Gibbs**
**261 Augusta Ave**
**Pleasant View, TN 37146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $33.00 |
|---|---|---|---|

**Brandon H**
**600 N Long Beach Road**
**Rockville Centre, NY 11570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $511.00 |
|---|---|---|---|

**Brandon Handy**
**1106 Ridgeway Cir**
**Richardson, TX 75080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brandon Hildebrandt**
**600 N Long Beach Road**
**Rockville Centre, NY 11570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $148.00 |
|---|---|---|---|

**Brandon Kameg**
**1811 Timothy Dr**
**West Mifflin, PA 15122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,143.00 |
|---|---|---|---|

**Brandon Kane**
**600 Chapel Hill Blvd**
**Boynton Beach, FL 33435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| 3.208 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$3,003.00** |

**Brandon Kang**
**203 Prospect St**
**Honolulu, HI 96813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$2,100.00** |

**Brandon Kavanagh**
**310 S. Beaver Street**
**Flagstaff, AZ 86001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$705.00** |

**Brandon Kaznowski**
**1007 Harvard Rd**
**Grosse Pointe Park, MI 48230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$15.00** |

**Brandon Keene**
**1704 Creswell Ave**
**A**
**Shreveport, LA 71101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$20.00** |

**Brandon L**
**18025 Calle Ambiente**
**Suite 204**
**Rancho Santa Fe, CA 92067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$42.00** |

**Brandon L**
**211 E 73rd St Apt 4g**
**New York, NY 10021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$30.00** |

**Brandon L**
**8730 E Cypress St**
**Scottsdale, AZ 85257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____     Case number (if known) _____
Name

| 3.209 0 | **Nonpriority creditor's name and mailing address**<br>**Brandon Lang**<br>**2954 E Fruitvale Ave**<br>**Gilbert, AZ 85297** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$317.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 1 | **Nonpriority creditor's name and mailing address**<br>**Brandon Lea**<br>**211 E 73rd St Apt 4g**<br>**New York, NY 10021** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$208.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 2 | **Nonpriority creditor's name and mailing address**<br>**Brandon Limoges**<br>**7532 Sand St**<br>**Fort Worth, TX 76118** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$19,724.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 3 | **Nonpriority creditor's name and mailing address**<br>**Brandon M**<br>**29218 27th Ave S**<br>**Roy, WA 98580** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 4 | **Nonpriority creditor's name and mailing address**<br>**Brandon Macken**<br>**7793 Monal Ct**<br>**Fair Oaks, CA 95628** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$233.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 5 | **Nonpriority creditor's name and mailing address**<br>**Brandon N**<br>**4878 Napier Rd**<br>**Canton, MI 48187** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$17.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 6 | **Nonpriority creditor's name and mailing address**<br>**Brandon O**<br>**18749 Michigan Pine Drive**<br>**Macomb, MI 48042** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

---

| 3.2097 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 |
|---|---|---|---|

**Brandon P**
9500 Bell Mountain Dr
Austin, TX 78730

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Customers - Deferred Credit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2098 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |
|---|---|---|---|

**Brandon Pickett**
1250 Cherokee St Apt 1715
Denver, CO 80204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Customer

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2099 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $644.00 |
|---|---|---|---|

**Brandon Pinette**
6 Templeton Ct
Merrimack, NH 03054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Customer

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,361.00 |
|---|---|---|---|

**Brandon Roberts**
500 Lupine Ln
Templeton, CA 93465

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Customer

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Brandon Ruehl**
134 Hoyt St
Fond Du Lac, WI 54935

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Customer

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $174.00 |
|---|---|---|---|

**Brandon Ruggiero**
77 Adams St Unit 1209
Quincy, MA 02169

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Customer

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 |
|---|---|---|---|

**Brandon S**
407 Gowdy Rd
Sarasota, FL 34237

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Customers - Deferred Credit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

**3.210
4**

**Nonpriority creditor's name and mailing address**

**Brandon S**
**4443 Liam Dr**
**Frisco, TX 75034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.210
5**

**Nonpriority creditor's name and mailing address**

**Brandon Sailors**
**4443 Liam Dr**
**Frisco, TX 75034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,526.00**

---

**3.210
6**

**Nonpriority creditor's name and mailing address**

**Brandon Snow**
**5513 Woodlyn Rd**
**Frederick, MD 21703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.210
7**

**Nonpriority creditor's name and mailing address**

**Brandon Sublette**
**605 Naples Dr**
**Omaha, TX 75571**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$123.00**

---

**3.210
8**

**Nonpriority creditor's name and mailing address**

**Brandon Syme**
**820 Fisher Dr**
**Waterloo, IA 50701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$49.00**

---

**3.210
9**

**Nonpriority creditor's name and mailing address**

**Brandon Szmidt**
**1708 Batten Drive**
**Charleston, SC 29414**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,218.00**

---

**3.211
0**

**Nonpriority creditor's name and mailing address**

**Brandon T**
**8601 Lincoln Blvd**
**Apt 1129**
**Los Angeles, CA 90045**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

| | |
|---|---|
| 3.211 1 | **$792.00** |

**Nonpriority creditor's name and mailing address**
**Brandon Tseng**
**8601 Lincoln Blvd**
**Apt 1129**
**Los Angeles, CA 90045**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.211 2 | **$5,385.00** |

**Nonpriority creditor's name and mailing address**
**Brandon Vasapolle**
**9433 Silverthorn Rd**
**Seminole, FL 33777**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.211 3 | **$20.00** |

**Nonpriority creditor's name and mailing address**
**Brandon W**
**17087 Blue Mist Grv**
**Monument, CO 80132**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.211 4 | **$56.00** |

**Nonpriority creditor's name and mailing address**
**Brandon Weiss**
**592 Meadow Station Cir**
**Parker, CO 80138**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.211 5 | **$28.00** |

**Nonpriority creditor's name and mailing address**
**Brandon Wimbish**
**1222 Main St**
**Hellertown, PA 18055**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.211 6 | **$299.00** |

**Nonpriority creditor's name and mailing address**
**Brandon Wood**
**216 Desoto Dr**
**New Smyrna, FL 32169**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.211 7 | **$21,507.12** |

**Nonpriority creditor's name and mailing address**
**Brandonlimoges**
**7532 Sand St**
**Fort Worth, TX 76118**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.211 8 | **Nonpriority creditor's name and mailing address** |

**Brandt C**
**4016 Elizabeth Ter**
**Rex, GA 30273**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$40.00

---

| | |
|---|---|
| 3.211 9 | **Nonpriority creditor's name and mailing address** |

**Brandt Carter**
**4016 Elizabeth Ter**
**Rex, GA 30273**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$324.00

---

| | |
|---|---|
| 3.212 0 | **Nonpriority creditor's name and mailing address** |

**Brandt Wood**
**3313 King James Lane**
**Fayetteville, NC 28306**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$495.00

---

| | |
|---|---|
| 3.212 1 | **Nonpriority creditor's name and mailing address** |

**Brandy Ortiz**
**3444 Zaharis Pl**
**Titusville, FL 32780**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$80.00

---

| | |
|---|---|
| 3.212 2 | **Nonpriority creditor's name and mailing address** |

**Brandy Schultz**
**16560 N Profit Cir Apt 201**
**Nampa, ID 83687**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.212 3 | **Nonpriority creditor's name and mailing address** |

**Brandy Sereno**
**1114 Cross St**
**Oxford, MI 48371**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$121.00

---

| | |
|---|---|
| 3.212 4 | **Nonpriority creditor's name and mailing address** |

**Brant B**
**1801 Park Court Place**
**B-103**
**Santa Ana, CA 92701**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

---

| 3.212 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Brant C**
**38 Noble Glen Drive**
**Savannah, GA 31406**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $173.00 |

**Brant Mcfarlain**
**2719 Welborn St**
**Dallas, TX 75219**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $348.00 |

**Braulio Gonzalez**
**4211 Rawlins St**
**Unit 97**
**Dallas, TX 75219**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $168.00 |

**Brauliol Leon**
**2133  Muliner Avenue**
**Pvt**
**Bronx, NY 10462**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $337.00 |

**Breck Ogren**
**6835 E Shadow Lake Dr**
**Lino Lakes, MN 55014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Brek S**
**4647 Ginson Dr**
**Tucker, GA 30084**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $99.00 |

**Brenaya Moore**
**3425 S Juniper Ln**
**Muncie, IN 47302**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.213 2 | **Nonpriority creditor's name and mailing address** **Brenda Beznoska** **464 Balsam Dr** **Waynesville, NC 28786** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim:  **Customer** Is the claim subject to offset? ☒ No ☐ Yes | **$1,181.00** |

| | | |
|---|---|---|
| 3.213 3 | **Nonpriority creditor's name and mailing address** **Brenda C** **2417 Quail Hollow Dr** **Santa Rosa, CA 95403** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim:  **Customers - Deferred Credit** Is the claim subject to offset? ☒ No ☐ Yes | **$57.00** |

| | | |
|---|---|---|
| 3.213 4 | **Nonpriority creditor's name and mailing address** **Brenda G** **811 Mill St** **Wichita Falls, TX 76301** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim:  **Customers - Deferred Credit** Is the claim subject to offset? ☒ No ☐ Yes | **$10.00** |

| | | |
|---|---|---|
| 3.213 5 | **Nonpriority creditor's name and mailing address** **Brenda Liberti** **301 Craneway St** **Harbor Freight Transport** **Newark, NJ 07114** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim:  **Customer** Is the claim subject to offset? ☒ No ☐ Yes | **$938.00** |

| | | |
|---|---|---|
| 3.213 6 | **Nonpriority creditor's name and mailing address** **Brenda Miley** **9254 Green Meadow Dr** **Cedar Lake, IN 46303** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim:  **Customer** Is the claim subject to offset? ☒ No ☐ Yes | **$621.00** |

| | | |
|---|---|---|
| 3.213 7 | **Nonpriority creditor's name and mailing address** **Brenda P** **13106 Barth Place** **Riverview, FL 33579** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim:  **Customers - Deferred Credit** Is the claim subject to offset? ☒ No ☐ Yes | **$34.00** |

| | | |
|---|---|---|
| 3.213 8 | **Nonpriority creditor's name and mailing address** **Brenda Premont** **13106 Barth Place** **Riverview, FL 33579** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim:  **Customer** Is the claim subject to offset? ☒ No ☐ Yes | **$215.00** |

Debtor    **Phoeno Wine Company, Inc.**
      Name

Case number *(if known)*

---

**3.213 9**

**Nonpriority creditor's name and mailing address**

**Brenda S**
**2300 24th Rd S Apt 721**
**Arlington, VA 22206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$46.67

---

**3.214 0**

**Nonpriority creditor's name and mailing address**

**Brenda S**
**9126 Trams Way**
**Gaithersburg, MD 20879**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.214 1**

**Nonpriority creditor's name and mailing address**

**Brenda Santiago**
**9426 Kingston Crossing Circle**
**Alpharetta, GA 30022**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$143.00

---

**3.214 2**

**Nonpriority creditor's name and mailing address**

**Brenda Schaecher**
**2300 24th Rd S Apt 721**
**Arlington, VA 22206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$142.00

---

**3.214 3**

**Nonpriority creditor's name and mailing address**

**Brenda Stephens**
**1974 Hancock Dr**
**Fairfield, CA 94533**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$120.00

---

**3.214 4**

**Nonpriority creditor's name and mailing address**

**Brenda W**
**182 Concord Street**
**#1a**
**Brooklyn, NY 11201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

**3.214 5**

**Nonpriority creditor's name and mailing address**

**Brenda Wilson**
**9086 Lieven St**
**Avon, IN 46123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$49.00

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

| | |
|---|---|

**3.214 6**

**Nonpriority creditor's name and mailing address**

**Brendan Byrne**
**3350 Players Club Pkwy**
**Suite 225**
**Memphis, TN 38125**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$311.00**

---

**3.214 7**

**Nonpriority creditor's name and mailing address**

**Brendan C**
**826 Ridgefield Road**
**Wilton, CT 06897**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customers - Deferred Credit_

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.214 8**

**Nonpriority creditor's name and mailing address**

**Brendan Corrigan**
**37 Montrose Ave**
**Daly City, CA 94015**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$711.00**

---

**3.214 9**

**Nonpriority creditor's name and mailing address**

**Brendan Cruickshank**
**826 Ridgefield Road**
**Wilton, CT 06897**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.215 0**

**Nonpriority creditor's name and mailing address**

**Brendan Curletta**
**6846 S Dennis Dr**
**Tempe, AZ 85283**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$36.00**

---

**3.215 1**

**Nonpriority creditor's name and mailing address**

**Brendan Doherty**
**80 Cranberry St # 6k**
**Brooklyn, NY 11201**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$489.00**

---

**3.215 2**

**Nonpriority creditor's name and mailing address**

**Brendan Draper**
**288 Whiffletree Ave**
**Brewster, MA 02631**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$179.00**

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)* _____

---

| 3.215 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brendan Fowler**
**124 Regent Dr**
**Lido Beach, NY 11561**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.215 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brendan G**
**670 Wolcott Hill Road**
**Wethersfield, CT 06109**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| 3.215 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brendan Glackin**
**Lasallian Volunteers**
**415 Michigan Ave. Ne, 3rd Fl.**
**Washington, DC 20017**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$45.00**

---

| 3.215 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brendan Gotch**
**7680 Bell Rd**
**Attn: Rob Wilson**
**Windsor, CA 95492**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$134.00**

---

| 3.215 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brendan Greenwood**
**390 Mary Elise Way**
**Austin, TX 78737**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$364.00**

---

| 3.215 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brendan Hanley**
**5302 Matoaka Rd**
**Richmond, VA 23226**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$145.00**

---

| 3.215 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brendan Herbert**
**436 Sw 15th Rd**
**Miami, FL 33129**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,397.00**

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.216 0**

**Nonpriority creditor's name and mailing address**

**Brendan L**
**2462 Claret St**
**Napa, CA 94558**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$16.50**

---

**3.216 1**

**Nonpriority creditor's name and mailing address**

**Brendan M**
**1045 Mission St Apt 328**
**San Francisco, CA 94103**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.216 2**

**Nonpriority creditor's name and mailing address**

**Brendan Mccarrick**
**3258 Philip Ave Fl 1**
**Bronx, NY 10465**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$41.00**

---

**3.216 3**

**Nonpriority creditor's name and mailing address**

**Brendan Mckenny**
**3990 Ardview Ln**
**Eureka, CA 95501**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$336.00**

---

**3.216 4**

**Nonpriority creditor's name and mailing address**

**Brendan P**
**1049 Route 9d**
**Garrison, NY 10524**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$46.00**

---

**3.216 5**

**Nonpriority creditor's name and mailing address**

**Brendan Parets**
**1049 Route 9d**
**Garrison, NY 10524**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,294.00**

---

**3.216 6**

**Nonpriority creditor's name and mailing address**

**Brendan Quinlan**
**121 Deer Hollow Rd**
**San Anselmo, CA 94960**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$308.79**

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

---

| 3.216 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brendan Ryan**
**9348 Civic Center Drive**
**Beverly Hills, CA 90210**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$389.00**

---

| 3.216 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brendan S**
**65 Commonwealth Ave # 8b**
**Boston, MA 02116**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.216 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brendan Schmonsees**
**1606 North Blandena Street**
**Portland, OR 97217**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$996.00**

---

| 3.217 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brenden Mitchell**
**1406 Saint Rose Ave**
**Baton Rouge, LA 70808**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

| 3.217 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brendon Gallagher**
**550 Morse St NE Apt 228**
**Washington, DC 20002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.217 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brendon Keenan**
**115 Inwood Ter**
**Roswell, GA 30075**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$211.00**

---

| 3.217 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brendon L**
**4429 Beryl Rd**
**Co Of Corkvault**
**Raleigh, NC 27606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.217 4 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Brendon Loxton**
**4429 Beryl Rd**
**Co Of Corkvault**
**Raleigh, NC 27606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

| 3.217 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Brenna Bosma-Krass**
**8316 Highpoint Cir Unit G**
**Darien, IL 60561**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$516.00**

---

| 3.217 6 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Brenna Hampton**
**9564 Paseo Temporada**
**San Diego, CA 92129**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$165.00**

---

| 3.217 7 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Brennan A**
**732 Maryland Ave Ne**
**Washington, DC 20002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$45.00**

---

| 3.217 8 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Brennan Bubp**
**3024 Sw 111th Way**
**Gainesville, FL 32608**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$8,901.00**

---

| 3.217 9 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Brennan F**
**8405 Greensboro Drive**
**Suite 500**
**Mclean, VA 22102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.218 0 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Brennan Lind**
**1246 Center Lake Dr**
**Mount Pleasant, SC 29464**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 3.218 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,027.09** |

**Brennan S**
**195 Lexington Street Apt 9**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,744.00** |

**Brent Ballard**
**2029 Silver Ln**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$68,849.00** |

**Brent Beckley**
**2111 NW 79th Ave**
**212639 Tropical 022**
**Doral, FL 33122**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**Brent Beckley**
**2111 Nw 79th Ave**
**212639 Tropical 022**
**Doral, FL 33122**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$876.00** |

**Brent Bisnar**
**774 Mays Blvd.**
**10-181**
**Incline Village, NV 89451**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**Brent C**
**10707 Plumewood Drive**
**Austin, TX 78750**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$184.00** |

**Brent Cox**
**6515 A C Smith Road**
**Dawsonville, GA 30534**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.218 8**

Nonpriority creditor's name and mailing address
**Brent Dawson**
**2806 Janet Drive**
**West Sacramento, CA 95691**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$28.00

---

**3.218 9**

Nonpriority creditor's name and mailing address
**Brent Emery**
**432 Montano Rd**
**Corrales, NM 87048**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$504.00

---

**3.219 0**

Nonpriority creditor's name and mailing address
**Brent H**
**1819 S Main St**
**Eureka, IL 61530**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

**3.219 1**

Nonpriority creditor's name and mailing address
**Brent H**
**5882 Countryhills Dr**
**Cincinnati, OH 45233**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$18.00

---

**3.219 2**

Nonpriority creditor's name and mailing address
**Brent Heinold**
**1819 S Main St**
**Eureka, IL 61530**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$337.00

---

**3.219 3**

Nonpriority creditor's name and mailing address
**Brent Manuel**
**1232 E Stanwick Pl**
**Baton Rouge, LA 70810**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

**3.219 4**

Nonpriority creditor's name and mailing address
**Brent Mathieu**
**1 Calle Hermosa**
**Pensacola Beach, FL 32561**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*    _____

---

| 3.219 5 | **Nonpriority creditor's name and mailing address** | | $771.00 |
|---|---|---|---|

**Brent Mcdonald**
**1333 2nd St NE Ste 303**
**Hickory, NC 28601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 6 | **Nonpriority creditor's name and mailing address** | | $581.00 |
|---|---|---|---|

**Brent Miller**
**160 Mercer St # 104**
**Jersey City, NJ 07302**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 7 | **Nonpriority creditor's name and mailing address** | | $125.00 |
|---|---|---|---|

**Brent Pifer**
**28600 Lorna Ave**
**Warren, MI 48092**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 8 | **Nonpriority creditor's name and mailing address** | | $20.00 |
|---|---|---|---|

**Brent R**
**2183 Augusta Dr.**
**Evergreen, CO 80439**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 9 | **Nonpriority creditor's name and mailing address** | | $13.04 |
|---|---|---|---|

**Brent R**
**233 S Brookhurst St Apt D 319**
**Anaheim, CA 92804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 0 | **Nonpriority creditor's name and mailing address** | | $17.00 |
|---|---|---|---|

**Brent S**
**700 Broadway E**
**Seattle, WA 98102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 1 | **Nonpriority creditor's name and mailing address** | | $20.00 |
|---|---|---|---|

**Brent Sill**
**814 Homestead Dr**
**Highlands Ranch, CO 80126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*   _____

---

**3.220
2**

**Nonpriority creditor's name and mailing address**

**Brent W
712 Maplewood Ln
Statesville, NC 28625**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.220
3**

**Nonpriority creditor's name and mailing address**

**Brenton B
519 Harrison Ave
Miller Place, NY 11764**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.220
4**

**Nonpriority creditor's name and mailing address**

**Brenton Biddlecombe
519 Harrison Ave
Miller Place, NY 11764**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$555.00**

---

**3.220
5**

**Nonpriority creditor's name and mailing address**

**Bret Herbert
729 Brushy Face Rd
Highlands, NC 28741**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$10,588.00**

---

**3.220
6**

**Nonpriority creditor's name and mailing address**

**Bret Ryan
8844 Cedar Dr
Prairie Village, KS 66207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

**3.220
7**

**Nonpriority creditor's name and mailing address**

**Bret Samboy
2 Daley Ct
Nantucket, MA 02554**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$168.00**

---

**3.220
8**

**Nonpriority creditor's name and mailing address**

**Bret Zieman
2508 Addison Ave
Austin, TX 78757**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,666.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                                    Case number (if known) _____

| 3.220 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Breton F**
**447 Lakeview Rd**
**Broadalbin, NY 12025**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$8.00

---

| 3.221 0 |

**Nonpriority creditor's name and mailing address**
**Breton Fischetti**
**447 Lakeview Rd**
**Broadalbin, NY 12025**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$499.00

---

| 3.221 1 |

**Nonpriority creditor's name and mailing address**
**Brett B**
**N51w17122 Shagbark Rd**
**Menomonee Falls, WI 53051**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$745.00

---

| 3.221 2 |

**Nonpriority creditor's name and mailing address**
**Brett Buhr**
**N51w17122 Shagbark Rd**
**Menomonee Falls, WI 53051**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$320.00

---

| 3.221 3 |

**Nonpriority creditor's name and mailing address**
**Brett Bushinger**
**835 Tice Place**
**Westfield, NJ 07090**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$208.00

---

| 3.221 4 |

**Nonpriority creditor's name and mailing address**
**Brett Butler**
**6489 Iris Way**
**Arvada, CO 80004**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$60.00

---

| 3.221 5 |

**Nonpriority creditor's name and mailing address**
**Brett C**
**3131 Vallejo St**
**Denver, CO 80211**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

Debtor    **Phoeno Wine Company, Inc.**
       <u>                                     </u>
        Name
                                            Case number *(if known)*

---

| 3.221 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$202.00** |
|---|---|---|---|

**Brett Cassidy**
**412 Blue Grass Ct**
**Naperville, IL 60563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  <u>Customer</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$469.00** |
|---|---|---|---|

**Brett Croswell**
**11052 Geist Woods Circle**
**Indianapolis, IN 46256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  <u>Customer</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18.00** |
|---|---|---|---|

**Brett D**
**8193 Midtown Blvd Apt 11103**
**Dallas, TX 75231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  <u>Customers - Deferred Credit</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,032.00** |
|---|---|---|---|

**Brett Drake**
**8193 Midtown Blvd Apt 11103**
**Dallas, TX 75231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  <u>Customer</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,036.00** |
|---|---|---|---|

**Brett Finkelstein**
**329 Dusty Haven Ct**
**Colorado Springs, CO 80919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  <u>Customer</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,062.00** |
|---|---|---|---|

**Brett Grossman**
**318 Cordillera Trce**
**Boerne, TX 78006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  <u>Customer</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28.00** |
|---|---|---|---|

**Brett Huebner**
**4752 N Arrow Villa Way**
**Boise, ID 83703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  <u>Customer</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

---

| 3.222 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brett M**
**5328 Miller Ave**
**Dallas, TX 75206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$54.00**

---

| 3.222 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brett Milke**
**5328 Miller Ave**
**Dallas, TX 75206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.222 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brett P**
**5554 S Laredo St**
**Aurora, CO 80015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

| 3.222 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brett Pool**
**18141 Lakefront Ct**
**Forney, TX 75126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$92.00**

---

| 3.222 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brett S**
**3421 N Troy St**
**Chicago, IL 60618**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.222 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brett Scott**
**5310 N Ocean Blvd Unit 1005**
**Myrtle Beach, SC 29577**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

| 3.222 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brett Thackston**
**1201 S Hope St Apt 2723**
**Los Angeles, CA 90015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.223 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,512.00 |

**Brett Woelfel**
**4117 18th St N**
**Arlington, VA 22207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.223 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**Bri Dorr**
**6903 Mordred Ln**
**Charlotte, NC 28277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.223 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.33 |

**Brian**
**128 Falmouth Street**
**Brooklyn, NY 11235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.223 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38.00 |

**Brian A**
**10051 Simonson Rd**
**Suite 8**
**Harrison, OH 45030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.223 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.00 |

**Brian A**
**1518 Moritz Park**
**Houston, TX 77055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.223 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $131.00 |

**Brian A.Ager**
**401 S 1st St Unit 1017**
**Minneapolis, MN 55401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.223 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,435.00 |

**Brian Ager**
**401 S 1st St**
**Unit 1017**
**Minneapolis, MN 55401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____

Name

---

| 3.223 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $149.00 |

**Brian Agnew**
**10051 Simonson Rd**
**Suite 8**
**Harrison, OH 45030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $593.00 |

**Brian Atteberry**
**5163 Clear Lake Ct**
**Carmel, IN 46033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |

**Brian B**
**1730 Ofarrell St**
**612**
**San Francisco, CA 94115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |

**Brian B**
**1730 Ofarrell St**
**612**
**San Francisco, CA 94115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |

**Brian B**
**1975 330th St**
**Spencer, IA 51301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |

**Brian B**
**3411 Capital Medical Blvd**
**Tallahassee, FL 32308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9.08 |

**Brian B**
**4533 E Citron**
**Fresno, CA 93725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.224 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10.00** |
| **Brian B**<br>**705 Ash Dr**<br>**Hanover, PA 17331** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.224 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34.00** |
| **Brian Bagwell**<br>**119 Richmond Hill Dr**<br>**Queensbury, NY 12804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.224 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$671.00** |
| **Brian Bain**<br>**1797 Sunlight Drive**<br>**Steamboat Springs, CO 80487** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.224 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$736.00** |
| **Brian Baldonado**<br>**594 S Colfax Ave**<br>**Elmhurst, IL 60126** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.224 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22.00** |
| **Brian Batten**<br>**401 Harrison St Apt 10f**<br>**San Francisco, CA 94105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.224 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,053.00** |
| **Brian Bazinet**<br>**3411 Capital Medical Blvd**<br>**Tallahassee, FL 32308** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.225 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,220.00** |
| **Brian Beede**<br>**218 Clare Dr**<br>**Castle Pines, CO 80108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

| 3.225 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$189.00** |
|---|---|---|---|

**Brian Belanger**
**118 N Elm Ave**
**Elmhurst, IL 60126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.225 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Brian Bennett**
**13830 Portenza Ln**
**Venice, FL 34293**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.225 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$701.00** |
|---|---|---|---|

**Brian Bennett**
**70 Oakridge Rd.**
**West Orange, NJ 07052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.225 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$662.00** |
|---|---|---|---|

**Brian Bettencourt**
**1730 Ofarrell St**
**612**
**San Francisco, CA 94115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.225 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$285.00** |
|---|---|---|---|

**Brian Bluman**
**571 Route 38 W**
**Maple Shade, NJ 08052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.225 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,380.00** |
|---|---|---|---|

**Brian Bodamer**
**359 Tampa Ave**
**Pittsburgh, PA 15228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.225 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brian Boren**
**4533 E Citron**
**Fresno, CA 93725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor     **Phoeno Wine Company, Inc.**
_____     Case number *(if known)* _____
Name

| 3.225 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brian Bowers**
**16315 Turnberry**
**Village Of Loch Lloyd, MO 64012**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$358.00**

---

| 3.225 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brian Bowman**
**902 Loveland Miamiville Rd**
**Loveland, OH 45140**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$192.00**

---

| 3.226 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brian Britton**
**719 Saddlebrook**
**Ada, MI 49301**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$97.00**

---

| 3.226 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brian Buntz**
**4 Carmel Ave**
**El Cerrito, CA 94530**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$49.99**

---

| 3.226 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brian Buskey**
**1815 Metropolitan St**
**Pittsburgh, PA 15233**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$247.00**

---

| 3.226 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brian C**
**1 American Sq Ste 2900**
**Indianapolis, IN 46282**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$9.00**

---

| 3.226 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brian C**
**1002 Cambridge Ct**
**Wylie, TX 75098**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor   **Phoeno Wine Company, Inc.**

    Name

Case number *(if known)* _____

---

**3.226 5**

**Nonpriority creditor's name and mailing address**

**Brian C**
**15 Redlevel Walk**
**Newnan, GA 30265**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.226 6**

**Nonpriority creditor's name and mailing address**

**Brian C**
**2352 Infield Ln**
**Lawrenceville, GA 30043**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.40

---

**3.226 7**

**Nonpriority creditor's name and mailing address**

**Brian C**
**4672 Shadow Wick Ln**
**Bartlett, TN 38002**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$24.00

---

**3.226 8**

**Nonpriority creditor's name and mailing address**

**Brian C**
**52 Truesdale Dr**
**Croton On Hudson, NY 10520**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$27.00

---

**3.226 9**

**Nonpriority creditor's name and mailing address**

**Brian C**
**8501 Glenwood Ave**
**Raleigh, NC 27612**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

**3.227 0**

**Nonpriority creditor's name and mailing address**

**Brian Carmouche**
**18434 S Mission Hills Ave**
**Baton Rouge, LA 70810**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$380.00

---

**3.227 1**

**Nonpriority creditor's name and mailing address**

**Brian Carr**
**269 Manchester Drive**
**Rising Sun, MD 21911**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$266.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| **3.227 2** | |

**Nonpriority creditor's name and mailing address**

**Brian Caruso**
**25 Marie St**
**Milford, CT 06460**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

| | |
|---|---|
| **3.227 3** | |

**Nonpriority creditor's name and mailing address**

**Brian Catalano**
**3409 Pinehurst Dr**
**Plano, TX 75075**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$61.00**

---

| | |
|---|---|
| **3.227 4** | |

**Nonpriority creditor's name and mailing address**

**Brian Chambers**
**2352 Infield Ln**
**Lawrenceville, GA 30043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

| | |
|---|---|
| **3.227 5** | |

**Nonpriority creditor's name and mailing address**

**Brian Chinopulos**
**4672 Shadow Wick Ln**
**Bartlett, TN 38002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,945.00**

---

| | |
|---|---|
| **3.227 6** | |

**Nonpriority creditor's name and mailing address**

**Brian Ciencin**
**8501 Glenwood Ave**
**Raleigh, NC 27612**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| | |
|---|---|
| **3.227 7** | |

**Nonpriority creditor's name and mailing address**

**Brian Cowsert**
**140 Brody Rd**
**Chapin, SC 29036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$289.00**

---

| | |
|---|---|
| **3.227 8** | |

**Nonpriority creditor's name and mailing address**

**Brian Crist**
**1 American Sq Ste 2900**
**Indianapolis, IN 46282**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$26.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_ _____
Name

| 3.227 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Brian Croft**
**5060 Esther Dr**
**San Jose, CA 95124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$396.00** |
|---|---|---|---|

**Brian Curley**
**10710 Shore Front Pkwy Apt 8d**
**Rockaway Park, NY 11694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$720.00** |
|---|---|---|---|

**Brian Czapla**
**11424 Lakehaven Dr**
**White Lake, MI 48386**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$10.00** |
|---|---|---|---|

**Brian D**
**22 North Lakewood Ave**
**Baltimore, MD 21224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$585.58** |
|---|---|---|---|

**Brian D**
**440 Cesano Ct Apt 111**
**Palo Alto, CA 94306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$10.00** |
|---|---|---|---|

**Brian D**
**650 Eagle Creek Circle**
**Zionsville, IN 46077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$141.00** |
|---|---|---|---|

**Brian Dalton**
**440 Cesano Ct Apt 111**
**Palo Alto, CA 94306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

| 3.2286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $522.00 |

**Brian Danzis**
**264 Cliff Ave**
**Pelham, NY 10803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $491.00 |

**Brian Davis**
**1861 Thomasville Rd**
**Theatre Tallahassee**
**Tallahassee, FL 32303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $593.00 |

**Brian Davis**
**8457 Loxton Cir**
**Charlotte, NC 28214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 |

**Brian Denneny**
**1407 Wren Ln**
**West Chester, PA 19382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.00 |

**Brian Dreher**
**2411 Wolfe Dr**
**Woodridge, IL 60517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115.00 |

**Brian Dykes**
**10111 Perkins Rowe**
**Baton Rouge, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |

**Brian E**
**435 Clipper St**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.229 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brian Eason**
**6630 Monmouth Dr.**
**Memphis, TN 38120**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,598.00**

---

| 3.229 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brian Estebez**
**25 Suffield Ave**
**San Anselmo, CA 94960**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

| 3.229 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brian F**
**2722 Benedict Ln**
**Shelby Township, MI 48316**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.229 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brian F**
**7668 Fallmeadow Ln**
**Dallas, TX 75248**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

| 3.229 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brian Farmer**
**2323 Pioneer Ave**
**Cheyenne, WY 82001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$803.00**

---

| 3.229 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brian Ferrara**
**959 Edgewood Ave**
**Pelham, NY 10803**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$205.00**

---

| 3.229 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brian Fischer**
**7668 Fallmeadow Ln**
**Dallas, TX 75248**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$36.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.230 0 | **Nonpriority creditor's name and mailing address** | **$1,753.00** |

**Brian Flynn**
**380 S Burnham Hwy**
**Lisbon, CT 06351**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.230 1 | **Nonpriority creditor's name and mailing address** | **$5.00** |

**Brian Formanek**
**10839 N Manchester**
**Kansas City, MO 64157**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.230 2 | **Nonpriority creditor's name and mailing address** | **$56.00** |

**Brian Frampton**
**14-2 Bailey Rd**
**Old Lyme, CT 06371**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.230 3 | **Nonpriority creditor's name and mailing address** | **$806.00** |

**Brian Franciskato**
**2300 Main Street**
**Suite 170**
**Kansas City, MO 64108**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.230 4 | **Nonpriority creditor's name and mailing address** | **$50.00** |

**Brian G**
**300 S Lee St**
**Alexandria, VA 22314**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.230 5 | **Nonpriority creditor's name and mailing address** | **$64.08** |

**Brian G**
**352 Catalina Dr**
**Newport Beach, CA 92663**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.230 6 | **Nonpriority creditor's name and mailing address** | **$15.00** |

**Brian G**
**677 Quartz Mountain Road**
**Larkspur, CO 80118**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **Phoeno Wine Company, Inc.**

        Name

Case number *(if known)*

---

| 3.230 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |

**Brian G**
817 Starflower Trce
Greenwood, IN 46143

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$474.16** |

**Brian G 10022**
580 Howard
Unit 501
San Francisco, CA 94105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$234.00** |

**Brian Gamlen**
10529 Homestead Dr
Tampa, FL 33618

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$87.00** |

**Brian Gerlach**
817 Starflower Trce
Greenwood, IN 46143

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$771.00** |

**Brian Gerstner**
201 E Dryden St
Glendale, CA 91207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Brian Gibson**
4011 NE 15 Ave
Oakland Park, FL 33334

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,088.00** |

**Brian Gilkey**
561 Kevins Drive
Arnold, MD 21012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

**3.231**
**4**

**Nonpriority creditor's name and mailing address**
**Brian Giovanola**
**4096 Terra Alta Dr**
**San Ramon, CA 94582**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$45.00

---

**3.231**
**5**

**Nonpriority creditor's name and mailing address**
**Brian Goins**
**36497 Rosalie Ave**
**Denham Springs, LA 70706**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$4,022.00

---

**3.231**
**6**

**Nonpriority creditor's name and mailing address**
**Brian Gowen**
**400 E 71st St Apt 16n**
**New York, NY 10021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,162.00

---

**3.231**
**7**

**Nonpriority creditor's name and mailing address**
**Brian Graham**
**1905 Holly Oak Dr**
**Orange Park, FL 32065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$392.00

---

**3.231**
**8**

**Nonpriority creditor's name and mailing address**
**Brian Groelinger**
**9629 Kingscroft Drive**
**Glen Allen, VA 23060**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$5,429.00

---

**3.231**
**9**

**Nonpriority creditor's name and mailing address**
**Brian H**
**2290 Waterford Way Ne**
**Grand Rapids, MI 49525**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$22.00

---

**3.232**
**0**

**Nonpriority creditor's name and mailing address**
**Brian H**
**2801 Wade Hampton Blvd #307**
**Taylors, SC 29687**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$7.00

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.232 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |

**Brian H**
**3701 Fairway Blvd Ste 100**
**Pressed Cleaners**
**Wichita Falls, TX 76310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$52.00** |

**Brian H**
**9 Stonehaven Ct**
**Novato, CA 94947**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**Brian H**
**9755 W 135th Pl**
**Cedar Lake, In.  46303**
**Cedar Lake, In.  46303, IN 46303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,143.00** |

**Brian Hamilton**
**2290 Waterford Way NE**
**Grand Rapids, MI 49525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28.00** |

**Brian Hampson**
**1320 Ginger Cir**
**Weston, FL 33326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,412.00** |

**Brian Harmon**
**2801 Wade Hampton Blvd #307**
**Taylors, SC 29687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$310.00** |

**Brian Hatten**
**45-395 Kuaua Way**
**Kaneohe, HI 96744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

| 3.232<br>8 | **Nonpriority creditor's name and mailing address**<br>**Brian Hawkins**<br>**57 Iron Horse Ln**<br>**Walnut Creek, CA 94597** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,972.00 |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.232<br>9 | **Nonpriority creditor's name and mailing address**<br>**Brian Hayes**<br>**7794 Esmeralda Way Apt 3**<br>**Naples, FL 34109** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $90.00 |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.233<br>0 | **Nonpriority creditor's name and mailing address**<br>**Brian Hesseling**<br>**1742 Rock Rose Court**<br>**Lebanon, OH 45036** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $45.00 |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.233<br>1 | **Nonpriority creditor's name and mailing address**<br>**Brian Hoffman**<br>**5003 Ethels Pond Ct**<br>**Fairfax, VA 22030** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $99.00 |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.233<br>2 | **Nonpriority creditor's name and mailing address**<br>**Brian Holz**<br>**8736 East Quartz Mountain Drive**<br>**Gold Canyon, AZ 85118** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.233<br>3 | **Nonpriority creditor's name and mailing address**<br>**Brian Home**<br>**208 Marie Circle**<br>**Southlake, TX 76092** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $57.00 |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.233<br>4 | **Nonpriority creditor's name and mailing address**<br>**Brian House**<br>**42 N Center St**<br>**Springfield, OH 45502** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Phoeno Wine Company, Inc.**                                    Case number *(if known)*
_____
Name

---

| 3.233 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,796.00** |

**Brian Hurrell**
**9 Stonehaven Ct**
**Novato, CA 94947**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19.00** |

**Brian J**
**7880 Saddlebrook Dr**
**Port Saint Lucie, FL 34986**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56.00** |

**Brian Jeter**
**224 W Richardson Ave**
**Langhorne, PA 19047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19.00** |

**Brian K**
**1827 Wiltberger St Nw Ph 3**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |

**Brian K**
**3643 W Maple Rd**
**Bloomfield Township, MI 48301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |

**Brian K**
**59 W Edsall Ave**
**Palisades Park, NJ 07650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,352.50** |

**Brian K 13408738**
**1241 Oak Creek Way**
**Sunnyvale, CA 94089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.234
2**

**Nonpriority creditor's name and mailing address**

**Brian Kalita**
**2425 Lost Creek Dr**
**Toledo, OH 43617**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,017.00**

---

**3.234
3**

**Nonpriority creditor's name and mailing address**

**Brian Kearns**
**411 W Main St**
**Patchogue, NY 11772**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,825.00**

---

**3.234
4**

**Nonpriority creditor's name and mailing address**

**Brian Kelley**
**59 Old Mill Rd**
**Greenwich, CT 06831**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$936.00**

---

**3.234
5**

**Nonpriority creditor's name and mailing address**

**Brian Kim**
**59 W Edsall Ave**
**Palisades Park, NJ 07650**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$98.00**

---

**3.234
6**

**Nonpriority creditor's name and mailing address**

**Brian Koenigberg**
**8053 S Vermejo Peak**
**Littleton, CO 80127**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,367.00**

---

**3.234
7**

**Nonpriority creditor's name and mailing address**

**Brian Kretschmer**
**7031 Wolverine St**
**Ventura, CA 93003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$32.00**

---

**3.234
8**

**Nonpriority creditor's name and mailing address**

**Brian Krupski**
**105 N Austin Ave Apt 8202**
**Georgetown, TX 78626**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$518.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

**3.2349**

**Nonpriority creditor's name and mailing address**
**Brian Kult**
**542 Highland Meadow Trl**
**Pulaski, WI 54162**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,232.00**

---

**3.2350**

**Nonpriority creditor's name and mailing address**
**Brian Laughlin**
**2048 Spring Briar Ct**
**Leave At Front Door**
**Avon, IN 46123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$637.00**

---

**3.2351**

**Nonpriority creditor's name and mailing address**
**Brian Lawrence**
**433 Flying Orchid Dr**
**San Marcos, TX 78666**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$838.00**

---

**3.2352**

**Nonpriority creditor's name and mailing address**
**Brian Leavy**
**405 Oakton Way**
**Abingdon, MD 21009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$9,447.00**

---

**3.2353**

**Nonpriority creditor's name and mailing address**
**Brian Leonard**
**723 Beechwood Rd**
**Media, PA 19063**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.2354**

**Nonpriority creditor's name and mailing address**
**Brian M**
**15810 Ellington Way**
**Chino Hills, CA 91709**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$9.00**

---

**3.2355**

**Nonpriority creditor's name and mailing address**
**Brian M**
**231 Myles Manor Court**
**Franklin, TN 37064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,244.99**

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____
         Name

Case number *(if known)* _____

---

| 3.235 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Brian M**
**2311 Greenwich Street**
**San Francisco, CA 94123**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.235 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Brian M**
**267 Fairway Green**
**O'fallon, MO 63368**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.235 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60.00** |
|---|---|---|---|

**Brian M**
**80 W Sandy Ridge Rd**
**Doylestown, PA 18901**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.235 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$168.00** |
|---|---|---|---|

**Brian Martinjr.**
**835 Ashland Ave Apt 5**
**Santa Monica, CA 90405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.236 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29.00** |
|---|---|---|---|

**Brian Mcanallen**
**10024 Garamound Ave**
**Las Vegas, NV 89117**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.236 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$786.00** |
|---|---|---|---|

**Brian Mcclanahan**
**4760 Preston Rd**
**244-126**
**Frisco, TX 75034**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.236 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,731.00** |
|---|---|---|---|

**Brian Mccormack**
**824 N Lake Shore Dr**
**Culver, IN 46511**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*   _____

| 3.236 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |

**Brian Mcmanus**
**530 Collins Dr**
**Tallahassee, FL 32303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.236 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $255.00 |

**Brian Messina**
**15810 Ellington Way**
**Chino Hills, CA 91709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.236 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $212.00 |

**Brian Meyer**
**312 Samuel Dr**
**Cranberry Township, PA 16066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.236 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,708.00 |

**Brian Millerii**
**1089 Carlisle Pl**
**Mount Juliet, TN 37122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.236 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $71.00 |

**Brian Moran**
**926 Black Oak Dr**
**Matthews, NC 28105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.236 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120.00 |

**Brian Murphy**
**4 Flintlock Ridge Rd**
**Katonah, NY 10536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.236 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,546.00 |

**Brian Myers**
**17610 Valencia Blvd**
**Loxahatchee, FL 33470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Phoeno Wine Company, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.2370**

**Nonpriority creditor's name and mailing address**

**Brian Nies**
**2376 16th Ave**
**San Francisco, CA 94116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$118.00**

---

**3.2371**

**Nonpriority creditor's name and mailing address**

**Brian O**
**100 Palmer Pl**
**Lake Geneva, WI 53147**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.2372**

**Nonpriority creditor's name and mailing address**

**Brian Oconnor**
**1807 Scirocco Loop**
**Fort Walton Beach, FL 32547**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$239.00**

---

**3.2373**

**Nonpriority creditor's name and mailing address**

**Brian Oliver**
**3156 Sw 27th Ave Unit 501**
**Miami, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$168.00**

---

**3.2374**

**Nonpriority creditor's name and mailing address**

**Brian P**
**10310 Chaves Court**
**Elk Grove, CA 95757**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.2375**

**Nonpriority creditor's name and mailing address**

**Brian P**
**17731 Still Harbor Ln**
**Huntington Beach, CA 92647**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

**3.2376**

**Nonpriority creditor's name and mailing address**

**Brian P**
**253 West 72nd St**
**Apt 707**
**New York, NY 10023**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.237 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$44.00** |
|---|---|---|---|

**Brian P**
**2841 E Geneva Pl**
**Tucson, AZ 85716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$61.00** |
|---|---|---|---|

**Brian P**
**5642 East Senour Drive**
**West Chester, OH 45069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,792.00** |
|---|---|---|---|

**Brian Patrolia**
**706 Tranquil Trail**
**Winter Garden, FL 34787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$31.00** |
|---|---|---|---|

**Brian Pauley**
**5466 York County Rd**
**Columbus, OH 43221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$45.00** |
|---|---|---|---|

**Brian Pauley**
**5466 York County Rd**
**Columbus, OH 43221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$281.00** |
|---|---|---|---|

**Brian Perron**
**5642 East Senour Drive**
**West Chester, OH 45069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$99.00** |
|---|---|---|---|

**Brian Peterson**
**1305 Farmington Drive**
**Allen, TX 75002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 3.238 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brian Pham**
**2006 Woodsdale Dr**
**Durham, NC 27703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$122.00

---

| 3.238 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brian Phillips**
**253 West 72nd St**
**Apt 707**
**New York, NY 10023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,587.00

---

| 3.238 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brian Piersel**
**7352 E Laughing Tree Ln**
**Tucson, AZ 85756**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

| 3.238 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brian Poligone**
**35 Blossom Ln**
**Fairport, NY 14450**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.238 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brian Ponder**
**10790 Rolling Peaks Dr**
**Peyton, CO 80831**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$124.00

---

| 3.238 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brian Powell**
**75 Traverse Rd**
**Lake Peekskill, NY 10537**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$183.00

---

| 3.239 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brian Prado**
**1671 Den Dulk Ct**
**Ripon, CA 95366**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,023.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.239 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brian Price**
**7246 Haviland Cir**
**Boynton Beach, FL 33437**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$568.00**

---

| 3.239 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brian Pugnali**
**13513 Woodchester Dr**
**Sugar Land, TX 77498**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,884.00**

---

| 3.239 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brian Quill**
**32 Amy Rd**
**Falls Village, CT 06031**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$425.00**

---

| 3.239 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brian R**
**1028 Garnet Ln**
**Port Washington, WI 53074**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$27.00**

---

| 3.239 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brian R**
**2301 Embrey Pl.**
**Apt 1501**
**Fort Worth, TX 76111**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

| 3.239 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brian Rabinovitz**
**638 Lindero Canyon Road**
**Suite 117**
**Oak Park, CA 91377**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,101.00**

---

| 3.239 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brian Radley**
**21 Mariner Overlook Dr**
**Ogunquit, ME 03907**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$82.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2398**

**Nonpriority creditor's name and mailing address**
**Brian Rapp**
**3449 Burnet Ave**
**Syracuse, NY 13206**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,096.00**

---

**3.2399**

**Nonpriority creditor's name and mailing address**
**Brian Ray**
**345 Bayview Rd**
**Bay Village, OH 44140**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$214.00**

---

**3.2400**

**Nonpriority creditor's name and mailing address**
**Brian Reaves**
**875 Saints Dr**
**Marietta, GA 30068**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$116.00**

---

**3.2401**

**Nonpriority creditor's name and mailing address**
**Brian Richards**
**403 Parker Branch Rd**
**Barnesville, GA 30204**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$70.00**

---

**3.2402**

**Nonpriority creditor's name and mailing address**
**Brian Robinson**
**201 E 79th St**
**Apt 12j**
**New York, NY 10075**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$10,970.00**

---

**3.2403**

**Nonpriority creditor's name and mailing address**
**Brian Rockett**
**29 Lucia Beach Rd**
**Owls Head, ME 04854**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$24.00**

---

**3.2404**

**Nonpriority creditor's name and mailing address**
**Brian S**
**11666 Montana Ave**
**#103**
**Los Angeles, CA 90049**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

Debtor   **Phoeno Wine Company, Inc.**

_____    Case number *(if known)*   _____
Name

---

| 3.240 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**Brian S**
**1261 Nw Mirage Ln**
**Apt #A103**
**Silverdale, WA 98383**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.240 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11.00** |

**Brian S**
**191 Peachtree St Ne Ste 2000**
**Atlanta, GA 30303**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.240 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$218.00** |

**Brian S**
**24278 Saybrook Ct.**
**Novi, MI 48374**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.240 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |

**Brian S**
**3215 Pine St.**
**Martinez, CA 94553**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.240 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35.00** |

**Brian S**
**4151 N Dickinson Ave**
**Chicago, IL 60641**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.241 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |

**Brian S**
**536 Circle Drive**
**Fairmont, IN 46928**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.241 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$121.30** |

**Brian S 13424139**
**1085 Tasman Dr #277**
**Sunnyvale, CA 94089**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                      Case number (if known) _____
_____
Name

---

| 3.241 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$101.00** |

**Brian Sands**
**3134 Clarendon Dr**
**Annapolis, MD 21403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.241 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29.00** |

**Brian Scannell**
**679 Yellow Leaf Ln**
**Summerville, SC 29486**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.241 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$965.00** |

**Brian Schenone**
**7 Center St**
**Provincetown, MA 02657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.241 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$161.91** |

**Brian Schenone**
**7 Center St**
**Provincetown, MA 02657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.241 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$155.00** |

**Brian Schilling**
**1049 Twin Creeks Dr**
**Salinas, CA 93905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.241 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,805.00** |

**Brian Schnell**
**10736 Boca Pointe Drive**
**Orlando, FL 32836**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.241 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,626.00** |

**Brian Scope**
**191 Peachtree St NE Ste 2000**
**Atlanta, GA 30303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*    _____

---

**3.2419**

**Nonpriority creditor's name and mailing address**

**Brian Segro**
**75 Walsh Dr**
**Mahwah, NJ 07430**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$248.00**

---

**3.2420**

**Nonpriority creditor's name and mailing address**

**Brian Shaifer**
**9980 W Vassar Way**
**Lakewood, CO 80227**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,369.00**

---

**3.2421**

**Nonpriority creditor's name and mailing address**

**Brian Shapiro**
**4151 N Dickinson Ave**
**Chicago, IL 60641**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$69.00**

---

**3.2422**

**Nonpriority creditor's name and mailing address**

**Brian Sheehan**
**1516 3rd St.**
**Apt. 6**
**Napa, CA 94559**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.2423**

**Nonpriority creditor's name and mailing address**

**Brian Sondergaard**
**4619 Shoreline Ln**
**Gainesville, GA 30506**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,604.00**

---

**3.2424**

**Nonpriority creditor's name and mailing address**

**Brian Stamey**
**3696 Ulmerton Rd**
**Clearwater, FL 33762**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$56.00**

---

**3.2425**

**Nonpriority creditor's name and mailing address**

**Brian Taggart**
**30 Orleans Rd**
**Norwood, MA 02062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$466.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.242 6**

**Nonpriority creditor's name and mailing address**

**Brian Tavares**
**616 W Fairview St**
**Arlington Heights, IL 60005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.242 7**

**Nonpriority creditor's name and mailing address**

**Brian Terry**
**424 Webster Ct**
**Melbourne, FL 32934**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$6,284.00**

---

**3.242 8**

**Nonpriority creditor's name and mailing address**

**Brian Thom**
**19203 104th Ave NE**
**Bothell, WA 98011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$479.00**

---

**3.242 9**

**Nonpriority creditor's name and mailing address**

**Brian Toma**
**1805 Whisper Bluff Trl**
**Hinckley, OH 44233**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,086.00**

---

**3.243 0**

**Nonpriority creditor's name and mailing address**

**Brian W**
**14 Farm Meadow Rd**
**Newtown, CT 06470**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$739.00**

---

**3.243 1**

**Nonpriority creditor's name and mailing address**

**Brian W**
**3263 Whispering Oak**
**Dallas, TX 75234**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.243 2**

**Nonpriority creditor's name and mailing address**

**Brian W**
**506 Normandy Drive**
**Mantoloking, NJ 08738**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____     Case number (if known) _____
Name

---

| 3.243 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brian W 13417901**
**113 Circle Dr**
**St Simons Island, GA 31522**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7,672.09**

---

| 3.243 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brian Watson**
**2226 Saines Manor Dr**
**Jackson, MI 49201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,767.00**

---

| 3.243 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brian Welch**
**3389 St. Mary's Pl.**
**Santa Clara, CA 95051**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$360.00**

---

| 3.243 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brian Wendt**
**18521 Spring Creek Dr Ste B**
**Tinley Park, IL 60477**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$715.00**

---

| 3.243 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brian Wenzel**
**4911 Michael Jay Way**
**Las Vegas, NV 89149**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$374.00**

---

| 3.243 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brian Whitfield**
**14695 Airline Hwy**
**Destrehan, LA 70047**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$783.00**

---

| 3.243 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brian Wnorowski**
**506 Normandy Drive**
**Mantoloking, NJ 08738**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$178.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Name                                                              Case number (if known) _____

---

**3.244 0**

**Nonpriority creditor's name and mailing address**

**Brian Yang**
**10 Via Ricasol Apt B307**
**Irvine, CA 92612**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$598.00**

---

**3.244 1**

**Nonpriority creditor's name and mailing address**

**Brian Youngblood**
**2401 Grandview Dr**
**Richardson, TX 75080**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$456.00**

---

**3.244 2**

**Nonpriority creditor's name and mailing address**

**Brian Zapf**
**3435 N Western Ave**
**Chicago, IL 60618**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,174.00**

---

**3.244 3**

**Nonpriority creditor's name and mailing address**

**Brian Zuckerbraun**
**924 S Aiken Ave**
**Pittsburgh, PA 15232**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,453.00**

---

**3.244 4**

**Nonpriority creditor's name and mailing address**

**Briana Shea**
**14 Captain Torrey Ln**
**Pembroke, MA 02359**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$149.00**

---

**3.244 5**

**Nonpriority creditor's name and mailing address**

**Brianna B**
**720 Birch Hollow Dr**
**Antioch, IL 60002**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$27.00**

---

**3.244 6**

**Nonpriority creditor's name and mailing address**

**Brianna Lantz**
**100 N 1st St Ste 1**
**Springfield, IL 62702**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$907.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
          Name

| 3.244 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brianna Russell**
**18027 48th Ave W**
**Lynnwood, WA 98037**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$120.00

---

| 3.244 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bridget Banta**
**510 Day Ln**
**Wellington, NV 89444**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$53.00

---

| 3.244 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bridget Blanchard**
**6947 Coal Creek Pkwy Se # 310**
**Newcastle, WA 98059**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,914.00

---

| 3.245 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bridget Grella**
**36 Tersolo Rd**
**Haverhill, MA 01832**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$74.00

---

| 3.245 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bridget L**
**200 First Street**
**Detroit, MI 48226**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

| 3.245 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bridget L**
**200 First Street**
**Detroit, MI 48226**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$1,646.29

---

| 3.245 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bridget L**
**425 1st St**
**Unit 1208**
**San Francisco, CA 94105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$595.75

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 3.245 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$75.00** |
|---|---|---|---|

**Bridget L**
**425 1st St**
**Unit 1208**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$263.00** |
|---|---|---|---|

**Bridget Mccabe**
**16 Main St**
**Merlin Copy Service**
**West Harwich, MA 02671**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12.00** |
|---|---|---|---|

**Bridget S**
**10305 Teal Chappel Court**
**Raleigh, NC 27617**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$70.00** |
|---|---|---|---|

**Bridget Smith**
**10305 Teal Chappel Court**
**Raleigh, NC 27617**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$23.00** |
|---|---|---|---|

**Bridgett Wilbur**
**1024 North Bush Road**
**Johnstown, NY 12095**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |
|---|---|---|---|

**Brie Olson**
**4 Still Water**
**Newport Coast, CA 92657**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30.00** |
|---|---|---|---|

**Brie S**
**486 Rockingham Way**
**Tracy, CA 95376**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|--------|-------------------------------|--------------------------|--|
| | Name | | |

---

**3.246**
**1**

**Nonpriority creditor's name and mailing address**
**Brie Silveria**
**486 Rockingham Way**
**Tracy, CA 95376**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,834.00**

---

**3.246**
**2**

**Nonpriority creditor's name and mailing address**
**Brien Brown**
**517 Roy Bridges Rd**
**Leesville, LA 71446**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,806.00**

---

**3.246**
**3**

**Nonpriority creditor's name and mailing address**
**Brien Shopoff**
**818 N Logan St Apt 801**
**Denver, CO 80203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$465.00**

---

**3.246**
**4**

**Nonpriority creditor's name and mailing address**
**Brigitte Piniewski**
**6541 N Boston Ave**
**Portland, OR 97217**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.246**
**5**

**Nonpriority creditor's name and mailing address**
**Britnee Foreman**
**18847 E Citrus Edge St**
**Azusa, CA 91702**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$232.00**

---

**3.246**
**6**

**Nonpriority creditor's name and mailing address**
**Britnee Stevens**
**107 Armistead Ct**
**Fort Polk, LA 71459**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.246**
**7**

**Nonpriority creditor's name and mailing address**
**Britney Z**
**12 Escalle Ln**
**Larkspur, CA 94939**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$2.12**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.2468 | **Nonpriority creditor's name and mailing address** |

**Britt M**
**3439 Octavia St**
**New Orleans, LA 70125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

| | |
|---|---|
| 3.2469 | **Nonpriority creditor's name and mailing address** |

**Brittany A**
**4218 Van Dyke Ave**
**1**
**San Diego, CA 92105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

| | |
|---|---|
| 3.2470 | **Nonpriority creditor's name and mailing address** |

**Brittany Allen**
**4218 Van Dyke Ave**
**1**
**San Diego, CA 92105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$140.00**

---

| | |
|---|---|
| 3.2471 | **Nonpriority creditor's name and mailing address** |

**Brittany B**
**126 Timberline Rd**
**Hailey, ID 83333**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

| | |
|---|---|
| 3.2472 | **Nonpriority creditor's name and mailing address** |

**Brittany B**
**904 N Main St**
**Cedartown, GA 30125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$3.00**

---

| | |
|---|---|
| 3.2473 | **Nonpriority creditor's name and mailing address** |

**Brittany Biolo**
**25 D Welton Way**
**Thomaston, CT 06787**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$66.00**

---

| | |
|---|---|
| 3.2474 | **Nonpriority creditor's name and mailing address** |

**Brittany Bodnick**
**904 N Main St**
**Cedartown, GA 30125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$98.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_    _____

Name

| 3.247 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$149.00** |

**Brittany Boren**
**6157 E Vassar Ave**
**Fresno, CA 93727**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$56.00** |

**Brittany Brower**
**3616 W Renellie Cir**
**Tampa, FL 33629**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$19.00** |

**Brittany C**
**1931 Vanderbilt Dr**
**Prosper, TX 75078**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$10.00** |

**Brittany C**
**3524 Bridgewell Ct**
**Fort Myers, FL 33916**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$403.00** |

**Brittany Cassady**
**420 Highway 61 W**
**Maynardville, TN 37807**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$168.00** |

**Brittany Coppelli**
**5440 E Woodridge Dr**
**Scottsdale, AZ 85254**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$19.00** |

**Brittany Cragg**
**1931 Vanderbilt Dr**
**Prosper, TX 75078**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

    Name

Case number *(if known)* _____

---

**3.248 2**

**Nonpriority creditor's name and mailing address**

**Brittany Doerfler**
**6830 Tri County Rd**
**Seaman, OH 45679**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$23.00**

---

**3.248 3**

**Nonpriority creditor's name and mailing address**

**Brittany Fontenelli**
**118 Freedom Hills Dr**
**Barnegat, NJ 08005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$63.00**

---

**3.248 4**

**Nonpriority creditor's name and mailing address**

**Brittany Ford**
**8031 Sable Creek Dr E**
**Jacksonville, FL 32244**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

**3.248 5**

**Nonpriority creditor's name and mailing address**

**Brittany H**
**100 Devon Ave,**
**Apt 47**
**Pleasant Hill, CA 94523**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.248 6**

**Nonpriority creditor's name and mailing address**

**Brittany Hansen**
**813 Highbridge Lane**
**Danville, CA 94526**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$22.00**

---

**3.248 7**

**Nonpriority creditor's name and mailing address**

**Brittany Jefferson**
**2202 Theseus Pass**
**Austin, TX 78741**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$122.00**

---

**3.248 8**

**Nonpriority creditor's name and mailing address**

**Brittany M**
**749 Mount Sinai-Coram Road**
**House Behind White Fence**
**Mount Sinai, NY 11766**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$55.00**

---

Debtor    **Phoeno Wine Company, Inc.**

_____    Case number (if known)    _____

Name

---

**3.248 9**

**Nonpriority creditor's name and mailing address**

**Brittany R**
**5859 Denbury Ln**
**Loves Park, IL 61111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

**3.249 0**

**Nonpriority creditor's name and mailing address**

**Brittany Ray**
**5859 Denbury Ln**
**Loves Park, IL 61111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$175.00

---

**3.249 1**

**Nonpriority creditor's name and mailing address**

**Brittany Shields**
**11039 Stonefield Ct**
**Mechanicsville, VA 23116**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$28.00

---

**3.249 2**

**Nonpriority creditor's name and mailing address**

**Brittany Stephenson**
**114 Hickock Ct**
**Mebane, NC 27302**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$29.00

---

**3.249 3**

**Nonpriority creditor's name and mailing address**

**Brittany Wood**
**400 Ola Mae Wood Rd**
**Alexander, AR 72002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$280.00

---

**3.249 4**

**Nonpriority creditor's name and mailing address**

**Brittney Jetton**
**4058 W 16th Ave**
**Denver, CO 80204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$120.00

---

**3.249 5**

**Nonpriority creditor's name and mailing address**

**Brittney O**
**5001 Holt St**
**Bellaire, TX 77401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____     Case number (if known) _____
          Name

---

**3.2496**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | **$28.00** |

**Brittney Polo**
**1190 Eucalyptus Dr Unit 2**
**Hollywood, FL 33021**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2497**

Nonpriority creditor's name and mailing address                    **$6.00**

**Brittney R**
**566 Miami Trace Ct**
**Loveland, OH 45140**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2498**

Nonpriority creditor's name and mailing address                    **$64.00**

**Brittney Ranard**
**566 Miami Trace Ct**
**Loveland, OH 45140**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2499**

Nonpriority creditor's name and mailing address                    **$10.00**

**Brittney S**
**32 Sherman Terrace**
**North Haven, CT 06473**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2500**

Nonpriority creditor's name and mailing address                    **$205.00**

**Brittney Smith**
**18914 Dallas Ct**
**Lowell, IN 46356**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2501**

Nonpriority creditor's name and mailing address                    **$156.00**

**Brobert Amjad**
**26380 Curtiss Wright Parkway, Suite 101**
**C/O Canterbury Capital Llc**
**Richmond Heights, OH 44143**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2502**

Nonpriority creditor's name and mailing address                    **$388.00**

**Broc Segura**
**1307 Tool Dr**
**New Iberia, LA 70560**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**    Case number (if known) _____
_____
Name

---

| 3.250 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53.00 |

**Brock Mealer**
**1000 Fairway Ln**
**Wauseon, OH 43567**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.250 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $153.00 |

**Brock Peters**
**473 S. 13th St.**
**San Jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.250 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**Brock Phillips**
**12205 Firth Of Tae Dr**
**Fort Washington, MD 20744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.250 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**Brock R**
**555 Sw 7th St**
**Unit 41**
**Des Moines, IA 50309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.250 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $345.00 |

**Brock Tonnon**
**2431 134th Ave Ne**
**Bellevue, WA 98005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.250 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.00 |

**Brock Wentz**
**9704 Highridge Dr**
**Las Vegas, NV 89134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.250 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.00 |

**Broderick O**
**1910 Hope St Unit 11**
**Dallas, TX 75206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.251 0**

**Nonpriority creditor's name and mailing address**

**Brodie Hutchins**
**5535 Rathkeale Lane**
**Franklin, TN 37067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$220.00**

---

**3.251 1**

**Nonpriority creditor's name and mailing address**

**Brody A**
**3474 N 39th**
**Boise, ID 83703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$11.00**

---

**3.251 2**

**Nonpriority creditor's name and mailing address**

**Brody Aston**
**3474 N 39th**
**Boise, ID 83703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$425.00**

---

**3.251 3**

**Nonpriority creditor's name and mailing address**

**Brolota Owens**
**240 W Norwalk Rd**
**Norwalk, CT 06850**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$198.00**

---

**3.251 4**

**Nonpriority creditor's name and mailing address**

**Bronwen Oshea**
**4844 Carnoustie Ct**
**Summerville, SC 29485**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.251 5**

**Nonpriority creditor's name and mailing address**

**Brook L**
**417 Country Ln**
**Narberth, PA 19072**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$323.00**

---

**3.251 6**

**Nonpriority creditor's name and mailing address**

**Brook Lillehaugen**
**417 Country Ln**
**Narberth, PA 19072**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$59.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.251 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brook Midgley**
**1640 Farmers Ln**
**Glen Mills, PA 19342**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$210.00**

---

| 3.251 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brook S**
**6804 S Ensenada St**
**Centennial, CO 80016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$42.00**

---

| 3.251 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brook Swientisky**
**6804 S Ensenada St**
**Centennial, CO 80016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,651.00**

---

| 3.252 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brooke Beers**
**3611 Valley Centre Drive Suite 400**
**San Diego, CA 92130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$65.86**

---

| 3.252 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brooke C**
**340 Hidden Acres Ln**
**Newcastle, CA 95658**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.252 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brooke Engle**
**1812 Jamaica Rd**
**Costa Mesa, CA 92626**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$240.00**

---

| 3.252 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brooke L**
**6101 Roselawn Ave**
**Monona, WI 53716**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.252<br>4 | |

**Nonpriority creditor's name and mailing address**
**Brooke P**
**3030 Emmons Avenue**
**Apt 5b**
**Brooklyn, NY 11235**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

| | |
|---|---|
| 3.252<br>5 | |

**Nonpriority creditor's name and mailing address**
**Brooke Parish**
**1501 Allegro Way NW**
**Albuquerque, NM 87104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

$8,965.00

---

| | |
|---|---|
| 3.252<br>6 | |

**Nonpriority creditor's name and mailing address**
**Brooke Poley**
**117 N. Early**
**Alexandria, VA 22304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

$111.90

---

| | |
|---|---|
| 3.252<br>7 | |

**Nonpriority creditor's name and mailing address**
**Brooke Snead**
**3340 Foothill Rd Unit B**
**Santa Barbara, CA 93105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

$159.00

---

| | |
|---|---|
| 3.252<br>8 | |

**Nonpriority creditor's name and mailing address**
**Brooke W**
**5626 Medallion Dr E**
**Westerville, OH 43082**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

| | |
|---|---|
| 3.252<br>9 | |

**Nonpriority creditor's name and mailing address**
**Brooke Wagner**
**5626 Medallion Dr E**
**Westerville, OH 43082**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

$1,634.00

---

| | |
|---|---|
| 3.253<br>0 | |

**Nonpriority creditor's name and mailing address**
**Brooke Warren**
**6549 Via Sereno**
**Rancho Murieta, CA 95683**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

$311.00

---

Debtor   **Phoeno Wine Company, Inc.**

      Name

Case number (*if known*) _____

---

**3.253
1**

**Nonpriority creditor's name and mailing address**

**Brooklyn Rager**
**2248 W Foster Ave Apt 4**
**Chicago, IL 60625**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.253
2**

**Nonpriority creditor's name and mailing address**

**Brooks Callisher**
**1206 Redwood Valley Ln**
**Knightdale, NC 27545**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,723.00**

---

**3.253
3**

**Nonpriority creditor's name and mailing address**

**Brooks F**
**2413 Indian Trail**
**Austin, TX 78703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.253
4**

**Nonpriority creditor's name and mailing address**

**Brooks Hosfield**
**1990 Green St Apt 605**
**San Francisco, CA 94123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$905.00**

---

**3.253
5**

**Nonpriority creditor's name and mailing address**

**Brooks L**
**104 Splitlog Pl**
**Sanford, FL 32771**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.253
6**

**Nonpriority creditor's name and mailing address**

**Brooks Lopez**
**104 Splitlog Pl**
**Sanford, FL 32771**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$736.00**

---

**3.253
7**

**Nonpriority creditor's name and mailing address**

**Brooks Slocum**
**1 Eden Roc Dr**
**Locust Valley, NY 11560**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.253 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brooks T**
**6326 Deveron Dr**
**Charlotte, NC 28211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$18.00

---

| 3.253 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brooks Terrell**
**6326 Deveron Dr**
**Charlotte, NC 28211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.254 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brown Rodneyd**
**414 S Exeter St**
**Baltimore, MD 21202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$732.00

---

| 3.254 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bru Purdy**
**27667 Ashby Dr**
**Easton, MD 21601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$84.00

---

| 3.254 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bruce Aune**
**2415 River Bluff Dr NW Apt 212**
**Cedar Rapids, IA 52405**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$370.00

---

| 3.254 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bruce B**
**3310 West End Ave**
**Suite 470**
**Nashville, TN 37203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| 3.254 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bruce Baldinger**
**365 South Street**
**Morristown, NJ 07960**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$424.00

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.254 5**

**Nonpriority creditor's name and mailing address**

**Bruce Borden**
**230 Oak St**
**Mountain View, CA 94041**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$596.00**

---

**3.254 6**

**Nonpriority creditor's name and mailing address**

**Bruce C**
**1954  Se 179th Wesley St**
**The Villages, FL 32162**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$8.00**

---

**3.254 7**

**Nonpriority creditor's name and mailing address**

**Bruce Crawford**
**1954  Se 179th Wesley St**
**The Villages, FL 32162**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$152.00**

---

**3.254 8**

**Nonpriority creditor's name and mailing address**

**Bruce D**
**176 Brook Hollow Ln**
**Weatherford, TX 76088**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.254 9**

**Nonpriority creditor's name and mailing address**

**Bruce Devlin**
**176 Brook Hollow Ln**
**Weatherford, TX 76088**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,095.00**

---

**3.255 0**

**Nonpriority creditor's name and mailing address**

**Bruce Fredericks**
**3440 Pin Oak Ln**
**Chalfont, PA 18914**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$189.00**

---

**3.255 1**

**Nonpriority creditor's name and mailing address**

**Bruce G**
**1579 Monroe Dr Ne**
**F-135**
**Atlanta, GA 30324**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.255 2**

**Nonpriority creditor's name and mailing address**
**Bruce Gelb**
**34 N 7th St Apt 11b**
**Brooklyn, NY 11249**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,396.00**

---

**3.255 3**

**Nonpriority creditor's name and mailing address**
**Bruce Genthe**
**15600 Eureka Road**
**Southgate, MI 48195**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.255 4**

**Nonpriority creditor's name and mailing address**
**Bruce Goldstein**
**881 Parkside Dr**
**Berkeley Springs, WV 25411**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$353.00**

---

**3.255 5**

**Nonpriority creditor's name and mailing address**
**Bruce Gueble**
**63 Commerce Cir**
**C/O Transformer Technology, Inc**
**Durham, CT 06422**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$186.00**

---

**3.255 6**

**Nonpriority creditor's name and mailing address**
**Bruce Jenkins**
**2130 Grant Dr**
**Bismarck, ND 58501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$6,858.00**

---

**3.255 7**

**Nonpriority creditor's name and mailing address**
**Bruce Kahn**
**4204 Shorepointe Way**
**San Diego, CA 92130**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$445.00**

---

**3.255 8**

**Nonpriority creditor's name and mailing address**
**Bruce Kish**
**5535 Memorial Dr**
**Ste F**
**Houston, TX 77007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$345.02**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.2559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $492.00 |

**Bruce Larsen**
**2398 Combs Cv NW**
**Marietta, GA 30064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $196.00 |

**Bruce Larson**
**719 Chelsea Oaks Pl**
**Ballwin, MO 63021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.00 |

**Bruce M**
**17600 Weddington St**
**Encino, CA 91316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |

**Bruce M**
**8595 Columbus Pike**
**Suite 105**
**Lewis Center, OH 43035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2563 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bruce Matthews**
**37700 Milann Dr**
**Willoughby Hills, OH 44094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2564 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |

**Bruce O**
**2412 Winchester Lane**
**St. Augustine, FL 32092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,870.00 |

**Bruce Olin**
**2412 Winchester Lane**
**St. Augustine, FL 32092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

_____
Name

Case number *(if known)* _____

---

| 3.256 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Bruce P**
**6068 Orangethorpe Ave**
**Buena Park, CA 90620**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

| 3.256 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Bruce Pertosoff**
**4919 Bookelia Cir , Bradenton, Fl, 34203**
**Bradenton, FL 34203**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$32.00

---

| 3.256 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Bruce Piraino**
**1530 Myron St**
**Schenectady, NY 12309**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.256 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Bruce R**
**5818 Shady River Dr**
**Houston, TX 77057**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| 3.257 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Bruce Rose**
**19201 Adirondack Terr**
**Dade City, FL 33523**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.257 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Bruce S**
**535 N Michigan Ave**
**Apt 3216**
**Chicago, IL 60611**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$6.00

---

| 3.257 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Bruce S**
**963 N Hunt Club Dr**
**Hernando, FL 34442**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$5.00

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.257 3**

**Nonpriority creditor's name and mailing address**

**Bruce Smith**
**963 N Hunt Club Dr**
**Hernando, FL 34442**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$508.00**

---

**3.257 4**

**Nonpriority creditor's name and mailing address**

**Bruce Surber**
**9424 Queen Charlotte Dr**
**Las Vegas, NV 89145**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$626.00**

---

**3.257 5**

**Nonpriority creditor's name and mailing address**

**Bruce W**
**401 Rock Bed Court**
**#2003**
**Murrells Inlet, SC 29576**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.257 6**

**Nonpriority creditor's name and mailing address**

**Bruce W**
**446 South Rd**
**New Hartford, CT 06057**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.257 7**

**Nonpriority creditor's name and mailing address**

**Bruce Wiercioch**
**3518 Antarctic Cir # 1**
**Naples, FL 34112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,838.00**

---

**3.257 8**

**Nonpriority creditor's name and mailing address**

**Brucedaniel Goettel**
**601 West 137th St.**
**Apt. 46**
**New York, NY 10031**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$152.00**

---

**3.257 9**

**Nonpriority creditor's name and mailing address**

**Brucek Bowen**
**218 E Valley Rd Ste 104-Pmb**
**311**
**Carbondale, CO 81623**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$9,322.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
        Name

---

| 3.258 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Bruno Machado**
**2216 Gates Ave**
**A**
**Redondo Beach, CA 90278**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$56.00**

---

| 3.258 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Bruno Mondello**
**7371 N Damen Ave**
**Apt C2**
**Chicago, IL 60645**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$540.07**

---

| 3.258 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Bruno Z 4227**
**2838 S Briarwood Dr W**
**Arlington Heights, IL 60005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$220.00**

---

| 3.258 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Bryan Anderson**
**1444 Baldur Park Rd**
**Wayzata, MN 55391**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$905.00**

---

| 3.258 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Bryan Arntz**
**325 Sw 12th St**
**Renton, WA 98057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$136.00**

---

| 3.258 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Bryan Asher**
**946 S Fulton St**
**Aurora, CO 80247**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.258 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Bryan Ashley**
**8931 Bay Breeze Ln**
**Indianapolis, IN 46236**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.258 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Bryan B**
**1523 E Mariposa Ave**
**El Segundo, CA 90245**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$174.30**

---

| 3.258 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Bryan B**
**W352 N6621 Road J**
**Oconomowoc, WI 53066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.258 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Bryan Bartz**
**1311 W Line St**
**Palmyra, MO 63461**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$506.00**

---

| 3.259 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Bryan Bayless**
**4425 Sw Crestwood Dr**
**Portland, OR 97225**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

| 3.259 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Bryan Betts**
**1523 E Mariposa Ave**
**El Segundo, CA 90245**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,107.00**

---

| 3.259 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Bryan Buck**
**84 Quail Canyon**
**Irvine, CA 92618**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$183.00**

---

| 3.259 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Bryan C**
**328 W 7th Ave**
**Columbus, OH 43201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$6.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
Name

| 3.259 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$33.00** |
|---|---|---|---|

**Bryan Clark**
**328 W 7th Ave**
**Columbus, OH 43201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$28.00** |
|---|---|---|---|

**Bryan Coon**
**6654 Gascony Pl**
**Fort Worth, TX 76132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$534.00** |
|---|---|---|---|

**Bryan Deloeste**
**11650 W Pico Blvd Apt 316**
**Los Angeles, CA 90064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$63.00** |
|---|---|---|---|

**Bryan Elsesser**
**17 Woodhull Rd**
**East Setauket, NY 11733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$180.00** |
|---|---|---|---|

**Bryan Finnerty**
**672 Wolverine Dr**
**Wolverine Lake, MI 48390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$384.00** |
|---|---|---|---|

**Bryan Frackman**
**11937 E Lake Ct**
**Greenwood Village, CO 80111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$60.00** |
|---|---|---|---|

**Bryan Freytag**
**4730 E Indian School Rd Ste 115**
**Phoenix, AZ 85018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.260.1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$26,332.00** |
|---|---|---|
| **Bryan G** <br> **126 Dry Rivers Ln** <br> **Mooresville, NC 28117** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.260.2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,470.00** |
|---|---|---|
| **Bryan Gerard** <br> **5037 Twin Ridge Dr** <br> **Old Hickory, TN 37138** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.260.3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15.00** |
|---|---|---|
| **Bryan H** <br> **2374 Hyde Park Ct Nw** <br> **Atlanta, GA 30318** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.260.4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$31.00** |
|---|---|---|
| **Bryan H** <br> **50 Timberline Dr** <br> **Nashville, TN 37221** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.260.5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|
| **Bryan H** <br> **909 17th St** <br> **Hermosa Beach, CA 90254** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.260.6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$324.00** |
|---|---|---|
| **Bryan Hamilton** <br> **50 Timberline Dr** <br> **Nashville, TN 37221** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.260.7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$144.00** |
|---|---|---|
| **Bryan Harned** <br> **5216 Highway 53 Unit 33** <br> **Braselton, GA 30517** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
             Name

| 3.260 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bryan Haviser**
**28444 Retreat Kanaskat Rd Se**
**Ravensdale, WA 98051**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$132.00**

---

| 3.260 9 |
|---|

**Nonpriority creditor's name and mailing address**
**Bryan Hedge**
**45 Caitlin Way**
**Westfield, MA 01085**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$868.00**

---

| 3.261 0 |
|---|

**Nonpriority creditor's name and mailing address**
**Bryan Holcomb**
**1186 Winter Wood Ct**
**Zionsville, IN 46077**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$302.00**

---

| 3.261 1 |
|---|

**Nonpriority creditor's name and mailing address**
**Bryan Huckaby**
**4433 Prairie Trail Dr**
**Loveland, CO 80537**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$242.00**

---

| 3.261 2 |
|---|

**Nonpriority creditor's name and mailing address**
**Bryan J**
**1159 Isahaya Lane**
**Athens, TN 37303**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$9.00**

---

| 3.261 3 |
|---|

**Nonpriority creditor's name and mailing address**
**Bryan J**
**213 Plainfield Rd**
**Concord, MA 01742**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$58.60**

---

| 3.261 4 |
|---|

**Nonpriority creditor's name and mailing address**
**Bryan Jackson**
**1159 Isahaya Lane**
**Athens, TN 37303**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$36.00**

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.261 5**

**Nonpriority creditor's name and mailing address**
**Bryan Jones**
**4008 Eagles Landing Cove**
**Austin, TX 78735**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,881.00**

---

**3.261 6**

**Nonpriority creditor's name and mailing address**
**Bryan Joyce**
**213 Plainfield Rd**
**Concord, MA 01742**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$599.00**

---

**3.261 7**

**Nonpriority creditor's name and mailing address**
**Bryan K**
**201 Saint Charles Ave Ste 3700**
**New Orleans, LA 70170**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.261 8**

**Nonpriority creditor's name and mailing address**
**Bryan Krupin**
**4617 Chalmers Dr**
**Nashville, TN 37215**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$193.00**

---

**3.261 9**

**Nonpriority creditor's name and mailing address**
**Bryan Loeding**
**6502 Scott Ln**
**Crystal Lake, IL 60014**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$213.00**

---

**3.262 0**

**Nonpriority creditor's name and mailing address**
**Bryan Morrell**
**2116 Brighton Shore St**
**Las Vegas, NV 89128**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.262 1**

**Nonpriority creditor's name and mailing address**
**Bryan Morrell**
**2116 Brighton Shore St**
**Las Vegas, NV 89128**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$2,919.94**

---

Debtor    **Phoeno Wine Company, Inc.**

_____    Case number (if known) _____

Name

| 3.262 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bryan N**
**412 Elmwood Dr**
**New Braunfels, TX 78130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$30.00**

---

| 3.262 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bryan Neal**
**17909 County Road 132**
**Flint, TX 75762**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$908.00**

---

| 3.262 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bryan P**
**1106 Algarita Ave Unit 1**
**Austin, TX 78704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$12.12**

---

| 3.262 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bryan Penn**
**1231 Hawthorne Loop**
**Driftwood, TX 78619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$148.00**

---

| 3.262 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bryan Petro**
**1106 Algarita Ave Unit 1**
**Austin, TX 78704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,795.00**

---

| 3.262 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bryan Petty**
**27 Priscilla Lane**
**Carnegie, PA 15106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$8,917.00**

---

| 3.262 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bryan R**
**216 E. Overlook Mountain Road**
**Buda, TX 78610**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$10.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.262 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $649.00 |

**Bryan Reid**
**6205 Rendezvous Trl**
**Colorado Springs, CO 80919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.263 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,530.00 |

**Bryan S**
**140 W Franklin St Unit 428**
**Chapel Hill, NC 27516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.263 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,045.00 |

**Bryan Solomon**
**140 W Franklin St Unit 428**
**Chapel Hill, NC 27516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.263 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |

**Bryan Sousa**
**10881 Madison Dr**
**Boynton Beach, FL 33437**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.263 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $232.00 |

**Bryan Sperry**
**6 Larkspur Dr**
**Higganum, CT 06441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.263 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**Bryan T**
**24 Carey Lane**
**Norwich, CT 06360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.263 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $328.00 |

**Bryan Taylor**
**9551 Eden Mnr**
**Parkland, FL 33076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.263 6 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Bryan Thomas**
**1925 Sandcreek Way**
**Alameda, CA 94501**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$372.00**

---

3.263 7

**Nonpriority creditor's name and mailing address**
**Bryan Tibbitts**
**1555 Central St Unit 206**
**Denver, CO 80211**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$463.00**

---

3.263 8

**Nonpriority creditor's name and mailing address**
**Bryan Wakehouse**
**5837 Galena Street**
**Denver, CO 80238**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$371.00**

---

3.263 9

**Nonpriority creditor's name and mailing address**
**Bryan Weisberg**
**309 Edinburgh Ct**
**Southlake, TX 76092**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$23.00**

---

3.264 0

**Nonpriority creditor's name and mailing address**
**Bryan Whisenant**
**901 W 38th St Ste 401**
**Austin, TX 78705**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$246.00**

---

3.264 1

**Nonpriority creditor's name and mailing address**
**Bryan Y**
**1347 N Stanley Ave Apt 2**
**Los Angeles, CA 90046**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$47.00**

---

3.264 2

**Nonpriority creditor's name and mailing address**
**Bryan Yang**
**1347 N Stanley Ave Apt 2**
**Los Angeles, CA 90046**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$838.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

| 3.264 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$330.00** |

**Bryan Zales**
**7320 Woodglen Pl**
**Castle Pines, CO 80108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$308.00** |

**Bryant Jones**
**5700 E Franklin Rd Ste 100**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$372.00** |

**Bryant Lewis**
**507 W 28th Street Apt 622**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,691.00** |

**Bryant Schreifels**
**235 Stearns Dr**
**Sauk Rapids, MN 56379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28.00** |

**Bryant Sousa**
**14 Swift Ln**
**Merrimack, NH 03054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11.81** |

**Bryce B**
**1101 Westlake Ave N**
**4th Floor**
**Seattle, WA 98109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$165.00** |

**Bryce Debolt**
**70 W 37th St Apt 1208**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

**3.2650**

**Nonpriority creditor's name and mailing address**

**Bryce Evans**
**20003 Dassel Ln**
**Rogers, MN 55374**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2651**

**Nonpriority creditor's name and mailing address**

**Bryce Haupert**
**9083 Baywood Park Dr**
**Seminole, FL 33777**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,476.00**

---

**3.2652**

**Nonpriority creditor's name and mailing address**

**Bryce L**
**8310 Plane View Pl**
**Paso Robles, CA 93446**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$35.52**

---

**3.2653**

**Nonpriority creditor's name and mailing address**

**Bryce M**
**500 Capital Of Texas Hwy N.**
**Bldg 3. Ste 110**
**Austin, TX 78746**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.2654**

**Nonpriority creditor's name and mailing address**

**Bryce Macdonald**
**5288 J St**
**Sacramento, CA 95819**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$6,184.00**

---

**3.2655**

**Nonpriority creditor's name and mailing address**

**Bryce Meares**
**500 Capital Of Texas Hwy N.**
**Bldg 3. Ste 110**
**Austin, TX 78746**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$483.00**

---

**3.2656**

**Nonpriority creditor's name and mailing address**

**Bryce W**
**2889 Boone Dr. Nw**
**Kennesaw, GA 30144**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor   **Phoeno Wine Company, Inc.**
         Name                                                         Case number (if known)

---

| 3.265 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20.00** |
| **Bryn Ciardullo** | ☐ Contingent | |
| **4815 Basalt Ridge Circle** | ☐ Unliquidated | |
| **Castle Rock, CO 80108** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.265 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
| **Brynn Y** | ☐ Contingent | |
| **1400 Esplanade Ct Apt 228** | ☐ Unliquidated | |
| **Reston, VA 20194** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.265 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35.00** |
| **Bryon Hough** | ☐ Contingent | |
| **8185 Upland Circle** | ☐ Unliquidated | |
| **Chanhassen, MN 55317** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.266 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,702.00** |
| **Brytne Kitchin** | ☐ Contingent | |
| **4508 Oakmont Blvd** | ☐ Unliquidated | |
| **Austin, TX 78731** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.266 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$162.00** |
| **Btad Keen** | ☐ Contingent | |
| **611) Beech Avenue** | ☐ Unliquidated | |
| **Harbor Springs, MI 49740** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.266 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Bud Brainerd** | ☐ Contingent | |
| **13400 Sabre Springs Pkwy Ste 235** | ☐ Unliquidated | |
| **San Diego, CA 92128** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.266 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
| **Buddy C** | ☐ Contingent | |
| **1029 Angler Ln** | ☐ Unliquidated | |
| **Virginia Beach, VA 23451** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **Phoeno Wine Company, Inc.**
_____
　　　　　Name

Case number (if known) _____

| 3.266 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |

**Buddy Turner**
**501 E Custis Ave**
**Alexandria, VA 22301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$38.00** |

**Buddy Warren**
**6296 Jerseydale Rd**
**Mariposa, CA 95338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,789.00** |

**Buffi Buckley**
**256 Academy Rd**
**Buffi Buckley**
**Pembroke, NH 03275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$76.55** |

**Buford Wiley**
**6815 La Jolla Scenic Drive South**
**La Jolla, CA 92037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19.00** |

**Bulent Altan**
**315 S Hudson Ave**
**Los Angeles, CA 90020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,591.09** |

**Bullcityva**
**2555 Pennsylvania Ave Nw Apt 812**
**Washington, DC 20037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |

**Burton F**
**1572 Nassau Point Trail**
**Kissimmee, FL 34747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F　　　　　Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.267 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26.00** |
| **Burton V** | ☐ Contingent | |
| **850 Austin Ln** | ☐ Unliquidated | |
| **Winston Salem, NC 27106** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.267 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,433.00** |
| **Burton Vance** | ☐ Contingent | |
| **850 Austin Ln** | ☐ Unliquidated | |
| **Winston Salem, NC 27106** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.267 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$175.00** |
| **Butterfly19I** | ☐ Contingent | |
| **520 Lunalilo Home Rd Unit 204** | ☐ Unliquidated | |
| **Honolulu, HI 96825** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.267 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$184.00** |
| **Buz Schott** | ☐ Contingent | |
| **14298 Bourgeois Way** | ☐ Unliquidated | |
| **San Diego, CA 92129** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.267 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10.00** |
| **Byong K** | ☐ Contingent | |
| **727 S Ardmore Ave #703** | ☐ Unliquidated | |
| **Los Angels, CA 90005** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.267 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$336.00** |
| **Byron Davidson** | ☐ Contingent | |
| **38 Sunset Bay Dr** | ☐ Unliquidated | |
| **Belleair, FL 33756** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.267 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$908.00** |
| **Byron G** | ☐ Contingent | |
| **105 Loyd St** | ☐ Unliquidated | |
| **C/O Ups Access Point** | ☐ Disputed | |
| **Branson, MO 65616** | | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.267 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Byron Ginter**
**105 Loyd St**
**C/O UPS Access Point**
**Branson, MO 65616**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$99,286.00**

---

| 3.267 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Byron L**
**811 E Beechnut Dr**
**Chandler, AZ 85249**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$26.00**

---

| 3.268 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Byron Lavoie**
**811 E Beechnut Dr**
**Chandler, AZ 85249**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

| 3.268 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**C Gile**
**4314 Forrest Walk**
**Roswell, GA 30075**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.268 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**C Sullivan**
**124 South Kenilworth Avenue**
**Mount Prospect, IL 60056**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$37.00**

---

| 3.268 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**C.J. H**
**35 Deer Hill Ln**
**Carver, MA 02330**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$40.80**

---

| 3.268 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**C.R. Barclay**
**1181 Sunny Hill Drive**
**Columbus, OH 43221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$611.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

**3.268 5**

**Nonpriority creditor's name and mailing address**

**Cade Price**
**4731 Centennial Blvd Apt 445**
**Nashville, TN 37209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$34.00**

---

**3.268 6**

**Nonpriority creditor's name and mailing address**

**Caiazzo**
**251 Sr 523**
**Texico, NM 88135**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

**3.268 7**

**Nonpriority creditor's name and mailing address**

**Caitlin Bell**
**57 Village Drive**
**Morristown, NJ 07960**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$240.00**

---

**3.268 8**

**Nonpriority creditor's name and mailing address**

**Caitlin Leedy**
**2803 Sunny Hill Ln**
**Farmers Branch, TX 75234**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$454.00**

---

**3.268 9**

**Nonpriority creditor's name and mailing address**

**Caitlin Mazurek**
**23911 Mc Mullin Cir**
**Plainfield, IL 60586**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,459.00**

---

**3.269 0**

**Nonpriority creditor's name and mailing address**

**Caitlin Padilla**
**271 Katan Ave**
**Staten Island, NY 10308**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.269 1**

**Nonpriority creditor's name and mailing address**

**Caitlin Rixey**
**508 White Shoal Way**
**Sneads Ferry, NC 28460**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$148.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
          Name

---

**3.269 2**

**Nonpriority creditor's name and mailing address**

**Caitlin Schlussler**
**4467 Dawes St. Apt 1g**
**San Diego, CA 92109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$22.01**

---

**3.269 3**

**Nonpriority creditor's name and mailing address**

**Caitlin Z**
**12307 Plantation Dr**
**Spotsylvania, VA 22551**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$4.00**

---

**3.269 4**

**Nonpriority creditor's name and mailing address**

**Caitlin Zitko**
**12307 Plantation Dr**
**Spotsylvania, VA 22551**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,939.00**

---

**3.269 5**

**Nonpriority creditor's name and mailing address**

**Caldwell Gary**
**623 Mowrer Rd**
**Circleville, OH 43113**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$962.00**

---

**3.269 6**

**Nonpriority creditor's name and mailing address**

**Caleb Fullhart**
**1390 NEal Ave N**
**Lake Elmo, MN 55042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$234.00**

---

**3.269 7**

**Nonpriority creditor's name and mailing address**

**Caleb Primos**
**2 Elk Ridge Ln**
**Southern Pines, NC 28387**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$744.00**

---

**3.269 8**

**Nonpriority creditor's name and mailing address**

**Caleb Runion**
**6984 Crown Pointe Dr**
**Liberty Township, OH 45011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

Debtor   **Phoeno Wine Company, Inc.**                    Case number *(if known)* _____
          Name

| 3.2699 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$89.86** |
|---|---|---|---|

**Cali Holland**
**1331 E Katella Ave**
**Unit 313**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2700 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$32.00** |
|---|---|---|---|

**Cally Eberle**
**1504 Commons Ford Pl**
**Apex, NC 27539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2701 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$192.01** |
|---|---|---|---|

**Cally O**
**C/O Authority Spas & Home Recreation**
**5435 Boatworks Drive**
**Highlands Ranch, CO 80126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2702 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$222.00** |
|---|---|---|---|

**Calvin Ito**
**445 Winslow Ave**
**Long Beach, CA 90814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2703 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$32.00** |
|---|---|---|---|

**Calvin Simmons**
**2424 Cambronne St**
**New Orleans, LA 70118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2704 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$65.00** |
|---|---|---|---|

**Cam H**
**80 1st Ave**
**New York, NY 10009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2705 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Cam Hudson**
**80 1st Ave**
**New York, NY 10009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

_____    Case number _(if known)_    _____

Name

---

| 3.270 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$50.00** |
|---|---|---|---|

**Cam Musil**
**10640 Red Queen Rd**
**North Chesterfield, VA 23235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$39.00** |
|---|---|---|---|

**Cameron B**
**5617 Hillbrook Dr**
**Charlotte, NC 28226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$32.00** |
|---|---|---|---|

**Cameron Baynard**
**5617 Hillbrook Dr**
**Charlotte, NC 28226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$34.00** |
|---|---|---|---|

**Cameron Carrizales**
**153 Elmwood St**
**Fillmore, CA 93015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$55.00** |
|---|---|---|---|

**Cameron Cole**
**26224 Park View Rd**
**Valencia, CA 91355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$30.00** |
|---|---|---|---|

**Cameron Collins**
**224-226 Willow Ave Apt 8**
**Hoboken, NJ 07030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$3.00** |
|---|---|---|---|

**Cameron D**
**220 N. Mill Rd**
**Atlanta, GA 30328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.271 3**

**Nonpriority creditor's name and mailing address**

**Cameron Darweesh**
**220 N. Mill Rd**
**Atlanta, GA 30328**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$864.00**

---

**3.271 4**

**Nonpriority creditor's name and mailing address**

**Cameron G**
**3252 21st Ave W # A**
**Seattle, WA 98199**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.271 5**

**Nonpriority creditor's name and mailing address**

**Cameron Gould-Saltman**
**3252 21st Ave W # A**
**Seattle, WA 98199**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$97.00**

---

**3.271 6**

**Nonpriority creditor's name and mailing address**

**Cameron Jordan**
**800 W San Marcos Dr**
**Chandler, AZ 85225**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$752.00**

---

**3.271 7**

**Nonpriority creditor's name and mailing address**

**Cameron M**
**23505 W 89th Ter.**
**Lenexa, KS 66227**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.271 8**

**Nonpriority creditor's name and mailing address**

**Cameron Menezes**
**10155 Monroe Dr**
**Dallas, TX 75229**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$113.00**

---

**3.271 9**

**Nonpriority creditor's name and mailing address**

**Cameron Winston**
**204 Danton Dr.**
**Cary, NC 27518**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$89,126.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| **3.272 0** | |

**Nonpriority creditor's name and mailing address**
**Camille Hitt**
**300 Navigator Dr**
**Austin, TX 78717**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$901.00**

---

| | |
|---|---|
| **3.272 1** | |

**Nonpriority creditor's name and mailing address**
**Camilo Arbelaez**
**1659 Newton St Nw**
**Washington, DC 20010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$2,871.00**

---

| | |
|---|---|
| **3.272 2** | |

**Nonpriority creditor's name and mailing address**
**Campbell W**
**6508 Overhill Road**
**Mission Hills, KS 66208**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| | |
|---|---|
| **3.272 3** | |

**Nonpriority creditor's name and mailing address**
**Candace L**
**329 Bryant Street**
**Suite 4d**
**San Francisco, CA 94107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$40.86**

---

| | |
|---|---|
| **3.272 4** | |

**Nonpriority creditor's name and mailing address**
**Candace Saviano**
**601 Milwaukee Ave Apt 103**
**South Milwaukee, WI 53172**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$23.00**

---

| | |
|---|---|
| **3.272 5** | |

**Nonpriority creditor's name and mailing address**
**Candace Zamoski**
**2225 Timberwood Cir S**
**Tallahassee, FL 32304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$1.01**

---

| | |
|---|---|
| **3.272 6** | |

**Nonpriority creditor's name and mailing address**
**Candi Bryant**
**8107 Creekview Drive**
**Springfield, VA 22153**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$496.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

---

| 3.272 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Candice Highsmith**
**1410 Country Club Rd**
**Arlington, TX 76013**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$96.00**

---

| 3.272 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Candice Marti**
**3425 Vincennes Place**
**New Orleans, LA 70125**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$192.00**

---

| 3.272 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Candrew Watkins**
**144 W Magnolia Dr**
**Belgrade, MT 59714**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$216.00**

---

| 3.273 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Canicia Lunger**
**6 Tuxedo Dr**
**Ladys Island, SC 29907**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| 3.273 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Canwan Chen**
**5721 Sw 54th Ter**
**Davie, FL 33314**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.273 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Caominh N**
**411 N Akard St Ste 100**
**Dallas, TX 75201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.273 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Capitan Kierk**
**1202 Means Farm Rd**
**Garland, TX 75044**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
Name

---

| 3.273 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40.00** |
| **Cara Arnold** | ☐ Contingent | |
| **2778 Highway 41a S** | ☐ Unliquidated | |
| **Eagleville, TN 37060** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.273 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35.00** |
| **Cara B** | ☐ Contingent | |
| **1361 Hylan Blvd** | ☐ Unliquidated | |
| **C/O Ups Access Point** | ☐ Disputed | |
| **Staten Island, NY 10305** | | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.273 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
| **Cara L** | ☐ Contingent | |
| **3131 Ne 1st Ave Apt 912** | ☐ Unliquidated | |
| **Miami, FL 33137** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.273 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$522.00** |
| **Caragher Liz** | ☐ Contingent | |
| **3611 Prairie Path** | ☐ Unliquidated | |
| **Bethpage, NY 11714** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.273 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56.00** |
| **Carey Blaxberg** | ☐ Contingent | |
| **336 9th Ave NE** | ☐ Unliquidated | |
| **St Petersburg, FL 33701** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.273 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$325.00** |
| **Carey Kesner** | ☐ Contingent | |
| **4265 San Felipe St Ste 760** | ☐ Unliquidated | |
| **Houston, TX 77027** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.274 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$134.00** |
| **Carey Watkins** | ☐ Contingent | |
| **4413 Comanche Trail Blvd** | ☐ Unliquidated | |
| **Saint Johns, FL 32259** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*   _____

---

| 3.274<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$311.00** |
|---|---|---|---|

**Cari Bak**
**379 Montrose Ave**
**South Orange, NJ 07079**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$188.00** |
|---|---|---|---|

**Cari Klepper**
**2361 Big Mountain Rd**
**Pob 1800**
**Whitefish, MT 59937**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30.00** |
|---|---|---|---|

**Cari M**
**552 Garrison Rd**
**Goldendale, WA 98620**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$34,346.00** |
|---|---|---|---|

**Cari Matthews**
**552 Garrison Rd**
**Goldendale, WA 98620**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$165.00** |
|---|---|---|---|

**Cari Nielsen**
**16515 E 23rd Ave**
**Spokane Valley, WA 99037**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$189.00** |
|---|---|---|---|

**Cari S**
**1938 Oceanaire Way**
**Upland, CA 91784**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,298.00** |
|---|---|---|---|

**Cari Sepulveda**
**1938 Oceanaire Way**
**Upland, CA 91784**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*    _____

---

| 3.274 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$940.00** |

**Carin Trundle**
**430 E 56th St**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 9 | **Nonpriority creditor's name and mailing address** | | **$58.00** |

**Carin Vigil**
**1306 San Antonio Blvd**
**Durham, NC 27703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 0 | **Nonpriority creditor's name and mailing address** | | **$37.00** |

**Carina F**
**1409 35th Street**
**Apt 4**
**Brooklyn, NY 11218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 1 | **Nonpriority creditor's name and mailing address** | | **$160.00** |

**Carisa W**
**13832 Danforth Dr. S**
**Jacksonville, FL 32224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 2 | **Nonpriority creditor's name and mailing address** | | **$28.00** |

**Carissa Harrild**
**1647 Willow Pass Rd # 509**
**Concord, CA 94520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 3 | **Nonpriority creditor's name and mailing address** | | **$155.00** |

**Carissa Kozacek**
**1077 Camino Ramon**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 4 | **Nonpriority creditor's name and mailing address** | | **$0.00** |

**Carissa Thebeau**
**325 E Broadway**
**Gardner, MA 01440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

---

| 3.275 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Carl B**
**5697 W Old Ranch St**
**Boise, ID 83714**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.275 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Carl Forster**
**20 Rebecca Dr**
**Middle Grove, NY 12850**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,953.00**

---

| 3.275 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Carl Fuldner**
**2119 Sherman Ave**
**Evanston, IL 60201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.275 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Carl Gerhardt**
**3820 San Poppi Ct**
**Ozark, MO 65721**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.275 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Carl Lindberg**
**659 Commodore Dr**
**Lenoir City, TN 37772**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$499.00**

---

| 3.276 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Carl Lofgren**
**2581 Arvia 31**
**Los Angeles, CA 90065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

| 3.276 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Carl Lunsford**
**513 Armand Drive**
**Troy, OH 45373**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$23.00**

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name                                          Case number *(if known)* _____

| 3.276 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $258.00 |

**Carl Myler**
**12519 Willoway Ct**
**Plymouth, MI 48170**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $341.00 |

**Carl Poe**
**23106 Jasmine Way**
**California, MD 20619**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $421.00 |

**Carl Sanderson**
**2490 Hard Rd**
**Dublin, OH 43016**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $162.00 |

**Carl Secola**
**1960 Whitney Ave Fl 2**
**Hamden, CT 06517**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $135.00 |

**Carl Swenson**
**1905 Isom Ln NE**
**Palm Bay, FL 32905**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $960.00 |

**Carl Tisone**
**9998 Litzsinger Rd**
**St. Louis, MO 63124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $206.00 |

**Carl Tripician**
**113 N 34th Ave**
**Longport, NJ 08403**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|--------|---|---|---|
| | Name | | |

---

**3.2769**

Nonpriority creditor's name and mailing address
**Carl Vaughn**
**1152 Hillpointe Cir # 72**
**Bloomfield Hills, MI 48304**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$114.00**

---

**3.2770**

Nonpriority creditor's name and mailing address
**Carl Wildermann**
**3903 Darby Rd**
**Durham, NC 27707**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$978.00**

---

**3.2771**

Nonpriority creditor's name and mailing address
**Carl Yale**
**1168 Lithia Springs Road**
**Moravian Falls, NC 28654**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$5,866.00**

---

**3.2772**

Nonpriority creditor's name and mailing address
**Carla Hortman**
**200 Crestview Church Rd Apt 1203**
**Warner Robins, GA 31088**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$172.00**

---

**3.2773**

Nonpriority creditor's name and mailing address
**Carla Koogler**
**2608 Ashwell Lane**
**San Ramon, CA 94582**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$168.00**

---

**3.2774**

Nonpriority creditor's name and mailing address
**Carla N**
**8 Windarbor Lane**
**Irvine, CA 92602**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.2775**

Nonpriority creditor's name and mailing address
**Carleigh G**
**135 Skunk Hill Rd**
**Exeter, RI 02822**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.277 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Carleigh Gordon**
**135 Skunk Hill Rd**
**Exeter, RI 02822**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$296.00**

---

| 3.277 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Carlen F 13421955**
**1735 Marvin St Nw**
**Atlanta, GA 30318**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,401.00**

---

| 3.277 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Carlen Funk**
**1735 Marvin St NW**
**Atlanta, GA 30318**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$270.00**

---

| 3.277 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Carles Latorre**
**36 Florence Ave Apt A**
**Dobbs Ferry, NY 10522**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,345.00**

---

| 3.278 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Carlisle Cortney**
**440 E Newport Dr**
**Tucson, AZ 85704**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$348.00**

---

| 3.278 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Carlo C**
**1965 Curtner Ave.**
**San Josr, CA 95124**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

| 3.278 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Carlo Rodriguez**
**1672 Malon Bay Drive**
**Orlando, FL 32828**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known)   _____

---

| 3.278 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$336.00** |

**Carlo Siracusa**
**72 Lake Trl E**
**Morristown, NJ 07960**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$101.00** |

**Carlos Alfonso**
**946 Bloomfield Ave**
**Suite 1**
**Glen Ridge, NJ 07028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |

**Carlos B**
**16081 Klara Ln.**
**Morgan Hill, CA 95037**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30.00** |

**Carlos B**
**5201 Nw 110th Ave**
**Ocala, FL 34482**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$40.00** |

**Carlos Bared**
**6227 Paradise Point Drive**
**Palmetto Bay, FL 33157**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$84.00** |

**Carlos Barriot**
**500 Spring Crest Dr**
**El Paso, TX 79912**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,756.00** |

**Carlos Caballero**
**1408 Brickell Bay Dr Apt 1208**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

_____

Name

Case number *(if known)*    _____

---

| 3.279 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$378.00** |
|---|---|---|---|

**Carlos Caceres**
**19740 I 45 North**
**Spring, TX 77373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$80.00** |
|---|---|---|---|

**Carlos Cintron**
**14 Penn Plaza  225 West 34th St. Floor 9**
**Regus/Evolutionary Biologics**
**New York, NY 10122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$180.00** |
|---|---|---|---|

**Carlos Ferrera**
**11101 NW 24 St**
**Coral Springs, FL 33065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$309.00** |
|---|---|---|---|

**Carlos Flores**
**4081e E Weather Vane Rd**
**Gilbert, AZ 85296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Carlos Gubat**
**74064 Kingston Ct West**
**Palm Desert, CA 92211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$482.00** |
|---|---|---|---|

**Carlos Jeronimo**
**1857 Clifford St**
**Santa Clara, CA 95050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,131.00** |
|---|---|---|---|

**Carlos Jimenez**
**32 Vallecito Ln**
**Orinda, CA 94563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_    _____
Name

| 3.2797 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$90.00** |
|---|---|---|---|

**Carlos Jon**
**905 Saratoga Ln**
**Georgetown, TX 78633**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**   Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2798 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$20.00** |
|---|---|---|---|

**Carlos L**
**10416 Nw 30 Pl**
**Miami, FL 33147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**   Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2799 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$15.00** |
|---|---|---|---|

**Carlos L**
**19 Third St Apt 1**
**Haverstraw, NY 10927**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**   Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2800 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$74.00** |
|---|---|---|---|

**Carlos Ortiz**
**111 San Lucia Dr**
**Debary, FL 32713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**   Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2801 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$10.00** |
|---|---|---|---|

**Carlos P**
**2651 Bolton Boone Dr**
**Desoto, TX 75115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**   Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2802 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$20.00** |
|---|---|---|---|

**Carlos R**
**7202 Palisade Ave Apt 3**
**North Bergen, NJ 07047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**   Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2803 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$63.00** |
|---|---|---|---|

**Carlos Reyeslesmes**
**7000 Arundel Mills Cir Ste 120**
**Hanover, MD 21076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**   Customer

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.280 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Carlos Santiesteban**
**11914 Kling St.**
**Apt. 6**
**Valley Village, CA 91607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.280 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Carlos Terrazas**
**25318 Wentworth Way**
**San Antonio, TX 78260**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.280 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Carlos Toro**
**Po Box 5906**
**Caguas, PR 00726**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$131.00**

---

| 3.280 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Carlos Vittes**
**1270 Redwood Court**
**Herndon, VA 20170**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$801.00**

---

| 3.280 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Carlosa Vargas**
**11440 N. Kendall Drive #212**
**Miami, FL 33176**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,448.00**

---

| 3.280 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Carlosandres Serna**
**3637 Us-90**
**Pace, FL 32571**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$13,829.00**

---

| 3.281 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Carlosg Rodriguez**
**3037 NE Quayside Ln**
**Miami, FL 33138**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$260.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_ _____
Name

| 3.281 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$3,195.00** |
|---|---|---|---|

**Carlton Zwilling**
**1442 Nauticus Cv**
**Loveland, OH 45140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$20.00** |
|---|---|---|---|

**Carly D**
**804 Shore Drive West**
**Leave At Front Door**
**Oldsmar, FL 34677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$225.00** |
|---|---|---|---|

**Carly Kesterson**
**871 Horizon Ct**
**Erie, CO 80516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$28.00** |
|---|---|---|---|

**Carly Leviant**
**1608 Jones St**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$210.00** |
|---|---|---|---|

**Carlyle Ryan**
**13 Cuthbert Blvd**
**Haddon Township, NJ 08107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$762.00** |
|---|---|---|---|

**Carmela Russo**
**1304 Ruddy Ct**
**Conway, SC 29527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$617.00** |
|---|---|---|---|

**Carmella Engels**
**2102 E Clubhouse Dr**
**Phoenix, AZ 85048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

---

| 3.281 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$606.00** |
| **Carmelo Mosca** | ☐ Contingent | |
| **795 Rathbun Ave** | ☐ Unliquidated | |
| **Staten Island, NY 10309** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.281 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |
| **Carmem C** | ☐ Contingent | |
| **3505 Rolling Hills Rd** | ☐ Unliquidated | |
| **Cedar Park, TX 78641** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.282 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$344.00** |
| **Carmem Costa** | ☐ Contingent | |
| **3505 Rolling Hills Rd** | ☐ Unliquidated | |
| **Cedar Park, TX 78641** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.282 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
| **Carmen Almonte** | ☐ Contingent | |
| **38 Taft Ave** | ☐ Unliquidated | |
| **Woodland Park, NJ 07424** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.282 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$105.00** |
| **Carmen Carter** | ☐ Contingent | |
| **8903 Golden Mist Dr** | ☐ Unliquidated | |
| **Missouri City, TX 77459** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.282 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$67.00** |
| **Carmen Hampton** | ☐ Contingent | |
| **170 Bunker Ranch Blvd.** | ☐ Unliquidated | |
| **Unit 14** | ☐ Disputed | |
| **Dripping Springs, TX 78620** | | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.282 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
| **Carmen L** | ☐ Contingent | |
| **45averill Averill Street** | ☐ Unliquidated | |
| **Saint Johnsville, NY 13452** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor  **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

**3.282 5**

**Nonpriority creditor's name and mailing address**

**Carmen Mckinn**
**4422 E St Catherine**
**Phoenix, AZ 85042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$84.50**

---

**3.282 6**

**Nonpriority creditor's name and mailing address**

**Carmen N**
**14534 Marsh View Dr**
**Jacksonville Beach, FL 32250**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.282 7**

**Nonpriority creditor's name and mailing address**

**Carmen R**
**95 Park Ave**
**Monticello, NY 12701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.282 8**

**Nonpriority creditor's name and mailing address**

**Carmen Torres**
**3525 Sage Rd #1504**
**Houston, TX 77056**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$164.00**

---

**3.282 9**

**Nonpriority creditor's name and mailing address**

**Carmine Ciccarelli**
**31 Lawlor Rd**
**Tolland, CT 06084**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.283 0**

**Nonpriority creditor's name and mailing address**

**Carmine Marinari**
**12105 Azure Shores Ct.**
**Austin, TX 78732**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$37,988.00**

---

**3.283 1**

**Nonpriority creditor's name and mailing address**

**Carmine Polito**
**717 149th St # 8**
**Whitestone, NY 11357**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$354.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Name                                                       Case number *(if known)* _____

---

| 3.283 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$192.00** |

**Carol Auping**
**11095 W Burntwood Dr**
**Sun City, AZ 85351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,935.00** |

**Carol Barker**
**22430 Collins Street**
**Woodland Hills, CA 91367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$412.00** |

**Carol Ericson**
**15548 Dynasty Way**
**Apple Valley, MN 55124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**Carol F**
**62 Brideside Lane**
**North Salem, NY 10560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$640.00** |

**Carol Galbraith**
**419 E High St**
**Jefferson City, MO 65101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$106.00** |

**Carol H**
**1325 Bison Ridge Dr**
**Colorado Springs, CO 80919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$483.00** |

**Carol Heyse**
**1325 Bison Ridge Dr**
**Colorado Springs, CO 80919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

**3.2839**

Nonpriority creditor's name and mailing address

**Carol Krass**
**17042 Roosevelt Ave**
**Lockport, IL 60441**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$38.00**

---

**3.2840**

Nonpriority creditor's name and mailing address

**Carol Lattimore**
**2677 African Violet Ave**
**Henderson, NV 89074**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$242.00**

---

**3.2841**

Nonpriority creditor's name and mailing address

**Carol Li**
**10011 Southwell Rd**
**San Antonio, TX 78240**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

**3.2842**

Nonpriority creditor's name and mailing address

**Carol Neal**
**402 Regentview Drive**
**Houston, TX 77079**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$304.00**

---

**3.2843**

Nonpriority creditor's name and mailing address

**Carol O**
**16036 Marche Place**
**Bonita Springs, FL 34135**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$222.00**

---

**3.2844**

Nonpriority creditor's name and mailing address

**Carol Oliver**
**4032 Franklin Ave**
**New Orleans, LA 70122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$249.00**

---

**3.2845**

Nonpriority creditor's name and mailing address

**Carol Osswald**
**9375 Old Fond Du Lac Rd**
**Kewaskum, WI 53040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

**3.2846**

**Nonpriority creditor's name and mailing address**
**Carol Ott**
**16036 Marche Place**
**Bonita Springs, FL 34135**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$4,209.00

---

**3.2847**

**Nonpriority creditor's name and mailing address**
**Carol Palkki**
**3897 Sycamore Rd**
**Thompsons Station, TN 37179**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$15,722.88

---

**3.2848**

**Nonpriority creditor's name and mailing address**
**Carol Plotsky**
**514 Patapsco Ave**
**Baltimore, MD 21237**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,878.00

---

**3.2849**

**Nonpriority creditor's name and mailing address**
**Carol R**
**9227 Se 167th Ford St**
**The Villages, FL 32162**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$60.00

---

**3.2850**

**Nonpriority creditor's name and mailing address**
**Carol S**
**75 Riggs Ave**
**West Hartford, CT 06107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

**3.2851**

**Nonpriority creditor's name and mailing address**
**Carol W**
**2723 Gentry Ct.**
**Santa Clara, CA 95051**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

**3.2852**

**Nonpriority creditor's name and mailing address**
**Carolann Kong**
**5803 W Laura Ct**
**Etc**
**Visalia, CA 93277**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$80.00

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.285 3 | **Nonpriority creditor's name and mailing address** **Carolann P** 629 Marsh Way Brunswick, OH 44212 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $24.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 4 | **Nonpriority creditor's name and mailing address** **Carolann Peterson** 629 Marsh Way Brunswick, OH 44212 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $328.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 5 | **Nonpriority creditor's name and mailing address** **Carolann Proveaux** 419 W 12th Ave Anchorage, AK 99501 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $140.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 6 | **Nonpriority creditor's name and mailing address** **Carole Patton** 223 Kaanapali Drive Napa, CA 94558 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $45.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 7 | **Nonpriority creditor's name and mailing address** **Carole Weishahn** 1832 26th Ave Greeley, CO 80634 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $25.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 8 | **Nonpriority creditor's name and mailing address** **Caroline B** 3839 Constitution Dr Dallas, TX 75229 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $50.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 9 | **Nonpriority creditor's name and mailing address** **Caroline Callaghan** 850 N Randolph St Apt 234 Arlington, VA 22203 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $28.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.286 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Caroline Cotting**
**1107 Newport Drive**
**Allen, TX 75013**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$636.00**

---

| 3.286 1 |
|---|

**Nonpriority creditor's name and mailing address**
**Caroline E**
**3900 Monterey Pl**
**Lawrence, KS 66049**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

| 3.286 2 |
|---|

**Nonpriority creditor's name and mailing address**
**Caroline Griffin**
**1121 Stainback Avenue**
**Nashville, TN 37207**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$137.00**

---

| 3.286 3 |
|---|

**Nonpriority creditor's name and mailing address**
**Caroline Horstmann**
**28763 Aloha Ln**
**Montgomery, TX 77356**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$228.00**

---

| 3.286 4 |
|---|

**Nonpriority creditor's name and mailing address**
**Caroline Kelly**
**254 Front St Apt 7c**
**New York, NY 10038**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$210.00**

---

| 3.286 5 |
|---|

**Nonpriority creditor's name and mailing address**
**Caroline M**
**46-131 Punalei Place**
**Kaneohe, HI 96744**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.286 6 |
|---|

**Nonpriority creditor's name and mailing address**
**Caroline M**
**6354 Harbor Oaks Dr**
**Denver, NC 28037**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$6.00**

---

Debtor    **Phoeno Wine Company, Inc.**                                Case number *(if known)* _____

_____
Name

---

| 3.286 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$615.00** |

**Caroline Montondon**
**4 Ridge Rd**
**Westminster, MD 21157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$412.00** |

**Caroline Morici**
**18329 Clifftop Way**
**Malibu, CA 90265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$224.00** |

**Caroline Mueller**
**6354 Harbor Oaks Dr**
**Denver, NC 28037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4.00** |

**Caroline S**
**444 E 75th St Apt 11j**
**New York, NY 10021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,418.00** |

**Caroline Sangari**
**4142 Jurupa Ave**
**Riverside, CA 92506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60.00** |

**Caroline Sinclair**
**3252 Ranch Park Trl**
**Round Rock, TX 78681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40.00** |

**Caroline Steidl**
**444 E 75th St Apt 11j**
**New York, NY 10021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
Name

Case number *(if known)*

---

**3.2874**

**Nonpriority creditor's name and mailing address**

**Caroline Stith**
**219 Burning Tree Rd**
**Lutherville, MD 21093**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$329.00

---

**3.2875**

**Nonpriority creditor's name and mailing address**

**Caroline Travis**
**730 Harvest Ln**
**Olivette, MO 63132**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$28.00

---

**3.2876**

**Nonpriority creditor's name and mailing address**

**Caroline Vanwalle**
**11427 Sw Davies Rd Apt 1405**
**Beaverton, OR 97007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$348.00

---

**3.2877**

**Nonpriority creditor's name and mailing address**

**Carolyn Bailey**
**11174 Pike 405**
**Bowling Green, MO 63334**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$57.00

---

**3.2878**

**Nonpriority creditor's name and mailing address**

**Carolyn Carden**
**16446 Veridian Circle**
**San Diego, CA 92127**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$69.76

---

**3.2879**

**Nonpriority creditor's name and mailing address**

**Carolyn Connolly**
**34 Ash Ln**
**Hanover, MA 02339**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$300.00

---

**3.2880**

**Nonpriority creditor's name and mailing address**

**Carolyn Corrigan**
**Po Box 18t**
**Rock Taverb, NY 12575**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$5.00

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.288
1**

**Nonpriority creditor's name and mailing address**

**Carolyn Croson
149 Lewistown Road
Beaufort, NC 28516**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$31.00

---

**3.288
2**

**Nonpriority creditor's name and mailing address**

**Carolyn Dimiceli
50 Far View Avenue
Atlantic Highlands, NJ 07716**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$121.00

---

**3.288
3**

**Nonpriority creditor's name and mailing address**

**Carolyn Dolejs
7025 E Via Soleri Dr Apt 1060
Scottsdale, AZ 85251**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$165.00

---

**3.288
4**

**Nonpriority creditor's name and mailing address**

**Carolyn E
7500 Old Georgetown Rd
Bethesda, MD 20814**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.288
5**

**Nonpriority creditor's name and mailing address**

**Carolyn Gatherers
5529 W Kincreag
Boise, ID 83714**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.288
6**

**Nonpriority creditor's name and mailing address**

**Carolyn Guzman
2750 S Durango Dr Apt 1008 Bldg 16
Las Vegas, NV 89117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$132.00

---

**3.288
7**

**Nonpriority creditor's name and mailing address**

**Carolyn Malson
215 Hillside Ave
Fayetteville, NC 28301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$89.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.288 8 | **Nonpriority creditor's name and mailing address**<br>**Carolyn Mcinerney**<br>**1011 Timber Creek Dr**<br>**Annapolis, MD 21403**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$640.00** |

| | | |
|---|---|---|
| 3.288 9 | **Nonpriority creditor's name and mailing address**<br>**Carolyn N 10274**<br>**73 Lewis Drive**<br>**Mays Landing, NJ 08330**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Customers - Deferred Credit__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$96.00** |

| | | |
|---|---|---|
| 3.289 0 | **Nonpriority creditor's name and mailing address**<br>**Carolyn Ortega**<br>**1747 Cortez Dr.**<br>**Alamo, TX 78516**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Customers - Deferred Credit__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$23.00** |

| | | |
|---|---|---|
| 3.289 1 | **Nonpriority creditor's name and mailing address**<br>**Carolyn Pistone**<br>**19 Ramon St**<br>**Sonoma, CA 95476**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,961.00** |

| | | |
|---|---|---|
| 3.289 2 | **Nonpriority creditor's name and mailing address**<br>**Carolyn Rabon**<br>**633 Watts Hill Rd**<br>**Elgin, SC 29045**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Customers - Deferred Credit__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$23.00** |

| | | |
|---|---|---|
| 3.289 3 | **Nonpriority creditor's name and mailing address**<br>**Carolyn Reed**<br>**14034 Armant Place Dr**<br>**Cypress, TX 77429**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$232.00** |

| | | |
|---|---|---|
| 3.289 4 | **Nonpriority creditor's name and mailing address**<br>**Carolyn Rozycki**<br>**15 Kent Rd**<br>**Wappingers Falls, NY 12590**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,792.00** |

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.289
5**

**Nonpriority creditor's name and mailing address**

**Carolyngatherers
5529 W Kincreag
Boise, ID 83714**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$191.00**

---

**3.289
6**

**Nonpriority creditor's name and mailing address**

**Carri R
1763 Rancho Hills Dr
Chino Hills, CA 91709**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$23.89**

---

**3.289
7**

**Nonpriority creditor's name and mailing address**

**Carrie B
44 Butler Place, Brooklyn, Ny, Usa
Apt 2k
Brooklyn, NY 11238**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.289
8**

**Nonpriority creditor's name and mailing address**

**Carrie Bast
14581 16th St N
Stillwater, MN 55082**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$168.00**

---

**3.289
9**

**Nonpriority creditor's name and mailing address**

**Carrie Breckenridge
5205 Ruger Ln
Mckinney, TX 75071**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$934.00**

---

**3.290
0**

**Nonpriority creditor's name and mailing address**

**Carrie C
1618 College Ave
Fort Worth, TX 76104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.290
1**

**Nonpriority creditor's name and mailing address**

**Carrie Cameron
9779 Amber Chestnut Way
Winter Garden, FL 34787**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$48.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.290 2**

**Nonpriority creditor's name and mailing address**

**Carrie Carter**
**1618 College Ave**
**Fort Worth, TX 76104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$288.00**

---

**3.290 3**

**Nonpriority creditor's name and mailing address**

**Carrie Daniels**
**1920 Northshore Hills Blvd**
**Knoxville, TN 37922**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$114.00**

---

**3.290 4**

**Nonpriority creditor's name and mailing address**

**Carrie Donigan**
**63 L St**
**Lake Lotawana, MO 64086**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$119.00**

---

**3.290 5**

**Nonpriority creditor's name and mailing address**

**Carrie H**
**8908 69th Ave E**
**Puyallup, WA 98371**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$4.00**

---

**3.290 6**

**Nonpriority creditor's name and mailing address**

**Carrie Hagel**
**8908 69th Ave E**
**Puyallup, WA 98371**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$24.00**

---

**3.290 7**

**Nonpriority creditor's name and mailing address**

**Carrie Hasson**
**215 Pine Tree Ln**
**Caryville, TN 37714**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$74.00**

---

**3.290 8**

**Nonpriority creditor's name and mailing address**

**Carrie Kim**
**2647 S Barrington Ave Apt 6**
**Los Angeles, CA 90064**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$174.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

**3.2909**

**Nonpriority creditor's name and mailing address**

**Carrie L**
**83 Drawbridge Rd**
**Springfield, IL 62704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$69.00

---

**3.2910**

**Nonpriority creditor's name and mailing address**

**Carrie Lamie**
**83 Drawbridge Rd**
**Springfield, IL 62704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,225.00

---

**3.2911**

**Nonpriority creditor's name and mailing address**

**Carrie Mcdonald**
**3943 E Agave Rd**
**Phoenix, AZ 85044**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$187.00

---

**3.2912**

**Nonpriority creditor's name and mailing address**

**Carrie Mcdonald**
**3943 E Agave Rd**
**Phoenix, AZ 85044**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$97.22

---

**3.2913**

**Nonpriority creditor's name and mailing address**

**Carrie R**
**755 Crossover Lane**
**Memphis, TN 38117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$75.00

---

**3.2914**

**Nonpriority creditor's name and mailing address**

**Carrie Ridge**
**755 Crossover Lane**
**Memphis, TN 38117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$4,437.00

---

**3.2915**

**Nonpriority creditor's name and mailing address**

**Carrie Robey**
**957 Grafton Ave**
**Johnson City, TN 37601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$4,491.00

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.291 6**

**Nonpriority creditor's name and mailing address**

**Carrie S**
**281 Cerro Romualdo Ave**
**San Luis Obispo, CA 93405**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$12.68**

---

**3.291 7**

**Nonpriority creditor's name and mailing address**

**Carrie Sten**
**4824 Dunwoody Station Dr**
**Dunwoody, GA 30338**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$120.53**

---

**3.291 8**

**Nonpriority creditor's name and mailing address**

**Carrie Steyer**
**20735 N Plum Pl**
**20735**
**Barrington, IL 60010**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$560.00**

---

**3.291 9**

**Nonpriority creditor's name and mailing address**

**Carrie Tyson**
**263 Shady Lane Dr**
**Wabash, IN 46992**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.292 0**

**Nonpriority creditor's name and mailing address**

**Carrie Willard**
**14 Larkspur Lane**
**Clarendon Hills, IL 60514**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$507.00**

---

**3.292 1**

**Nonpriority creditor's name and mailing address**

**Carrielyn W**
**317 Grants Trail**
**Centerville, OH 45459**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$2.00**

---

**3.292 2**

**Nonpriority creditor's name and mailing address**

**Carrington Clark**
**2150 S Ocean Blvd Apt 6a**
**Delray Beach, FL 33483**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
Name

---

**3.292
3**

**Nonpriority creditor's name and mailing address**
**Carroll H**
**21815 S 223rd Pl**
**Queen Creek, AZ 85142**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$27.00**

---

**3.292
4**

**Nonpriority creditor's name and mailing address**
**Carroll Howard**
**21815 S 223rd Pl**
**Queen Creek, AZ 85142**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$184.00**

---

**3.292
5**

**Nonpriority creditor's name and mailing address**
**Carson Seeger**
**1900 Little Raven St Apt 410**
**Denver, CO 80202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.292
6**

**Nonpriority creditor's name and mailing address**
**Carter D**
**1958 W Gray St**
**Apt 2210**
**Houston, TX 77019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$59.00**

---

**3.292
7**

**Nonpriority creditor's name and mailing address**
**Carter De Angelis**
**201 San Vicente Blvd**
**Apt 6**
**Santa Monica, CA 90402**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$3.00**

---

**3.292
8**

**Nonpriority creditor's name and mailing address**
**Carter Deutsch**
**1958 W Gray St**
**Apt 2210**
**Houston, TX 77019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$32.00**

---

**3.292
9**

**Nonpriority creditor's name and mailing address**
**Carterhallman**
**1585 La Vista Del Oceano**
**Santa Barbara, CA 93109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$19.01**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*    _____

| | | | |
|---|---|---|---|
| 3.293 0 | **Nonpriority creditor's name and mailing address** <br> **Cary I** <br> **3085 Clarendale Dr Nw** <br> **Atlanta, GA 30327** <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** **Customers - Deferred Credit** <br><br> Is the claim subject to offset? ☑ No ☐ Yes | **$19.00** |

| | | | |
|---|---|---|---|
| 3.293 1 | **Nonpriority creditor's name and mailing address** <br> **Cary Ichten** <br> **3085 Clarendale Dr NW** <br> **Atlanta, GA 30327** <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** **Customer** <br><br> Is the claim subject to offset? ☑ No ☐ Yes | **$130.00** |

| | | | |
|---|---|---|---|
| 3.293 2 | **Nonpriority creditor's name and mailing address** <br> **Cary Ichten** <br> **3340 Peachtree Rd NE Ste 1530** <br> **Atlanta, GA 30326** <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** **Customer** <br><br> Is the claim subject to offset? ☑ No ☐ Yes | **$1,056.00** |

| | | | |
|---|---|---|---|
| 3.293 3 | **Nonpriority creditor's name and mailing address** <br> **Cary Leighton** <br> **12100 Prichard Farm Rd** <br> **Maryland Hts, MO 63043** <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** **Customer** <br><br> Is the claim subject to offset? ☑ No ☐ Yes | **$275.00** |

| | | | |
|---|---|---|---|
| 3.293 4 | **Nonpriority creditor's name and mailing address** <br> **Cary S** <br> **2733 Last Valley Ln** <br> **Hudson, OH 44236** <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** **Customers - Deferred Credit** <br><br> Is the claim subject to offset? ☑ No ☐ Yes | **$20.00** |

| | | | |
|---|---|---|---|
| 3.293 5 | **Nonpriority creditor's name and mailing address** <br> **Cary Tucker** <br> **2120 Cumberland Dr** <br> **Green Bay, WI 54311** <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** **Customer** <br><br> Is the claim subject to offset? ☑ No ☐ Yes | **$332.00** |

| | | | |
|---|---|---|---|
| 3.293 6 | **Nonpriority creditor's name and mailing address** <br> **Cary Zelich** <br> **506 S Market St** <br> **Johnstown, NY 12095** <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** **Customer** <br><br> Is the claim subject to offset? ☑ No ☐ Yes | **$142.00** |

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.293 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Caryn Loehr**
**204 Orchard Dr**
**Pittsburgh, PA 15228**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ☐ No ☐ Yes

**$276.00**

---

| 3.293 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Casey A**
**203 Weaver St**
**Forney, TX 75126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

| 3.293 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Casey B**
**13907 Middle Park Drive**
**Tampa, FL 33624**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

| 3.294 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Casey B**
**2740 Painted Sky Bend**
**Leander, TX 78641**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$20.00**

---

| 3.294 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Casey B**
**321 Waterford Lake Dr**
**Cary, NC 27519**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$20.00**

---

| 3.294 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Casey Barber**
**2740 Painted Sky Bend**
**Leander, TX 78641**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$4,374.00**

---

| 3.294 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Casey Beyer**
**322 Euclid Ave**
**Monterey, CA 93940**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$298.00**

---

Debtor    **Phoeno Wine Company, Inc.**
     Name                                Case number *(if known)*

---

**3.2944**

**Nonpriority creditor's name and mailing address**

**Casey C**
**7878 N 16th St Ste 165**
**Phoenix, AZ 85020**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$22.00

---

**3.2945**

**Nonpriority creditor's name and mailing address**

**Casey Cale**
**153 Western Rd**
**Warren, ME 04864**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$147.00

---

**3.2946**

**Nonpriority creditor's name and mailing address**

**Casey Callinsky**
**7878 N 16th St Ste 165**
**Phoenix, AZ 85020**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$23.00

---

**3.2947**

**Nonpriority creditor's name and mailing address**

**Casey D**
**1439 S Prairie Ave Unit B**
**Chicago, IL 60605**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

**3.2948**

**Nonpriority creditor's name and mailing address**

**Casey D**
**223 Palmetto Place**
**Panama City Beach, FL 32413**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$27.00

---

**3.2949**

**Nonpriority creditor's name and mailing address**

**Casey Dowgul**
**223 Palmetto Place**
**Panama City Beach, FL 32413**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$28.00

---

**3.2950**

**Nonpriority creditor's name and mailing address**

**Casey Duncan**
**10809 Burnham Dr**
**Waco, TX 76708**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$156.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
Name

| | | |
|---|---|---|
| **3.295**<br>**1** | **Nonpriority creditor's name and mailing address**<br>**Casey Dunfee**<br>**225 Louise Ln**<br>**Athens, OH 45701** | **$484.00** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.295**
**2**   **Nonpriority creditor's name and mailing address**                                              **$5.00**
**Casey Hultin**
**846 Gail Ct**
**Walnut Creek, CA 94598**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.295**
**3**   **Nonpriority creditor's name and mailing address**                                              **$466.00**
**Casey Kroma**
**638 Laurel St**
**Longmeadow, MA 01106**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.295**
**4**   **Nonpriority creditor's name and mailing address**                                              **$10.00**
**Casey L**
**4400 Rm 1061**
**Amarillo, TX 79124**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.295**
**5**   **Nonpriority creditor's name and mailing address**                                              **$761.00**
**Casey Murdough**
**74 Harvest Wind Pl**
**The Woodlands, TX 77382**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.295**
**6**   **Nonpriority creditor's name and mailing address**                                              **$385.00**
**Casey New**
**150 N Mclean Blvd Apt 337**
**Wichita, KS 67203**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.295**
**7**   **Nonpriority creditor's name and mailing address**                                              **$769.00**
**Casey Oneal**
**6128 Florencia Lane**
**Austin, TX 78724**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.2958 | |

**Nonpriority creditor's name and mailing address**

**Casey Roberts**
**64 Frost Ave**
**Frostburg, MD 21532**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☐ No ☐ Yes

$25.00

---

| | |
|---|---|
| 3.2959 | |

**Nonpriority creditor's name and mailing address**

**Casey Steinberg**
**2034 Bay Hill Ct**
**Ann Arbor, MI 48108**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$253.00

---

| | |
|---|---|
| 3.2960 | |

**Nonpriority creditor's name and mailing address**

**Casie J**
**21731 Almaden Rd**
**San Jose, CA 95120**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$18.00

---

| | |
|---|---|
| 3.2961 | |

**Nonpriority creditor's name and mailing address**

**Cassandra Coghill**
**213 27th Ave N**
**Fargo, ND 58102**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$82.00

---

| | |
|---|---|
| 3.2962 | |

**Nonpriority creditor's name and mailing address**

**Cassandra Mcsherry**
**10129 Gallant Lane**
**Tampa, FL 33625**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$966.00

---

| | |
|---|---|
| 3.2963 | |

**Nonpriority creditor's name and mailing address**

**Cassidy Baker**
**17410 Marsh Ln**
**Dallas, TX 75287**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$3,954.00

---

| | |
|---|---|
| 3.2964 | |

**Nonpriority creditor's name and mailing address**

**Cassie Krueger**
**703 15th St**
**Havre, MT 59501**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.296 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,178.00** |
|---|---|---|---|

**Cassie Leblanc**
**229 Woods Rd**
**Ruston, LA 71270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**Cassie M**
**5912 El Campo Ave**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30.00** |
|---|---|---|---|

**Cassie Vacante**
**4250 Monroe Dr**
**Midlothian, TX 76065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7.00** |
|---|---|---|---|

**Cassio T**
**3290 Fowler Rd**
**San Jose, CA 95135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$280.00** |
|---|---|---|---|

**Catherine Albers**
**6270 Sw Patton Rd**
**Portland, OR 97221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,214.00** |
|---|---|---|---|

**Catherine Alger**
**1631 Las Canoas Rd**
**Santa Barbara, CA 93105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$188.00** |
|---|---|---|---|

**Catherine Barone**
**3057 Oak Hills Dr**
**Northampton, PA 18067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
　　　　　Name

| | |
|---|---|
| 3.297<br>2 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

**Catherine Bova**
**53 Cranberry Trl**
**East Sandwich, MA 02537**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$80.00

---

3.297
3

**Nonpriority creditor's name and mailing address**

**Catherine Brouwer**
**719 Ralston Court**
**Mount Pleasant, SC 29464**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,717.00

---

3.297
4

**Nonpriority creditor's name and mailing address**

**Catherine C**
**6 Park Ave**
**Kittery, ME 03904**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

3.297
5

**Nonpriority creditor's name and mailing address**

**Catherine Cox**
**2011 E Gary Cir**
**Mesa, AZ 85213**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.297
6

**Nonpriority creditor's name and mailing address**

**Catherine Cuisson**
**4064 Pheasant Run Dr**
**Aiken, SC 29803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$638.00

---

3.297
7

**Nonpriority creditor's name and mailing address**

**Catherine Dalton**
**3128 Se Woodstock Blvd**
**Portland, OR 97202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,556.00

---

3.297
8

**Nonpriority creditor's name and mailing address**

**Catherine Davenport**
**1105 Village Walk**
**Covington, LA 70433**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*  _____
Name

---

| 3.297 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                          As of the petition filing date, the claim is: *Check all that apply.*                    **$82.00**

**Catherine Delvalle**
**16814 Whitewater Falls Ct**
**Houston, TX 77059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _                              Basis for the claim:   **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                          As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

**Catherine H**
**138 Koser Ave**
**Iowa City, IA 52246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _                              Basis for the claim:   **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                          As of the petition filing date, the claim is: *Check all that apply.*                    **$57,283.00**

**Catherine Holland**
**621 Rhode Island St**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _                              Basis for the claim:   **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                          As of the petition filing date, the claim is: *Check all that apply.*                    **$2,785.93**

**Catherine Holland**
**621 Rhode Island St**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _                              Basis for the claim:   **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                          As of the petition filing date, the claim is: *Check all that apply.*                    **$1,154.00**

**Catherine Hosley**
**175 Glastonbury Blvd**
**Fed Ex**
**Glastonbury, CT 06033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _                              Basis for the claim:   **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                          As of the petition filing date, the claim is: *Check all that apply.*                    **$245.00**

**Catherine Jackson**
**3525 Turtle Creek Blvd Apt 4c**
**Dallas, TX 75219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _                              Basis for the claim:   **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                          As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

**Catherine K**
**400 Massachusetts Ave Nw Apt 910**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _                              Basis for the claim:   **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

---

**3.2986**

**Nonpriority creditor's name and mailing address**

**Catherine Kamowski**
**3019 Aura Ln**
**Summerville, SC 29483**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$16.00

---

**3.2987**

**Nonpriority creditor's name and mailing address**

**Catherine Kriendler**
**400 Massachusetts Ave NW Apt 910**
**Washington, DC 20001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$269.00

---

**3.2988**

**Nonpriority creditor's name and mailing address**

**Catherine Lopez**
**15 Cliff St Apt 29d**
**New York, NY 10038**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$105.00

---

**3.2989**

**Nonpriority creditor's name and mailing address**

**Catherine M**
**1812 Winding Way**
**Richmond, VA 23235**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.2990**

**Nonpriority creditor's name and mailing address**

**Catherine Peng**
**8811 Tribeca Cir**
**San Diego, CA 92123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

**3.2991**

**Nonpriority creditor's name and mailing address**

**Catherine S**
**3631 Main St**
**Oakley, CA 94561**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$1.09

---

**3.2992**

**Nonpriority creditor's name and mailing address**

**Catherine S**
**5413 Vicennes Ct**
**Fort Wayne, IN 46835**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

Debtor **Phoeno Wine Company, Inc.**
　　　Name
　　　　　　　　　　　　　　　　　　　　　　Case number *(if known)*

---

**3.299
3**

**Nonpriority creditor's name and mailing address**

**Catherine Schamberg**
**5413 Vicennes Ct**
**Fort Wayne, IN 46835**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$96.00**

---

**3.299
4**

**Nonpriority creditor's name and mailing address**

**Catherine Shanelec**
**111 East Ave N**
**Bush, Bush & Shanelec**
**Lyons, KS 67554**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$225.00**

---

**3.299
5**

**Nonpriority creditor's name and mailing address**

**Catherine Soliman**
**1901 Avenue Of The Stars Ste 200**
**Los Angeles, CA 90067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$181.00**

---

**3.299
6**

**Nonpriority creditor's name and mailing address**

**Catherine Tabor**
**555 Church St Apt 1014**
**Nashville, TN 37219**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$404.00**

---

**3.299
7**

**Nonpriority creditor's name and mailing address**

**Catherine Walsh**
**104 Kings Crest Dr**
**Mooresville, NC 28117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.299
8**

**Nonpriority creditor's name and mailing address**

**Catherine Zhai**
**450 W 42nd St Apt 46g**
**New York, NY 10036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$865.00**

---

**3.299
9**

**Nonpriority creditor's name and mailing address**

**Catherinemorel**
**633 W 5th Street**
**#7100**
**Los Angeles, CA 90071**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

Official Form 206 E/F　　　　　　Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

---

| 3.300 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22.00** |

**Cathleen W**
**2620 South 11th Street**
**Saint Louis, MO 63118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$820.00** |

**Cathy Anderson**
**1212 N Park Ave**
**Palatine, IL 60067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |

**Cathy Barefoot**
**5710 George Washington Highway**
**Keysville, VA 23947**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |

**Cathy C**
**1943 Lamar Ave # 6 In The Back Porch W/**
**Memphis, TN 38114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35.00** |

**Cathy Chhour**
**715 Springdell Rd**
**King Of Prussia, PA 19406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |

**Cathy G**
**86731 Overseas Highway**
**Treasure Village Montessori**
**Islamorada, FL 33036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$822.00** |

**Cathy Grogan**
**4571 River Mansion Ct**
**Peachtree Corners, GA 30096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
　　　　　　Name
　　　　　　　　　　　　　　　　　　　　　　Case number *(if known)*

---

| 3.300 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $86.00 |

**Cathy Guilbeault**
77 Exeter Rd
North Hampton, NH 03862

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,649.00 |

**Cathy Gwilliam**
86731 Overseas Highway
Treasure Village Montessori
Islamorada, FL 33036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $183.00 |

**Cathy Loudon**
5251 W 115th Pl Unit 32
Leawood, KS 66211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $294.00 |

**Cathy Prince**
1235 66th St Apt 16
Windsor Heights, IA 50324

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $30.00 |

**Cathy R**
19951 Weems Ln
Huntington Beach, CA 92646

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $112.00 |

**Cathy Ruiz**
19951 Weems Ln
Huntington Beach, CA 92646

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $42.00 |

**Cathy Soprano**
20545 Center Ridge Rd Ste 300
Rocky River, OH 44116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.301 4**

**Nonpriority creditor's name and mailing address**

**Catie Hall**
**32558 English Turn**
**Avon Lake, OH 44012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$352.00**

---

**3.301 5**

**Nonpriority creditor's name and mailing address**

**Catie T**
**900 Matisse Dr**
**Apt 2009**
**Fort Worth, TX 76107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.301 6**

**Nonpriority creditor's name and mailing address**

**Catina L**
**2 Buck Run**
**Thornton, PA 19373**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$23.00**

---

**3.301 7**

**Nonpriority creditor's name and mailing address**

**Ce97ff6bf9f14be59e6e059ec23b3fc9**
**1215 Arborhill Ln**
**Alpharetta, GA 30004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.301 8**

**Nonpriority creditor's name and mailing address**

**Cecil Eversole**
**25088 E Lenox Cir**
**Punta Gorda, FL 33950**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$362.00**

---

**3.301 9**

**Nonpriority creditor's name and mailing address**

**Cecil M**
**15335 Churchill Place**
**Colorado Springs, CO 80921**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$109.00**

---

**3.302 0**

**Nonpriority creditor's name and mailing address**

**Cecil Mcqueen**
**7696 Jackson St**
**Merrillville, IN 46410**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$286.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

---

**3.302 1**

**Nonpriority creditor's name and mailing address**

**Cecil Pereira**
**148 Brookside Ave Apt A**
**Jamaica Plain, MA 02130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,874.00**

---

**3.302 2**

**Nonpriority creditor's name and mailing address**

**Cecilo Smith**
**204 Traveller St**
**Hickory Creek, TX 75065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$244.00**

---

**3.302 3**

**Nonpriority creditor's name and mailing address**

**Celeste Cassa-Lewis**
**2927 Bresso Dr**
**Livermore, CA 94550**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$832.00**

---

**3.302 4**

**Nonpriority creditor's name and mailing address**

**Celeste-Beckmann**
**717 Superior Dr.**
**Northfield, MN 55057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$102.00**

---

**3.302 5**

**Nonpriority creditor's name and mailing address**

**Celia Glass**
**1231a Battlefield Dr**
**Nashville, TN 37215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.302 6**

**Nonpriority creditor's name and mailing address**

**Celina Buchanan**
**1006 Knott Place**
**Dallas, TX 75208**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

**3.302 7**

**Nonpriority creditor's name and mailing address**

**Cenone Johnson**
**2134 23rd St**
**Clarkston, WA 99403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.3028 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$84.39** |

**Cerrie Gleason**
**1438 19thst #B**
**Santa Monica, CA 90404**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3029 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24.00** |

**Cesar Alvarez**
**38 Starglow Cir**
**Sacramento, CA 95831**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3030 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7.00** |

**Cesar G**
**209 Nw 123rd Ln**
**Coral Springs, FL 33071**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3031 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |

**Cesar Girona**
**209 NW 123rd Ln**
**Coral Springs, FL 33071**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3032 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$145.00** |

**Cesar Herrera**
**1540 Avenida De Las Adelsas**
**Encinitas, CA 92024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3033 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**Cesar R**
**3404 Driftwood Court**
**Mission, TX 78573**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3034 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,102.00** |

**Chad Bautista**
**15 Blossom Hl**
**Colts Neck, NJ 07722**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                      Case number (if known) _____
_____
Name

---

| 3.303 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chad C**
**1615 Dogwood Brook Trl**
**Houston, TX 77062**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$50.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chad C**
**319 E Spring St**
**Cookeville, TN 38501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$8.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chad Combs**
**319 E Spring St**
**Cookeville, TN 38501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$371.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chad D**
**95 Christopher St**
**Apt 3n**
**New York, NY 10014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$15.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chad E**
**11500 Ash Street**
**Leawood, KS 66211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$81.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chad Eschmeyer**
**8265 Kitt Peak Road**
**Rapid City, SD 57702**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$321.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chad F**
**5905 Sw 117th St**
**Pinecrest, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$22.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page 2699 of 5261

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*   _____
Name

| 3.304 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$588.00**

**Chad Feyer**
**108 Thomas Place**
**Washington, NC 27889**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Chad Friedman**
**5905 Sw 117th St**
**Pinecrest, FL 33156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$696.00**

**Chad Kihm**
**616 Rancho Oaks Dr**
**San Luis Obispo, CA 93401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$2,649.00**

**Chad Lapaglia**
**24715 Emerald Manor Ln**
**Spring, TX 77389**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$21.00**

**Chad Latourette**
**580 Howard St**
**Suite 500**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$1,739.00**

**Chad M**
**1116 Aspen Dr**
**Burnsville, MN 55337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$50.00**

**Chad Mcdermott**
**980 Savannah Rd**
**Eagan, MN 55123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

---

**3.3049**

**Nonpriority creditor's name and mailing address**

**Chad N**
**1725 Ocean Ave**
**#127**
**Santa Monica, CA 90401**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

**3.3050**

**Nonpriority creditor's name and mailing address**

**Chad N**
**3109 Key Largo Ct**
**Denton, TX 76208**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

**3.3051**

**Nonpriority creditor's name and mailing address**

**Chad Newhouse**
**208 East Euclid Ave**
**Prospect Heights, IL 60070**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$183.00

---

**3.3052**

**Nonpriority creditor's name and mailing address**

**Chad Nicholl**
**3109 Key Largo Ct**
**Denton, TX 76208**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,061.00

---

**3.3053**

**Nonpriority creditor's name and mailing address**

**Chad Odom**
**3025 Belmont Avenue**
**Baton Rouge, LA 70806**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$419.00

---

**3.3054**

**Nonpriority creditor's name and mailing address**

**Chad Pauley**
**5857 S Citrus Ave**
**Los Angeles, CA 90043**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$327.00

---

**3.3055**

**Nonpriority creditor's name and mailing address**

**Chad Peter**
**14434 Twisted Oak Ln**
**Houston, TX 77079**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$40.00

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.305 6**

**Nonpriority creditor's name and mailing address**

**Chad R**
**10 Marggraff Court**
**Oradell, NJ 07649**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$120.00**

---

**3.305 7**

**Nonpriority creditor's name and mailing address**

**Chad Runchey**
**10 Marggraff Court**
**Oradell, NJ 07649**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$28,381.00**

---

**3.305 8**

**Nonpriority creditor's name and mailing address**

**Chad Simendinger**
**1 Horizon Dr**
**Litchfield, NH 03052**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$20.00**

---

**3.305 9**

**Nonpriority creditor's name and mailing address**

**Chad T**
**1000 N North Branch St**
**Chicago, IL 60642**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

**3.306 0**

**Nonpriority creditor's name and mailing address**

**Chad T**
**317 Bodart Ln**
**Fort Worth, TX 76108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$15.00**

---

**3.306 1**

**Nonpriority creditor's name and mailing address**

**Chad T**
**811 Clark Ave**
**Edgerton, MO 64444**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$9.00**

---

**3.306 2**

**Nonpriority creditor's name and mailing address**

**Chad Thomas**
**1000 N North Branch St**
**Chicago, IL 60642**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,041.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.306 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7.00** |
|---|---|---|---|

**Chadd C**
**40011 Via View**
**Temecula, CA 92592**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28.00** |
|---|---|---|---|

**Chadmen Wilson**
**422 Vinings Blvd**
**O Fallon, MO 63366**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Chadwick D**
**112 Bradley St**
**Walla Walla, WA 99362**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7.00** |
|---|---|---|---|

**Chaim C**
**26 East 63rd St**
**New York, NY 10065**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$117.00** |
|---|---|---|---|

**Chalmer Wilkins**
**730 Creekside Drive #109**
**Mount Prospect, IL 60056**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$108.00** |
|---|---|---|---|

**Changwon Jung**
**5510 NE Courier Ct Ste 100**
**Attn 54v357**
**Portland, OR 97218**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,037.00** |
|---|---|---|---|

**Chantal Aeschbach-Powell**
**421 Mcghee Rd**
**Winchester, VA 22603**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____     Case number (if known)    _____
Name

| 3.307 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
| **Chantal H**<br>**1750 Ocean Oaks Road**<br>**Carpinteria, CA 93013** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.307 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23.00** |
| **Chantey Berry**<br>**813 S. Sloan Avenue**<br>**Compton, CA 90221** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.307 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,625.00** |
| **Charisma Leblanc**<br>**229 Woods Rd**<br>**Ruston, LA 71270** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.307 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,037.00** |
| **Charity Mcdowell**<br>**6720 Maloneyville Rd**<br>**Corryton, TN 37721** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.307 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$362.00** |
| **Charlene B**<br>**6748 W 74th St**<br>**Overland Park, KS 66204** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.307 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$193.00** |
| **Charlene Baker**<br>**6748 W 74th St**<br>**Overland Park, KS 66204** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.307 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40.00** |
| **Charlene Heinzman**<br>**7142 Oakview Circle**<br>**Noblesville, IN 46062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                          Case number *(if known)* _____

---

| 3.307 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Charles Anderson**
**684 Colonial Dr**
**Hilton Head Island, SC 29926**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

| 3.307 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Charles Ashley**
**7475 Miramonte**
**Irvine, CA 92618**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$21,897.00**

---

| 3.307 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Charles B**
**1100 Ne 163rd St**
**Ste 403**
**Miami, FL 33162**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$27.00**

---

| 3.308 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Charles B**
**126 Market St**
**Donaldsonville, LA 70346**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$11.00**

---

| 3.308 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Charles B**
**600 Galleria Pkwy Se Ste 1400**
**Atlanta, GA 30339**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.308 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Charles B**
**8723 Primm Springs Rd**
**Primm Springs, TN 38476**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.308 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Charles Bang**
**4309 Leaderview Ln**
**Seneca Falls, NY 13148**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

Debtor    **Phoeno Wine Company, Inc.**                          Case number (if known) _____

Name

---

| 3.308 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$197.00** |

**Charles Barrett**
**8723 Primm Springs Rd**
**Primm Springs, TN 38476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$210.00** |

**Charles Bencomo**
**6880 NW 73rd St.**
**Parkland, FL 33067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |

**Charles Blackmar**
**3030 W Fork Rd Bldg 5**
**Cincinnati, OH 45211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,383.00** |

**Charles Bordon**
**1100 NE 163rd St**
**Ste 403**
**Miami, FL 33162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Charles Bourgeois**
**126 Market St**
**Donaldsonville, LA 70346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32.00** |

**Charles Bray**
**419 NW 19th St**
**Oklahoma City, OK 73103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$241.00** |

**Charles Brown**
**2611 Carnegie Ln**
**Apt 1**
**Redondo Beach, CA 90278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
Name

| 3.309 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$99.00** |
|---|---|---|---|

**Charles Burkeiii**
**655 Westbury Ave**
**Westbury, NY 11590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,431.00** |
|---|---|---|---|

**Charles Butler**
**254 Front Street**
**7c**
**New York, NY 10038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Charles C**
**20330 Julliard Dr**
**Walnut, CA 91789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$39.00** |
|---|---|---|---|

**Charles C**
**4366 Tuner Bnd**
**Land O Lakes, FL 34638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$259.00** |
|---|---|---|---|

**Charles C 13435975**
**6 Wisteria Ct**
**Madison, NJ 07940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,228.00** |
|---|---|---|---|

**Charles Caffrey**
**3113 Braddock Dr**
**Nc**
**Raleigh, NC 27612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$48.00** |
|---|---|---|---|

**Charles Campione**
**Fedex Print & Ship**
**110 Wolf Rd**
**Albany, NY 12205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.309<br>8 | **Nonpriority creditor's name and mailing address**<br>**Charles Cleveland**<br>**4366 Tuner Bnd**<br>**Land O Lakes, FL 34638** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$155.00**

---

| | |
|---|---|
| 3.309<br>9 | **Nonpriority creditor's name and mailing address**<br>**Charles Cooper**<br>**650 N 57th Ave**<br>**Omaha, NE 68132** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

| | |
|---|---|
| 3.310<br>0 | **Nonpriority creditor's name and mailing address**<br>**Charles Crosby**<br>**500 W Texas Ave Ste 1020**<br>**Midland, TX 79701** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,361.00**

---

| | |
|---|---|
| 3.310<br>1 | **Nonpriority creditor's name and mailing address**<br>**Charles Enterline**<br>**1881 Bermuda Stone Road**<br>**Charleston, SC 29414** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,045.00**

---

| | |
|---|---|
| 3.310<br>2 | **Nonpriority creditor's name and mailing address**<br>**Charles F**<br>**3411 Hayes St. Apt 524**<br>**Newberg, OR 97132** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$17.00**

---

| | |
|---|---|
| 3.310<br>3 | **Nonpriority creditor's name and mailing address**<br>**Charles F**<br>**5915 Silver Springs Dr Bldg 6b**<br>**El Paso, TX 79912** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$6.00**

---

| | |
|---|---|
| 3.310<br>4 | **Nonpriority creditor's name and mailing address**<br>**Charles Follett**<br>**5915 Silver Springs Dr Bldg 6b**<br>**El Paso, TX 79912** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$133.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.310 5 | **Nonpriority creditor's name and mailing address**<br>**Charles Frazier**<br>**14453 Cantabria Dr**<br>**Fort Myers, FL 33905**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,612.00** |

| | | |
|---|---|---|
| 3.310 6 | **Nonpriority creditor's name and mailing address**<br>**Charles Fullwood**<br>**6425 Springhouse Cir**<br>**Clifton, VA 20124**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$180.00** |

| | | |
|---|---|---|
| 3.310 7 | **Nonpriority creditor's name and mailing address**<br>**Charles G**<br>**440 N Mcclurg Ct Apt 820**<br>**Chicago, IL 60611**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customers - Deferred Credit__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$30.00** |

| | | |
|---|---|---|
| 3.310 8 | **Nonpriority creditor's name and mailing address**<br>**Charles Gahagan**<br>**108 La Reata Trl**<br>**Smithville, TX 78957**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$790.00** |

| | | |
|---|---|---|
| 3.310 9 | **Nonpriority creditor's name and mailing address**<br>**Charles Gallavan**<br>**327 Plaza St**<br>**Healdsburg, CA 95448**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$54.00** |

| | | |
|---|---|---|
| 3.311 0 | **Nonpriority creditor's name and mailing address**<br>**Charles Greth**<br>**3540 Horton Cir**<br>**Clive, IA 50325**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$96.00** |

| | | |
|---|---|---|
| 3.311 1 | **Nonpriority creditor's name and mailing address**<br>**Charles Guadalupe**<br>**2921 W 38th Ave**<br>**Denver, CO 80211**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$216.00** |

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.311 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Charles H**
**11526 Legend Manor Dr**
**Houston, TX 77082**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

| 3.311 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Charles Harris**
**1015 Hutton Ln**
**Ste. 108**
**High Point, NC 27262**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$135.00**

---

| 3.311 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Charles Haven**
**6076 Worsham Lane Dr Unit 101**
**Lakewood Ranch, FL 34211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$754.00**

---

| 3.311 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Charles Holt**
**180 Marshall St**
**Lakewood, CO 80226**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,146.00**

---

| 3.311 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Charles Holt**
**4110 Robertson Blvd**
**Alexandria, VA 22309**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$624.00**

---

| 3.311 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Charles Howell**
**63 Poipu Dr**
**Honolulu, HI 96825**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$150.00**

---

| 3.311 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Charles J**
**28 Woolfe St**
**Charleston, SC 29403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$20.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

**3.311 9**

**Nonpriority creditor's name and mailing address**

**Charles Jeffries**
**44427 Airport Rd Ste 200**
**California, MD 20619**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

**3.312 0**

**Nonpriority creditor's name and mailing address**

**Charles Kordes**
**1765 Bryden Rd**
**Columbus, OH 43205**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$932.00

---

**3.312 1**

**Nonpriority creditor's name and mailing address**

**Charles L**
**11724 Crystal Ave**
**Chino, CA 91710**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$7.00

---

**3.312 2**

**Nonpriority creditor's name and mailing address**

**Charles L**
**2460 Windmill Creek Rd.**
**Chino Hills, CA 91709**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.312 3**

**Nonpriority creditor's name and mailing address**

**Charles M**
**1011 Johnston Willis Dr Ste 100**
**North Chesterfield, VA 23235**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

**3.312 4**

**Nonpriority creditor's name and mailing address**

**Charles M**
**3920 Charter House Dr**
**Jacksonville, FL 32224**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$18.00

---

**3.312 5**

**Nonpriority creditor's name and mailing address**

**Charles Maton**
**15435 Thorntree Run**
**Milton, GA 30004**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,358.00

---

Debtor **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
Name

| | | |
|---|---|---|
| 3.312 6 | **Nonpriority creditor's name and mailing address**<br>**Charles Mcgarity**<br>**3920 Charter House Dr**<br>**Jacksonville, FL 32224** | **$714.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.312 7 | **Nonpriority creditor's name and mailing address**<br>**Charles N**<br>**32004 Whitetail Lane**<br>**Temecula, CA 92592** | **$25.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.312 8 | **Nonpriority creditor's name and mailing address**<br>**Charles P**<br>**12511 State Route 362**<br>**Minster, OH 45865** | **$30.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.312 9 | **Nonpriority creditor's name and mailing address**<br>**Charles Palazzolo**<br>**444 East 75th Street**<br>**11j**<br>**New York, NY 10021** | **$120.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.313 0 | **Nonpriority creditor's name and mailing address**<br>**Charles Powell**<br>**9916 59th Ave S**<br>**Seattle, WA 98118** | **$30.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.313 1 | **Nonpriority creditor's name and mailing address**<br>**Charles Preston**<br>**12511 State Route 362**<br>**Minster, OH 45865** | **$32.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.313 2 | **Nonpriority creditor's name and mailing address**<br>**Charles Price**<br>**1059b South University Drive**<br>**Suite 208**<br>**Fort Worth, TX 76107** | **$112.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*    _____

---

**3.313.3**

**Nonpriority creditor's name and mailing address**
**Charles R**
**19 Thunder Valley Rd**
**Boerne, TX 78006**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

**3.313.4**

**Nonpriority creditor's name and mailing address**
**Charles Richardson**
**310 Arlington Ave Unit 229**
**Charlotte, NC 28203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,416.00

---

**3.313.5**

**Nonpriority creditor's name and mailing address**
**Charles Roth**
**24 Indian Cir**
**Holliston, MA 01746**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$330.00

---

**3.313.6**

**Nonpriority creditor's name and mailing address**
**Charles Ruth**
**Double Eagle**
**1050 Wayne Ave Condo 16**
**New Smyrna Beach, FL 32168**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,204.00

---

**3.313.7**

**Nonpriority creditor's name and mailing address**
**Charles Sanbe**
**6510 Quarry Ln**
**Dublin, OH 43017**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,478.00

---

**3.313.8**

**Nonpriority creditor's name and mailing address**
**Charles Sieg**
**1515 Mount Gilead Rd**
**Keller, TX 76262**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$78.00

---

**3.313.9**

**Nonpriority creditor's name and mailing address**
**Charles Siegel**
**2222 Dunstan Rd**
**Houston, TX 77005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$20,181.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_ _____
            Name

| 3.314 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |

**Charles Smith**
**414 Broome St**
**Fernandina Beach, FL 32034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$139.00** |

**Charles T**
**78166 Hunter Point Rd**
**Hunter Point Road**
**Palm Desert, CA 92211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$64,138.00** |

**Charles Thompson**
**78166 Hunter Point Rd**
**Hunter Point Road**
**Palm Desert, CA 92211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$358.00** |

**Charles Tucker**
**6 Fireside Drive**
**Rockwall, TX 75032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$102.00** |

**Charles W**
**205 Midsummer Cir**
**Gaithersburg, MD 20878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$34.00** |

**Charles W**
**63 Bryans Mill Way**
**Catonsville, MD 21228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,875.00** |

**Charles Wagandt**
**601 E Seminary Ave**
**Towson, MD 21286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

---

| 3.314 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Charles Wagner**
**205 Midsummer Cir**
**Gaithersburg, MD 20878**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$38.00**

---

| 3.314 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Charles Walton**
**195 Main St**
**Red Jug Pub**
**Oneonta, NY 13820**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$903.00**

---

| 3.314 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Charles Wilson**
**3090 Fairview Rd**
**Prior Lake, MN 55372**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,814.00**

---

| 3.315 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Charles Wilson**
**3090 Fairview Rd**
**Prior Lake, MN 55372**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7,442.00**

---

| 3.315 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Charles Young**
**2633 Wallace St**
**Santa Clara, CA 95051**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

| 3.315 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Charlie Andrews**
**427 Shannon Dr**
**Mount Pleasant, SC 29464**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$728.00**

---

| 3.315 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Charlie Elie**
**21101 San Simeon Way Apt 107**
**Miami, FL 33179**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$33.00**

---

Debtor    **Phoeno Wine Company, Inc.**
<u>Name</u>

Case number *(if known)* _____

---

| 3.315 4 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Charlie Langton**
**28080 Grand River Ave Ste 208n**
**Farmington Hills, MI 48336**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$214.00**

---

| 3.315 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Charlie M**
**510 Ponte Vedra Blvd**
**Ponte Vedra, FL 32082**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.315 6 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Charlie Marling**
**1330 Lake Robbins Dr Ste 100**
**Woodforest National Bank**
**The Woodlands, TX 77380**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$95.00**

---

| 3.315 7 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Charlie Olson**
**26900 242nd Ave Se Apt K204**
**Maple Valley, WA 98038**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$147.00**

---

| 3.315 8 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Charlie R**
**1701 Pennsylvania Ave**
**Whiting, NJ 08759**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.315 9 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Charlie Ross**
**1701 Pennsylvania Ave**
**Whiting, NJ 08759**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$603.00**

---

| 3.316 0 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Charlie W**
**31 Rayfield Rd**
**Westport, CT 06880**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$39.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
          Name

| 3.316 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,178.00** |
| **Charlie Wieser** | ☐ Contingent | |
| **31 Rayfield Rd** | ☐ Unliquidated | |
| **Westport, CT 06880** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Customer_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.316 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$85.50** |
| **Charlotte H 13430267** | ☐ Contingent | |
| **4755 Henwick Lane** | ☐ Unliquidated | |
| **Jefferson City, MO 65109** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Customers - Deferred Credit_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.316 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13.21** |
| **Charlotte S** | ☐ Contingent | |
| **3071 Alder Rd** | ☐ Unliquidated | |
| **Crescent City, CA 95531** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Customers - Deferred Credit_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.316 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60.00** |
| **Charly F** | ☐ Contingent | |
| **33 Eller Hollow Rd** | ☐ Unliquidated | |
| **Weaverville, NC 28787** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Customers - Deferred Credit_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.316 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10.00** |
| **Chase A** | ☐ Contingent | |
| **301 Main St Ste 1500** | ☐ Unliquidated | |
| **Baton Rouge, LA 70801** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Customers - Deferred Credit_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.316 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15.00** |
| **Chase C** | ☐ Contingent | |
| **567 Mountain Village Blvd** | ☐ Unliquidated | |
| **Fairmont Heritage Place, Franz Klammer L** | ☐ Disputed | |
| **Telluride, CO 81435** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Customers - Deferred Credit_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.316 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,983.00** |
| **Chase Clement** | ☐ Contingent | |
| **567 Mountain Village Blvd** | ☐ Unliquidated | |
| **Fairmont Heritage Place, Franz Klammer L** | ☐ Disputed | |
| **Telluride, CO 81435** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Customer_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.316 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chase Frye**
**15841 Se 170th Ave**
**Weirsdale, FL 32195**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

| 3.316 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chase Labeau**
**25 Hudson St Apt 611**
**Jersey City, NJ 07302**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.317 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chase Louviere**
**304 Louisiana Avenue**
**Sulphur, LA 70663**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$489.00**

---

| 3.317 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chase Pflueger**
**410 W Norfolk Ave**
**Norfolk, NE 68701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

| 3.317 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chase Rainey**
**Performance Contractors, Inc.**
**9901 Performance Way**
**Baton Rouge, LA 70810**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.317 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chase Sikes**
**6323 Orchard Hill Dr**
**Arlington, TX 76016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$80.00**

---

| 3.317 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chase Studer**
**411 E Hathaway Dr**
**San Antonio, TX 78209**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$290.00**

---

Debtor    **Phoeno Wine Company, Inc.**
                Name                                                      Case number (if known) _____

---

| 3.317 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $217.00 |

**Chase Vienneau**
**6211 Patton Rd**
**Arrington, TN 37014**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**Chau N**
**1674 Oakbrook Lake Dr.**
**Norcross, GA 30093**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9.00 |

**Chauncey B**
**100 W Paces Ferry Rd Nw**
**Atlanta, GA 30305**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $201.00 |

**Chauncey Battey**
**100 W Paces Ferry Rd NW**
**Atlanta, GA 30305**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15.00 |

**Chef K**
**2072 8th Ave**
**Nyc, NY 10026**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $547.00 |

**Chelle Hartzer**
**295  Lochwood Trl Se**
**Lawrenceville, GA 30043**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6.00 |

**Chelsea Beyer**
**9535 Prospect Ave**
**Lakeside, CA 92040**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
      Name

Case number (if known) _____

---

| 3.318 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,335.00** |
|---|---|---|---|

**Chelsea Brodeur**
**25 Lake View Ter**
**Stafford Springs, CT 06076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28.00** |
|---|---|---|---|

**Chelsea Catalanotto**
**4005 W Heffron Dr**
**Burbank, CA 91505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**Chelsea Champ**
**2378 Jacqueline Dr Apt 204c**
**Hayes, VA 23072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29.00** |
|---|---|---|---|

**Chelsea Koff**
**2924 NE 21st Ter**
**Fort Lauderdale, FL 33306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$140.00** |
|---|---|---|---|

**Chelsea Odem**
**1513 Petaluma Dr**
**Rockwall, TX 75087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
|---|---|---|---|

**Chelsea T**
**13016 Anchor Court**
**Ocean City, MD 21842**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23.00** |
|---|---|---|---|

**Chelsea Thrasher**
**Po Box 2552**
**Kamuela, HI 96743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**    Case number *(if known)* _____
_____
Name

| 3.318 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Chelsey Ferri**
**163 Lelak Ln**
**Venetia, PA 15367**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$56.00**

---

| 3.319 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Chelsie Petras**
**227 Coles St**
**Jersey City, NJ 07310**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$112.00**

---

| 3.319 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Cheng-Yu Chan**
**852 W Aldine Ave Apt 2**
**Chicago, IL 60657**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$314.00**

---

| 3.319 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Chenoa M**
**11346 Iowa Ave #Ph6**
**Los Angeles, CA 90025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.319 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Cherie D**
**726 Eden Terrace**
**Easton, PA 18042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$46.00**

---

| 3.319 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Cherif Guirguis**
**11009 Adobe Creek Ct**
**Bakersfield, CA 93312**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.319 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Chernomorsky V**
**480 2nd Ave Apt 6b**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

Debtor   **Phoeno Wine Company, Inc.**

_____   Case number _(if known)_   _____

Name

---

| 3.319 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $50.00 |
|---|---|---|---|

**Cherri H**
**1235 East Nasa Parkway**
**1223**
**Houston, TX 77058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $22.00 |
|---|---|---|---|

**Cheryl B**
**6309 Donegal Dr**
**Orlando, FL 32819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $56.00 |
|---|---|---|---|

**Cheryl Briggs**
**1813 Avery Ln**
**Friendswood, TX 77546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $797.00 |
|---|---|---|---|

**Cheryl Griswold**
**8 Office Park Dr**
**Advanced Dermatology**
**Palm Coast, FL 32137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1.00 |
|---|---|---|---|

**Cheryl L**
**3015 Piedmont Rd Ne Ste B**
**Paces Funding**
**Atlanta, GA 30305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $26.00 |
|---|---|---|---|

**Cheryl Lanuza**
**3015 Piedmont Rd NE Ste B**
**Paces Funding**
**Atlanta, GA 30305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $857.00 |
|---|---|---|---|

**Cheryl Lewis**
**1810 N Bronson Ave Apt 305**
**Los Angeles, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____          Case number *(if known)*    _____
Name

| | | |
|---|---|---|
| **3.320 3** | **Nonpriority creditor's name and mailing address** | **$32.00** |

**Cheryl Macy**
**1268 Danfield Way**
**Vacaville, CA 95687**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.320 4** | **Nonpriority creditor's name and mailing address** | **$215.00** |

**Cheryl Mcphillips**
**1254 Santuit Newtown Rd**
**Cotuit, MA 02635**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.320 5** | **Nonpriority creditor's name and mailing address** | **$27.00** |

**Cheryl Palmer**
**1476 Quarry Pass**
**Three Runs Plantation**
**Aiken, SC 29803**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.320 6** | **Nonpriority creditor's name and mailing address** | **$546.00** |

**Cheryl Peruzzi**
**816 Calle Mendoza**
**San Clemente, CA 92672**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.320 7** | **Nonpriority creditor's name and mailing address** | **$615.00** |

**Cheryl Ricketts**
**7714 196th Ave NE**
**Redmond, WA 98053**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.320 8** | **Nonpriority creditor's name and mailing address** | **$498.00** |

**Cheryl Roitsch**
**29304 Us 59 Hwy**
**El Campo, TX 77437**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.320 9** | **Nonpriority creditor's name and mailing address** | **$90.00** |

**Cheryl Russell**
**35 W Roe Blvd**
**Patchogue, NY 11772**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

**3.321 0**

**Nonpriority creditor's name and mailing address**

**Cheryl S**
**220 Montgomery Street**
**Ste. 300**
**San Francisco, CA 94104**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.321 1**

**Nonpriority creditor's name and mailing address**

**Cheryl S**
**49 Beech Ave**
**Berkeley Heights, NJ 07922**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.321 2**

**Nonpriority creditor's name and mailing address**

**Cheryl Sibson**
**2711 York Ct**
**Southlake, TX 76092**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$6,959.00**

---

**3.321 3**

**Nonpriority creditor's name and mailing address**

**Cheryl Silvetti**
**15451 E El Lago Blvd**
**Fountain Hills, AZ 85268**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$881.00**

---

**3.321 4**

**Nonpriority creditor's name and mailing address**

**Cheryl Snell**
**5734 Tilbury Trail**
**Liberty Twp, OH 45011**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$57.00**

---

**3.321 5**

**Nonpriority creditor's name and mailing address**

**Cheryl Ward**
**601 Mccarthy Blvd**
**C/O Titan Aviation**
**New Bern, NC 28562**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,481.00**

---

**3.321 6**

**Nonpriority creditor's name and mailing address**

**Cheryl White**
**2505 Se Ash St Unit A**
**Portland, OR 97214**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$586.00**

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**

_____
Name                                                    Case number *(if known)*    _____

---

| 3.321 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cheryle Velasquez**
**7051 Beach St**
**Westminster, CO 80030**

Date(s) debt was incurred  __

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$33.00

---

| 3.321 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cherylrobinson**
**12601 Panasoffkee Dr**
**North Fort Myers, FL 33903**

Date(s) debt was incurred  __

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$40.00

---

| 3.321 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cheukyin Pang**
**22016 100th Ct Se**
**Kent, WA 98031**

Date(s) debt was incurred  __

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| 3.322 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cheyne T**
**1453 Kalaepohaku Street**
**Honolulu, HI 96816**

Date(s) debt was incurred  __

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$21.00

---

| 3.322 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chhay Van**
**2629 Minerva Lake Rd**
**Columbus, OH 43231**

Date(s) debt was incurred  __

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$29.00

---

| 3.322 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chichalux Bunmasu**
**1428 Firestone Loop**
**San Jose, CA 95116**

Date(s) debt was incurred  __

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$125.00

---

| 3.322 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chicken S**
**580 Howard Street**
**Unit 500**
**San Francisco, CA 94105**

Date(s) debt was incurred  __

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$42.00

---

Debtor   **Phoeno Wine Company, Inc.**                          Case number *(if known)* _____
_____
Name

---

**3.322
4**

**Nonpriority creditor's name and mailing address**
**Chill**
**3915 Creek View Ln Sw**
**Rochester, MN 55902**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No  ☐ Yes

**$3,781.00**

---

**3.322
5**

**Nonpriority creditor's name and mailing address**
**China Neal**
**1439 W Chapman Ave # 114**
**Orange, CA 92868**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

**$84.00**

---

**3.322
6**

**Nonpriority creditor's name and mailing address**
**Chinatsu A**
**140 S Van Ness Ave # 347**
**San Francisco, CA 94103**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No  ☐ Yes

**$5.00**

---

**3.322
7**

**Nonpriority creditor's name and mailing address**
**Chip C**
**Bryn Mawr Trust**
**10 South Bryn Mawr Ave**
**Bryn Mawr, PA 19010**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No  ☐ Yes

**$55.00**

---

**3.322
8**

**Nonpriority creditor's name and mailing address**
**Chip D**
**179 Ryans Ln**
**Grass Valley, CA 95945**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No  ☐ Yes

**$16.00**

---

**3.322
9**

**Nonpriority creditor's name and mailing address**
**Chip O'connell**
**5309 Schuler St**
**Houston, TX 77007**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No  ☐ Yes

**$394.82**

---

**3.323
0**

**Nonpriority creditor's name and mailing address**
**Chipgreen**
**2500 Pickle Rd**
**Akron, OH 44312**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No  ☐ Yes

**$53,748.53**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.323**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.00 |
|---|---|---|

**Chirag O**
**550 W 45th St Apt 2110**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.323**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $360.00 |
|---|---|---|

**Chirag Odhav**
**550 W 45th St Apt 2110**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.323**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64.00 |
|---|---|---|

**Chirag Patel**
**10 Franklin Ave**
**Somerville, MA 02145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.323**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |
|---|---|---|

**Chirsta A**
**2420 Lori Ln S**
**Wilmington, DE 19810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.323**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $152.00 |
|---|---|---|

**Chirsta Adkins**
**2420 Lori Ln S**
**Wilmington, DE 19810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.323**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56.00 |
|---|---|---|

**Chisato Shimoda**
**122 W 120th St Apt 2f**
**New York, NY 10027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.323**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $256.00 |
|---|---|---|

**Chloe Kendall**
**1566 Alamo Pintado Rd**
**Solvang, CA 93463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Name   Case number (if known) _____

---

| 3.323 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10.00** |

**Chloe S**
**5562 Springdale Road**
**Cincinnati, OH 45251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   Customers - Deferred Credit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$132.00** |

**Chloe Ward**
**5044 Mardel Ave**
**Saint Louis, MO 63109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30.00** |

**Chris A**
**643 Chatham Rd**
**Glenview, IL 60025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   Customers - Deferred Credit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10.00** |

**Chris A**
**975 W. Silver Spring Pl**
**Oro Valley, AZ 85755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   Customers - Deferred Credit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Chris Alexander**
**643 Chatham Rd**
**Glenview, IL 60025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$275.00** |

**Chris Allen**
**3214 Ne 40th Ave.**
**Portland, OR 97212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   Customers - Deferred Credit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$29.00** |

**Chris Anderson**
**7850 Mission Montana Pl**
**San Diego, CA 92120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.324 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Chris Arbogast**
**975 W. Silver Spring Pl**
**Oro Valley, AZ 85755**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,547.00**

---

| 3.324 6 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Chris Atiyah**
**1541 W Pearson**
**Unit 2**
**Chicago, IL 60642**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$95.00**

---

| 3.324 7 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Chris Aviles**
**6301 De Soto Ave.**
**#141**
**Woodland Hills, CA 91367**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

| 3.324 8 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Chris B**
**112 Haywood Rd**
**Greenville, SC 29607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

| 3.324 9 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Chris B**
**13305 Kearney Way**
**Tampa, FL 33626**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.325 0 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Chris B**
**5115 15th St North**
**Arlington, VA 22205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.325 1 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Chris B**
**535 Upland Rd**
**Bay Village, OH 44140**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

Debtor  **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
          Name

---

| 3.325 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |

**Chris B**
**8412 E Via De Los Libros**
**Scottsdale, AZ 85258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |

**Chris B**
**C/O Tire Rack**
**7101 Vorden Parkway**
**South Bend, IN 46628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,896.00** |

**Chris Barlow**
**16932 Se 354th St**
**Auburn, WA 98092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00** |

**Chris Barnett**
**930 Malaga Ave**
**Coral Gables, FL 33134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |

**Chris Beeson**
**8412 E Via De Los Libros**
**Scottsdale, AZ 85258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$205.00** |

**Chris Bezaire**
**19626 Scenic Harbour Dr**
**Northville, MI 48167**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,695.00** |

**Chris Bolle**
**112 Haywood Rd**
**Greenville, SC 29607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known)  _____
Name

| 3.325 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Chris Bonny**
**8375 Mallard Circle**
**Plain Icity, OH 43064**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$129.00

---

| 3.326 0 |
|---|

**Nonpriority creditor's name and mailing address**
**Chris Brewer**
**6134 Tower Dr**
**Hudson, FL 34667**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$406.00

---

| 3.326 1 |
|---|

**Nonpriority creditor's name and mailing address**
**Chris Brown**
**2575 Marsha Way**
**San Jose, CA 95125**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$2,206.00

---

| 3.326 2 |
|---|

**Nonpriority creditor's name and mailing address**
**Chris Brunelle**
**209 NEvada St**
**Northfield, MN 55057**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$86.00

---

| 3.326 3 |
|---|

**Nonpriority creditor's name and mailing address**
**Chris Bueter**
**16673 N Boxcar Dr**
**Fountain Hills, AZ 85268**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$877.00

---

| 3.326 4 |
|---|

**Nonpriority creditor's name and mailing address**
**Chris C**
**1232 N. Parker Dr.**
**Janesville, WI 53545**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| 3.326 5 |
|---|

**Nonpriority creditor's name and mailing address**
**Chris C**
**135 Palm Ave**
**Miami Beach, FL 33139**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$6.00

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

---

| 3.326 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $16.00 |

**Chris C**
**169 Interlochen Dr**
**Peachtree City, GA 30269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $119.00 |

**Chris C**
**2307 Mansfield Lane**
**Cedar Park, TX 78613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Chris C**
**2734 Bolinas Court**
**Charleston, SC 29414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Chris C**
**3225 Turtle Creek Blvd**
**724b**
**Dallas, TX 75219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $115.00 |

**Chris C 13435610**
**1606 Figueroa**
**Las Vegas, NV 89123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $303.00 |

**Chris Cain**
**118 Fairway Overlook Dr**
**Acworth, GA 30101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,173.00 |

**Chris Cejka**
**14000 N 94th St Unit 1003**
**Scottsdale, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                                        Case number (if known)  _____

---

**3.327
3**

**Nonpriority creditor's name and mailing address**

**Chris Chappell**
**2992 N Miller Rd Unit 120**
**Scottsdale, AZ 85251**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$248.00**

---

**3.327
4**

**Nonpriority creditor's name and mailing address**

**Chris Cheuk**
**2585 25th Ave**
**San Francisco, CA 94116**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,851.00**

---

**3.327
5**

**Nonpriority creditor's name and mailing address**

**Chris Church**
**2307 Mansfield Lane**
**Cedar Park, TX 78613**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$584.00**

---

**3.327
6**

**Nonpriority creditor's name and mailing address**

**Chris Clifton**
**22420 N 18th Dr**
**Phoenix, AZ 85027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$235.00**

---

**3.327
7**

**Nonpriority creditor's name and mailing address**

**Chris Colliniates**
**200 Daytona St**
**Atlantic Beach, NY 11509**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.327
8**

**Nonpriority creditor's name and mailing address**

**Chris Cotton**
**5487 Winsmith Dr**
**Mechanicsville, VA 23116**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$640.00**

---

**3.327
9**

**Nonpriority creditor's name and mailing address**

**Chris Coy**
**7629 Paradiso Drive**
**Apollo Beach, FL 33572**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$127.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | | | |
|---|---|---|---|
| 3.328 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| | **Chris Crosthwait** **458 N Oceana Blvd** **Virginia Beach, VA 23454** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** __Customer__ Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.328 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2.00** |
| | **Chris D** **1 Copley Road** **South Glastonbury, CT 06073** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** __Customers - Deferred Credit__ Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.328 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |
| | **Chris D** **199 Nassau Rd** **Huntington, NY 11743** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** __Customers - Deferred Credit__ Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.328 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7.00** |
| | **Chris D** **30 West Lynne Ave** **Portland, ME 04103** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** __Customers - Deferred Credit__ Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.328 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$191.00** |
| | **Chris D** **307 Atalanta Ave** **Webster Groves, MO 63119** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** __Customers - Deferred Credit__ Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.328 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$43.52** |
| | **Chris D** **3918 Wisdom Dr.** **Sparks, NV 89436** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** __Customers - Deferred Credit__ Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.328 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$378.00** |
| | **Chris Dahowski** **27464 Garza Dr** **Santa Clarita, CA 91350** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** __Customer__ Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.3287**

**Nonpriority creditor's name and mailing address**

**Chris Darmanin**
**918 F Street Nw**
**Galley Kitchen - Floor 5**
**Washington, DC 20004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$111.00**

---

**3.3288**

**Nonpriority creditor's name and mailing address**

**Chris Dasse**
**74 High St**
**Winnetka, IL 60093**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$694.00**

---

**3.3289**

**Nonpriority creditor's name and mailing address**

**Chris Deangelis**
**1057 Castiron Ridge Ct**
**Henderson, NV 89052**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$617.00**

---

**3.3290**

**Nonpriority creditor's name and mailing address**

**Chris Ditullio**
**58 Jefferson Dr**
**Hudson, OH 44236**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$565.00**

---

**3.3291**

**Nonpriority creditor's name and mailing address**

**Chris Driskill**
**5419 N Lovington Hwy Ste 35**
**Complex 5,**
**Hobbs, NM 88240**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,725.00**

---

**3.3292**

**Nonpriority creditor's name and mailing address**

**Chris E**
**199 Aberdeen Lane**
**State College, PA 16801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.3293**

**Nonpriority creditor's name and mailing address**

**Chris Engeland**
**199 Aberdeen Lane**
**State College, PA 16801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,603.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.329
4**

**Nonpriority creditor's name and mailing address**

**Chris Esposito
77 Mary Street
Doylestown, PA 18901**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$590.00**

---

**3.329
5**

**Nonpriority creditor's name and mailing address**

**Chris Fulbright
1801 Floresta Dr
Cedar Park, TX 78613**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.329
6**

**Nonpriority creditor's name and mailing address**

**Chris Fulcher
669 Cumberland Ridge Ln
League City, TX 77573**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,108.00**

---

**3.329
7**

**Nonpriority creditor's name and mailing address**

**Chris G
2475 Ne 182nd Court
Shoreline, WA 98158**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.329
8**

**Nonpriority creditor's name and mailing address**

**Chris G
4314 Forrest Walk
Roswell, GA 30075**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.329
9**

**Nonpriority creditor's name and mailing address**

**Chris G
455 W Evelyn Ave
Ste 1322
Mountain View, CA 94041**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$8.49**

---

**3.330
0**

**Nonpriority creditor's name and mailing address**

**Chris G
526 W Broadway Rd
Ste 101
Mesa, AZ 85210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor  **Phoeno Wine Company, Inc.**
_____     Case number (if known)  _____
Name

---

| 3.330<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10.00** |

**Chris G**
**5807 Wedgewood Drive**
**Granite Bay, CA 95746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$58.00** |

**Chris Gil**
**4314 Forrest Walk**
**Roswell, GA 30075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$102.00** |

**Chris Gilbert**
**4314 Forrest Walk**
**Roswell, GA 30075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$386.00** |

**Chris Gregus**
**4528 Hessmer Ave**
**Metairie, LA 70002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$819.00** |

**Chris Griffith**
**2701raintree Ct Se**
**Olympia, WA 98501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20.00** |

**Chris Grocki**
**72 Whiteford Rd**
**Rochester, NY 14620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$286.00** |

**Chris Grossmeier**
**951 Puma Way**
**Gilroy, CA 95020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
Name

---

| 3.330 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00** |
| **Chris H** | ☐ Contingent | |
| **1 Lowell St** | ☐ Unliquidated | |
| **Ballston Spa, NY 12020** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Customers - Deferred Credit** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.330 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
| **Chris H** | ☐ Contingent | |
| **1016 Madison St.** | ☐ Unliquidated | |
| **Metairie, LA 70001** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Customers - Deferred Credit** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.331 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
| **Chris H** | ☐ Contingent | |
| **16218 S 4th St** | ☐ Unliquidated | |
| **Phoenix, AZ 85048** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Customers - Deferred Credit** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.331 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,918.00** |
| **Chris H** | ☐ Contingent | |
| **1662 Settlers Reserve Way** | ☐ Unliquidated | |
| **Westlake, OH 44145** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Customers - Deferred Credit** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.331 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28.17** |
| **Chris H 13417282** | ☐ Contingent | |
| **510 E. 80th Street** | ☐ Unliquidated | |
| **2a** | ☐ Disputed | |
| **New York, NY 10075** | | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Customers - Deferred Credit** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.331 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,902.00** |
| **Chris H 13431417** | ☐ Contingent | |
| **35845 Jackson Rd** | ☐ Unliquidated | |
| **Moreland Hills, OH 44022** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Customers - Deferred Credit** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.331 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$94.32** |
| **Chris H 13436675** | ☐ Contingent | |
| **6933 Corte Langosta** | ☐ Unliquidated | |
| **Carlsbad, CA 92009** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Customers - Deferred Credit** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

Debtor    **Phoeno Wine Company, Inc.**                                   Case number *(if known)* _____
                     Name

---

| 3.331 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chris Haase**
**4410 Wendell Dr Sw**
**Environmental Products Group**
**Atlanta, GA 30336**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$264.00

---

| 3.331 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chris Hamilton**
**6933 Corte Langosta**
**Carlsbad, CA 92009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$11,413.00

---

| 3.331 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chris Hamlett**
**4432 185th Ave E**
**Lake Tapps, WA 98391**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$165.00

---

| 3.331 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chris Hernandez**
**1108 Little Harbor Dr**
**Deerfield Beach, FL 33441**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$304.00

---

| 3.331 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chris Heroux**
**282 Waterlou Ct**
**Somerset, NJ 08873**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$692.00

---

| 3.332 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chris Heyman**
**1815 Virginia Rd**
**Los Angeles, CA 90019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.332 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chris Hines**
**1181 Twin Lakes Rd**
**Athens, GA 30606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$648.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____        Case number _(if known)_    _____
          Name

| 3.332 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$8,083.49** |
|---|---|---|---|

**Chris Holden**
**35845 Jackson Rd**
**Moreland Hills, OH 44022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.332 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,804.00** |
|---|---|---|---|

**Chris Holzer**
**14 Parkview Rd**
**Long Valley, NJ 07853**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.332 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$28.00** |
|---|---|---|---|

**Chris Houde**
**1 Lowell St**
**Ballston Spa, NY 12020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.332 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$210.00** |
|---|---|---|---|

**Chris Hoyt**
**42472 Lennox Ct**
**South Riding, VA 20152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.332 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$269.22** |
|---|---|---|---|

**Chris Hoyt**
**42472 Lennox Ct**
**South Riding, VA 20152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.332 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$40.00** |
|---|---|---|---|

**Chris J**
**1005 Bucida Rd**
**Delray Beach, FL 33483**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.332 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$60.00** |
|---|---|---|---|

**Chris J**
**8040 Camden Way**
**Canfield, OH 44406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

| 3.332 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Chris Jefferson**
**1214 Mason Rd**
**Chula Vista, CA 91913**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$4,309.00

---

| 3.333 0 | |

**Nonpriority creditor's name and mailing address**
**Chris Jensen**
**20 Witherspoon St**
**Whitehouse Station, NJ 08889**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$3,864.00

---

| 3.333 1 | |

**Nonpriority creditor's name and mailing address**
**Chris Johnson**
**94 Fenway**
**Rockville Centre, NY 11570**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,338.00

---

| 3.333 2 | |

**Nonpriority creditor's name and mailing address**
**Chris Jordan**
**9211 Black Riffles Ct**
**Great Falls, VA 22066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$309.00

---

| 3.333 3 | |

**Nonpriority creditor's name and mailing address**
**Chris K**
**18490 43rd Ave Ne**
**Seattle, NM 98102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.333 4 | |

**Nonpriority creditor's name and mailing address**
**Chris K**
**18490 43rd Ave Ne**
**Seattle, NM 98103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.333 5 | |

**Nonpriority creditor's name and mailing address**
**Chris K**
**2185 Laurel Mill Way**
**Roswell, GA 30076**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$32.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known)    _____
Name

| 3.333 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10.00** |
| **Chris K** | ☐ Contingent | |
| **795 Columbus Ave** | ☐ Unliquidated | |
| **11n** | ☐ Disputed | |
| **New York, NY 10025** | | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.333 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
| **Chris K** | ☐ Contingent | |
| **8930 Indian Wells Ct** | ☐ Unliquidated | |
| **Duluth, GA 30097** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.333 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22.00** |
| **Chris Knop** | ☐ Contingent | |
| **1382 Brinston Ct** | ☐ Unliquidated | |
| **Ballwin, MO 63011** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.333 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$219.00** |
| **Chris Koch** | ☐ Contingent | |
| **1433 Cumbie St** | ☐ Unliquidated | |
| **Orlando, FL 32804** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.334 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,806.00** |
| **Chris Kohn** | ☐ Contingent | |
| **2900 NE 2nd Ave Apt 672** | ☐ Unliquidated | |
| **Miami, FL 33137** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.334 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$99.00** |
| **Chris Kosinski** | ☐ Contingent | |
| **2800 Post Oak Blvd Ste 3300** | ☐ Unliquidated | |
| **(Ey)** | ☐ Disputed | |
| **Houston, TX 77056** | | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.334 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$51.00** |
| **Chris Kowal** | ☐ Contingent | |
| **3550 Lenox Rd NE Ste 2700** | ☐ Unliquidated | |
| **Homrich Berg** | ☐ Disputed | |
| **Atlanta, GA 30326** | | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                                    Case number *(if known)*    _____

---

**3.334 3**

**Nonpriority creditor's name and mailing address**

**Chris Kuivenhoven**
**2185 Laurel Mill Way**
**Roswell, GA 30076**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$29,839.00

---

**3.334 4**

**Nonpriority creditor's name and mailing address**

**Chris L**
**1000 W Cabarrus St**
**Raleigh, NC 27603**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$38.00

---

**3.334 5**

**Nonpriority creditor's name and mailing address**

**Chris L**
**4097 Krolop Road**
**Castro Valley, CA 94546**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.334 6**

**Nonpriority creditor's name and mailing address**

**Chris Lamb**
**1003 Keystone Court**
**Gardnerville, NV 89460**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$5,973.00

---

**3.334 7**

**Nonpriority creditor's name and mailing address**

**Chris Lambert**
**233 Franconia St**
**San Francisco, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$258.00

---

**3.334 8**

**Nonpriority creditor's name and mailing address**

**Chris Larkin**
**1000 W Cabarrus St**
**Raleigh, NC 27603**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,442.00

---

**3.334 9**

**Nonpriority creditor's name and mailing address**

**Chris Leyendecker**
**5075 E 6th Ave Pkwy**
**Denver, CO 80220**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____      Case number (if known) _____
Name

| 3.335 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chris M**
**3456 Orange Grove Court**
**Ellicott City, MD 21043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.335 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chris M 11940**
**83693 Jolean Dr**
**Norfolk, NE 68701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$27.00**

---

| 3.335 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chris M 13405982**
**149 Sage Way**
**Napa, CA 94559**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$879.82**

---

| 3.335 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chris Madon**
**1825 Walters Dr**
**Plano, TX 75023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$593.00**

---

| 3.335 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chris Majdecki**
**400 Kirk Ave.**
**Brownsville, OR 97327**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$22.00**

---

| 3.335 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chris Mandeville**
**716 Riverside Dr**
**Fairfield, CT 06824**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$518.00**

---

| 3.335 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chris Maurer**
**2337 Harvester Ave**
**Fort Mill, SC 29708**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$768.00**

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.335 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |

**Chris Mcclenaghan**
**12108 E Welsh Trl**
**Scottsdale, AZ 85259**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 8 | **Nonpriority creditor's name and mailing address** | | **$953.00** |

**Chris Mccoy**
**440 Mccormick Dr**
**Lake Forest, IL 60045**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 9 | **Nonpriority creditor's name and mailing address** | | **$0.00** |

**Chris Mccurdy**
**6219 NW 81st Blvd**
**Gainesville, FL 32653**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 0 | **Nonpriority creditor's name and mailing address** | | **$390.00** |

**Chris Medley**
**1101 Wyndham Hills Dr**
**Lexington, KY 40514**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 1 | **Nonpriority creditor's name and mailing address** | | **$172.48** |

**Chris Messer**
**6204 Ne Rodney Ave**
**Portland, OR 97211**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 2 | **Nonpriority creditor's name and mailing address** | | **$946.00** |

**Chris Mitchell**
**715 River Oaks Blvd**
**Searcy, AR 72143**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 3 | **Nonpriority creditor's name and mailing address** | | **$26.00** |

**Chris Molnar**
**13 Buckthorn Dr**
**Littleton, CO 80127**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*
_____

| 3.336 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,348.00** |

**Chris Monroe**
**1830 Autumn Rdg**
**Washington, IL 61571**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$774.00** |

**Chris Montgomery**
**115 Valverdant Cir**
**Steamboat Springs, CO 80487**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$638.00** |

**Chris Nelson**
**53 Bald Hill Rd**
**Raymond, NH 03077**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$234.00** |

**Chris Oconnod**
**14 Fairway Ct**
**Bay Shore, NY 11706**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,038.00** |

**Chris Oldnettle**
**113 Edwards Lane NE**
**Fort Walton Beach, FL 32548**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$180.00** |

**Chris Oleson**
**428 Islebay Dr**
**Apollo Beaxh, FL 33572**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$250.00** |

**Chris Oneil**
**10512 Heritage Bay Blvd**
**Naples, FL 34120**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
| | Name | | | |

| 3.337 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|
| | **Chris P**<br>**6613 Sheltondale Ave**<br>**West Hills, CA 91307** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.337 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7.00** |
|---|---|---|---|
| | **Chris P**<br>**8300 Bridge Street**<br>**North Richland Hills, TX 76180** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.337 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$710.00** |
|---|---|---|---|
| | **Chris Pohanka**<br>**4001 N Ocean Blvd Apt 201**<br>**Gulf Stream, FL 33483** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.337 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,402.00** |
|---|---|---|---|
| | **Chris Poveromo**<br>**6613 Sheltondale Ave**<br>**West Hills, CA 91307** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.337 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$984.00** |
|---|---|---|---|
| | **Chris Powers**<br>**428 Grand St**<br>**Saugatuck, MI 49453** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.337 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
|---|---|---|---|
| | **Chris Prescott**<br>**125 S Range Ave**<br>**Denham Springs, LA 70726** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.337 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,130.00** |
|---|---|---|---|
| | **Chris R**<br>**6 Coventry Ct**<br>**Ocean Pines, MD 21811** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 3.3378 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chris R**
**1417 Valenciz Road**
**Niskayuna, NY 12309**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| 3.3379 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chris R**
**1617 Ridgeway St**
**Oceanside, CA 92054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

| 3.3380 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chris R**
**214 Lynwood Dr**
**Houma, LA 70360**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

| 3.3381 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chris R**
**340 Hawks Peak Rd**
**Aptos, CA 95003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$17.00

---

| 3.3382 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chris R**
**3700 Wooddale Ave S**
**Unit 17**
**St Louis Park, MN 55416**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.3383 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chris Raczynsky**
**19 Angelica Ct**
**Matawan, NJ 07747**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$266.00

---

| 3.3384 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chris Rawlings**
**1614 Teter Rd**
**Charleston, WV 25314**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$76.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.338 5 | Nonpriority creditor's name and mailing address<br>**Chris Reece**<br>**1625 N Highway 100**<br>**Bowdon, GA 30108** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $33.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 6 | Nonpriority creditor's name and mailing address<br>**Chris Rendeiro**<br>**340 E 34th St Apt 12k**<br>**New York, NY 10016** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $165.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 7 | Nonpriority creditor's name and mailing address<br>**Chris Robinson**<br>**340 Hawks Peak Rd**<br>**Aptos, CA 95003** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $140.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 8 | Nonpriority creditor's name and mailing address<br>**Chris Rudhe**<br>**21930 N 32nd Pl**<br>**Phoenix, AZ 85050** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,461.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 9 | Nonpriority creditor's name and mailing address<br>**Chris Rutherford**<br>**10822 Long Shadow Ln**<br>**Houston, TX 77024** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $174.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 0 | Nonpriority creditor's name and mailing address<br>**Chris S**<br>**4547 S 121st St**<br>**Greenfield, WI 53228** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $50.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 1 | Nonpriority creditor's name and mailing address<br>**Chris S**<br>**500 Callahan Dr**<br>**Knoxville, TN 37912** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 3.339 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chris Salay**
**3174 Dona Christina Pl**
**Studio City, CA 91604**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

| 3.339 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chris Sale**
**23799 Iris Lake Ln**
**Springfield, LA 70462**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.339 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chris Savage**
**105 Cheshire Ct**
**Sinking Spring, PA 19608**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$84.00**

---

| 3.339 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chris Savage**
**6106 Soaring Pine Ct**
**Kingwood, TX 77345**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$62.00**

---

| 3.339 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chris Scaglione**
**16365 Fullerton Meadows Dr**
**Wildwood, MO 63011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

| 3.339 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chris Schlosser**
**420 5th Ave**
**7th Floor**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$48.50**

---

| 3.339 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chris Schott**
**29 Grace Ct**
**Brooklyn, NY 11201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$412.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.339 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Chris Schutz**
**44 Heritage Ct**
**Tuxedo, NY 10987**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$295.00**

---

| 3.340 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Chris Serra**
**7111 Presidio Gln**
**Lakewood Ranch, FL 34202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.340 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Chris Shonk**
**1920 Murano Ln**
**Leander, TX 78641**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$128,842.00**

---

| 3.340 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Chris Simone**
**2745 W Glenhaven Dr**
**Phoenix, AZ 85045**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$53.00**

---

| 3.340 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Chris Smith**
**2300 60th St**
**Kenosha, WI 53140**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,313.00**

---

| 3.340 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Chris Solberg**
**18600 Honey Creek Dr**
**Brookfield, WI 53045**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.340 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Chris St.Louis**
**2 Oslo St**
**Mystic, CT 06355**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$132.00**

---

Debtor    **Phoeno Wine Company, Inc.**                                        Case number (if known) _____
_____
Name

---

| 3.340 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Chris Stanley**
**500 Callahan Dr**
**Knoxville, TN 37912**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.340 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Chris Stogdill**
**123 Scam Street**
**Beverly Hills, CA 90210**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,256.08**

---

| 3.340 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Chris Stoner**
**1141 Margaret Ave**
**S Lake Tahoe, CA 96150**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$240.00**

---

| 3.340 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Chris Stutz**
**3939 Van NEss Ln**
**Dallas, TX 75220**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,120.00**

---

| 3.341 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Chris Swanson**
**56 Winding Way**
**Little Silver, NJ 07739**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$86.00**

---

| 3.341 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Chris Szuberla**
**2211 W Eastwood Ave**
**Chicago, IL 60625**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$780.01**

---

| 3.341 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Chris T**
**16524 Willow Glen Drive**
**Wildwood, MO 63040**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.341 3**

**Nonpriority creditor's name and mailing address**

**Chris T**
**2 Ginos Way**
**Ridgefield, CT 06877**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

**3.341 4**

**Nonpriority creditor's name and mailing address**

**Chris T**
**25 Falcon Hills Drive**
**Highlands Ranch, CO 80126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.341 5**

**Nonpriority creditor's name and mailing address**

**Chris Terrell**
**36212 South Park Dr**
**Avon, OH 44011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$7,266.00**

---

**3.341 6**

**Nonpriority creditor's name and mailing address**

**Chris Timpano**
**330 Windsor Avenue**
**Haddonfield, NJ 08033**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$124.00**

---

**3.341 7**

**Nonpriority creditor's name and mailing address**

**Chris Turner**
**2600 E Robinson St**
**Orlando, FL 32803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$31.00**

---

**3.341 8**

**Nonpriority creditor's name and mailing address**

**Chris Underwood**
**1707 Urby Drive**
**Crofton, MD 21114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$9,277.00**

---

**3.341 9**

**Nonpriority creditor's name and mailing address**

**Chris Vaughn**
**225 Mittmann Cir**
**New Braunfels, TX 78132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.342 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$23.00** |

**Chris Vilage**
**12 Dorothy Drive**
**Morristown, NJ 07960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2.19** |

**Chris Villegas**
**12141 Centralia St**
**Unit 202**
**Lakewood, CA 90715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$141.00** |

**Chris Vincelli**
**252 Forest Glen Dr**
**Hilton, NY 14468**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**Chris W**
**11014 Woodpark Dr**
**Noblesville, IN 46060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9.00** |

**Chris W**
**1830 Haverford Dr**
**Algonquin, IL 60102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |

**Chris W**
**6560 Commodore Drive**
**Ponte Vedra Beach, FL 32082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$482.00** |

**Chris W**
**7 Braunview Way**
**Orchard Park, NY 14127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 3.342 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chris W**
**9453 Smithson Ln**
**Brentwood, TN 37027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$46.00

---

| 3.342 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chris Walsh**
**9453 Smithson Ln**
**Brentwood, TN 37027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| 3.342 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chris Webb**
**7 Braunview Way**
**Orchard Park, NY 14127**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$191.00

---

| 3.343 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chris Webster**
**2417 Carruthers Ct**
**Raleigh, NC 27615**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,703.00

---

| 3.343 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chris Weiler**
**3610 Westwood Dr**
**Easton, PA 18045**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$452.00

---

| 3.343 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chris Wilkens**
**1830 Haverford Dr**
**Algonquin, IL 60102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$235.00

---

| 3.343 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chris Williams**
**1177 Market St Apt 341**
**San Francisco, CA 94103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$99.00

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.343 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chris Wilmot**
**1710 Alameda Ave**
**Orlando, FL 32804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$35.00

---

| 3.343 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chris Wine**
**14 Normandy Ave**
**Bluffton, SC 29910**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$881.00

---

| 3.343 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chris Wirtz**
**838 Harmon Rd**
**Penfield, NY 14526**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$64.00

---

| 3.343 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chris Zawie**
**7572 Akins Rd**
**North Royalton, OH 44133**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$700.00

---

| 3.343 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chrissy Acarregui**
**5231 NE 42nd St**
**Seattle, WA 98105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$210.00

---

| 3.343 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christa Mahaffey**
**202 Louisiana Ave**
**Corpus Christi, TX 78404**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.344 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christa Maxwell**
**23527 Avila Rdg**
**San Antonio, TX 78255**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$264.00

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**

_____    Case number *(if known)*    _____
Name

| 3.344 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**Christe M**
**1423 Behshel Heights Rd**
**Kelso, WA 98626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |

**Christi D**
**3521 Henrietta Hartford Road**
**Mount Pleasant, SC 29466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$84.00** |

**Christi Griggs**
**1106 Alamo St**
**Castroville, TX 78009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26.00** |

**Christi L**
**5729 Lebanon Road, Suite 144-221**
**Frisco, TX 75034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$774.00** |

**Christiaan Breur**
**8922 Menchaca Rd Unit 102**
**Austin, TX 78748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$98.00** |

**Christian Acevedo**
**18 Caroline Foster Ct**
**Morristown, NJ 07960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,343.00** |

**Christian Bell**
**401 Main St**
**Harlan, IA 51537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
　　　　　　　Name

| 3.3448 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$33.00** |

**Christian Brown**
**2240 Alta Vista Dr**
**Vista, CA 92084**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3449 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28.00** |

**Christian Coraggio**
**2625 E Camelback Rd Apt 469**
**Phoenix, AZ 85016**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3450 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40.00** |

**Christian Davis**
**961 Elk Ridge**
**Chattanooga, TN 37419**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3451 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$212.00** |

**Christian Diggs**
**16514 Provence Ln**
**Houston, TX 77095**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3452 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$723.00** |

**Christian Hoeffel**
**609 Sprintsail Way**
**Oxon Hill, MD 20745**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3453 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$897.00** |

**Christian Janelli**
**6051 Hidden Valley Dr**
**Doylestown, PA 18902**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3454 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$347.00** |

**Christian Johnson**
**943 N Kennicott Ave**
**Arlington Heights, IL 60004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)* _____

---

**3.3455**

Nonpriority creditor's name and mailing address
**Christian Knight**
**11 Deland Way**
**Plattsburgh, NY 12901**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3456**

Nonpriority creditor's name and mailing address
**Christian L**
**84 Garden Ct**
**Succasunna, NJ 07876**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$19.00

---

**3.3457**

Nonpriority creditor's name and mailing address
**Christian Mandula**
**400 4th Ave S**
**Saint Petersburg, FL 33701**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$134.00

---

**3.3458**

Nonpriority creditor's name and mailing address
**Christian N**
**965 N Cygnus Way**
**Star, ID 83669**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

**3.3459**

Nonpriority creditor's name and mailing address
**Christian P**
**12081 Nieta Dr**
**Garden Grove, CA 92840**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

**3.3460**

Nonpriority creditor's name and mailing address
**Christian P**
**155 E 47th St Apt 7g**
**New York, NY 10017**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

**3.3461**

Nonpriority creditor's name and mailing address
**Christian Peters**
**170 Timberwalk Trl**
**Jupiter, FL 33458**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$191.00

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.346 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christian Ratchford**
**112 Bowmoor Bank**
**Peachtree City, GA 30269**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$27.00

---

| 3.346 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christian Reyes**
**1876 S Colt Dr**
**Gilbert, AZ 85295**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

| 3.346 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christian S**
**320 Augusta St**
**Mt Washington, PA 15211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$12.00

---

| 3.346 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christian Smith**
**320 Augusta St**
**Mt Washington, PA 15211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$21.00

---

| 3.346 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christian Squillante**
**1240 South St Unit A**
**Philadelphia, PA 19147**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,093.00

---

| 3.346 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christian T**
**2156 Dorset Lane**
**Hudson, OH 44236**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| 3.346 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christian Voldstad**
**454 W 54th St Apt 6l**
**New York, NY 10019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$740.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

---

| 3.346<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2.00** |
|---|---|---|---|

**Christiana H**
**656 Tennyson**
**Rochester Hills, MI 48307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.347<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$29.00** |
|---|---|---|---|

**Christiana Levy**
**2512 Merion Cv**
**Round Rock, TX 78664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.347<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200.00** |
|---|---|---|---|

**Christiane Volk**
**2935 Broxton Lane**
**York, PA 17402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.347<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$273.33** |
|---|---|---|---|

**Christie Duffy**
**379 Melrose Ave**
**San Francisco, CA 94127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.347<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$49.00** |
|---|---|---|---|

**Christie Simons**
**2350 Friars Lane**
**Los Altos, CA 94024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.347<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$275.00** |
|---|---|---|---|

**Christiina Sokk**
**1309 Silent Brook Rd**
**Wake Forest, NC 27587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.347<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$60.00** |
|---|---|---|---|

**Christina Arnado**
**1161 Pickett Creek Road**
**Grants Pass, OR 97527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*   _____

---

| 3.347 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christina B**
**1062 E Mentor St**
**Springfield, MO 65810**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

| 3.347 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christina B**
**4330 Ludlow St.**
**Boulder, CO 80305**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

| 3.347 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christina Barrows**
**117 NW 38th Ave**
**Cape Coral, FL 33993**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$329.00**

---

| 3.347 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christina Carpentieri**
**15 Oakwood Hills Dr**
**East Islip, NY 11730**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

| 3.348 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christina Conner**
**1509 Belmar Dr**
**Gastonia, NC 28052**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$11.00**

---

| 3.348 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christina Depauli**
**4435 Avon Dr**
**Harrisburg, PA 17112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,004.00**

---

| 3.348 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christina Dugan**
**14762 Cindywood Dr**
**Houston, TX 77079**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$364.00**

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

---

| 3.348 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00** |

**Christina G**
**223 Trinity Rd**
**Raeford, NC 28376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$230.00** |

**Christina Giampaolo**
**11325 S Oakwood Dr**
**Goodyear, AZ 85338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$642.00** |

**Christina Gonzalez**
**15 N Boundary Pl NW**
**Atlanta, GA 30318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$280.00** |

**Christina Hitchcock**
**531 Sw 18th Ave Unit 46**
**Fort Lauderdale, FL 33312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56.00** |

**Christina Hospedales**
**800 S Brea Blvd Apt 402**
**Brea, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44.49** |

**Christina L**
**30209 Mariners Ln**
**Ocean View, DE 19970**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$255.00** |

**Christina Lee**
**1531 W. Lemon St. Apt 6404**
**Tampa, FL 33606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)* _____

---

| 3.349 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christina Li**
**77 Dow Pl Apt 902**
**San Francisco, CA 94107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$27.00

---

| 3.349 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christina Lubka**
**30209 Mariners Ln**
**Ocean View, DE 19970**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

| 3.349 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christina M**
**315 Commercial Dr**
**Suite C1**
**Savannah, GA 31401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

| 3.349 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christina Machamer**
**6683 Eagles View Dr**
**Pacific, MO 63069**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$438.00

---

| 3.349 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christina Meyerson**
**3 Rolling Green Dr**
**Wilton, NY 12831**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$2,248.00

---

| 3.349 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christina Norman**
**3245 Reid Avenue**
**Charlotte, NC 28208**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$248.00

---

| 3.349 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christina Portz**
**350 Galloway Street Ne**
**Apt 110**
**Washington, DC 20011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$56.00

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|--------|-------------------------------|------------------------|--|
| | Name | | |

---

| 3.349 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12.60 |
|---|---|---|---|

**Christina Q**
2530 Jules St
Saint Joseph, MO 64501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Customers - Deferred Credit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $178.00 |
|---|---|---|---|

**Christina Quentin**
2530 Jules St
Saint Joseph, MO 64501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Christina R**
166 Second Avenue #15i
New York, NY 10003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Customers - Deferred Credit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7.00 |
|---|---|---|---|

**Christina R**
8325 Belay St
Las Vegas, NV 89166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Customers - Deferred Credit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $179.00 |
|---|---|---|---|

**Christina Rannabargar**
5000 Melbourne Dr
Plano, TX 75093

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $292.00 |
|---|---|---|---|

**Christina Rivers**
4585 Park Ave Apt 20
Bronx, NY 10458

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $56.00 |
|---|---|---|---|

**Christina Rodrigue**
4524 Kent Ave
Metairie, LA 70006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
          Name

---

**3.350 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |
|---|---|---|

**Christina S**
**11 South Run**
**Cold Spring Harbor, NY 11724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.350 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,443.00 |
|---|---|---|

**Christina Shen**
**116 W 73rd St Apt A**
**New York, NY 10023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.350 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $207.00 |
|---|---|---|

**Christina Stella**
**11 South Run**
**Cold Spring Harbor, NY 11724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.350 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.00 |
|---|---|---|

**Christina Vanginkel**
**W5932 Chapman Rd**
**Niagara, WI 54151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.350 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $168.00 |
|---|---|---|

**Christine Adornetto**
**601 Santa Susana Avenue**
**Millbrae, CA 94030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.350 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|

**Christine Ayvazyan**
**12337 N Finch Court**
**Porter Ranch, CA 91326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.351 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7.00 |
|---|---|---|

**Christine B**
**35 Morgans Run**
**Schuylerville, NY 12871**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

---

| 3.351 |
|-------|
| 1 |

**Nonpriority creditor's name and mailing address**                                   $10.00

**Christine B**
**6 Bridle Ct**
**Landenberg, PA 19350**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.351 |
|-------|
| 2 |

**Nonpriority creditor's name and mailing address**                                   $50.00

**Christine B**
**9 Mallard Drive**
**Mount Laurel, NJ 08054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.351 |
|-------|
| 3 |

**Nonpriority creditor's name and mailing address**                                   $12,063.00

**Christine Baiko**
**8794 Monterey Oaks Dr**
**Elk Grove, CA 95758**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.351 |
|-------|
| 4 |

**Nonpriority creditor's name and mailing address**                                   $238.00

**Christine Barbeau**
**35 Morgans Run**
**Schuylerville, NY 12871**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.351 |
|-------|
| 5 |

**Nonpriority creditor's name and mailing address**                                   $5,826.00

**Christine Bohn**
**3234 Riverview Dr**
**Triangle, VA 22172**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.351 |
|-------|
| 6 |

**Nonpriority creditor's name and mailing address**                                   $40.00

**Christine Boyle**
**14730 Edgewater Ln NE**
**Lake Forest Park, WA 98155**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.351 |
|-------|
| 7 |

**Nonpriority creditor's name and mailing address**                                   $1,971.00

**Christine Brehm**
**24871 State Highway 39 Unit 231**
**Shell Knob, MO 65747**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_ _____
Name

| 3.351 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$4,948.00** |
|---|---|---|---|

**Christine Broz**
**6119 Michael Dr**
**Brook Park, OH 44142**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$120.00** |
|---|---|---|---|

**Christine Collins**
**1213 Duncan St**
**Key West, FL 33040**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$10.00** |
|---|---|---|---|

**Christine D**
**2 North 6th Place**
**Apt 23c**
**Brooklyn, NY 11249**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customers - Deferred Credit__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$30.00** |
|---|---|---|---|

**Christine D**
**39 E Main St**
**Moorestown, NJ 08057**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customers - Deferred Credit__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$30.00** |
|---|---|---|---|

**Christine Dunne**
**12 Belknap Ter**
**Watertown, MA 02472**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$87.00** |
|---|---|---|---|

**Christine Eiklenborgthole**
**4111 Arlington Ave**
**Sacramento, CA 95820**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$132.00** |
|---|---|---|---|

**Christine Flesnet**
**5697 Ridge Stone Ln**
**Marion, IA 52302**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| **3.352 5** | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

**Christine Geissler**
**9 Winthrop Gait Road**
**Sparta, NJ 07871**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$326.00**

---

**3.352 6**

**Nonpriority creditor's name and mailing address**

**Christine Gianella**
**3455 West 38th Ave**
**Apt 205**
**Denver, CO 80211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$76.00**

---

**3.352 7**

**Nonpriority creditor's name and mailing address**

**Christine Gilliland**
**301 Mission**
**San Francisco, CA 94105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.352 8**

**Nonpriority creditor's name and mailing address**

**Christine Gray**
**3257 Vera Cruz Drive**
**San Ramon, CA 94583**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$173.00**

---

**3.352 9**

**Nonpriority creditor's name and mailing address**

**Christine Hopkins**
**1725 Duke St Ste 400**
**C/O Eleanor Fernandez - Hrci**
**Alexandria, VA 22314**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,557.00**

---

**3.353 0**

**Nonpriority creditor's name and mailing address**

**Christine Jackson**
**305 Gilmer Ct**
**Canton, GA 30115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,237.00**

---

**3.353 1**

**Nonpriority creditor's name and mailing address**

**Christine Jessamine**
**6450 E Golf Links Road #1078**
**Tucson, AZ 85730**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
Name

---

| 3.353 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00** |
| **Christine K** | ☐ Contingent | |
| **1640 Ward Road** | ☐ Unliquidated | |
| **Decatur, TN 37322** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.353 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$176.00** |
| **Christine Kepner** | ☐ Contingent | |
| **1640 Ward Road** | ☐ Unliquidated | |
| **Decatur, TN 37322** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.353 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$640.00** |
| **Christine Kircher** | ☐ Contingent | |
| **9342 Southern Orchard Rd N** | ☐ Unliquidated | |
| **Davie, FL 33328** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.353 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00** |
| **Christine Kirkley** | ☐ Contingent | |
| **12960 Clarksville Pike** | ☐ Unliquidated | |
| **Highland, MD 20777** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.353 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,186.00** |
| **Christine Kolm** | ☐ Contingent | |
| **Wells Fargo Private Bank** | ☐ Unliquidated | |
| **2001 N. Main Street #410** | ☐ Disputed | |
| **Walnut Creek, CA 94596** | | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.353 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23.00** |
| **Christine Koribanics** | ☐ Contingent | |
| **1 Cummins St** | ☐ Unliquidated | |
| **Franklin, NJ 07416** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.353 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,080.00** |
| **Christine Kusiak** | ☐ Contingent | |
| **314 Jackson St** | ☐ Unliquidated | |
| **Michigan City, IN 46360** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
　　　　　Name

Case number *(if known)* _____

---

| 3.353 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40.00** |

**Christine M**
**2662 W 8th St**
**Erie, PA 16505**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.354 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$248.00** |

**Christine Mcarthur**
**110 Van Houton Ave**
**Chatham, NJ 07928**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.354 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40.00** |

**Christine Mignola**
**1314 19th St**
**Manhattan Beach, CA 90266**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.354 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$216.00** |

**Christine Mixan**
**910 N 142nd St**
**Omaha, NE 68154**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.354 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**Christine N**
**501 22nd Avenue Ct**
**Milton, WA 98354**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.354 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29.00** |

**Christine Patterson**
**4990 Kokomo Drive**
**Sacramento, CA 95835**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.354 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$249.00** |

**Christine Saiz**
**6165 Lazo Del Norte**
**Las Cruces, NM 88011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

---

**3.354 6**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**$730.00**

**Christine Seay**
**5635 Merrimac Ave**
**Dallas, TX 75206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.354 7**

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*

**$25.00**

**Christine Siglinger**
**493 Lytton Ave**
**Palo Alto, CA 94061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.354 8**

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*

**$1,208.00**

**Christine Smith**
**433 Mendota Rd E Ste G**
**West Saint Paul, MN 55118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.354 9**

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*

**$50.00**

**Christine T**
**1345 Aupapaohe St**
**Kailua, HI 96734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.355 0**

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*

**$2,741.00**

**Christine Thurston**
**609 Chateau Andelot**
**Mandeville, LA 70471**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.355 1**

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*

**$59.00**

**Christine Vanpelt**
**3082 Crystal Spring Ln**
**Rockingham, VA 22801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.355 2**

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*

**$25.00**

**Christine W**
**4412 Turtle Bay**
**Springfield, IL 62711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.355 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $83.00 |

**Christine Wi**
**6677 Santa Monica Blvd Apt 4526**
**Los Angeles, CA 90038**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $35.00 |

**Christoph Bruening**
**2240 Park Newport Apt 407**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,401.00 |

**Christophe Bodin**
**266 Sylvan Way**
**Emerald Hills, CA 94062**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20.00 |

**Christophe S**
**6310 E Maverick Rd**
**Paradise Valley, AZ 85253**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,418.00 |

**Christopher Able**
**6163 Osprey Ridge Dr**
**Mount Airy, MD 21771**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $30.00 |

**Christopher B**
**317 W 93rd St Apt 3a**
**New York, NY 10025**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $51.00 |

**Christopher B**
**348 Pelican Pointe Road**
**Ponte Vedra, FL 32081**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 3.356 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**Christopher B**
**821 Nw 72 Ter**
**Plantation, FL 33317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$66.00** |

**Christopher B**
**930 Malaga Ave**
**Coral Gables, FL 33134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$152.00** |

**Christopher Bacque**
**40 Galloping Cir**
**Belford, NJ 07718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,882.00** |

**Christopher Baer**
**2673 N Oakmont Dr**
**Flagstaff, AZ 86004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$681.00** |

**Christopher Bailey**
**317 W 93rd St Apt 3a**
**New York, NY 10025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$77,064.00** |

**Christopher Barnett**
**930 Malaga Ave**
**Coral Gables, FL 33134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,820.00** |

**Christopher Beal**
**8017 W 142nd Ter**
**Overland Park, KS 66223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.356 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.356 7**

**Nonpriority creditor's name and mailing address**

**Christopher Bennem**
**Glen Hollow**
**5680 Seneca Point Rd**
**Naples, NY 14512**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$290.00**

---

**3.356 8**

**Nonpriority creditor's name and mailing address**

**Christopher Blum**
**600 East 32nd Street**
**Bryan, TX 77803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$166.00**

---

**3.356 9**

**Nonpriority creditor's name and mailing address**

**Christopher Brady**
**22 Oak Glen Drive**
**Shelton, CT 06484**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$80.00**

---

**3.357 0**

**Nonpriority creditor's name and mailing address**

**Christopher Breward**
**5207 Park Blvd N**
**Pinellas Park, FL 33781**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$57.00**

---

**3.357 1**

**Nonpriority creditor's name and mailing address**

**Christopher C**
**1004 West 52nd Street**
**Kansas City, MO 64112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$37.00**

---

**3.357 2**

**Nonpriority creditor's name and mailing address**

**Christopher C**
**12300 Cliveden Street**
**Herndon, VA 20170**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.357 3**

**Nonpriority creditor's name and mailing address**

**Christopher C**
**600 Ferris Ave**
**Waxahachie, TX 75165**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

Official Form 206 E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

---

| 3.357 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christopher C**
**7496 Brunson Circle**
**Gainesville, VA 20155**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$27.00

---

| 3.357 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christopher Carlin**
**2808 Woodstock Rd**
**Los Angeles, CA 90046**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$1,796.00

---

| 3.357 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christopher Carmona**
**6079 Indian Forest Circle**
**Lake Worth, FL 33463**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| 3.357 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christopher Catalano**
**6813 Colonnade Dr**
**Plano, TX 75024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$29.00

---

| 3.357 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christopher Chandler**
**4850 Green Lake Way N**
**Seattle, WA 98103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$4,982.00

---

| 3.357 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christopher Chung**
**3352 Se Tibbetts St**
**Portland, OR 97202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$165.00

---

| 3.358 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christopher Chung**
**3352 Se Tibbetts St**
**Portland, OR 97202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$2,200.87

---

Debtor    **Phoeno Wine Company, Inc.**
_____
    Name

Case number *(if known)*    _____

---

| 3.358 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,375.00** |

**Christopher Clock**
**1460 Arroyo Seco Dr**
**Campbell, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$767.00** |

**Christopher Corcoran**
**3606 Saddlestring Trl**
**Austin, TX 78739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |

**Christopher Cordier**
**540 43rd Ave**
**San Francisco, CA 94121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,280.00** |

**Christopher Coulson**
**1004 West 52nd Street**
**Kansas City, MO 64112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$158.00** |

**Christopher Creighton**
**600 Ferris Ave**
**Waxahachie, TX 75165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$768.00** |

**Christopher Cropanese**
**7496 Brunson Circle**
**Gainesville, VA 20155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,345.00** |

**Christopher Crosby**
**2183 Fort Pemberton Dr**
**Charleston, SC 29412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

---

| 3.358 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christopher Custer**
**10210 Stidham Rd**
**Conroe, TX 77302**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$36.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.358 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christopher Czachor**
**610 S Cook St**
**Barrington, IL 60010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$1,810.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.359 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christopher D**
**25000 Hall Road**
**Suite 1**
**Woodhaven, MI 48183**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$30.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.359 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christopher D**
**76 Seaman Road**
**Glen Cove, NY 11542**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$11.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.359 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christopher Damico**
**156 Coventry Rd**
**Mansfield Center, CT 06250**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$1,033.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.359 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christopher Deangelis**
**25000 Hall Road**
**Suite 1**
**Woodhaven, MI 48183**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$300.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.359 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christopher Dentel**
**38705 Veazie Cumberland Rd Se**
**Enumclaw, WA 98022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$7,198.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.359 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,542.50** |
|---|---|---|---|

**Christopher Dentel**
**38705 Veazie Cumberland Rd Se**
**Enumclaw, WA 98022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.359 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$261.00** |
|---|---|---|---|

**Christopher Duvally**
**76 Seaman Road**
**Glen Cove, NY 11542**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Customer

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.359 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Christopher E**
**900 Bestgate Rd Ste 310**
**Annapolis, MD 21401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.359 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,054.00** |
|---|---|---|---|

**Christopher Edge**
**900 Bestgate Rd Ste 310**
**Annapolis, MD 21401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Customer

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.359 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,139.00** |
|---|---|---|---|

**Christopher Edwards**
**922 Beaver St Ste A**
**Santa Rosa, CA 95404**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Customer

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.360 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Christopher F**
**6180 Seaside Dr**
**New Port Richey, FL 34652**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.360 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,589.00** |
|---|---|---|---|

**Christopher Fagan**
**423 N Van Buren St**
**Enid, OK 73703**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Customer

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known)  _____

---

| 3.360 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Christopher Foley**
**2313 River Pointe Cir**
**Minneapolis, MN 55411**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$490.00**

---

| 3.360 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Christopher G**
**2632 Lavender St**
**New Orleans, LA 70122**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| 3.360 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Christopher Gamblin**
**6721 Tamarron Ln**
**Plano, TX 75024**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$964.00**

---

| 3.360 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Christopher Gelinas**
**11 Hood St**
**Attleboro, MA 02703**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$286.00**

---

| 3.360 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Christopher H**
**2006 Skyline Dr**
**Bartlesville, OK 74006**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$528.00**

---

| 3.360 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Christopher H**
**448 W Menomonee St**
**Chicago, IL 60614**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

| 3.360 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Christopher H**
**652 Longwood Dr Nw**
**Atlanta, GA 30305**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.360 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Christopher Hallett**
**2006 Skyline Dr**
**Bartlesville, OK 74006**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,933.00**

---

| 3.361 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Christopher Hallett**
**652 Longwood Dr NW**
**Atlanta, GA 30305**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$763.00**

---

| 3.361 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Christopher Hamick**
**448 W Menomonee St**
**Chicago, IL 60614**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$227.00**

---

| 3.361 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Christopher Heck**
**1357 Elko Ct**
**The Villages, FL 32162**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$32.00**

---

| 3.361 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Christopher Hunt**
**690 Lakeside Dr**
**Avon Lake, OH 44012**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$254.00**

---

| 3.361 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Christopher J**
**1140 Cuchara Dr.**
**Del Mar, CA 92014**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.361 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Christopher Jaycock**
**77 Dakota Meadows Dr**
**Carbondale, CO 81623**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,722.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                                    Case number *(if known)* _____

| | |
|---|---|

**3.361 6**

**Nonpriority creditor's name and mailing address**

**Christopher Jones**
**1203 Fidler Ln Apt 1104**
**Silver Spring, MD 20910**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$393.00**

---

**3.361 7**

**Nonpriority creditor's name and mailing address**

**Christopher Jones**
**2241 S Business Hwy 121**
**Apt 1112**
**Lewisville, TX 75067**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$82.00**

---

**3.361 8**

**Nonpriority creditor's name and mailing address**

**Christopher K**
**1093 Kirkwood Ave Se**
**Atlanta, GA 30316**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.361 9**

**Nonpriority creditor's name and mailing address**

**Christopher K**
**111 Woodale Drive**
**Hawley, PA 18428**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.362 0**

**Nonpriority creditor's name and mailing address**

**Christopher K**
**2316 Sable Wood Dr**
**Anna, TX 75409**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.362 1**

**Nonpriority creditor's name and mailing address**

**Christopher K**
**2675 N Decatur Rd**
**Suite 310**
**Decatur, GA 30033**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$14.00**

---

**3.362 2**

**Nonpriority creditor's name and mailing address**

**Christopher K**
**3423 John F Kennedy Blvd**
**Jersey City, NJ 07307**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$282.00**

---

Official Form 206 E/F             Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
Name

| 3.362<br>3 | **Nonpriority creditor's name and mailing address**<br>**Christopher K**<br>**5501 Us Highway 30 W**<br>**Fort Wayne, IN 46818** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$15.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.362<br>4 | **Nonpriority creditor's name and mailing address**<br>**Christopher K**<br>**8251 Bishopsgate Ln**<br>**White Plains, MD 20695** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$50.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.362<br>5 | **Nonpriority creditor's name and mailing address**<br>**Christopher Khavarian**<br>**500 W 25th St Apt 2**<br>**New York, NY 10001** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$20.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.362<br>6 | **Nonpriority creditor's name and mailing address**<br>**Christopher Kientzel**<br>**490 Pevely Heights Dr**<br>**Pevely, MO 63070** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,351.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.362<br>7 | **Nonpriority creditor's name and mailing address**<br>**Christopher Kim**<br>**3423 John F Kennedy Blvd**<br>**Jersey City, NJ 07307** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$19,091.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.362<br>8 | **Nonpriority creditor's name and mailing address**<br>**Christopher King**<br>**68 Gold St Apt 2d**<br>**Brooklyn, NY 11201** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$228.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.362<br>9 | **Nonpriority creditor's name and mailing address**<br>**Christopher Kinter**<br>**1093 Kirkwood Ave Se**<br>**Atlanta, GA 30316** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$21.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | | |
| | Name | Case number *(if known)* | |

---

**3.363 0**

**Nonpriority creditor's name and mailing address**

**Christopher Kloepfer**
**2316 Sable Wood Dr**
**Anna, TX 75409**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☐ No ☐ Yes

**$212.00**

---

**3.363 1**

**Nonpriority creditor's name and mailing address**

**Christopher Kopinski**
**39 Wild Pasture Ln**
**Rowley, MA 01969**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$38.00**

---

**3.363 2**

**Nonpriority creditor's name and mailing address**

**Christopher Kress**
**5501 Us Highway 30 W**
**Fort Wayne, IN 46818**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.363 3**

**Nonpriority creditor's name and mailing address**

**Christopher L**
**70 Mansakenning Drive**
**Rhinebeck, NY 12572**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$38.00**

---

**3.363 4**

**Nonpriority creditor's name and mailing address**

**Christopher Lipscomb**
**70 Mansakenning Drive**
**Rhinebeck, NY 12572**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,831.00**

---

**3.363 5**

**Nonpriority creditor's name and mailing address**

**Christopher Long**
**4464 Maryland Ave**
**Saint Louis, MO 63108**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$549.00**

---

**3.363 6**

**Nonpriority creditor's name and mailing address**

**Christopher Lyons**
**1274 Golden Gate Blvd**
**Mayfield Hts, OH 44124**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$345.00**

---

Debtor  **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_  _____
Name

| 3.363 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$2.82** |
|---|---|---|---|

**Christopher M**
**709 Cochran St**
**Ste A**
**Simi Valley, CA 93065**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$250,479.00** |
|---|---|---|---|

**Christopher Man**
**1700 K St NW**
**Winston & Strawn LLP**
**Washington, DC 20006**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$168.00** |
|---|---|---|---|

**Christopher Marsh**
**3583 Pearl Ct**
**Navarre, FL 32566**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$1,158.00** |
|---|---|---|---|

**Christopher Mccoy**
**605 Parfet St**
**Lakewood, CO 80215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$38.00** |
|---|---|---|---|

**Christopher Mcdonough**
**74 Valley Rd**
**Larchmont, NY 10538**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$125.00** |
|---|---|---|---|

**Christopher Mcvay**
**58 Locust Street**
**Mckees Rocks, PA 15136**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$5,339.00** |
|---|---|---|---|

**Christopher Mcvety**
**2035 Wagner Rd**
**Glenview, IL 60025**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                    Case number (if known) _____

---

**3.364 4**

**Nonpriority creditor's name and mailing address**

**Christopher Means**
**1800 N Larrabee St**
**Chicago, IL 60614**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☐ No ☐ Yes

**$2,804.00**

---

**3.364 5**

**Nonpriority creditor's name and mailing address**

**Christopher Moore**
**709 Cochran St**
**Ste A**
**Simi Valley, CA 93065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☐ No ☐ Yes

**$384.00**

---

**3.364 6**

**Nonpriority creditor's name and mailing address**

**Christopher Morgan**
**5502 137th Ln**
**Savage, MN 55378**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☐ No ☐ Yes

**$275.00**

---

**3.364 7**

**Nonpriority creditor's name and mailing address**

**Christopher Nagle**
**2806 Sherman Ave NW Unit A**
**Washington, DC 20001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.364 8**

**Nonpriority creditor's name and mailing address**

**Christopher Nelms**
**270 17th St NW**
**Owner Unit #4208**
**Altanta, GA 30363**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☐ No ☐ Yes

**$755.00**

---

**3.364 9**

**Nonpriority creditor's name and mailing address**

**Christopher Neubauer**
**10603 W Dumbarton Cir Unit D**
**Littleton, CO 80127**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☐ No ☐ Yes

**$93.00**

---

**3.365 0**

**Nonpriority creditor's name and mailing address**

**Christopher Newlands**
**811 Town And Country Blvd Apt 179**
**Houston, TX 77024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☐ No ☐ Yes

**$7,270.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

| | | |
|---|---|---|
| 3.365 1 | **Nonpriority creditor's name and mailing address**<br>**Christopher O**<br>**103 Franklin St**<br>**Alexandria, VA 22314**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **$38.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.365 2 | **Nonpriority creditor's name and mailing address**<br>**Christopher O**<br>**49 Country Club Rd**<br>**Darien, CT 06820**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **$10.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.365 3 | **Nonpriority creditor's name and mailing address**<br>**Christopher Oberle**<br>**4819 Snowden Ave**<br>**Lakewood, CA 90713**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **$156.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.365 4 | **Nonpriority creditor's name and mailing address**<br>**Christopher Obrien**<br>**252 Providence Rd**<br>**Annapolis, MD 21409**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **$29.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.365 5 | **Nonpriority creditor's name and mailing address**<br>**Christopher Obrien**<br>**5111 Ingleburn Lane**<br>**Huntersville, NC 28078**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **$110.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.365 6 | **Nonpriority creditor's name and mailing address**<br>**Christopher Oconnor**<br>**49 Country Club Rd**<br>**Darien, CT 06820**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **$365.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.365 7 | **Nonpriority creditor's name and mailing address**<br>**Christopher Orndorff**<br>**7969 Middle Road**<br>**Strasburg, VA 22657**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **$3.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| 3.365 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$92.00** |

**Christopher Paramore**
**1766 Elmira St**
**UPS Store**
**Sayre, PA 18840**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$209.00** |

**Christopher Parrinello**
**3615 NW 31st Ter**
**Gainesville, FL 32605**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$1,686.00** |

**Christopher Porter**
**8256 Jayme Dr Unit 111**
**Winter Garden, FL 34787**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$2,953.00** |

**Christopher Potter**
**708 Lime Creek Rd**
**Grand Junction, CO 81505**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$15.00** |

**Christopher R**
**1128 24th Ave**
**Seattle, WA 98122**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customers - Deferred Credit__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$5.00** |

**Christopher R**
**2312 King Court**
**Green Brook Township, NJ 08812**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customers - Deferred Credit__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$2,431.00** |

**Christopher Reilley**
**1128 24th Ave**
**Seattle, WA 98122**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.366 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Christopher Rotella**
**475 K St NW, 721**
**Washington, DC 20001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$964.00**

---

| 3.366 6 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Christopher Rudge**
**5466 Soledad Road**
**La Jolla, CA 92037**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.366 7 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Christopher S**
**12 Woodbridge Ct**
**North Grafton, MA 01536**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

| 3.366 8 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Christopher S**
**1604 Hazard St**
**Houston, TX 77019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.366 9 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Christopher S**
**217 East Harbor**
**Hendersonville, TN 37075**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.367 0 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Christopher S**
**606 Fairway Ave**
**Mamaroneck, NY 10543**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.367 1 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Christopher Samuel**
**118 Phares Lane**
**Everett, PA 15537**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$11,487.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.367 2 | **Nonpriority creditor's name and mailing address** | | **$2,670.00** |

**Christopher Sanchez**
**1555 Burden Lake Road**
**None**
**Averill Park, NY 12018**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 3 | **Nonpriority creditor's name and mailing address** | | **$1,317.00** |

**Christopher Simmons**
**2704 Herron Ln**
**Glenshaw, PA 15116**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 4 | **Nonpriority creditor's name and mailing address** | | **$358.00** |

**Christopher Siska**
**116 Southwood Dr**
**New Canaan, CT 06840**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 5 | **Nonpriority creditor's name and mailing address** | | **$40.00** |

**Christopher Sitek**
**959 Kepler Dr**
**Wells Fargo Advisors**
**Green Bay, WI 54311**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 6 | **Nonpriority creditor's name and mailing address** | | **$676.00** |

**Christopher Snyder**
**1507 Mayflower Pl**
**Santa Rosa, CA 95403**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 7 | **Nonpriority creditor's name and mailing address** | | **$303.00** |

**Christopher Spence**
**928 Colorado Ave**
**Glenwood Springs, CO 81601**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 8 | **Nonpriority creditor's name and mailing address** | | **$31.00** |

**Christopher Speros**
**19 Dutch St Apt 33i**
**New York, NY 10038**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_    _____

| 3.3679 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$22.00** |
|---|---|---|---|

**Christopher Speziok**
**6135 NW 117th Pl**
**599 Turkey Creek**
**Alachua, FL 32615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3680 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$2,267.00** |
|---|---|---|---|

**Christopher Steele**
**2109 Longhorn**
**Altus, OK 73521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3681 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$40.00** |
|---|---|---|---|

**Christopher Sullivan**
**551 Hinman Ave**
**F1**
**Evanston, IL 60202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3682 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$689.00** |
|---|---|---|---|

**Christopher Sutherland**
**19483 Middle Branch Dr**
**Macomb, MI 48044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3683 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Christopher Sykes**
**20 Old Hyde Rd**
**Weston, CT 06883**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3684 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$15.00** |
|---|---|---|---|

**Christopher T**
**900 East Fort Ave**
**Apt 724**
**Baltimore, MD 21230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3685 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$435.00** |
|---|---|---|---|

**Christopher Taylor**
**9525 Semiahmoo Pkwy Unit 306**
**Blaine, WA 98230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name                                      Case number (if known) _____

| 3.368 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$535.00** |

**Christopher Thornhill**
**849 Oakland Park Blvd**
**Winter Garden, FL 34787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$247.00** |

**Christopher Thoroe**
**6912 Howard Lane**
**Eden Prairie, MN 55346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Christopher Towne**
**262 Lower Elmore Mountain Rd, Morrisvill**
**Morristown, VT 05661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |

**Christopher W**
**3372 Cove Rd**
**Jupiter, FL 33469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$45.00** |

**Christopher Watkins**
**1763 Shippan Ave**
**Stamford, CT 06902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,064.24** |

**Christopher Weber**
**3031 Beth Court**
**Edgewood, KY 41017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7.00** |

**Christopher Y**
**6001 Silvalde Lane**
**Las Vegas, NV 89135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F        Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**

Name                                              Case number (if known) _____

---

| 3.369 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Christopher Young**
**6001 Silvalde Lane**
**Las Vegas, NV 89135**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$1,734.00

---

| 3.369 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Christopherj Calvey**
**520 Harwood Ave**
**Clarks Summit, PA 18411**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$1,283.00

---

| 3.369 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Christos Parrish**
**613 Honeysuckle Lane**
**Statesboro, GA 30458**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$333.00

---

| 3.369 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Christos-Parrish**
**613 Honeysuckle Lane**
**Statesboro, GA 30458**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$3.00

---

| 3.369 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Christy Adams**
**6543 E Norwood St**
**Mesa, AZ 85215**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$129.00

---

| 3.369 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Christy Bastian**
**17346 Palmetto Pass Ln**
**Punta Gorda, FL 33982**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

| 3.369 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Christy Demory**
**3217 Bragg Dr**
**Wilmington, NC 28409**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$58.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

**3.370 0**

**Nonpriority creditor's name and mailing address**

**Christy Hodges**
**11408 Mccabes Grant Terrace**
**Henrico, VA 23233**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☐ No ☐ Yes

**$428.00**

---

**3.370 1**

**Nonpriority creditor's name and mailing address**

**Christy L**
**227 Sandy Springs Pl**
**Ste D # 338**
**Atlanta, GA 30328**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.370 2**

**Nonpriority creditor's name and mailing address**

**Christy M**
**10203 Se 228 St**
**0**
**Kent, WA 98031**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.370 3**

**Nonpriority creditor's name and mailing address**

**Christy P**
**1001 N 3rd St**
**Grand Junction, CO 81501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☐ No ☐ Yes

**$30.00**

---

**3.370 4**

**Nonpriority creditor's name and mailing address**

**Christy Pierce**
**1001 N 3rd St**
**Grand Junction, CO 81501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$558.00**

---

**3.370 5**

**Nonpriority creditor's name and mailing address**

**Christy Razee**
**500 Powell Ave Sw**
**Renton, WA 98057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$423.00**

---

**3.370 6**

**Nonpriority creditor's name and mailing address**

**Christymichelle Hotard**
**215 Looney Ave**
**Memphis, TN 38107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,518.00**

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| | |
|---|---|
| 3.370 7 | |

**Nonpriority creditor's name and mailing address**
**Chrisw**
**2417 Carruthers Ct**
**Raleigh, NC 27615**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$140.00**

---

| | |
|---|---|
| 3.370 8 | |

**Nonpriority creditor's name and mailing address**
**Chrysandra Bowen**
**100 W Oak St Ste 301**
**Denton, TX 76201**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.370 9 | |

**Nonpriority creditor's name and mailing address**
**Chuanchom S**
**80 Camden Street**
**Rockland, ME 04841**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$50.00**

---

| | |
|---|---|
| 3.371 0 | |

**Nonpriority creditor's name and mailing address**
**Chuck B**
**377 Oak Street - LI**
**Garden City, NY 11579**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$55.00**

---

| | |
|---|---|
| 3.371 1 | |

**Nonpriority creditor's name and mailing address**
**Chuck C**
**1017 American Beauty Street**
**Orlando, FL 32818**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$25.00**

---

| | |
|---|---|
| 3.371 2 | |

**Nonpriority creditor's name and mailing address**
**Chuck Hanson**
**7811 W 111th St**
**Bloomington, MN 55438**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.371 3 | |

**Nonpriority creditor's name and mailing address**
**Chuck Harmon**
**3132 W Riverview Dr**
**Spokane, WA 99205**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$25.00**

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

| | |
|---|---|
| **3.371 4** | |

**Nonpriority creditor's name and mailing address**

**Chuck Johnson**
**1650 S Pavilion Center Dr**
**Las Vegas Ballpark**
**Las Vegas, NV 89135**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$982.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.371 5** | |

**Nonpriority creditor's name and mailing address**

**Chuck King**
**147 Todd Dr**
**Brunswick, GA 31520**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$26.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.371 6** | |

**Nonpriority creditor's name and mailing address**

**Chuck Morrison**
**2400 Nan Ln**
**Cedar Park, TX 78613**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$779.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.371 7** | |

**Nonpriority creditor's name and mailing address**

**Chuck Rosipal**
**1025 S Hws Cleveland Blvd**
**Elkhorn, NE 68022**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$974.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.371 8** | |

**Nonpriority creditor's name and mailing address**

**Chuck Tommey**
**6012 Bayfield Pkwy**
**Pmb 127**
**Concord, NC 28027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$828.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.371 9** | |

**Nonpriority creditor's name and mailing address**

**Chuck White**
**89 Hurlbut St Apt 1**
**Pasadena, CA 91105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$1,286.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.372 0** | |

**Nonpriority creditor's name and mailing address**

**Ciara A**
**8175 Arville St # 226**
**Las Vegas, NV 89139**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$179.12**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
Name

| 3.372 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $86.00 |

**Cindy Barna**
**23 Fuller Ave**
**Chatham, NJ 07928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |

**Cindy D**
**3677 Hillsdale Ct**
**Sparks, NV 89434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $24.00 |

**Cindy Deldin**
**336 So 65th St**
**Milwaukee, WI 53214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |

**Cindy Fishman**
**10978 E Tierra Dr**
**Scottsdale, AZ 85259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**Cindy L**
**13994 N Bright Angel Trl**
**Marana, AZ 85658**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Cindy Lane**
**3800 NEedle Peak Rd**
**South Lake Tahoe, CA 96150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $28.00 |

**Cindy Lazarus**
**8600 Bournemouth Dr**
**Raleigh, NC 27615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Phoeno Wine Company, Inc.**

_____

Name                                        Case number (if known)    _____

| 3.372 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Cindy Moll**
**5324 E Palo Brea Ln**
**Cave Creek, AZ 85331**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$126.00**

---

**3.372 9**

**Nonpriority creditor's name and mailing address**
**Cindy N**
**1222 149th St**
**Whitestone, NY 11357**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$9.00**

---

**3.373 0**

**Nonpriority creditor's name and mailing address**
**Cindy Schultz**
**2209 N Pershing Dr Apt 213**
**Arlington, VA 22201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$238.00**

---

**3.373 1**

**Nonpriority creditor's name and mailing address**
**Cindy W**
**6541 W 112th Pl**
**Westminster, CO 80020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.373 2**

**Nonpriority creditor's name and mailing address**
**Cindy Wysocki**
**5494 Puerta Del Sol**
**Camino, CA 95709**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$505.00**

---

**3.373 3**

**Nonpriority creditor's name and mailing address**
**Cindy Yennie**
**3183 Scott Creek Road**
**Niangua, MO 65713**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$76.01**

---

**3.373 4**

**Nonpriority creditor's name and mailing address**
**Cinnamon S**
**20834 E Sunset Dr**
**Queen Creek, AZ 85142**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_    _____
Name

| | |
|---|---|
| 3.373<br>5 | **Nonpriority creditor's name and mailing address** |

**Cj Kim**
**405 Havendale Dr**
**Pasadena, CA 91105**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

| | |
|---|---|
| 3.373<br>6 | **Nonpriority creditor's name and mailing address** |

**Cj Orrico**
**31 Oak Hill Rd**
**Chatham, NJ 07928**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$495.00**

---

| | |
|---|---|
| 3.373<br>7 | **Nonpriority creditor's name and mailing address** |

**Cj Papara**
**5117 W National Ave**
**West Milwaukee, WI 53214**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

| | |
|---|---|
| 3.373<br>8 | **Nonpriority creditor's name and mailing address** |

**Cj U**
**11097 W 55th Ln**
**Arvada, CO 80002**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$11.00**

---

| | |
|---|---|
| 3.373<br>9 | **Nonpriority creditor's name and mailing address** |

**Cj Wild**
**15 Muriel Pl**
**Fairfax, CA 94930**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

| | |
|---|---|
| 3.374<br>0 | **Nonpriority creditor's name and mailing address** |

**Ckellermd**
**7004 N Spurwing Rim Pl**
**Meridian, ID 83646**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$485.00**

---

| | |
|---|---|
| 3.374<br>1 | **Nonpriority creditor's name and mailing address** |

**Clair C**
**125 Cleo Rand Lane**
**San Francisco, CA 94124**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.374 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$224.00** |

**Claire Burton**
**527 Highlander Dr NE**
**Rockford, MI 49341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$165.00** |

**Claire Goslar**
**2028 N Cahuenga Blvd**
**Gate Code 01943**
**Los Angeles, CA 90068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$455.00** |

**Claire Hungerford**
**43040 Greenway Blvd Unit 526**
**Punta Gorda, FL 33982**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$456.00** |

**Claire Keresey**
**973 Chiquita Rd**
**Healdsburg, CA 95448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7.61** |

**Claire Keresey**
**973 Chiquita Rd**
**Healdsburg, CA 95448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,980.00** |

**Claire Luna**
**2484 N La Capella Ct**
**Orange, CA 92867**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3.00** |

**Claire O**
**2910 W Rascher Ave**
**Chicago, IL 60625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F       Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.374 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $954.00 |
|---|---|---|---|

**Claire Oconnor**
**2910 W Rascher Ave**
**Chicago, IL 60625**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 0 | |  $50.00 |
|---|---|---|

**Clara V**
**2816 Hartford Court**
**San Diego, CA 92117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 1 | | $293.00 |
|---|---|---|

**Clare Frank**
**285 School House Drive (Attn 822)**
**Genoa, NV 89411**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 2 | | $25,916.00 |
|---|---|---|

**Clare Gridley**
**18 Lyndeborough Rd**
**Amherst, NH 03031**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 3 | | $27.00 |
|---|---|---|

**Clare Wiedmayer**
**21 E Atlantic Blvd # 1**
**Ocean City, NJ 08226**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 4 | | $90.00 |
|---|---|---|

**Clarence Philpot**
**5824 W Montrose Ave Apt B**
**Chicago, IL 60634**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 5 | | $30.00 |
|---|---|---|

**Clarence Philpot**
**5824 W Montrose Ave Apt B**
**Chicago, IL 60634**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*    _____

---

| 3.375 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Clarence Philpot**
**5824 W Montrose Ave Apt B**
**Chicago, IL 60634**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

| 3.375 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Clark Lohmiller**
**1373 49th Ave NE**
**Saint Petersburg, FL 33703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$140.00**

---

| 3.375 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Clark P**
**3 Baer Ct**
**Morristown, NJ 07960**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$23.00**

---

| 3.375 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Clark S**
**415 Toledo Way N**
**St Petersburg, FL 33704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$8.00**

---

| 3.376 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Clark S**
**5253 Lampson Ave**
**Garden Grove, CA 92845**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

| 3.376 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Claudia Abad**
**5840 Lakeshore Dr Apt 323**
**Fort Lauderdale, FL 33312**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.376 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Claudia Carlin**
**1612 Frenchs Ave**
**Essex, MD 21221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Name                              Case number *(if known)* _____

---

**3.376 3**

**Nonpriority creditor's name and mailing address**
**Claudia Daisley**
**3001 Franklin Rd**
**Arlington, VA 22201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$880.00**

---

**3.376 4**

**Nonpriority creditor's name and mailing address**
**Claudia Kalaola**
**146 Kauiki Street**
**Hana, HI 96713**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$698.00**

---

**3.376 5**

**Nonpriority creditor's name and mailing address**
**Claudia L**
**401 Harrison St**
**Apt 4a**
**San Francisco, CA 94105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$27.00**

---

**3.376 6**

**Nonpriority creditor's name and mailing address**
**Claudia Miller**
**3909 Shawnee Drive**
**Modesto, CA 95356**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$954.00**

---

**3.376 7**

**Nonpriority creditor's name and mailing address**
**Claudia Rands**
**15941 NEIsons Ct**
**Fort Myers, FL 33908**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$214.00**

---

**3.376 8**

**Nonpriority creditor's name and mailing address**
**Claudia S**
**234 Desoto Pl**
**Cliffside Park, NJ 07010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

**3.376 9**

**Nonpriority creditor's name and mailing address**
**Claudia S**
**5624 Hawkesbury Drive**
**Colorado Springs, CO 80911**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$75.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*   _____

| 3.377 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $78.00 |

**Claudia Woerheidechakravorty**
**33 N.Lasalle Street**
**2210**
**Chicago, IL 60602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $35.00 |

**Claudia Wu**
**388 Bridge St Apt 7a**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $50.00 |

**Claudio S**
**5622 Cross Pond**
**San Antonio, TX 78249**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customers - Deferred Credit__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $24.00 |

**Claus Rentel**
**6828 Elaine Way**
**San Diego, CA 92120**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $45.00 |

**Clay B**
**311 N. Bayshore Drive**
**Safety Harbor, FL 34695**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customers - Deferred Credit__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $85.00 |

**Clay Hals**
**2693 Winding Ln NE**
**Brookhaven, GA 30319**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $30.00 |

**Clay Ihlo**
**165 County Road 1004**
**Center, TX 75935**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.377 7**

**Nonpriority creditor's name and mailing address**
**Clay P**
**1 Bradbury Place**
**Riverside, CT 06878**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ☐ No ☐ Yes

$4,896.00

---

**3.377 8**

**Nonpriority creditor's name and mailing address**
**Clay Pecorin**
**1 Bradbury Place**
**Riverside, CT 06878**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ☐ No ☐ Yes

$6,720.00

---

**3.377 9**

**Nonpriority creditor's name and mailing address**
**Clay White**
**3387 Norwood Road**
**Shaker Heights, OH 44122**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ☐ No ☐ Yes

$1,036.00

---

**3.378 0**

**Nonpriority creditor's name and mailing address**
**Clayton C**
**196 Gardiners Bay Dr**
**Ponte Vedra, FL 32081**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ☐ No ☐ Yes

$5.00

---

**3.378 1**

**Nonpriority creditor's name and mailing address**
**Clayton Campbell**
**196 Gardiners Bay Dr**
**Ponte Vedra, FL 32081**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ☐ No ☐ Yes

$1,213.00

---

**3.378 2**

**Nonpriority creditor's name and mailing address**
**Clayton G**
**3329 Citation Dr**
**Dallas, TX 75229**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ☐ No ☐ Yes

$361.00

---

**3.378 3**

**Nonpriority creditor's name and mailing address**
**Clayton Goff**
**3329 Citation Dr**
**Dallas, TX 75229**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ☐ No ☐ Yes

$23.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
Name

| | |
|---|---|
| **3.378<br>4** | **Nonpriority creditor's name and mailing address** |

**Clayton N**
**756 Plantation Way**
**Gallatin, TN 37066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

$10.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.378<br>5** | **Nonpriority creditor's name and mailing address** |

**Clayton Sauer**
**104 Bay Ave**
**Greenport, NY 11944**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

$261.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.378<br>6** | **Nonpriority creditor's name and mailing address** |

**Clayton Schupp**
**3149 Lewiston Ave**
**Berkeley, CA 94705**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

$37,065.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.378<br>7** | **Nonpriority creditor's name and mailing address** |

**Clayton Young**
**6114 Campana Ln**
**Charlotte, NC 28210**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

$217.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.378<br>8** | **Nonpriority creditor's name and mailing address** |

**Clement G**
**2918 Emerald Brook Ln**
**Pearland, TX 77584**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

$39.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.378<br>9** | **Nonpriority creditor's name and mailing address** |

**Cleo Valeroso**
**693 Arbutus Ave**
**Sunnyvale, CA 94086**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

$168.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.379<br>0** | **Nonpriority creditor's name and mailing address** |

**Cletus B**
**9958 Devonshire Dr**
**Omaha, NE 68114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

$10.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                     Case number *(if known)*  _____
_____
Name

| 3.379 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21.00** |

**3.379 1**

**Nonpriority creditor's name and mailing address**

**Cliff C**
**4821 Prytania St**
**New Orleans, LA 70115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$21.00**

---

**3.379 2**

**Nonpriority creditor's name and mailing address**

**Cliff Cranford**
**4821 Prytania St**
**New Orleans, LA 70115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

**3.379 3**

**Nonpriority creditor's name and mailing address**

**Cliff D**
**213 Rue Jonathan**
**Slidell, LA 70461**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

**3.379 4**

**Nonpriority creditor's name and mailing address**

**Cliff Gilmore**
**46 Witmer Dr**
**Chesterfield, MO 63017**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$340.00**

---

**3.379 5**

**Nonpriority creditor's name and mailing address**

**Cliff Israel**
**3252 Alton Rd**
**Atlanta, GA 30341**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$294.00**

---

**3.379 6**

**Nonpriority creditor's name and mailing address**

**Cliff Jaquess**
**17712 Se 115th Ct**
**Summerfield, FL 34491**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$352.00**

---

**3.379 7**

**Nonpriority creditor's name and mailing address**

**Cliff Kosick**
**2501 Parliament Drive**
**Abingdon, MD 21009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$152.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.3798 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cliff Kosick**
**2501 Parliament Drive**
**Abingdon, MD 21009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$19.00

---

| 3.3799 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cliff Liang**
**238 Eastmarket St.**
**Daly City, CA 94014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$140.00

---

| 3.3800 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cliff Marks**
**1672 Smiley Heights Dr**
**Redlands, CA 92373**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$19.00

---

| 3.3801 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cliff Q**
**59 S Woodridge Dr**
**Warrington, PA 18976**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

| 3.3802 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cliff Quedenfeld**
**59 S Woodridge Dr**
**Warrington, PA 18976**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$400.00

---

| 3.3803 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cliff Unger**
**1074 Kearney St**
**Denver, CO 80220**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$96.00

---

| 3.3804 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cliff Watts**
**27 Musconetcong River Rd**
**Hampton, NJ 08827**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$57.00

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 3.380 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$487.00** |
|---|---|---|---|

**Cliff Whigham**
**101 Calvi Court**
**Bellaire, TX 77401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00** |
|---|---|---|---|

**Clifford B 9405**
**143 Clear Lake Rd**
**Prosperity, SC 29127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$274.00** |
|---|---|---|---|

**Clifford Blanchard**
**625 Desoto Dr**
**La Place, LA 70068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Clifford F**
**32 Saint Joseph Ave**
**Long Beach, CA 90803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$115.75** |
|---|---|---|---|

**Clifford F 555**
**39 Selkirk St**
**Staten Island, NY 10309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$865.00** |
|---|---|---|---|

**Clifford Ferrara**
**1132 August Drive**
**Annapolis, MD 21403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$63.00** |
|---|---|---|---|

**Clifford Manosh**
**257 Cady Hill Rd**
**Stowe, VT 05672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| 3.381 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,692.00** |

**Clifford Nastas**
**38 E 1st St**
**Fedx Office**
**Hinsdale, IL 60521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |

**Clint Barrett**
**18380 Congressional Cir**
**Ruther Glen, VA 22546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,020.00** |

**Clint Haynes**
**2630 W 1st St**
**Washougal, WA 98671**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$443.00** |

**Clint Melville**
**14200 Livesay Rd**
**Oregon City, OR 97045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31.00** |

**Clint Mitchell**
**9805 River Rd**
**Henrico, VA 23238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$410.00** |

**Clint Noyes**
**11718 Wagner Rd**
**Monroe, WA 98272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$87.00** |

**Clinton Dugan**
**5310 Harris Circle**
**Dunwoody, GA 30338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)*   _____

Name

---

| 3.381 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Clinton K**
**316-A Kuliouou Rd**
**Honolulu, HI 96821**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| 3.382 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Clintond M**
**119-A South Main St**
**Norwood, NC 28128**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

| 3.382 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Clive P**
**705 Sequoia Lane**
**Templeton, CA 93465**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$18.90**

---

| 3.382 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Clyde Eltzroth**
**162-21 Powells Cove Blvd**
**Apt 2d**
**Beechhurst, NY 11357**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,623.00**

---

| 3.382 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Clyde Jean**
**12064 Haley Ln**
**Hampton, GA 30228**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$229.00**

---

| 3.382 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Clydie Williams**
**1331 W Double Eagle Ct**
**Hernando, FL 34442**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$457.00**

---

| 3.382 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cobaltblue**
**1617 Redmond Dr**
**Rocklin, CA 95765**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.382 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Coco J**
**10047 Allenwood Way**
**Santee, CA 92071**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$38.00**

---

| 3.382 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Coco Jordan**
**10047 Allenwood Way**
**Santee, CA 92071**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,025.00**

---

| 3.382 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Cody Anderson**
**859 Mccullough Ave Apt 211**
**Orlando, FL 32803**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$247.00**

---

| 3.382 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Cody B**
**7243 N Buck Ridge Dr**
**Williams, AZ 86046**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$31.00**

---

| 3.383 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Cody Barnes**
**1508 NE 43rd Ln**
**Cape Coral, FL 33909**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$645.00**

---

| 3.383 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Cody C**
**3550 Lenox Rd Ne Ste 2700**
**Atlanta, GA 30326**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$29.60**

---

| 3.383 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Cody C**
**4917 Genesis Ave**
**Holiday, FL 34690**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.383 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Cody Caffery**
**53442 Via Dona**
**La Quinta, CA 92253**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$92.00

---

| | | |
|---|---|---|
| 3.383 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Cody Collins**
**3550 Lenox Rd NE Ste 2700**
**Atlanta, GA 30326**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$454.00

---

| | | |
|---|---|---|
| 3.383 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Cody Fielding**
**10715 Blue Bay Drive**
**Frisco, TX 75035**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$155.00

---

| | | |
|---|---|---|
| 3.383 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Cody Hanson**
**4349 Kiowa Trl**
**Green Bay, WI 54313**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$46.00

---

| | | |
|---|---|---|
| 3.383 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Cody Haven**
**23016 Gainford St**
**Woodland Hills, CA 91364**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$907.00

---

| | | |
|---|---|---|
| 3.383 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Cody Hendrix**
**3545 Saint Johns Bluff Rd S Ste 1**
**Jacksonville, FL 32224**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$408.00

---

| | | |
|---|---|---|
| 3.383 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Cody Kneipp**
**3617 Crescent Dr**
**Fort Collins, CO 80526**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$275.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

**3.3840**

**Nonpriority creditor's name and mailing address**
**Cody Kneipp**
**3617 Crescent Dr**
**Fort Collins, CO 80526**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$335.04

---

**3.3841**

**Nonpriority creditor's name and mailing address**
**Cody Petry**
**13504 Citicards Way Unit 2316**
**Jacksonville, FL 32258**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$307.00

---

**3.3842**

**Nonpriority creditor's name and mailing address**
**Colburn Watkins**
**163 Caledonia Dr**
**Easley, SC 29642**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3843**

**Nonpriority creditor's name and mailing address**
**Colburn Watkins**
**163 Caledonia Dr**
**Easley, SC 29642**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.3844**

**Nonpriority creditor's name and mailing address**
**Colby F**
**7 Dane St Unit A**
**Somerville, MA 02143**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$62.40

---

**3.3845**

**Nonpriority creditor's name and mailing address**
**Colby Fees**
**7 Dane St Unit A**
**Somerville, MA 02143**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$96.00

---

**3.3846**

**Nonpriority creditor's name and mailing address**
**Colby Maryann**
**4004 Cobblestone Ln**
**Carmichael, CA 95608**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$33.00

---

Debtor    **Phoeno Wine Company, Inc.**

_____
Name

Case number (*if known*)    _____

---

| 3.384 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |

**Cole Banner**
**3426 Yale St # Lsf259**
**Houston, TX 77018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? �■ No ☐ Yes

---

| 3.384 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Cole Emerson**
**1717 Alicante Drive**
**Roseville, CA 95747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? �■ No ☐ Yes

---

| 3.384 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$230.00** |

**Cole Flinn**
**81 Olympic Dr NW**
**Shoreline, WA 98177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? �■ No ☐ Yes

---

| 3.385 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$595.00** |

**Cole Johnson**
**4630 Sperryville Pike**
**Woodville, VA 22749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☛ No ☐ Yes

---

| 3.385 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |

**Cole N**
**2006 Grafton Shop Rd.**
**Forest Hill, MD 21050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ☛ No ☐ Yes

---

| 3.385 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$203.00** |

**Cole Roberge**
**434 W Norfolk Ave**
**Norfolk, NE 68701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☛ No ☐ Yes

---

| 3.385 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$132.00** |

**Cole Smith**
**2223 Wilder St**
**Philadelphia, PA 19146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☛ No ☐ Yes

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_    _____
Name

---

| 3.385 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$7.00** |
| **Cole T**<br>**2240 Stanley Hills Dr**<br>**Los Angeles, CA 90046** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.385 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$435.00** |
| **Colette Aitken**<br>**1430 Buttermilk Ln**<br>**Sunny Brae Middle School**<br>**Arcata, CA 95521** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.385 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$14.08** |
| **Colette S**<br>**6712 Royer**<br>**West Hills, CA 91307** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.385 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$15.00** |
| **Colin Britton**<br>**33 Rounds Road**<br>**Breckenridge, CO 80424** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.385 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$108.00** |
| **Colin Cross**<br>**2115 Curtis Dr**<br>**Vista, CA 92084** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.385 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$3.00** |
| **Colin E**<br>**3770 Olympia Dr**<br>**Houston, TX 77019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.386 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$5,140.00** |
| **Colin Elliott**<br>**3770 Olympia Dr**<br>**Houston, TX 77019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

**3.386**
**1**

**Nonpriority creditor's name and mailing address**

**Colin Gibbens**
**20 Dudley Ave**
**Venice, CA 90291**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$438.00**

---

**3.386**
**2**

**Nonpriority creditor's name and mailing address**

**Colin Goodwin**
**136 Cherry Valley Ave**
**West Hempstead, NY 11552**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$490.00**

---

**3.386**
**3**

**Nonpriority creditor's name and mailing address**

**Colin Hartman**
**1020 Wagon Trail Dr**
**Little Elm, TX 75068**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,146.00**

---

**3.386**
**4**

**Nonpriority creditor's name and mailing address**

**Colin Heath**
**8 Goldtrail Dr**
**Saint Charles, MO 63301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$225.00**

---

**3.386**
**5**

**Nonpriority creditor's name and mailing address**

**Colin J**
**`15435 W Adriatic Dr**
**Lakewood, CO 80228**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

**3.386**
**6**

**Nonpriority creditor's name and mailing address**

**Colin K**
**1947 W 52nd St**
**Cleveland, OH 44102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$30.00**

---

**3.386**
**7**

**Nonpriority creditor's name and mailing address**

**Colin Kendig**
**1947 W 52nd St**
**Cleveland, OH 44102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$300.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.386 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $29.00 |

**Colin Linden**
**718 Thompson Ln Ste 108**
**Nashville, TN 37204**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $35.00 |

**Colin Mellars**
**11370 N Moon Ranch Pl**
**Marana, AZ 85658**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10.01 |

**Colin Poindexter**
**1090 Carolan Ave**
**Apt 205**
**Burlingame, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $763.00 |

**Colin Tozer**
**9447 Sw 71st Loop**
**Ocala, FL 34481**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5.00 |

**Colinake**
**75 5th Street Nw**
**Suite 300**
**Atlanta, GA 30308**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |

**Colinjames O**
**3109 Christian Ave**
**Wausau, WI 54401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $202.00 |

**Colinjames Ott**
**3109 Christian Ave**
**Wausau, WI 54401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.387 5**

**Nonpriority creditor's name and mailing address**

**Colleen B**
**2650 Jones Rd**
**#10**
**Walnut Creek, CA 94597**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.387 6**

**Nonpriority creditor's name and mailing address**

**Colleen Bazdarich**
**1311 S Center St**
**Redlands, CA 92373**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,368.00

---

**3.387 7**

**Nonpriority creditor's name and mailing address**

**Colleen Bazdarich**
**1311 S Center St**
**Redlands, CA 92373**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$12.00

---

**3.387 8**

**Nonpriority creditor's name and mailing address**

**Colleen Degenhardt**
**568 75th St**
**Niagra Falls, NY 14304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.387 9**

**Nonpriority creditor's name and mailing address**

**Colleen Dever**
**236 NE 28th St Apt 1**
**Miami, FL 33137**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$350.00

---

**3.388 0**

**Nonpriority creditor's name and mailing address**

**Colleen Johnson**
**4429 Nature Dr**
**Fort Worth, TX 76244**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$173.00

---

**3.388 1**

**Nonpriority creditor's name and mailing address**

**Colleen K**
**70 Sklar St**
**Apt 910**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$13.00

---

Debtor    **Phoeno Wine Company, Inc.**                                         Case number (if known) _____
_____
Name

| 3.388 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$236.00** |
|---|---|---|---|

**Colleen Kelty**
**242 N York St**
**The UPS Store**
**Elmhurst, IL 60126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$378.00** |
|---|---|---|---|

**Colleen Kelty**
**242 N York St**
**The Ups Store**
**Elmhurst, IL 60126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40.00** |
|---|---|---|---|

**Colleen Leblanc**
**8234 Autumn Acres Dr.**
**Rockford, MI 49341**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4.00** |
|---|---|---|---|

**Colleen R**
**6690 Hammersmith Dr**
**East Syracuse, NY 13057**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,787.00** |
|---|---|---|---|

**Colleen R**
**7637 Adair Rd**
**Casco, MI 48064**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14.00** |
|---|---|---|---|

**Colleen Rowback**
**12 Oak Lane**
**Gloversville, NY 12078**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Colleen S**
**135 Fairmount Road**
**Ridgewood, NJ 07450**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.3889**

**Nonpriority creditor's name and mailing address**

**Colleen Sabiel**
**718 Horseshoe Trl**
**Franklin Lakes, NJ 07417**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$466.00**

---

**3.3890**

**Nonpriority creditor's name and mailing address**

**Colleen Vanepps**
**576 Hunters Point Road**
**Neenah, WI 54956**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$96.00**

---

**3.3891**

**Nonpriority creditor's name and mailing address**

**Colleen Wilson**
**3023 Berkeley Ave Apt 5**
**Los Angeles, CA 90026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$374.00**

---

**3.3892**

**Nonpriority creditor's name and mailing address**

**Colleen Zester**
**8 Eliot Road**
**Manalapan Township, NJ 07726**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$114.00**

---

**3.3893**

**Nonpriority creditor's name and mailing address**

**Collin Ashworth**
**824 Springbrook Dr**
**Fort Worth, TX 76107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$465.00**

---

**3.3894**

**Nonpriority creditor's name and mailing address**

**Collin Stanley**
**814 Divisadero St**
**San Francisco, CA 94117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.3895**

**Nonpriority creditor's name and mailing address**

**Collin Trollinger**
**137 S State Road 7 Ste 305**
**Royal Palm Beach, FL 33414**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$210.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.3896**

**Nonpriority creditor's name and mailing address**

**Collin W**
**1925 E Belt Line Rd # 548**
**Carrollton, TX 75006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.3897**

**Nonpriority creditor's name and mailing address**

**Collin Wong**
**155 La Espiral Road**
**Orinda, CA 94563**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.3898**

**Nonpriority creditor's name and mailing address**

**Collins Bret**
**3818 E Sunstream Way**
**Phoenix, AZ 85032**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$137.00**

---

**3.3899**

**Nonpriority creditor's name and mailing address**

**Collyn Tucker**
**501 County Road 2300**
**Sulphur Springs, TX 75482**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3900**

**Nonpriority creditor's name and mailing address**

**Conchita Newman**
**10274 Kalua Dr**
**Shadow Hills, CA 91040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$498.00**

---

**3.3901**

**Nonpriority creditor's name and mailing address**

**Congyi Fan**
**1188 Mission St Apt 1610**
**San Francisco, CA 94103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$220.00**

---

**3.3902**

**Nonpriority creditor's name and mailing address**

**Connell Cruise**
**1218 Rachel Anne Dr**
**Belmont, NC 28012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.390 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$114.00** |

**Conner Burton**
**527 Highlander Dr NE**
**Rockford, MI 49341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13.00** |

**Connie B**
**113 Meadow Ridge Dr Apt B**
**Bloomington, IL 61704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18.00** |

**Connie B**
**829 Boulder Dr**
**San Jose, CA 95132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |

**Connie Bates**
**829 Boulder Dr**
**San Jose, CA 95132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$577.86** |

**Connie C 13433140**
**803 Ninth Ave Apt 5s**
**New York City, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$424.00** |

**Connie Diekema**
**699 Walnut St Ste 1700**
**Des Moines, IA 50309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$82.81** |

**Connie Gruning**
**1704 Panorama Rd**
**Vista, CA 92083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.391 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$160.00** |

**Connie Ryan**
**13481 Causeway Palms Cv**
**Fort Myers, FL 33908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$232.00** |

**Connie Schmidt**
**4312 Tall Knight Ln**
**Carrollton, TX 75010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$194.00** |

**Connie Straw**
**625 Yellowstone Ave**
**UPS Access Point-Advance Auto Parts Stor**
**Pocatello, ID 83201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$47.00** |

**Connie Whitten**
**11781 Augusta Road**
**Honea Path, SC 29654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$437.00** |

**Connie Wilhelm**
**18090 Demersville Wagon Rd**
**Lakeside, MT 59922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40.00** |

**Connie Wilhelm**
**18090 Demersville Wagon Rd**
**Lakeside, MT 59922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$39.00** |

**Connor Drinan**
**623 E Mayfair Rd**
**Arlington Heights, IL 60005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.391 7**

**Nonpriority creditor's name and mailing address**
**Connor K**
**412 W 22nd St Apt 1f**
**New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$36.00

---

**3.391 8**

**Nonpriority creditor's name and mailing address**
**Connor Kohlenberg**
**412 W 22nd St Apt 1f**
**New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,891.00

---

**3.391 9**

**Nonpriority creditor's name and mailing address**
**Connor Lynch**
**417 Hicks St Apt 4c**
**Brooklyn, NY 11201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,276.00

---

**3.392 0**

**Nonpriority creditor's name and mailing address**
**Connor T**
**308 Windsor Ave**
**Brightwaters, NY 11718**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

**3.392 1**

**Nonpriority creditor's name and mailing address**
**Conor D**
**801 West 5th Street**
**1906**
**Austin, TX 78703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$18.00

---

**3.392 2**

**Nonpriority creditor's name and mailing address**
**Conor Drake**
**801 West 5th Street**
**1906**
**Austin, TX 78703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$18,260.00

---

**3.392 3**

**Nonpriority creditor's name and mailing address**
**Conor Drake**
**801 West 5th Street**
**Apt 1906**
**Austin, TX 78703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$3,299.00

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.392 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Conor Mcevily**
**2 Pierrepont St Apt 903b**
**Brooklyn, NY 11201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

| 3.392 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Conor Mcguinness**
**126 Harwicke Rd**
**Springfield, PA 19064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$460.00**

---

| 3.392 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Conor Mulcahy**
**1214 S Lincoln St**
**Ottawa, KS 66067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$8,855.00**

---

| 3.392 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Conrad Cooper**
**4250 Fairway Blvd**
**View Park, CA 90043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,984.00**

---

| 3.392 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Conrad Lopez**
**743 Melinda Ave**
**Porterville, CA 93257**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$56.00**

---

| 3.392 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Constance Wong**
**2469 Westchester Ct**
**South San Francisco, CA 94080**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$60.00**

---

| 3.393 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Constance Wressell**
**1334 W 111th Street**
**Cleveland, OH 44102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$10.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____     Case number _(if known)_ _____
Name

| 3.393 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,709.00** |
|---|---|---|---|

**Cookie Serrano**
**800 The Mark Ln Unit 706**
**San Diego, CA 92101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$3.00** |
|---|---|---|---|

**Cooper C**
**1 Canal St, Unit 921**
**Boston, MA 02114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$21.00** |
|---|---|---|---|

**Cooper Moyer**
**190 S Clinton St**
**Doylestown, PA 18901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$42.00** |
|---|---|---|---|

**Cooper Quillian**
**262 Knollglen**
**Irvine, CA 92671**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$4,593.00** |
|---|---|---|---|

**Cooper Schraudenbach**
**506 Graham Dr Ste 150**
**Tomball, TX 77375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$798.00** |
|---|---|---|---|

**Cooper Stainbrook**
**1101 E Bayaud Ave Apt E1912**
**Denver, CO 80209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$12.61** |
|---|---|---|---|

**Corby P**
**261 Cameron Ave**
**Santa Maria, CA 93455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

| 3.393 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,490.00** |

**Cord King**
**3200 Gulf Blvd**
**Unit 306**
**St Pete Beach, FL 33706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$208.00** |

**Cord Peck**
**5110 NE 142nd Ave**
**Vancouver, WA 98682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,926.00** |

**Corey Bobak**
**3247 Rockbridge Rd**
**Avondale Estates, GA 30002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |

**Corey C**
**3102 Breezy Pines Ct**
**Kingwood, TX 77339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Customers - Deferred Credit_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$739.00** |

**Corey Clifford**
**503 W 31st St**
**Houston, TX 77018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$502.00** |

**Corey Conners**
**3403 E Mallory Blvd**
**Jupiter, FL 33458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2.68** |

**Corey F**
**14394 Old Wood Road**
**Saratoga, CA 95070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Customers - Deferred Credit_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.394 5**

**Nonpriority creditor's name and mailing address**

**Corey F**
**8452 Fountain Ave**
**Apt 3**
**West Hollywood, CA 90069**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$22.05

---

**3.394 6**

**Nonpriority creditor's name and mailing address**

**Corey Fugman**
**14394 Old Wood Road**
**Saratoga, CA 95070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$325.00

---

**3.394 7**

**Nonpriority creditor's name and mailing address**

**Corey H**
**1922 E Inverness Ave**
**Mesa, AZ 85204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

**3.394 8**

**Nonpriority creditor's name and mailing address**

**Corey Haag**
**1922 E Inverness Ave**
**Mesa, AZ 85204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$462.00

---

**3.394 9**

**Nonpriority creditor's name and mailing address**

**Corey Hill**
**11 S Green St Unit 1105**
**Chicago, IL 60607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,226.00

---

**3.395 0**

**Nonpriority creditor's name and mailing address**

**Corey Innes**
**2350 Sawmill Place Blvd Apt 260**
**Columbus, OH 43235**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$140.00

---

**3.395 1**

**Nonpriority creditor's name and mailing address**

**Corey J**
**4502 Georgetown Place**
**Stockton, CA 95207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                                    Case number (if known) _____

---

| 3.395 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$408.00** |
|---|---|---|---|

**Corey Kilburn**
**1100 Louisiana St Ste 1600**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7.00** |
|---|---|---|---|

**Corey L**
**210 Old Ranch Dr**
**Goleta, CA 93117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$107.00** |
|---|---|---|---|

**Corey Priest**
**10105 Wenonga Ln**
**Leawood, KS 66206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30.00** |
|---|---|---|---|

**Corey S**
**35 Dale Ave**
**Leominster, MA 01453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,350.00** |
|---|---|---|---|

**Corey Scrupps**
**253 Merrimac St**
**Newburyport, MA 01950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$515.00** |
|---|---|---|---|

**Corey Shosey**
**35 Dale Ave**
**Leominster, MA 01453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19.24** |
|---|---|---|---|

**Corey W**
**885 Tranquilo Calle**
**Santa Rosa, CA 95409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____     Case number (if known) _____
Name

---

| 3.395 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Corinne Spurrier**
**409 Goldenrod Avenue**
**Apt. A**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$119.00**

---

| 3.396 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cormac L**
**J10 Shirley Lane**
**Lawrence Township, NJ 08648**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.396 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cornelius Bennett**
**818 S 7th Ave**
**Hollywood, FL 33019**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

| 3.396 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Corrie D**
**4117 Crescent St Apt 6f**
**Long Island City, NY 11101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$42.00**

---

| 3.396 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Corrie Davidson**
**4117 Crescent St Apt 6f**
**Long Island City, NY 11101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,449.00**

---

| 3.396 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Corrine Mckeever**
**221 Oak Ave**
**River Vale, NJ 07675**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$74.00**

---

| 3.396 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cortney Taylor**
**325 Front St # 870**
**Evanston, WY 82930**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$9,690.00**

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.396 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$485.00** |

**Cortni Sweeney**
**342 E High Point Rd**
**Peoria, IL 61614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$519.00** |

**Cory Baker**
**13929 Putnam St**
**Whittier, CA 90605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$50.00** |

**Cory C**
**8076 Inca Road**
**Larkspur, CO 80118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$360.00** |

**Cory Castro**
**578 Baretta Loop**
**Mustang Ridge, TX 78610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$513.00** |

**Cory Dishman**
**2422 Quartsite Dr**
**Camarillo, CA 93012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$556.00** |

**Cory Greeno**
**1650 Tiverton Ave**
**None**
**Broomfield, CO 80023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$30.00** |

**Cory L**
**7382 Highway 108 E**
**Mill Spring, NC 28756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name                                                   Case number (if known) _____

| 3.397 3 | **Nonpriority creditor's name and mailing address** **Cory Odell** **911 Goldenbelt Blvd** **Junction City, KS 66441** | **As of the petition filing date, the claim is:** Check all that apply. | **$17.00** |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 4 | **Nonpriority creditor's name and mailing address** **Cory Sager** **51 Brecken Ct** **Bozeman, MT 59718** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,454.00** |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 5 | **Nonpriority creditor's name and mailing address** **Cory T** **4323 Fairmount Park Dr** **Bakersfield, CA 93312** | **As of the petition filing date, the claim is:** Check all that apply. | **$15.00** |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 6 | **Nonpriority creditor's name and mailing address** **Cory T** **857 E. Bennett Ave,** **Glendora, CA 91741** | **As of the petition filing date, the claim is:** Check all that apply. | **$9.76** |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 7 | **Nonpriority creditor's name and mailing address** **Cory Vanarsdel** **13603 Pegasus Rd.** **Cypress, TX 77429** | **As of the petition filing date, the claim is:** Check all that apply. | **$221.00** |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 8 | **Nonpriority creditor's name and mailing address** **Costanza Tedesco** **22693 St. Louis Rd** **Middleburg, VA 20117** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 9 | **Nonpriority creditor's name and mailing address** **Court B** **2191 Firethorn Glen** **Escondido, CA 92027** | **As of the petition filing date, the claim is:** Check all that apply. | **$262.08** |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.398 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$376.00** |
|---|---|---|---|

**Courtney Abraham**
**37 Appian Cir**
**Simpsonville, SC 29681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$569.00** |
|---|---|---|---|

**Courtney Borovskis**
**10 Mckinley Dr**
**Rockaway, NJ 07866**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$70.00** |
|---|---|---|---|

**Courtney Boyette**
**1168 Harp St**
**Raleigh, NC 27604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$712.00** |
|---|---|---|---|

**Courtney Brooks**
**6700 Paradise Rd Ste E**
**Las Vegas, NV 89119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Courtney Burns**
**3 Packard Ln**
**Chelmsford, MA 01824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,429.00** |
|---|---|---|---|

**Courtney Celeste**
**7029 Glacier Dr**
**Hudsonville, MI 49426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$206.00** |
|---|---|---|---|

**Courtney Chelebian**
**261 Siesta Ave**
**Thousand Oaks, CA 91360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
　　　　Name

| | | |
|---|---|---|
| 3.398<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$143.00** |

**Courtney Clements**
**15056 County Road 173 N**
**Kilgore, TX 75662**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28.00** |

**Courtney Collier**
**21260 E Fort Bowie Dr**
**Walnut, CA 91789**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$252.00** |

**Courtney Crawford**
**3131 Saddlebrook**
**Findlay, OH 45840**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |

**Courtney D**
**51 Talmadge Ave**
**Metuchen, NJ 08840**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customers - Deferred Credit__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |

**Courtney D**
**964 Old School House Rd**
**Blairstown, NJ 07825**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customers - Deferred Credit__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$172.00** |

**Courtney Delaney**
**964 Old School House Rd**
**Blairstown, NJ 07825**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,391.00** |

**Courtney Delia**
**51 Talmadge Ave**
**Metuchen, NJ 08840**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.399 4**

**Nonpriority creditor's name and mailing address**

**Courtney F**
**303 N 64th St**
**Seattle, WA 98103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

**3.399 5**

**Nonpriority creditor's name and mailing address**

**Courtney G**
**5325 Valburn Circle**
**Austin, TX 78731**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

**3.399 6**

**Nonpriority creditor's name and mailing address**

**Courtney Graeber**
**5325 Valburn Circle**
**Austin, TX 78731**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$294.00

---

**3.399 7**

**Nonpriority creditor's name and mailing address**

**Courtney Hill**
**16 Mystic Ln**
**Clifton Park, NY 12065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$474.00

---

**3.399 8**

**Nonpriority creditor's name and mailing address**

**Courtney Hill**
**2612 Oak Ave**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$612.00

---

**3.399 9**

**Nonpriority creditor's name and mailing address**

**Courtney Himes**
**317 Ivy Ln**
**Coatesville, PA 19320**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$33.00

---

**3.400 0**

**Nonpriority creditor's name and mailing address**

**Courtney L**
**135 W 120th St**
**Nyc, NY 10027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$35.00

---

Debtor   **Phoeno Wine Company, Inc.**

Case number *(if known)* _____
_____
Name

| | |
|---|---|
| 3.400<br>1 | **Nonpriority creditor's name and mailing address** |

**$783.00**

**Nonpriority creditor's name and mailing address**
**Courtney Lee-Mitchell**
**135 W 120th St**
**Nyc, NY 10027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

3.400
2

**$778.00**

**Nonpriority creditor's name and mailing address**
**Courtney Levin**
**791 Benchmark**
**Irvine, CA 92618**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

3.400
3

**$17.00**

**Nonpriority creditor's name and mailing address**
**Courtney M**
**2917 Glenarden Dr**
**Charleston, SC 29414**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

3.400
4

**$1,174.00**

**Nonpriority creditor's name and mailing address**
**Courtney Mcnulty**
**2917 Glenarden Dr**
**Charleston, SC 29414**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

3.400
5

**$29.00**

**Nonpriority creditor's name and mailing address**
**Courtney Peterson**
**25891 E 5th Pl**
**Aurora, CO 80018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

3.400
6

**$20.00**

**Nonpriority creditor's name and mailing address**
**Courtney Rodgers**
**1158 Wheaton Dr**
**Bethlehem, PA 18017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

3.400
7

**$50.00**

**Nonpriority creditor's name and mailing address**
**Courtney T**
**3901 Ingersoll Ave**
**Des Moines, IA 50312**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor      **Phoeno Wine Company, Inc.**
            _____      Case number _(if known)_    _____
            Name

| | | |
|---|---|---|
| 3.400 8 | **Nonpriority creditor's name and mailing address** | **$24.00** |

**Nonpriority creditor's name and mailing address**
**Courtney Whiteside**
**220 Norwood Ave**
**Lwr**
**Buffalo, NY 14222**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$24.00**

---

| 3.400 9 |

**Nonpriority creditor's name and mailing address**
**Craig Atkinson**
**901 Bloomfield St**
**Apt 1**
**Hoboken, NJ 07030**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

| 3.401 0 |

**Nonpriority creditor's name and mailing address**
**Craig B**
**1005 Wyomissing Blvd**
**Wyomissing, PA 19610**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$38.00**

---

| 3.401 1 |

**Nonpriority creditor's name and mailing address**
**Craig B**
**5563 Wingwood Court**
**Minnetonka, MN 55345**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.401 2 |

**Nonpriority creditor's name and mailing address**
**Craig B**
**874 Burr Ave**
**Winnetka, IL 60093**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$9.00**

---

| 3.401 3 |

**Nonpriority creditor's name and mailing address**
**Craig Bannon**
**1632 Churchill Rd**
**Harrisburg, PA 17111**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

| 3.401 4 |

**Nonpriority creditor's name and mailing address**
**Craig Beach**
**1005 Wyomissing Blvd**
**Wyomissing, PA 19610**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.401 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |

**Craig Beason**
**5563 Wingwood Court**
**Minnetonka, MN 55345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55.00 |

**Craig Berg**
**216 Condor Way**
**Clayton, CA 94517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,468.00 |

**Craig Berkowitz**
**874 Burr Ave**
**Winnetka, IL 60093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102.00 |

**Craig Bowman**
**1936 1st Street, Nw**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.00 |

**Craig C**
**10141 Old Ranch Cir**
**Villa Park, CA 92861**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.00 |

**Craig C**
**904 Eventide Dr**
**San Antonio, TX 78209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Craig Clement**
**904 Eventide Dr**
**San Antonio, TX 78209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____     Case number *(if known)* _____
Name

| 3.402 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$561.00** |
|---|---|---|---|

**Craig Cole**
**763 Autumn Valley Dr**
**O Fallon, MO 63366**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30.00** |
|---|---|---|---|

**Craig D**
**1 Castle Hill Way**
**Stuart, FL 34996**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$336.00** |
|---|---|---|---|

**Craig Dallas**
**1 Castle Hill Way**
**Stuart, FL 34996**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,437.00** |
|---|---|---|---|

**Craig Gorsline**
**1017 Commodore Pl**
**Mount Juliet, TN 37122**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,882.00** |
|---|---|---|---|

**Craig Grossman**
**10 Union Ave Apt 417**
**Bala Cynwyd, PA 19004**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$589.00** |
|---|---|---|---|

**Craig Gustafson**
**45985 Goodpasture Rd**
**Vida, OR 97488**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Craig H**
**19 North Rhoda Street**
**Monroe Twp, NJ 08831**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.402<br>9 | **Nonpriority creditor's name and mailing address**<br>**Craig Heidel**<br>**10599 Sw Timber Ln**<br>**Stewartsville, MO 64490** | **As of the petition filing date, the claim is:** _Check all that apply._   **$20.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.403<br>0 | **Nonpriority creditor's name and mailing address**<br>**Craig Hill**<br>**3915 Creek View Ln Sw**<br>**Rochester, MN 55902** | **As of the petition filing date, the claim is:** _Check all that apply._   **$603.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.403<br>1 | **Nonpriority creditor's name and mailing address**<br>**Craig Hinkel**<br>**7921 Golden Springs Lane**<br>**Vallejo, CA 94591** | **As of the petition filing date, the claim is:** _Check all that apply._   **$1,748.87** |

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.403<br>2 | **Nonpriority creditor's name and mailing address**<br>**Craig Hufford**<br>**3 Pembrook Ct**<br>**Bolingbrook, IL 60440** | **As of the petition filing date, the claim is:** _Check all that apply._   **$1,098.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.403<br>3 | **Nonpriority creditor's name and mailing address**<br>**Craig I**<br>**19319 La Serena Drive**<br>**Estero, FL 33967** | **As of the petition filing date, the claim is:** _Check all that apply._   **$25.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.403<br>4 | **Nonpriority creditor's name and mailing address**<br>**Craig J**<br>**9 Irving Place**<br>**Niantic, CT 06357** | **As of the petition filing date, the claim is:** _Check all that apply._   **$10.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.403<br>5 | **Nonpriority creditor's name and mailing address**<br>**Craig L**<br>**2227 Buckeye Court**<br>**Waynesville, OH 45068** | **As of the petition filing date, the claim is:** _Check all that apply._   **$70.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number _(if known)_ | |
|---|---|---|---|
| | Name | | |

---

**3.403 6**

**Nonpriority creditor's name and mailing address**

**Craig Lewandowski**
**234 Laurelglen Ct**
**Danville, CA 94506**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$240.00

---

**3.403 7**

**Nonpriority creditor's name and mailing address**

**Craig M**
**1519 N Center Ave**
**Somerset, PA 15501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$18.00

---

**3.403 8**

**Nonpriority creditor's name and mailing address**

**Craig Mckellar**
**7807 NE 186th Ave**
**Vancouver, WA 98682**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$427.00

---

**3.403 9**

**Nonpriority creditor's name and mailing address**

**Craig Monahan**
**128 Pine Hill Rd.**
**Chester, NY 10918**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.404 0**

**Nonpriority creditor's name and mailing address**

**Craig O**
**240 Lansing Island Dr**
**Indian Harbour Beach, FL 32937**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$60.00

---

**3.404 1**

**Nonpriority creditor's name and mailing address**

**Craig Olson**
**240 Lansing Island Dr**
**Indian Harbour Beach, FL 32937**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$44,980.00

---

**3.404 2**

**Nonpriority creditor's name and mailing address**

**Craig P**
**10021 W 70th Ter**
**Merriam, KS 66203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

Debtor    **Phoeno Wine Company, Inc.**

_____
Name

Case number _(if known)_ _____

---

| 3.404 |
|-------|
| 3 |

**Nonpriority creditor's name and mailing address**

**Craig P**
**155 Garden Drive**
**South Plainfield, NJ 07080**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$117.00**

---

| 3.404 |
|-------|
| 4 |

**Nonpriority creditor's name and mailing address**

**Craig P**
**3030 Legends Dr**
**Meadow Vista, CA 95722**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

| 3.404 |
|-------|
| 5 |

**Nonpriority creditor's name and mailing address**

**Craig P**
**714 Roosevelt Rd**
**Fedex Office Print & Ship Center**
**Glen Ellyn, IL 60137**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.404 |
|-------|
| 6 |

**Nonpriority creditor's name and mailing address**

**Craig Parker**
**714 Roosevelt Rd**
**Fedex Office Print & Ship Center**
**Glen Ellyn, IL 60137**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$88.00**

---

| 3.404 |
|-------|
| 7 |

**Nonpriority creditor's name and mailing address**

**Craig Pesce**
**11 Dallis Pl**
**Beacon, NY 12508**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$249.00**

---

| 3.404 |
|-------|
| 8 |

**Nonpriority creditor's name and mailing address**

**Craig Peters**
**10963 San Mateo Pl**
**Rancho Cucamonga, CA 91701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$198.00**

---

| 3.404 |
|-------|
| 9 |

**Nonpriority creditor's name and mailing address**

**Craig Peterson**
**155 Garden Drive**
**South Plainfield, NJ 07080**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,551.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name _____    Case number *(if known)* _____

---

| 3.405 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Craig Piguet**
**10021 W 70th Ter**
**Merriam, KS 66203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,889.00**

---

| 3.405 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Craig R**
**125 Ranger Dr**
**Boerne, TX 78006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$26.00**

---

| 3.405 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Craig Roberts**
**Ups Access Point - Michaels Store**
**1800 S Loop 288 Suite 106**
**Denton, TX 76205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,141.00**

---

| 3.405 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Craig Romano**
**16 Fabian Lane**
**Syracuse, NY 13209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$194.00**

---

| 3.405 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Craig S**
**283 Coal Bend**
**Delaware, OH 43015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.405 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Craig Simpson**
**126 N Main St**
**Pocatello, ID 83204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$109.00**

---

| 3.405 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Craig Simpson**
**330 E Walnut St**
**The Fermented Firefly**
**Marion, OH 43302**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,198.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number _(if known)_   _____
Name

| 3.405 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$302.00** |
|---|---|---|---|

**Craig Smith**
**484 N Country Rd**
**Miller Place, NY 11764**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$160.00** |
|---|---|---|---|

**Craig Spiser**
**26320 Jason Ave**
**San Antonio, TX 78255**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$125.00** |
|---|---|---|---|

**Craig Starnes**
**14029 Eagle Chase Circle**
**Chantilly, VA 20151**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$226.00** |
|---|---|---|---|

**Craig Stires**
**43 W High St**
**Somerville, NJ 08876**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$30.00** |
|---|---|---|---|

**Craig Stonaha**
**5 Old Wernersville Rd**
**Sinking Spring, PA 19608**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$20.00** |
|---|---|---|---|

**Craig W**
**118 Lennon Circle**
**Telford, PA 18969**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$10.00** |
|---|---|---|---|

**Craig W**
**1576 Park Place Dr**
**Westerville, OH 43081**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.406 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Craig Walters**
**2431 N. Vinegate Ct**
**Wichita, KS 67226**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$9,569.00**

---

| 3.406 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Craig Watkins**
**3578 Davenport Rd**
**Duluth, GA 30096**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$520.00**

---

| 3.406 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Crane D**
**148 Painted Cliffs Drive**
**Sedona, AZ 86336**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.406 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Crash G**
**402 Glenwood Avenue**
**Door Code 781999**
**Raleigh, NC 27603**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$72.00**

---

| 3.406 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Crash Gregg**
**402 Glenwood Avenue**
**Door Code 781999**
**Raleigh, NC 27603**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,433.00**

---

| 3.406 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cris M**
**12215 Sw 144 Terr**
**Miami, FL 33186**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.407 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cris Riemersma**
**5859 Apollo Way**
**Lakeside, AZ 85929**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,260.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

| 3.407 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $27.00 |

**Crissy Trayner**
**17 Wentworth Ter**
**Dover, NH 03820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Crista Miller**
**2510 Se 47th Ave**
**Portland, OR 97206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9.00 |

**Cristina M**
**15446 N Greenway Hayden Loop Unit 4019**
**Scottsdale, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $109.00 |

**Cristina Metildi**
**7993 N Pima Village Ct**
**Tucson, AZ 85718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,112.00 |

**Cristina Moscaliuc**
**15446 N Greenway Hayden Loop Unit 4019**
**Scottsdale, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,945.00 |

**Cristina Rousseau**
**553 Chandler Rd**
**White River Junction, VT 05001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15.00 |

**Cristopher M**
**21535 Hawthorne Blvd Ste 400**
**Torrance, CA 90503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.407 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Cristopher Moran**
**21535 Hawthorne Blvd Ste 400**
**Torrance, CA 90503**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,125.00**

---

| 3.407 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Cristy Billo**
**138 S Market St**
**Goliad, TX 77963**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$153.00**

---

| 3.408 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Crockett Justin**
**5380 Commerce Blvd**
**Rohnert Park, CA 94928**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

| 3.408 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Crystal C**
**12927 Horn Island Dr**
**Ocean City, MD 21842**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

| 3.408 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Crystal Clayland**
**12927 Horn Island Dr**
**Ocean City, MD 21842**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$21.00**

---

| 3.408 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Crystal Goodwin**
**116 Great Pond Dr**
**Boxford, MA 01921**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$171.00**

---

| 3.408 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Crystal Jenkins**
**26885 Sugarcane Dr**
**Moreno Valley, CA 92555**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$186.00**

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.408 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $470.00 |
|---|---|---|---|

**Crystal Knight**
**4269 Cedarwood Lane**
**Billings, MT 59106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.408 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $28.00 |
|---|---|---|---|

**Crystal L**
**5550 Ludington Drive**
**Lewis Center, OH 43035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.408 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |
|---|---|---|---|

**Crystal L**
**9 Cobblestone Ct**
**Howell, NJ 07731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.408 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $335.00 |
|---|---|---|---|

**Crystal Lennartz**
**5550 Ludington Drive**
**Lewis Center, OH 43035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.408 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $272.00 |
|---|---|---|---|

**Crystal Looy**
**29 E Kelly Rd**
**Thousand Oaks, CA 91320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.409 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $19.00 |
|---|---|---|---|

**Crystal Marcinkevich**
**414 Woodlawn Ave**
**Collingswood, NJ 08108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.409 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $952.00 |
|---|---|---|---|

**Crystal Mcgee**
**305 Oxford Xing**
**Alpharetta, GA 30022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**                           Case number *(if known)* _____
_____
Name

| 3.409 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Crystal Mcmillan**
**4489 County Road 94**
**Attn: Crystal Or Jim Mcmillan**
**Manvel, TX 77578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Crystal N**
**614 Sw 26th Terrace**
**Cape Coral, FL 33917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$687.87** |
|---|---|---|---|

**Crystal Viars**
**125 Surf Way Apt 317**
**Monterey, CA 93940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12.00** |
|---|---|---|---|

**Crystina D**
**5120 E Cheryl Pkwy Apt 233**
**Fitchburg, WI 53711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$33.00** |
|---|---|---|---|

**Cue B**
**13400 Coleto Creek Trl**
**Austin, TX 78732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,345.00** |
|---|---|---|---|

**Cue Boykin**
**13400 Coleto Creek Trl**
**Austin, TX 78732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13.05** |
|---|---|---|---|

**Cuitzeman M**
**425 Larry Ln**
**Placentia, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
Name

| 3.409 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45.00** |
| **Cuitzeman Medina**<br>**425 Larry Ln**<br>**Placentia, CA 92870** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.410 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
| **Cuong N**<br>**3555 Story Rd, San Jose, Ca**<br>**San Jose, CA 95127** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.410 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,218.00** |
| **Cuquita Dallabrea**<br>**1998 Molina St**<br>**Napa, CA 94559** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.410 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$460.00** |
| **Curt Binder**<br>**2788 Laurel Woods Blvd.**<br>**Stow, OH 44224** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.410 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
| **Curt C**<br>**55 St Mary Drive**<br>**Succasunna, NJ 07876** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.410 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$488.00** |
| **Curt Leighty**<br>**320 10th Ave**<br>**Baldwin, WI 54002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.410 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$331.00** |
| **Curt Trau**<br>**1017 W Glen Oaks Ln**<br>**Suite 210**<br>**Mequon, WI 53092** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.410 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $259.00 |
|---|---|---|---|

**Curt Warner**
**13230 Ballantyne Corporate Pl Apt 901**
**Charlotte, NC 28277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $540.00 |
|---|---|---|---|

**Curtis Bagnoli**
**3408 Crawford St Apt 2**
**Houston, TX 77004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |
|---|---|---|---|

**Curtis D**
**6177 Sun Blvd Apt 506**
**St Petersburg, FL 33715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,866.00 |
|---|---|---|---|

**Curtis Erdman**
**1386 Greenfield Dr**
**El Cajon, CA 92021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,691.00 |
|---|---|---|---|

**Curtis Foster**
**44003 207th St**
**Lake Preston, SD 57249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,961.00 |
|---|---|---|---|

**Curtis Henderson**
**106 Prospect St**
**White Plains, NY 10606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $336.00 |
|---|---|---|---|

**Curtis Jacobs**
**303 3rd St Unit 412**
**Cambridge, MA 02142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
        Name

| 3.411 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10.00** |

**Curtis Likes**
**538 N. Manhattan Pl**
**2**
**Los Angeles, CA 90004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30.00** |

**Curtis R**
**4031 Columbia Pike**
**Arlington, VA 22204**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$186.21** |

**Curtis S**
**2201 Portmarnock Cir**
**Roseville, CA 95678**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$458.00** |

**Curtis Steitz**
**2201 Portmarnock Cir**
**Roseville, CA 95678**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,178.00** |

**Curtis Updike**
**5695 Summerfield Street**
**Camarillo, CA 93012**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10.00** |

**Curtis W**
**930 Mullet Rd**
**Port Canaveral, FL 32920**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.00** |

**Curtis Yopp**
**7924 Walt Williams**
**Lakeland, FL 33809**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*  _____
Name

| 3.412 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30.00** |
|---|---|---|---|

**Curtiss F**
**3710 Detroit St**
**Cocoa, FL 32926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22,987.92** |
|---|---|---|---|

**Customers - Deferred Credit - No Address**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit - No Address**
**See attached.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$792,940.00** |
|---|---|---|---|

**Customers - No Mailing Address**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - No Mailing Address - See attached**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$574.00** |
|---|---|---|---|

**Cyd Petre**
**4153 E Hinsdale Cir**
**Centennial, CO 80122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18.00** |
|---|---|---|---|

**Cyndal R**
**26109 State Road 2**
**South Bend, IN 46619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$251.00** |
|---|---|---|---|

**Cyndal Raygoza**
**26109 State Road 2**
**South Bend, IN 46619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$246.00** |
|---|---|---|---|

**Cyndi Danko**
**47549 Griffith Place**
**Sterling, VA 20165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                  Case number *(if known)* _____
         Name

---

| 3.412 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$943.00** |
| **Cyndy Lemmons** | ☐ Contingent | |
| **2216 Cains Ln** | ☐ Unliquidated | |
| **Mansfield, TX 76063** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.412 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56.00** |
| **Cynt M** | ☐ Contingent | |
| **5406 Skillman Ave Apt 2d** | ☐ Unliquidated | |
| **Woodside, NY 11377** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.412 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$459.00** |
| **Cynthia Amerio** | ☐ Contingent | |
| **517 Acacia St** | ☐ Unliquidated | |
| **Sierra Madre, CA 91024** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.413 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$171.00** |
| **Cynthia Arnholt** | ☐ Contingent | |
| **1 Yellowstone Club Trl** | ☐ Unliquidated | |
| **10 Mulligan Rd** | ☐ Disputed | |
| **Big Sky, MT 59716** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.413 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
| **Cynthia B** | ☐ Contingent | |
| **209 Cedar Ridge Dr.** | ☐ Unliquidated | |
| **Rio Vista, CA 94517** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.413 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24.00** |
| **Cynthia Bennett** | ☐ Contingent | |
| **1732 Royal Cir** | ☐ Unliquidated | |
| **Naples, FL 34112** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.413 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
| **Cynthia C** | ☐ Contingent | |
| **101 Warbler Ln** | ☐ Unliquidated | |
| **Port Ludlow, WA 98365** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.413 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cynthia Crumley**
**101 Warbler Ln**
**Port Ludlow, WA 98365**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,391.00

---

| 3.413 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cynthia Feldmann**
**1103 Commonwealth Ave**
**Newton, MA 02459**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$33.00

---

| 3.413 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cynthia Gurino**
**7941 Wandering Way**
**Orlando, FL 32836**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$359.00

---

| 3.413 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cynthia Hill**
**930 Meadowbrook Dr**
**Syracuse, NY 13224**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.413 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cynthia J**
**12937 Russborough Ct**
**Charlotte, NC 28273**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

| 3.413 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cynthia Johnson**
**1756 N Bayshore Dr Apt 39a**
**Miami, FL 33132**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$744.00

---

| 3.414 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cynthia M**
**4508 Haylock Dr**
**Orlando, FL 32807**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.414 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$122.00** |
|---|---|---|---|

**Cynthia Pichardo**
**1232 Corte Zafiro**
**San Marcos, CA 92069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$80.00** |
|---|---|---|---|

**Cynthia Pinkerton**
**1279 Buck Creek Rd**
**Appomattox, VA 24522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,249.00** |
|---|---|---|---|

**Cynthia Renn**
**5401 Hamlet Avenue**
**Baltimore, MD 21214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$528.00** |
|---|---|---|---|

**Cynthia Spurgat**
**1950 Sandy Way**
**Corpus Christi, TX 78418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,595.00** |
|---|---|---|---|

**Cynthia Verges**
**4824 N 10th St**
**Tacoma, WA 98406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$23.00** |
|---|---|---|---|

**Cynthia Wilson**
**206 Etta Ln**
**Thomasville, NC 27360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$72.00** |
|---|---|---|---|

**D H**
**977 Maniniholo St**
**Honolulu, HI 96825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known)    _____

---

| 3.414 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$599.00** |
| **D19c5ebda314496b88f6887e26df2f40** | ☐ Contingent | |
| **8630 Midnight Pass Rd # 204** | ☐ Unliquidated | |
| **Sarasota, FL 34242** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.414 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$120.00** |
| **Dac Nguyen** | ☐ Contingent | |
| **864 Willow Winds St** | ☐ Unliquidated | |
| **Allen, TX 75013** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.415 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$87.00** |
| **Dad Weiss** | ☐ Contingent | |
| **47 Bishop St** | ☐ Unliquidated | |
| **New Haven, CT 06511** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.415 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$56.00** |
| **Dakota Williams** | ☐ Contingent | |
| **472 E Rollins St** | ☐ Unliquidated | |
| **Moberly, MO 65270** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.415 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$126.00** |
| **Dale Augustyn** | ☐ Contingent | |
| **716 Stoney Brook Rd** | ☐ Unliquidated | |
| **Sagamore Hills, OH 44067** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.415 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$12.00** |
| **Dale B** | ☐ Contingent | |
| **561 25 Rd # 103** | ☐ Unliquidated | |
| **Grand Junction, CO 81505** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.415 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$794.00** |
| **Dale Beede** | ☐ Contingent | |
| **561 25 Rd # 103** | ☐ Unliquidated | |
| **Grand Junction, CO 81505** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_ _____
Name

| 3.415 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$1,199.00** |

**Dale Carter**
**254 Silverwood Drive**
**Boone, NC 28607**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$19.34** |

**Dale Mckinney**
**915 W. Peachtree St. Nw**
**Unit 20113**
**Atlanta, GA 30309**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$10.00** |

**Dale S**
**2639 S 191 Cir**
**Omaha, NE 68130**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$1,797.00** |

**Dale Sanders**
**112 Arapahoe St**
**Golden, CO 80403**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |

**Dale Terrel**
**1505 First Light Dr**
**Windsor, CO 80550**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$394.00** |

**Dalee Hansen**
**509 Burgan Ave**
**Clovis, CA 93611**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$93.03** |

**Dalee Hansen**
**509 Burgan Ave**
**Clovis, CA 93611**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                        Case number (if known) _____

_____
Name

| 3.416 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$35,317.61** |
|---|---|---|---|

**Dalejo190**
**580 Howard St.**
**Suite 500**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$638.00** |
|---|---|---|---|

**Daljinder Sidhu**
**4224 Knotty Pine Pl**
**Rocklin, CA 95765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10.00** |
|---|---|---|---|

**Dallas D**
**5151 Edloe Street #9409**
**Houston, TX 77005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8.93** |
|---|---|---|---|

**Dallas G**
**1646 High St**
**Apt 3**
**Denver, CO 80218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$122.00** |
|---|---|---|---|

**Dalton Kruse**
**3505 Seaway Dr**
**New Port Richey, FL 34652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Dalton Whetstone**
**43 Chatham Rd**
**Ardmore, PA 19003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Dami n Rosario**
**38 Taft Ave**
**Corner Of Rockland Ave And Taft Ave**
**Woodland Park, NJ 07424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

_____   Case number (if known) _____
         Name

| 3.4169 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Damian D**
**160 Bleecker St Apt 8ae**
**New York, NY 10012**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$60.00

---

| 3.4170 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Damian L**
**5326 Pinyon Jay Road**
**Parker, CO 80134**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

| 3.4171 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Damian Noordhoorn**
**1201 West St Apt B**
**Annapolis, MD 21401**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$5,446.00

---

| 3.4172 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Damien B**
**2041 Raritan Rd**
**Scotch Plains, NJ 07076**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

| 3.4173 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Damien Ball**
**2041 Raritan Rd**
**Scotch Plains, NJ 07076**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$270.00

---

| 3.4174 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Damon Gehrke**
**8291 Brentwood Ct**
**Arvada, CO 80005**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$340.00

---

| 3.4175 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Dan Ahdoot**
**9 Jordan Dr**
**Great Neck, NY 11021**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$421.00

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____
         Name                                    Case number (if known) _____

---

| 3.417 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**Dan B**
**113 Bahama Reef**
**Novato, CA 94949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $42.00 |

**Dan B**
**2126 Island View Rd**
**Traverse City, MI 49686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $14.00 |

**Dan B**
**8401 Swank Place Unit 202**
**Charlotte, NC 28216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $150.00 |

**Dan Baruch**
**10400 Clarence Dr Ste 100**
**Frisco, TX 75033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $38.00 |

**Dan Beahm**
**650 E Larrabee St**
**Omro, WI 54963**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $32.00 |

**Dan Birken**
**8 La Plaza Dr**
**Orinda, CA 94563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $55.00 |

**Dan Birken**
**8 La Plaza Dr**
**Orinda, CA 94563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Phoeno Wine Company, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.418 3**

**Nonpriority creditor's name and mailing address**

**Dan Blue**
**2126 Island View Rd**
**Traverse City, MI 49686**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

**3.418 4**

**Nonpriority creditor's name and mailing address**

**Dan Bouza**
**395 Sea Cliff St**
**Islip Terrace, NY 11752**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.418 5**

**Nonpriority creditor's name and mailing address**

**Dan Bresingham**
**312 White Dr**
**Colleyville, TX 76034**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

**3.418 6**

**Nonpriority creditor's name and mailing address**

**Dan C**
**31 Plesant St**
**Katonah, NY 10536**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

**3.418 7**

**Nonpriority creditor's name and mailing address**

**Dan C**
**5098 Spring Branch Rd**
**Waverly, VA 23890**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.418 8**

**Nonpriority creditor's name and mailing address**

**Dan Carroll**
**349 Croton Rd**
**Wayne, PA 19087**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$251.00**

---

**3.418 9**

**Nonpriority creditor's name and mailing address**

**Dan Case**
**6106 Cary Dr**
**Austin, TX 78757**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$155.00**

---

Debtor   **Phoeno Wine Company, Inc.**

_____

Name

Case number (if known)   _____

| | |
|---|---|
| 3.419<br>0 | **Nonpriority creditor's name and mailing address** |

**$2,937.00**

**Dan Catherwood**
**Monarch Tower, 15th Floor**
**3414 Peachtree Road**
**Atlanta, GA 30326**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.419<br>1 | **Nonpriority creditor's name and mailing address** |

**$50.00**

**Dan Catherwood**
**Monarch Tower, 15th Floor**
**3414 Peachtree Road**
**Atlanta, GA 30326**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.419<br>2 | **Nonpriority creditor's name and mailing address** |

**$2,704.00**

**Dan Chiorean**
**365 Canal St.**
**Suite 1170**
**New Orleans, LA 70130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.419<br>3 | **Nonpriority creditor's name and mailing address** |

**$10,970.00**

**Dan Cortez**
**700 S 14th**
**Nashville, TN 37206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.419<br>4 | **Nonpriority creditor's name and mailing address** |

**$30.00**

**Dan D**
**1617 N Flagler Dr**
**903**
**West Palm Beach, FL 33407**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.419<br>5 | **Nonpriority creditor's name and mailing address** |

**$9.00**

**Dan D**
**76 Brookfield Rd**
**Seymour, CT 06483**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.419<br>6 | **Nonpriority creditor's name and mailing address** |

**$621.00**

**Dan Decuseara**
**22815 Vermont St Apt 106**
**Hayward, CA 94541**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.419
7**

**Nonpriority creditor's name and mailing address**

**Dan Dillon**
**76 Brookfield Rd**
**Seymour, CT 06483**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

**$123.00**

---

**3.419
8**

**Nonpriority creditor's name and mailing address**

**Dan Evans**
**110 Gibbs St**
**Swannanoa, NC 28778**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

**$398.00**

---

**3.419
9**

**Nonpriority creditor's name and mailing address**

**Dan Fitzpatrick**
**386 Highgate Ave**
**Worthington, OH 43085**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

**$284.00**

---

**3.420
0**

**Nonpriority creditor's name and mailing address**

**Dan Follmer**
**615 E Liberty St**
**Wauconda, IL 60084**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

**$839.00**

---

**3.420
1**

**Nonpriority creditor's name and mailing address**

**Dan G**
**111 Lawrence St Apt 10h**
**Brooklyn, NY 11201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

**$330.00**

---

**3.420
2**

**Nonpriority creditor's name and mailing address**

**Dan G**
**1908 Towson Ave**
**Baltimore, MD 21222**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ☒ No ☐ Yes

**$14.00**

---

**3.420
3**

**Nonpriority creditor's name and mailing address**

**Dan G**
**6838 Jasmine Place St**
**Spring, TX 77379**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ☒ No ☐ Yes

**$36.00**

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

---

| 3.420 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Dan G**
**869 Sherwood Ln**
**Westerville, OH 43082**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| 3.420 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Dan Galemba**
**2510 S Monroe St**
**Denver, CO 80210**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

| 3.420 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Dan Gualtieri**
**6838 Jasmine Place St**
**Spring, TX 77379**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$506.00**

---

| 3.420 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Dan Guyder**
**43 Prospect St**
**Mount Kisco, NY 10549**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.420 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Dan H**
**124 Brownstone Drive**
**Mooresville, NC 28117**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.420 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Dan H**
**794 Stillwater Blvd**
**Saint Johns, FL 32259**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.421 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Dan H**
**9315 Pierson Lake Drive**
**Chaska, MN 55318**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,839.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.421**
**1**

**Nonpriority creditor's name and mailing address**

**Dan Hampton**
**3220 Syene Rd**
**Madison, WI 53713**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,331.00**

---

**3.421**
**2**

**Nonpriority creditor's name and mailing address**

**Dan Harmon**
**4338 Mariner Dr**
**Frisco, TX 75034**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$674.00**

---

**3.421**
**3**

**Nonpriority creditor's name and mailing address**

**Dan Hickey**
**9315 Pierson Lake Drive**
**Chaska, MN 55318**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$6,143.00**

---

**3.421**
**4**

**Nonpriority creditor's name and mailing address**

**Dan Highsmith**
**11606 Monette Rd**
**Riverview, FL 33569**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,615.00**

---

**3.421**
**5**

**Nonpriority creditor's name and mailing address**

**Dan Honegger**
**425 N Florida Ave**
**Northern Trust**
**Tampa, FL 33602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.421**
**6**

**Nonpriority creditor's name and mailing address**

**Dan I**
**881 Genoa Way**
**San Marcos, CA 92078**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$38.06**

---

**3.421**
**7**

**Nonpriority creditor's name and mailing address**

**Dan Jean**
**7748 Montero Dr**
**Rohnert Park, CA 94928**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.421 8**

**Nonpriority creditor's name and mailing address**

**Dan K**
**21500 Cormorant Cove Drive**
**Land O Lakes, FL 34637**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$22.00

---

**3.421 9**

**Nonpriority creditor's name and mailing address**

**Dan Kalina**
**21500 Cormorant Cove Drive**
**Land O Lakes, FL 34637**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$119.00

---

**3.422 0**

**Nonpriority creditor's name and mailing address**

**Dan Kozak**
**1621 Lockhart Ave. Nw**
**Grand Rapids, MI 49504**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$75.00

---

**3.422 1**

**Nonpriority creditor's name and mailing address**

**Dan Kuresman**
**655 New York Ave NW Ste 800**
**Washington, DC 20001**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$4,845.00

---

**3.422 2**

**Nonpriority creditor's name and mailing address**

**Dan L**
**725 35th St**
**Richmond, CA 94805**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

**3.422 3**

**Nonpriority creditor's name and mailing address**

**Dan L 8245**
**418 Franklin St**
**Napa, CA 94559**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.422 4**

**Nonpriority creditor's name and mailing address**

**Dan Lesnak**
**348 Long Cove Dr**
**Hilton Head Island, SC 29928**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$1,484.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
Name

| | |
|---|---|
| **3.422 5** | |

**Nonpriority creditor's name and mailing address**                                   As of the petition filing date, the claim is: Check all that apply.                    **$30.00**

**Dan Lessler**
**610 33rd Ave**
**Seattle, WA 98122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _                    Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| **3.422 6** | |

**Nonpriority creditor's name and mailing address**                                   As of the petition filing date, the claim is: Check all that apply.                    **$1,046.00**

**Dan Lewis**
**3015a Ocean St**
**Carlsbad, CA 92008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _                    Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| **3.422 7** | |

**Nonpriority creditor's name and mailing address**                                   As of the petition filing date, the claim is: Check all that apply.                    **$717.40**

**Dan Lewis**
**3015a Ocean St**
**Carlsbad, CA 92008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _                    Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| **3.422 8** | |

**Nonpriority creditor's name and mailing address**                                   As of the petition filing date, the claim is: Check all that apply.                    **$28.00**

**Dan Lur**
**35 Channel Ctr St Unit 307**
**Boston, MA 02210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _                    Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| **3.422 9** | |

**Nonpriority creditor's name and mailing address**                                   As of the petition filing date, the claim is: Check all that apply.                    **$87.00**

**Dan Lynch**
**418 Franklin St**
**Napa, CA 94559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _                    Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| **3.423 0** | |

**Nonpriority creditor's name and mailing address**                                   As of the petition filing date, the claim is: Check all that apply.                    **$10.00**

**Dan M**
**1111 Sw 1st Ave**
**Ph325**
**Miami, FL 33130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _                    Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| **3.423 1** | |

**Nonpriority creditor's name and mailing address**                                   As of the petition filing date, the claim is: Check all that apply.                    **$25.00**

**Dan M**
**301 Artman Avenue**
**Lebanon, IN 46052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _                    Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.423 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Dan M**
**9410 Ashbury Ln**
**Pleasant Prairie, WI 53158**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$55.00**

---

| 3.423 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Dan Martell**
**81 Wyman St**
**Cambridge Savings Bank**
**Waltham, MA 02451**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$334.00**

---

| 3.423 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Dan Mccormick**
**600 Travis St Ste 4200**
**Houston, TX 77002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$230.00**

---

| 3.423 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Dan Mecchi**
**3 Ruxton Ridge Garth**
**Towson, MD 21204**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

| 3.423 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Dan Migacz**
**9410 Ashbury Ln**
**Pleasant Prairie, WI 53158**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$981.00**

---

| 3.423 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Dan Montgomery**
**78-7239 Puupele Road**
**Kailua Kona, HI 96740**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| 3.423 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Dan Obryon**
**361 Addison Pl**
**Lancaster, PA 17601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$27.00**

---

Debtor **Phoeno Wine Company, Inc.**
Name
Case number (if known) _____

| | | |
|---|---|---|
| 3.423 9 | **Nonpriority creditor's name and mailing address** **Dan P** **396 Ashford Ave** **San Carlos, CA 94070** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$20.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 0 | **Nonpriority creditor's name and mailing address** **Dan Payne** **8487 Swift Ave** **Dallas, TX 75228** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$29.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 1 | **Nonpriority creditor's name and mailing address** **Dan R** **2846 Fillmore** **San Francisco, CA 94123** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$5.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 2 | **Nonpriority creditor's name and mailing address** **Dan R** **3202 Knollwood Circle** **Geneva, IL 60134** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$227.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 3 | **Nonpriority creditor's name and mailing address** **Dan R** **59 Udalia Rd** **West Islip, NY 11795** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$55.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 4 | **Nonpriority creditor's name and mailing address** **Dan Rogers** **3202 Knollwood Circle** **Geneva, IL 60134** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$739.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 5 | **Nonpriority creditor's name and mailing address** **Dan S** **244 Chester Ave.** **San Francisco, CA 94132** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$50.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                              Case number _(if known)_    _____

| 3.424 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$10.00** |

**Dan S**
**Igmworks**
**610 Broadway- Suite 441**
**Newburgh, NY 12550**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.424 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$32.00** |

**Dan Secatore**
**3 Rosemere Ct Unit 2**
**Roslindale, MA 02131**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.424 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$626.00** |

**Dan Smith**
**4824 Willet Dr**
**Annandale, VA 22003**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.424 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$76.00** |

**Dan Sobiech**
**264 Courtland St**
**Excelsior, MN 55331**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.425 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |

**Dan Statuto**
**1923 S Evanston Ave**
**Tulsa, OK 74104**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.425 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$50.00** |

**Dan T**
**2432 Autumn Maple Dr**
**Braselton, GA 30517**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.425 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$42.00** |

**Dan T**
**829 Split Rock Trl**
**Hixson, TN 37343**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*    _____

| | | |
|---|---|---|
| 3.425 3 | | |

**Nonpriority creditor's name and mailing address**
**Dan Troy**
**508 W Siddonsburg Rd**
**Dillsburg, PA 17019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$388.00**

---

| |
|---|
| 3.425 4 |

**Nonpriority creditor's name and mailing address**
**Dan Tuffy**
**2432 Autumn Maple Dr**
**Braselton, GA 30517**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$224.00**

---

| |
|---|
| 3.425 5 |

**Nonpriority creditor's name and mailing address**
**Dan V**
**285 S York St**
**Elmhurst, IL 60126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$545.00**

---

| |
|---|
| 3.425 6 |

**Nonpriority creditor's name and mailing address**
**Dan Vankoughnet**
**285 S York St**
**Elmhurst, IL 60126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$75.00**

---

| |
|---|
| 3.425 7 |

**Nonpriority creditor's name and mailing address**
**Dan W**
**145 Bear Gulch Dr**
**Portola Valley, CA 94028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$39.46**

---

| |
|---|
| 3.425 8 |

**Nonpriority creditor's name and mailing address**
**Dana Barrett**
**302 Sandalwood Ln**
**Levelland, TX 79336**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$125.00**

---

| |
|---|
| 3.425 9 |

**Nonpriority creditor's name and mailing address**
**Dana Bleifer**
**9905 La Tuna Canyon Rd**
**Sun Valley, CA 91352**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$116.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
| | Name | | |

---

**3.426 0**

**Nonpriority creditor's name and mailing address**

**Dana D**
**290 San Carlos St., Apt. 4**
**San Francisco, CA 94110**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.426 1**

**Nonpriority creditor's name and mailing address**

**Dana Devore**
**1720 24th Ave Ne**
**Issaquah, WA 98029**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.426 2**

**Nonpriority creditor's name and mailing address**

**Dana Halverson**
**8124 E Buckeye Ave**
**Spokane Valley, WA 99212**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$485.00**

---

**3.426 3**

**Nonpriority creditor's name and mailing address**

**Dana K**
**4543 N Seeley Ave**
**Chicago, IL 60625**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.426 4**

**Nonpriority creditor's name and mailing address**

**Dana Mayeu**
**25 Olde Prestwick Way**
**Penfield, NY 14526**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$852.00**

---

**3.426 5**

**Nonpriority creditor's name and mailing address**

**Dana Mendlen**
**859 Spriggs Ct**
**Arnold, MD 21012**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$565.00**

---

**3.426 6**

**Nonpriority creditor's name and mailing address**

**Dana Meyer**
**61535 S Hwy 97**
**Ste 5-142**
**Bend, OR 97702**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$330.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
Name

---

| 3.426 7 |
|---|

**Nonpriority creditor's name and mailing address**
**Dana N**
**7643 N. Hidden Oaks Trail**
**Douglas, AZ 85607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$54.00**

---

| 3.426 8 |
|---|

**Nonpriority creditor's name and mailing address**
**Dana Northey**
**7643 N. Hidden Oaks Trail**
**Douglas, AZ 85607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,745.00**

---

| 3.426 9 |
|---|

**Nonpriority creditor's name and mailing address**
**Dana Palmer**
**5635 Theobald Rd**
**Morton Grove, IL 60053**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.427 0 |
|---|

**Nonpriority creditor's name and mailing address**
**Dana Randall**
**1080 Windfaire Pl**
**Roswell, GA 30076**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$22.00**

---

| 3.427 1 |
|---|

**Nonpriority creditor's name and mailing address**
**Dana Spielvogel**
**917b Spain Ave**
**Nashville, TN 37216**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

| 3.427 2 |
|---|

**Nonpriority creditor's name and mailing address**
**Dana Steinagle**
**2814 Windsong Place**
**Murfreesboro, TN 37129**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,567.00**

---

| 3.427 3 |
|---|

**Nonpriority creditor's name and mailing address**
**Dana Thornton**
**113 W 116th St**
**Kansas City, MO 64114**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,015.00**

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
          Name                                                          Case number (if known) _____

| 3.427 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.00 |

**Dana Wineke**
**2952 Arizona Way**
**Manchester, MD 21102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56.00 |

**Dana Wright**
**8875 Wedgemere Drive**
**Victoria, MN 55386**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |

**Danae Remmert**
**6626 Eames Way**
**Bethesda, MD 20817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $255.00 |

**Danbee Hwang**
**1455 31st Ave Apt 4e**
**Astoria, NY 11106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $915.00 |

**Dane Buchmiller**
**1957 Hathaway Lane**
**Frisco, TX 75039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.00 |

**Dane C**
**1920 4th Avenue @1407**
**Seattle, WA 98101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |

**Dane S**
**19177 Sw 26th St**
**Miramar, FL 33029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known)    _____
Name

| 3.428 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$42.00** |

**Dani Chu**
**2840 Mokumoa**
**Honolulu, HI 96819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,151.00** |

**Dani Rodar**
**5744 Governors Pond Cir**
**Alexandria, VA 22310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$88.00** |

**Dani Self**
**207 4th Ave**
**Oregon City, OR 97045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$89.00** |

**Daniel A**
**1805 Perkins Ln**
**Redondo Beach, CA 90278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$553.00** |

**Daniel A**
**34 Valley Court**
**Secaucus, NJ 07094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$18.00** |

**Daniel Alvarado**
**3090 Sonata Circle**
**Stockton, CA 95212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20.00** |

**Daniel B**
**1195 Snee Drive**
**Pittsburgh, PA 15236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.4288 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Daniel B**
**142 Mill Street**
**Williamsville, NY 14221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$73.00

---

| 3.4289 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Daniel B**
**204 Magellan Dr**
**Sarasota, FL 34243**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$20.00

---

| 3.4290 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Daniel B**
**2241 Bridgeport Cir**
**Rockledge, FL 32955**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$5.00

---

| 3.4291 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Daniel Bacarella**
**77 Hudson Street**
**Apt 1208**
**Jersey City, NJ 07302**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$1,363.00

---

| 3.4292 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Daniel Bartulla**
**2177 State Highway 35 N**
**Port Lavaca, TX 77979**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$28.00

---

| 3.4293 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Daniel Bechtold**
**4137 Cleveland Ave**
**Saint Louis, MO 63110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.4294 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Daniel Butler**
**9 Bluewing Ln**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$403.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_    _____
Name

---

| 3.429 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Daniel C**
**105 Gridley St.**
**Quincy, MA 02169**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._    **$1.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.429 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Daniel C**
**14 Cardinal Ave**
**Skowhegan, ME 04976**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._    **$10.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.429 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Daniel C**
**451 Puako Way**
**Kailua, HI 96734**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._    **$10.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.429 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Daniel C**
**509 Prospect Ave**
**West Grove, PA 19390**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._    **$50.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.429 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Daniel C**
**7410 Woodstream Rd**
**Midlothian, TX 76065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._    **$11.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.430 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Daniel Caballero**
**4733 Falcon Street**
**Rockville, MD 20853**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._    **$1,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.430 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Daniel Callahan**
**21 Erie St**
**Port Jervis, NY 12771**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._    **$29.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

---

| 3.430<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40.00** |

**Daniel Callahan**
**509 Prospect Ave**
**West Grove, PA 19390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,958.00** |

**Daniel Cappabianca**
**451 Puako Way**
**Kailua, HI 96734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$782.00** |

**Daniel Cellucci**
**105 Gridley St.**
**Quincy, MA 02169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$265.00** |

**Daniel Cheney**
**200 Angela Ave**
**Alamo, CA 94507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$55.01** |

**Daniel Cheney**
**200 Angela Ave**
**Alamo, CA 94507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$208.00** |

**Daniel Connelly**
**14 Cardinal Ave**
**Skowhegan, ME 04976**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,636.00** |

**Daniel Crowley**
**1614 E 6th St Apt 409**
**Austin, TX 78702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (*if known*) _____

---

**3.430 9**

**Nonpriority creditor's name and mailing address**

**Daniel Curran**
**8970 Cynthia**
**West Hollywood, CA 90069**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

**3.431 0**

**Nonpriority creditor's name and mailing address**

**Daniel Dacian**
**8579 Walnut Dr**
**Los Angeles, CA 90046**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$112.00**

---

**3.431 1**

**Nonpriority creditor's name and mailing address**

**Daniel Dawson**
**818 Liberty Street**
**Ashland, OR 97520**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$106.00**

---

**3.431 2**

**Nonpriority creditor's name and mailing address**

**Daniel Deblasio**
**8712 Lynrock Cir**
**Reno, NV 89523**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$55.00**

---

**3.431 3**

**Nonpriority creditor's name and mailing address**

**Daniel Delaughter**
**10400 Clarence Dr Ste 100**
**Frisco, TX 75033**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

**3.431 4**

**Nonpriority creditor's name and mailing address**

**Daniel Dietz**
**5136 Townsend Ave**
**Los Angeles, CA 90041**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$9,661.00**

---

**3.431 5**

**Nonpriority creditor's name and mailing address**

**Daniel Dorfman**
**4760 Belpar St NW**
**Omni Orthopaedics,**
**Canton, OH 44718**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,286.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| 3.431 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Daniel Dudley**
**555 High St**
**Mount Holly, NJ 08060**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$311.00**

---

| 3.431 7 |

**Nonpriority creditor's name and mailing address**
**Daniel Erbacher**
**2924 Overlook Rd**
**Silver Lake, OH 44224**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$521.00**

---

| 3.431 8 |

**Nonpriority creditor's name and mailing address**
**Daniel F**
**10 Bryce Rd**
**Holmdel, NJ 07733**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

| 3.431 9 |

**Nonpriority creditor's name and mailing address**
**Daniel F**
**136 N Worthy Drive**
**Glendora, CA 91741**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$1.74**

---

| 3.432 0 |

**Nonpriority creditor's name and mailing address**
**Daniel F**
**81 Olympic Dr Nw**
**Shoreline, WA 98177**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.432 1 |

**Nonpriority creditor's name and mailing address**
**Daniel Fessel**
**10 Bryce Rd**
**Holmdel, NJ 07733**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.432 2 |

**Nonpriority creditor's name and mailing address**
**Daniel Flinn**
**81 Olympic Dr NW**
**Shoreline, WA 98177**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$425.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.432 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$28.00** |
|---|---|---|---|

**Daniel Foley**
**36 Easy Gate Terrace**
**Franklin Lakes, NJ 07417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$18.00** |
|---|---|---|---|

**Daniel G**
**1816 Fox Way**
**Pittsburgh, PA 15203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$42.00** |
|---|---|---|---|

**Daniel G**
**297 N Loy Ln**
**Sedona, AZ 86336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$19.00** |
|---|---|---|---|

**Daniel G**
**4176 Twilight Ridge**
**San Diego, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30.00** |
|---|---|---|---|

**Daniel G**
**90 Sw 3rd St Apt 3803**
**Miami, FL 33130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$245.00** |
|---|---|---|---|

**Daniel Gagen**
**116 Little Mountain Rd**
**Whitefish, MT 59937**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$75.00** |
|---|---|---|---|

**Daniel Gager**
**12313 Delevan Dr**
**Herndon, VA 20171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 3.433 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35.00 |

**Daniel Gannon**
**297 N Loy Ln**
**Sedona, AZ 86336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $260.00 |

**Daniel Gardner**
**90 Sw 3rd St Apt 3803**
**Miami, FL 33130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $328.00 |

**Daniel Gavin**
**75 Hogpenny Aly**
**Alys Beach, FL 32461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,210.00 |

**Daniel Gerber**
**1816 Fox Way**
**Pittsburgh, PA 15203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,575.00 |

**Daniel Gerdts**
**331 2nd Ave S Ste 705**
**Minneapolis, MN 55401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,831.00 |

**Daniel Getts**
**6 Billadell Rd**
**Stow, MA 01775**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $554.00 |

**Daniel Grant**
**14047 Pearl Ln Apt 3**
**Gardena, CA 90247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor     **Phoeno Wine Company, Inc.**
_____     Case number *(if known)* _____
Name

| 3.433 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,431.50** |
|---|---|---|---|

**Daniel Guerrero**
**2046 Harrison Ave**
**San Mateo, Ca 94403**
**San Mateo, CA 94403**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Customers - Deferred Credit

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |
|---|---|---|---|

**Daniel H**
**4 Sandpiper Road**
**Westport, CT 06880**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Customers - Deferred Credit

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,978.00** |
|---|---|---|---|

**Daniel Hilsgen**
**1573 Southpoint Dr**
**Hudson, WI 54016**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Customer

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$27.82** |
|---|---|---|---|

**Daniel I**
**8116 Medill Avenue**
**El Cajon, CA 92021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Customers - Deferred Credit

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Daniel J**
**1070 Nw 8th St**
**Boca Raton, FL 33486**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Customers - Deferred Credit

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$31.00** |
|---|---|---|---|

**Daniel J**
**4 Timber Trce**
**Ballston Spa, NY 12020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Customers - Deferred Credit

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Daniel J**
**8803 Black Alder Dr**
**Alexandria, VA 22309**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Customers - Deferred Credit

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
| | Name | | |

---

**3.434 4**

**Nonpriority creditor's name and mailing address**

**Daniel Jacques**
**11 Orchard St**
**Warwick, NY 10990**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

$112.00

---

**3.434 5**

**Nonpriority creditor's name and mailing address**

**Daniel Johnson**
**59 W Mirror Ridge Cir**
**Spring, TX 77382**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

$172.00

---

**3.434 6**

**Nonpriority creditor's name and mailing address**

**Daniel Jones**
**22233 N 54th Way**
**Phoenix, AZ 85054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

$2,276.00

---

**3.434 7**

**Nonpriority creditor's name and mailing address**

**Daniel Judge**
**28 Atlantic Ave**
**Ocean Grove, NJ 07756**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

$26.00

---

**3.434 8**

**Nonpriority creditor's name and mailing address**

**Daniel K**
**125 Bells Bend Ln**
**Mcewen, TN 37101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ☒ No ☐ Yes

$15.00

---

**3.434 9**

**Nonpriority creditor's name and mailing address**

**Daniel K**
**16697 N 108th Way**
**Scottsdale, AZ 85255**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ☒ No ☐ Yes

$361.00

---

**3.435 0**

**Nonpriority creditor's name and mailing address**

**Daniel K**
**2020 Sunny Rock Ln**
**Grove City, OH 43123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ☒ No ☐ Yes

$25.00

---

Debtor   **Phoeno Wine Company, Inc.**

<u>Name</u>

Case number (if known) _____

---

| 3.435 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Daniel Kaman**
**2020 Sunny Rock Ln**
**Grove City, OH 43123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>**Customer**</u>

Is the claim subject to offset? ■ No ☐ Yes

**$836.00**

---

| 3.435 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Daniel Katzew**
**568 Union Ave Apt 7l**
**Brooklyn, NY 11211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>**Customer**</u>

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

| 3.435 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Daniel Knudson**
**480 N Willow**
**Colorado City, AZ 86021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>**Customer**</u>

Is the claim subject to offset? ■ No ☐ Yes

**$16,831.00**

---

| 3.435 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Daniel Koontz**
**Colorado NEurodiagnostics**
**4 W Dry Creek Cir Ste 150**
**Littleton, CO 80120**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>**Customer**</u>

Is the claim subject to offset? ■ No ☐ Yes

**$208.00**

---

| 3.435 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Daniel Koontz**
**Colorado Neurodiagnostics**
**4 W Dry Creek Cir Ste 150**
**Littleton, CO 80120**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>**Customers - Deferred Credit**</u>

Is the claim subject to offset? ■ No ☐ Yes

**$76.00**

---

| 3.435 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Daniel Kozlowski**
**214 West Emerson Street**
**214 West Emerson St**
**Arlington Heights, IL 60005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>**Customer**</u>

Is the claim subject to offset? ■ No ☐ Yes

**$440.00**

---

| 3.435 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Daniel Krcelic**
**16697 N 108th Way**
**Scottsdale, AZ 85255**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>**Customer**</u>

Is the claim subject to offset? ■ No ☐ Yes

**$8,254.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name                                              Case number (if known)

---

| 3.435 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Daniel Kushner**
**252 Van Kirk Avenue**
**Atlantic Highlands, NJ 07716**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$66.00

---

| 3.435 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Daniel Kusnier**
**208 Mulberry St**
**Cincinnati, OH 45202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$63.00

---

| 3.436 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Daniel L**
**153 Mayflower Ln**
**Vineyard Haven, MA 02568**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$191.00

---

| 3.436 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Daniel L**
**48 Saw Mill Road**
**Burlington, CT 06013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

| 3.436 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Daniel Lachs**
**737 Garden St Apt 1**
**Hoboken, NJ 07030**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,139.00

---

| 3.436 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Daniel Latimore**
**153 Mayflower Ln**
**Vineyard Haven, MA 02568**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$762.00

---

| 3.436 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Daniel Lesage**
**12 Shady Oak Rd S**
**Hopkins, MN 55343**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$4,627.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.436 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $162.00 |
|---|---|---|---|

**Daniel Lipton**
**2300 N. Flower St.**
**Santa Ana, CA 92706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.436 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $418.00 |
|---|---|---|---|

**Daniel Long**
**3607 E Briarwood Ave**
**Centennial, CO 80122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.436 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,157.00 |
|---|---|---|---|

**Daniel Ludeiro**
**534 Alosio Dr**
**Rivervale, NJ 07675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.436 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,627.00 |
|---|---|---|---|

**Daniel Lutz**
**1728 Frisco Hills Blvd**
**Little Elm, TX 75068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.436 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $54.00 |
|---|---|---|---|

**Daniel M**
**304 Moonhaw Rd**
**West Shokan, NY 12494**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.437 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|

**Daniel M**
**1718 Greenspring Valley Road**
**Stevenson, MD 21153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.437 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Daniel M**
**233 Snyder Dr**
**Venice, FL 34292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known)    _____
Name

| 3.437 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $20.43 |

**Nonpriority creditor's name and mailing address**
**Daniel M**
**250 Bel Marin Keys Blvd, E-1**
**Novato, CA 94949**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.43

---

**Nonpriority creditor's name and mailing address**
3.437 3
**Daniel M**
**25275 Potrero Valley Rd Spc 45**
**Potrero, CA 91963**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$4.00

---

**Nonpriority creditor's name and mailing address**
3.437 4
**Daniel M**
**46 Calle De Vida**
**Rancho Santa Margarita, CA 92688**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$60.00

---

**Nonpriority creditor's name and mailing address**
3.437 5
**Daniel M**
**4689 Greenwood Dr**
**Allison Park, PA 15101**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

**Nonpriority creditor's name and mailing address**
3.437 6
**Daniel M**
**6271 Top Knot Ln Ne**
**Salem, OR 97317**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

**Nonpriority creditor's name and mailing address**
3.437 7
**Daniel M**
**730 Franklin Ave, Apt Ph6a**
**Brooklyn, NY 11238**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

**Nonpriority creditor's name and mailing address**
3.437 8
**Daniel M**
**8 Vintage Way Apt 833**
**Fernandina Beach, FL 32034**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$225.00

---

Debtor  **Phoeno Wine Company, Inc.**
_____

Name

Case number *(if known)* _____

---

**3.437
9**

**Nonpriority creditor's name and mailing address**

**Daniel Mancini**
**228 E. Holly Ave**
**Sewell, NJ 08080**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$207.00**

---

**3.438
0**

**Nonpriority creditor's name and mailing address**

**Daniel Martin**
**4665 S Pearl St**
**Englewood, CO 80113**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.438
1**

**Nonpriority creditor's name and mailing address**

**Daniel Martinez**
**25275 Potrero Valley Rd Spc 45**
**Potrero, CA 91963**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,043.00**

---

**3.438
2**

**Nonpriority creditor's name and mailing address**

**Daniel Mason**
**6700 Warner Ave Apt 9h**
**Huntington Beach, CA 92647**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$215.00**

---

**3.438
3**

**Nonpriority creditor's name and mailing address**

**Daniel Mckeever**
**49 Stephanies Way**
**Manchester, CT 06040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$491.00**

---

**3.438
4**

**Nonpriority creditor's name and mailing address**

**Daniel Mcmaster**
**1401 Mckinney St Ste 2400**
**Houston, TX 77010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$419.00**

---

**3.438
5**

**Nonpriority creditor's name and mailing address**

**Daniel Mendicino**
**5735 S Fort Apache Rd Ste 100**
**Garlan Group**
**Las Vegas, NV 89148**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$369.00**

---

Debtor    **Phoeno Wine Company, Inc.**
　　　　　Name
Case number (if known) _____

---

| 3.438 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Daniel Mexia**
**46 Calle De Vida**
**Rancho Santa Margarita, CA 92688**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$390.00**

---

| 3.438 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Daniel Meyers**
**8 Vintage Way Apt 833**
**Fernandina Beach, FL 32034**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.438 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Daniel Miller**
**909 E San Marnan Dr**
**Cedar Valley Eye Care**
**Waterloo, IA 50702**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$792.00**

---

| 3.438 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Daniel Millman**
**515 W End Ave**
**New York, NY 10024**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$201.00**

---

| 3.439 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Daniel Milmo**
**5004 Country Club Dr**
**Sachse, TX 75048**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$52.00**

---

| 3.439 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Daniel Milmo**
**5004 Country Club Dr**
**Sachse, TX 75048**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$8.00**

---

| 3.439 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Daniel Mintz**
**43 W 73rd St**
**New York, NY 10023**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$394.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_    _____

| 3.439 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$488.00** |

**Nonpriority creditor's name and mailing address**
**Daniel Molitor**
**4009 Wilson Rd**
**Kenosha, WI 53142**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$488.00**

---

**3.439 4**
**Nonpriority creditor's name and mailing address**
**Daniel Munson**
**309 Rocky Point Road**
**Sandpoint, ID 83864**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

**3.439 5**
**Nonpriority creditor's name and mailing address**
**Daniel Murray**
**1322 Tyler Street**
**Hollywood, FL 33019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$923.00**

---

**3.439 6**
**Nonpriority creditor's name and mailing address**
**Daniel N**
**720 Newquay Ct**
**Las Vegas, NV 89178**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

**3.439 7**
**Nonpriority creditor's name and mailing address**
**Daniel N**
**9565 Velvetleaf Circle**
**San Ramon, CA 94582**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$41.28**

---

**3.439 8**
**Nonpriority creditor's name and mailing address**
**Daniel Nail**
**9 Westminster Shop Ctr**
**The UPS Store**
**Westminster, MD 21157**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$96.00**

---

**3.439 9**
**Nonpriority creditor's name and mailing address**
**Daniel Newhart**
**720 Newquay Ct**
**Las Vegas, NV 89178**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$236.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.440 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**                                   As of the petition filing date, the claim is: Check all that apply.                    **$30.00**
**Daniel O**
**3246 Glennon Place, Ph**                ☐ Contingent
**Bronx, NY 10465**                       ☐ Unliquidated
                                          ☐ Disputed
Date(s) debt was incurred _
                                          Basis for the claim:  **Customers - Deferred Credit**
Last 4 digits of account number _
                                          Is the claim subject to offset? ■ No ☐ Yes

| 3.440 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**                                   As of the petition filing date, the claim is: Check all that apply.                    **$300.00**
**Daniel Oleary**
**3246 Glennon Place, Ph**                ☐ Contingent
**Bronx, NY 10465**                       ☐ Unliquidated
                                          ☐ Disputed
Date(s) debt was incurred _
                                          Basis for the claim:  **Customer**
Last 4 digits of account number _
                                          Is the claim subject to offset? ■ No ☐ Yes

| 3.440 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**                                   As of the petition filing date, the claim is: Check all that apply.                    **$29.00**
**Daniel Oneill**
**4121 Ocean Dr Apt 202**                 ☐ Contingent
**Vero Beach, FL 32963**                  ☐ Unliquidated
                                          ☐ Disputed
Date(s) debt was incurred _
                                          Basis for the claim:  **Customer**
Last 4 digits of account number _
                                          Is the claim subject to offset? ■ No ☐ Yes

| 3.440 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**                                   As of the petition filing date, the claim is: Check all that apply.                    **$1,918.00**
**Daniel Orcutt**
**2660 Emerald Drive**                    ☐ Contingent
**Jonesboro, GA 30236**                   ☐ Unliquidated
                                          ☐ Disputed
Date(s) debt was incurred _
                                          Basis for the claim:  **Customer**
Last 4 digits of account number _
                                          Is the claim subject to offset? ■ No ☐ Yes

| 3.440 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**                                   As of the petition filing date, the claim is: Check all that apply.                    **$273.00**
**Daniel Otoole**
**361 Grove Street**                      ☐ Contingent
**Oradell, NJ 07649**                     ☐ Unliquidated
                                          ☐ Disputed
Date(s) debt was incurred _
                                          Basis for the claim:  **Customer**
Last 4 digits of account number _
                                          Is the claim subject to offset? ■ No ☐ Yes

| 3.440 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**                                   As of the petition filing date, the claim is: Check all that apply.                    **$8.00**
**Daniel P**
**18801 Ventura Boulevard**               ☐ Contingent
**Suite 208**                             ☐ Unliquidated
**Tarzana, CA 91356**                     ☐ Disputed
Date(s) debt was incurred _
                                          Basis for the claim:  **Customers - Deferred Credit**
Last 4 digits of account number _
                                          Is the claim subject to offset? ■ No ☐ Yes

| 3.440 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**                                   As of the petition filing date, the claim is: Check all that apply.                    **$2.81**
**Daniel P 13432914**
**3111 Seminole Peak Ln**                 ☐ Contingent
**Katy, TX 77494**                        ☐ Unliquidated
                                          ☐ Disputed
Date(s) debt was incurred _
                                          Basis for the claim:  **Customers - Deferred Credit**
Last 4 digits of account number _
                                          Is the claim subject to offset? ■ No ☐ Yes

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

---

| 3.440 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Daniel Paradiso**
**3920 Reed Rd**
**Columbus, OH 43220**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$238.00

---

| 3.440 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Daniel Paris**
**240 Paseo Vista Circle**
**240 Paseo Vista Circle**
**Palm Desert, CA 92260**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,230.00

---

| 3.440 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Daniel Petersen**
**19089 Eagle View Dr**
**Morgan Hill, CA 95037**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$15,717.00

---

| 3.441 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Daniel Pflueger**
**164 Windermere Ave**
**Allentown, PA 18104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$203.00

---

| 3.441 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Daniel Piccininni**
**100 Maiden Ln Apt 1901**
**New York, NY 10038**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$950.00

---

| 3.441 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Daniel Podolsky**
**18801 Ventura Boulevard**
**Suite 208**
**Tarzana, CA 91356**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$761.00

---

| 3.441 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Daniel Powell**
**8803 Black Alder Dr**
**Alexandria, VA 22309**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$49.00

---

| Debtor | Phoeno Wine Company, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.441**
**4**

**Nonpriority creditor's name and mailing address**
**Daniel Prieto**
**6907 Pasadena Ave**
**Dallas, TX 75214**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$792.00**

---

**3.441**
**5**

**Nonpriority creditor's name and mailing address**
**Daniel Quinley**
**962 Page St.**
**Berkeley, CA 94710**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,123.00**

---

**3.441**
**6**

**Nonpriority creditor's name and mailing address**
**Daniel Quinn**
**1027 11th Ave**
**Folsom, PA 19033**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.441**
**7**

**Nonpriority creditor's name and mailing address**
**Daniel R**
**1008 Laurel Park Ln**
**Charlotte, NC 28270**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$17.00**

---

**3.441**
**8**

**Nonpriority creditor's name and mailing address**
**Daniel R**
**341 West 24th Street**
**Apt 5a**
**New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

**3.441**
**9**

**Nonpriority creditor's name and mailing address**
**Daniel Reardon**
**341 West 24th Street**
**Apt 5a**
**New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.442**
**0**

**Nonpriority creditor's name and mailing address**
**Daniel Reeves**
**539 Sheridan Blvd**
**Orlando, FL 32804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$112.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.442 1 | **Nonpriority creditor's name and mailing address** | $30.00 |

**Daniel Roberts**
**3520 S Holguin Ct**
**Chandler, AZ 85248**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.442 2 | **Nonpriority creditor's name and mailing address** | $5,599.00 |

**Daniel Roel**
**53 Hampshire Way**
**Medford, NJ 08055**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.442 3 | **Nonpriority creditor's name and mailing address** | $26.00 |

**Daniel Rutherford**
**3525 Beechnut Ct**
**Fayetteville, NC 28311**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.442 4 | **Nonpriority creditor's name and mailing address** | $294.00 |

**Daniel S**
**115 E 34th Street**
**Apt 5h**
**New York, NY 10016**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.442 5 | **Nonpriority creditor's name and mailing address** | $20.00 |

**Daniel S**
**1241 Allamanda Way**
**Weston, FL 33327**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.442 6 | **Nonpriority creditor's name and mailing address** | $23.00 |

**Daniel S**
**13439 Porter Creek Rd**
**Charlotte, NC 28262**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.442 7 | **Nonpriority creditor's name and mailing address** | $17.00 |

**Daniel S**
**5 Becker Farm Rd Ste 406**
**Roseland, NJ 07068**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                       Case number *(if known)* _____

---

**3.4428**

**Nonpriority creditor's name and mailing address**

**Daniel S**
**504 N Church St**
**Rockford, IL 61103**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.4429**

**Nonpriority creditor's name and mailing address**

**Daniel Saavedra**
**504 N Church St**
**Rockford, IL 61103**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$81.00**

---

**3.4430**

**Nonpriority creditor's name and mailing address**

**Daniel Sandoval**
**16705 Zenda St**
**Victorville, CA 92395**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

**3.4431**

**Nonpriority creditor's name and mailing address**

**Daniel Schlossberg**
**5 Becker Farm Rd Ste 406**
**Roseland, NJ 07068**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$71.00**

---

**3.4432**

**Nonpriority creditor's name and mailing address**

**Daniel Schwartz**
**224 Thistle Dr**
**Silver Spring, MD 20901**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.4433**

**Nonpriority creditor's name and mailing address**

**Daniel Seiner**
**18 Trails Edge Ln**
**Telluride, CO 81435**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$291.00**

---

**3.4434**

**Nonpriority creditor's name and mailing address**

**Daniel Seymour**
**13439 Porter Creek Rd**
**Charlotte, NC 28262**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$173.00**

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)* _____

| 3.443 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,548.00** |

**Nonpriority creditor's name and mailing address**
**Daniel Shackell**
**8501 Placida Rd Unit 6**
**Placida, FL 33946**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,548.00**

---

| 3.443 6 |

**Nonpriority creditor's name and mailing address**
**Daniel Shaughnessy**
**8 Persimmon Dr**
**Penfield, NY 14526**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$228.00**

---

| 3.443 7 |

**Nonpriority creditor's name and mailing address**
**Daniel Slevin**
**1203 W Superior St Apt 1c**
**Chicago, IL 60642**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$28.00**

---

| 3.443 8 |

**Nonpriority creditor's name and mailing address**
**Daniel Smith**
**101 E Mount Royal Ave Apt 502**
**Baltimore, MD 21202**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$99.00**

---

| 3.443 9 |

**Nonpriority creditor's name and mailing address**
**Daniel Smith**
**2540 Woodstock Ave**
**Pittsburgh, PA 15218**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.444 0 |

**Nonpriority creditor's name and mailing address**
**Daniel Smith**
**W8098 County Road B**
**Lake Mills, WI 53551**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$45.00**

---

| 3.444 1 |

**Nonpriority creditor's name and mailing address**
**Daniel Soiseth**
**4308 Coquette Place**
**Tarzana, CA 91356**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$365.00**

Debtor   **Phoeno Wine Company, Inc.**
_____     Case number _(if known)_   _____

Name

| 3.444 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$50.00** |
|---|---|---|---|

**Daniel Spitzer-Cohn**
**3052 W Palmer Blvd # 2**
**Chicago, IL 60647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$578.00** |
|---|---|---|---|

**Daniel Stevens**
**1626 Brookhouse Dr Unit 137**
**Sarasota, FL 34231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$235.00** |
|---|---|---|---|

**Daniel Stover**
**5901 Flint St**
**Shawnee, KS 66203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$619.00** |
|---|---|---|---|

**Daniel Suarez**
**7141 Delegate Pl**
**Frederick, MD 21703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$54.00** |
|---|---|---|---|

**Daniel Sussman**
**3535 Columbia St**
**San Diego, CA 92103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$48.00** |
|---|---|---|---|

**Daniel Suzman**
**8 Valley View Ave**
**Takoma Park, MD 20912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$109.00** |
|---|---|---|---|

**Daniel T**
**2821 Ne 59th St**
**Fort Lauderdale, FL 33308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_    _____

---

**3.4449**

**Nonpriority creditor's name and mailing address**

**Daniel Temos**
**2821 NE 59th St**
**Fort Lauderdale, FL 33308**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,735.00**

---

**3.4450**

**Nonpriority creditor's name and mailing address**

**Daniel Than**
**730 San Juan Dr**
**Apt 10**
**Sunnyvale, CA 94085**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$162.00**

---

**3.4451**

**Nonpriority creditor's name and mailing address**

**Daniel Thomas**
**6n472 Lloyd Ave**
**Itasca, IL 60143**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$499.00**

---

**3.4452**

**Nonpriority creditor's name and mailing address**

**Daniel V**
**8306 Central Ave**
**Indianapolis, IN 46240**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$666.00**

---

**3.4453**

**Nonpriority creditor's name and mailing address**

**Daniel Vanheusden**
**137 Woodland Road**
**Montvale, NJ 07645**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$103.00**

---

**3.4454**

**Nonpriority creditor's name and mailing address**

**Daniel Vanheusden**
**137 Woodland Road**
**Montvale, NJ 07645**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.4455**

**Nonpriority creditor's name and mailing address**

**Daniel Viaches**
**8306 Central Ave**
**Indianapolis, IN 46240**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,072.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name    Case number *(if known)* _____

---

| 3.445 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,310.00** |

**Daniel W**
**2801 Alderman Ln**
**Durham, NC 27705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$734.00** |

**Daniel Waldman**
**Cvs - Ups Access Point**
**5829 Narbonne Ave**
**Lomita, CA 90717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$435.00** |

**Daniel Westbound**
**6826 E 5th St**
**Scottsdale, AZ 85251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |

**Daniel Wheeler**
**441 Fox Ridge Dr**
**Canonsburg, PA 15317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.446 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,227.02** |

**Daniel Y 3534**
**11160 Jollyville Road**
**Apt 324**
**Austin, TX 78759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.446 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,242.00** |

**Daniel Young**
**3114 Willow Terrace Dr**
**Kingwood, TX 77345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.446 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.91** |

**Daniel Z**
**12020 Guerin St**
**103**
**Studio City, CA 91604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**    Case number *(if known)* _____
_____
Name

| 3.446 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29.00** |
|---|---|---|---|

**Daniela M**
**864 College Pkwy Apt 102**
**Rockville, MD 20850**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.446 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,820.00** |
|---|---|---|---|

**Daniela Martinez**
**864 College Pkwy Apt 102**
**Rockville, MD 20850**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.446 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8.00** |
|---|---|---|---|

**Daniela P**
**510 E 14th St Apt 406**
**New York, NY 10009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.446 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$210.00** |
|---|---|---|---|

**Daniela Paladino**
**510 E 14th St Apt 406**
**New York, NY 10009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.446 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Daniele G**
**33186 Carignan Ct**
**Winchester, CA 92596**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.446 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |
|---|---|---|---|

**Danielj M**
**3158 Hemlock Hill Rd**
**Poconopines, PA 18350**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.446 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,682.00** |
|---|---|---|---|

**Daniella Fox**
**1722 E Dogwood Ln**
**Gilbert, AZ 85295**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

| | |
|---|---|
| **3.447 0** | |

**Nonpriority creditor's name and mailing address**

**Danielle Boehm**
**2040 Vista De La Vina**
**Templeton, CA 93465**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$275.00**

---

| | |
|---|---|
| **3.447 1** | |

**Nonpriority creditor's name and mailing address**

**Danielle Cranin**
**703 Pine Ridge Dr**
**Greensboro, NC 27406**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$139.00**

---

| | |
|---|---|
| **3.447 2** | |

**Nonpriority creditor's name and mailing address**

**Danielle H**
**5817 N 18th St**
**Phoenix, AZ 85016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$6.00**

---

| | |
|---|---|
| **3.447 3** | |

**Nonpriority creditor's name and mailing address**

**Danielle Hazeltine**
**5817 N 18th St**
**Phoenix, AZ 85016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$43.00**

---

| | |
|---|---|
| **3.447 4** | |

**Nonpriority creditor's name and mailing address**

**Danielle J 13417625**
**606 S 6th St Apt 9**
**Mattoon, IL 61938**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$12.00**

---

| | |
|---|---|
| **3.447 5** | |

**Nonpriority creditor's name and mailing address**

**Danielle Kevitch**
**645 Division St Apt 416**
**Nashville, TN 37203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$840.00**

---

| | |
|---|---|
| **3.447 6** | |

**Nonpriority creditor's name and mailing address**

**Danielle Leblang**
**1782 Deavers Dr**
**1782 Deavers Dr**
**San Marcos, CA 92069**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$517.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
| | Name | | |

---

| 3.447 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00** |

**Danielle Mckee**
**514 Shawnee Dr**
**Toms River, NJ 08753**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,343.00** |

**Danielle Morelli**
**2551 Haven Ave**
**Ocean City, NJ 08226**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**Danielle T**
**267 Eastside Ave**
**Ridgewood, NJ 07450**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$285.00** |

**Danielle Taylor**
**13618 Country Green Ct**
**Houston, TX 77059**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,284.00** |

**Danielxiaochen Wang**
**2801 Alderman Ln**
**Durham, NC 27705**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$982.00** |

**Daniil Zaika**
**1585 25th Ave NE**
**Issaquah, WA 98029**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |

**Danita H**
**4422 Buckhorn Rd**
**Gainesville, GA 30506**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Case number *(if known)*

Name

| 3.448 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$122.00** |
|---|---|---|---|

**Danni Springfield**
**27145 Montana Pass**
**San Antonio, TX 78260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** ___Customer___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$58.00** |
|---|---|---|---|

**Danny Barba**
**412 N. Hartley**
**West Covina, CA 91790**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** ___Customer___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30.00** |
|---|---|---|---|

**Danny Hartpence**
**2159 68th Ave S**
**Saint Petersburg, FL 33712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** ___Customer___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$420.00** |
|---|---|---|---|

**Danny Joyner**
**745 N Pleasantburg Dr**
**Greenville, SC 29607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** ___Customer___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$37.00** |
|---|---|---|---|

**Danny K**
**6157 Running Deer Rd**
**Osage Beach, MO 65065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** ___Customers - Deferred Credit___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |
|---|---|---|---|

**Danny L**
**25 Hospital Oval E**
**Maplewood Hall**
**Valhalla, NY 10595**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** ___Customers - Deferred Credit___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,022.00** |
|---|---|---|---|

**Danny Lascano**
**25 Hospital Oval E**
**Maplewood Hall**
**Valhalla, NY 10595**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** ___Customer___

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**

Name                                              Case number (if known) _____

---

| 3.449 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $42.00 |

**Danny N**
**1221 Story Rd**
**Unit 90 Second Floor**
**San Jose, CA 95122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**Danny N**
**9183 Generations Drive**
**Elk Grove, CA 95758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $90.00 |

**Danny Nguyen**
**9183 Generations Drive**
**Elk Grove, CA 95758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $185.00 |

**Danny Schick**
**3141 Pocahontas Ave**
**Point Pleasant Beach, NJ 08742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $100.00 |

**Danny T**
**1035 Diablo St**
**Pocatello, ID 83201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8.00 |

**Dantil**
**7410 Carlina St**
**Carlsbad, CA 92009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $467.00 |

**Danya Williams**
**260 W Jackson Ave**
**#1468**
**Hayden, CO 81639**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*    _____

---

| 3.4498 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Dapeng Z**
**1103 Beaten Path**
**China Grove, NC 28023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| 3.4499 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Dapeng Zhu**
**1103 Beaten Path**
**China Grove, NC 28023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$343.00

---

| 3.4500 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Daphne Q**
**12934 Essen Forest**
**Helotes, TX 78023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$9.00

---

| 3.4501 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Daphne Quiroga**
**12934 Essen Forest**
**Helotes, TX 78023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$60.00

---

| 3.4502 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Dara Esfandiary**
**5712 Namakagan Road**
**Bethesda, MD 20816**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$111.00

---

| 3.4503 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Daran Dammeyer**
**46130 Burroweed Ln**
**Palm Desert, CA 92260**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,387.00

---

| 3.4504 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Darci Ernst**
**409 Wonder St Apt B**
**Reno, NV 89502**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$120.00

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|--------|--------------------------------|---|---|---|
| | Name | | | |

---

**3.4505**

**Nonpriority creditor's name and mailing address**

**Darcie D**
**4200 Montrose Blvd Ste 500**
**Houston, TX 77006**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$6.00**

---

**3.4506**

**Nonpriority creditor's name and mailing address**

**Darcie Salmon**
**65 East St**
**Mechanicville, NY 12118**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$2.00**

---

**3.4507**

**Nonpriority creditor's name and mailing address**

**Darcy R**
**2704 S Spurway Dr**
**Ann Arbor, MI 48105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$86.00**

---

**3.4508**

**Nonpriority creditor's name and mailing address**

**Darcy Rhoden**
**2704 S Spurway Dr**
**Ann Arbor, MI 48105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,039.00**

---

**3.4509**

**Nonpriority creditor's name and mailing address**

**Darcy Stewart**
**109 4th Ave**
**Brooklyn Park, MD 21225**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,283.00**

---

**3.4510**

**Nonpriority creditor's name and mailing address**

**Daria Schumacher**
**279 Mountain House Rd**
**Palenville, NY 12463**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$184.00**

---

**3.4511**

**Nonpriority creditor's name and mailing address**

**Darian P**
**111 Bean Creek Rd Unit 32**
**Scotts Valley, CA 95066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$777.26**

---

Debtor    **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

---

**3.451**
**2**

**Nonpriority creditor's name and mailing address**

**Darian Shirazi**
**486 Duncan St**
**San Francisco, CA 94131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$301.00**

---

**3.451**
**3**

**Nonpriority creditor's name and mailing address**

**Darien B**
**126 Rosedale Rd**
**Napoleonville, LA 70390**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

**3.451**
**4**

**Nonpriority creditor's name and mailing address**

**Darin Branson**
**1092 Highway 308**
**Thibodaux, LA 70301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$45.00**

---

**3.451**
**5**

**Nonpriority creditor's name and mailing address**

**Darin Campo**
**8136 Cherry Birch Dr**
**Tipp City, Ohio, OH 45371**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,820.00**

---

**3.451**
**6**

**Nonpriority creditor's name and mailing address**

**Darin Campo**
**8136 Cherry Birch Dr**
**Tipp City, Ohio, OH 45371**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.451**
**7**

**Nonpriority creditor's name and mailing address**

**Darin Hoppenjans**
**1870 Barker Drive**
**Winter Park, FL 32789**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$145.00**

---

**3.451**
**8**

**Nonpriority creditor's name and mailing address**

**Darius Gittens**
**11734 Big Bear Lane**
**Lusby, MD 20657**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$213.00**

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4519**

**Nonpriority creditor's name and mailing address**

**Darius Matthews**
**26a Elm Ridge Rd**
**Pennington, NJ 08534**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$384.00**

---

**3.4520**

**Nonpriority creditor's name and mailing address**

**Darius Ryals**
**22264 Cornerstone Crossing Ter**
**Ashburn, VA 20148**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$49,448.00**

---

**3.4521**

**Nonpriority creditor's name and mailing address**

**Darlene M**
**45 Fairview Street**
**Windsor Locks, CT 06096**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.4522**

**Nonpriority creditor's name and mailing address**

**Darlene Mcnamara**
**45 Fairview Street**
**Windsor Locks, CT 06096**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$152.00**

---

**3.4523**

**Nonpriority creditor's name and mailing address**

**Darlene Z**
**7025 Yellowstone Blvd Apt 15f**
**Forest Hills, NY 11375**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.4524**

**Nonpriority creditor's name and mailing address**

**Darrell Blankenship**
**18103 Coastline Dr Apt 5**
**Malibu, CA 90265**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$884.00**

---

**3.4525**

**Nonpriority creditor's name and mailing address**

**Darrell Page**
**8022 Acuff Lane**
**Lenexa, KS 66215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$24.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____        Case number _(if known)_    _____
   Name

| 3.452 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $20.00 |
|---|---|---|---|

**3.452 6**

**Nonpriority creditor's name and mailing address**

**Darrell Roch**
**88 Morgan St Apt 3902**
**Jersey City, NJ 07302**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.452 7**

**Nonpriority creditor's name and mailing address**

**Darrell S**
**850 South Illinois Street**
**Springfield, IL 62704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

**3.452 8**

**Nonpriority creditor's name and mailing address**

**Darrell Sundquist**
**4424 N Alatamaha St**
**St Augustine, FL 32092**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,452.00**

---

**3.452 9**

**Nonpriority creditor's name and mailing address**

**Darrell V**
**19 Sunset Ridge**
**Cartersville, GA 30121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

**3.453 0**

**Nonpriority creditor's name and mailing address**

**Darrell Werth**
**5205 Park St**
**Shawnee, KS 66216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,366.00**

---

**3.453 1**

**Nonpriority creditor's name and mailing address**

**Darrell Williams**
**4489 Salem Springs Way**
**Virginia Beach, VA 23456**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$377.00**

---

**3.453 2**

**Nonpriority creditor's name and mailing address**

**Darren B**
**1402 Jacob Ave**
**Keller, TX 76248**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$53.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_    _____
Name

---

| 3.453 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $25.00 |

**Darren B**
**229 Chrystie St Apt 1018**
**New York, NY 10002**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $20.00 |

**Darren Bergeron**
**1402 Jacob Ave**
**Keller, TX 76248**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $68.00 |

**Darren D**
**16122 Lost Canyon Way**
**Charlotte, NC 28277**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $50.00 |

**Darren D**
**N54w16775 Autumn View Ln.**
**Menomonee Falls, WI 53051**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $3,159.00 |

**Darren Howanietz**
**4059 Nc Highway 105 S**
**Walgreens Fedex Onsite**
**Sugar Mountain, NC 28604**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $261.00 |

**Darren Miles**
**598 Corbel Dr**
**Naples, FL 34110**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $250.00 |

**Darren P**
**450 Shore Road**
**Apt 8e**
**Long Beach, NY 11561**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

**3.4540**

**Nonpriority creditor's name and mailing address**

**Darren Pullen**
**925 Touby Pike**
**UPS Customer Center**
**Kokomo, IN 46901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$174.00**

---

**3.4541**

**Nonpriority creditor's name and mailing address**

**Darren Reynolds**
**9 Oak Ridge Dr**
**Decatur, IL 62521**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$252.00**

---

**3.4542**

**Nonpriority creditor's name and mailing address**

**Darren Rutherford**
**10 Pelican Pl**
**Cape May, NJ 08204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,888.00**

---

**3.4543**

**Nonpriority creditor's name and mailing address**

**Darren Smith**
**1126 Landale Court**
**Orlando, FL 32828**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$234.00**

---

**3.4544**

**Nonpriority creditor's name and mailing address**

**Darren Williams**
**10703 Wolsley Ct**
**Houston, TX 77065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$148.00**

---

**3.4545**

**Nonpriority creditor's name and mailing address**

**Darren-Waggoner**
**6922 Covered Bridge Dr**
**Austin, TX 78736**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.4546**

**Nonpriority creditor's name and mailing address**

**Darrin C**
**11812  Chapel Woods Court**
**Clarksville, MD 21029**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.454 7 | **Nonpriority creditor's name and mailing address** |

**Darrin Daniels**
**52 Londonderry Road**
**Windham, NH 03087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$7,105.00

---

| | |
|---|---|
| 3.454 8 | **Nonpriority creditor's name and mailing address** |

**Darrin Tobin**
**226 2nd St.**
**Sedgwick, CO 80749**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$156.00

---

| | |
|---|---|
| 3.454 9 | **Nonpriority creditor's name and mailing address** |

**Darryl Hart**
**12005 N Silver Ave**
**Mequon, WI 53097**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$95.00

---

| | |
|---|---|
| 3.455 0 | **Nonpriority creditor's name and mailing address** |

**Darryl L**
**2104 Berwyn St.**
**Union, NJ 07083**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

| | |
|---|---|
| 3.455 1 | **Nonpriority creditor's name and mailing address** |

**Darryl Pierce**
**610 E Weddell Dr**
**Unit 412**
**Sunnyvale, CA 94089**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$202.00

---

| | |
|---|---|
| 3.455 2 | **Nonpriority creditor's name and mailing address** |

**Darryl Zimmerman**
**7264 Beaver Creek Rd**
**Harrisburg, PA 17112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$1,426.00

---

| | |
|---|---|
| 3.455 3 | **Nonpriority creditor's name and mailing address** |

**Darrylw M**
**28 Cabello Street**
**Punta Gorda, FL 33983**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$5.00

---

Debtor    **Phoeno Wine Company, Inc.**

Case number *(if known)*

_____
Name

---

| 3.455<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**Darryn J 13416831**
**633 Folsom St.**
**Suite 200 - One Kings Lane**
**San Francisco, CA 09413**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00** |

**Darwin B**
**750 N Dearborn St Apt 2006**
**Chicago, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45.00** |

**Darwin Bontrager**
**750 N Dearborn St Apt 2006**
**Chicago, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**Darwin S**
**7528 Jerez Ct Unit 5**
**Carlsbad, CA 92009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455<br>8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$231.00** |

**Daryl Wizelman**
**25431 Prado De Las Fresas**
**Calabasas, CA 91302**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455<br>9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$391.00** |

**Dathan W**
**921 W Mcgraw St Unit 35**
**Seattle, WA 98119**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456<br>0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,164.00** |

**Dathan Wong**
**921 W Mcgraw St Unit 35**
**Seattle, WA 98119**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*  _____

| | |
|---|---|
| **3.456 1** | |

**Nonpriority creditor's name and mailing address**

**Dave C**
**96 Warrn Farm Road**
**Hopewell Junction, NY 12533**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.456 2**

**Nonpriority creditor's name and mailing address**

**Dave Chen**
**350 Sharon Park Drive**
**Unit D1**
**Menlo Park, CA 94025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$444.00**

---

**3.456 3**

**Nonpriority creditor's name and mailing address**

**Dave D**
**7063 Country Spring Road**
**New Tripoli, PA 18066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$11.00**

---

**3.456 4**

**Nonpriority creditor's name and mailing address**

**Dave Denkhaus**
**8163 Grand River Rd Ste 500**
**Brighton, MI 48114**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

**3.456 5**

**Nonpriority creditor's name and mailing address**

**Dave Devries**
**4640 149th Ave Se**
**Bellevue, WA 98006**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$215.00**

---

**3.456 6**

**Nonpriority creditor's name and mailing address**

**Dave Donohue**
**225 Claremont Blvd**
**San Francisco, CA 94127**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$80.00**

---

**3.456 7**

**Nonpriority creditor's name and mailing address**

**Dave Dopierala**
**29655 Georgetown Dr**
**Chesterfield, MI 48051**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$23.00**

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.456 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $634.00 |

**Dave Dunning**
**2422 Obeth Rd**
**Nebo, NC 28761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,425.00 |

**Dave Einolf**
**1630 N Milwaukee Ave**
**Iron Mountain, MI 49801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |

**Dave F**
**7390 Rangewood Dr**
**Colorado Springs, CO 80918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $343.00 |

**Dave Fiano**
**242 Condor Court**
**Po Box 824**
**Bodega Bay, CA 94923**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,132.00 |

**Dave Fischer**
**7390 Rangewood Dr**
**Colorado Springs, CO 80918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108.00 |

**Dave H**
**12105 Malisa Ct**
**Rogers, MN 55374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.00 |

**Dave Hall**
**174 Dezenzo Lane**
**W. Orange, NJ 07052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

---

| 3.457 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Dave Heeman**
**13350 Campanile Ct**
**Venice, FL 34293**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.    **$77.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 6 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Dave Heng**
**8583 Irvine Center Dr**
**The UPS Store**
**Irvine, CA 92618**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.    **$174.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 7 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Dave Hill**
**2403 E Goldenrod St**
**Phoenix, AZ 85048**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.    **$28.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 8 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Dave K**
**242 D St**
**Redwood City, CA 94063**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.    **$120.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 9 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Dave L**
**71 New Wickham Dr**
**Penfield, NY 14526**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.    **$12.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.458 0 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Dave Lyon**
**71 New Wickham Dr**
**Penfield, NY 14526**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.    **$326.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.458 1 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Dave M**
**183 Cedar Cliff Rd**
**Monroe, NY 10950**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.    **$50.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

---

| 3.458 2 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Dave M**
**2581 Tokalon Ct**
**San Diego, CA 92110**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.458 3 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Dave Madsen**
**730 El Capitan Dr**
**Danville, CA 94526**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$140.00**

---

| 3.458 4 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Dave Manges**
**7413 Old State Road 67 N**
**Martinsville, IN 46151**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$228.00**

---

| 3.458 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Dave Martz**
**2581 Tokalon Ct**
**San Diego, CA 92110**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$636.00**

---

| 3.458 6 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Dave Nershi**
**2536 Kinglass Dr**
**Fuquay-Varina, NC 27526**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.458 7 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Dave Nowak**
**37 Zephyr Rd**
**Palmyra, VA 22963**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$37.00**

---

| 3.458 8 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Dave P**
**10112 Spring Lake Ter**
**Fairfax, VA 22030**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.4589 | |

**Nonpriority creditor's name and mailing address**
**Dave P**
**14016 Nicklaus Dr.**
**Overland Park, KS 66223**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$36.00**

---

| |
|---|
| 3.4590 |

**Nonpriority creditor's name and mailing address**
**Dave P**
**2121 W Warner Ave**
**Chicago, IL 60618**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$51.00**

---

| |
|---|
| 3.4591 |

**Nonpriority creditor's name and mailing address**
**Dave Peters**
**7112 Altford Ct**
**Elkridge, MD 21075**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$429.00**

---

| |
|---|
| 3.4592 |

**Nonpriority creditor's name and mailing address**
**Dave Petti**
**2121 W Warner Ave**
**Chicago, IL 60618**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$21.00**

---

| |
|---|
| 3.4593 |

**Nonpriority creditor's name and mailing address**
**Dave R**
**2200 Research Blvd**
**Suite 500**
**Rockville, MD 20850**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| |
|---|
| 3.4594 |

**Nonpriority creditor's name and mailing address**
**Dave Ritzert**
**941 Penn Ave Apt 102**
**Pittsburgh, PA 15222**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$795.00**

---

| |
|---|
| 3.4595 |

**Nonpriority creditor's name and mailing address**
**Dave Rowe**
**2201 Danielle Dr**
**Colleyville, TX 76034**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,407.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.459 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Dave S**
**108 Linden Lane**
**San Mateo, CA 94402**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$189.49**

---

| 3.459 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Dave S**
**4700 N Red Oak Rd**
**Lewiston, MI 49756**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

| 3.459 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Dave S**
**6021 Bahia Del Mar Cir #537**
**Saint Petersburg, FL 33718**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

| 3.459 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Dave S**
**824 Jane Ave., Address 2, Address 2**
**Address 2**
**Pittsburgh, PA 15209**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

| 3.460 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Dave Schwartz**
**440 Orange Grove Ave**
**South Pasadena, CA 91030**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$324.00**

---

| 3.460 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Dave Simpson**
**108 Linden Lane**
**San Mateo, CA 94402**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$178.00**

---

| 3.460 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Dave W**
**214 Sylvan Ave**
**Flanders, NY 11901**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.460 3**

**Nonpriority creditor's name and mailing address**

**Dave W**
**3010 Carnegie Dr**
**Boulder, CO 80305**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$48.00**

---

**3.460 4**

**Nonpriority creditor's name and mailing address**

**Dave Whelehan**
**103 Creek Rdg**
**Pittsford, NY 14534**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$629.00**

---

**3.460 5**

**Nonpriority creditor's name and mailing address**

**Dave Wiedenheft**
**3010 Carnegie Dr**
**Boulder, CO 80305**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$708.00**

---

**3.460 6**

**Nonpriority creditor's name and mailing address**

**Daveknox**
**659 Van Meter St**
**Suite 520**
**Cincinnati, OH 45202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

**3.460 7**

**Nonpriority creditor's name and mailing address**

**Daven Loomba**
**10797 Ridgeview Ct**
**San Jose, CA 95127**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

**3.460 8**

**Nonpriority creditor's name and mailing address**

**David A**
**170 Salt Brush St**
**Durango, CO 81301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.460 9**

**Nonpriority creditor's name and mailing address**

**David A**
**35537 Moonback Dr**
**Laporte, MN 56461**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$16.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
Name

| 3.461 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16.00** |

**David A**
**445 Devlin Rd**
**Benchmark Wine Group**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.461 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18.00** |

**David A**
**4817 Sunset Stream Dr**
**Fuquay Varina, NC 27526**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.461 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00** |

**David A**
**6152 Holler Haven**
**Bulverde, TX 78163**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.461 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$67.00** |

**David A**
**6660 Thames Drive**
**Gilroy, CA 95020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.461 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$220.00** |

**David Adams**
**35537 Moonback Dr**
**Laporte, MN 56461**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.461 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,029.00** |

**David Adams**
**725 Canopy Estates Dr**
**Winter Garden, FL 34787**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.461 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54.00** |

**David Adams**
**923 Valley Oaks Rd**
**Vadnais Heights, MN 55127**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                          Case number *(if known)* _____
         _____
         Name

| 3.461 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$385.00** |
|---|---|---|---|

**David Ahdoot**
**250 Moore St Apt 101**
**Brooklyn, NY 11206**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.461 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
|---|---|---|---|

**David Albright**
**32421 Monterey Drive**
**Union City, CA 94587**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.461 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$378.00** |
|---|---|---|---|

**David Anderson**
**3911 Rockwood Farm Rd**
**Newtown Square, PA 19073**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$331.00** |
|---|---|---|---|

**David Antil**
**7410 Carlina St**
**Carlsbad, CA 92009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$216.00** |
|---|---|---|---|

**David Arato**
**305 S Ridge St Unit 3914**
**Breckenridge, CO 80424**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$265.00** |
|---|---|---|---|

**David Ashworth**
**6152 Holler Haven**
**Bulverde, TX 78163**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,174.00** |
|---|---|---|---|

**David Aust**
**2462 Sylvan Avenue**
**N/A**
**Hamilton, NJ 08610**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_    _____
Name

| 3.462 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$2,208.00** |

**David Austin**
**170 Salt Brush St**
**Durango, CO 81301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$19.00** |

**David Avalos**
**6660 Thames Drive**
**Gilroy, CA 95020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$20.00** |

**David B**
**1107 45th St**
**Des Moines, IA 50311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$2.00** |

**David B**
**16 Fox Hunt Drive**
**Rockaway, NJ 07866**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$3.26** |

**David B**
**2122 Obarr Pl #A**
**Santa Ana, CA 92705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$9.00** |

**David B**
**3391 Summer Set Way**
**Oceanside, CA 92056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$25.00** |

**David B**
**34 King St**
**New York, NY 10014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name
Case number (if known) _____

---

| 3.463 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23.00** |
| **David B** | ☐ Contingent | |
| **45 Clark Road** | ☐ Unliquidated | |
| **Lowell, MA 01852** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Customers - Deferred Credit** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.463 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
| **David B** | ☐ Contingent | |
| **456 Flores De Oro** | ☐ Unliquidated | |
| **Rancho Santa Fe, CA 92067** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Customers - Deferred Credit** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.463 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
| **David B** | ☐ Contingent | |
| **4698 Ashford Club Dr** | ☐ Unliquidated | |
| **Dunwoody, GA 30338** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Customers - Deferred Credit** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.463 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$99.00** |
| **David B** | ☐ Contingent | |
| **483 Little Lake Dr** | ☐ Unliquidated | |
| **Ann Arbor, MI 48103** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Customers - Deferred Credit** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.463 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33.00** |
| **David B** | ☐ Contingent | |
| **531 Powers St** | ☐ Unliquidated | |
| **Erie, CO 80516** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Customers - Deferred Credit** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.463 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |
| **David B** | ☐ Contingent | |
| **6552 53rd Ave N Apt 64** | ☐ Unliquidated | |
| **Saint Petersburg, FL 33709** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Customers - Deferred Credit** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.463 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$170.00** |
| **David Balen** | ☐ Contingent | |
| **20379 Via Botticelli** | ☐ Unliquidated | |
| **Porter Ranch, CA 91326** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                        Case number *(if known)*    _____

| 3.463 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Barkley**
**6200 Troon Rd**
**Fort Worth, TX 76132**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

$1,366.00

---

| 3.463 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Barney**
**3051 Poughkeepsie Dr**
**Colorado Springs, CO 80916**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

$318.00

---

| 3.464 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Bartman**
**513 S Westgate Ave**
**Los Angeles, CA 90049**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

$1,449.00

---

| 3.464 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Bast**
**10 Walnut Hill Drive**
**Penfield, NY 14526**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| 3.464 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Baylor**
**11721 Robert E Lee Dr**
**Bristow, VA 20136**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| 3.464 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Beall**
**325 27th Street**
**Unit 506**
**Oakland, CA 94612**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

$991.00

---

| 3.464 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Beizer**
**200 W. 70th St.**
**Apt. 11c**
**New York, NY 10023**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

$52.00

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.464 5**

**Nonpriority creditor's name and mailing address**

**David Belle-Isle**
**1040 Ranahan Drive**
**Prosper, TX 75078**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$372.00**

---

**3.464 6**

**Nonpriority creditor's name and mailing address**

**David Bernal**
**3391 Summer Set Way**
**Oceanside, CA 92056**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$403.00**

---

**3.464 7**

**Nonpriority creditor's name and mailing address**

**David Besgrove**
**409 S Main St**
**Grapevine, TX 76051**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,407.00**

---

**3.464 8**

**Nonpriority creditor's name and mailing address**

**David Birney**
**14211 Indian Wells Drive**
**Houston, TX 77069**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$988.00**

---

**3.464 9**

**Nonpriority creditor's name and mailing address**

**David Breger**
**193 E Creek Dr**
**Menlo Park, CA 94025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.465 0**

**Nonpriority creditor's name and mailing address**

**David Breger**
**193 E Creek Dr**
**Menlo Park, CA 94025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$15.00**

---

**3.465 1**

**Nonpriority creditor's name and mailing address**

**David Breger**
**193 E Creek Dr**
**Menlo Park, CA 94025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$32.81**

---

Debtor    **Phoeno Wine Company, Inc.**    Case number *(if known)* _____
_____
Name

---

| 3.465 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$339.00** |
|---|---|---|---|

**David Brolsma**
**2209 Seven Wins Dr**
**Austin, TX 78733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,382.00** |
|---|---|---|---|

**David Bronson**
**5279 E Lake Rd**
**Route 430**
**Dewittville, NY 14728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$250.00** |
|---|---|---|---|

**David Brot**
**1214 W Boston Post Rd**
**C/O The UPS Store**
**Mamaroneck, NY 10543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Brown**
**18717 Lamont St**
**Omaha, NE 68130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19.00** |
|---|---|---|---|

**David Brown**
**404 W Main St**
**Waxahachie, TX 75165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,160.00** |
|---|---|---|---|

**David Brown**
**45 Clark Road**
**Lowell, MA 01852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$186.00** |
|---|---|---|---|

**David Brown**
**66 Whipstick Rd**
**Ridgefield, CT 06877**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

**3.465 9**

**Nonpriority creditor's name and mailing address**
**David Buckler**
**16 Fox Hunt Drive**
**Rockaway, NJ 07866**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$2,516.00**

---

**3.466 0**

**Nonpriority creditor's name and mailing address**
**David Bui**
**11962 Easy Way**
**Garden Grove, CA 92840**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$8,815.91**

---

**3.466 1**

**Nonpriority creditor's name and mailing address**
**David Buoymaster**
**666 Greenwich St Ph 11**
**New York, NY 10014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$11,841.00**

---

**3.466 2**

**Nonpriority creditor's name and mailing address**
**David C**
**245 Alpine Street**
**San Rafael, CA 94901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$25.00**

---

**3.466 3**

**Nonpriority creditor's name and mailing address**
**David C**
**4 Helens Ln**
**Mill Valley, CA 94941**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$16.00**

---

**3.466 4**

**Nonpriority creditor's name and mailing address**
**David C**
**580 Washington Ave**
**Brooklyn, NY 11238**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$65.00**

---

**3.466 5**

**Nonpriority creditor's name and mailing address**
**David Calabro**
**199 New Road**
**Suite #53**
**Linwood, NJ 08221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$210.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| | |
|---|---|

**3.466 6**

**Nonpriority creditor's name and mailing address**
**David Cameron**
**2417 Holiday Ln**
**Rapid City, SD 57702**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$92.00**

---

**3.466 7**

**Nonpriority creditor's name and mailing address**
**David Campbell**
**6113 Dunbarton Oaks Blvd**
**Midland, TX 79705**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$360.00**

---

**3.466 8**

**Nonpriority creditor's name and mailing address**
**David Campoli**
**1301 Virginia Dr Ste 105**
**Fort Washington, PA 19034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$30.00**

---

**3.466 9**

**Nonpriority creditor's name and mailing address**
**David Canavati**
**334 Padre Blvd Apt 2801**
**South Padre Island, TX 78597**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$917.00**

---

**3.467 0**

**Nonpriority creditor's name and mailing address**
**David Candow**
**58 Pomfret St Apt 2408**
**Putnam, CT 06260**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,322.00**

---

**3.467 1**

**Nonpriority creditor's name and mailing address**
**David Caraway**
**81 Coquina Pl**
**Santa Rosa Beach, FL 32459**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,340.00**

---

**3.467 2**

**Nonpriority creditor's name and mailing address**
**David Carruthers**
**4209 NW 121st Cir**
**Vancouver, WA 98685**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$201.00**

---

Debtor **Phoeno Wine Company, Inc.**

_____

Name

Case number *(if known)* _____

---

| 3.467 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00** |

**David Case**
**475. Calle Cadiz**
**Unit. Q**
**Laguna Woods, CA 92637**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,845.00** |

**David Clapp**
**25010 Fort Augusta Dr**
**Spring, TX 77389**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**David Clark**
**26 Pound Rd**
**Westerly, RI 02891**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$771.00** |

**David Cole**
**195 Homer Ln**
**Mooresville, NC 28117**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,685.00** |

**David Collin**
**2500 Pickle Rd**
**Akron, OH 44312**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62.00** |

**David Collis**
**120 Sudbury Rd**
**Concord, MA 01742**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$210.00** |

**David Cook**
**4527 Yorktown St Unit A**
**Fort Irwin, CA 92310**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 3.468 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,454.00** |
|---|---|---|---|

**David Critzer**
**8923 Topaz Terrace**
**Streetsboro, OH 44241**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
|---|---|---|---|

**David Crockett**
**4 Helens Ln**
**Mill Valley, CA 94941**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,075.00** |
|---|---|---|---|

**David Cross**
**580 Washington Ave**
**Brooklyn, NY 11238**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
|---|---|---|---|

**David D**
**168 Golden Creek Trail**
**Union Mills, NC 28167**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**David D**
**3733 William Dehaes Dr Apt 1203**
**Irving, TX 75038**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29.00** |
|---|---|---|---|

**David Dedman**
**1515 Tree Haven Ct**
**Rockwall, TX 75032**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$303.00** |
|---|---|---|---|

**David Deer**
**6532 Pennan Court**
**Noblesville, IN 46062**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.468 7**

**Nonpriority creditor's name and mailing address**

**David Delaney**
**40 Crestview Ave**
**Stamford, CT 06907**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,078.00**

---

**3.468 8**

**Nonpriority creditor's name and mailing address**

**David Delaureal**
**916b Gale Ln**
**Nashville, TN 37204**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,146.00**

---

**3.468 9**

**Nonpriority creditor's name and mailing address**

**David Diaz**
**5621 Thornhill Drive**
**Oakland, CA 94611**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$210.00**

---

**3.469 0**

**Nonpriority creditor's name and mailing address**

**David Dillman**
**305 Longtime Ln**
**Sedro Woolley, WA 98284**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.469 1**

**Nonpriority creditor's name and mailing address**

**David Doran**
**100 North St**
**Naples, FL 34108**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$841.00**

---

**3.469 2**

**Nonpriority creditor's name and mailing address**

**David Drogon**
**604 Monroe St Apt 7**
**Hoboken, NJ 07030**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$11,725.00**

---

**3.469 3**

**Nonpriority creditor's name and mailing address**

**David Dubinsky**
**120 Waterman Cir**
**Danville, CA 94526**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$189.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.469 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Dunning**
**2 Don St**
**East Patchogue, NY 11772**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$527.00**

---

| 3.469 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David E**
**35 Slocum Rd**
**Beacon, NY 12508**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

| 3.469 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Eberle**
**35 Slocum Rd**
**Beacon, NY 12508**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$3,078.00**

---

| 3.469 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Eckert**
**15107 Garnet Trl**
**Bradenton, FL 34211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$234.00**

---

| 3.469 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Eldridge**
**1246 Lester St #2**
**South Lake Tahoe, CA 96151**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,482.00**

---

| 3.469 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Elkin**
**1105 Bay Hill Dr**
**Gibsonia, PA 15044**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,344.00**

---

| 3.470 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Emch**
**6731 Oak Grove Rd**
**Howell, MI 48855**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$149.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.470 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$330.00** |

**David Espinosa**
**1104 Northwood St**
**Houston, TX 77009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$175.00** |

**David Ewan**
**7 Rozalyn Ln**
**Laurence Harbor, NJ 08879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$228.00** |

**David Ewing**
**6205 NW Saddleclub Ct**
**Parkville, MO 64152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$338.00** |

**David Ewing**
**6205 Nw Saddleclub Ct**
**Parkville, MO 64152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$62.00** |

**David F**
**10432 Crump Rd**
**Glenwood, NY 14069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$39.00** |

**David F**
**1705 Fieldbrook Lane**
**Mt. Airy, MD 21771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**David F**
**23 Shields St**
**Newport, RI 02840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

**3.470 8**

**Nonpriority creditor's name and mailing address**

**David F**
**4 Rolling Hill Way**
**Clark, NJ 07066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.470 9**

**Nonpriority creditor's name and mailing address**

**David Farhi**
**4 Rolling Hill Way**
**Clark, NJ 07066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$320.00

---

**3.471 0**

**Nonpriority creditor's name and mailing address**

**David Farnum**
**4206 200th Street**
**Estherville, IA 51334**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$455.00

---

**3.471 1**

**Nonpriority creditor's name and mailing address**

**David Fassler**
**86 Lake St Ste 1**
**Burlington, VT 05401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$138.00

---

**3.471 2**

**Nonpriority creditor's name and mailing address**

**David Feldmeth**
**16881 Davis Rd Apt 414**
**Fort Myers, FL 33908**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$168.00

---

**3.471 3**

**Nonpriority creditor's name and mailing address**

**David Fiala**
**2647 Winthrop Rd**
**Lincoln, NE 68502**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$168.00

---

**3.471 4**

**Nonpriority creditor's name and mailing address**

**David Fiddler**
**1930 Pendennis Dr.**
**Annapolis, MD 21409**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor     **Phoeno Wine Company, Inc.**
_____     Case number *(if known)* _____
Name

---

| 3.471 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Finkelstein**
**3914 Nw 53rd St**
**Boca Raton, FL 33496**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.471 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Flanigan**
**22869 Us-6**
**#109**
**Keystone, CO 80435**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

| 3.471 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Ford**
**1705 Fieldbrook Lane**
**Mt. Airy, MD 21771**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

| 3.471 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Forrester**
**14 North Pine Circle**
**Belleair, FL 33756**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

| 3.471 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Foschino**
**19 Birch Run Ave**
**Denville, NJ 07834**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,971.00**

---

| 3.472 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Fox**
**1583 33rd Ave**
**San Francisco, CA 94122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.472 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Freeman**
**10432 Crump Rd**
**Glenwood, NY 14069**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$99.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.472 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**David Funke**
**425 2nd St Se Ste 310**
**Cedar Rapids, Iowa 52401**
**Cedar Rapids, IA 52401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$152.00**

---

| 3.472 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**David G**
**10 Sheridan Sq**
**New York, NY 10014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.472 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**David G**
**2333 Brickell Avenue**
**Unit #1802**
**Miami, FL 33129**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

| 3.472 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**David G**
**2636 Danbury Avenue**
**Highlands Ranch, CO 80126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

| 3.472 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**David G**
**2639 Knox St Ne**
**Atlanta, GA 30317**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$31.00**

---

| 3.472 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**David G**
**337 Northbrooke Lane**
**Woodstock, GA 30188**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.472 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**David G**
**4048 Sumac Drive**
**Sherman Oaks, CA 91403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$29.78**

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

**3.4729**

**Nonpriority creditor's name and mailing address**

**David G**
**4225 Beasleys Bend Rd**
**Lebanon, TN 37087**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$45.00**

---

**3.4730**

**Nonpriority creditor's name and mailing address**

**David G**
**4414 Windermere View Place**
**Woodbridge, VA 22192**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.4731**

**Nonpriority creditor's name and mailing address**

**David G**
**5532 Aura Ave**
**Tarzana, CA 91356**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$215.75**

---

**3.4732**

**Nonpriority creditor's name and mailing address**

**David Gaudreault**
**400 Island Way Apt 212**
**Clearwater Beach, FL 33767**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

**3.4733**

**Nonpriority creditor's name and mailing address**

**David Gaylord**
**102 Barrows St**
**Groton, NY 13073**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$270.00**

---

**3.4734**

**Nonpriority creditor's name and mailing address**

**David Geiger**
**2639 Knox St NE**
**Atlanta, GA 30317**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$45.00**

---

**3.4735**

**Nonpriority creditor's name and mailing address**

**David Giasson**
**9008 Stately Cir**
**Knoxville, TN 37923**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$231.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
          Name

---

| 3.473 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,029.00** |

**David Gibson**
**249 Cape Aron Dr**
**Corpus Christi, TX 78412**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$120.00** |

**David Glass**
**13447 NW 5th Pl**
**Plantation, FL 33325**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$595.00** |

**David Goldklang**
**1929 Arrowhead Dr**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$915.00** |

**David Goldman**
**150 Sunny Isles Blvd**
**Apt 1605**
**Sunny Isles, FL 33160**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$682.00** |

**David Gookin**
**3266 Mayflower Loop**
**The Villages, FL 32163**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,622.00** |

**David Gorsky**
**1890 Mercer Parkway**
**Apt 11105**
**Farmers Branch, TX 75234**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$225.00** |

**David Gower**
**805 Van Bibber Rd**
**Salado, TX 76571**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____     Case number (if known) _____
Name

---

| 3.474<br>3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,408.00** |
| **David Graham**<br>**2344 Lincoln Ave**<br>**Miami, FL 33133** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.474<br>4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$132.00** |
| **David Granum**<br>**340 Ranch Rd**<br>**Bishop, CA 93514** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.474<br>5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,289.00** |
| **David Greenspoon**<br>**28 Bellevue Avenue**<br>**Dobbs Ferry, NY 10522** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.474<br>6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,742.00** |
| **David Gren**<br>**1310 Santa Margarita Drive**<br>**Arcadia, CA 91006** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.474<br>7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$224.00** |
| **David Griffin**<br>**4225 Beasleys Bend Rd**<br>**Lebanon, TN 37087** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.474<br>8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$786.00** |
| **David Grinder**<br>**1754 West 25th Street**<br>**Yuma, AZ 85364** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.474<br>9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$270.00** |
| **David Guerriero**<br>**3822 Fernwood Ct**<br>**Dayton, OH 45440** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.475 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $16.60 |
|---|---|---|---|

**David H**
**10 Whitehall Dr**
**Bluffton, SC 29910**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $21.00 |
|---|---|---|---|

**David H**
**1011 Dean Pl**
**Oklahoma City, OK 73117**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $30.00 |
|---|---|---|---|

**David H**
**16771 Yorkshire St**
**Livonia, MI 48154**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $8.00 |
|---|---|---|---|

**David H**
**2 Harrier Rd**
**Pray, MT 59065**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25.00 |
|---|---|---|---|

**David H**
**2139 128th Avenue Nw**
**Coon Rapids, MN 55448**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $50.00 |
|---|---|---|---|

**David H**
**7161 Nw Bay Shore Drive**
**Omena, MI 49674**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $38.00 |
|---|---|---|---|

**David H**
**977 Seminole Trl**
**Charlottesville, VA 22901**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
Name

---

| 3.475 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |

**David Haley**
**5731 Ralston Ave**
**Indianapolis, IN 46220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,020.00** |

**David Halter**
**2 Harrier Rd**
**Pray, MT 59065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,380.00** |

**David Hanna**
**20 Ironsides St Apt 16**
**Marina Del Rey, CA 90292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$544.00** |

**David Hanna**
**7417 Churchill Rd**
**Mclean, VA 22101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,336.00** |

**David Hanson**
**5572 N Marshall Dr**
**Eloy, AZ 85131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$197.00** |

**David Head**
**2206 Whilden Court**
**Charlotte, NC 28211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**David Head**
**327 Windsong Way**
**Woodstock, GA 30188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.476 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Head**
**3540 Northbrook Dr**
**Superior Township, MI 48198**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$173.00**

---

| 3.476 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Healy**
**1466 Karl Dr**
**Copley, OH 44321**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

| 3.476 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Henri**
**583 Battery St Apt 2308**
**Seattle, WA 98121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,652.00**

---

| 3.476 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Hernandez**
**16771 Yorkshire St**
**Livonia, MI 48154**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$11,328.00**

---

| 3.476 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Hess**
**20 Bennett Circle**
**Antrim, NH 03440**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$829.00**

---

| 3.476 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Hill**
**2525 E Calhoun St**
**Seattle, WA 98112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,402.00**

---

| 3.477 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Hinkle**
**3992 NW Urbandale Dr**
**Urbandale, IA 50322**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$315.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.477 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**David Holliday**
**1200 Dubonnet Court**
**Oak Park, CA 91377**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,123.00**

---

| 3.477 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**David Hollingsworth**
**977 Seminole Trl**
**Charlottesville, VA 22901**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$594.00**

---

| 3.477 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**David Hooper**
**6929 N Hayden Rd**
**C4-233**
**Scottsdale, AZ 85250**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$578.00**

---

| 3.477 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**David Hunkus**
**260 Miles Cortland Rd NE**
**Warren, OH 44484**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$165.00**

---

| 3.477 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**David Hurte**
**1011 Dean Pl**
**Oklahoma City, OK 73117**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

| 3.477 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**David Hutchison**
**212 Coe Road**
**Clarendon Hills, IL 60514**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$44.00**

---

| 3.477 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**David Ilsley**
**1001 Main Campus Dr**
**C/O Lexmedia**
**Lexington, MA 02421**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,214.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.477 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5.00** |

**David J**
**142 Hidden Meadow Trail**
**Grand Island, NY 14072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**David J**
**1634 Lancaster Ln**
**Caledonia, IL 61011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$587.43** |

**David J 4417**
**807 W Bayou Pines Dr Ste A**
**Lake Charles, LA 70601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,823.00** |

**David Junkins**
**1634 Lancaster Ln**
**Caledonia, IL 61011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |

**David K**
**129 Old Norwich Rd**
**Quaker Hill, CT 06375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6.72** |

**David K**
**144 Alconbury Way**
**Novato, CA 94949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9.00** |

**David K**
**17044 Sw Ambrose Way**
**Port St. Lucie, FL 34986**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.478 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11.00** |
|---|---|---|---|

**David K**
**1845 Parker Ln**
**Henderson, NC 27536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$32.00** |
|---|---|---|---|

**David K**
**376 Abercrombie Pt**
**Greenwood, SC 29649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**David K**
**4297 Sholtz Rd**
**Oneida, NY 13421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11.00** |
|---|---|---|---|

**David K**
**4574 Graystone Dr**
**Nazareth, PA 18064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6.00** |
|---|---|---|---|

**David K**
**536 W Caley Cir**
**Littleton, CO 80120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15.37** |
|---|---|---|---|

**David K**
**Pobox 3793**
**Landers, CA 92285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$54.00** |
|---|---|---|---|

**David Kane**
**4574 Graystone Dr**
**Nazareth, PA 18064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.479 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Kashino**
**3402 Mckinley Pkwy # A9**
**Blasdell, NY 14219**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$162.00**

---

| 3.479 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Kaufman**
**17 Mount Holly Drive**
**Rye, NY 10580**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$749.00**

---

| 3.479 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Kavrell**
**144 Alconbury Way**
**Novato, CA 94949**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

| 3.479 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Keller**
**7463 Byron Holley Rd Route 237**
**Byron, NY 14422**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$393.00**

---

| 3.479 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Kim**
**536 W Caley Cir**
**Littleton, CO 80120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$354.00**

---

| 3.479 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David King**
**Pobox 3793**
**Landers, CA 92285**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$564.00**

---

| 3.479 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Kirby**
**1845 Parker Ln**
**Henderson, NC 27536**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.4799 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Kirk**
**536 Deermeadow Pl Sw**
**Leesburg, VA 20175**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _**Customer**_

Is the claim subject to offset? ■ No ☐ Yes

$900.00

---

| 3.4800 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Klineberg**
**93-6 Cosey Beach Ave**
**Apt, Suite, Bldg. (Optional)**
**East Haven, CT 06512**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _**Customer**_

Is the claim subject to offset? ■ No ☐ Yes

$245.00

---

| 3.4801 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Klineberg**
**93-6 Cosey Beach Ave**
**Apt, Suite, Bldg. (Optional)**
**East Haven, CT 06512**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _**Customers - Deferred Credit**_

Is the claim subject to offset? ■ No ☐ Yes

$99.00

---

| 3.4802 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Knight**
**11193 Glen Avon Way**
**Zionsville, IN 46077**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _**Customer**_

Is the claim subject to offset? ■ No ☐ Yes

$120.00

---

| 3.4803 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Kostreba**
**6282 Cheryl Dr**
**Concord Twp, OH 44077**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _**Customer**_

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

| 3.4804 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Kovas**
**220 S Hawthorne Dr**
**South Bend, IN 46617**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _**Customer**_

Is the claim subject to offset? ■ No ☐ Yes

$278.00

---

| 3.4805 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Kramarsky**
**17044 Sw Ambrose Way**
**Port St. Lucie, FL 34986**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _**Customer**_

Is the claim subject to offset? ■ No ☐ Yes

$1,779.00

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_    _____
Name

---

| 3.480 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**David Kucharczuk**
**261 Lambertville Hopewell Rd**
**Hopewell, NJ 08525**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$168.00**

---

| 3.480 7 |
|---|

**Nonpriority creditor's name and mailing address**
**David Kunz**
**2523 Townsend Place**
**Daniel Island, SC 29492**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.480 8 |
|---|

**Nonpriority creditor's name and mailing address**
**David L**
**3126 Buena Vista St**
**Madison, WI 53704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.480 9 |
|---|

**Nonpriority creditor's name and mailing address**
**David L**
**3360 Warburton Ave**
**Santa Clara, CA 95051**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.481 0 |
|---|

**Nonpriority creditor's name and mailing address**
**David L**
**370 Gold Claim Ter**
**Colorado Springs, CO 80905**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.481 1 |
|---|

**Nonpriority creditor's name and mailing address**
**David Labrador**
**8970 Carls Ct Apt P**
**Ellicott City, MD 21043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,616.00**

---

| 3.481 2 |
|---|

**Nonpriority creditor's name and mailing address**
**David Labrador**
**8970 Carls Ct Apt P**
**Ellicott City, MD 21043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$2,318.21**

---

Debtor   **Phoeno Wine Company, Inc.**

_____
Name

Case number *(if known)* _____

| 3.481 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**David Lambeth**
**2501 Dawn Cir**
**Goldsboro, NC 27534**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$509.00**

---

| 3.481 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**David Laplaca**
**1340 W Thorndale Ave**
**Chicago, IL 60660**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,274.00**

---

| 3.481 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**David Latourelle**
**3126 Buena Vista St**
**Madison, WI 53704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$93.00**

---

| 3.481 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**David Lawrence**
**136 Castleton Ct.**
**San Ramon, CA 94583**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$563.51**

---

| 3.481 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**David Lenz**
**64716 E Cattlemans Dr**
**Tucson, AZ 85739**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$12,137.00**

---

| 3.481 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**David Lichtenstein**
**3644 Paul Jones Ave**
**San Diego, CA 92117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$756.00**

---

| 3.481 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**David Lindgren**
**10133 Foxfield Ln**
**Apt. L**
**Avon, IN 46123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$682.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.482 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,663.00** |

**David Linton**
**5718 Sw Luana Beach Rd**
**Vashon, WA 98070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.482 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,808.00** |

**David Loesch**
**4655 Navassa Ln**
**Naples, FL 34119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.482 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**David Luckett**
**6045 Eden Valley Dr**
**Westerville, OH 43081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.482 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$479.00** |

**David Lundgren**
**313 Saint Marks Ave Apt 3q**
**Brooklyn, NY 11238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.482 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**David M**
**10 Morning Glory Way**
**Crested Butte, CO 81224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.482 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**David M**
**1142 Clarendon Crescent**
**Oakland, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.482 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |

**David M**
**12379 Cross Creek Cv Apt F**
**Saint Louis, MO 63141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.482 7 | **Nonpriority creditor's name and mailing address**<br>**David M**<br>**14525a Nw 60th Ave**<br>**Miami Lakes, FL 33014**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Customers - Deferred Credit__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$130.00** |
| --- | --- | --- | --- |

| 3.482 8 | **Nonpriority creditor's name and mailing address**<br>**David M**<br>**16757 W 86th Ave**<br>**Arvada, CO 80007**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Customers - Deferred Credit__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$19.00** |

| 3.482 9 | **Nonpriority creditor's name and mailing address**<br>**David M**<br>**1963 Neptune Road**<br>**Livermore, CA 94550**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Customers - Deferred Credit__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$9.00** |

| 3.483 0 | **Nonpriority creditor's name and mailing address**<br>**David M**<br>**2129 Lake Side Ave**<br>**Davenport, FL 33834**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Customers - Deferred Credit__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$10.00** |

| 3.483 1 | **Nonpriority creditor's name and mailing address**<br>**David M**<br>**391 West I Street**<br>**Encinitas, CA 92024**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Customers - Deferred Credit__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$50.00** |

| 3.483 2 | **Nonpriority creditor's name and mailing address**<br>**David M**<br>**566 Hamlin Parma Townline Road**<br>**Hilton, NY 14468**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Customers - Deferred Credit__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$50.00** |

| 3.483 3 | **Nonpriority creditor's name and mailing address**<br>**David M**<br>**6528 Kimmick Dr Nw**<br>**Albuquerque, NM 87120**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Customers - Deferred Credit__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$30.00** |

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.483 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**David M**
**657 Chess St**
**Pittsburgh, PA 15211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$20.00

---

| 3.483 5 |
|---|

**Nonpriority creditor's name and mailing address**
**David M**
**721 Calle Del Resplandor**
**Santa Fe, NM 87505**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$7.00

---

| 3.483 6 |
|---|

**Nonpriority creditor's name and mailing address**
**David M**
**8185 Lilium Way**
**Plain City, OH 43064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| 3.483 7 |
|---|

**Nonpriority creditor's name and mailing address**
**David M**
**9404 Moondancer Cir**
**Roseville, CA 95747**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$20.00

---

| 3.483 8 |
|---|

**Nonpriority creditor's name and mailing address**
**David M**
**9715 N Fm 620 Rd Apt 10106**
**Austin, TX 78726**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$15.00

---

| 3.483 9 |
|---|

**Nonpriority creditor's name and mailing address**
**David M 13410091**
**3610 Dolly Madison Rd**
**Charlotte, NC 28208**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$34.50

---

| 3.484 0 |
|---|

**Nonpriority creditor's name and mailing address**
**David Maclean**
**200 Nohea Kai Drive**
**Lahaina, HI 96761**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$76.00

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.484 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$57.00** |

**Nonpriority creditor's name and mailing address**

**David Mahler**
**892 E Weeping Willow Dr**
**Azusa, CA 91702**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$57.00**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.484 2**

**Nonpriority creditor's name and mailing address**

**David Malik**
**1604 Wood Trl**
**Oxford, MI 48371**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,552.00**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.484 3**

**Nonpriority creditor's name and mailing address**

**David Manick**
**3574 Lexington Drive**
**Auburn Hills, MI 48326**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$582.00**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.484 4**

**Nonpriority creditor's name and mailing address**

**David Manning**
**2901 H Street**
**100**
**Bakersfield, CA 93301**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$252.00**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.484 5**

**Nonpriority creditor's name and mailing address**

**David Markson**
**36631 Royal Sage Ct**
**Palm Desert, CA 92211**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$158.00**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.484 6**

**Nonpriority creditor's name and mailing address**

**David Markun**
**1235 Justin Ln**
**Nipomo, CA 93444**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,661.00**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.484 7**

**Nonpriority creditor's name and mailing address**

**David Martin**
**411 Broad St Ste 401**
**Chattanooga, TN 37402**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$332.00**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                                            Case number (if known) _____

| 3.484 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$673.00** |

**David Martinez**
**9715 N Fm 620 Rd Apt 10106**
**Austin, TX 78726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$150.00** |

**David Mccormick**
**366 Marvin Ave**
**Hackensack, NJ 07601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,190.00** |

**David Mcduffie**
**2360 W Broad St Apt 326**
**Athens, GA 30606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$297.00** |

**David Mcevoy**
**1963 NEptune Road**
**Livermore, CA 94550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,623.00** |

**David Mckeown**
**16757 W 86th Ave**
**Arvada, CO 80007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,674.00** |

**David Mcklveen**
**17285 W 57th Ave**
**Golden, CO 80403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$131.00** |

**David Meek**
**258 Edgewater Dr**
**Gilford, NH 03249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.485 5**

**Nonpriority creditor's name and mailing address**

**David Menk**
**5056 Bloomington Ave**
**Minneapolis, MN 55417**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,995.03**

---

**3.485 6**

**Nonpriority creditor's name and mailing address**

**David Merrill**
**95 Harbor Town Square #105**
**Memphis, TN 38103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$49.00**

---

**3.485 7**

**Nonpriority creditor's name and mailing address**

**David Miller**
**100 Booker Street Ext**
**Princeton, WV 24740**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$66.00**

---

**3.485 8**

**Nonpriority creditor's name and mailing address**

**David Miller**
**1105 Graynold Ave**
**Glendale, CA 91202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$325.00**

---

**3.485 9**

**Nonpriority creditor's name and mailing address**

**David Minenna**
**4417 Etterle Rd**
**Blythe, GA 30805**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$128.00**

---

**3.486 0**

**Nonpriority creditor's name and mailing address**

**David Modranski**
**657 Chess St**
**Pittsburgh, PA 15211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$696.00**

---

**3.486 1**

**Nonpriority creditor's name and mailing address**

**David Moen**
**27641 N 72nd Way**
**Scottsdale, AZ 85266**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,106.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.486 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $369.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**David Moore**
**8185 Lilium Way**
**Plain City, OH 43064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$369.00**

---

**Nonpriority creditor's name and mailing address**
**David Morse**
**56 Leonard St Apt 46e**
**New York, NY 10013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$163.00**

---

**Nonpriority creditor's name and mailing address**
**David Moyer**
**1142 Clarendon Crescent**
**Oakland, CA 94610**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$385.00**

---

**Nonpriority creditor's name and mailing address**
**David Murphy**
**1146 Cherry Blossom Way**
**Mesquite, NV 89034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**Nonpriority creditor's name and mailing address**
**David Murphy**
**3610 Dolly Madison Rd**
**Charlotte, NC 28208**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$92.00**

---

**Nonpriority creditor's name and mailing address**
**David N**
**2791 Glass Road**
**Hood River, OR 97031**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

**Nonpriority creditor's name and mailing address**
**David N**
**4100 Voltaire St**
**Unit 214**
**San Diego, CA 92107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$7.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number _(if known)_ _____

Name

| | | |
|---|---|---|
| 3.486 9 | **Nonpriority creditor's name and mailing address** **David N** **550 S Harrison Ave** **Kirkwood, MO 63122** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **Customers - Deferred Credit** Is the claim subject to offset? ■ No ☐ Yes | **$10.00** |

| | | |
|---|---|---|
| 3.487 0 | **Nonpriority creditor's name and mailing address** **David Neiers** **916 Alanson Drive** **St. Louis, MO 63132** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **Customer** Is the claim subject to offset? ■ No ☐ Yes | **$605.00** |

| | | |
|---|---|---|
| 3.487 1 | **Nonpriority creditor's name and mailing address** **David Newcom** **2791 Glass Road** **Hood River, OR 97031** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **Customer** Is the claim subject to offset? ■ No ☐ Yes | **$1,577.00** |

| | | |
|---|---|---|
| 3.487 2 | **Nonpriority creditor's name and mailing address** **David Newman** **5750 W Centinela Ave** **Apt 423** **Los Angeles, CA 90045** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **Customer** Is the claim subject to offset? ■ No ☐ Yes | **$1,365.00** |

| | | |
|---|---|---|
| 3.487 3 | **Nonpriority creditor's name and mailing address** **David Nguyen** **11357 Michelle Way** **Hampton, GA 30228** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **Customer** Is the claim subject to offset? ■ No ☐ Yes | **$1,135.00** |

| | | |
|---|---|---|
| 3.487 4 | **Nonpriority creditor's name and mailing address** **David Nguyen** **20910 Mallard Cove Ct** **Richmond, TX 77407** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **Customer** Is the claim subject to offset? ■ No ☐ Yes | **$2,658.00** |

| | | |
|---|---|---|
| 3.487 5 | **Nonpriority creditor's name and mailing address** **David Odonoghue** **3817 Saint Mary Ave** **Care Of Cork Vault** **Charlotte, NC 28205** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **Customer** Is the claim subject to offset? ■ No ☐ Yes | **$802.00** |

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_    _____
Name

---

| 3.487 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$25,844.00** |
| **David Ohara** | ☐ Contingent | |
| **1717 Bunkhouse Rd** | ☐ Unliquidated | |
| **Frisco, TX 75036** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.487 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$621.00** |
| **David Oliver** | ☐ Contingent | |
| **15608 Good Hope Rd** | ☐ Unliquidated | |
| **Silver Spring, MD 20905** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.487 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$612.00** |
| **David Olson** | ☐ Contingent | |
| **201 Lincoln Ave.** | ☐ Unliquidated | |
| **Takoma Park, MD 20912** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.487 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$30.00** |
| **David Osterndorf** | ☐ Contingent | |
| **405 S Fairfax St** | ☐ Unliquidated | |
| **Alexandria, VA 22314** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.488 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$50.00** |
| **David Ouyang** | ☐ Contingent | |
| **5032 Scholarship** | ☐ Unliquidated | |
| **Irvine, CA 92612** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.488 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$722.00** |
| **David Owen** | ☐ Contingent | |
| **8437 Fedora Dr** | ☐ Unliquidated | |
| **Chesterfield, VA 23838** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.488 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$25.00** |
| **David P** | ☐ Contingent | |
| **16 Evergreen Trail** | ☐ Unliquidated | |
| **Orchard Park, NY 14127** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.488 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David P**
**196 Moose Ct**
**Westfield, IN 46074**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

| 3.488 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David P**
**2235 38th St**
**Bellingham, WA 98229**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

| 3.488 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David P**
**25 Thunder Ridge Dr**
**Rush, NY 14543**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$18.00

---

| 3.488 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David P**
**906 Michigan Ave**
**Evanston, IL 60202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| 3.488 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Paletz**
**2111 S  Beverly Glen Blvd**
**104**
**Los Angeles, CA 90025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,459.00

---

| 3.488 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Pascoe**
**740 Puente Dr**
**Goleta, CA 93110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$38.42

---

| 3.488 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Perkins**
**25 Thunder Ridge Dr**
**Rush, NY 14543**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$281.00

---

Official Form 206 E/F             Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.4890**

**Nonpriority creditor's name and mailing address**
**David Perry**
**3 Anchor Way**
**Riverside, RI 02915**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$3,574.00

---

**3.4891**

**Nonpriority creditor's name and mailing address**
**David Petrucci**
**6 Old Mill Ct**
**Norwalk, CT 06851**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$292.00

---

**3.4892**

**Nonpriority creditor's name and mailing address**
**David Pittman**
**196 Moose Ct**
**Westfield, IN 46074**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$439.00

---

**3.4893**

**Nonpriority creditor's name and mailing address**
**David Pizzey**
**577 Commerce St Ste 110**
**Southlake, TX 76092**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$375.00

---

**3.4894**

**Nonpriority creditor's name and mailing address**
**David Plotnik**
**17976 Judicial Rd**
**Lakeville, MN 55044**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

**3.4895**

**Nonpriority creditor's name and mailing address**
**David Potts**
**129 Highcrest Lane**
**South San Francisco, CA 94080**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$1,038.00

---

**3.4896**

**Nonpriority creditor's name and mailing address**
**David Pratt**
**2924 Banyan Hill Ln**
**Land O Lakes, FL 34639**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$1,296.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.4897 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $78.00 |
|---|---|---|---|

**David Pray**
**14023 Cascade Lane**
**Tampa, Fl, FL 33618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.4898 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|

**David Q**
**923 E Kilbourn Ave**
**Unit 3201**
**Milwaukee, WI 53202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.4899 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,107.00 |
|---|---|---|---|

**David Quadracci**
**923 E Kilbourn Ave**
**Unit 3201**
**Milwaukee, WI 53202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.4900 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**David R**
**124 Red Rock Rd**
**Rochester, NY 14626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.4901 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $17.00 |
|---|---|---|---|

**David R**
**15542 Snake River Road**
**Asotin, WA 99402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.4902 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $147.64 |
|---|---|---|---|

**David R**
**1925 B Avenue Ne**
**Cedar Rapids, IA 52402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.4903 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10.00 |
|---|---|---|---|

**David R**
**2824 Georgia Ave**
**Nashville, TN 37209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Official Form 206 E/F        Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| 3.490 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**David R**
**4700 Waverly Ave**
**Garrett Park, MD 20896**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$17.00**

---

| 3.490 5 |
|---|

**Nonpriority creditor's name and mailing address**

**David R**
**5031 Blue Major Dr**
**Windermere, FL 34786**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$226.00**

---

| 3.490 6 |
|---|

**Nonpriority creditor's name and mailing address**

**David R**
**7 W Park Ave**
**Merchantville, NJ 08109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.490 7 |
|---|

**Nonpriority creditor's name and mailing address**

**David R**
**842 S Gray Eagle Way**
**Boise, ID 83712**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.490 8 |
|---|

**Nonpriority creditor's name and mailing address**

**David R**
**9008 Honeybee Ln**
**Bethesda, MD 20817**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$4.00**

---

| 3.490 9 |
|---|

**Nonpriority creditor's name and mailing address**

**David R 13434140**
**409 Byham Rd**
**Winlock, WA 98596**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$17.00**

---

| 3.491 0 |
|---|

**Nonpriority creditor's name and mailing address**

**David Radell**
**9008 Honeybee Ln**
**Bethesda, MD 20817**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$781.00**

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.491**
**1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,406.00** |
|---|---|---|
| **David Regan** | ☐ Contingent | |
| **842 S Gray Eagle Way** | ☐ Unliquidated | |
| **Boise, ID 83712** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.491**
**2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$429.00** |
|---|---|---|
| **David Reid** | ☐ Contingent | |
| **1347 Mohawk St** | ☐ Unliquidated | |
| **Los Angeles, CA 90026** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.491**
**3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,380.00** |
|---|---|---|
| **David Rey** | ☐ Contingent | |
| **1925 B Avenue NE** | ☐ Unliquidated | |
| **Cedar Rapids, IA 52402** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.491**
**4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$806.00** |
|---|---|---|
| **David Ring** | ☐ Contingent | |
| **1209 15th Ave NE** | ☐ Unliquidated | |
| **Aberdeen, SD 57401** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.491**
**5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,616.00** |
|---|---|---|
| **David Roche** | ☐ Contingent | |
| **24 Tipperary Way** | ☐ Unliquidated | |
| **Ballston Lake, NY 12019** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.491**
**6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,851.00** |
|---|---|---|
| **David Rodnitzky** | ☐ Contingent | |
| **18 Madrone Ct** | ☐ Unliquidated | |
| **San Mateo, CA 94403** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.491**
**7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,198.00** |
|---|---|---|
| **David Rodriguez** | ☐ Contingent | |
| **1235 Enfield St** | ☐ Unliquidated | |
| **1** | ☐ Disputed | |
| **Enfield, CT 06082** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.491 8 | | |

**Nonpriority creditor's name and mailing address**
**David Rodriguez**
**4700 Waverly Ave**
**Garrett Park, MD 20896**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$725.00**

---

| | |
|---|---|
| 3.491 9 | |

**Nonpriority creditor's name and mailing address**
**David Ross**
**31 Annandale Road**
**Chappaqua, NY 10514**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$310.00**

---

| | |
|---|---|
| 3.492 0 | |

**Nonpriority creditor's name and mailing address**
**David Rothermel**
**2 Tudor City Pl Apt 11kn**
**New York, NY 10017**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$12,470.00**

---

| | |
|---|---|
| 3.492 1 | |

**Nonpriority creditor's name and mailing address**
**David S**
**111 Skyview Drive**
**Sarver, PA 16055**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| | |
|---|---|
| 3.492 2 | |

**Nonpriority creditor's name and mailing address**
**David S**
**1120 Whipple Way**
**Ambler, PA 19002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

| | |
|---|---|
| 3.492 3 | |

**Nonpriority creditor's name and mailing address**
**David S**
**1911 S Baldwin Ave**
**Arcadia, CA 91007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$14.00**

---

| | |
|---|---|
| 3.492 4 | |

**Nonpriority creditor's name and mailing address**
**David S**
**2 Lian Dr**
**West Chester, PA 19382**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.492 5 | |

**Nonpriority creditor's name and mailing address**
**David S**
**23 Golden Place**
**Spring, TX 77381**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$138.00**

---

| |
|---|
| 3.492 6 |

**Nonpriority creditor's name and mailing address**
**David S**
**2644 Lakewood Dr**
**Columbus, OH 43231**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| |
|---|
| 3.492 7 |

**Nonpriority creditor's name and mailing address**
**David S**
**300 N Atlantic Ave**
**Club Wyndham Ocean Walk**
**Daytona Beach, FL 32118**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$119.00**

---

| |
|---|
| 3.492 8 |

**Nonpriority creditor's name and mailing address**
**David S**
**472 Somerton Dr**
**Westerville, OH 43082**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| |
|---|
| 3.492 9 |

**Nonpriority creditor's name and mailing address**
**David S 5541**
**655 Colby Circle**
**Apartment # 17**
**Claremont, CA 91711**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$2,244.78**

---

| |
|---|
| 3.493 0 |

**Nonpriority creditor's name and mailing address**
**David Sacharky**
**82 Charolais Way**
**Burlington, CT 06013**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| |
|---|
| 3.493 1 |

**Nonpriority creditor's name and mailing address**
**David Salkin**
**4707 Arpino Ct**
**Bradenton, FL 34211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$193.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known)    _____
Name

---

| 3.493 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$60.00** |

**David Sanders**
**5432 Del Monte**
**Houston, TX 77056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$38,517.00** |

**David Satin**
**300 N Atlantic Ave**
**Club Wyndham Ocean Walk**
**Daytona Beach, FL 32118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$152.00** |

**David Sauer**
**20530 Georgia Ave N**
**Forest Lake, MN 55025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$905.00** |

**David Savella**
**227 E 7th St Apt 3g**
**Brooklyn, NY 11218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,493.00** |

**David Scaff**
**328 Puritan Rd**
**West Palm Beach, FL 33405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$619.00** |

**David Schaller**
**2751 Cottonwood Dr**
**Springfield, OH 45504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$184.00** |

**David Schellstede**
**219 Stoney Creek Dr**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

---

**3.493 9**

**Nonpriority creditor's name and mailing address**
**David Schoonover**
**9200 Ellerbe Rd**
**Shreveport, LA 71106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☐ No ☐ Yes

**$609.00**

---

**3.494 0**

**Nonpriority creditor's name and mailing address**
**David Schoonover**
**9200 Ellerbe Rd**
**Shreveport, LA 71106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$194.20**

---

**3.494 1**

**Nonpriority creditor's name and mailing address**
**David Schroeder**
**581 Stonehenge Dr**
**Lititz, PA 17543**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

**3.494 2**

**Nonpriority creditor's name and mailing address**
**David Schulte**
**103 E Morisey Blvd**
**Clinton, NC 28328**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$41.00**

---

**3.494 3**

**Nonpriority creditor's name and mailing address**
**David Seidler**
**1125 Loudon Hts Rd**
**Charleston, WV 25314**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$21.00**

---

**3.494 4**

**Nonpriority creditor's name and mailing address**
**David Serfozo**
**1460 Elderwood Dr**
**Corona, CA 92882**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.494 5**

**Nonpriority creditor's name and mailing address**
**David Serfozo**
**1460 Elderwood Dr**
**Corona, CA 92882**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$55.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*    _____

---

| 3.494 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$76.00** |

**David Serotkin**
**10345 Densmore Ave N**
**Seattle, WA 98133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$769.00** |

**David Sickle**
**67 Northhaven Dr**
**Jackson, TN 38305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**David Simon**
**1120 Whipple Way**
**Ambler, PA 19002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,288.00** |

**David Smith**
**655 Colby Circle**
**Apartment # 17**
**Claremont, CA 91711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,476.00** |

**David Snyder**
**2681 Chelsea Ln**
**Santa Fe, NM 87505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,244.00** |

**David Sox**
**4014 Longfellow St**
**Hyattsville, MD 20781**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45.00** |

**David Spivak**
**1900 Little Raven St Apt 508**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*  _____

---

**3.495 3**

**Nonpriority creditor's name and mailing address**

**David Stockbridge**
**2124 Redrock Pl**
**Martinez, CA 94553**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$56.00**

---

**3.495 4**

**Nonpriority creditor's name and mailing address**

**David Stone**
**204 Wade Ln Unit 306**
**Charleston, SC 29414**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

**3.495 5**

**Nonpriority creditor's name and mailing address**

**David Stone**
**24 Bates Road**
**Morgantown, WV 26505**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$922.00**

---

**3.495 6**

**Nonpriority creditor's name and mailing address**

**David Suddath**
**5681 Blaine Ave**
**Att: David**
**Inver Grove Heights, MN 55076**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,074.00**

---

**3.495 7**

**Nonpriority creditor's name and mailing address**

**David Sweador**
**303 E Pleasant Grove Rd**
**Jackson, NJ 08527**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$406.00**

---

**3.495 8**

**Nonpriority creditor's name and mailing address**

**David Szolna**
**59 Buck Rd**
**Warrington, PA 18976**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.495 9**

**Nonpriority creditor's name and mailing address**

**David Sztrom**
**8725 Ariva Ct Apt 314**
**San Diego, CA 92123**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
     Name

| | | |
|---|---|---|
| 3.496 0 | **Nonpriority creditor's name and mailing address**<br>**David T**<br>**343 Park Lane**<br>**Sunrise Beach Village, TX 78643**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$20.00** |
| 3.496 1 | **Nonpriority creditor's name and mailing address**<br>**David Tabony**<br>**46 Willow Rd**<br>**Mary, Mother Of The Light**<br>**Tequesta, FL 33469**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$18,610.00** |
| 3.496 2 | **Nonpriority creditor's name and mailing address**<br>**David Tardio**<br>**8 Acorn Ln**<br>**Larchmont, NY 10538**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$308.00** |
| 3.496 3 | **Nonpriority creditor's name and mailing address**<br>**David Thacker**<br>**839 Jamaica Road**<br>**Venice, FL 34293**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,905.00** |
| 3.496 4 | **Nonpriority creditor's name and mailing address**<br>**David Thomas**<br>**Promedica Gus**<br>**2120 W Central Ave**<br>**Toledo, OH 43606**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$80.61** |
| 3.496 5 | **Nonpriority creditor's name and mailing address**<br>**David Thompson**<br>**5110 Hedrick Dr**<br>**Greensboro, NC 27410**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$261.00** |
| 3.496 6 | **Nonpriority creditor's name and mailing address**<br>**David Tietz**<br>**5490 Saint Peters Way**<br>**Mentor, OH 44060**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,333.00** |

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

**3.496 7**

**Nonpriority creditor's name and mailing address**

**David Tietz**
**5490 Saint Peters Way**
**Mentor, OH 44060**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.496 8**

**Nonpriority creditor's name and mailing address**

**David Tredway**
**3774 Club Dr NE**
**Atlanta, GA 30319**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$80.00**

---

**3.496 9**

**Nonpriority creditor's name and mailing address**

**David Tripodi**
**6 Burns Street**
**Apt. 46**
**Forest Hills, NY 11375**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$83.00**

---

**3.497 0**

**Nonpriority creditor's name and mailing address**

**David U**
**11010 Scherber Ln N**
**Maple Grove, MN 55369**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.497 1**

**Nonpriority creditor's name and mailing address**

**David V**
**1166 Commerce Blvd**
**American Canyon, CA 94503**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.497 2**

**Nonpriority creditor's name and mailing address**

**David V**
**14014 Cole Point Dr**
**Humble, TX 77396**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$84.00**

---

**3.497 3**

**Nonpriority creditor's name and mailing address**

**David Vacala**
**1465 E Grand Canyon Dr**
**Chandler, AZ 85249**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

**3.497 4**

**Nonpriority creditor's name and mailing address**

**David Viola**
**14014 Cole Point Dr**
**Humble, TX 77396**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$68.00

---

**3.497 5**

**Nonpriority creditor's name and mailing address**

**David W**
**10453 Macfarlane Pl**
**Palmetto, FL 34221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$114.00

---

**3.497 6**

**Nonpriority creditor's name and mailing address**

**David W**
**10907 Huntwick St**
**Highlands Ranch, CO 80130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$18.00

---

**3.497 7**

**Nonpriority creditor's name and mailing address**

**David W**
**1175 N Bridge Street**
**Yorkville, IL 60560**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

**3.497 8**

**Nonpriority creditor's name and mailing address**

**David W**
**14 Larkspur Ln**
**Clarendon Hills, IL 60514**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

**3.497 9**

**Nonpriority creditor's name and mailing address**

**David W**
**316 Mathew St**
**Santa Clara, CA 95050**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$1,882.20

---

**3.498 0**

**Nonpriority creditor's name and mailing address**

**David W**
**3601 English Oak Dr**
**Garland, TX 75043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$6.00

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.498
1**

**Nonpriority creditor's name and mailing address**

**David W
4805 Saint Andrews Ave
Buena Park, CA 90621**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$45.68**

---

**3.498
2**

**Nonpriority creditor's name and mailing address**

**David W 9187
141 Brayden Dr.
Hertford, NC 27944**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$502.08**

---

**3.498
3**

**Nonpriority creditor's name and mailing address**

**David Walano
843 Bruce Ave
Flossmoor, IL 60422**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$21.00**

---

**3.498
4**

**Nonpriority creditor's name and mailing address**

**David Wallace
25661 Del Norte
Laguna Niguel, CA 92677**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$185.00**

---

**3.498
5**

**Nonpriority creditor's name and mailing address**

**David Warriner
16 Old Cashiers Sq
Cashiers, NC 28717**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$325.00**

---

**3.498
6**

**Nonpriority creditor's name and mailing address**

**David Warwick
1014 Stafford Rd
Kalamazoo, MI 49006**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$68.00**

---

**3.498
7**

**Nonpriority creditor's name and mailing address**

**David Weatherly
8170 Crancreek Dr NE
Ada, MI 49301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$207.00**

---

Official Form 206 E/F

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.498 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,783.00** |

**David Wesolowski**
626 N 29th St
Richmond, VA 23223

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,078.00** |

**David Westerfield**
32565 Discovery Dr
Easton, MD 21601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$166.00** |

**David Whang**
4805 Saint Andrews Ave
Buena Park, CA 90621

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$174.00** |

**David When**
5325 Jamestown Rd
San Diego, CA 92117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$133.00** |

**David Wick**
725 Kansas City St
Rapid City, SD 57701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$788.00** |

**David Wilkins**
2780 W Shagbark Ct
Columbia, MO 65203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,498.00** |

**David Willard**
14 Larkspur Ln
Clarendon Hills, IL 60514

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

| 3.499 5 | **Nonpriority creditor's name and mailing address**<br>**David Williams**<br>**10453 Macfarlane Pl**<br>**Palmetto, FL 34221** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $120.00 |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 6 | **Nonpriority creditor's name and mailing address**<br>**David Wismer**<br>**1625 Shakespeare St**<br>**Baltimore, MD 21231** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15.00 |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 7 | **Nonpriority creditor's name and mailing address**<br>**David Wright**<br>**616 Autumn Sage Way**<br>**Pflugerville, TX 78660** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $51.00 |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 8 | **Nonpriority creditor's name and mailing address**<br>**David Wu**<br>**15 Danford Cr**<br>**Redwood City, CA 94062** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $40.00 |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 9 | **Nonpriority creditor's name and mailing address**<br>**David Wyman**<br>**11 Locke St**<br>**Winchester, MA 01890** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,588.00 |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 0 | **Nonpriority creditor's name and mailing address**<br>**David Young**<br>**1749 Urban Ave**<br>**Abilene, TX 79601** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $700.00 |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 1 | **Nonpriority creditor's name and mailing address**<br>**David Z**<br>**222 E Riverside Dr**<br>**Apt 333**<br>**Austin, TX 78704** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,410.73 |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

---

| 3.500 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Zakariaie**
**222 E Riverside Dr**
**Apt 333**
**Austin, TX 78704**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,386.00**

---

| 3.500 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Zurowski**
**4945 N Avenida De Suzenu**
**Tucson, AZ 85749**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$144.00**

---

| 3.500 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Davida Franklin**
**54 Toft Woods Way**
**Media, PA 19063**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

| 3.500 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Davidandersson**
**4216 Sierra Morena Ave**
**Carlsbad, CA 92010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,489.87**

---

| 3.500 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Davide Fortunati**
**16922 Fairfield Circle**
**Huntington Beach, CA 92649**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$580.00**

---

| 3.500 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Davide M**
**444 Warren St Apt 462**
**Jersey City, NJ 07302**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.500 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Davide P**
**142 Presidio Avenue**
**San Francisco, CA 94115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 3.5009 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18.00 |

**Davidh**
**1466 Karl Dr**
**Copley, OH 44321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5010 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $407.00 |

**Davidh Scaff**
**340 Royal Palm Way Ste 101**
**Palm Beach, FL 33480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5011 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,165.77 |

**Davidsalkin**
**4707 Arpino Ct**
**Bradenton, FL 34211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5012 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |

**Davis Berry**
**1015 Keowee Ave**
**Knoxville, TN 37919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5013 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $153.00 |

**Davis James**
**2525 Elm St Apt 1203**
**Dallas, TX 75226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5014 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Davis James**
**531 Grand Blvd Unit 631**
**Kansas City, MO 64106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5015 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |

**Davis M**
**2525 Elm St Apt 1203**
**Dallas, TX 75226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

| 3.501 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $56.00 |
|---|---|---|---|

**Davis Muglach**
**2525 Elm St Apt 1203**
**Dallas, TX 75226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Dawn A**
**1717 E Morten Ave**
**Unit 23**
**Phoenix, AZ 85020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $21.00 |
|---|---|---|---|

**Dawn Biolo**
**21 Salem Rd**
**Prospect, CT 06712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $78.00 |
|---|---|---|---|

**Dawn Dittmar**
**4263 M Dr**
**Washougal, WA 98671**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $370.00 |
|---|---|---|---|

**Dawn Foster**
**535 Sloping Mdw**
**Mill Spring, NC 28756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 |
|---|---|---|---|

**Dawn Golightly**
**8300 Sayers Ln**
**North Richland Hills, TX 76182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $379.00 |
|---|---|---|---|

**Dawn Greening**
**28702 Jade Springs Lane**
**Fulshear, TX 77441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| 3.502 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29.00 |
|---|---|---|---|

**Dawn H**
**2432 Sunset Ridge Dr**
**Columbia, IL 62236**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26.00 |
|---|---|---|---|

**Dawn Helfrich**
**2432 Sunset Ridge Dr**
**Columbia, IL 62236**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $128.00 |
|---|---|---|---|

**Dawn Krieg**
**61 Commodities**
**3701 Kirby, Ste#1290**
**Houston, TX 77098**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,717.00 |
|---|---|---|---|

**Dawn Luttrell**
**5088 Flagstone Ln**
**Simi Valley, CA 93063**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.16 |
|---|---|---|---|

**Dawn Luttrell**
**5088 Flagstone Ln**
**Simi Valley, CA 93063**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dawn Mcewan**
**4 Delaware Rd**
**Newburgh, NY 12550**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64.00 |
|---|---|---|---|

**Dawn Mercer**
**455 Eagle Pointe Dr**
**Pell City, AL 35128**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.503 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$87.00** |

**Dawn Miller**
**126 Cargo Ln**
**Brunswick, GA 31525**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |

**Dawn Moran**
**188 Royal Creek Dr**
**Lexington, SC 29072**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$71.00** |

**Dawn N**
**1052 Cardinal Rd**
**Virginia Beach, VA 23451**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$222.00** |

**Dawn Norbury**
**1052 Cardinal Rd**
**Virginia Beach, VA 23451**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7.00** |

**Dawn R**
**1155 Hacienda Place**
**#107**
**West Hollywood, CA 90069**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24.00** |

**Dawnlundy M**
**48 Worth Ave**
**Hudson, NY 12534**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$162.00** |

**Dawnlundy Martin**
**48 Worth Ave**
**Hudson, NY 12534**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.503 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,438.00** |

**Dawud Mohamed**
**77 Prospect St Apt 10g**
**Stamford, CT 06901**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.503 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$445.00** |

**Dayla Penn**
**2521 E Mccarty St**
**Jefferson City, MO 65101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.503 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$33.00** |

**Daymond Reese**
**3939 Astor Ave**
**Columbus, OH 43227**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.504 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$87.00** |

**Dayn Smith**
**1482 Zachary Taylor Hwy**
**Glen Gordon Manor**
**Huntly, VA 22640**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.504 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**Dde480c9fbcf4fdaab94b4c427522553**
**580 Howard Ave**
**Unit 500**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.504 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$33.00** |

**Deacon Shields**
**2813 Rio Grande St # 100**
**Austin, TX 78705**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.504 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**Dean C**
**498 Sea Turtle Ln Nw**
**Bemidji, MN 56601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                              Case number (if known) _____
　　　　　Name

---

| 3.504 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,181.00** |

**Dean Chrisos**
**3727 Parador Dr**
**Naperville, IL 60564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.504 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29.00** |

**Dean Greenberg**
**112 N Spring St**
**Aspen, CO 81611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.504 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,196.00** |

**Dean Gresham**
**6535 Churchill Way**
**Dallas, TX 75230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.504 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21.00** |

**Dean H**
**4909 Alf Ave**
**Austin, TX 78721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.504 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$475.00** |

**Dean Jabs**
**6430 Rockledge Dr Ste 100**
**Bethesda, MD 20817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.504 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Dean Levangie**
**13423 Little Gem Cir**
**Fort Myers, FL 33913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.505 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$616.00** |

**Dean Miller**
**1451 State Highway 205**
**Oneonta, NY 13820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.505<br>1 | **Nonpriority creditor's name and mailing address**<br>**Dean Pedersen**<br>**230 Plainfield Ct**<br>**Vernon Hills, IL 60061** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$110.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505<br>2 | **Nonpriority creditor's name and mailing address**<br>**Dean Quintal**<br>**208 1/2 Diamond Ave**<br>**Newport Beach, CA 92662** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,880.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505<br>3 | **Nonpriority creditor's name and mailing address**<br>**Dean S**<br>**11555 Dublin Blvd**<br>**Dublin, CA 94568** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$15.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505<br>4 | **Nonpriority creditor's name and mailing address**<br>**Dean S**<br>**835 190th**<br>**Fort Scott, KS 66701** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$50.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505<br>5 | **Nonpriority creditor's name and mailing address**<br>**Dean Watson**<br>**2270 Jasper Ln**<br>**Santa Rosa, CA 95404** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$58.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505<br>6 | **Nonpriority creditor's name and mailing address**<br>**Dean White**<br>**1758 N Ballad Dr**<br>**Anaheim, CA 92807** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$174.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505<br>7 | **Nonpriority creditor's name and mailing address**<br>**Deana Lytle**<br>**424 Camino De Encanto**<br>**Redondo Beach, CA 90277** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$232.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                          Case number *(if known)* _____
         <u>Name</u>

---

**3.5058**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*        **$20.00**

**Deana W**                                                       ☐ Contingent
**804 N Main St**                                                 ☐ Unliquidated
**Sulphur Rock, AR 72579**                                        ☐ Disputed

Date(s) debt was incurred _                                       **Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.5059**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*        **$282.00**

**Deanbausch Bausch**                                             ☐ Contingent
**71269 621st Ave**                                               ☐ Unliquidated
**Pawnee City, NE 68420**                                         ☐ Disputed

Date(s) debt was incurred _                                       **Basis for the claim:  Customer**

Last 4 digits of account number _                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.5060**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*        **$1,897.00**

**Deann Irby**                                                    ☐ Contingent
**223c W 26th St**                                                ☐ Unliquidated
**Houston, TX 77008**                                             ☐ Disputed

Date(s) debt was incurred _                                       **Basis for the claim:  Customer**

Last 4 digits of account number _                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.5061**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*        **$28.00**

**Deanna Goodman**                                                ☐ Contingent
**208 Beach Ave**                                                 ☐ Unliquidated
**Beachwood, NJ 08722**                                           ☐ Disputed

Date(s) debt was incurred _                                       **Basis for the claim:  Customer**

Last 4 digits of account number _                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.5062**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*        **$4,284.00**

**Deanna Ulrich-Hope**                                            ☐ Contingent
**8826 Aubrey Ln**                                                ☐ Unliquidated
**Richmond, TX 77469**                                            ☐ Disputed

Date(s) debt was incurred _                                       **Basis for the claim:  Customer**

Last 4 digits of account number _                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.5063**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*        **$1,416.00**

**Deanna Young**                                                  ☐ Contingent
**2701 E Camelback Rd Ste 110**                                   ☐ Unliquidated
**Phoenix, AZ 85016**                                             ☐ Disputed

Date(s) debt was incurred _                                       **Basis for the claim:  Customer**

Last 4 digits of account number _                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.5064**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*        **$331.00**

**Deanne Daggett**                                                ☐ Contingent
**3730 N Ocean Dr**                                               ☐ Unliquidated
**12 B**                                                          ☐ Disputed
**Singer Island, FL 33404**

Date(s) debt was incurred _                                       **Basis for the claim:  Customer**

Last 4 digits of account number _                                 Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.506 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$288.00** |
|---|---|---|---|

**Deanne Wileman**
**1309 Eagle Bnd**
**Southlake, TX 76092**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$276.00** |
|---|---|---|---|

**Deb Farka**
**1717 Waldron Rd**
**Corpus Christi, TX 78418**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$183.00** |
|---|---|---|---|

**Deb Law**
**2358 Ridgeglen Way**
**San Jose, CA 95133**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Deb Lindsey**
**55 Linden Lane**
**Hinsdale, MA 01235**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$232.00** |
|---|---|---|---|

**Deb Olliges**
**2114 Falls Cir**
**Vero Beach, FL 32967**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$492.00** |
|---|---|---|---|

**Deb Weaver**
**517 E Sage Brush St**
**Gilbert, AZ 85296**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$101.00** |
|---|---|---|---|

**Debbi A**
**118 Flip Flop Ct**
**Daytona Beach, FL 32124**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 3.507<br>2 | **Nonpriority creditor's name and mailing address**<br>**Debbie C**<br>770 Seathwaite Ln Se<br>Leland, NC 28451 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $37.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507<br>3 | **Nonpriority creditor's name and mailing address**<br>**Debbie Cullen**<br>770 Seathwaite Ln Se<br>Leland, NC 28451 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $881.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507<br>4 | **Nonpriority creditor's name and mailing address**<br>**Debbie Fishell**<br>2131 S 46th St<br>Coolidge, AZ 85128 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $58.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507<br>5 | **Nonpriority creditor's name and mailing address**<br>**Debbie Gallagher**<br>32 Winslow Cir<br>Savannah, GA 31407 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $73.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507<br>6 | **Nonpriority creditor's name and mailing address**<br>**Debbie Glenn**<br>207 Crystal Ct<br>Niceville, FL 32578 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507<br>7 | **Nonpriority creditor's name and mailing address**<br>**Debbie Gold**<br>3000 E 1st St<br>Long Beach, CA 90803 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $839.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507<br>8 | **Nonpriority creditor's name and mailing address**<br>**Debbie Grossot**<br>2408 Sapier Ct<br>Orlando, FL 32837 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $331.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.507 9 | **Nonpriority creditor's name and mailing address**<br>**Debbie H**<br>**17572 Misty Lane**<br>**Huntington Beach, CA 92649**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$15.00** |
| 3.508 0 | **Nonpriority creditor's name and mailing address**<br>**Debbie Howell**<br>**7320 Bass Lake Rd**<br>**New Hope, MN 55428**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$33.00** |
| 3.508 1 | **Nonpriority creditor's name and mailing address**<br>**Debbie Katsenis**<br>**2007 Canal St**<br>**Blue Island, IL 60406**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$51.00** |
| 3.508 2 | **Nonpriority creditor's name and mailing address**<br>**Debbie Manos**<br>**18101 Heather Way**<br>**Yorba Linda, CA 92886**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$235.00** |
| 3.508 3 | **Nonpriority creditor's name and mailing address**<br>**Debbie Ruggles**<br>**20579 Berry Rd**<br>**Mount Vernon, OH 43050**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$954.00** |
| 3.508 4 | **Nonpriority creditor's name and mailing address**<br>**Debbie S**<br>**7305 View Ln Sw**<br>**Seattle, WA 98136**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$9.00** |
| 3.508 5 | **Nonpriority creditor's name and mailing address**<br>**Debbie Stone**<br>**136 E Daisy Lane**<br>**Holland, OH 43528**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$24.00** |

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
| | Name | | |

---

**3.508**
**6**

**Nonpriority creditor's name and mailing address**

**Debbie Tyminski**
**8 Donna Ln**
**Kirkville, NY 13082**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$551.00**

---

**3.508**
**7**

**Nonpriority creditor's name and mailing address**

**Debbie York**
**4 Mt. High Drive**
**Orrington, ME 04474**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$55.00**

---

**3.508**
**8**

**Nonpriority creditor's name and mailing address**

**Debi W**
**710 Lamar St Ste 101**
**Wichita Falls, TX 76301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.508**
**9**

**Nonpriority creditor's name and mailing address**

**Debica Bhattacharya**
**23 Walker Dr**
**Princeton, NJ 08540**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,866.00**

---

**3.509**
**0**

**Nonpriority creditor's name and mailing address**

**Debora Barchilon**
**8 Skyes NEck Ct**
**East Quogue, NY 11942**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$353.00**

---

**3.509**
**1**

**Nonpriority creditor's name and mailing address**

**Debora Mahan**
**3923 Baker Rd**
**Westminster, MD 21157**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$488.00**

---

**3.509**
**2**

**Nonpriority creditor's name and mailing address**

**Deborah Basham**
**54 Del Hambre Cir**
**Walnut Creek, CA 94595**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$19,227.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                          Case number (if known)    _____

| 3.509 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$525.00** |

**Deborah Booker**
**219 Northbrook Dr**
**Raleigh, NC 27609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$41.00** |

**Deborah Brown**
**23809 Friar St**
**Woodland Hills, CA 91367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$228.00** |

**Deborah Caraway**
**81 Coquina Pl**
**Santa Rosa Beach, FL 32459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20.00** |

**Deborah D**
**176 Morning Glory**
**Rancho Santa Margarita, CA 92688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$424.00** |

**Deborah Doyle**
**624 Audubon Avenue**
**Pittsburgh, PA 15228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24.00** |

**Deborah Duncan**
**102 N Adelaide St**
**Fenton, MI 48430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40.00** |

**Deborah Fenton**
**12330 Fox Creek Dr**
**Platte City, MO 64079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

---

**3.510 0**

**Nonpriority creditor's name and mailing address**
**Deborah G**
**174 Dix Hills Rd**
**Dix Hills, NY 11746**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$12.00

---

**3.510 1**

**Nonpriority creditor's name and mailing address**
**Deborah G**
**301 Wakehurst Drive**
**Cary, NC 27519**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$39.00

---

**3.510 2**

**Nonpriority creditor's name and mailing address**
**Deborah Gibson**
**301 Wakehurst Drive**
**Cary, NC 27519**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,391.00

---

**3.510 3**

**Nonpriority creditor's name and mailing address**
**Deborah Hegedus**
**1005inks Ln.**
**303**
**Cape Haze, FL 33947**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$136.00

---

**3.510 4**

**Nonpriority creditor's name and mailing address**
**Deborah Heisz**
**400 Benwick Way**
**Lewisville, TX 75056**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,635.00

---

**3.510 5**

**Nonpriority creditor's name and mailing address**
**Deborah Hudson**
**1257 Benjamin Dr**
**Kennett Square, PA 19348**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.510 6**

**Nonpriority creditor's name and mailing address**
**Deborah Kehoe**
**1906 Sweetbriar Ave**
**Nashville, TN 37212**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$114.00

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.510 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Deborah M**
**107 Aspen Drive**
**Downingtown, PA 19335**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

| 3.510 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Deborah Mckee**
**107 Aspen Drive**
**Downingtown, PA 19335**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

**$1,738.00**

---

| 3.510 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Deborah Michaels**
**31 Crow Child Trl**
**Absarokee, MT 59001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

**$98.00**

---

| 3.511 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Deborah Moon**
**Ojl**
**6680 Sw Capitol Hwy.**
**Portland, OR 97219**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$38.00**

---

| 3.511 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Deborah Morrison**
**356 Country River Way**
**Sacramento, CA 95831**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

**$260.00**

---

| 3.511 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Deborah Roiz**
**1718 Madison Rd Apt 103**
**Columbia, SC 29204**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

**$66.00**

---

| 3.511 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Deborah Romank**
**16 Annette Ln**
**East Moriches, NY 11940**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

**$168.00**

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

**3.511
4**

**Nonpriority creditor's name and mailing address**

**Deborah Walsh
353 Main St
Southwest Harbor, ME 04679**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

**3.511
5**

**Nonpriority creditor's name and mailing address**

**Debra Albergo
1900 Cobb International Blvd NW Ste B
Kennesaw, GA 30152**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$104.00

---

**3.511
6**

**Nonpriority creditor's name and mailing address**

**Debra Altman
118 Flip Flop Ct
Daytona Beach, FL 32124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$1,131.00

---

**3.511
7**

**Nonpriority creditor's name and mailing address**

**Debra H
143 Wagon Way
Bastrop, TX 78602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

**3.511
8**

**Nonpriority creditor's name and mailing address**

**Debra Hanaway
174 E Golf Rd
Schaumburg, IL 60173**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$345.00

---

**3.511
9**

**Nonpriority creditor's name and mailing address**

**Debra K
171 Tarrant Ct
Fontana, WI 53125**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$22.00

---

**3.512
0**

**Nonpriority creditor's name and mailing address**

**Debra Kenyon
5226 Lark Ct
Warren, MI 48091**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$23.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
         Name

| 3.512 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$7.00** |
|---|---|---|---|

**Debra L**
**1904 Berkner Dr**
**Richardson, TX 75081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$10.00** |
|---|---|---|---|

**Debra L**
**211 Crane Road**
**Florida, FL 33715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$29.39** |
|---|---|---|---|

**Debra L**
**2656 Escala Cir**
**San Diego, CA 92108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$24.00** |
|---|---|---|---|

**Debra Leone**
**12711 Nettles Drvie**
**4**
**Newport News, VA 23606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$22.00** |
|---|---|---|---|

**Debra Miller**
**291 Ridgestone Way**
**Marietta, GA 30008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$927.00** |
|---|---|---|---|

**Debra Morel**
**18463 East Druids Glen Road**
**Queen Creek, AZ 85142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$168.00** |
|---|---|---|---|

**Debra Orzech**
**7237 Cimarron Lk**
**Boerne, TX 78015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.512 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Debra Powell**
**7476 Waterside Loop Rd Ste 600**
**Denver, NC 28037**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,452.00**

---

| 3.512 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Debra Raso**
**111 St Johns Landing Dr**
**Winter Springs, FL 32708**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.513 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Debra S**
**4947 Oarsman Ct**
**15**
**Sarasota, FL 34243-2303**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.513 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Debra Wolf**
**15 Grove Pl**
**Havertown, PA 19083**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$391.00**

---

| 3.513 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Debweaver**
**517 E Sage Brush St**
**Gilbert, AZ 85296**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,359.00**

---

| 3.513 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ded Gjolaj**
**1053 Kendra Ln**
**Howell, MI 48843**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$315.00**

---

| 3.513 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Dede Hsu**
**2005 N Hicks Ave**
**Los Angeles, CA 90032**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$240.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*   _____

---

| 3.513 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,691.00** |
|---|---|---|---|

**Dee Choudhary**
**635 Driggs Ave Apt 3f**
**Brooklyn, NY 11211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,030.00** |
|---|---|---|---|

**Deena Krevans**
**4110 Northwest 23rd Court**
**Boca Raton, FL 33431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4.44** |
|---|---|---|---|

**Deepak M**
**5194 Los Altos Drive**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$67.80** |
|---|---|---|---|

**Deepak Ramachandran**
**1341 Nelson Way**
**Sunnyvale, CA 94087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,297.00** |
|---|---|---|---|

**Deepak Ramanathan**
**292 Dalewood Way**
**San Francisco, CA 94127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$162.00** |
|---|---|---|---|

**Deepti Sinha**
**42 Rising Sun Tavern Rd**
**Clarksburg, NJ 08510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Deidre Hayes**
**612 Moss St**
**New Orleans, LA 70119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

**3.514 2**

**Nonpriority creditor's name and mailing address**

**Deidre S**
**7700 Crossover Drive**
**Mclean, VA 22102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.514 3**

**Nonpriority creditor's name and mailing address**

**Deirdre Gehant**
**2478 W Brooklyn Rd**
**West Brooklyn, IL 61378**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

**3.514 4**

**Nonpriority creditor's name and mailing address**

**Dejan Kuljanin**
**7414 W Irving Park Rd Unit 403**
**Norridge, IL 60706**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$164.00**

---

**3.514 5**

**Nonpriority creditor's name and mailing address**

**Del Bozzini**
**3087 Arden Way**
**Napa, CA 94558**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$45.00**

---

**3.514 6**

**Nonpriority creditor's name and mailing address**

**Del Perry**
**10525 Lipan Trl**
**Fort Worth, TX 76108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,628.00**

---

**3.514 7**

**Nonpriority creditor's name and mailing address**

**Delee G**
**1724 Gruene Vineyard Xing**
**New Braunfels, TX 78130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$21.00**

---

**3.514 8**

**Nonpriority creditor's name and mailing address**

**Delee Glasser**
**1724 Gruene Vineyard Xing**
**New Braunfels, TX 78130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,948.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.5149**

**Nonpriority creditor's name and mailing address**

**Delen W**
**1111 Expedia Group Way W**
**Seattle, WA 98119**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,188.00**

---

**3.5150**

**Nonpriority creditor's name and mailing address**

**Delen Wong**
**1111 Expedia Group Way W**
**Seattle, WA 98119**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,179.00**

---

**3.5151**

**Nonpriority creditor's name and mailing address**

**Delia P**
**2034 Oak Glen Place**
**Los Angeles, CA 90039**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$9.00**

---

**3.5152**

**Nonpriority creditor's name and mailing address**

**Delia Perez**
**2034 Oak Glen Place**
**Los Angeles, CA 90039**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5153**

**Nonpriority creditor's name and mailing address**

**Della Robinson**
**14 Mulberry Rd NW**
**Rome, GA 30165**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5154**

**Nonpriority creditor's name and mailing address**

**Delma G**
**1905 East Richmond Avenue**
**Fresno, CA 93720**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

**3.5155**

**Nonpriority creditor's name and mailing address**

**Demetreus Ramirez**
**147 Bass Ln**
**New Braunfels, TX 78130**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$38.00**

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.515 6 | **Nonpriority creditor's name and mailing address** | **$76.00** |

**Demetri Carbone**
**174 W Sauk Trl**
**South Chicago Heights, IL 60411**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.515 7 | **Nonpriority creditor's name and mailing address** | **$555.00** |

**Demetrios Thoresen**
**33 Clover Hill Rd**
**Colts Neck, NJ 07722**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.515 8 | **Nonpriority creditor's name and mailing address** | **$183.00** |

**Demetrius Caldwell**
**21 Kettering Lane**
**Hampton, VA 23666**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.515 9 | **Nonpriority creditor's name and mailing address** | **$101.01** |

**Demi Ortega**
**Po Box 4082**
**Mcallen, TX 78502**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.516 0 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Dena Carroll**
**151b Jefferson Church Rd**
**King, NC 27021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.516 1 | **Nonpriority creditor's name and mailing address** | **$124.00** |

**Dena Gaddie**
**3224 Claudia Place**
**Peachtree Corners, GA 30092**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.516 2 | **Nonpriority creditor's name and mailing address** | **$50.00** |

**Dena K**
**48 Knollwood Road**
**Roslyn, NY 11576**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.516 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$208.00** |
|---|---|---|---|

**Dena Lowe**
**4517 Loreauville Rd**
**New Iberia, LA 70563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$198.00** |
|---|---|---|---|

**Dena Swartz**
**4460 W Sherman Island Rd**
**Rio Vista, CA 94571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9.00** |
|---|---|---|---|

**Dena T**
**10117 Fairway Vista Dr**
**Rowlett, TX 75089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$475.00** |
|---|---|---|---|

**Dena Taherzadeh**
**10117 Fairway Vista Dr**
**Rowlett, TX 75089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Denard Fobbs**
**2964 Muttonbird Way**
**Sacramento, CA 95834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$31.00** |
|---|---|---|---|

**Deneice B**
**1918 S Southland Ave**
**Gonzales, LA 70737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,150.00** |
|---|---|---|---|

**Deneice Bercegeay**
**1918 S Southland Ave**
**Gonzales, LA 70737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
Name

| | | |
|---|---|---|
| 3.517 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |

**Denice B**
**706 Indian Blanket Dr**
**Midlothian, TX 76065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$140.00** |

**Denis Barushev**
**131 Missouri St Unit 201**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$160.00** |

**Denis Hoynes**
**7680 Mary Ln**
**Mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$33.33** |

**Denis Hoynes**
**7680 Mary Ln**
**Mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$282.00** |

**Denis Tsien**
**1418 NEptune Ave**
**T J Motors**
**Brooklyn, NY 11224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,566.00** |

**Denis Wilbeck**
**83 Captains Ct**
**Brick, NJ 08723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |

**Denis Z**
**3300 W Florida Ave Apt 100**
**Denver, CO 80219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_ _____
                Name

| 3.517 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$260.00** |
|---|---|---|---|

**Denise Albanese**
**6773 Del Mar Ter**
**Naples, FL 34105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.517 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$28.00** |
|---|---|---|---|

**Denise Andre**
**83 Molehulehu Lp**
**Kahului, HI 96732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.517 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$105.00** |
|---|---|---|---|

**Denise Brennick**
**2120 Willow Drive**
**Petaluma, CA 94954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.518 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$180.00** |
|---|---|---|---|

**Denise Bueno**
**34 Bartow St**
**Staten Island, NY 10308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.518 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$30.00** |
|---|---|---|---|

**Denise C**
**2078 Yellow Aster Ct**
**Gold River, CA 95670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.518 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$18.00** |
|---|---|---|---|

**Denise Champlain**
**1601 N Sepulveda Blvd # 571**
**Manhattan Beach, CA 90266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.518 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Denise Chan**
**2078 Yellow Aster Ct**
**Gold River, CA 95670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
         Name

| 3.518 4 | **Nonpriority creditor's name and mailing address**<br>**Denise D**<br>**6364 Caminito Del Cervato**<br>**San Diego, CA 92111** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 5 | **Nonpriority creditor's name and mailing address**<br>**Denise Darrah**<br>**6364 Caminito Del Cervato**<br>**San Diego, CA 92111** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $337.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 6 | **Nonpriority creditor's name and mailing address**<br>**Denise Dubow**<br>**3630 Prospect St NW**<br>**Washington, DC 20007** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 7 | **Nonpriority creditor's name and mailing address**<br>**Denise J**<br>**3149 Bridlewood**<br>**Rochester Hills, MI 48306** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 8 | **Nonpriority creditor's name and mailing address**<br>**Denise Ledent**<br>**405 Columbia Ave**<br>**Millville, NJ 08332** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $23.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 9 | **Nonpriority creditor's name and mailing address**<br>**Denise Pratt**<br>**62 North Street**<br>**Pob1227**<br>**Litchfield, CT 06759** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $630.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 0 | **Nonpriority creditor's name and mailing address**<br>**Denise Thompson**<br>**7310 Catlin Ct**<br>**-**<br>**Cleveland, OH 44102** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $104.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Name                                                    Case number *(if known)*

| 3.519 1 | **Nonpriority creditor's name and mailing address**<br>**Denise Tsougas**<br>**17 Washington Ave**<br>**Island Park, NY 11558** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $127.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 2 | **Nonpriority creditor's name and mailing address**<br>**Dennis Acker**<br>**11329 Gravitation Dr**<br>**Las Vegas, NV 89135** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $35.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 3 | **Nonpriority creditor's name and mailing address**<br>**Dennis Baldwin**<br>**1635 E Cullumber St**<br>**Gilbert, AZ 85234** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $28.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 4 | **Nonpriority creditor's name and mailing address**<br>**Dennis C**<br>**765 Elk Clover Cir**<br>**Palm Desert, CA 92211** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 5 | **Nonpriority creditor's name and mailing address**<br>**Dennis Coates**<br>**765 Elk Clover Cir**<br>**Palm Desert, CA 92211** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 6 | **Nonpriority creditor's name and mailing address**<br>**Dennis Field**<br>**49 Colgate Dr**<br>**Rancho Mirage, CA 92270** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,538.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 7 | **Nonpriority creditor's name and mailing address**<br>**Dennis G**<br>**455 Veranda Way Apt 809**<br>**Mount Dora, FL 32757** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $31.94 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 3.519 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$141.00** |

**Dennis Goetz**
**250 Nicollet Mall Ste 600**
**Minneapolis, MN 55401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.519 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$398.00** |

**Dennis Grady**
**9245 Canyon Mesa Dr**
**Las Vegas, NV 89144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.520 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,823.00** |

**Dennis Hansen**
**1000 99th St Unit 9**
**Bay Harbor Islands, FL 33154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.520 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,551.00** |

**Dennis Harris**
**41910 N 54th St**
**Cave Creek, AZ 85331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.520 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$82.00** |

**Dennis Hatvany**
**910 Richland Dr**
**Charlotte, NC 28211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.520 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$147.00** |

**Dennis Haynes**
**1291 Founders Lake Dr**
**Athens, GA 30606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.520 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59.00** |

**Dennis Jackson**
**18 Meeting House Sq**
**Middleton, MA 01949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

**3.520 5**

**Nonpriority creditor's name and mailing address**

**Dennis Ledis**
**3821 Wedgway Dr**
**Fort Worth, TX 76133**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$112.00**

---

**3.520 6**

**Nonpriority creditor's name and mailing address**

**Dennis M**
**1078 Canterbury Ln**
**Chapel Hill, NC 27517**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.520 7**

**Nonpriority creditor's name and mailing address**

**Dennis Maynard**
**1815 11th Ave**
**Greeley, CO 80631**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$252.00**

---

**3.520 8**

**Nonpriority creditor's name and mailing address**

**Dennis Mcgrath**
**7 Pondview Ct**
**Marlton, NJ 08053**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$156.00**

---

**3.520 9**

**Nonpriority creditor's name and mailing address**

**Dennis Meyer-Razon**
**266 County Road J W**
**Shoreview, MN 55126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$649.00**

---

**3.521 0**

**Nonpriority creditor's name and mailing address**

**Dennis Molli**
**2801 Bristol Lake Dr.**
**Columbia, MO 65201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,232.00**

---

**3.521 1**

**Nonpriority creditor's name and mailing address**

**Dennis Nicks**
**5 Oak Landing**
**Wilmington, NC 28409**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$310.00**

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.521 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$117.00** |

**Dennis Oconnell**
**23663 W Hearthside Dr**
**Deer Park, IL 60010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.521 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$174.00** |

**Dennis Plummer**
**81785 La Paz Court**
**La Quinta, CA 92253**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.521 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46,631.00** |

**Dennis Pogany**
**802 Bahia Del Sol Dr Unit D**
**Condo 802d**
**Ruskin, FL 33570**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.521 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**Dennis S**
**1405 Buckingham Circle**
**Franklin, TN 37064**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.521 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**Dennis S**
**154 Pembroke Rd**
**Fairlawn, OH 44333**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.521 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**Dennis S**
**25 Water St**
**Unit 203**
**East Greenwich, RI 02818**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.521 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**Dennis S**
**2602 Hidden Lake Ct**
**Thompsons Station, TN 37179**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F      Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*   _____

| | |
|---|---|

**3.521 9**

**Nonpriority creditor's name and mailing address**

**Dennis S**
**722 N Reeve Rd**
**St Helena Island, SC 29920**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$207.57

---

**3.522 0**

**Nonpriority creditor's name and mailing address**

**Dennis Shrewsberry**
**848 Sapphire Pl**
**The Villages, FL 32163**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$473.00

---

**3.522 1**

**Nonpriority creditor's name and mailing address**

**Dennis Smith**
**722 N Reeve Rd**
**St Helena Island, SC 29920**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$215.00

---

**3.522 2**

**Nonpriority creditor's name and mailing address**

**Dennis Stewart**
**306 Island Drive**
**Melbourne Beach, FL 32951**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,538.00

---

**3.522 3**

**Nonpriority creditor's name and mailing address**

**Dennis Walsh**
**520 S Jefferson Ave**
**Saint Louis, MO 63103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$28.00

---

**3.522 4**

**Nonpriority creditor's name and mailing address**

**Dennise Malone**
**906 Megan Dr.**
**Pacific, MO 63069**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$60.00

---

**3.522 5**

**Nonpriority creditor's name and mailing address**

**Denny Wisely**
**19456 E Maplewood Pl**
**Aurora, CO 80016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$440.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

---

**3.522 6**

**Nonpriority creditor's name and mailing address**
**Denyelle Plenzio**
**66 Belltown Rd**
**South Glastonbury, CT 06073**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$78.00

---

**3.522 7**

**Nonpriority creditor's name and mailing address**
**Derek Anderson**
**747 Bader Rd**
**Bellville, TX 77418**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$4,823.00

---

**3.522 8**

**Nonpriority creditor's name and mailing address**
**Derek B**
**324 E Farrel Rd**
**Lafayette, LA 70508**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

**3.522 9**

**Nonpriority creditor's name and mailing address**
**Derek Baumbouree**
**324 E Farrel Rd**
**Lafayette, LA 70508**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$62.00

---

**3.523 0**

**Nonpriority creditor's name and mailing address**
**Derek Chassie**
**621 Bracket St**
**Fort Mill, SC 29708**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$11,715.00

---

**3.523 1**

**Nonpriority creditor's name and mailing address**
**Derek Flaten**
**5331 County Road 81 S**
**Hickson, ND 58047**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$112.00

---

**3.523 2**

**Nonpriority creditor's name and mailing address**
**Derek Glasser**
**835 E Canon Perdido St Apt 111**
**Santa Barbara, CA 93103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$252.00

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.523 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Derek Gregg**
**3136 Hawthorne Blvd**
**Saint Louis, MO 63184**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$113.00**

---

| 3.523 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Derek K**
**10650 Sariah Skye Ave**
**Las Vegas, NV 89166**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$42.00**

---

| 3.523 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Derek Kruppstadt**
**930 County Road Ppr**
**Ishpeming, MI 49849**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.523 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Derek Lambrou**
**771 Village Blvd Ste 207**
**West Palm Beach, FL 33409**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.523 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Derek M 849**
**90 Donkey Flats Ct**
**Pleasant Hill, CA 94523**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$497.96**

---

| 3.523 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Derek Ma**
**611 19th Avenue**
**San Francisco, CA 94121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$159.00**

---

| 3.523 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Derek Mcloughlin**
**29610 Pine Row Trail**
**Dowagiac, MI 49047**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$480.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*   _____

| | |
|---|---|
| **3.524 0** | |

**Nonpriority creditor's name and mailing address**

**Derek Mims**
**90 Donkey Flats Ct**
**Pleasant Hill, CA 94523**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,674.00

---

| | |
|---|---|
| **3.524 1** | |

**Nonpriority creditor's name and mailing address**

**Derek P**
**2351 Spanish Trail**
**Tiburon, CA 94920**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

| | |
|---|---|
| **3.524 2** | |

**Nonpriority creditor's name and mailing address**

**Derek Peterson**
**421 Pinnacle Ln**
**Pbox 857**
**South Cle Elum, WA 98943**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$40,503.00

---

| | |
|---|---|
| **3.524 3** | |

**Nonpriority creditor's name and mailing address**

**Derek Pizarro**
**4 Fox Lair Ln**
**Thornton, PA 19373**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$5,775.00

---

| | |
|---|---|
| **3.524 4** | |

**Nonpriority creditor's name and mailing address**

**Derek Plank**
**3990 Se International Way**
**Portland, OR 97222**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.524 5** | |

**Nonpriority creditor's name and mailing address**

**Derek Robinson**
**4203 Louisiana St**
**#11**
**San Diego, CA 92104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$73.00

---

| | |
|---|---|
| **3.524 6** | |

**Nonpriority creditor's name and mailing address**

**Derek S**
**20019 Markward Xing**
**Estero, FL 33928**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$24.00

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.524 7**

**Nonpriority creditor's name and mailing address**

**Derek S**
**6677 Santa Monica Blvd Apt 3320**
**Los Angeles, CA 90038**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.524 8**

**Nonpriority creditor's name and mailing address**

**Derek Stuckenschneider**
**20019 Markward Xing**
**Estero, FL 33928**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$321.00

---

**3.524 9**

**Nonpriority creditor's name and mailing address**

**Derek Vera**
**154 Bonnie Ridge Cir**
**Conroe, TX 77384**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.525 0**

**Nonpriority creditor's name and mailing address**

**Derek Watulak**
**16 Catherine Cir**
**Stow, MA 01775**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,540.00

---

**3.525 1**

**Nonpriority creditor's name and mailing address**

**Derek Williamson**
**2138 Capet St**
**San Jacinto, CA 92583**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$258.00

---

**3.525 2**

**Nonpriority creditor's name and mailing address**

**Deric Lubin**
**1129 1/2 Cardiff Ave**
**Los Angeles, CA 90035**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.525 3**

**Nonpriority creditor's name and mailing address**

**Derick Singleton**
**9365 Quintero St**
**Commerce City, CO 80022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$41.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
         Name

---

| 3.525 4 | **Nonpriority creditor's name and mailing address**<br>**Derreck P**<br>**1722 Lake St.**<br>**Huntington Beach, CA 92648**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$9.12** |

| 3.525 5 | **Nonpriority creditor's name and mailing address**<br>**Derrek Davis**<br>**4019 Vista Blvd**<br>**Galveston, TX 77554**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,957.00** |

| 3.525 6 | **Nonpriority creditor's name and mailing address**<br>**Derric Dumrese**<br>**7890 High Rd**<br>**Prattsburgh, NY 14873**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$566.00** |

| 3.525 7 | **Nonpriority creditor's name and mailing address**<br>**Derrick J**<br>**15521 Brodick Dr**<br>**M**<br>**Austin, TX 78717**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$10.00** |

| 3.525 8 | **Nonpriority creditor's name and mailing address**<br>**Derrick Jackson**<br>**9124 W 131st Ter**<br>**Overland Park, KS 66213**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$744.00** |

| 3.525 9 | **Nonpriority creditor's name and mailing address**<br>**Derrick Wright**<br>**4799 Ilkley Moor Ln**<br>**Ellicott City, MD 21043**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$44.00** |

| 3.526 0 | **Nonpriority creditor's name and mailing address**<br>**Desiree A**<br>**95 Krakow Drive**<br>**Lehighton, PA 18235**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$50.00** |

---

Official Form 206 E/F              Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

---

| 3.526 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$305.00** |

**Desiree Endert**
**2202 NE 140th St**
**Vancouver, WA 98686**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$326.00** |

**Desiree Freris**
**9485 Longstone Dr**
**Parker, CO 80134**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$162.00** |

**Desiree Groo**
**1088 Sw 32nd Ln**
**Ocala, FL 34471**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$324.00** |

**Desiree Rijos**
**8612 Woodbriar Dr**
**Sarasota, FL 34238**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$129.00** |

**Desiree Taylor**
**3634 Milton Way**
**North Highlands, CA 95660**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$22.00** |

**Dev B**
**6632 Northwood Rd**
**Dallas, TX 75225**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$12,645.00** |

**Dev Batra**
**6632 Northwood Rd**
**Dallas, TX 75225**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **Phoeno Wine Company, Inc.** |
| | Name |

Case number *(if known)* _____

---

**3.526 8**

**Nonpriority creditor's name and mailing address**
**Devin Fitzsimmons**
**634 W Bartlett Way**
**Chandler, AZ 85248**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,803.00**

---

**3.526 9**

**Nonpriority creditor's name and mailing address**
**Devin Gorman-Darif**
**682 Washington St**
**San Jose, CA 95112**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$6,900.00**

---

**3.527 0**

**Nonpriority creditor's name and mailing address**
**Devin H**
**1015 Corona Road**
**Petaluma, CA 94954**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.527 1**

**Nonpriority creditor's name and mailing address**
**Devin K**
**30 Cate St Unit 18**
**Portsmouth, NH 03801**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.527 2**

**Nonpriority creditor's name and mailing address**
**Devin Keefe**
**30 Cate St Unit 18**
**Portsmouth, NH 03801**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$9,510.00**

---

**3.527 3**

**Nonpriority creditor's name and mailing address**
**Devin R**
**7988 Mesquite Ranch St**
**Las Vegas, NV 89113**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$76.90**

---

**3.527 4**

**Nonpriority creditor's name and mailing address**
**Devin S**
**5903 40th Ave**
**Hyattsville, MD 20782**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____   Case number _(if known)_ _____
Name

| | |
|---|---|

**3.527 5**

**Nonpriority creditor's name and mailing address**

**Devin Schindele**
**15424 63rd Dr Se**
**Snohomish, WA 98296**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,599.00**

---

**3.527 6**

**Nonpriority creditor's name and mailing address**

**Devin Schneider**
**4225 A1a South**
**St. Augustine, FL 32080**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$187.00**

---

**3.527 7**

**Nonpriority creditor's name and mailing address**

**Devon Bachmaier**
**210 Lasa Dr Apt 109**
**St Augustine, FL 32084**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.527 8**

**Nonpriority creditor's name and mailing address**

**Devon Branvold**
**10813 Seguin St**
**Austin, TX 78754**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

**3.527 9**

**Nonpriority creditor's name and mailing address**

**Devon L**
**420 Kent Ave**
**557**
**Brooklyn, NY 11249**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$23.63**

---

**3.528 0**

**Nonpriority creditor's name and mailing address**

**Devon Price**
**519 1/2 4th St**
**Marietta, OH 45750**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$51.00**

---

**3.528 1**

**Nonpriority creditor's name and mailing address**

**Devontre P**
**2735 Vernon Dr**
**Augusta, GA 30906**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**                              Case number (if known) _____
_____
Name

---

| 3.528 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Dewayne Carson** | ☐ Contingent | |
| **5700 Luke Trl** | ☐ Unliquidated | |
| **Amarillo, TX 79118** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Customer_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.528 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19.00** |
| **Dewayne Mariscal** | ☐ Contingent | |
| **16401 Avenida Manzana** | ☐ Unliquidated | |
| **Desert Hot Springs, CA 92240** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Customers - Deferred Credit_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.528 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
| **Dez K** | ☐ Contingent | |
| **3619 Ne 207th St Apt 2300** | ☐ Unliquidated | |
| **Aventura, FL 33180** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Customers - Deferred Credit_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.528 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
| **Dharar Almarzoq** | ☐ Contingent | |
| **10 Sullivan St Apt 3c** | ☐ Unliquidated | |
| **New York, NY 10012** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Customer_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.528 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
| **Dhiren M** | ☐ Contingent | |
| **95 Mandalay Rd** | ☐ Unliquidated | |
| **Oakland, CA 94618** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Customers - Deferred Credit_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.528 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |
| **Dhruv C** | ☐ Contingent | |
| **4300 Forebridge Dr** | ☐ Unliquidated | |
| **Mckinney, TX 75070** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Customers - Deferred Credit_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.528 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$753.00** |
| **Dhruv Chandna** | ☐ Contingent | |
| **4300 Forebridge Dr** | ☐ Unliquidated | |
| **Mckinney, TX 75070** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Customer_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.528 9 | | |

**Nonpriority creditor's name and mailing address**
**Dhruv Maheshwari**
**60 W 23rd St Apt 850**
**New York, NY 10010**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$334.00**

---

| |
|---|
| 3.529 0 |

**Nonpriority creditor's name and mailing address**
**Di Kubi**
**3610 Arapahoe Pl W**
**Seattle, WA 98199**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| |
|---|
| 3.529 1 |

**Nonpriority creditor's name and mailing address**
**Diana G**
**889 Shelbie Ave**
**Brawley, CA 92227**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| |
|---|
| 3.529 2 |

**Nonpriority creditor's name and mailing address**
**Diana Gentile**
**50 Wickapecko Dr**
**Interlaken, NJ 07712**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| |
|---|
| 3.529 3 |

**Nonpriority creditor's name and mailing address**
**Diana Greene**
**319 Lafittes Landing Pass**
**Lafayette, LA 70508**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$133.00**

---

| |
|---|
| 3.529 4 |

**Nonpriority creditor's name and mailing address**
**Diana Hames**
**3814 E 29th Ave**
**Spokane, WA 99223**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

| |
|---|
| 3.529 5 |

**Nonpriority creditor's name and mailing address**
**Diana M**
**69 Pine Brook Rd**
**Towaco, NJ 07082**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.529 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$360.00** |

**Diana Meltzer**
**5 E Riding Dr**
**Cherry Hill, NJ 08003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.529 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$400.00** |

**Diana Ostrander**
**9621 Williams Rd**
**Holland Patent, NY 13354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.529 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$235.00** |

**Diana Phillips**
**214 W NEising Dr**
**Sisters, OR 97759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.529 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$458.00** |

**Diana Renken**
**5832 Woodland Dr**
**Waunakee, WI 53597**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.530 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$636.00** |

**Diana Sheehan**
**40 Salem Ln**
**Evanston, IL 60203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.530 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,860.00** |

**Diana Souder**
**20611 Creekside Dr**
**Smithfield, VA 23430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.530 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.85** |

**Diana T**
**26051 Vermont Avenue**
**Unit 105**
**Harbor City, CA 90710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

**3.530**
**3**

**Nonpriority creditor's name and mailing address**

**Diana W**
**132 Duncan Street**
**5**
**San Francisco, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$17.16**

---

**3.530**
**4**

**Nonpriority creditor's name and mailing address**

**Diana Zollicoffer**
**2435 S Sepulveda Blvd Apt 1423**
**Los Angeles, CA 90064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$525.00**

---

**3.530**
**5**

**Nonpriority creditor's name and mailing address**

**Diane Borhani**
**1860 Wendy Way**
**Reno, NV 89509**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$84.00**

---

**3.530**
**6**

**Nonpriority creditor's name and mailing address**

**Diane Boushehri**
**1765 Mitchell Ct**
**Port Orange, FL 32128**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$16.00**

---

**3.530**
**7**

**Nonpriority creditor's name and mailing address**

**Diane Burns**
**1242 Olde Towne Rd**
**Alexandria, VA 22307**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$360.00**

---

**3.530**
**8**

**Nonpriority creditor's name and mailing address**

**Diane D**
**26 Woodside Dr**
**Scarborough, ME 04074**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

**3.530**
**9**

**Nonpriority creditor's name and mailing address**

**Diane Degray**
**31 Elm St**
**Colchester, CT 06415**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$114.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 3.531 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$235.00** |

**Diane Dusini**
**26 Woodside Dr**
**Scarborough, ME 04074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22.00** |

**Diane Hirsch**
**11335 Pala Mes Drive**
**Northridge, CA 91326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Diane Jenkins**
**1650 Silver Hill Dr Apt 1310**
**Mclean, VA 22102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24.00** |

**Diane L**
**12041 Robin Rd**
**Maple Grove, MN 55369**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |

**Diane Lange**
**19 Tennessee St**
**Murphy, NC 28906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$461.00** |

**Diane Lindsay**
**5720 39th Street Cir E**
**Bradenton, FL 34203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$106.00** |

**Diane Lowry**
**315 Gaslight Cir Se**
**North Canton, OH 44720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 3.531 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16.31** |
| **Diane M 13408040** | ☐ Contingent | |
| **Pobox 356** | ☐ Unliquidated | |
| **33955 East Grand Ave** | ☐ Disputed | |
| **Winchester, CA 92596** | | |
| Date(s) debt was incurred _ | Basis for the claim: **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.531 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$912.00** |
| **Diane Mariotti** | ☐ Contingent | |
| **2906 Franklin Way** | ☐ Unliquidated | |
| **Secane, PA 19018** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.531 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60.00** |
| **Diane Mevenson** | ☐ Contingent | |
| **1265 Madison Ave** | ☐ Unliquidated | |
| **UPS Access Point (Advance Auto Parts Sto** | ☐ Disputed | |
| **Fort Atkinson, WI 53538** | | |
| Date(s) debt was incurred _ | Basis for the claim: **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.532 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6.00** |
| **Diane O** | ☐ Contingent | |
| **4150 Fox Meadow Dr** | ☐ Unliquidated | |
| **Medina, OH 44256** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.532 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$457.00** |
| **Diane Olszak** | ☐ Contingent | |
| **4150 Fox Meadow Dr** | ☐ Unliquidated | |
| **Medina, OH 44256** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.532 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28.00** |
| **Diane Roberson** | ☐ Contingent | |
| **20307 Spoonwood Dr** | ☐ Unliquidated | |
| **Humble, TX 77346** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.532 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20.00** |
| **Diane S** | ☐ Contingent | |
| **17 Monterey Cir** | ☐ Unliquidated | |
| **Corona Del Mar, CA 92625** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Phoeno Wine Company, Inc.**
          Name                                                Case number (if known)

---

**3.532 4**

**Nonpriority creditor's name and mailing address**

**Diane Smith**
**96 Geigel Hill Rd**
**Erwinna, PA 18920**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$122.00**

---

**3.532 5**

**Nonpriority creditor's name and mailing address**

**Diane Spiak-Pisanelli**
**23 Monell Pl**
**Beacon, NY 12508**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

**3.532 6**

**Nonpriority creditor's name and mailing address**

**Diane Stevens**
**31687 Crystal Sands Dr**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$210.00**

---

**3.532 7**

**Nonpriority creditor's name and mailing address**

**Diane Verzella**
**1476 Halpin Rd**
**Clarksville, OH 45113**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$62.00**

---

**3.532 8**

**Nonpriority creditor's name and mailing address**

**Dianna A**
**1128 Pinnacle Club Drive**
**Grove City, OH 43123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$36.00**

---

**3.532 9**

**Nonpriority creditor's name and mailing address**

**Dianna Arehart**
**1128 Pinnacle Club Drive**
**Grove City, OH 43123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$686.00**

---

**3.533 0**

**Nonpriority creditor's name and mailing address**

**Dianna Voss**
**358 N 12th Street**
**Grover Beach, CA 93433**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$24.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Case number *(if known)*

Name

| 3.533 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $16.00 |
|---|---|---|---|

**Dick G**
**14 Old Summer House Rd**
**Gate Code #0025**
**Charleston, SC 29412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $112.00 |
|---|---|---|---|

**Dick Gaddy**
**14 Old Summer House Rd**
**Gate Code #0025**
**Charleston, SC 29412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $360.00 |
|---|---|---|---|

**Dick Siegert**
**269 Dillon Ridge Rd**
**Walgreens**
**Dillon, CO 80435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7.00 |
|---|---|---|---|

**Diederik D**
**48 Shorefront Park**
**Norwalk, CT 08654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18,739.76 |
|---|---|---|---|

**Diego Alejandro Celis**
**911 Hillside Dr**
**Kodiak, AK 99615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $232.96 |
|---|---|---|---|

**Diego C**
**580 Howard St**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $915.32 |
|---|---|---|---|

**Diego C**
**Carrera 19 #31n -91 Conjunto Torre Verde**
**Torre A, 702**
**Armona, CA 93202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
Name

| 3.533 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Diego Cepeda**
**120 Mountain Lion Rd**
**Georgetown, TX 78628**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$195.00

---

| 3.533 9 |
|---|

**Nonpriority creditor's name and mailing address**

**Diego Diaz**
**4990 Flintshire Ct**
**Mays Landing, NJ 08330**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$28.00

---

| 3.534 0 |
|---|

**Nonpriority creditor's name and mailing address**

**Diego M**
**14773 Cumberland Dr Apt 404**
**Delray Beach, FL 33446**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

| 3.534 1 |
|---|

**Nonpriority creditor's name and mailing address**

**Diego Morita**
**7212 Sparhawk Rd**
**Wake Forest, NC 27587**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$996.00

---

| 3.534 2 |
|---|

**Nonpriority creditor's name and mailing address**

**Diego Quiroz**
**120 W Colorado Ave**
**Glendora, CA 91740**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$3,933.00

---

| 3.534 3 |
|---|

**Nonpriority creditor's name and mailing address**

**Diegoalejandro C**
**580 Howard St.**
**Suite 500**
**California, CA 94105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$23.00

---

| 3.534 4 |
|---|

**Nonpriority creditor's name and mailing address**

**Diegoalejandro C**
**Cra 19 # 31n-91 Torre A #702**
**Armenia, CA 94105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.534 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$180.00** |
|---|---|---|---|

**Dieter Mews**
**1282 Villa Parke**
**Amelia, OH 45102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$261.00** |
|---|---|---|---|

**Dilekduygu Yavuz**
**3149 Casa De Campo Apt 317**
**San Mateo, CA 94403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$641.00** |
|---|---|---|---|

**Dillon Harp**
**421 N Payne St**
**Alexandria, VA 22314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$63.00** |
|---|---|---|---|

**Dillon Mawe**
**1251 N Emerson St Apt 1**
**Denver, CO 80218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$57.00** |
|---|---|---|---|

**Dilraj G**
**4221 Ravenwood Ct**
**Troy, MI 48098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.535 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$244.00** |
|---|---|---|---|

**Dilraj Ghumman**
**4221 Ravenwood Ct**
**Troy, MI 48098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.535 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$18.00** |
|---|---|---|---|

**Dilshan Goonewardene**
**27679 Rubidoux**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 3.535.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $14.00 |

**Dima S**
6259 Palomino Cir
Port Orange, FL 32127

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customers - Deferred Credit_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.535.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Dimple Patel**
1131 Fern Ave
Orlando, FL 32814

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.535.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $20.00 |

**Dina M**
6 W Spruce Ave
Moorestown, NJ 08057

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customers - Deferred Credit_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.535.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5.00 |

**Dina P**
14559 W White Hawk Ct
Boise, ID 83713

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customers - Deferred Credit_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.535.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $447.00 |

**Dina Perugini**
14559 W White Hawk Ct
Boise, ID 83713

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.535.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $169.00 |

**Dina Villalobos**
1724 Manatee Ave W
Bradenton, FL 34205

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.535.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $280.00 |

**Dinesh Butani**
3728 Normandy Ave
Dallas, TX 75205

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number _(if known)_  _____
Name

| 3.535 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$333.00** |
|---|---|---|---|

**Dinker Rai**
**219 Glen Cove Rd**
**Old Westbury, NY 11568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:   **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.536 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$10.00** |
|---|---|---|---|

**Diogo A**
**3387 Tempe Dr**
**Huntington Beach, CA 92649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.536 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$937.00** |
|---|---|---|---|

**Dion Castillo**
**93696 Newmarket Ln**
**Fernandina Beach, FL 32034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:   **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.536 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$30.00** |
|---|---|---|---|

**Dione Laufenberg**
**3415 Whistling Wind Way**
**Sun Prairie, WI 53590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:   **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.536 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$34.00** |
|---|---|---|---|

**Dionysios T**
**1111 Sonata Drive**
**Vallejo, CA 94591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.536 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$25.00** |
|---|---|---|---|

**Dipak R**
**829 Baytree Lane**
**Ponte Vedra Beach, FL 32082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.536 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$15.00** |
|---|---|---|---|

**Dipesh P**
**1525 Chippendale Rd**
**Houston, TX 77018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                         Case number (if known) _____

| 3.536 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Dipesh Patel**
**1525 Chippendale Rd**
**Houston, TX 77018**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,802.00**

---

| 3.536 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Dirk A**
**62 Church Ln**
**Manalapan, NJ 07726**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

| 3.536 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Dirk Hufnagel**
**2837 Church Rd**
**Aurora, IL 60502**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,722.00**

---

| 3.536 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Dirk M**
**909 Bannock St Apt 924**
**Denver, CO 80204**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$33.00**

---

| 3.537 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Dixie Dowlen**
**2701 Lakeway Dr**
**Rowlett, TX 75088**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

| 3.537 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Djbusse**
**245 N.E. Sagamore Terrace**
**Port St. Lucie, FL 34983**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$23.10**

---

| 3.537 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Djurdjica P**
**1001 City Avenue**
**Ee117**
**Wynnewood, PA 19096**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

Debtor    **Phoeno Wine Company, Inc.**
                    Name                                                      Case number *(if known)*

| 3.537 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$390.00** |

**Dmalone Z**
**358 Treadwell St**
**Orangeburg, SC 29115**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$485.00** |

**Dmitri Rakitski**
**3770 Maple Ave**
**Northbrook, IL 60062**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$246.00** |

**Dmitriy Khavko**
**2966 Ocean Avenue**
**2nd Floor**
**Brooklyn, NY 11229**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**Dmitriy R**
**673 Clocks Blvd**
**Massapequa, NY 11758**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**Dmitry D**
**500 Almer Rd, Apt 105**
**Burlingame, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$305.24** |

**Doan B**
**12346 Tell Ave**
**Santa Ana, CA 92701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$244.00** |

**Dolbier Julie**
**10410 Konstantine Ln**
**Loveland, OH 45140**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

**3.538 0**

**Nonpriority creditor's name and mailing address**

**Dolly Singh**
**13315 131st St**
**South Ozone Park, NY 11420**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

**3.538 1**

**Nonpriority creditor's name and mailing address**

**Dolores W**
**13575 Sandy Key Dr Unit 117**
**C/O Sandy Key Office**
**Pensacola, FL 32507**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.538 2**

**Nonpriority creditor's name and mailing address**

**Domenic C**
**4653 Pine Manor**
**Clarence, NY 11031**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.538 3**

**Nonpriority creditor's name and mailing address**

**Domenic Narducci**
**4447 La Honda Rd**
**San Gregorio, CA 94074**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$202.00**

---

**3.538 4**

**Nonpriority creditor's name and mailing address**

**Dominic Armitage**
**23 Middle Gate Pl**
**The Woodlands, TX 77382**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$630.00**

---

**3.538 5**

**Nonpriority creditor's name and mailing address**

**Dominic Destefano**
**518 34th Ave N Apt 3**
**Myrtle Beach, SC 29577**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,178.00**

---

**3.538 6**

**Nonpriority creditor's name and mailing address**

**Dominic Gabbianelli**
**4080 N Ivy Rd NE**
**Atlanta, GA 30342**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,300.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.538 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$130.00** |

**Dominic Hardiman**
**99 E Middlefield Rd Apt 24**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$110.00** |

**Dominic M**
**1216 Barlina Rd**
**Crystal Lake, IL 60014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30.00** |

**Dominic Nesci**
**5809 3rd Pl NW**
**Washington, DC 20011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$183.00** |

**Dominic Perry**
**101 Hilliard Dr**
**Pittsburgh, PA 15212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.00** |

**Dominik Pham**
**808 Saint Paul Ct**
**Richardson, TX 75080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$192.00** |

**Dominik Schneider**
**1916 N Fremont St Apt 2**
**Chicago, IL 60614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10.00** |

**Dominique C**
**3960 Placita Del Rico**
**Las Vegas, NV 89120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **Phoeno Wine Company, Inc.**
_____     Case number *(if known)* _____
Name

---

| 3.539 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$154.00**

**Dominique Mclerran**
**73 Penn Lode**
**Breckenridge, CO 80424**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _     **Basis for the claim:   Customer**
Last 4 digits of account number _     Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$5.00**

**Dominique P**
**402 Ocean Parkway**
**Apt #309**
**Brooklyn, NY 11218**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _     **Basis for the claim:   Customers - Deferred Credit**
Last 4 digits of account number _     Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$7.00**

**Don B**
**511 Buena Rd**
**Lake Forest, IL 60045**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _     **Basis for the claim:   Customers - Deferred Credit**
Last 4 digits of account number _     Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$405.00**

**Don Barnes**
**9245 El Caminito**
**Gilroy, CA 95020**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _     **Basis for the claim:   Customer**
Last 4 digits of account number _     Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$3,981.00**

**Don Bolthouse**
**13350 11 Mile Road**
**Ceresco, MI 49033**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _     **Basis for the claim:   Customers - Deferred Credit**
Last 4 digits of account number _     Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$588.00**

**Don C**
**83 Irma Ave**
**Port Washington, NY 11050**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _     **Basis for the claim:   Customers - Deferred Credit**
Last 4 digits of account number _     Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$1,406.00**

**Don Chan**
**83 Irma Ave**
**Port Washington, NY 11050**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _     **Basis for the claim:   Customer**
Last 4 digits of account number _     Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

**3.540
1**

**Nonpriority creditor's name and mailing address**

**Don Collentro
4 Lynnwood Dr
Rutland, MA 01543**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$84.00**

---

**3.540
2**

**Nonpriority creditor's name and mailing address**

**Don Daszkowski
499 Ernston Rd
B9
Parlin, NJ 08859**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$174.00**

---

**3.540
3**

**Nonpriority creditor's name and mailing address**

**Don Durm
357 Balogh Pl
Longwood, FL 32750**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,376.00**

---

**3.540
4**

**Nonpriority creditor's name and mailing address**

**Don Gray
601 W Bannock St
Boise, ID 83702**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$280.00**

---

**3.540
5**

**Nonpriority creditor's name and mailing address**

**Don H
6374 E Camino Grande
Anaheim, CA 92807**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.540
6**

**Nonpriority creditor's name and mailing address**

**Don Hardin
45 South Ave
Youngstown, OH 44503**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$257.00**

---

**3.540
7**

**Nonpriority creditor's name and mailing address**

**Don Hawkins
W7273 Highway 47
Phlox, WI 54464**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$430.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.540 8**

**Nonpriority creditor's name and mailing address**
**Don Hillman**
**8435 Koosaw Ln S**
**Salem, OR 97306**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$214.00**

---

**3.540 9**

**Nonpriority creditor's name and mailing address**
**Don Isham**
**7859 Highway 182 E**
**Morgan City, LA 70380**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.541 0**

**Nonpriority creditor's name and mailing address**
**Don L**
**710 Willow St**
**San Jose, CA 95125**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$52.00**

---

**3.541 1**

**Nonpriority creditor's name and mailing address**
**Don Ladd**
**2156 Vizcaya Cir**
**Campbell, CA 95008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$138.00**

---

**3.541 2**

**Nonpriority creditor's name and mailing address**
**Don M**
**2009 Papeete Dr**
**Plano, TX 75075**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.541 3**

**Nonpriority creditor's name and mailing address**
**Don M**
**9622 Ashdown Forest Drive**
**Spring, TX 77379**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.541 4**

**Nonpriority creditor's name and mailing address**
**Don Mazzarisi**
**425 E Blackwell St**
**Dover, NJ 07801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$67.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_ _____
Name

---

| 3.541 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Don Mcnabb**
**9818 N. 49th Drive**
**Glendale, AZ 85302**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,050.00**

---

| 3.541 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Don Mishory**
**3857 Provenance Way**
**Northbrook, IL 60062**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$56.00**

---

| 3.541 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Don N**
**1126 90th Street**
**Racine, WI 53403**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

| 3.541 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Don P**
**5909 Sea Lion Pl Ste G**
**Carlsbad, CA 92010**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$24.96**

---

| 3.541 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Don Perry**
**26 Patriot Pl**
**Suit3 300**
**Foxboro, MA 02035**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$989.00**

---

| 3.542 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Don Petersen**
**11759 E Desert Trail Rd**
**Scottsdale, AZ 85259**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.542 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Don Porcelli**
**359 Farmview Drive**
**Travelers Rest, SC 29690**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,280.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

**3.542
2**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Don Redshaw**
**258 Flamingo Road**
**375 Treasure Lake**
**Dubois, PA 15801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

**3.542
3**

**Nonpriority creditor's name and mailing address**

**Don Schemack**
**57 Oakdale Rd**
**North Reading, MA 01864**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**$181.00**

---

**3.542
4**

**Nonpriority creditor's name and mailing address**

**Don Small**
**301 Passage Gate Way**
**Wilmington, NC 28412**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**$6.00**

---

**3.542
5**

**Nonpriority creditor's name and mailing address**

**Don T**
**1256 Blakeway St**
**Daniel Island, SC 29492**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.542
6**

**Nonpriority creditor's name and mailing address**

**Don Thompson**
**10912 Virginia Forest Ct**
**Glen Allen, VA 23060**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**$384.00**

---

**3.542
7**

**Nonpriority creditor's name and mailing address**

**Donald Atherton**
**11 S Bayou Club Ct**
**Spring, TX 77389**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

**3.542
8**

**Nonpriority creditor's name and mailing address**

**Donald Bergan**
**459 W Doerr Path**
**Hernando, FL 34442**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**$1,318.00**

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page 3040 of 5261

Debtor   **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
         Name

| 3.542 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,289.00 |

**3.542 9**

**Nonpriority creditor's name and mailing address**
**Donald Beringer**
**1030 Meadow Lark Ln**
**Tracy, CA 95376**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,289.00**

---

**3.543 0**

**Nonpriority creditor's name and mailing address**
**Donald C**
**6395 State Route 103 N**
**Bldg 5a**
**Lewistown, PA 17044**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$566.00**

---

**3.543 1**

**Nonpriority creditor's name and mailing address**
**Donald Fisher**
**1208 Highway 172**
**Keatchie, LA 71046**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

**3.543 2**

**Nonpriority creditor's name and mailing address**
**Donald Godier**
**1930 Kissinger St Apt R108**
**West Plains, MO 65775**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

**3.543 3**

**Nonpriority creditor's name and mailing address**
**Donald Grant**
**12526 Se 213th St**
**Kent, WA 98031**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$197.00**

---

**3.543 4**

**Nonpriority creditor's name and mailing address**
**Donald H**
**6020 Ne 41st Ave**
**Unit B**
**Portland, OR 97211**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.543 5**

**Nonpriority creditor's name and mailing address**
**Donald J**
**689 Edgewood Dr**
**Montgomery, TX 77356**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$144.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.543<br>6 | **Nonpriority creditor's name and mailing address**<br>**Donald Jones**<br>**3005 Mulberry St**<br>**Marietta, GA 30066** | **$212.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.543<br>7 | **Nonpriority creditor's name and mailing address**<br>**Donald L**<br>**208 Locust Fence Rd**<br>**208 Locust Fence Rd**<br>**Saint Helena Island, SC 29920** | **$18.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.543<br>8 | **Nonpriority creditor's name and mailing address**<br>**Donald Lewis**<br>**208 Locust Fence Rd**<br>**208 Locust Fence Rd**<br>**Saint Helena Island, SC 29920** | **$285.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.543<br>9 | **Nonpriority creditor's name and mailing address**<br>**Donald M**<br>**2144 South Lambert Street**<br>**Philadelphia, PA 19145** | **$20.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.544<br>0 | **Nonpriority creditor's name and mailing address**<br>**Donald M**<br>**2515 Whites Mill Ln**<br>**Decatur, GA 30032** | **$15.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.544<br>1 | **Nonpriority creditor's name and mailing address**<br>**Donald Mccarty**<br>**1137 Esbenshade Drive**<br>**Lancaster, PA 17601** | **$344.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.544<br>2 | **Nonpriority creditor's name and mailing address**<br>**Donald Mcquade**<br>**77 Goose Haven Ct**<br>**77 Goose Haven Ct**<br>**Sacramento, CA 95834** | **$417.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.544
3**

**Nonpriority creditor's name and mailing address**

**Donald Montreuil
646 Mount Olive Rd
Martinsburg, WV 25405**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☑ No ☐ Yes

**$184.00**

---

**3.544
4**

**Nonpriority creditor's name and mailing address**

**Donald Mustard
66 Toilsome Ln
East Hampton, NY 11937**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☑ No ☐ Yes

**$10,957.00**

---

**3.544
5**

**Nonpriority creditor's name and mailing address**

**Donald Osborne
449 Springs Road
Vallejo, CA 94590**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☑ No ☐ Yes

**$499.00**

---

**3.544
6**

**Nonpriority creditor's name and mailing address**

**Donald Paquet
3920 E Mitchell Dr
Phoenix, AZ 85018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☑ No ☐ Yes

**$28.00**

---

**3.544
7**

**Nonpriority creditor's name and mailing address**

**Donald R
1924 Fair Field Dr.
N/A
Grapevine, TX 76051**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ☑ No ☐ Yes

**$10.00**

---

**3.544
8**

**Nonpriority creditor's name and mailing address**

**Donald Rappaport
53 Century Ridge Road
Purchase, NY 10577**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☑ No ☐ Yes

**$102.00**

---

**3.544
9**

**Nonpriority creditor's name and mailing address**

**Donald S
7537 Heatherton Lane
Potomac, MD 20854**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ☑ No ☐ Yes

**$8.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
Name

---

| 3.545 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Donald Shapero**
**7537 Heatherton Lane**
**Potomac, MD 20854**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

| 3.545 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Donald Skidmore**
**22 Meadow Pond Cir**
**Miller Place, NY 11764**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.545 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Donald Vance**
**5801 Main Street NW**
**Rapid City, MI 49676**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$140.00**

---

| 3.545 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Donald Waterman**
**600 N Us Highway 17 92 Ste 128**
**Longwood, FL 32750**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$9,993.00**

---

| 3.545 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Dondeanne L**
**808 E. Division St.**
**Morning Sun, IA 52640**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.545 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Dondi Gerber**
**4342 S Shady Ct**
**Gilbert, AZ 85297**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$611.00**

---

| 3.545 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Donghyun Kim**
**8391 Orange Haven Pl**
**San Diego, CA 92129**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$340.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_    _____
    Name

| | |
|---|---|
| **3.545 7** | |

**Nonpriority creditor's name and mailing address**
**Dongjie W**
**5535 Foxtail Loop**
**Carlsbad, CA 92010**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$28.41

---

| | |
|---|---|
| **3.545 8** | |

**Nonpriority creditor's name and mailing address**
**Dongjie Wang**
**5535 Foxtail Loop**
**Carlsbad, CA 92010**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$642.00

---

| | |
|---|---|
| **3.545 9** | |

**Nonpriority creditor's name and mailing address**
**Donita Vinduska**
**14212 Blueberry Hill Dr**
**Little Elm, TX 75068**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$117.00

---

| | |
|---|---|
| **3.546 0** | |

**Nonpriority creditor's name and mailing address**
**Donna Badgett**
**985 Pleasant Hill Rd**
**Redwood City, CA 94061**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

| | |
|---|---|
| **3.546 1** | |

**Nonpriority creditor's name and mailing address**
**Donna Boomgarden**
**16171 W Henks Rd**
**Hayward, WI 54843**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$486.00

---

| | |
|---|---|
| **3.546 2** | |

**Nonpriority creditor's name and mailing address**
**Donna C**
**201 Coverly Ave**
**Staten Island, NY 10301**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$7.00

---

| | |
|---|---|
| **3.546 3** | |

**Nonpriority creditor's name and mailing address**
**Donna Chan**
**201 Coverly Ave**
**Staten Island, NY 10301**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$540.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number _(if known)_ _____
Name

| 3.546 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$28.00** |

**Donna Conroy**
**5722 Sandbank Rd**
**Jordan, NY 13080**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.546 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$10.00** |

**Donna D**
**1600 Grand Ave Apt D4**
**North Baldwin, NY 11510**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

| 3.546 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$590.00** |

**Donna Dawson**
**315 Schwend Rd**
**Bridger, MT 59014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.546 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$275.50** |

**Donna Douglas**
**5971 Sw County Road 14**
**Madison, FL 32340**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.546 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$222.00** |

**Donna Fitzmaurice**
**1780 Flagler Ave NE**
**Atlanta, GA 30309**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.546 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$30.00** |

**Donna Ickowski**
**2285 Lariat Loop**
**Gering, NE 69341**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.547 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$759.00** |

**Donna Kelly**
**5012 San Antonio Ave**
**Midland, TX 79707**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_    _____
Name

---

| 3.547 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$25.00** |
| **Donna M** | ☐ Contingent | |
| **13868 Corrigan Ave** | ☐ Unliquidated | |
| **Orlando, FL 32827** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.547 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$26.00** |
| **Donna Mundzic** | ☐ Contingent | |
| **700 Busse Hwy** | ☐ Unliquidated | |
| **Park Ridge, IL 60068** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.547 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$50.00** |
| **Donna O** | ☐ Contingent | |
| **3 Kincaid Ct** | ☐ Unliquidated | |
| **Roseland, NJ 07068** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.547 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$19.00** |
| **Donna P** | ☐ Contingent | |
| **2927 33rd Ln Nw** | ☐ Unliquidated | |
| **Olympia, WA 98502** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.547 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$140.00** |
| **Donna Pilkington** | ☐ Contingent | |
| **9 Glen St** | ☐ Unliquidated | |
| **North Grafton, MA 01536** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.547 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,004.00** |
| **Donna Price** | ☐ Contingent | |
| **2927 33rd Ln NW** | ☐ Unliquidated | |
| **Olympia, WA 98502** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.547 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$9.00** |
| **Donna R** | ☐ Contingent | |
| **328 Koser Ave** | ☐ Unliquidated | |
| **Iowa City, IA 52246** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor  **Phoeno Wine Company, Inc.**
_____  Case number _(if known)_ _____
Name

| 3.547 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Donna R**
**4440 Beard Ave S Apt 204**
**Minneapolis, MN 55410**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.547 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Donna Rapp**
**3449 Burnet Ave**
**Syracuse, NY 13206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$302.00**

---

| 3.548 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Donna Rodnitzky**
**328 Koser Ave**
**Iowa City, IA 52246**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$174.00**

---

| 3.548 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Donna Rudd**
**4440 Beard Ave S Apt 204**
**Minneapolis, MN 55410**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$124.00**

---

| 3.548 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Donna S**
**1450 Castle Court**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.548 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Donna Simmonds**
**5311 Black Rock Rd**
**Manchester, MD 21102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.548 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Donna Simpson**
**178 Laterra Links Cir Unit 201**
**Saint Augustine, FL 32092**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$66.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*    _____

| 3.548 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$24.00** |
|---|---|---|---|

**Donna Spire**
**625 Ottawa Street**
**Montpelier, OH 43543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$294.00** |
|---|---|---|---|

**Donna Stidham**
**7936 S Mountain Rd**
**Pound, VA 24279**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$221.00** |
|---|---|---|---|

**Donna Swanson**
**1254 Burbank Rd**
**Quincy, MI 49082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$62.00** |
|---|---|---|---|

**Donna T**
**1579 Monroe Dr Ne**
**Ste F Ups Store**
**Atlanta, GA 30324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,601.00** |
|---|---|---|---|

**Donna Thompson**
**1579 Monroe Dr NE**
**Ste F UPS Store**
**Atlanta, GA 30324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19.00** |
|---|---|---|---|

**Donna Townsend**
**3859 Ryde Ave**
**Stockon, CA 95204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |
|---|---|---|---|

**Donna Virkus**
**3980 Mount Zion Rd**
**Carrollton, GA 30117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                             Case number (if known) _____

---

| 3.549 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10.00** |

**Donna W**
**9245 Se Mystic Cove Terrace**
**Hobe Sound, FL 33455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.549 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$530.00** |

**Donna Welsh**
**2255 Hyperion Ln**
**Reno, NV 89521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.549 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3.96** |

**Donna Winger**
**1211 Hidden Meadow Dr.**
**Weed, CA 96094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.549 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$348.00** |

**Donna-Dirkse**
**3038 Wakefield Rd.**
**Berkley, MI 48072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.549 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16.00** |

**Donnie S**
**3245 Sheffield Ave**
**Oakland, CA 94602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.549 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,561.00** |

**Donnie Smith**
**3245 Sheffield Ave**
**Oakland, CA 94602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.549 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$630.00** |

**Donnis E**
**Bell & Mccoy**
**7210 North Loop East**
**Houston, TX 77028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.5499 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $28.00 |

**Donny B**
**324 E Farrel Rd**
**Lafayette, LA 70508**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5500 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $305.00 |

**Donta Gonzales**
**616 Pink Granite Blvd**
**Dripping Springs, TX 78620**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5501 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $60.00 |

**Doreen K**
**4025 Manor Ln**
**Allegan, MI 49010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5502 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,449.00 |

**Doreen Kaminski**
**4025 Manor Ln**
**Allegan, MI 49010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5503 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $180.00 |

**Dorian Patchin**
**815 V St NW**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5504 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $35.00 |

**Dorian Patchin**
**815 V St Nw**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5505 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $115.00 |

**Dorian Williamson**
**42 Steeple Ct**
**Germantown, MD 20874**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.550 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Doris Nester**
**13402 Corliss Ave N**
**Seattle, WA 98133**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$140.00**

---

| 3.550 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Dorothy Everitt**
**109 Edison Ave**
**Apt1**
**Buffalo, NY 14215**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$45.00**

---

| 3.550 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Dorothy L**
**10 Pembrooke Rd**
**Chatham, NJ 07928**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.550 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Dorothy Monica**
**43 Tulip St.**
**Bergenfield, NJ 07621**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$70.00**

---

| 3.551 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Dorothy Morgan**
**244 Green Meadow Drive**
**Apt. C**
**Watsonville, CA 95076**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$282.00**

---

| 3.551 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Dorothy R**
**2945 Piedmont Dr**
**Marietta, GA 30066**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.551 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Doug A**
**8729 N Bayard Ave**
**Portland, OR 97217**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page 3052 of 5261

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)* _____

---

| 3.551<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,472.00** |

**Doug Akins**
**8729 N Bayard Ave**
**Portland, OR 97217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$168.00** |

**Doug Berenguer**
**826 Magnolia Rd**
**Charleston, SC 29407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38.00** |

**Doug Drowley**
**1015 Pacific Ave Ste 301**
**Tacoma, WA 98402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |

**Doug Fiester**
**4534 E Culloden Ln**
**Springfield, MO 65809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$97.00** |

**Doug Helm**
**1058 Autumn Oak Lane**
**Hudson, WI 54016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551<br>8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$698.00** |

**Doug Hengehold**
**769 Towne St**
**Sonoma, CA 95476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551<br>9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$153.00** |

**Doug Hoelscher**
**1 W Zenith Ave.**
**Temple, TX 76501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.552 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Doug Hoelscher**
**1 W Zenith Ave.**
**Temple, TX 76501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$172.06

---

| 3.552 1 |
|---|

**Nonpriority creditor's name and mailing address**

**Doug Hopkins**
**2748 Bay Meadows Ct**
**Dallas, TX 75234**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$216.00

---

| 3.552 2 |
|---|

**Nonpriority creditor's name and mailing address**

**Doug Hwang**
**3325 Wilshire Blvd Ste 628**
**Los Angeles, CA 90010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$56.00

---

| 3.552 3 |
|---|

**Nonpriority creditor's name and mailing address**

**Doug J**
**949 Teasel Lane**
**Aurora, IL 60504**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| 3.552 4 |
|---|

**Nonpriority creditor's name and mailing address**

**Doug K**
**5911 Annapolis**
**Houston, TX 77005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

| 3.552 5 |
|---|

**Nonpriority creditor's name and mailing address**

**Doug Kelting**
**5911 Annapolis**
**Houston, TX 77005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$54.00

---

| 3.552 6 |
|---|

**Nonpriority creditor's name and mailing address**

**Doug L**
**22059 E Arbor Dr**
**Aurora, CO 80016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.552 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40.00** |

**Doug L**
Doug Lyle
34744 Morgan Trail
Elizabeth, CO 80107

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$126.00** |

**Doug M**
502 Cades Trl
Southport, NC 28461

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$76.00** |

**Doug M 13432962**
7218 Tunisia Loop
Fort Hood, TX 76544

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$260.00** |

**Doug Mancosky**
7218 Tunisia Loop
Fort Hood, TX 76544

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$395.00** |

**Doug Mclendon**
221 S Water St
Chestertown, MD 21620

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,903.00** |

**Doug Mecimore**
502 Cades Trl
Southport, NC 28461

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$342.00** |

**Doug Meyers**
2398 E Camelback Rd Ste 110
Phoenix, AZ 85016

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.553 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Doug O**
**5813 Collier Bridge Ln**
**Hoschton, GA 30548**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

| 3.553 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Doug Ong**
**4474 Westminster Pl**
**Saint Louis, MO 63108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$105.00**

---

| 3.553 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Doug Owen**
**5813 Collier Bridge Ln**
**Hoschton, GA 30548**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,926.00**

---

| 3.553 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Doug Paulding**
**105 Woodmere Rd**
**Stamford, CT 06905**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$20,675.00**

---

| 3.553 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Doug Propeck**
**7381 W 133rd St**
**Ste 207**
**Overland Park, KS 66213**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$249.00**

---

| 3.553 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Doug S**
**1601 Bayadere Terrace**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.06**

---

| 3.554 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Doug S**
**3126 Kenwood Blvd**
**Toledo, OH 43606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$21.00**

---

Debtor   **Phoeno Wine Company, Inc.**                                   Case number (if known) _____
_____
Name

| 3.554<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |
|---|---|---|---|

**Doug S**
**6 Glenmere Ln**
**Commack, NY 11725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$114.00** |
|---|---|---|---|

**Doug Stevens**
**6 Glenmere Ln**
**Commack, NY 11725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$69.00** |
|---|---|---|---|

**Doug Tenny**
**101 Palo Blanco Creek Ln**
**Georgetown, TX 78633**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |
|---|---|---|---|

**Doug V**
**1106 Burr Ridge Clb**
**Burr Ridge, IL 60527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$32.00** |
|---|---|---|---|

**Doug Vu**
**1255 W 23rd St**
**Houston, TX 77008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$88.00** |
|---|---|---|---|

**Doug Winter**
**8788 Elk Grove Blvd Ste 11 Bldg 3**
**Elk Grove, CA 95624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$51.00** |
|---|---|---|---|

**Doug Y**
**19668 W Turney Ave**
**Litchfield Park, AZ 85340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
         Name

---

| 3.554<br>8 | **Nonpriority creditor's name and mailing address**<br>**Doug Young**<br>**19668 W Turney Ave**<br>**Litchfield Park, AZ 85340** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$316.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554<br>9 | **Nonpriority creditor's name and mailing address**<br>**Douglas Blum**<br>**5 Truman Ct**<br>**Robbinsville, NJ 08691** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$258.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555<br>0 | **Nonpriority creditor's name and mailing address**<br>**Douglas Bullock**<br>**572 Centre St**<br>**Sullivan, NH 03445** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$517.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555<br>1 | **Nonpriority creditor's name and mailing address**<br>**Douglas Frederick**<br>**116 Seneca Ct**<br>**Creve Coeur, IL 61610** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,730.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555<br>2 | **Nonpriority creditor's name and mailing address**<br>**Douglas G**<br>**496 Hudson St Apt 7**<br>**New York, NY 10014** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$15.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555<br>3 | **Nonpriority creditor's name and mailing address**<br>**Douglas Gorton**<br>**14900 Conference Center Dr Ste 150**<br>**Peraton,**<br>**Chantilly, VA 20151** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$50.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555<br>4 | **Nonpriority creditor's name and mailing address**<br>**Douglas Guyett**<br>**496 Hudson St Apt 7**<br>**New York, NY 10014** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$88.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.555 5**

**Nonpriority creditor's name and mailing address**

**Douglas Hess**
**6799 W Trenton Way**
**Florence, AZ 85132**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,778.00**

---

**3.555 6**

**Nonpriority creditor's name and mailing address**

**Douglas Klein**
**10445 N Oracle Rd Ste 220**
**C/O Edward Jones, Peggy Klein**
**Tucson, AZ 85737**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,536.00**

---

**3.555 7**

**Nonpriority creditor's name and mailing address**

**Douglas Klein**
**10445 N Oracle Rd Ste 220**
**C/O Edward Jones, Peggy Klein**
**Tucson, AZ 85737**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$204.18**

---

**3.555 8**

**Nonpriority creditor's name and mailing address**

**Douglas L**
**20 Cayuga Rd**
**Scarsdale, NY 10583**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.555 9**

**Nonpriority creditor's name and mailing address**

**Douglas M**
**1740 Georges Ln # 2**
**Floor Door**
**Philadelphia, PA 19131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.556 0**

**Nonpriority creditor's name and mailing address**

**Douglas Macdonald**
**418 Patrol Club Rd**
**Greenville, SC 29609**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$210.00**

---

**3.556 1**

**Nonpriority creditor's name and mailing address**

**Douglas Mains**
**305 W Martin Luther King Jr Blvd**
**Austin, TX 78701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| **3.556 2** | |

**Nonpriority creditor's name and mailing address**

**Douglas Marks**
**2145 Aloma Ave**
**Winter Park, FL 32792**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,169.00**

---

| | |
|---|---|
| **3.556 3** | |

**Nonpriority creditor's name and mailing address**

**Douglas Morganjr**
**1740 Georges Ln # 2**
**Floor Door**
**Philadelphia, PA 19131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,022.00**

---

| | |
|---|---|
| **3.556 4** | |

**Nonpriority creditor's name and mailing address**

**Douglas Moyer**
**681 Indian Creek Road**
**Telford, PA 18969**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$919.00**

---

| | |
|---|---|
| **3.556 5** | |

**Nonpriority creditor's name and mailing address**

**Douglas Niosi**
**24 Harvard St**
**Red Bank, NJ 07701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

| | |
|---|---|
| **3.556 6** | |

**Nonpriority creditor's name and mailing address**

**Douglas P**
**2219 Kaululaau Street**
**Honolulu, HI 96813**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| | |
|---|---|
| **3.556 7** | |

**Nonpriority creditor's name and mailing address**

**Douglas Peterman**
**525 W 15th St**
**Dover, OH 44622**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,219.00**

---

| | |
|---|---|
| **3.556 8** | |

**Nonpriority creditor's name and mailing address**

**Douglas Riahi**
**104 Witch Lane**
**Norwalk, CT 06853**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$38.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

---

**3.5569**

**Nonpriority creditor's name and mailing address**

**Douglas S**
**49 Glenview Road**
**Haverhill, MA 01832**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$121.00**

---

**3.5570**

**Nonpriority creditor's name and mailing address**

**Douglas Sharples**
**420 Spanish Creek Dr**
**Ponte Vedra, FL 32081**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$716.00**

---

**3.5571**

**Nonpriority creditor's name and mailing address**

**Douglas Sheffield**
**5011 Ballybridge Dr**
**Dublin, OH 43017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$229.00**

---

**3.5572**

**Nonpriority creditor's name and mailing address**

**Douglas Sherwood**
**9745 W Mcrae Way**
**Peoria, AZ 85382**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$140.00**

---

**3.5573**

**Nonpriority creditor's name and mailing address**

**Douglas Smith**
**164 16th Ave NE**
**St Petersburg, FL 33704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$24.00**

---

**3.5574**

**Nonpriority creditor's name and mailing address**

**Douglas Smith**
**49 Glenview Road**
**Haverhill, MA 01832**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$331.00**

---

**3.5575**

**Nonpriority creditor's name and mailing address**

**Douglas Spidel**
**3126 Kenwood Blvd**
**Toledo, OH 43606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$174.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____ Case number _(if known)_ _____
Name

| 3.557 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Douglas Sumick**
**400 Alton Rd**
**Apt 2504**
**Miami Beach, FL 33139**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$515.00**

---

| 3.557 7 |
|---|

**Nonpriority creditor's name and mailing address**

**Douglas T**
**2055 Sacramento Street**
**Apt 1007**
**San Francisco, CA 94109**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$134.40**

---

| 3.557 8 |
|---|

**Nonpriority creditor's name and mailing address**

**Douglas Tedford**
**6127 Quarry Rd**
**Canastota, NY 13032**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$312.00**

---

| 3.557 9 |
|---|

**Nonpriority creditor's name and mailing address**

**Douglas Thomason**
**13180 W 16th Drive**
**Golden, CO 80401**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,454.00**

---

| 3.558 0 |
|---|

**Nonpriority creditor's name and mailing address**

**Douglas Watkins**
**2504 Sanford St**
**Alexandria, VA 22301**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$66.00**

---

| 3.558 1 |
|---|

**Nonpriority creditor's name and mailing address**

**Douglas Willey**
**861 Rafael Blvd NE**
**St Petersburg, FL 33704**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,635.00**

---

| 3.558 2 |
|---|

**Nonpriority creditor's name and mailing address**

**Douglas Young**
**19668 W Turney Ave**
**Litchfield Park, AZ 85340**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$290.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.558 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21.00** |

**Douglass Johnson**
**20746 W Pasadena Ave**
**Buckeye, AZ 85396**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.558 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |

**Dov H**
**600 Shore Road**
**5p**
**Long Beach, NY 11561**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.558 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22.00** |

**Dr S**
**1275 21st Ave N**
**Myrtle Beach, SC 29577**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.558 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$129.00** |

**Dr Steve**
**882 Colony Creek Drive**
**Lawrenceville, GA 30043**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.558 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$315.00** |

**Dr Stevenkwhitesr**
**1275 21st Ave N**
**Myrtle Beach, SC 29577**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.558 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,918.00** |

**Dr.Nicholas Rodo**
**Professional Offices**
**Orchard Park, NY 14127**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.558 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**Dr.Ruddy R**
**3855 Shore Pkwy Apt 1g**
**Brooklyn, NY 11235**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

| 3.559 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$286.00** |
|---|---|---|---|

**Drake Kane**
**5004 Yadkin Dr**
**Raleigh, NC 27609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$518.00** |
|---|---|---|---|

**Drake Shannon**
**18500 S Cadle Creek Ln**
**Oregon City, OR 97045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40.00** |
|---|---|---|---|

**Drb**
**115 Luce Line Ridge**
**Orono, MN 55359**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$204.00** |
|---|---|---|---|

**Drew Cadelli**
**1308 Old Cannon Rd**
**Fort Washington, MD 20744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29.00** |
|---|---|---|---|

**Drew Dawson**
**2326 S 400 E**
**Laporte, IN 46350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$99.00** |
|---|---|---|---|

**Drew Epperson**
**1023 Kalaris Pl Se**
**Leesburg, VA 20175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$408.00** |
|---|---|---|---|

**Drew Hinote**
**1897 W Oak Shadows Cir**
**Memphis, TN 38119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.5597**

**Nonpriority creditor's name and mailing address**

**Drew Latimer**
**185b Kenner Ave**
**Nashville, TN 37205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$604.00**

---

**3.5598**

**Nonpriority creditor's name and mailing address**

**Drew Medva**
**2031 Dantry Dr**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$872.00**

---

**3.5599**

**Nonpriority creditor's name and mailing address**

**Drew Morrisroe**
**6306 Central Ave Apt E**
**Sea Isle City, NJ 08243**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,840.00**

---

**3.5600**

**Nonpriority creditor's name and mailing address**

**Drew Nottenkamper**
**3675 Sw 24th St Ste 100**
**Miami, FL 33145**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$534.00**

---

**3.5601**

**Nonpriority creditor's name and mailing address**

**Drew P**
**109 Woodview Ct**
**Burleson, TX 76028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$42.00**

---

**3.5602**

**Nonpriority creditor's name and mailing address**

**Drew Pennywell**
**109 Woodview Ct**
**Burleson, TX 76028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.5603**

**Nonpriority creditor's name and mailing address**

**Drew Smith**
**141 N Meramec Ave Ste 316**
**Clayton, MO 63105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

Debtor    **Phoeno Wine Company, Inc.**                            Case number *(if known)* _____
_____
Name

| 3.560 4 | **Nonpriority creditor's name and mailing address**<br>**Drew Smith**<br>**2033 Lewisburg Pike**<br>**Franklin, TN 37064**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$596.00** |
|---|---|---|---|

| 3.560 5 | **Nonpriority creditor's name and mailing address**<br>**Drew Vaughn**<br>**23 Morehouse Ave**<br>**Milford, CT 06460**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$146.00** |

| 3.560 6 | **Nonpriority creditor's name and mailing address**<br>**Drew W**<br>**700 Hillcrest Dr**<br>**High Point, NC 27262**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customers - Deferred Credit__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$39.00** |

| 3.560 7 | **Nonpriority creditor's name and mailing address**<br>**Drew Welter**<br>**25 Stafford Lane**<br>**Stony Brook, NY 11790**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$29.00** |

| 3.560 8 | **Nonpriority creditor's name and mailing address**<br>**Drewwelter**<br>**25 Stafford Lane**<br>**Stony Brook, NY 11790**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customers - Deferred Credit__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,477.00** |

| 3.560 9 | **Nonpriority creditor's name and mailing address**<br>**Drich21811**<br>**3211 Madison Ct**<br>**Broomfield, CO 80023**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customers - Deferred Credit__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$26.25** |

| 3.561 0 | **Nonpriority creditor's name and mailing address**<br>**Driggs C**<br>**1035 Deer Springs Lane**<br>**Golden, CO 80403**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customers - Deferred Credit__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$10.00** |

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.561 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,415.00** |

**Driggs Carol**
**1035 Deer Springs Lane**
**Golden, CO 80403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$93.00** |

**Drterry Chambers**
**319 Lutz Ave**
**Martinsburg, WV 25404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,910.00** |

**Dru Dethlefs**
**505 Montrose Ave**
**Bertrand, NE 68927**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$58.00** |

**Dru Dethlefs**
**505 Montrose Ave**
**Bertrand, NE 68927**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,466.00** |

**Dru Riddle**
**2800 W Bowie St Ste 3101**
**Nurse Anesthesia,**
**Fort Worth, TX 76109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,185.00** |

**Dscott Fehrs**
**191 Buckthorn Rd**
**Baden, PA 15005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Duane Hunt**
**90 W Main St Apt A**
**Stafford Springs, CT 06076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **Phoeno Wine Company, Inc.**

_____

Name

Case number (if known) _____

| 3.561 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Duane M**
**1344 Disc Dr # 468**
**Sparks, NV 89436**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$38.00**

---

| 3.561 9 |
|---|

**Nonpriority creditor's name and mailing address**

**Duane M**
**21113 Via Santiago**
**Yorba Linda, CA 92887**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.562 0 |
|---|

**Nonpriority creditor's name and mailing address**

**Duane Mayes**
**4619 Birdsong Drive**
**Eagle River, AK 99577**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,471.00**

---

| 3.562 1 |
|---|

**Nonpriority creditor's name and mailing address**

**Duane Meyer**
**1344 Disc Dr # 468**
**Sparks, NV 89436**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,719.00**

---

| 3.562 2 |
|---|

**Nonpriority creditor's name and mailing address**

**Duane Preble**
**24 Mountain View Dr**
**Canterbury, NH 03224**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$84.00**

---

| 3.562 3 |
|---|

**Nonpriority creditor's name and mailing address**

**Duane T**
**135 Bandit Ln**
**Blue Ridge, GA 30513**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.562 4 |
|---|

**Nonpriority creditor's name and mailing address**

**Duff Stewart**
**828 W. 6th Street**
**Austin, TX 78703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$648.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.562 5**

**Nonpriority creditor's name and mailing address**

**Duffy Mazan**
**1850 Burley Rd**
**Annapolis, MD 21409**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$84.00**

---

**3.562 6**

**Nonpriority creditor's name and mailing address**

**Duffy P**
**169 Somerset St.**
**North Plainfield, NJ 07060**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.562 7**

**Nonpriority creditor's name and mailing address**

**Duncan P**
**16234 Oak Breeze Ct**
**Clermont, FL 34711**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.562 8**

**Nonpriority creditor's name and mailing address**

**Duncan Ryder**
**63 Orange St**
**Nantucket, MA 02554**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$690.00**

---

**3.562 9**

**Nonpriority creditor's name and mailing address**

**Dunston Almeida**
**200 E 83rd St Apt 9**
**New York, NY 10028**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$859.00**

---

**3.563 0**

**Nonpriority creditor's name and mailing address**

**Durim Shala**
**3080 Hull Ave Apt 6f**
**Bronx, NY 10467**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$240.00**

---

**3.563 1**

**Nonpriority creditor's name and mailing address**

**Durward Mcdonell**
**3503 Greystone Cir W**
**Wilson, NC 27893**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

Debtor **Phoeno Wine Company, Inc.** _____  Case number (if known) _____
       Name

| 3.563 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$60.00** |
|---|---|---|---|

**Duska Glidden**
**320 D St**
**Apt 150**
**South Boston, MA 02127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$49.00** |
|---|---|---|---|

**Dustin Bass**
**9021 Festival Way**
**Charlotte, NC 28215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$19.00** |
|---|---|---|---|

**Dustin Becherer**
**13611 Paoletti St**
**Caldwell, ID 83607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$15.00** |
|---|---|---|---|

**Dustin C**
**5758 Miller Ct**
**Columbus, GA 31909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$1,545.00** |
|---|---|---|---|

**Dustin Drummond**
**4150 County Line Rd**
**Carson City, NV 89703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$213.00** |
|---|---|---|---|

**Dustin Ketchum**
**953 Pelican Bay Dr**
**Daytona Beach, FL 32119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$19.00** |
|---|---|---|---|

**Dustin M**
**4558 Long Cove Dr**
**Denver, NC 28037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*    _____

---

**3.563 9**

**Nonpriority creditor's name and mailing address**

**Dustin Piercy**
**2936 NW Conrad Ct**
**Camas, WA 98607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$619.00**

---

**3.564 0**

**Nonpriority creditor's name and mailing address**

**Dustin R**
**94 Santa Barbara Rd**
**Pleasant Hill, CA 94523**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$4.23**

---

**3.564 1**

**Nonpriority creditor's name and mailing address**

**Dustin Reemsnyder**
**2127 Northampton Way**
**Lansing, MI 48912**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,999.00**

---

**3.564 2**

**Nonpriority creditor's name and mailing address**

**Dustin S**
**1917 Chalk Rock Cv**
**Austin, TX 78735**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.564 3**

**Nonpriority creditor's name and mailing address**

**Dusty S**
**301 Creekway Drive**
**Yadkinville, NC 27055**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.564 4**

**Nonpriority creditor's name and mailing address**

**Dusty T**
**6102 102nd Pl**
**Lubbock, Tx 79424**
**Lubbock, TX 79424**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.564 5**

**Nonpriority creditor's name and mailing address**

**Dusty Thrash**
**6102 102nd Pl**
**Lubbock, Tx 79424**
**Lubbock, TX 79424**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$556.00**

---

Debtor   **Phoeno Wine Company, Inc.**   Case number *(if known)*
_____
Name

---

**3.564 6**

**Nonpriority creditor's name and mailing address**

**Dylan C**
**924 Crown Anchor Bend**
**Georgetown, TX 78633**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.564 7**

**Nonpriority creditor's name and mailing address**

**Dylan Enslin**
**637 N Wells St Apt 2913**
**Chicago, IL 60654**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$278.00**

---

**3.564 8**

**Nonpriority creditor's name and mailing address**

**Dylan Fish**
**11050 Pioneer Trl Unit 100**
**Truckee, CA 96161**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$41,223.00**

---

**3.564 9**

**Nonpriority creditor's name and mailing address**

**Dylan H**
**8304 Foxtail Loop**
**Pensacola, FL 32526**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$6.00**

---

**3.565 0**

**Nonpriority creditor's name and mailing address**

**Dylan Hite**
**8304 Foxtail Loop**
**Pensacola, FL 32526**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$105.00**

---

**3.565 1**

**Nonpriority creditor's name and mailing address**

**Dylan Mayor**
**6800 Cedar**
**Prairie Village, KS 66208**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$396.00**

---

**3.565 2**

**Nonpriority creditor's name and mailing address**

**Dylan S**
**6048 5th Ave Nw**
**Seattle, WA 98107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*    _____

| 3.565 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$476.00** |

**Dylan Sinclair**
**764 Riverton Rd**
**Moorestown, NJ 08057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:   Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,869.00** |

**Dylan Talbot**
**23 Lee Rd**
**South Deerfield, MA 01373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:   Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |

**Dylan V**
**4 Torrington Ln**
**The Hills, TX 78738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:   Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16.00** |

**Dylan W**
**1739 5th Ave N**
**Jacksonville Beach, FL 32250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:   Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,587.00** |

**Dylan Ward**
**1739 5th Ave N**
**Jacksonville Beach, FL 32250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:   Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**Dylan Whitman**
**313 Aberdeen Dr**
**Greenville, SC 29605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:   Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**Dzemal L**
**1321 3rd Ave Apt 3d**
**New York, NY 10021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:   Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

_____        Case number (if known)    _____

Name

---

| 3.566 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6.00** |

**Dzmitry S**
**101 Belleplaine Dr**
**Goose Creek, SC 29445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60.00** |

**Dzmitry Shabliuk**
**101 Belleplaine Dr**
**Goose Creek, SC 29445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**Dzung N**
**9 Proclamation Way**
**Irvine, CA 92602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2.00** |

**E K**
**12487 S M43**
**Delton, MI 49046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$548.00** |

**Eamon Gibbons**
**3 Mohave Path**
**Branchburg, NJ 08876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16.00** |

**Earl B**
**316 Oak Glen Ct**
**Martinez, CA 94553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,708.00** |

**Earl Booth**
**316 Oak Glen Ct**
**Martinez, CA 94553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F        Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.566 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Earl Dietrich**
**5614 Avis Hill Court**
**5614 Avis Hill Court**
**Fulshear, TX 77441**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

| 3.566 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Earl Zuchelli**
**962 Timber Glen Lane**
**Ballwin, MO 63021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,817.00

---

| 3.566 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Eb95537f1ae541eca440e5e0a20f18df**
**Orrick Llp**
**701 Fifth Avenue, Suite 5600**
**Seattle, WA 98104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$11.88

---

| 3.567 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Eberhard N**
**909 Emerald Bay**
**Laguna Beach, CA 92651**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| 3.567 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ebon  Foster**
**11206 N Country Club Green Dr**
**Tomball, TX 77375**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.567 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Echo White**
**3746 Valley Ridge Ave**
**Elko, NV 89801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$205.00

---

| 3.567 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Eckhard Kemmann**
**795 Mine Rd**
**Bridgewater, NJ 08807**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$335.00

---

Debtor    **Phoeno Wine Company, Inc.**

_____    Case number *(if known)*    _____

Name

| | |
|---|---|
| 3.567<br>4 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*    **$45.00**

**Ed B**
**17634 Bear River Ln**
**Humble, TX 77346**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.567<br>5 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*    **$31.00**

**Ed B**
**6048 Tristen Court**
**Vacaville, CA 95687**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.567<br>6 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*    **$815.00**

**Ed Bowen**
**6048 Tristen Court**
**Vacaville, CA 95687**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.567<br>7 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*    **$485.00**

**Ed Buenaga**
**691 Maidenhaire Ln**
**Sapphire, NC 28774**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.567<br>8 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*    **$168.00**

**Ed Cunningham**
**17241 Friml Ln**
**Huntington Beach, CA 92649**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.567<br>9 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*    **$6.91**

**Ed D**
**429 Vassar Avenue**
**Berkeley, CA 94708**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.568<br>0 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*    **$10.00**

**Ed F**
**62 Vista Ridge Dr**
**Carson, WA 98610**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                   Case number *(if known)*  _____
_____
Name

---

| 3.568 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $48.00 |

**Ed H**
**2709 Nw 81st Place**
**Portland, OR 97229**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $882.00 |

**Ed Hellman**
**12715 Norfolk Lane**
**Carmel, IN 46032**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $13,956.00 |

**Ed Jassin**
**2608 Hidalgo Street**
**Austin, TX 78702**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9.00 |

**Ed L**
**12919 Alton Sq Apt 115**
**Herndon, VA 20170**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $193.00 |

**Ed Mcmurray**
**370 Bond St**
**J&S Plumbing**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,410.00 |

**Ed Nichols**
**3631 N. Lakewood Ave.**
**Chicago, IL 60613**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |

**Ed P**
**1065 Peachtree Street Ne**
**Unit 2902**
**Atlanta, GA 30309**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

| 3.568 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$264.00** |
|---|---|---|---|

**Ed Peszek**
**9811 N Briarway Ln**
**Mccordsville, IN 46055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$43,060.00** |
|---|---|---|---|

**Ed Sheehy**
**42 Skyline Dr**
**Nantucket, MA 02554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$140.00** |
|---|---|---|---|

**Ed Smalls**
**1220 Coffeen Street**
**Watertown, NY 13601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$115.00** |
|---|---|---|---|

**Ed Temple**
**8 Weymouth Dr**
**Nashua, NH 03062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |
|---|---|---|---|

**Ed V**
**1008 Brookwood Dr**
**Mechanicsburg, PA 17055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$164.00** |
|---|---|---|---|

**Ed Violago**
**1008 Brookwood Dr**
**Mechanicsburg, PA 17055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Ed W**
**18120 Meadow Bottom**
**Charlotte, NC 28277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name                                      Case number _(if known)_   _____

---

| 3.569 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$433.00** |

**Ed Wender**
**5510 Kemper Road**
**Baltimore, MD 21210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$77.00** |

**Ed White**
**165 Parker Dr**
**Grayslake, IL 60030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$387.00** |

**Eddie Campbell**
**2710 S Spaulding Ave**
**Los Angeles, CA 90016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$100.00** |

**Eddie Jimenez**
**9404 E Nance St**
**Mesa, AZ 85207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$5.00** |

**Eddie M**
**712 Coyote Rd**
**San Jose, CA 95111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,451.00** |

**Eddie Moore**
**721 Duke Dr**
**Desoto, TX 75115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1.72** |

**Eddie S**
**26 Ashfield Rd**
**Atherton, CA 94027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

| 3.570 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$65.00** |

**Eddie S**
**400 S. Broadway**
**Unit 912**
**Los Angeles, CA 90013**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,777.00** |

**Eddie Saoud**
**26 Ashfield Rd**
**Atherton, CA 94027**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,070.00** |

**Eddie Siu**
**400 S. Broadway**
**Unit 912**
**Los Angeles, CA 90013**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$279.00** |

**Eddie Wright**
**3 Arlington Ln**
**Kensington, CA 94707**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$79.00** |

**Eddy Deraat**
**1818 Sw 1st Ave Apt 909**
**Miami, FL 33129**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**Eddy P**
**389 Foster Springs Rd**
**Las Vegas, NV 89148**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40.00** |

**Eden S**
**8 Brooks Ave #15**
**Venice, CA 90291**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5709**

**Nonpriority creditor's name and mailing address**

**Edgar Correa**
**3100 S Dixie Hwy**
**H 103**
**Boca Raton Fl, FL 33432**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$160.00**

---

**3.5710**

**Nonpriority creditor's name and mailing address**

**Edgar G**
**9927 Nw 43rd Ter**
**Doral, FL 33178**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$11.00**

---

**3.5711**

**Nonpriority creditor's name and mailing address**

**Edgar Glen**
**9927 NW 43rd Ter**
**Doral, FL 33178**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$91.00**

---

**3.5712**

**Nonpriority creditor's name and mailing address**

**Edgar Kokomani**
**140 Tremont St**
**Braintree, MA 02184**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$88.00**

---

**3.5713**

**Nonpriority creditor's name and mailing address**

**Edgar Sanluis**
**43 Oakland St**
**Red Bank, NJ 07701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.5714**

**Nonpriority creditor's name and mailing address**

**Edgar Skertchly**
**4115 Boy Scout Ln**
**El Paso, TX 79922**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

**3.5715**

**Nonpriority creditor's name and mailing address**

**Edgar St.Amour**
**2815 N Fillmore St**
**Little Rock, AR 72207**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,162.00**

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

**3.571 6**

**Nonpriority creditor's name and mailing address**

**Edgardo Rios**
**3577 W 113th St Apt 3302**
**Hialeah, FL 33018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

$58.00

---

**3.571 7**

**Nonpriority creditor's name and mailing address**

**Edgaruriel Roblessalgado**
**1258 La Paz Ct**
**Soledad, CA 93960**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

$53.00

---

**3.571 8**

**Nonpriority creditor's name and mailing address**

**Edi Mamboleo**
**777 N Orange Ave Apt 717**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

$158.00

---

**3.571 9**

**Nonpriority creditor's name and mailing address**

**Edie C**
**2479 Briar Chapel Pkwy**
**Chapel Hill, NC 27516**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customers - Deferred Credit_

Is the claim subject to offset? ■ No ☐ Yes

$49.00

---

**3.572 0**

**Nonpriority creditor's name and mailing address**

**Edie Campbell**
**2479 Briar Chapel Pkwy**
**Chapel Hill, NC 27516**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

$3,890.00

---

**3.572 1**

**Nonpriority creditor's name and mailing address**

**Edith E**
**1201 Bienville St. Apt 202**
**New Orleans, LA 70112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customers - Deferred Credit_

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

**3.572 2**

**Nonpriority creditor's name and mailing address**

**Edmena Champion**
**5540 W Harmon Ave**
**Apt# 2031**
**Las Vegas, NV 89103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customers - Deferred Credit_

Is the claim subject to offset? ■ No ☐ Yes

$40.00

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.572 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$141.00** |
|---|---|---|---|

**Edmund Martinez**
**530 South Lake Ave**
**Pmb 869**
**Pasadena, CA 91101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$336.00** |
|---|---|---|---|

**Edmund Obermeyer**
**218 Se 98th St**
**South Beach, OR 97366**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$49.00** |
|---|---|---|---|

**Edmund Ovington**
**2965 Peachtree Rd NE Unit 1701**
**Atlanta, GA 30305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Edna L**
**20300 W Country Club Dr Ph 16**
**Aventura, FL 33180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$741.00** |
|---|---|---|---|

**Eduard Negoianu**
**110 Sibley Ave Apt 408**
**Ardmore, PA 19003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Eduardo B**
**2493 Eagle Watch Ln**
**Weston, FL 33327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Eduardo E**
**833 Campbell Hill St Nw Ste 420**
**Marietta, GA 30060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| | |
|---|---|
| 3.573 0 | |

**Nonpriority creditor's name and mailing address**
**Eduardo Estrella**
**833 Campbell Hill St NW Ste 420**
**Marietta, GA 30060**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$282.00**

---

| | |
|---|---|
| 3.573 1 | |

**Nonpriority creditor's name and mailing address**
**Eduardo Fernandez**
**835 NW 132nd St**
**North Miami, FL 33168**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$609.00**

---

| | |
|---|---|
| 3.573 2 | |

**Nonpriority creditor's name and mailing address**
**Eduardo M**
**4612 Woodlawn Ave N**
**Seattle, WA 98103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| | |
|---|---|
| 3.573 3 | |

**Nonpriority creditor's name and mailing address**
**Eduardo P**
**3115 Payson Way**
**Wellington, FL 33414**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

| | |
|---|---|
| 3.573 4 | |

**Nonpriority creditor's name and mailing address**
**Eduardo Pantoja**
**3115 Payson Way**
**Wellington, FL 33414**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$292.00**

---

| | |
|---|---|
| 3.573 5 | |

**Nonpriority creditor's name and mailing address**
**Eduardo Pentagna**
**11630 Brickyard Pond Ln**
**Windermere, FL 34786**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$121.00**

---

| | |
|---|---|
| 3.573 6 | |

**Nonpriority creditor's name and mailing address**
**Edward B**
**135 Montgomery Ferry Dr Ne**
**Atlanta, GA 30309**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$16.00**

---

Debtor    **Phoeno Wine Company, Inc.**

_____
Name

Case number (if known) _____

| 3.573<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,292.00 |
|---|---|---|---|

**Edward Baney**
**300 Carriage Way**
**Stonebridge Inn**
**Snowmass Village, CO 81615**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Edward Burke**
**4471 E Evans Ave**
**Denver, CO 80222**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $209.00 |
|---|---|---|---|

**Edward Cashman**
**6608 Marbella Ln**
**Naples, FL 34105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $735.00 |
|---|---|---|---|

**Edward Chastek**
**239 West 11th Avenue**
**Oshkosh, WI 54902**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $804.00 |
|---|---|---|---|

**Edward Corona**
**135 Kiveton Park Drive**
**Roswell, GA 30075**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |
|---|---|---|---|

**Edward Costa**
**2973 Brookwood Dr**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,068.00 |
|---|---|---|---|

**Edward Cudahy**
**1992 Canyon Highlands Dr**
**Henderson, NV 89052**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

**3.574
4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |
|---|---|---|

**Edward Drake**
**2240 Old Orchard Dr**
**Marietta, GA 30068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.574
5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,302.00 |
|---|---|---|

**Edward Enters**
**5824 Ketterley Row**
**Glen Allen, VA 23059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.574
6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $114.00 |
|---|---|---|

**Edward Epp**
**3060 Horseshoe Plantation Rd**
**Tallahassee, FL 32312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.574
7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.00 |
|---|---|---|

**Edward F**
**1000 Clay Ave**
**Pelham, NY 10803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.574
8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,398.00 |
|---|---|---|

**Edward Fogarty**
**1000 Clay Ave**
**Pelham, NY 10803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.574
9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|

**Edward G**
**20521 Earl St**
**Menemsha Solutions**
**Torrance, CA 90503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.575
0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $678.00 |
|---|---|---|

**Edward Gaylord**
**5709 N. Saguaro Road**
**Paradise Valley, AZ 85253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

| 3.575<br>1 | **Nonpriority creditor's name and mailing address**<br>**Edward Gelia**<br>**90 Bryant Woods South**<br>**West Amherst, NY 14228** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$392.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575<br>2 | **Nonpriority creditor's name and mailing address**<br>**Edward Greaney**<br>**401 E 34th St Apt S32e**<br>**New York, NY 10016** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$378.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575<br>3 | **Nonpriority creditor's name and mailing address**<br>**Edward Gully**<br>**158 N Union St.**<br>**Alexandria, VA 22314** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$212.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575<br>4 | **Nonpriority creditor's name and mailing address**<br>**Edward H**<br>**3112 Sw Ridge Dr**<br>**Portland, OR 97219** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$15.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575<br>5 | **Nonpriority creditor's name and mailing address**<br>**Edward Hensley**<br>**156 Primrose Ln**<br>**Bartlett, IL 60103** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$66.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575<br>6 | **Nonpriority creditor's name and mailing address**<br>**Edward Humes**<br>**262 Peakside Cir**<br>**Dripping Springs, TX 78620** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$109.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575<br>7 | **Nonpriority creditor's name and mailing address**<br>**Edward Isarevich**<br>**1062 Forest Hill Place**<br>**Chula Vista, CA 91913** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$443.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*    _____

---

| 3.575 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$45.00** |

**Edward Isarevich**
**1062 Forest Hill Place**
**Chula Vista, CA 91913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |

**Edward K**
**13810 Fnb Parkway**
**Suite 300**
**Omaha, NE 68154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30.00** |

**Edward K**
**6285 Canterbury Dr**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30.00** |

**Edward K**
**9 Capitol St**
**Concord, NH 03301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$36.00** |

**Edward Kirk**
**3314 Cove Circle**
**Stockton, CA 95204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$87.00** |

**Edward Kleinert**
**6285 Canterbury Dr**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Edward Kleinschmidt**
**301 E 47th St Apt 8e**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.576 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Edward Krugman**
**8630 Midnight Pass Rd # 204**
**Sarasota, FL 34242**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$265.00**

---

| 3.576 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Edward Lang**
**65 Loraine Court**
**San Francisco, CA 94118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,579.00**

---

| 3.576 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Edward Levy**
**1227 NE 17 Ter**
**Ft Lauderdale, FL 33304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$152.00**

---

| 3.576 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Edward Levy**
**1227 Ne 17 Ter**
**Ft Lauderdale, FL 33304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$104.00**

---

| 3.576 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Edward M**
**35 Crestwood Dr**
**Huntington Station, NY 11746**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.577 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Edward Manche**
**35 Crestwood Dr**
**Huntington Station, NY 11746**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$969.00**

---

| 3.577 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Edward Mcmurray**
**202 N Michigan Ave**
**Villa Park, IL 60181**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$252.00**

---

Debtor    **Phoeno Wine Company, Inc.**
　　　　　Name

Case number *(if known)* _____

---

**3.577
2**

**Nonpriority creditor's name and mailing address**

**Edward Montes
8 Myers Farm Rd
Hingham, MA 02043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,589.00**

---

**3.577
3**

**Nonpriority creditor's name and mailing address**

**Edward Muir
1311 Highborne Drive
Augusta, GA 30906**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.577
4**

**Nonpriority creditor's name and mailing address**

**Edward Murray
6754 Trail Side Dr
Flowery Branch, GA 30542**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$104.00**

---

**3.577
5**

**Nonpriority creditor's name and mailing address**

**Edward N
5724 East Tenth Avenue
Denver, CO 80220**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.577
6**

**Nonpriority creditor's name and mailing address**

**Edward O
4240 Irma Ct
Atlanta, GA 30327**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.577
7**

**Nonpriority creditor's name and mailing address**

**Edward O
5675 Hazen Street
Houston, TX 77081**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.577
8**

**Nonpriority creditor's name and mailing address**

**Edward Remig
45 Chapman Ter
Middletown, NJ 07748**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$9,683.00**

---

Debtor      **Phoeno Wine Company, Inc.**

      Name

Case number *(if known)* _____

---

| 3.577 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36.00** |
| **Edward S** | ☐ Contingent | |
| **8401 Swank Place** | ☐ Unliquidated | |
| **Charlotte, NC 28216** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  Customers - Deferred Credit | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.578 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$105.00** |
| **Edward Viera** | ☐ Contingent | |
| **625 Helmhill Ave** | ☐ Unliquidated | |
| **Las Vegas, NV 89123** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.578 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
| **Edward W** | ☐ Contingent | |
| **1 Capitol Mall Ste 670** | ☐ Unliquidated | |
| **Sacramento, CA 95814** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  Customers - Deferred Credit | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.578 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7.00** |
| **Edward W** | ☐ Contingent | |
| **15962 W. 70th Drive** | ☐ Unliquidated | |
| **Arvada, CO 80007** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  Customers - Deferred Credit | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.578 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
| **Edward Winters** | ☐ Contingent | |
| **14517 W Sunset Blvd** | ☐ Unliquidated | |
| **Pacific Palisades, CA 90272** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.578 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,095.00** |
| **Edward Yom** | ☐ Contingent | |
| **333 Hillside Ave** | ☐ Unliquidated | |
| **Leonia, NJ 07605** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.578 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$110.00** |
| **Edwin Firteza** | ☐ Contingent | |
| **4819 NW 48th Te** | ☐ Unliquidated | |
| **Tamarac, FL 33319** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

| 3.578 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30.00** |
| **Edwin Lee** | ☐ Contingent | |
| **57 Ivy Dr** | ☐ Unliquidated | |
| **Orinda, CA 94563** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.578 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
| **Edwin R** | ☐ Contingent | |
| **23328 Robin Song Drive** | ☐ Unliquidated | |
| **Clarksburg, MD 20871** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.578 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,148.00** |
| **Edwin Silva** | ☐ Contingent | |
| **72 Autumn Ln** | ☐ Unliquidated | |
| **Hicksville, NY 11801** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.578 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$558.00** |
| **Edwin Stacker** | ☐ Contingent | |
| **200 E Broward Blvd Ste 2100** | ☐ Unliquidated | |
| **Fort Lauderdale, FL 33301** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.579 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$347.00** |
| **Edwin Tavares** | ☐ Contingent | |
| **234 Cleveland St** | ☐ Unliquidated | |
| **Brooklyn, NY 11208** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.579 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,294.00** |
| **Edy Koehler** | ☐ Contingent | |
| **700 Cocoanut Ave Unit 116** | ☐ Unliquidated | |
| **Sarasota, FL 34236** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.579 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$120.00** |
| **Edythe D** | ☐ Contingent | |
| **295 Bella Loma Heights** | ☐ Unliquidated | |
| **Murphy, NC 28906** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.579 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$42.59** |
|---|---|---|---|

**Eelco Bergman**
**1255 East Arques Ave.**
**Sunnyvale, CA 94085**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$84.00** |
|---|---|---|---|

**Efstathios Michalopoulos**
**603 High St**
**Westwood, MA 02090**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$707.00** |
|---|---|---|---|

**Egon Adam**
**4365 Duckhorn Dr**
**Moon Twp, PA 15108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,891.00** |
|---|---|---|---|

**Eileen Angelo**
**111 E 88th St Apt 4c**
**New York, NY 10128**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Eileen C**
**8511 Lefferts Blvd**
**2k**
**Kew Gardens, NY 11415**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,989.00** |
|---|---|---|---|

**Eileen Malvey**
**225 Madison Ave**
**C/O James A Connors**
**Morristown, NJ 07960**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$120.00** |
|---|---|---|---|

**Eileen Markey**
**428 Emerald Cir**
**Emerald Isle, NC 28594**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                                        Case number (if known) _____

---

| 3.580 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34.00** |
| **Eileen W** | ☐ Contingent | |
| **1816 Spring Garden St** | ☐ Unliquidated | |
| **Fed Ex** | ☐ Disputed | |
| **Philadelphia, PA 19130** | | |
| **Date(s) debt was incurred** _ | Basis for the claim:  **Customers - Deferred Credit** | |
| **Last 4 digits of account number** _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.580 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$352.00** |
| **Eileen Ward** | ☐ Contingent | |
| **1816 Spring Garden St** | ☐ Unliquidated | |
| **Fed Ex** | ☐ Disputed | |
| **Philadelphia, PA 19130** | | |
| **Date(s) debt was incurred** _ | Basis for the claim:  **Customer** | |
| **Last 4 digits of account number** _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.580 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10.00** |
| **Eileen Y** | ☐ Contingent | |
| **12383 Cornwallis Sq** | ☐ Unliquidated | |
| **San Diego, CA 92128** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | Basis for the claim:  **Customers - Deferred Credit** | |
| **Last 4 digits of account number** _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.580 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$58.00** |
| **Eilene Markus** | ☐ Contingent | |
| **1526 Ramada Dr** | ☐ Unliquidated | |
| **Houston, TX 77062** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | Basis for the claim:  **Customer** | |
| **Last 4 digits of account number** _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.580 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,189.00** |
| **Eisenberg Barry** | ☐ Contingent | |
| **3654 Exuma Way** | ☐ Unliquidated | |
| **Naples, FL 34119** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | Basis for the claim:  **Customer** | |
| **Last 4 digits of account number** _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.580 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10.00** |
| **Eitan B** | ☐ Contingent | |
| **13825 Emerson St Apt 205** | ☐ Unliquidated | |
| **Palm Beach Gardens, FL 33418** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | Basis for the claim:  **Customers - Deferred Credit** | |
| **Last 4 digits of account number** _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.580 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$618.00** |
| **Eitan Bechor** | ☐ Contingent | |
| **13825 Emerson St Apt 205** | ☐ Unliquidated | |
| **Palm Beach Gardens, FL 33418** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | Basis for the claim:  **Customer** | |
| **Last 4 digits of account number** _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **Phoeno Wine Company, Inc.**
_____         Case number _(if known)_ _____
Name

| 3.580 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ej A**
**31112 Calle Caparica**
**Winchester, CA 92596**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| 3.580 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ej Arredondo**
**31112 Calle Caparica**
**Winchester, CA 92596**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.580 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ekta Panjrolia**
**1250 S Miami Ave Apt 1607**
**Miami, FL 33130**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$154.00**

---

| 3.581 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Elaina Shekhter**
**17011 Collins Ave**
**Unit 3908**
**North Miami Beach, FL 33160**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$407.00**

---

| 3.581 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Elaine Fong**
**1170 Kaumailuna Place**
**Honolulu, HI 96817**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$322.00**

---

| 3.581 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Elaine Hollowell**
**8 Oldwick Rd**
**Whitehouse Station, NJ 08889**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.581 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Elaine Holmes**
**34204 N 6th Dr**
**Phoenix, AZ 85085**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.581 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$224.00** |

**Elaine Mead**
**4212 Milords Lane**
**Doylestown, PA 18902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,012.00** |

**Elayna Baroska**
**2114 Shadowbrook Drive**
**Wall Township, NJ 07719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29.00** |

**Elayna Cassella**
**71 Northrop Rd**
**Woodbridge, CT 06525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |

**Elcabezas**
**42336 Winsbury West Pl**
**Sterling, VA 20166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$290.00** |

**Eleanor Nading**
**3521 Leland St**
**Chevy Chase, MD 20815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17.00** |

**Eleferio Zarikian**
**929 Bent Creek Dr**
**Fort Pierce, FL 34947**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.582 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18.00** |

**Elena G**
**9480 Sw 34 Street**
**Miami, FL 33165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.582
1**

**Nonpriority creditor's name and mailing address**

**Elena Garcia**
**9480 Sw 34 Street**
**Miami, FL 33165**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$412.00**

---

**3.582
2**

**Nonpriority creditor's name and mailing address**

**Elena Milevska**
**4396 Dogwood Cir**
**Weston, FL 33331**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

**3.582
3**

**Nonpriority creditor's name and mailing address**

**Elena R**
**5720 37th St**
**Lubbock, TX 79407**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.582
4**

**Nonpriority creditor's name and mailing address**

**Elena Rozkin**
**510 Capuchino Dr**
**Millbrae, CA 94030**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.582
5**

**Nonpriority creditor's name and mailing address**

**Elena Sarkus**
**625 Huntwick Pl**
**Roswell, GA 30075**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.582
6**

**Nonpriority creditor's name and mailing address**

**Eleni Stratigeas**
**632 Blowing Rock Ln**
**Knoxville, TN 37922**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,612.00**

---

**3.582
7**

**Nonpriority creditor's name and mailing address**

**Eli Aley**
**525 Florida St**
**Moses Lake, WA 98837**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,715.00**

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.582 8**

**Nonpriority creditor's name and mailing address**

**Eli K**
**2100 Vine Dr**
**Merrick, NY 11566**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$39.00**

---

**3.582 9**

**Nonpriority creditor's name and mailing address**

**Eli Khouri**
**1100 Pine Dr Apt 108**
**Pompano Beach, FL 33060**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$28.00**

---

**3.583 0**

**Nonpriority creditor's name and mailing address**

**Eli Kozin**
**2100 Vine Dr**
**Merrick, NY 11566**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,080.00**

---

**3.583 1**

**Nonpriority creditor's name and mailing address**

**Eli L**
**497 S. Pine St.**
**Madera, CA 93637**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.583 2**

**Nonpriority creditor's name and mailing address**

**Eli M**
**726 Ashland Ave**
**Buffalo, NY 14222**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.583 3**

**Nonpriority creditor's name and mailing address**

**Eli Menaker**
**2434 42nd Ave**
**San Francisco, CA 94116**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$124.44**

---

**3.583 4**

**Nonpriority creditor's name and mailing address**

**Elias Harmon**
**973 N 15th Ave**
**Bozeman, MT 59715**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$53.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name                                    Case number (if known)  _____

| 3.583 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15.00** |
|---|---|---|---|

**Elias W**
**4106 Trent St**
**Sugar Land, TX 77479**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**Elie Kahwache**
**761 Nob Ridge Drive**
**Marietta, GA 30064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$211.07** |
|---|---|---|---|

**Elisabeth E**
**13383 Lone Bend Rd.**
**Jamestown, CA 95327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$339.00** |
|---|---|---|---|

**Elisabeth Esposito**
**13383 Lone Bend Rd.**
**Jamestown, CA 95327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,255.00** |
|---|---|---|---|

**Elisabeth Wood**
**19 King St**
**New York, NY 10014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$498.00** |
|---|---|---|---|

**Elisangela Silva**
**480 Kenolio Rd Apt 31-201**
**Kihei, HI 96753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$107.00** |
|---|---|---|---|

**Elise Leforestier**
**229 14th St**
**Miami Beach, FL 33139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.584 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $46.00 |

**Elise Thomas Jones**
**2634 N. Seminary Ave.**
**Chicago, IL 60614**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $40.00 |

**Elissa Estopinal**
**901 Montrose Ave**
**Nashville, TN 37204**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $973.00 |

**Elissa Ho**
**61 W 62nd St Apt 17a**
**New York, NY 10023**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $33.00 |

**Elizabeth Austin**
**535 Sierra Vista Dr Apt 12**
**Las Vegas, NV 89169**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $30.00 |

**Elizabeth B**
**579 Promontory Dr W**
**Newport Beach, CA 92660**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $904.00 |

**Elizabeth Banker**
**794 Braydon Pl Unit 113**
**Napa, CA 94559**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $134.00 |

**Elizabeth Boyd**
**1464 Ox Bottom Rd**
**Tallahassee, FL 32312**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.584 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$48.00** |

**Elizabeth Braun**
**15 Morris Ave Unit 607**
**Long Branch, NJ 07740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customer **

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$22.00** |

**Elizabeth Bruno**
**15 Bacon Drive #16**
**Gilford, NH 03249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customers - Deferred Credit **

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,537.00** |

**Elizabeth Cuozzo**
**5251 Green Lawn Dr**
**Macungie, PA 18062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customer **

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,526.00** |

**Elizabeth Doering**
**91 Bethway Rd**
**Bethany, CT 06524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customer **

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$80.00** |

**Elizabeth Donovan**
**1435 Riverview Cir E**
**Ripon, CA 95366**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customer **

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$27.00** |

**Elizabeth E**
**307 N Shore Dr**
**Underwood, MN 56586**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customers - Deferred Credit **

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$181.00** |

**Elizabeth Eidal**
**307 N Shore Dr**
**Underwood, MN 56586**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customer **

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.585 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Elizabeth Ely**
**3905 Travis Lake Ct**
**Pearland, TX 77581**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$57.00**

---

| 3.585 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Elizabeth F**
**800 11th St**
**Hammonton, NJ 08037**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.585 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Elizabeth Fullerton**
**18 Upper Cecilia Way**
**Belvedere Tiburon, CA 94920**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$672.00**

---

| 3.585 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Elizabeth G**
**20922 Twining Rose Lane**
**Tomball, TX 77377**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$173.85**

---

| 3.586 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Elizabeth G**
**2412 Mirasol Trl**
**Eureka, MO 63025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.586 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Elizabeth Garwood**
**10 Street Of Dreams**
**10 Street Of Dreams**
**Village Of Loch Lloyd, MO 64102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,333.00**

---

| 3.586 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Elizabeth Gillis**
**423 Vance St**
**St Paul, MN 55102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$792.00**

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____

       Name

---

| 3.586<br>3 | **Nonpriority creditor's name and mailing address**<br>**Elizabeth Greenwell**<br>**976 W Dillon Rd Ste 400**<br>**Louisville, CO 80027** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,060.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586<br>4 | **Nonpriority creditor's name and mailing address**<br>**Elizabeth H**<br>**1531 Aragon Way Ne**<br>**Brookhaven, GA 30319** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586<br>5 | **Nonpriority creditor's name and mailing address**<br>**Elizabeth Heath**<br>**29509 Village Pkwy**<br>**Lake Elsinore, CA 92530** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$106.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586<br>6 | **Nonpriority creditor's name and mailing address**<br>**Elizabeth Hill**<br>**1531 Aragon Way NE**<br>**Brookhaven, GA 30319** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$248.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586<br>7 | **Nonpriority creditor's name and mailing address**<br>**Elizabeth Hoy**<br>**5401 Collins Ave Apt 337**<br>**Miami Beach, FL 33140** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$30.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586<br>8 | **Nonpriority creditor's name and mailing address**<br>**Elizabeth Hutchins**<br>**5 Inverness Rd**<br>**Winchester, MA 01890** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$70.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586<br>9 | **Nonpriority creditor's name and mailing address**<br>**Elizabeth J**<br>**108 S Bozeman Ave**<br>**Bozeman, MT 59715** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                     Case number *(if known)*  _____
_____
Name

---

**3.587 0**

**Nonpriority creditor's name and mailing address**                        As of the petition filing date, the claim is: *Check all that apply.*        **$60.00**

**Elizabeth J**                                                           ☐ Contingent
**9447 Woodrow Pl**                                                       ☐ Unliquidated
**Biloxi, MS 39532**                                                      ☐ Disputed

Date(s) debt was incurred __                                              Basis for the claim: __Customers - Deferred Credit__
Last 4 digits of account number __
                                                                         Is the claim subject to offset? ■ No ☐ Yes

---

**3.587 1**

**Nonpriority creditor's name and mailing address**                        As of the petition filing date, the claim is: *Check all that apply.*        **$363.00**

**Elizabeth Johnstone**                                                   ☐ Contingent
**204 W Scarritt St**                                                     ☐ Unliquidated
**Springfield, IL 62704**                                                 ☐ Disputed

Date(s) debt was incurred __                                              Basis for the claim: __Customer__
Last 4 digits of account number __
                                                                         Is the claim subject to offset? ■ No ☐ Yes

---

**3.587 2**

**Nonpriority creditor's name and mailing address**                        As of the petition filing date, the claim is: *Check all that apply.*        **$10.00**

**Elizabeth K**                                                          ☐ Contingent
**6868 France Avenue South**                                             ☐ Unliquidated
**Merrill**                                                              ☐ Disputed
**Edina, MN 55435**

Date(s) debt was incurred __                                              Basis for the claim: __Customers - Deferred Credit__
Last 4 digits of account number __
                                                                         Is the claim subject to offset? ■ No ☐ Yes

---

**3.587 3**

**Nonpriority creditor's name and mailing address**                        As of the petition filing date, the claim is: *Check all that apply.*        **$2,033.00**

**Elizabeth Kelly**                                                      ☐ Contingent
**90 Red Mulberry Way**                                                  ☐ Unliquidated
**Apt # 1**                                                             ☐ Disputed
**Charleston, WV 25306**

Date(s) debt was incurred __                                              Basis for the claim: __Customer__
Last 4 digits of account number __
                                                                         Is the claim subject to offset? ■ No ☐ Yes

---

**3.587 4**

**Nonpriority creditor's name and mailing address**                        As of the petition filing date, the claim is: *Check all that apply.*        **$58.00**

**Elizabeth Kelly**                                                      ☐ Contingent
**9855 W 78th St Ste 100**                                               ☐ Unliquidated
**Eden Prairie, MN 55344**                                               ☐ Disputed

Date(s) debt was incurred __                                              Basis for the claim: __Customer__
Last 4 digits of account number __
                                                                         Is the claim subject to offset? ■ No ☐ Yes

---

**3.587 5**

**Nonpriority creditor's name and mailing address**                        As of the petition filing date, the claim is: *Check all that apply.*        **$396.00**

**Elizabeth Kennard**                                                    ☐ Contingent
**5197 Vista Del Amigo**                                                 ☐ Unliquidated
**Yorba Linda, CA 92886**                                                ☐ Disputed

Date(s) debt was incurred __                                              Basis for the claim: __Customer__
Last 4 digits of account number __
                                                                         Is the claim subject to offset? ■ No ☐ Yes

---

**3.587 6**

**Nonpriority creditor's name and mailing address**                        As of the petition filing date, the claim is: *Check all that apply.*        **$93.00**

**Elizabeth Kernodle**                                                   ☐ Contingent
**9938 Ontario**                                                        ☐ Unliquidated
**Dallas, TX 75220**                                                    ☐ Disputed

Date(s) debt was incurred __                                              Basis for the claim: __Customer__
Last 4 digits of account number __
                                                                         Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name    Case number *(if known)* _____

---

| 3.587 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53.00** |

**Elizabeth L**
**1336 N Palethorp St**
**Philadelphia, PA 19122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Customers - Deferred Credit_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$192.00** |

**Elizabeth Lehre**
**1336 N Palethorp St**
**Philadelphia, PA 19122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Customer_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00** |

**Elizabeth Licata**
**1313 Commercial St**
**Bellingham, WA 98225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Customer_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9.00** |

**Elizabeth M**
**1214 Dolton Dr Ste 202**
**Ttb2518**
**Dallas, TX 75207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Customers - Deferred Credit_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |

**Elizabeth M**
**2924 Upton St Nw**
**Washington, DC 20008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Customers - Deferred Credit_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |

**Elizabeth M**
**4 Greenleaf Woods Dr Unit 302**
**Portsmouth, NH 03801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Customers - Deferred Credit_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19.00** |

**Elizabeth Mathis**
**14258 Cypress Hill Dr**
**Chesterfield, MO 63017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Customer_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*   _____

---

| 3.588 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Elizabeth Matus**
**166 Delta St**
**San Francisco, CA 94134**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$16.67**

---

| 3.588 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Elizabeth Mitev**
**17133 Nanette St**
**Granada Hills, CA 91344**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$587.00**

---

| 3.588 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Elizabeth Moroni**
**4040 Howley St**
**Pittsburgh, PA 15224**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$692.00**

---

| 3.588 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Elizabeth Morris**
**1214 Dolton Dr Ste 202**
**Ttb2518**
**Dallas, TX 75207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$698.00**

---

| 3.588 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Elizabeth N**
**4013 N 83rd St**
**Scottsdale, AZ 85251**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$114.00**

---

| 3.588 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Elizabeth Nettles**
**607 W Main**
**Houston, TX 77006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$225.00**

---

| 3.589 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Elizabeth O**
**5007 Swiss Avenue**
**Dallas, TX 75214**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

Debtor   **Phoeno Wine Company, Inc.**
         Name

Case number (if known) _____

---

**3.589
1**

**Nonpriority creditor's name and mailing address**

**Elizabeth Odstrcil**
**5007 Swiss Avenue**
**Dallas, TX 75214**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

**3.589
2**

**Nonpriority creditor's name and mailing address**

**Elizabeth Osborne**
**42 Warman St Fl 2**
**Montclair, NJ 07042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$325.00**

---

**3.589
3**

**Nonpriority creditor's name and mailing address**

**Elizabeth Osborne**
**42 Warman St Fl 2**
**Montclair, NJ 07042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$446.00**

---

**3.589
4**

**Nonpriority creditor's name and mailing address**

**Elizabeth Prakash**
**30679 Country Rd**
**Redlands, CA 92374**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.589
5**

**Nonpriority creditor's name and mailing address**

**Elizabeth R**
**699 Jacquelyn Road**
**Township Of Washington, NJ 07676**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.589
6**

**Nonpriority creditor's name and mailing address**

**Elizabeth R**
**9837 Sweetleaf Street**
**Orlando, FL 32827**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.589
7**

**Nonpriority creditor's name and mailing address**

**Elizabeth Rovee**
**140 Grove Hill Ln**
**Zelienople, PA 16063**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$56.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name                                                                      Case number *(if known)*

---

**3.5898**

**Nonpriority creditor's name and mailing address**

**Elizabeth Smith**
**5015 Saint Claude Ave**
**New Orleans, LA 70117**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$675.00**

---

**3.5899**

**Nonpriority creditor's name and mailing address**

**Elizabeth Stone**
**2420 N. La Capella Ct.**
**Orange, CA 92867**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.5900**

**Nonpriority creditor's name and mailing address**

**Elizabeth Street**
**5659 Rome Taberg Rd**
**Rome, NY 13440**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$23.00**

---

**3.5901**

**Nonpriority creditor's name and mailing address**

**Elizabeth Thompson**
**199 Gregory Blvd Apt E14**
**Norwalk, CT 06855**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$31.00**

---

**3.5902**

**Nonpriority creditor's name and mailing address**

**Elizabeth V**
**111 S Delaware Ave**
**Apt 2**
**Tampa, FL 33606**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.5903**

**Nonpriority creditor's name and mailing address**

**Elizabeth Valiaveedan**
**75 West St Apt 3a**
**New York, NY 10006**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$160.00**

---

**3.5904**

**Nonpriority creditor's name and mailing address**

**Elizabeth Vanpatten**
**134 Eden Crest Dr**
**Cranston, RI 02920**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$33.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*    _____

---

**3.590 5**

**Nonpriority creditor's name and mailing address**

**Elizabeth Veal**
**392 Pikes Bluff Dr**
**St Simons Island, GA 31522**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$300.00

---

**3.590 6**

**Nonpriority creditor's name and mailing address**

**Elizabeth Vento**
**2600 Douglas Road**
**Suite 800**
**Coral Gables, FL 33134**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$300.00

---

**3.590 7**

**Nonpriority creditor's name and mailing address**

**Elizabeth Vilar**
**111 S Delaware Ave**
**Apt 2**
**Tampa, FL 33606**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.590 8**

**Nonpriority creditor's name and mailing address**

**Elizabeth Wilson**
**1042 North Edgefield Avenue**
**Dallas, TX 75208**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$120.00

---

**3.590 9**

**Nonpriority creditor's name and mailing address**

**Ella Sari**
**21218 Saint Andrews Blvd # 513**
**Boca Raton, FL 33433**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$392.00

---

**3.591 0**

**Nonpriority creditor's name and mailing address**

**Elle Skoglund**
**593 Chenois Ave NE**
**Ocean Shores, WA 98569**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$161.00

---

**3.591 1**

**Nonpriority creditor's name and mailing address**

**Ellen Crewse**
**18445 W Tere St**
**Goodyear, AZ 85338**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$856.00

---

Debtor   **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
         Name

---

**3.591
2**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46.00** |

**Ellen Dawidowicz**
**215 East 68th St.**
**Apt. 20m**
**New York, NY 10065**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.591
3**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$155.00** |

**Ellen Juskewitch**
**37 Underhill St # 2**
**Winthrop, MA 02152**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.591
4**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$146.00** |

**Ellen Nolan**
**1123 Penshurst Ln**
**Penn Valley, PA 19072**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.591
5**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19.00** |

**Ellen P**
**9145 Jill Dr**
**Conifer, CO 80433**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.591
6**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47.00** |

**Ellen Pistole**
**9145 Jill Dr**
**Conifer, CO 80433**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.591
7**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,832.00** |

**Ellen Sullivan**
**64 Depot Rd**
**Box 433**
**Cataumet, MA 02534**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.591
8**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$766.00** |

**Ellen Weaver**
**200 Bayfield Ct**
**Alpharetta, GA 30004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.591 9**

**Nonpriority creditor's name and mailing address**

**Ellen Z**
**3747 Broadmead St**
**Las Vegas, NV 89147**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.592 0**

**Nonpriority creditor's name and mailing address**

**Ellie Lederman**
**1426 W Highland Ave Apt 1**
**Chicago, IL 60660**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

**3.592 1**

**Nonpriority creditor's name and mailing address**

**Ellie Timpson**
**510 West Nuttall Ave**
**Centennial Park, AZ 86021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$164.00**

---

**3.592 2**

**Nonpriority creditor's name and mailing address**

**Ellie Timpson**
**510 West Nuttall Ave**
**Centennial Park, AZ 86021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.592 3**

**Nonpriority creditor's name and mailing address**

**Elliot B**
**1158 5th Ave**
**New York, NY 10029**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.592 4**

**Nonpriority creditor's name and mailing address**

**Elliot Morgan**
**208 Crane Road**
**Brick, NJ 08723**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$252.00**

---

**3.592 5**

**Nonpriority creditor's name and mailing address**

**Elliot Pachulski**
**3 Parkridge Ln**
**Pittsburgh, PA 15228**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$6,307.00**

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

---

| 3.592 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$1,044.00** |
|---|---|---|---|

**Elliot Schreiber**
**5657 Azure Bay**
**Long Beach, CA 90803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$20.00** |
|---|---|---|---|

**Elliot W**
**112 Ash Lane**
**Beech Mountain, NC 28604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$5.00** |
|---|---|---|---|

**Elliott B**
**C/O Ups Store**
**1802 Rt. 31 North**
**Clinton, NJ 08809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$3,646.00** |
|---|---|---|---|

**Elliott Porter**
**1835 Se 32nd Pl**
**Portland, OR 97214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$14,148.00** |
|---|---|---|---|

**Elliott Reynolds**
**4411 NE 31st Ave**
**Lighthouse Point, FL 33064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$25.00** |
|---|---|---|---|

**Elliott W**
**578 E 16th St**
**Brooklyn, NY 11226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$1,831.00** |
|---|---|---|---|

**Elliott Welburn**
**578 E 16th St**
**Brooklyn, NY 11226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
         _____
         Name                                    Case number *(if known)*   _____

---

| 3.593<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |

**Ellison S**
**1951 Sheridan St**
**Houston, TX 77303**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |

**Elly S**
**2817 Trenton Lane**
**Oviedo, FL 32765**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $145.00 |

**Ellyn Geiser**
**16 Vista Rd**
**Englewood, CO 80113**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 |

**Elmer T**
**2112 Lobelia Drive**
**Lake Mary, FL 32746**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $562.00 |

**Elomar Souza**
**309 W 121st St Apt 2a**
**New York, NY 10027**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593<br>8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $354.00 |

**Elsye Burton**
**5920 Pine Beach Rd**
**Brainerd, MN 56401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593<br>9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11.00 |

**Elton F**
**3007 Carrie Cove Ct**
**Spring, TX 77386**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                          Case number (if known) _____
_____
Name

---

| 3.594 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Elton Ferreira**
**3007 Carrie Cove Ct**
**Spring, TX 77386**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.594 1 | **Nonpriority creditor's name and mailing address** | $837.00 |

**Elva Graham**
**38 Capistrano Court**
**Odessa, TX 79765**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$837.00

---

| 3.594 2 | **Nonpriority creditor's name and mailing address** | $120.00 |

**Elwood C**
**909 Poydras St Ste 2800**
**New Orleans, LA 70112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$120.00

---

| 3.594 3 | **Nonpriority creditor's name and mailing address** | $112.00 |

**Elwood Cahill**
**909 Poydras St Ste 2800**
**New Orleans, LA 70112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$112.00

---

| 3.594 4 | **Nonpriority creditor's name and mailing address** | $100.00 |

**Elyse Lefebvre**
**3432 20th St**
**San Francisco, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

| 3.594 5 | **Nonpriority creditor's name and mailing address** | $24.00 |

**Elyssa B**
**1273 N Livermore Ave**
**Livermore, CA 94551**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$24.00

---

| 3.594 6 | **Nonpriority creditor's name and mailing address** | $42.00 |

**Elyssa Bishop**
**1273 N Livermore Ave**
**Livermore, CA 94551**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$42.00

---

Debtor    **Phoeno Wine Company, Inc.**
      Name                              Case number *(if known)*

---

| 3.594 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Elyssa Halford**
**1614 E 6th St Apt 409**
**Austin, TX 78702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Customer**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.594 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$106.00** |
|---|---|---|---|

**Elyssa Schick**
**34 Babcock St Apt 402**
**Brookline, MA 02446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Customer**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$373.00** |
|---|---|---|---|

**Elyssamichelle Saldana**
**5899 NW 25th Ct**
**Boca Raton, FL 33496**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Customer**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28.00** |
|---|---|---|---|

**Elzie Thomasjr**
**6662 Laughlin Dr**
**Missouri Coty, TX 77489**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Customer**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$24.00** |
|---|---|---|---|

**Em Bohannon**
**414 Rue Fluer De Lis**
**Lavonia, GA 30553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$633.00** |
|---|---|---|---|

**Emanuel Galimidi**
**931 Almeria Ave**
**Coral Gables, FL 33134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Customer**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$90.00** |
|---|---|---|---|

**Emanuel Tavares**
**54 S 19th St**
**Kenilworth, NJ 07033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Customer**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)*   _____
Name

---

| 3.595 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6.00** |
| **Emanuele R** | ☐ Contingent | |
| **9 Post Rd** | ☐ Unliquidated | |
| **Mason City, IA 50401** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.595 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$235.00** |
| **Emerson Sellers** | ☐ Contingent | |
| **104 Queens Way** | ☐ Unliquidated | |
| **Ponte Vedra Beach, FL 32082** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.595 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$104,545.00** |
| **Emil Bova** | ☐ Contingent | |
| **2 Gavilan Ct** | ☐ Unliquidated | |
| **Santa Fe, NM 87508** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.595 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
| **Emile B** | ☐ Contingent | |
| **58 Elm Street** | ☐ Unliquidated | |
| **Malone, NY 12953** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.595 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |
| **Emilie B** | ☐ Contingent | |
| **3611 Se Court Dr** | ☐ Unliquidated | |
| **Stuart, FL 34997** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.595 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$622.00** |
| **Emilie Knobloch** | ☐ Contingent | |
| **12487 S M43** | ☐ Unliquidated | |
| **Delton, MI 49046** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.596 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$66.00** |
| **Emilie Outslay** | ☐ Contingent | |
| **9 Newell Hill Rd** | ☐ Unliquidated | |
| **Sterling, MA 01564** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.596 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $590.00 |

**Emilie W**
**4600 Alumni Ave**
**Los Angeles, CA 90041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $530.00 |

**Emilie Woodhead**
**4600 Alumni Ave**
**Los Angeles, CA 90041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,242.00 |

**Emilio Lopez**
**897 Ballou St**
**Herndon, VA 20170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $240.00 |

**Emily Alexander**
**6309 Palomar Ct**
**Nashville, TN 37211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $30.00 |

**Emily B**
**122 Sterling Pl Apt 1b**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $18.00 |

**Emily B**
**4961 Washington St W**
**Charleston, WV 25313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $24.00 |

**Emily B**
**512 Soule Blvd**
**Ann Arbor, MI 48103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_  _____

---

| 3.596 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$548.00** |
| **Emily Bonvino** | ☐ Contingent | |
| **148 Aqua Vista** | ☐ Unliquidated | |
| **Kerrville, TX 78028** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:   Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.596 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$32.00** |
| **Emily Brouse** | ☐ Contingent | |
| **11903 Coit Rd Apt 1302t** | ☐ Unliquidated | |
| **Dallas, TX 75251** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:   Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.597 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,299.00** |
| **Emily Buresh** | ☐ Contingent | |
| **3734 N Ridge Rd** | ☐ Unliquidated | |
| **Duluth, MN 55804** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:   Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.597 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$32.00** |
| **Emily C** | ☐ Contingent | |
| **9510 7th Ave Nw** | ☐ Unliquidated | |
| **Seattle, WA 98117** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:   Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.597 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$59,038.00** |
| **Emily Carry** | ☐ Contingent | |
| **3742 Tristram Loop** | ☐ Unliquidated | |
| **Land O Lakes, FL 34638** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:   Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.597 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$15.00** |
| **Emily Caruso** | ☐ Contingent | |
| **5274 Chester St** | ☐ Unliquidated | |
| **Denver, CO 80238** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:   Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.597 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$703.00** |
| **Emily Cutrer** | ☐ Contingent | |
| **8902 Sundance Ridge** | ☐ Unliquidated | |
| **Texarkana, TX 75503** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:   Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

---

| 3.597 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$2,607.00** |
| **Emily Davis** | ☐ Contingent | |
| **1723 Independence Ave Se** | ☐ Unliquidated | |
| **Washington, DC 20003** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.597 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$75.00** |
| **Emily E** | ☐ Contingent | |
| **129 Wisteria Drive** | ☐ Unliquidated | |
| **Paradise, TX 76073** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.597 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$433.00** |
| **Emily Eleftherakis** | ☐ Contingent | |
| **3701 Cactus Cir** | ☐ Unliquidated | |
| **Edmond, OK 73013** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.597 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$50.00** |
| **Emily Evans** | ☐ Contingent | |
| **129 Wisteria Drive** | ☐ Unliquidated | |
| **Paradise, TX 76073** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.597 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$33.00** |
| **Emily Fitzgerald** | ☐ Contingent | |
| **8510 16th St Apt 507** | ☐ Unliquidated | |
| **Silver Spring, MD 20910** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.598 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$790.00** |
| **Emily Frank** | ☐ Contingent | |
| **8816 Manchester Rd** | ☐ Unliquidated | |
| **UPS Store** | ☐ Disputed | |
| **Brentwood, MO 63144** | | |
| Date(s) debt was incurred _ | Basis for the claim: __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.598 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$31,450.00** |
| **Emily From** | ☐ Contingent | |
| **1165 Beasley Hills Ln** | ☐ Unliquidated | |
| **Houston, TX 77008** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                                            Case number _(if known)_ _____

| 3.598 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$165.00** |

**Nonpriority creditor's name and mailing address**
**Emily Goss**
**1280 West Chester Rd**
**Coatesville, PA 19320**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☐ No  ☐ Yes

**$165.00**

---

3.598 3

**Nonpriority creditor's name and mailing address**
**Emily J**
**145 Nw 83rd St**
**Seattle, WA 98117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No  ☐ Yes

**$29.00**

---

3.598 4

**Nonpriority creditor's name and mailing address**
**Emily Jennerich**
**145 NW 83rd St**
**Seattle, WA 98117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

**$158.00**

---

3.598 5

**Nonpriority creditor's name and mailing address**
**Emily Johnson**
**111 W Poindexter Dr**
**Charlotte, NC 28203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

**$32.00**

---

3.598 6

**Nonpriority creditor's name and mailing address**
**Emily Krause**
**4200 Grove Ave**
**Richmond, VA 23221**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

**$69.00**

---

3.598 7

**Nonpriority creditor's name and mailing address**
**Emily Krueger**
**1190 Zircon Street**
**Corona, CA 92882**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

**$49.00**

---

3.598 8

**Nonpriority creditor's name and mailing address**
**Emily Kukella**
**249 Bradley Drive**
**Wood Ridge, NJ 07075**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

**$35.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known)    _____

---

**3.598 9**

**Nonpriority creditor's name and mailing address**

**Emily Lawrence**
**1695 Park Village Dr**
**Columbus, OH 43235**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,535.00**

---

**3.599 0**

**Nonpriority creditor's name and mailing address**

**Emily Logue**
**136 Jarvie Drive**
**8690**
**Hamilton Township, NJ 08690**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$317.00**

---

**3.599 1**

**Nonpriority creditor's name and mailing address**

**Emily M**
**10 Prospect Street West**
**Greenwich, CT 06830**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

**3.599 2**

**Nonpriority creditor's name and mailing address**

**Emily M**
**1440 E 3300 S**
**Kamas, UT 84036**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$16.00**

---

**3.599 3**

**Nonpriority creditor's name and mailing address**

**Emily Malone**
**1440 E 3300 S**
**Kamas, UT 84036**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$156.00**

---

**3.599 4**

**Nonpriority creditor's name and mailing address**

**Emily Martin**
**10 Prospect Street West**
**Greenwich, CT 06830**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$160.00**

---

**3.599 5**

**Nonpriority creditor's name and mailing address**

**Emily Martinez**
**4634 Wentworth Ave**
**Minneapolis, MN 55419**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$41.00**

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

---

| 3.5996 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $20.00 |

**Emily P**
**30 Dusenberry Rd**
**Bronxville, NY 10708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5997 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $28.00 |

**Emily P**
**4345 Blink Horn Rd**
**Hurlock, MD 21643**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5998 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $219.00 |

**Emily Pethel**
**4345 Blink Horn Rd**
**Hurlock, MD 21643**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5999 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $171.00 |

**Emily Pollakowski**
**30 Dusenberry Rd**
**Bronxville, NY 10708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6000 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $34.00 |

**Emily Richter**
**1011 Eunice Ct**
**Woodland, CA 95695**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6001 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $412.00 |

**Emily Rodgers**
**4053 Farmdale Ave**
**Studio City, CA 91604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6002 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $162.00 |

**Emily Ruscansky**
**10 Evergreen Ct**
**Old Bridge, NJ 08857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.600 3 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Emily S**
**518 Grand St**
**Apt 1r**
**Brooklyn, NY 11211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$59.00**

---

| 3.600 4 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Emily S**
**5595 Washington Ave**
**Mentor, OH 44060**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$2.00**

---

| 3.600 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Emily Sauer**
**1117 21st Street**
**South Bend, IN 46615**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,583.00**

---

| 3.600 6 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Emily Scott**
**11628 Driftwood Creek Dr**
**Jacksonville, FL 32218**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$188.00**

---

| 3.600 7 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Emily Simpson**
**601 Gateway Blvd Ste 950**
**South San Francisco, CA 94080**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$332.00**

---

| 3.600 8 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Emily W**
**16 Catherine Cir**
**Stow, MA 01775**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$24.00**

---

| 3.600 9 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Emily Watulak**
**16 Catherine Cir**
**Stow, MA 01775**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$611.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Case number *(if known)*

Name

---

| 3.601 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Emily Yates**
**100 Holmes Ave**
**Darien, CT 06820**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$688.00

---

| 3.601 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Emily Zhang**
**1950 Gough St Apt 303**
**San Francisco, CA 94109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$324.00

---

| 3.601 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Emilyann White**
**1100 Peacehaven Rd**
**Chapin, SC 29036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$120.00

---

| 3.601 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Emin Brika**
**215 Bainbridge Ave**
**Thornwood, NY 10594**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$339.00

---

| 3.601 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Emma Chapman**
**2512 Country Golf Dr**
**Wellington, FL 33414**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$497.00

---

| 3.601 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Emma Hofmann**
**3100 Miramontes Point Rd**
**Half Moon Bay, CA 94019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$56.00

---

| 3.601 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Emma Menchaca**
**204 E Gomez Dr**
**San Juan, TX 78589**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$23.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_    _____
Name

---

| 3.601 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Emma X**
**1802 Hampshire Green Ln Apt 11l**
**Silver Spring, MD 20903**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._    **$20.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Emmanuela C**
**3536 Millenia Blvd**
**Apt: 5310**
**Orlando, FL 32839**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._    **$25.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Emre Senturk**
**565 W Quincy St Unit 1510**
**Chicago, IL 60661**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._    **$99.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Emuye Reynolds**
**4711 West St**
**Oakland, CA 94608**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._    **$57.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Eni Lici**
**224 E 70th St Apt 1e**
**New York, NY 10021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._    **$66.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Enrique Iglesias**
**18411 West Santa Irene Drive**
**Goodyear, AZ 85338**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._    **$196.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Enrique Travieso**
**6055 Sw 8th St**
**West Miami, FL 33144**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._    **$47.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

| 3.602 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$35.00** |
|---|---|---|---|

**Eric A**
**133 Buck Trail**
**Cumberland Gap, TN 37724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$521.00** |
|---|---|---|---|

**Eric Afflerbach**
**3550 Biscayne Blvd**
**Suite 601**
**Miami, FL 33137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30.00** |
|---|---|---|---|

**Eric Allen**
**20805 Sheridan Heights Ln**
**Porter, TX 77365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$222.00** |
|---|---|---|---|

**Eric Anderson**
**301 Marsh Oaks Dr**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30.00** |
|---|---|---|---|

**Eric Archer**
**1808 Aspen Meadows Cir**
**Federal Heights, CO 80260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$242.00** |
|---|---|---|---|

**Eric Arvold**
**1045 W. Glen Oaks Lane**
**Suite 103**
**Mequon, WI 53092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$80.00** |
|---|---|---|---|

**Eric B**
**1991 Arkell Ct**
**Walnut Creek, CA 94598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

---

| 3.603 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10.00 |

**Eric B**
**326 Westcott Pkwy**
**St Augustine, FL 32095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $101.00 |

**Eric Beers**
**225 Adams St Apt 11e**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $177.00 |

**Eric Berger**
**333 Clay St Ste 3300**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,875.00 |

**Eric Berkowitz**
**509 Gilberts Landing**
**Mount Pleasant, SC 29464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $13,451.00 |

**Eric Black**
**1991 Arkell Ct**
**Walnut Creek, CA 94598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Eric Bodnar**
**1001 4th St Sw**
**1d**
**Washington, DC 20024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $29.00 |

**Eric Boersma**
**22121 Princeton Cir**
**Frankfort, IL 60423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                     Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 3.603 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$199.00** |
|---|---|---|---|

**Eric Brandenberg**
**11403 Coastal Hwy**
**Ocean City, MD 21842**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$85.00** |
|---|---|---|---|

**Eric Brigger**
**4400 Dorothy Street**
**Bellaire, TX 77401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.604 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,751.00** |
|---|---|---|---|

**Eric Brown**
**326 Westcott Pkwy**
**St Augustine, FL 32095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.604 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$180.00** |
|---|---|---|---|

**Eric Buch**
**1083 Broadview Dr**
**Annapolis, MD 21409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.604 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,149.00** |
|---|---|---|---|

**Eric Bukstein**
**1504 Denniston St**
**Pittsburgh, PA 15217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.604 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |
|---|---|---|---|

**Eric C**
**205 Plaza Los Corales**
**San Clemente, CA 92673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.604 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$115.00** |
|---|---|---|---|

**Eric C**
**5706 Hathaway Dr.**
**Parker, TX 75002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 3.604<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Eric C**
**734 W 6th St**
**Pueblo, CO 81003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.604<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,674.00** |
|---|---|---|---|

**Eric Callahan**
**2407 Belmont Dr**
**Livermore, CA 94550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.604<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,460.00** |
|---|---|---|---|

**Eric Capouch**
**15270 Creekside Ln**
**Osseo, MN 55369**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.604<br>8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,825.00** |
|---|---|---|---|

**Eric Comp**
**105 18th St N**
**St Petersburg, FL 33713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.604<br>9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$836.00** |
|---|---|---|---|

**Eric Cowperthwaite**
**1614 118th Avenue Se**
**Bellevue, WA 98005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.605<br>0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,043.87** |
|---|---|---|---|

**Eric Cullenward**
**4657 Benbow Court**
**Concord, CA 94521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.605<br>1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,565.00** |
|---|---|---|---|

**Eric Cully**
**4657 Benbow Court**
**Concord, CA 94521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

**3.605 2**

**Nonpriority creditor's name and mailing address**

**Eric Dahlberg**
**14934 Vistaridge Drive**
**Dallas, TX 75248**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$234.00

---

**3.605 3**

**Nonpriority creditor's name and mailing address**

**Eric Douglas**
**44 Codo Ct**
**Saint Augustine, FL 32095**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$1,507.00

---

**3.605 4**

**Nonpriority creditor's name and mailing address**

**Eric Dusch**
**309 Pink House Rd**
**Sewickley, PA 15143**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$2,594.00

---

**3.605 5**

**Nonpriority creditor's name and mailing address**

**Eric F**
**3051 Grand Way Ave**
**Baton Rouge, LA 70810**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$120.00

---

**3.605 6**

**Nonpriority creditor's name and mailing address**

**Eric F**
**8 Burr St**
**Cazenovia, NY 13035**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$9.00

---

**3.605 7**

**Nonpriority creditor's name and mailing address**

**Eric Feagles**
**415 Church St**
**Apt 1908**
**Nashville, TN 37219**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$667.00

---

**3.605 8**

**Nonpriority creditor's name and mailing address**

**Eric Fulton**
**1606 E 1600 North Rd**
**Taylorville, IL 62568**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$65.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_    _____
Name

---

**3.6059**

**Nonpriority creditor's name and mailing address**
**Eric Geyer**
**488 Crescent St**
**Oakland, CA 94610**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._                    $1,040.50

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6060**

**Nonpriority creditor's name and mailing address**
**Eric Gill**
**232 Hilldale Rd**
**Villanova, PA 19085**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._                    $296.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6061**

**Nonpriority creditor's name and mailing address**
**Eric Grosshans**
**4 Copra Ln**
**Pacific Palisades, CA 90272**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._                    $29.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6062**

**Nonpriority creditor's name and mailing address**
**Eric H**
**5347 Liberty Lake Dr**
**Jacksonville, FL 32258**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._                    $31.20

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6063**

**Nonpriority creditor's name and mailing address**
**Eric Hecker**
**3008 Travis Close**
**Williamsburg, VA 23185**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._                    $35.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6064**

**Nonpriority creditor's name and mailing address**
**Eric Henson**
**5347 Liberty Lake Dr**
**Jacksonville, FL 32258**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._                    $2,201.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6065**

**Nonpriority creditor's name and mailing address**
**Eric Hess**
**1001 E Harmony Rd Unit A**
**Fort Collins, CO 80525**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._                    $132.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.606 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,404.00** |

**Eric Huang**
100 Shawmut
#1201
Boston, MA 02118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.606 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |

**Eric J**
10110 Ne Winthers Rd
Bainbridge Island, WA 98110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.606 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,228.00** |

**Eric James**
3910 W Platt St
Tampa, FL 33609

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.606 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$468.00** |

**Eric Jeter**
101 Ascot Dr.
Greer, SC 29651

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.607 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$166.00** |

**Eric Johnson**
1753 Kearney St
Denver, CO 80220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.607 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28.00** |

**Eric Johnson**
81 Frost Ct
Wyckoff, NJ 07481

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.607 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$86.81** |

**Eric K**
12611 Chriswood Dr
Cypress, TX 77429

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____      Case number *(if known)* _____
Name

---

| 3.607 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Eric K**
**1291 Berry Place**
**Mclean, VA 22102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.607 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Eric K Woodard**
**7550 Cprporate Way**
**Eden Prairie, MN 55344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.607 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,493.00** |
|---|---|---|---|

**Eric Kadel**
**1291 Berry Place**
**Mclean, VA 22102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.607 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$510.00** |
|---|---|---|---|

**Eric Kelliher**
**23 Acton St**
**Maynard, MA 01754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.607 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |
|---|---|---|---|

**Eric L**
**2243 Cerritos Ave**
**Signal Hill, CA 90755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.607 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$155.00** |
|---|---|---|---|

**Eric L 13416098**
**118 First Ave**
**Atlantic Highlands, NJ 07716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.607 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |
|---|---|---|---|

**Eric Lampe**
**9845 Belcastro St**
**Las Vegas, NV 89178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F     Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.608 0 | **Nonpriority creditor's name and mailing address**<br>**Eric Leightner**<br>**165 Ramon Way NE**<br>**St Petersburg, FL 33704**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$680.00** |
|---|---|---|

| 3.608 1 | **Nonpriority creditor's name and mailing address**<br>**Eric Lever**<br>**444 Merrimac St**<br>**Newburyport, MA 01950**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$50.00** |

| 3.608 2 | **Nonpriority creditor's name and mailing address**<br>**Eric Lickstein**<br>**10 Farm Meadow Ct**<br>**Freeland, MD 21053**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$354.00** |

| 3.608 3 | **Nonpriority creditor's name and mailing address**<br>**Eric London**<br>**1510 Hansen St**<br>**Sarasota, FL 34231**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$210.00** |

| 3.608 4 | **Nonpriority creditor's name and mailing address**<br>**Eric Luan**<br>**793 S Van NEss Ave Apt 208**<br>**San Francisco, CA 94110**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$28.00** |

| 3.608 5 | **Nonpriority creditor's name and mailing address**<br>**Eric M**<br>**113 Casswall St**<br>**Napa, CA 94558**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Customers - Deferred Credit__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$10.00** |

| 3.608 6 | **Nonpriority creditor's name and mailing address**<br>**Eric M**<br>**143 Iron Works Rd**<br>**Killingworth, CT 06419**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Customers - Deferred Credit__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$21.00** |

| Debtor | Phoeno Wine Company, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6087**

**Nonpriority creditor's name and mailing address**

**Eric M**
**21 W 86th St Apt 3f**
**New York, NY 10024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$900.33**

---

**3.6088**

**Nonpriority creditor's name and mailing address**

**Eric M**
**225 S Grand Ave Apt 2008**
**Los Angeles, CA 90012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.6089**

**Nonpriority creditor's name and mailing address**

**Eric Manna**
**143 Iron Works Rd**
**Killingworth, CT 06419**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$782.00**

---

**3.6090**

**Nonpriority creditor's name and mailing address**

**Eric Marterella**
**14420 Chamberry Circle**
**Haymarket, VA 20169**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

**3.6091**

**Nonpriority creditor's name and mailing address**

**Eric Milhem**
**2050 Sw Charlestown Street**
**Seattle, WA 98106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$122.00**

---

**3.6092**

**Nonpriority creditor's name and mailing address**

**Eric Moore**
**23237 White Sycamore Place**
**Aldie, VA 20105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$246.00**

---

**3.6093**

**Nonpriority creditor's name and mailing address**

**Eric N**
**46618 Madison St Spc 103**
**Indio, CA 92201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$34.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                                    Case number (if known) _____

---

**3.609
4**

**Nonpriority creditor's name and mailing address**
**Eric Nielsen**
**353 Weymouth St**
**Cambria, CA 93428**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$102.00

---

**3.609
5**

**Nonpriority creditor's name and mailing address**
**Eric Norman**
**835 Kansas St.**
**San Francisco, CA 94107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$286.00

---

**3.609
6**

**Nonpriority creditor's name and mailing address**
**Eric Nyland**
**46618 Madison St Spc 103**
**Indio, CA 92201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$9,818.00

---

**3.609
7**

**Nonpriority creditor's name and mailing address**
**Eric O**
**2742 W Jerome St**
**Chicago, IL 60645**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

**3.609
8**

**Nonpriority creditor's name and mailing address**
**Eric O**
**3720 Van Ness St Nw**
**Washington, DC 20016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.20

---

**3.609
9**

**Nonpriority creditor's name and mailing address**
**Eric O**
**38 S. Hillside Ave. Apt. D**
**Succasunna, NJ 07876**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$13.44

---

**3.610
0**

**Nonpriority creditor's name and mailing address**
**Eric Olesh**
**3720 Van NEss St NW**
**Washington, DC 20016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$718.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)*   _____
Name

---

| 3.610 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13.00** |

**Eric P**
**18 Stoddards Vw**
**Gales Ferry, CT 06335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18.00** |

**Eric P**
**19 Indian Brook Rd**
**Essex Junction, VT 05452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.08** |

**Eric P**
**2319 Coronet Blvd**
**Belmont, CA 94002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |

**Eric P**
**4 Dickinson Ct**
**Ledgewood, NJ 07852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |

**Eric P**
**5901 N Interstate 35**
**Austin, TX 78723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22.12** |

**Eric P**
**775 N Arroyo Grand Blvd**
**Henderson, NV 89014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,212.00** |

**Eric Parker**
**180 S Western Ave**
**Carpentersville, IL 60110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
          Name

---

| 3.610 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Eric Payne**
**3320 Hanover Ave**
**Richmond, VA 23221**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.    **$40.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.610 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Eric Pierce**
**19 Indian Brook Rd**
**Essex Junction, VT 05452**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.    **$135.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.611 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Eric Pollitt**
**3605 W Renellie Cir**
**Tampa, FL 33629**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.    **$4,673.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.611 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Eric Powell**
**57 Cove Ct**
**Montross, VA 22520**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.    **$80.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.611 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Eric Powell**
**57 Cove Ct**
**Montross, VA 22520**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.    **$35.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.611 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Eric Quanstrom**
**15877 Babcock St.**
**San Diego, CA 92127**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.    **$90.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.611 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Eric R**
**12406 68th Ave Ne**
**Kirkland, WA 98034**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.    **$20.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| | |
|---|---|
| **3.611** **5** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.            **$24.00**

**Eric R**
**14920 Manor Lake Dr**
**Chesterfield, MO 63017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.611** **6** | |
|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.            **$7.00**

**Eric R**
**253 Sycamore Grove Street**
**Simi Valley, CA 93065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.611** **7** | |
|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.            **$15.00**

**Eric R**
**3861 Michaels Landing Circle E**
**Jacksonville, FL 32224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.611** **8** | |
|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.            **$43.00**

**Eric R**
**717 Campbell St.**
**Flint, MI 48507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.611** **9** | |
|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.            **$50.00**

**Eric Reed**
**138 Oak Ave**
**Carrollton, GA 30117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.612** **0** | |
|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.            **$495.00**

**Eric Reinhard**
**510 W 52nd St Apt 6f**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.612** **1** | |
|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.            **$5,146.00**

**Eric Rinck**
**222 N Detroit Ave Ste 600**
**Tulsa, OK 74120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
Name

| 3.612 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   **$183.00**

**Eric Roper**
**3861 Michaels Landing Circle E**
**Jacksonville, FL 32224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   **$877.00**

**Eric Rosen**
**2409 NW 75th St**
**Seattle, WA 98117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   **$1,002.00**

**Eric Ross**
**433 Fort Stanton Rd**
**Alto, NM 88312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   **$57.00**

**Eric S**
**10503 Applebrook Circle**
**Highlands Ranch, CO 80130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   **$100.00**

**Eric S**
**1162 Pittsford Victor Rd**
**Pittsford, NY 14534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   **$40.00**

**Eric S**
**141 Barkley Ave**
**Clifton, NJ 07011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   **$10.00**

**Eric S**
**150 N Sunrise Ave**
**Roseville, CA 95661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6129**

**Nonpriority creditor's name and mailing address**

**Eric S**
**448 Main St**
**Manasquan, NJ 08736**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$50.00**

---

**3.6130**

**Nonpriority creditor's name and mailing address**

**Eric Sain**
**100 Waterstone Park Cir Apt 1032**
**Hillsborough, NC 27278**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$9,245.00**

---

**3.6131**

**Nonpriority creditor's name and mailing address**

**Eric Savitsky**
**448 Main St**
**Manasquan, NJ 08736**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$378.00**

---

**3.6132**

**Nonpriority creditor's name and mailing address**

**Eric Schweda**
**5659 N Rogers Ave**
**Chicago, IL 60646**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$562.00**

---

**3.6133**

**Nonpriority creditor's name and mailing address**

**Eric Severson**
**48 Pearwood Rd**
**Rochester, NY 14624**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$182.00**

---

**3.6134**

**Nonpriority creditor's name and mailing address**

**Eric Sheldon**
**1162 Pittsford Victor Rd**
**Pittsford, NY 14534**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.6135**

**Nonpriority creditor's name and mailing address**

**Eric Shin**
**4832 Mill Brook Dr**
**Dunwoody, GA 30338**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$803.00**

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)*
          _____
          Name

---

| 3.613 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$102.00** |

**Eric Smith**
**909 Nottingham Way**
**Friendswood, TX 77546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$331.00** |

**Eric Sorens**
**908 W Centennial Rd**
**Papillion, NE 68046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29.00** |

**Eric Steinmetzer**
**26817 Se 9th Way**
**Sammamish, WA 98075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$723.00** |

**Eric Storvick**
**123 Red Oak Ct**
**Mankato, MN 56001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$89.00** |

**Eric Swenson**
**1080 Seasons Blvd**
**Kissimmee, FL 34746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$113.27** |

**Eric T**
**250 University Ave**
**Suite 300**
**Palo Alto, CA 94301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33.00** |

**Eric Taylor**
**560 Teller Ave Apt C**
**Grand Junction, CO 81501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.614 3 | **Nonpriority creditor's name and mailing address** **Eric Trautmann** **4 Longfellow Drive** **Colonia, NJ 07067** | **As of the petition filing date, the claim is:** Check all that apply. | **$5.46** |

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 4 | **Nonpriority creditor's name and mailing address** **Eric V 15446** **911 Hawthorne Court** **Manitowoc, WI 54220** | **As of the petition filing date, the claim is:** Check all that apply. | **$89.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 5 | **Nonpriority creditor's name and mailing address** **Eric W** **1912 Otte Rd** **West Point, IA 52656** | **As of the petition filing date, the claim is:** Check all that apply. | **$5.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 6 | **Nonpriority creditor's name and mailing address** **Eric W** **2622 E Palm Beach Dr** **Chandler, AZ 85249** | **As of the petition filing date, the claim is:** Check all that apply. | **$30.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 7 | **Nonpriority creditor's name and mailing address** **Eric W** **270 Mentor Dr** **Naples, FL 34110** | **As of the petition filing date, the claim is:** Check all that apply. | **$84.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 8 | **Nonpriority creditor's name and mailing address** **Eric W** **5 New St** **Park Ridge, NJ 07656** | **As of the petition filing date, the claim is:** Check all that apply. | **$13.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 9 | **Nonpriority creditor's name and mailing address** **Eric W** **813 Knox St** **Houston, TX 77007** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

**3.615 0**

**Nonpriority creditor's name and mailing address**

**Eric Waldron**
**2003 Alder Ln**
**Dumfries, VA 22026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$279.00

---

**3.615 1**

**Nonpriority creditor's name and mailing address**

**Eric White**
**270 Mentor Dr**
**Naples, FL 34110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,735.00

---

**3.615 2**

**Nonpriority creditor's name and mailing address**

**Eric Williams**
**13618 Sylvan Oaks Rd**
**Victorville, CA 92392**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$66.00

---

**3.615 3**

**Nonpriority creditor's name and mailing address**

**Eric Wolfe**
**1228 Cabrillo Ave**
**Burlingame, CA 94010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$356.00

---

**3.615 4**

**Nonpriority creditor's name and mailing address**

**Eric Y**
**500 Beach Road**
**Apartment 216**
**Vero Beach, FL 32963**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$107.00

---

**3.615 5**

**Nonpriority creditor's name and mailing address**

**Eric Zuidema**
**133 NE 2nd Ave**
**Apt 713**
**Miami, FL 33132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$36.00

---

**3.615 6**

**Nonpriority creditor's name and mailing address**

**Erica B**
**761 Summer Ave**
**Uniondale, NY 11553**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____     Case number _(if known)_ _____
          Name

| | |
|---|---|

**3.615**
**7**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: _Check all that apply._        **$96.00**

**Erica Barbavega**                    ☐ Contingent
**451 Sw 15th Drive**                    ☐ Unliquidated
**Boca Raton, FL 33432**                    ☐ Disputed

Date(s) debt was incurred _                    **Basis for the claim:**  **Customer**

Last 4 digits of account number _                    Is the claim subject to offset?  ☐ No  ☐ Yes

---

**3.615**
**8**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: _Check all that apply._        **$67.22**

**Erica E**                    ☐ Contingent
**931 1/2 W Glenoaks Blvd**                    ☐ Unliquidated
**Glendale, CA 91202**                    ☐ Disputed

Date(s) debt was incurred _                    **Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _                    Is the claim subject to offset?  ☐ No  ☐ Yes

---

**3.615**
**9**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: _Check all that apply._        **$365.93**

**Erica E**                    ☐ Contingent
**931 1/2 West Glenoaks Blvd**                    ☐ Unliquidated
**Glendale, CA 91202**                    ☐ Disputed

Date(s) debt was incurred _                    **Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _                    Is the claim subject to offset?  ☐ No  ☐ Yes

---

**3.616**
**0**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: _Check all that apply._        **$1,792.00**

**Erica Enders**                    ☐ Contingent
**931 1/2 W Glenoaks Blvd**                    ☐ Unliquidated
**Glendale, CA 91202**                    ☐ Disputed

Date(s) debt was incurred _                    **Basis for the claim:**  **Customer**

Last 4 digits of account number _                    Is the claim subject to offset?  ☐ No  ☐ Yes

---

**3.616**
**1**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: _Check all that apply._        **$2,223.00**

**Erica Enders**                    ☐ Contingent
**931 1/2 West Glenoaks Blvd**                    ☐ Unliquidated
**Glendale, CA 91202**                    ☐ Disputed

Date(s) debt was incurred _                    **Basis for the claim:**  **Customer**

Last 4 digits of account number _                    Is the claim subject to offset?  ☐ No  ☐ Yes

---

**3.616**
**2**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: _Check all that apply._        **$140.00**

**Erica Karlinsky**                    ☐ Contingent
**1307 S International Pkwy Ste 2051**                    ☐ Unliquidated
**Lake Mary, FL 32746**                    ☐ Disputed

Date(s) debt was incurred _                    **Basis for the claim:**  **Customer**

Last 4 digits of account number _                    Is the claim subject to offset?  ☐ No  ☐ Yes

---

**3.616**
**3**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: _Check all that apply._        **$10.00**

**Erica L**                    ☐ Contingent
**570 Peach Street Apt 8**                    ☐ Unliquidated
**Chattanooga, TN 93401**                    ☐ Disputed

Date(s) debt was incurred _                    **Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _                    Is the claim subject to offset?  ☐ No  ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.616 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$80.00** |

**Erica Long**
**570 Peach Street Apt 8**
**Chattanooga, TN 93401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$84.00** |

**Erica O**
**1449 Dunsford Circle**
**Suwanee, GA 30024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30.00** |

**Erica S**
**11618 Alton Manor Dr**
**Bakersfield, CA 93312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**Erica S**
**920 Poeyfarre St Unit 381**
**New Orleans, LA 70130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |

**Erica S 36**
**209 Concord Place**
**Pennington, NJ 08534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$290.00** |

**Erica Smith**
**1806 Carter St**
**Vidalia, LA 71373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Erica Taylor**
**720 Maloney Pl NE**
**North Bend, WA 98045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  **Phoeno Wine Company, Inc.**                    Case number *(if known)* _____

Name

---

| 3.617 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Erica Tosdale**
**55355 Gross Dr**
**Bend, OR 97707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Erica Z**
**16175 Cleveland St.**
**Unit 222**
**Redmond, WA 98052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29.00** |
|---|---|---|---|

**Ericd Stumpf**
**3227 Sw 15th Ave**
**Cape Coral, FL 33914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,471.00** |
|---|---|---|---|

**Erich S**
**2107 Mount Vernon St**
**Philadelphia, PA 19130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,533.00** |
|---|---|---|---|

**Erich Sachse**
**2107 Mount Vernon St**
**Philadelphia, PA 19130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95.00** |
|---|---|---|---|

**Erich Weber**
**200 Liberty St Fl 36**
**New York, NY 10281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,360.00** |
|---|---|---|---|

**Erick Rizzotto**
**128 Madrone Rd**
**Fairfax, CA 94930**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
Name

| 3.617 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Erick Weber**
**700 N. Maria Ave**
**Redondo Beach, CA 90277**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$4,823.00

---

| 3.617 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ericka Powell**
**40 Station Stone Lane**
**Lititz, PA 17543**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$618.00

---

| 3.618 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ericka T**
**3208 Crownwood Court**
**Flower Mound, TX 75022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

| 3.618 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ericrans -Michelmanrobinson**
**458 Cosat Mesa Street**
**Costa Mesa, CA 92627**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$299.00

---

| 3.618 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ericsutton S**
**318 Ridge Rd**
**Andes, NY 13731**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| 3.618 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Erik A**
**5625 Chapman Place**
**Casper, WY 82604**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

| 3.618 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Erik B**
**620 Ragged Mountain Rd**
**Danbury, NH 03230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 3.618 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $520.00 |

**Erik Barnes**
**620 Ragged Mountain Rd**
**Danbury, NH 03230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $120.00 |

**Erik Benitez**
**6800 Las Colinas Ln**
**Lake Worth, FL 33463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $648.00 |

**Erik Brown**
**21 Anacapri**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $33.90 |

**Erik C**
**One Maritime Plaza**
**Suite 2100**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $275.00 |

**Erik Carranza**
**12 Towpath Dr**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $65.00 |

**Erik Christianson**
**1201 S Hope St Apt 3902**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $51.00 |

**Erik Daniells**
**212 Toyon Dr**
**Woodland, CA 95695**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**      Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.619<br>2 | **Nonpriority creditor's name and mailing address**<br>**Erik Diesner**<br>**11138 Twilight Times Ct**<br>**Las Vegas, NV 89135** | **$34.00** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.619<br>3 | **Nonpriority creditor's name and mailing address**<br>**Erik Dutson**<br>**10830 Lindbrook Dr Unit 2**<br>**Los  Angeles, CA 90024** | **$1,465.00** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.619<br>4 | **Nonpriority creditor's name and mailing address**<br>**Erik Edgerton**<br>**5306 Macarthur Blvd NW**<br>**Washington, DC 20016** | **$1,282.00** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.619<br>5 | **Nonpriority creditor's name and mailing address**<br>**Erik Engrissei**<br>**610 Georges Way**<br>**Williamstown, NJ 08094** | **$2,334.00** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.619<br>6 | **Nonpriority creditor's name and mailing address**<br>**Erik F**<br>**10 Woodland Ave**<br>**North Haven, CT 06473** | **$10.00** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.619<br>7 | **Nonpriority creditor's name and mailing address**<br>**Erik F**<br>**710 Front St # B**<br>**Mukilteo, WA 98275** | **$509.00** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.619<br>8 | **Nonpriority creditor's name and mailing address**<br>**Erik Ferenz**<br>**710 Front St # B**<br>**Mukilteo, WA 98275** | **$512.00** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.619 9 | |

**Nonpriority creditor's name and mailing address**

**Erik Forslund**
**10 Woodland Ave**
**North Haven, CT 06473**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

$470.00

---

| | |
|---|---|
| 3.620 0 | |

**Nonpriority creditor's name and mailing address**

**Erik H**
**4480 Carters Creek Ln**
**Cumming, GA 30040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ☒ No ☐ Yes

$20.00

---

| | |
|---|---|
| 3.620 1 | |

**Nonpriority creditor's name and mailing address**

**Erik Jensen**
**377 Kings Hwy W**
**Haddonfield, NJ 08033**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

$1,950.00

---

| | |
|---|---|
| 3.620 2 | |

**Nonpriority creditor's name and mailing address**

**Erik Kotcher**
**655 Oakwood Court**
**Westbury, NY 11590**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ☒ No ☐ Yes

$47.69

---

| | |
|---|---|
| 3.620 3 | |

**Nonpriority creditor's name and mailing address**

**Erik Kratz**
**13341 Kettering Blvd**
**Lemont, IL 60439**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

$576.00

---

| | |
|---|---|
| 3.620 4 | |

**Nonpriority creditor's name and mailing address**

**Erik Mallon**
**445 Primrose Ln**
**Fairfield, CT 06825**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

$346.00

---

| | |
|---|---|
| 3.620 5 | |

**Nonpriority creditor's name and mailing address**

**Erik Manuevo**
**16521 Farley Rd**
**Los Gatos, CA 95032**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

$268.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number _(if known)_ _____
Name

---

| 3.620 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $68.00 |
| **Erik N** | ☐ Contingent | |
| **4185 E Wildcat Reserve Prkwy** | ☐ Unliquidated | |
| **Suite 301** | ☐ Disputed | |
| **Denver, CO 80227** | | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.620 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $114.00 |
| **Erik Niemeier** | ☐ Contingent | |
| **4185 E Wildcat Reserve Prkwy** | ☐ Unliquidated | |
| **Suite 301** | ☐ Disputed | |
| **Denver, CO 80227** | | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.620 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $5.00 |
| **Erik Nordstrom** | ☐ Contingent | |
| **71 Tournament Dr S** | ☐ Unliquidated | |
| **Hawthorn Woods, IL 60047** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.620 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $708.00 |
| **Erik Perdon** | ☐ Contingent | |
| **34 S Spring Garden Ave** | ☐ Unliquidated | |
| **Nutley, NJ 07110** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.621 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $1,110.00 |
| **Erik Pieczkowski** | ☐ Contingent | |
| **347 Ravine Road** | ☐ Unliquidated | |
| **Hinsdale, IL 60521** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.621 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $116.00 |
| **Erik Ranheim** | ☐ Contingent | |
| **Dept. Of Pathology** | ☐ Unliquidated | |
| **K6/410 Csc Mailstop 8550, 600 Highland A** | ☐ Disputed | |
| **Madison, WI 53792** | | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.621 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
| **Erik Roesh** | ☐ Contingent | |
| **3704 Sable Hill Ct** | ☐ Unliquidated | |
| **Spring, TX 77386** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name                                                Case number (if known) _____

---

| 3.621 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Erik S**
**3637 Irving Street**
**Denver, CO 80211**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$49.00**

---

| 3.621 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Erik Schaeffer**
**2131 Lawrence St #105**
**Denver, CO 80205**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$86.00**

---

| 3.621 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Erik Schmidt**
**Uf - Hop**
**2197 Mowry Road, Room 158**
**Gainesville, FL 32611**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$22.00**

---

| 3.621 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Erik Schuchard**
**9 Buttonbush Ct**
**Spring, TX 77380**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$587.00**

---

| 3.621 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Erik T**
**1813 Monroe St Nw**
**Washington, DC 20010**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| 3.621 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Erik Tarloff**
**1813 Monroe St NW**
**Washington, DC 20010**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,506.00**

---

| 3.621 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Erik Van Uden**
**3201 Executive Circle**
**Farmers Branch, TX 75234**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$224.62**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
Name

| 3.622 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Erik W**
**449 W Foothill Blvd**
**193**
**Glendora, CA 91741**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

| 3.622 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Erik W**
**5601 13th Ave S**
**Minneapolis, MN 55417**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

| 3.622 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Erik Williams**
**18303 Apache Springs Dr**
**San Antonio, TX 78259**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

$586.00

---

| 3.622 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Erika Ceja**
**215 East Cherry Avenue**
**Monrovia, CA 91016**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

$463.00

---

| 3.622 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Erika Fox**
**3370 Beech Street**
**San Diego, CA 92102**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

$233.00

---

| 3.622 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Erika H**
**3014 Black Hills Ct**
**Westlake Village, CA 91362**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$60.00

---

| 3.622 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Erika Keller**
**38725 Bears Paw Dr**
**Murrieta, CA 92562**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

$3,776.00

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

**3.6227**

**Nonpriority creditor's name and mailing address**

**Erika Mcmurran**
**388 W Woodbridge Rd**
**Lodi, CA 95242**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$145.00**

---

**3.6228**

**Nonpriority creditor's name and mailing address**

**Erika Nolan**
**4 Millbrook Rd**
**Baltimore, MD 21218**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$144.00**

---

**3.6229**

**Nonpriority creditor's name and mailing address**

**Erika Osbornelaureano**
**235 Main Ave N**
**North Bend, WA 98045**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$794.00**

---

**3.6230**

**Nonpriority creditor's name and mailing address**

**Erika Tackett**
**1150 Wilson Rd**
**Northstar Golf Club**
**Sunbury, OH 43074**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$477.00**

---

**3.6231**

**Nonpriority creditor's name and mailing address**

**Erika W**
**1720 Galilee Rd**
**Smithfield, NC 27577**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$30.00**

---

**3.6232**

**Nonpriority creditor's name and mailing address**

**Erika Wagner**
**1720 Galilee Rd**
**Smithfield, NC 27577**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.6233**

**Nonpriority creditor's name and mailing address**

**Erika Watmough**
**7904 Tarrants Court**
**Wilmington, NC 28411**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$30.00**

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.623 4 | **Nonpriority creditor's name and mailing address**<br>**Erin Abreu**<br>**21 Stonebridge Rd**<br>**Hampton, NJ 08827**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$294.00** |
| --- | --- | --- | --- |

| 3.623 5 | **Nonpriority creditor's name and mailing address**<br>**Erin B**<br>**2631 Nutwood Trce**<br>**Duluth, GA 30097**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customers - Deferred Credit__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$69.00** |
| --- | --- | --- | --- |

| 3.623 6 | **Nonpriority creditor's name and mailing address**<br>**Erin B**<br>**29100 Sw Town Center Loop W**<br>**Suite 290**<br>**Wilsonville, OR 97070**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customers - Deferred Credit__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$110.00** |
| --- | --- | --- | --- |

| 3.623 7 | **Nonpriority creditor's name and mailing address**<br>**Erin Bailliard**<br>**2631 Nutwood Trce**<br>**Duluth, GA 30097**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$219.00** |
| --- | --- | --- | --- |

| 3.623 8 | **Nonpriority creditor's name and mailing address**<br>**Erin Boyd**<br>**29100 Sw Town Center Loop W**<br>**Suite 290**<br>**Wilsonville, OR 97070**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,049.00** |
| --- | --- | --- | --- |

| 3.623 9 | **Nonpriority creditor's name and mailing address**<br>**Erin C**<br>**1090 Galleron Rd**<br>**Saint Helena, CA 94574**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customers - Deferred Credit__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$19.00** |
| --- | --- | --- | --- |

| 3.624 0 | **Nonpriority creditor's name and mailing address**<br>**Erin Callahan**<br>**1090 Galleron Rd**<br>**Saint Helena, CA 94574**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$623.00** |
| --- | --- | --- | --- |

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.624 |
|-------|
| 1 |

**Nonpriority creditor's name and mailing address**
**Erin Coffey**
**14 W 85th St**
**Apt 4a**
**New York, NY 10024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$58.00**

---

| 3.624 |
|-------|
| 2 |

**Nonpriority creditor's name and mailing address**
**Erin Colianni**
**13800 Hill Ridge Drive**
**Minnetonka, MN 55305**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$98.00**

---

| 3.624 |
|-------|
| 3 |

**Nonpriority creditor's name and mailing address**
**Erin Dalton**
**4984 Kratz Carriage Rd**
**Pipersville, PA 18947**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$252.00**

---

| 3.624 |
|-------|
| 4 |

**Nonpriority creditor's name and mailing address**
**Erin Flanagan**
**1311 Jackson Ave.**
**9c**
**Long Island City, NY 11101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$313.00**

---

| 3.624 |
|-------|
| 5 |

**Nonpriority creditor's name and mailing address**
**Erin Forry**
**512 E Broadway**
**Boston, MA 02127**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$223.00**

---

| 3.624 |
|-------|
| 6 |

**Nonpriority creditor's name and mailing address**
**Erin Fried**
**45418 Halston Ct**
**Novi, MI 48374**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.624 |
|-------|
| 7 |

**Nonpriority creditor's name and mailing address**
**Erin Glasgow**
**3451 Aubrey Ave**
**Philadelphia, PA 19114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.624
8**

**Nonpriority creditor's name and mailing address**

**Erin Gledhill**
**169 Vetter Dr**
**Pittsburgh, PA 15235**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$192.00

---

**3.624
9**

**Nonpriority creditor's name and mailing address**

**Erin H**
**1505 Oakview Dr**
**Mclean, VA 22101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$293.00

---

**3.625
0**

**Nonpriority creditor's name and mailing address**

**Erin Hopkins**
**798 Ponce De Leon Rd**
**Boca Raton, FL 33432**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$133.00

---

**3.625
1**

**Nonpriority creditor's name and mailing address**

**Erin Hopper**
**1677 N Bundy Ave**
**Clovis, CA 93619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$252.00

---

**3.625
2**

**Nonpriority creditor's name and mailing address**

**Erin Hughes**
**1505 Oakview Dr**
**Mclean, VA 22101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$672.00

---

**3.625
3**

**Nonpriority creditor's name and mailing address**

**Erin Law**
**753 Arbor Rd**
**Paramus, NJ 07652**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$230.00

---

**3.625
4**

**Nonpriority creditor's name and mailing address**

**Erin Leick**
**3481 Sprague St**
**Omaha, NE 68111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$230.00

---

Official Form 206 E/F        Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____
Name                                        Case number *(if known)* _____

---

| 3.625 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Erin Lomax**
**3234 Artessa Lane**
**Roswell, GA 30075**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

| 3.625 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Erin M**
**5772 N Nithsdale Dr**
**Salisbury, MD 21801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$42.00**

---

| 3.625 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Erin Martin**
**20 Cricket Slope Dr**
**Oley, PA 19547**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$373.00**

---

| 3.625 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Erin Martin**
**31 Vernon St # 1843**
**Bethel, ME 04217**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$154.00**

---

| 3.625 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Erin Mullins**
**5772 N Nithsdale Dr**
**Salisbury, MD 21801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$225.00**

---

| 3.626 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Erin O**
**5146 Boulder Lane**
**Chaska, MN 55318**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.626 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Erin P**
**3 Beech Pl**
**Huntington, NY 11743**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$11.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_  _____

---

| 3.626 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$33.00** |

**Erin Price**
**1260 Honey Ln**
**Evans, GA 30809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.626 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$19.00** |

**Erin R**
**2040 Paralta Ave**
**Seaside, CA 93955**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.626 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$2,124.00** |

**Erin Ramirez**
**2040 Paralta Ave**
**Seaside, CA 93955**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.626 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$25.00** |

**Erin S**
**1115 N Cantlon Ln**
**Reno, NV 89521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.626 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$50.00** |

**Erin S**
**2425 Meridian Dr**
**Lodi, CA 95242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.626 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$16.00** |

**Erin S**
**59 45th Street**
**Sacramento, CA 95819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.626 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$168.00** |

**Erin Sheckler**
**6540 Preston-Fall City Rd Se**
**Fall City, WA 98024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
Name

---

| 3.626 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Erin Skubal**
**59 45th Street**
**Sacramento, CA 95819**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,196.00**

---

| 3.627 0 |
|---|

**Nonpriority creditor's name and mailing address**
**Erin Sublette**
**2425 Meridian Dr**
**Lodi, CA 95242**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$692.00**

---

| 3.627 1 |
|---|

**Nonpriority creditor's name and mailing address**
**Erin T**
**35 Union Ave Apt 18**
**Campbell, CA 95008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$31.63**

---

| 3.627 2 |
|---|

**Nonpriority creditor's name and mailing address**
**Erin Taylor**
**1641 Oneco Ave**
**Winter Park, FL 32789**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$286.00**

---

| 3.627 3 |
|---|

**Nonpriority creditor's name and mailing address**
**Erin Tucci**
**35 Union Ave Apt 18**
**Campbell, CA 95008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$248.00**

---

| 3.627 4 |
|---|

**Nonpriority creditor's name and mailing address**
**Erin W**
**43860 Piney Stream Court**
**Chantilly, VA 20152**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.627 5 |
|---|

**Nonpriority creditor's name and mailing address**
**Erin Wagner**
**6615 Se 142nd Ave**
**Portland, OR 97236**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$350.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.627 6**

**Nonpriority creditor's name and mailing address**

**Ernest B**
**128 Trianon Lane**
**Villanova, PA 19085**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.627 7**

**Nonpriority creditor's name and mailing address**

**Ernest D**
**19951 Hiawatha Ct**
**Lakeville, MN 55044**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ☑ No ☐ Yes

**$20.00**

---

**3.627 8**

**Nonpriority creditor's name and mailing address**

**Ernest Harvey**
**2785 NW Raleigh St**
**Portland, OR 97210**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☑ No ☐ Yes

**$339.00**

---

**3.627 9**

**Nonpriority creditor's name and mailing address**

**Ernest Hyatt**
**10501 Watkins Rd Sw**
**Etna, OH 43062**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☑ No ☐ Yes

**$324.00**

---

**3.628 0**

**Nonpriority creditor's name and mailing address**

**Ernestina Alonso**
**1306 Holly Ave**
**Imperial Beach, CA 91932**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.628 1**

**Nonpriority creditor's name and mailing address**

**Ernesto Castillo**
**77 Wessix Ct**
**Daly City, CA 94015**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☑ No ☐ Yes

**$218.00**

---

**3.628 2**

**Nonpriority creditor's name and mailing address**

**Ernesto G**
**7771 Northwest 7th Street**
**611**
**Miami, FL 33126**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 3.628 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ernesto Z**
**1673 Mesquite Ct**
**Los Banos, CA 93635**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$49.00

---

| 3.628 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ernie B**
**3057 29th St Apt 4b**
**Astoria, NY 11102**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| 3.628 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ernie Buonocore**
**3057 29th St Apt 4b**
**Astoria, NY 11102**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

| 3.628 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Errikos A**
**6102 Waltway Dr**
**-**
**Houston, TX 77008**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

| 3.628 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Errikos Anagnostopoulos**
**6102 Waltway Dr**
**-**
**Houston, TX 77008**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$88.00

---

| 3.628 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Errol Chugg**
**272 Solomon Dr**
**Estes Park, CO 80517**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$105.00

---

| 3.628 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Erwin M**
**10413 Holbrook Dr**
**Potomac, MD 20854**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$36.00

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| 3.629 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$32.00** |
|---|---|---|---|

**Erwin Mercado**
**10413 Holbrook Dr**
**Potomac, MD 20854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.629 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2.00** |
|---|---|---|---|

**Eryn C**
**7496 Brunson Cir**
**Gainesville, VA 20155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.629 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$197.00** |
|---|---|---|---|

**Eryn Cropanese**
**7496 Brunson Cir**
**Gainesville, VA 20155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.629 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Estevan Gallegos**
**1750 N Kachina**
**Mesa, AZ 85203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.629 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$32.00** |
|---|---|---|---|

**Esther C**
**9074 Cambridge Cir**
**Vallejo, CA 94591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.629 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7.00** |
|---|---|---|---|

**Ethan B**
**140 E 81st St Apt 6a**
**New York, NY 10028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.629 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10.00** |
|---|---|---|---|

**Ethan B**
**316 Himrod St Apt 509**
**Brooklyn, NY 11237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|--------|------------------------------|--------------------------|--|
| | Name | | |

---

**3.629 7**

**Nonpriority creditor's name and mailing address**

**Ethan Bennett**
**817 S Darien St**
**Philadelphia, PA 19147**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,516.00

---

**3.629 8**

**Nonpriority creditor's name and mailing address**

**Ethan Borger**
**316 Himrod St Apt 509**
**Brooklyn, NY 11237**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$736.00

---

**3.629 9**

**Nonpriority creditor's name and mailing address**

**Ethan Fixell**
**59 Vine Road**
**Larchmont, NY 10538**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$526.00

---

**3.630 0**

**Nonpriority creditor's name and mailing address**

**Ethan Louie**
**233 E 70th St Apt 7s**
**New York, NY 10021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

**3.630 1**

**Nonpriority creditor's name and mailing address**

**Ethan Poli**
**1981 Arnold Ave**
**Costa Mesa, CA 92627**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$795.00

---

**3.630 2**

**Nonpriority creditor's name and mailing address**

**Ethan Sall**
**150 Hicks Rd**
**Nashville, TN 37221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$196.00

---

**3.630 3**

**Nonpriority creditor's name and mailing address**

**Ethan Sneider**
**7 Stuyvesant Oval Apt 9b**
**New York, NY 10009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$210.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
Name

| | |
|---|---|
| **3.630 4** | |

**Nonpriority creditor's name and mailing address**
**Ethan W**
**423 Lazy Creek Lane**
**Nashville, TN 37211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$70.00**

---

| |
|---|
| **3.630 5** |

**Nonpriority creditor's name and mailing address**
**Ethan Ward**
**423 Lazy Creek Lane**
**Nashville, TN 37211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$699.00**

---

| |
|---|
| **3.630 6** |

**Nonpriority creditor's name and mailing address**
**Euan Guttridge**
**3011 Smallman Street**
**Pittsburgh, PA 15201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$2,618.43**

---

| |
|---|
| **3.630 7** |

**Nonpriority creditor's name and mailing address**
**Eugene B**
**736 Brown Ave**
**Cookeville, TN 38501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| |
|---|
| **3.630 8** |

**Nonpriority creditor's name and mailing address**
**Eugene C**
**1536 Fox Hollow Circle**
**Mechanicsburg, PA 17055**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| |
|---|
| **3.630 9** |

**Nonpriority creditor's name and mailing address**
**Eugene Dmitriev**
**625 West 57th Street**
**Apt. 474**
**New York, NY 10019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$168.00**

---

| |
|---|
| **3.631 0** |

**Nonpriority creditor's name and mailing address**
**Eugene F**
**4007 Carousel Way**
**Chesapeake Beach, MD 20732**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$24.00**

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| **3.631**<br>**1** | **Nonpriority creditor's name and mailing address**<br>**Eugene Francis**<br>**4007 Carousel Way**<br>**Chesapeake Beach, MD 20732**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$278.00** |

| | | |
|---|---|---|
| **3.631**<br>**2** | **Nonpriority creditor's name and mailing address**<br>**Eugene K**<br>**1702 Avenue Z**<br>**Apt 4a**<br>**Brooklyn, NY 11235**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$75.00** |

| | | |
|---|---|---|
| **3.631**<br>**3** | **Nonpriority creditor's name and mailing address**<br>**Eugene Kofman**<br>**1702 Avenue Z**<br>**Apt 4a**<br>**Brooklyn, NY 11235**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$31.00** |

| | | |
|---|---|---|
| **3.631**<br>**4** | **Nonpriority creditor's name and mailing address**<br>**Eugene M**<br>**5 Frost Lane**<br>**Wading River, NY 11792**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$38.00** |

| | | |
|---|---|---|
| **3.631**<br>**5** | **Nonpriority creditor's name and mailing address**<br>**Eugene Mcgrath**<br>**5 Frost Lane**<br>**Wading River, NY 11792**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,288.00** |

| | | |
|---|---|---|
| **3.631**<br>**6** | **Nonpriority creditor's name and mailing address**<br>**Eugene Schneider**<br>**2216 Fallwood Way**<br>**Carmel, IN 46032**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| **3.631**<br>**7** | **Nonpriority creditor's name and mailing address**<br>**Eugene Sweeney**<br>**581 Devon Rd**<br>**Camp Hill, PA 17011**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$87.00** |

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

---

| 3.631 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Eugenio M**
**4705 Harriet Ave**
**Minneapolis, MN 55419**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._     **$27.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Eunsung L**
**1624 Via Mirada B**
**Fullerton, CA 92833**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._     **$495.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Eva Knoth**
**10805 Clermont Ave**
**Garrett Park, MD 20896**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._     **$182.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Eva Stark**
**2115 1st Ave Se Apt 2331**
**Cedar Rapids, IA 52402**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._     **$62.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Eva Wilson**
**6288 Cheyenne Ct**
**Parker, CO 80134**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._     **$275.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Evakwanna L**
**85-23 65th Road**
**Rego Park**
**Queens, NY 11374**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._     **$20.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Evakwanna Leung**
**85-23 65th Road**
**Rego Park**
**Queens, NY 11374**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._     **$380.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name                                          Case number *(if known)*   _____

| 3.632 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Evan August**
**2916 Hanover St**
**Dallas, TX 75225**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

**$632.00**

---

| 3.632 6 |

**Nonpriority creditor's name and mailing address**

**Evan B**
**1636 N Hermitage Ave**
**Chicago, IL 60622**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No  ☐ Yes

**$30.00**

---

| 3.632 7 |

**Nonpriority creditor's name and mailing address**

**Evan B**
**7212 Cherokee Dr**
**Prairie Village, KS 66208**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No  ☐ Yes

**$7.00**

---

| 3.632 8 |

**Nonpriority creditor's name and mailing address**

**Evan Batten**
**7212 Cherokee Dr**
**Prairie Village, KS 66208**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

**$55.00**

---

| 3.632 9 |

**Nonpriority creditor's name and mailing address**

**Evan Blaire**
**169 Park Rd**
**Fair Haven, NJ 07704**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

**$1,212.00**

---

| 3.633 0 |

**Nonpriority creditor's name and mailing address**

**Evan Branfman**
**Ameriprise**
**445 Broad Hollow Rd. Suite 120**
**Melville, NY 11747**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

**$3,615.00**

---

| 3.633 1 |

**Nonpriority creditor's name and mailing address**

**Evan Branfman**
**Ameriprise**
**445 Broad Hollow Rd. Suite 120**
**Melville, NY 11747**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No  ☐ Yes

**$3,517.66**

---

Debtor    **Phoeno Wine Company, Inc.**

Name    Case number *(if known)* _____

---

**3.633 2**

**Nonpriority creditor's name and mailing address**

**Evan Goldman**
**803 Mayflower Ct**
**Middletown, NJ 07748**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$42.00

---

**3.633 3**

**Nonpriority creditor's name and mailing address**

**Evan Howland**
**55 Hoff Road**
**Santa Rosa, CA 95409**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$167.00

---

**3.633 4**

**Nonpriority creditor's name and mailing address**

**Evan J**
**1064 Palms Blvd**
**Venice, CA 90291**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

**3.633 5**

**Nonpriority creditor's name and mailing address**

**Evan J**
**1817 Treehouse Ln**
**Plano, TX 75023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$223.00

---

**3.633 6**

**Nonpriority creditor's name and mailing address**

**Evan K**
**22809 Upper Dorre Don Way Se**
**Maple Valley, WA 98038**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

**3.633 7**

**Nonpriority creditor's name and mailing address**

**Evan Kapitz**
**260 Lord St Unit 309**
**Brookfield, WI 53045**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$87.00

---

**3.633 8**

**Nonpriority creditor's name and mailing address**

**Evan M**
**7105 Oakland Dr**
**Portage, MI 49024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

**3.6339**

**Nonpriority creditor's name and mailing address**

**Evan May**
**7105 Oakland Dr**
**Portage, MI 49024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$2,376.00

---

**3.6340**

**Nonpriority creditor's name and mailing address**

**Evan Michael**
**346 Hauser Blvd Apt 122**
**Los Angeles, CA 90036**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$4,850.00

---

**3.6341**

**Nonpriority creditor's name and mailing address**

**Evan Park**
**700 Canal St Ste 12b,**
**2nd Fl**
**Stamford, CT 06902**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$515.00

---

**3.6342**

**Nonpriority creditor's name and mailing address**

**Evan Party**
**1926 Ne 62nd Ave**
**Portland, OR 97213**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$89.84

---

**3.6343**

**Nonpriority creditor's name and mailing address**

**Evan Pine**
**4444 Island Road**
**Miami, FL 33137**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$9,034.00

---

**3.6344**

**Nonpriority creditor's name and mailing address**

**Evan Rutter**
**15 Venning Ct**
**Greenville, SC 29609**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$88.02

---

**3.6345**

**Nonpriority creditor's name and mailing address**

**Evan S**
**140 West End Ave. Apt. 14k**
**New York, NY 10023**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$741.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

---

| 3.634 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$95.00** |
|---|---|---|---|

**Evan Singleton**
6639 Depew Ct
Arvada, CO 80003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$29.00** |
|---|---|---|---|

**Evan Stockdale**
1324 Kaweah Ave
Clovis, CA 93619

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$15.00** |
|---|---|---|---|

**Evan Venable**
2516 Gates Cir
Apt 37
Baton Rouge, LA 70809

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$151.00** |
|---|---|---|---|

**Evan Zoldessy**
243 Tresser Blvd
Stamford, CT 06901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$278.00** |
|---|---|---|---|

**Evans Mokube**
5307 Eton Ct
Cumming, GA 30040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$161,392.00** |
|---|---|---|---|

**Eve Mongiardo**
7 Pelham Ave
Port Washington, NY 11050

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$79.00** |
|---|---|---|---|

**Evelyn Chang**
3376 La Mesa Dr Apt 5
San Carlos, CA 94070

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
         Name                                         Case number (if known) _____

| 3.635 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |

**Evelyn K**
**19754 Oak Flat Rd Unit A**
**Hidden Valley Lake, CA 95467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$198.00** |

**Evelyn Shaffer**
**32 W Mira Monte Ave**
**Sierra Madre, CA 91024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10.00** |

**Evelyn V**
**304 Summerwinds Lane**
**Jupiter, FL 33458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$487.00** |

**Evelynn Mcguinness**
**23501 W Avenue D**
**Lancaster, CA 93536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$70.00** |

**Everett C**
**6220 Norm Dr**
**Anchorage, AK 99507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$599.00** |

**Everett Collins**
**6220 Norm Dr**
**Anchorage, AK 99507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$57.00** |

**Evert M**
**8301 Kip Ct**
**Anchorage, AK 99507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| **3.636 0** | |

**Nonpriority creditor's name and mailing address**

**Evert Mcdowell**
**8301 Kip Ct**
**Anchorage, AK 99507**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$5,516.00**

---

| | |
|---|---|
| **3.636 1** | |

**Nonpriority creditor's name and mailing address**

**Evgenia Popravka**
**2525 Welsh Rd N2**
**Philadelphia, PA 19114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$348.00**

---

| | |
|---|---|
| **3.636 2** | |

**Nonpriority creditor's name and mailing address**

**Evgenii P**
**36 Woodlot Dr**
**Milton, MA 02186**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$33.00**

---

| | |
|---|---|
| **3.636 3** | |

**Nonpriority creditor's name and mailing address**

**Ewa Kutarnia**
**11502 Village Brook Dr**
**Apt 226**
**Cincinnati, OH 45249**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$188.00**

---

| | |
|---|---|
| **3.636 4** | |

**Nonpriority creditor's name and mailing address**

**Eydie Lopez**
**9080 SW Roccia Way**
**Port Saint Lucie, FL 34987**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$522.00**

---

| | |
|---|---|
| **3.636 5** | |

**Nonpriority creditor's name and mailing address**

**Ezekiel R**
**7 Crestview Drive**
**San Rafael, CA 94903**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| | |
|---|---|
| **3.636 6** | |

**Nonpriority creditor's name and mailing address**

**F D**
**217 Sycamore Ridge Dr**
**Springdale, PA 15144**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.636 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21.70** |
| **F1040493b9f7485db0eb3abedd0916ca** | ☐ Contingent | |
| **682 Jennie Ct.** | ☐ Unliquidated | |
| **Lafayette, CA 94549** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.636 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
| **Fabian Damm** | ☐ Contingent | |
| **5440 Leary Ave NW Unit 509** | ☐ Unliquidated | |
| **Seattle, WA 98107** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.636 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22.60** |
| **Fabian W** | ☐ Contingent | |
| **13848 Sw 52nd St** | ☐ Unliquidated | |
| **Miramar, FL 33027** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.637 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$82.00** |
| **Fabian Williams** | ☐ Contingent | |
| **13848 Sw 52nd St** | ☐ Unliquidated | |
| **Miramar, FL 33027** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.637 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,115.00** |
| **Fabiana Acosta** | ☐ Contingent | |
| **4267 Llano Ave** | ☐ Unliquidated | |
| **Santa Barbara, CA 93110** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.637 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,044.52** |
| **Fabianacosta** | ☐ Contingent | |
| **Av. Bolivar** | ☐ Unliquidated | |
| **Armenia, AK 12345** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.637 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$529.00** |
| **Fabiano Teixeira** | ☐ Contingent | |
| **156 Canfield Dr** | ☐ Unliquidated | |
| **Stamford, CT 06902** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

---

| 3.637 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Fabio F**
**4913 Del Rio Trail**
**Wichita Falls, TX 76310**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.637 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Fabio Felappi**
**4913 Del Rio Trail**
**Wichita Falls, TX 76310**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

| 3.637 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Fabio Storelli**
**12505 Dormouse Rd**
**St101**
**San Diego, CA 92129**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$233.00**

---

| 3.637 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Fady Charbel**
**30705 Elk Ln # 772326**
**Steamboat Springs, CO 80487**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.637 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Faith M**
**14 Dragonfly**
**Irvine, CA 92604**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.637 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Faith Milot**
**300 High Gables Dr**
**104**
**Gaithersburg, MD 20878**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$311.00**

---

| 3.638 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Faith Neff**
**712 N Section**
**Hannibal, MO 63401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known)   _____

Name

---

| 3.638 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$90.00** |

**Faith Slan**
**14409 Ingleside Ave**
**Dolton, IL 60419**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.638 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,738.00** |

**Fajwel Becher**
**2308 Conti St**
**New Orleans, LA 70119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.638 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45.00** |

**Fan Li**
**71 Lexington Gdns**
**North Haven, CT 06473**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.638 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |

**Farah C**
**795 Owens Lake Road**
**Alpharetta, GA 30004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.638 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$416.00** |

**Farah Samarrai**
**926 E 42nd St**
**Erie, PA 16504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.638 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$179.00** |

**Farzad Khosrowpour**
**19606 Mallard Pond Tr**
**Pflugerville, TX 78660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.638 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$516.00** |

**Farzana Razak**
**31-60 36th Street**
**2f**
**Astoria, NY 11106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.6388**

**Nonpriority creditor's name and mailing address**

**Fatih Orhan**
**9605 Sotweed Dr**
**Potomac, MD 20854**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$69.00

---

**3.6389**

**Nonpriority creditor's name and mailing address**

**Fatima Adassi**
**628 W Chapman Ave**
**Placentia, CA 92870**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$114.00

---

**3.6390**

**Nonpriority creditor's name and mailing address**

**Fausto Andrade**
**16720 Sw 82nd Ct**
**Palmetto Bay, FL 33157**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$30.00

---

**3.6391**

**Nonpriority creditor's name and mailing address**

**Faustyn Langowski**
**14715 Leighwood Creek Ln**
**Humble, TX 77396**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$474.00

---

**3.6392**

**Nonpriority creditor's name and mailing address**

**Fawn Marshall**
**768 Chateaus Dr**
**Coppell, TX 75019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$108.00

---

**3.6393**

**Nonpriority creditor's name and mailing address**

**Faye Ocomen**
**924 Fulton St Apt 302**
**San Francisco, CA 94117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$105.00

---

**3.6394**

**Nonpriority creditor's name and mailing address**

**Faye White**
**12225 Pine Valley Club Dr**
**Charlotte, NC 28277**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 3.639 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |
| **Federico Arreola**<br>**5630 Fairway Dr**<br>**Shorewood, MN 55331** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.639 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7.00** |
| **Federico R**<br>**37804 Niles Blvd**<br>**Fremont, CA 94536** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Customers - Deferred Credit** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.639 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.01** |
| **Felicia Kassoff**<br>**5-11 47th Avenue**<br>**#12m**<br>**Long Island City, NY 01110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Customers - Deferred Credit** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.639 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24.00** |
| **Felipe Deoliveira**<br>**222 E Liberty St**<br>**Wauconda, IL 60084** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.639 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77.00** |
| **Felipe M**<br>**1723 Leilani Dr**<br>**Houston, TX 77055** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Customers - Deferred Credit** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.640 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$122.00** |
| **Felipe Medeiros**<br>**11224 Conley Cove Ct**<br>**Raleigh, NC 27613** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.640 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52.00** |
| **Felipe Millasantos**<br>**311 W 50th St Apt 7d**<br>**New York, NY 10019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

---

**3.640 2**

**Nonpriority creditor's name and mailing address**

**Felix Canestri**
**3150 Woodward Ave**
**Apt 408**
**Detroit, MI 48101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.640 3**

**Nonpriority creditor's name and mailing address**

**Felix L**
**1541 Brickell Ave Apt 607**
**Miami, FL 33129**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$8.00**

---

**3.640 4**

**Nonpriority creditor's name and mailing address**

**Felix L**
**62 Ardsley Ave W**
**Irvington, NY 10533**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$37.00**

---

**3.640 5**

**Nonpriority creditor's name and mailing address**

**Felix Leander**
**1541 Brickell Ave Apt 607**
**Miami, FL 33129**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$174.00**

---

**3.640 6**

**Nonpriority creditor's name and mailing address**

**Felix M**
**114 Admiralty Loop**
**Staten Island, NY 10309**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$2,252.00**

---

**3.640 7**

**Nonpriority creditor's name and mailing address**

**Felix Vialva**
**1010 La Quinta Dr**
**Webster, NY 14580**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.640 8**

**Nonpriority creditor's name and mailing address**

**Fen C**
**4 Hillcrest Road**
**Belvedere Tiburon, CA 94920**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____     Case number *(if known)* _____
Name

| 3.640 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ferdinand Gentile**
**50 Wickapecko Dr**
**Interlaken, NJ 07712**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$35.00

---

| 3.641 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ferial M**
**2345 Watermarke Pl**
**Irvine, CA 92612**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

| 3.641 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Fernando Almenas**
**34 Tamarac Dr**
**Glastonbury, CT 06033**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,139.00

---

| 3.641 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Fernando Altschul**
**14020 Captains Row Apt 302**
**Marina Del Rey, CA 90292**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$903.00

---

| 3.641 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Fernando Cacacho**
**2242 Garnet Dr**
**Vallejo, CA 94591**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$58.00

---

| 3.641 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Fernando Delatorrejr**
**711 N Westridge Dr**
**Wichita, KS 67203**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.641 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Fernando Ferro**
**89 Brewster Rd**
**West Hartford, CT 06117**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$135.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
Name

---

**3.641 6**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$5.00** |
| **Fernando R**<br>**8650 Sw 133 Ave Rd**<br>**Apt 406**<br>**Miami, FL 33183** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.641 7**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$4,589.00** |
| **Fernando Ramos**<br>**9408 89th Ave # 1**<br>**Woodhaven, NY 11421** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.641 8**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$112.00** |
| **Fernando Trujillo**<br>**2994 Corte Hermosa**<br>**Newport Beach, CA 92660** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.641 9**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$32.00** |
| **Fernandoj. I**<br>**5641 Pine Tree Dr**<br>**Miami Beach, FL 33140** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.642 0**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$0.00** |
| **Filipa Dasilva**<br>**334 Woodland Cir**<br>**Ludlow, MA 01056** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.642 1**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$19.00** |
| **Fiona Wass**<br>**3222 Warder Street NW**<br>**Unit 6**<br>**Washington, DC 20010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.642 2**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$263.00** |
| **Fiona Winterman**<br>**4638 Devon**<br>**Houston, TX 77027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

Debtor   **Phoeno Wine Company, Inc.**                          Case number *(if known)* _____
   Name

---

**3.642
3**

**Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$280.00**

**Fitzgerald Karen**
**6236 Genoa Rd**
**Fort Worth, TX 76116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.642
4**

**Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Flav Anderson**
**15745 Sw 77th Ct**
**Palmetto Bay, FL 33157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.642
5**

**Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$698.00**

**Flavio Chuahy**
**12357 Chirping Bird Ln**
**Knoxville, TN 37932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.642
6**

**Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57.00**

**Flavio Dumaine**
**11417 North Bayshore Drive**
**North Miami, FL 33181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.642
7**

**Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$961.00**

**Flavio Fenley**
**3865 Gilman Ave W**
**Seattle, WA 98199**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.642
8**

**Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47.00**

**Flavio G**
**400 Sunny Isles Blvd Apt 1404**
**Sunny Isles Beach, FL 33160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.642
9**

**Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00**

**Flavio Martinez**
**15051 N 91st Way**
**Scottsdale, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.643 0 | **Nonpriority creditor's name and mailing address** <br><br> **Floe S** <br> **4915 Lakewood Rd Ste B** <br> **Stanwood, WA 98292** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  **Customers - Deferred Credit** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$8.00** |

| | | |
|---|---|---|
| 3.643 1 | **Nonpriority creditor's name and mailing address** <br><br> **Flor Strag** <br> **9148 Marion Oaks Dr** <br> **Charlotte, NC 28215** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  **Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.643 2 | **Nonpriority creditor's name and mailing address** <br><br> **Flora L** <br> **17802 Via Roma** <br> **Yorba Linda, CA 92886** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  **Customers - Deferred Credit** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$50.00** |

| | | |
|---|---|---|
| 3.643 3 | **Nonpriority creditor's name and mailing address** <br><br> **Florencio Beltran** <br> **4990 Indiana Pt** <br> **Alanson, MI 49706** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  **Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.643 4 | **Nonpriority creditor's name and mailing address** <br><br> **Florian A** <br> **7205 Mossy Creek Ln** <br> **Hanahan, SC 29410** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  **Customers - Deferred Credit** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$15.00** |

| | | |
|---|---|---|
| 3.643 5 | **Nonpriority creditor's name and mailing address** <br><br> **Florian Auckenthaler** <br> **7205 Mossy Creek Ln** <br> **Hanahan, SC 29410** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  **Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$1,526.00** |

| | | |
|---|---|---|
| 3.643 6 | **Nonpriority creditor's name and mailing address** <br><br> **Florian G 18933** <br> **Apt 6** <br> **411 Pierce Street** <br> **San Francisco, CA 94117** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  **Customers - Deferred Credit** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$2,457.28** |

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
Name

| 3.643<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$238.00** |
|---|---|---|---|

**Florian Ghinga**
**1231 W Bagley Rd**
**Berea, OH 44017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.643<br>8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29.00** |
|---|---|---|---|

**Florian Gruenke**
**691 Rogers Ave**
**Brooklyn, NY 11226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.643<br>9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$233.00** |
|---|---|---|---|

**Flornt Peyre**
**567 The Parkway**
**Mamaroneck, NY 10543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644<br>0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,360.00** |
|---|---|---|---|

**Ford Seeman**
**1577 Woodwind Ct**
**Fort Myers, FL 33919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644<br>1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
|---|---|---|---|

**Forest W**
**5316 Field Pointe Drive**
**Spring Grove, PA 17362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644<br>2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |
|---|---|---|---|

**Forrest B**
**285 Brainerd Street**
**South Hadley, MA 01075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,852.00** |
|---|---|---|---|

**Forrest Blount**
**5801 Bagshotte Dr**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                          Case number *(if known)* _____
          Name

---

| 3.644 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,073.00** |

**Forrest Bowlick**
**285 Brainerd Street**
**South Hadley, MA 01075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$62.00** |

**Foster Taciak**
**4100 N Charles St Frnt Desk**
**Baltimore, MD 21218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**Fouad El-Nemr**
**135 Seaport Blvd Apt 1709**
**#NAME?**
**Boston, MA 02210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18.00** |

**Fowler C**
**1421 Harrill St**
**Charlotte, NC 28205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$26.00** |

**Fran E**
**10461 Springvale Meadow Lane**
**Great Falls, VA 22066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$412.00** |

**Fran Exley**
**10461 Springvale Meadow Lane**
**Great Falls, VA 22066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$162.00** |

**Fran Holling**
**571 Englewood Ln**
**Castroville, TX 78009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                              Case number _(if known)_  _____

| 3.645<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$10.00** |
|---|---|---|---|

**Fran M**
**1229 East 16th St**
**Ashtabula, OH 44004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$44.00** |
|---|---|---|---|

**Fran W**
**3395 Ghost Dance Dr**
**Castle Rock, CO 80108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$570.00** |
|---|---|---|---|

**Fran Whitney**
**3395 Ghost Dance Dr**
**Castle Rock, CO 80108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$300.00** |
|---|---|---|---|

**Frances Baker**
**2354 Windy Run**
**Manakin Sabot, VA 23103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$1,171.50** |
|---|---|---|---|

**Frances Deleon**
**10212 Santa Clara Ave**
**Cupertino, CA 95014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$336.00** |
|---|---|---|---|

**Frances Powell**
**33 Tarrytown Rd**
**Powell Accessories**
**White Plains, NY 10607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$13.00** |
|---|---|---|---|

**Francesca H**
**16 Paine St Unit 1**
**Winthrop, MA 02152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 3.645 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**Francie H**
4193 Sudbrook Sq. W
New Albany, OH 43054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$264.00** |

**Francine Shore**
140 Mary Way
Los Gatos, CA 95032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |

**Francis C**
140 Hepburn Rf
Apt12m
Clifton, NJ 07015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$165.00** |

**Francis Carlevatti**
1614 Hamilton St
Charlotte, NC 28206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,401.00** |

**Francis Hye**
9110 Trivoli Terrace,
Esplanade Golf & Country Club
Naples, FL 34119

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |

**Francis Lanni**
3017 Littlebuty Park Dr
Thompsons Station, TN 37179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$292.00** |

**Francis Massimo**
3 Collins Ave
Deer Park, NY 11729

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

---

**3.646 5**

**Nonpriority creditor's name and mailing address**

**Francis Mootz**
**3017 Bedford Falls Way**
**Sacramento, CA 95818**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$8,919.00**

---

**3.646 6**

**Nonpriority creditor's name and mailing address**

**Francisco Albornoz**
**3520 Bee Caves Rd Ste 200**
**West Lake Hills, TX 78746**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$33.00**

---

**3.646 7**

**Nonpriority creditor's name and mailing address**

**Francisco Farias**
**978 Santa Florencia**
**Solana Beach, CA 92075**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$590.00**

---

**3.646 8**

**Nonpriority creditor's name and mailing address**

**Francisco G**
**25 Sierra St E211**
**San Francisco, CA 94107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

**3.646 9**

**Nonpriority creditor's name and mailing address**

**Francisco Gutierrez**
**25 Sierra St E211**
**San Francisco, CA 94107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$742.00**

---

**3.647 0**

**Nonpriority creditor's name and mailing address**

**Francisco H**
**22 Harold Ct**
**Napa, CA 94558**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$26.00**

---

**3.647 1**

**Nonpriority creditor's name and mailing address**

**Francisco Martinez**
**180 Island Dr**
**Key Biscayne, FL 33149**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 3.647 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Francisco Moreno**
**16465 Harms Way**
**Piney Point, MD 20674**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| 3.647 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Francisco V**
**82 Gables Boulevard**
**Weston, FL 33326**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

$5.00

---

| 3.647 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Francisco Vila**
**82 Gables Boulevard**
**Weston, FL 33326**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$373.00

---

| 3.647 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Franciskulaga**
**1177 California St Apt 1110**
**San Francisco, CA 94108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

$862.00

---

| 3.647 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Franco Carapellotti**
**165 Franciscan Sq**
**Steubenville, OH 43952**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$262.00

---

| 3.647 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Franco Diduca**
**11 Aleda St**
**Framingham, MA 01701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$2,803.00

---

| 3.647 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Francois G**
**1505 Main Street**
**St Helena, CA 94574**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

$13.12

---

Debtor    **Phoeno Wine Company, Inc.**
_____     Case number _(if known)_ _____
          Name

| 3.647<br>9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $23.00 |
|---|---|---|---|

**Francoise Rundall**
**275 Bradyville Pike**
**Readyville, TN 37149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648<br>0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $95.00 |
|---|---|---|---|

**Frank Acosta**
**1058 Chatham Ct**
**Thousand Oaks, CA 91360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648<br>1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $156.00 |
|---|---|---|---|

**Frank Bassetti**
**1008 Almont Pl**
**Midland, TX 79705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648<br>2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $45.00 |
|---|---|---|---|

**Frank Betro**
**125 Orchard Dr**
**Gardiner, NY 12525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $214.00 |
|---|---|---|---|

**Frank Breazeale**
**2819 Evergreen Cliff Trl**
**Kingwood, TX 77345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $5,440.00 |
|---|---|---|---|

**Frank Bressler**
**104 Reids Way**
**Cleves, OH 45002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $75.00 |
|---|---|---|---|

**Frank C**
**22 Glenbrook Rd**
**Morris Plains, NJ 07950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
　　　　　 Name                                                    Case number *(if known)*

---

**3.648 6**

**Nonpriority creditor's name and mailing address**

**Frank C**
**2612 Montana Ave #2**
**Santa Monica, CA 90403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

**3.648 7**

**Nonpriority creditor's name and mailing address**

**Frank Cacciabeve**
**22 Glenbrook Rd**
**Morris Plains, NJ 07950**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$31.00

---

**3.648 8**

**Nonpriority creditor's name and mailing address**

**Frank Campolo**
**1 Fielding Lane**
**Hampton, NH 03842**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$168.00

---

**3.648 9**

**Nonpriority creditor's name and mailing address**

**Frank Caputo**
**460 Court St**
**Brooklyn, NY 11231**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.649 0**

**Nonpriority creditor's name and mailing address**

**Frank Carr**
**38 Trailhead Ln**
**Tarrytown, NY 10591**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$28.00

---

**3.649 1**

**Nonpriority creditor's name and mailing address**

**Frank Colaizzi**
**742 Shelby Ln**
**River Vale, NJ 07675**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$5,074.00

---

**3.649 2**

**Nonpriority creditor's name and mailing address**

**Frank F**
**55 Knox Ln**
**Manalapan, NJ 07726**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**   Case number (if known) _____

---

**3.649
3**

**Nonpriority creditor's name and mailing address**

**Frank Finch
4628 Ruiz St
Austin, TX 78723**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,685.00**

---

**3.649
4**

**Nonpriority creditor's name and mailing address**

**Frank Fombutu
154 Waterlace Way
Fayetteville, GA 30215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.649
5**

**Nonpriority creditor's name and mailing address**

**Frank G
235 New Ballard Rd
Piperton, TN 38017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.649
6**

**Nonpriority creditor's name and mailing address**

**Frank G
2510 N Laramie Ave
Chicago, IL 60639**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$27.00**

---

**3.649
7**

**Nonpriority creditor's name and mailing address**

**Frank G
933 6th Ave
New Brighton, PA 15066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$51.00**

---

**3.649
8**

**Nonpriority creditor's name and mailing address**

**Frank Gill
5820 Fallsview Lane
Dallas, TX 75252**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.649
9**

**Nonpriority creditor's name and mailing address**

**Frank Greco
933 6th Ave
New Brighton, PA 15066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$137.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                                     Case number *(if known)* _____

---

| 3.650 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Frank Guzik**
**235 New Ballard Rd**
**Piperton, TN 38017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$231.00

---

| 3.650 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Frank Harris**
**222 Sweet Hill Rd**
**Richmond Hill, GA 31324**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$2,574.00

---

| 3.650 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Frank Harris**
**5412 Pioneer Park Blvd Ste E**
**Ccb1304**
**Tampa, FL 33634**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$549.00

---

| 3.650 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Frank Igo**
**459 Woodlawn Ave**
**Webster Groves, MO 63119**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$28.00

---

| 3.650 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Frank J**
**2 Old County Road**
**Veazie, ME 04401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$231.00

---

| 3.650 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Frank Jemison**
**290 Cherry Cir E**
**Memphis, TN 38117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$620.00

---

| 3.650 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Frank K**
**1100 Johnson Ferry Rd Ste 500**
**Marietta, GA 30068**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$28.00

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

**3.6507**

**Nonpriority creditor's name and mailing address**

**Frank K**
**1710 Woodland Park Dr**
**Houston, TX 77077**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.6508**

**Nonpriority creditor's name and mailing address**

**Frank K**
**44580 S Heritage Palms Dr**
**Indio, CA 92201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.6509**

**Nonpriority creditor's name and mailing address**

**Frank King**
**1100 Johnson Ferry Rd Ste 500**
**Marietta, GA 30068**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$342.00**

---

**3.6510**

**Nonpriority creditor's name and mailing address**

**Frank Krecow**
**1710 Woodland Park Dr**
**Houston, TX 77077**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$377.00**

---

**3.6511**

**Nonpriority creditor's name and mailing address**

**Frank L**
**804 Duncardine Way**
**Sunnyvale, CA 94087**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.6512**

**Nonpriority creditor's name and mailing address**

**Frank Lavu**
**1938 Limewood Dr**
**San Jose, CA 95132**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.6513**

**Nonpriority creditor's name and mailing address**

**Frank Lin**
**804 Duncardine Way**
**Sunnyvale, CA 94087**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$308.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_    _____
Name

---

| 3.651 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$185.00** |
| **Frank Lin** | ☐ Contingent | |
| **804 Duncardine Way** | ☐ Unliquidated | |
| **Sunnyvale, CA 94087** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** **Customer** | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.651 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
| **Frank Lindsay** | ☐ Contingent | |
| **1190 King St # 272** | ☐ Unliquidated | |
| **Yachats, OR 97498** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** **Customer** | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.651 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$1,684.00** |
| **Frank Lobascio** | ☐ Contingent | |
| **616 Kings Croft** | ☐ Unliquidated | |
| **Cherry Hill, NJ 08034** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** **Customer** | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.651 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$323.00** |
| **Frank M** | ☐ Contingent | |
| **1616 N 74th Ave** | ☐ Unliquidated | |
| **Elmwood Park, IL 60707** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** **Customer** | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.651 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$11.00** |
| **Frank M** | ☐ Contingent | |
| **2301 W Loop 340** | ☐ Unliquidated | |
| **Waco, TX 76712** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** **Customers - Deferred Credit** | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.651 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$30.00** |
| **Frank M** | ☐ Contingent | |
| **2500 State Road 44 Unit 1337** | ☐ Unliquidated | |
| **New Smyrna Beach, FL 32168** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** **Customers - Deferred Credit** | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.652 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$28.00** |
| **Frank Mateo** | ☐ Contingent | |
| **200 W Kingsbridge Rd Apt 7n** | ☐ Unliquidated | |
| **Bronx, NY 10463** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** **Customer** | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**

Case number *(if known)* _____
_____
Name

---

**3.652 1**

**Nonpriority creditor's name and mailing address**

**Frank Monte**
**5000 N Ocean Blvd Apt 504**
**Lauderdale By The Sea, FL 33308**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,322.00**

---

**3.652 2**

**Nonpriority creditor's name and mailing address**

**Frank Murphey**
**2500 State Road 44 Unit 1337**
**New Smyrna Beach, FL 32168**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$74.00**

---

**3.652 3**

**Nonpriority creditor's name and mailing address**

**Frank Nemec**
**5275 Woodstock Way**
**San Jose, CA 95118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$612.00**

---

**3.652 4**

**Nonpriority creditor's name and mailing address**

**Frank Nemec**
**5275 Woodstock Way**
**San Jose, CA 95118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$45.01**

---

**3.652 5**

**Nonpriority creditor's name and mailing address**

**Frank Nocito**
**330 E 38th St Apt 55i**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$12,883.00**

---

**3.652 6**

**Nonpriority creditor's name and mailing address**

**Frank Palermo**
**312 Alpine Circle**
**River Vale, NJ 07675**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$94.00**

---

**3.652 7**

**Nonpriority creditor's name and mailing address**

**Frank Policastro**
**6328 Barsky Ct**
**Fairfax Station, VA 22039**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$372.00**

---

Debtor **Phoeno Wine Company, Inc.**
   Name

Case number *(if known)* _____

---

**3.652 8**

**Nonpriority creditor's name and mailing address**

**Frank Prattini**
**521 Ontario Ave**
**Bogalusa, LA 70427**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☐ No ☐ Yes

**$3,389.00**

---

**3.652 9**

**Nonpriority creditor's name and mailing address**

**Frank R**
**137  Middleville Road**
**Northport, NY 11768**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.653 0**

**Nonpriority creditor's name and mailing address**

**Frank R**
**303 East 3rd Street**
**Rochester, MI 48307**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.653 1**

**Nonpriority creditor's name and mailing address**

**Frank R**
**610 Madison St Ste 101**
**Alexandria, VA 22314**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$13.00**

---

**3.653 2**

**Nonpriority creditor's name and mailing address**

**Frank R**
**751 Backhusestate Road**
**Glen Gardner, NJ 08826**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.653 3**

**Nonpriority creditor's name and mailing address**

**Frank Ranallo**
**751 Backhusestate Road**
**Glen Gardner, NJ 08826**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,160.00**

---

**3.653 4**

**Nonpriority creditor's name and mailing address**

**Frank Rivers**
**7024 Interurban Blvd**
**Snohomish, WA 98296**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$84.00**

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

**3.653
5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$156.00** |
|---|---|---|

**Frank Ruhl**
**420 E 2nd Ave Apt C**
**North Wildwood, NJ 08260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.653
6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
|---|---|---|

**Frank S**
**2 Edward St**
**Wilbraham, MA 01095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.653
7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,751.00** |
|---|---|---|

**Frank Seeling**
**505 Rosewood Dr**
**Metairie, LA 70001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.653
8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$64.00** |
|---|---|---|

**Frank Talafous**
**218 Pennberthy Pl NE**
**Massillon, OH 44646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.653
9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|

**Frank V**
**443 Dennison Dr.**
**West Mifflin, PA 15122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.654
0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|

**Frank V**
**450 Whiskey Hill Rd**
**Woodside, CA 94062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.654
1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70.00** |
|---|---|---|

**Frank W**
**21908 N Lang Lane**
**Chattaroy, WA 99003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*
_____

---

| 3.654 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Frank Yang**
**6740 Lizardfish Way**
**Newark, CA 94560**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No  ☐ Yes

$36.00

---

| 3.654 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Frank Yang**
**6740 Lizardfish Way**
**Newark, CA 94560**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No  ☐ Yes

$835.13

---

| 3.654 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Frank Zhen**
**1906 W Garvey Ave S Ste 200**
**West Covina, CA 91790**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No  ☐ Yes

$382.00

---

| 3.654 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Frankfurt Asher**
**946 S Fulton St**
**Aurora, CO 80247**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No  ☐ Yes

$78.00

---

| 3.654 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Frankie H**
**600 Jefferson St**
**Suite 200**
**Lafayette, LA 70501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

| 3.654 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Franklin Hawkes**
**7 Holihilton Rd**
**Ellicottville, NY 14731**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No  ☐ Yes

$258.00

---

| 3.654 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Franklin Knight**
**4901 Northside Dr**
**Atlanta, GA 30327**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No  ☐ Yes

$64.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number _(if known)_   _____

Name

---

| 3.654 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$50.00** |
|---|---|---|---|

**Franklin P**
**9205 Sw Tawakoni Rd.**
**Augusta, KS 67010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$60.01** |
|---|---|---|---|

**Franklin Tyson**
**57 Ray Street**
**Waterbury, CT 06708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$9.00** |
|---|---|---|---|

**Frankpeter C**
**51 Frances Blvd**
**Holtsville, NY 11742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,016.00** |
|---|---|---|---|

**Frankpeter Chuberko**
**51 Frances Blvd**
**Holtsville, NY 11742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$10.00** |
|---|---|---|---|

**Fray D**
**164 Indigo Loop**
**Miramar Beach, FL 32550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Fray Doyle**
**164 Indigo Loop**
**Miramar Beach, FL 32550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$8,219.26** |
|---|---|---|---|

**Frazierb**
**650 N. Rose Dr, Box 518**
**Placentia, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.655<br>6 | **Nonpriority creditor's name and mailing address**<br>**Fred Ammons**<br>**2040 Peach Grove Lane**<br>**Zebulon, NC 27597**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,389.00** |

| 3.655<br>7 | **Nonpriority creditor's name and mailing address**<br>**Fred Bigelow**<br>**3955 Bigelow Blvd Apt 1002**<br>**Pittsburgh, PA 15213**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$50.00** |

| 3.655<br>8 | **Nonpriority creditor's name and mailing address**<br>**Fred Chan**<br>**2577 Heathway Dr**<br>**Florence, SC 29501**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,364.00** |

| 3.655<br>9 | **Nonpriority creditor's name and mailing address**<br>**Fred H**<br>**52 Schooner Bay Rd**<br>**Tavernier, FL 33070**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$15.00** |

| 3.656<br>0 | **Nonpriority creditor's name and mailing address**<br>**Fred Hill**<br>**438 Highway 35 N Apt 5201**<br>**Mantoloking, NJ 08738**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,620.00** |

| 3.656<br>1 | **Nonpriority creditor's name and mailing address**<br>**Fred Hill**<br>**8704 Springvale Dr**<br>**Lutherville, MD 21093**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$60.00** |

| 3.656<br>2 | **Nonpriority creditor's name and mailing address**<br>**Fred Noyes**<br>**621 Flamingo Dr**<br>**Apollo Beach, FL 33572**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$242.00** |

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 3.656 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$853.00** |
| **Fred P** | ☐ Contingent | |
| **1747 Pennsylvania Ave Nw Ste 1000** | ☐ Unliquidated | |
| **Washington, DC 20006** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.656 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$96.00** |
| **Fred Ross** | ☐ Contingent | |
| **4411 N.47th. Place** | ☐ Unliquidated | |
| **Phoenix, AZ 85018** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.656 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$713.00** |
| **Fred Speno** | ☐ Contingent | |
| **12831 Daylight Dr. Apt. ,3101** | ☐ Unliquidated | |
| **3103** | ☐ Disputed | |
| **St.Louis, MO 63131** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.656 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |
| **Fred V** | ☐ Contingent | |
| **8934 River Rd** | ☐ Unliquidated | |
| **Columbus, GA 31904** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.656 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56.00** |
| **Fred Wilmot** | ☐ Contingent | |
| **14378 Cypress Island Cir** | ☐ Unliquidated | |
| **West Palm Beach, FL 33410** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.656 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4.00** |
| **Freddy G** | ☐ Contingent | |
| **109 Lefferts Lane** | ☐ Unliquidated | |
| **0** | ☐ Disputed | |
| **Clark, NJ 07066** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.656 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$279.00** |
| **Freddy Gallo** | ☐ Contingent | |
| **109 Lefferts Lane** | ☐ Unliquidated | |
| **0** | ☐ Disputed | |
| **Clark, NJ 07066** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)* _____

---

**3.657 0**

**Nonpriority creditor's name and mailing address**

**Frederic B**
**7 Devonwood Rd**
**Wayne, PA 19087**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.657 1**

**Nonpriority creditor's name and mailing address**

**Frederic Cloutier**
**6301 Franklin Crest Dr**
**El Paso, TX 79912**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

**$108.00**

---

**3.657 2**

**Nonpriority creditor's name and mailing address**

**Frederick G**
**918 Cascade Rdg**
**Katy, TX 77494**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$11.00**

---

**3.657 3**

**Nonpriority creditor's name and mailing address**

**Frederick Greer**
**918 Cascade Rdg**
**Katy, TX 77494**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

**$294.00**

---

**3.657 4**

**Nonpriority creditor's name and mailing address**

**Frederick Hubbard**
**17554 Devonshire St**
**Northridge, CA 91325**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

**$116.00**

---

**3.657 5**

**Nonpriority creditor's name and mailing address**

**Frederick M**
**3232 San Helena Dr**
**Oceanside, CA 92056**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$71.75**

---

**3.657 6**

**Nonpriority creditor's name and mailing address**

**Frederick M.Denning**
**3232 San Helena Dr**
**Oceanside, CA 92056**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

**3.657 7**

**Nonpriority creditor's name and mailing address**

**Frederick S**
**2461 Krueger Dr**
**Concord, CA 94520**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$95.50**

---

**3.657 8**

**Nonpriority creditor's name and mailing address**

**Frederick T**
**645 Marsh Pond Road**
**Johnsonville, SC 29555**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.657 9**

**Nonpriority creditor's name and mailing address**

**Frederick Vallaeys**
**101 S Shaker Rd**
**Harvard, MA 01451**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$98.00**

---

**3.658 0**

**Nonpriority creditor's name and mailing address**

**Fredim**
**116 Dundee Lane**
**San Carlos, CA 94070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$2,406.78**

---

**3.658 1**

**Nonpriority creditor's name and mailing address**

**Fredric Kropp**
**676 Lily St**
**No_State_Selected**
**Monterey, CA 93940**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$305.00**

---

**3.658 2**

**Nonpriority creditor's name and mailing address**

**Fredrik Malmberg**
**6565 W Sunset Blvd Ste 517**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,192.00**

---

**3.658 3**

**Nonpriority creditor's name and mailing address**

**Fredwrick Heyse**
**201 Bardine Rd**
**Crabtree, PA 15624**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,349.00**

---

Debtor  **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
Name

---

| 3.658 4 |
|---|

**Nonpriority creditor's name and mailing address**

**Freedom Mayjack**
**304 Avenida Santa Barbara #D**
**San Clemente, CA 92672**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$41.33**

---

| 3.658 5 |
|---|

**Nonpriority creditor's name and mailing address**

**Freeman Witherspoon**
**9503 Zayden Dr**
**Killeen, TX 76542**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$94.00**

---

| 3.658 6 |
|---|

**Nonpriority creditor's name and mailing address**

**Freitag Nickolas**
**1684 Juniper Dr**
**Green Bay, WI 54302**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

| 3.658 7 |
|---|

**Nonpriority creditor's name and mailing address**

**Frieda Tawil**
**2360 E 1st St**
**Brooklyn, NY 11223**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$45.00**

---

| 3.658 8 |
|---|

**Nonpriority creditor's name and mailing address**

**Fritz Brunner**
**11455 Norse Ave**
**Truckee, CA 96161**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$122.00**

---

| 3.658 9 |
|---|

**Nonpriority creditor's name and mailing address**

**Fritzsmith**
**3694 Plaza De La Rosa**
**Sierra Vista,, AZ 85650**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

| 3.659 0 |
|---|

**Nonpriority creditor's name and mailing address**

**G Lutt**
**950 Myler Park Rd**
**East Liverpool, OH 43920**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$431.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

---

**3.659
1**

**Nonpriority creditor's name and mailing address**

**Gabriel A
281 Spring St
Ossining, NY 10562**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.659
2**

**Nonpriority creditor's name and mailing address**

**Gabriel C
416 Heymann Blvd
C/O F Camalo Menswear
Lafayette, LA 70503**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

**3.659
3**

**Nonpriority creditor's name and mailing address**

**Gabriel Can
3450 Brookhill St
La Crescenta, CA 91214**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$612.00**

---

**3.659
4**

**Nonpriority creditor's name and mailing address**

**Gabriel Chan
9701 Spectrum Dr Apt 1303
Austin, TX 78717**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$162.00**

---

**3.659
5**

**Nonpriority creditor's name and mailing address**

**Gabriel Ferrel
4511 Laureldale Rd
Houston, TX 77041**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$266.00**

---

**3.659
6**

**Nonpriority creditor's name and mailing address**

**Gabriel G
11766 Coronado Trail
Frisco, TX 75033**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.659
7**

**Nonpriority creditor's name and mailing address**

**Gabriel H
7211 Santa Catalina Circle
Buena Park, CA 90620**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$4.88**

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
         _____
         Name                                              Case number (if known) _____

---

**3.659 8**

**Nonpriority creditor's name and mailing address**
**Gabriel Hofmann**
**14287 Carlow Run**
**Carmel, IN 46074**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,130.00**

---

**3.659 9**

**Nonpriority creditor's name and mailing address**
**Gabriel Howard**
**1270 Cranford Hollow Rd**
**Columbia, TN 38401**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,185.00**

---

**3.660 0**

**Nonpriority creditor's name and mailing address**
**Gabriel M**
**2300 E Campbell Ave Unit 218**
**Phoenix, AZ 85016**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.660 1**

**Nonpriority creditor's name and mailing address**
**Gabriel M**
**2300 E Campbell Ave.**
**#218**
**Phoenix, AZ 85016**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$51.00**

---

**3.660 2**

**Nonpriority creditor's name and mailing address**
**Gabriel M**
**8628 Breckenridge Dr Nw**
**Albuquerque, NM 87114**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

**3.660 3**

**Nonpriority creditor's name and mailing address**
**Gabriela Walsh**
**560 Hill Rd**
**Boxborough, MA 01719**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$26.00**

---

**3.660 4**

**Nonpriority creditor's name and mailing address**
**Gabriele Cotza**
**3580 Islandwalk Cir**
**Naples, FL 34119**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.660 5 | **$245.00** |

**Nonpriority creditor's name and mailing address**

**Gabriele Tonini**
**312 11th Ave Apt 25j**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.660 6 | **$50.00** |

**Nonpriority creditor's name and mailing address**

**Gabriella G**
**2204 West Avnue M12**
**Palmdale, CA 93551**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.660 7 | **$314.00** |

**Nonpriority creditor's name and mailing address**

**Gabrielle Maksian**
**10920 71st Rd Apt 1k**
**Forest Hills, NY 11375**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.660 8 | **$60.00** |

**Nonpriority creditor's name and mailing address**

**Gabrielle P**
**3511 Veto Rd**
**Vincent, OH 45784**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.660 9 | **$838.00** |

**Nonpriority creditor's name and mailing address**

**Gabrielle Prokoo**
**3511 Veto Rd**
**Vincent, OH 45784**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.661 0 | **$2,245.00** |

**Nonpriority creditor's name and mailing address**

**Gabrielle Z**
**6531 N Camino Verde**
**Tucson, AL 85743**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.661 1 | **$4,785.00** |

**Nonpriority creditor's name and mailing address**

**Gabrielle Zartman**
**6531 N Camino Verde**
**Tucson, AL 85743**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

---

**3.661 2**

**Nonpriority creditor's name and mailing address**

**Gaetan A**
**1300 Shiloh Crest**
**Santa Rosa, CA 95403**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$51.45

---

**3.661 3**

**Nonpriority creditor's name and mailing address**

**Gagik P**
**638 W California Ave**
**Apt 8**
**Glendale, CA 91203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.661 4**

**Nonpriority creditor's name and mailing address**

**Gail B**
**1105 Ridge Top Drive**
**Waunakee, WI 53597**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$5.00

---

**3.661 5**

**Nonpriority creditor's name and mailing address**

**Gail Bazyl**
**128 Winding Hill Dr**
**Hackettstown, NJ 07840**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$4,717.00

---

**3.661 6**

**Nonpriority creditor's name and mailing address**

**Gail Dorris**
**1354 Madelena Kane**
**Manteca, CA 95336**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$63.00

---

**3.661 7**

**Nonpriority creditor's name and mailing address**

**Gail Fayre**
**16 Common Way**
**Charlotte, VT 05445**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$64.00

---

**3.661 8**

**Nonpriority creditor's name and mailing address**

**Gail Yannello**
**4220 24th St Apt 20c**
**Long Island City, NY 11101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$26.00

---

Debtor    **Phoeno Wine Company, Inc.**                    Case number *(if known)*
_____
Name

| 3.661 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55.00** |
|---|---|---|---|

**Gal Goldstein**
**41 Sunset Ave Unit 304**
**Venice, CA 90291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.662 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00** |
|---|---|---|---|

**Gale N**
**7100 Memphis St**
**New Orleans, LA 70124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.662 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$215.00** |
|---|---|---|---|

**Gale Naquin**
**7100 Memphis St**
**New Orleans, LA 70124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.662 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,625.00** |
|---|---|---|---|

**Galen Franken**
**8102 E Valley Vista St**
**Mesa, AZ 85207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.662 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |
|---|---|---|---|

**Galen S**
**8308 Bayberry Avenue**
**Lantana, TX 76226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.662 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42.00** |
|---|---|---|---|

**Galen Skidgel**
**872 Main St. Lot 87**
**Caribou, ME 04736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.662 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$96.00** |
|---|---|---|---|

**Galina Anokhina**
**875 University Ave Apt 2**
**Palo Alto, CA 94301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
    Name

---

| 3.662 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Galina L**
**140 Foxhound Run Rd**
**Aiken, SC 29803**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

| 3.662 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Galina Luban**
**140 Foxhound Run Rd**
**Aiken, SC 29803**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

| 3.662 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Galina S**
**1554 Via Campo Aureo**
**San Jose, CA 95120**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$7.00

---

| 3.662 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Galliano Katie**
**403 Hunters Park Ln**
**Houston, TX 77024**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$112.00

---

| 3.663 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gamaliel Perez**
**6301 Adobe Rd**
**Charlotte, NC 28277**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

| 3.663 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ganesh Ramachandran**
**34180 Oneil Ter**
**Fremont, CA 94555**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.663 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gargi Talukder**
**60 Hazelwood Ave**
**San Francisco, CA 94112**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$2,889.00

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

3.663
3

**Nonpriority creditor's name and mailing address**
**Garret Yamaguchi**
**4616 25th Ave NE # 197**
**Seattle, WA 98105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$527.00**

---

3.663
4

**Nonpriority creditor's name and mailing address**
**Garrett Cope**
**2225 Montecito Road**
**Ramona, CA 92065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

3.663
5

**Nonpriority creditor's name and mailing address**
**Garrett D**
**3741 E Welton Ln**
**Gilbert, AZ 85295**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$4.00**

---

3.663
6

**Nonpriority creditor's name and mailing address**
**Garrett Drummond**
**3741 E Welton Ln**
**Gilbert, AZ 85295**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$109.00**

---

3.663
7

**Nonpriority creditor's name and mailing address**
**Garrett Durham**
**1905 La Dawn Ln NW**
**Atlanta, GA 30318**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

3.663
8

**Nonpriority creditor's name and mailing address**
**Garrett Felix**
**85 Charles Cir**
**Hallam, PA 17406**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$503.00**

---

3.663
9

**Nonpriority creditor's name and mailing address**
**Garrett Frankford**
**525 Avondale Hills Dr**
**Decatur, GA 30032**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$132.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.664 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $116.00 |
|---|---|---|---|

**3.664 0**

**Nonpriority creditor's name and mailing address**
**Garrett Hale**
**407 Pipes Lane**
**Encinitas, CA 92024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☐ No  ☐ Yes

**$116.00**

---

**3.664 1**

**Nonpriority creditor's name and mailing address**
**Garrett L**
**10175 Collins Ave #705 Bal**
**Harbour, FL 33154**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$2.00**

---

**3.664 2**

**Nonpriority creditor's name and mailing address**
**Garrett L**
**888 3rd Street**
**Atlanta, GA 30318**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.664 3**

**Nonpriority creditor's name and mailing address**
**Garrett Leahy**
**1727 Okeechobee Rd**
**West Palm Beach, FL 33409**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,020.00**

---

**3.664 4**

**Nonpriority creditor's name and mailing address**
**Garrett Leahy**
**650 Rockdale Dr**
**San Francisco, CA 94127**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$14.00**

---

**3.664 5**

**Nonpriority creditor's name and mailing address**
**Garrett Morgan**
**3813 Esperanza Drive**
**Sacramento, CA 95864**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$21,850.00**

---

**3.664 6**

**Nonpriority creditor's name and mailing address**
**Garrett Nelson**
**3810 Solebury Pl**
**Midlothian, VA 23113**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,230.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
| | Name | | |

---

**3.664 7**

**Nonpriority creditor's name and mailing address**

**Garrett Thomas**
**1901 Olive St**
**Highland, IL 62249**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$84.00

---

**3.664 8**

**Nonpriority creditor's name and mailing address**

**Garry Miller**
**16 Shawmut Park**
**Newton, MA 02464**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,114.00

---

**3.664 9**

**Nonpriority creditor's name and mailing address**

**Garry Rosene**
**11898 E Via Loma Vis**
**Yuma, AZ 85367**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$290.00

---

**3.665 0**

**Nonpriority creditor's name and mailing address**

**Garth Mattson**
**13220 NW 35th Ct**
**Vancouver, WA 98685**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$252.00

---

**3.665 1**

**Nonpriority creditor's name and mailing address**

**Gary A**
**745 Atlanta Road**
**Suite 207**
**Cumming, GA 30040**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

**3.665 2**

**Nonpriority creditor's name and mailing address**

**Gary Achultz**
**575 El Camino Real Unit 6101**
**Naples, FL 34119**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,429.00

---

**3.665 3**

**Nonpriority creditor's name and mailing address**

**Gary Alto**
**6101 Whipple Ave NW**
**Alto Insurance Group**
**North Canton, OH 44720**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$203.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known)    _____

| 3.665 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gary Bartlett**
**3011 Lacewing Way**
**Richmond, TX 77469**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$152.00**

---

| 3.665 5 |

**Nonpriority creditor's name and mailing address**

**Gary Billmyre**
**217 Jefferson Ave**
**Canton, GA 30114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$504.00**

---

| 3.665 6 |

**Nonpriority creditor's name and mailing address**

**Gary Bronat**
**675 North Sea Rd**
**Southampton, NY 11968**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$40.01**

---

| 3.665 7 |

**Nonpriority creditor's name and mailing address**

**Gary Bruce**
**11493 Larchwood Dr**
**Fontana, CA 92337**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$145.00**

---

| 3.665 8 |

**Nonpriority creditor's name and mailing address**

**Gary C**
**209 S Lafayette**
**South Lyon, MI 48178**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| 3.665 9 |

**Nonpriority creditor's name and mailing address**

**Gary Campbell**
**426 Countryside Dr**
**Naples, FL 34104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$30.00**

---

| 3.666 0 |

**Nonpriority creditor's name and mailing address**

**Gary Chamberlain**
**928 N Jamaica Way**
**Gilbert, AZ 85234**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$75.03**

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| 3.666 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,806.00 |

**Gary Combs**
**10400 Clarence Dr Ste 100**
**C/O Classic Wine**
**Frisco, TX 75033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,584.00 |

**Gary Demaster**
**35374 Edmunds Grv**
**New Baltimore, MI 48047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,138.00 |

**Gary Deurance**
**225 78th St**
**Virginia Beach, VA 23451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $594.00 |

**Gary Dorris**
**33471 Calle Miramar**
**San Juan Capistrano, CA 92675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |

**Gary E**
**12555 E Del Rico**
**Yuma, AZ 85367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37.00 |

**Gary E**
**5 B St**
**Lake Lotawana, MO 64086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,205.00 |

**Gary Eickhorst**
**5 B St**
**Lake Lotawana, MO 64086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____     Case number *(if known)* _____
Name

---

| 3.666 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Gary Ellis**
**12555 E Del Rico**
**Yuma, AZ 85367**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$62.00

---

| 3.666 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Gary Fazio**
**5588 N Ocean Blvd**
**Ocean Ridge, FL 33435**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$84.00

---

| 3.667 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Gary Finch**
**993 Whiting Creek Rd**
**Locust Hill, VA 23092**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$24.00

---

| 3.667 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Gary G**
**8656 Skyline Drive**
**Los Angeles, CA 90046**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$7.00

---

| 3.667 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Gary Garrison**
**8 Blueberry Ln**
**Old Orchard Beach, ME 04064**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$35.00

---

| 3.667 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Gary George**
**98 Robin Hood Dr**
**Youngstown, OH 44511**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$64.00

---

| 3.667 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Gary Greenblatt**
**3801 Rodman St NW Apt 4**
**Washington, DC 20016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$335.00

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|--------|-------------------------------|--------------------------|---|
| | Name | | |

---

**3.667 5**

**Nonpriority creditor's name and mailing address**

**Gary Hicks**
**10320 W El Campo Grande Ave**
**Las Vegas, NV 89149**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,541.00**

---

**3.667 6**

**Nonpriority creditor's name and mailing address**

**Gary Hogan**
**1026 2nd St S Apt C**
**Jacksonville Beach, FL 32250**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,930.00**

---

**3.667 7**

**Nonpriority creditor's name and mailing address**

**Gary Januchowski**
**1669 Brush Creek Rd**
**Colbert, GA 30628**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$942.00**

---

**3.667 8**

**Nonpriority creditor's name and mailing address**

**Gary L**
**73 Beekman Dr**
**Carmel, NY 10512**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.667 9**

**Nonpriority creditor's name and mailing address**

**Gary Langbaum**
**3303 Water St NW Unit 5I**
**Washington, DC 20007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$105.00**

---

**3.668 0**

**Nonpriority creditor's name and mailing address**

**Gary Langbaum**
**3303 Water St Nw Unit 5I**
**Washington, DC 20007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$70.00**

---

**3.668 1**

**Nonpriority creditor's name and mailing address**

**Gary Lewis**
**73 Beekman Dr**
**Carmel, NY 10512**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$54.00**

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 3.668 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$276.00** |
|---|---|---|---|

**Gary Lriebes.V.D.**
**6028 S Victoria Ave**
**Los Angeles, CA 90043**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **Customer**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.668 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Gary M**
**11696 Oakland Hills Drive**
**Las Vegas, NV 89141**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.668 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Gary Morgan**
**7412 Flowerdale St**
**Houston, TX 77055**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.668 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$105.00** |
|---|---|---|---|

**Gary Mort**
**1100 Hoffman Ave**
**Monterey, CA 93940**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.668 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8.26** |
|---|---|---|---|

**Gary Newson**
**8800 N. Gainey Center Drive**
**Suite 279**
**Scottsdale, AZ 85258**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.668 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
|---|---|---|---|

**Gary Overton**
**12 Afton Drive**
**Florham Park, NJ 07932**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.668 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$216.00** |
|---|---|---|---|

**Gary Peters**
**91 Red Cypress Ct**
**Danville, CA 94506**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____
　　　　Name

Case number (if known) _____

---

| 3.668 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10.00** |
| **Gary Pitzer** | ☐ Contingent | |
| **165 Winchester Drive** | ☐ Unliquidated | |
| **Union, WV 24983** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.669 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,524.00** |
| **Gary Popham** | ☐ Contingent | |
| **19623 Southern Maple Ln** | ☐ Unliquidated | |
| **Houston, TX 77094** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.669 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
| **Gary R** | ☐ Contingent | |
| **1801 California St** | ☐ Unliquidated | |
| **Suite 800** | ☐ Disputed | |
| **Denver, CO 80202** | | |
| Date(s) debt was incurred _ | Basis for the claim: **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.669 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9.00** |
| **Gary R** | ☐ Contingent | |
| **Ups Access Point - Michaels Store** | ☐ Unliquidated | |
| **290 S Broadway, 2** | ☐ Disputed | |
| **Salem, NH 03079** | | |
| Date(s) debt was incurred _ | Basis for the claim: **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.669 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$62.00** |
| **Gary Rice** | ☐ Contingent | |
| **37 Walters Brook Dr** | ☐ Unliquidated | |
| **Bridgewater, NJ 08807** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.669 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$799.00** |
| **Gary Richelson** | ☐ Contingent | |
| **Ups Access Point - Michaels Store** | ☐ Unliquidated | |
| **290 S Broadway, 2** | ☐ Disputed | |
| **Salem, NH 03079** | | |
| Date(s) debt was incurred _ | Basis for the claim: **Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.669 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60.01** |
| **Gary Runn** | ☐ Contingent | |
| **15204 Spillman Ranch Loop** | ☐ Unliquidated | |
| **Ausitn, TX 78738** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **Phoeno Wine Company, Inc.**

_____   Case number *(if known)* _____
Name

---

| 3.669 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
| **Gary S** | ☐ Contingent | |
| **11 Railroad Ave** | ☐ Unliquidated | |
| **Hilo, HI 96720** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.669 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$66.00** |
| **Gary S** | ☐ Contingent | |
| **760 East 19th Street** | ☐ Unliquidated | |
| **Brooklyn, NY 11230** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.669 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,062.00** |
| **Gary Sato** | ☐ Contingent | |
| **11 Railroad Ave** | ☐ Unliquidated | |
| **Hilo, HI 96720** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.669 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,261.00** |
| **Gary Simpson** | ☐ Contingent | |
| **760 East 19th Street** | ☐ Unliquidated | |
| **Brooklyn, NY 11230** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.670 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$210.00** |
| **Gary Sipos** | ☐ Contingent | |
| **4040 Civic Center Drive** | ☐ Unliquidated | |
| **Suite 200** | ☐ Disputed | |
| **San Rafael, CA 94903** | | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.670 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$210.00** |
| **Gary Stanko** | ☐ Contingent | |
| **11535 Green Bayberry Dr** | ☐ Unliquidated | |
| **Palm Beach Gardens, FL 33418** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.670 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29.00** |
| **Gary Stokes** | ☐ Contingent | |
| **514 Young St** | ☐ Unliquidated | |
| **Pendant Automation** | ☐ Disputed | |
| **Havre De Grace, MD 21078** | | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **Phoeno Wine Company, Inc.**                    Case number *(if known)* _____
_____
Name

| 3.670 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$590.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Gary Thomas**
**2726 Park Land Ln**
**Snellville, GA 30078**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$590.00**

---

3.670 4
**Nonpriority creditor's name and mailing address**
**Gary Tyree**
**4500 Connecticut Avenue NW**
**402**
**Washington, DC 20008**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$325.00**

---

3.670 5
**Nonpriority creditor's name and mailing address**
**Gary Vanmatre**
**3955 Westfall Dr**
**Encino, CA 91436**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

3.670 6
**Nonpriority creditor's name and mailing address**
**Gary W**
**320e E 92nd St**
**New York, NY 10128**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$13.00**

---

3.670 7
**Nonpriority creditor's name and mailing address**
**Gary Webb**
**11804 Tall Elm Ct**
**Riverview, FL 33569**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$5,241.00**

---

3.670 8
**Nonpriority creditor's name and mailing address**
**Gary Wohlfeill**
**319 N Gainsborough Ave**
**Royal Oak, MI 48067**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

3.670 9
**Nonpriority creditor's name and mailing address**
**Gary Yagiello**
**932a Thornhill Ct**
**A**
**Lakewood, NJ 08701**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,168.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*  _____

| 3.671 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**3.671 0**

**Nonpriority creditor's name and mailing address**

**Gaughan Roger**
**4145 Brownsville Rd**
**Pittsburgh, PA 15227**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.671 1**

**Nonpriority creditor's name and mailing address**

**Gautam Jaggi**
**6 Carol Rd**
**Westfield, NJ 07090**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$254.00**

---

**3.671 2**

**Nonpriority creditor's name and mailing address**

**Gauthier G**
**65 Bon Air Ave**
**Stamford, CT 06907**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.671 3**

**Nonpriority creditor's name and mailing address**

**Gauthier Giacomoni**
**65 Bon Air Ave**
**Stamford, CT 06907**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$31.00**

---

**3.671 4**

**Nonpriority creditor's name and mailing address**

**Gavin Lutz**
**2311 25th St S Apt 202**
**Arlington, VA 22206**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$74.00**

---

**3.671 5**

**Nonpriority creditor's name and mailing address**

**Gay C**
**5381 Palmetto Ave**
**Cocoa, FL 32926**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.671 6**

**Nonpriority creditor's name and mailing address**

**Gaye Dunstan**
**646 West Side Avenue**
**Jersey City, NJ 07304**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,588.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name                                        Case number *(if known)*   _____

---

| 3.671 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gaye J**
**2996 Heathmount**
**Cedar Park, TX 78613**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| 3.671 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gayle Bartlett**
**27 Cottage St**
**South Dartmouth, MA 02748**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$58.00**

---

| 3.671 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gayle M**
**617 Green Bay Rd Apt 511**
**Wilmette, IL 60091**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$33.00**

---

| 3.672 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gayle Mccormick**
**617 Green Bay Rd Apt 511**
**Wilmette, IL 60091**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,006.00**

---

| 3.672 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gayle Restivo**
**10 Bonton Ct**
**Reisterstown, MD 21136**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

| 3.672 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gemma Aurigemma**
**6794 Finamore Cir**
**Lake Worth, FL 33467**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.672 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gene Baumann**
**2270 Princeton Dr**
**San Bruno, CA 94066**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$6,993.00**

---

Debtor  **Phoeno Wine Company, Inc.**

_____

Name

Case number *(if known)*  _____

---

**3.672
4**

**Nonpriority creditor's name and mailing address**

**Gene Canter
6009 Mariners Watch Dr
Tampa, FL 33615**

Date(s) debt was incurred \_

Last 4 digits of account number \_

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$31.00

---

**3.672
5**

**Nonpriority creditor's name and mailing address**

**Gene Focarelli
39 Gardner Ave
Middletown, NY 10940**

Date(s) debt was incurred \_

Last 4 digits of account number \_

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$24.00

---

**3.672
6**

**Nonpriority creditor's name and mailing address**

**Gene Francis
4007 Carousel Way
Chesapeake Beach, MD 20732**

Date(s) debt was incurred \_

Last 4 digits of account number \_

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$238.00

---

**3.672
7**

**Nonpriority creditor's name and mailing address**

**Gene K
95 Stewart Ct
East Aurora, NY 14052**

Date(s) debt was incurred \_

Last 4 digits of account number \_

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.672
8**

**Nonpriority creditor's name and mailing address**

**Gene Kowalczewski
95 Stewart Ct
East Aurora, NY 14052**

Date(s) debt was incurred \_

Last 4 digits of account number \_

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$3,348.00

---

**3.672
9**

**Nonpriority creditor's name and mailing address**

**Gene Mahaney
15131 Intracoastal Ct
Fort Myers, FL 33908**

Date(s) debt was incurred \_

Last 4 digits of account number \_

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$42.00

---

**3.673
0**

**Nonpriority creditor's name and mailing address**

**Gene Moser
9 Ward Dr
Hampton, VA 23669**

Date(s) debt was incurred \_

Last 4 digits of account number \_

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,481.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.673 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$58.00** |
|---|---|---|---|

**Gene Moss**
**106 Earls Ct**
**Lynchburg, VA 24503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$165.00** |
|---|---|---|---|

**Gene Nelson**
**16235 Ranchland Ln**
**Cypress, TX 77429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Gene W**
**409 Willow Springs Ln**
**Seymour, TN 37865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$140.00** |
|---|---|---|---|

**Genesis Peduto**
**1265 15th St Ph E**
**Fort Lee, NJ 07024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14.56** |
|---|---|---|---|

**Geneva W**
**6990 Hwy 9**
**Felton, CA 95018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40.00** |
|---|---|---|---|

**Genevieve Mcgovern**
**774 26th Ave**
**San Mateo, CA 94403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51.00** |
|---|---|---|---|

**Geoff**
**2085 Bahama Dr**
**Navarre, FL 32566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.673 8**

**Nonpriority creditor's name and mailing address**

**Geoff G**
**2144 West Cortland St**
**Chicago, IL 60647**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$206.00**

---

**3.673 9**

**Nonpriority creditor's name and mailing address**

**Geoff Goetz**
**2144 West Cortland St**
**Chicago, IL 60647**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$140.00**

---

**3.674 0**

**Nonpriority creditor's name and mailing address**

**Geoff H**
**6124 Haverford Ave**
**Indianapolis, IN 46220**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$81.00**

---

**3.674 1**

**Nonpriority creditor's name and mailing address**

**Geoff Hays**
**6124 Haverford Ave**
**Indianapolis, IN 46220**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,851.00**

---

**3.674 2**

**Nonpriority creditor's name and mailing address**

**Geoff Hindmarsh**
**2085 Bahama Dr**
**Navarre, FL 32566**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$831.00**

---

**3.674 3**

**Nonpriority creditor's name and mailing address**

**Geoff L**
**76 Flowerburst Way**
**Littleton, CO 80126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$61.00**

---

**3.674 4**

**Nonpriority creditor's name and mailing address**

**Geoff M**
**330 E 91st St**
**Tacoma, WA 98445**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$39.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

---

**3.674 5**

**Nonpriority creditor's name and mailing address**

**Geoff Mcpherson**
**330 E 91st St**
**Tacoma, WA 98445**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,763.00

---

**3.674 6**

**Nonpriority creditor's name and mailing address**

**Geoff Munn**
**382 Kendall Crossing Dr**
**Saint Johns, FL 32259**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$154.00

---

**3.674 7**

**Nonpriority creditor's name and mailing address**

**Geoff Parish**
**7674 W Morning Ct**
**Boise, ID 83709**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$270.00

---

**3.674 8**

**Nonpriority creditor's name and mailing address**

**Geoffrey A**
**27479 Schulte Road**
**Carmel, CA 93923**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.674 9**

**Nonpriority creditor's name and mailing address**

**Geoffrey Dimeglio**
**39 Hamilton Ave**
**Princeton, NJ 08542**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,614.00

---

**3.675 0**

**Nonpriority creditor's name and mailing address**

**Geoffrey G**
**435 Nw Canterbury Ct**
**Port Saint Lucie, FL 34983**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.675 1**

**Nonpriority creditor's name and mailing address**

**Geoffrey Giordano**
**14791 Trapper Rd**
**Orlando, FL 32837**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$210.00

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.675 2 | **$50.00** |

**Nonpriority creditor's name and mailing address**
**Geoffrey H**
**2400 Andrew Ave Apt 707**
**La Porte, IN 46350**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.675 3 | **$737.85** |

**Nonpriority creditor's name and mailing address**
**Geoffrey K**
**1630 Hiddenbrook Dr**
**Herndon, VA 20170**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.675 4 | **$216.00** |

**Nonpriority creditor's name and mailing address**
**Geoffrey Kiffe**
**1630 Hiddenbrook Dr**
**Herndon, VA 20170**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.675 5 | **$198.00** |

**Nonpriority creditor's name and mailing address**
**Geoffrey Ruger**
**3247 N Kenmore Ave Apt 3s**
**Chicago, IL 60657**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.675 6 | **$21.00** |

**Nonpriority creditor's name and mailing address**
**Geoffrey Shott**
**3223 S Atlantic Ave Apt 706**
**Cocoa Beach, FL 32931**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.675 7 | **$427.00** |

**Nonpriority creditor's name and mailing address**
**Geoffrey Tanner**
**5350 Creekbend Drive**
**Carmel, IN 46033**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.675 8 | **$25.00** |

**Nonpriority creditor's name and mailing address**
**Geoffrey W**
**275 Elm St.**
**Denver, CO 80220**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Case number (if known) _____
_____
Name

| 3.675 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**George A**
**81430 S Huckleberry Ln**
**Bush, LA 70431**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

| 3.676 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**George B**
**217 S Lake St**
**Burbank, CA 91502**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

| 3.676 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**George B**
**3340 Falcon Ridge Ct Ne**
**Grand Rapids, MI 49525**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$72.00

---

| 3.676 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**George B**
**4105 Fort Worth Pl**
**Alexandria, VA 22304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.676 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**George B**
**7145 Promenade Dr Apt 402**
**Boca Raton, FL 33433**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

| 3.676 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**George Baccash**
**152 Capital Green Dr Ste 34**
**Ponte Vedra, FL 32081**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$502.00

---

| 3.676 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**George Beck**
**4105 Fort Worth Pl**
**Alexandria, VA 22304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$292.00

---

Debtor    **Phoeno Wine Company, Inc.**

_____    Case number (if known) _____
Name

| 3.676 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$398.00** |

**George Berelson**
**7145 Promenade Dr Apt 402**
**Boca Raton, FL 33433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.676 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,143.00** |

**George Burgin**
**217 S Lake St**
**Burbank, CA 91502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.676 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |

**George C**
**10263 Andy Rd**
**Hotchkiss, CO 81419**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.676 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |

**George C**
**130 Bennett Place**
**Hightstown, NJ 08520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.677 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$41.00** |

**George C**
**173 Millbridge Road**
**Clementon, NJ 08021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.677 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13.98** |

**George C**
**4583 El Camino Cabos Drive**
**Las Vegas, NV 89147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.677 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$60.00** |

**George C**
**6 King Phillip Ave**
**Plymouth, MA 02360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
         Name

Case number (if known) _____

---

**3.677
3**

**Nonpriority creditor's name and mailing address**

**George Cabalu**
**1528 N Ivanhoe St**
**Arlington, VA 22205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

**3.677
4**

**Nonpriority creditor's name and mailing address**

**George Cardoso**
**6 King Phillip Ave**
**Plymouth, MA 02360**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$35.00

---

**3.677
5**

**Nonpriority creditor's name and mailing address**

**George Charlesworth**
**24 Becker Dr**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$4,173.00

---

**3.677
6**

**Nonpriority creditor's name and mailing address**

**George Chung**
**1851 Mira Valle St**
**Monterey Park, CA 91754**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$477.00

---

**3.677
7**

**Nonpriority creditor's name and mailing address**

**George Cirrilla**
**173 Millbridge Road**
**Clementon, NJ 08021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$277.00

---

**3.677
8**

**Nonpriority creditor's name and mailing address**

**George Columbo**
**622 Deer Rack Dr.**
**Mountain Top, PA 18707**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$89.00

---

**3.677
9**

**Nonpriority creditor's name and mailing address**

**George Columbo**
**622 Deer Rack Dr.**
**Mountain Top, PA 18707**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$8.00

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 3.678 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**George Cousino**
**21621 Sylvan Drive**
**Brownstown, MI 48134**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,581.00**

---

| 3.678 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**George Fekete**
**11359 E Teach Rd**
**Palm Beach Gardens, FL 33410**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$224.00**

---

| 3.678 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**George Fiscus**
**7055 East Ivyglen Circle**
**Mesa, AZ 85207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$20.00**

---

| 3.678 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**George Gire**
**3025 Highland Parkway**
**#325**
**Downers Grove, IL 60515**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,568.00**

---

| 3.678 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**George Hardy**
**2304 Oceanforest Dr W**
**Atlantic Beach, FL 32233**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,390.00**

---

| 3.678 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**George Hayes**
**305 N 5th St**
**Kentwood, LA 70444**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,930.00**

---

| 3.678 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**George Horvat**
**6302 Malcolm Drive**
**Dallas, TX 75214**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,291.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name                                                    Case number *(if known)*

---

| 3.678 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00** |

**George Junca**
**8512 Salem Way**
**Bethesda, MD 20814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48.00** |

**George K**
**380 Wilson Ave**
**Township Of Washington, NJ 07676**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17.36** |

**George K**
**7207 Teasdale Ave**
**San Diego, CA 92122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$127.00** |

**George Kahn**
**10009 Highland Park Pl**
**Palmetto, FL 34221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,094.00** |

**George Kassabov**
**7132 Ashland Gln**
**Bradenton, FL 34202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$379.00** |

**George Katz**
**11061 Via Tuscany Ln Apt 102**
**Miromar Lakes, FL 33913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$297.00** |

**George Leikauf**
**7289 Smokey Woods Ln**
**Cincinnati, OH 45230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.679 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10.00** |
| **George M** | ☐ Contingent | |
| **2307 S Trapper Pl** | ☐ Unliquidated | |
| **Boise, ID 83716** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.679 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26.00** |
| **George M** | ☐ Contingent | |
| **28 Laughing Gull Ln** | ☐ Unliquidated | |
| **Palm Coast, FL 32137** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.679 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
| **George M** | ☐ Contingent | |
| **6640 Nw 74th Court** | ☐ Unliquidated | |
| **Parkland, FL 33067** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.679 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10.00** |
| **George M** | ☐ Contingent | |
| **900 9th Ave E Lot 227** | ☐ Unliquidated | |
| **Palmetto, FL 34221** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.679 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$324.00** |
| **George Marucci** | ☐ Contingent | |
| **17850 N 68th St Unit 2043** | ☐ Unliquidated | |
| **Phoenix, AZ 85054** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.679 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$418.00** |
| **George Matthews** | ☐ Contingent | |
| **2901 Via Anacapa** | ☐ Unliquidated | |
| **Pve, CA 90274** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.680 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,651.00** |
| **George May** | ☐ Contingent | |
| **28 Laughing Gull Ln** | ☐ Unliquidated | |
| **Palm Coast, FL 32137** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor      **Phoeno Wine Company, Inc.**

Name                                                        Case number (*if known*)  _____

---

| 3.680 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |
|---|---|---|---|

**George Miguel**
**6640 NW 74th Court**
**Parkland, FL 33067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.680 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28.00** |
|---|---|---|---|

**George Murgatroyd**
**28952 Selfridge Dr**
**Malibu, CA 90265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.680 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,604.00** |
|---|---|---|---|

**George Nova**
**18632 79th Pl W**
**Edmonds, WA 98026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.680 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40.00** |
|---|---|---|---|

**George R**
**232 N 7th St**
**Prospect Park, NJ 07508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.680 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$256.00** |
|---|---|---|---|

**George Rojas**
**232 N 7th St**
**Prospect Park, NJ 07508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.680 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$80.00** |
|---|---|---|---|

**George S**
**144 Oak Street**
**Po Box 282**
**Sewanee, TN 37375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.680 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$198.00** |
|---|---|---|---|

**George Scigousky**
**490 Phillips Ave**
**Glen Ellyn, IL 60137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.680 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$56.00** |

**George Steiner**
**22 Fletcher Ave**
**Manasquan, NJ 08736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.680 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$115.00** |

**George Tompkins**
**57-65 78 Street**
**Middle Village, NY 11379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30.00** |

**George Tong**
**500 Middletown Ave Unit 71**
**North Haven, CT 06473**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,112.00** |

**George Unsinger**
**214 Sweetbriar Rd**
**Summerville, SC 29485**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$393.00** |

**George Vareldzis**
**12705 Buffington Trl**
**Parker, CO 80134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**George W**
**21337 39th Avenue**
**176**
**Bayside, NY 11361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30.00** |

**George Willis**
**6 Kirkby Ln**
**Manchester, NJ 08759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.681 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$105.00** |

**Georgeanne W**
**1 Oreo Way**
**Cape May, NJ 08204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$217.00** |

**Georgeanne Wayman**
**1 Oreo Way**
**Cape May, NJ 08204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21.00** |

**Georgette C**
**779 Penn Ave Ne**
**Atlanta, GA 30308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$95.00** |

**Georgette Kokinda**
**128 Aspen Dr**
**Downingtown, PA 19335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$255.00** |

**Georgi Yordanov**
**52 State St**
**3a**
**Brookly, NY 11218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Georgia Cameron**
**1051 S Quitman St**
**Denver, CO 80219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$583.00** |

**Georgia Gutierrez**
**133 Highway 66 E**
**Albuquerque, NM 87123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

_____

Name

Case number *(if known)* _____

| 3.682 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Georgia N**
**79514 Letz Creek Rd**
**Lorane, OR 97451**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$4.00**

---

| 3.682 3 |
|---|

**Nonpriority creditor's name and mailing address**

**Georgia Nissen**
**79514 Letz Creek Rd**
**Lorane, OR 97451**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$114.00**

---

| 3.682 4 |
|---|

**Nonpriority creditor's name and mailing address**

**Georgia Perkinsmiller**
**4815 W San Rafael St**
**Tampa, FL 33629**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

| 3.682 5 |
|---|

**Nonpriority creditor's name and mailing address**

**Georgina Kesterson**
**10579 Bent Tree View**
**Johns Creek, GA 30097**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,527.00**

---

| 3.682 6 |
|---|

**Nonpriority creditor's name and mailing address**

**Georgina N**
**479 Santa Louisa**
**Irvine, CA 92606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.682 7 |
|---|

**Nonpriority creditor's name and mailing address**

**Georgios V**
**80 Sagamore Road**
**Bronxville, NY 10708**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$3.00**

---

| 3.682 8 |
|---|

**Nonpriority creditor's name and mailing address**

**Gerald B**
**921 Brookberry Farm Cir**
**Winston Salem, NC 27106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

Debtor   **Phoeno Wine Company, Inc.**

_____   Case number (if known)   _____

Name

---

| 3.682 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30.00** |

**Gerald B**
**9587 E Kiisa Dr**
**Scottsdale, AZ 85262**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,768.00** |

**Gerald Barkholz**
**2925 Terra Ceia Bay Blvd Unit 2904**
**Palmetto, FL 34221**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,733.00** |

**Gerald Black**
**921 Brookberry Farm Cir**
**Winston Salem, NC 27106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,692.00** |

**Gerald Borlin**
**9587 E Kiisa Dr**
**Scottsdale, AZ 85262**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$78.00** |

**Gerald Bradner**
**165 Madison Ave Ste 2000**
**Memphis, TN 38103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20.00** |

**Gerald Brokeshoulder**
**11529 W 79th St Bldg 21**
**Lenexa, KS 66214**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$92.00** |

**Gerald Chassang**
**2809 N Morgan St.**
**Tampa, FL 33602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)* _____

---

| 3.683 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,123.00** |

**Gerald Cherayil**
**6515 Eveland Ct**
**New Albany, OH 43054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$206.00** |

**Gerald Jones**
**2221 Kirby St**
**Dallas, TX 75204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,386.00** |

**Gerald Joyce**
**3405 Savan Ct**
**Raleigh, NC 27613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00** |

**Gerald Mbabazi**
**261 N Madison Ave Apt 204**
**Pasadena, CA 91101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.684 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$264.00** |

**Gerald Meinecke**
**Hillcrest Village Ave**
**Dallas, TX 75205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.684 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,441.00** |

**Gerald Peden**
**370 Glenwood Ave**
**Satellite Beach, FL 32937**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.684 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$168.00** |

**Gerald Pinney**
**11 Boonton Tpke**
**Lincoln Park, NJ 07035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.684 3 | **$137.00** |

**Nonpriority creditor's name and mailing address**
**Gerald R**
**4507 Marbrook Meadow**
**Katy, TX 77494**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.684 4 | **$5,324.00** |

**Nonpriority creditor's name and mailing address**
**Gerald Reuter**
**4507 Marbrook Meadow**
**Katy, TX 77494**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.684 5 | **$195.00** |

**Nonpriority creditor's name and mailing address**
**Gerald Roche**
**1023 Durham Rd**
**Madison, CT 06443**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.684 6 | **$117.00** |

**Nonpriority creditor's name and mailing address**
**Gerald Scallion**
**2940 Legends Dr**
**Southport, NC 28461**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.684 7 | **$666.00** |

**Nonpriority creditor's name and mailing address**
**Gerald Segar**
**26 Harvest Lane**
**Tolland, CT 06084**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.684 8 | **$0.00** |

**Nonpriority creditor's name and mailing address**
**Gerald Thomas**
**28355 E 94th St S**
**Broken Arrow, OK 74014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.684 9 | **$56.00** |

**Nonpriority creditor's name and mailing address**
**Gerald Wawrzynek**
**3915 Joanne Dr**
**Glenview, IL 60026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Phoeno Wine Company, Inc.**
_____
Name                                          Case number (if known) _____

| | |
|---|---|
| 3.685 0 | |

**Nonpriority creditor's name and mailing address**
**Geraldine Evans**
**18 Byfield Lane**
**Greenwich, CT 06830**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$336.00**

---

| | |
|---|---|
| 3.685 1 | |

**Nonpriority creditor's name and mailing address**
**Geranard O**
**1760 N Bernard**
**Mesa, AZ 85207**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| | |
|---|---|
| 3.685 2 | |

**Nonpriority creditor's name and mailing address**
**Gerard Balski**
**12810 Huntley Manor Dr**
**Jacksonville, FL 32224**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$404.00**

---

| | |
|---|---|
| 3.685 3 | |

**Nonpriority creditor's name and mailing address**
**Gerard Davis**
**1 Linden Place**
**Greenwich, CT 06831**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$280.00**

---

| | |
|---|---|
| 3.685 4 | |

**Nonpriority creditor's name and mailing address**
**Gerard N**
**200 Stevens Rd**
**Middle River, MD 21220**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| | |
|---|---|
| 3.685 5 | |

**Nonpriority creditor's name and mailing address**
**Gerard S**
**25018 Karacabey Ct**
**Spring, TX 77389**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| | |
|---|---|
| 3.685 6 | |

**Nonpriority creditor's name and mailing address**
**Gerardo Vidauri**
**22654 Thrush St**
**Grand Terrace, CA 92313**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$270.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
Name

---

| 3.685 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |

**Gerassimos A**
**1435 Route 112**
**Port Jefferson, NY 11776**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.685 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$33.00** |

**Gerd Nitschmann**
**105 Riverside Drive**
**Savannah, GA 31410**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.685 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$356.00** |

**Geri Samuel**
**72 Good Luck Street**
**Edison, NJ 08820**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21.00** |

**Germain H**
**240 Nerissa Ct**
**Roseville, CA 95661**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$232.00** |

**Germain Hauprich**
**240 NErissa Ct**
**Roseville, CA 95661**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$186.00** |

**German Velasquez**
**13940 Langley Pl**
**Davie, FL 33325**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,490.00** |

**Gerry Sanpedro**
**401 Tealwood Drive**
**Bossier City, LA 71111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 3245 of 5261

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.686 4 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:** *Check all that apply.*    **$7.00**

**Gerson R**
**4511 Brannigan St**
**Dublin, CA 94568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.686 5 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:** *Check all that apply.*    **$50.00**

**Getald C**
**2948 Frenchmens Psge**
**Palm Beach Gardens, FL 33410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.686 6 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:** *Check all that apply.*    **$24.00**

**Gevan M**
**2011 Ristrello**
**New Braunfels, TX 78132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.686 7 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:** *Check all that apply.*    **$1,113.00**

**Gevan Mccoy**
**2011 Ristrello**
**New Braunfels, TX 78132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.686 8 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:** *Check all that apply.*    **$25.00**

**Gevork G**
**474 Via De La Paz**
**Palm Desert, CA 92211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.686 9 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:** *Check all that apply.*    **$51.00**

**Ghani Zahid**
**3 Somerset Ct**
**Allentown, NJ 08501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.687 0 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:** *Check all that apply.*    **$20.00**

**Giancarlo F**
**6520 Mirrored Scene Ct**
**Sykesville, MD 21784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

| | | | |
|---|---|---|---|
| 3.687 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.11** |

**Gianluca Vinci**
**901a Avenue B**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.687 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$142.00** |

**Gianna Bergman**
**980 High Ridge Rd**
**Fedex**
**Stamford, CT 06905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.687 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59.00** |

**Giannina Sy**
**125 W 31st St Apt 14c**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.687 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$410.00** |

**Gianpiero Pagliaro**
**270 W 124th St Apt 11b**
**New York, NY 10027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.687 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**Gigi S**
**510 Leslie Lane**
**Beverly Hills, CA 90210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.687 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29.00** |

**Gil Cabrera**
**11759 N Bella Vita Ave.**
**Fresno, CA 93730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.687 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**Gil F**
**7002 Murray Lane**
**Annandale, VA 22003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
           Name

| 3.6878 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gil L**
**8922 Sterling Gate Cir**
**Spring, TX 77379**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $90.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6879 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gil Lopez**
**8922 Sterling Gate Cir**
**Spring, TX 77379**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $91.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6880 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gilbert N**
**3389 Crooked Limb Ct**
**Flushing, MI 48433**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $58.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6881 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gilbert Yguerabide**
**19 Winning Colors Rd**
**Stafford, VA 22556**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $157.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6882 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gillespie Joe**
**4330 42nd St Apt 2f**
**Sunnyside, NY 11104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $85.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6883 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gillian A**
**111 Daleyuhski Way**
**Loudon, TN 37774**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $21.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6884 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gillian Arledge**
**111 Daleyuhski Way**
**Loudon, TN 37774**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $1,077.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

---

| 3.688 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
| **Gillian F** | ☐ Contingent | |
| **10664 Tibbett Street** | ☐ Unliquidated | |
| **Orlando, FL 32832** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.688 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$72.00** |
| **Gillian Sadowsky** | ☐ Contingent | |
| **67 Nidd Ct** | ☐ Unliquidated | |
| **Allendale, NJ 07401** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.688 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$133.00** |
| **Gillian Zimmerman** | ☐ Contingent | |
| **23233 N Pima Rd Ste 105** | ☐ Unliquidated | |
| **Scottsdale, AZ 85255** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.688 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21.00** |
| **Gillian Zimmerman** | ☐ Contingent | |
| **23233 N Pima Rd Ste 105** | ☐ Unliquidated | |
| **Scottsdale, AZ 85255** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.688 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$66.00** |
| **Gina Arnold** | ☐ Contingent | |
| **341 Blanca Ave** | ☐ Unliquidated | |
| **Tampa, FL 33606** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.689 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
| **Gina B** | ☐ Contingent | |
| **546 Washington Ave Apt 4107** | ☐ Unliquidated | |
| **Dumont, NJ 07628** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.689 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$792.00** |
| **Gina Cimineri** | ☐ Contingent | |
| **1162 Pittsford Victor Rd Ste 200** | ☐ Unliquidated | |
| **Pittsford, NY 14534** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Phoeno Wine Company, Inc.**          Case number *(if known)*
_____          _____
          Name

| 3.689 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,514.00** |

**Gina Conflitti**
**20073 N 94th Way**
**Scottsdale, AZ 85255**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$70.00** |

**Gina Delafuente**
**534 Poplar Avenue**
**South San Francisco, CA 94080**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |

**Gina H**
**11 Camillo Drive**
**Wayne, NJ 07470**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**Gina L**
**1930 Broadway**
**Apt 12 A**
**New York, NY 10023**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150.00** |

**Gina Litz**
**1901 Fiero Ave**
**Schenectady, NY 12303**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$472.00** |

**Gina Quattrocchi**
**119 Muller Ave**
**Staten Island, NY 10314**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |

**Gina R**
**755 Brighton Cir**
**Kennett Square, PA 19348**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
    Name

Case number *(if known)*

---

**3.6899**

**Nonpriority creditor's name and mailing address**
**Gina Ralston**
**30268 N. 47th St.**
**Cave Creek, AZ 85331**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$401.00**

---

**3.6900**

**Nonpriority creditor's name and mailing address**
**Gina S**
**845 West 52nd Terrace**
**Kansas City, MO 64112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.6901**

**Nonpriority creditor's name and mailing address**
**Gina T**
**175 Pleasant St**
**Haworth, NJ 07641**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.6902**

**Nonpriority creditor's name and mailing address**
**Gina Timochko**
**175 Pleasant St**
**Haworth, NJ 07641**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$80.00**

---

**3.6903**

**Nonpriority creditor's name and mailing address**
**Gina Ward**
**6689 Chaparral Rd**
**Huntsville, UT 84317**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$642.00**

---

**3.6904**

**Nonpriority creditor's name and mailing address**
**Gina Woods**
**500 E Clearview Ct**
**Round Lake Beach, IL 60073**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$103.00**

---

**3.6905**

**Nonpriority creditor's name and mailing address**
**Ginger Carter**
**6910 E. 6th Street**
**Scottsdale, AZ 85251**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$16.01**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.690 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ginger Delance**
**2727 Kirby Dr Apt 17c**
**Houston, TX 77098**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$126.00**

---

| 3.690 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ginny Gardner**
**819 S Stanley Ave**
**Los Angeles, CA 90036**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$235.00**

---

| 3.690 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ginny Hughes**
**822 Woodfield Ct**
**Port Byron, IL 61275**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$27.00**

---

| 3.690 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gino D**
**26300 Northwestern Hwy**
**Southfield, MI 48034**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$47.00**

---

| 3.691 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gino Papola**
**737 Renel Rd**
**Plymouth Meeting, PA 19462**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.691 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Giorgio Z**
**8863 75th Ave**
**Glendale, NY 11385**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.691 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Giovana Bier**
**3795 S. Emporia Way**
**Unit R-204**
**Aurora, CO 80014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$627.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.691 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Giovanni M**
**11233 Nw 57th Ln**
**Doral, FL 33178**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.691 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Girish Ahuja**
**1442 Courtyard Drive**
**San Jose, CA 95118**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,227.00**

---

| 3.691 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Giselle N**
**539 S Sierra Ave Unit 98**
**Solana Beach, CA 92075**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.691 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Giselle Nita**
**539 S Sierra Ave Unit 98**
**Solana Beach, CA 92075**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.691 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Giuliano Hazan**
**6549 S Tamiami Trl**
**Hold For Pickup**
**Sarasota, FL 34231**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,098.00**

---

| 3.691 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gjinis Palaj**
**13837 68th Dr**
**Flushing, NY 11367**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$63.00**

---

| 3.691 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gladys H**
**21290 Cinnabar Hills Rd**
**San Jose, CA 95120**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$36.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

**3.692 0**

**Nonpriority creditor's name and mailing address**

**Gladys Hammen**
**21290 Cinnabar Hills Rd**
**San Jose, CA 95120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$506.00**

---

**3.692 1**

**Nonpriority creditor's name and mailing address**

**Gleb S**
**344 Hauser Blvd Apt 426 Bldg 5**
**Los Angeles, CA 90036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.692 2**

**Nonpriority creditor's name and mailing address**

**Glen Bover**
**66 Sturr Street**
**North Haledon, NJ 07508**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,328.00**

---

**3.692 3**

**Nonpriority creditor's name and mailing address**

**Glen H**
**7889 Nw 79th Ln**
**Ankeny, IA 50023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.692 4**

**Nonpriority creditor's name and mailing address**

**Glen Harvey**
**205 W 6th St**
**West Wyoming, PA 18644**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,977.00**

---

**3.692 5**

**Nonpriority creditor's name and mailing address**

**Glen Hornstra**
**4238 Cloudview Dr S**
**Salem, OR 97302**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$182.00**

---

**3.692 6**

**Nonpriority creditor's name and mailing address**

**Glen P**
**1128 Highview Ave #15**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor    **Phoeno Wine Company, Inc.**                                 Case number *(if known)* _____

_____
Name

---

**3.692 7**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*                **$7,268.00**

**Glen Spencer**
**3742 Virginia Pine Drive, None**          ☐ Contingent
**None**                                    ☐ Unliquidated
**Carrollton, TX 75007**                    ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _           Basis for the claim:  **Customer**

                                            Is the claim subject to offset? ■ No ☐ Yes

---

**3.692 8**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*                **$20.00**

**Glenda B**
**9409 Norris Rd**                          ☐ Contingent
**Bakersfield, CA 93312**                   ☐ Unliquidated
                                            ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _           Basis for the claim:  **Customers - Deferred Credit**

                                            Is the claim subject to offset? ■ No ☐ Yes

---

**3.692 9**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*                **$638.00**

**Glenn Becker**
**1740 Opechee Way**                        ☐ Contingent
**Glendale, CA 91208**                      ☐ Unliquidated
                                            ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _           Basis for the claim:  **Customer**

                                            Is the claim subject to offset? ■ No ☐ Yes

---

**3.693 0**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*                **$50.00**

**Glenn E**
**1145 Lachman Lane**                       ☐ Contingent
**Pacific Palisades, CA 90272**             ☐ Unliquidated
                                            ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _           Basis for the claim:  **Customers - Deferred Credit**

                                            Is the claim subject to offset? ■ No ☐ Yes

---

**3.693 1**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*                **$30.00**

**Glenn Geardino**
**14594 Speranza Way**                      ☐ Contingent
**Bonita Springs, FL 34135**                ☐ Unliquidated
                                            ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _           Basis for the claim:  **Customer**

                                            Is the claim subject to offset? ■ No ☐ Yes

---

**3.693 2**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*                **$1,906.00**

**Glenn Hall**
**15 W 61st St Apt 3h**                     ☐ Contingent
**New York, NY 10023**                      ☐ Unliquidated
                                            ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _           Basis for the claim:  **Customer**

                                            Is the claim subject to offset? ■ No ☐ Yes

---

**3.693 3**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*                **$96.00**

**Glenn Hilbers**
**482 Daniel Dr**                           ☐ Contingent
**770 North Walton**                        ☐ Unliquidated
**Yuba City, CA 95993**                     ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _           Basis for the claim:  **Customer**

                                            Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_  _____
Name

---

3.693
4

**Nonpriority creditor's name and mailing address**

**Glenn James**
**7072 Windward St**
**San Diego, CA 92114**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,588.00**

---

3.693
5

**Nonpriority creditor's name and mailing address**

**Glenn K 13436251**
**5245 Brookfield Ln**
**Clarence, NY 14031-1453**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

3.693
6

**Nonpriority creditor's name and mailing address**

**Glenn Knoblauch**
**5245 Brookfield Ln**
**Clarence, NY 14031-1453**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$73.00**

---

3.693
7

**Nonpriority creditor's name and mailing address**

**Glenn L**
**7050 N Via Sierra Del Sol**
**Tucson, AZ 85718**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

3.693
8

**Nonpriority creditor's name and mailing address**

**Glenn M**
**162 N Main Street**
**C/O Copper Bottom**
**Florida, NY 10921**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

3.693
9

**Nonpriority creditor's name and mailing address**

**Glenn Mandel**
**879 Hailey Ct**
**San Marcos, CA 92078**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$107.50**

---

3.694
0

**Nonpriority creditor's name and mailing address**

**Glenn Martin**
**2081 Shell Ring Cir**
**Mount Pleasant, SC 29466**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,924.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                        Case number *(if known)* _____

| 3.694 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$240.00** |

**Nonpriority creditor's name and mailing address**
**Glenn Melvin**
**10907 Chatham Ridge Way**
**Spotsylvania, VA 22551**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$240.00**

---

**Nonpriority creditor's name and mailing address**
**Glenn P**
**13 San Bittern Ln.**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$11.82**

---

**Nonpriority creditor's name and mailing address**
**Glenn R**
**12964 Wildflower Meadow Dr**
**Riverview, FL 33579**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**Nonpriority creditor's name and mailing address**
**Glenn Shear**
**255 Corporate Center Dr Ste D**
**Stockbridge, GA 30281**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$317.00**

---

**Nonpriority creditor's name and mailing address**
**Glenn Soby**
**575 Old Orchard Dr**
**Danville, CA 94526**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$892.00**

---

**Nonpriority creditor's name and mailing address**
**Glenn. T**
**122 Larchmont Dr**
**Trumansburg, NY 14886**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**Nonpriority creditor's name and mailing address**
**Gloria A**
**6 Deerfield Rd**
**Mendham, NJ 07945**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$11.00**

The item numbers are 3.694 1, 3.694 2, 3.694 3, 3.694 4, 3.694 5, 3.694 6, 3.694 7.

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.694 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$432.00** |

**Gloria Ahn**
**301 West Avenue**
**Apartment 1204**
**Austin, TX 78701**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$501.00** |

**Gloria Emmons**
**1202 Sprucebrook**
**Kalamazoo, MI 49048**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19.00** |

**Gloria Grajdura**
**46 N Greenwood Ave**
**Palatine, IL 60074**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |

**Gloria S**
**9920 Smallwood Avenue**
**Downey, CA 90240**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$302.00** |

**Gloria Sanchez-Rico**
**9920 Smallwood Avenue**
**Downey, CA 90240**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |

**Glory C**
**11 Rosewood Ln**
**Boonton, NJ 07005**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$526.00** |

**Glory Chapa**
**11 Rosewood Ln**
**Boonton, NJ 07005**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

---

| 3.695 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |

**Gokul D**
**75 Lake Estates Dr**
**Montgomery, TX 77356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$271.00** |

**Gokul Das**
**75 Lake Estates Dr**
**Montgomery, TX 77356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$138.00** |

**Golden Broughton**
**6318 Richmond Ave**
**2204**
**Dallas, TX 75214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |

**Gongchen**
**445 Bush**
**4th Floor**
**San Francisco, CA 94108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**Gonzalezcoro E**
**151 Se 15 Th Rd**
**1601**
**Miami, FL 33129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.696 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |

**Gopal L**
**2016 Telegraph Ave Unit 1405**
**Oakland, CA 94612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.696 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$414.00** |

**Gordon Brydger**
**715 Bayshore Dr Apt 804**
**Fort Lauderdale, FL 33304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.696 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**Gordon G**
**30007 Canyon Side Ct**
**Spring, TX 77386**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.696 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$354.00** |

**Gordon Gillespie**
**2632 S West View St**
**Los Angeles, CA 90016**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.696 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,291.00** |

**Gordon Hill**
**559 Kathmere Rd**
**Havertown, PA 19083**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.696 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$373.00** |

**Gordon Kipling**
**3428 Park Ave**
**Minneapolis, MN 55407**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.696 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$115.00** |

**Gordon L**
**5236 Brynwood Drive**
**Columbus, OH 43220**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.696 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$67.00** |

**Gordon Lash**
**5236 Brynwood Drive**
**Columbus, OH 43220**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.696 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$110.00** |

**Gordon P**
**12009 Cherie Dr**
**Austin, TX 78758**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name    Case number (if known) _____

| 3.696 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $525.00 |
|---|---|---|---|

**Gordon Rager**
**12627 Carinthia Dr, Whittier, Ca 90601**
**Whittier, CA 90601**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.697 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $427.00 |
|---|---|---|---|

**Gordon Tindall**
**4320 Van Nuys Blvd Apt 310**
**Sherman Oaks, CA 91403**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.697 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $93.00 |
|---|---|---|---|

**Gordon Turl**
**2079 East Bluff View Drive**
**Fresno, CA 93730**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.697 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $207.00 |
|---|---|---|---|

**Gordon W**
**73 Montevideo Dr**
**Edinburg, VA 22824**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.697 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $116.00 |
|---|---|---|---|

**Gordon Way**
**73 Montevideo Dr**
**Edinburg, VA 22824**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.697 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $114.00 |
|---|---|---|---|

**Gordon Williams**
**1317 Oaklawn Ave NE**
**Brookhaven, GA 30319**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.697 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Grace B**
**11 Lochmoor Ct**
**Lutherville, MD 21093**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
Name

Case number *(if known)*

---

| 3.697 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$343.00** |
| **Grace Gallagher** | ☐ Contingent | |
| **310 Arlington Ave Unit 402** | ☐ Unliquidated | |
| **Charlotte, NC 28203** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.697 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28.00** |
| **Grace Gilmore** | ☐ Contingent | |
| **526 Lyon St** | ☐ Unliquidated | |
| **South Haven, MI 49090** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.697 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |
| **Grace K** | ☐ Contingent | |
| **826 Constantinople St** | ☐ Unliquidated | |
| **New Orleans, LA 70115** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.697 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,890.00** |
| **Grace Kaynor** | ☐ Contingent | |
| **826 Constantinople St** | ☐ Unliquidated | |
| **New Orleans, LA 70115** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.698 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28.00** |
| **Grace Ogrady** | ☐ Contingent | |
| **607 S Saint Asaph St** | ☐ Unliquidated | |
| **Alexandria, VA 22314** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.698 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$446.00** |
| **Grace Uhls** | ☐ Contingent | |
| **2298 W 28th Ave Apt 137** | ☐ Unliquidated | |
| **Denver, CO 80211** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.698 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$173.00** |
| **Gracie Olivas** | ☐ Contingent | |
| **1301 Yvonne Diane Dr** | ☐ Unliquidated | |
| **El Paso, TX 79936** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Official Form 206 E/F
Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                                          Case number *(if known)*    _____

| 3.698 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,457.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Grady Hall**
**24758 Ballad Dr**
**Katy, TX 77493**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$1,457.00

---

| 3.698 4 |

**Nonpriority creditor's name and mailing address**
**Graem C**
**589 Windmere Dr**
**Lexington, SC 29072**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$10.00

---

| 3.698 5 |

**Nonpriority creditor's name and mailing address**
**Graham D**
**1803 Nightshade**
**San Antonio, TX 78260**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

| 3.698 6 |

**Nonpriority creditor's name and mailing address**
**Graham D**
**998 Glenwood Ave**
**Plainfield, NJ 07060**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$22.00

---

| 3.698 7 |

**Nonpriority creditor's name and mailing address**
**Graham Davey**
**1803 Nightshade**
**San Antonio, TX 78260**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$148.00

---

| 3.698 8 |

**Nonpriority creditor's name and mailing address**
**Graham Dewanna**
**998 Glenwood Ave**
**Plainfield, NJ 07060**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$206.00

---

| 3.698 9 |

**Nonpriority creditor's name and mailing address**
**Graham M**
**2979 Fairway View Dr**
**Grand Junction, CO 81503**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$39.00

---

Official Form 206 E/F            Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*   _____

---

**3.6990**

**Nonpriority creditor's name and mailing address**
**Graham Molinaro**
**2979 Fairway View Dr**
**Grand Junction, CO 81503**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$436.00**

---

**3.6991**

**Nonpriority creditor's name and mailing address**
**Graham S**
**3046 Ponder Pl.**
**Dallas, TX 75229**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.6992**

**Nonpriority creditor's name and mailing address**
**Graham Shivas**
**7908 Earl St**
**Oakland, CA 94605**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$142.00**

---

**3.6993**

**Nonpriority creditor's name and mailing address**
**Granice Sonny Wall**
**12801 Big Sur Drive**
**Tampa, FL 33625**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$55.00**

---

**3.6994**

**Nonpriority creditor's name and mailing address**
**Grant Best**
**166 Helen St.**
**Binghamton, NY 13905**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.6995**

**Nonpriority creditor's name and mailing address**
**Grant Calhoun**
**2613 Hollister Dr**
**Charleston, WV 25302**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$58.00**

---

**3.6996**

**Nonpriority creditor's name and mailing address**
**Grant Christopher**
**6614 Northwood Rd**
**Dallas, TX 75225**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

Official Form 206 E/F            Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

---

| 3.699 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$195.00** |

**Grant Cummings**
**2004 240th Pl Se**
**Bothell, WA 98021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** ___Customer___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$19.00** |

**Grant D**
**5715 Roberts Dr**
**Dunwoody, GA 30338**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** ___Customers - Deferred Credit___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$544.00** |

**Grant Glattly**
**434 Stable Ln**
**Lake Forest, IL 60045**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** ___Customer___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.700 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$34.00** |

**Grant J**
**1385 S. Carroll St**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** ___Customers - Deferred Credit___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.700 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$573.00** |

**Grant Shaffer**
**12100 Wilshire Blvd Ste 1025**
**Los Angeles, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** ___Customer___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.700 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$42.00** |

**Grant W**
**1483 N. Morrish Rd**
**Flint, MI 48532**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** ___Customers - Deferred Credit___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.700 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$313.00** |

**Grant Whittington**
**3321 Garrett Drive**
**Irving, TX 75062**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** ___Customer___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.700 4 | **Nonpriority creditor's name and mailing address**<br>**Granville M**<br>**3510 N Causeway Blvd Ste 110**<br>**Metairie, LA 70002** | **$16.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.700 5 | **Nonpriority creditor's name and mailing address**<br>**Granville Morse**<br>**3510 N Causeway Blvd Ste 110**<br>**Metairie, LA 70002** | **$38.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.700 6 | **Nonpriority creditor's name and mailing address**<br>**Grape Guy**<br>**9301 West Rd**<br>**P.O. Box 438**<br>**Potter Valley, CA 95469** | **$106.51** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.700 7 | **Nonpriority creditor's name and mailing address**<br>**Gratian Schindler**<br>**Kesslerstrasse**<br>**4**<br>**Zollikon, TX 08702** | **$682.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.700 8 | **Nonpriority creditor's name and mailing address**<br>**Grayson Meyerowitz**<br>**1085 Huntingdon Rd**<br>**Abington, PA 19001** | **$129.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.700 9 | **Nonpriority creditor's name and mailing address**<br>**Greg Aimone**<br>**435 Orlena Ave**<br>**Long Beach, CA 90814** | **$173.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.701 0 | **Nonpriority creditor's name and mailing address**<br>**Greg Andrukat**<br>**30 Roosevelt St**<br>**Corning, NY 14830** | **$450.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F       Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| **3.701 1** | **Nonpriority creditor's name and mailing address**<br>**Greg Angle**<br>**2800 Dewdrop Pl**<br>**Westlake Village, CA 91362**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,195.00** |
| **3.701 2** | **Nonpriority creditor's name and mailing address**<br>**Greg B**<br>**177 E 75th St Apt 19b**<br>**New York, NY 10021**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$132.00** |
| **3.701 3** | **Nonpriority creditor's name and mailing address**<br>**Greg B**<br>**2382 Tiffin Rd**<br>**Oakland, CA 94602**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$19.00** |
| **3.701 4** | **Nonpriority creditor's name and mailing address**<br>**Greg B**<br>**2658 Vista Del Oro**<br>**Newport Beach, CA 92660**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$188.00** |
| **3.701 5** | **Nonpriority creditor's name and mailing address**<br>**Greg Barckhoff**<br>**100 Blakewood Dr**<br>**Roswell, GA 30075**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$79.00** |
| **3.701 6** | **Nonpriority creditor's name and mailing address**<br>**Greg Barlin**<br>**2224 Old Ranch Pl**<br>**Santa Rosa, CA 95405**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$319.00** |
| **3.701 7** | **Nonpriority creditor's name and mailing address**<br>**Greg Barto**<br>**1200 Newell Hill Pl**<br>**112**<br>**Walnut Creek, CA 94596**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$20.00** |

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.7018**

**Nonpriority creditor's name and mailing address**
**Greg Bellefeuille**
**3680 Jupiter Ave Ne**
**Grand Rapids, MI 49525**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$585.00**

---

**3.7019**

**Nonpriority creditor's name and mailing address**
**Greg Brawley**
**2658 Vista Del Oro**
**Newport Beach, CA 92660**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$130.00**

---

**3.7020**

**Nonpriority creditor's name and mailing address**
**Greg Bulishak**
**177 E 75th St Apt 19b**
**New York, NY 10021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$876.00**

---

**3.7021**

**Nonpriority creditor's name and mailing address**
**Greg Burzynski**
**239 Mayflower Ln**
**Bartlett, IL 60103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.7022**

**Nonpriority creditor's name and mailing address**
**Greg C**
**305 Harbison Rd**
**Wayne, PA 19087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.7023**

**Nonpriority creditor's name and mailing address**
**Greg C**
**3208 Bennett Dr**
**Naperville, IL 60564**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$61.00**

---

**3.7024**

**Nonpriority creditor's name and mailing address**
**Greg Casey**
**19182 Grandview Point**
**Montomery, TX 77356**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$284.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.702 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,114.00** |

**Greg Cerny**
**2 Butterfield Dr**
**Westborough, MA 01581**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$132.00** |

**Greg Chianetta**
**21 West Street**
**28f**
**New York, NY 10006**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$183.00** |

**Greg Chianetta**
**21 West Street**
**28f**
**New York, NY 10006**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |

**Greg D**
**29280 N 70th Way**
**Scottsdale, AZ 85266**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**Greg F**
**11 River Walk Parkway**
**Euharlee, GA 30145**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.703 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |

**Greg F**
**143 Berkeley Circle**
**Basking Ridge, NJ 07920**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.703 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,122.00** |

**Greg Forshay**
**3112 Rustic Woods Court**
**Bedford, TX 76021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.703 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$75.00** |

**Greg G**
**129 Colgett Dr**
**Oakland, CA 94619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.703 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9.00** |

**Greg G**
**1535 Centervue Crossing Wat**
**Apt 105**
**Knoxville, TN 37932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.703 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6.04** |

**Greg G**
**815 Richard Lane**
**Danville, CA 94526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.703 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$458.00** |

**Greg Gilbert**
**1535 Centervue Crossing Wat**
**Apt 105**
**Knoxville, TN 37932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.703 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$19.00** |

**Greg H**
**12882 Francine Ter**
**Poway, CA 92064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.703 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Greg Hackett**
**119 Via Antibes**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.703 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$862.00** |

**Greg Harper**
**17 Crestwood Dr**
**Houston, TX 77007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____
Name                                              Case number (if known) _____

| 3.703 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,487.00 |
|---|---|---|---|

**Greg Himmel**
**4682 Bandera Pl**
**Parker, CO 80134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.704 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,728.00 |
|---|---|---|---|

**Greg Hobbs**
**Greenville Country Club**
**239 Byrd**
**Greenville, SC 29605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.704 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,419.00 |
|---|---|---|---|

**Greg Hoffman**
**163 Old Savannah Rd**
**Hinesville, GA 31313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.704 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17.00 |
|---|---|---|---|

**Greg K**
**9643 Hammonds Overlook Court**
**Laurel, MD 20723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.704 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $316.00 |
|---|---|---|---|

**Greg Kirchhoff**
**18171 Icon Ct**
**Lakeville, MN 55044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.704 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Greg M**
**18 Prince Court**
**Malverne, NY 11565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.704 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |
|---|---|---|---|

**Greg Maier**
**1730 Dover Place**
**Lansing, MI 48910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Phoeno Wine Company, Inc.**

_____
Name

Case number _(if known)_ _____

| | |
|---|---|
| **3.704** **6** | **$239.00** |

**Nonpriority creditor's name and mailing address**
**Greg Marra**
**9114 Prima Way Unit 201**
**Naplrs, FL 34113**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.704** **7** | **$10,171.00** |

**Nonpriority creditor's name and mailing address**
**Greg Moundas**
**5301 Headquarters Dr**
**Plano, TX 75024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.704** **8** | **$243.00** |

**Nonpriority creditor's name and mailing address**
**Greg Neal**
**1153 Bergen Parkway**
**I-410**
**Evergreen, CO 80439**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.704** **9** | **$128.00** |

**Nonpriority creditor's name and mailing address**
**Greg Payton**
**515 Gusdorf Rd Ste 4**
**Taos, NM 87571**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.705** **0** | **$528.00** |

**Nonpriority creditor's name and mailing address**
**Greg Perlberg**
**26125 Wendell St**
**Chantilly, VA 20152**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.705** **1** | **$8.00** |

**Nonpriority creditor's name and mailing address**
**Greg Q**
**46 Pilgrim Path**
**Huntington, NY 11743**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.705** **2** | **$215.00** |

**Nonpriority creditor's name and mailing address**
**Greg Quartier**
**46 Pilgrim Path**
**Huntington, NY 11743**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.705 3**

**Nonpriority creditor's name and mailing address**

**Greg Richards**
**23225 Kingsland Blvd Ste 300**
**Katy, TX 77494**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$716.00**

---

**3.705 4**

**Nonpriority creditor's name and mailing address**

**Greg S**
**526 Commercial St**
**Emporia, KS 66801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$52.00**

---

**3.705 5**

**Nonpriority creditor's name and mailing address**

**Greg Sambo**
**2241 Bridgeport Cir**
**Rockledge, FL 32955**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$632.00**

---

**3.705 6**

**Nonpriority creditor's name and mailing address**

**Greg Scofield**
**9260 Se Wyndham Way**
**Happy Valley, OR 97086**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,472.00**

---

**3.705 7**

**Nonpriority creditor's name and mailing address**

**Greg Sevener**
**1214 E. Hamlin St. Slip #1**
**Seattle, WA 98102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$696.00**

---

**3.705 8**

**Nonpriority creditor's name and mailing address**

**Greg Stonehouse**
**12833 Goodview Avenue N**
**White Bear Lake, MN 55110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$748.00**

---

**3.705 9**

**Nonpriority creditor's name and mailing address**

**Greg Taylor**
**310 Shipwatch Pte**
**Savannah, TN 38372**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,642.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
Name

| 3.706 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.00 |

**Greg Thirtyacre**
**9419 State Route 762**
**Orient, OH 43146**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.706 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $403.00 |

**Greg Tyminski**
**105 Crabapple Ln**
**Syracuse, NY 13219**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.706 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.00 |

**Greg W**
**6438 San Isabel Ave**
**Loveland, CO 80538**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.706 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,030.00 |

**Greg Werhane**
**6438 San Isabel Ave**
**Loveland, CO 80538**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.706 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $540.00 |

**Greg Wick**
**725 Kansas City St**
**Rapid City, SD 57701**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.706 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.00 |

**Greg Woods**
**5929 S. 700 E.**
**Whitestown, IN 46075**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.706 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $699.00 |

**Gregg Caserta**
**153 N Broadway**
**Nyack, NY 10960**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____

Name

| 3.706 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Gregg Chiponis**
**22058 Marie Crt**
**Rogers, MN 55374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.706 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $20.00 |
|---|---|---|---|

**Gregg E**
**6504 Electric Railway**
**Cicero, NY 13039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.706 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $563.00 |
|---|---|---|---|

**Gregg Fogel**
**1513 Race St**
**Cincinnati, OH 45202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $308.00 |
|---|---|---|---|

**Gregg Hall**
**651 W Washington Blvd Ste 1n**
**Chicago, IL 60661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $931.00 |
|---|---|---|---|

**Gregg Hartman**
**60 Church St**
**Norwich, VT 05055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $50.00 |
|---|---|---|---|

**Gregg L**
**2403 Palomino Trl**
**Park City, UT 84098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $192.00 |
|---|---|---|---|

**Gregg Lytle**
**8211 E Regal Pl Ste 100**
**Tulsa, OK 74133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

**3.707**
**4**

**Nonpriority creditor's name and mailing address**

**Gregg S**
**116 Southern Valley Ct**
**Mars, PA 16046**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$26.00

---

**3.707**
**5**

**Nonpriority creditor's name and mailing address**

**Gregg Swersky**
**7005 Middlebrook Pike**
**Knoxville, TN 37909**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$353.00

---

**3.707**
**6**

**Nonpriority creditor's name and mailing address**

**Gregg T 13417496**
**1628 Royal Oak Dr**
**Mansfield, OH 44906**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$56.00

---

**3.707**
**7**

**Nonpriority creditor's name and mailing address**

**Gregg Thatcher**
**1628 Royal Oak Dr**
**Mansfield, OH 44906**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$107.00

---

**3.707**
**8**

**Nonpriority creditor's name and mailing address**

**Gregg Vanier**
**102 N Water St Unit 611**
**Milwaukee, WI 53202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$270.00

---

**3.707**
**9**

**Nonpriority creditor's name and mailing address**

**Gregg Weiss**
**7 Bellchase Ct**
**Pikesville, MD 21208**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,292.00

---

**3.708**
**0**

**Nonpriority creditor's name and mailing address**

**Gregg Weisser**
**2621 Palisade Ave Apt 12I**
**Bronx, NY 10463**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$60.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.708 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$470.00** |
|---|---|---|---|

**Gregg Zacky**
**6306 Bertrand Ave**
**Encino, CA 91316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,535.00** |
|---|---|---|---|

**Gregor Mcleod**
**5508 Del Park Ave**
**Virginia Beach, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23.00** |
|---|---|---|---|

**Gregoria Ramirez**
**346 Saratoga Ave**
**Brooklyn, NY 11233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$939.00** |
|---|---|---|---|

**Gregory Albert**
**17 Coralvine Ct**
**Spring, TX 77380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
|---|---|---|---|

**Gregory B**
**7600 Landmark Way Unit 1109**
**Greenwood Village, CO 80111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30.00** |
|---|---|---|---|

**Gregory B**
**9416 Lawndale Ave**
**Evanston, IL 60203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
|---|---|---|---|

**Gregory Ballington**
**22 M St NE Apt 835**
**C/O Maria D Barnecet**
**Washington, DC 20002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                              Case number (*if known*)    _____

| 3.708 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $129.00 |

**Gregory Beard**
**9416 Lawndale Ave**
**Evanston, IL 60203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $618.00 |

**Gregory Buja**
**58 Saint Marks Pl Apt 412**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177.00 |

**Gregory Carolan**
**1806 Meadow Ridge Ct**
**Bethlehem, PA 18015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $975.00 |

**Gregory Chester**
**1022 N Bumby Ave**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,855.00 |

**Gregory Confer**
**306 Salem Ct**
**Franklin, TN 37064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 |

**Gregory E**
**18 Turner Drive**
**Novato, CA 94949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,232.00 |

**Gregory Eidlen**
**57 Everett Ave**
**Staten Island, NY 10309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

**3.709 5**

**Nonpriority creditor's name and mailing address**

**Gregory Garrett**
**1218 Taylor St**
**Columbia, SC 29201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$441.00**

---

**3.709 6**

**Nonpriority creditor's name and mailing address**

**Gregory Gilleland**
**4089 Louisville Rd**
**Finksburg, MD 21048**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$714.00**

---

**3.709 7**

**Nonpriority creditor's name and mailing address**

**Gregory Gordon**
**3764 East Ave**
**Rochester, NY 14618**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$130.00**

---

**3.709 8**

**Nonpriority creditor's name and mailing address**

**Gregory Gotimer**
**3108 Dancy Street**
**Austin, TX 78722**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$549.00**

---

**3.709 9**

**Nonpriority creditor's name and mailing address**

**Gregory H**
**2395 Palisades Crest Drive**
**Lake Oswego, OR 97034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,290.00**

---

**3.710 0**

**Nonpriority creditor's name and mailing address**

**Gregory H**
**48 Eucalyptus Knoll St**
**Mill Valley, CA 94941**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.710 1**

**Nonpriority creditor's name and mailing address**

**Gregory Hayward**
**2395 Palisades Crest Drive**
**Lake Oswego, OR 97034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$10,279.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.710 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gregory Henry**
**13606 Sylvan Bluff Drive**
**Leesburg, VA 20176**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$791.00**

---

| 3.710 3 |
|---|

**Nonpriority creditor's name and mailing address**

**Gregory Hoffman**
**51205 Highway 275**
**Clearwater, NE 68726**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$514.00**

---

| 3.710 4 |
|---|

**Nonpriority creditor's name and mailing address**

**Gregory Holmes**
**465 240th Ave Apt 307**
**Bridges Bay Pointe**
**Arnolds Park, IA 51331**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,150.00**

---

| 3.710 5 |
|---|

**Nonpriority creditor's name and mailing address**

**Gregory Holt**
**209 Trotter Street**
**Greenville, SC 29605**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$15,633.00**

---

| 3.710 6 |
|---|

**Nonpriority creditor's name and mailing address**

**Gregory Horn**
**3 Oakland Rd**
**Amston, CT 06231**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$808.00**

---

| 3.710 7 |
|---|

**Nonpriority creditor's name and mailing address**

**Gregory Jablonski**
**1063 NW 184th Way**
**Pembroke Pines, FL 33029**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,725.00**

---

| 3.710 8 |
|---|

**Nonpriority creditor's name and mailing address**

**Gregory Kobilka**
**110 N Fairfield Rd**
**Devon, PA 19333**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$981.00**

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|

**3.710 9**

**Nonpriority creditor's name and mailing address**

**Gregory Lubrani**
**15955 Sw 6th St**
**Pembroke Pines, FL 33027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$374.00**

---

**3.711 0**

**Nonpriority creditor's name and mailing address**

**Gregory Matney**
**901 N Broad St**
**UPS Access Point (Advance Auto Parts Sto**
**New Orleans, LA 70119**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$992.00**

---

**3.711 1**

**Nonpriority creditor's name and mailing address**

**Gregory Moore**
**4446 San Gabriel Dr**
**Dallas, TX 75229**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,480.00**

---

**3.711 2**

**Nonpriority creditor's name and mailing address**

**Gregory Muth**
**659 Elk River Clubhouse Drive**
**Unit D3**
**Banner Elk, NC 28604**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,692.00**

---

**3.711 3**

**Nonpriority creditor's name and mailing address**

**Gregory Nassar**
**12130 Mossycup**
**Houston, TX 77024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

**3.711 4**

**Nonpriority creditor's name and mailing address**

**Gregory P**
**756 Paradiso Ct**
**Soquel, CA 95073**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$78.22**

---

**3.711 5**

**Nonpriority creditor's name and mailing address**

**Gregory Polyak**
**138 Southwyck Dr**
**Chagrin Falls, OH 44022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$157.00**

---

Debtor    **Phoeno Wine Company, Inc.**

_____
Name

Case number (if known) _____

---

| 3.711 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$161.00** |

**Gregory Roberts**
**7518 Dogwood Rd**
**Sykesville, MD 21784**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 7 | **Nonpriority creditor's name and mailing address** | | **$20.00** |

**Gregory S**
**24571 Via Tequila**
**Lake Forest, CA 92630**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 8 | **Nonpriority creditor's name and mailing address** | | **$3.71** |

**Gregory S**
**5248 Kalmia Dr**
**Las Vegas, NV 89103**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 9 | **Nonpriority creditor's name and mailing address** | | **$52.00** |

**Gregory S**
**64 Wild Iris Rd**
**San Geronimo, CA 94963**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 0 | **Nonpriority creditor's name and mailing address** | | **$298.00** |

**Gregory Sarno**
**1572 Beacon St Apt 3**
**Brookline, MA 02446**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 1 | **Nonpriority creditor's name and mailing address** | | **$470.00** |

**Gregory Skipton**
**6088 Eddy Gate Way**
**Farmington, NY 14425**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 2 | **Nonpriority creditor's name and mailing address** | | **$32,006.00** |

**Gregory Smith**
**64 Wild Iris Rd**
**San Geronimo, CA 94963**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

| 3.712 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$99.00** |

**Gregory Solomon**
**254 Stanley Ave**
**Millers Creek, NC 28651**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |

**Gregory T**
**5552 E Inverness Ave**
**C/O Ups**
**Mesa, AZ 85206**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,633.00** |

**Gregory Trenk**
**3788 Whitewater Way**
**Merced, CA 95340**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150.00** |

**Gregory Trimarche**
**33871 Mercator Isle**
**Dana Point, CA 92629**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**Gregory W**
**4820 Caroline Street**
**Apt 203**
**Houston, TX 77004**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,014.00** |

**Gregory Wigton**
**7328 Kindlewood Dr**
**Edwardsville, IL 62025**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9.00** |

**Gregory Z**
**4 Parkway Rd**
**Medford, MA 02155**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

| | |
|---|---|
| **3.713 0** | |

**Nonpriority creditor's name and mailing address**
**Gregory Zoeller**
**4 Parkway Rd**
**Medford, MA 02155**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,741.00**

---

| | |
|---|---|
| **3.713 1** | |

**Nonpriority creditor's name and mailing address**
**Gren Wells**
**432 Montano Rd**
**Corrales, NM 87048**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$978.00**

---

| | |
|---|---|
| **3.713 2** | |

**Nonpriority creditor's name and mailing address**
**Gretchen Hoar**
**1000 Nicollet Mall**
**Minneapolis, MN 55403**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$79.01**

---

| | |
|---|---|
| **3.713 3** | |

**Nonpriority creditor's name and mailing address**
**Gretchen K**
**1000 Nicollet Mall  Tps-2284**
**Minneapolis, MN 55403**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$3,210.03**

---

| | |
|---|---|
| **3.713 4** | |

**Nonpriority creditor's name and mailing address**
**Gretchen Konrath**
**248 Thistle Glen Ct**
**Stanley, NC 28164**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$279.00**

---

| | |
|---|---|
| **3.713 5** | |

**Nonpriority creditor's name and mailing address**
**Gretchen Miller**
**4031 N Hamlin Ave**
**Chicago, IL 60618**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$268.00**

---

| | |
|---|---|
| **3.713 6** | |

**Nonpriority creditor's name and mailing address**
**Gretchen Miner**
**3030 Se 7th Ave**
**Portland, OR 97202**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,069.00**

---

Debtor **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

---

**3.713**
**7**

**Nonpriority creditor's name and mailing address**

**Gretchen Russell**
**2506 Pebble Stream Ct**
**Kingwood, TX 77345**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$180.00

---

**3.713**
**8**

**Nonpriority creditor's name and mailing address**

**Grethel K**
**15860 West Prestwick Place**
**Miami Lakes, FL 33014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$5.00

---

**3.713**
**9**

**Nonpriority creditor's name and mailing address**

**Grethel Kunkel**
**15860 West Prestwick Place**
**Miami Lakes, FL 33014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$282.00

---

**3.714**
**0**

**Nonpriority creditor's name and mailing address**

**Greyson Gardlik**
**13701 Marina Pointe Dr Apt 437**
**Marina Del Rey, CA 90292**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$278.00

---

**3.714**
**1**

**Nonpriority creditor's name and mailing address**

**Griffin Lawler**
**5233 Clausen Ave**
**Western Springs, IL 60558**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

**3.714**
**2**

**Nonpriority creditor's name and mailing address**

**Griffin Tamura**
**29 Palta St**
**Rancho Mission Viejo, CA 92694**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$786.14

---

**3.714**
**3**

**Nonpriority creditor's name and mailing address**

**Grzegorz Walukanis**
**342 Veneto**
**Bloomingdale, IL 60108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,249.00

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

---

| 3.714 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$264.00** |

**Guadalupe Rivera**
**14 Silver Crest Drive**
**El Paso, TX 79902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$197.00** |

**Guangyu Tong**
**71 Lexington Gdns**
**North Haven, CT 06473**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$527.00** |

**Guerry Magidson**
**101 Allen Memorial Way**
**Port Saint Joe, FL 32456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29.00** |

**Guido Lambelet**
**W 7844 State Road 106**
**Fort Atkinson, WI 53538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$99.00** |

**Guilherme Cerqueira**
**150 Ketton Way**
**Alpharetta, GA 30005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00** |

**Guilherme L**
**17 1/2 Harvard St**
**Nashua, NH 03060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.715 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$98.00** |

**Guilherme Lopes**
**17 1/2 Harvard St**
**Nashua, NH 03060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*   _____

---

| 3.715 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Guillermo Martinez**
**17322 Morgans Lake Dr**
**Cypress, TX 77433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.715 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Guillermo Uriarte**
**3380 Nostrand Ave Apt 4h**
**Brooklyn, NY 11229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.715 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$638.00** |
|---|---|---|---|

**Guiovanna Nance**
**4024 W 104th Pl**
**Westminster, CO 80031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.715 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$360.00** |
|---|---|---|---|

**Gulshan Bajaj**
**785 Oak Grove Road # N**
**Concord, CA 94518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.715 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$945.00** |
|---|---|---|---|

**Gun Kim**
**1640 W 23rd St Ste 100**
**Dfw Airport, TX 75261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.715 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$39.00** |
|---|---|---|---|

**Gus M**
**21 Hyatt Rd**
**Branchville, NJ 07826**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.715 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$964.00** |
|---|---|---|---|

**Gus Wetzel**
**5 NE 91st Rd**
**Clinton, MO 64735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_    _____
Name

| | |
|---|---|
| **3.715 8** | |

**Nonpriority creditor's name and mailing address**

**Gustavo B**
**427 Golden Beach Dr**
**Golden Beach, FL 33160**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| | |
|---|---|
| **3.715 9** | |

**Nonpriority creditor's name and mailing address**

**Gustavo Covarrubias**
**7905 Caldwell Ave**
**Whittier, CA 90602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

| | |
|---|---|
| **3.716 0** | |

**Nonpriority creditor's name and mailing address**

**Gustavo H**
**8839 W 98th**
**Palos Hills, IL 60465**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

| | |
|---|---|
| **3.716 1** | |

**Nonpriority creditor's name and mailing address**

**Gustavo L**
**384 Park St. Apt B**
**San Francisco, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$30.97**

---

| | |
|---|---|
| **3.716 2** | |

**Nonpriority creditor's name and mailing address**

**Gustavo Pena**
**2224 Camino De Las Palmas**
**Lemon Grove, CA 91945**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

**$2,073.00**

---

| | |
|---|---|
| **3.716 3** | |

**Nonpriority creditor's name and mailing address**

**Guy B**
**1434 Oak Street Nw**
**Washington, DC 20010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$80.00**

---

| | |
|---|---|
| **3.716 4** | |

**Nonpriority creditor's name and mailing address**

**Guy Benson**
**1434 Oak Street NW**
**Washington, DC 20010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

**$1,431.00**

---

Debtor    **Phoeno Wine Company, Inc.**
       Name

Case number *(if known)*

---

| 3.716 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Guy C**
**2407 Northampton Ave**
**Orlando, FL 32828**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

| 3.716 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Guy Cooper**
**9210 Flintlock St**
**Anchorage, AK 99507**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No  ☐ Yes

**$1,040.00**

---

| 3.716 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Guy E**
**7812 Shirley St**
**Omaha, NE 68124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No  ☐ Yes

**$30.00**

---

| 3.716 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Guy H**
**2285 Parker Place**
**Eugene, OR 97402**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

| 3.716 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Guy Kurlandski**
**9301 N Bayshore Dr**
**Miami Shores, FL 33138**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No  ☐ Yes

**$6,206.00**

---

| 3.717 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Guy Lewis**
**6601 Sw 126th St**
**Pinecrest, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.717 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Guy Merin**
**17606 NE 30th Pl**
**Redmond, WA 98051**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No  ☐ Yes

**$221.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

---

**3.717 2**

**Nonpriority creditor's name and mailing address**

**Guy Merin**
**17606 Ne 30th Pl**
**Redmond, WA 98051**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.717 3**

**Nonpriority creditor's name and mailing address**

**Guy S**
**2 Harvest Dr**
**Scarsdale, NY 10583**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

**3.717 4**

**Nonpriority creditor's name and mailing address**

**Guy Servant**
**13712 Quinton Rd**
**San Diego, CA 92129**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$134.00**

---

**3.717 5**

**Nonpriority creditor's name and mailing address**

**Gwen Hazouri**
**1032 S Main St**
**Gainesville, FL 32601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$742.00**

---

**3.717 6**

**Nonpriority creditor's name and mailing address**

**Gwendolyn Livingstone**
**2591 Pitkin Avenue**
**Fl 2**
**Brooklyn, NY 11208**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$47.00**

---

**3.717 7**

**Nonpriority creditor's name and mailing address**

**Gyan T**
**19948 Merribrook Dr**
**Saratoga, CA 95070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.717 8**

**Nonpriority creditor's name and mailing address**

**Gyan Tiwary**
**19948 Merribrook Dr**
**Saratoga, CA 95070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$245.00**

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
              Name

---

3.717
9

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$677.00**

**H Uhrig**                                                           ☐ Contingent
**2330 Larkin St  #60**                                              ☐ Unliquidated
**San Francisco, CA 94109**                                          ☐ Disputed

Date(s) debt was incurred _                                          **Basis for the claim:  Customer**

Last 4 digits of account number _                                    Is the claim subject to offset? ■ No  ☐ Yes

---

3.718
0

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$99.00**

**Hadley Eilyn**                                                      ☐ Contingent
**6853 Wild Grass Ln**                                               ☐ Unliquidated
**Wellington, CO 80549**                                             ☐ Disputed

Date(s) debt was incurred _                                          **Basis for the claim:  Customer**

Last 4 digits of account number _                                    Is the claim subject to offset? ■ No  ☐ Yes

---

3.718
1

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$10.00**

**Hafiz U**                                                          ☐ Contingent
**50 Battery Pl Apt 5u**                                             ☐ Unliquidated
**New York, NY 10280**                                               ☐ Disputed

Date(s) debt was incurred _                                          **Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _                                    Is the claim subject to offset? ■ No  ☐ Yes

---

3.718
2

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$11.00**

**Hafiz U**                                                          ☐ Contingent
**610 W 42nd St Apt 15m**                                            ☐ Unliquidated
**New York, NY 10036**                                               ☐ Disputed

Date(s) debt was incurred _                                          **Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _                                    Is the claim subject to offset? ■ No  ☐ Yes

---

3.718
3

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$290.00**

**Hafiz Usama**                                                      ☐ Contingent
**50 Battery Pl Apt 5u**                                             ☐ Unliquidated
**New York, NY 10280**                                               ☐ Disputed

Date(s) debt was incurred _                                          **Basis for the claim:  Customer**

Last 4 digits of account number _                                    Is the claim subject to offset? ■ No  ☐ Yes

---

3.718
4

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$29.00**

**Hai Nguyen**                                                       ☐ Contingent
**1861 Puddingstone Dr**                                             ☐ Unliquidated
**La Verne, CA 91750**                                               ☐ Disputed

Date(s) debt was incurred _                                          **Basis for the claim:  Customer**

Last 4 digits of account number _                                    Is the claim subject to offset? ■ No  ☐ Yes

---

3.718
5

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$10.00**

**Haisook C**                                                        ☐ Contingent
**11838 Nixon Lane**                                                 ☐ Unliquidated
**Whittier, CA 90601**                                               ☐ Disputed

Date(s) debt was incurred _                                          **Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _                                    Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____      Case number (if known) _____
Name

| 3.718 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145.00 |
|---|---|---|---|

**Hakan Beygo**
**1101 Double Gate Rd**
**Davidsonville, MD 21035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.718 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $467.00 |
|---|---|---|---|

**Hal Rice**
**700 Rockmead Dr**
**Suite 140**
**Kingwood, TX 77339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.718 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78.00 |
|---|---|---|---|

**Haley Blodgett**
**9945 King Ct**
**Westminster, CO 80031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.718 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |
|---|---|---|---|

**Haley Forehand**
**405 Hill Drive**
**Ozona, TX 76943**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.719 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Haley Phillips**
**4714 Brookside Dr**
**N Charleston, SC 29405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.719 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $154.00 |
|---|---|---|---|

**Haley Pilet**
**3029 Snap Dragon Ln**
**Shreveport, LA 71106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.719 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $91.00 |
|---|---|---|---|

**Hali Perlman**
**1455 Waukegan Rd**
**Deerfield, IL 60015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

**3.719**
**3**

Nonpriority creditor's name and mailing address

**Hall W**
**427 Weathergreen Dr**
**Raleigh, NC 27615**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$5.00**

---

**3.719**
**4**

Nonpriority creditor's name and mailing address

**Halleli Stav**
**18806 Riverwind Ln**
**Davidson, NC 28036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.719**
**5**

Nonpriority creditor's name and mailing address

**Halley Russell**
**121 Creek Stone Ln**
**Mount Airy, GA 30563**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$157.00**

---

**3.719**
**6**

Nonpriority creditor's name and mailing address

**Hamid K**
**12 Bandon Ct**
**202**
**Lutherville, MD 21093**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$25.00**

---

**3.719**
**7**

Nonpriority creditor's name and mailing address

**Hamilton C**
**523 Affirmed Ln**
**Alpharetta, GA 30004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$200.00**

---

**3.719**
**8**

Nonpriority creditor's name and mailing address

**Hamilton Chon**
**523 Affirmed Ln**
**Alpharetta, GA 30004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$655.00**

---

**3.719**
**9**

Nonpriority creditor's name and mailing address

**Hampden K**
**1360 Elm Tree Rd**
**Lake Forest, IL 60045**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$41.00**

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

**3.720 0**

**Nonpriority creditor's name and mailing address**

**Hampden Keil**
**1360 Elm Tree Rd**
**Lake Forest, IL 60045**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,784.00**

---

**3.720 1**

**Nonpriority creditor's name and mailing address**

**Han E**
**1211 Wellington Ave**
**Pasadena, CA 91103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.720 2**

**Nonpriority creditor's name and mailing address**

**Han Elroy**
**1211 Wellington Ave**
**Pasadena, CA 91103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

**3.720 3**

**Nonpriority creditor's name and mailing address**

**Han Tang**
**504 NW 163rd St**
**Shoreline, WA 98177**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$690.00**

---

**3.720 4**

**Nonpriority creditor's name and mailing address**

**Hana Park**
**652 Weed St**
**New Canaan, CT 06840**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.720 5**

**Nonpriority creditor's name and mailing address**

**Hanh N**
**101 Crosswinds**
**Irvine, CA 92602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.720 6**

**Nonpriority creditor's name and mailing address**

**Hania B**
**4455 Outrigger Cir**
**Huntington Beach, CA 92649**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.720 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Hanif D**
**12608 Thunder Chase Drive**
**Reston, VA 20191**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

| 3.720 8 |
|---|

**Nonpriority creditor's name and mailing address**

**Hank Mazurek**
**1731 Princess Circle**
**Naperville, IL 60564**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$65.00**

---

| 3.720 9 |
|---|

**Nonpriority creditor's name and mailing address**

**Hanna C**
**1770 Arbor Dr**
**San Jose, CA 95125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

| 3.721 0 |
|---|

**Nonpriority creditor's name and mailing address**

**Hanna Cho**
**1770 Arbor Dr**
**San Jose, CA 95125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$471.00**

---

| 3.721 1 |
|---|

**Nonpriority creditor's name and mailing address**

**Hanna John**
**45 West Ln**
**Sayville, NY 11782**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$152.00**

---

| 3.721 2 |
|---|

**Nonpriority creditor's name and mailing address**

**Hannah G**
**491 Massachusetts Ave Apt 2**
**Boston, MA 02118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$4.00**

---

| 3.721 3 |
|---|

**Nonpriority creditor's name and mailing address**

**Hannah Gale**
**491 Massachusetts Ave Apt 2**
**Boston, MA 02118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$332.00**

---

Debtor    **Phoeno Wine Company, Inc.**                                     Case number (if known) _____
_____
Name

---

| 3.721 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,596.00** |

**Hannah Johnson**
**102 N South Rd Fl B**
**UPS Acess Point Located In Michael S**
**North Conway, NH 03860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.721 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$145.00** |

**Hannah Kim**
**7712 Country Club Ct**
**Clayton, MO 63105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.721 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$87.00** |

**Hannah Kim**
**7712 Country Club Ct**
**Clayton, MO 63105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.721 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Hannah Moser**
**7743 W Manchester Ave Apt 3**
**Playa Del Rey, CA 90293**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.721 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$222.00** |

**Hannah Obrien**
**46 Oakland Dr E**
**Whitehouse Station, NJ 08889**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.721 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21.00** |

**Hannah P**
**4820 Hillview Ter**
**Madison, WI 53711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.722 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$408.00** |

**Hannah Peck**
**160 Cambridgepark Dr Unit 107**
**Cambridge, MA 02140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

| 3.722 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $28.00 |

**Hannah Schwieterman**
**1117 W Spring St**
**Saint Marys, OH 45885**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.722 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**Hans Baumstark**
**52406 Hawthorn Ct**
**La Quinta, CA 92253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.722 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $286.00 |

**Hans C**
**41 Longenecker Rd**
**Lititz, PA 17543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.722 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $397.00 |

**Hans Klose**
**3370 N Hayden Rd**
**#123-259**
**Scottsdale, AZ 85251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.722 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $85.59 |

**Hans P**
**570 Peach St Apt 8**
**San Luis Obispo, CA 93401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.722 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $397.00 |

**Hans Poschman**
**570 Peach St Apt 8**
**San Luis Obispo, CA 93401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.722 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |

**Hans T**
**240 Riverside Blvd**
**Panthouse 1a**
**New York, NY 10069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_    _____
          Name

| | |
|---|---|

**3.722
8**

**Nonpriority creditor's name and mailing address**

**Hans Thomas**
**240 Riverside Blvd**
**Panthouse 1a**
**New York, NY 10069**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,730.00**

---

**3.722
9**

**Nonpriority creditor's name and mailing address**

**Hans Vanboldrik**
**319 Jean Dr**
**Santa Rosa, CA 95405**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$269.00**

---

**3.723
0**

**Nonpriority creditor's name and mailing address**

**Hansluckner A**
**2149 Autumn Chase Drive**
**Stockbridge, GA 30281**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

**3.723
1**

**Nonpriority creditor's name and mailing address**

**Hanspeter Gerber**
**528 Canyon Vista Way**
**San Carlos, CA 94070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,152.00**

---

**3.723
2**

**Nonpriority creditor's name and mailing address**

**Hanyu Zhang**
**30 Morningside Dr Apt 409**
**New York, NY 10025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$114.00**

---

**3.723
3**

**Nonpriority creditor's name and mailing address**

**Hao Ton**
**2642 E Trimble Rd**
**San Jose, CA 95132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$32.00**

---

**3.723
4**

**Nonpriority creditor's name and mailing address**

**Harbans H**
**713 Samantha Ln**
**Belton, MO 64012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$7.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number _(if known)_ _____
Name

| 3.723 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Hardev Randhawa**
**250 E 53rd St Apt 701**
**New York, NY 10022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$271.00**

---

| 3.723 6 |
|---|

**Nonpriority creditor's name and mailing address**

**Hardik P**
**10776 Rose Ave Apt 19**
**Los Angeles, CA 90034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

| 3.723 7 |
|---|

**Nonpriority creditor's name and mailing address**

**Hardik Patel**
**10776 Rose Ave Apt 19**
**Los Angeles, CA 90034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

| 3.723 8 |
|---|

**Nonpriority creditor's name and mailing address**

**Hardik Patel**
**18432 Otter Point Rd**
**Wellesley Island, NY 13640**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$62.00**

---

| 3.723 9 |
|---|

**Nonpriority creditor's name and mailing address**

**Harim Kim**
**8500 NE 28th St**
**Hunts Point, WA 98004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$410.00**

---

| 3.724 0 |
|---|

**Nonpriority creditor's name and mailing address**

**Harlan Howard**
**221 Twin Oaks Dr**
**Perkasie, PA 18944**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$686.00**

---

| 3.724 1 |
|---|

**Nonpriority creditor's name and mailing address**

**Harmohan Sohi**
**2568 Johnson Ave**
**San Luis Obispo, CA 93401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$562.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.724 2**

**Nonpriority creditor's name and mailing address**
**Harmony Thomas**
**2076 NW Mullridge Pl Unit K201**
**Issaquah, WA 98027**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,432.00**

---

**3.724 3**

**Nonpriority creditor's name and mailing address**
**Harmony Whitham**
**4713 Durham Dr**
**Plano, TX 75093**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$573.00**

---

**3.724 4**

**Nonpriority creditor's name and mailing address**
**Harold Archer**
**36393 Crystal Springs Ct**
**Newark, CA 94560**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$598.00**

---

**3.724 5**

**Nonpriority creditor's name and mailing address**
**Harold Byun**
**4748 Cedarhill Ln**
**Reno, NV 89519**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$470.00**

---

**3.724 6**

**Nonpriority creditor's name and mailing address**
**Harold Dye**
**5307 Westfield Dr**
**Parker, TX 75002**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$78.00**

---

**3.724 7**

**Nonpriority creditor's name and mailing address**
**Harold F**
**2822 Nw 81st Pl**
**Portland, OR 97229**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.724 8**

**Nonpriority creditor's name and mailing address**
**Harold H**
**45166 Lakeview Dr Apt 4205**
**Macomb, MI 48044**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____     Case number *(if known)* _____
Name

---

**3.7249**

**Nonpriority creditor's name and mailing address**

**Harold Hernandez**
**8869 Atwater Loop**
**Oviedo, FL 32765**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$489.00**

---

**3.7250**

**Nonpriority creditor's name and mailing address**

**Harold Malone**
**904 Forest Ave**
**Johnson City, TN 37601**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$20,689.00**

---

**3.7251**

**Nonpriority creditor's name and mailing address**

**Harold V**
**169 Gordon Ave**
**Totowa, NJ 07512**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$6.00**

---

**3.7252**

**Nonpriority creditor's name and mailing address**

**Harold Wittr**
**2602 E 20th St**
**Unit 106**
**Signal Hill, CA 90755**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$132.00**

---

**3.7253**

**Nonpriority creditor's name and mailing address**

**Harpal Singh**
**4505 Bandini Boulevard**
**Vernon, CA 90058**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,604.00**

---

**3.7254**

**Nonpriority creditor's name and mailing address**

**Harper Cummins**
**4124 Ridgehaven Rd**
**Fort Worth, TX 76116**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,833.00**

---

**3.7255**

**Nonpriority creditor's name and mailing address**

**Harrison Chodorow**
**19014 Stone Brk**
**Chapel Hill, NC 27517**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,256.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.725 6**

**Nonpriority creditor's name and mailing address**

**Harrison Wolnick**
**240 Heath Street**
**Apt 305**
**Boston, MA 02130**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,228.00**

---

**3.725 7**

**Nonpriority creditor's name and mailing address**

**Harry Borst**
**910 Section Ave**
**Quincy, WA 98848**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,508.00**

---

**3.725 8**

**Nonpriority creditor's name and mailing address**

**Harry C**
**14911 Michele Drive**
**Glenelg, MD 21737**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.725 9**

**Nonpriority creditor's name and mailing address**

**Harry D**
**7316 E Morninglory Way**
**Orange, CA 92869**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$148.00**

---

**3.726 0**

**Nonpriority creditor's name and mailing address**

**Harry J**
**1317 Auburn Hills Dr**
**Saint Charles, MO 63304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.726 1**

**Nonpriority creditor's name and mailing address**

**Harry Jaffe**
**25 Willow Run Rd**
**Greenwich, Ct, CT 06831**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$295.00**

---

**3.726 2**

**Nonpriority creditor's name and mailing address**

**Harry Kinard**
**64 Jupiter Lane**
**Old Edwards At Glen Cove**
**Cashiers, NC 28717**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.726 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,833.00** |
|---|---|---|---|

**Harry Lebowitz**
**306 NW 110th Ter**
**Coral Springs, FL 33071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.726 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,033.00** |
|---|---|---|---|

**Harry Massucco**
**4704 W. Jennifer Ave.**
**Suite 108**
**Fresno, CA 93722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.726 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$231.00** |
|---|---|---|---|

**Harry Phillips**
**17162 Murphy Ave Ste A**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.726 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,073.00** |
|---|---|---|---|

**Harry Williams**
**243 Edelweiss Drive**
**Wexford, PA 15090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.726 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$452.00** |
|---|---|---|---|

**Harry Witte**
**200 N Mountain Rd Rm 123**
**Harrisburg, PA 17112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.726 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$54.00** |
|---|---|---|---|

**Harryscaramella**
**1 Proctor Blvd**
**Utica, NY 13501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.726 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$480.00** |
|---|---|---|---|

**Harsha Arcot**
**3625 Childers Way NE**
**Roswell, GA 30075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)*   _____
Name

---

**3.727 0**

**Nonpriority creditor's name and mailing address**

**Harvey C**
**11537 Ridge Stone Court**
**Pineville, NC 28134**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$50.00**

---

**3.727 1**

**Nonpriority creditor's name and mailing address**

**Hasmik V**
**725 E Magnolia Bl**
**Burbank, CA 91501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$50.00**

---

**3.727 2**

**Nonpriority creditor's name and mailing address**

**Hassan Mouhanna**
**2323 Mccue Rd Apt 1609**
**Houston, TX 77056**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$181.00**

---

**3.727 3**

**Nonpriority creditor's name and mailing address**

**Hassan Sayyed**
**526 W 146th St Apt 2c**
**New York, NY 10031**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$260.00**

---

**3.727 4**

**Nonpriority creditor's name and mailing address**

**Haydee Scott**
**8905 Spurflower Cv**
**Austin, TX 78759**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$819.00**

---

**3.727 5**

**Nonpriority creditor's name and mailing address**

**Hayden Matanane**
**279 Antelope Village Cir**
**Henderson, NV 89012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$33.00**

---

**3.727 6**

**Nonpriority creditor's name and mailing address**

**Hayk I**
**620 E Palm Ave Apt 302**
**302**
**Burbank, CA 91501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$50.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.727<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Hayley P**
**2305 Byrnes Rd**
**Minnetonka, MN 55305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.727<br>8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Haytham H**
**20 Ladue Ter**
**Saint Louis, MO 63124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.727<br>9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$94.00** |
|---|---|---|---|

**Hazel Nhema**
**7330 River Walk Dr Apt N**
**Indianapolis, IN 46214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728<br>0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Hc Park**
**825 S Hill St Apt 2409**
**Los Angeles, CA 90014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728<br>1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56.00** |
|---|---|---|---|

**Heath Bennett**
**9531 Charter Ridge Dr**
**Houston, TX 77070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728<br>2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$435.00** |
|---|---|---|---|

**Heath Jones**
**114 Cane Creek Dr**
**Youngsville, LA 70592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Heath M**
**6303 Beckwith Rd.**
**Modesto, CA 95358**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 3.728 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,971.00** |

**Heath Martin**
**8302 Linville Oaks Dr**
**Oak Ridge, NC 27310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,074.00** |

**Heath Miller**
**3043 Sweetbay Magnolia Ct.**
**Orlando, FL 32824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19.00** |

**Heath Sloan**
**68 Miller Rd**
**Slingerlands, NY 12159**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$99.00** |

**Heather Blackmon**
**717 36th Ave N**
**Saint Petersburg, FL 33704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**Heather C**
**609 Calder Castle Ct.**
**Parkton, MD 21120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$205.00** |

**Heather Cafiero**
**86 W Castor Pl**
**Staten Island, NY 10312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,206.00** |

**Heather Childs**
**37 4th St**
**Hermosa Beach, CA 90254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
Name

Case number *(if known)*

---

| 3.729 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$836.00** |

**Heather Clark**
**810 S Port Street**
**Baltimore, MD 21224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$176.00** |

**Heather Cole**
**3415 West End Ave Ste 101f**
**P3**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,148.00** |

**Heather Cristman**
**18133 Coastline Dr Apt 4**
**Malibu, CA 90265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40.00** |

**Heather D**
**1637 Andrew Dr**
**Saint Louis, MO 63122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7.00** |

**Heather Frisby**
**716 South Riverview Avenue**
**Miamisburg, OH 45342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,179.00** |

**Heather Gesner**
**15947 Fruitvale Rd**
**Valley Center, CA 92082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |

**Heather H**
**3217 Mabel Street**
**Shreveport, LA 71103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
        Name                                   Case number *(if known)*

---

| 3.729 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $71.00 |

**Heather H**
8401 Swank Place Unit 202
Charlotte, NC 28216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.729 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $246.00 |

**Heather Haecker**
10 Green Hill Rd
Goldens Bridge, NY 10526

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.730 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $96.00 |

**Heather Hallett**
2 Rockwell Grn
Pennington, NJ 08534

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.730 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $456.00 |

**Heather Hebert**
3217 Mabel Street
Shreveport, LA 71103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.730 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $889.00 |

**Heather Klatt**
3359 Ridge Manor Way
Dacula, GA 30019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.730 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,237.00 |

**Heather Klesch**
1 Beach Dr Se Unit 1502
St Petersburg, FL 33701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.730 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $82.00 |

**Heather Lewis**
15601 Hickman Rd
Clive, IA 50325

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims         

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.730 5 | **Nonpriority creditor's name and mailing address**<br>**Heather Long**<br>**244 Quarry Rd**<br>**Tyrone, PA 16686**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$28.00** |

| 3.730 6 | **Nonpriority creditor's name and mailing address**<br>**Heather M**<br>**1707 S 20th St**<br>**Philadelphia, PA 19145**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$15.00** |

| 3.730 7 | **Nonpriority creditor's name and mailing address**<br>**Heather M**<br>**2542 Winchester Way**<br>**Chino Hills, CA 91709**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$10.00** |

| 3.730 8 | **Nonpriority creditor's name and mailing address**<br>**Heather Mccallin**<br>**1550 Market St Ste 600**<br>**Denver, CO 80202**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$898.00** |

| 3.730 9 | **Nonpriority creditor's name and mailing address**<br>**Heather Morphy**<br>**1707 S 20th St**<br>**Philadelphia, PA 19145**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,603.00** |

| 3.731 0 | **Nonpriority creditor's name and mailing address**<br>**Heather Park**<br>**387 Lakeview Way**<br>**Carrollton, GA 30117**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$974.00** |

| 3.731 1 | **Nonpriority creditor's name and mailing address**<br>**Heather R**<br>**3011 Woodberry Ln**<br>**Ellicott City, MD 21042**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$60.00** |

Debtor    **Phoeno Wine Company, Inc.**

Case number (if known)
_____

Name

---

| 3.731 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Heather Rectanus**
**3011 Woodberry Ln**
**Ellicott City, MD 21042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$126.00**

---

| 3.731 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Heather Rex**
**1120 Village Rd**
**Royal Elk Villas 8**
**Beaver Creek, CO 81620**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.731 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Heather Rose**
**22 Livingston St Apt1r**
**Binghamton, NY 13903**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$32.00**

---

| 3.731 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Heather S**
**11995 E Harvard Ave # 101**
**101**
**Aurora, CO 80014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

| 3.731 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Heather S**
**270 Cross Creek Rd**
**Kelso, WA 98626**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

| 3.731 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Heather S**
**814 N Houcksville Road, Westminster Md 2**
**Hampstead, MD 21074**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

| 3.731 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Heather Smith**
**11995 E Harvard Ave # 101**
**101**
**Aurora, CO 80014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,030.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_    _____
Name

---

| 3.731 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $153.00 |

**Heather Sorensen**
**270 Cross Creek Rd**
**Kelso, WA 98626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.732 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $685.00 |

**Heather Stutz**
**35757 Avignon Ct**
**Winchester, CA 92596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.732 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $90.00 |

**Heather Sylvia**
**250 Merrimack St Apt 469**
**Lawrence, MA 01843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.732 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $60.00 |

**Heather Thies**
**525 W. Hwy 50**
**Clermont, FL 34711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.732 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $156.00 |

**Heather Vendetti**
**18 Se 23rd Pl**
**Cape Coral, FL 33990**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.732 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $970.00 |

**Heather Wilkinson**
**201 Ohua Ave Apt T2-2707**
**Honolulu, HI 96815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.732 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $362.00 |

**Heather Yopp**
**5863 Charloma Dr**
**Lakeland, FL 33812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

---

| 3.732 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
| **Hector B** | ☐ Contingent | |
| **4500 E. Pacific Coast Hwy. Ste 500** | ☐ Unliquidated | |
| **Long Beach, CA 90803** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.732 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
| **Hector C** | ☐ Contingent | |
| **141 Memphis Bell** | ☐ Unliquidated | |
| **Trinity, TX 75862** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.732 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$87.00** |
| **Hector Calderon** | ☐ Contingent | |
| **7 Iona Court** | ☐ Unliquidated | |
| **Bear, DE 19701** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.732 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19.00** |
| **Hector Flores** | ☐ Contingent | |
| **4296 1/2 Vineland Ave** | ☐ Unliquidated | |
| **North Hollywood, CA 91602** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.733 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35.00** |
| **Hector L** | ☐ Contingent | |
| **4506 Baler Trails Dr** | ☐ Unliquidated | |
| **Saint Cloud, FL 34772** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.733 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
| **Hector N** | ☐ Contingent | |
| **255 Hampton Ln** | ☐ Unliquidated | |
| **Key Biscayne, FL 33149** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.733 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$102.22** |
| **Hector Saldivar** | ☐ Contingent | |
| **191 Blackfield Dr.** | ☐ Unliquidated | |
| **Tiburon, CA 94920** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

---

| 3.733 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
| **Heda Patrick** | ☐ Contingent | |
| **1212 Taylor Ln** | ☐ Unliquidated | |
| **Lewisville, TX 75077** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.733 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$241.00** |
| **Heidi Boyle** | ☐ Contingent | |
| **1016 Eagle Point Dr** | ☐ Unliquidated | |
| **Virginia Beach, VA 23456** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.733 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$120.00** |
| **Heidi C** | ☐ Contingent | |
| **3999 Ne Catawba Rd** | ☐ Unliquidated | |
| **Port Clinton, OH 43452** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.733 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$391.00** |
| **Heidi Cline** | ☐ Contingent | |
| **3999 NE Catawba Rd** | ☐ Unliquidated | |
| **Port Clinton, OH 43452** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.733 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$259.00** |
| **Heidi Cook** | ☐ Contingent | |
| **212 Maple Rd** | ☐ Unliquidated | |
| **Bear Creek Township, PA 18702** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.733 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$198.00** |
| **Heidi Halemeier** | ☐ Contingent | |
| **2255 S Hills Ave** | ☐ Unliquidated | |
| **Meridian, ID 83642** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.733 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$44.00** |
| **Heidi Hammack** | ☐ Contingent | |
| **591 Primavera Road** | ☐ Unliquidated | |
| **Boulder Creek, CA 95006** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_ _____
Name

| 3.734 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$180.00** |
|---|---|---|---|

**Heidi Hubmann**
**1042 Perry St**
**Columbus, OH 43201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.734 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$42.00** |
|---|---|---|---|

**Heidi M**
**77 Pine Hill Rd**
**New Fairfield, CT 06812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.734 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Heidi Perks**
**10 St Andrews Ln**
**Sheridan, WY 82801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.734 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$2.00** |
|---|---|---|---|

**Heidi R**
**8622 Se Royal St**
**Hobe Sound, FL 33455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.734 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$20.00** |
|---|---|---|---|

**Heidi S**
**536 N Pageant Dr**
**Unit B**
**Orange, CA 92869**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.734 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$252.00** |
|---|---|---|---|

**Heidi Schuetze**
**11 Lincoln Cir**
**Chatham, NJ 07928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.734 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$197.00** |
|---|---|---|---|

**Heidi Spilotros**
**1405 Dragonfly Loop**
**Mccall, ID 83638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

**3.734 7**

**Nonpriority creditor's name and mailing address**

**Heidi Warfel**
**77 Dakota Meadows Dr**
**Carbondale, CO 81623**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$557.00**

---

**3.734 8**

**Nonpriority creditor's name and mailing address**

**Heidi Watson**
**1406 Stanhope Ave**
**Richmond, VA 23227**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.734 9**

**Nonpriority creditor's name and mailing address**

**Hein M**
**MDCS**
**820 Second Ave Ste 3a**
**New Yorl, NY 10017**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.735 0**

**Nonpriority creditor's name and mailing address**

**Heirama F**
**7012 Hawaii Kai Dr Unit 904**
**Honolulu, HI 96825**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.735 1**

**Nonpriority creditor's name and mailing address**

**Helen Anderson**
**682 Clifden Dr**
**Weldon Spring, MO 63304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$414.00**

---

**3.735 2**

**Nonpriority creditor's name and mailing address**

**Helen Blanaru**
**1222 Hillsboro Mile**
**Unit 20**
**Hillsboro Beach, FL 33062**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$309.00**

---

**3.735 3**

**Nonpriority creditor's name and mailing address**

**Helen K**
**268 Timberland Cir**
**Kingsport, TN 37664**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| **3.735 4** | |

**Nonpriority creditor's name and mailing address**

**Helen Kahai**
**990 Greg Kruschek Ave**
**Apt 2k**
**Nome, AK 99762**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$314.00**

---

| | |
|---|---|
| **3.735 5** | |

**Nonpriority creditor's name and mailing address**

**Helen Kern**
**268 Timberland Cir**
**Kingsport, TN 37664**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$545.00**

---

| | |
|---|---|
| **3.735 6** | |

**Nonpriority creditor's name and mailing address**

**Helen Laroche**
**721 Webster St**
**San Francisco, CA 94117**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$142.07**

---

| | |
|---|---|
| **3.735 7** | |

**Nonpriority creditor's name and mailing address**

**Helen N**
**4501 Market St**
**Walgreens**
**Wilmington, NC 28405**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$41.50**

---

| | |
|---|---|
| **3.735 8** | |

**Nonpriority creditor's name and mailing address**

**Helen Pham**
**5025 Astilbe Path**
**Liverpool, NY 13088**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

| | |
|---|---|
| **3.735 9** | |

**Nonpriority creditor's name and mailing address**

**Helen Runchey**
**10 Margraff Ct**
**Oradell, NJ 07649**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$37,608.00**

---

| | |
|---|---|
| **3.736 0** | |

**Nonpriority creditor's name and mailing address**

**Helen Stubbmann**
**21 S Greenfield Dr**
**Montauk, NY 11954**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 3.736 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$857.31** |

**Helen T**
**11962 Easy Way**
**Garden Grove, CA 92840**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.736 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |

**Helen Wade**
**26200 Pitts Rd**
**Eustis, FL 32736**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.736 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,177.00** |

**Helena Avila**
**11836 Fishing Point Drive Ste 200**
**Ste 225**
**Newport News, VA 23606**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.736 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$46.00** |

**Helena L**
**5 Baird Ct**
**Walden, NY 12586**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.736 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13.00** |

**Helena W**
**16280 Par Road**
**Cobb, CA 95426**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.736 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3.29** |

**Helene Cornevin**
**4261 Cothrin Ranch Road**
**Latrobe, CA 95682**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.736 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,792.00** |

**Helene Reda**
**36 Brookview Dr**
**Carmel, NY 10512**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| **3.736 8** | **Nonpriority creditor's name and mailing address** | **$209.00** |

**Helio Guimaraes**
**4316 Fox Ridge Dr**
**Weston, FL 33331**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.736 9** | **Nonpriority creditor's name and mailing address** | **$115.00** |

**Helyn B**
**123 Thousand Oaks Dr**
**Pittsburgh, PA 15241**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.737 0** | **Nonpriority creditor's name and mailing address** | **$602.00** |

**Helyn Benonis**
**123 Thousand Oaks Dr**
**Pittsburgh, PA 15241**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.737 1** | **Nonpriority creditor's name and mailing address** | **$2,514.00** |

**Henry Berger**
**610 Normandy St**
**Cary, NC 27511**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.737 2** | **Nonpriority creditor's name and mailing address** | **$50.00** |

**Henry C**
**1910 Arundel Rd**
**Myrtle Beach, SC 29577**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.737 3** | **Nonpriority creditor's name and mailing address** | **$487.00** |

**Henry Colen**
**25 Dean St Apt 1I**
**Brooklyn, NY 11201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.737 4** | **Nonpriority creditor's name and mailing address** | **$17.32** |

**Henry H**
**16 Technology Dr., Ste 126**
**Irvine, CA 92618**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

---

**3.737
5**

**Nonpriority creditor's name and mailing address**

**Henry Hamamjy**
**117 Bernal Rd. #70-225**
**San Jose, CA 95119**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.737
6**

**Nonpriority creditor's name and mailing address**

**Henry Hamamjy**
**117 Bernal Rd. #70-225**
**San Jose, CA 95119**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$78.00**

---

**3.737
7**

**Nonpriority creditor's name and mailing address**

**Henry Hanscom**
**American Trucking Associations**
**430 First Street Se, Suite 100**
**Washington, DC 20003**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

**3.737
8**

**Nonpriority creditor's name and mailing address**

**Henry K**
**14405 West Cameron Dr**
**Surprise, AZ 85379**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.737
9**

**Nonpriority creditor's name and mailing address**

**Henry K**
**4755 E Bay Dr**
**Clearwater, FL 33764**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.738
0**

**Nonpriority creditor's name and mailing address**

**Henry Kulig**
**4755 E Bay Dr**
**Clearwater, FL 33764**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$525.00**

---

**3.738
1**

**Nonpriority creditor's name and mailing address**

**Henry L**
**2145 Oakcrest Drive**
**Lakeport, CA 95453**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$23.19**

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.738 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28.00** |

**Henry Minn**
**530 Point Lobos Ave**
**San Francisco, CA 94121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 3 | **Nonpriority creditor's name and mailing address** | | **$80.00** |

**Henry Neilson**
**1076 Reed Ave Apt 75**
**Sunnyvale, CA 94086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 4 | **Nonpriority creditor's name and mailing address** | | **$7,756.00** |

**Henry Sewell**
**2870 Peachtree Rd NW**
**C/O UPS Store**
**Atlanta, GA 30305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 5 | **Nonpriority creditor's name and mailing address** | | **$3,258.00** |

**Henry Shotmeyer**
**337 Crescent Avenue**
**Wyckoff, NJ 07481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 6 | **Nonpriority creditor's name and mailing address** | | **$128.96** |

**Henry T**
**1311 Grizzly Peak Blvd**
**Berkeley, CA 94708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 7 | **Nonpriority creditor's name and mailing address** | | **$11,258.00** |

**Henry Trevor**
**1311 Grizzly Peak Blvd**
**Berkeley, CA 94708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 8 | **Nonpriority creditor's name and mailing address** | | **$750.00** |

**Henry Tsao**
**66 W 38th St Apt 12h**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
Name

| 3.738 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11.00** |
|---|---|---|---|

**Henry U**
**279 Nayact**
**Barrington, RI 02806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30.00** |
|---|---|---|---|

**Herbert Press**
**500 N King St**
**Capitol Police Annex**
**Wilmington, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$210.00** |
|---|---|---|---|

**Herman Hasselkus**
**1360 S Potomac St**
**Rocky Mountain Internal Medicine**
**Aurora, CO 80012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,548.00** |
|---|---|---|---|

**Herman Koster**
**6358 Edgemere Blvd**
**El Paso, TX 79925**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$538.00** |
|---|---|---|---|

**Hermenia Prather**
**4728 Spottswood Ave.**
**UPS Store**
**Memphis, TN 38117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$583.00** |
|---|---|---|---|

**Hernan Herrera**
**14826 Cross Stone Ct**
**Cypress, TX 77429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$99.00** |
|---|---|---|---|

**Hernandez Steve**
**2036 Whitewillow Dr**
**Wesley Chapel, FL 33543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

**3.739 6**

**Nonpriority creditor's name and mailing address**

**Hester Nguyen**
**3805 Blackthorn Street**
**Chevy Chase, MD 20815**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,236.00**

---

**3.739 7**

**Nonpriority creditor's name and mailing address**

**Hevila Ramos**
**1820 Montana Ave Apt 4**
**El Paso, TX 79902**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$17.01**

---

**3.739 8**

**Nonpriority creditor's name and mailing address**

**Hien N**
**13003 Se Gateway Drive**
**Happy Valley, OR 97086**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$40.00**

---

**3.739 9**

**Nonpriority creditor's name and mailing address**

**Hilary Cook**
**6021 Connection Drive**
**Irving, TX 75039**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.740 0**

**Nonpriority creditor's name and mailing address**

**Hilary O**
**2802 W Catalpa**
**2802 W. Catalpa**
**Chicago, IL 60625**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.740 1**

**Nonpriority creditor's name and mailing address**

**Hilary Oconnor**
**2802 W Catalpa**
**2802 W. Catalpa**
**Chicago, IL 60625**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$9,431.00**

---

**3.740 2**

**Nonpriority creditor's name and mailing address**

**Hillary Cohen**
**6004 Berkshire Dr**
**Bethesda, MD 20814**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$150.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____     Case number *(if known)* _____
Name

| 3.740 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$93.00** |

**Hillary Fujii**
**1510 Polk St**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,086.00** |

**Hillary Kline**
**511 Forestview Ct**
**Circleville, OH 43113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60.00** |

**Hillary S**
**330 N Mcneil St**
**Memphis, TN 38112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Hines David**
**161 Lakeview Terrace Blvd**
**Waconia, MN 55387**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30.00** |

**Hiram Gonzalez**
**7273 Sw 112th Place Cir**
**Miami, FL 33173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12.00** |

**Hiro T**
**117 East Creek Dr.**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Hitallo Bold**
**7901 Kingspointe Prwy**
**Orlando, FL 32819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name                                                         Case number *(if known)*   _____

---

| 3.741 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$126.00** |

**Hitanykey**
**2003 Alder Ln**
**Dumfries, VA 22026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,842.00** |

**Ho-Choong Chang**
**42 Putting Green Ln**
**Orange, CT 06477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$48.00** |

**Hogan H**
**137 S Ridgeway Dr**
**Cleburne, TX 76033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$116.00** |

**Hogan Harrison**
**137 S Ridgeway Dr**
**Cleburne, TX 76033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$598.00** |

**Holiday Mckiernan**
**7863 Clearwater Cove Dr**
**Indianapolis, IN 46240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**Hollie M**
**3264 Keha Dr**
**Kihei, HI 96753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12.00** |

**Hollie N**
**3225 Julian St**
**Denver, CO 80211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

| 3.741 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40.00** |
|---|---|---|---|

**Hollie Schoppman**
**645 Main St Unit 381427**
**Ouray, CO 81427**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.741 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |
|---|---|---|---|

**Hollly D**
**298 Buckhead Ave Ne Apt 1305**
**Atlanta, GA 30305**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

| 3.741 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Holly B**
**218 E 70th St**
**1d**
**New York, NY 10021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

| 3.742 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Holly B**
**940 Ashebrooke Court**
**Marietta, GA 30068**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

| 3.742 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$418.00** |
|---|---|---|---|

**Holly Bonnalie**
**906 Port Dr**
**Clarkston, WA 99403**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.742 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14.00** |
|---|---|---|---|

**Holly C**
**76440 Rd 338**
**Madrid, NE 69150**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

| 3.742 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,302.00** |
|---|---|---|---|

**Holly Cornelius**
**76440 Rd 338**
**Madrid, NE 69150**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Phoeno Wine Company, Inc.**

Case number *(if known)* _____
Name

| | |
|---|---|
| 3.742 4 | |

**Nonpriority creditor's name and mailing address**

**Holly Dicostanzo**
**600 Bay Rd**
**Duxbury, MA 02332**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$323.00**

---

| | |
|---|---|
| 3.742 5 | |

**Nonpriority creditor's name and mailing address**

**Holly E**
**1261 E 1st St**
**2**
**Long Beach, CA 90802**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$45.00**

---

| | |
|---|---|
| 3.742 6 | |

**Nonpriority creditor's name and mailing address**

**Holly Falk**
**16005 Quarters Ln**
**Haymarket, VA 20169**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$706.00**

---

| | |
|---|---|
| 3.742 7 | |

**Nonpriority creditor's name and mailing address**

**Holly Lecompte**
**205 Chase Dr**
**Bourg, LA 70343**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$131.00**

---

| | |
|---|---|
| 3.742 8 | |

**Nonpriority creditor's name and mailing address**

**Holly Leland**
**31415 Oxford Mill Rd**
**Cannon Falls, MN 55009**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,329.00**

---

| | |
|---|---|
| 3.742 9 | |

**Nonpriority creditor's name and mailing address**

**Holly O**
**3301 Ne 5th Ave**
**313**
**Miami, FL 33137**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$17.00**

---

| | |
|---|---|
| 3.743 0 | |

**Nonpriority creditor's name and mailing address**

**Holly R**
**830 123rd Ave**
**Treasure Island, FL 33706**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.743 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,427.00** |
|---|---|---|---|

**Holly Reneau**
**830 123rd Ave**
**Treasure Island, FL 33706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.743 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Holly Risinger**
**230 Lakeshore Cir Se**
**Acworth, GA 30101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.743 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$28.00** |
|---|---|---|---|

**Holly Rodriguez**
**2726 Cardinal Drive**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.743 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20.01** |
|---|---|---|---|

**Holly T 19245**
**5 Coolidge Dr**
**Brick, NJ 08724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.743 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,097.00** |
|---|---|---|---|

**Holly Tennant**
**4216 Lee Highway**
**Arlington, VA 22207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.743 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11.00** |
|---|---|---|---|

**Homer W**
**2005 Cannes Drive**
**Plano, TX 75025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.743 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7.00** |
|---|---|---|---|

**Hong B**
**7247 E. Main St.**
**Scottsdale, AZ 85251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.743 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
| **Honghanh V** | ☐ Contingent | |
| **2680 San Pablo Way** | ☐ Unliquidated | |
| **Duarte, CA 91010** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.743 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,486.52** |
| **Hongnguyet N** | ☐ Contingent | |
| **11962 Easy Way** | ☐ Unliquidated | |
| **Garden Grove, CA 92840** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.744 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30.00** |
| **Hope R** | ☐ Contingent | |
| **630 1st Ave Apt 12n** | ☐ Unliquidated | |
| **New York, NY 10016** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.744 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$209.00** |
| **Horacio Feraud** | ☐ Contingent | |
| **8345 Sw 118 Terrace** | ☐ Unliquidated | |
| **Miami, FL 33156** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.744 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20.00** |
| **Hortensia Amador** | ☐ Contingent | |
| **5161 Collins Ave** | ☐ Unliquidated | |
| **Apt 401** | ☐ Disputed | |
| **Miami Beach, FL 33140** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.744 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$384.00** |
| **Howard Adamson** | ☐ Contingent | |
| **1308 Laguna St.** | ☐ Unliquidated | |
| **Apt C** | ☐ Disputed | |
| **Santa Barbara, CA 93101** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.744 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5.00** |
| **Howard B** | ☐ Contingent | |
| **2711 Nw 69th Street** | ☐ Unliquidated | |
| **Boca Raton, FL 33496** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.744 5**

**Nonpriority creditor's name and mailing address**

**Howard Ballard**
**7485 W Azure Dr. #223**
**Las Vegas, NV 89149**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$14.11**

---

**3.744 6**

**Nonpriority creditor's name and mailing address**

**Howard Bayless**
**2830 Drane Field Rd**
**Lakeland, FL 33811**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

**3.744 7**

**Nonpriority creditor's name and mailing address**

**Howard Courtney**
**100 2nd St NE Unit 640**
**Minneapolis, MN 55413**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.744 8**

**Nonpriority creditor's name and mailing address**

**Howard Eigen**
**3211 South 975 East**
**Zionsville, IN 46077**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$575.00**

---

**3.744 9**

**Nonpriority creditor's name and mailing address**

**Howard Jones**
**444 28th St Apt 19**
**Oakland, CA 94609**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$856.00**

---

**3.745 0**

**Nonpriority creditor's name and mailing address**

**Howard K**
**22 Gurney Terrace**
**Fair Lawn, NJ 07410**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.745 1**

**Nonpriority creditor's name and mailing address**

**Howard Kessel**
**22 Gurney Terrace**
**Fair Lawn, NJ 07410**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,258.00**

---

Debtor **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

---

| 3.745 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$59.00** |

**Howard Lowe**
**245 Harbor Dr**
**Cape Canaveral, FL 32920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$481.00** |

**Howard Nelson**
**4100 Albion St Unit 1056 Co**
**Denver, CO 80216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,473.00** |

**Howard Orton**
**1639 Locust Street**
**Curtis Bay, MD 21226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,274.00** |

**Howard Pi**
**78 Fox Hedge Road**
**Saddle River, NJ 07458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |

**Howard R**
**3812 W 24th Ave**
**Denver, CO 80211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10.00** |

**Howard S**
**1010 South Elm Street**
**Pageland, SC 29728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,403.00** |

**Howard Siggelko**
**3308 Standing Peachtree Trl**
**Kennesaw, GA 30152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 3.745 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,160.00** |

**Howard Steinberg**
**5480 Mount Vernon Pkwy**
**Sandy Springs, GA 30327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |

**Howard V**
**6334 Squirewood Way**
**Lake Worth, FL 33467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,335.00** |

**Howie Pruitt**
**85 Country Club Cir Sw**
**Lakewood, WA 98498**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27.00** |

**Hpal Chhabra**
**23 Hunting Hollow Ct**
**Dix Hills, NY 11746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$122.00** |

**Hua Liu**
**3001 Veazey Ter NW**
**Apt 1105**
**Washington, DC 20008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$128.00** |

**Huang Weizhong**
**381 S Bernardo Ave**
**Sunnyvale, CA 94086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,989.00** |

**Huey Miller**
**420 Magnolia Farms Rd**
**Carencro, LA 70520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                              Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.746 6 | **Nonpriority creditor's name and mailing address** | **$84.00** |

**Huff T**
**10110 Robin Hill Ln**
**Dallas, TX 75238**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.746 7 | **Nonpriority creditor's name and mailing address** | **$2,825.00** |

**Huff Tonya**
**10110 Robin Hill Ln**
**Dallas, TX 75238**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.746 8 | **Nonpriority creditor's name and mailing address** | **$423.00** |

**Hugh Amick**
**2845 Creekside Dr.**
**Hood River, OR 97031**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.746 9 | **Nonpriority creditor's name and mailing address** | **$15.00** |

**Hugh Amick**
**2845 Creekside Dr.**
**Hood River, OR 97031**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.747 0 | **Nonpriority creditor's name and mailing address** | **$40.00** |

**Hugh Fletcher**
**12420 E Makohoh Trl**
**Tucson, AZ 85749**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.747 1 | **Nonpriority creditor's name and mailing address** | **$181.00** |

**Hugh Sweeney**
**2422 University Park Blvd**
**Richmond, VA 23233**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.747 2 | **Nonpriority creditor's name and mailing address** | **$10.00** |

**Hughes W**
**1201 Rio Vista Lane**
**Northvale, NJ 07647**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)*   _____
Name

---

**3.747**
**3**

**Nonpriority creditor's name and mailing address**

**Hughes William**
**1201 Rio Vista Lane**
**Northvale, NJ 07647**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$49.00

---

**3.747**
**4**

**Nonpriority creditor's name and mailing address**

**Hughie Hunt**
**2503 Chesterfield Ave**
**Baltimore, MD 21213**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,116.00

---

**3.747**
**5**

**Nonpriority creditor's name and mailing address**

**Humberto Ballesteros**
**4300 Sw 5th Ter**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$284.00

---

**3.747**
**6**

**Nonpriority creditor's name and mailing address**

**Hung D**
**3132 Oakbridge Dr**
**San Jose, CA 95121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.747**
**7**

**Nonpriority creditor's name and mailing address**

**Hung N**
**11962 Easy Way**
**Garden Grove, CA 92840**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$11,141.27

---

**3.747**
**8**

**Nonpriority creditor's name and mailing address**

**Hunter Croft**
**843 Topaz Drive**
**West Chester, PA 19382**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.747**
**9**

**Nonpriority creditor's name and mailing address**

**Hunter N**
**1106 Euclid Ave Apt 131**
**Charlotte, NC 28203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$38.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
Name

| 3.748 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$54.00** |
|---|---|---|---|

**Hunter Nichols**
**1106 Euclid Ave Apt 131**
**Charlotte, NC 28203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.748 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$145.00** |
|---|---|---|---|

**Hunter Stevens**
**3 Portofino Dr Ste 1203**
**Gulf Breeze, FL 32561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.748 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$192.00** |
|---|---|---|---|

**Hunter Swindle**
**31 Ivory Elm Stroll**
**Bluffton, SC 29910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.748 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$295.00** |
|---|---|---|---|

**Hunter Tennison**
**932 Mcclendon Walker Rd**
**Aledo, TX 76008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.748 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$857.30** |
|---|---|---|---|

**Huong D**
**1157 Move**
**Dolly, AZ 36524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.748 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$84.00** |
|---|---|---|---|

**Hurst Brian**
**1047 Highland Ave**
**Greensburg, PA 15601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.748 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Huy N**
**13633 Kensington Ave Ne**
**Prior Lake, MN 55372**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
Name

| 3.748 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$58.00** |
|---|---|---|---|

**Huy Nguyen**
**13633 Kensington Ave NE**
**Prior Lake, MN 55372**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.748 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
|---|---|---|---|

**Huy T**
**903 Joliet St**
**Dyer, IN 46311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.748 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33.00** |
|---|---|---|---|

**Huy-Ryan Nguyen**
**401 Meigs St**
**Rochester, NY 14607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.749 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19.00** |
|---|---|---|---|

**Hye Lee**
**3530 Bentbill Xing**
**Cumming, GA 30041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.749 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$110.00** |
|---|---|---|---|

**Hyoun Park**
**532 Liberty St**
**El Cerrito, CA 94530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.749 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$165.00** |
|---|---|---|---|

**Hyung Park**
**11660 Crestview Ter**
**Johns Creek, GA 30024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.749 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$266.00** |
|---|---|---|---|

**Iain Jaeger**
**11 Cross Rd**
**Narragansett, RI 02882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☐ No  ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                         Case number (if known) _____
_____
Name

---

| 3.749 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$263.00**

**Ian Andrew**
**8408 Rochester Ave**          ☐ Contingent
**Rancho Cucamonga, CA 91730**          ☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __          **Basis for the claim:** ___Customer___

Last 4 digits of account number __          Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$6.00**

**Ian C**
**14 Lapham Way**          ☐ Contingent
**San Francisco, CA 94112**          ☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __          **Basis for the claim:** ___Customers - Deferred Credit___

Last 4 digits of account number __          Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$364.00**

**Ian Campos**
**14 Lapham Way**          ☐ Contingent
**San Francisco, CA 94112**          ☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __          **Basis for the claim:** ___Customer___

Last 4 digits of account number __          Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$160.00**

**Ian Fetterman**
**721 Pensacola Beach Blvd.**          ☐ Contingent
**1601**          ☐ Unliquidated
**Pensacola Beach, FL 32561**          ☐ Disputed

Date(s) debt was incurred __          **Basis for the claim:** ___Customer___

Last 4 digits of account number __          Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$30.00**

**Ian H**
**1919 14th St Ste 900**          ☐ Contingent
**Boulder, CO 80302**          ☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __          **Basis for the claim:** ___Customers - Deferred Credit___

Last 4 digits of account number __          Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$157.00**

**Ian Hollan**
**2141 P St NW Apt 406**          ☐ Contingent
**Washington, DC 20037**          ☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __          **Basis for the claim:** ___Customer___

Last 4 digits of account number __          Is the claim subject to offset? ■ No ☐ Yes

---

| 3.750 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$99.00**

**Ian Huff**
**2515 13th St NW Apt 507**          ☐ Contingent
**Washington, DC 20009**          ☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __          **Basis for the claim:** ___Customer___

Last 4 digits of account number __          Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*    _____

| 3.750<br>1 | **Nonpriority creditor's name and mailing address**<br><br>**Ian Hunter**<br>**205 Powell Place**<br>**#304**<br>**Brentwood, TN 37027**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$17.50** |

| 3.750<br>2 | **Nonpriority creditor's name and mailing address**<br><br>**Ian Irungu**<br>**10822 Galveston Bay St**<br>**Las Vegas, NV 89179**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$17.00** |

| 3.750<br>3 | **Nonpriority creditor's name and mailing address**<br><br>**Ian Leggatt**<br>**4300 Post Ave**<br>**Miami Beach, FL 33140**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$45.00** |

| 3.750<br>4 | **Nonpriority creditor's name and mailing address**<br><br>**Ian Macfawn**<br>**4322 Derby Ct**<br>**Grand Prairie, TX 75052**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$414.00** |

| 3.750<br>5 | **Nonpriority creditor's name and mailing address**<br><br>**Ian Maddela**<br>**582 Trailridge Dr**<br>**Bonita, CA 91902**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$9,759.00** |

| 3.750<br>6 | **Nonpriority creditor's name and mailing address**<br><br>**Ian Martinez**<br>**2008 Casino Dr**<br>**Mission, TX 78572**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,046.00** |

| 3.750<br>7 | **Nonpriority creditor's name and mailing address**<br><br>**Ian R**<br>**1260 Fruitville Pike**<br>**Lititz, PA 17543**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$20.00** |

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*   _____

---

| 3.750 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ian R**
**1690 Us Route 2**
**Rumford, ME 04276**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| 3.750 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ian Sherman**
**5015 Manzanilla View Lane**
**Sugar Land, TX 77479**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No  ☐ Yes

**$35.00**

---

| 3.751 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ian White-Thomson**
**1897 Braemar Rd**
**Pasadena, CA 91103**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No  ☐ Yes

**$1,162.00**

---

| 3.751 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ian Wile**
**234 5th Ave**
**Greenport, NY 11944**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No  ☐ Yes

**$362.01**

---

| 3.751 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ibrahim O**
**1204 Vermella Way**
**Lyndhurst, NJ 07071**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No  ☐ Yes

**$30.00**

---

| 3.751 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ida D**
**9159 Dunmore Dr**
**Dallas, TX 75231**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No  ☐ Yes

**$7.00**

---

| 3.751 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ieasha Mcneal**
**2311 N 5th St**
**Harrisburg, PA 17110**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No  ☐ Yes

**$132.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

**3.751 5**

**Nonpriority creditor's name and mailing address**
**Iga Sienczylo**
**1 Saint Clare Rd Apt 18**
**Medford, MA 02155**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

**$477.00**

---

**3.751 6**

**Nonpriority creditor's name and mailing address**
**Ignacio D**
**15720 Bull Run Rd Apt 173h**
**Miami Lakes, FL 33014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No  ☐ Yes

**$10.00**

---

**3.751 7**

**Nonpriority creditor's name and mailing address**
**Ignacio Espinoza**
**1500 Hudson St Apt 3m**
**Hoboken, NJ 07030**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

**$224.00**

---

**3.751 8**

**Nonpriority creditor's name and mailing address**
**Ignacio F**
**31046 E Sunset Dr S**
**Redlands, CA 92373**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No  ☐ Yes

**$30.00**

---

**3.751 9**

**Nonpriority creditor's name and mailing address**
**Ignasi Tutusauscabrera**
**71 W Hubbard St Apt 4402**
**Chicago, IL 60654**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

**$22.00**

---

**3.752 0**

**Nonpriority creditor's name and mailing address**
**Igor Davidovich**
**1717 Caribbean Dr**
**Sarasota, FL 34231**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

**$50.00**

---

**3.752 1**

**Nonpriority creditor's name and mailing address**
**Igor K**
**2110 Ne 124th St**
**North Miami, FL 33181**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No  ☐ Yes

**$7.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name                                                          Case number *(if known)*   _____

---

| 3.752 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$215.00** |

**Igor Karpovich**
**951 De Soto Rd Apt 328**
**Boca Raton, FL 33432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$84.00** |

**Igor Khot**
**361 17th St NW Unit 1508**
**Atlanta, GA 30363**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,289.00** |

**Igor Kleyman**
**13173 Pacific Promenade Unit 112**
**Los Angeles, CA 90094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$300.00** |

**Igor Ponomarev**
**1115 Lidflower St**
**Hollywood, FL 33019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4.00** |

**Ihapa**
**3201 Sw County Line Rd**
**Port Orchard, WA 98367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$266.00** |

**Ijagha Eme**
**121 Fern Ave**
**Nashville, TN 37207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$69.00** |

**Ilaria Borden**
**Po Box 15541**
**Scottdale, AZ 85267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
Name

| | |
|---|---|
| **3.752 9** | |

**Nonpriority creditor's name and mailing address**
**Iliya Beylin**
**1467 NE 53rd Ct**
**Ft Lauderdale, FL 33334**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| |
|---|
| **3.753 0** |

**Nonpriority creditor's name and mailing address**
**Ilja Vreeken**
**3113 Clearpoint Dr**
**Flower Mound, TX 75022**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$3,131.00**

---

| |
|---|
| **3.753 1** |

**Nonpriority creditor's name and mailing address**
**Ilona Koren-Deutsch**
**105 Richland Ave**
**Apt 6**
**San Francisco, CA 94110**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$95.02**

---

| |
|---|
| **3.753 2** |

**Nonpriority creditor's name and mailing address**
**Ilven S**
**22-60 79th Street**
**Apt 3b**
**East Elmhurst, NY 11370**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

| |
|---|
| **3.753 3** |

**Nonpriority creditor's name and mailing address**
**Ilya B**
**290 Holland Rd.**
**Holland, PA 18966**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$24.00**

---

| |
|---|
| **3.753 4** |

**Nonpriority creditor's name and mailing address**
**Ilya Breyman**
**290 Holland Rd.**
**Holland, PA 18966**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$190.00**

---

| |
|---|
| **3.753 5** |

**Nonpriority creditor's name and mailing address**
**Ilya N**
**20 Pine St Apt 2707**
**New York, NY 10005**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____   Case number _(if known)_ _____
Name

| 3.7536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Ilya Novokshanov**
**20 Pine St Apt 2707**
**New York, NY 10005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.7537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $30.00 |
|---|---|---|---|

**Imperinojr L**
**366 Divot Rd**
**Oceanside, NY 11572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $985.00 |
|---|---|---|---|

**Imre Kertesz**
**19710 E Via Del Palo**
**Queen Creek, AZ 85142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,181.00 |
|---|---|---|---|

**Imre Szenttornyay**
**8508 Oxford Ave**
**Lubbock, TX 79423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $10.00 |
|---|---|---|---|

**Inder A**
**100 Quentin Roosevelt Blvd**
**Suite 405**
**Garden  City, NY 11530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7541 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $50.00 |
|---|---|---|---|

**Indrani M**
**180 Riverside Blvd Apt 413**
**New York, NY 10069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7542 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $118.00 |
|---|---|---|---|

**Indrani Mitra**
**180 Riverside Blvd Apt 413**
**New York, NY 10069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
Name

---

**3.754
3**

**Nonpriority creditor's name and mailing address**
**Inga Astsaturyan**
**7804 Via Ronaldo**
**Burbank, CA 91504**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$84.00**

---

**3.754
4**

**Nonpriority creditor's name and mailing address**
**Inga Astsaturyan**
**7804 Via Ronaldo**
**Burbank, CA 91504**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

**3.754
5**

**Nonpriority creditor's name and mailing address**
**Ingimar Davidsson**
**1322 Marie Ellen Ave**
**Whittier, CA 90603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$450.00**

---

**3.754
6**

**Nonpriority creditor's name and mailing address**
**Ingrid Bayne**
**803 Water Fowl Dr**
**Yorktown, VA 23692**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$56.00**

---

**3.754
7**

**Nonpriority creditor's name and mailing address**
**Ingrid Betts**
**10400 Clarence Dr Ste 100**
**Classic Wine**
**Frisco, TX 75033**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,035.00**

---

**3.754
8**

**Nonpriority creditor's name and mailing address**
**Ingrid Raboteau**
**5319 Summer Rose Ln**
**Durham, NC 27703**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$99.00**

---

**3.754
9**

**Nonpriority creditor's name and mailing address**
**Ini Afia**
**28558 Songbird Way**
**Santa Clarita, CA 91350**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,154.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.755 0**

**Nonpriority creditor's name and mailing address**

**Ioannis Koniaris**
**199 New Montgomery St Unit 1007**
**San Francisco, CA 94105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$245.00**

---

**3.755 1**

**Nonpriority creditor's name and mailing address**

**Ira Ehrlich**
**4505 S Yosemite St Unit 367**
**Denver, CO 80237**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.755 2**

**Nonpriority creditor's name and mailing address**

**Irena B**
**88 West Trail**
**Stamford, CT 06903**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.755 3**

**Nonpriority creditor's name and mailing address**

**Irene Leeth**
**4310 56th St**
**San Diego, CA 92115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

**3.755 4**

**Nonpriority creditor's name and mailing address**

**Irene P**
**8960 Avery Road**
**Broadview Heights, OH 44147**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.755 5**

**Nonpriority creditor's name and mailing address**

**Irene Whiteside**
**2003 Spring Mist Dr Apt 212**
**Arlington, TX 76011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$33.00**

---

**3.755 6**

**Nonpriority creditor's name and mailing address**

**Irfan Essa**
**532 Rankin St NE Unit B**
**Atlanta, GA 30308**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)* _____

---

**3.755
7**

**Nonpriority creditor's name and mailing address**
**Irina Kendrick**
**23603 Tustin Ranch Ct**
**Katy, TX 77494**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$628.00

---

**3.755
8**

**Nonpriority creditor's name and mailing address**
**Irma Alexander**
**1109 Ginger Way**
**Medford, OR 97501**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.755
9**

**Nonpriority creditor's name and mailing address**
**Irmak Ermis**
**6251 Shellmound St Apt 1111**
**Emeryville, CA 94608**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$19.00

---

**3.756
0**

**Nonpriority creditor's name and mailing address**
**Ironi D**
**9709 Broadbay Cove**
**Austin, TX 78717**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

**3.756
1**

**Nonpriority creditor's name and mailing address**
**Irwin Pasternack**
**745 E Maryland**
**Suite 100**
**Phoenix, AZ 85014**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$84.00

---

**3.756
2**

**Nonpriority creditor's name and mailing address**
**Irwin Pasternack**
**745 E Maryland**
**Suite 100**
**Phoenix, AZ 85014**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$40.00

---

**3.756
3**

**Nonpriority creditor's name and mailing address**
**Isaac C**
**5412 Claremont Ave Apt 32**
**Oakland, CA 94618**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$4.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*    _____

| | |
|---|---|
| 3.756 4 | |

**Nonpriority creditor's name and mailing address**

**Isaac E**
**325 Gabe Rd**
**Kerrville, TX 78028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$7.00

---

| | |
|---|---|
| 3.756 5 | |

**Nonpriority creditor's name and mailing address**

**Isaac Marquez**
**9754 S.W. 210 Terrace**
**Cutler Bay, FL 33189**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$93.00

---

| | |
|---|---|
| 3.756 6 | |

**Nonpriority creditor's name and mailing address**

**Isaak Heitzeberg**
**26946 Middle Golf Dr**
**El Macero, CA 95618**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$230.00

---

| | |
|---|---|
| 3.756 7 | |

**Nonpriority creditor's name and mailing address**

**Isabel Estolano**
**3734 Glen Park Road**
**Oakland, CA 94602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$74.90

---

| | |
|---|---|
| 3.756 8 | |

**Nonpriority creditor's name and mailing address**

**Isabel Lazo**
**944 Palm Ave Apt 2**
**West Hollywood, CA 90069**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,820.00

---

| | |
|---|---|
| 3.756 9 | |

**Nonpriority creditor's name and mailing address**

**Isabel Nassief**
**177 Schildknecht Rd**
**Hurley, NY 12443**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$39.00

---

| | |
|---|---|
| 3.757 0 | |

**Nonpriority creditor's name and mailing address**

**Isabel Valdivia**
**1206 W River Ln**
**Santa Ana, CA 92706**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$59.00

---

Debtor   **Phoeno Wine Company, Inc.**                     Case number *(if known)*  _____
_____
Name

| 3.757 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40.00** |
|---|---|---|---|

**Isabella King**
**345 23rd Ave N Ste 416**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.757 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,597.00** |
|---|---|---|---|

**Isham Khan**
**2509 Dorrington St Unit B**
**Houston, TX 77030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.757 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,720.00** |
|---|---|---|---|

**Ismael Hernandezuscanga**
**1 Clinton St Apt 4j**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.757 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$54.00** |
|---|---|---|---|

**Israel Varela**
**1921 Vanderbilt Drive**
**Prosper, TX 75078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.757 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$41.00** |
|---|---|---|---|

**Iulian F**
**4999 Dequincey Dr.**
**Fairfax, VA 22032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.757 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150.00** |
|---|---|---|---|

**Iuliia Barusheva**
**420 Mission Bay Blvd N Unit 604**
**San Francisco, CA 94158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.757 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$892.00** |
|---|---|---|---|

**Ivan Helman**
**207 Van Vorst St Apt 202**
**Jersey City, NJ 07302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

**3.7578**

Nonpriority creditor's name and mailing address
**Ivan Iannaccone**
**1016 N Isabel St**
**Glendale, CA 91207**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,979.00

---

**3.7579**

Nonpriority creditor's name and mailing address
**Ivan Lubogo**
**365 Nicollet Mall Ste 2808**
**Minneapolis, MN 55401**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$752.00

---

**3.7580**

Nonpriority creditor's name and mailing address
**Ivan M**
**1125 West Ave**
**Richmond, VA 23220**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

**3.7581**

Nonpriority creditor's name and mailing address
**Ivan Makarov**
**6120 Banner Ct**
**San Jose, CA 95123**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$89.00

---

**3.7582**

Nonpriority creditor's name and mailing address
**Ivan Medvedev**
**200 E 84th St # 16ef**
**New York, NY 10028**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.7583**

Nonpriority creditor's name and mailing address
**Ivan Mullinax**
**1125 West Ave**
**Richmond, VA 23220**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$14,248.00

---

**3.7584**

Nonpriority creditor's name and mailing address
**Ivan R**
**11030 Legacy Dr Apt 305**
**Palm Beach Gardens, FL 33410**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                                  Case number (if known) _____

---

**3.758 5**

**Nonpriority creditor's name and mailing address**

**Ivan T**
**344 W 23rd St Apt 1b**
**New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$25.00**

---

**3.758 6**

**Nonpriority creditor's name and mailing address**

**Ivan Taback**
**344 W 23rd St Apt 1b**
**New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$3,673.00**

---

**3.758 7**

**Nonpriority creditor's name and mailing address**

**Ivette Chestaro**
**56 Elm Ave**
**Hackensack, NJ 07601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$25.00**

---

**3.758 8**

**Nonpriority creditor's name and mailing address**

**Ivie Claudio**
**5090 Palmetto Park Dr**
**Winter Garden, FL 34787**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$61.00**

---

**3.758 9**

**Nonpriority creditor's name and mailing address**

**Ivone D**
**7516 Nova Drive**
**Davie, FL 33317**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$50.00**

---

**3.759 0**

**Nonpriority creditor's name and mailing address**

**Ivonne D**
**1860 Sw 64 Avenue**
**Florida, FL 33155**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$20.00**

---

**3.759 1**

**Nonpriority creditor's name and mailing address**

**Ivory Becker**
**101 E 8th St Ste 130**
**Vancouver, WA 98660**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$29.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*   _____

---

**3.759 2**

**Nonpriority creditor's name and mailing address**

**J B**
**10097 Baltimore National Pike**
**Ellicott City, MD 21042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$43.00**

---

**3.759 3**

**Nonpriority creditor's name and mailing address**

**J Ball**
**211 Nokomis Ave S**
**Venice, FL 34285**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$35.00**

---

**3.759 4**

**Nonpriority creditor's name and mailing address**

**J Blevin**
**20 Crestwood Dr**
**Maplewood, NJ 07040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,591.00**

---

**3.759 5**

**Nonpriority creditor's name and mailing address**

**J Blevins**
**20 Crestwood Dr**
**Maplewood, NJ 07040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$230.00**

---

**3.759 6**

**Nonpriority creditor's name and mailing address**

**J C**
**12091 Big Canoe**
**180 Dogwood Lane**
**Big Canoe, GA 30143**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$18.00**

---

**3.759 7**

**Nonpriority creditor's name and mailing address**

**J Horn**
**3700 John Marshall Dr**
**Arlington, VA 22207**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$493.00**

---

**3.759 8**

**Nonpriority creditor's name and mailing address**

**J Sheffield**
**1648 Bla Mor Ln**
**Lewisville, NC 27023**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$892.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

**3.7599**

**Nonpriority creditor's name and mailing address**

**J.J. R**
**411 Texas Ave S**
**College Station, TX 77840**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

**3.7600**

**Nonpriority creditor's name and mailing address**

**J.Kent Lowry**
**304 Boonville Road**
**Jefferson City, MO 65109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$1,296.00

---

**3.7601**

**Nonpriority creditor's name and mailing address**

**J.R. Milligan**
**210 Ashbury Ct**
**South Bend, IN 46615**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$29.00

---

**3.7602**

**Nonpriority creditor's name and mailing address**

**Jaap Veneman**
**5219 Highland Falls Ln**
**Katy, TX 77450**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.7603**

**Nonpriority creditor's name and mailing address**

**Jac N**
**8213 Brodie Ln Ste 103**
**Austin, TX 78745**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$138.00

---

**3.7604**

**Nonpriority creditor's name and mailing address**

**Jac Nguyen**
**8213 Brodie Ln Ste 103**
**Austin, TX 78745**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$663.00

---

**3.7605**

**Nonpriority creditor's name and mailing address**

**Jace Lavalle**
**85 Revett Dr**
**Breckenridge, CO 80424**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

Debtor    **Phoeno Wine Company, Inc.**                                Case number *(if known)* _____
_____
Name

| 3.760 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jacey Louviere**
**9915 Florida Blvd**
**Baton Rouge, LA 70815**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$135.00**

---

| 3.760 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jaci L**
**713 Oxford Dr**
**Hartland, WI 53039**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$2,762.00**

---

| 3.760 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jaci Lindner**
**713 Oxford Dr**
**Hartland, WI 53039**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$913.00**

---

| 3.760 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jaci Wilson**
**33851 Copper Lantern St Unit C**
**Dana Point, CA 92629**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$217.00**

---

| 3.761 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jacinda Berg**
**16241 Powells Cove Blvd Apt 6n**
**Whitestone, NY 11357**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$110.00**

---

| 3.761 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jack Abel**
**1815 Y St**
**Lincoln, NE 68508**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

| 3.761 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jack Bainum**
**2145 Hoskins St**
**Houston, TX 77080**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$183.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.761**
**3**

**Nonpriority creditor's name and mailing address**

**Jack Blumenfrucht**
**75 W End Ave**
**R22b**
**New York, NY 10023**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

**3.761**
**4**

**Nonpriority creditor's name and mailing address**

**Jack C**
**5205 Se Golden Rd**
**Hillsboro, OR 97123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.761**
**5**

**Nonpriority creditor's name and mailing address**

**Jack Cascio**
**400 N La Salle Dr Apt 1005**
**Chicago, IL 60654**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

**3.761**
**6**

**Nonpriority creditor's name and mailing address**

**Jack Chester**
**329 Atlantic Ave**
**C/O Free Range**
**Brooklyn, NY 11201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

**3.761**
**7**

**Nonpriority creditor's name and mailing address**

**Jack Dixon**
**117 Delaware Ave**
**Ridley Park, PA 19078**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$182.00**

---

**3.761**
**8**

**Nonpriority creditor's name and mailing address**

**Jack Eimer**
**8 Glenheather Ct**
**Dallas, TX 75225**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$160.00**

---

**3.761**
**9**

**Nonpriority creditor's name and mailing address**

**Jack F**
**703 E Willow Grove Ave**
**Wyndmoor, PA 19038**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$38.00**

---

Debtor  **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

---

| 3.762 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21.00** |
|---|---|---|---|

**Jack Ford**
**8031 Sable Creek Dr. E**
**Jacksonville, FL 32244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$316.00** |
|---|---|---|---|

**Jack Fox**
**14800 Edman Rd**
**Centreville, VA 20121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$346.00** |
|---|---|---|---|

**Jack Funchion**
**703 E Willow Grove Ave**
**Wyndmoor, PA 19038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,459.00** |
|---|---|---|---|

**Jack Giannini**
**2554 Sandlewood Circle**
**Orange Park, FL 32065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30.00** |
|---|---|---|---|

**Jack Gibson**
**44990 Heydenreich Rd Ste I**
**Clinton Twp, MI 48038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$489.00** |
|---|---|---|---|

**Jack Gillespie**
**1831 Tragone Dr**
**Pittsburgh, PA 15241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Jack H**
**997 Simmons Ln**
**Novato, CA 94945**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.762 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $148.00 |

**Jack Hill**
**11 Chatham Ct**
**Midland, TX 79705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,183.00 |

**Jack Lin**
**3538 Almeria Ave**
**Sarasota, FL 34239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21.31 |

**Jack M**
**3408 Stage Coach Dr**
**Lafayette, CA 94549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $282.00 |

**Jack Miladin**
**28414 Tasca Dr**
**Bonita Springs, FL 34135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.00 |

**Jack O**
**3501 13th St S**
**Arlington, VA 22204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $939.00 |

**Jack Oconnell**
**3501 13th St S**
**Arlington, VA 22204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29.00 |

**Jack Oneil**
**9 Callaway Drive**
**Middleton, MA 01949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_    _____
Name

---

| 3.763 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$22.00** |

**Jack P**
**14431 Brighton Trace Ln**
**Houston, TX 77044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$177.00** |

**Jack Padgett**
**14431 Brighton Trace Ln**
**Houston, TX 77044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$387.00** |

**Jack Reda**
**7500 College Blvd Ste 775**
**D M Gary Holding Co , Inc**
**Overland Park, KS 66210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$114.52** |

**Jack S**
**69 S Harrison St**
**Princeton, NJ 08540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |

**Jack Sinclaire**
**323 Wild Horse Ln**
**Mount Pleasant, SC 29464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$405.00** |

**Jack Spross**
**69 S Harrison St**
**Princeton, NJ 08540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$20.00** |

**Jack T**
**1414 S Penn Sq Unit 22h**
**Philadelphia, PA 19102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
Name

---

**3.764**
**1**

Nonpriority creditor's name and mailing address

**Jack Tran**
**390 8th St**
**Oakland, CA 94607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$32.00**

---

**3.764**
**2**

Nonpriority creditor's name and mailing address

**Jack Troper**
**24 Luth Ter**
**West Orange, NJ 07052**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$150.00**

---

**3.764**
**3**

Nonpriority creditor's name and mailing address

**Jack W**
**8005 Georgetown Ave**
**Los Angeles, CA 90045**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$18.00**

---

**3.764**
**4**

Nonpriority creditor's name and mailing address

**Jack Wallin**
**16000 Pine Vale Place**
**Midlothian, VA 23113**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$210.00**

---

**3.764**
**5**

Nonpriority creditor's name and mailing address

**Jack Whittier**
**1175 Lexington Ave**
**Brothers International Food Corporation**
**Rochester, NY 14606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$385.00**

---

**3.764**
**6**

Nonpriority creditor's name and mailing address

**Jack Wiese**
**8005 Georgetown Ave**
**Los Angeles, CA 90045**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.764**
**7**

Nonpriority creditor's name and mailing address

**Jack Z**
**100 E 14th St Apt 1707**
**Chicago, IL 60605**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

Debtor    **Phoeno Wine Company, Inc.**

_____    Case number *(if known)*    _____

Name

---

| 3.764 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jack Zhao**
**100 E 14th St Apt 1707**
**Chicago, IL 60605**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$103.00**

---

| 3.764 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jackie Aumer**
**721 Emerson Road**
**Suite 500**
**Creve Coeur, MO 63141**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$415.00**

---

| 3.765 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jackie C**
**153 Niblick**
**Paso Robles, CA 93446**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.765 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jackie Cox**
**6850 Avalon Ave**
**Dallas, TX 75214**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$20,431.00**

---

| 3.765 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jackie Earabino**
**14401 Pine Cove Ct**
**Raleigh, NC 27614**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$330.00**

---

| 3.765 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jackie F**
**14 Jacob Rd**
**Windham, NH 03087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$16.00**

---

| 3.765 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jackie Ferrari**
**14 Jacob Rd**
**Windham, NH 03087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$156.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.765 5**

**Nonpriority creditor's name and mailing address**

**Jackie Hoffman**
**10664 40th St N**
**Lake Elmo, MN 55042**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$465.00**

---

**3.765 6**

**Nonpriority creditor's name and mailing address**

**Jackie Pfeiffer**
**6481 Kingsley Ct**
**Liberty Twp, OH 45011**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$315.00**

---

**3.765 7**

**Nonpriority creditor's name and mailing address**

**Jackie Rivera**
**75 Van Dyke Rd**
**Hopewell, NJ 08525**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$216.00**

---

**3.765 8**

**Nonpriority creditor's name and mailing address**

**Jackie Schaefer**
**651 Seaview Ct**
**#512**
**Marco Island, FL 34145**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

**3.765 9**

**Nonpriority creditor's name and mailing address**

**Jacklyn Dowdy**
**325 Telluride Dr**
**Windsor, CO 80550**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$161.00**

---

**3.766 0**

**Nonpriority creditor's name and mailing address**

**Jackson Feezell**
**116 Cassius Ct**
**Berea, KY 40403**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$87.00**

---

**3.766 1**

**Nonpriority creditor's name and mailing address**

**Jackson L**
**1220 2nd Ave N Apt 340**
**Nashville, TN 37208**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
Name

---

| 3.766 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
|---|---|---|---|

**Jackson T**
**3114 Ladoga Ave**
**Long Beach, CA 90808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20.00** |
|---|---|---|---|

**Jaclyn L**
**1940 Route 70 East**
**Suite 100**
**Cherry Hill, NJ 08003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10.00** |
|---|---|---|---|

**Jaco V**
**12210 Marbrook Dr**
**Dallas, TX 75230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,026.00** |
|---|---|---|---|

**Jaco Vaneeden**
**12210 Marbrook Dr**
**Dallas, TX 75230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$72.00** |
|---|---|---|---|

**Jacob Ambert**
**812 Se 136th Ave**
**K107**
**Vancouver, WA 98683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12.80** |
|---|---|---|---|

**Jacob B**
**4319 S National Ave**
**Ups Store**
**Springfield, MO 65810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$242.00** |
|---|---|---|---|

**Jacob Bogema**
**4319 S National Ave**
**UPS Store**
**Springfield, MO 65810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| | | |
|---|---|---|
| **3.766 9** | **Nonpriority creditor's name and mailing address** | $60.00 |

**Jacob Brown**
**2621 Hibiscus Way Apt 221**
**Beavercreek, OH 45431**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.767 0** | **Nonpriority creditor's name and mailing address** | $7,292.00 |

**Jacob Crist**
**6932 Chippewa St Apt 2e**
**Saint Louis, MO 63109**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.767 1** | **Nonpriority creditor's name and mailing address** | $10.00 |

**Jacob D**
**480 Quarter Way**
**Delaware, OH 43015**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.767 2** | **Nonpriority creditor's name and mailing address** | $446.00 |

**Jacob Denehy**
**480 Quarter Way**
**Delaware, OH 43015**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.767 3** | **Nonpriority creditor's name and mailing address** | $147.00 |

**Jacob Dopp**
**1309 North 22nd Street**
**Harrisburg, PA 17109**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.767 4** | **Nonpriority creditor's name and mailing address** | $2.00 |

**Jacob G**
**7986 Walnutwood St.**
**Oklahoma City, OK 73120**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.767 5** | **Nonpriority creditor's name and mailing address** | $6.00 |

**Jacob H**
**4720 Hawley Blvd Apt 208**
**San Diego, CA 92116**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name                                                    Case number (if known) _____

---

| 3.767 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32.00** |
| **Jacob Hartung** | ☐ Contingent | |
| **4720 Hawley Blvd Apt 208** | ☐ Unliquidated | |
| **San Diego, CA 92116** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.767 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Jacob Henderson** | ☐ Contingent | |
| **9218 Oban Passage Dr** | ☐ Unliquidated | |
| **Charlotte, NC 28273** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.767 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$225.00** |
| **Jacob Hudspeth** | ☐ Contingent | |
| **1319 Sand Trap Rd** | ☐ Unliquidated | |
| **Ville Platte, LA 70586** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.767 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28.24** |
| **Jacob K** | ☐ Contingent | |
| **200 S Los Angeles St Apt 301** | ☐ Unliquidated | |
| **Los Angeles, CA 90012** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.768 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22.00** |
| **Jacob Kintner** | ☐ Contingent | |
| **1435 President St** | ☐ Unliquidated | |
| **Yellow Springs, OH 45387** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.768 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30.00** |
| **Jacob M** | ☐ Contingent | |
| **62 Creagan Ave** | ☐ Unliquidated | |
| **Gretna, LA 70053** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.768 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34.00** |
| **Jacob Murphy** | ☐ Contingent | |
| **62 Creagan Ave** | ☐ Unliquidated | |
| **Gretna, LA 70053** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number _(if known)_ _____
Name

| 3.768 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$35.00** |

**Jacob P**
**1311 Delphi Ln**
**Charlottesville, VA 22911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$101.00** |

**Jacob Pelletier**
**1311 Delphi Ln**
**Charlottesville, VA 22911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$54.00** |

**Jacob R**
**2215 Post Rd Apt 1118**
**Austin, TX 78704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$106.00** |

**Jacob Reese**
**2215 Post Rd Apt 1118**
**Austin, TX 78704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$1,854.00** |

**Jacob Rierson**
**1641 Cook St**
**Denver, CO 80206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$355.00** |

**Jacob Schroeder**
**8400 Normandale Lake Blvd Ste 1200**
**Bloomington, MN 55437**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$89.00** |

**Jacob Schwimmer**
**429 W Ohio St**
**East Bank Storage**
**Chicago, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.769 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$60.00** |

**Jacob Smith**
**5945 Leupp Rd**
**Flagstaff, AZ 86004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$342.00** |

**Jacob Tally**
**2724 Sunset Ct**
**Steilacoom, WA 98388**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$18.00** |

**Jacob W**
**714 Glendale Street**
**Dallas, TX 75214**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customers - Deferred Credit__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$28.00** |

**Jacob Whann**
**110 Simon Ave**
**Pittsburgh, PA 15237**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$4,279.00** |

**Jacob Wyzgoski**
**410 N 1st St**
**102**
**Ann Arbor, MI 48103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$32.00** |

**Jacque K**
**109 S. Ranch House Rd. #107**
**Aledo, TX 76008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customers - Deferred Credit__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$24.00** |

**Jacque N 13408133**
**16210 West Chalet Drive**
**Olathe, KS 66062**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customers - Deferred Credit__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

     Name                                                                    Case number *(if known)*

---

| 3.769 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $114.00 |

**Jacqueline Connor**
**657 N West Ave**
**Elmhurst, IL 60126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,627.00 |

**Jacqueline Doglio**
**103 Norfolk St Apt 1**
**Cambridge, MA 02139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $186.00 |

**Jacqueline Gantt**
**16 Held Cir**
**Charleston, SC 29412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $309.00 |

**Jacqueline Hartman**
**1854 Oak Grove Blvd**
**Lutz, FL 33559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $115.00 |

**Jacqueline Herrera**
**2 Grove Isle Dr Apt B307**
**Coconut Grove, FL 33133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $60.00 |

**Jacqueline Kellogg**
**2500 S Woodlands Village Blvd Ste 3**
**West Usa Realty Flagstaff**
**Flagstaff, AZ 86001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $42.00 |

**Jacqueline M**
**275 Southdale Ct**
**Dunkirk, MD 20754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_    _____
Name

| 3.770 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jacqueline Macdonald**
**550 W Date Street**
**407**
**San Diego, CA 92101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

**$286.00**

---

| 3.770 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jacqueline Marie**
**604 Hamlet Square Ln**
**Mount Pleasant, SC 29464**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

**$147.00**

---

| 3.770 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jacqueline Marie**
**604 Hamlet Square Ln**
**Mount Pleasant, SC 29464**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset?  ■ No  ☐ Yes

**$206.26**

---

| 3.770 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jacqueline Mason**
**275 Southdale Ct**
**Dunkirk, MD 20754**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

**$2,832.00**

---

| 3.770 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jacqueline Mathis**
**2 Cherry Tree Ln**
**Cream Ridge, NJ 08514**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

**$366.00**

---

| 3.770 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jacqueline R**
**12410 East Camino Del Garanon**
**Tucson, AZ 85747**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset?  ■ No  ☐ Yes

**$7.00**

---

| 3.771 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jacqueline R**
**912 Daimler Dr**
**Virginia Beach, VA 23454**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset?  ■ No  ☐ Yes

**$20.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*)    _____

---

| 3.771 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$167.00** |
|---|---|---|---|

**Jacqueline Rodriguez**
**10651 S Ave E**
**Chicago, IL 60617**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$24.00** |
|---|---|---|---|

**Jacqueline S**
**12 Mount Vernon St # 3**
**Boston, MA 02129**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Jacqueline S**
**130 Montvale Rd**
**Weston, MA 02493**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$190.00** |
|---|---|---|---|

**Jacqueline Savitz**
**2800 N Highway A1a Apt 805**
**Hutchinson Island, FL 34949**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$84.00** |
|---|---|---|---|

**Jacqueline Schiller**
**12 Mount Vernon St # 3**
**Boston, MA 02129**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jacqueline Scott**
**1575 Tenaka Pl Apt 7**
**Bldg J**
**Sunnyvale, CA 94087**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$733.00** |
|---|---|---|---|

**Jacqueline Sohler**
**16132 Leona Lane**
**La Pine, OR 97739**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

_____
Name

Case number *(if known)*   _____

---

| 3.771<br>8 | **Nonpriority creditor's name and mailing address**<br>**Jacqueline Storm**<br>**67 W Loretta Dr**<br>**Indianapolis, IN 46217** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$24.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771<br>9 | **Nonpriority creditor's name and mailing address**<br>**Jacqueline Swift**<br>**1325 Longfellow Street**<br>**Washington, DC 20011** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$28.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.772<br>0 | **Nonpriority creditor's name and mailing address**<br>**Jacqueline Zonkowski**<br>**324 4th St**<br>**Apt 1**<br>**Jersey City, NJ 07302** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.772<br>1 | **Nonpriority creditor's name and mailing address**<br>**Jacquelyn Cloutier**<br>**23 Columbia Ave**<br>**Nashua, NH 03064** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$28.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.772<br>2 | **Nonpriority creditor's name and mailing address**<br>**Jacquelyn Hooker**<br>**8740 Flower Pl**<br>**Arvade, CO 80005** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$283.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.772<br>3 | **Nonpriority creditor's name and mailing address**<br>**Jacquelyn Johnson**<br>**20 Witherspoon St**<br>**Whitehouse Station, NJ 08889** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,088.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.772<br>4 | **Nonpriority creditor's name and mailing address**<br>**Jacquelyn Woods**<br>**473 Melanie Ln Sw**<br>**Marietta, GA 30008** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$60.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.772 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jacquelynn Packa**
**328 9th St Sw**
**Chisholm, MN 55719**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$180.00

---

| 3.772 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jacques M**
**78 5th Avenue Floor 9**
**Nyc, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

| 3.772 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jacques Moorejr.**
**9177 W Broad St**
**Richmond, VA 23294**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.772 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jacquesdemolay**
**1082 Union Rd**
**--**
**West Seneca, NY 14224**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$1,418.48

---

| 3.772 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jacqui Hayes**
**104 Granite St**
**Londonderry, NH 03053**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$902.00

---

| 3.773 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jade Walle**
**654 Chamberlain Way**
**Highlands Ranch, CO 80126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$252.00

---

| 3.773 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jaden Hair**
**11523 E State Road 70**
**Bradenton, FL 34202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$175.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
Name

---

| 3.773 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jae K**
**1268 150th St Apt 3**
**Whitestone, NY 11357**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

| 3.773 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jaebum Lee**
**2504 Navarro Trl**
**Euless, TX 76039**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$20.00**

---

| 3.773 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jagruti P**
**11 Sienna Circle**
**Ivyland, PA 18974**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$20.00**

---

| 3.773 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jai Fletcher**
**445 Lees Mill Dr**
**Newport News, VA 23608**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$360.00**

---

| 3.773 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jai Varma**
**18720 Wainsborough Lane**
**Dallas, TX 75287**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,183.00**

---

| 3.773 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jaime Blais**
**13 Estates Dr**
**Doylestown, PA 18902**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$88.00**

---

| 3.773 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jaime Carrbeery**
**271 County Road 100**
**Silverthorne, CO 80498**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$117.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*    _____

---

| 3.773 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jaime Contreras**
**1231 W Golf Rd**
**Libertyville, IL 60048**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.774 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jaime Estrada**
**25 Fruitdale Ter**
**Brownsville, TX 78521**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,062.00**

---

| 3.774 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jaime Evangelista**
**23630 Carlson Ct**
**Hayward, CA 94541**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$84.00**

---

| 3.774 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jaime F**
**460 Mallard Cir**
**Blue Bell, PA 19422**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$36.00**

---

| 3.774 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jaime Lind**
**972 Gerry Ave**
**Lido Beach, NY 11561**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.774 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jaime Otillio**
**5143 Stanford Dr**
**Nashville, TN 37215**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$124.00**

---

| 3.774 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jaime Raskulinecz**
**C/O Next Generation Trust Services**
**75 Livingston Ave., 3rd Floor**
**Roseland, NJ 07068**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$4,089.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.774 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jaime Rodrigues**
**607 N Broad St Apt 205**
**Elizabeth, NJ 07208**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$28.00

---

| 3.774 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jairo M**
**546 Ridgemoor Dr**
**Willowbrook, IL 60527**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$11.00

---

| 3.774 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jairo Miranda**
**546 Ridgemoor Dr**
**Willowbrook, IL 60527**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$282.00

---

| 3.774 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jairus Browning**
**6225 Pompano St**
**Jupiter, FL 33458**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$29.00

---

| 3.775 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jake Creasbaum**
**336 N Milwaukee St Apt 401**
**Milwaukee, WI 53202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$9,543.00

---

| 3.775 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jake Cripe**
**8065 Edgerton Ct**
**Colorado Springs, CO 80919**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$684.00

---

| 3.775 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jake Croghan**
**1034 Bel Marin Keys Blvd**
**Novato, CA 94949**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$19.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
Name

| 3.775 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29.00** |

**Jake Curtis**
**545 Channelside Dr Unit 1606**
**Tampa, FL 33602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.775 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$228.00** |

**Jake Gordon**
**162 Bittersweet Trl**
**Weatherford, TX 76088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.775 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$226.00** |

**Jake Hianik**
**404 Briar Pl**
**Itasca, IL 60143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.775 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$112.00** |

**Jake Horne**
**1195 Hampton Gardens Ln**
**Charlotte, NC 28209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.775 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$319.00** |

**Jake Lane**
**937 Reinli St Ste 27**
**Austin, TX 78751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.775 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,060.00** |

**Jake Mandel**
**48 Winding Oak Dr**
**Okatie, SC 29909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.775 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$333.00** |

**Jake Richards**
**1131 Oakland Trce NE**
**Brookhaven, GA 30319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

| 3.776 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$65.00** |
| **Jake Rothman** | ☐ Contingent | |
| **416 Erskine Rd** | ☐ Unliquidated | |
| **Stamford, CT 06903** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.776 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |
| **Jake S** | ☐ Contingent | |
| **3408 Doe Run** | ☐ Unliquidated | |
| **Austin, TX 78748** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.776 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$145.00** |
| **Jake Salvatore** | ☐ Contingent | |
| **501 Hartshorne Court** | ☐ Unliquidated | |
| **Freehold, NJ 07728** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.776 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$116.00** |
| **Jake Soule** | ☐ Contingent | |
| **7780 E Phantom Way** | ☐ Unliquidated | |
| **Scottsdale, AZ 85255** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.776 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$76.00** |
| **Jake Stanley** | ☐ Contingent | |
| **877 State Route 13** | ☐ Unliquidated | |
| **Cortland, NY 13045** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.776 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17,987.00** |
| **Jake Velie** | ☐ Contingent | |
| **16014 North Valley Drive** | ☐ Unliquidated | |
| **Urbandale, IA 50323** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.776 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40.00** |
| **Jake Wise** | ☐ Contingent | |
| **191 Peachtree St Ne** | ☐ Unliquidated | |
| **Suite 2000** | ☐ Disputed | |
| **Atlanta, GA 30303** | | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
Name

| | | |
|---|---|---|
| 3.776 7 | **Nonpriority creditor's name and mailing address**<br>**Jamaal Lesane**<br>**72 Clifton Place**<br>**Brooklyn, NY 11238** | **$168.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.776 8 | **Nonpriority creditor's name and mailing address**<br>**Jamari Green**<br>**5401 Chimney Rock Rd Apt 966**<br>**Houston, TX 77081** | **$433.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.776 9 | **Nonpriority creditor's name and mailing address**<br>**Jamed S**<br>**300 Valley St**<br>**305**<br>**Sausalito, CA 94965** | **$5.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.777 0 | **Nonpriority creditor's name and mailing address**<br>**James A**<br>**372 Seville Way**<br>**Long Beach, CA 90814** | **$8.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.777 1 | **Nonpriority creditor's name and mailing address**<br>**James Abe**<br>**6 Veranda**<br>**Newport Coast, CA 92657** | **$202.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.777 2 | **Nonpriority creditor's name and mailing address**<br>**James Aleanzo**<br>**133  Stover Avenue**<br>**N Arlington, NJ 07031** | **$7,427.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.777 3 | **Nonpriority creditor's name and mailing address**<br>**James Allan**<br>**1007 Seaton Lane**<br>**Falls Church, VA 22046** | **$880.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

_____
Name

Case number (if known) _____

| 3.777 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**James Andersen**
**2670 Union Avenue Ext Ste 1216**
**Memphis, TN 38112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.777 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $476.00 |

**James Ashworth**
**4 Firehawk Dr**
**Stafford, VA 22554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.777 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $416.00 |

**James Awalt**
**1909 Lohman Ford Road**
**Lago Vista, TX 78645**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.777 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |

**James B**
**1230 Alton St**
**Aurora, CO 80010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.777 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |

**James B**
**1737 Queens Rd W**
**Charlotte, NC 28207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.777 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.00 |

**James B**
**1870 Somerset Ln**
**Wheaton, IL 60189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.778 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.00 |

**James B**
**20 Water Grant St Apt 203**
**Yonkers, NY 10701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)*   _____
Name

| 3.778 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Bach**
**5726 Webster St**
**Dayton, OH 45414**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.778 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Bailey**
**3724 Echo Trl**
**Fort Worth, TX 76109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

| 3.778 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Ball**
**12919 Lake Erie Ln**
**Charlotte, NC 28273**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$3.00

---

| 3.778 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Bandy**
**16627 Meadow Oak Dr**
**Sonoma, CA 95476**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$50.02

---

| 3.778 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Bell**
**7609 Hinman Cir**
**Huntersville, NC 28078**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$308.00

---

| 3.778 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Bernauer**
**1966 Will O View Cir**
**Lakeport, CA 95453**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$168.00

---

| 3.778 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Blake**
**1000 3rd St Unit 1301**
**San Francisco, CA 94158**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*   _____

| 3.778 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Boggs**
**56 Yukon**
**San Fracisco, CA 94114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$444.00**

---

| 3.778 9 |
|---|

**Nonpriority creditor's name and mailing address**

**James Bonaro**
**584 Echo Glen Ave**
**River Vale, NJ 07675**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$868.00**

---

| 3.779 0 |
|---|

**Nonpriority creditor's name and mailing address**

**James Boudreau**
**4176 Ivy Crest Ct.**
**Hilliard, OH 43026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.779 1 |
|---|

**Nonpriority creditor's name and mailing address**

**James Bradley**
**22 Ranch Drive**
**Novato, CA 94945**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,500.00**

---

| 3.779 2 |
|---|

**Nonpriority creditor's name and mailing address**

**James Brady**
**327 Golf View Drive**
**Little Egg Harbor Twp, NJ 08087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,756.00**

---

| 3.779 3 |
|---|

**Nonpriority creditor's name and mailing address**

**James Brooks**
**1870 Somerset Ln**
**Wheaton, IL 60189**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,026.00**

---

| 3.779 4 |
|---|

**Nonpriority creditor's name and mailing address**

**James Burkholder**
**1737 Queens Rd W**
**Charlotte, NC 28207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,257.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.7795 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**James C**
**16320 W Wirestem**
**Lockport, IL 60441**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$17.00**

---

| 3.7796 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**James C**
**1817 Dalton Rd**
**Greensboro, NC 27408**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.7797 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**James C**
**2953 Butler St**
**East Elmhurst, NY 11369**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.7798 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**James C 13436633**
**12365 N Paseo Penuela**
**Marana, AZ 85658**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$11.70**

---

| 3.7799 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Carlton**
**500 Burro Ave**
**Cloudcroft, NM 88317**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$634.00**

---

| 3.7800 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Cartales**
**18302 Ridgefield Rd NW**
**Shoreline, WA 98177**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$63.00**

---

| 3.7801 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Cartales**
**18302 Ridgefield Rd Nw**
**Shoreline, WA 98177**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$788.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.780 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Carter**
**2700 Broadway Apt 3d**
**New York, NY 10025**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$626.00**

---

| 3.780 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Casey**
**10860 Burr Oak Way**
**Burke, VA 22015**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,532.00**

---

| 3.780 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Cassella**
**6 Prospect Drive**
**Somerville, NJ 08876**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| 3.780 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Catrambone**
**477 Yorkshire Dr**
**Severna Park, MD 21146**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.780 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Chang**
**689 Marin Boulevard**
**Apt 706**
**Jersey City, NJ 07310**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$720.00**

---

| 3.780 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Chaplin**
**16320 W Wirestem**
**Lockport, IL 60441**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$167.00**

---

| 3.780 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Chen**
**720 3rd Ln S**
**Kirkland, WA 98033**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,404.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.780 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |

**James Clerkin**
**21 S End Ave Ph 1a**
**New York, NY 10280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56.00** |

**James Combs**
**2464 Taft Ave**
**Oregon, OH 43616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$933.00** |

**James Cook**
**2133 Jakes Walk Ln**
**Knoxville, TN 37932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$238.00** |

**James Cornwell**
**114 East Lee St**
**Apartment 5**
**Warrenton, VA 20186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42.00** |

**James Craddock**
**16 Via Di Nola**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$427.00** |

**James Cummins**
**1875 Campus Commons Dr**
**100**
**Reston, VA 20191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36.00** |

**James D**
**2 Cheshire Rdg**
**Victor, NY 14564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
       Name
                                      Case number *(if known)*

---

**3.781 6**

**Nonpriority creditor's name and mailing address**

**James D**
**474 Ulloa St**
**San Francisco, CA 94127**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$55.00**

---

**3.781 7**

**Nonpriority creditor's name and mailing address**

**James D**
**506 Pond Rd**
**Manchester, ME 04351**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.781 8**

**Nonpriority creditor's name and mailing address**

**James D**
**580 Moulton Loop Rd**
**Jackson, WY 83001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

**3.781 9**

**Nonpriority creditor's name and mailing address**

**James D**
**7 Fields Drive**
**Glenmont, NY 12077**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.782 0**

**Nonpriority creditor's name and mailing address**

**James Dalessio**
**209 Fetterbush Rd.**
**Elgin, SC 29045**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,675.00**

---

**3.782 1**

**Nonpriority creditor's name and mailing address**

**James Dannhauser**
**2 Canterbury Ln**
**Wayne, PA 19087**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$123.00**

---

**3.782 2**

**Nonpriority creditor's name and mailing address**

**James Defries**
**2969 Lida Ln**
**Sparks, NV 89434**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,728.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.782 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$398.00** |

**James Derrico**
**580 Moulton Loop Rd**
**Jackson, WY 83001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.782 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$68.00** |

**James Diiorio**
**606 N Guadalupe Ave Unit F**
**Redondo Beach, CA 90277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.782 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$38,346.00** |

**James Donnellan**
**7 Fields Drive**
**Glenmont, NY 12077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.782 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$52.00** |

**James Dougherty**
**5847 Whisperwood Ct**
**Naples, FL 34110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.782 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$456.00** |

**James Duncan**
**13506 Ginger Glen Rd**
**San Diego, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.782 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,693.00** |

**James Dunlap**
**506 Pond Rd**
**Manchester, ME 04351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.782 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$98.00** |

**James Dunlap**
**8316 Queen Elizabeth Blvd**
**Annandale, VA 22003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name                                                    Case number (if known) _____

| | |
|---|---|
| 3.783 0 | **Nonpriority creditor's name and mailing address** | **$304.00** |

**Nonpriority creditor's name and mailing address**

**James Dvorak**
**1521 S. Moorings Dr.**
**Wilmington, NC 28405**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$304.00**

---

3.783 1

**Nonpriority creditor's name and mailing address**

**James E**
**405 Skylark Drive**
**Moon Township, PA 15108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

3.783 2

**Nonpriority creditor's name and mailing address**

**James Earle**
**2407 Riverview Drive**
**Murfreesboro, TN 37129**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

3.783 3

**Nonpriority creditor's name and mailing address**

**James Earle**
**2407 Riverview Drive**
**Murfreesboro, TN 37129**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

3.783 4

**Nonpriority creditor's name and mailing address**

**James Elder**
**6700 Lions Gate Ct**
**Arlington, TX 76001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$293.00**

---

3.783 5

**Nonpriority creditor's name and mailing address**

**James Elise**
**6 Clyde Ct**
**Wakefield, MA 01880**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.783 6

**Nonpriority creditor's name and mailing address**

**James Ellison**
**2113 County Road 426**
**Marquez, TX 77865**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 3.783 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Evans**
**1340 Little Harbour Dr**
**Vero Beach, FL 32963**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$14,342.00**

---

| 3.783 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**James F**
**2435 N Dixie Hwy**
**Wilton Manors, FL 33305**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$39.00**

---

| 3.783 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**James F**
**642 Brookstone Dr.**
**Irving, TX 75039**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$41.00**

---

| 3.784 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Fausto**
**44 Hamlin St**
**Lunenburg, MA 01462**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$16,456.00**

---

| 3.784 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Fegan**
**186 Mayo Rd**
**Edgewater, MD 21037**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$318.00**

---

| 3.784 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Fortin**
**1095 Bodwell Rd Unit 27**
**Manchester, NH 03109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$311.00**

---

| 3.784 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Frakes**
**224 28th St**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
         Name                                              Case number *(if known)*   _____

| 3.784 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Francis**
**11687 Altoona Dr.**
**El Cajon, CA 92020**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$191.00**

---

| 3.784 5 |
|---|

**Nonpriority creditor's name and mailing address**

**James G**
**1026 Florin Rd**
**Sacramento, CA 95831**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| 3.784 6 |
|---|

**Nonpriority creditor's name and mailing address**

**James G**
**13228 Terrace Court Drive**
**Charlotte, NC 28278**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$30.00**

---

| 3.784 7 |
|---|

**Nonpriority creditor's name and mailing address**

**James G**
**15 Princess Road**
**Suite K**
**Lawrenceville, NJ 08648**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| 3.784 8 |
|---|

**Nonpriority creditor's name and mailing address**

**James G**
**31722 Fairhill Dr**
**Wesley Chapel, FL 33543**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,540.00**

---

| 3.784 9 |
|---|

**Nonpriority creditor's name and mailing address**

**James G**
**4 Beacon Way**
**Apt 219**
**Jersey City, NJ 07304**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$29.87**

---

| 3.785 0 |
|---|

**Nonpriority creditor's name and mailing address**

**James G**
**5160 Diamond Heights Blvd.**
**Unit C303**
**San Francisco, CA 94131**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$9.01**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.785 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,065.00** |

**James Gale**
**13228 Terrace Court Drive**
**Charlotte, NC 28278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.785 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,798.00** |

**James Gallagher**
**31722 Fairhill Dr**
**Wesley Chapel, FL 33543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.785 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$357.00** |

**James Galloway**
**1112 Hills Plantation Dr**
**Charleston, SC 29412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.785 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$318.00** |

**James German**
**5420 Flowing Brook Cove**
**Austin, TX 78738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.785 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$246.00** |

**James Goetz**
**501 South St**
**Green Lake, WI 54941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.785 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$160.00** |

**James Gu**
**1525 Chestnut St Apt 3**
**San Francisco, CA 94123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.785 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$17.00** |

**James H**
**8 Peter Rd**
**Plymouth, MA 02360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
          Name

Case number (if known)  _____

---

**3.785
8**

**Nonpriority creditor's name and mailing address**

**James Halinski
7780 Westside Dr Apt 304
San Diego, CA 92108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$20,519.00**

---

**3.785
9**

**Nonpriority creditor's name and mailing address**

**James Hallowell
19704 Germantown Rd
C/O Fed Ex Office
Germantown, MD 20874**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.786
0**

**Nonpriority creditor's name and mailing address**

**James Hannifin
9 Stephens Ct
Trophy Club, TX 76262**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,258.00**

---

**3.786
1**

**Nonpriority creditor's name and mailing address**

**James Hayter
8 Peter Rd
Plymouth, MA 02360**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$939.00**

---

**3.786
2**

**Nonpriority creditor's name and mailing address**

**James Hazelrigs
676 Red Pass Lane
Castle Rock, CO 80108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,184.00**

---

**3.786
3**

**Nonpriority creditor's name and mailing address**

**James Heath
1305 W Oltorf St Ste 200
Austin, TX 78704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$16,703.00**

---

**3.786
4**

**Nonpriority creditor's name and mailing address**

**James Helmers
13538 Eckford St
La Puente, CA 91746**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$12,466.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number _(if known)_ _____
Name

| 3.786 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$203.00** |
|---|---|---|---|

**James Herrmann**
**6 E Rampasture Rd**
**Hampton Bays, NY 11946**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.786 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$9,291.00** |
|---|---|---|---|

**James Hess**
**14 Minuteman Dr**
**Bluffton, SC 29910**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.786 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$29.00** |
|---|---|---|---|

**James Hicks**
**1285 Baring Blvd # 738**
**Sparks, NV 89434**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.786 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$972.00** |
|---|---|---|---|

**James Hobbs**
**5722 Platinum Dr**
**Grove City, OH 43123**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.786 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$713.00** |
|---|---|---|---|

**James Hoffmann**
**1524 Thornhill Ave**
**Westlake Village, CA 91361**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.787 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$129.00** |
|---|---|---|---|

**James Hofmeister**
**700 Allston Way**
**Berkeley, CA 94710**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.787 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$29.00** |
|---|---|---|---|

**James Hogendobler**
**2139 Olmsted Rd**
**Villa Ridge, IL 62996**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.787 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$212.00** |
|---|---|---|---|

**James Horne**
**428 Central Ave**
**Milton, MA 02186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.787 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$917.00** |
|---|---|---|---|

**James Howell**
**9422 Witten Dr**
**San Antonio, TX 78254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.787 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$150.00** |
|---|---|---|---|

**James Hoyt**
**1913 Bessie Kidd Best**
**Flagstaff, AZ 86005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.787 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**James Hung**
**1625 Via Campagna**
**San Jose, CA 95120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.787 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$128.00** |
|---|---|---|---|

**James Hunt**
**104 Paseo De La Playa Unit A**
**Redondo Beach, CA 90277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.787 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$45.00** |
|---|---|---|---|

**James Imbro**
**8 Elinor St**
**Middletown, NJ 07748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.787 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,372.00** |
|---|---|---|---|

**James J**
**1128 Lost River Ln**
**Gardnerville, NV 89460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
        Name                                          Case number _(if known)_ _____

---

**3.7879**

**Nonpriority creditor's name and mailing address**

**James J**
**1018 Woodshire Ln Apt A106**
**Naples, FL 34105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$17.00

---

**3.7880**

**Nonpriority creditor's name and mailing address**

**James Jauch**
**67 Stoneledge Rd**
**South Dartmouth, MA 02748**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$29.00

---

**3.7881**

**Nonpriority creditor's name and mailing address**

**James Jordan**
**1018 Woodshire Ln Apt A106**
**Naples, FL 34105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$17,432.00

---

**3.7882**

**Nonpriority creditor's name and mailing address**

**James K**
**410 Diamond St**
**San Francisco, CA 94114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$31.67

---

**3.7883**

**Nonpriority creditor's name and mailing address**

**James K**
**55 Bank St Apt 712**
**White Plains, NY 10606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.7884**

**Nonpriority creditor's name and mailing address**

**James K**
**6442 60th Avenue**
**Maspeth, NY 11378**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$7.00

---

**3.7885**

**Nonpriority creditor's name and mailing address**

**James K**
**801 Pennsylvania St Ste A**
**Lawrence, KS 66044**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

Debtor   **Phoeno Wine Company, Inc.**
         _____         Case number (if known) _____
         Name

| 3.788 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,325.00** |

**James Kaiser**
**1597 Harborsun Drive**
**Charleston, SC 29412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.788 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**James Kerivan**
**3931 25th St**
**Bend, OR 97701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.788 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$437.00** |

**James Kervick**
**1315 Winding Oaks Cir E Apt 908**
**Vero Beach, FL 32963**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.788 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$641.00** |

**James Kessler**
**1879 Church Rd.**
**Baltimore, MD 21222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22.00** |

**James Kirkendoll**
**801 Pennsylvania St Ste A**
**Lawrence, KS 66044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57.00** |

**James Kubik**
**2501 N Sheffield Ave Apt 2n**
**Chicago, IL 60614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,052.00** |

**James Kushner**
**10 Kaywood Ln**
**Cherry Hill, NJ 08034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number _(if known)_   _____
Name

---

| 3.789 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**James L**
**107 Poplin Ct**
**Cary, NC 27519**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.789 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**James L**
**15373 Del La Cruz**
**Rancho Murieta, CA 95683**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.789 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**James L**
**2162 E Tabular Place**
**Oro Valley, AZ 85755**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$9.00**

---

| 3.789 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**James L**
**310 E Sagebrush Dr, W2**
**South Teton B**
**Jackson, WY 83001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$47.00**

---

| 3.789 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**James L**
**4 Grafton St**
**Wakefield, MA 01880**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$2.00**

---

| 3.789 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**James Lane**
**204 Teakwood Dr**
**Carolina Beach, NC 28428**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,520.00**

---

| 3.789 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**James Lane**
**9125 Camino Real**
**San Gabriel, CA 91775**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known)   _____
Name

| | |
|---|---|
| **3.790 0** | |

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: Check all that apply.            **$1,905.00**

**James Latham**
**1775 Napier Woods Dr**
**Collierville, TN 38017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.790 1** | |

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: Check all that apply.            **$167.00**

**James Leary**
**6030 Charnock Dr**
**Sykesville, MD 21784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.790 2** | |

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: Check all that apply.            **$313.00**

**James Lee**
**4212 28th St Apt 16d**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.790 3** | |

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: Check all that apply.            **$2,011.00**

**James Libecco**
**3624 W Market St**
**Allied Dermatology**
**Akron, OH 44333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.790 4** | |

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: Check all that apply.            **$2,913.00**

**James Linehan**
**310 E Sagebrush Dr, W2**
**South Teton B**
**Jackson, WY 83001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.790 5** | |

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: Check all that apply.            **$4,570.71**

**James Little**
**1161 E Thatcher Blvd**
**Chandler, AZ 85225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.790 6** | |

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: Check all that apply.            **$150.02**

**James Lujan**
**1709 Pebble Brook Dr**
**Austin, TX 78752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____     Case number (if known) _____
Name

| 3.790 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: Check all that apply.      **$196.00**

**James Lunney**
**5818 Mccann Dr**           ☐ Contingent
**Baton Rouge, LA 70809**    ☐ Unliquidated
                             ☐ Disputed

Date(s) debt was incurred _
                             Basis for the claim:  __Customer__
Last 4 digits of account number _
                             Is the claim subject to offset? ■ No ☐ Yes

---

| 3.790 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: Check all that apply.      **$10.00**

**James M**
**1339 Augusta Ln S**        ☐ Contingent
**Saint Petersburg, FL 33707** ☐ Unliquidated
                             ☐ Disputed

Date(s) debt was incurred _
                             Basis for the claim:  __Customers - Deferred Credit__
Last 4 digits of account number _
                             Is the claim subject to offset? ■ No ☐ Yes

---

| 3.790 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: Check all that apply.      **$18.00**

**James M**
**277 Dallam Rd**            ☐ Contingent
**Newark, DE 19711**         ☐ Unliquidated
                             ☐ Disputed

Date(s) debt was incurred _
                             Basis for the claim:  __Customers - Deferred Credit__
Last 4 digits of account number _
                             Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: Check all that apply.      **$17.38**

**James M**
**2900 W. Alameda Ave.**     ☐ Contingent
**Suite 1500**               ☐ Unliquidated
**Burbank, CA 91505**        ☐ Disputed

Date(s) debt was incurred _
                             Basis for the claim:  __Customers - Deferred Credit__
Last 4 digits of account number _
                             Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: Check all that apply.      **$3,201.00**

**James M**
**4001 Tampico Drive**       ☐ Contingent
**Sarasota, FL 34235**       ☐ Unliquidated
                             ☐ Disputed

Date(s) debt was incurred _
                             Basis for the claim:  __Customers - Deferred Credit__
Last 4 digits of account number _
                             Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: Check all that apply.      **$50.00**

**James M**
**49 Division St Rear Door** ☐ Contingent
**Newport, RI 02840**        ☐ Unliquidated
                             ☐ Disputed

Date(s) debt was incurred _
                             Basis for the claim:  __Customers - Deferred Credit__
Last 4 digits of account number _
                             Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: Check all that apply.      **$70.00**

**James M**
**542 Tori Ct**              ☐ Contingent
**New Hope, PA 18938**       ☐ Unliquidated
                             ☐ Disputed

Date(s) debt was incurred _
                             Basis for the claim:  __Customers - Deferred Credit__
Last 4 digits of account number _
                             Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name
Case number *(if known)* _____

---

| 3.791 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |

**James M**
**714 Roosevelt Rd**
**Glen Ellyn, IL 60137**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$880.00** |

**James Macknyk**
**9315 Wilbrook Dr**
**Powell, OH 43065**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$722.00** |

**James Mahoney**
**26 Constant Ave**
**Staten Island, NY 10314**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$551.00** |

**James Marouchoc**
**202 Eagle View Dr**
**Bath, PA 18014**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,322.00** |

**James Mchugh**
**1528 W Henderson St**
**Chicago, IL 60657**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**James Mckenney**
**36 Snows Mountain Rd**
**Waterville Valley, NH 03215**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35.00** |

**James Mcnitt**
**385 Provident Ave**
**Winnetka, IL 60093**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

| 3.792 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $672.00 |

**James Meehan**
**515 1st Ave N**
**Naples, FL 34102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $87.00 |

**James Mendelson**
**1875 Paseo Del Lago Ln**
**Vero Beach, FL 32967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,451.00 |

**James Messer**
**19 Coot Rd**
**Locust Valley, NY 11560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38.00 |

**James Millar**
**4239 West 190th Street**
**Torrance, CA 90504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $226.00 |

**James Mitcheson**
**145 Bedford St**
**West Bridgewater, MA 02379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,407.00 |

**James Moore**
**1240 Waverly Dr**
**Lawrence, KS 66049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**James Moore**
**317 Chestnut Hill Rd**
**Millville, MA 01529**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.792 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Moore**
**70 Rainey St Apt 3202**
**Austin, TX 78701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$440.00**

---

| 3.792 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Morris**
**90451 Old Hwy**
**Tavernier, FL 33070**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$238.00**

---

| 3.793 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Murdock**
**1000 Nora Ln**
**Suffolk, VA 23434**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$91.00**

---

| 3.793 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Murphy**
**1196 Seagreen Pl**
**San Diego, CA 92154**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,220.00**

---

| 3.793 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Murphy**
**45 Gregory Hill Rd**
**Rochester, NY 14620**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$108.00**

---

| 3.793 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**James N**
**1363 Broadway**
**Alameda, CA 94501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$16.00**

---

| 3.793 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Nelson**
**1936 S Mint St**
**Charlotte, NC 28203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____     Case number *(if known)* _____
Name

---

| 3.793 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Nester**
**222 E Main St**
**Pen Argyl, PA 18072**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,839.00**

---

| 3.793 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Ngo**
**45 Red Rock Lane**
**South Windsor, CT 06074**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$344.00**

---

| 3.793 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Nurthen**
**1363 Broadway**
**Alameda, CA 94501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$778.00**

---

| 3.793 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**James O**
**1190 E Paseo El Mirador**
**Palm Springs, CA 92262**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

| 3.793 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**James O**
**919 Hurl Dr**
**Pittsburgh, PA 15236**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

| 3.794 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Obrien**
**519 Karey Ct**
**Wilmette, IL 60091**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

| 3.794 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Ogrady**
**1214 Dolton Dr Ste 202**
**Atb455**
**Dallas, TX 75207**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$78.00**

---

Debtor    **Phoeno Wine Company, Inc.**
Name

Case number *(if known)*

---

| 3.794 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$559.00** |

**James Ohara**
**7710 Silent Forest Dr.**
**7710 Silent Forest Dr.**
**Sugar Land, TX 77479**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$562.00** |

**James Orlando**
**1017 Panorama Court**
**Fircrest, WA 98466**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**James P**
**2478 Sparstone Dr**
**Reno, NV 89521**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52.00** |

**James P**
**3613 Wakonda Dr.**
**Des Moines, IA 50321**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13.00** |

**James P**
**4917 Ranch View Rd**
**Fort Worth, TX 76109**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |

**James P**
**9015 Herts Rd**
**Spring, TX 77379**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$246.00** |

**James Pena**
**1521 Gettysvue Way**
**Prescott, AZ 86301**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
         _____          Case number (if known)   _____
         Name

| 3.794 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$48.00** |

**James Pepper**
**3211 37th Ave Sw**
**Seattle, WA 98126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,074.00** |

**James Peyton**
**21 Tamworth Rd**
**Waban, MA 02468**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$93.00** |

**James Phillips**
**12 Bartlett St**
**Marblehead, MA 01945**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$408.00** |

**James Pippen**
**5748 N Hermitage Ave Unit 310**
**Chicago, IL 60660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,023.00** |

**James Plumb**
**13400 N 1150th Rd**
**Macomb, IL 61455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$124.00** |

**James Pond**
**7766 W Crenshaw St**
**Rathdrum, ID 83858**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$19.00** |

**James Powell**
**4917 Ranch View Rd**
**Fort Worth, TX 76109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.795 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Q**
**308 Boston Blvd**
**Sea Girt, NJ 08750**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| 3.795 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Rawson**
**47 Alder St Apt 9**
**Waltham, MA 02453**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.795 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Reger**
**140 Mildred Cir**
**Concord, MA 01742**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,460.00**

---

| 3.795 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Reilly**
**60 W 23rd St**
**Apt. 451**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$7,199.00**

---

| 3.796 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Renick**
**550 W Pioneer Blvd Ste 140 Pmb 213**
**Mesquite, NV 89027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$337.00**

---

| 3.796 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Rhoades**
**16415 Addison Rd.**
**Suite 810**
**Addison, TX 75001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,801.00**

---

| 3.796 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Richards**
**262 Hillside Ave**
**Atlantic Highlands, NJ 07716**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*    _____

| | | |
|---|---|---|
| 3.796 3 | **Nonpriority creditor's name and mailing address** | **$300.00** |

**James Rieck**
**2803 Jennifer Dr**
**College Station, TX 77845**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.796 4 | **Nonpriority creditor's name and mailing address** | **$219.00** |

**James Rosenblatt**
**16731 Huebner**
**San Antonio, TX 78248**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.796 5 | **Nonpriority creditor's name and mailing address** | **$77.00** |

**James S**
**1068 S 9th St**
**Au Gres, MI 48703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.796 6 | **Nonpriority creditor's name and mailing address** | **$178.00** |

**James S**
**140 Seaview Ct., 701n**
**Marco Island, FL 34145**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.796 7 | **Nonpriority creditor's name and mailing address** | **$70.00** |

**James S**
**19310 Se Semple Rd**
**Damascus, OR 97089**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.796 8 | **Nonpriority creditor's name and mailing address** | **$7.00** |

**James S**
**20460 Chartwell Center Dr Ste 3**
**Cornelius, NC 28031**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.796 9 | **Nonpriority creditor's name and mailing address** | **$76.00** |

**James S**
**663 Boulder St**
**Unit B Upper**
**Minturn, CO 81645**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

**3.797 0**

**Nonpriority creditor's name and mailing address**

**James S**
**753 State Ave Ste 654**
**Kansas City, KS 66101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.797 1**

**Nonpriority creditor's name and mailing address**

**James Sabatino**
**16 Alyssa Ln**
**Red Bank, NJ 07701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$348.00

---

**3.797 2**

**Nonpriority creditor's name and mailing address**

**James Sanford**
**1431 Woodbury Glen Drive**
**Amelia, OH 45102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$65.00

---

**3.797 3**

**Nonpriority creditor's name and mailing address**

**James Sather**
**12512 N Summer Wind Dr**
**Marana, AZ 85658**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$240.00

---

**3.797 4**

**Nonpriority creditor's name and mailing address**

**James Schalkwyk**
**918 Haight St**
**San Francisco, CA 94117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$540.00

---

**3.797 5**

**Nonpriority creditor's name and mailing address**

**James Schleper**
**663 Boulder St**
**Unit B Upper**
**Minturn, CO 81645**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$3,502.00

---

**3.797 6**

**Nonpriority creditor's name and mailing address**

**James Schuler**
**20 Pine St Apt 812**
**New York, NY 10005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_    _____
Name

| 3.797 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$1,132.00** |
|---|---|---|---|

**James Shea**
**163 Inwood Rd**
**Fairfield, CT 06825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.797 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$324.00** |
|---|---|---|---|

**James Simmons**
**508 Furlong Dr**
**Austin, TX 78746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.797 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$180.00** |
|---|---|---|---|

**James Sims**
**14826 Aspen Chase Lane**
**Humble, TX 77396**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.798 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$30.00** |
|---|---|---|---|

**James Smith**
**881 2nd Street Pike**
**Richboro Imported Car**
**Richboro, PA 18954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.798 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$188.00** |
|---|---|---|---|

**James Stafford**
**160 Logrono Ct**
**St Augustine, FL 32084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.798 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$2,333.00** |
|---|---|---|---|

**James Steele**
**115 N Salem Rd**
**Ridgefield, CT 06877**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.798 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$252.00** |
|---|---|---|---|

**James Steffy**
**855 Washington Blvd**
**Montebello, CA 90640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
　　　　　　Name

---

| 3.798 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,795.00** |

**James Stevens**
**2728 Whittleby Ct**
**West Chester, PA 19382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,282.00** |

**James Stevens**
**993 Saddler Creek Road**
**Priest River, ID 83856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$32.00** |

**James Stjohn**
**168 Ranch Ridge Dr**
**Dripping Springs, TX 78620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$801.00** |

**James Stoller**
**140 Seaview Ct., 701n**
**Marco Island, FL 34145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30.00** |

**James Strong**
**9515 Sea Cliff Way**
**Elk Grove, CA 95758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$660.00** |

**James Sullivan**
**27922 Middlewater View Lane**
**Katy, TX 77494**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.799 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,899.00** |

**James Sweeney**
**127 Harmil Rd**
**Broomall, PA 19008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F　　　　　　Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
Name

---

| 3.799 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
| **James T** | ☐ Contingent | |
| **106 Mountainstone Dr** | ☐ Unliquidated | |
| **Elizabethtown, PA 17022** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Customers - Deferred Credit_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.799 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
| **James Taylor** | ☐ Contingent | |
| **205 W Glendale Ave, Alexandria, Va, Usa** | ☐ Unliquidated | |
| **Alexandria, VA 22301** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Customer_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.799 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38.00** |
| **James Tiffany** | ☐ Contingent | |
| **7101 E Rosslare Dr** | ☐ Unliquidated | |
| **Tucson, AZ 85715** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Customer_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.799 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$58.00** |
| **James Turiano** | ☐ Contingent | |
| **307 Lakeside Ave** | ☐ Unliquidated | |
| **Colts Neck, NJ 07722** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Customer_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.799 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
| **James V** | ☐ Contingent | |
| **2562 Jefferson Dt** | ☐ Unliquidated | |
| **Stevensville, MI 49127** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Customers - Deferred Credit_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.799 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,756.00** |
| **James Vinci** | ☐ Contingent | |
| **14212 S Bell Rd** | ☐ Unliquidated | |
| **Advance Auto Parts Store #7655 - UPS Acc** | ☐ Disputed | |
| **Homer Glen, IL 60491** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Customer_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.799 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |
| **James W** | ☐ Contingent | |
| **1124 Lakeshore Dr** | ☐ Unliquidated | |
| **Massapequa Park, NY 11762** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Customers - Deferred Credit_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Phoeno Wine Company, Inc.**                          Case number (if known) _____
_____
Name

| 3.7998 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**James W**
**11306 Hunt Farm Ln**
**Oakton, VA 22124**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$12.00

---

| 3.7999 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**James W**
**2122 Edwin St Apt B**
**Fort Worth, TX 76110**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$5.00

---

| 3.8000 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**James W**
**7217 Telecom Pkwy Ste 150**
**Garland, TX 75044**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$22.00

---

| 3.8001 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**James Walker**
**2440 279th Dr Se**
**Sammamish, WA 98075**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.8002 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**James Walker**
**31 Thistle Lane**
**Hopewell Junction, NY 12533**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$244.00

---

| 3.8003 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**James Walls**
**520 E. Barrett St**
**Henderson, NV 89011**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$218.00

---

| 3.8004 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**James Weeks**
**1107 Faith Ct**
**Ridgecrest, CA 93555**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$942.00

---

Debtor  **Phoeno Wine Company, Inc.**
_____     Case number (if known) _____
Name

| 3.800 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$27.00** |
|---|---|---|---|

**James White**
**3524 Stanford Ave**
**Dallas, TX 75225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.800 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$534.00** |
|---|---|---|---|

**James Wilcox**
**615 Austin**
**Park Ridge, IL 60068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.800 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$721.00** |
|---|---|---|---|

**James Williams**
**2122 Edwin St Apt B**
**Fort Worth, TX 76110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.800 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,668.00** |
|---|---|---|---|

**James Wilson**
**1124 Lakeshore Dr**
**Massapequa Park, NY 11762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.800 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$85.00** |
|---|---|---|---|

**James Wilson**
**1211 W Laburnum Ave.**
**Richmond, VA 23227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.801 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20.00** |
|---|---|---|---|

**James Wilson**
**7683 Mission Gorge Rd Unit 163**
**San Diego, CA 92120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.801 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$581.00** |
|---|---|---|---|

**James Wolff**
**16 Thomas Eakins Way**
**Marlton, NJ 08053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____
　　　　　Name

Case number _(if known)_ _____

---

| 3.801 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$751.00** |

**James Wood**
**3811 Key Largo Ct**
**Missouri City, TX 77459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.801 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$28.00** |

**James Y**
**905 Regalo Way**
**San Ramon, CA 94583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.801 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$662.00** |

**James Yi**
**905 Regalo Way**
**San Ramon, CA 94583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.801 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$3,126.00** |

**Jamesb Huber**
**112 Farmview Pl**
**Venetia, PA 15367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.801 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$50.00** |

**Jamesd G**
**9016 Saint Pierre Ln**
**Charlotte, NC 28277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.801 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$96.00** |

**Jamesette Hays**
**1100 S Clymar Ave**
**Compton, CA 90220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.801 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$29.00** |

**Jameson R**
**1407 Bay Plz**
**Wall Township, NJ 07719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.8019**

**Nonpriority creditor's name and mailing address**

**Jameson Romano**
**1407 Bay Plz**
**Wall Township, NJ 07719**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$186.00**

---

**3.8020**

**Nonpriority creditor's name and mailing address**

**Jamesrichards**
**1295 Mcabee Estates Pl**
**San Jose, CA 95120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.8021**

**Nonpriority creditor's name and mailing address**

**Jamesweeks**
**1107 Faith Ct**
**Ridgecrest, CA 93555**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$38.00**

---

**3.8022**

**Nonpriority creditor's name and mailing address**

**Jami Baker**
**8117 Richmond**
**The Colony, TX 75056**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$264.00**

---

**3.8023**

**Nonpriority creditor's name and mailing address**

**Jami Dickson**
**4072 Briar Tree Ln**
**Frisco, TX 75034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$36.00**

---

**3.8024**

**Nonpriority creditor's name and mailing address**

**Jami Grounds**
**1201 3rd Ave Ste 3800**
**Seattle, WA 98101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$358.00**

---

**3.8025**

**Nonpriority creditor's name and mailing address**

**Jamie B**
**2905 Brothers Blvd**
**College Station, TX 77845**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.802 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jamie Bassett**
**2905 Brothers Blvd**
**College Station, TX 77845**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$311.00**

---

| 3.802 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jamie Bellas**
**31 Primrose Ave**
**Scarsdale, NY 10583**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$135.00**

---

| 3.802 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jamie Biggers**
**207 Notched Bow Ln**
**Georgetown, TX 78633**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$432.00**

---

| 3.802 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jamie Do**
**52 Tournament Way**
**The Hills, TX 78738**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,567.00**

---

| 3.803 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jamie Edmonson-Marino**
**19368 Mersey Dr**
**Rehoboth Beach, DE 19971**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$694.00**

---

| 3.803 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jamie Franklin**
**561 Colecroft Ct**
**Alexandria, VA 22314**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$1,310.00**

---

| 3.803 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jamie G**
**60 Exchange St**
**C-3 Hold For Pickup**
**Richmond Hill, GA 31324**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

---

| 3.803 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jamie Gibson**
**60 Exchange St**
**C-3 Hold For Pickup**
**Richmond Hill, GA 31324**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$965.00**

---

| 3.803 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jamie Hibben**
**2546 Folsom St**
**San Francisco, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$456.00**

---

| 3.803 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jamie Hibbert**
**3615 Newcastle Dr**
**Houston, TX 77027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

| 3.803 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jamie K**
**2430 Yasmin Dr**
**Commerce Township, MI 48382**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$9.00**

---

| 3.803 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jamie Koebel**
**2430 Yasmin Dr**
**Commerce Township, MI 48382**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

| 3.803 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jamie M**
**3111 Hoffer Street**
**Harrisburg, PA 17103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$47.00**

---

| 3.803 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jamie Martin**
**3111 Hoffer Street**
**Harrisburg, PA 17103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$181.00**

---

| Debtor | Phoeno Wine Company, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.804 0**

**Nonpriority creditor's name and mailing address**

**Jamie Metelko**
**10250 Maiden Court**
**Fishers, IN 46040**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$209.00

---

**3.804 1**

**Nonpriority creditor's name and mailing address**

**Jamie Metz**
**4602 Wild Briar Pass**
**Austin, TX 78746**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$854.00

---

**3.804 2**

**Nonpriority creditor's name and mailing address**

**Jamie Picciola**
**306 Plater Dr**
**Thibodaux, LA 70301**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$461.00

---

**3.804 3**

**Nonpriority creditor's name and mailing address**

**Jamie Pollenz**
**420 Windsboro Way**
**Wake Forest, NC 27587**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$167.00

---

**3.804 4**

**Nonpriority creditor's name and mailing address**

**Jamie Quinn**
**1601 Oak Ave**
**Haddon Heights, NJ 08035**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$29.00

---

**3.804 5**

**Nonpriority creditor's name and mailing address**

**Jamie Roberts**
**10912 Morningside Dr E**
**Puyallup, WA 98372**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$343.00

---

**3.804 6**

**Nonpriority creditor's name and mailing address**

**Jamie Ross**
**3750 N Lake Shore Dr Apt 15h**
**Chicago, IL 60613**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$184.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                                  Case number (if known)   _____

---

| 3.804 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                                    **$28.00**

**Jamie S**
**1360 Raymond Ave**
**Long Beach, CA 90804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.804 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                                    **$22.00**

**Jamie S**
**15 Granville Ave**
**Milford, CT 06460**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.804 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                                    **$3,417.00**

**Jamie Sauls**
**3300 E 7th Avenue Pkwy**
**Denver, CO 80206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                                    **$1,260.00**

**Jamie Shea**
**805 Brownstone  Ct**
**Nolensville, TN 37135**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                                    **$214.00**

**Jamie Toms**
**403 Braemar Road**
**Shreveport, LA 71106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                                    **$20.00**

**Jamie W**
**210 Geraldine Ct**
**Somonauk, IL 60552**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                                    **$90.00**

**Jamin Fagan**
**1 Holly Cir**
**Winfield, WV 25213**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.805 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jamish Patil**
**101 W End Ave Apt 14k**
**New York, NY 10023**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$168.00** |
|---|---|---|---|

**Jamison Deane**
**18596 Sunset St**
**Livonia, MI 48152**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22.00** |
|---|---|---|---|

**Jan Daulton**
**5721 Stonegate Rd**
**Dallas, TX 75209**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,361.00** |
|---|---|---|---|

**Jan Debeuckelaer**
**1410 Grand Street**
**Apt 301**
**Hoboken, NJ 07030**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$174.00** |
|---|---|---|---|

**Jan Evans**
**8921 Burdette Rd**
**Bethesda, MD 20817**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$457.00** |
|---|---|---|---|

**Jan Hefferin**
**321 Bay St**
**Morgantown, WV 26508**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.806 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Jan K**
**200 S Broadway St**
**Upstairs Office**
**Mcallen, TX 78501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.806 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.00 |

**Jan K**
**35 Nw High St**
**Newport, OR 97365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.806 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $133.00 |

**Jan Kaplan**
**35 NW High St**
**Newport, OR 97365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.806 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,210.00 |

**Jan Pizarro**
**1602 Ivy Lane**
**West Chester, PA 19380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.806 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |

**Jan S**
**400 West 61 Street, 1606**
**1606**
**New York, NY 10023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.806 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $602.00 |

**Jan Snow**
**33 Enclave Circle**
**Savannah, GA 31419**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.806 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |

**Jana Moradia**
**1736 Cottonwood Creek Pl**
**Lake Mary, FL 32746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.806 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 |

**Jane Chaponis**
**45 Monica Dr**
**Nashua, NH 03062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 3.806 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jane Conlon-Werner**
**110 Sibley Avenue**
**409**
**Ardmore, PA 19003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$38.00

---

| 3.806 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jane H**
**422 Aumond Rd**
**Augusta, GA 30909**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

| 3.807 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jane Horvath**
**9911 Corsica St**
**Vienna, VA 22181**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$458.00

---

| 3.807 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jane Kubasik**
**2800 Soaring Peak Ave**
**Henderson, NV 89052**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$7,191.00

---

| 3.807 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jane L**
**501 Whippoorwill Trl**
**West Palm Beach, FL 33411**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$259.00

---

| 3.807 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jane Lee**
**501 Whippoorwill Trl**
**West Palm Beach, FL 33411**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$14,465.00

---

| 3.807 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jane Mccannell**
**1055 Fairview Ave**
**San Jose, CA 95125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$98.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known)    _____
Name

| 3.807 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$780.00** |
|---|---|---|---|

**Jane Owen**
**89 Brewster Rd**
**West Hartford, CT 06117**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.807 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$28.00** |
|---|---|---|---|

**Jane Pilon**
**17337 Road 27.8**
**Dolores, CO 81323**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.807 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$74.00** |
|---|---|---|---|

**Jane Rose**
**6912 Hill Forest Dr**
**Dallas, TX 75230**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.807 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$181.00** |
|---|---|---|---|

**Jane Rowe**
**288 Legion Park Rd**
**Windsor, ME 04363**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.807 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$66.00** |
|---|---|---|---|

**Jane Uy**
**2330 Dulles Station Blvd Apt 2222**
**Herndon, VA 20171**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$288.00** |
|---|---|---|---|

**Jane Winchester**
**18 Meadow Ln**
**Greenfield, MA 01301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$139.00** |
|---|---|---|---|

**Janee Wimberly**
**201 Blossom St Ste D**
**Webster, TX 77598**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
Name

| 3.808 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |
|---|---|---|---|

**Janel F 20386**
**5009 Timberlan Street**
**Lot 3**
**Tampa, FL 33624**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Customers - Deferred Credit**

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.808 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,029.00** |
|---|---|---|---|

**Janelle Atkinson-Mcclave**
**35 Yale Dr**
**Hampton Bays, NY 11946**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.808 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$128.00** |
|---|---|---|---|

**Janelle Bell**
**4 Consulate Dr Apt 3f**
**Tuckahoe, NY 10707**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.808 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29.00** |
|---|---|---|---|

**Janelle Ragusa**
**643 Hoe Kawele Ln**
**Lahaina, HI 96761**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.808 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$75.00** |
|---|---|---|---|

**Janelle Sweigart**
**2212 Newcastle Gap Dr**
**Gold River, CA 95670**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.808 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$115.00** |
|---|---|---|---|

**Janelle Tassone**
**9020 N Capital Of Texas Hwy Ste 300**
**Austin, TX 78759**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.808 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Janemanning H**
**2429 Jackson St**
**San Francisco, CA 94115**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Customers - Deferred Credit**

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.808 9 | **Nonpriority creditor's name and mailing address**<br>**Janes O**<br>**19432 Greenhedges**<br>**Tampa, FL 33626**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$50.00** |

| | | |
|---|---|---|
| 3.809 0 | **Nonpriority creditor's name and mailing address**<br>**Janet C**<br>**341 East Knowlton Road**<br>**Media, PA 19063**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$25.00** |

| | | |
|---|---|---|
| 3.809 1 | **Nonpriority creditor's name and mailing address**<br>**Janet Herveat**<br>**3117 Little Gem Ln**<br>**Houston, TX 77080**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$209.00** |

| | | |
|---|---|---|
| 3.809 2 | **Nonpriority creditor's name and mailing address**<br>**Janet J**<br>**8191 S White Oak Dr**<br>**Oak Creek, WI 53154**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$30.00** |

| | | |
|---|---|---|
| 3.809 3 | **Nonpriority creditor's name and mailing address**<br>**Janet Jasniewski**<br>**8191 S White Oak Dr**<br>**Oak Creek, WI 53154**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,075.00** |

| | | |
|---|---|---|
| 3.809 4 | **Nonpriority creditor's name and mailing address**<br>**Janet Little**<br>**35671 Garrano Ln**<br>**Fallbrook, CA 92028**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$84.00** |

| | | |
|---|---|---|
| 3.809 5 | **Nonpriority creditor's name and mailing address**<br>**Janet N**<br>**953 Big Horn Ave Apt 7**<br>**Sheridan, WY 82801**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$20.00** |

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.809 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Janet Phipps**
**810 Hutton Hill Cir**
**Hudson, WI 54016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$420.00**

---

| 3.809 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Janet Vogt**
**1719 Marble Island Rd**
**Colchester, VT 05446**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$17,304.00**

---

| 3.809 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Janette P**
**2304 Marjorie Rd**
**Lakeland, FL 33815**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$54.00**

---

| 3.809 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Janette Raquel**
**333 Weldon St**
**Redding, CA 96001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$240.00**

---

| 3.810 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Janey Macfawn**
**6909 Country Club Ter**
**New Market, MD 21774**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$372.00**

---

| 3.810 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Janice Aliberti**
**96 Geigel Hill Rd**
**Erwinna, PA 18920**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$338.00**

---

| 3.810 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Janice Baptiste**
**4826 Cloudcroft Ln**
**Irving, TX 75038**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$84.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Case number (if known)

Name

---

**3.810 3**

**Nonpriority creditor's name and mailing address**

**Janice Bayruns**
**Golf Island Drive**
**Apollo Beach, FL 33572**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$675.00**

---

**3.810 4**

**Nonpriority creditor's name and mailing address**

**Janice Bicchieri**
**3800 Dillon Street**
**Baltimore, MD 21224**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

**3.810 5**

**Nonpriority creditor's name and mailing address**

**Janice Colvin**
**6522 NW 105th Ave**
**6522 Nw 105th Ave**
**Alachua, FL 32615**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$104.00**

---

**3.810 6**

**Nonpriority creditor's name and mailing address**

**Janice Courtois**
**16715 E Duane Ln**
**Scottsdale, AZ 85262**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,316.00**

---

**3.810 7**

**Nonpriority creditor's name and mailing address**

**Janice Dennis**
**410 Coral Pl**
**Corpus Christi, TX 78411**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,358.00**

---

**3.810 8**

**Nonpriority creditor's name and mailing address**

**Janice Deringer**
**14105 Taylors Crest Ln**
**Lake Oswego, OR 97035**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

**3.810 9**

**Nonpriority creditor's name and mailing address**

**Janice Deringer**
**14105 Taylors Crest Ln**
**Lake Oswego, OR 97035**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.01**

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*  _____

| | |
|---|---|

**3.811 0**

**Nonpriority creditor's name and mailing address**

**Janice Grote**
**3737 Atwell St Ste 208**
**Dallas, TX 75209**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$66.00**

---

**3.811 1**

**Nonpriority creditor's name and mailing address**

**Janice Kuo**
**15226 NW Delia St**
**Portland, OR 97229**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.811 2**

**Nonpriority creditor's name and mailing address**

**Janice M**
**2873 Cloudburst Canyon Drive**
**Genoa, NV 89411**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$10.00**

---

**3.811 3**

**Nonpriority creditor's name and mailing address**

**Janice Moore**
**145 Doral Drive**
**Pinehurst, NC 28374**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$90.00**

---

**3.811 4**

**Nonpriority creditor's name and mailing address**

**Janice Partridge**
**255 Main St**
**Waterville, ME 04901**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$453.00**

---

**3.811 5**

**Nonpriority creditor's name and mailing address**

**Janice T**
**309 Dye Way**
**Moorestown, NJ 08057**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$65.00**

---

**3.811 6**

**Nonpriority creditor's name and mailing address**

**Janina Mathew**
**4015 Deyo Ave**
**Brookfield, IL 60513**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

---

| 3.811 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Janine Dicarlo**
**1009 W Boston Post Rd Ste 2**
**Mamaroneck, NY 10543**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$214.00

---

| 3.811 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Janine Dicarlo**
**71 Skyview Ln**
**New Rochelle, NY 10804**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$520.00

---

| 3.811 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Janinr Vascukynas**
**225 Fleetwood Dr**
**Rochester, NY 14609**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$187.00

---

| 3.812 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Janis B**
**14214 Dickersons Ln**
**Barboursville, VA 22923**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| 3.812 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Janis Leonard**
**804 Riley Way**
**Lincoln, CA 95648**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$308.00

---

| 3.812 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Janna K**
**2812 Saddle Creek**
**Avon, OH 44011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$22.00

---

| 3.812 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jannine H**
**10 Burris Ct**
**Palos Heights, IL 60463**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$7.00

---

Debtor   **Phoeno Wine Company, Inc.**                              Case number (if known) _____
_____
         Name

---

| 3.812 | | |
|---|---|---|
| 4 | | |

**Nonpriority creditor's name and mailing address**

**Japhet A**
**1139 Commonwealth Ave Apt 2**
**Bronx, NY 10472**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*              **$16.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.812 | | |
|---|---|---|
| 5 | | |

**Nonpriority creditor's name and mailing address**

**Japhet Amadhila**
**1139 Commonwealth Ave Apt 2**
**Bronx, NY 10472**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*              **$34.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.812 | | |
|---|---|---|
| 6 | | |

**Nonpriority creditor's name and mailing address**

**Jared B**
**12885 Lansing Ave.**
**Leslie, MI 49251**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*              **$555.01**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.812 | | |
|---|---|---|
| 7 | | |

**Nonpriority creditor's name and mailing address**

**Jared Bacus**
**8508 S Willow Dr**
**Tempe, AZ 85284**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*              **$1,445.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.812 | | |
|---|---|---|
| 8 | | |

**Nonpriority creditor's name and mailing address**

**Jared Baker**
**2941 Gulf Dr.**
**Fairfield, CA 94533**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*              **$346.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.812 | | |
|---|---|---|
| 9 | | |

**Nonpriority creditor's name and mailing address**

**Jared Beers**
**Knollwood Investment Advisory**
**217 International Cirlce**
**Hunt Valley, MD 21030**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*              **$31.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 | | |
|---|---|---|
| 0 | | |

**Nonpriority creditor's name and mailing address**

**Jared Champagne**
**517 Rolling Hill Cir**
**Daphne, AL 36526**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*              **$120.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)*   _____
Name

| 3.813 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$132.00** |

**Jared D**
**429 Park Place Dr Ne**
**Rockford, MI 49341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$230.00** |

**Jared Dodd**
**6208 Osage Ave**
**Downers Grove, IL 60516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,301.00** |

**Jared Dubay**
**429 Park Place Dr NE**
**Rockford, MI 49341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$884.00** |

**Jared Fryer**
**3501 Prestwick Dr**
**Fayetteville, NC 28303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7.00** |

**Jared G**
**5 Greenwich Office Park Ste 400**
**C/O Marblegate Asset Management**
**Greenwich, CT 06831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**Jared Goedert**
**3421 Gary Ave**
**Manhattan, KS 66503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$124.00** |

**Jared H**
**2435 Arona St**
**Roseville, MN 55113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.813 8**

**Nonpriority creditor's name and mailing address**

**Jared H**
**4615 Golf Park Drive**
**Lynchburg, VA 24502**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.813 9**

**Nonpriority creditor's name and mailing address**

**Jared Hall**
**3033 Routh St Apt 123**
**Dallas, TX 75201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$56.00**

---

**3.814 0**

**Nonpriority creditor's name and mailing address**

**Jared Hanson**
**2435 Arona St**
**Roseville, MN 55113**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

**3.814 1**

**Nonpriority creditor's name and mailing address**

**Jared Hardy**
**4615 Golf Park Drive**
**Lynchburg, VA 24502**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$264.00**

---

**3.814 2**

**Nonpriority creditor's name and mailing address**

**Jared Hettinga**
**1050 Cr 11**
**Farwell, TX 79325**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$906.00**

---

**3.814 3**

**Nonpriority creditor's name and mailing address**

**Jared K**
**780 Waterbrook Ln**
**Greer, SC 29651**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.814 4**

**Nonpriority creditor's name and mailing address**

**Jared Klinefelter**
**1511 W Jackson Blvd**
**Chicago, IL 60607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$86.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.814 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,409.00** |
|---|---|---|---|

**Jared Lynne**
**4 Blacksmith Ridge Rd**
**Ridgefield, CT 06877**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.814 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28.00** |
|---|---|---|---|

**Jared Moore**
**1108 Maybeck Way**
**Peachtree City, GA 30269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.814 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,204.00** |
|---|---|---|---|

**Jared Murray**
**5 W Highland Ave**
**Tracy, CA 95376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.814 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |
|---|---|---|---|

**Jared Ritter**
**14001 N 57th St**
**Scottsdale, AZ 85254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.814 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$535.00** |
|---|---|---|---|

**Jared S**
**1648 Bla Mor Ln**
**Lewisville, NC 27023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.815 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13.00** |
|---|---|---|---|

**Jared S**
**2031 Fairway Blvd**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.815 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$108.00** |
|---|---|---|---|

**Jared Schaan**
**10931 Sanctuary Way**
**Shreveport, LA 71106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

---

| 3.815 | | |
|---|---|---|
| 2 | | |

**Nonpriority creditor's name and mailing address**

**Jared Sheffield**
**1648 Bla Mor Ln**
**Lewisville, NC 27023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$871.00**

---

| 3.815 | | |
|---|---|---|
| 3 | | |

**Nonpriority creditor's name and mailing address**

**Jared Shreiner**
**12117 Bee Caves Rd Ste 120**
**Bee Cave, TX 78738**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,459.00**

---

| 3.815 | | |
|---|---|---|
| 4 | | |

**Nonpriority creditor's name and mailing address**

**Jared Sylvester**
**2031 Fairway Blvd**
**Hudson, OH 44236**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$21.00**

---

| 3.815 | | |
|---|---|---|
| 5 | | |

**Nonpriority creditor's name and mailing address**

**Jared Weisfeld**
**42 Villa Road**
**Larchmont, NY 10538**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,176.00**

---

| 3.815 | | |
|---|---|---|
| 6 | | |

**Nonpriority creditor's name and mailing address**

**Jared Wood**
**325 Waterside Drive**
**Hampton, VA 23666**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,757.00**

---

| 3.815 | | |
|---|---|---|
| 7 | | |

**Nonpriority creditor's name and mailing address**

**Jaredtaylor**
**26501 Via Gorrion**
**Mission Viejo, CA 92691**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$64.00**

---

| 3.815 | | |
|---|---|---|
| 8 | | |

**Nonpriority creditor's name and mailing address**

**Jarett Deloretta**
**1735 Chestnut St Apt 301**
**Philadelphia, PA 19103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number _(if known)_   _____

Name

| | | |
|---|---|---|
| **3.815 9** | **Nonpriority creditor's name and mailing address**<br>**Jarod Murphy**<br>**207 Willow Dr**<br>**Gretna, LA 70053** | **$38.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.816 0** | **Nonpriority creditor's name and mailing address**<br>**Jaromir I**<br>**15770 Quail Trl.**<br>**Fort Myers, FL 33912** | **$82.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customers - Deferred Credit_

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.816 1** | **Nonpriority creditor's name and mailing address**<br>**Jarques Pretorius**<br>**626 Catalina Blvd**<br>**San Diego, CA 92106** | **$62.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.816 2** | **Nonpriority creditor's name and mailing address**<br>**Jarred E**<br>**79090 Avenue 42**<br>**N102**<br>**Bermuda Dunes, CA 92203** | **$9.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customers - Deferred Credit_

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.816 3** | **Nonpriority creditor's name and mailing address**<br>**Jarred Ellis**<br>**79090 Avenue 42**<br>**N102**<br>**Bermuda Dunes, CA 92203** | **$368.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.816 4** | **Nonpriority creditor's name and mailing address**<br>**Jarred Isgette**<br>**619 Carriage Hill Ln Florida**<br>**Boca Raton, FL 33486** | **$33.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.816 5** | **Nonpriority creditor's name and mailing address**<br>**Jarret A**<br>**51 Fox Hedge Rd**<br>**Saddle River, NJ 07458** | **$39.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customers - Deferred Credit_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**       Case number *(if known)* _____
     Name

---

**3.816 6**

**Nonpriority creditor's name and mailing address**
**Jarret Alberti**
**51 Fox Hedge Rd**
**Saddle River, NJ 07458**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$255.00**

---

**3.816 7**

**Nonpriority creditor's name and mailing address**
**Jarret Coleman**
**59 Papermill Road**
**Glastonbury, CT 06073**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.816 8**

**Nonpriority creditor's name and mailing address**
**Jarret L**
**4018 Edgar Ave**
**Royal Oak, MI 48073**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$3.00**

---

**3.816 9**

**Nonpriority creditor's name and mailing address**
**Jarrin Burke**
**50 Kallio Ln**
**Bozeman, MT 59718**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$177.00**

---

**3.817 0**

**Nonpriority creditor's name and mailing address**
**Jas Gill**
**24216 23rd Ave Se**
**Bothell, WA 98021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$328.00**

---

**3.817 1**

**Nonpriority creditor's name and mailing address**
**Jasimon20**
**956 Sacramento St**
**Apt 502**
**San Francisco, CA 94108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$206.43**

---

**3.817 2**

**Nonpriority creditor's name and mailing address**
**Jasmine Browner**
**5621 Colorado Ave., NW**
**Washington, DC 20011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$392.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known)   _____
         Name

| 3.817 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10.00** |
|---|---|---|---|

**Jasmine C**
**4117 North Ave #10**
**Richmond, VA 23222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.817 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$90.00** |
|---|---|---|---|

**Jasmine Countess**
**4117 North Ave #10**
**Richmond, VA 23222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.817 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |
|---|---|---|---|

**Jasmine F**
**163 Promontory Dr W**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.817 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jasmine Flake**
**163 Promontory Dr W**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.817 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4.15** |
|---|---|---|---|

**Jason A**
**16 Ranchero Rd**
**Bell Canyon, CA 91307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.817 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5.00** |
|---|---|---|---|

**Jason A**
**921 Sigsbee St**
**San Diego, CA 92113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.817 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$372.00** |
|---|---|---|---|

**Jason Adams**
**7105 Forestwind Ct**
**Arlington, TX 76001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.818 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$90.00** |
|---|---|---|---|

**Jason Adams**
**8530 Veterans Hwy Ste 300**
**Millersville, MD 21108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.818 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,549.00** |
|---|---|---|---|

**Jason Alvey**
**21228 Flowering Crape Myrtle Dr**
**Porter, TX 77365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.818 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$34.00** |
|---|---|---|---|

**Jason Andersen**
**4901 Stonebridge Cir**
**West Des Moines, IA 50265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.818 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20.00** |
|---|---|---|---|

**Jason B**
**14695 Triadelphia Mill Rd**
**Dayton, MD 21036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.818 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20.00** |
|---|---|---|---|

**Jason B**
**30 Gladiola Dr**
**Howell, NJ 07731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.818 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$75.00** |
|---|---|---|---|

**Jason B**
**4308 Ketcham Dr**
**Chesterfield, VA 23832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.818 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10.00** |
|---|---|---|---|

**Jason B**
**5155 Katelyn Ave**
**Van Meter, IA 50261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

---

**3.818 7**

**Nonpriority creditor's name and mailing address**

**Jason B**
**776 President Ave**
**Lawrence, NJ 08648**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

**3.818 8**

**Nonpriority creditor's name and mailing address**

**Jason B**
**9510 Walnut Hull Dr**
**Westerville, OH 43082**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.818 9**

**Nonpriority creditor's name and mailing address**

**Jason B 4064**
**201 Fairway Dr**
**Brandenburg, AZ 40108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$382.12

---

**3.819 0**

**Nonpriority creditor's name and mailing address**

**Jason Beckel**
**812 Little Valley Rd**
**Martinez, CA 94553**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$263.00

---

**3.819 1**

**Nonpriority creditor's name and mailing address**

**Jason Bennett**
**2803 Hazelwood Dr**
**Nashville, TN 37212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$120.00

---

**3.819 2**

**Nonpriority creditor's name and mailing address**

**Jason Blood**
**91 Main St Unit 316**
**Warren, RI 02885**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$134.00

---

**3.819 3**

**Nonpriority creditor's name and mailing address**

**Jason Bohle**
**1539 Tilco Dr Ste 113**
**Frederick, MD 21704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$171.00

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.819 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$231.00** |
| **Jason Boynton** | ☐ Contingent | |
| **1301 La Grande Ave** | ☐ Unliquidated | |
| **Yuba City, CA 95991** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.819 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$199.00** |
| **Jason Brooks** | ☐ Contingent | |
| **1616 Westgate Cir** | ☐ Unliquidated | |
| **Brentwood, TN 37027** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.819 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$51.00** |
| **Jason Brown** | ☐ Contingent | |
| **14695 Triadelphia Mill Rd** | ☐ Unliquidated | |
| **Dayton, MD 21036** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.819 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$120.00** |
| **Jason Buck** | ☐ Contingent | |
| **5155 Katelyn Ave** | ☐ Unliquidated | |
| **Van Meter, IA 50261** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.819 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$562.00** |
| **Jason Buckley** | ☐ Contingent | |
| **776 President Ave** | ☐ Unliquidated | |
| **Lawrence, NJ 08648** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.819 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150.00** |
| **Jason Bunting** | ☐ Contingent | |
| **1764 W Regents Park Rd** | ☐ Unliquidated | |
| **Crofton, MD 21114** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.820 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |
| **Jason C** | ☐ Contingent | |
| **275 Cameron Ridge Drive** | ☐ Unliquidated | |
| **Sandy Springs, GA 30328** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| 3.820 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$10.00** |
|---|---|---|---|

**Jason C**
**3124 N Sacramento Ave**
**Chicago, IL 60618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.820 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$2,779.00** |
|---|---|---|---|

**Jason Carlson**
**5049 Adair Way**
**Adair Way**
**San Jose, CA 95124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.820 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$25.00** |
|---|---|---|---|

**Jason Carter**
**838 Twin Elms Lane**
**Batavia, IL 60510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.820 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$20.00** |
|---|---|---|---|

**Jason Cherpak**
**General Electric 14th Floor**
**500 W. Monroe Street**
**Chicago, IL 60661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.820 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$57.00** |
|---|---|---|---|

**Jason Choi**
**1152 Harwell Loop**
**Kyle, TX 78640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.820 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$663.00** |
|---|---|---|---|

**Jason Copeland**
**3124 N Sacramento Ave**
**Chicago, IL 60618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.820 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$3,310.00** |
|---|---|---|---|

**Jason Cox**
**2235 Flicker Dr Apt 150**
**Hebron, KY 41048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.820 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jason D**
**141 Addis Cir**
**Anderson, SC 29626**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$21.00

---

| 3.820 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jason D**
**602 Solvay Aisle**
**Irvine, CA 92606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$15.48

---

| 3.821 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jason Deavours**
**141 Addis Cir**
**Anderson, SC 29626**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$273.00

---

| 3.821 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jason Diaz**
**15 Paso De Avila**
**Martinez, CA 94553**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$493.00

---

| 3.821 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jason Dickinson**
**9731 Cliff View Place**
**Tucson, AZ 85704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$38.00

---

| 3.821 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jason Difrancesco**
**1692 Browning**
**Irvine, CA 92606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$429.00

---

| 3.821 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jason Dukes**
**3503 Avalon Blvd**
**Alpharetta, GA 30009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,767.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____
        Name                                                          Case number *(if known)*    _____

---

| 3.821 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jason Dunkle**
**37310 N 104th Pl**
**Scottsdale, AZ 85262**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.821 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jason E**
**640 Hamel Rd**
**Hamel, MN 55340**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| 3.821 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jason Elswick**
**640 Hamel Rd**
**Hamel, MN 55340**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,230.00**

---

| 3.821 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jason Eppler**
**16200 Barton St**
**Overland Park, KS 66221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,418.00**

---

| 3.821 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jason Esposito**
**151 7th St S Unit 728**
**Saint Petersburg, FL 33701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,106.00**

---

| 3.822 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jason F**
**872 Starr Cir**
**Windsor, CA 95492**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

| 3.822 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jason Feist**
**1714 Ashford Lane**
**Waunakee, WI 53597**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$536.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 3.822 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jason Flynn**
**872 Starr Cir**
**Windsor, CA 95492**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$165.00**

---

| 3.822 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jason Frankel**
**16984 Alder Cir**
**Lake Oswego, OR 97034**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$984.00**

---

| 3.822 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jason Fuss**
**308 Club View Rd**
**Summerville, SC 29485**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.822 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jason G**
**1301 Saint Andrews Road**
**Lake Geneva, WI 53147**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

| 3.822 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jason Garlington**
**155 Glendale Ave Ste 10**
**Sparks, NV 89431**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$168.00**

---

| 3.822 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jason Gervia**
**4561 Amberly Court South**
**Dunwoody, GA 30360**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$711.00**

---

| 3.822 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jason Glassner**
**45-395 Kuaua Way**
**Kaneohe, HI 96744**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$271.00**

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**

        Name

Case number *(if known)*

---

**3.8229**

**Nonpriority creditor's name and mailing address**

**Jason Goodman**
**900 Las Vegas Blvd S Unit 915**
**Las Vegas, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8230**

**Nonpriority creditor's name and mailing address**

**Jason Gorman**
**333 Broadsword Ct**
**Nekoosa, WI 54457**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,009.00

---

**3.8231**

**Nonpriority creditor's name and mailing address**

**Jason Gribin**
**3633 Lankershim Blvd**
**Los Angeles, CA 90068**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,981.00

---

**3.8232**

**Nonpriority creditor's name and mailing address**

**Jason Griest**
**6831 30th Rd N**
**Arlington, VA 22213**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$31.00

---

**3.8233**

**Nonpriority creditor's name and mailing address**

**Jason H**
**127 Saint Thomas Way**
**Tiburon, CA 94920**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$336.07

---

**3.8234**

**Nonpriority creditor's name and mailing address**

**Jason H**
**5833 S 190th Ter**
**Omaha, NE 68135**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$65.00

---

**3.8235**

**Nonpriority creditor's name and mailing address**

**Jason H**
**6400 Valley View Rd**
**Oakland, CA 94611**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$16.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.823 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jason H**
**6450 Kingston Drive**
**Midlothian, TX 76065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$4.00**

---

| 3.823 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jason H**
**741 Starling Mill Rd**
**Lyerly, GA 30730**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

| 3.823 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jason Hartley**
**6400 Valley View Rd**
**Oakland, CA 94611**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$110.00**

---

| 3.823 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jason Hastings**
**127 Saint Thomas Way**
**Tiburon, CA 94920**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,314.00**

---

| 3.824 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jason J**
**190 Homestead Blvd**
**Longmeadow, MA 01106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$108.00**

---

| 3.824 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jason James**
**773 Whiskey Key Drive**
**Marco Island, FL 34145**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,798.00**

---

| 3.824 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jason Jaslow**
**66 Osage Dr**
**West Milford, NJ 07480**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,400.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

3.824
3

**Nonpriority creditor's name and mailing address**

**Jason Jean**
**190 Homestead Blvd**
**Longmeadow, MA 01106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$984.00

---

3.824
4

**Nonpriority creditor's name and mailing address**

**Jason Jones**
**10700 Pecan Park Blvd Ste 450**
**Austin, TX 78750**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$260.00

---

3.824
5

**Nonpriority creditor's name and mailing address**

**Jason K**
**2401 E 32nd St Unit 10-108**
**Joplin, MO 64804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

3.824
6

**Nonpriority creditor's name and mailing address**

**Jason K**
**5 Bedford Farms Dr**
**Bedford, NH 03110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

3.824
7

**Nonpriority creditor's name and mailing address**

**Jason K**
**6451 Ne Hilltop Ln**
**Dayton, OR 97114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

3.824
8

**Nonpriority creditor's name and mailing address**

**Jason K**
**6914 Standish Street**
**Pittsburgh, PA 15602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

3.824
9

**Nonpriority creditor's name and mailing address**

**Jason K**
**7935 Airport Pulling Rd N**
**Ste 4-333**
**Naples, FL 34109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$4.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name                                          Case number (if known) _____

| 3.825 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $328.00 |
|---|---|---|---|

**Jason Kamler**
**1534 Fairway Ln**
**Elkhorn, WI 53121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.825 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.00 |
|---|---|---|---|

**Jason Kern**
**120linden Ave**
**San Bruno, CA 94066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.825 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.00 |
|---|---|---|---|

**Jason Klinghoffer**
**2417 NW 49th Ln**
**Boca Raton, FL 33431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.825 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $628.00 |
|---|---|---|---|

**Jason Klosterman**
**101 Roxboro Ct**
**New Bern, NC 28562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.825 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $818.00 |
|---|---|---|---|

**Jason Klosterman**
**48 Celeste Dr**
**Rensselaer, NY 12144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.825 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.00 |
|---|---|---|---|

**Jason Kosloski**
**98 Crow Hill Rd**
**Branning Collision Center**
**Freehold, NJ 07728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.825 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $235.00 |
|---|---|---|---|

**Jason Krishnan**
**7935 Airport Pulling Rd N**
**Ste 4-333**
**Naples, FL 34109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____     Case number *(if known)*  _____
Name

| 3.825 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jason Kroll**
**5 Bedford Farms Dr**
**Bedford, NH 03110**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

| 3.825 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jason L**
**12 Fox Hollow Rd**
**Old Saybrook, CT 06475**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

| 3.825 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jason L**
**16 Circle Drive**
**Syosset, NY 11791**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.826 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jason L**
**3615 Ridgeford Drive**
**Westlake Village, CA 91361**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$51.47**

---

| 3.826 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jason L**
**871 Page St**
**San Francisco, CA 94117**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$89.74**

---

| 3.826 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jason L 13431880**
**774 Piedmont Ave Ne #1b**
**Atlanta, GA 30308**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

| 3.826 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jason Lastomirsky**
**9 Bowling Green Dr**
**North Haven, CT 06473**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$691.00**

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)*
_____                                        _____
Name

| 3.826 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$202.00** |
| **Jason Leidich** | ☐ Contingent | |
| **1170 Sparrow Run** | ☐ Unliquidated | |
| **Streetsboro, OH 44241** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.826 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$430.00** |
| **Jason Lieberman** | ☐ Contingent | |
| **78 Trenor Drive** | ☐ Unliquidated | |
| **New Rochelle, NY 10804** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.826 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18,183.00** |
| **Jason Livingston** | ☐ Contingent | |
| **1960 Muir Rd** | ☐ Unliquidated | |
| **Martinez, CA 94553** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.826 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$88.00** |
| **Jason Livingston** | ☐ Contingent | |
| **1960 Muir Rd** | ☐ Unliquidated | |
| **Martinez, CA 94553** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.826 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$207.00** |
| **Jason Lowe** | ☐ Contingent | |
| **18039 Fonthill Ave** | ☐ Unliquidated | |
| **Torrance, CA 90504** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.826 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30.00** |
| **Jason M** | ☐ Contingent | |
| **1326 Voorhees Ave** | ☐ Unliquidated | |
| **Manhattan Beach, CA 90266** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.827 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
| **Jason M** | ☐ Contingent | |
| **2101 Cedar Springs Road** | ☐ Unliquidated | |
| **Suite 1200** | ☐ Disputed | |
| **Dallas, TX 75201** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 3.827<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17.00** |
|---|---|---|---|

**Jason M**
**475 Redwood Street**
**Unit 603**
**San Diego, CA 92103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.827<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$93.67** |
|---|---|---|---|

**Jason M**
**545 W Stacie Ave**
**Porterville, CA 93257**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.827<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17.01** |
|---|---|---|---|

**Jason M 14264**
**1406 Bud Ave**
**Ypsilanti, MI 48198**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.827<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$447.00** |
|---|---|---|---|

**Jason Manley**
**336 W Wind Dr**
**Max Meadows, VA 24360**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.827<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,727.00** |
|---|---|---|---|

**Jason Maxwell**
**18 Evergreen Ln**
**Topsfield, MA 01983**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.827<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jason Maycumber**
**2375 Sw 83rd Ave**
**Portland, OR 97225**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.827<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$122.00** |
|---|---|---|---|

**Jason Montrie**
**343 E 1st St**
**Hinsdale, IL 60521**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
Name

---

**3.827 8**

**Nonpriority creditor's name and mailing address**

**Jason Mossotti**
**1326 Voorhees Ave**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,300.00**

---

**3.827 9**

**Nonpriority creditor's name and mailing address**

**Jason Murphy**
**5033 99th St Sw**
**Mukilteo, WA 98275**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.828 0**

**Nonpriority creditor's name and mailing address**

**Jason N**
**103 S Veilwood Cir**
**The Woodlands, TX 77382**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$91.00**

---

**3.828 1**

**Nonpriority creditor's name and mailing address**

**Jason N**
**4406 Round Lake Ct**
**Tampa, FL 33618**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$123.00**

---

**3.828 2**

**Nonpriority creditor's name and mailing address**

**Jason Newberg**
**4406 Round Lake Ct**
**Tampa, FL 33618**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$84.00**

---

**3.828 3**

**Nonpriority creditor's name and mailing address**

**Jason Nicholls**
**103 S Veilwood Cir**
**The Woodlands, TX 77382**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$178.00**

---

**3.828 4**

**Nonpriority creditor's name and mailing address**

**Jason O**
**125 Douglas Pike**
**Douglas Lumber**
**Smithfield, RI 02917**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
         Name                                        Case number (if known) _____

| | |
|---|---|
| 3.828 5 | |

**Nonpriority creditor's name and mailing address**
**Jason P**
**7365 Main St Ste 12**
**Stratford, CT 06614**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

| | |
|---|---|
| 3.828 6 | |

**Nonpriority creditor's name and mailing address**
**Jason P 13409077**
**14 Midway Ln**
**Riverton, WY 82501**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$38.00**

---

| | |
|---|---|
| 3.828 7 | |

**Nonpriority creditor's name and mailing address**
**Jason Papst**
**7365 Main St Ste 12**
**Stratford, CT 06614**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

| | |
|---|---|
| 3.828 8 | |

**Nonpriority creditor's name and mailing address**
**Jason R**
**14 Jano Pl**
**Plainview, NY 11803**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$17.00**

---

| | |
|---|---|
| 3.828 9 | |

**Nonpriority creditor's name and mailing address**
**Jason R**
**2226 Encompass Dr Ste 100**
**Chattanooga, TN 37421**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

| | |
|---|---|
| 3.829 0 | |

**Nonpriority creditor's name and mailing address**
**Jason R**
**25 Alemany St**
**Daly City, CA 94014**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$56.08**

---

| | |
|---|---|
| 3.829 1 | |

**Nonpriority creditor's name and mailing address**
**Jason R**
**7487 Se Forest Oak Lane**
**Hobe Sound, FL 33455**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.829 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jason R**
**N38w23312 Broken Hill Cir S**
**Pewaukee, WI 53072**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**Nonpriority creditor's name and mailing address**

**Jason Resar**
**3855 E Larkspur Dr**
**Phoenix, AZ 85032**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

**Nonpriority creditor's name and mailing address**

**Jason Rothman**
**14 Jano Pl**
**Plainview, NY 11803**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,109.00**

---

**Nonpriority creditor's name and mailing address**

**Jason Ruth**
**11526 Beachside St**
**Galveston, TX 77554**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

**Nonpriority creditor's name and mailing address**

**Jason Ruth**
**11526 Beachside St**
**Galveston, TX 77554**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

**Nonpriority creditor's name and mailing address**

**Jason S**
**1 Lagoon Dr**
**Redwood City, CA 94065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**Nonpriority creditor's name and mailing address**

**Jason S**
**120 N Saddle Ridge Dr**
**Cedar Park, TX 78613**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____     Case number _(if known)_ _____
Name

---

| 3.829 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $14.00 |

**Jason S**
**210 Hampton Ct**
**Athens, GA 30605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $314.00 |

**Jason Schmidt**
**68 Quail Hollow Dr**
**Sewell, NJ 08080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $56.00 |

**Jason Siebert**
**4 Constellation Way**
**Coto De Caza, CA 92679**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $84.00 |

**Jason Simpson**
**6805 6th Ave**
**A6**
**Tacoma, WA 98406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $78.00 |

**Jason Smith**
**210 Hampton Ct**
**Athens, GA 30605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $611.00 |

**Jason Smith**
**3225 Turtle Creek Blvd**
**722**
**Dallas, TX 75219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $29.00 |

**Jason Steinberg**
**92 Random Farms Dr**
**Chappaqua, NY 10514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known)    _____
          Name

| 3.830 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $128.00 |
|---|---|---|---|

**Jason Stokes**
**3770 W New Haven Ave**
**Melbourne, FL 32904**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jason Tejani**
**1407 Stanley Blvd**
**Birmingham, MI 48009**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $28.00 |
|---|---|---|---|

**Jason Thompson**
**3000 Stonewood Dr Ste 300**
**Wexford, PA 15090**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $728.00 |
|---|---|---|---|

**Jason Trujillo**
**3108 Lake Dr Apt 40**
**Marina, CA 93933**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $269.00 |
|---|---|---|---|

**Jason Vanderschyff**
**811 N West Knoll Dr**
**West Hollywood, CA 90069**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $131.00 |
|---|---|---|---|

**Jason Vitkovich**
**1930 NW 23rd Pl**
**Portland, OR 97210**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $42.00 |
|---|---|---|---|

**Jason W**
**24445 S Clegg Rd**
**Pickford, MI 49774**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

**3.831**
**3**

**Nonpriority creditor's name and mailing address**

**Jason Wakeman**
**61535 S Highway 97 Ste 5187**
**Bend, OR 97702**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

**3.831**
**4**

**Nonpriority creditor's name and mailing address**

**Jason Wallace**
**24445 S Clegg Rd**
**Pickford, MI 49774**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,146.00**

---

**3.831**
**5**

**Nonpriority creditor's name and mailing address**

**Jason Walrod**
**1012 Poplar Street**
**Wellsville, KS 66092**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$143.67**

---

**3.831**
**6**

**Nonpriority creditor's name and mailing address**

**Jason Waxman**
**1420 NW Lovejoy St Apt 713**
**Portland, OR 97209**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$24,970.00**

---

**3.831**
**7**

**Nonpriority creditor's name and mailing address**

**Jason Waxman**
**1420 Nw Lovejoy St Apt 713**
**Portland, OR 97209**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$121.00**

---

**3.831**
**8**

**Nonpriority creditor's name and mailing address**

**Jason Weaver**
**282 Castleman Road**
**Vestal, NY 13850**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.831**
**9**

**Nonpriority creditor's name and mailing address**

**Jason Welch**
**2859 99th St**
**Urbandale, IA 50322**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$108.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name                                              Case number (if known) _____

| 3.832 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$530.00** |

**Jason Womack**
**4548 N Ocean Dr # 4**
**Lauderdale By The Sea, FL 33308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8.56** |

**Jason Y**
**10327 Foxwalk Ave**
**Las Vegas, NV 89149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20.00** |

**Jason Y**
**150 East 85th Street**
**Unit 10a**
**New York, NY 10028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$166.00** |

**Jasonjohnson**
**445 E. 77th St.**
**3f**
**New York, NY 10075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$804.00** |

**Jasper Swindle**
**880 Marietta Hwy Ste 630**
**Roswell, GA 30075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$32.00** |

**Javert Matthis**
**115 Green Ct**
**Carrollton, VA 23314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$112.00** |

**Javier Arbolaez**
**16610 Sw 70th St**
**Miami, FL 33193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

**3.832 7**

**Nonpriority creditor's name and mailing address**

**Javier Resendez**
**420 7th St NW**
**706**
**Washington, DC 20004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,316.00

---

**3.832 8**

**Nonpriority creditor's name and mailing address**

**Jay Arovas**
**2801 Quebec St NW Apt 323**
**Washington, DC 20008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$548.00

---

**3.832 9**

**Nonpriority creditor's name and mailing address**

**Jay B**
**115 Bruen St**
**Apt 402**
**Newark, NJ 07105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.833 0**

**Nonpriority creditor's name and mailing address**

**Jay B**
**1316 Porter St**
**Franklin, TN 37064**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$74.00

---

**3.833 1**

**Nonpriority creditor's name and mailing address**

**Jay Blundell**
**394 Summit Dr**
**Emerald Hills, CA 94062**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.833 2**

**Nonpriority creditor's name and mailing address**

**Jay C**
**225 East Ave H**
**Jerome, ID 83338**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

**3.833 3**

**Nonpriority creditor's name and mailing address**

**Jay C**
**5193 Shady Grove Rd**
**Memphis, TN 38117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$18.00

---

Debtor   **Phoeno Wine Company, Inc.**                        Case number *(if known)* _____
_____
                    Name

---

| 3.833 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$144.00** |

**Jay Chase**
**5102 Briarbend Dr.**
**Houston, TX 77035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.833 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69.00** |

**Jay Christianson**
**806 Orion Drive**
**Colorado Springs, CO 80906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.833 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |

**Jay Colley**
**5193 Shady Grove Rd**
**Memphis, TN 38117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.833 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42.00** |

**Jay D**
**5 Walnut Creek Pl**
**Richardson, TX 75080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.833 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26.00** |

**Jay Dailey**
**5 Walnut Creek Pl**
**Richardson, TX 75080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.833 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$92.00** |

**Jay Davis**
**156 Top Of The World Way**
**Green Brook, NJ 08812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.834 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00** |

**Jay Dhillon**
**16030 N. Curry Ave**
**Lodi, CA 95240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
　　　　　Name

Case number (if known) _____

| 3.834 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Jay Driscoll**
**3918 Wentworth Ct**
**Arlington, TX 76001**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**Jay E**
**1356 Wolf Pack Cv**
**Collierville, TN 38017**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $246.00 |
|---|---|---|---|

**Jay Eubank**
**1356 Wolf Pack Cv**
**Collierville, TN 38017**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.00 |
|---|---|---|---|

**Jay Gershman**
**433 S Main St Ste 210**
**Retirement Visions Llc**
**West Hartford, CT 06110**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $981.00 |
|---|---|---|---|

**Jay Hilliard**
**145 East 265th Street**
**Euclid, OH 44132**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.00 |
|---|---|---|---|

**Jay Irby**
**7909 Bal Harbour Ct**
**Fort Worth, TX 76179**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52.00 |
|---|---|---|---|

**Jay Kerr**
**6330 Huntington Dr**
**Carlsbad, CA 92009**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

---

| 3.834 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $422.01 |
|---|---|---|---|

**Jay Krutulis**
**K&R Wines**
**307 S 9th Ave #269**
**Walla Walla, WA 99362**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.00 |
|---|---|---|---|

**Jay L**
**2900 E Ricker Way**
**Anaheim, CA 92806**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115.00 |
|---|---|---|---|

**Jay M**
**61 Dillingham Rd**
**Asheville, NC 28805**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $786.00 |
|---|---|---|---|

**Jay Machado**
**23500 Wingedfoot Dr**
**Westlake, OH 44145**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,003.00 |
|---|---|---|---|

**Jay Mitchell**
**8524 Sh-6 N**
**The UPS Store**
**Houston, TX 77095**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7.00 |
|---|---|---|---|

**Jay P**
**309 Saxony Court**
**Lexington, SC 29072**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**Jay P**
**828 S Colfax Ave**
**Elmhurst, IL 60126**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **Phoeno Wine Company, Inc.**
_____     Case number (if known) _____
           Name

| 3.835 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,847.00** |
|---|---|---|---|

**Jay Panzarella**
**125 Connemara Lane**
**125 Connemara Lane**
**Butler, PA 16001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$72.00** |
|---|---|---|---|

**Jay Peavler**
**2608 Norman Ave**
**Bakersfield, CA 93304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$117.00** |
|---|---|---|---|

**Jay Perez**
**201 Mountain Leather**
**Horseshoe Bay, TX 78657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10.00** |
|---|---|---|---|

**Jay R**
**2826 Old Lee Hwy Ste 220**
**Fairfax, VA 22031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$56.00** |
|---|---|---|---|

**Jay Rasmussen**
**1279 Bradford Dr**
**Coppell, TX 75019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.836 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$162.00** |
|---|---|---|---|

**Jay Rosenberg**
**4050 N Bernard**
**Chicago, IL 60618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.836 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$65.00** |
|---|---|---|---|

**Jay S**
**147 Brush Brook Rd**
**Dublin, NH 03444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| 3.836<br>2 | **Nonpriority creditor's name and mailing address**<br>**Jay S**<br>**2115 East Cedar Street**<br>**Suite 6**<br>**Tempe, AZ 85281**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customers - Deferred Credit__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$50.00** |

| 3.836<br>3 | **Nonpriority creditor's name and mailing address**<br>**Jay Scott**<br>**28 Badgers Is W**<br>**Kittery, ME 03904**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$220.00** |

| 3.836<br>4 | **Nonpriority creditor's name and mailing address**<br>**Jay Taylor**<br>**6208 Jennings Dr**<br>**The Colony, TX 75056**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$19.00** |

| 3.836<br>5 | **Nonpriority creditor's name and mailing address**<br>**Jay Whelan**<br>**6825 Cedar Elm Dr**<br>**Abilene, TX 79606**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$17.00** |

| 3.836<br>6 | **Nonpriority creditor's name and mailing address**<br>**Jay Wilson**<br>**10 Crestwood Dr**<br>**Watchung, NJ 07069**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$40.00** |

| 3.836<br>7 | **Nonpriority creditor's name and mailing address**<br>**Jaymee Jusko**<br>**9161 Five Harbors Drive**<br>**Huntington Beach, CA 92646**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$428.00** |

| 3.836<br>8 | **Nonpriority creditor's name and mailing address**<br>**Jayne Didario**<br>**3 E Main St**<br>**Walla Walla, WA 99362**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$254.00** |

Debtor **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

| 3.836 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 |
|---|---|---|---|

**Jayne J**
**2811 Holmans Ln**
**Walgreens Location**
**Jeffersonville, IN 47130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.00 |
|---|---|---|---|

**Jazmyn Aaronson**
**1557 Pine St**
**Redding, CA 96001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,189.00 |
|---|---|---|---|

**Jb Hayes**
**1001 Belleview St**
**Apt 1005**
**Dallas, TX 75215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $123.00 |
|---|---|---|---|

**Jc Sikoff**
**17455 Bear Valley Rd**
**Hesperia, CA 92345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $960.00 |
|---|---|---|---|

**Jd Hager**
**5749 Caruth Blvd**
**Dallas, TX 75209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $210.00 |
|---|---|---|---|

**Jd Rohrer**
**116 Charles Dr**
**Nokomis, FL 34275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4.00 |
|---|---|---|---|

**Jean B**
**22 Coventry Dr**
**Ocean, NJ 07712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

**3.837
6**

**Nonpriority creditor's name and mailing address**

**Jean Brechman**
**22 Coventry Dr**
**Ocean, NJ 07712**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$95.00**

---

**3.837
7**

**Nonpriority creditor's name and mailing address**

**Jean Hornung**
**4617 Hopkins Ave**
**Dallas, TX 75209**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$336.00**

---

**3.837
8**

**Nonpriority creditor's name and mailing address**

**Jean M**
**7200 Sunshine Skyway Ln S**
**Unit 3h**
**St Petersburg, FL 33711**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.837
9**

**Nonpriority creditor's name and mailing address**

**Jean M**
**8953 Stratford Dr**
**North Richland Hills, TX 76182**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.838
0**

**Nonpriority creditor's name and mailing address**

**Jean Meador**
**8953 Stratford Dr**
**North Richland Hills, TX 76182**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$108.00**

---

**3.838
1**

**Nonpriority creditor's name and mailing address**

**Jean Morgan**
**1027 Peosta Avenue**
**Helena, MT 59601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$108.00**

---

**3.838
2**

**Nonpriority creditor's name and mailing address**

**Jean Powers**
**1405 Fulton Rd**
**#205**
**Santa Rosa, CA 95403**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$162.00**

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.838 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$419.00** |

**Jean-Francois Moreau**
**309 Doe Run Circle**
**Henderson, NV 89012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.838 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$404.00** |

**Jean-Michel Ferat**
**7613 Cayuga Ave**
**Bethesda, MD 20817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.838 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16.00** |

**Jean-Paul S**
**662 Mangels Ave**
**San Francisco, CA 94127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.838 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Jean-Paul Saliou**
**662 Mangels Ave**
**San Francisco, CA 94127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.838 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$56.00** |

**Jeana Deleon**
**3220 Oak Tree Lane**
**Grapevine, TX 76051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.838 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$192.00** |

**Jeananne Frazier**
**5106 Marsh Field Rd**
**Sarasota, FL 34235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.838 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30.00** |

**Jeanette C**
**8 Kimball Cir**
**Westfield, NJ 07090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
Name

| 3.839 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jeanette Calandra**
**8 Kimball Cir**
**Westfield, NJ 07090**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$344.00

---

| 3.839 1 |
|---|

**Nonpriority creditor's name and mailing address**
**Jeanette Sanchez**
**7010 Circula De Hacienda**
**Lake Havasu City, AZ 86406**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$998.00

---

| 3.839 2 |
|---|

**Nonpriority creditor's name and mailing address**
**Jeanette W**
**1369 N Los Robles Ave**
**Pasadena, CA 91104**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$70.00

---

| 3.839 3 |
|---|

**Nonpriority creditor's name and mailing address**
**Jeanna Kozak**
**4251 Farm To Market Road 2181**
**230136**
**Corinth, TX 76210**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$145.00

---

| 3.839 4 |
|---|

**Nonpriority creditor's name and mailing address**
**Jeanne Anderson**
**915 Merrillville Rd**
**Crown Point, IN 46307**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$3,372.00

---

| 3.839 5 |
|---|

**Nonpriority creditor's name and mailing address**
**Jeanne N**
**222 S Main St**
**Apt 1711**
**Los Angeles, CA 90012**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$63.94

---

| 3.839 6 |
|---|

**Nonpriority creditor's name and mailing address**
**Jeanne Nam**
**222 S Main St**
**Apt 1711**
**Los Angeles, CA 90012**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$196.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.839<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40.00** |
|---|---|---|---|

**Jeanne O**
**2 Summit Pl**
**Newburyport, MA 01950**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.839<br>8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jeannette Hopson**
**1940 NE 153rd Place**
**Portland, OR 97230**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.839<br>9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Jeannette Hopson**
**1940 Ne 153rd Place**
**Portland, OR 97230**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.840<br>0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,659.00** |
|---|---|---|---|

**Jeannette Marchant**
**239 Euclid Ave**
**Kenmore, NY 14217**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.840<br>1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |
|---|---|---|---|

**Jeannette Oliver**
**2514 Easton Street**
**Hillcrest Heights, MD 20748**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.840<br>2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23.00** |
|---|---|---|---|

**Jeannie Tan**
**29 Academy St**
**2b**
**Hancock, NY 13783**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.840<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |
|---|---|---|---|

**Jeannine Nuble**
**114 N 3 Rd St**
**Telford, PA 18969**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
　　　　　 Name                                           Case number (if known) _____

---

| 3.840 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$36.00** |

**Jeannine P**
**22 Hwy 10 E**
**Big Timber, MT 59011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.840 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,290.00** |

**Jeannine Peterson**
**22 Hwy 10 E**
**Big Timber, MT 59011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.840 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$58.00** |

**Jedediah Holler**
**7 Pleasant Rd**
**Andover, NH 03216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.840 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15.00** |

**Jeff A**
**300 Reality Farm Lane**
**Washington, VA 22747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.840 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$231.00** |

**Jeff Abraham**
**10803 W Dove Roost Rd**
**Queen Creek, AZ 85142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.840 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,520.00** |

**Jeff Alee**
**26411 Elder Road**
**Pierce City, MO 65723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.841 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$297.00** |

**Jeff Anderson**
**2821 Prairie View Dr**
**Northlake, TX 76226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

Official Form 206 E/F              **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*   _____

| | | |
|---|---|---|
| **3.841**<br>**1** | **Nonpriority creditor's name and mailing address**<br>**Jeff B**<br>**1158 Mt Ida Road**<br>**Oroville, CA 95966**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  __Customers - Deferred Credit__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$20.00** |

| | | |
|---|---|---|
| **3.841**<br>**2** | **Nonpriority creditor's name and mailing address**<br>**Jeff B**<br>**1698 31st St Nw**<br>**Washington, DC 20007**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  __Customers - Deferred Credit__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$10.00** |

| | | |
|---|---|---|
| **3.841**<br>**3** | **Nonpriority creditor's name and mailing address**<br>**Jeff B**<br>**225 Surf Place**<br>**Seal Beach, CA 90740**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  __Customers - Deferred Credit__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$70.00** |

| | | |
|---|---|---|
| **3.841**<br>**4** | **Nonpriority creditor's name and mailing address**<br>**Jeff B**<br>**234 Gillett St**<br>**Fond Du Lac, WI 54935**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  __Customers - Deferred Credit__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$50.00** |

| | | |
|---|---|---|
| **3.841**<br>**5** | **Nonpriority creditor's name and mailing address**<br>**Jeff B**<br>**294 Hopewell Rd**<br>**Elverson, PA 19520**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  __Customers - Deferred Credit__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$116.00** |

| | | |
|---|---|---|
| **3.841**<br>**6** | **Nonpriority creditor's name and mailing address**<br>**Jeff B**<br>**6042 Lynx Creek Cir**<br>**Frederick, CO 80516**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  __Customers - Deferred Credit__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$23.00** |

| | | |
|---|---|---|
| **3.841**<br>**7** | **Nonpriority creditor's name and mailing address**<br>**Jeff Baedke**<br>**917 Woodfield Ct**<br>**Port Byron, IL 61275**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$350.00** |

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.841 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |

**Jeff Beck**
**N76w15333 Prairie Ln**
**Menomonee Falls, WI 53051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.841 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,368.00** |

**Jeff Bentz**
**1647 E Lobo Street**
**San Tan Valley, AZ 85140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.842 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$141.00** |

**Jeff Berkowitz**
**1698 31st St NW**
**Washington, DC 20007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.842 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$140.00** |

**Jeff Beshore**
**1830 S 19th St**
**Harrisburg, PA 17104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.842 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,200.00** |

**Jeff Bicer**
**294 Hopewell Rd**
**Elverson, PA 19520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.842 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28.00** |

**Jeff Bochonok**
**24 Bridgeport Cir**
**Stafford, VA 22554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.842 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |

**Jeff C**
**100 North Main St**
**O'fallon, MO 63366**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____     Case number _(if known)_   _____

Name

---

| 3.842 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$10.00** |
|---|---|---|---|

**Jeff C**
**1809 Persimmon Drive**
**Anna, TX 75409**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.842 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$59.50** |
|---|---|---|---|

**Jeff C**
**2458 River Ridge Dr**
**Orlando, FL 32825**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.842 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$20.00** |
|---|---|---|---|

**Jeff C**
**9650 N Saguaro Breeze Way**
**Marana, AZ 85653**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.842 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$20.00** |
|---|---|---|---|

**Jeff Caldwell**
**10739 Clinton County Line Rd**
**Trenton, IL 62293**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.842 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$215.00** |
|---|---|---|---|

**Jeff Carr**
**321 S 1st Ave**
**Highland Park, NJ 08904**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.843 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$339.00** |
|---|---|---|---|

**Jeff Carter**
**2458 River Ridge Dr**
**Orlando, FL 32825**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.843 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$539.00** |
|---|---|---|---|

**Jeff Cassidy**
**3751 Detweiler**
**Chalfont, PA 18914**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_ _____
Name

| | |
|---|---|
| **3.843 2** | |

**Nonpriority creditor's name and mailing address**
**Jeff Clemente**
**620 Baltimore Dr**
**Jacobi Capital Management**
**Wilkes Barre, PA 18702**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$136.00**

---

| | |
|---|---|
| **3.843 3** | |

**Nonpriority creditor's name and mailing address**
**Jeff Coble**
**102 Westgrill Dr**
**Palm Coast, FL 32164**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,237.00**

---

| | |
|---|---|
| **3.843 4** | |

**Nonpriority creditor's name and mailing address**
**Jeff Creed**
**1809 Persimmon Drive**
**Anna, TX 75409**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$867.00**

---

| | |
|---|---|
| **3.843 5** | |

**Nonpriority creditor's name and mailing address**
**Jeff Croskey**
**4044 Beaver Ave**
**Des Moines, IA 50310**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$96.00**

---

| | |
|---|---|
| **3.843 6** | |

**Nonpriority creditor's name and mailing address**
**Jeff D**
**17035 Melody Ln**
**Los Gatos, CA 95033**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

| | |
|---|---|
| **3.843 7** | |

**Nonpriority creditor's name and mailing address**
**Jeff Delconte**
**17035 Melody Ln**
**Los Gatos, CA 95033**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$270.00**

---

| | |
|---|---|
| **3.843 8** | |

**Nonpriority creditor's name and mailing address**
**Jeff E**
**6107 Sw Murray Blvd**
**Suite 470**
**Beaverton, OR 97008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known)    _____
Name

---

**3.8439**

**Nonpriority creditor's name and mailing address**

**Jeff Easley**
**3307 State Road 135 S**
**Nashville, IN 47448**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$80.00

---

**3.8440**

**Nonpriority creditor's name and mailing address**

**Jeff Eckles**
**10121 Coyote Song Terrace**
**Colorado Springs, CO 80924**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

**3.8441**

**Nonpriority creditor's name and mailing address**

**Jeff Edwards**
**5500 E Loop 820 S**
**No 205**
**Fort Worth, TX 76119**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$35.00

---

**3.8442**

**Nonpriority creditor's name and mailing address**

**Jeff F**
**12350 Abels Rd**
**N Springfield, PA 16430**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

**3.8443**

**Nonpriority creditor's name and mailing address**

**Jeff Fagnan**
**3 Landing Way**
**Dover, NH 03820**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,222.00

---

**3.8444**

**Nonpriority creditor's name and mailing address**

**Jeff Fassbender**
**11500 Northlake Dr Ste 300**
**Cincinnati, OH 45249**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$546.00

---

**3.8445**

**Nonpriority creditor's name and mailing address**

**Jeff Fatica**
**12350 Abels Rd**
**N Springfield, PA 16430**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$34.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.844 6 | **Nonpriority creditor's name and mailing address**<br>**Jeff Folks**<br>**9638 Zarda Drive**<br>**Lenexa, KS 66227** | $13.00 |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.844 7 | **Nonpriority creditor's name and mailing address**<br>**Jeff Forrester**<br>**3110 S 144th Ave**<br>**Omaha, NE 68144** | $235.00 |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.844 8 | **Nonpriority creditor's name and mailing address**<br>**Jeff G**<br>**1835 7th St Nw # 122**<br>**Washington, DC 20001** | $50.00 |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.844 9 | **Nonpriority creditor's name and mailing address**<br>**Jeff G**<br>**5108 Grand Lake Street, Bellaire, Tx, Us**<br>**Bellaire, TX 77401** | $80.00 |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.845 0 | **Nonpriority creditor's name and mailing address**<br>**Jeff G**<br>**579 Myra Way**<br>**San Francisco, CA 94127** | $25.00 |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.845 1 | **Nonpriority creditor's name and mailing address**<br>**Jeff Galipeaux**<br>**135 Riviera Dr Apt 238**<br>**Los Gatos, CA 95032** | $499.00 |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.845 2 | **Nonpriority creditor's name and mailing address**<br>**Jeff Galloway**<br>**111 Sagerview Way**<br>**Durham, NC 27713** | $150.00 |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
　　　　　 _____
　　　　　 Name

Case number *(if known)*   _____

| 3.845 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$324.00** |
|---|---|---|---|

**Jeff Geiser**
**40827 Tulip Poplar Pl**
**Aldie, VA 20105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.845 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,866.00** |
|---|---|---|---|

**Jeff Gentzen**
**3206 Robbins Rd**
**Pompano Beach, FL 33062**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.845 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Jeff Gillies**
**680 Route 304**
**Bardonia, NY 10954**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.845 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,418.00** |
|---|---|---|---|

**Jeff Gonyo**
**4921 W Paul Ave Unit 1**
**Tampa, FL 33611**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.845 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$480.00** |
|---|---|---|---|

**Jeff Gossman**
**906 Cloud Cover Ln**
**Cedar Park, TX 78641**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.845 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |
|---|---|---|---|

**Jeff Guy**
**56 Merced Ave**
**San Francisco, CA 94127**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.845 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$507.00** |
|---|---|---|---|

**Jeff Guynn**
**1835 7th St NW # 122**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.846 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$434.00** |

**Jeff H**
**10918 W Camelot Cir**
**Sun City, AZ 85351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.846 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$36.00** |

**Jeff H**
**11023 W Twin Lake Rd**
**Hayward, WI 54843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.846 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10.00** |

**Jeff H**
**2062 Afton St**
**Houston, TX 77055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.846 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$66.30** |

**Jeff H**
**2879 W Devoy Dr.**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.846 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6.00** |

**Jeff H**
**56725 Mountain Vw**
**La Quinta, CA 92253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.846 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20.00** |

**Jeff H**
**6000 Collins Ave Apt 307**
**Miami Beach, FL 33140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.846 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$805.00** |

**Jeff H 13435475**
**5431 N Arlington Ave**
**Indianapolis, IN 46226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                    Case number *(if known)*    _____

| 3.846 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,253.00** |
| **Jeff Haase** | ☐ Contingent | |
| **7446 Raccoon Hill Dr** | ☐ Unliquidated | |
| **Kirtland, OH 44094** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.846 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$210.00** |
| **Jeff Haggerty** | ☐ Contingent | |
| **5431 N Arlington Ave** | ☐ Unliquidated | |
| **Indianapolis, IN 46226** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.846 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
| **Jeff Handler** | ☐ Contingent | |
| **4126 Rochester Road** | ☐ Unliquidated | |
| **San Diego, CA 92116** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.847 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$215.00** |
| **Jeff Heitner** | ☐ Contingent | |
| **56725 Mountain Vw** | ☐ Unliquidated | |
| **La Quinta, CA 92253** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.847 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,295.00** |
| **Jeff Hoffman** | ☐ Contingent | |
| **10918 W Camelot Cir** | ☐ Unliquidated | |
| **Sun City, AZ 85351** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.847 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,877.00** |
| **Jeff Ilseman** | ☐ Contingent | |
| **700 Saint Paul Road** | ☐ Unliquidated | |
| **Ballwin, MO 63021** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.847 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11.00** |
| **Jeff J** | ☐ Contingent | |
| **1001 Fannin St Ste 2500** | ☐ Unliquidated | |
| **Houston, TX 77002** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)*

| 3.847 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 |

**Jeff J**
**1221 River Rd**
**C/O Granville Golfland**
**Granville, OH 43023**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.847 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $36.30 |

**Jeff J**
**3581 Aquarius Drive**
**Huntington Beach, CA 92649**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.847 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15.00 |

**Jeff Johnson**
**605 Girassol Cv**
**Cedar Park, TX 78613**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.847 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $529.00 |

**Jeff Johnston**
**1001 Fannin St Ste 2500**
**Houston, TX 77002**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.847 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $70.01 |

**Jeff Jones**
**708 30th Ave**
**San Mateo, CA 94403**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.847 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $426.00 |

**Jeff Jorgensen**
**712 Lago Cir**
**Knoxville, TN 37922**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.848 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Jeff K**
**1408 F St.**
**Napa, CA 94559**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
         Name

| 3.848 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**Jeff K**
**1640 Island Way**
**Weston, FL 33326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.848 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,245.00 |

**Jeff Kimble**
**401 Prairie Ave**
**Bozeman, MT 59718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.848 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.00 |

**Jeff Kline**
**21040 File Rd**
**Milford, VA 22514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.848 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Jeff Krizic**
**8006 Churchill Falls Pl**
**Apex, NC 27539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.848 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,233.00 |

**Jeff Kroemer**
**2323 N 62nd St**
**Wauwatosa, WI 53213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.848 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $246.00 |

**Jeff Krug**
**1440 Keller Pkwy**
**Keller, TX 76248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.848 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**Jeff L**
**16 Farm Brook Drive**
**Hamilton, NJ 08690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.848 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$826.00** |

**Jeff Litt**
**15700 Draycot Dr**
**Midlothian, VA 23112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.848 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14.00** |

**Jeff M**
**1201 N La Salle Dr Ph 3501**
**Chicago, IL 60610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.849 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20.00** |

**Jeff M**
**1811 N 140th St**
**Omaha, NE 68154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.849 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35.00** |

**Jeff Manson**
**9850 N 73rd St Apt 3067**
**Scottsdale, AZ 85258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.849 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$290.00** |

**Jeff Manternach**
**995 Grove Terrace**
**Dubuque, IA 52001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.849 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,126.00** |

**Jeff Marcaletti**
**16 Corte Almaden**
**San Rafael, CA 94903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.849 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,329.00** |

**Jeff Marder**
**2330 Fairway Court**
**Oxnard, CA 93036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_    _____
Name

| 3.849 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$2,325.14** |
|---|---|---|---|

**Jeff Marder**
**2330 Fairway Court**
**Oxnard, CA 93036**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.849 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$308.00** |
|---|---|---|---|

**Jeff Mellick**
**805 Harbour Watch Ct**
**Mount Pleasant, SC 29464**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.849 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$44.00** |
|---|---|---|---|

**Jeff Mercier**
**2342 Saratoga Bay Dr**
**West Palm Beach, FL 33409**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.849 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$87.00** |
|---|---|---|---|

**Jeff Miller**
**11108 Terrace Bluff Dr**
**Austin, TX 78754**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.849 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$762.00** |
|---|---|---|---|

**Jeff Miller**
**20963 Chatham Ridge Blvd**
**Westfield, IN 46074**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.850 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$56.00** |
|---|---|---|---|

**Jeff Moreau**
**140 Blazingstar Lane**
**Big Canoe, GA 30143**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.850 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$25.00** |
|---|---|---|---|

**Jeff N**
**12454 Read St.**
**Omaha, NE 68142**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

**3.850
2**

**Nonpriority creditor's name and mailing address**

**Jeff Neely**
**211 Briar Hollow Ln**
**Woodstock, GA 30188**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,219.00

---

**3.850
3**

**Nonpriority creditor's name and mailing address**

**Jeff Noel**
**560 Brush Creek Ct**
**Santa Rosa, CA 95404**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

**3.850
4**

**Nonpriority creditor's name and mailing address**

**Jeff Nott**
**544 Bevans Dr**
**San Jose, CA 95129**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$329.00

---

**3.850
5**

**Nonpriority creditor's name and mailing address**

**Jeff Nott**
**544 Bevans Dr**
**San Jose, CA 95129**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

**3.850
6**

**Nonpriority creditor's name and mailing address**

**Jeff O**
**17536 10th Ave Ne**
**Shoreline, WA 98155**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

**3.850
7**

**Nonpriority creditor's name and mailing address**

**Jeff P**
**3412 Brookwood Ln**
**Oxnard, CA 93036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.850
8**

**Nonpriority creditor's name and mailing address**

**Jeff P**
**364 Dover Lane**
**Roanoke, TX 76262**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

Debtor __Phoeno Wine Company, Inc.__        Case number *(if known)* _____
    Name

---

**3.8509**

**Nonpriority creditor's name and mailing address**
**Jeff P**
**4993 Ohear Ave Apt 4110**
**North Charleston, SC 29405**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.8510**

**Nonpriority creditor's name and mailing address**
**Jeff Pugrant**
**41564 Rue Chene**
**Ponchatoula, LA 70454**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$395.00**

---

**3.8511**

**Nonpriority creditor's name and mailing address**
**Jeff Pulford**
**6210 Massachusetts Ave**
**Bethesda, MD 20816**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,056.00**

---

**3.8512**

**Nonpriority creditor's name and mailing address**
**Jeff R**
**2049 Century Park East**
**Ste. 2700**
**Los Angeles, CA 90067**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.8513**

**Nonpriority creditor's name and mailing address**
**Jeff Reisner**
**9 Old Mill Rd**
**West Harrison, NY 10604**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$6,448.00**

---

**3.8514**

**Nonpriority creditor's name and mailing address**
**Jeff Ruddock**
**6213 Bandolero Dr**
**El Paso, TX 79912**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$3,243.00**

---

**3.8515**

**Nonpriority creditor's name and mailing address**
**Jeff S**
**125 World Of Tennis Sq**
**Lakeway, TX 78738**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
| | Name | | |

---

**3.851
6**

**Nonpriority creditor's name and mailing address**

**Jeff S**
**17090 Fitzpatrick Ln**
**Occidental, CA 95465**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$484.13

---

**3.851
7**

**Nonpriority creditor's name and mailing address**

**Jeff S**
**2176 Esperanca Ave**
**Santa Clara, CA 95054**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.851
8**

**Nonpriority creditor's name and mailing address**

**Jeff S**
**324 S Plumas St**
**Willows, CA 95988**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$706.00

---

**3.851
9**

**Nonpriority creditor's name and mailing address**

**Jeff S**
**5826 Meadows Del Mar**
**San Diego, CA 92130**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$704.00

---

**3.852
0**

**Nonpriority creditor's name and mailing address**

**Jeff S**
**683 Norfleet Rd**
**Atlanta, GA 30305**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$7.00

---

**3.852
1**

**Nonpriority creditor's name and mailing address**

**Jeff Sacco**
**5826 Meadows Del Mar**
**San Diego, CA 92130**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$5,709.00

---

**3.852
2**

**Nonpriority creditor's name and mailing address**

**Jeff Sassorossi**
**6202 University Ave**
**Middleton, WI 53562**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$175.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_    _____
Name

| 3.852 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,814.00** |
|---|---|---|---|

**Jeff Schalk**
**17090 Fitzpatrick Ln**
**Occidental, CA 95465**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.852 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$36.00** |
|---|---|---|---|

**Jeff Schiller**
**397 Lancaster Ave**
**Malvern, PA 19355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.852 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$218.00** |
|---|---|---|---|

**Jeff Schloemer**
**843 Paulson Cir**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.852 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$2,600.00** |
|---|---|---|---|

**Jeff Schultz**
**125 World Of Tennis Sq**
**Lakeway, TX 78738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.852 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$438.00** |
|---|---|---|---|

**Jeff Schweiger**
**1017 Summer Hl**
**Carmel, IN 46032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.852 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$28,059.00** |
|---|---|---|---|

**Jeff Shada**
**324 S Plumas St**
**Willows, CA 95988**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.852 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$82.00** |
|---|---|---|---|

**Jeff Smith**
**4201 Bayshore Blvd Unit 1703**
**Tampa, FL 33611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

---

**3.853 0**

**Nonpriority creditor's name and mailing address**

**Jeff Stewart**
**11644 Upper Peninsula Pl**
**Saint John, IN 46373**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$90.00

---

**3.853 1**

**Nonpriority creditor's name and mailing address**

**Jeff Syvrud**
**661 Danube Ave**
**Shakopee, MN 55379**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$29.00

---

**3.853 2**

**Nonpriority creditor's name and mailing address**

**Jeff Szczerbinski**
**201 Grand Ave**
**Hartford, WI 53027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$144.00

---

**3.853 3**

**Nonpriority creditor's name and mailing address**

**Jeff T**
**1512 Liberty Way Trail**
**Wylie, TX 75098**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

**3.853 4**

**Nonpriority creditor's name and mailing address**

**Jeff T**
**1603 4th Ave**
**Asbury Park, NJ 07712**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$4.00

---

**3.853 5**

**Nonpriority creditor's name and mailing address**

**Jeff Tanner**
**1603 4th Ave**
**Asbury Park, NJ 07712**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

**3.853 6**

**Nonpriority creditor's name and mailing address**

**Jeff Tellman**
**5761 W Larkspur Dr**
**Glendale, AZ 85304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$150.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
Name

| 3.853 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$214.00** |
| **Jeff Thomas** | ☐ Contingent | |
| **5554 S Peek Rd # 44** | ☐ Unliquidated | |
| **Katy, TX 77450** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** __Customer__ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.853 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28.00** |
| **Jeff Troyer** | ☐ Contingent | |
| **51077 Sail Bay Ct** | ☐ Unliquidated | |
| **Elkhart, IN 46514** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** __Customer__ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.853 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$92.53** |
| **Jeff V** | ☐ Contingent | |
| **4027 Ramitas Rd** | ☐ Unliquidated | |
| **Santa Barbara, CA 93110** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.854 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9.00** |
| **Jeff V** | ☐ Contingent | |
| **773 W Folley St** | ☐ Unliquidated | |
| **Chandler, AZ 85225** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.854 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$839.00** |
| **Jeff Vandellen** | ☐ Contingent | |
| **773 W Folley St** | ☐ Unliquidated | |
| **Chandler, AZ 85225** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** __Customer__ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.854 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$93.00** |
| **Jeff Vanderstelt** | ☐ Contingent | |
| **14103 NE 61st St** | ☐ Unliquidated | |
| **Redmond, WA 98052** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** __Customer__ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.854 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$120.00** |
| **Jeff Venable** | ☐ Contingent | |
| **14382 E 53rd Ln** | ☐ Unliquidated | |
| **Yuma, AZ 85367** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** __Customer__ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*    _____

| | |
|---|---|
| **3.854<br>4** | |

**Nonpriority creditor's name and mailing address**

**Jeff Voci**
**730 Fitzwater St**
**Philadelphia, PA 19147**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$857.00**

---

| |
|---|
| **3.854<br>5** |

**Nonpriority creditor's name and mailing address**

**Jeff W**
**1121 Blue Water Ct**
**Buford, GA 30518**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$337.00**

---

| |
|---|
| **3.854<br>6** |

**Nonpriority creditor's name and mailing address**

**Jeff W**
**153 Croyden Drive**
**Kernersville, NC 27284**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| |
|---|
| **3.854<br>7** |

**Nonpriority creditor's name and mailing address**

**Jeff W**
**901 Eagle Ridge Court**
**Mckinney, TX 75071**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| |
|---|
| **3.854<br>8** |

**Nonpriority creditor's name and mailing address**

**Jeff Warren**
**6242 N Paramount Blvd Bldg A**
**Long Beach, CA 90805**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

| |
|---|
| **3.854<br>9** |

**Nonpriority creditor's name and mailing address**

**Jeff Weness**
**1801 Wyndam Dr**
**Shakopee, MN 55379**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,118.00**

---

| |
|---|
| **3.855<br>0** |

**Nonpriority creditor's name and mailing address**

**Jeff Wilkerson**
**1121 Blue Water Ct**
**Buford, GA 30518**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$452.00**

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.855 | |
|---|---|
| 1 | |

**Nonpriority creditor's name and mailing address**

**Jeff Williams**
**307 Deepwood Rd**
**Chapel Hill, NC 27514**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,999.00**

---

| 3.855 | |
|---|---|
| 2 | |

**Nonpriority creditor's name and mailing address**

**Jeff Williams**
**709 Us Hwy 380**
**Bridgeport, TX 76426**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$84.00**

---

| 3.855 | |
|---|---|
| 3 | |

**Nonpriority creditor's name and mailing address**

**Jeff Willmore**
**10 E Orange Dr**
**Phoenix, AZ 85012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$328.00**

---

| 3.855 | |
|---|---|
| 4 | |

**Nonpriority creditor's name and mailing address**

**Jeff Wilson**
**265 Chestnut Walk Drive**
**Apex, NC 27523**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$341.00**

---

| 3.855 | |
|---|---|
| 5 | |

**Nonpriority creditor's name and mailing address**

**Jeff Yelencich**
**67915 S Forest Ave**
**Richmond, MI 48062**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$14,626.00**

---

| 3.855 | |
|---|---|
| 6 | |

**Nonpriority creditor's name and mailing address**

**Jefferson Lu**
**12812 Arabella Street**
**Cerritos, CA 90703**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$257.00**

---

| 3.855 | |
|---|---|
| 7 | |

**Nonpriority creditor's name and mailing address**

**Jefferson Noxon**
**10735 Valley Forge Dr**
**Houston, TX 77042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____        Case number *(if known)* _____
Name

| 3.855 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Jeffery B**
**786 Foerster St**
**San Francisco, CA 94127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.855 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,498.00 |
|---|---|---|---|

**Jeffery Mentel**
**12645 Olive Blvd Ste 300**
**Saint Louis, MO 63141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.856 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,725.00 |
|---|---|---|---|

**Jeffery Nuckles**
**760 Olivers Lane**
**Sutherlin, VA 24594**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.856 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.00 |
|---|---|---|---|

**Jeffey Ochoa**
**4866 Via De La Luna**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.856 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |
|---|---|---|---|

**Jeffey Reopell**
**90 Fairview Ave Apt 3-10**
**Kingston, NY 12401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.856 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $78.00 |
|---|---|---|---|

**Jeffrey Alper**
**14665 Reserve Ln**
**Naples, FL 34109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.856 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $291.00 |
|---|---|---|---|

**Jeffrey Armstrong**
**394 Ralston Creek St**
**Daniel Island, SC 29492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

**3.856 5**

**Nonpriority creditor's name and mailing address**

**Jeffrey Barry**
**4418 Broadway St**
**Pearland, TX 77581**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$32.00**

---

**3.856 6**

**Nonpriority creditor's name and mailing address**

**Jeffrey Bendler**
**403 Spring Garden Ln**
**W Cnshohocken, PA 19428**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$35.00**

---

**3.856 7**

**Nonpriority creditor's name and mailing address**

**Jeffrey Berg**
**8317 Club Ridge Drive**
**Apt 105**
**Austin, TX 78735**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$888.00**

---

**3.856 8**

**Nonpriority creditor's name and mailing address**

**Jeffrey Berkley**
**402 Northwood Drive**
**Orange, CT 06477**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$691.00**

---

**3.856 9**

**Nonpriority creditor's name and mailing address**

**Jeffrey Bettinger**
**204 Shaker Ridge Dr**
**Schenectady, NY 12309**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$293.00**

---

**3.857 0**

**Nonpriority creditor's name and mailing address**

**Jeffrey Bianco**
**970 W Broadway # E-129**
**Jackson, WY 83001**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,236.00**

---

**3.857 1**

**Nonpriority creditor's name and mailing address**

**Jeffrey Blank**
**6675 W Imlay St**
**Chicago, IL 60631**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$136.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

---

| 3.857 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$74.00** |
| **Jeffrey Bradley** | ☐ Contingent | |
| **2626 Maple St** | ☐ Unliquidated | |
| **Erie, PA 16508** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.857 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$56,463.00** |
| **Jeffrey Bryant** | ☐ Contingent | |
| **1567 Maple Ave** | ☐ Unliquidated | |
| **Evanston, IL 60201** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.857 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33.00** |
| **Jeffrey Burd** | ☐ Contingent | |
| **506b Mcknight Park Dr** | ☐ Unliquidated | |
| **Pittsburgh, PA 15237** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.857 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |
| **Jeffrey C** | ☐ Contingent | |
| **12463 Country White Cir** | ☐ Unliquidated | |
| **Tampa, FL 33635** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.857 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$181.56** |
| **Jeffrey C** | ☐ Contingent | |
| **580 Howard Street, #500** | ☐ Unliquidated | |
| **San Francisco, CA 94105** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.857 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22.00** |
| **Jeffrey C** | ☐ Contingent | |
| **5933 S 18th St** | ☐ Unliquidated | |
| **Milwaukee, WI 53221** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.857 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$439.00** |
| **Jeffrey Callahan** | ☐ Contingent | |
| **1325 Forest Glen Blvd** | ☐ Unliquidated | |
| **Batavia, OH 45103** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

| 3.857 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$164.00**

**Jeffrey Chambers**
**12463 Country White Cir**          ☐ Contingent
**Tampa, FL 33635**          ☐ Unliquidated
          ☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:  Customer**

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.858 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$32.00**

**Jeffrey Coleman**
**5933 S 18th St**          ☐ Contingent
**Milwaukee, WI 53221**          ☐ Unliquidated
          ☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:  Customer**

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.858 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$174.00**

**Jeffrey Coles**
**15959 Waterford Crest Pl**          ☐ Contingent
**Paeonian Springs, VA 20129**          ☐ Unliquidated
          ☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:  Customer**

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.858 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$1,940.00**

**Jeffrey Craig**
**Faushing Haus 747 S. Galena St**          ☐ Contingent
**C/O Fa8 Jeff Craig**          ☐ Unliquidated
**Aspen, CO 81611**          ☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:  Customer**

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.858 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$27.00**

**Jeffrey Curtis**
**26 Carolan Ave**          ☐ Contingent
**Hampton, NH 03842**          ☐ Unliquidated
          ☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:  Customer**

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.858 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$13.00**

**Jeffrey D**
**2427 Paradise Street**          ☐ Contingent
**Vernon, TX 76384**          ☐ Unliquidated
          ☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.858 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$686.00**

**Jeffrey Denniston**
**5032 Fulton St NW**          ☐ Contingent
**Washington, DC 20016**          ☐ Unliquidated
          ☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:  Customer**

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

---

**3.858 6**

**Nonpriority creditor's name and mailing address**

**Jeffrey Digregorio**
**565 Bellevue Ave Apt 2403**
**Oakland, CA 94610**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$683.00**

---

**3.858 7**

**Nonpriority creditor's name and mailing address**

**Jeffrey Dobbins**
**2427 Paradise Street**
**Vernon, TX 76384**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$237.00**

---

**3.858 8**

**Nonpriority creditor's name and mailing address**

**Jeffrey Drobick**
**685 Kalthoff Cmn**
**Livermore, CA 94550**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,644.00**

---

**3.858 9**

**Nonpriority creditor's name and mailing address**

**Jeffrey Edgerton**
**747 Elders Story Rd**
**Fort Mill, SC 29708**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$163.00**

---

**3.859 0**

**Nonpriority creditor's name and mailing address**

**Jeffrey Eiting**
**2100 Mckinney Ave Ste 700**
**Cbre**
**Dallas, TX 75201**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,799.00**

---

**3.859 1**

**Nonpriority creditor's name and mailing address**

**Jeffrey Engel**
**1001 Sw Higgins Ave Ste 102**
**Missoula, MT 59803**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,781.00**

---

**3.859 2**

**Nonpriority creditor's name and mailing address**

**Jeffrey Faiello**
**4899 Chardonnay Dr**
**Coral Springs, FL 33067**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$160.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

**3.859
3**

**Nonpriority creditor's name and mailing address**

**Jeffrey Fisher
480 Quail Ridge Dr
Westmont, IL 60559**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$324.00

---

**3.859
4**

**Nonpriority creditor's name and mailing address**

**Jeffrey Franklin
2214 Trieste Trl
Adams, TN 37010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$285.00

---

**3.859
5**

**Nonpriority creditor's name and mailing address**

**Jeffrey G
376 Green Winged Teal Rd
Kiawah Island, SC 29455**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$21.00

---

**3.859
6**

**Nonpriority creditor's name and mailing address**

**Jeffrey G
987 Fairchild Dr
Highlands Ranch, CO 80126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$837.00

---

**3.859
7**

**Nonpriority creditor's name and mailing address**

**Jeffrey Galgano
987 Fairchild Dr
Highlands Ranch, CO 80126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$3,851.00

---

**3.859
8**

**Nonpriority creditor's name and mailing address**

**Jeffrey Gojaniuk
8 Creamery Pl
Hamilton, NJ 08620**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,799.00

---

**3.859
9**

**Nonpriority creditor's name and mailing address**

**Jeffrey Goldberger
269 Palmer Hill Rd
Old Greenwich, CT 06870**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$113.00

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.860 0**

Nonpriority creditor's name and mailing address
**Jeffrey Grossman**
**376 Green Winged Teal Rd**
**Kiawah Island, SC 29455**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☐ No ☐ Yes

$1,246.00

---

**3.860 1**

Nonpriority creditor's name and mailing address
**Jeffrey H**
**404 Holmes Ct Nw**
**Vienna, VA 22180**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

**3.860 2**

Nonpriority creditor's name and mailing address
**Jeffrey Hall**
**404 Holmes Ct NW**
**Vienna, VA 22180**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$86.00

---

**3.860 3**

Nonpriority creditor's name and mailing address
**Jeffrey Harnden**
**3165 Fairmount Blvd**
**Cleveland Heights, OH 44118**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,840.00

---

**3.860 4**

Nonpriority creditor's name and mailing address
**Jeffrey Hoff**
**2437 Harbor Blvd Apt 103**
**Port Charlotte, FL 33952**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$179.00

---

**3.860 5**

Nonpriority creditor's name and mailing address
**Jeffrey Hogan**
**14040 Claridon Troy Rd**
**Burton, OH 44021**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$236.00

---

**3.860 6**

Nonpriority creditor's name and mailing address
**Jeffrey Holloman**
**286 2nd Ave**
**San Francisco, CA 94118**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,138.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

---

| 3.860 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeffrey Jacobs**
**2661 Sheila Ln**
**Marietta, GA 30062**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,670.00**

---

| 3.860 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeffrey Johnson**
**10260 Turtle Bay Cv**
**Fenton, MI 48430**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$873.00**

---

| 3.860 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeffrey Johnson**
**345 Alhambra Pl**
**West Palm Beach, FL 33405**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$199.00**

---

| 3.861 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeffrey K**
**7908 Royal Fern Ct**
**Clinton, MD 20735**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.861 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeffrey L**
**250 E 40th St Apt 27a**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$48.00**

---

| 3.861 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeffrey L**
**3865 W Cheyenne Ave**
**Suite 505**
**Las Vegas, NV 89032**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.861 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeffrey L**
**7535 Coley Avenue**
**Las Vegas, NV 89117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 3.861 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$116.00** |

**Jeffrey Lam**
**161 Front Street**
**30th Flr**
**New York, NY 10038**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.861 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$388.00** |

**Jeffrey Lang**
**6051 N Paseo Zaldivar**
**Tucson, AZ 85750**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.861 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$564.00** |

**Jeffrey Lim**
**250 E 40th St Apt 27a**
**New York, NY 10016**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.861 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$109.00** |

**Jeffrey Lin**
**19992 Santa Maria Ave**
**Castro Valley, CA 94546**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.861 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,948.00** |

**Jeffrey Lott**
**12018 Concho Bay Court**
**Houston, TX 77041**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.861 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |

**Jeffrey M**
**1924 Nw Copper Oaks Cir**
**Blue Springs, MO 64015**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.862 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |

**Jeffrey M**
**2 Campo Montoso**
**Santa Fe, NM 87506**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
         Name

---

**3.862
1**

**Nonpriority creditor's name and mailing address**

**Jeffrey M
7050 E Onza Ave
Mesa, AZ 85212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.862
2**

**Nonpriority creditor's name and mailing address**

**Jeffrey Mariner
601 N Rio Vista Blvd Apt 307
Fort Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$59.00

---

**3.862
3**

**Nonpriority creditor's name and mailing address**

**Jeffrey Mccreary
2 Campo Montoso
Santa Fe, NM 87506**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$229.00

---

**3.862
4**

**Nonpriority creditor's name and mailing address**

**Jeffrey Mclaughlin
7838 Perry Lake Rd
Clarkston, MI 48348**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$5,446.00

---

**3.862
5**

**Nonpriority creditor's name and mailing address**

**Jeffrey Miller
1924 NW Copper Oaks Cir
Blue Springs, MO 64015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$355.00

---

**3.862
6**

**Nonpriority creditor's name and mailing address**

**Jeffrey Newsome
3541 Old Lighthouse Cir
Wellington, FL 33414**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.862
7**

**Nonpriority creditor's name and mailing address**

**Jeffrey Passilla
140 Baldwin Street Ext
Meadville, PA 16335**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$300.00

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.862 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeffrey Payne**
**215 W Broad St Ste A**
**Statesville, NC 28677**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$40.00

---

| 3.862 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeffrey Peloquin**
**90 Westcott Rd**
**Danielson, CT 06239**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$2,185.00

---

| 3.863 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeffrey Randazzo**
**11 Corral Lane**
**Goshen, NY 10924**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$38.00

---

| 3.863 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeffrey Reasner**
**755 W Pine St**
**Zionsville, IN 46077**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$88.00

---

| 3.863 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeffrey Rodriguez**
**331 Corporate Cir Ste J**
**Golden, CO 80401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$44.00

---

| 3.863 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeffrey Roush**
**2085 Regent Park Dr**
**Bellbrook, OH 45305**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$96.00

---

| 3.863 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeffrey S**
**124 Castleton Ct**
**San Ramon, CA 94583**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.863 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $123.45 |

**Jeffrey S**
**580 Howard Street**
**San Francisco, CA 94105**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.00 |

**Jeffrey Sardegna**
**2390 Hogan Ln**
**Lk Havasu Cty, AZ 86406**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $599.00 |

**Jeffrey Schellenger**
**360 Creamery Way Unit 2122**
**Exton, PA 19341**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,383.00 |

**Jeffrey Seiple**
**3 Stoney Knoll Ln**
**Carlisle, PA 17015**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $290.00 |

**Jeffrey Seleb**
**6033 N Sheridan Rd Apt 32g**
**Chicago, IL 60660**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.864 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $877.55 |

**Jeffrey Shaw**
**580 Howard St**
**#500**
**San Francisco, CA 94105**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.864 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $156,500.00 |

**Jeffrey Shaw**
**580 Howard Street**
**Unit 500**
**San Francisco, CA 94105**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Indemnification Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.864<br>2 | **Nonpriority creditor's name and mailing address**<br>**Jeffrey Slike**<br>**140 Oakdale Dr**<br>**Zelienople, PA 16063** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$337.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.864<br>3 | **Nonpriority creditor's name and mailing address**<br>**Jeffrey Snyder**<br>**83 Walnut Road**<br>**Ocean City, NJ 08226** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.864<br>4 | **Nonpriority creditor's name and mailing address**<br>**Jeffrey Sparling**<br>**3001 Rossmore Pl**<br>**Oklahoma City, OK 73120** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$132.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.864<br>5 | **Nonpriority creditor's name and mailing address**<br>**Jeffrey Spratt**<br>**7870 Grinnell Ct E**<br>**Lakeville, MN 55044** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$427.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.864<br>6 | **Nonpriority creditor's name and mailing address**<br>**Jeffrey Starling**<br>**7 Calle Boveda**<br>**San Clemente, CA 92673** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$384.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.864<br>7 | **Nonpriority creditor's name and mailing address**<br>**Jeffrey Stone**<br>**15 Glenside Rd**<br>**South Orange, NJ 07079** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,560.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.864<br>8 | **Nonpriority creditor's name and mailing address**<br>**Jeffrey Swartz**<br>**124 Ridgewood Ave**<br>**Hyannis, MA 02601** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$190.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name                                                    Case number (if known)

---

| 3.864 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeffrey T**
**6 Boars Nest Ln**
**Savannah, GA 31411**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$51.00**

---

| 3.865 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeffrey Thompson**
**1123 Poplar St**
**Ramona, CA 92065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$6,421.00**

---

| 3.865 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeffrey Tocci**
**6 Boars NEst Ln**
**Savannah, GA 31411**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$111.00**

---

| 3.865 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeffrey V**
**4274 Pearl Rd Ste F**
**Cleveland, OH 44109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$44.00**

---

| 3.865 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeffrey Verespej**
**4274 Pearl Rd Ste F**
**Cleveland, OH 44109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$212.00**

---

| 3.865 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeffrey W**
**1945 Washington St**
**504**
**San Francisco, CA 94109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$1.75**

---

| 3.865 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeffrey Warren**
**818 Courtland Ave**
**Park Ridge, IL 60068**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,213.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known)    _____
          Name

---

| 3.865 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,759.00** |

**Jeffrey Willis**
**25604 Sw Canyon Creek Rd**
**Apt T304**
**Wilsonville, OR 97070**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.865 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,699.00** |

**Jeffrey Wooten**
**317 George Street**
**Suite 320**
**New Brunswick, NJ 08901**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.865 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$78.00** |

**Jeffrey Zehngut**
**2971 Paxton Rd**
**Shaker Hts, OH 44120**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.865 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$59.25** |

**Jeffreyshapiro**
**3224 Fulton Ave**
**Oceanside, NY 11572**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.866 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,240.00** |

**Jeffreyshaw**
**4501 E Calle Del Norte**
**Phoenix, AZ 85018**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.866 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$124.00** |

**Jelena Vasic**
**193 Spring St Apt 3f**
**New York, NY 10012**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.866 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$361.00** |

**Jelly Crossley**
**5315 Tinker Round St**
**Katy, TX 77493**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*    _____

---

| 3.866 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jen Chess**
**1809 Fremont Ave S**
**Minneapolis, MN 55403**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

| 3.866 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jen Chester**
**1022 N Bumby Ave**
**Orlando, FL 32803**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$320.00**

---

| 3.866 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jen F**
**3905 Eaton Street**
**Wheat Ridge, CO 80212**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

| 3.866 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jen Fisher**
**3524 Carlton Square Pl**
**Raleigh, NC 27612**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.866 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jen Gulvik**
**1615 Baltimore Ave**
**Generator Studio**
**Kansas City, MO 64108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$42.00**

---

| 3.866 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jen Huber**
**31 Plum Pl**
**Islip, NY 11751**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$116.00**

---

| 3.866 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jen Klabouch**
**39 Ashburton Place**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.867 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jen Opie**
**2066 Navajo Trl**
**Lafayette, CO 80026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$239.00

---

| 3.867 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jen Romano**
**3 Jefferson St**
**Stratford, CT 06615**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,656.00

---

| 3.867 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jen Ross**
**5729 Greenfield Dr**
**Galena, OH 43021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,878.00

---

| 3.867 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jen S**
**2108 Imola Ave Suite A**
**Napa, CA 94559**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$35.00

---

| 3.867 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jen Spills**
**12610 West Buena Vista Dr**
**Galveston, TX 77554**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$42.00

---

| 3.867 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jen Talerico**
**51 Dolly Drive**
**Parsippany, NJ 07054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$813.00

---

| 3.867 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jen Thieman**
**1533 England Dr**
**Apt, Suite, Floor, Etc**
**Columbus, OH 43240**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$186.00

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

| 3.867 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jen V**
**Ge Brown**
**652 Old Post Road**
**Bedford, NY 10506**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.867 8 |

**Nonpriority creditor's name and mailing address**
**Jen Yang**
**35 Grape Shot Road**
**Sharon, MA 02067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          **$28.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.867 9 |

**Nonpriority creditor's name and mailing address**
**Jendix**
**32484 Worden Pass**
**Wesley Chapel, FL 33543**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          **$686.84**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.868 0 |

**Nonpriority creditor's name and mailing address**
**Jeneane H**
**16005 Humboldt Peak Dr**
**Broomfield, CO 80023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          **$50.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.868 1 |

**Nonpriority creditor's name and mailing address**
**Jenefer Duane**
**2705 Quakenbush Rd**
**Snow Camp, NC 27349**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          **$240.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.868 2 |

**Nonpriority creditor's name and mailing address**
**Jenessa D**
**11815 Neering Dr.**
**Dallas, TX 75218**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          **$10.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.868 3 |

**Nonpriority creditor's name and mailing address**
**Jeneva Marmolejo**
**1414 Lumina Ct.**
**Midland, TX 79705**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          **$222.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

| 3.868 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jeng Hsu**
**11707 NEff St**
**Houston, TX 77072**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$80.00**

---

| 3.868 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jenica Ghorashi**
**701 Parkview Ave**
**Dallas, TX 75223**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,243.00**

---

| 3.868 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jenifer R**
**20 Westview Lane**
**Brookfield, CT 06804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| 3.868 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jenn A**
**718 Kings Croft**
**Cherry Hill, NJ 08034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.868 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jenn Garbera**
**55 Macey Ln**
**Plattsburgh, NY 12901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.50**

---

| 3.868 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jenn Nelson**
**370 Central Park W Apt 512**
**New York, NY 10025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$44.00**

---

| 3.869 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jenna Cherchio**
**5456 W Agatite Ave**
**Chicago, IL 60630**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

Debtor    **Phoeno Wine Company, Inc.**                    Case number (if known) _____
                Name

| 3.869<br>1 | **Nonpriority creditor's name and mailing address**<br>**Jenna Davis**<br>**11041 Ballweg Lane**<br>**Fort Myers, FL 33908** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$23.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.869<br>2 | **Nonpriority creditor's name and mailing address**<br>**Jenna Eaton**<br>**9455 Compass Point Dr S**<br>**San Diego, CA 92126** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$32.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.869<br>3 | **Nonpriority creditor's name and mailing address**<br>**Jenna Fortner**<br>**1429 Fairmont Ave NW Ste E**<br>**Atlanta, GA 30318** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$28.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.869<br>4 | **Nonpriority creditor's name and mailing address**<br>**Jenna Harbison**<br>**75 Gough St**<br>**Apt 11**<br>**San Francisco, CA 94102** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$33.29** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.869<br>5 | **Nonpriority creditor's name and mailing address**<br>**Jenna K**<br>**6 Bell Drive**<br>**Morristown, NJ 07960** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$20.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.869<br>6 | **Nonpriority creditor's name and mailing address**<br>**Jenna M**<br>**7 Waldron Ct**<br>**Greensboro, NC 27408** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.869<br>7 | **Nonpriority creditor's name and mailing address**<br>**Jenna Masoero**<br>**19442 185th Ave Se**<br>**Renton, WA 98058** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$75.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                      Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| **3.869 8** | **Nonpriority creditor's name and mailing address** | **$666.00** |

**Jenna Nelson**
**1360 NW 121st St**
**Clive, IA 50325**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.869 9** | **Nonpriority creditor's name and mailing address** | **$33.00** |

**Jenni Hackworth**
**17524 Lake Overlook Ct**
**Monument, CO 80132**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.870 0** | **Nonpriority creditor's name and mailing address** | **$355.40** |

**Jenni Jamieson**
**3 Buckhorn Ct**
**San Rafael, CA 94903**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.870 1** | **Nonpriority creditor's name and mailing address** | **$380.00** |

**Jennie Latimer**
**185b Kenner Ave**
**Nashville, TN 37205**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.870 2** | **Nonpriority creditor's name and mailing address** | **$1,058.00** |

**Jennie Morgan**
**2345 Finchley Rd**
**Carmel, IN 46032**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.870 3** | **Nonpriority creditor's name and mailing address** | **$35.00** |

**Jennifer Akers**
**423 Jones Peak Dr**
**Simpsonville, SC 29681**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.870 4** | **Nonpriority creditor's name and mailing address** | **$19.00** |

**Jennifer Alexander**
**2069 W Diamond Bar Rd**
**Rathdrum, ID 83858**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
      Name                                                    Case number (if known)

---

**3.870**
**5**

**Nonpriority creditor's name and mailing address**
**Jennifer Amdur**
**1177 Fairfield Beach Rd**
**Fairfield, CT 06824**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☐ No  ☐ Yes

**$6,468.00**

---

**3.870**
**6**

**Nonpriority creditor's name and mailing address**
**Jennifer B**
**10041 40th Ave Ne**
**Seattle, WA 98125**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No  ☐ Yes

**$133.00**

---

**3.870**
**7**

**Nonpriority creditor's name and mailing address**
**Jennifer B**
**2147 Fernleaf Park Dr Nw**
**Atlanta, GA 30318**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No  ☐ Yes

**$27.00**

---

**3.870**
**8**

**Nonpriority creditor's name and mailing address**
**Jennifer B**
**358 West Lane**
**Clark, NJ 07066**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No  ☐ Yes

**$930.00**

---

**3.870**
**9**

**Nonpriority creditor's name and mailing address**
**Jennifer B 12493**
**358 West Lane**
**Clark, NJ 07066**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No  ☐ Yes

**$25.00**

---

**3.871**
**0**

**Nonpriority creditor's name and mailing address**
**Jennifer Bayless**
**415 E Quartz Rock Rd**
**Phoenix, AZ 85085**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

**$1,309.00**

---

**3.871**
**1**

**Nonpriority creditor's name and mailing address**
**Jennifer Beach**
**10041 40th Ave NE**
**Seattle, WA 98125**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

**$2,317.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
          Name

| | | | |
|---|---|---|---|
| **3.871 2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$98.00** |

**Jennifer Benison**
**172 Mayson Ave NE**
**Atlanta, GA 30307**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| **3.871 3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,408.00** |

**Jennifer Bernstein**
**4062 Nogales Drive**
**Tarzana, CA 91356**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| **3.871 4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$158.00** |

**Jennifer Blaha**
**Fedex**
**3757 W. Market St**
**Fairlawn, OH 44333**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| **3.871 5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44.00** |

**Jennifer Bolz**
**10424 Marine View Dr Sw**
**Seattle, WA 98146**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| **3.871 6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,521.00** |

**Jennifer Borkowski**
**1615 Ludlow Rd**
**Marco Island, FL 34145**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| **3.871 7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7.00** |

**Jennifer C**
**121 Glenwood Drive**
**Metairie, LA 70005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| **3.871 8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$96.00** |

**Jennifer C**
**4504 Planters Row**
**Murrells Inlet, SC 29576**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name                                           Case number *(if known)*   _____

---

| 3.871 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jennifer C**
**672 W Placita Vega Vista**
**Tucson, AZ 85737**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$27.00

---

| 3.872 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jennifer Cahill**
**21106 Foxtail**
**Mission Viejo, CA 92692**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.872 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jennifer Cameron**
**2110 W Roscoe St**
**Custom Eyes**
**Chicago, IL 60613**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$285.00

---

| 3.872 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jennifer Caulfield**
**27 Hoppin Ave**
**Montauk, NY 11954**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$84.00

---

| 3.872 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jennifer Chenault**
**672 W Placita Vega Vista**
**Tucson, AZ 85737**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,737.00

---

| 3.872 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jennifer Connolly**
**4243 Dulcey Dr**
**San Jose, CA 95136**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$40.00

---

| 3.872 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jennifer Coradi**
**4504 Planters Row**
**Murrells Inlet, SC 29576**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$687.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.872 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $18.00 |
|---|---|---|---|

**Jennifer D**
**105 Fletcher Lake Ave**
**Bradley Beach, NJ 07720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.872 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $245.00 |
|---|---|---|---|

**Jennifer Damico**
**17 Woodworth St**
**Suffield, CT 06078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.872 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $643.00 |
|---|---|---|---|

**Jennifer Davis**
**9 Jennings Dr**
**Bennington, VT 05201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.872 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $58.00 |
|---|---|---|---|

**Jennifer Demers**
**8 Day Ave**
**Saco, ME 04072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $650.00 |
|---|---|---|---|

**Jennifer Diaz**
**133 Southwold Dr**
**Cary, NC 27519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $939.00 |
|---|---|---|---|

**Jennifer Doherty**
**105 Fletcher Lake Ave**
**Bradley Beach, NJ 07720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $238.00 |
|---|---|---|---|

**Jennifer Donegan**
**3390 Quaas Dr**
**West Bend, WI 53095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

---

| 3.873 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $23.38 |

**Jennifer E**
**20900 Homestead Road**
**Apt 75j**
**Cupertino, CA 95014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $18.00 |

**Jennifer E**
**6046 Fm 2920 #332**
**Spring, TX 77379**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $15.00 |

**Jennifer Edmondson**
**7 Quarry Village Road**
**Cheshire, CT 06410**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $328.00 |

**Jennifer Ellard**
**326 Robin Dr**
**Corte Madera, CA 94925**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $174.00 |

**Jennifer Ellenberger**
**1820 Castellina Dr**
**Brentwood**
**Brentwood, CA 94513**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $331.00 |

**Jennifer Eller**
**2745 Briarcliff Ave**
**Henderson, NV 89074**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $320.00 |

**Jennifer Etheridge**
**867 Northcliffe Dr NW**
**Atlanta, GA 30318**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
Name

| | |
|---|---|
| 3.874 0 | |

**Nonpriority creditor's name and mailing address**
**Jennifer Eversole**
**4453 Brentwood Court**
**Roanoke, VA 24018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$562.00**

---

| | |
|---|---|
| 3.874 1 | |

**Nonpriority creditor's name and mailing address**
**Jennifer Ewell**
**1314 N Martway Dr**
**Olathe, KS 66061**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$408.00**

---

| | |
|---|---|
| 3.874 2 | |

**Nonpriority creditor's name and mailing address**
**Jennifer F**
**1087 Highland Ave**
**Lake Forest, IL 60045**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| | |
|---|---|
| 3.874 3 | |

**Nonpriority creditor's name and mailing address**
**Jennifer Fairchild**
**5 Mountain Brook Way**
**26**
**Waterville Valley, NH 03215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$216.00**

---

| | |
|---|---|
| 3.874 4 | |

**Nonpriority creditor's name and mailing address**
**Jennifer Fillman**
**12304 Camberwell Ct**
**Raleigh, NC 27614**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| | |
|---|---|
| 3.874 5 | |

**Nonpriority creditor's name and mailing address**
**Jennifer Fogarty**
**205 Country Club Boulevard**
**Weirton, WV 26062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| | |
|---|---|
| 3.874 6 | |

**Nonpriority creditor's name and mailing address**
**Jennifer Fogle**
**1087 Highland Ave**
**Lake Forest, IL 60045**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$355.00**

---

Debtor    **Phoeno Wine Company, Inc.**                                   Case number *(if known)* _____
　　　　　　　Name

---

| 3.874 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**　　　　As of the petition filing date, the claim is: *Check all that apply.*　　　**$619.00**

**Jennifer Fortuna**
**1000 N North Branch St**
**C/O Domaine Storage**
**Chicago, IL 60642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:　Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.874 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**　　　　As of the petition filing date, the claim is: *Check all that apply.*　　　**$0.00**

**Jennifer Foster**
**5056 Renton Ave S**
**Unit B**
**Seattle, WA 98118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:　Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.874 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**　　　　As of the petition filing date, the claim is: *Check all that apply.*　　　**$32.00**

**Jennifer G**
**1837 Santa Fe Ave**
**Del Mar, CA 92014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:　Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**　　　　As of the petition filing date, the claim is: *Check all that apply.*　　　**$1,527.00**

**Jennifer Galang**
**217181 River Vista Dr**
**Mosinee, WI 54455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:　Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**　　　　As of the petition filing date, the claim is: *Check all that apply.*　　　**$4,966.00**

**Jennifer Galluzzo**
**5908 Meadowdale Dr**
**Rocklin, CA 95677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:　Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**　　　　As of the petition filing date, the claim is: *Check all that apply.*　　　**$283.00**

**Jennifer Garlington**
**8600 Technology Way**
**Reno, NV 89521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:　Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**　　　　As of the petition filing date, the claim is: *Check all that apply.*　　　**$11,352.00**

**Jennifer Gilson**
**10618 N Sundown Dr**
**Scottsdale, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:　Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

---

| 3.875 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jennifer Giovino**
**3401 Mammoth Grove Road**
**Lake Wales, FL 33898**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

| 3.875 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jennifer Golden**
**23 Lake St Apt 2**
**Somerville, MA 02143**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

| 3.875 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jennifer Gunderson**
**900 65th Street, Apt 68**
**Apt 68**
**Windsor Heights, IA 50324**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$580.00**

---

| 3.875 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jennifer H**
**119 South Monroe Street**
**Suite 202**
**Tallahassee, FL 32301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$34.00**

---

| 3.875 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jennifer H**
**1305 Ruth Avenue**
**Austin, TX 78757**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.875 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jennifer H**
**1615 White Oak Rd**
**Perkasie, PA 18944**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

| 3.876 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jennifer H**
**2900 Ridgewood Cir Nw**
**Atlanta, GA 30327**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$44.00**

---

Debtor  **Phoeno Wine Company, Inc.**
_____
　　　Name

Case number *(if known)* _____

---

| 3.876 |
|-------|
| 1 |

**Nonpriority creditor's name and mailing address**

**Jennifer Halpenny**
**6 Michelle Ct**
**Trophy Club, TX 76262**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**　**Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$13.00**

---

| 3.876 |
|-------|
| 2 |

**Nonpriority creditor's name and mailing address**

**Jennifer Hill**
**238 Illinois Ave**
**Lorain, OH 44052**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**　**Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$23.00**

---

| 3.876 |
|-------|
| 3 |

**Nonpriority creditor's name and mailing address**

**Jennifer Howland**
**1728 B Ave NE**
**Cedar Rapids, IA 52402**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**　**Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$280.00**

---

| 3.876 |
|-------|
| 4 |

**Nonpriority creditor's name and mailing address**

**Jennifer I**
**922 Austin Ave**
**Atlanta, GA 30307**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**　**Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.876 |
|-------|
| 5 |

**Nonpriority creditor's name and mailing address**

**Jennifer Irvine**
**7411 S Faul St**
**Tampa, FL 33616**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**　**Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,629.00**

---

| 3.876 |
|-------|
| 6 |

**Nonpriority creditor's name and mailing address**

**Jennifer J**
**19238 Meadow Pine Dr**
**Tampa, FL 33647**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**　**Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

| 3.876 |
|-------|
| 7 |

**Nonpriority creditor's name and mailing address**

**Jennifer J**
**3929 Poppyseed Place**
**Calabasas, CA 91302**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**　**Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

---

**3.876
8**

**Nonpriority creditor's name and mailing address**
**Jennifer Jastrzembski**
**19238 Meadow Pine Dr**
**Tampa, FL 33647**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$66.00

---

**3.876
9**

**Nonpriority creditor's name and mailing address**
**Jennifer Jensen**
**6275 Nancy Ridge Dr Ste 100**
**San Diego, CA 92121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$28.00

---

**3.877
0**

**Nonpriority creditor's name and mailing address**
**Jennifer Johnson**
**711 16th Ave S**
**St Petersburg, FL 33701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,722.00

---

**3.877
1**

**Nonpriority creditor's name and mailing address**
**Jennifer Jordanurich**
**8131 S. Kenwood Lane**
**Tempe, AZ 85284**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.877
2**

**Nonpriority creditor's name and mailing address**
**Jennifer K**
**10615 Autumnsong Ct.**
**Highlands Ranch, CO 80126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.877
3**

**Nonpriority creditor's name and mailing address**
**Jennifer K**
**1400 Lombardi Ave**
**Ste 105**
**Green Bay, WI 54304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.877
4**

**Nonpriority creditor's name and mailing address**
**Jennifer Kanak**
**5515 Michaux St**
**Houston, TX 77009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number _(if known)_   _____
             Name

| 3.877 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,941.00** |

**Jennifer Keuning**
**1400 Lombardi Ave**
**Ste 105**
**Green Bay, WI 54304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.877 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$15.00** |

**Jennifer Klemann**
**5050 Ne Hoyt St**
**Ste 514**
**Portland, OR 97213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.877 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,988.00** |

**Jennifer Knox**
**67 Manning Blvd**
**Apt 1**
**Albany, NY 12203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.877 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$525.00** |

**Jennifer Kotila**
**10571 Niblick Lane**
**Eden Prairie, MN 55347**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.877 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$35.00** |

**Jennifer Kunkel**
**747 Hanami Ln NE Apt 321**
**Bainbridge Island, WA 98110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.878 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$105.00** |

**Jennifer Kuntz**
**70 Midwood Lane**
**Boynton Beach, FL 33436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.878 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$30.00** |

**Jennifer L**
**3250 Veterans Memorial Hwy**
**Bohemia, NY 11716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name    Case number *(if known)*

| 3.878 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$141.00** |

**Jennifer Landrum**
**1432 Becknel Ave**
**Odenton, MD 21113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.878 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$87.00** |

**Jennifer Lebin**
**4175 N Oakland Ave Unit 306**
**Shorewood, WI 53211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.878 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$56.00** |

**Jennifer Locke**
**1040 Whittier Circle**
**Oviedo, FL 32765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.878 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$592.00** |

**Jennifer Lockemeyer**
**147 Chestnut Hill Dr**
**Rochester, NY 14617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.878 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,927.00** |

**Jennifer Loudin**
**471 Vonderheide Ln**
**Kalispell, MT 59901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.878 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**Jennifer M**
**212 Faskin Ln**
**Lexington, SC 29072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.878 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$198.00** |

**Jennifer M**
**C/O Vine Vault**
**764 Miami Circle Ne #211**
**Atlanta, GA 30324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
Name

---

| 3.878 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jennifer Major**
**7240 Nall Ave**
**Prairie Village, KS 66208**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$23.00**

---

| 3.879 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jennifer Mcallister**
**350 Monon Blvd Apt 518**
**Carmel, IN 46032**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$150.00**

---

| 3.879 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jennifer Medlin**
**3920 Annels Ct**
**Fort Worth, TX 76109**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$28.00**

---

| 3.879 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jennifer Mellor**
**2543 E Robb Ln**
**Phoenix, AZ 85024**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$89.00**

---

| 3.879 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jennifer Miller**
**3841 Arundel Avenue**
**Fort Worth, TX 76109**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,824.00**

---

| 3.879 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jennifer Moe**
**9550 Weathervane Dr.**
**Jennifer Moe**
**Chagrin Falls, OH 44023**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$87.00**

---

| 3.879 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jennifer Montague**
**9505 Garrett Park Place**
**Brentwood, TN 37027**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,390.00**

---

Debtor  **Phoeno Wine Company, Inc.**
        Name
                                          Case number *(if known)*

---

**3.8796**

**Nonpriority creditor's name and mailing address**
**Jennifer Morton**
**10796 Arundel Ave**
**Las Vegas, NV 89135**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$38.00**

---

**3.8797**

**Nonpriority creditor's name and mailing address**
**Jennifer Muzzy**
**4234 W 7lks 112 Glen Cove Ln**
**112 Glen Cove - Physical Address**
**West End, NC 27376**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$188.00**

---

**3.8798**

**Nonpriority creditor's name and mailing address**
**Jennifer N**
**3503 Pine Hollow Dr**
**Pearland, TX 77581**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.8799**

**Nonpriority creditor's name and mailing address**
**Jennifer N 9732**
**5122 Westminster Place**
**Saint Louis, MO 63108**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$153.02**

---

**3.8800**

**Nonpriority creditor's name and mailing address**
**Jennifer Neely**
**120 Chester Way**
**Chester, MD 21619**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$611.00**

---

**3.8801**

**Nonpriority creditor's name and mailing address**
**Jennifer Nolasco**
**3 Lake Shore Dr**
**Southwick, MA 01077**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$27.00**

---

**3.8802**

**Nonpriority creditor's name and mailing address**
**Jennifer Ott**
**513 Gallberry Dr**
**Cary, NC 27519**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$8,080.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.880 3**

**Nonpriority creditor's name and mailing address**

**Jennifer Q**
**398 E Lemon Creek Rd**
**Berrien Springs, MI 49103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$51.00**

---

**3.880 4**

**Nonpriority creditor's name and mailing address**

**Jennifer Quail**
**398 E Lemon Creek Rd**
**Berrien Springs, MI 49103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,398.00**

---

**3.880 5**

**Nonpriority creditor's name and mailing address**

**Jennifer Quinones**
**7910 West Dr #207**
**North Bay Village, FL 33141**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.880 6**

**Nonpriority creditor's name and mailing address**

**Jennifer Rakaphoume**
**1393 E Omaha Ave**
**Fresno, CA 93720**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$288.00**

---

**3.880 7**

**Nonpriority creditor's name and mailing address**

**Jennifer Regan**
**13539 Yorba St**
**Santa Ana, CA 92705**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,183.00**

---

**3.880 8**

**Nonpriority creditor's name and mailing address**

**Jennifer Reichenbacher**
**5 Anderson Ln**
**Newburyport, MA 01950**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$142.00**

---

**3.880 9**

**Nonpriority creditor's name and mailing address**

**Jennifer S**
**0s440 Crego Place**
**Geneva, IL 60134**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.881 0**

**Nonpriority creditor's name and mailing address**

**Jennifer S**
**101 Hickory Spring Rd**
**Greenville, DE 19807**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.881 1**

**Nonpriority creditor's name and mailing address**

**Jennifer S**
**16019 S 40th Way**
**Phoenix, AZ 85048**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$33.00**

---

**3.881 2**

**Nonpriority creditor's name and mailing address**

**Jennifer S**
**206 Murgate Lane**
**Owings Mills, MD 21117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.881 3**

**Nonpriority creditor's name and mailing address**

**Jennifer S**
**23969 High Meadow Dr**
**Golden, CO 80401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.881 4**

**Nonpriority creditor's name and mailing address**

**Jennifer S 4122**
**111 Mccormick Ct**
**Napa, CA 94558**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$36,172.03**

---

**3.881 5**

**Nonpriority creditor's name and mailing address**

**Jennifer S 9373**
**10300 Arnes Ct**
**Roscommon, MI 48653**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$482.56**

---

**3.881 6**

**Nonpriority creditor's name and mailing address**

**Jennifer Sawyer**
**19 Watervliet Ave**
**Pompton Lakes, NJ 07442**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer

Is the claim subject to offset? ■ No ☐ Yes

**$122.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

**3.881**
**7**

**Nonpriority creditor's name and mailing address**

**Jennifer Schaffer**
**16019 S 40th Way**
**Phoenix, AZ 85048**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.881**
**8**

**Nonpriority creditor's name and mailing address**

**Jennifer Scheer**
**10343 209th St W**
**Lakeville, MN 55044**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$62.00

---

**3.881**
**9**

**Nonpriority creditor's name and mailing address**

**Jennifer Schumacher**
**140 Hillingdon Ct.**
**Marietta, GA 30067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$135.00

---

**3.882**
**0**

**Nonpriority creditor's name and mailing address**

**Jennifer Schumacher**
**140 Hillingdon Ct.**
**Marietta, GA 30067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$84.00

---

**3.882**
**1**

**Nonpriority creditor's name and mailing address**

**Jennifer Schupmann**
**0s440 Crego Place**
**Geneva, IL 60134**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$3,137.00

---

**3.882**
**2**

**Nonpriority creditor's name and mailing address**

**Jennifer Seifert**
**101 Hickory Spring Rd**
**Greenville, DE 19807**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$210.00

---

**3.882**
**3**

**Nonpriority creditor's name and mailing address**

**Jennifer Shoemaker**
**111 Mccormick Ct**
**Napa, CA 94558**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_    _____
Name

---

| 3.882 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |

**Jennifer Shoemaker**
**111 Mccormick Ct**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.882 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$28.00** |

**Jennifer Slater**
**407 W Elm St**
**East Rochester, NY 14445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.882 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$23.00** |

**Jennifer Sparks**
**814 6th Ave Ne**
**Chisholm, MN 55719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.882 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$599.00** |

**Jennifer Stivrins**
**198 Niantic River Rd**
**Waterford, CT 06385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.882 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$391.00** |

**Jennifer Sullivan**
**10277 Lemon Thyme Street**
**Las Vegas, NV 89183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.882 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$75.00** |

**Jennifer Surprenant**
**16 W 21st St Apt 3a**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.883 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$25.00** |

**Jennifer T**
**109 4th St South**
**Apt 3**
**Bradenton Beach, FL 34217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| 3.883<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $792.00 |
|---|---|---|---|

**Jennifer Taranow**
**1200 S College Ave # L7**
**Fort Collins, CO 80524**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.883<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,585.00 |
|---|---|---|---|

**Jennifer Thompson**
**109 4th St South**
**Apt 3**
**Bradenton Beach, FL 34217**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.883<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $212.00 |
|---|---|---|---|

**Jennifer Tokarek**
**2156 Dogwood Ranch Ave**
**Henderson, NV 89052**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.883<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $165.00 |
|---|---|---|---|

**Jennifer Tunnard**
**701a Laurel Lane**
**Heritage Hills Community**
**Somers, NY 10589**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.883<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $116.00 |
|---|---|---|---|

**Jennifer Tyner**
**11914 Haddon Ln**
**Woodbridge, VA 22192**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.883<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Jennifer V**
**4710 Don Dr**
**Dallas, TX 75228**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.883<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $472.00 |
|---|---|---|---|

**Jennifer Vanvoorhis**
**300 Somerset Street #440**
**Harrison, NJ 07029**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

_____
Name

Case number (if known) _____

---

| 3.883 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jennifer W**
**950 Franklin St**
**77 Care Of Bill Scott**
**San Francisco, CA 94109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$55.00

---

| 3.883 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jennifer Waldie**
**539 E 9 Mile Rd**
**Ferndale, MI 48220**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$872.00

---

| 3.884 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jennifer Waters**
**5596 Whitesboro Rd**
**Whitesboro, NY 13492**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| 3.884 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jennifer Weaver**
**9421 Barrington Oaks Dr**
**Dover, FL 33527**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$58.00

---

| 3.884 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jennifer Wheeler**
**4605 Saxon Dr**
**Plano, TX 75096**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$1,629.00

---

| 3.884 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jennifer Wilshire**
**1649 Strathmore Cir**
**C/O Carol**
**Mount Dora, FL 32757**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$82.00

---

| 3.884 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jennifer Young**
**7148 Rotherham Drive**
**Mechanicsville, VA 23116**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$320.00

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.884 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$490.00** |
|---|---|---|---|

**Jenny Back**
**2187 Hunters Ridge Blvd**
**Beavercreek, OH 45434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.884 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$112.00** |
|---|---|---|---|

**Jenny Bae**
**935 Azalea Dr**
**Sunnyvale, CA 94086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.884 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27.00** |
|---|---|---|---|

**Jenny Cawrse**
**510 Hubbell St**
**Marshall, WI 53559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.884 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jenny Chung**
**1572 Gerome Ave # B**
**Fort Lee, NJ 07024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.884 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Jenny K**
**96 La Mirage Cir**
**Aliso Viejo, CA 92656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.885 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,664.00** |
|---|---|---|---|

**Jenny Le**
**7704 E Doubletree Ranch Rd Ste 140**
**Scottsdale, AZ 85258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.885 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56.00** |
|---|---|---|---|

**Jenny Martinez**
**1378 Us Highway 206 Ste 6**
**Skillman, NJ 08558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____     Case number (if known) _____
Name

| 3.885 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7.00 |
|---|---|---|---|

**Jenny S**
**117 N 8th Street**
**Midlothian, TX 76065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.885 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $154.00 |
|---|---|---|---|

**Jenny Sanchez**
**12121 Sw 94th St**
**Miami, FL 33186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.885 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $60.00 |
|---|---|---|---|

**Jenny Torrico**
**20072 Elwood Street**
**Beverly Hills, MI 48025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.885 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,750.00 |
|---|---|---|---|

**Jens Peterson**
**15382 Eagle Bay Way**
**Apple Valley, MN 55124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.885 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $42.00 |
|---|---|---|---|

**Jensi Sanders**
**700 Prescott Ct**
**Nashville, TN 37204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.885 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $191.00 |
|---|---|---|---|

**Jeny Kherkher**
**55039 Watchbird Dr**
**Bandon, OR 97411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.885 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $932.00 |
|---|---|---|---|

**Jerald Langunm**
**1214 Dolton Dr Ste 202**
**Evm5203-1**
**Dallas, TX 75207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

_____

Name                                                    Case number _(if known)_  _____

---

| 3.885 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$2,105.00** |

**Jere Bradwell**
**3718 Route 202**
**Mechanicsville, PA 18934**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$840.00** |

**Jere Mcguffee**
**3225 Pointe North Cv**
**Memphis, TN 38125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$260.00** |

**Jeremiah Boyle**
**135 Livingston St**
**Tewksbury, MA 01876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$218.00** |

**Jeremiah Kohley**
**8227 Theisswood Rd**
**Spring, TX 77379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$50.00** |

**Jeremiah L**
**34 Collamer Dr**
**Malta, NY 12020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$4.00** |

**Jeremiah P**
**121 Fairfax Rd**
**Rochester, NY 14609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$125.00** |

**Jeremiah Parry-Hill**
**121 Fairfax Rd**
**Rochester, NY 14609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.886 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$185.00** |

**Jeremiah Vanderpool**
**462 Le Ann Drive**
**Ak**
**Fairbanks, AK 99701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.886 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$556.00** |

**Jeremiah Wallen**
**662 Lake Ridge Drive**
**South Elgin, IL 60177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.886 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$31.00** |

**Jeremy A**
**3918 Fairway Ave.**
**Studio City, CA 91604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.886 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15.00** |

**Jeremy A**
**8946 170th Ct Ne**
**Redmond, WA 98052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.887 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$546.00** |

**Jeremy Adell**
**3918 Fairway Ave.**
**Studio City, CA 91604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.887 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10.00** |

**Jeremy B**
**1 Dave Thomas Blvd**
**Dublin, OH 43017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.887 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$76.00** |

**Jeremy B**
**106 S Federal Hwy**
**Apt N 154**
**Fort Lauderdale, FL 33301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.887 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jeremy B**
**243 Willowbrook Ave**
**Stamford, CT 06902**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$27.00

---

| 3.887 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jeremy B**
**5411 Kirkwood Dr**
**Bethesda, MD 20816**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10,146.50

---

| 3.887 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jeremy Bates**
**9343 Mission Gorge Rd Ste 113**
**Attn: Nicole Gaian**
**Santee, CA 92071**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$158.00

---

| 3.887 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jeremy Bernton**
**5411 Kirkwood Dr**
**Bethesda, MD 20816**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$3,241.00

---

| 3.887 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jeremy Binder**
**243 Willowbrook Ave**
**Stamford, CT 06902**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$544.00

---

| 3.887 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jeremy Brock**
**90 Cottonwood Dr**
**Barboursville, VA 22923**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.887 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jeremy Brofford**
**1 Dave Thomas Blvd**
**Dublin, OH 43017**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$309.00

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|--------|-------|-------|---|
| | Name | | |

---

**3.888 0**

**Nonpriority creditor's name and mailing address**

**Jeremy Buday**
**106 S Federal Hwy**
**Apt N 154**
**Fort Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$3,643.00**

---

**3.888 1**

**Nonpriority creditor's name and mailing address**

**Jeremy Burton**
**406 Elgin Circle**
**Coraopolis, PA 15108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$157.00**

---

**3.888 2**

**Nonpriority creditor's name and mailing address**

**Jeremy C**
**68-5713 Ele Ele Place**
**Waikoloa, HI 96738**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.888 3**

**Nonpriority creditor's name and mailing address**

**Jeremy D**
**1580 Burgoyne Rd**
**Downingtown, PA 19335**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$14.00**

---

**3.888 4**

**Nonpriority creditor's name and mailing address**

**Jeremy Delong**
**1580 Burgoyne Rd**
**Downingtown, PA 19335**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$22.00**

---

**3.888 5**

**Nonpriority creditor's name and mailing address**

**Jeremy Etheredge**
**121 Tanglewood Rd**
**New Hartford, CT 06057**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,089.00**

---

**3.888 6**

**Nonpriority creditor's name and mailing address**

**Jeremy F**
**4831 8th St**
**#6**
**Carpinteria, CA 93013**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*   _____

---

| 3.888 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$26.00** |

**Jeremy F**
**590 W End Ave Apt 8b**
**New York, NY 10024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.888 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$345.00** |

**Jeremy Fielding**
**590 W End Ave Apt 8b**
**New York, NY 10024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.888 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$23.00** |

**Jeremy Foxx**
**3950 Southwest 20th Ave**
**Apt 1201**
**Gainesville, FL 32607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.889 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$98.00** |

**Jeremy Fraser**
**4831 8th St**
**#6**
**Carpinteria, CA 93013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.889 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,922.00** |

**Jeremy Grecian**
**2345 Millennium Ln**
**San Ramon, CA 94582**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.889 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$125.00** |

**Jeremy H**
**713 Lowveld Dr**
**Murphy, TX 75094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.889 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |

**Jeremy Hansen**
**109 Harbeson Ave Se**
**Fort Walton Beach, FL 32548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                              Case number *(if known)* _____

| 3.889 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeremy Honea**
**620 Dennard St**
**Longview, TX 75605**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,825.00

---

| 3.889 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeremy Honness**
**2144 Grey Ave**
**Evanston, IL 60201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$508.00

---

| 3.889 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeremy J**
**7398 Timber Ln**
**Blair, NE 68008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| 3.889 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeremy Joblon**
**9540 Eagle Pass Dr**
**Summerville, SC 29485**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$15,817.00

---

| 3.889 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeremy Kubitz**
**15399 Stephanie Ct**
**Dubuque, IA 52002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$501.00

---

| 3.889 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeremy L**
**1218 Chestnut Street**
**Floor 8**
**Philadelphia, PA 19107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.890 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeremy Lewis**
**4307 3rd Ave**
**Marianna, FL 32446**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$56.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
          Name

| 3.890 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Jeremy Lim**
**6400 Blue Stone Rd Unit 5034**
**Sandy Springs, GA 30328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.890 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$190.00** |
|---|---|---|---|

**Jeremy Lyman**
**527 Kingstone Ct**
**Oakland, MI 48363**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.890 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22.00** |
|---|---|---|---|

**Jeremy M**
**5206 Deerwood Ct**
**Austin, TX 78730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.890 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,259.00** |
|---|---|---|---|

**Jeremy Morrison**
**4919 Oxford School Rd**
**Claremont, NC 28610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.890 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$111.00** |
|---|---|---|---|

**Jeremy Morrison**
**4919 Oxford School Rd**
**Claremont, NC 28610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.890 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$710.00** |
|---|---|---|---|

**Jeremy Muchow**
**5206 Deerwood Ct**
**Austin, TX 78730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.890 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17.00** |
|---|---|---|---|

**Jeremy P**
**415 Elm Ave**
**Hershey, PA 17033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.890 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |

**Jeremy Pass**
**13045 56th St N**
**Stillwater, MN 55082**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.890 9 | Nonpriority creditor's name and mailing address | | $112.00 |

**Jeremy Priar**
**415 Elm Ave**
**Hershey, PA 17033**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 0 | Nonpriority creditor's name and mailing address | | $2,177.00 |

**Jeremy Rudolph**
**507 Triumph Dr**
**Middleton, ID 83644**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 1 | Nonpriority creditor's name and mailing address | | $60.00 |

**Jeremy S**
**16 Doe Meadow Lane**
**Burlington, CT 06013**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 2 | Nonpriority creditor's name and mailing address | | $10.00 |

**Jeremy S**
**4513 Edina Blvd**
**Edina, MN 55424**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 3 | Nonpriority creditor's name and mailing address | | $30.00 |

**Jeremy S**
**8570 N Hales Corner Rd**
**Stillman Valley, IL 61084**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 4 | Nonpriority creditor's name and mailing address | | $2,016.00 |

**Jeremy Shimko**
**16 Doe Meadow Lane**
**Burlington, CT 06013**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

_____
Name                                              Case number *(if known)*    _____

| 3.891 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeremy T**
**23959 Meredith Ct**
**Hollywood, MD 20636**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

| 3.891 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeremy Tucker**
**23959 Meredith Ct**
**Hollywood, MD 20636**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$198.00**

---

| 3.891 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeremy V**
**2105 Forest Avenue**
**Suite 100**
**Chico, CA 95928**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

| 3.891 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeremy Vesely**
**2105 Forest Avenue**
**Suite 100**
**Chico, CA 95928**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$947.00**

---

| 3.891 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeremy Wilhelm**
**17310 Wright St**
**Suite 104**
**Omaha, NE 68130**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

| 3.892 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeri Newman**
**The Ups Store**
**Gary Burns Dr. Ste 160**
**Frisco, TX 75033**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$11,119.00**

---

| 3.892 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jericho Mora**
**5830 Encino Ave**
**Atascadero, CA 93422**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

Debtor    **Phoeno Wine Company, Inc.**

 Name    Case number (if known) _____

---

| 3.892<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$60.00** |

**Jernigan Julie**
**932 Patrick Henry Drive**
**Arlington, VA 22205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.892<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$18.00** |

**Jerod I**
**4606 Sheridan Rd**
**Papillion, NE 68133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.892<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$80.00** |

**Jerome B**
**2266 Copperfield Dr**
**Mendota Heights, MN 55120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.892<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$56.00** |

**Jerome Boland**
**2266 Copperfield Dr**
**Mendota Heights, MN 55120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.892<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$59.00** |

**Jerome Crawford**
**3122 Cabo Blanco Dr**
**Hacienda Heights, CA 91745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.892<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$165.00** |

**Jerome Edwards**
**14412 34th Ln S**
**Tukwila, WA 98168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.892<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15.00** |

**Jerome G**
**11026 Longwing Drive**
**Fort Myers, FL 33912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*   _____

---

**3.8929**

**Nonpriority creditor's name and mailing address**

**Jerome Malone**
**250 W Spring St Apt 234**
**Columbus, OH 43215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,283.00**

---

**3.8930**

**Nonpriority creditor's name and mailing address**

**Jerome P**
**5507 Manorfield Rd**
**Rockville, MD 20853**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.8931**

**Nonpriority creditor's name and mailing address**

**Jeromy K**
**350 Oneida St**
**Denver, CO 80220**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.8932**

**Nonpriority creditor's name and mailing address**

**Jerrold K**
**15300 Lake Wildflower Rd**
**Delray Beach, FL 33484**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.8933**

**Nonpriority creditor's name and mailing address**

**Jerry A**
**C/O Western Jet Aviation**
**16101 Saticoy St.**
**Van Nuys, CA 91406**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.8934**

**Nonpriority creditor's name and mailing address**

**Jerry Boland**
**2266 Copperfield Dr**
**Mendota Heights, MN 55120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$184.00**

---

**3.8935**

**Nonpriority creditor's name and mailing address**

**Jerry Graunke**
**2044 N. Dayton Street**
**Chicago, IL 60614**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$34.00**

---

Debtor    **Phoeno Wine Company, Inc.**    Case number (if known) _____

_____
Name

---

| 3.893 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jerry Hickson**
**6790 Main Street**
**Apt 206**
**Williamsville, NY 14221**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,216.00**

---

| 3.893 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jerry K**
**2 Bridge Ave Ste 312**
**Red Bank, NJ 07701**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.893 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jerry Kolasinski**
**125 Double Eagle Cir**
**Lexington, SC 29073**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$365.00**

---

| 3.893 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jerry Lieberthal**
**1829 River Lakes Rd S**
**Oconomowoc, WI 53066**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,187.00**

---

| 3.894 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jerry M**
**13 Guerard Rd.**
**Charleston, SC 29407**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.894 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jerry N**
**2804 Tucker Rd**
**Lucas, OH 44843**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.894 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jerry Niswander**
**2804 Tucker Rd**
**Lucas, OH 44843**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$724.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
          Name                                         Case number *(if known)*    _____

| 3.894 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,035.00** |

**Nonpriority creditor's name and mailing address**
**Jerry Oconnor**
**9072 Belvoir Woods Pkwy**
**Ft Belvoir, VA 22060**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,035.00**

---

**3.894 4**
**Nonpriority creditor's name and mailing address**
**Jerry Peterman**
**15002 Lure Trl**
**Bonita Springs, FL 34135**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$524.00**

---

**3.894 5**
**Nonpriority creditor's name and mailing address**
**Jerry Prodoehl**
**25 S Walnut Ln**
**Glenwood, IL 60425**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,439.00**

---

**3.894 6**
**Nonpriority creditor's name and mailing address**
**Jerry R**
**190 Waverlt Place**
**Apt 2f**
**New York, NY 10014**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

**3.894 7**
**Nonpriority creditor's name and mailing address**
**Jerry Redman**
**3030 N Airport Rd**
**Mankato, MN 56001**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$625.00**

---

**3.894 8**
**Nonpriority creditor's name and mailing address**
**Jerry Rest**
**2374 Crescent St**
**Astoria, NY 11105**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$52.00**

---

**3.894 9**
**Nonpriority creditor's name and mailing address**
**Jerry Roscoe**
**190 Waverlt Place**
**Apt 2f**
**New York, NY 10014**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,342.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

| | | |
|---|---|---|
| 3.895 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Jerry S**
**97 Southern Blvd**
**Nesconset, NY 11767**

☐ Contingent
☐ Unliquidated
☐ Disputed

$45.00

Date(s) debt was incurred _

Basis for the claim:   **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.895 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**Jerry Sutherland**
**97 Southern Blvd**
**Nesconset, NY 11767**

☐ Contingent
☐ Unliquidated
☐ Disputed

$75.00

Date(s) debt was incurred _

Basis for the claim:   **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.895 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**Jerry Wallace**
**6602 Fireflame Dr**
**Dallas, TX 75248**

☐ Contingent
☐ Unliquidated
☐ Disputed

$461.00

Date(s) debt was incurred _

Basis for the claim:   **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.895 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**Jerry Williams**
**7161 Kendallwood Dr**
**Dallas, TX 75240**

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,062.00

Date(s) debt was incurred _

Basis for the claim:   **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.895 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**Jerry Worley**
**15204 Weiskopf Ct**
**Haymarket, VA 20169**

☐ Contingent
☐ Unliquidated
☐ Disputed

$22.00

Date(s) debt was incurred _

Basis for the claim:   **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.895 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**Jerzy Piatkowski**
**1729 E. Morelos**
**Chandler, AZ 85224**

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,689.00

Date(s) debt was incurred _

Basis for the claim:   **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.895 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**Jes B**
**1332 N Alta Vista Blvd**
**Los Angeles, CA 90046**

☐ Contingent
☐ Unliquidated
☐ Disputed

$24.00

Date(s) debt was incurred _

Basis for the claim:   **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.895 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jess Helfand**
**1403 Woodland Ln**
**Nashville, TN 37206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$25.00**

---

| 3.895 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jess L**
**11962 Easy Way**
**Garden Grove, CA 92840**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$169.07**

---

| 3.895 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jess Mokren**
**150 Johnny Mercer Blvd**
**Savannah, GA 31410**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$2,259.00**

---

| 3.896 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jess R**
**2702 La Mesa Dr**
**Austin, TX 78704**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$15.00**

---

| 3.896 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jess Roeder**
**2702 La Mesa Dr**
**Austin, TX 78704**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$981.00**

---

| 3.896 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jesse A**
**200 Mercer St, #4b**
**New York, NY 10012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$979.00**

---

| 3.896 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jesse Adelaar**
**200 Mercer St, #4b**
**New York, NY 10012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,720.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 3.896 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00** |

**Jesse B**
**4918 Saint Elmo Avenue**
**Apt 1707**
**Bethesda, MD 20814**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.896 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55.00** |

**Jesse D**
**24 5th Avenue**
**Apt. 332**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.896 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00** |

**Jesse F**
**6404 Dunmoor Dr**
**Plano, TX 75093**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.896 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,453.00** |

**Jesse Green**
**810 N Mountain View Ave**
**Tacoma, WA 98406**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.896 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9.00** |

**Jesse H**
**Argyle Winery 691 Or-99 West**
**Dundee, OR 97115**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.896 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$185.00** |

**Jesse Holm**
**1022 E 5th Ave**
**San Mateo, CA 94402**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.897 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$89.00** |

**Jesse Honig**
**225 Weaver St Apt 17c**
**Greenwich, CT 06831**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number _(if known)_ | |
|---|---|---|---|---|
| | Name | | | |

**3.897 1**

**Nonpriority creditor's name and mailing address**

**Jesse Howard**
**Argyle Winery 691 Or-99 West**
**Dundee, OR 97115**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.897 2**

**Nonpriority creditor's name and mailing address**

**Jesse Isola**
**30876 Sandpiper Ln**
**Temecula, CA 92591**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$53.00**

---

**3.897 3**

**Nonpriority creditor's name and mailing address**

**Jesse K**
**2536 Graduate Sq**
**Philadelphia, PA 19146**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.897 4**

**Nonpriority creditor's name and mailing address**

**Jesse Kiefer**
**2536 Graduate Sq**
**Philadelphia, PA 19146**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$625.00**

---

**3.897 5**

**Nonpriority creditor's name and mailing address**

**Jesse Knepper**
**18245 Burbank Blvd. Unit 102**
**Tarzana, CA 91356**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$622.00**

---

**3.897 6**

**Nonpriority creditor's name and mailing address**

**Jesse Knepper**
**18245 Burbank Blvd. Unit 102**
**Tarzana, CA 91356**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$74.88**

---

**3.897 7**

**Nonpriority creditor's name and mailing address**

**Jesse Mullen**
**1035 N Sonora Cir**
**Orange, CA 92869**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$268.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

---

| 3.8978 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5.00** |

**Jesse P**
**1255 Gun Club Rd**
**White Bear Lake, MN 55110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.8979 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$79.20** |

**Jesse P**
**2020 Arapahoe St Unit 1130**
**Denver, CO 80205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.8980 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$146.00** |

**Jesse Pearson**
**2020 Arapahoe St Unit 1130**
**Denver, CO 80205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.8981 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$57,597.00** |

**Jesse Polk**
**1255 Gun Club Rd**
**White Bear Lake, MN 55110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.8982 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15.00** |

**Jesse S**
**3936 South Harvard Boulevard**
**Los Angeles, CA 90062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.8983 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$171.00** |

**Jesse Travis**
**19702 La Sierra Blvd**
**San Antonio, TX 78256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.8984 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$644.00** |

**Jesse Wilkins**
**2768 Aquarius Rd**
**Green Bay, WI 54311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____
    Name                                Case number *(if known)* _____

---

**3.898 5**

**Nonpriority creditor's name and mailing address**

**Jessica A**
**1600 Seven Seas Dr**
**Lake Buena Vista, FL 32830**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$16.00**

---

**3.898 6**

**Nonpriority creditor's name and mailing address**

**Jessica B**
**233 Research Dr Ste 16**
**Milford, CT 06460**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$3.00**

---

**3.898 7**

**Nonpriority creditor's name and mailing address**

**Jessica B**
**45 Fairlawn St**
**West Hartford, CT 06119**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.898 8**

**Nonpriority creditor's name and mailing address**

**Jessica B**
**8700 Starr Rnch Apt 10302**
**Boerne, TX 78015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.898 9**

**Nonpriority creditor's name and mailing address**

**Jessica Bacorn**
**1245 W 18th St**
**Houston, TX 77008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$158.03**

---

**3.899 0**

**Nonpriority creditor's name and mailing address**

**Jessica Bakis**
**233 Research Dr Ste 16**
**Milford, CT 06460**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$166.00**

---

**3.899 1**

**Nonpriority creditor's name and mailing address**

**Jessica Black**
**1985 Masonic Park Rd**
**Marietta, OH 45750**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,045.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.899 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$317.00** |

**Jessica Boggess**
**8700 Starr Rnch Apt 10302**
**Boerne, TX 78015**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.899 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$140.00** |

**Jessica Buffenstein**
**340 S Lafayette St Unit 201**
**Denver, CO 80209**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.899 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,504.00** |

**Jessica Bunin**
**9 Pepperell Ct**
**Bethesda, MD 20817**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.899 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$582.00** |

**Jessica Burch**
**4216 Vallejo St**
**Denver, CO 80211**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.899 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**Jessica C**
**11724 Newport St**
**Thornton, CO 80233**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.899 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22.00** |

**Jessica Choi-Lee**
**36 Lincoln Ter**
**Harrington Park, NJ 07640**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.899 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$158.00** |

**Jessica Clark**
**3932 El Ricon Way**
**Sacramento, CA 95864**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.8999**

**Nonpriority creditor's name and mailing address**
**Jessica Cockerham**
**2810 Selwyn Ave Unit 128**
**Charlotte, NC 28209**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$113.00**

---

**3.9000**

**Nonpriority creditor's name and mailing address**
**Jessica Cockerham**
**2810 Selwyn Ave Unit 128**
**Charlotte, NC 28209**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customers - Deferred Credit_

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

**3.9001**

**Nonpriority creditor's name and mailing address**
**Jessica Collins**
**18210 Hale Ave #B**
**Morgan Hill, CA 95037**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customers - Deferred Credit_

Is the claim subject to offset? ■ No ☐ Yes

**$2.19**

---

**3.9002**

**Nonpriority creditor's name and mailing address**
**Jessica D**
**765 Northeast Addison Dr**
**Waukee, IA 50263**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customers - Deferred Credit_

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.9003**

**Nonpriority creditor's name and mailing address**
**Jessica D**
**8269 Western**
**The Colony, TX 75056**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customers - Deferred Credit_

Is the claim subject to offset? ■ No ☐ Yes

**$11.00**

---

**3.9004**

**Nonpriority creditor's name and mailing address**
**Jessica Daniel**
**8269 Western**
**The Colony, TX 75056**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$34.00**

---

**3.9005**

**Nonpriority creditor's name and mailing address**
**Jessica Ellerbrock**
**2855 Pierce St. Apt 2**
**San Francisco, CA 94123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customers - Deferred Credit_

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)*

---

| 3.900 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$623.00** |
| **Jessica Feng** | ☐ Contingent | |
| **1487 Hiikala Pl Apt 6** | ☐ Unliquidated | |
| **Honolulu, HI 96816** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.900 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95.00** |
| **Jessica Foltin** | ☐ Contingent | |
| **23 Quail Run Ln** | ☐ Unliquidated | |
| **Glenmoore, PA 19343** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.900 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$258.00** |
| **Jessica Haifa** | ☐ Contingent | |
| **216 Warwick Drive** | ☐ Unliquidated | |
| **Pittsburgh, PA 15241** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.900 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$99.00** |
| **Jessica Hall** | ☐ Contingent | |
| **6055 Fawnwood Dr** | ☐ Unliquidated | |
| **Greenwood, IN 46143** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.901 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$130.00** |
| **Jessica Hamilton** | ☐ Contingent | |
| **2001 Pierce St** | ☐ Unliquidated | |
| **Apt 55** | ☐ Disputed | |
| **San Francisco, CA 94115** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.901 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33.00** |
| **Jessica Hammond** | ☐ Contingent | |
| **84 Brookwood Rd** | ☐ Unliquidated | |
| **Mercerville, NJ 08619** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.901 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$108.00** |
| **Jessica Hemphill** | ☐ Contingent | |
| **113 Tammy Ln** | ☐ Unliquidated | |
| **Mickleton, NJ 08056** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                          Case number (if known) _____

---

| 3.901 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jessica Jimenez**
**19920 Nw 2 Street**
**Pembroke Pines, FL 33029**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$334.00

---

| 3.901 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jessica Keith**
**8 Barley Mill Drive**
**Greer, SC 29651**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$279.00

---

| 3.901 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jessica Keller**
**5112 S Sweetgrass Pl**
**Boise, ID 83716**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$58.00

---

| 3.901 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jessica Kiernan**
**4317 West Leona St**
**Tampa, FL 33629**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$732.00

---

| 3.901 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jessica Kim**
**1129 Dame Carol Way**
**Carrollton, TX 75010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$238.00

---

| 3.901 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jessica L**
**3601 5th St S Apt 210**
**Arlington, VA 22204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

| 3.901 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jessica Lai**
**98 Front St Apt 6k**
**Brooklyn, NY 11201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,808.00

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (*if known*)

| 3.902 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$218.00** |

**Jessica Mathieson**
**3177 Wooded Acres Rd**
**Belton, TX 76513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.902 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$107.00** |

**Jessica Mcdowell**
**6712 Maloneyville Rd**
**Corryton, TN 37721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.902 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28.00** |

**Jessica Mcgraw**
**154 Cooper Rd Ste 1201**
**West Berlin, NJ 08091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.902 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00** |

**Jessica Millstein**
**111 Hillside Ave**
**Durham, NC 27707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.902 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$410.00** |

**Jessica Morin**
**76 Seven Hills Blvd**
**Dallas, GA 30132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.902 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,288.00** |

**Jessica Norton-Boin**
**19 Little Jane Way**
**Beaufort, SC 29906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.902 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40.00** |

**Jessica O 13432987**
**23055 Evergreen Lane**
**Los Gatos, CA 95033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 3.902 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jessica Ornellas**
**1007 Horizon Dr**
**Lyons, CO 80540**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$890.00

---

| 3.902 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jessica P**
**526 Duncan St**
**San Francisco, CA 94131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

| 3.902 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jessica Powell**
**526 Duncan St**
**San Francisco, CA 94131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$87.00

---

| 3.903 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jessica Powers**
**6931 Wisteria St**
**San Ramon, CA 94583**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$70.00

---

| 3.903 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jessica Quearry**
**13625 Horselydown Ln**
**Richmond, VA 23233**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.903 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jessica Rathje**
**17 W 71st St Apt 2c**
**New York, NY 10023**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.903 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jessica Raymond**
**56 Brianna Ln**
**Hilton, NY 14468**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$639.00

---

Debtor    **Phoeno Wine Company, Inc.**

Name    Case number *(if known)* _____

---

| 3.903 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |

**Jessica Rehs**
**2421 S Harlan Ct**
**Lakewood, CO 80227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.903 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$495.00** |

**Jessica Reilly**
**4005 Maguire Pl**
**Waldorf, MD 20601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.903 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |

**Jessica Rosholm**
**221 Black Wolf Run**
**Austin, TX 78738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.903 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$297.00** |

**Jessica Rumble**
**1709 Wedgewood Dr**
**Columbia, TN 38401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.903 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**Jessica S**
**3410 Burlwood Dr**
**Rockford, IL 61114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.903 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32.00** |

**Jessica S**
**952 E End Ave**
**Pittsburgh, PA 15221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.904 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21.00** |

**Jessica S**
**Breitling Usa, 206 Danbury Rd**
**Attn: Jessica Stone**
**Wilton, CT 06897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____

Name

---

**3.904 1**

**Nonpriority creditor's name and mailing address**                      As of the petition filing date, the claim is: *Check all that apply.*                      **$19.80**

**Jessica Sayre**                      ☐ Contingent
**468 Van Buren St**                   ☐ Unliquidated
**Apt 2**                              ☐ Disputed
**Monterey, CA 93940**

Date(s) debt was incurred _            **Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _      Is the claim subject to offset? ■ No ☐ Yes

---

**3.904 2**

**Nonpriority creditor's name and mailing address**                      As of the petition filing date, the claim is: *Check all that apply.*                      **$304.00**

**Jessica Schulman**                   ☐ Contingent
**2920 S Bonfield St**                 ☐ Unliquidated
**Chicago, IL 60608**                  ☐ Disputed

Date(s) debt was incurred _            **Basis for the claim:  Customer**

Last 4 digits of account number _      Is the claim subject to offset? ■ No ☐ Yes

---

**3.904 3**

**Nonpriority creditor's name and mailing address**                      As of the petition filing date, the claim is: *Check all that apply.*                      **$684.00**

**Jessica Schultz**                    ☐ Contingent
**3020 W 81st Ter**                    ☐ Unliquidated
**Leawood, KS 66206**                  ☐ Disputed

Date(s) debt was incurred _            **Basis for the claim:  Customer**

Last 4 digits of account number _      Is the claim subject to offset? ■ No ☐ Yes

---

**3.904 4**

**Nonpriority creditor's name and mailing address**                      As of the petition filing date, the claim is: *Check all that apply.*                      **$0.00**

**Jessica Segatto**                    ☐ Contingent
**90 Lopers Path**                     ☐ Unliquidated
**Water Mill, NY 11976**               ☐ Disputed

Date(s) debt was incurred _            **Basis for the claim:  Customer**

Last 4 digits of account number _      Is the claim subject to offset? ■ No ☐ Yes

---

**3.904 5**

**Nonpriority creditor's name and mailing address**                      As of the petition filing date, the claim is: *Check all that apply.*                      **$66.00**

**Jessica Swan**                       ☐ Contingent
**200 Wagner Pl Apt 607**              ☐ Unliquidated
**Memphis, TN 38103**                  ☐ Disputed

Date(s) debt was incurred _            **Basis for the claim:  Customer**

Last 4 digits of account number _      Is the claim subject to offset? ■ No ☐ Yes

---

**3.904 6**

**Nonpriority creditor's name and mailing address**                      As of the petition filing date, the claim is: *Check all that apply.*                      **$20.00**

**Jessica Swope**                      ☐ Contingent
**952 E End Ave**                      ☐ Unliquidated
**Pittsburgh, PA 15221**               ☐ Disputed

Date(s) debt was incurred _            **Basis for the claim:  Customer**

Last 4 digits of account number _      Is the claim subject to offset? ■ No ☐ Yes

---

**3.904 7**

**Nonpriority creditor's name and mailing address**                      As of the petition filing date, the claim is: *Check all that apply.*                      **$25.00**

**Jessica T**                          ☐ Contingent
**991 Hampswood Way**                  ☐ Unliquidated
**San Jose, CA 95120**                 ☐ Disputed

Date(s) debt was incurred _            **Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _      Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                  Case number *(if known)* _____
_____
Name

| 3.9048 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,008.00** |

**Jessica Taylor**
**10 Cricket Lane**
**East Granby, CT 06026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9049 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,444.00** |

**Jessica Taylor**
**11215 Camarillo St #105**
**Toluca Lake, CA 91602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9050 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$393.00** |

**Jessica Vo**
**454 Hanover St Apt 3**
**Boston, MA 02113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9051 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$412.00** |

**Jessica W**
**117 Sterling Place**
**1**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9052 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |

**Jessica W**
**3722 Hyde Park Ave**
**Cincinnati, OH 45209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9053 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$39.00** |

**Jessica W**
**921 Oakmont Dr**
**Lansing, KS 66043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9054 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$140.00** |

**Jessica Weale**
**290 N Olive Ave Apt 725**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| 3.905 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jessica Weaver**
**31251 Point Lookout Rd**
**Mechanicsville, MD 20659**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$439.00**

---

| 3.905 6 |
|---|

**Nonpriority creditor's name and mailing address**

**Jessica Welsh**
**4133 Lahring Rd**
**Linden, MI 48451**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

| 3.905 7 |
|---|

**Nonpriority creditor's name and mailing address**

**Jessica White**
**232 Woodberry Cir**
**Easley, SC 29642**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$145.00**

---

| 3.905 8 |
|---|

**Nonpriority creditor's name and mailing address**

**Jessica White**
**820 Benson Rd**
**Garner, NC 27529**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,433.00**

---

| 3.905 9 |
|---|

**Nonpriority creditor's name and mailing address**

**Jessica Williams**
**22 Stoney Brook Rd**
**Morris Plains, NJ 07950**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

| 3.906 0 |
|---|

**Nonpriority creditor's name and mailing address**

**Jessica Williams**
**725 S Tropical Trl**
**Merritt Island, FL 32952**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,064.00**

---

| 3.906 1 |
|---|

**Nonpriority creditor's name and mailing address**

**Jessica Wright**
**921 Oakmont Dr**
**Lansing, KS 66043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$510.00**

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.906<br>2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |
|---|---|---|---|

**Jessica Z**
**729 Gallion Ave # 2**
**Pittsburgh, PA 15226**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.906<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $274.00 |
|---|---|---|---|

**Jessica Zerges**
**1042 S Burnside Ave**
**Los Angeles, CA 90019**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.906<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,670.00 |
|---|---|---|---|

**Jessie Bradley**
**2750 14th St NW, Apt 202**
**Apt 202**
**Washington, DC 20009**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.906<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $822.00 |
|---|---|---|---|

**Jessie Giordano**
**27 Eastern Ave**
**Beverly, MA 01915**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.906<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Jessie H**
**507 Westonridge Ct**
**Wildwood, MO 63021**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.906<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,572.00 |
|---|---|---|---|

**Jessie Jones**
**8724 Spanish Ridge Ave Ste C**
**Farmer's Insurance**
**Las Vegas, NV 89148**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.906<br>8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $351.00 |
|---|---|---|---|

**Jessie Rodriguez**
**65 Bay Meadow Dr**
**Port Lavaca, TX 77979**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
     Name

Case number *(if known)* _____

---

| 3.906 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$130,054.97** |

**Jessie Smith**
**580 Howard St**
**Suite 500**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.907 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |

**Jessie T**
**12749 E. Chandler Heights Rd.**
**Chandler, AZ 85249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.907 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,160.00** |

**Jessie Wang**
**2 Constitution Ct Apt 1012**
**Hoboken, NJ 07030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.907 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6.00** |

**Jesus D**
**1573 E Ocean Blvd # 8**
**Long Beach, CA 90802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.907 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$463.00** |

**Jesus Garcia**
**103 E 24th St**
**Yuma, AZ 85364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.907 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**Jesus H**
**2407 Chantilly Ln**
**Conroe, TX 77384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.907 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57.00** |

**Jesus M**
**6132 165th St Apt 1**
**Fresh Meadows, NY 11365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.907 6**

**Nonpriority creditor's name and mailing address**

**Jesus R
12530 109th Ct Ne # 304
Kirkland, WA 98034**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.907 7**

**Nonpriority creditor's name and mailing address**

**Jesus R
2101 Brickell Ave
Apt 1703
Miami, FL 33129**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.907 8**

**Nonpriority creditor's name and mailing address**

**Jesus R
250 Cerro Rd
Cerro, NM 87519**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$72.00**

---

**3.907 9**

**Nonpriority creditor's name and mailing address**

**Jesus Reyes
1190 Massachusetts Ave
Dorchester, MA 02125**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$390.00**

---

**3.908 0**

**Nonpriority creditor's name and mailing address**

**Jewell Smith
206 Appomattox Ln
Chocowinity, NC 27817**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$563.00**

---

**3.908 1**

**Nonpriority creditor's name and mailing address**

**Jexter Bonus
5701 Marathon Pkwy # 1
Little Neck, NY 11362**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$265.00**

---

**3.908 2**

**Nonpriority creditor's name and mailing address**

**Jg Guide
8108 Halton Rd
Towson, MD 21204**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$221.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.908 3 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Jgarrett Chunn**
**139 Foote Ave, Bellevue Ky 41073**
**Bellevue, KY 41073**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$529.00**

---

| 3.908 4 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Jhe Paine**
**1740 Sedberry Rd**
**Franklin, TN 37064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$481.00**

---

| 3.908 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Jhoanna Z**
**101 Long Dr**
**Hempstead, NY 11550**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| 3.908 6 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Jhoanna Zilber**
**101 Long Dr**
**Hempstead, NY 11550**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$358.00**

---

| 3.908 7 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Jhonnatangiraldo 8024**
**2024 W Shaw Avenue**
**Apt 503**
**Fresno, AK 00963**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$3.00**

---

| 3.908 8 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Jian Han**
**81 Alkamont Ave**
**Scarsdale, NY 10583**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$111.00**

---

| 3.908 9 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Jib Street**
**7614 Dunsmuir Ct**
**Cornelius, NC 28031**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,318.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.909 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$243.00** |
|---|---|---|---|

**Jill Barwick**
**1048 Lorraine Drive**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.909 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$39.00** |
|---|---|---|---|

**Jill C**
**16 Raritan Ave**
**Leonardo, NJ 07737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.909 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$116.00** |
|---|---|---|---|

**Jill Cummings**
**16 Raritan Ave**
**Leonardo, NJ 07737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.909 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Jill Edwards**
**20270 S Danny Ct.**
**Oregon City, OR 97045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.909 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$128.00** |
|---|---|---|---|

**Jill Garlock**
**3318 Muirfield Place**
**Lima, OH 45805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.909 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,203.00** |
|---|---|---|---|

**Jill Harvey-Lee**
**14011 Norwich Ln #303**
**Orland Park, IL 60467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.909 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**Jill Jefferson**
**190 Garfield Place Apt. 1h**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

---

| 3.909 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $34.00 |

**Jill Kalman**
**100 West 80th Street**
**Apt 5e**
**Nyc, NY 10024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.909 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,784.00 |

**Jill Kimsey**
**4853 Tonino Dr**
**San Jose, CA 95136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.909 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $360.00 |

**Jill Kostick**
**1825 Augusta Blvd**
**0**
**Henryville, IN 47126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $75.00 |

**Jill L**
**22181 Tallwood Ct Unit 901**
**Estero, FL 33928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10.00 |

**Jill M**
**4860 East Beach Drive**
**Norfolk, VA 23518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $397.00 |

**Jill Marshall**
**8003 Us Highway 9w**
**Catskill, NY 12414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $207.00 |

**Jill Massey**
**5747 Laurel Canyon Blvd Apt 33**
**033 Gate Code**
**Valley Village, CA 91607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**

Name    Case number *(if known)*

---

| 3.910 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$174.00** |

**Jill Mccabe**
**35 Warren St**
**Bloomfield, NJ 07003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$80.00** |

**Jill Mccabe**
**35 Warren St**
**Bloomfield, NJ 07003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$836.00** |

**Jill Mccann**
**4860 East Beach Drive**
**Norfolk, VA 23518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$42.00** |

**Jill Pearce**
**212 Greensview Dr**
**Cary, NC 27518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2.71** |

**Jill Poe**
**550 10th St.**
**Doorman 98kyft**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60.00** |

**Jill Przymus**
**2370 Heritage Cir.**
**Navarre, FL 32566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.911 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19.00** |

**Jill R**
**4600 Fuller Dr Ste 225**
**C/0 Tti, Inc**
**Irving, TX 75038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.911**
**1**

**Nonpriority creditor's name and mailing address**

**Jill Roberts**
**4600 Fuller Dr Ste 225**
**C/0 Tti, Inc**
**Irving, TX 75038**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

**3.911**
**2**

**Nonpriority creditor's name and mailing address**

**Jill Ross**
**1414 Clearview Drive**
**Greensburg, PA 15601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$78.00

---

**3.911**
**3**

**Nonpriority creditor's name and mailing address**

**Jill S**
**2 Corte Vita**
**Henderson, NV 89011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$14.00

---

**3.911**
**4**

**Nonpriority creditor's name and mailing address**

**Jill Sutton**
**34 Woodhollow Rd**
**Princeton Junction, NJ 08550**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,644.00

---

**3.911**
**5**

**Nonpriority creditor's name and mailing address**

**Jill Umbarger**
**127 S Central Ave**
**Eureka, MO 63025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$424.00

---

**3.911**
**6**

**Nonpriority creditor's name and mailing address**

**Jill V**
**12575 Pearson Rd**
**Montgomery, TX 77356**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.911**
**7**

**Nonpriority creditor's name and mailing address**

**Jill W**
**4308 Palisades Ct**
**Riverside, MO 64150**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$78.00

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

**3.9118**

Nonpriority creditor's name and mailing address

**Jillian Alberico**
**847 South 5th Street**
**Columbus, OH 43206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$150.00

---

**3.9119**

Nonpriority creditor's name and mailing address

**Jillian J**
**6918 Hubbard Avenue**
**Middleton, WI 53562**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$88.00

---

**3.9120**

Nonpriority creditor's name and mailing address

**Jillian Lopiano**
**1140 E Quincy St**
**San Antonio, TX 78212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$57.00

---

**3.9121**

Nonpriority creditor's name and mailing address

**Jillian Watson**
**8220 Rancho Paraiso NW**
**Albuquerque, NM 87120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$62.00

---

**3.9122**

Nonpriority creditor's name and mailing address

**Jim Aikins**
**2236 Aster Ct**
**Naperville, IL 60565**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$26.00

---

**3.9123**

Nonpriority creditor's name and mailing address

**Jim Anisi**
**805 Highgrove Cir**
**Franklin, TN 37069**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$88.00

---

**3.9124**

Nonpriority creditor's name and mailing address

**Jim B 1767**
**11864 Stone Hollow Way**
**Rancho Cordova, CA 95742**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.912 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.00 |

**Jim Bange**
**330 N 11th Streeet**
**Flagler Beach, FL 32136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.912 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $202.00 |

**Jim Boley**
**301 E Lake Street**
**Mccall, ID 83638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.912 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58.00 |

**Jim Bowman**
**528 Jeffrey Dr**
**St Augustine, FL 32086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.912 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.00 |

**Jim C**
**8802 Falcon View Dr**
**Mckinney, TX 75072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.912 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |

**Jim Chochola**
**805 Lake St**
**Oak Park, IL 60301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.913 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,019.00 |

**Jim Clements**
**1295 Passage St**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.913 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $412.00 |

**Jim Conway**
**826 Newtown Yardley Rd Ste 201**
**Newtown, PA 18940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 3.913 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jim Crutchmer**
**8802 Falcon View Dr**
**Mckinney, TX 75072**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$516.00**

---

| 3.913 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jim D**
**1306 Dune Dr**
**Avalon, NJ 08202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$30.00**

---

| 3.913 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jim D**
**1327 Turtle Dunes Ct**
**Ponte Vedra Beach, FL 32082**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$6.00**

---

| 3.913 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jim Diguiseppe**
**1306 Dune Dr**
**Avalon, NJ 08202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

| 3.913 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jim F**
**37907 E State Rt B**
**Creighton, MO 64739**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

| 3.913 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jim Fallon**
**1721 Ridgefield Ave**
**Algonquin, IL 60102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$284.00**

---

| 3.913 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jim Fegan**
**186 Mayo Rd**
**Edgewater, MD 21037**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$240.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
           Name                                             Case number (if known) _____

---

| 3.913 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,566.00** |

**Jim Fitzpatrick**
**1643 Flagler Parkway**
**West Palm Beach, FL 33411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.914 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$350.00** |

**Jim Flannelly**
**1244 Tuscany Blvd**
**Venice, FL 34292**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.914 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15.00** |

**Jim Foreman**
**10317 S Tripp Ave**
**Oak Lawn, IL 60453**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.914 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19.00** |

**Jim Fraps**
**4300 Drake Way**
**Washoe Valley, NV 89704**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.914 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20.00** |

**Jim G**
**1988 Carriage Knoll Dr**
**Bethlehem, PA 18015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.914 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28.00** |

**Jim Hartwell**
**12015 Marine Dr**
**Pmb 20**
**Tulalip, WA 98271**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.914 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$84.00** |

**Jim Huddy**
**15419 Talbot Dr**
**La Mirada, CA 90638**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.914 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20.00** |
| **Jim J** | ☐ Contingent | |
| **44601 Arbor Lane** | ☐ Unliquidated | |
| **Temecula, CA 92592** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Customers - Deferred Credit** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.914 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20.00** |
| **Jim K** | ☐ Contingent | |
| **141 S Magnolia Lane** | ☐ Unliquidated | |
| **Wallace, NC 28466** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Customers - Deferred Credit** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.914 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18.00** |
| **Jim K** | ☐ Contingent | |
| **16419 Turnberry** | ☐ Unliquidated | |
| **The Village Of Loch Lloyd, MO 64012** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Customers - Deferred Credit** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.914 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$190.00** |
| **Jim Kalmes** | ☐ Contingent | |
| **607 Brandywine Lane** | ☐ Unliquidated | |
| **Yardley, PA 19067** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.915 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,949.00** |
| **Jim Killeen** | ☐ Contingent | |
| **63 Laura Dr** | ☐ Unliquidated | |
| **Gillette, NJ 07933** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.915 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$252.00** |
| **Jim Krezek** | ☐ Contingent | |
| **16419 Turnberry** | ☐ Unliquidated | |
| **The Village Of Loch Lloyd, MO 64012** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.915 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$76.00** |
| **Jim Kyle** | ☐ Contingent | |
| **450 S Vernon St** | ☐ Unliquidated | |
| **Dearborn, MI 48124** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.915 3**

**Nonpriority creditor's name and mailing address**

**Jim L**
**59 Spring Valley Av**
**River Edge, NJ 07661**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

**3.915 4**

**Nonpriority creditor's name and mailing address**

**Jim Leslie**
**1305 Walt Whitman Rd Ste 200**
**Kpmg -**
**Melville, NY 11747**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,740.00**

---

**3.915 5**

**Nonpriority creditor's name and mailing address**

**Jim Ligori**
**4341 Us Highway 26**
**Dubois, WY 82513**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$6,639.00**

---

**3.915 6**

**Nonpriority creditor's name and mailing address**

**Jim M**
**16609 12th Rd**
**Whitestone, NY 11357**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.915 7**

**Nonpriority creditor's name and mailing address**

**Jim M**
**6233 Martel Ave**
**Dallas, TX 75214**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.915 8**

**Nonpriority creditor's name and mailing address**

**Jim Malatos**
**16609 12th Rd**
**Whitestone, NY 11357**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$66,884.00**

---

**3.915 9**

**Nonpriority creditor's name and mailing address**

**Jim Matt**
**1910 Elm St**
**Cincinnati, OH 45202**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$478.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (*if known*)    _____
Name

| 3.916 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jim Mccauley**
**5954 Rathlin Ct NW**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.916 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7.00 |
|---|---|---|---|

**Jim N**
**2020 Willow Bend Ct**
**Prosper, TX 75078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.916 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $16.00 |
|---|---|---|---|

**Jim N**
**52 Eltham Dr**
**Buffalo, NY 14226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.916 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Jim Nickell**
**5256 Willow Grove Place South**
**Dublin, OH 43017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.916 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $560.00 |
|---|---|---|---|

**Jim Nowak**
**52 Eltham Dr**
**Buffalo, NY 14226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.916 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $68.00 |
|---|---|---|---|

**Jim O**
**2931 Beach St**
**Muskegon, MI 49441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.916 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $33.00 |
|---|---|---|---|

**Jim P**
**155 Western Ave N**
**Apt 4**
**Saint Paul, MN 55102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Phoeno Wine Company, Inc.**

_____
Name

Case number (*if known*) _____

---

| 3.916 7 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Jim P**
**6073 S. Paris St.**
**Greenwood Village, CO 80111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.916 8 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Jim Patterson**
**5 Lawn Terrace**
**Cranford, NJ 07016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$694.00

---

| 3.916 9 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Jim Plopper**
**6826 E 5th St**
**Scottsdale, AZ 85251**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$648.00

---

| 3.917 0 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Jim Potts**
**1128 Roxburg Way**
**San Antonio, TX 78260**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$64.00

---

| 3.917 1 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Jim R**
**11 Vista Dr**
**Great Neck, NY 11021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$8.00

---

| 3.917 2 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Jim R**
**28 Peppertree Court**
**Marietta, GA 30068**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

| 3.917 3 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Jim R**
**7051 Fair Oaks Drive**
**Cincinnati, OH 45237**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$22.00

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.917 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**Jim R**
**831 W. 8th Street**
**Hinsdale, IL 60521**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.917 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $253.00 |

**Jim Recore**
**28 Peppertree Court**
**Marietta, GA 30068**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.917 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $52.00 |

**Jim Reich**
**11 Vista Dr**
**Great Neck, NY 11021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.917 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $475.00 |

**Jim Reynolds**
**4960 North Harbor Dr. Suite Suite 200**
**San Diego, CA 92106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.917 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,865.00 |

**Jim Riley**
**831 W. 8th Street**
**Hinsdale, IL 60521**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.917 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,521.00 |

**Jim Robinson**
**4848 S Valdai Way**
**Aurora, CO 80015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.918 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $100.00 |

**Jim Robinson**
**7051 Fair Oaks Drive**
**Cincinnati, OH 45237**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*    _____

| | |
|---|---|
| **3.918** **1** | |

**Nonpriority creditor's name and mailing address**

**Jim S**
**290 Market St**
**Unit 408**
**Minneapolis, MN 55405**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$12.00**

---

| | |
|---|---|
| **3.918** **2** | |

**Nonpriority creditor's name and mailing address**

**Jim Sander**
**435 S Cleveland St**
**U103**
**Oceanside, CA 92054**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,394.00**

---

| | |
|---|---|
| **3.918** **3** | |

**Nonpriority creditor's name and mailing address**

**Jim Smith**
**1505 Coldwater Reserve Xing**
**Severn, MD 21144**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$194.00**

---

| | |
|---|---|
| **3.918** **4** | |

**Nonpriority creditor's name and mailing address**

**Jim Squatriglia**
**16331 Peachmont Dr**
**Cornelius, NC 28031**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$96.00**

---

| | |
|---|---|
| **3.918** **5** | |

**Nonpriority creditor's name and mailing address**

**Jim Stathis**
**290 Market St**
**Unit 408**
**Minneapolis, MN 55405**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$425.00**

---

| | |
|---|---|
| **3.918** **6** | |

**Nonpriority creditor's name and mailing address**

**Jim Taylor**
**203 Kestrel Court**
**Kennett Square, PA 19348**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,537.00**

---

| | |
|---|---|
| **3.918** **7** | |

**Nonpriority creditor's name and mailing address**

**Jim Wilson**
**13126 Zori Ln**
**Windermere, FL 34786**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,270.00**

---

Debtor  **Phoeno Wine Company, Inc.**                              Case number (if known) _____
_____
Name

| 3.918 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$115.00** |

**3.918 8**

**Nonpriority creditor's name and mailing address**
**Jim Z**
**12 Kensington Ave**
**Merrick, NY 11566**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$115.00**

---

**3.918 9**

**Nonpriority creditor's name and mailing address**
**Jimitt**
**3 Sundew Way**
**Binghamton, NY 13901**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20,124.96**

---

**3.919 0**

**Nonpriority creditor's name and mailing address**
**Jimmy B**
**22 La Honda Court**
**Suite 510**
**El Sobrante, CA 94803**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.919 1**

**Nonpriority creditor's name and mailing address**
**Jimmy C**
**4712 Foxborough Ct**
**Norman, OK 73072**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$70.00**

---

**3.919 2**

**Nonpriority creditor's name and mailing address**
**Jimmy Earley**
**4009 Highway 78 E**
**Jasper, AL 35501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,642.00**

---

**3.919 3**

**Nonpriority creditor's name and mailing address**
**Jimmy L**
**1305 Rosedale St**
**Houston, TX 77004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$27.50**

---

**3.919 4**

**Nonpriority creditor's name and mailing address**
**Jimmy W**
**201 Neal Dow Ave**
**Staten Island, NY 10314**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,041.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.919 5**

**Nonpriority creditor's name and mailing address**

**Jimmy W**
**8312 Shoreline Ct**
**College Grove, TN 37046**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$10.00**

---

**3.919 6**

**Nonpriority creditor's name and mailing address**

**Jimmy Wagner**
**8312 Shoreline Ct**
**College Grove, TN 37046**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$10,686.00**

---

**3.919 7**

**Nonpriority creditor's name and mailing address**

**Jin Ivacic**
**5644 N Natoma Ave**
**Chicago, IL 60631**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,067.00**

---

**3.919 8**

**Nonpriority creditor's name and mailing address**

**Jin K**
**2408 166th St**
**Whitestone, NY 11357**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$20.00**

---

**3.919 9**

**Nonpriority creditor's name and mailing address**

**Jince Jacob**
**1 Bentwood Rd**
**Palm Beach Gardens, FL 33418**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$20.00**

---

**3.920 0**

**Nonpriority creditor's name and mailing address**

**Jingjing Gao**
**10835 43rd Ave # 1fl**
**Corona, NY 11368**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$230.00**

---

**3.920 1**

**Nonpriority creditor's name and mailing address**

**Jinhyung P**
**4200 Country Club Dr**
**Bakersfield, CA 93306**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$34.00**

---

Debtor    **Phoeno Wine Company, Inc.**    Case number (if known) _____
_____
Name

| 3.920 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Jinhyung Park** | ☐ Contingent | |
| **4200 Country Club Dr** | ☐ Unliquidated | |
| **Bakersfield, CA 93306** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.920 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20.00** |
| **Jiri P** | ☐ Contingent | |
| **1628 W. Chateau Place** | ☐ Unliquidated | |
| **Anaheim, CA 92802** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.920 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30.00** |
| **Jisoo Y** | ☐ Contingent | |
| **440 Sylvan Ave Ste 290** | ☐ Unliquidated | |
| **Englewood Cliffs, NJ 07632** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.920 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$827.00** |
| **Jisoo Yoon** | ☐ Contingent | |
| **440 Sylvan Ave Ste 290** | ☐ Unliquidated | |
| **Englewood Cliffs, NJ 07632** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.920 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$42.00** |
| **Jj Eno** | ☐ Contingent | |
| **135 Kehalani Village Dr** | ☐ Unliquidated | |
| **UPS Access Point** | ☐ Disputed | |
| **Wailuku, HI 96793** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.920 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15.00** |
| **Jj G** | ☐ Contingent | |
| **296 Charles Barber Road** | ☐ Unliquidated | |
| **San Benito, TX 78586** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.920 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$599.00** |
| **Jj Gonzalez** | ☐ Contingent | |
| **296 Charles Barber Road** | ☐ Unliquidated | |
| **San Benito, TX 78586** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number _(if known)_ _____
Name

| 3.920 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$9.00** |
|---|---|---|---|

**Jkev R**
**503 Winterside Drive**
**Apollo Beach, FL 33572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.921 0 | **Nonpriority creditor's name and mailing address** | | **$38.00** |
|---|---|---|---|

**Jkev Ross**
**503 Winterside Drive**
**Apollo Beach, FL 33572**

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.921 1 | **Nonpriority creditor's name and mailing address** | | **$811.00** |
|---|---|---|---|

**Jmd**
**1692 Browning**
**Irvine, CA 92606**

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.921 2 | **Nonpriority creditor's name and mailing address** | | **$495.00** |
|---|---|---|---|

**Jo Pasiuk**
**47 N Main St**
**Fond Du Lac, WI 54935**

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.921 3 | **Nonpriority creditor's name and mailing address** | | **$64.00** |
|---|---|---|---|

**Joan Brown**
**3467 Bitterns Br**
**Leland, NC 28451**

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.921 4 | **Nonpriority creditor's name and mailing address** | | **$345.00** |
|---|---|---|---|

**Joan Gooch**
**15188 Larchwood Dr**
**Westfield, IN 46074**

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.921 5 | **Nonpriority creditor's name and mailing address** | | **$228.00** |
|---|---|---|---|

**Joan Jawor**
**6892 Alverno Ct**
**Inver Grove Heights, MN 55077**

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

**3.921 6**

**Nonpriority creditor's name and mailing address**

**Joan S**
**E10250 Hatchery Rd**
**Baraboo, WI 53913**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$52.00**

---

**3.921 7**

**Nonpriority creditor's name and mailing address**

**Joan Schield**
**17696 West Paseo Way**
**Goodyear, AZ 85338**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$676.00**

---

**3.921 8**

**Nonpriority creditor's name and mailing address**

**Joan W**
**2311 Laurel Bush Rd**
**Abingdon, MD 21009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$9.00**

---

**3.921 9**

**Nonpriority creditor's name and mailing address**

**Joan Waller**
**2311 Laurel Bush Rd**
**Abingdon, MD 21009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$242.00**

---

**3.922 0**

**Nonpriority creditor's name and mailing address**

**Joanie H**
**535 1st St**
**Westfield, NJ 07090**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$11.00**

---

**3.922 1**

**Nonpriority creditor's name and mailing address**

**Joanie Hays**
**535 1st St**
**Westfield, NJ 07090**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,115.00**

---

**3.922 2**

**Nonpriority creditor's name and mailing address**

**Joann Buster**
**362 Dawnbrook Court**
**Bluffton, SC 29909**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$133.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____     Case number (if known) _____
Name

---

| 3.922<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$22.00** |
|---|---|---|---|

**Joann Carroll**
**28 North Shore Dr**
**Blasdell, NY 14219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$186.00** |
|---|---|---|---|

**Joann Casey**
**946a Heritage Vlg**
**Southbury, CT 06488**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$222.00** |
|---|---|---|---|

**Joann Edwards**
**8084 Redhaven Ct**
**Cincinnati, OH 45247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9.00** |
|---|---|---|---|

**Joann M**
**408 6th Ave**
**Fox Island, WA 98333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$614.00** |
|---|---|---|---|

**Joann Moore**
**408 6th Ave**
**Fox Island, WA 98333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$670.00** |
|---|---|---|---|

**Joann Ryan**
**218 Arch St Apt 813**
**813**
**Philadelphia, PA 19106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$149.00** |
|---|---|---|---|

**Joann Vaughan**
**18 Rolling Ridge Rd**
**Randolph, NJ 07869**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
Name

---

**3.923 0**

**Nonpriority creditor's name and mailing address**

**Joanna Knox**
**490 Willow Ct**
**Novato, CA 94945**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,084.00**

---

**3.923 1**

**Nonpriority creditor's name and mailing address**

**Joanna Kreider**
**99 Battery Pl**
**Apt 9c**
**New York, NY 10280**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$972.00**

---

**3.923 2**

**Nonpriority creditor's name and mailing address**

**Joanna Panek**
**125 Davis Ave**
**Staten Island, NY 10310**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,596.00**

---

**3.923 3**

**Nonpriority creditor's name and mailing address**

**Joanna S**
**604 E Mabel St**
**Tucson, AZ 85705**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$17.00**

---

**3.923 4**

**Nonpriority creditor's name and mailing address**

**Joanna Smith**
**604 E Mabel St**
**Tucson, AZ 85705**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$354.00**

---

**3.923 5**

**Nonpriority creditor's name and mailing address**

**Joanna Terry**
**1812 N 60th St**
**Milwaukee, WI 53208**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.923 6**

**Nonpriority creditor's name and mailing address**

**Joanne B**
**1008 Calle Rey**
**Thousand Oaks, CA 91360**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*  _____

---

| 3.923 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joanne Battles**
**206 E Main**
**Antlers, OK 74523**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$88.00**

---

| 3.923 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joanne Laipson**
**4918 Imlay Ave**
**Culver City, CA 90230**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$168.00**

---

| 3.923 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joanne M**
**2119 Ramona Ln**
**Woodstock, MD 21163**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

| 3.924 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joanne M 13436757**
**121 Golf View Dr**
**Greenville, NC 27834**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| 3.924 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joanne Mcclellan**
**121 Golf View Dr**
**Greenville, NC 27834**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$431.00**

---

| 3.924 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joanne Nichols**
**646 Windsor Drive**
**Benicia, CA 94510**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$278.00**

---

| 3.924 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joanne O**
**4617 Oakdale Street**
**Bellaire, TX 77401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)*   _____
Name

---

| 3.924 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Joanne P**
**186 Broad St**
**Summit, NJ 07901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.924 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Joanne Runyan**
**1025 Mccarroll St**
**Clarkston, WA 99403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

| 3.924 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Joanne S**
**1064 Manza Cir**
**Roseville, CA 95678**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$264.35**

---

| 3.924 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Joanne Sucgang**
**1064 Manza Cir**
**Roseville, CA 95678**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$11,480.00**

---

| 3.924 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Joanne Wing**
**130 Heun Ln**
**Napa, CA 94558**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$111.00**

---

| 3.924 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jobin Mathew**
**1841 Cypress Lake Ln**
**Prosper, TX 75078**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$137.00**

---

| 3.925 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jocelyn C**
**7451 Beverly St**
**Overland Park, KS 66204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 3.925 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jocelyn Mohmand**
**10298 Wild Rose Circle**
**Forney, TX 75126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$136.00**

---

| 3.925 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jocelyn Spitz**
**1203 Carriage Cir**
**Ambler, PA 19002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.925 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jocelyn Xamis**
**1504 Forest Ridge Dr**
**Mahomet, IL 61853**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$140.00**

---

| 3.925 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jodee Definnis**
**1420 Oak Dr**
**Shavertown, PA 18708**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$84.00**

---

| 3.925 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jodee Hibbs**
**314 Hamlet Ave**
**Carolina Beach, NC 28428**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

| 3.925 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jodi Airhart**
**2030 Creekview Ct**
**Waukee, IA 50263**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.925 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jodi Akers**
**1561 Stokley Ln**
**Old Hickory, TN 37138**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.925 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jodi Allan**
**5088 E University Ave**
**Des Moines, IA 50327**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

$118.00

---

| 3.925 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jodi C**
**164 4th Ave N**
**Tierra Verde, FL 33715**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

$69.00

---

| 3.926 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jodi Conley**
**164 4th Ave N**
**Tierra Verde, FL 33715**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

$35.00

---

| 3.926 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jodi Duhon**
**4250 N Sam Houston Pkwy E Ste 160easy**
**Houston, TX 77032**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.926 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jodi G**
**37891 Glenoaks Rd**
**Temecula, CA 92592**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| 3.926 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jodi H**
**4457 Gaywood Drive**
**Minnetonka, MN 55345**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

$53.00

---

| 3.926 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jodi M**
**325 W South Ave**
**Tampa, FL 33603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

Debtor   **Phoeno Wine Company, Inc.**

  Name

Case number *(if known)* _____

---

| 3.926 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**Jodi M**
**79 Boulder Ridge Road**
**Scarsdale, NY 10583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.926 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$147.00** |

**Jodi Mann**
**125 Private Road 3407**
**Bridgeport, TX 76426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.926 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |

**Jodi Phillips**
**4625 W William Cannon Dr Ste 5**
**Mlc Cad Systems**
**Austin, TX 78749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.926 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |

**Jodi S**
**238 Lou Ann Dr**
**Depew, NY 14043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.926 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$714.00** |

**Jodi Syroczynski**
**238 Lou Ann Dr**
**Depew, NY 14043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.927 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.67** |

**Jody B**
**1686 Maritime Oak Drive**
**Atlantic Beach, FL 32233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.927 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,404.00** |

**Jody Dyerfox**
**6119 Prospect Avenue**
**Dallas, TX 75214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*    _____

---

| 3.927 2 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Jody R**
**10755 Scripps Poway Pkwy**
**#425**
**San Diego, CA 92131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$370.13**

---

| 3.927 3 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Joe A**
**942 Boston Post Rd**
**C/O Ashley S**
**Guilford, CT 06437**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.927 4 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Joe B 13435128**
**16 Greymore Dr**
**Chesterfield, MO 63017**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

| 3.927 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Joe Berro**
**2711 North Sepulveda Blvd**
**#737**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,485.00**

---

| 3.927 6 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Joe Bonavita**
**410 Se 16th Ct Apt 629**
**Fort Lauderdale, FL 33316**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$237.00**

---

| 3.927 7 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Joe Bucher**
**3019 Portland Ct**
**Franklin, TN 37064**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

| 3.927 8 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Joe C**
**1407 Crested Heron Court**
**Saint Augustine, FL 32092**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$39.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

| 3.9279 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$24.00** |

**Joe C**
**30 Greenwood Avenue**
**East Islip, NY 11730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9280 | **Nonpriority creditor's name and mailing address** | | **$25.00** |

**Joe C**
**5208 Upton Ter Nw**
**Washington, DC 20016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9281 | **Nonpriority creditor's name and mailing address** | | **$10.00** |

**Joe C**
**611 3rd St E**
**Northfield, MN 55057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9282 | **Nonpriority creditor's name and mailing address** | | **$112.80** |

**Joe C**
**7 Miller Rd**
**Darien, CT 06820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9283 | **Nonpriority creditor's name and mailing address** | | **$30.00** |

**Joe Callahan**
**5208 Upton Ter NW**
**Washington, DC 20016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9284 | **Nonpriority creditor's name and mailing address** | | **$250.00** |

**Joe Chihade**
**611 3rd St E**
**Northfield, MN 55057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9285 | **Nonpriority creditor's name and mailing address** | | **$3,628.00** |

**Joe Colca**
**1407 Crested Heron Court**
**Saint Augustine, FL 32092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F            Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.928 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,409.00** |

**Joe Collina**
**30 Greenwood Avenue**
**East Islip, NY 11730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.928 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,305.00** |

**Joe Contaldo**
**9233 Carrisbrook Ln**
**Brentwood, TN 37027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.928 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$150.00** |

**Joe Coyne**
**1516 S Lakeside Dr Apt 308**
**Lake Worth, FL 33460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.928 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$653.00** |

**Joe Cristiani**
**130 Date Avenue**
**Imperial Beach, CA 91932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.929 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12.00** |

**Joe D**
**1537 Emma Ln**
**Neptune Beach, FL 32266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.929 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$112.00** |

**Joe D**
**6535 Sw Ecola Pl**
**Beaverton, OR 97007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.929 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$22.00** |

**Joe Daniels**
**6535 Sw Ecola Pl**
**Beaverton, OR 97007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.929 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,111.00** |

**Joe Decker**
**1440 Maria Ln Ste 100**
**Walnut Creek, CA 94596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.929 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$120.00** |

**Joe Dimino**
**1 Belmont Rd Apt 110**
**West Harwich, MA 02671**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.929 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$56.00** |

**Joe Dooling**
**2023 State Highway 159**
**La Grange, TX 78945**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.929 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$365.00** |

**Joe Eklund**
**8501 13th Ave S**
**Bloomington, MN 55425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.929 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15.00** |

**Joe F**
**283 Park Lane**
**Atherton, CA 94027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.929 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$357.00** |

**Joe Franco**
**4404 Roundabout Circle**
**Lawrence, KS 66049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.929 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**Joe G**
**8 Hill**
**Port Jefferson, NY 11777**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

**3.930 0**

**Nonpriority creditor's name and mailing address**

**Joe Giessinger**
**136 S Oakhurst Dr Apt 4**
**Beverly Hills, CA 90212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$445.00**

---

**3.930 1**

**Nonpriority creditor's name and mailing address**

**Joe Gillen**
**112 Cloudland Ct**
**Spicewood, TX 78669**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$9,854.00**

---

**3.930 2**

**Nonpriority creditor's name and mailing address**

**Joe Gillespie**
**12227 Mossycup Drive**
**Houston, TX 77024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,133.00**

---

**3.930 3**

**Nonpriority creditor's name and mailing address**

**Joe Greenman**
**19725 Suncrest Dr**
**West Linn, OR 97068**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$133.00**

---

**3.930 4**

**Nonpriority creditor's name and mailing address**

**Joe Griffin**
**23 Waterline Dr**
**Saint Johns, FL 32259**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$510.00**

---

**3.930 5**

**Nonpriority creditor's name and mailing address**

**Joe Klauder**
**3141 North Street**
**Fairfield, CT 06824**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$679.00**

---

**3.930 6**

**Nonpriority creditor's name and mailing address**

**Joe Kneip**
**443 Sw Stacy Ct**
**Port Saint Lucie, FL 34953**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$234.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
Name

---

| 3.930 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
| **Joe L** | ☐ Contingent | |
| **13920 Se 44th Pl** | ☐ Unliquidated | |
| **Bellevue, WA 98006** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.930 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$637.00** |
| **Joe Landy** | ☐ Contingent | |
| **228 Desmond St** | ☐ Unliquidated | |
| **Sayre, PA 18840** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.930 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$87.00** |
| **Joe Lawless** | ☐ Contingent | |
| **2727 Stuart Mnr** | ☐ Unliquidated | |
| **Houston, TX 77082** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.931 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18.00** |
| **Joe M** | ☐ Contingent | |
| **3 Ridge Dr** | ☐ Unliquidated | |
| **N/A** | ☐ Disputed | |
| **Ellington, CT 06029** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.931 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,080.00** |
| **Joe Maduro** | ☐ Contingent | |
| **695 Via Vista** | ☐ Unliquidated | |
| **Newbury Park, CA 91320** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.931 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$215.00** |
| **Joe Mancini** | ☐ Contingent | |
| **312 Bolton Grant Drive** | ☐ Unliquidated | |
| **Cary, NC 27519** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.931 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,620.00** |
| **Joe Mello** | ☐ Contingent | |
| **Timbers Club** | ☐ Unliquidated | |
| **65 Timbers Club Court** | ☐ Disputed | |
| **Snowmass Village, CO 81615** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor      **Phoeno Wine Company, Inc.**
_____      Case number *(if known)* _____

Name

---

| 3.931 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joe Melnick**
**110 Cambridge Blvd**
**Pleasant Ridge, MI 48069**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,156.00**

---

| 3.931 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joe Nalbandyan**
**1588 Glenmont Dr**
**Glendale, CA 91207**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$608.00**

---

| 3.931 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joe Nardi**
**57 Valentino Dr**
**Old Bridge, NJ 08857**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$934.00**

---

| 3.931 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joe Newstrom**
**4935 Maureen Ln**
**Moorpark, CA 93021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$851.00**

---

| 3.931 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joe O**
**2155 Las Rosas Ave**
**Clovis, CA 93619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.931 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joe O 19750**
**311 E Johnson St**
**Apt 204**
**Madison, WI 53703**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| 3.932 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joe P**
**10645 N Oracle Rd Suite 121**
**Oro Valley, AZ 85737**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$7.50**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.932 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,886.00 |

**Joe Quigley**
**1211 Fristoe Ct**
**Forest Hill, MD 21050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.932 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.00 |

**Joe R**
**11237 Juglans Drive**
**Odessa, FL 33556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.932 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |

**Joe R**
**9157 Hy23**
**Belle Chasse, LA 70037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.932 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,173.00 |

**Joe Raymond**
**1033 Encino Ave**
**Arcadia, CA 91006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.932 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $116.00 |

**Joe Ryan**
**740 Mccoy Rd**
**Franklin Lakes, NJ 07417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.932 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $382.00 |

**Joe Ryan**
**9157 Hy23**
**Belle Chasse, LA 70037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.932 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |

**Joe S**
**18949 Skyfield Ridge Pl**
**Purcellville, VA 20132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

_____
Name

Case number *(if known)*   _____

---

| 3.932 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joe S 2824**
**160 West 62nd Street**
**Apt 39 E**
**New York, NY 10023**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$48.00**

---

| 3.932 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joe Short**
**18949 Skyfield Ridge Pl**
**Purcellville, VA 20132**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

| 3.933 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joe Steakley**
**1012 Tyne Blvd**
**Nashville, TN 37220**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,832.00**

---

| 3.933 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joe Truhe**
**314 28th St**
**New Orleans, LA 70124**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$411.00**

---

| 3.933 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joe White**
**9301 Lowell Ave**
**Overland Park, KS 66212**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$283.00**

---

| 3.933 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joe Yashuk**
**8 Palladian Way**
**Pooler, GA 31322**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$93.00**

---

| 3.933 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joel B**
**1716 Reed St**
**Redondo Beach, CA 90278**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$31.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

---

| 3.933 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joel Benedetti**
**1716 Reed St**
**Redondo Beach, CA 90278**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,108.00**

---

| 3.933 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joel Braver**
**30 Rehill Ave Ste 1100**
**Somerville, NJ 08876**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$140.00**

---

| 3.933 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joel Deis**
**601 Union St Ste 2710**
**Seattle, WA 98101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

| 3.933 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joel Dunn**
**1661 Knickerbocker Ct**
**Stockton, CA 95210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$99.00**

---

| 3.933 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joel Friedman**
**429 Limestone Rd**
**Ridgefield, CT 06877**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$135.00**

---

| 3.934 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joel Gloden**
**2504 Barnard Dr**
**Valparaiso, IN 46385**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$115.00**

---

| 3.934 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joel K**
**15170 Fish Point Road Se**
**Prior Lake, MN 55372**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_    _____
Name

| 3.934 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$266.00** |
|---|---|---|---|

**Joel Lindner**
**409 Crossing Rd**
**Fredericksburg, VA 22406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.934 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$10.00** |
|---|---|---|---|

**Joel M**
**400 Sunny Isles Blvd Apt 1408**
**Sunny Isles Beach, FL 33160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.934 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$15.00** |
|---|---|---|---|

**Joel M**
**438 Matheson St**
**Healdsburg, CA 95448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.934 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$2,898.00** |
|---|---|---|---|

**Joel Madsen**
**1051 Santa Cruz Way**
**Rohnert Park, CA 94928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.934 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$30.00** |
|---|---|---|---|

**Joel R 9477**
**6836 Palm Ave**
**Highland, CA 92346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.934 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$25.00** |
|---|---|---|---|

**Joel S**
**6212 Bayshore Blvd Apt J**
**Tampa, FL 33611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.934 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$84.00** |
|---|---|---|---|

**Joel Seiden**
**19955 NE 38th Ct Apt 1802**
**Aventura, FL 33180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
　　　　　　Name

Case number (if known) _____

---

**3.9349**

**Nonpriority creditor's name and mailing address**
**Joel T**
**1401 Bay Head Rd**
**Annapolis, MD 21409**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$60.00

---

**3.9350**

**Nonpriority creditor's name and mailing address**
**Joel Wachbrit**
**916 Ford St.**
**Burbank, CA 91505**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$360.12

---

**3.9351**

**Nonpriority creditor's name and mailing address**
**Joel Wilsford**
**317 Gentrys Walk**
**Atlanta, GA 30341**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**Customer**

Is the claim subject to offset? ■ No ☐ Yes

$747.00

---

**3.9352**

**Nonpriority creditor's name and mailing address**
**Joel Wood**
**191 Stone Creek Dr**
**Granville, OH 43023**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**Customer**

Is the claim subject to offset? ■ No ☐ Yes

$584.00

---

**3.9353**

**Nonpriority creditor's name and mailing address**
**Joella Sartin**
**8340 E Mcdonald Dr Unit 1007**
**Scottsdale, AZ 85250**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**Customer**

Is the claim subject to offset? ■ No ☐ Yes

$300.00

---

**3.9354**

**Nonpriority creditor's name and mailing address**
**Joelle B**
**17 Margate Rd**
**Lutherville, MD 21093**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.9355**

**Nonpriority creditor's name and mailing address**
**Joelle M**
**231 Main St**
**C/O Goin' Postal Shipping**
**Norway, ME 04268**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$1,300.00

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.935 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,166.00** |
|---|---|---|---|

**Joelle Moreno**
**231 Main St**
**C/O Goin' Postal Shipping**
**Norway, ME 04268**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.935 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$292.00** |
|---|---|---|---|

**Joellen Schneider**
**1818 W State St**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.935 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70.00** |
|---|---|---|---|

**Joey E**
**146 Clark Street**
**West Babylon, NY 11704**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.935 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,531.00** |
|---|---|---|---|

**Joey Hunt**
**10417 Big Tree Ct**
**Orlando, FL 32836**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.936 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,038.01** |
|---|---|---|---|

**Joey L**
**1481 Elliott Ave W**
**Attn: Joey Lasko J-103r**
**Seattle, WA 98119**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.936 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,826.00** |
|---|---|---|---|

**Joey Lasko**
**1481 Elliott Ave W**
**Attn: Joey Lasko J-103r**
**Seattle, WA 98119**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.936 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$126.00** |
|---|---|---|---|

**Joey Martin**
**5450 Pegamore Creek Way**
**Powder Springs, GA 30127**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name    Case number (if known) _____

| 3.936 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4.00 |

**Joey Selage**
**40 Stephenville Blvd**
**Red Bank, NJ 07701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.936 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $42.00 |

**Johan I**
**2335 Walnut St Unit 12**
**Denver, CO 80205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.936 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $369.00 |

**Johan Ivarsson**
**2335 Walnut St Unit 12**
**Denver, CO 80205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.936 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $36.00 |

**Johan Martensson**
**7088 Lagrange Point St**
**Las Vegas, NV 89148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.936 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $151.02 |

**Johanna C**
**1656 Anza Street**
**San Francisco, CA 94118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.936 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Johanna Rodgers**
**22 Thorndike St Side Door**
**Beverly, MA 01915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.936 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $65.00 |

**Johannes Arnoldus Boom**
**597 Los Vientos Dr**
**Newbury Park, CA 91320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.937 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |
|---|---|---|---|

**John A**
**1655 2nd St Unit 208**
**Napa, CA 94559**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.937 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |
|---|---|---|---|

**John A**
**4139 Jeffco Blvd**
**Arnold, MO 63010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.937 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**John A**
**4270 Promenade Way**
**Apt 230**
**Marina Del Rey, CA 90292**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.937 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |
|---|---|---|---|

**John A**
**7101 Sand Lake Reserve Dr Apt 1210**
**Orlando, FL 32819**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.937 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |
|---|---|---|---|

**John A**
**99 Blair Alley Sw**
**Apt 350w**
**Washington, DC 20024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.937 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,972.00** |
|---|---|---|---|

**John Allen**
**27 Lakecliff Dr**
**Ormond Beach, FL 32174**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.937 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John Allen**
**3068 Rhodenhaven Drive**
**Atlanta, GA 30326**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.9377**

**Nonpriority creditor's name and mailing address**
**John Allie**
**744 W Fullerton Ave Apt 404**
**Chicago, IL 60614**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$424.00**

---

**3.9378**

**Nonpriority creditor's name and mailing address**
**John Amick**
**821 Bingham Ln**
**New Braunfels, TX 78132**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9379**

**Nonpriority creditor's name and mailing address**
**John Andrews**
**1655 2nd St Unit 208**
**Napa, CA 94559**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$469.00**

---

**3.9380**

**Nonpriority creditor's name and mailing address**
**John Anton**
**1507 NW 27th Pl**
**Cape Coral, FL 33993**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$55.00**

---

**3.9381**

**Nonpriority creditor's name and mailing address**
**John Anton**
**905 N Scottsdale Rd**
**Tempe, AZ 85281**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$168.00**

---

**3.9382**

**Nonpriority creditor's name and mailing address**
**John Antonini**
**56 Summit Avenue**
**Bronxville, NY 10708**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$152.00**

---

**3.9383**

**Nonpriority creditor's name and mailing address**
**John B**
**10306 Ada Road**
**Marshall, VA 20115**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.938 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John B**
**10948 Ivy Hill Dr 6**
**San Diego, CA 92131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.938 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John B**
**11 E Bay Dr**
**Cape Charles, VA 23310**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

| 3.938 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John B**
**133 Arrow Rd**
**C/O Hilton Head Island Motorcoach Resort**
**Hilton Head Island, SC 29928**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.938 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John B**
**1905 Bentley Ct**
**Norwalk, IA 50211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$22.00**

---

| 3.938 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John B**
**1919 Front St**
**Lynden, WA 98264**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$14.00**

---

| 3.938 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John B**
**20 Crestwood Drivd**
**Maplewood, NJ 07040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$11.00**

---

| 3.939 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John B**
**3163 Henrich Farm Ln**
**Allison Park, PA 15101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$136.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.939**
**1**

**Nonpriority creditor's name and mailing address**
**John B**
**3914 Hazel Lane**
**Greensboro, NC 27408**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$40.00**

---

**3.939**
**2**

**Nonpriority creditor's name and mailing address**
**John B**
**459 West 21**
**New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

**3.939**
**3**

**Nonpriority creditor's name and mailing address**
**John B**
**488 Park Ave**
**Glencoe, IL 60025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$26.00**

---

**3.939**
**4**

**Nonpriority creditor's name and mailing address**
**John B**
**49 Creek Road**
**Irasburg, VT 05845**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$11.00**

---

**3.939**
**5**

**Nonpriority creditor's name and mailing address**
**John B**
**601 S Main St Ste 100**
**Keller, TX 76248**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$22.00**

---

**3.939**
**6**

**Nonpriority creditor's name and mailing address**
**John B 13409952**
**986 S Downing St**
**Seaside, OR 97138**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$140.00**

---

**3.939**
**7**

**Nonpriority creditor's name and mailing address**
**John B 13431404**
**39 Montauk Rd**
**Sound Beach, NY 11789**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$52.43**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.939 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**John Babnik**
**488 Park Ave**
**Glencoe, IL 60025**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$353.00**

---

| 3.939 9 |
|---|

**Nonpriority creditor's name and mailing address**
**John Baker**
**200 W State Highway 6 Ste 330**
**Waco, TX 76712**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$290.00**

---

| 3.940 0 |
|---|

**Nonpriority creditor's name and mailing address**
**John Baliga**
**1905 Bentley Ct**
**Norwalk, IA 50211**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

| 3.940 1 |
|---|

**Nonpriority creditor's name and mailing address**
**John Barkley**
**4500 Manor Village Way**
**Apt 305**
**Raleigh, NC 27612**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,864.00**

---

| 3.940 2 |
|---|

**Nonpriority creditor's name and mailing address**
**John Bash**
**15422 N Bolivar Dr**
**Sun City, AZ 85351**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$178.00**

---

| 3.940 3 |
|---|

**Nonpriority creditor's name and mailing address**
**John Belanger**
**49 Creek Road**
**Irasburg, VT 05845**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$483.00**

---

| 3.940 4 |
|---|

**Nonpriority creditor's name and mailing address**
**John Bell**
**50 Willowbrook Ln**
**Freeport, NY 11520**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$214.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_ _____
Name

| 3.940 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$2,328.00** |
|---|---|---|---|

**John Bernatz**
**1812 Washington St**
**C/O Cellar 55**
**Vancouver, WA 98660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.940 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$206.00** |
|---|---|---|---|

**John Berry**
**986 S Downing St**
**Seaside, OR 97138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.940 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$905.00** |
|---|---|---|---|

**John Bittle**
**12001 Jasmine Cove Way**
**Raleigh, NC 27614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.940 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$6,054.00** |
|---|---|---|---|

**John Blevins**
**20 Crestwood Drivd**
**Maplewood, NJ 07040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.940 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**John Bourdages**
**6210 E Karen Dr**
**Scottsdale, AZ 85254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.941 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$256.00** |
|---|---|---|---|

**John Bowersox**
**N8931 Harrisville Ct**
**Menasha, WI 54952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.941 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$312.00** |
|---|---|---|---|

**John Bray**
**39 Montauk Rd**
**Sound Beach, NY 11789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____      Case number *(if known)*   _____
   Name

| 3.941<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,162.00** |

**John Brier**
**3163 Henrich Farm Ln**
**Allison Park, PA 15101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:   Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.941<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,177.00** |

**John Buchanan**
**34 Wyndham Rd**
**South Abington Township, PA 18411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:   Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.941<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$37.00** |

**John Burgardt**
**601 S Main St Ste 100**
**Keller, TX 76248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:   Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.941<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$700.00** |

**John Butler**
**11 E Bay Dr**
**Cape Charles, VA 23310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:   Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.941<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$306.00** |

**John Butler**
**50 Beech Tree Ct**
**Annville, PA 17003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:   Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.941<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60.00** |

**John C**
**10910 Wickwild**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:   Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.941<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |

**John C**
**18 Stony Brook Drive**
**Warren, NJ 07059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:   Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Case number (if known) _____
<br>Name

---

**3.9419**

**Nonpriority creditor's name and mailing address**
**John C**
**1848 Gladstone St**
**Philadelphia, PA 19145**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No  ☐ Yes

**$20.00**

---

**3.9420**

**Nonpriority creditor's name and mailing address**
**John C**
**2255 Belle Vista Ct**
**Marietta, GA 30062**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No  ☐ Yes

**$10.00**

---

**3.9421**

**Nonpriority creditor's name and mailing address**
**John C**
**30 El Mirasol Place**
**San Francisco, CA 94132**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No  ☐ Yes

**$2.00**

---

**3.9422**

**Nonpriority creditor's name and mailing address**
**John C**
**41 Ashford**
**Irvine, CA 92618**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No  ☐ Yes

**$50.00**

---

**3.9423**

**Nonpriority creditor's name and mailing address**
**John C**
**4710 Artesa Way E**
**Palm Beach Gardens, FL 33418**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No  ☐ Yes

**$18.00**

---

**3.9424**

**Nonpriority creditor's name and mailing address**
**John Calabrese**
**2100 3rd Avenue**
**Apt 1401**
**Seattle, WA 98121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

**$318.00**

---

**3.9425**

**Nonpriority creditor's name and mailing address**
**John Cannizzaro**
**5317 Teramo Cir**
**Clay, NY 13041**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

**$33.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| 3.942 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$9.15** |
| **John Carroz** | ☐ Contingent | |
| **990 Nw Firwood Blvd** | ☐ Unliquidated | |
| **Issaquah, WA 98027** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.942 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
| **John Carter** | ☐ Contingent | |
| **80 Retriever Dr** | ☐ Unliquidated | |
| **Chapmanville, WV 25508** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.942 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$11,347.00** |
| **John Cerrito** | ☐ Contingent | |
| **91 Bridge Rd** | ☐ Unliquidated | |
| **Hauppauge, NY 11788** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.942 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$494.00** |
| **John Champagne** | ☐ Contingent | |
| **4710 Artesa Way E** | ☐ Unliquidated | |
| **Palm Beach Gardens, FL 33418** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.943 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,369.00** |
| **John Chapoton** | ☐ Contingent | |
| **100 Conti St** | ☐ Unliquidated | |
| **New Orleans, LA 70130** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.943 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$64.00** |
| **John Charles** | ☐ Contingent | |
| **804 Hague Ave** | ☐ Unliquidated | |
| **Saint Paul, MN 55104** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.943 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$2,479.00** |
| **John Chase** | ☐ Contingent | |
| **240 Gould Ave** | ☐ Unliquidated | |
| **Moldcraft Inc** | ☐ Disputed | |
| **Depew, NY 14043** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

---

| 3.943<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$267.00** |
|---|---|---|---|

**John Chin**
**30 El Mirasol Place**
**San Francisco, CA 94132**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.943<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$144.00** |
|---|---|---|---|

**John Chironna**
**175 Barber Loop**
**Mooresville, NC 28117**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.943<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$1,000.00** |
|---|---|---|---|

**John Christmann**
**10910 Wickwild**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.943<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$530.00** |
|---|---|---|---|

**John Cicchese**
**1968 Boulder Dr**
**Menomonie, WI 54751**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.943<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$28.00** |
|---|---|---|---|

**John Cobb**
**315 Buttonwood Circle**
**Shreveport, LA 71106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.943<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**John Coffman**
**3550 Tomahawk Hill Rd**
**Morristown, TN 37814**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.943<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$925.00** |
|---|---|---|---|

**John Coletti**
**421 Gibbs Ave**
**Newport, RI 02840**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 3.944 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Coletti**
**421 Gibbs Avenue**
**Newport, RI 02840**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

| 3.944 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Conlon**
**4132 Tower St**
**Philadelphia, PA 19127**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| 3.944 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Cosentini**
**6084 Wilkes Pond Dr**
**Hollywood, SC 29449**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$185.02**

---

| 3.944 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John D**
**15 Yellowstone Dr**
**West Nyack, NY 10994**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.944 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John D**
**275 Waterville St**
**Raleigh, NC 27603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

| 3.944 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John D**
**5007 Bueno Dr**
**Granbury, TX 76049**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$21.00**

---

| 3.944 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John D**
**6638 Copper Ridge Trl**
**6638 Copper Ridge Tr**
**Bradenton, FL 34201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                                    Case number *(if known)* _____

| 3.944 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |

**John D**
**8333 Perry Hwy**
**C/O Ups Access Advanced Auto Parts**
**Pittsburgh, PA 15237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.944 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$523.00** |

**John Dalton**
**2668 Ellwood Dr NE**
**Atlanta, GA 30305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.944 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$349.00** |

**John Damg**
**618 S Main St**
**Santa Ana, CA 92701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.945 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$334.00** |

**John Deal**
**5007 Bueno Dr**
**Granbury, TX 76049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.945 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$644.00** |

**John Deweerd**
**2201 Robincrest Ln**
**Glenview, IL 60025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.945 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$418.00** |

**John Digesare**
**275 Waterville St**
**Raleigh, NC 27603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.945 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$38.00** |

**John Dinoia**
**15 Yellowstone Dr**
**West Nyack, NY 10994**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*    _____

| 3.945 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$223.00** |
| **John Dommerichjr** | ☐ Contingent | |
| **1309 Melaleuca Lane** | ☐ Unliquidated | |
| **Fort Myers, FL 33919** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.945 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33.00** |
| **John Douros** | ☐ Contingent | |
| **7502 S Sourdough Dr** | ☐ Unliquidated | |
| **Morrison, CO 80465** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.945 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$132.00** |
| **John Doyle** | ☐ Contingent | |
| **1201 New York Ave NW Ste 300** | ☐ Unliquidated | |
| **Washington, DC 20005** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.945 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$889.00** |
| **John Doyle** | ☐ Contingent | |
| **199 Crestview Dr** | ☐ Unliquidated | |
| **Orinda, CA 94563** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.945 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **John Duda** | ☐ Contingent | |
| **1110 25th Ave N** | ☐ Unliquidated | |
| **Saint Petersburg, FL 33704** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.945 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,683.00** |
| **John Duel** | ☐ Contingent | |
| **33538 Marshall Rd** | ☐ Unliquidated | |
| **Yucaipa, CA 92399** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.946 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
| **John Duncan** | ☐ Contingent | |
| **901 N Upper Broadway St Apt 606** | ☐ Unliquidated | |
| **Corpus Christi, TX 78401** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
          Name

| 3.946<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$750.00** |
|---|---|---|---|

**John Dunham**
**1241 Gulf Of Mexico Dr Unit 806**
**Longboat Key, FL 34228**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.946<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22.10** |
|---|---|---|---|

**John Dutchman**
**3209 S Old Ft Bowie Rd**
**Bowie, AZ 85605**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.946<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60.00** |
|---|---|---|---|

**John E**
**10 Amigo Ln**
**Walnut Creek, CA 94596**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.946<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
|---|---|---|---|

**John E**
**13152 Lake Mary Drive**
**Plainfield, IL 60585**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.946<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.00** |
|---|---|---|---|

**John E**
**29 Marlwood Ct**
**Asheville, NC 28804**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.946<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$72.00** |
|---|---|---|---|

**John E**
**301 Central Ave**
**The Ups Store**
**Hilton Head Island, SC 29926**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.946<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |
|---|---|---|---|

**John E**
**3824 O'hara Terrace**
**Springdale, AR 72762**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.9468**

**Nonpriority creditor's name and mailing address**

**John Edwards**
**154 Pembroke Rd**
**Fairlawn, OH 44333**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$160.00**

---

**3.9469**

**Nonpriority creditor's name and mailing address**

**John Eilers**
**29 Marlwood Ct**
**Asheville, NC 28804**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$17.00**

---

**3.9470**

**Nonpriority creditor's name and mailing address**

**John Ellis**
**1150 W Chestnut St**
**Kenworth Northeast**
**Brockton, MA 02301**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,350.00**

---

**3.9471**

**Nonpriority creditor's name and mailing address**

**John F**
**10713 Joshua Ln**
**Fredericksburg, VA 22408**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.9472**

**Nonpriority creditor's name and mailing address**

**John F**
**118 Kimball Terrace**
**Yonkers, NY 10704**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.9473**

**Nonpriority creditor's name and mailing address**

**John F**
**120 Jewell St**
**Santa Cruz, CA 95060**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.9474**

**Nonpriority creditor's name and mailing address**

**John F**
**3660 Richmond Ave Apt 353**
**Houston, TX 77046**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$6.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.947 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6.00** |

**John F**
3792 S Uinta St
Denver, CO 80237

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.947 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$67.00** |

**John F 13430413**
704 S. Almond Dr
Simpsonville, SC 29681

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.947 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30.00** |

**John Falvella**
108 St Andrews Rd
Walden, NY 12586

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.947 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,688.00** |

**John Fedorko**
6808 Capitol Hill Dr
Arlington, TX 76017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.947 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$36.00** |

**John Ferrero**
16141 Cohasset St
Van Nuys, CA 91406

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.948 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21.00** |

**John Fifer**
3792 S Uinta St
Denver, CO 80237

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.948 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$144.00** |

**John Firmage**
2130 W North Ave Apt 303
Chicago, IL 60647

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F     Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**

_____

Name                                          Case number (if known)    _____

---

| 3.948 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$243.00** |

**John Fleming**
**4832 Sonoran**
**Las Cruces, NM 88012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.948 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,403.00** |

**John Flynn**
**118 Grumman Ave**
**Norwalk, CT 06851**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.948 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$70.00** |

**John Fontes**
**8115 Bennington Blvd**
**White Lake, MI 48386**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.948 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$54.00** |

**John Fox**
**5840 Lalor Dr**
**San Jose, CA 95123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.948 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,067.00** |

**John Freaney**
**1460 N Larkspur Ct**
**Lafayette, CO 80026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.948 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$796.00** |

**John Funkey**
**120 Jewell St**
**Santa Cruz, CA 95060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.948 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$864.00** |

**John Furia**
**412 Market St**
**Lewisburg, PA 17837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                              Case number (if known) _____

| 3.948 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
| **John G**<br>**21d Nob Hill**<br>**Roseland, NJ 07068** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  Customers - Deferred Credit | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.949 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |
| **John G**<br>**23527 Grand Rim Ct**<br>**Diamond Bar, CA 91765** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  Customers - Deferred Credit | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.949 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7.00** |
| **John G**<br>**814 Filbert St**<br>**Palmyra, NJ 08065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  Customers - Deferred Credit | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.949 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7.56** |
| **John G 13436489**<br>**100 E. Rivercenter Blvd., Suite 900**<br>**Covington, KY 41011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  Customers - Deferred Credit | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.949 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$376.00** |
| **John Gifford**<br>**6830 E Via  Vigna**<br>**Tucson, AZ 85750** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.949 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$350.00** |
| **John Gill**<br>**123 E Lexington St**<br>**Richmond, MO 64085** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.949 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$29.00** |
| **John Gill**<br>**5064 Sequoia Ave**<br>**Cypress, CA 90630** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.949 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Giordano**
**201 Penn Valley Ter**
**Yardley, PA 19067**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$292.00**

---

| 3.949 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Graf**
**240 E Shore Rd Apt 439**
**Great Neck, NY 11023**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$20.00**

---

| 3.949 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Graydon**
**55 Harris Ave**
**Warwick, RI 02889**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$41.00**

---

| 3.949 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Gritschke**
**6211 Anvil Rd**
**Crystal Lake, IL 60012**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$34.00**

---

| 3.950 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Grozine**
**2151 Fernleaf Park Dr NW**
**Atlanta, GA 30318**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$201.00**

---

| 3.950 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Guagliardo**
**4916 Clearwater Ln.**
**Naperville, IL 60564**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$359.00**

---

| 3.950 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John H**
**1341 Maleck St.**
**Prosper, TX 75078**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.950 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John H**
**1602 Governors Dr Apt 2735**
**Pensacola, FL 32514**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

| 3.950 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John H**
**2668 Wrenford Rd**
**Shaker Heights, OH 44122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.950 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John H**
**2808 Marble Dr**
**Modesto, CA 95355**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$23.36**

---

| 3.950 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John H**
**4125 E Appleview Drive**
**Appleton, WI 54913**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$51.00**

---

| 3.950 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John H**
**7501 Meadowbrook**
**Barnhart, MO 63012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$8.00**

---

| 3.950 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John H**
**7501 Meadowbrook Lane**
**Barnhart, MO 63012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$118.00**

---

| 3.950 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John H**
**7501 Meadowbrook Lane**
**Barnhart, MO 63012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
| | Name | | | |

---

**3.951 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|
| **John H** <br> **8 Center Road** <br> **Waterford, CT 06385** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Customers - Deferred Credit** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.951 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.00 |
|---|---|---|
| **John H** <br> **8857 Appleseed Dr** <br> **Cincinnati, OH 45249** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Customers - Deferred Credit** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.951 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24.00 |
|---|---|---|
| **John H 10140** <br> **7501 Meadowbrook Lane** <br> **Barnhart, MO 92501** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Customers - Deferred Credit** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.951 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21.00 |
|---|---|---|
| **John H 11261** <br> **7501 Meadowbrook Lane** <br> **Riverside, CA 92501** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Customers - Deferred Credit** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.951 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51.00 |
|---|---|---|
| **John H 1241** <br> **7501 Meadowbrook** <br> **Barnhart, MO 63012** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Customers - Deferred Credit** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.951 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $157.00 |
|---|---|---|
| **John H 13411015** <br> **7501 Meadowbrook Lane** <br> **Barnhart, MO 63012** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Customers - Deferred Credit** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.951 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $598.00 |
|---|---|---|
| **John H 13436317** <br> **3003 N Saddlebrook Ln** <br> **Katy, TX 77494** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Customers - Deferred Credit** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **Phoeno Wine Company, Inc.**

_____
Name

Case number (if known) _____

| 3.951 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37.00 |
|---|---|---|---|

**John H 20539**
**7501 Meadowbrooks**
**123**
**Barnhart, MO 63012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.951 8 | Nonpriority creditor's name and mailing address | | $30.00 |
|---|---|---|---|

**John Hagan**
**9001 North New River Canal Road**
**Plantation, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.951 9 | Nonpriority creditor's name and mailing address | | $25.00 |
|---|---|---|---|

**John Hagins**
**4125 E Appleview Drive**
**Appleton, WI 54913**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.952 0 | Nonpriority creditor's name and mailing address | | $225.00 |
|---|---|---|---|

**John Hall**
**830 La Goleta Way**
**Sacramento, CA 95864**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.952 1 | Nonpriority creditor's name and mailing address | | $15.00 |
|---|---|---|---|

**John Hargrove**
**107 Coffee Pointe Dr**
**Savannah, GA 31419**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.952 2 | Nonpriority creditor's name and mailing address | | $1,483.00 |
|---|---|---|---|

**John Harim**
**126 Unity Ln**
**Rostraver Township, PA 15012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.952 3 | Nonpriority creditor's name and mailing address | | $274.00 |
|---|---|---|---|

**John Harlow**
**2668 Wrenford Rd**
**Shaker Heights, OH 44122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____  Case number (if known) _____
Name

| 3.952 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,881.00** |
| **John Harper** | ☐ Contingent | |
| **7672 Lone Lane** | ☐ Unliquidated | |
| **Coopersburg, PA 18036** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim: Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.952 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,493.00** |
| **John Hay** | ☐ Contingent | |
| **1164 West Madison Street** | ☐ Unliquidated | |
| **Apt. 729** | ☐ Disputed | |
| **Chicago, IL 60607** | | |
| Date(s) debt was incurred _ | **Basis for the claim: Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.952 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$308.00** |
| **John Headley** | ☐ Contingent | |
| **8857 Appleseed Dr** | ☐ Unliquidated | |
| **Cincinnati, OH 45249** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim: Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.952 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$62.00** |
| **John Healey** | ☐ Contingent | |
| **656 New Haven Ave** | ☐ Unliquidated | |
| **UPS Access Point (In Cvs)** | ☐ Disputed | |
| **Derby, CT 06418** | | |
| Date(s) debt was incurred _ | **Basis for the claim: Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.952 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$666.00** |
| **John Henkhaus** | ☐ Contingent | |
| **160 Wyandotte Dr** | ☐ Unliquidated | |
| **San Jose, CA 95123** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim: Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.952 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$183.00** |
| **John Herman** | ☐ Contingent | |
| **89 West Shore Drive** | ☐ Unliquidated | |
| **Newnan, GA 30263** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim: Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.953 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$125.00** |
| **John Hesse** | ☐ Contingent | |
| **1111 19th Street N** | ☐ Unliquidated | |
| **Apt 2301** | ☐ Disputed | |
| **Arlington, VA 22209** | | |
| Date(s) debt was incurred _ | **Basis for the claim: Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

_____
Name

| 3.953 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$140.00** |
|---|---|---|---|

**John Hever**
**290 Sw Plantation Dr**
**Maple Hill, NC 28454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.953 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$692.00** |
|---|---|---|---|

**John Hill**
**805 Summer Hawk Dr**
**D24**
**Longmont, CO 80504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.953 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$983.00** |
|---|---|---|---|

**John Hnedak**
**107-B Mont Sec Ave.**
**Staten Island, NY 10305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.953 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$244.00** |
|---|---|---|---|

**John Holmes**
**3003 N Saddlebrook Ln**
**Katy, TX 77494**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.953 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,203.00** |
|---|---|---|---|

**John Horstman**
**489 Bristol Pike**
**Bensalem, PA 19020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.953 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$55.00** |
|---|---|---|---|

**John Hsu**
**939 Lysander Ct**
**San Ramon, CA 94582**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.953 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$458.00** |
|---|---|---|---|

**John Huang**
**685 Loma Verde Ave**
**Palo Alto, CA 94306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F            Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____     Case number *(if known)* _____
Name

---

| 3.953 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $101.84 |

**John Huang**
**29 Andalucia**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.953 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $734.00 |

**John Hudock**
**3925 Ridgewood Rd**
**York, PA 17406**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.954 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $168.00 |

**John Humphreys**
**6634 Arbor Cove Dr**
**Frisco, TX 75034**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.954 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $31.00 |

**John Hunter**
**203 Pleasant St**
**Mt Pleasant, TN 38474**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.954 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $335.00 |

**John Hunter**
**2072 Murray Hill Rd**
**Cleveland, OH 44106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.954 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $490.00 |

**John Hussey**
**7700 Farm To Market Road 1830**
**Gate Code: 5235**
**Argyle, TX 76226**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.954 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $662.00 |

**John Hutton**
**112 Torrington Cir**
**Suffolk, VA 23436**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name                                          Case number *(if known)* _____

| 3.954 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$74.00** |
| **John Hutton**<br>**112 Torrington Cir**<br>**Suffolk, VA 23436** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  Customers - Deferred Credit | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.954 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **John Hwang**<br>**1455 Holly Lake Cir**<br>**Snellville, GA 30078** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.954 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57.00** |
| **John J**<br>**250 Jean Dr**<br>**Pittsburgh, PA 15236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  Customers - Deferred Credit | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.954 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
| **John J**<br>**28 Marie Drive**<br>**Huntington, NY 11743** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  Customers - Deferred Credit | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.954 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
| **John J**<br>**51 Sunken Meadow Rd**<br>**Fort Salonga, NY 11768** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  Customers - Deferred Credit | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.955 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$92.00** |
| **John Jones**<br>**127 Conway St**<br>**Carlisle, PA 17013** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.955 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45.00** |
| **John Joyce**<br>**250 Jean Dr**<br>**Pittsburgh, PA 15236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known)   _____
Name

| 3.955 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,622.00** |
|---|---|---|---|

**John Julian**
**1776 Broadway Apt 203**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.955 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20.00** |
|---|---|---|---|

**John K**
**228 Whispering Woods Ct**
**Little Silver, NJ 07739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.955 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$51.00** |
|---|---|---|---|

**John K**
**2475 E Linda Ct**
**Gilbert, AZ 85234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.955 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15.00** |
|---|---|---|---|

**John K**
**45926 Algonquin Cir**
**Indian Wells, CA 92210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.955 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75.00** |
|---|---|---|---|

**John K**
**7601 Ne Morning Side Terr**
**Boca Raton, FL 33487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.955 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31.00** |
|---|---|---|---|

**John K**
**787 Niwot Ridge Lane**
**Lafayette, CO 80026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.955 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,394.00** |
|---|---|---|---|

**John Kafader**
**2475 E Linda Ct**
**Gilbert, AZ 85234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*   _____

---

| 3.955 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40.00** |

**John Kap**
**3575 Akron St**
**Denver, CO 80238**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.956 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$174.00** |

**John Keady**
**343 S 243rd St**
**Omaha, NE 68069**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.956 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$857.00** |

**John Keiter**
**280 Merwood Dr**
**Morgantown, PA 19543**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.956 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,943.00** |

**John Kelly**
**3132 University Blvd**
**West University Place, TX 77005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.956 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,612.00** |

**John Kellyiii**
**7222 Valley Ave**
**Philadelphia, PA 19128**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.956 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$146.04** |

**John Kenfield**
**20475 State Hwy 249**
**Suite 400**
**Houston, TX 77070**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.956 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$341.00** |

**John Kidd**
**981 Dillard Rd**
**Highlands, NC 28741**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number _(if known)_ _____
Name

| 3.956 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$721.00** |
|---|---|---|---|

**John Kim**
**701 Saint Paul St**
**The Annie E Casey Foundation**
**Baltimore, MD 21202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customer **

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.956 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$447.00** |
|---|---|---|---|

**John King**
**17509 Canopy Ct**
**Babcock Ranch, FL 33982**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customer **

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.956 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$64.00** |
|---|---|---|---|

**John Kiremidjian**
**341 Orchard Hill Lane**
**Fairfield, CT 06824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customer **

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.956 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$831.00** |
|---|---|---|---|

**John Kitts**
**787 Niwot Ridge Lane**
**Lafayette, CO 80026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customer **

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$707.00** |
|---|---|---|---|

**John Knowles**
**159 1st Ave N**
**Harpeth Square Apartments Office**
**Franklin, TN 37064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customer **

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$325.00** |
|---|---|---|---|

**John Kobara**
**45926 Algonquin Cir**
**Indian Wells, CA 92210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customer **

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$294.00** |
|---|---|---|---|

**John Kolb**
**5730 Quarry Drive**
**Ames, IA 50010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customer **

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_ _____
Name

| 3.957 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$369.00** |
|---|---|---|---|

**John Koval**
**492 Tennyson Ave**
**Palo Alto, CA 94301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$56.00** |
|---|---|---|---|

**John Kown**
**430 Davis Carnes Ln NW**
**Marietta, GA 30064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$666.00** |
|---|---|---|---|

**John Kruse**
**1 Oak St Ste 5**
**Fedex Office**
**Westborough, MA 01581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$19.00** |
|---|---|---|---|

**John L**
**14 Royal Oak Dr**
**Huntington, NY 11743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$91.00** |
|---|---|---|---|

**John L**
**2006 Se 51st Ave**
**Portland, OR 97215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$35.00** |
|---|---|---|---|

**John L**
**307 Meadow Overlook**
**Woodstock, GA 30188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$10.00** |
|---|---|---|---|

**John L**
**3106 S Linden Rd**
**Flint, MI 48507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

---

| 3.958 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$22.00** |

**John L**
**3650 Fm 559**
**Texarkana, TX 75503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.958 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30.00** |

**John L**
**636 Innovation Dr**
**Winder, GA 30680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.958 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |

**John L**
**905 Thornbird Dr**
**Mckinney, TX 75071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.958 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$81.00** |

**John Lasthau**
**2006 Se 51st Ave**
**Portland, OR 97215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.958 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$38.00** |

**John Lawson**
**9068 Inca Ct**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.958 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$212.00** |

**John Leeman**
**1555 Doolittle Dr Ste 160**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.958 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$550.00** |

**John Lentinello**
**14 Royal Oak Dr**
**Huntington, NY 11743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.958 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Leo**
**604 N Wheaton Ave**
**Wheaton, IL 60187**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$741.00**

---

| 3.958 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Leon**
**20740 Sw 248 Street**
**Homestead, FL 33031**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.958 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Lile**
**3650 Fm 559**
**Texarkana, TX 75503**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| 3.959 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Linskey**
**234 Warrenton Dr**
**Houston, TX 77024**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,578.00**

---

| 3.959 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Livezey**
**1506 Aspen Dr**
**Pottstown, PA 19464**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$243.00**

---

| 3.959 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Lothman**
**2900 W 51st St**
**Westwood, KS 66205**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

| 3.959 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Lowell**
**307 Meadow Overlook**
**Woodstock, GA 30188**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$557.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.959 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Luckey**
**2045 Rose Ave**
**San Marino**
**San Marino, CA 91108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Customer

Is the claim subject to offset? ■ No  ☐ Yes

**$390.00**

---

| 3.959 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Lund**
**636 Innovation Dr**
**Winder, GA 30680**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Customer

Is the claim subject to offset? ■ No  ☐ Yes

**$411.00**

---

| 3.959 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John M**
**1033 Wrens Gate**
**Mundelein, IL 60060**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Customers - Deferred Credit

Is the claim subject to offset? ■ No  ☐ Yes

**$20.00**

---

| 3.959 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John M**
**121 East Route 66**
**139**
**Glendora, CA 91740**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Customers - Deferred Credit

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

| 3.959 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John M**
**1308a Center St**
**Honolulu, HI 96816**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Customers - Deferred Credit

Is the claim subject to offset? ■ No  ☐ Yes

**$12.00**

---

| 3.959 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John M**
**1309 S. Clay**
**Springfield, MO 65807**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Customers - Deferred Credit

Is the claim subject to offset? ■ No  ☐ Yes

**$40.00**

---

| 3.960 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John M**
**15 Boornazian Rd**
**Methuen, MA 01844**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Customers - Deferred Credit

Is the claim subject to offset? ■ No  ☐ Yes

**$15.00**

---

Official Form 206 E/F         Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 3.960 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15.00** |

**John M**
**15006 Little Wren Ln**
**San Antonio, TX 78255**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.960 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15.00** |

**John M**
**17301 Fm 2154**
**College Station, TX 77845**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.960 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |

**John M**
**1800 Eagle Dr**
**Edmond, OK 73034**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.960 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8.00** |

**John M**
**1904 Island Dr**
**Monroe, LA 71201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.960 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.00** |

**John M**
**2483 Park Ridge Dr**
**Southpoint, NC 28461**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.960 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |

**John M**
**278 Barnstable Drive**
**Wyckoff, NJ 07481**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.960 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20.00** |

**John M**
**43-31 45th St.**
**Apt 2n**
**Queens, NY 11104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known)    _____
Name

| 3.960 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                        As of the petition filing date, the claim is: Check all that apply.                **$11.00**
**John M**
**47 Maple Hill Dr**                                                        ☐ Contingent
**Larchmont, NY 10538**                                                     ☐ Unliquidated
                                                                            ☐ Disputed
Date(s) debt was incurred _
Last 4 digits of account number _                                           Basis for the claim:  **Customers - Deferred Credit**

                                                                            Is the claim subject to offset? ■ No ☐ Yes

| 3.960 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                        As of the petition filing date, the claim is: Check all that apply.                **$9.00**
**John M**
**487 Old Orchard Cir**                                                     ☐ Contingent
**Millersville, MD 21108**                                                  ☐ Unliquidated
                                                                            ☐ Disputed
Date(s) debt was incurred _
Last 4 digits of account number _                                           Basis for the claim:  **Customers - Deferred Credit**

                                                                            Is the claim subject to offset? ■ No ☐ Yes

| 3.961 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                        As of the petition filing date, the claim is: Check all that apply.                **$20.00**
**John M**
**5234 Karlsburg Pl**                                                       ☐ Contingent
**Palm Harbor, FL 34685**                                                   ☐ Unliquidated
                                                                            ☐ Disputed
Date(s) debt was incurred _
Last 4 digits of account number _                                           Basis for the claim:  **Customers - Deferred Credit**

                                                                            Is the claim subject to offset? ■ No ☐ Yes

| 3.961 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                        As of the petition filing date, the claim is: Check all that apply.                **$60.00**
**John M**
**5248 G Street**                                                           ☐ Contingent
**Springfield, OR 97478**                                                   ☐ Unliquidated
                                                                            ☐ Disputed
Date(s) debt was incurred _
Last 4 digits of account number _                                           Basis for the claim:  **Customers - Deferred Credit**

                                                                            Is the claim subject to offset? ■ No ☐ Yes

| 3.961 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                        As of the petition filing date, the claim is: Check all that apply.                **$25.00**
**John M**
**540 Kearny Street**                                                       ☐ Contingent
**Alpharetta, GA 30022**                                                    ☐ Unliquidated
                                                                            ☐ Disputed
Date(s) debt was incurred _
Last 4 digits of account number _                                           Basis for the claim:  **Customers - Deferred Credit**

                                                                            Is the claim subject to offset? ■ No ☐ Yes

| 3.961 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                        As of the petition filing date, the claim is: Check all that apply.                **$60.00**
**John M**
**601 Riviera Dr**                                                          ☐ Contingent
**Mckinney, TX 75072**                                                      ☐ Unliquidated
                                                                            ☐ Disputed
Date(s) debt was incurred _
Last 4 digits of account number _                                           Basis for the claim:  **Customers - Deferred Credit**

                                                                            Is the claim subject to offset? ■ No ☐ Yes

| 3.961 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                        As of the petition filing date, the claim is: Check all that apply.                **$50.00**
**John M**
**625 Witthill Rd**                                                         ☐ Contingent
**Ridgewood, NJ 07450**                                                     ☐ Unliquidated
                                                                            ☐ Disputed
Date(s) debt was incurred _
Last 4 digits of account number _                                           Basis for the claim:  **Customers - Deferred Credit**

                                                                            Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_    _____
          Name

---

| 3.961 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$30.00** |
| **John M** | ☐ Contingent | |
| **655 Sr 307** | ☐ Unliquidated | |
| **Factoryville, PA 18419** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.961 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$10.00** |
| **John M** | ☐ Contingent | |
| **7905 Lionel Drive** | ☐ Unliquidated | |
| **Byron Center, MI 49315** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.961 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$198.00** |
| **John Macleod** | ☐ Contingent | |
| **15 Boornazian Rd** | ☐ Unliquidated | |
| **Methuen, MA 01844** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.961 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$64.00** |
| **John Maggio** | ☐ Contingent | |
| **1576 Celebration Cir** | ☐ Unliquidated | |
| **Bridgeville, PA 15017** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.961 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$25.00** |
| **John Maguire** | ☐ Contingent | |
| **135 W 50th St** | ☐ Unliquidated | |
| **20th Fl** | ☐ Disputed | |
| **New York, NY 10020** | | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.962 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$9,567.00** |
| **John Malknecht** | ☐ Contingent | |
| **6908 Logan Ave S** | ☐ Unliquidated | |
| **Richfield, MN 55423** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.962 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$692.00** |
| **John Malloy** | ☐ Contingent | |
| **13348 W Via Caballo Blanco** | ☐ Unliquidated | |
| **Peoria, AZ 85383** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.962<br>2 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

**John Marcum**
**3337 E Beardsley Rd**
**Phoenix, AZ 85050**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,513.00**

---

| 3.962<br>3 |
|---|

**Nonpriority creditor's name and mailing address**

**John Marty**
**102 Woodland Dr**
**Sarver, PA 16055**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$62.00**

---

| 3.962<br>4 |
|---|

**Nonpriority creditor's name and mailing address**

**John Mcalpine**
**21 Revere Beach Blvd Apt 717r**
**Revere, MA 02151**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,033.00**

---

| 3.962<br>5 |
|---|

**Nonpriority creditor's name and mailing address**

**John Mccown**
**6138 Bennington Drive**
**Newark, CA 94560**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

| 3.962<br>6 |
|---|

**Nonpriority creditor's name and mailing address**

**John Mcdonald**
**260 N 2nd St**
**Lewiston, NY 14092**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$949.00**

---

| 3.962<br>7 |
|---|

**Nonpriority creditor's name and mailing address**

**John Mcgowen**
**3 Bayside Dr**
**Somers Point, NJ 08244**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

| 3.962<br>8 |
|---|

**Nonpriority creditor's name and mailing address**

**John Mchugh**
**15006 Little Wren Ln**
**San Antonio, TX 78255**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,763.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_    _____
Name

| 3.962 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Mckendrick**
**4047 W Patterson Ave**
**Chicago, IL 60641**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$695.00**

---

| 3.963 0 |
|---|

**Nonpriority creditor's name and mailing address**

**John Mconnor**
**333 Massachusetts Ave Unit 901**
**Indianapolis, IN 46204**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$919.00**

---

| 3.963 1 |
|---|

**Nonpriority creditor's name and mailing address**

**John Mcwhorter**
**1904 Island Dr**
**Monroe, LA 71201**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$448.00**

---

| 3.963 2 |
|---|

**Nonpriority creditor's name and mailing address**

**John Midlige**
**140 Beech St**
**Roslindale, MA 02131**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,744.00**

---

| 3.963 3 |
|---|

**Nonpriority creditor's name and mailing address**

**John Miller**
**47 Nottingham Way**
**Millington, NJ 07946**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$153.00**

---

| 3.963 4 |
|---|

**Nonpriority creditor's name and mailing address**

**John Miller**
**487 Old Orchard Cir**
**Millersville, MD 21108**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$164.00**

---

| 3.963 5 |
|---|

**Nonpriority creditor's name and mailing address**

**John Mills**
**4160 17th St**
**San Francisco, CA 94114**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor   **Phoeno Wine Company, Inc.**                              Case number *(if known)* _____
_____
Name

| 3.963 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Milu Truesdale**
**9335 Cook Ct Ne**
**Albuquerque, NM 87112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$131.15**

---

| 3.963 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Moakler**
**5301 Saddle Strap Way**
**Pinetop, AZ 85935**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$444.00**

---

| 3.963 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Moes**
**3136 Idaho Ave S**
**Minneapolis, MN 55426**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,673.00**

---

| 3.963 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Mopper**
**768 Van NEst Dr**
**Martinsville, NJ 08836**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$56.00**

---

| 3.964 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Moran**
**206 Edwards Ave**
**Trinity Physical Therapy**
**Harahan, LA 70123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$157.00**

---

| 3.964 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Morgan**
**140 Ridgeline Ln**
**Easton, PA 18045**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$187.00**

---

| 3.964 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Morrello**
**6013 Snapdragon Rd**
**Minneola, FL 34715**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

Debtor    **Phoeno Wine Company, Inc.**
       Name

Case number *(if known)*

---

**3.964
3**

**Nonpriority creditor's name and mailing address**

**John Moses**
**1005 S Quinn St**
**Arlington, VA 22204**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$468.00**

---

**3.964
4**

**Nonpriority creditor's name and mailing address**

**John Moss**
**1259 Courthouse Road**
**Suite 105**
**Stafford, VA 22554**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$434.05**

---

**3.964
5**

**Nonpriority creditor's name and mailing address**

**John Mulcahey**
**655 Sr 307**
**Factoryville, PA 18419**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$83.00**

---

**3.964
6**

**Nonpriority creditor's name and mailing address**

**John Munro**
**1308a Center St**
**Honolulu, HI 96816**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$424.00**

---

**3.964
7**

**Nonpriority creditor's name and mailing address**

**John Murphy**
**22 Hessenford Street**
**Sugar Land, TX 77479**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,309.00**

---

**3.964
8**

**Nonpriority creditor's name and mailing address**

**John Mustafa**
**3250 S Arizona Ave Apt 2021**
**Chandler, AZ 85248**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$525.00**

---

**3.964
9**

**Nonpriority creditor's name and mailing address**

**John N**
**6 Park Ln**
**Marblehead, MA 01945**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$30.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

---

| 3.965 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56.00** |
| **John Nagle** | ☐ Contingent | |
| **415 Highway 71** | ☐ Unliquidated | |
| **Spring Lake, NJ 07762** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.965 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$911.00** |
| **John Nation** | ☐ Contingent | |
| **27081 Aliso Creek Rd Ste 200** | ☐ Unliquidated | |
| **Aliso Viejo, CA 92656** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.965 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28.00** |
| **John Nelson** | ☐ Contingent | |
| **522 Timberland Loop** | ☐ Unliquidated | |
| **Mount Vernon, WA 98273** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.965 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$87.00** |
| **John Nguyen** | ☐ Contingent | |
| **2306 Club Creek Ct** | ☐ Unliquidated | |
| **Garland, TX 75043** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.965 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$684.00** |
| **John Nichols** | ☐ Contingent | |
| **226 N.4th St** | ☐ Unliquidated | |
| **Surf City, NJ 08008** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.965 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
| **John Nicols** | ☐ Contingent | |
| **9 Blueberry Lane** | ☐ Unliquidated | |
| **Perkasie, PA 18944** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.965 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00** |
| **John Niemann** | ☐ Contingent | |
| **30800 West 37th Street North** | ☐ Unliquidated | |
| **Mount Hope, KS 67108** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.965 7 | **Nonpriority creditor's name and mailing address** **John Niemann** **6159 Piping Rock Ln** **Houston, TX 77057** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Customer** Is the claim subject to offset? ■ No ☐ Yes | **$1,438.00** |

| | | |
|---|---|---|
| 3.965 8 | **Nonpriority creditor's name and mailing address** **John O** **508 W 5th Street** **Suite 250** **Charlotte, NC 28202** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Customers - Deferred Credit** Is the claim subject to offset? ■ No ☐ Yes | **$118.00** |

| | | |
|---|---|---|
| 3.965 9 | **Nonpriority creditor's name and mailing address** **John Oconnor** **3700 Dacy Ln Apt 3104** **Kyle, TX 78640** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Customer** Is the claim subject to offset? ■ No ☐ Yes | **$110.00** |

| | | |
|---|---|---|
| 3.966 0 | **Nonpriority creditor's name and mailing address** **John Oconnor** **42 Tinker Rd** **Merrimack, NH 03054** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Customer** Is the claim subject to offset? ■ No ☐ Yes | **$458.00** |

| | | |
|---|---|---|
| 3.966 1 | **Nonpriority creditor's name and mailing address** **John Oconnor** **431 W 7th St** **Los Angeles, CA 90014** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Customer** Is the claim subject to offset? ■ No ☐ Yes | **$339.00** |

| | | |
|---|---|---|
| 3.966 2 | **Nonpriority creditor's name and mailing address** **John Olsen** **1 Spring Hill Rd.** **Annandale, NJ 08801** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Customer** Is the claim subject to offset? ■ No ☐ Yes | **$832.00** |

| | | |
|---|---|---|
| 3.966 3 | **Nonpriority creditor's name and mailing address** **John Oneill** **10 Frate Ct** **Darien, CT 06820** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Customer** Is the claim subject to offset? ■ No ☐ Yes | **$29.00** |

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.966 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Orlando**
**22149 Calverton Rd**
**Shaker Heights, OH 44122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

| 3.966 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Ornelas**
**19017 Rushmore St**
**Manor, TX 78653**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$22.00

---

| 3.966 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Orrico**
**30 West Street**
**29b**
**New York, NY 10004**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$363.00

---

| 3.966 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Osterlund**
**5640 Fattoria Blvd**
**Salida, CA 95368**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.966 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John P**
**29570 N Birch Ave**
**Lake Bluff, IL 60044**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$27.50

---

| 3.966 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John P**
**31 Poplar Place**
**Port Washington, NY 11050**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

| 3.967 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John P**
**4047 147th St**
**Midlothian, IL 60445**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

Debtor    **Phoeno Wine Company, Inc.**                          Case number *(if known)* _____
_____
Name

| 3.967 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$81.00** |

**John P**
**4756 Twin Coves Rd.**
**Radford, VA 24141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.967 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |

**John P**
**7 Kingsley Court**
**Eatontown, NJ 07724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.967 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29.00** |

**John P**
**9188 N Commodore Dr**
**Citrus Springs, FL 34434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.967 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$557.00** |

**John Palumbo**
**231 Union Blvd**
**Totowa, NJ 07512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.967 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,166.00** |

**John Patchoski**
**329 Oak St Ste 001**
**Gainesville, GA 30501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.967 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$113.00** |

**John Pereira**
**1262 Bedford St**
**Fall River, MA 02723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.967 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$49.00** |

**John Petsco**
**140 Radio Ave**
**Miller Place, NY 11764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.967 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Pierschbacher**
**914 Roland Ave**
**Chariton, IA 50049**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,295.00

---

| 3.967 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Pope**
**9390 Lakebend Preserve Ct**
**Estero, FL 34135**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$3,305.00

---

| 3.968 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Poterek**
**7018 Coldwater Dr**
**Jacksonville, FL 32258**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$26.00

---

| 3.968 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Poulsen**
**200 Happy Creek Rd**
**Front Royal, VA 22630**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$6,925.00

---

| 3.968 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Powell**
**1100 Dothan Rd**
**Bainbridge, GA 39817**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$426.00

---

| 3.968 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Prather**
**124 Diplomat Ct Apt 7**
**Beech Grove, IN 46107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,615.00

---

| 3.968 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Pricher**
**9188 N Commodore Dr**
**Citrus Springs, FL 34434**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,192.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.968 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**John Pryor**
**124 W Colorado St Apt 310**
**Glendale, CA 91204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

| 3.968 6 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**John Purdie**
**14609 S. 24th Way**
**Phoenix, AZ 85048**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$215.00**

---

| 3.968 7 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**John Putz**
**4047 147th St**
**Midlothian, IL 60445**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.968 8 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**John Q**
**909 Bannock Street Apt. # 1403**
**Denver, CO 80204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.968 9 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**John Quada**
**220 W Illinois St Unit 2102**
**Chicago, IL 60654**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| 3.969 0 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**John R**
**107 Bowdoin Street**
**Unit 1**
**Medford, MA 02155**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| 3.969 1 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**John R**
**12 Winthrop Hill**
**Weston, CT 06883**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.969 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15.00** |

**John R**
**124 Soundview Ter Rear House**
**Northport, NY 11768**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.969 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7.00** |

**John R**
**1245 16th Ave**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.969 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8.00** |

**John R**
**501 Brent Ln**
**Pensacola, FL 32503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.969 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15.00** |

**John R**
**5304 N Hawthorne St**
**Spokane, WA 99205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.969 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200.00** |

**John R**
**8 Jones Street**
**Apt 3b**
**New York, NY 10014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.969 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$436.00** |

**John R**
**995 Tucker Gulch Way**
**Golden, CO 80403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.969 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$54.00** |

**John Ranalli**
**2112 Freeman Ave**
**Cleveland, OH 44113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F      Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

**3.9699**

**Nonpriority creditor's name and mailing address**

**John Ransom Ii**
**1800 St. James Pl**
**Suite 620**
**Houston, TX 77056**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$55.00

---

**3.9700**

**Nonpriority creditor's name and mailing address**

**John Ransomii**
**1800 St. James Pl**
**Suite 620**
**Houston, TX 77056**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,180.00

---

**3.9701**

**Nonpriority creditor's name and mailing address**

**John Rebadow**
**53 Onondaga St**
**Skaneateles, NY 13152**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

$285.00

---

**3.9702**

**Nonpriority creditor's name and mailing address**

**John Rector**
**5304 N Hawthorne St**
**Spokane, WA 99205**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,412.00

---

**3.9703**

**Nonpriority creditor's name and mailing address**

**John Redmond**
**710 Belle Isle Drive**
**Alpharetta, GA 30009**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

$488.00

---

**3.9704**

**Nonpriority creditor's name and mailing address**

**John Reece**
**1245 16th Ave**
**San Francisco, CA 94122**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

$497.00

---

**3.9705**

**Nonpriority creditor's name and mailing address**

**John Reim**
**528 Kelly Ave**
**Grayslake, IL 60030**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

$75.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

---

| 3.970 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$288.00** |

**John Rinello**
**82 Round Hill Rd**
**Greenwich, CT 06831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Customer**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.970 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |

**John Rogers**
**1611 Pomona Rd Ste 110**
**Corona, CA 92878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Customer**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.970 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,646.00** |

**John Roussalis**
**311 Centennial Cir**
**Wilmington, DE 19807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Customer**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.970 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,379.00** |

**John Rundhammer**
**319 W Palmetto St**
**Kill Devil Hills, NC 27948**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Customer**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.971 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,286.00** |

**John Ryan**
**1234 Leedom Road**
**Havertown, PA 19083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Customer**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.971 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |

**John Ryan**
**76663 Pansy Circle**
**Palm Desert, CA 92211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Customer**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.971 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7.00** |

**John S**
**1500 Buzzard High Rd**
**Wimberley, TX 78676**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

---

| 3.971 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48.00** |

**John S**
**2251 Ne 19th Ave Lot 60**
**Ocala, FL 34470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.971 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**John S**
**2425 38th Street**
**Apt. 4**
**Astoria, NY 11103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.971 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$244.00** |

**John S**
**4 Strawberry Drive**
**Barrington, RI 02806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.971 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |

**John S 3325**
**800 N Palafox St**
**Pensacola, FL 32501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.971 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$366.00** |

**John Sailer**
**21 Lost Beach Ln**
**Vero Beach, FL 32963**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.971 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$58.00** |

**John Sambuco**
**145 W Mcintyre St**
**Key Biscayne, FL 33149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.971 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,288.00** |

**John Saraniero**
**6696 Deering Circle**
**Sarasota, Fl 34240-8579**
**Sarasota, FL 34240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

**3.972 0**

**Nonpriority creditor's name and mailing address**

**John Schuler**
**630 Vassar St Unit 2302**
**Orlando, FL 32804**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$198.00

---

**3.972 1**

**Nonpriority creditor's name and mailing address**

**John Schulte**
**17 Old Milford Rd**
**Amherst, NH 03031**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$1,735.00

---

**3.972 2**

**Nonpriority creditor's name and mailing address**

**John Seeger**
**33 Rangeley Rd**
**Chestnut Hill, MA 02467**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$999.00

---

**3.972 3**

**Nonpriority creditor's name and mailing address**

**John Shay**
**7480 Marsh Cv**
**West Palm Beach, FL 33418**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$58.00

---

**3.972 4**

**Nonpriority creditor's name and mailing address**

**John Showers**
**5623 Raintree Dr**
**Parker, CO 80134**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.972 5**

**Nonpriority creditor's name and mailing address**

**John Simone**
**Spg 200 Gibraltar Road**
**Suite 115**
**Horsham, PA 19044**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$70.00

---

**3.972 6**

**Nonpriority creditor's name and mailing address**

**John Sirvent**
**3312 Point Lobos Trl**
**Jacksonville, FL 32223**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Phoeno Wine Company, Inc.**

_____    Case number (if known)   _____
Name

---

| 3.972<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$241.00** |
|---|---|---|---|

**John Sleight**
**1429 N Wells St Apt 203**
**Chicago, IL 60610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.972<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$801.00** |
|---|---|---|---|

**John Smith**
**1705 Grand Ave**
**Keokuk, IA 52632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.972<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,884.00** |
|---|---|---|---|

**John Snell**
**3224 Verdun Dr NW**
**Atlanta, GA 30305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.973<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$14,932.00** |
|---|---|---|---|

**John Soffronoff**
**121 Grandin Rd**
**Charlotte, NC 28208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.973<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$118.00** |
|---|---|---|---|

**John Soltys**
**1354 NW 4th St**
**Boca Raton, FL 33486**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.973<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$145.00** |
|---|---|---|---|

**John Soto**
**16040 N 48th Ave**
**Glendale, AZ 85306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.973<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$499.00** |
|---|---|---|---|

**John Springer**
**3185 California St**
**San Francisco, CA 94115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.973 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,665.00** |

**John Stafford**
**4 Strawberry Drive**
**Barrington, RI 02806**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.973 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$180.00** |

**John Stasukevich**
**3738 Cherokee Ave**
**San Diego, CA 92104**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.973 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,635.00** |

**John Stegeman**
**2251 NE 19th Ave Lot 60**
**Ocala, FL 34470**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.973 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18,871.00** |

**John Stewart**
**1629 Margaret Ridge Dr**
**Matthews, NC 28105**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.973 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$323.00** |

**John Szczepanski**
**92 Manhattan Ave**
**Tuckahoe, NY 10707**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.973 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30.00** |

**John T**
**10319 Sw Fernwood Ave**
**Port Saint Lucie, FL 34987**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.974 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |

**John T**
**285 Ebano Dr**
**Walnut Creek, CA 94598**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                       Case number *(if known)* _____
         Name

| 3.974 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |

**John T**
6025 Lady Bet Dr
Orlando, FL 32819

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.974 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,072.00** |

**John Takizawa**
5521 Laura Dr
San Jose, CA 95124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.974 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$430.00** |

**John Tarn**
270 Cherry Lane
Campbell, CA 95008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.974 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$33,443.00** |

**John Taylor**
3100 Jackson Way
Flower Mound, TX 75022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.974 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$82.00** |

**John Thompson**
6740 Saint Annes Dr
6740 Saint Annes
Fayetteville, PA 17222

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.974 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,484.00** |

**John Trinkwalder**
1 14th St Ph6
Hoboken, NJ 07030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.974 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,015.00** |

**John Tucker**
1301 S Hale Ave Spc 5
Escondido, CA 92029

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____     Case number (if known) _____
Name

| 3.9748 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,267.00 |
|---|---|---|---|

**John Turpin**
**20 Gold Star Dr**
**Cumberland, RI 02864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9749 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $228.00 |
|---|---|---|---|

**John Tyson**
**241 Atlee Rd**
**Wayne, PA 19087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9750 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $145.00 |
|---|---|---|---|

**John Vanaman**
**5214 Madison Ave**
**Trumbull, CT 06611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9751 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $172.00 |
|---|---|---|---|

**John Vansant**
**3406 Leland St**
**Chevy Chase, MD 20815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9752 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,301.00 |
|---|---|---|---|

**John Vellano**
**30 Bluestone Ridge**
**Clifton Park, NY 12065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9753 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $58.00 |
|---|---|---|---|

**John Volk**
**4305 Briar Creek Ln**
**Dallas, TX 75214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9754 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**John W**
**1430 Hicks Ave**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____   Case number _(if known)_ _____
Name

| 3.975 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John W**
**175 North St Apt 603**
**Buffalo, NY 14201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$14.00**

---

| 3.975 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John W**
**2101 E Saint Elmo Rd # 370**
**Austin, TX 78744**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$36.00**

---

| 3.975 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John W**
**3513 Indiana Ave**
**St Louis, MO 63118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$16.76**

---

| 3.975 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John W**
**407 W Elizabeth St**
**A**
**Austin, TX 78704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$52.00**

---

| 3.975 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Walker**
**400 10th St NW Apt 506**
**Charlottesville, VA 22903**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$902.00**

---

| 3.976 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Wallace**
**70 Madison Rd**
**Durham, CT 06422**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$436.00**

---

| 3.976 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Ward**
**156 S Gardner St**
**Los Angeles, CA 90036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 3.976 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$852.00** |
|---|---|---|---|

**John Wardell**
**54 Regatta Bay Ct Apt 118**
**Annapolis, MD 21401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.976 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$288.00** |
|---|---|---|---|

**John Waters**
**4004 Kruse Way Place**
**Suite 220**
**Lake Oswego, OR 97035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.976 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,364.00** |
|---|---|---|---|

**John Wieder**
**35 E Grassy Sprain Rd Ste 403**
**Yonkers, NY 10710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.976 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,127.00** |
|---|---|---|---|

**John Wilson**
**3530 Indian Forest Dr**
**Spring, TX 77373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.976 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$107.00** |
|---|---|---|---|

**John Wilson**
**3530 Indian Forest Dr**
**Spring, TX 77373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.976 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,694.00** |
|---|---|---|---|

**John Winn**
**2101 E Saint Elmo Rd # 370**
**Austin, TX 78744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.976 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,026.00** |
|---|---|---|---|

**John Winstel**
**175 North St Apt 603**
**Buffalo, NY 14201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                      Case number *(if known)* _____
_____
Name

---

| 3.976 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21.00** |

**John Y**
**1628 Jason Dr**
**Milpitas, CA 95035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.977 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9.18** |

**John Y 13435815**
**732 Paschal Dr**
**Lafayette, CO 80026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.977 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$672.00** |

**John Yoo**
**1701 Mountain Creek Ln**
**Prosper, TX 75078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.977 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28.00** |

**John Yuhnick**
**1 Eric Ct**
**Johnson City, NY 13790**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.977 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40.00** |

**John Yung**
**1628 Jason Dr**
**Milpitas, CA 95035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.977 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$288.00** |

**John Zehren**
**28422 Camino La Ronda**
**San Juan Capistrano, CA 92675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.977 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$596.00** |

**John Zern**
**150 W Eugenie St Apt 14**
**Chicago, IL 60614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
　　　　Name

Case number (if known) _____

| 3.9776 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**John Zito**
**26 Irving Ave**
**Metuchen, NJ 08840**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$392.00**

---

| 3.9777 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**John Zlotek**
**118 Woodlawn Ave**
**Depew, NY 14043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$235.00**

---

| 3.9778 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**John Zukowski**
**301 Mission St**
**Unit 47f**
**San Francisco, CA 94105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$880.00**

---

| 3.9779 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**John-David Yoder**
**80 State Route 103 Unit C**
**Bluffton, OH 45817**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$708.00**

---

| 3.9780 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**John-Paul Mead**
**63 Hickory Cir**
**Ithaca, NY 14850**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,022.00**

---

| 3.9781 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Johnathan Flores**
**8901 Adams St NE Ste A**
**Albuquerque, NM 87113**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$438.00**

---

| 3.9782 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Johnathan Russo**
**10924 NE 120th Ave**
**Vancouver, WA 98682**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$27.00**

---

Debtor    **Phoeno Wine Company, Inc.**

_____
Name

Case number *(if known)*    _____

---

3.978
3

**Nonpriority creditor's name and mailing address**

**Johnether S**
**1428 Robert E Lee Blvd**
**New Orleans, LA 70122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

3.978
4

**Nonpriority creditor's name and mailing address**

**Johnh Barn**
**140 Linden Ave Apt 354**
**Long Beach, CA 90802**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$497.00**

---

3.978
5

**Nonpriority creditor's name and mailing address**

**Johnj**
**453 Turner Drive**
**Benicia, CA 94510**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

3.978
6

**Nonpriority creditor's name and mailing address**

**Johnmark B**
**172 Hill Creek Blvd**
**Chapel Hill, NC 27516**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

3.978
7

**Nonpriority creditor's name and mailing address**

**Johnmichael Cox**
**12032 Guerin St**
**Apt 105**
**Studio City, CA 91604**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$163.00**

---

3.978
8

**Nonpriority creditor's name and mailing address**

**Johnn Blevin**
**20 Crestwood Dr**
**Maplewood, NJ 07040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$720.00**

---

3.978
9

**Nonpriority creditor's name and mailing address**

**Johnny**
**408 Willowood Drive**
**Springboro, OH 45066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$18.92**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

---

| 3.979 0 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Johnny A**
**1 Galleria Dr**
**San Antonio, TX 78257**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._          **$30.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.979 1 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Johnny Achi**
**1 Galleria Dr**
**San Antonio, TX 78257**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._          **$5,478.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.979 2 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Johnny Beuscher**
**2911 2nd Ave Unit 1304**
**Seattle, WA 98121**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._          **$15.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.979 3 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Johnny Black**
**24 Carthage Drive**
**Rochester, NY 14621**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._          **$28.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.979 4 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Johnny C 18937**
**852 W Aldine Ave**
**Chicago, IL 60657**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._          **$25.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.979 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Johnny Gomez**
**2623 Ivanhoe Dr**
**Los Angeles, CA 90039**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.979 6 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Johnny H**
**7501 Meadowbrook Lane**
**Barnhart, MO 63012**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._          **$2.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

---

| 3.979 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $267.17 |

**Johnny K**
**1751 Fortune Dr Ste J**
**San Jose, CA 95131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.979 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Johnny Kalogerakis**
**33 Sleeper St Apt 403**
**Boston, MA 02210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.979 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,822.00 |

**Johnny Kha**
**1751 Fortune Dr Ste J**
**San Jose, CA 95131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.980 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |

**Johnny P**
**13 Eden Hollow Ln**
**Richmond, TX 77406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.980 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35.00 |

**Johnny Ray**
**4629 State Line Rd**
**Kansas City, MO 64112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.980 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |

**Johnny T**
**13842 Ramona Pkwy**
**Baldwin Park, CA 91706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.980 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42.00 |

**Johnny W**
**1020 Raymond Rd N**
**Battle Creek, MI 49014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | |
|---|---|
| 3.980 4 | |

**Nonpriority creditor's name and mailing address**

**Johnny W**
**634 Radford Dr**
**Olivette, MO 63132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$106.00**

---

| | |
|---|---|
| 3.980 5 | |

**Nonpriority creditor's name and mailing address**

**Johnny Wallin**
**3625 Cambridge Dr**
**Midlothian, TX 76065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$240.00**

---

| | |
|---|---|
| 3.980 6 | |

**Nonpriority creditor's name and mailing address**

**Johnp K**
**720 University Drive**
**Gate Code #7024**
**Menlo Park, CA 94025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

| | |
|---|---|
| 3.980 7 | |

**Nonpriority creditor's name and mailing address**

**Johnp Kennedy**
**720 University Drive**
**Gate Code #7024**
**Menlo Park, CA 94025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$6,312.00**

---

| | |
|---|---|
| 3.980 8 | |

**Nonpriority creditor's name and mailing address**

**Johnson Schaff**
**2124 Washington Ave**
**Wilmette, IL 60091**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$968.00**

---

| | |
|---|---|
| 3.980 9 | |

**Nonpriority creditor's name and mailing address**

**Jolie Hollidayburgess**
**154 Bluff Vw**
**Aledo, TX 76008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$121.00**

---

| | |
|---|---|
| 3.981 0 | |

**Nonpriority creditor's name and mailing address**

**Jolyn Merlino**
**127 N Lafayette Ave**
**A**
**Ventnor City, NJ 08406**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

---

| 3.981 |
|-------|
| 1 |

**Nonpriority creditor's name and mailing address**
**Jon A**
**925 Battery Ave Se**
**Unit 307**
**Atlanta, GA 30339**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$62.00**

---

| 3.981 |
|-------|
| 2 |

**Nonpriority creditor's name and mailing address**
**Jon Allen**
**925 Battery Ave Se**
**Unit 307**
**Atlanta, GA 30339**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,899.00**

---

| 3.981 |
|-------|
| 3 |

**Nonpriority creditor's name and mailing address**
**Jon B**
**1583 Stillwell Rd**
**Apt D**
**San Francisco, CA 94129**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$4.00**

---

| 3.981 |
|-------|
| 4 |

**Nonpriority creditor's name and mailing address**
**Jon B**
**3873 Ne 22nd Way**
**Lighthouse Point, FL 33064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

| 3.981 |
|-------|
| 5 |

**Nonpriority creditor's name and mailing address**
**Jon Boardman**
**3873 NE 22nd Way**
**Lighthouse Point, FL 33064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$198.00**

---

| 3.981 |
|-------|
| 6 |

**Nonpriority creditor's name and mailing address**
**Jon Brennan**
**89 North Alton Ave.**
**Glenns Ferry, ID 83623**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,139.00**

---

| 3.981 |
|-------|
| 7 |

**Nonpriority creditor's name and mailing address**
**Jon Colvard**
**4460 Highway 225**
**Universal Plant Services**
**Deer Park, TX 77536**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,006.00**

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 3.981 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jon Douyard**
**17199 Stonebrook Dr**
**Northville, MI 48168**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$253.00**

---

| 3.981 9 |

**Nonpriority creditor's name and mailing address**
**Jon F**
**24 Pine Ln**
**Vineyard Haven, MA 02568**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$22.00**

---

| 3.982 0 |

**Nonpriority creditor's name and mailing address**
**Jon Green**
**24963 First Harvest Ct**
**Aldie, VA 20105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$383.00**

---

| 3.982 1 |

**Nonpriority creditor's name and mailing address**
**Jon H**
**634 W Sturbridge Dr**
**Medina, OH 44256**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$60.00**

---

| 3.982 2 |

**Nonpriority creditor's name and mailing address**
**Jon H**
**7501 Meadowbrook**
**1**
**Barnhart, MO 63012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$55.00**

---

| 3.982 3 |

**Nonpriority creditor's name and mailing address**
**Jon Hilger**
**2016 Gateway Cir Ste A**
**Centerville, MN 55038**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$156.00**

---

| 3.982 4 |

**Nonpriority creditor's name and mailing address**
**Jon Hoffmann**
**5700 Ridgebrook Drive**
**Agoura Hills, CA 91301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,206.00**

---

Debtor  **Phoeno Wine Company, Inc.**
_____  Case number *(if known)*  _____
Name

---

**3.982 5**

**Nonpriority creditor's name and mailing address**
**Jon Hoffmann**
**5700 Ridgebrook Drive**
**Agoura Hills, CA 91301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$835.00**

---

**3.982 6**

**Nonpriority creditor's name and mailing address**
**Jon K**
**1300 East Riverside Drive**
**Apt C503**
**Austin, TX 78741**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$70.00**

---

**3.982 7**

**Nonpriority creditor's name and mailing address**
**Jon K**
**4807 Forge Acre Drive**
**Perry Hall, MD 21128**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$319.00**

---

**3.982 8**

**Nonpriority creditor's name and mailing address**
**Jon Kerrigan**
**1616 Walnut St Apt 705**
**Philadelphia, PA 19103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$612.00**

---

**3.982 9**

**Nonpriority creditor's name and mailing address**
**Jon Koto**
**345 Pine Tree Rd**
**Lake Mary, FL 32746**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$621.00**

---

**3.983 0**

**Nonpriority creditor's name and mailing address**
**Jon L**
**3033 5th Avenue**
**Suite 325**
**San Diego, CA 92103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$25.00**

---

**3.983 1**

**Nonpriority creditor's name and mailing address**
**Jon Levey**
**1949 Saint Johns Ave Fl 1**
**Highland Park Bank & Trust**
**Highland Park, IL 60035**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$150.00**

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Phoeno Wine Company, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.9832**

**Nonpriority creditor's name and mailing address**

**Jon Linton**
**41 Pierce Rd**
**Highland Park, IL 60035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.9833**

**Nonpriority creditor's name and mailing address**

**Jon M**
**15027 E Palomino Blvd**
**Fountain Hills, AZ 85268**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$11.00**

---

**3.9834**

**Nonpriority creditor's name and mailing address**

**Jon M**
**522 Nova Way**
**Madison, WI 53704**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

**3.9835**

**Nonpriority creditor's name and mailing address**

**Jon Malis**
**15027 E Palomino Blvd**
**Fountain Hills, AZ 85268**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$174.00**

---

**3.9836**

**Nonpriority creditor's name and mailing address**

**Jon N**
**37950 Central Ct**
**Atum**
**Newark, CA 94560**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$38.00**

---

**3.9837**

**Nonpriority creditor's name and mailing address**

**Jon Ness**
**37950 Central Ct**
**Atum**
**Newark, CA 94560**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,722.00**

---

**3.9838**

**Nonpriority creditor's name and mailing address**

**Jon P**
**1092 S. Virginia St**
**Ste D**
**Reno, NV 89502**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$44.28**

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 3.983 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jon P**
**767 Santa Rita Way**
**Sacramento, CA 95864**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$23.00

---

| 3.984 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jon Peterson**
**767 Santa Rita Way**
**Sacramento, CA 95864**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,446.00

---

| 3.984 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jon Powell**
**338 Lands Ml Se**
**Marietta, GA 30067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$376.00

---

| 3.984 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jon Q**
**15570 Drake Cir Nw**
**Prior Lake, MN 55372**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$60.00

---

| 3.984 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jon Quade**
**18544 Ebb Ave**
**Port Charlotte, FL 33948**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.984 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jon Quesnel**
**15570 Drake Cir NW**
**Prior Lake, MN 55372**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$937.00

---

| 3.984 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jon S**
**2153 Montair Ave**
**Long Beach, CA 90815**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

**3.9846**

**Nonpriority creditor's name and mailing address**

**Jon S**
**368 Owen Ave**
**Fair Lawn, NJ 07410**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$6.00**

---

**3.9847**

**Nonpriority creditor's name and mailing address**

**Jon Searl**
**20494 Clusterwood Ct**
**Burney, CA 96013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$56.00**

---

**3.9848**

**Nonpriority creditor's name and mailing address**

**Jon Strange**
**368 Owen Ave**
**Fair Lawn, NJ 07410**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$814.00**

---

**3.9849**

**Nonpriority creditor's name and mailing address**

**Jon Stroebel**
**C/O Caridi Law Firm-36 British**
**American Blvd**
**Latham, NY 12110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

**3.9850**

**Nonpriority creditor's name and mailing address**

**Jon T**
**136 W. Pomfret St**
**Carlisle, PA 17013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.9851**

**Nonpriority creditor's name and mailing address**

**Jon V**
**3109 Iris Knoll Ln**
**League City, TX 77573**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.9852**

**Nonpriority creditor's name and mailing address**

**Jon Wayland**
**11 Copperfield Dr**
**Hawthorn Woods, IL 60047**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.985 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |
|---|---|---|---|

**Jonah P**
**449 N Fuller Ave**
**Los Angeles, CA 90036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.985 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$72.00** |
|---|---|---|---|

**Jonas Brown**
**1360 50th Ave NE**
**St Petersburg, FL 33703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.985 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15.00** |
|---|---|---|---|

**Jonas F**
**27053 Glenside Ln**
**Olmsted Twp, OH 44138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.985 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$29.00** |
|---|---|---|---|

**Jonas Fortenberry**
**27053 Glenside Ln**
**Olmsted Twp, OH 44138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.985 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$18.00** |
|---|---|---|---|

**Jonathan Arnold**
**34 Bayberry Road**
**New Canaan, CT 06840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.985 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$525.00** |
|---|---|---|---|

**Jonathan Atkinson**
**7525 Hihn Rd**
**Ben Lomond, CA 95005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.985 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$219.00** |
|---|---|---|---|

**Jonathan Aur**
**465 Jack Kramer Dr Ste 1**
**Memphis, TN 38117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.986 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jonathan B**
**580 Howard St**
**San Francisco, CA 94105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.986 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jonathan Ball**
**1783 Meriden Waterbury Turnpike**
**Milldale, CT 06467**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

$60.00

---

| 3.986 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jonathan Becker**
**446 Terrace Dr**
**Williston, VT 05495**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

$270.00

---

| 3.986 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jonathan Becker**
**446 Terrace Dr**
**Williston, VT 05495**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

$90.40

---

| 3.986 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jonathan Boesger**
**100 S. Maple St.**
**Fayette, OH 43521**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.986 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jonathan Brill**
**2508 W Sunset Drive**
**Tampa, FL 33629**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

$138.00

---

| 3.986 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jonathan Brown**
**16654 Fox Run Ln**
**Lindale, TX 75771**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

$1,208.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.986 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Jonathan Brown**
**45077 Clark St**
**California, MD 20619**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$104.00**

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.986 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Jonathan Bush**
**3399 Franklin Rd**
**Vienna, GA 31092**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$500.00**

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.986 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Jonathan Buttrill**
**9 Elm Street**
**Garden City, NY 11530**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$43,608.96**

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.987 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Jonathan Canedo**
**2559 Cheval Drive**
**Davidsonville, MD 21035**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,096.00**

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.987 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Jonathan Canedo**
**2559 Cheval Drive**
**Davidsonville, MD 21035**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$18.00**

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.987 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Jonathan Castro**
**52 Queen St**
**Fall River, MA 02724**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$823.00**

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.987 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Jonathan Connell**
**1600 Arch St Apt 605**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$387.00**

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name
Case number (if known) _____

---

| 3.987 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $71.00 |

**Jonathan Craft**
**1818 Stephanie Trl NE**
**Atlanta, GA 30329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.987 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $890.00 |

**Jonathan Crawford**
**1625 Forest St**
**Hastings, MN 55033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.987 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $842.13 |

**Jonathan Cristaldi**
**1850 Talmadge Street**
**Los Angeles, CA 90027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.987 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $49.00 |

**Jonathan D**
**41869 Mary Kay Dr**
**Clinton Township, MI 48038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.987 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $33.00 |

**Jonathan Dzbanski**
**41869 Mary Kay Dr**
**Clinton Township, MI 48038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.987 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $41.59 |

**Jonathan F**
**6617 Waring Ave.**
**Los Angeles, CA 90038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.988 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $276.00 |

**Jonathan Figg**
**3012 Alpine View Ln - 8010**
**Jackson, WY 83002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.988 1**

**Nonpriority creditor's name and mailing address**
**Jonathan G**
**1301 N Troy St Apt 220**
**Arlington, VA 22201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

**3.988 2**

**Nonpriority creditor's name and mailing address**
**Jonathan Grant**
**8865 E Baseline Rd Unit 1322**
**Mesa, AZ 85209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$217.00**

---

**3.988 3**

**Nonpriority creditor's name and mailing address**
**Jonathan Grinsted**
**241 E. Stone Drive**
**Blowing Rock, NC 28605**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$978.00**

---

**3.988 4**

**Nonpriority creditor's name and mailing address**
**Jonathan H**
**111 Lawrence St**
**38l**
**Brooklyn, NY 11201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.988 5**

**Nonpriority creditor's name and mailing address**
**Jonathan H**
**11233 Chase Street**
**Unit 1**
**Fulton, MD 20759**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$21.00**

---

**3.988 6**

**Nonpriority creditor's name and mailing address**
**Jonathan H**
**4964 Lerch Dr**
**Shady Side, MD 20764**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

**3.988 7**

**Nonpriority creditor's name and mailing address**
**Jonathan H**
**8170 Maple Lawn Blvd**
**Suite 180**
**Fulton, MD 20759**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| Debtor | Phoeno Wine Company, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.9888**

**Nonpriority creditor's name and mailing address**

**Jonathan Harriman**
**3906 39th Avenue**
**Oakland, CA 94619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

**$181.00**

---

**3.9889**

**Nonpriority creditor's name and mailing address**

**Jonathan Hegwood**
**7826 48th Loop Se**
**Lacey, WA 98503**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

**$202.00**

---

**3.9890**

**Nonpriority creditor's name and mailing address**

**Jonathan Hershey**
**4964 Lerch Dr**
**Shady Side, MD 20764**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

**$420.00**

---

**3.9891**

**Nonpriority creditor's name and mailing address**

**Jonathan Hills**
**7808 Kitty Ln**
**Raleigh, NC 27615**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

**$126.00**

---

**3.9892**

**Nonpriority creditor's name and mailing address**

**Jonathan Hostens**
**165 Christopher St Apt 5c**
**New York, NY 10014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

**$40.00**

---

**3.9893**

**Nonpriority creditor's name and mailing address**

**Jonathan Huzil**
**38 Thor Pl**
**Fairfield, CT 06824**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

**$25,481.00**

---

**3.9894**

**Nonpriority creditor's name and mailing address**

**Jonathan Jhayem**
**3395 S Jones Blvd**
**Suite 162**
**Las Vegas, NV 89146**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

**$192.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
         Name

---

**3.989 5**

**Nonpriority creditor's name and mailing address**
**Jonathan K**
**26429 2nd St E Unit 323**
**Zimmerman, MN 55398**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.989 6**

**Nonpriority creditor's name and mailing address**
**Jonathan Kiely**
**85 Pennsylvania Ave**
**Long Beach, NY 11561**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,743.00

---

**3.989 7**

**Nonpriority creditor's name and mailing address**
**Jonathan Kilgore**
**1489 Brook Valley Ln NE**
**Atlanta, GA 30324**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$27.00

---

**3.989 8**

**Nonpriority creditor's name and mailing address**
**Jonathan Klinshaw**
**121 Walnut Ave**
**Marlton, NJ 08053**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

**3.989 9**

**Nonpriority creditor's name and mailing address**
**Jonathan Kuhn**
**2843 Indian Spring Lane**
**Allison Park, PA 15101**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$510.00

---

**3.990 0**

**Nonpriority creditor's name and mailing address**
**Jonathan L**
**5942 Chinook Drive**
**Huntington Beach, CA 92647**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.990 1**

**Nonpriority creditor's name and mailing address**
**Jonathan Lavoie**
**430 Swedesford Rd**
**Malvern, PA 19355**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$6,607.00

---

Debtor    **Phoeno Wine Company, Inc.**                              Case number *(if known)* _____
           Name

| 3.990 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00** |

**Jonathan Leweke**
**1541 Ingleside Ave**
**Jacksonville, FL 32205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.990 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$145.00** |

**Jonathan Little**
**2272 Vansingel Lake Dr Sw**
**Byron Center, MI 49315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.990 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,146.00** |

**Jonathan Lockhart**
**1405 Clinton St Apt 601**
**Hoboken, NJ 07030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.990 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7.00** |

**Jonathan M**
**290 Navarre Ave.**
**304**
**Coral Gables, FL 33134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.990 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$224.35** |

**Jonathan M**
**755 Skyway Ct**
**C/O Rich Abrahamsen**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.990 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56.52** |

**Jonathan M**
**8180 Golden Ave**
**Kings Beach, CA 96143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.990 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,115.00** |

**Jonathan Mccarthy**
**80 New Place Rd**
**Hillsborough, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                          Case number *(if known)* _____

_____
Name

| | |
|---|---|
| 3.990 9 | |

**Nonpriority creditor's name and mailing address**
**Jonathan Mcevoy**
**401 Audubon Ave**
**Wayne, PA 19087**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$608.00**

---

| | |
|---|---|
| 3.991 0 | |

**Nonpriority creditor's name and mailing address**
**Jonathan Miksanek**
**3931 Garrison Rd**
**Toledo, OH 43613**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$772.00**

---

| | |
|---|---|
| 3.991 1 | |

**Nonpriority creditor's name and mailing address**
**Jonathan Myers**
**24 Currier Rd**
**Pelham, NH 03076**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$343.00**

---

| | |
|---|---|
| 3.991 2 | |

**Nonpriority creditor's name and mailing address**
**Jonathan N**
**8012 Beech Tree Rd**
**Bethesda, MD 20817**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$22.00**

---

| | |
|---|---|
| 3.991 3 | |

**Nonpriority creditor's name and mailing address**
**Jonathan Newman**
**8429 Lorraine Rd**
**Lakewood Ranch, FL 34202**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$209.00**

---

| | |
|---|---|
| 3.991 4 | |

**Nonpriority creditor's name and mailing address**
**Jonathan Peake**
**330 1/2 20th Ave S Uppr**
**St Petersburg, FL 33705**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$160.00**

---

| | |
|---|---|
| 3.991 5 | |

**Nonpriority creditor's name and mailing address**
**Jonathan Powell**
**2019 Thames Dr**
**Arlington, TX 76017**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,103.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_ _____
Name

| | |
|---|---|
| 3.991<br>6 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Jonathan R**
**11079 Elderwood Lane**
**San Diego, CA 92131**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customers - Deferred Credit_

Is the claim subject to offset? ■ No ☐ Yes

**$17.00**

---

| 3.991<br>7 |
|---|

**Nonpriority creditor's name and mailing address**
**Jonathan R**
**1647 N Dorgenois St**
**New Orleans, LA 70119**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customers - Deferred Credit_

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.991<br>8 |
|---|

**Nonpriority creditor's name and mailing address**
**Jonathan Ragals**
**1622 Prestwick Ln**
**Dunwoody, GA 30338**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$582.00**

---

| 3.991<br>9 |
|---|

**Nonpriority creditor's name and mailing address**
**Jonathan Rodgers**
**702 Chestnut Hill Ct**
**Greensboro, NC 27455**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$287.00**

---

| 3.992<br>0 |
|---|

**Nonpriority creditor's name and mailing address**
**Jonathan Rosenbloom**
**10446 Eastborne Ave**
**Los Angeles, CA 90024**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customers - Deferred Credit_

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

| 3.992<br>1 |
|---|

**Nonpriority creditor's name and mailing address**
**Jonathan S**
**114 Corwin Street**
**San Francisco, CA 94114**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customers - Deferred Credit_

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.992<br>2 |
|---|

**Nonpriority creditor's name and mailing address**
**Jonathan S**
**18252 Manchac Place Dr**
**Prairieville, LA 70769**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customers - Deferred Credit_

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

Debtor  **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

**3.992
3**

**Nonpriority creditor's name and mailing address**

**Jonathan S**
**201 N. Granada Ave**
**#6**
**Alhambra, CA 91801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$87.50

---

**3.992
4**

**Nonpriority creditor's name and mailing address**

**Jonathan S**
**241 S Rimpau Blvd**
**Los Angeles, CA 90004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$33.67

---

**3.992
5**

**Nonpriority creditor's name and mailing address**

**Jonathan S**
**645 Brisbaine Mnr**
**Johns Creek, GA 30022**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

**3.992
6**

**Nonpriority creditor's name and mailing address**

**Jonathan S**
**65 Burnham Avenue**
**Roslyn Heights, NY 11577**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.992
7**

**Nonpriority creditor's name and mailing address**

**Jonathan S**
**7813 West Rim Drive**
**Austin, TX 78731**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.992
8**

**Nonpriority creditor's name and mailing address**

**Jonathan Sargent-Dillon**
**3171 W 38th Ave**
**Denver, CO 80211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$175.00

---

**3.992
9**

**Nonpriority creditor's name and mailing address**

**Jonathan Schremp**
**725 Wharf St Sw**
**Washington, DC 20024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$541.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
Name

---

| 3.993 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |
| **Jonathan Siegel** | ☐ Contingent | |
| **17 Colonial Rd** | ☐ Unliquidated | |
| **Port Washington, NY 11050** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** __Customer__ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.993 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jonathan Sora** | ☐ Contingent | |
| **14 Mountain View Rd** | ☐ Unliquidated | |
| **Putnam Valley, NY 10579** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** __Customer__ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.993 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,829.00** |
| **Jonathan Speigner** | ☐ Contingent | |
| **645 Brisbaine Mnr** | ☐ Unliquidated | |
| **Johns Creek, GA 30022** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** __Customer__ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.993 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18.00** |
| **Jonathan Spero** | ☐ Contingent | |
| **201 N. Granada Ave** | ☐ Unliquidated | |
| **#6** | ☐ Disputed | |
| **Alhambra, CA 91801** | | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** __Customer__ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.993 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$908.00** |
| **Jonathan Steinberger** | ☐ Contingent | |
| **241 S Rimpau Blvd** | ☐ Unliquidated | |
| **Los Angeles, CA 90004** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** __Customer__ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.993 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$395.00** |
| **Jonathan Stone** | ☐ Contingent | |
| **18252 Manchac Place Dr** | ☐ Unliquidated | |
| **Prairieville, LA 70769** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** __Customer__ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.993 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$607.00** |
| **Jonathan Tran** | ☐ Contingent | |
| **8071 19th Street** | ☐ Unliquidated | |
| **Westminster, CA 92683** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** __Customer__ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.993 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$60.00** |
| **Jonathan Voelz** | ☐ Contingent | |
| **702 Greenwood Springs Dr Bldg 2 Apt 2311** | ☐ Unliquidated | |
| **Greenwood, IN 46143** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:  Customers - Deferred Credit** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.993 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,912.00** |
| **Jonathan Vranovich** | ☐ Contingent | |
| **320 Frederick Ave** | ☐ Unliquidated | |
| **Sewickley, PA 15143** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:  Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.993 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$18.00** |
| **Jonathan W** | ☐ Contingent | |
| **111 E Pecan St** | ☐ Unliquidated | |
| **San Antonio, TX 78205** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:  Customers - Deferred Credit** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.994 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5.00** |
| **Jonathan W** | ☐ Contingent | |
| **493 Lincoln Place** | ☐ Unliquidated | |
| **Apt 1b** | ☐ Disputed | |
| **Brooklyn, NY 11238** | | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:  Customers - Deferred Credit** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.994 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30.00** |
| **Jonathan W** | ☐ Contingent | |
| **63 Island Estates Parkway** | ☐ Unliquidated | |
| **Palm Coast, FL 32137** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:  Customers - Deferred Credit** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.994 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$949.00** |
| **Jonathan Welch** | ☐ Contingent | |
| **111 E Pecan St** | ☐ Unliquidated | |
| **San Antonio, TX 78205** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:  Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.994 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$168.00** |
| **Jonathan Welter** | ☐ Contingent | |
| **6878 Wild Coyotes Way** | ☐ Unliquidated | |
| **Machesney Park, IL 61103** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:  Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.994 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jonathan Wiggenhorn**
**2700 N 140th Ave Ste 107**
**Goodyear, AZ 85395**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$44.00**

---

| 3.994 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jonathan Wilcox**
**112 N Passaic Ave**
**Chatham, NJ 07928**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,247.00**

---

| 3.994 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jonathan Williams**
**493 Lincoln Place**
**Apt 1b**
**Brooklyn, NY 11238**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,185.00**

---

| 3.994 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jonathan Woods**
**96 Tunes Brook Dr**
**Brick, NJ 08723**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$142.00**

---

| 3.994 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jonathan Y**
**11 Roscoe St**
**San Francisco, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

| 3.994 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jonathen Lund**
**2649 Via Pacheco**
**Palos Verdes Estates, CA 90274**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$272.00**

---

| 3.995 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jonathon A**
**865 N. Dearborn Street**
**Redlands, CA 92374**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.995 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |
|---|---|---|---|

**Jonathon N**
**952 Las Lomas Ave**
**Pacific Palisades, CA 90272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.995 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$60.00** |
|---|---|---|---|

**Jonathon Simpson**
**4110 Pointe Vecchio Cir**
**Cumming, GA 30040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.995 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$28.00** |
|---|---|---|---|

**Joni Karapetyan**
**8348 W Standard Pl**
**Sunland, CA 91040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.995 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$162.00** |
|---|---|---|---|

**Jonniemarie Torres**
**4695 Lower Honoapiilani Rd Apt A**
**Lahaina, HI 96761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.995 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$905.00** |
|---|---|---|---|

**Joon Lee**
**130 William St Apt 24c**
**New York, NY 10038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.995 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,716.00** |
|---|---|---|---|

**Joon Pak**
**360 Devereux Downs**
**Roswell, GA 30075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.995 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,690.00** |
|---|---|---|---|

**Joonyub Lee**
**3998 Golden Gate Way**
**Buford, GA 30518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_    _____
Name

| | | |
|---|---|---|
| 3.995 8 | **Nonpriority creditor's name and mailing address**<br>**Jordan Adams**<br>**2312 Sw 10th St**<br>**Miami, FL 33135**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes<br>**$196.00** |

| | | |
|---|---|---|
| 3.995 9 | **Nonpriority creditor's name and mailing address**<br>**Jordan Alaimo**<br>**207 Bull Saw Mill Rd**<br>**Honeoye Falls, NY 14472**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes<br>**$405.00** |

| | | |
|---|---|---|
| 3.996 0 | **Nonpriority creditor's name and mailing address**<br>**Jordan B**<br>**1876 Gershwin Dr**<br>**Virginia Beach, VA 23454**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes<br>**$5.00** |

| | | |
|---|---|---|
| 3.996 1 | **Nonpriority creditor's name and mailing address**<br>**Jordan Balok**<br>**1214 Dolton Dr Ste 202**<br>**Gab1460-1**<br>**Dallas, TX 75207**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes<br>**$155.00** |

| | | |
|---|---|---|
| 3.996 2 | **Nonpriority creditor's name and mailing address**<br>**Jordan Balvich**<br>**129 N Van Rensselaer St**<br>**Rensselaer, IN 47978**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes<br>**$108.00** |

| | | |
|---|---|---|
| 3.996 3 | **Nonpriority creditor's name and mailing address**<br>**Jordan Bayles**<br>**8083 E Red Fox Ave**<br>**Terre Haute, IN 47803**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes<br>**$30.00** |

| | | |
|---|---|---|
| 3.996 4 | **Nonpriority creditor's name and mailing address**<br>**Jordan Cladopulos**<br>**150 Amherst Aisle**<br>**Irvine, CA 92612**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes<br>**$0.00** |

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

**3.996 5**

**Nonpriority creditor's name and mailing address**

**Jordan Clark**
**1439 Monroe Ave Ste 01**
**Dunmore, PA 18509**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,851.00**

---

**3.996 6**

**Nonpriority creditor's name and mailing address**

**Jordan Dial**
**503 W 31st St**
**Houston, TX 77018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.996 7**

**Nonpriority creditor's name and mailing address**

**Jordan Drevik**
**1442 Ridgemont Rd**
**Dunwoody, GA 30338**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$212.00**

---

**3.996 8**

**Nonpriority creditor's name and mailing address**

**Jordan Dziurman**
**38189 Road 425b Oakhurst Ca**
**Oakhurst, CA 93644**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$99.00**

---

**3.996 9**

**Nonpriority creditor's name and mailing address**

**Jordan F**
**9907 Gable Ridge Terrace**
**Rockville, MD 20850**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.997 0**

**Nonpriority creditor's name and mailing address**

**Jordan Farnam**
**1625 Leeward Drive**
**Southold, NY 11971**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$402.00**

---

**3.997 1**

**Nonpriority creditor's name and mailing address**

**Jordan Fleming**
**167 Picket Post Ln**
**Phoenixville, PA 19460**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 3.997 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$38.00** |

**Jordan Fried**
**2020 K St NW Fl 10**
**Floor - JII Capital Markets**
**Washington, DC 20006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.997 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |

**Jordan G**
**2500 Sw 107th Ave**
**Suite 21**
**Miami, FL 33165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.997 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jordan Green**
**216 108th Street**
**Stone Harbor, NJ 08247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.997 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |

**Jordan Hosmer**
**445 Laurel Avenue**
**San Anselmo, CA 94960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.997 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$140.00** |

**Jordan Hudson**
**310 A St Apt 1509**
**San Diego, CA 92101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.997 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$782.00** |

**Jordan Hume**
**1438 Stableview Pl**
**Castle Pines, CO 80108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.997 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30.00** |

**Jordan Kraig**
**5313 Schluter Road**
**Monona, WI 53716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**                          Case number (if known) _____
_____
Name

---

| 3.9979 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$637.00** |
|---|---|---|---|

**Jordan M**
**11 Creekside Trail**
**Delran, NJ 08075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9980 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,630.00** |
|---|---|---|---|

**Jordan Moskowitz**
**11 Creekside Trail**
**Delran, NJ 08075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9981 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32.00** |
|---|---|---|---|

**Jordan Nix**
**2101 Church Street**
**Apt 202**
**Galveston, TX 77550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9982 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Jordan P**
**4710 S Rainbow Cir**
**Murray, UT 84107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9983 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,521.00** |
|---|---|---|---|

**Jordan Piscopo**
**4710 S Rainbow Cir**
**Murray, UT 84107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9984 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00** |
|---|---|---|---|

**Jordan Sinclair**
**12038 Se Punch Bowl Falls Ct**
**Happy Valley, OR 97086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9985 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$246.00** |
|---|---|---|---|

**Jordan Smith**
**4503 Banbury Bnd**
**Austin, TX 78745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.998 6**

**Nonpriority creditor's name and mailing address**

**Jordana Abraham**
**200 E 33rd St**
**Apt 20h**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$77.40

---

**3.998 7**

**Nonpriority creditor's name and mailing address**

**Jordon Gilleland**
**8677 Addison Place Cir Unit 303**
**Naples, FL 34119**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$58.00

---

**3.998 8**

**Nonpriority creditor's name and mailing address**

**Jordyne Dodier**
**309 Lady Slipper Ln**
**Killington, VT 05751**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$124.00

---

**3.998 9**

**Nonpriority creditor's name and mailing address**

**Jorel T**
**11608 Tall Pines Drive**
**Germantown, MD 20876**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$32.00

---

**3.999 0**

**Nonpriority creditor's name and mailing address**

**Jorel Taruc**
**11608 Tall Pines Drive**
**Germantown, MD 20876**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$238.00

---

**3.999 1**

**Nonpriority creditor's name and mailing address**

**Jorge Barron**
**12311 Granite Falls Trl**
**Frisco, TX 75035**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.999 2**

**Nonpriority creditor's name and mailing address**

**Jorge Flores**
**4020 Galt Ocean Dr Apt 1802**
**Fort Lauderdale, FL 33308**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$120.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.999 3 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Jorge Gonzalez**
**6357 E 143rd Ave**
**Thornton, CO 80602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,305.00**

---

| 3.999 4 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Jorge H**
**731 N Broadway**
**Grapes The Wine Company**
**White Plains, NY 10603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$37.00**

---

| 3.999 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Jorge Mendez**
**1421 240th St**
**Harbor City, CA 90710**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$168.00**

---

| 3.999 6 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Jorge Mondragon**
**45 Wall St Apt 1107**
**New York, NY 10005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$323.00**

---

| 3.999 7 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Jorge R**
**1102 Mosaic Dr**
**Celebration, FL 34747**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

| 3.999 8 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Jorge Rico**
**9390 Big Horn Blvd**
**Suite 130**
**Elk Grove, CA 95758**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$615.00**

---

| 3.999 9 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Jorge Seixas**
**11521 Solaya Way Unit 103**
**Orlando, FL 32821**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$57.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.100 00 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,333.00** |

**Jorge Szauer**
**7251 W Palmetto Park Rd Ste 100**
**Boca Raton, FL 33433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 01 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |

**Jorge U**
**2692 Garden Plum Pl**
**Odessa, FL 33556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 02 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$168.00** |

**Jorge Velasco**
**4505 Temecula Creek Trl**
**Mckinney, TX 75070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 03 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31.51** |

**Jori P**
**12678 Millennium**
**Playa Vista, CA 90094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 04 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$198.00** |

**Jori Pearsall**
**12678 Millennium**
**Playa Vista, CA 90094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 05 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,143.00** |

**Josalyn Samson**
**6247 Malvey Ave**
**Fort Worth, TX 76116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 06 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7.00** |

**Jose A**
**1 Fisher Island Dr**
**Miami, FL 33109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
         Name

| 3.100 07 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jose A**
**3010 Eagle Lake Drive**
**Orlando, FL 32837**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$20.00**

---

| 3.100 08 |

**Nonpriority creditor's name and mailing address**
**Jose Barreto**
**1810 Richmond Ave Unit 31**
**Houston, TX 77098**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$21,251.00**

---

| 3.100 09 |

**Nonpriority creditor's name and mailing address**
**Jose Deleon**
**555 Fairway Ct**
**Glen Ellyn, IL 60137**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$20.00**

---

| 3.100 10 |

**Nonpriority creditor's name and mailing address**
**Jose Domingiues**
**55 Via Poinciana Ln**
**Boca Raton, FL 33487**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$27.00**

---

| 3.100 11 |

**Nonpriority creditor's name and mailing address**
**Jose Flores**
**33347 University Dr**
**Union City, CA 94587**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$36.00**

---

| 3.100 12 |

**Nonpriority creditor's name and mailing address**
**Jose G**
**401 Scott Place**
**Pasadena, CA 91103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$3.42**

---

| 3.100 13 |

**Nonpriority creditor's name and mailing address**
**Jose Perez-Zamarron**
**669 Starbush Dr**
**Sunnyvale, CA 94086**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$346.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number _(if known)_   _____
Name

---

| 3.100 14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$165.00** |
|---|---|---|---|

**Jose Ramirez-Vasquez**
**8320 Alban Road**
**Suite 900**
**Manassas, VA 20110**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.100 15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$112.00** |
|---|---|---|---|

**Jose Rivera**
**6722 Sw 166th Ct**
**Miami, FL 33193**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.100 16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$29.00** |
|---|---|---|---|

**Jose Roman**
**100 N 11th St**
**Paterson, NJ 07522**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.100 17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$9,355.00** |
|---|---|---|---|

**Jose Rosado**
**4661 Lakeside Club Blvd Apt 16**
**Fort Myers, FL 33905**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.100 18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$332.00** |
|---|---|---|---|

**Jose Sifontes**
**17038 Sw 52nd Ct**
**Miramar, FL 33027**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.100 19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Josecarlos Davalos**
**2047 Lakeridge Cir Unit 202**
**Chula Vista, CA 91913**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.100 20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$608.00** |
|---|---|---|---|

**Josee Theberge**
**108 Kathleen Court North**
**Franklin, TN 37064**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name                                            Case number (if known) _____

---

| 3.100 21 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41.88** |
| **Josef P** | ☐ Contingent | |
| **565 E Claremont St** | ☐ Unliquidated | |
| **Pasadena, CA 91107** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.100 22 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28.00** |
| **Josefrank Almeyda** | ☐ Contingent | |
| **10620 NW 88th St Apt 108** | ☐ Unliquidated | |
| **Doral, FL 33178** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.100 23 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00** |
| **Josej M** | ☐ Contingent | |
| **2646 West Ln** | ☐ Unliquidated | |
| **Stockton, CA 95205** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.100 24 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,920.00** |
| **Joseluis Spahr** | ☐ Contingent | |
| **4656 Davenport Ave** | ☐ Unliquidated | |
| **Oakland, CA 94619** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.100 25 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Joseluis Velasquezvigil** | ☐ Contingent | |
| **36 Holyoke St Apt 1** | ☐ Unliquidated | |
| **Boston, MA 02116** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.100 26 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
| **Joseph A** | ☐ Contingent | |
| **214 Habersham Ln** | ☐ Unliquidated | |
| **Perry, GA 31069** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.100 27 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
| **Joseph A** | ☐ Contingent | |
| **3030 Morewood Lane** | ☐ Unliquidated | |
| **Charlottesville, VA 22901** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

Debtor   **Phoeno Wine Company, Inc.**
_____     Case number _(if known)_ _____
Name

| 3.100 28 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Adams**
**17560 Mountain View Rd**
**Sisters, OR 97759**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.100 29 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Andrews**
**214 Habersham Ln**
**Perry, GA 31069**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$777.00**

---

| 3.100 30 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Auger**
**4254 Roxbury St**
**Simi Valley, CA 93063**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$66.00**

---

| 3.100 31 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Ausikaitis**
**31 Island Rock**
**Plymouth, MA 02360**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$142.00**

---

| 3.100 32 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Ayres**
**8107 Antioch Church Rd W**
**Lenoir City, TN 37772**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.100 33 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph B**
**12975 Rose Ct**
**Watsonville, CA 95076**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.100 34 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph B**
**1445 Broadcloth St**
**Apt 108**
**Fort Mill, SC 29715**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.100 35**

**Nonpriority creditor's name and mailing address**

**Joseph B**
**204 Front St Slip E32**
**Friday Harbor, WA 98250**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$4.00**

---

**3.100 36**

**Nonpriority creditor's name and mailing address**

**Joseph Baldwin**
**808 Homestead Lane**
**Crownsville, MD 21032**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$375.00**

---

**3.100 37**

**Nonpriority creditor's name and mailing address**

**Joseph Barnes**
**3689 Faubourg Rd**
**Washington, LA 70589**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$66.00**

---

**3.100 38**

**Nonpriority creditor's name and mailing address**

**Joseph Barsanti**
**1445 Broadcloth St**
**Apt 108**
**Fort Mill, SC 29715**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$205.00**

---

**3.100 39**

**Nonpriority creditor's name and mailing address**

**Joseph Beckhans**
**3844 Alcantara Ave**
**Doral, FL 33178**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.100 40**

**Nonpriority creditor's name and mailing address**

**Joseph Burgess**
**204 Front St Slip E32**
**Friday Harbor, WA 98250**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.100 41**

**Nonpriority creditor's name and mailing address**

**Joseph C**
**1783 Old Baldy Way**
**Upland, CA 91784**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.100 42 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Cardello**
**214 South Bauer Point**
**Spring, TX 77389**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$119.00

---

| 3.100 43 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Chamberlain**
**1165 Wolfe Rd**
**Gilbert, SC 29054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$309.00

---

| 3.100 44 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Ciccone**
**7 Kildare Dr**
**Hazlet, NJ 07730**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$119.00

---

| 3.100 45 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Ciszek**
**540a W. Ocean Heights Ave**
**Linwood, NJ 08221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$38.00

---

| 3.100 46 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Clarke**
**7732 Donald Ross Rd W**
**Sarasota, FL 34240**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$178.00

---

| 3.100 47 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Clayton**
**3525 Laurelwood Rd.**
**Kettering, OH 45409**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$197.00

---

| 3.100 48 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Colletta**
**500 E Centennial Dr**
**Oak Creek, WI 53154**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$270.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.100 |
|-------|
| 49    |

**Nonpriority creditor's name and mailing address**

**Joseph Cosentino**
**897 Post Rd**
**Scarsdale, NY 10583**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$224.00**

---

| 3.100 |
|-------|
| 50    |

**Nonpriority creditor's name and mailing address**

**Joseph Cox**
**262 Suburban Ave NE**
**Concord, NC 28025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$518.00**

---

| 3.100 |
|-------|
| 51    |

**Nonpriority creditor's name and mailing address**

**Joseph Cummings**
**692 Fern St**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$258.00**

---

| 3.100 |
|-------|
| 52    |

**Nonpriority creditor's name and mailing address**

**Joseph Curletta**
**12245 S Warpaint Ct**
**Phoenix, AZ 85044**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$738.00**

---

| 3.100 |
|-------|
| 53    |

**Nonpriority creditor's name and mailing address**

**Joseph D**
**320 W Taylor Ave**
**Downstairs**
**Colorado City, AZ 86021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.100 |
|-------|
| 54    |

**Nonpriority creditor's name and mailing address**

**Joseph D**
**32503 South Shore Pl.**
**Westlake Village, CA 91361**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

| 3.100 |
|-------|
| 55    |

**Nonpriority creditor's name and mailing address**

**Joseph D**
**4 Moet Ct**
**Rancho Mirage, CA 92270**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$3.00**

---

Debtor    **Phoeno Wine Company, Inc.**                                          Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.100 56 | **Nonpriority creditor's name and mailing address**<br><br>**Joseph D<br>De Young<br>50 Hagiwara Tea Grarden Dr<br>San Francisco, CA 94118**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1.00** |

| | | |
|---|---|---|
| 3.100 57 | **Nonpriority creditor's name and mailing address**<br><br>**Joseph Day<br>5710 Mount Olive Rd<br>Polk City, FL 33868**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,605.00** |

| | | |
|---|---|---|
| 3.100 58 | **Nonpriority creditor's name and mailing address**<br><br>**Joseph Deangelis<br>82 Whipple Brook Rd<br>Wrentham, MA 02093**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,743.00** |

| | | |
|---|---|---|
| 3.100 59 | **Nonpriority creditor's name and mailing address**<br><br>**Joseph Dilandro<br>2 Roosevelt Ave<br>Glens Falls, NY 12801**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$85.00** |

| | | |
|---|---|---|
| 3.100 60 | **Nonpriority creditor's name and mailing address**<br><br>**Joseph Dlugosz<br>1815 W 47th St<br>Cleveland, OH 44102**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$27.00** |

| | | |
|---|---|---|
| 3.100 61 | **Nonpriority creditor's name and mailing address**<br><br>**Joseph Dougherty<br>28 Bullitt Park Place<br>Bexley, OH 43209**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,355.00** |

| | | |
|---|---|---|
| 3.100 62 | **Nonpriority creditor's name and mailing address**<br><br>**Joseph Easterbrooks<br>21055 Brandywine Rd<br>Acampo, CA 95220**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$28.00** |

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.100**
**63**

**Nonpriority creditor's name and mailing address**

**Joseph F**
**1021 Terns Landing Road**
**Pittsgrove, NJ 08318**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.100**
**64**

**Nonpriority creditor's name and mailing address**

**Joseph F**
**14 Latches Ln**
**Aston, PA 19014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.100**
**65**

**Nonpriority creditor's name and mailing address**

**Joseph Farrell**
**9251 Hobnail Ct**
**Columbia, MD 21045**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,458.00**

---

**3.100**
**66**

**Nonpriority creditor's name and mailing address**

**Joseph Fatora**
**1031 Scott St Unit C**
**San Francisco, CA 94115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$372.00**

---

**3.100**
**67**

**Nonpriority creditor's name and mailing address**

**Joseph Feigenbaum**
**17231 N. 42nd Street**
**Phoenix, AZ 85032**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,388.00**

---

**3.100**
**68**

**Nonpriority creditor's name and mailing address**

**Joseph Gebhardt**
**557 B Hamilton Ave**
**Nashville, TN 37203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$177.00**

---

**3.100**
**69**

**Nonpriority creditor's name and mailing address**

**Joseph Gilani**
**863 Crystal St**
**New Orleans, LA 70124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$187.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.100 70 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph H**
**23825 Commerce Park**
**Todd Associates**
**Beachwood, OH 44122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$58.00**

---

| 3.100 71 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph H**
**4513 Parkside Ln**
**Edina, MN 55436**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$21.00**

---

| 3.100 72 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Harbin**
**15 Enchanted Forest Rd**
**Kings Park, NY 11754**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,510.00**

---

| 3.100 73 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Harvis**
**34 Lupfer Ave**
**Whitefish, MT 59937**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,439.00**

---

| 3.100 74 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Hendrickson**
**4858 68th Street Cir E**
**Bradenton, FL 34203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$12,214.00**

---

| 3.100 75 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Hicks**
**49 Bradstreet Rd**
**North Andover, MA 01845**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$537.00**

---

| 3.100 76 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Hildebrand**
**4513 Parkside Ln**
**Edina, MN 55436**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$191.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.100 77**

**Nonpriority creditor's name and mailing address**

**Joseph Hopkins**
**23825 Commerce Park**
**Todd Associates**
**Beachwood, OH 44122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,156.00**

---

**3.100 78**

**Nonpriority creditor's name and mailing address**

**Joseph Hwang**
**755 Skyway Ct**
**Napa, CA 94558**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$6,859.00**

---

**3.100 79**

**Nonpriority creditor's name and mailing address**

**Joseph K**
**232 1st Ave West**
**Seattle, WA 98119**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$69.00**

---

**3.100 80**

**Nonpriority creditor's name and mailing address**

**Joseph Kao**
**7747 Linda Vista Rd Apt 2**
**San Diego, CA 92111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$228.00**

---

**3.100 81**

**Nonpriority creditor's name and mailing address**

**Joseph Kinsella**
**1 Leprechaun Dr**
**Millington, NJ 07946**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$681.00**

---

**3.100 82**

**Nonpriority creditor's name and mailing address**

**Joseph Kirby**
**22921 Detour St**
**Saint Clair Shores, MI 48082**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$56.00**

---

**3.100 83**

**Nonpriority creditor's name and mailing address**

**Joseph Kruszka**
**301 Mackenzie Dr NE**
**Atlanta, GA 30312**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$525.00**

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.100 84 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph L**
**201 West Lane**
**West Tawakoni, TX 75474**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.100 85 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph L**
**405 Adirondack Drive**
**Farmingville, NY 11738**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.100 86 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph L**
**585 N Atlantic Ave Apt 308**
**Collingswood, NJ 08108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.100 87 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph L 2694**
**3550 N. 1150 Blvd**
**Browns, IL 62818**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$70.00**

---

| 3.100 88 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Lampert**
**40 Raymond Pl**
**Hewlett, NY 11557**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

**$492.00**

---

| 3.100 89 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Lawrence**
**3550 N. 1150 Blvd**
**Browns, IL 62818**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

**$342.00**

---

| 3.100 90 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Levey**
**16 Ducharme Lane**
**Greenlawn, NY 11740**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

**$5,302.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.100 91 | **Nonpriority creditor's name and mailing address** | **$10.00** |

**Joseph M**
**303 Kathy Drive**
**San Antonio, TX 78223**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.100 92 | **Nonpriority creditor's name and mailing address** | **$8.00** |

**Joseph M**
**303 Kathy Drive**
**San Antonio, TX 78223**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.100 93 | **Nonpriority creditor's name and mailing address** | **$326.00** |

**Joseph Martindale**
**16655 Donmetz St**
**Granada Hills, CA 91344**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.100 94 | **Nonpriority creditor's name and mailing address** | **$158.00** |

**Joseph Massimo**
**43226 Clearnight Ter**
**Ashburn, VA 20147**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.100 95 | **Nonpriority creditor's name and mailing address** | **$973.00** |

**Joseph Mather**
**1652 S Gessner Rd**
**Houston, TX 77063**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.100 96 | **Nonpriority creditor's name and mailing address** | **$361.00** |

**Joseph Metivier**
**870 Saddle Ridge Trce**
**Roswell, GA 30076**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.100 97 | **Nonpriority creditor's name and mailing address** | **$195.00** |

**Joseph Mongillo**
**3 Ridge Dr**
**N/A**
**Ellington, CT 06029**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.100 98 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Monko**
**2804 Baypointe Cir**
**Tampa, FL 33611**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

| 3.100 99 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Mraz**
**271 Park Ave**
**Mount Joy, PA 17552**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

| 3.101 00 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Nave**
**5705 Atlantic Avenue**
**Ventnor, NJ 08406**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$47.00**

---

| 3.101 01 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph P**
**1140 Eldon Dr**
**Lincoln, NE 68510**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.101 02 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph P**
**777 S Harbour Island Blvd Ste 400**
**Tampa, FL 33602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$249.00**

---

| 3.101 03 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Passero**
**777 S Harbour Island Blvd Ste 400**
**Tampa, FL 33602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,250.00**

---

| 3.101 04 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Pelham**
**5436 Longview St**
**Dallas, TX 75206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,960.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Case number *(if known)*

Name

---

| 3.101 05 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$32.00** |

**Joseph Potts**
**14004 Amalfi Park**
**Live Oak, TX 78233**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 06 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$39.00** |

**Joseph Proudfoot**
**7494 Cummins Ct**
**New Albany, OH 43054**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 07 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28.00** |

**Joseph Rhodes**
**194 Athens St**
**Apt 2**
**Boston, MA 02127**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 08 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30.00** |

**Joseph Rivetti**
**198 Emerson Ln**
**Berkeley Heights, NJ 07922**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 09 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$123.00** |

**Joseph Roberts**
**112 E 83rd St Apt 3c**
**New York, NY 10028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Joseph Rudder**
**122 Teakwood Dr**
**Savannah, GA 31410**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**Joseph S**
**1100 S Miami Ave**
**1901**
**Miami, FL 33130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
          _____     Case number *(if known)*   _____
          Name

---

| 3.101 12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Joseph S**
**19103 Ross Rd**
**Bothell, WA 98011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$67.00** |
|---|---|---|---|

**Joseph S**
**4022 East Garnet Circle**
**Mesa, AZ 85206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$38.00** |
|---|---|---|---|

**Joseph Samuels**
**2185 Malibu Lake Cir Apt 1218**
**Naples, FL 34119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,830.00** |
|---|---|---|---|

**Joseph Simo**
**4022 East Garnet Circle**
**Mesa, AZ 85206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$174.00** |
|---|---|---|---|

**Joseph Szarkowicz**
**1839 Sunset Blvd**
**Schererville, IN 46375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Joseph T 13431244**
**6928 Timber Creek Ct.**
**Clarksville, MD 21029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$284.00** |
|---|---|---|---|

**Joseph Taylor**
**350 Calle Principal**
**Monterey, CA 93940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)*   _____
Name

---

| 3.101 19 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Tursi**
**525 S Oakland Ave Unit 6**
**Pasadena, CA 91101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$740.00**

---

| 3.101 20 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Viviano**
**3211 Bogart Rd**
**Huron, OH 44839**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$802.00**

---

| 3.101 21 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph W**
**727 W. 40th Street**
**Apt. A416**
**Baltimore, MD 21211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

| 3.101 22 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph W 13430748**
**679 W Glenoaks Blvd**
**Glendale, CA 91202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$758.97**

---

| 3.101 23 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Walts**
**1 Lakeside Dr Apt 1405**
**Oakland, CA 94612**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

| 3.101 24 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Wheeler**
**3114 Snowgoose Ln**
**Akron, OH 44319**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$116.00**

---

| 3.101 25 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph White**
**679 W Glenoaks Blvd**
**Glendale, CA 91202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$686.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.101 26 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Wieczorek**
**3630 Lamay Ln**
**Reno, NV 89511**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.101 27 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Y**
**12527 Hesby St**
**Valley Village, CA 91607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.101 28 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Yano**
**1124 Guestwick Crescent**
**Norfolk, VA 23505**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$23.00**

---

| 3.101 29 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Josephine Gottilla**
**23 Hearle Dr**
**Pequannock, NJ 07440**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$112.00**

---

| 3.101 30 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Josephmichael Caporale**
**295 1st St # 2**
**Jersey City, NJ 07302**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,941.00**

---

| 3.101 31 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Josers18**
**17038 Sw 52nd Ct**
**Miramar, FL 33027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.101 32 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Josh A**
**701 Lamar St**
**Boley-Featherston Insurance**
**Wichita Falls, TX 76301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$102.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.101**
**33**

**Nonpriority creditor's name and mailing address**

**Josh Anderson**
**500 W Texas Ave Ste 1020**
**Midland, TX 79701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$323.00**

---

**3.101**
**34**

**Nonpriority creditor's name and mailing address**

**Josh Andrajack**
**701 Lamar St**
**Boley-Featherston Insurance**
**Wichita Falls, TX 76301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,493.00**

---

**3.101**
**35**

**Nonpriority creditor's name and mailing address**

**Josh B**
**16 Mill Rd**
**Taos, NM 87571**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$457.00**

---

**3.101**
**36**

**Nonpriority creditor's name and mailing address**

**Josh B**
**311 W Blackhawk Drive**
**Unit 8**
**Phoenix, AZ 85027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.101**
**37**

**Nonpriority creditor's name and mailing address**

**Josh B**
**4028 82nd Dr Ne**
**Marysville, WA 98270**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.101**
**38**

**Nonpriority creditor's name and mailing address**

**Josh Beglau**
**16 Mill Rd**
**Taos, NM 87571**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,962.00**

---

**3.101**
**39**

**Nonpriority creditor's name and mailing address**

**Josh Breinlinger**
**6 Turtle Creek Dr**
**Kenwood, CA 95452**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$147.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.101**
**40**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $769.00 |
|---|---|---|

**Josh Cox**
**1105 W. Oltorf**
**Austin, TX 78704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.101**
**41**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44.00 |
|---|---|---|

**Josh Darby**
**3572 Treeline Pass NE**
**Roswell, GA 30075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101**
**42**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $976.00 |
|---|---|---|

**Josh Davis**
**3235 Gough St Apt 103**
**San Francisco, CA 94123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101**
**43**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,209.00 |
|---|---|---|

**Josh Duckworth**
**5611 62nd St. NW**
**Gig Harbor, WA 98335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101**
**44**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|

**Josh E**
**616 Rinpoche Ln**
**Oregon, WI 53575**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101**
**45**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |
|---|---|---|

**Josh Ehart**
**522 Park Ave**
**River Forest, IL 60305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101**
**46**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $245.00 |
|---|---|---|

**Josh Flig**
**7907 Black Onyx Ln**
**Delray Beach, FL 33446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
Name

| 3.101 47 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$163.00** |
| **Josh Forteza** | ☐ Contingent | |
| **4819 NW 48th Te** | ☐ Unliquidated | |
| **Tamarac, FL 33319** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 48 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11.00** |
| **Josh G** | ☐ Contingent | |
| **1211 Timbergrove Lane** | ☐ Unliquidated | |
| **Houston, TX 77008** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 49 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$236.00** |
| **Josh Ghiloni** | ☐ Contingent | |
| **617 Honey Creek Rd W** | ☐ Unliquidated | |
| **Bellville, OH 44813** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 50 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$773.00** |
| **Josh Grahmann** | ☐ Contingent | |
| **1211 Timbergrove Lane** | ☐ Unliquidated | |
| **Houston, TX 77008** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 51 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$55.00** |
| **Josh H** | ☐ Contingent | |
| **13400 Kira Ln** | ☐ Unliquidated | |
| **Justin, TX 76247** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 52 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |
| **Josh H** | ☐ Contingent | |
| **1817 Drexel Rd.** | ☐ Unliquidated | |
| **Lansing, MI 48915** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 53 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,230.00** |
| **Josh Hampton** | ☐ Contingent | |
| **13400 Kira Ln** | ☐ Unliquidated | |
| **Justin, TX 76247** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.101 54**

**Nonpriority creditor's name and mailing address**

**Josh Henderson**
**4206 Mohawk Dr**
**Madison, WI 53711**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$28.00

---

**3.101 55**

**Nonpriority creditor's name and mailing address**

**Josh Hillis**
**668 Colonial Rd Ste 4**
**Memphis, TN 38117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$13.00

---

**3.101 56**

**Nonpriority creditor's name and mailing address**

**Josh Huleisy**
**411 S Warren**
**Palatine, IL 60074**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$146.67

---

**3.101 57**

**Nonpriority creditor's name and mailing address**

**Josh K**
**614 Kenlough Dr**
**Charlotte, NC 28209**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$18.00

---

**3.101 58**

**Nonpriority creditor's name and mailing address**

**Josh Kessler**
**1326 N Raab Rd**
**Swanton, OH 43558**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.101 59**

**Nonpriority creditor's name and mailing address**

**Josh Kessler**
**1326 N Raab Rd**
**Swanton, OH 43558**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$3,623.38

---

**3.101 60**

**Nonpriority creditor's name and mailing address**

**Josh Kight**
**614 Kenlough Dr**
**Charlotte, NC 28209**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$150.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____     Case number (if known) _____
         Name

---

| 3.101 61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$970.00** |

**Josh Kincheloe**
**1505 Turning Leaf Ln**
**Garland, TX 75040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20.00** |

**Josh L**
**17941 Bonita National Blvd**
**Unit 344**
**Bonita Springs, FL 34135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$141.00** |

**Josh Labonte**
**47 Follett Street**
**North Smithfield, RI 02896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$584.00** |

**Josh Litten**
**3577 Us Highway 158**
**Mocksville, NC 27028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$485.00** |

**Josh Lonn**
**11331 Discovery Heights Circle**
**Anchorage, AK 99515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$21.00** |

**Josh M**
**3963 Maple Ave Ste 400**
**Dallas, TX 75219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,164.00** |

**Josh Miller**
**51680 Bluffside Ct.**
**Granger, IN 46530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.101 |
|-------|
| 68    |

**Nonpriority creditor's name and mailing address**

**Josh Miller**
**132 Alred Circle**
**Hendersonville, TN 37075**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$23.00**

---

| 3.101 |
|-------|
| 69    |

**Nonpriority creditor's name and mailing address**

**Josh Moes**
**6135 N Meridian St**
**Indianapolis, IN 46208**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$87.00**

---

| 3.101 |
|-------|
| 70    |

**Nonpriority creditor's name and mailing address**

**Josh Monroe**
**7709 Farrell Drive**
**Amarillo, TX 79121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$588.00**

---

| 3.101 |
|-------|
| 71    |

**Nonpriority creditor's name and mailing address**

**Josh Moore**
**981 De Caen Ct.**
**Livermore, CA 94550**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$378.00**

---

| 3.101 |
|-------|
| 72    |

**Nonpriority creditor's name and mailing address**

**Josh Mushlock**
**2838 Beaver Creek Rd**
**Shell, WY 82441**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$63.00**

---

| 3.101 |
|-------|
| 73    |

**Nonpriority creditor's name and mailing address**

**Josh P**
**112 S Oneida St**
**Green Bay, WI 54303**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

| 3.101 |
|-------|
| 74    |

**Nonpriority creditor's name and mailing address**

**Josh Peligal**
**C/O Border Wine Storage**
**5422 Barrett Rd C101**
**Ferndale, WA 98248**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,065.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.101**
**75**

**Nonpriority creditor's name and mailing address**
**Josh Perkins**
**112 S Oneida St**
**Green Bay, WI 54303**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,304.00**

---

**3.101**
**76**

**Nonpriority creditor's name and mailing address**
**Josh R**
**33 Old Boston Rd**
**Pittston, PA 18640**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

**3.101**
**77**

**Nonpriority creditor's name and mailing address**
**Josh Ross**
**613 Penn Ave**
**Pittsburgh, PA 15222**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$128.00**

---

**3.101**
**78**

**Nonpriority creditor's name and mailing address**
**Josh S**
**15415 Blackhawk Blvd**
**Friendswood, TX 77546**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.101**
**79**

**Nonpriority creditor's name and mailing address**
**Josh S**
**7 Filbert Street**
**Garden City, NY 11530**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.101**
**80**

**Nonpriority creditor's name and mailing address**
**Josh S**
**765 Montague Expy**
**Apt 401**
**Milpitas, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.101**
**81**

**Nonpriority creditor's name and mailing address**
**Josh Saenz**
**15415 Blackhawk Blvd**
**Friendswood, TX 77546**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.101**
**82**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,626.00 |
|---|---|---|

**Josh Sanders**
**9198 Hartly Place**
**Ooltewah, TN 37363**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: __Customer__**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101**
**83**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22.00 |
|---|---|---|

**Josh Smith**
**808 Sage Dr**
**Vacaville, CA 95687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: __Customer__**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101**
**84**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $236.00 |
|---|---|---|

**Josh Stacy**
**1395 22nd St Apt 840**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: __Customer__**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101**
**85**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $265.00 |
|---|---|---|

**Josh Star**
**457 Old Sleepy Hollow Rd**
**Pleasantville, NY 10570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: __Customer__**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101**
**86**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,509.00 |
|---|---|---|

**Josh Sternberg**
**17 Cadencia St**
**Rancho Mission Viejo, CA 92694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: __Customer__**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101**
**87**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 |
|---|---|---|

**Josh Urioste**
**1552 Bryce Canyon St**
**Boulder City, NV 89005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: __Customer__**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101**
**88**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $588.00 |
|---|---|---|

**Josh Weiss**
**1067 Wrens Gate**
**Mundelein, IL 60060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: __Customer__**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor     **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.101 89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $279.00 |
|---|---|---|---|

**Josh Wolff**
**331 S Peoria St Apt 504**
**Chicago, IL 60607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $192.00 |
|---|---|---|---|

**Josh Wymer**
**424 Park Creek Ct**
**Pasadena, MD 21122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95.00 |
|---|---|---|---|

**Josh Wymer**
**424 Park Creek Ct**
**Pasadena, MD 21122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Josh Yim**
**2801 Sunset Pl Apt 1120**
**Los Angeles, CA 90005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,247.00 |
|---|---|---|---|

**Josh Zigman**
**91 Balfour Dr**
**West Hartford, CT 06117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $189.00 |
|---|---|---|---|

**Josh Zigman**
**91 Balfour Dr**
**West Hartford, CT 06117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42.00 |
|---|---|---|---|

**Joshua A**
**804 18th St**
**San Diego, CA 92154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.101 96**

**Nonpriority creditor's name and mailing address**

**Joshua B**
**1417 Grizzly Peak Blvd**
**Berkeley, CA 94708**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

**3.101 97**

**Nonpriority creditor's name and mailing address**

**Joshua Bennett**
**5725 Walnut Lake Rd**
**West Bloomfield, MI 48323**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$500.00

---

**3.101 98**

**Nonpriority creditor's name and mailing address**

**Joshua Cameron**
**50558 Hollybrook Dr**
**Granger, IN 46530**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$906.00

---

**3.101 99**

**Nonpriority creditor's name and mailing address**

**Joshua Cash**
**89 Wynmere Drive**
**Horsham, PA 19044**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$66.00

---

**3.102 00**

**Nonpriority creditor's name and mailing address**

**Joshua Cashwell**
**1303 Cypress Rd**
**Chapel Hill, NC 27517**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$395.00

---

**3.102 01**

**Nonpriority creditor's name and mailing address**

**Joshua Chien**
**1742 Acacia Way**
**Fremont, CA 94536**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,046.00

---

**3.102 02**

**Nonpriority creditor's name and mailing address**

**Joshua D**
**901 23rd St N**
**Jacksonville Beach, FL 32250**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$150.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.102 |
| 03 |

**Nonpriority creditor's name and mailing address**

**Joshua Deyoung**
**7610 Chadwick Ct**
**Dallas, TX 75248**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$60.00**

---

| 3.102 |
| 04 |

**Nonpriority creditor's name and mailing address**

**Joshua Dietz**
**1661 Central Ave Unit 5032**
**Saint Petersburg, FL 33713**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$454.00**

---

| 3.102 |
| 05 |

**Nonpriority creditor's name and mailing address**

**Joshua Doucette**
**614 Main St**
**Wakefield, NE 68784**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,821.00**

---

| 3.102 |
| 06 |

**Nonpriority creditor's name and mailing address**

**Joshua Downing**
**901 23rd St N**
**Jacksonville Beach, FL 32250**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$225.00**

---

| 3.102 |
| 07 |

**Nonpriority creditor's name and mailing address**

**Joshua Dykstra**
**30875 Doral Lane**
**Westlake, OH 44145**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$60.00**

---

| 3.102 |
| 08 |

**Nonpriority creditor's name and mailing address**

**Joshua F**
**315 Englewood Ave**
**Royal Oak, MI 48073**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$30.00**

---

| 3.102 |
| 09 |

**Nonpriority creditor's name and mailing address**

**Joshua Forwerck**
**315 Englewood Ave**
**Royal Oak, MI 48073**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$707.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.102 10 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Joshua Fox**
**225 Blair Drive Apt G**
**P.O. Box 13816**
**Jackson, WY 83001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$87.00**

---

| 3.102 11 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Joshua Francoeur**
**4210 NE 136th Ave**
**Vancouver, WA 98682**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,763.00**

---

| 3.102 12 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Joshua French**
**2921 Elmcrest Dr**
**Saint Charles, MO 63301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$230.00**

---

| 3.102 13 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Joshua Furnas**
**625 Ashbury St**
**Apt 1**
**San Francisco, CA 94117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$16.67**

---

| 3.102 14 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Joshua G**
**1542. S. Canfield Avenue**
**Los Angeles, CA 90035**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.102 15 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Joshua G**
**1818 N Laurel Street**
**Boise, ID 83706**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.102 16 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Joshua G**
**946 E. 53rd St.**
**Austin, TX 78751**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

Debtor  **Phoeno Wine Company, Inc.**
_____     Case number _(if known)_ _____
Name

| 3.102 17 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joshua Gaul**
**15-175 Melekahiwa St**
**Keaau, HI 96749**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,243.00**

---

| 3.102 18 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joshua Gleich**
**946 E. 53rd St.**
**Austin, TX 78751**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$116.00**

---

| 3.102 19 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joshua Gregory**
**1910 Ashwood Dr**
**Merced, CA 95340**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$44.00**

---

| 3.102 20 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joshua Gumm**
**416 S Mitchell St**
**Bloomington, IN 47401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$238.00**

---

| 3.102 21 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joshua H**
**700 Front St**
**Lititz, PA 17543**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$38.00**

---

| 3.102 22 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joshua Haveles**
**7 Edgell Dr**
**Framingham, MA 01701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,547.00**

---

| 3.102 23 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joshua Herman**
**5201 Broadway Road**
**Groveland, IL 61535**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Phoeno Wine Company, Inc.**

_____
Name

Case number *(if known)*    _____

---

**3.102 24**

**Nonpriority creditor's name and mailing address**

**Joshua Hoffman**
**700 Front St**
**Lititz, PA 17543**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,503.00**

---

**3.102 25**

**Nonpriority creditor's name and mailing address**

**Joshua J**
**3139 Sumatra Place**
**Costa Mesa, CA 92626**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.102 26**

**Nonpriority creditor's name and mailing address**

**Joshua Javier**
**3139 Sumatra Place**
**Costa Mesa, CA 92626**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$701.00**

---

**3.102 27**

**Nonpriority creditor's name and mailing address**

**Joshua Joannides**
**2200 Barnet Ct**
**Woodstock, MD 21163**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$119.00**

---

**3.102 28**

**Nonpriority creditor's name and mailing address**

**Joshua Johnson**
**13154 Montrose North Dr**
**Denham Springs, LA 70726**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.102 29**

**Nonpriority creditor's name and mailing address**

**Joshua Joslyn**
**171 Hazelmere Ln**
**Las Vegas, NV 89148**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$837.00**

---

**3.102 30**

**Nonpriority creditor's name and mailing address**

**Joshua K**
**114 Mercer Street**
**Princeton, NJ 08540**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$38.00**

---

Debtor   **Phoeno Wine Company, Inc.**
         _____
         Name                                              Case number *(if known)*   _____

---

| 3.102 31 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joshua K**
**1400 Hudson St Apt 516**
**Apt 516**
**Hoboken, NJ 07030**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$15.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.102 32 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joshua Katz**
**114 Mercer Street**
**Princeton, NJ 08540**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$840.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.102 33 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joshua Katz**
**4646 E Happy Coyote Trl**
**Cave Creek, AZ 85331**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$61.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.102 34 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joshua Kauffman**
**4020 25th St N**
**Arlington, VA 22207**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$356.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.102 35 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joshua Kerti**
**153 Morningstar Dr**
**Rostraver Township, PA 15012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$27.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.102 36 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joshua Knisley**
**2340 Saint Louis Dr**
**Honolulu, HI 96816**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$84.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.102 37 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joshua L**
**4823 North 35th Street**
**Phoenix, AZ 85018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$100.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.102<br>38 | **Nonpriority creditor's name and mailing address** |

**Joshua Lilien**
**315 Larchmont Acres Apt A**
**Larchmont, NY 10538**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$289.00**

---

| | |
|---|---|
| 3.102<br>39 | **Nonpriority creditor's name and mailing address** |

**Joshua Lybolt**
**201 Milwaukee St Ste 200**
**Denver, CO 80206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,943.00**

---

| | |
|---|---|
| 3.102<br>40 | **Nonpriority creditor's name and mailing address** |

**Joshua M**
**28458 Etta Ave**
**Hayward, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| | |
|---|---|
| 3.102<br>41 | **Nonpriority creditor's name and mailing address** |

**Joshua M**
**910 N 142nd St**
**Omaha, NE 68154**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| | |
|---|---|
| 3.102<br>42 | **Nonpriority creditor's name and mailing address** |

**Joshua Mackey**
**4140 25th St**
**San Francisco, CA 94114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$631.00**

---

| | |
|---|---|
| 3.102<br>43 | **Nonpriority creditor's name and mailing address** |

**Joshua Mauk**
**910 N 142nd St**
**Omaha, NE 68154**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$532.00**

---

| | |
|---|---|
| 3.102<br>44 | **Nonpriority creditor's name and mailing address** |

**Joshua Noblet**
**9271 N 400 E**
**Greenfield, IN 46140**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$173.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.102 45 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Joshua Nunez**
**363 Imperial Hwy**
**Fullerton, CA 92835**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$220.00**

---

| 3.102 46 |

**Nonpriority creditor's name and mailing address**
**Joshua P**
**406 E 61st Terrace**
**Kansas City, MO 64110**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

| 3.102 47 |

**Nonpriority creditor's name and mailing address**
**Joshua Parker**
**409 Travis St Apt 2306**
**Houston, TX 77002**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$123.00**

---

| 3.102 48 |

**Nonpriority creditor's name and mailing address**
**Joshua R**
**1271 Marian Way**
**Sacramento, CA 95818**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$21.62**

---

| 3.102 49 |

**Nonpriority creditor's name and mailing address**
**Joshua Randazzo**
**5706 Normal Blvd**
**Lincoln, NE 68506**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.102 50 |

**Nonpriority creditor's name and mailing address**
**Joshua Renken**
**3506 Lajitas**
**Leander, TX 78641**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,105.00**

---

| 3.102 51 |

**Nonpriority creditor's name and mailing address**
**Joshua Robinson**
**1271 Marian Way**
**Sacramento, CA 95818**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,951.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
         Name                                                   Case number _(if known)_ _____

| 3.102 52 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Joshua Rotenberg**
**911 Marywood Dr**
**Royal Oak, MI 48067**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,238.00**

---

| 3.102 53 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Joshua Rotenberg**
**911 Marywood Dr**
**Royal Oak, MI 48067**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$80.00**

---

| 3.102 54 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Joshua Ruff**
**14248 Arbor Forest Dr**
**Rockville, MD 20850**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$110.00**

---

| 3.102 55 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Joshua S**
**3320 Wallingford Ave N**
**Apt 241**
**Seattle, WA 98103**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

| 3.102 56 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Joshua S**
**803 Addison Street**
**Unit B**
**Philadelphia, PA 19147**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.102 57 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Joshua Sacks**
**600 Jefferson Plaza**
**#101**
**Rockville, MD 20852**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$66.00**

---

| 3.102 58 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Joshua Schneider**
**3564 Dallas Rd**
**Rockford, IL 61109**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,146.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

---

| 3.102 59 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joshua Souweine**
**645 W Genesee Rd**
**Skaneateles, NY 13152**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$176.00**

---

| 3.102 60 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joshua Thompson**
**2424 Bending Oak Loop**
**Mount Pleasant, SC 29466**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$53.00**

---

| 3.102 61 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joshua V**
**204 Buckingham Dr**
**Pittsburgh, PA 15237**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.102 62 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joshua V**
**462  Terry Ave**
**1132**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.102 63 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joshua V**
**462 N Terry Ave**
**1132**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.102 64 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joshua Vaughn**
**204 Buckingham Dr**
**Pittsburgh, PA 15237**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$80.00**

---

| 3.102 65 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joshua Wakley**
**4656 Sundance Trl**
**Indianapolis, IN 46239**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$593.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known)   _____
Name

| 3.102 66 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Joshua Whitehouse**
**67 N Islands Dr**
**Gilbert, AZ 85233**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,117.00**

---

| 3.102 67 |
|---|

**Nonpriority creditor's name and mailing address**
**Joshua Wickham**
**2968 Wild Cherry Ln**
**Colorado Springs, CO 80920**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$295.00**

---

| 3.102 68 |
|---|

**Nonpriority creditor's name and mailing address**
**Joshuah L**
**355 U.S. 6 West**
**Ligonier, IN 46767**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$58.50**

---

| 3.102 69 |
|---|

**Nonpriority creditor's name and mailing address**
**Joshualee Lehew**
**3200 Capital Mall Dr Sw**
**F302**
**Olympia, WA 98502**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$135.00**

---

| 3.102 70 |
|---|

**Nonpriority creditor's name and mailing address**
**Josier L**
**4068 Midrose Trl**
**Dallas**
**Dallas, TX 75287**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

| 3.102 71 |
|---|

**Nonpriority creditor's name and mailing address**
**Josip V**
**2306 21st Street**
**E5**
**Queens, NY 11105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.102 72 |
|---|

**Nonpriority creditor's name and mailing address**
**Josse Tejada**
**925 Wildflower Ct**
**Virginia Beach, VA 23452**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$369.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.102 73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$213.00** |

**Josue Castillo**
**131 Whitman St**
**Walla Walla, WA 99362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$341.00** |

**Josue Rivera**
**122 Ampel Ave**
**North Bellmore, NY 11710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.00** |

**Jovan D**
**709 Kent Oaks Way**
**Gaithersburg, MD 20878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28.00** |

**Jovan Davis**
**709 Kent Oaks Way**
**Gaithersburg, MD 20878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$186.00** |

**Joy Holloway**
**930 Flajole Road**
**Midland, MI 48642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,820.00** |

**Joy Quinn**
**5051 Occoquan Overlook**
**Woodbridge, VA 22192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$39.00** |

**Joy S**
**285 High Rail Ter Se**
**Leesburg, VA 20175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| **3.102 80** | |

**Nonpriority creditor's name and mailing address**
**Joy S**
**3762 Cornish Avenue**
**Fort Worth, TX 76133**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| | |
|---|---|
| **3.102 81** | |

**Nonpriority creditor's name and mailing address**
**Joy Shepard**
**285 High Rail Ter Se**
**Leesburg, VA 20175**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$185.00**

---

| | |
|---|---|
| **3.102 82** | |

**Nonpriority creditor's name and mailing address**
**Joy Tiffany**
**962 Keith Drive**
**Roseville, CA 95661**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| | |
|---|---|
| **3.102 83** | |

**Nonpriority creditor's name and mailing address**
**Joyce Godecke**
**660 Park Ct**
**Santa Clara, CA 95050**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

| | |
|---|---|
| **3.102 84** | |

**Nonpriority creditor's name and mailing address**
**Joyce Stempak**
**9039 Angora St**
**Dallas, TX 75218**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$17,467.00**

---

| | |
|---|---|
| **3.102 85** | |

**Nonpriority creditor's name and mailing address**
**Joycelyn Speight**
**3701 Sacramento St**
**419**
**San Francisco, CA 94118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$455.00**

---

| | |
|---|---|
| **3.102 86** | |

**Nonpriority creditor's name and mailing address**
**Joycem Davison**
**2605 10th Ct Se**
**Olympia, WA 98501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$109.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.102 87 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Joyceruetzking**
**12795 W Keith Ave**
**Waukegan, IL 60085**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$264.00**

---

| 3.102 88 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jp Clement**
**942 Old Church Rd**
**Corrales, NM 87048**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$22.00**

---

| 3.102 89 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jp G**
**3705 Berger Road**
**Lutz, FL 33548**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$26.00**

---

| 3.102 90 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jp Guilbault**
**3705 Berger Road**
**Lutz, FL 33548**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$762.00**

---

| 3.102 91 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jr A**
**345 Grove St**
**West Roxbury, MA 02132**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

| 3.102 92 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jr Abueg**
**345 Grove St**
**West Roxbury, MA 02132**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

| 3.102 93 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jr Sheffield**
**1648 Bla Mor Ln**
**Lewisville, NC 27023**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.102 94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$23.00** |

**Jroanne Bergman**
**1816 W Jackson St**
**Pensacola, FL 32501**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5.00** |

**Jsmes H**
**16481 Murphy Avenue**
**Irvine, CA 92606**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$19.00** |

**Jstuart Hoffman**
**6142 Delmar St**
**Fairway, KS 66205**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$170.00** |

**Jt Boland**
**1585 Pinehurst Avenue**
**Saint Paul, MN 55116**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16.00** |

**Jt K**
**600 B St Ste 300**
**Wework**
**San Diego, CA 92101**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,376.00** |

**Jt Klepp**
**600 B St Ste 300**
**Wework**
**San Diego, CA 92101**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 00 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20.00** |

**Juan B**
**11 Ashton Rd**
**Stamford, CT 06905**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                Case number *(if known)*  _____
_____
Name

| 3.103 01 | **Nonpriority creditor's name and mailing address**<br>**Juan D**<br>**6 Deerwood Ct**<br>**Durham, NC 27712**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Customers - Deferred Credit<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$49.00** |
|---|---|---|

| 3.103 02 | **Nonpriority creditor's name and mailing address**<br>**Juan Duque**<br>**6 Deerwood Ct**<br>**Durham, NC 27712**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Customer<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$7,320.00** |
|---|---|---|

| 3.103 03 | **Nonpriority creditor's name and mailing address**<br>**Juan E**<br>**143 Cove Road**<br>**Oyster Bay, NY 11771**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Customers - Deferred Credit<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$15.00** |
|---|---|---|

| 3.103 04 | **Nonpriority creditor's name and mailing address**<br>**Juan Gaviria**<br>**12829 NE 101st Pl**<br>**Kirkland, WA 98033**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Customer<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
|---|---|---|

| 3.103 05 | **Nonpriority creditor's name and mailing address**<br>**Juan Gomez**<br>**1575 Allerton Ave**<br>**Bronx, NY 10469**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Customer<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$260.00** |
|---|---|---|

| 3.103 06 | **Nonpriority creditor's name and mailing address**<br>**Juan Inzunza**<br>**3140 Cross Creek Dr**<br>**Cumming, GA 30040**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Customer<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$570.00** |
|---|---|---|

| 3.103 07 | **Nonpriority creditor's name and mailing address**<br>**Juan L**<br>**3816 N 27th Avenue**<br>**Phoenix, AZ 85017**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Customers - Deferred Credit<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$50.00** |
|---|---|---|

Debtor   **Phoeno Wine Company, Inc.**
_____     Case number (if known) _____
Name

| | |
|---|---|

**3.103 08**

**Nonpriority creditor's name and mailing address**
**Juan Lana**
**14885 Sw 39 St**
**Davie, FL 33331**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

**3.103 09**

**Nonpriority creditor's name and mailing address**
**Juan Lopez**
**16478 Mahogany Way**
**Delhi, CA 95315**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$467.00**

---

**3.103 10**

**Nonpriority creditor's name and mailing address**
**Juan Luango**
**19 Walnut St**
**New Rochelle, NY 10801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$84.00**

---

**3.103 11**

**Nonpriority creditor's name and mailing address**
**Juan Pena**
**1441 Broadway Ste 800**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$483.00**

---

**3.103 12**

**Nonpriority creditor's name and mailing address**
**Juan Pillot**
**240 South 13th St**
**Apartment 1**
**Harrisburg, PA 17104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.103 13**

**Nonpriority creditor's name and mailing address**
**Juan R**
**208 Adonis Cir**
**Mckinney, TX 75072**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.103 14**

**Nonpriority creditor's name and mailing address**
**Juan Riera**
**6941 Miller Dr**
**Miami, FL 33155**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,247.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.103 15**

**Nonpriority creditor's name and mailing address**

**Juan S**
**1546 Leland Ave Apt 2**
**Bronx, NY 10460**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$4.00**

---

**3.103 16**

**Nonpriority creditor's name and mailing address**

**Juan T**
**624 S Grand Ave Ste 2000**
**Los Angeles, CA 90017**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$11.36**

---

**3.103 17**

**Nonpriority creditor's name and mailing address**

**Juan T**
**6704 Old Mclean Village Dr Ste 200**
**Mclean, VA 22101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$52.00**

---

**3.103 18**

**Nonpriority creditor's name and mailing address**

**Juan Torres**
**624 S Grand Ave Ste 2000**
**Los Angeles, CA 90017**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$143.00**

---

**3.103 19**

**Nonpriority creditor's name and mailing address**

**Juan Tuason**
**6704 Old Mclean Village Dr Ste 200**
**Mclean, VA 22101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,249.00**

---

**3.103 20**

**Nonpriority creditor's name and mailing address**

**Juan V**
**5148 Broadway**
**Alamo Heights, TX 78209**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.103 21**

**Nonpriority creditor's name and mailing address**

**Juanbruno Delafuente**
**75 Valencia Ave Ste 800**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$802.00**

---

Debtor   **Phoeno Wine Company, Inc.**                          Case number *(if known)* _____

_____
Name

| | |
|---|---|
| 3.103 22 | |

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*         **$19.92**

**Juancarlos B**
**12211 W. Washington Blvd Suite #120**
**Thinkthin**
**Los Angeles, CA 90066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.103 23 | |

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*         **$30.00**

**Juancarlos D**
**3526 Sw 174th Dr**
**Miramar, FL 33029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.103 24 | |

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*         **$7.00**

**Juancarlos H**
**901 Brickell Key Boulevard  #3102**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.103 25 | |

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*         **$287.00**

**Juancarlos Russo**
**8400 NW 25th St Ste 100**
**Doral, FL 33198**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.103 26 | |

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*         **$26.10**

**Juanduque**
**1385 Shaw Avenue**
**Clovis, CA 93612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.103 27 | |

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*         **$28.00**

**Juanita King**
**4860 Eisenhower Ave Unit 376**
**Alexandria, VA 22304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.103 28 | |

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*         **$2,281.00**

**Juanmanuel Vilela**
**14709 Laurel Lake Ln**
**Lutz, FL 33559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.103 29 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Juanpablo Azize**
**7820 Sw 32nd St**
**Miami, FL 33155**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.103 30 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Juarez Heitkoetter**
**1 Avalon Way**
**Unit 2118**
**Boonton, NJ 07005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$47.00**

---

| 3.103 31 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jud Hill**
**1355 N Peytonville Ave**
**Southlake, TX 76092**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$181.00**

---

| 3.103 32 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Judi King**
**257a Royal Poinciana Way**
**Palm Beach, FL 33480**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

| 3.103 33 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Judi Rogers**
**705 Treetop Ln**
**Chesapeake, VA 23320**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$330.00**

---

| 3.103 34 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Judi Z**
**1411 Dennis Rd**
**Southampton, PA 18966**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$13.00**

---

| 3.103 35 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Judi-Kolak**
**85 Spinnaker Circle**
**S Dayona, FL 32119**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$8.33**

---

Debtor **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
Name

| 3.103 36 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Judith F**
**14355 Beach Blvd**
**C/O Fedex Office Print & Ship**
**Jacksonville Beach, FL 32250**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$17.00**

---

| 3.103 37 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Judith Frankel**
**14355 Beach Blvd**
**C/O Fedex Office Print & Ship**
**Jacksonville Beach, FL 32250**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$27.00**

---

| 3.103 38 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Judith Libby**
**2135 Hunter Glen Ct**
**Reno, NV 89523**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$303.00**

---

| 3.103 39 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Judith Royston**
**515 Oak Knoll Terrace**
**Rockville, MD 20850**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$255.00**

---

| 3.103 40 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Judith Turner**
**8685 Koszo Drive**
**Cincinnati, OH 45255**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$480.00**

---

| 3.103 41 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Judson Valentine**
**45 Creekview Ct**
**Greenville, SC 29615**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,395.00**

---

| 3.103 42 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Judy B**
**111 Runnymede Dr**
**Creve Coeur, MO 63141**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.103 43 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Judy Chadwick**
**11278 Tulin Park Loop**
**Anchorage, AK 99516**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$462.00**

---

| 3.103 44 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Judy F**
**2049 Century Park E Fl 4**
**Manatt, Phelps & Phillips, Llp**
**Los Angeles, CA 90067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

| 3.103 45 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Judy Guidotti**
**68220 Dafino Lane**
**Lockwood, CA 93932**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

| 3.103 46 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Judy H**
**7366 Chestnut Church Road**
**Mechanicsville, VA 23116**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.103 47 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Judy Kays**
**21701 State Hwy 96**
**Klamath River**
**Klamath River, CA 96050**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$24.00**

---

| 3.103 48 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Judy Leveridge**
**401 E Taylor St**
**Sherman, TX 75090**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.103 49 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Judy M 13409245**
**708 N 14th**
**Herrin, IL 62948**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$23.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.103 50 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Judy Massey**
**2250 E Devon Ave Ste 329**
**Des Plaines, IL 60018**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$22.00**

---

| 3.103 51 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Judy Mooibroek**
**31029 Center Ridge Rd**
**Navis, Inc**
**Westlake, OH 44145**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$357.00**

---

| 3.103 52 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Judy Pien**
**135 Baldwin Dr**
**West Hempstead, NY 11552**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,152.00**

---

| 3.103 53 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Judy R**
**10891 Dauphine St**
**Willis, TX 77318**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$47.00**

---

| 3.103 54 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Judy Rimato**
**10891 Dauphine St**
**Willis, TX 77318**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$391.00**

---

| 3.103 55 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Judy Rooney-Davis**
**503 Silhavy Rd Ste 103**
**Valparaiso, IN 46383**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$194.00**

---

| 3.103 56 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Judy S**
**15 Derbes Drive**
**Gretna, LA 70053**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$20.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|--------|------|--|--|--|
| | Name | | | |

---

**3.103 57**

**Nonpriority creditor's name and mailing address**

**Judy Williams**
**Wr Williams Fine Jewely**
**4730 E Indian School Rd, #115**
**Phoenix, AZ 85018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.103 58**

**Nonpriority creditor's name and mailing address**

**Judy Zerbe**
**6462 Brian Circle**
**Burton, MI 48509**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$24.00**

---

**3.103 59**

**Nonpriority creditor's name and mailing address**

**Judyth Hill**
**220 N Zapata Hwy**
**Ste 11**
**Laredo, TX 78043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.103 60**

**Nonpriority creditor's name and mailing address**

**Juhi S**
**14 Oxford Rd**
**White Plains, NY 10605**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$64.61**

---

**3.103 61**

**Nonpriority creditor's name and mailing address**

**Jule Wallace**
**319 N Gainsborough Ave**
**Royal Oak, MI 48067**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 62**

**Nonpriority creditor's name and mailing address**

**Jules Esposito**
**39 Lawrence Ln**
**Blackwood, NJ 08012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 63**

**Nonpriority creditor's name and mailing address**

**Julia B**
**527 Terraceview Cv**
**Apt 307**
**Altamonte Springs, FL 32714**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

---

| 3.103 64 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Julia E**
**1425 Nicholson Rd**
**Jacksonville, FL 32207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$189.00**

---

| 3.103 65 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Julia E**
**9222 Waterfall Glen Blvd**
**Darien, IL 60561**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.103 66 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Julia Edwards**
**9222 Waterfall Glen Blvd**
**Darien, IL 60561**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$26.00**

---

| 3.103 67 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Julia Ellis**
**7713 Station Ct NW**
**Albuquerque, NM 87107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.103 68 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Julia G**
**31478 Ocean View Drive**
**Running Springs, CA 92382**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.103 69 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Julia Gregory**
**31478 Ocean View Drive**
**Running Springs, CA 92382**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$659.00**

---

| 3.103 70 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Julia H**
**25 Cazneau Avenue**
**Sausalito, CA 94965**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$65.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known)

| 3.103 71 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Julia Lahud**
**555 NE 15th St Apt 25f**
**Miami, FL 33132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

| 3.103 72 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Julia Miller**
**449 Cascade Heights Ave**
**Las Vegas, NV 89138**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,091.00**

---

| 3.103 73 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Julia Petrov**
**620 Oakville Cross Rd**
**Plumpjack Winery**
**Napa, CA 94558**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,408.00**

---

| 3.103 74 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Julia R 9751**
**155 Tranquility Pike**
**Seaman, OH 45679**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$34.01**

---

| 3.103 75 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Julia R 9753**
**155 Tranquility Pike**
**Seaman, OH 45679**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$27.00**

---

| 3.103 76 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Julia Radchenko**
**54 Henson**
**Irvine, CA 92620**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$36.00**

---

| 3.103 77 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Julia Randall**
**710 Sw Elm Tree Ln**
**Boca Raton, FL 33486**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$117.00**

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.103 78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.103 78**

**Nonpriority creditor's name and mailing address**

**Julia Tran**
**147 Naomi Dr**
**East Hartford, CT 06118**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$173.00**

---

**3.103 79**

**Nonpriority creditor's name and mailing address**

**Julian Adams**
**30 Park St Apt 6**
**Boston, MA 02122**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$81.00**

---

**3.103 80**

**Nonpriority creditor's name and mailing address**

**Julian Einfrank**
**1030 N Kingsbury Street**
**Chicago, IL 60610**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 81**

**Nonpriority creditor's name and mailing address**

**Julian H**
**3804 E Crescent Place**
**Chandler, AZ 85249**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$31.20**

---

**3.103 82**

**Nonpriority creditor's name and mailing address**

**Julian Handel**
**457 Grand St Brooklyn**
**3**
**Brooklyn, NY 11211**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$324.00**

---

**3.103 83**

**Nonpriority creditor's name and mailing address**

**Julian Hoare**
**3602 Harvard Ave**
**Dallas, TX 75205**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$675.00**

---

**3.103 84**

**Nonpriority creditor's name and mailing address**

**Julian Hsieh**
**3804 E Crescent Place**
**Chandler, AZ 85249**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$490.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.103 85 | |

**Nonpriority creditor's name and mailing address**
**Julian Millikan**
**5671 Ocean View Dr**
**Oakland, CA 94618**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$468.00**

---

| | |
|---|---|
| 3.103 86 | |

**Nonpriority creditor's name and mailing address**
**Julian Pratt**
**6085 Sw 112th Street**
**Pinecrest, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$136.00**

---

| | |
|---|---|
| 3.103 87 | |

**Nonpriority creditor's name and mailing address**
**Julian Seek**
**1280 5th Ave**
**Apt 7j**
**New York, NY 10029**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.103 88 | |

**Nonpriority creditor's name and mailing address**
**Julian T**
**11 Beech Ave**
**Berkeley Heights, NJ 07922**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$16.00**

---

| | |
|---|---|
| 3.103 89 | |

**Nonpriority creditor's name and mailing address**
**Julian Tan**
**11 Beech Ave**
**Berkeley Heights, NJ 07922**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,854.00**

---

| | |
|---|---|
| 3.103 90 | |

**Nonpriority creditor's name and mailing address**
**Julian Wynnyckyj**
**323 Johnston Ave**
**Pittsburgh, PA 15207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$113.00**

---

| | |
|---|---|
| 3.103 91 | |

**Nonpriority creditor's name and mailing address**
**Juliana Chevannes**
**1120 Hidden Rdg Apt 2101**
**Irving, TX 75038**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,079.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
Name

| | |
|---|---|
| **3.103 92** | |

**Nonpriority creditor's name and mailing address**
**Juliann P**
**1031 Knox Lane**
**Batavia, IL 60510**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| | |
|---|---|
| **3.103 93** | |

**Nonpriority creditor's name and mailing address**
**Julianne Daly**
**10 Primrose Place**
**Ewing, NJ 08638**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$424.00**

---

| | |
|---|---|
| **3.103 94** | |

**Nonpriority creditor's name and mailing address**
**Julie**
**1212 W 113th Ter**
**Kansas City, MO 64114**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$44,890.00**

---

| | |
|---|---|
| **3.103 95** | |

**Nonpriority creditor's name and mailing address**
**Julie Attman**
**4 Stream Ct**
**Owings Mills, MD 21117**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| | |
|---|---|
| **3.103 96** | |

**Nonpriority creditor's name and mailing address**
**Julie Barth**
**5292 Enterprise St Ste B**
**Sykesville, MD 21784**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$358.00**

---

| | |
|---|---|
| **3.103 97** | |

**Nonpriority creditor's name and mailing address**
**Julie Berestov**
**1001 N Vermont St.**
**Unit 501**
**Arlington, VA 22201**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$461.00**

---

| | |
|---|---|
| **3.103 98** | |

**Nonpriority creditor's name and mailing address**
**Julie Bettelli**
**24 Glacier Dr**
**Berlin, NJ 08009**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$17.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
Name

| | | |
|---|---|---|
| 3.103<br>99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Julie Brignac**
**8500 Margate Cir Apt 906**
**Myrtle Beach, SC 29572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104<br>00 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $18.00 |

**Julie C**
**2596 North Skytop Court**
**Orange, CA 92867**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104<br>01 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $166.00 |

**Julie Crispin**
**537 E Front St**
**Berwick, PA 18603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104<br>02 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $398.00 |

**Julie Crossen**
**2596 North Skytop Court**
**Orange, CA 92867**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104<br>03 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $239.89 |

**Julie D**
**11962 Easy Way**
**Garden Grove, CA 92840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104<br>04 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $76.00 |

**Julie Davis**
**7030 Harriswood Ln**
**Murfreesboro, TN 37129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104<br>05 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $140.00 |

**Julie Embling**
**2367 Caribou Ln**
**Grafton, WI 53024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.104<br>06 | **Nonpriority creditor's name and mailing address**<br>**Julie F**<br>**339 Vine St**<br>**Menlo Park, CA 94025** | **$5.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.104<br>07 | **Nonpriority creditor's name and mailing address**<br>**Julie Finta**<br>**433 Post Rd # 2**<br>**Darien, CT 06820** | **$84.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.104<br>08 | **Nonpriority creditor's name and mailing address**<br>**Julie Grey**<br>**851 N San Vicente Blvd Apt 125**<br>**West Hollywood, CA 90069** | **$64.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.104<br>09 | **Nonpriority creditor's name and mailing address**<br>**Julie H**<br>**318 Colonial Dr**<br>**Wilmington, NC 28403** | **$25.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.104<br>10 | **Nonpriority creditor's name and mailing address**<br>**Julie Heintz**<br>**318 Colonial Dr**<br>**Wilmington, NC 28403** | **$82.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.104<br>11 | **Nonpriority creditor's name and mailing address**<br>**Julie Hollander**<br>**904 Granite Springs Trl**<br>**Edwards, CO 81632** | **$2,112.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.104<br>12 | **Nonpriority creditor's name and mailing address**<br>**Julie J**<br>**2975 Main St**<br>**Susanville, CA 96130** | **$15.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.104**
**13**

**Nonpriority creditor's name and mailing address**

**Julie J**
**5717 Rosslare Lane**
**Fitchburg, WI 53711**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

**3.104**
**14**

**Nonpriority creditor's name and mailing address**

**Julie Jacobson**
**5781 Billet St Apt 203**
**New Market, MD 21774**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No  ☐ Yes

$548.00

---

**3.104**
**15**

**Nonpriority creditor's name and mailing address**

**Julie K**
**824 York Street #3**
**Oakland, CA 94610**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No  ☐ Yes

$20.03

---

**3.104**
**16**

**Nonpriority creditor's name and mailing address**

**Julie Kane**
**8904 Parrish Avenue**
**Highland, IN 46322**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No  ☐ Yes

$15.00

---

**3.104**
**17**

**Nonpriority creditor's name and mailing address**

**Julie Klinko**
**5605 W 58th St Apt 115**
**Mission, KS 66202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No  ☐ Yes

$317.00

---

**3.104**
**18**

**Nonpriority creditor's name and mailing address**

**Julie L**
**17 Smock Court**
**Manalapan, NJ 07726**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No  ☐ Yes

$52.00

---

**3.104**
**19**

**Nonpriority creditor's name and mailing address**

**Julie Larame**
**15028 Whisper Rock Boulevard**
**Fort Wayne, IN 46845**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No  ☐ Yes

$52.00

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.104 20**

**Nonpriority creditor's name and mailing address**

**Julie M**
**44 Paseo Hermoso**
**Salinas, CA 93908**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No  ☐ Yes

**$17.85**

---

**3.104 21**

**Nonpriority creditor's name and mailing address**

**Julie M**
**57 Canterbury Cir**
**Amherst, OH 44001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No  ☐ Yes

**$30.00**

---

**3.104 22**

**Nonpriority creditor's name and mailing address**

**Julie Martinez**
**5115 Bridgewater Drive**
**Arlington, TX 76017**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

**$895.00**

---

**3.104 23**

**Nonpriority creditor's name and mailing address**

**Julie Mason**
**50 Mildenhall St**
**Novato, CA 94949**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

**$55.00**

---

**3.104 24**

**Nonpriority creditor's name and mailing address**

**Julie Mcouat**
**4355 Swansboro Way**
**Highlands Ranch, CO 80126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

**$293.00**

---

**3.104 25**

**Nonpriority creditor's name and mailing address**

**Julie Mead**
**57 Canterbury Cir**
**Amherst, OH 44001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

**$151.00**

---

**3.104 26**

**Nonpriority creditor's name and mailing address**

**Julie Montgomery**
**4500 Exeter St**
**Annandale, VA 22003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

**$31.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.104
27**

**Nonpriority creditor's name and mailing address**

**Julie Morton
109 Red Cloud Trl
Del Rio, TX 78840**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$76.00**

---

**3.104
28**

**Nonpriority creditor's name and mailing address**

**Julie N
143 Hombre Cir
Panama City Beach, FL 32407**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$79.00**

---

**3.104
29**

**Nonpriority creditor's name and mailing address**

**Julie Newman
903 N 3rd Street
Plainview, NE 68769**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$248.00**

---

**3.104
30**

**Nonpriority creditor's name and mailing address**

**Julie Nitz
143 Hombre Cir
Panama City Beach, FL 32407**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$190.00**

---

**3.104
31**

**Nonpriority creditor's name and mailing address**

**Julie Overstreet
1485 Cedar Hill Rd
Kingston Springs, TN 37082**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$552.00**

---

**3.104
32**

**Nonpriority creditor's name and mailing address**

**Julie P
1807 4th St. Ne
Auburn, WA 98002**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.104
33**

**Nonpriority creditor's name and mailing address**

**Julie Petrosyants
400 W 63rd St Apt 1201
New York, NY 10069**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$207.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)*   _____
Name

---

| 3.104 34 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Julie Pierce**
**400 Mill Lane Rd**
**Lynchburg, VA 24503**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

| 3.104 35 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Julie Rosenkrantz**
**5305 Greenbrook Drive**
**Sarasota, FL 34238**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$196.00

---

| 3.104 36 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Julie Sheedy**
**4997 Kayleigh Circle**
**Syracuse, NY 13215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$80.00

---

| 3.104 37 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Julie Smith**
**11333 Bailey Dr NE**
**Lowell, MI 49331**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.104 38 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Julie Stallone**
**302 Laurel Way**
**Apt 2**
**Mill Valley, CA 94941**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$113.00

---

| 3.104 39 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Julie Sullivan**
**5421 Bradley Pines Cir**
**Apt F**
**Sandston, VA 23150**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$2.01

---

| 3.104 40 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Julie Sweet**
**15397 Dixie**
**Redford, MI 48239**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$31.00

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.104
41**

**Nonpriority creditor's name and mailing address**

**Julie Thach**
**901 S Bewley St**
**Santa Ana, CA 92704**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$348.00**

---

**3.104
42**

**Nonpriority creditor's name and mailing address**

**Julie V**
**3778 Wildflower Lane**
**Fallbrook, CA 92028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$57.51**

---

**3.104
43**

**Nonpriority creditor's name and mailing address**

**Julie Wakefield**
**15-2775 Honu St**
**Pahoa, HI 96778**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$8,254.00**

---

**3.104
44**

**Nonpriority creditor's name and mailing address**

**Julie Walker**
**4500 E Linda Dr**
**Port Clinton, OH 43452**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$418.00**

---

**3.104
45**

**Nonpriority creditor's name and mailing address**

**Julie Welch**
**12978 Rocky Pointe Rd**
**Fishers, IN 46055**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$174.00**

---

**3.104
46**

**Nonpriority creditor's name and mailing address**

**Julie Will**
**264 N 116th St**
**Wauwatosa, WI 53226**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,821.05**

---

**3.104
47**

**Nonpriority creditor's name and mailing address**

**Julieglover**
**8566 San Benito Way**
**Dallas, TX 75218**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$575.67**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                                              Case number (if known) _____

| 3.104<br>48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,849.40 |

**Nonpriority creditor's name and mailing address**

**Juliet Brunhamer**
**612 Unbridled Ln**
**Keller, TX 76248**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$1,849.40

---

**3.104 49**

**Nonpriority creditor's name and mailing address**

**Juliet Demeter**
**127 Anthology**
**Irvine, CA 92618**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$96.00

---

**3.104 50**

**Nonpriority creditor's name and mailing address**

**Juliet R**
**563 Wards Chapel Road**
**Eatonton, GA 31024**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

**3.104 51**

**Nonpriority creditor's name and mailing address**

**Juliewakefield**
**15-2775 Honu St**
**Pahoa, HI 96778**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

**3.104 52**

**Nonpriority creditor's name and mailing address**

**Julio Sosa**
**262 22nd Ave**
**Paterson, NJ 07513**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.104 53**

**Nonpriority creditor's name and mailing address**

**Julio V**
**36 Bronxville Ln**
**Bronxville, NY 10708**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

**3.104 54**

**Nonpriority creditor's name and mailing address**

**Julliane Debona**
**170 Olive Ave Ext**
**Malden, MA 02148**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.104 | |
|-------|--|
| 55 | |

**Nonpriority creditor's name and mailing address**
**Jun Rosario**
**38 Taft Ave**
**Woodland Park, NJ 07424**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.104 | |
|-------|--|
| 56 | |

**Nonpriority creditor's name and mailing address**
**Jung Lee**
**24 Burroughs Road**
**Lexington, MA 02420**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,812.00**

---

| 3.104 | |
|-------|--|
| 57 | |

**Nonpriority creditor's name and mailing address**
**Jung R**
**601 Lexington Ave Fl 54**
**Orbimed Advisors**
**New York, NY 10022**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.104 | |
|-------|--|
| 58 | |

**Nonpriority creditor's name and mailing address**
**Jungmin Moon**
**4713 Wilshire Blvd**
**Los Angeles, CA 90010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.104 | |
|-------|--|
| 59 | |

**Nonpriority creditor's name and mailing address**
**Jungwoo Lee**
**5907 Havener House Way**
**Centreville, VA 20120**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$206.00**

---

| 3.104 | |
|-------|--|
| 60 | |

**Nonpriority creditor's name and mailing address**
**Junior Arredondo**
**1405 E Broadmor Dr**
**Tempe, AZ 85282**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$32.00**

---

| 3.104 | |
|-------|--|
| 61 | |

**Nonpriority creditor's name and mailing address**
**Junlian C**
**439 N Lindberg St**
**Griffith, IN 46319**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

---

| 3.104 62 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Junwei Song**
**5372 Sandhamn Pl**
**Longboat Key, FL 34228**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$20,997.00**

---

| 3.104 63 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jurgen R**
**10450 Sw 96th Ter**
**Miami, FL 33176**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.104 64 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jurgensen E**
**1010 Sw 2nd Ave**
**Apt 2101**
**Miami, FL 33130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

| 3.104 65 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Juris P**
**2090 Ashland Ave**
**Okemos, MI 48864**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

| 3.104 66 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Juris Pagrabs**
**2090 Ashland Ave**
**Okemos, MI 48864**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$654.00**

---

| 3.104 67 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Juris S**
**901 Oak Terrace**
**Bolivar, MO 65613**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.104 68 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Justin Ackerman**
**112 Eton Dr.**
**Pittsburgh, PA 15215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,427.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.104 69 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Justin Akers**
**7920 Gritzmachen Rd**
**Lake Tomahawk, WI 54539**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,287.00**

---

| 3.104 70 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Justin Barba**
**8601 Turnpike Dr Unit 200**
**Westminster, CO 80031**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.104 71 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Justin Berg**
**4924 E Marconi Ave**
**Scottsdale, AZ 85254**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$96.00**

---

| 3.104 72 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Justin Beyer**
**38 Old Coach Rd**
**Basking Ridge, NJ 07920**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$419.01**

---

| 3.104 73 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Justin Blattner**
**1082 17th Street South**
**Sartell, MN 56377**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,342.00**

---

| 3.104 74 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Justin Boulware**
**1409 Burningtree Rd**
**Charleston, SC 29412**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$145.00**

---

| 3.104 75 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Justin Bove**
**1225 Barnesdale Ct**
**West Deptford, NJ 08096**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$56.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.104 76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$81.00** |
|---|---|---|---|

**Justin Bowe**
**804 Wildflower Road**
**Davenport, FL 33837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,793.00** |
|---|---|---|---|

**Justin Broomfield**
**3710 Avenue J**
**Brooklyn, NY 11210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$323.00** |
|---|---|---|---|

**Justin Buttice**
**8606 E Cliffside Dr Apt 130**
**Anaheim, CA 92808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$290.00** |
|---|---|---|---|

**Justin C**
**7000 Woodlawn Rd**
**Maurice, LA 70555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,121.00** |
|---|---|---|---|

**Justin Catalona**
**50 Puu Anoano St Apt 3305**
**Lahaina, HI 96761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$467.00** |
|---|---|---|---|

**Justin Clark**
**7000 Woodlawn Rd**
**Maurice, LA 70555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$85.00** |
|---|---|---|---|

**Justin Clarke**
**7125 W Jefferson Ave**
**C/O Encore Electric**
**Lakewood, CO 80235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.104 83**

**Nonpriority creditor's name and mailing address**

**Justin Costantine**
**15920 E Briarwood Cir Unit 402**
**Aurora, CO 80016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$33.00**

---

**3.104 84**

**Nonpriority creditor's name and mailing address**

**Justin Crandall**
**1106 Sunset View Cir Apt 203**
**Reunion, FL 34747**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$165.00**

---

**3.104 85**

**Nonpriority creditor's name and mailing address**

**Justin Crocker**
**104 Dogwood Rd**
**Drums, PA 18222**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$325.00**

---

**3.104 86**

**Nonpriority creditor's name and mailing address**

**Justin Drummond**
**1402 Oak Ct**
**Harlingen, TX 78550**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.104 87**

**Nonpriority creditor's name and mailing address**

**Justin Ean**
**6520 19th St Se**
**Eyota, MN 55934**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$22.00**

---

**3.104 88**

**Nonpriority creditor's name and mailing address**

**Justin Endres**
**505 Barrett Ln**
**Austin, TX 78733**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,035.00**

---

**3.104 89**

**Nonpriority creditor's name and mailing address**

**Justin Esquibel**
**3300 Reina Dr NE**
**Albuquerque, NM 87111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,183.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.104 90 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Justin F**
**39-47 57th Street**
**Woodside, NY 11377**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

| 3.104 91 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Justin F**
**512 N Kirkwood Rd # 1n**
**Kirkwood, MO 63122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$29.00

---

| 3.104 92 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Justin Ferguson**
**6240 Millington Rd**
**Millington, MI 48746**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.104 93 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Justin Fowler**
**512 N Kirkwood Rd # 1n**
**Kirkwood, MO 63122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.104 94 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Justin G**
**12423 Briarcliffe Dr**
**Lemont, IL 60439**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$6.00

---

| 3.104 95 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Justin Gavra**
**416 S Sherbourne Dr**
**Los Angeles, CA 90048**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$57.00

---

| 3.104 96 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Justin H**
**325 Timber Trail 204**
**Auburn Hills, MI 48326**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$4.00

---

Debtor   **Phoeno Wine Company, Inc.**
         _____          Case number _(if known)_   _____
         Name

---

| 3.104 97 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$25.00** |
| **Justin H** | ☐ Contingent | |
| **3838 N Arbor Lake Dr** | ☐ Unliquidated | |
| **Edwardsville, IL 62025** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.104 98 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$120.00** |
| **Justin Hatcher** | ☐ Contingent | |
| **3439 NElson Rd** | ☐ Unliquidated | |
| **Oshkosh, WI 54904** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.104 99 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$833.00** |
| **Justin Hiller** | ☐ Contingent | |
| **2131 Beaufait St** | ☐ Unliquidated | |
| **Detroit, MI 48207** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.105 00 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$112.00** |
| **Justin Hollmann** | ☐ Contingent | |
| **1724 Essex Ct** | ☐ Unliquidated | |
| **Saint Charles, IL 60174** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.105 01 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$31.68** |
| **Justin J** | ☐ Contingent | |
| **755 Tramway Ln Ne** | ☐ Unliquidated | |
| **Albuquerque, NM 87122** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.105 02 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$2,205.00** |
| **Justin Jones** | ☐ Contingent | |
| **755 Tramway Ln NE** | ☐ Unliquidated | |
| **Albuquerque, NM 87122** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.105 03 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$303.00** |
| **Justin Joyce** | ☐ Contingent | |
| **1508 W 7 Rd** | ☐ Unliquidated | |
| **E8** | ☐ Disputed | |
| **Aurora, NE 68818** | | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **Phoeno Wine Company, Inc.**
_____     Case number (if known) _____
Name

---

| 3.105 04 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Justin Kalina**
**160 Watson Circle Se**
**Atlanta, GA 30317**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,689.00**

---

| 3.105 05 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Justin L**
**11944 Alydar Loop**
**Colorado Springs, CO 80921**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| 3.105 06 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Justin L**
**8032 E Bynum Street**
**Long Beach, CA 90808**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$64.00**

---

| 3.105 07 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Justin Ledet**
**2522 Peniston St.**
**New Orleans, LA 70115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$229.00**

---

| 3.105 08 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Justin Lee**
**221 Cape Hatteras Dr**
**Corpus Christi, TX 78412**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$244.00**

---

| 3.105 09 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Justin Lepard**
**11944 Alydar Loop**
**Colorado Springs, CO 80921**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$573.00**

---

| 3.105 10 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Justin M**
**105 S. Sunset**
**Kenedy, TX 78119**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$2.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.105 11 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Justin M**
**2916 Avondale Ct**
**The Colony, TX 75056**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

| 3.105 12 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Justin Manjourides**
**96 Atlantic Ave Apt B1**
**Boothbay Harbor, ME 04538**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,193.00

---

| 3.105 13 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Justin Mcdevitt**
**2127 41st #1b**
**Astoria, NY 11105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.105 14 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Justin Medina**
**7250 Frix Rd**
**Cumming, GA 30028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$84.00

---

| 3.105 15 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Justin Moody**
**105 S. Sunset**
**Kenedy, TX 78119**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.105 16 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Justin Patrizio**
**55 Robinhood Drive, 55 Robinhood Drive**
**55 Robinhood Drive**
**San Rafael, CA 94901**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$182.00

---

| 3.105 17 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Justin Patten**
**1070 Chester St**
**Brookfield, WI 53005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$600.00

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.105<br>18 | **Nonpriority creditor's name and mailing address**<br>**Justin Pauls**<br>**5207 N Virginia Ave**<br>**Kansas City, MO 64118**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$971.00** |
|---|---|---|---|
| 3.105<br>19 | **Nonpriority creditor's name and mailing address**<br>**Justin Petrosini**<br>**17 Erwin Park Rd**<br>**Montclair, NJ 07042**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$147.00** |
| 3.105<br>20 | **Nonpriority creditor's name and mailing address**<br>**Justin Ramsey**<br>**95 S Placid Hill Cir**<br>**The Woodlands, TX 74381**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$2,880.00** |
| 3.105<br>21 | **Nonpriority creditor's name and mailing address**<br>**Justin Reiner**<br>**9010 Marseille Dr**<br>**Potomac, MD 20854**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$30.00** |
| 3.105<br>22 | **Nonpriority creditor's name and mailing address**<br>**Justin S**<br>**444 Glenn Rd**<br>**State College, PA 16803**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customers - Deferred Credit__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$22.00** |
| 3.105<br>23 | **Nonpriority creditor's name and mailing address**<br>**Justin Salinas**<br>**30233 Setterfeld Cir**<br>**Fair Oaks Ranch, TX 78015**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$1,150.00** |
| 3.105<br>24 | **Nonpriority creditor's name and mailing address**<br>**Justin Slowik**<br>**168 Pheasant Ln**<br>**Branford, CT 06405**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                         Case number *(if known)*    _____

---

| 3.105 25 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Justin Sorem**
**12831 Rose Grove Dr**
**Herndon, VA 20171**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$612.00**

---

| 3.105 26 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Justin Storey**
**550 Chris Dr**
**West Columbia, SC 29169**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

| 3.105 27 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Justin Sundheimer**
**444 Glenn Rd**
**State College, PA 16803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$453.00**

---

| 3.105 28 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Justin Taylor**
**325 Chestnut St Ste 1300**
**Coldwell Banker**
**Philadelphia, PA 19106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.105 29 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Justin V**
**212 Punta Del Monte**
**Carmel Valley, CA 93924**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$67.06**

---

| 3.105 30 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Justin V**
**4001 Freeport Blvd Ste 100**
**Sacramento, CA 95822**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.105 31 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Justin Vieira**
**2221 Oxford Rd**
**Raleigh, NC 27608**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$501.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.105
32**

**Nonpriority creditor's name and mailing address**

**Justin Voigt**
**56 Hinckley Rd**
**Milton, MA 02186**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,712.00**

---

**3.105
33**

**Nonpriority creditor's name and mailing address**

**Justin W**
**1527 Magnolia Ave**
**Norfolk, VA 23508**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$41.00**

---

**3.105
34**

**Nonpriority creditor's name and mailing address**

**Justin W**
**405 Glen Eagles Dr**
**Summerville, SC 29483**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.105
35**

**Nonpriority creditor's name and mailing address**

**Justin W**
**480 Saint Marks Ave Apt 713**
**Brooklyn, NY 11238**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.105
36**

**Nonpriority creditor's name and mailing address**

**Justin W**
**6812 W Eldorado Pl**
**Lakewood, CO 80227**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.105
37**

**Nonpriority creditor's name and mailing address**

**Justin Williams**
**500 N. Water St., Ste. 500**
**Corpus Christi, TX 78401**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$361.00**

---

**3.105
38**

**Nonpriority creditor's name and mailing address**

**Justin Williams**
**7580 Hickman Road**
**Suite C**
**Windsor Heights, IA 50324**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,503.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name    Case number (if known) _____

| 3.105 39 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Justin Williams**
**560 Spring Hill Dr**
**Gordonsville, VA 22942**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$1,445.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 40 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Justin Wilson**
**68 Grove Street**
**Apt 1I**
**Brooklyn, NY 11221**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$40,780.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 41 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Justin Wright**
**405 Glen Eagles Dr**
**Summerville, SC 29483**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$120.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 42 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Justin Z**
**23713 Sawmill Bend**
**Olmsted Falls, OH 44138**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$22.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 43 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Justin Zoellner**
**23713 Sawmill Bend**
**Olmsted Falls, OH 44138**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$19.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 44 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Justin-Powell**
**3236 E Thoroughbred Lane**
**Bosie, ID 83716**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$3.59**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 45 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Justine Recor**
**1206 W 6th Ave Apt 205**
**Spokane, WA 99204**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$190.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
　　　　　Name

Case number (if known) _____

---

| 3.105 46 |
|---|

**Nonpriority creditor's name and mailing address**
**Justine Sinclair**
**3233 Harmon Ave Unit 203**
**Austin, TX 78705**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$50.00**

---

| 3.105 47 |
|---|

**Nonpriority creditor's name and mailing address**
**Jvontai Hanserd**
**64 Tom NEvers Rd**
**Nantucket, MA 02554**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$2,354.00**

---

| 3.105 48 |
|---|

**Nonpriority creditor's name and mailing address**
**Jw S**
**1706 Mayfair Place**
**Crofton, MD 21114**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$15.00**

---

| 3.105 49 |
|---|

**Nonpriority creditor's name and mailing address**
**Jylonda Anderson**
**2453 State Highway O**
**Seymour, MO 65746**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$332.00**

---

| 3.105 50 |
|---|

**Nonpriority creditor's name and mailing address**
**K-Yun Steele**
**1 Arrowhead Dr**
**Branchburg, NJ 08853**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$42.00**

---

| 3.105 51 |
|---|

**Nonpriority creditor's name and mailing address**
**Kacee Martinez**
**2125 W Dallas Ave**
**Tampa, FL 33603**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$350.00**

---

| 3.105 52 |
|---|

**Nonpriority creditor's name and mailing address**
**Kaci M**
**43688 Sweetbay St**
**California, MD 20619**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$9.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.105 53 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kaci Marschall**
**43688 Sweetbay St**
**California, MD 20619**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$298.00**

---

| 3.105 54 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kack B**
**941 Grassy Shore Lm**
**Prosper, TX 75078**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.105 55 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kadie Clancy**
**423 Independence Ct**
**Uniontown, PA 15401**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$33.00**

---

| 3.105 56 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kady Lamson**
**501 W Broad St**
**Boise, ID 83702**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$502.00**

---

| 3.105 57 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kaethe Henning**
**3643 Phinney Ave N**
**Seattle, WA 98103**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$412.00**

---

| 3.105 58 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kahea K**
**3875 Beverly Ridge Dr**
**Sherman Oaks, CA 91423**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.105 59 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kahzah M**
**3801 E Pacific Coast Hwy**
**Apt 243**
**Long Beach, CA 90804**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
         Name

Case number *(if known)* _____

---

| 3.105 60 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kahzah Mims**
**3801 E Pacific Coast Hwy**
**Apt 243**
**Long Beach, CA 90804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$102.00**

---

| 3.105 61 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kaihong W**
**3400, Wasson Court, San Jose Ca 95148**
**San Jose, CA 95148**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.105 62 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kaiser K**
**556 Winnetka Ave**
**Winnetka, IL 60093**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| 3.105 63 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kaiser Kaiserani**
**556 Winnetka Ave**
**Winnetka, IL 60093**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$461.00**

---

| 3.105 64 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kait Blevin**
**20 Crestwood Dr**
**Maplewood, NJ 07040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

| 3.105 65 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kait Blevin**
**20 Crestwood Dr**
**Maplewood, NJ 07040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

| 3.105 66 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kaitlin Baker**
**39 Old Colony Rd**
**North Stonington, CT 06359**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$151.00**

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.105 67**

**Nonpriority creditor's name and mailing address**

**Kaitlin Grady**
**720 N Larrabee St Apt 1704**
**Chicago, IL 60654**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,321.00**

---

**3.105 68**

**Nonpriority creditor's name and mailing address**

**Kaitlin Jorgensen**
**903 White Horse Rd**
**Voorhees, NJ 08043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$140.00**

---

**3.105 69**

**Nonpriority creditor's name and mailing address**

**Kaitlin S**
**1 Northside Piers Apt 14d**
**Brooklyn, NY 11249**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$39.60**

---

**3.105 70**

**Nonpriority creditor's name and mailing address**

**Kaitlin Schnaars**
**8365 Cortina Cir**
**Roseville, CA 95678**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$363.00**

---

**3.105 71**

**Nonpriority creditor's name and mailing address**

**Kaitlin Schott**
**318 Warren Ct**
**Osceola, IA 50213**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$264.72**

---

**3.105 72**

**Nonpriority creditor's name and mailing address**

**Kaitlin Schwartz**
**1 Northside Piers Apt 14d**
**Brooklyn, NY 11249**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$604.00**

---

**3.105 73**

**Nonpriority creditor's name and mailing address**

**Kaitlin Thompson**
**1030 Logan Street**
**Apt 1w**
**Denver, CO 80203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,960.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.105 74 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kaitlyn Friedman**
**853 N Winchester Ave Apt 1r**
**Chicago, IL 60622**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$126.00**

---

| 3.105 75 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kaitlyn K**
**3434 Tree Ln**
**Kingwood, TX 77339**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$32.00**

---

| 3.105 76 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kaitlyn Kluna**
**3434 Tree Ln**
**Kingwood, TX 77339**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$119.00**

---

| 3.105 77 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kaleah Thomas**
**10703 Knoll Bend Ln**
**Houston, TX 77070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$210.00**

---

| 3.105 78 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kaleigh Garcia**
**2437 Canterbury Chase**
**Murfreesboro, TN 37128**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

| 3.105 79 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kaley G**
**337 Stone Manor Dr,**
**Mcgregor, TX 76657**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.105 80 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kali C**
**11421 Orazio Dr**
**Las Vegas, NV 89138**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$6.38**

---

Debtor   **Phoeno Wine Company, Inc.**

Case number (if known) _____
Name

---

| 3.105 81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $130.00 |

**Kalie Adams**
**14309 Centreport Landing Cir Apt 515**
**Fort Worth, TX 76155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5.00 |

**Kalwant S**
**135 College Avenue**
**Mountain View, CA 94040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $353.00 |

**Kamaal Haque**
**147 W South St**
**Carlisle, PA 17013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $310.00 |

**Kamal Khan**
**16809 Davenport Ct**
**Dallas, TX 75248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $20,503.00 |

**Kamen Markov**
**11 Ave At Port Imperial Apt 1208**
**West New York, NJ 07093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,567.00 |

**Kameron Arnette**
**222 Willow Ave Apt 3a**
**Hoboken, NJ 07030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $170.00 |

**Kamille Mccollum**
**12725 Outlook Ave**
**Fort Worth, TX 76244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.105 88**

**Nonpriority creditor's name and mailing address**

**Kancana Dasgupta**
**207 E 37th St Apt 7g**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$179.00

---

**3.105 89**

**Nonpriority creditor's name and mailing address**

**Kanchana Pinnapureddy**
**101 W 24th St Apt 14h**
**New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$713.00

---

**3.105 90**

**Nonpriority creditor's name and mailing address**

**Kandi C**
**15333 N Pima Rd Ste 245**
**Scottsdale, AZ 85260**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

**3.105 91**

**Nonpriority creditor's name and mailing address**

**Kapil Puri**
**4322 Sunset Beach Cir**
**Niceville, FL 32578**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$591.00

---

**3.105 92**

**Nonpriority creditor's name and mailing address**

**Kara Bende**
**2250 Telegraph Rd**
**Bannockburn, IL 60015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$737.00

---

**3.105 93**

**Nonpriority creditor's name and mailing address**

**Kara Boes**
**4416 Mira Vista Dr**
**Frisco, TX 75034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,334.00

---

**3.105 94**

**Nonpriority creditor's name and mailing address**

**Kara Chamberlain**
**674 Matson Dr**
**Napa, CA 94558**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$445.00

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.105 95 | |

**Nonpriority creditor's name and mailing address**
**Kara F**
**433 Harbor Dr**
**Venice, FL 34285**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| | |
|---|---|
| 3.105 96 | |

**Nonpriority creditor's name and mailing address**
**Kara Kersey**
**1105 Kelly St.**
**Saint Cloud, FL 34771**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,355.00**

---

| | |
|---|---|
| 3.105 97 | |

**Nonpriority creditor's name and mailing address**
**Kara M**
**3405 Se Lake Rd**
**Milwaukie, OR 97222**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$17.00**

---

| | |
|---|---|
| 3.105 98 | |

**Nonpriority creditor's name and mailing address**
**Kara Smith**
**8420 W Sunset Blvd Unit 306**
**West Hollywood, CA 90069**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$553.00**

---

| | |
|---|---|
| 3.105 99 | |

**Nonpriority creditor's name and mailing address**
**Karen B**
**991 Bolingbrook Drive Southwest**
**Marietta, GA 30064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$18.00**

---

| | |
|---|---|
| 3.106 00 | |

**Nonpriority creditor's name and mailing address**
**Karen Bergman**
**179 Sunny Cove Dr**
**Santa Cruz, CA 95062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$175.00**

---

| | |
|---|---|
| 3.106 01 | |

**Nonpriority creditor's name and mailing address**
**Karen Brennan-Holton**
**991 Bolingbrook Drive Southwest**
**Marietta, GA 30064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$12,804.00**

---

Debtor   **Phoeno Wine Company, Inc.**                    Case number *(if known)*  _____
_____
Name

---

**3.106
02**

**Nonpriority creditor's name and mailing address**

**Karen C**
**403 River Dr**
**Debary, FL 32713**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$39.20**

---

**3.106
03**

**Nonpriority creditor's name and mailing address**

**Karen C 13435603**
**2020 Franklin St**
**Apt 7**
**San Francisco, CA 94109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$102.00**

---

**3.106
04**

**Nonpriority creditor's name and mailing address**

**Karen Cattran**
**5160 Pinyon Jay Rd**
**Parker, CO 80134**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,009.00**

---

**3.106
05**

**Nonpriority creditor's name and mailing address**

**Karen Coston**
**34 Andrew Dr Apt 135**
**Belvedere Tiburon, CA 94920**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$96.00**

---

**3.106
06**

**Nonpriority creditor's name and mailing address**

**Karen D**
**14 Fiora Drive**
**East Rochester, NY 14445**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$8.00**

---

**3.106
07**

**Nonpriority creditor's name and mailing address**

**Karen D**
**4765 Park Encino Ln Unit 134**
**Encino, CA 91436**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.106
08**

**Nonpriority creditor's name and mailing address**

**Karen Dechello**
**2021 Georgia Ave**
**Englewood, FL 34224**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$160.00**

---

Debtor **Phoeno Wine Company, Inc.**      Case number (if known) _____

    Name

| 3.106 09 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**Karen Delle**
**383 E Mallory Cir**
**Delray Beach, FL 33483**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,837.00** |
|---|---|---|---|

**Karen Desmond**
**14 Fiora Drive**
**East Rochester, NY 14445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,149.00** |
|---|---|---|---|

**Karen Doleac**
**3013 Duchess Trl**
**Plano, TX 75074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Karen Ellenbecker**
**N35 W23877**
**Highfield Court**
**Pewaukee, WI 53072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$73.00** |
|---|---|---|---|

**Karen Ellis**
**29 Balsam Ln**
**Rochester, NH 03867**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$56.00** |
|---|---|---|---|

**Karen F**
**5 Ives Bluff Ct**
**East Greenwich, RI 02818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80.00** |
|---|---|---|---|

**Karen Fellenz**
**123 Hoefgen Ave**
**San Antonio, TX 78205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*   _____

| | |
|---|---|
| 3.106 16 | **Nonpriority creditor's name and mailing address** |

**Karen Ferrante**
**5 Ives Bluff Ct**
**East Greenwich, RI 02818**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$607.00**

---

| | |
|---|---|
| 3.106 17 | **Nonpriority creditor's name and mailing address** |

**Karen Fogwell**
**2873 Brookside Dr**
**Chino Hills, CA 91709**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$433.00**

---

| | |
|---|---|
| 3.106 18 | **Nonpriority creditor's name and mailing address** |

**Karen Franzak**
**17 Chipping Campden Dr**
**South Barrington, IL 60010**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

| | |
|---|---|
| 3.106 19 | **Nonpriority creditor's name and mailing address** |

**Karen Fuller**
**21  Towpath Street**
**Port Crane,, NY 13833**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$23.00**

---

| | |
|---|---|
| 3.106 20 | **Nonpriority creditor's name and mailing address** |

**Karen G**
**6642 Clayton Rd # 258**
**C/O - Karen Gelb, Ups Store**
**Richmond Heights, MO 63117**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| | |
|---|---|
| 3.106 21 | **Nonpriority creditor's name and mailing address** |

**Karen Gelb**
**6642 Clayton Rd # 258**
**C/O - Karen Gelb, UPS Store**
**Richmond Heights, MO 63117**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

| | |
|---|---|
| 3.106 22 | **Nonpriority creditor's name and mailing address** |

**Karen Giasson**
**24 State St Apt 27**
**Biddeford, ME 04005**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$23.00**

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  **Phoeno Wine Company, Inc.**
_____
Name                                          Case number (if known) _____

| 3.106 23 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karen Gill**
**207 S 1st St**
**Lindenhurst, NY 11757**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.106 24 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karen Girdler**
**109 W Olive**
**109 W Olive**
**Minier, IL 61759**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$173.00**

---

| 3.106 25 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karen Gooding**
**90 Queensland Dr**
**Spencerport, NY 14559**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$67.00**

---

| 3.106 26 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karen Gracey**
**6835 Se 29th Ave**
**Portland, OR 97202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$254.00**

---

| 3.106 27 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karen Gracey**
**6835 Se 29th Ave**
**Portland, OR 97202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$145.00**

---

| 3.106 28 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karen Gunn-Bardot**
**1715 Reef Court**
**Merritt Island, FL 32952**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$632.00**

---

| 3.106 29 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karen H**
**6990 West 9th Place**
**Lakewood, CO 80214**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| | |
|---|---|
| **3.106**<br>**30** | |

**Nonpriority creditor's name and mailing address**

**Karen Hach**
**6331 Cookes Farm Dr**
**Richmond, VA 23231**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$368.00**

---

| | |
|---|---|
| **3.106**<br>**31** | |

**Nonpriority creditor's name and mailing address**

**Karen Hiers**
**1849 Johnson Rd NE**
**Townsend, GA 31331**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$20,742.00**

---

| | |
|---|---|
| **3.106**<br>**32** | |

**Nonpriority creditor's name and mailing address**

**Karen Hong**
**1280 Eva Ave**
**Los Altos, CA 94024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$28.00**

---

| | |
|---|---|
| **3.106**<br>**33** | |

**Nonpriority creditor's name and mailing address**

**Karen Horvath**
**9 Hopes Farm Lane**
**Bedford, NY 10506**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$741.00**

---

| | |
|---|---|
| **3.106**<br>**34** | |

**Nonpriority creditor's name and mailing address**

**Karen K**
**300 E 39th St Apt 24g**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$20.00**

---

| | |
|---|---|
| **3.106**<br>**35** | |

**Nonpriority creditor's name and mailing address**

**Karen Kearns**
**11 Glenside Rd**
**South Orange, NJ 07079**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,604.00**

---

| | |
|---|---|
| **3.106**<br>**36** | |

**Nonpriority creditor's name and mailing address**

**Karen Keene**
**1700 Bassett St Unit 503**
**Denver, CO 80202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$430.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

**3.106 37**

**Nonpriority creditor's name and mailing address**

**Karen Kerber**
**16486 N Maiden Lake Rd**
**Mountain, WI 54149**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,819.00**

---

**3.106 38**

**Nonpriority creditor's name and mailing address**

**Karen Maguire**
**4350 Bullard Ave**
**C/O Start Elevator Llc**
**Bronx, NY 10466**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$17.00**

---

**3.106 39**

**Nonpriority creditor's name and mailing address**

**Karen May**
**332 Arizona Ave NE**
**Atlanta, GA 30307**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,075.00**

---

**3.106 40**

**Nonpriority creditor's name and mailing address**

**Karen Moreno**
**5658 Delcliff Circle**
**Sacramento, CA 95822**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.106 41**

**Nonpriority creditor's name and mailing address**

**Karen Nelson**
**1814 Mammoth Way**
**Sacramento, CA 95834**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$173.00**

---

**3.106 42**

**Nonpriority creditor's name and mailing address**

**Karen Noel**
**775 Wood Ct**
**Zionsville, IN 46077**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$779.00**

---

**3.106 43**

**Nonpriority creditor's name and mailing address**

**Karen O**
**2003a Cedarwood Drive**
**Scott Afb, IL 62225**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**                          Case number *(if known)* _____
_____
Name

---

| 3.106 44 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karen O**
**230 Laurel Ridge Rd**
**Cleveland, GA 30528**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$18.00**

---

| 3.106 45 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karen Parker-Binns**
**7382 Highway 108 E**
**Mill Spring, NC 28756**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.106 46 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karen Phelan**
**3605 Seramonte Dr**
**Highlands Ranch, CO 80129**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$140.00**

---

| 3.106 47 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karen Polite**
**5728 Tara Hill Drive**
**Dublin, OH 43017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$60.00**

---

| 3.106 48 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karen Ramirez**
**3720 Rolling Meadows Dr**
**Bedford, TX 76021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$412.00**

---

| 3.106 49 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karen Rayne**
**905 Kathleens Ter**
**Salisbury, MD 21804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$33.00**

---

| 3.106 50 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karen Reeder**
**111 E Santa Fe Ave.**
**#7**
**Santa Fe, NM 87505**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$470.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

---

| 3.106 51 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karen Ringel**
**N43943 Austin Valley Lane**
**Eleva, WI 54738**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$650.00**

---

| 3.106 52 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karen Robertson**
**4400 Macarthur Blvd Ste 200**
**Fidelity National Title**
**Newport Beach, CA 92660**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

| 3.106 53 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karen S**
**1885 Harperfield Way**
**0**
**Bogart, GA 30622**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.106 54 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karen S**
**29609 State Highway 78**
**Battle Lake, MN 56515**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$22.00**

---

| 3.106 55 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karen S**
**4021 2 1/2 Street So**
**Moorhead, MN 56560**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.106 56 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karen S**
**6065 Waterfall Loop**
**Manitou Springs, CO 80829**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.106 57 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karen Schaefer**
**6065 Waterfall Loop**
**Manitou Springs, CO 80829**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.106 58 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karen Scott**
**2700 Post Oak Blvd Ste 1200**
**Adell, Harriman And Carpenter, Inc**
**Houston, TX 77056**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

| 3.106 59 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karen Seaborn**
**714 Ridge Rd**
**Waterloo, IL 62298**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$114.00

---

| 3.106 60 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karen Shulhan**
**5045 Trowbridge St**
**Hamtramck, MI 48212**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$26.00

---

| 3.106 61 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karen Smithfoy**
**230 Golden Rod Ct**
**Hold For Customer Pickup At UPS Customer**
**Longmont, CO 80501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$347.00

---

| 3.106 62 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karen Soda**
**4667 Lake Shore Rd**
**Hamburg, NY 14075**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$216.00

---

| 3.106 63 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karen Spitzer**
**29609 State Highway 78**
**Battle Lake, MN 56515**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$209.00

---

| 3.106 64 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karen T**
**4193 Southmoor Lane**
**West Bloomfield, MI 48323**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

Debtor    **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

| 3.106 65 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**Karen W**
1038 Blackberry Dr
Sewickley, PA 15143

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Customers - Deferred Credit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 66 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8.00** |

**Karen W**
22681 Oakgrove Unit 336
Aliso Viejo, CA 92656

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Customers - Deferred Credit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 67 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$133.00** |

**Karen Winter**
22681 Oakgrove Unit 336
Aliso Viejo, CA 92656

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 68 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$60.00** |

**Kari Barns**
861 Pullen Rd
Rockwall, TX 75032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 69 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,925.00** |

**Kari Falkiewicz**
26748 N 91st Dr
Peoria, AZ 85383

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 70 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$48.00** |

**Karin Hill**
18607 Cabin Rd
Triangle, VA 22172

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 71 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,815.00** |

**Karin Jawitz**
10651 Sw 69th Avenue
Miami, FL 33156

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
     Name

Case number _(if known)_   _____

---

| 3.106 72 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karin M**
**16447 Golden Sun Way**
**Monument, CO 80132**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| 3.106 73 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karin Martin**
**16447 Golden Sun Way**
**Monument, CO 80132**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

| 3.106 74 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karin S**
**535 Fielders Ln**
**Toms River, NJ 08755**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$31.20**

---

| 3.106 75 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karin Stalteri**
**1237 Starview Peak Ct**
**Henderson, NV 89012**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.106 76 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karina Renteria**
**3230 Hillcrest Dr Apt 2204**
**Balcones Heights, TX 78201**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$138.00**

---

| 3.106 77 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karine B**
**18 Club Drive**
**Southampton, NY 11968**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.106 78 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karinna Guillen**
**72 Fairmount Pl**
**Paramus, NJ 07652**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.106<br>79 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

**Karl B**
**116 Heavenly Pl**
**Chelan, WA 98816**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.106<br>80 |
|---|

**Nonpriority creditor's name and mailing address**

**Karl Best**
**116 Heavenly Pl**
**Chelan, WA 98816**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,698.00**

---

| 3.106<br>81 |
|---|

**Nonpriority creditor's name and mailing address**

**Karl Fillip**
**2700 Paces Ferry Road Southeast**
**1004**
**Atlanta, GA 30339**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.106<br>82 |
|---|

**Nonpriority creditor's name and mailing address**

**Karl H 20321**
**430 Craig Rd**
**Sequim**
**Wa, WA 98382**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| 3.106<br>83 |
|---|

**Nonpriority creditor's name and mailing address**

**Karl Hart**
**282 Nassau Ave**
**Apt 1a**
**Brooklyn, NY 11222**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$13,945.00**

---

| 3.106<br>84 |
|---|

**Nonpriority creditor's name and mailing address**

**Karl Leaverton**
**680 Marine Dr**
**Blakely Island, WA 98222**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,308.00**

---

| 3.106<br>85 |
|---|

**Nonpriority creditor's name and mailing address**

**Karl Nielsen**
**11455 W Gladiola St**
**Star, ID 83669**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

Debtor    **Phoeno Wine Company, Inc.**
　　　　　Name

Case number *(if known)*

---

| 3.106 86 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karl Seidman**
**93 Wright Rd**
**Concord, MA 01742**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,371.00

---

| 3.106 87 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karl Z**
**4043 Barrymore Dr**
**San Jose, CA 95117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

| 3.106 88 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karl Zager**
**4043 Barrymore Dr**
**San Jose, CA 95117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$543.00

---

| 3.106 89 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karl Zimmeriii**
**7615 Blacksmith Ct**
**Plainfield, IN 46168**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$766.00

---

| 3.106 90 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karla F**
**94-1145 Kapehu St**
**Waipahu, HI 96797**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| 3.106 91 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karla Levine**
**414 Deodara St**
**Vacaville, CA 95688**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$232.99

---

| 3.106 92 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karla Palma**
**1905 W.36th**
**A**
**Austin, TX 78731**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$33.00

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____

_____
Name

---

| 3.106 93 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karlsten S**
**155 Joyceton Terr.**
**Upper Marlboro, MD 20774**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$63.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 94 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karlynn M**
**321 E Main St**
**Norfolk, VA 23510**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$50.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 95 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karmun W**
**825 East Middlefield Road**
**Mountain View, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$2,831.83**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 96 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karolina Stoioff**
**525 W Superior St.**
**Unit 624**
**Chicago, IL 60654**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$99.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 97 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karrie Ma**
**25 W Pasqua Gln**
**Mountain House, CA 95391**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 98 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karsten Steinhaeuser**
**1426 Osceola Ave**
**Saint Paul, MN 55105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$366.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 99 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kartal G**
**161 E91st St.**
**Apt. 2a**
**New York, NY 10128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$13.09**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*   _____

| 3.107 00 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |

**Kary M**
**2313 County Road 207**
**Durango, CO 81301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 01 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$565.00** |

**Kary Marcum**
**2313 County Road 207**
**Durango, CO 81301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 02 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$346.00** |

**Karyn Austin**
**225 E 66th St Apt 4a**
**New York, NY 10065**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 03 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$339.00** |

**Kasey Cox**
**8905 Haas Dr**
**Keller, TX 76244**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 04 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$104.00** |

**Kasey Jones**
**324 Arias St**
**San Rafael, CA 94903**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 05 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**Kasey K**
**2455 N Burling St**
**Chicago, IL 60614**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 06 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,375.00** |

**Kasey Miller**
**11318 121st Terr**
**Largo, FL 33778**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| **3.107 07** | |

**Nonpriority creditor's name and mailing address**

**Kasey Phillips**
**13650 Diving Hawk Xing**
**Fishers, IN 46055**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$20.00

---

**3.107 08**

**Nonpriority creditor's name and mailing address**

**Kasey Tregerclews**
**1555 The Greens Way**
**Jacksonville Beach, FL 32250**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$531.00

---

**3.107 09**

**Nonpriority creditor's name and mailing address**

**Kassi Einhell**
**418 Melrose St**
**Modesto, CA 95354**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$446.00

---

**3.107 10**

**Nonpriority creditor's name and mailing address**

**Kassie Stewart**
**10 N. Greenbrier Street**
**Arlington, VA 22203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$619.00

---

**3.107 11**

**Nonpriority creditor's name and mailing address**

**Kat Kellogg**
**5803 Fairmont Trce**
**Roswell, GA 30075**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$2,641.00

---

**3.107 12**

**Nonpriority creditor's name and mailing address**

**Kat Smith**
**3252 Hermosa St**
**Pinole, CA 94564**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$7,828.00

---

**3.107 13**

**Nonpriority creditor's name and mailing address**

**Katarina Karabetsos**
**420 S Clinton St Apt 118**
**Chicago, IL 60607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Official Form 206 E/F     Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.107 14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

**$110.00**

3.107
14

**Nonpriority creditor's name and mailing address**
**Kate Beller**
**2310 North Glebe Road**
**-**
**Arlington, VA 22207**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$110.00**

---

3.107
15

**Nonpriority creditor's name and mailing address**
**Kate Brannick**
**10545 Roundwood Glen Ct**
**Jacksonville, FL 32256**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$376.00**

---

3.107
16

**Nonpriority creditor's name and mailing address**
**Kate Brown**
**2222 Baker St**
**San Francisco, CA 94115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$382.00**

---

3.107
17

**Nonpriority creditor's name and mailing address**
**Kate C**
**1045 Mission St Apt 328**
**San Francisco, CA 94103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

3.107
18

**Nonpriority creditor's name and mailing address**
**Kate Canning**
**40643 Hazel Place**
**Aldie, VA 20105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$380.00**

---

3.107
19

**Nonpriority creditor's name and mailing address**
**Kate Colasurd**
**2981 Newtown Rd**
**Cincinnati, OH 45244**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.107
20

**Nonpriority creditor's name and mailing address**
**Kate D**
**501 Knights Run Ave**
**#1227**
**Tampa, FL 33602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.107 21 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |
| **Kate Delongchamp** | ☐ Contingent | |
| **260 King St Unit 1011** | ☐ Unliquidated | |
| **San Francisco, CA 94107** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.107 22 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$140.00** |
| **Kate Densten** | ☐ Contingent | |
| **50 Breckenridge Dr** | ☐ Unliquidated | |
| **Sicklerville, NJ 08081** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.107 23 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$57.00** |
| **Kate Disch** | ☐ Contingent | |
| **114 Henning Dr** | ☐ Unliquidated | |
| **Orchard Park, NY 14127** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.107 24 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
| **Kate F** | ☐ Contingent | |
| **2101 Shoreline Dr, Apt 459** | ☐ Unliquidated | |
| **Alameda, CA 94501** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.107 25 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28.00** |
| **Kate Henry** | ☐ Contingent | |
| **3700 Golf Colony Lane 23 M** | ☐ Unliquidated | |
| **Little River, SC 29566** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.107 26 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$46.00** |
| **Kate I** | ☐ Contingent | |
| **2801 West 28th St** | ☐ Unliquidated | |
| **Minneapolis, MN 55416** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.107 27 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,176.00** |
| **Kate Kaegi** | ☐ Contingent | |
| **817 Pleasant Oak Dr** | ☐ Unliquidated | |
| **Oregon, WI 53575** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Phoeno Wine Company, Inc.**

Name                                                     Case number *(if known)*

---

| 3.107 28 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kate Koegel**
**2324 N Hamilton Ave # 2**
**Chicago, IL 60647**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$117.00**

---

| 3.107 29 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kate Miller**
**4301 35th St S**
**Arlington, VA 22206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$273.00**

---

| 3.107 30 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kate Morton**
**8282 Calle Mio**
**Navarre, FL 32566**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$112.00**

---

| 3.107 31 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kate Reilley**
**21 Julian Ave**
**Napa, CA 94559**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$31.00**

---

| 3.107 32 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kate Ritzel**
**6665 Ordsall St**
**Alexandria, VA 22315**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

| 3.107 33 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kate Wander**
**4602 25th Ave**
**Astoria, NY 11103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

| 3.107 34 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kate Weber**
**200 Avonia Road**
**Fairview, PA 16415**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name
Case number *(if known)*

---

| 3.107 35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,668.00** |

**Katelyn John**
**8284 Club Meadows Dr**
**Dallas, TX 75243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.107 36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$90.00** |

**Katelyn Larkin**
**122 Delaware St**
**1129**
**Kansas City, MO 07302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.107 37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$360.00** |

**Katelyn Wolf**
**239 W 11th Ave**
**Oshkosh, WI 54902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.107 38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30.00** |

**Katharina Ulbrich**
**50 Kipling Drive Apt 1**
**Mill Valley, CA 94941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.107 39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$192.00** |

**Katherin Shock**
**1509 7th St**
**Bay City, TX 77414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.107 40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$583.00** |

**Katherina Galvez**
**5470 Rockpointe Dr**
**Clifton, VA 20124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.107 41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.00** |

**Katherine B**
**2411 Nw Northrup Street 4**
**Portland, OR 97210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| **3.107 42** | **Nonpriority creditor's name and mailing address** | **$354.00** |

**Katherine Chan**
**C/O Ups Store**
**21 Orinda Way Ste C**
**Orinda, CA 94563**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.107 43** | **Nonpriority creditor's name and mailing address** | **$3,967.85** |

**Katherine Chan**
**C/O Ups Store**
**21 Orinda Way Ste C**
**Orinda, CA 94563**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.107 44** | **Nonpriority creditor's name and mailing address** | **$1.00** |

**Katherine G**
**11 Midwood St Apt C9**
**Brooklyn, NY 11225**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.107 45** | **Nonpriority creditor's name and mailing address** | **$15.00** |

**Katherine Gardner**
**1120 E Bronson St**
**South Bend, IN 46615**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.107 46** | **Nonpriority creditor's name and mailing address** | **$20.00** |

**Katherine H**
**160 Belmont Place**
**Roswell, GA 30076**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.107 47** | **Nonpriority creditor's name and mailing address** | **$153.00** |

**Katherine Harmon**
**24 W 9th St**
**Joint Base Mdl, NJ 08640**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.107 48** | **Nonpriority creditor's name and mailing address** | **$2,041.00** |

**Katherine Janian**
**11151 Falls Rd**
**Lutherville, MD 21093**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.107 49 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Katherine K**
**2281 Brandwood Rd Sw**
**Rochester, MN 55902**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$9.00**

---

| 3.107 50 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Katherine Kavanaugh**
**2281 Brandwood Rd Sw**
**Rochester, MN 55902**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$83.00**

---

| 3.107 51 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Katherine L**
**4155 Bismarck Dr**
**Reno, NV 89502**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.107 52 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Katherine Little**
**171 Saranac Ave**
**Buffalo, NY 14216**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$255.00**

---

| 3.107 53 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Katherine M**
**4528 Savino Dr**
**Plano, TX 75093**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$210.00**

---

| 3.107 54 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Katherine Mcgittigan**
**2402 Little Cedar Dr**
**Kingwood, TX 77339**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$61.00**

---

| 3.107 55 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Katherine Mills**
**4528 Savino Dr**
**Plano, TX 75093**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,541.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

---

| 3.107 | | |
|---|---|---|
| 56 | | |

**Nonpriority creditor's name and mailing address**

**Katherine Morrone**
**1 Thomas Drive**
**Garnet Valley, PA 19060**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$298.00**

---

| 3.107 | | |
|---|---|---|
| 57 | | |

**Nonpriority creditor's name and mailing address**

**Katherine N**
**7400 E State Rt 2**
**Freeman, MO 64846**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

| 3.107 | | |
|---|---|---|
| 58 | | |

**Nonpriority creditor's name and mailing address**

**Katherine Pfeffer**
**2121 W Warner Ave**
**Chicago, IL 60618**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,694.00**

---

| 3.107 | | |
|---|---|---|
| 59 | | |

**Nonpriority creditor's name and mailing address**

**Katherine Riley**
**5415 W 97th Ave**
**Westminster, CO 80020**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

| 3.107 | | |
|---|---|---|
| 60 | | |

**Nonpriority creditor's name and mailing address**

**Katherine Sanderlin**
**100 Van NEss Ave Apt 2403**
**San Francisco, CA 94102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$161.00**

---

| 3.107 | | |
|---|---|---|
| 61 | | |

**Nonpriority creditor's name and mailing address**

**Katherine Siller**
**1453 Bogue Road**
**Yuba City, CA 95993**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$347.00**

---

| 3.107 | | |
|---|---|---|
| 62 | | |

**Nonpriority creditor's name and mailing address**

**Katherine Simmons**
**1 Riverfront Plaza**
**Suite 110**
**Lawrence, KS 66044**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
Name

| | |
|---|---|

**3.107
63**

**Nonpriority creditor's name and mailing address**

**Katherine Sommer**
**1128 E Geer St**
**Durham, NC 27704**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$449.00**

---

**3.107
64**

**Nonpriority creditor's name and mailing address**

**Katherine Toyama**
**2071 Pepper Drive**
**Altadena, CA 91001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$76.00**

---

**3.107
65**

**Nonpriority creditor's name and mailing address**

**Katherone Burton**
**1001 W Flying Wrench Road**
**Ash Fork, AZ 86320**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$415.00**

---

**3.107
66**

**Nonpriority creditor's name and mailing address**

**Katheryn B**
**808 Sw 35th Street**
**Lee  s Summit, MO 64082**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.107
67**

**Nonpriority creditor's name and mailing address**

**Katheryn Butler**
**808 Sw 35th Street**
**Lee   s Summit, MO 64082**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

**3.107
68**

**Nonpriority creditor's name and mailing address**

**Katheryn Sandoval**
**440 S Val Vista Dr**
**Unit 10**
**Mesa, AZ 85204**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.107
69**

**Nonpriority creditor's name and mailing address**

**Kathi U**
**1208 Belford Ct**
**Washington, IL 61571**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| 3.107 70 | Nonpriority creditor's name and mailing address **Kathi Urban** **1208 Belford Ct** **Washington, IL 61571** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $159.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 71 | Nonpriority creditor's name and mailing address **Kathie Buettner** **1585 Bray Mines Rd.** **Oldfield, MO 65720** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $30.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 72 | Nonpriority creditor's name and mailing address **Kathie Crawley** **4803 Dysartsville Road** **Morganton, NC 28655** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $24.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 73 | Nonpriority creditor's name and mailing address **Kathie Rodden** **12715 W 160th Ter** **Overland Park, KS 66221** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $95.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 74 | Nonpriority creditor's name and mailing address **Kathleen B** **3792 Pine Rd** **Huntingdon Valley, PA 19006** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $18.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 75 | Nonpriority creditor's name and mailing address **Kathleen Buresh** **7405 S Sheephorn Mountain** **Littleton, CO 80127** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $483.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 76 | Nonpriority creditor's name and mailing address **Kathleen G** **207 Hanover Lakes Dr.** **Wilmington, NC 28401** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $10.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_ _____
Name

---

| 3.107 77 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kathleen Harman**
**3518 Pitchers Lane**
**Murfreesboro, TN 37128**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._    **$70.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 78 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kathleen Hoffman**
**100 Somerset Ln**
**Ocean City, NJ 08226**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._    **$569.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 79 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kathleen Israel**
**16668 Old Chesterfield Rd**
**Chesterfield, MO 63017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._    **$801.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 80 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kathleen Johnson**
**9017 E Redberry**
**Mesa, AZ 85207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._    **$66.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 81 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kathleen Meservey**
**2001 Clarendon Blvd Apt 510**
**Arlington, VA 22201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._    **$325.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 82 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kathleen Munley**
**1036 Willow Cove Ct E**
**Jacksonville, FL 32233**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._    **$116.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 83 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kathleen Obrien**
**53 Onondaga St**
**Skaneateles, NY 13152**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._    **$385.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.107 84 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kathleen S**
**123 Professional Pkwy**
**Marysville, OH 43040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

| 3.107 85 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kathleen Simonds**
**1436 7th Avenue South**
**South Saint Paul, MN 55075**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$23.00**

---

| 3.107 86 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kathleen Sweeney**
**800 Coughlin Ave**
**Syracuse, NY 13206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$286.00**

---

| 3.107 87 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kathleen Tsukashima**
**26858 Greenleaf Court**
**26858 Greenleaf Ct**
**Valencia, CA 91381**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

| 3.107 88 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kathleen Wright**
**9604 Autumn Hl**
**Boerne, TX 78006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$174.00**

---

| 3.107 89 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kathleen Zink**
**489 Kenilworth Rd**
**Bay Village, OH 44140**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$165.00**

---

| 3.107 90 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kathlyn Sposato**
**2630 Antilles Ln**
**Vero Beach, FL 32967**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$84.00**

---

Debtor   **Phoeno Wine Company, Inc.**

_____     Case number _(if known)_   _____
Name

---

**3.107 91**

**Nonpriority creditor's name and mailing address**

**Kathrine D**
**1531 Broadway**
**Inside Walgreens**
**Seattle, WA 98122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.107 92**

**Nonpriority creditor's name and mailing address**

**Kathrine Higdon**
**3801 Happy Ln**
**C/O California Moving Systems**
**Sacramento, CA 95827**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$350.00**

---

**3.107 93**

**Nonpriority creditor's name and mailing address**

**Kathrine Hill**
**4115 Grassmere Ln Apt B**
**Dallas, TX 75205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,193.00**

---

**3.107 94**

**Nonpriority creditor's name and mailing address**

**Kathryn A**
**1097 Sunset Rd**
**Brentwood, TN 37027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$6.00**

---

**3.107 95**

**Nonpriority creditor's name and mailing address**

**Kathryn Alexander**
**3 Harris St**
**Greenville, SC 29601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$57.00**

---

**3.107 96**

**Nonpriority creditor's name and mailing address**

**Kathryn Altamore**
**1097 Sunset Rd**
**Brentwood, TN 37027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$365.00**

---

**3.107 97**

**Nonpriority creditor's name and mailing address**

**Kathryn Baker**
**112 Monument St**
**Groton, CT 06340**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$825.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.107 98 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kathryn Bethel**
**1671 Ladera Trail**
**Dayton, OH 45459**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$19.00

---

| 3.107 99 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kathryn C**
**29062 Loretta Ave**
**Menifee, CA 92584**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$17.00

---

| 3.108 00 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kathryn Campbell**
**16112 Berkeley Dr**
**Haymarket, VA 20169**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$255.00

---

| 3.108 01 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kathryn Cushing**
**1111 Blackburn Dr**
**Inverness, IL 60067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$252.00

---

| 3.108 02 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kathryn G**
**4842 Xanthia Street**
**101**
**Denver, CO 80238**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.108 03 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kathryn Howell**
**562 Monterey Ave**
**Pelham, NY 10803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$111.00

---

| 3.108 04 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kathryn L**
**53 Thoroughbred Cir**
**Arden, NC 28704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.108**
**05**

**Nonpriority creditor's name and mailing address**

**Kathryn Martini**
**1125 Edinborough Dr**
**Durham, NC 27703**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$101.00**

---

**3.108**
**06**

**Nonpriority creditor's name and mailing address**

**Kathryn Murch**
**56945 Mountain Vw**
**La Quinta, CA 92253**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$778.00**

---

**3.108**
**07**

**Nonpriority creditor's name and mailing address**

**Kathryn Murphy**
**381 Fm 416**
**Streetman, TX 75859**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$234.00**

---

**3.108**
**08**

**Nonpriority creditor's name and mailing address**

**Kathryn N**
**10144 Arbor Run Dr. Unit 139**
**Tampa, FL 33647**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.108**
**09**

**Nonpriority creditor's name and mailing address**

**Kathryn P**
**5944 S Fm 4**
**Palo Pinto, TX 76484**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$9.00**

---

**3.108**
**10**

**Nonpriority creditor's name and mailing address**

**Kathryn Poe**
**5944 S Fm 4**
**Palo Pinto, TX 76484**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$497.00**

---

**3.108**
**11**

**Nonpriority creditor's name and mailing address**

**Kathryn Roman**
**498 NW Saginaw Ave**
**Bend, OR 97703**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$84.00**

---

Debtor    **Phoeno Wine Company, Inc.**                                     Case number *(if known)* _____

Name

---

**3.108**
**12**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*        **$10.00**

**Kathryn S**                                                        ☐ Contingent
**17 Fairway Village Lane**                                          ☐ Unliquidated
**Isle Of Palms, SC 29451**                                          ☐ Disputed

Date(s) debt was incurred _                                          Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _                                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.108**
**13**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*        **$474.00**

**Kathryn Smith**                                                    ☐ Contingent
**221 Cambridge Pl**                                                 ☐ Unliquidated
**Franklin, TN 37067**                                               ☐ Disputed

Date(s) debt was incurred _                                          Basis for the claim:  **Customer**

Last 4 digits of account number _                                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.108**
**14**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*        **$1,360.00**

**Kathryn Smith**                                                    ☐ Contingent
**221 Cambridge Pl**                                                 ☐ Unliquidated
**Franklin, TN 37067**                                               ☐ Disputed

Date(s) debt was incurred _                                          Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _                                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.108**
**15**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*        **$30.56**

**Kathryn T**                                                        ☐ Contingent
**799 Divot Drive**                                                  ☐ Unliquidated
**Fernley, NV 89408**                                                ☐ Disputed

Date(s) debt was incurred _                                          Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _                                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.108**
**16**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*        **$66.67**

**Kathryn-Lott**                                                     ☐ Contingent
**5622 Belrose Drive**                                               ☐ Unliquidated
**Houston, TX 77035**                                                ☐ Disputed

Date(s) debt was incurred _                                          Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _                                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.108**
**17**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*        **$38.00**

**Kathryne Hayes**                                                   ☐ Contingent
**7780 Navajo Pl**                                                   ☐ Unliquidated
**Nanjemoy, MD 20662**                                               ☐ Disputed

Date(s) debt was incurred _                                          Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _                                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.108**
**18**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*        **$15.68**

**Kathy C**                                                          ☐ Contingent
**15405 161st Street**                                               ☐ Unliquidated
`                                                                    ☐ Disputed
**Bonner Springs, KS 66012**

Date(s) debt was incurred _                                          Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _                                    Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

| 3.108<br>19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,940.00** |
|---|---|---|---|

**Kathy Cuda**
**128 Via Havarre**
**Merritt Island, FL 32953**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108<br>20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Kathy D**
**6 Cypress Hammock Way**
**Palm  Coast, FL 32137**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108<br>21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$406.00** |
|---|---|---|---|

**Kathy Donohue**
**3594 Muirwood Drive**
**Newtown Square, PA 19073**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108<br>22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$392.00** |
|---|---|---|---|

**Kathy Dorger**
**704 Almsgate Ln**
**Cincinnati, OH 45226**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108<br>23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$276.00** |
|---|---|---|---|

**Kathy Greenbury**
**301 N Guadalupe St**
**Fedex Office Print & Ship Center**
**Santa Fe, NM 87501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108<br>24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |
|---|---|---|---|

**Kathy H**
**1300 Avenue At Port Imperial**
**Apt 733**
**Weehawken, NJ 07086**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108<br>25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$863.00** |
|---|---|---|---|

**Kathy Hyde**
**123 Lake Summit Dr**
**Chapin, SC 29036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
          Name

---

| 3.108 26 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kathy Knopoff**
**27935 Altamont Circle**
**Los Altos Hills, CA 94022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._    **$50.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 27 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kathy M**
**104 Enclave Ct**
**Lafayette, LA 70508**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._    **$30.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 28 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kathy Mascio**
**9754 Liberty Rd**
**Twinsburg, OH 44087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._    **$185.03**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 29 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kathy Metcalf**
**104 Enclave Ct**
**Lafayette, LA 70508**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._    **$50.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 30 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kathy Naylor**
**4093 El Bosque Dr**
**Pebble Beach, CA 93953**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._    **$32.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 31 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kathy Plisko**
**730 Hampton Trace Ln**
**Alpharetta, GA 30004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._    **$2,079.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 32 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kathy Simmons**
**411 Heather Hills Dr**
**Dripping Springs, TX 78620**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._    **$144.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.108 33**

**Nonpriority creditor's name and mailing address**

**Kathy Smith**
**81060 Kingston Heath**
**La Quinta, CA 92253**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,293.00**

---

**3.108 34**

**Nonpriority creditor's name and mailing address**

**Kathy Terrill**
**4809 19th St Unit 8**
**Lubbock, TX 79407**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$384.00**

---

**3.108 35**

**Nonpriority creditor's name and mailing address**

**Kathy Toy**
**580 Howard St #500**
**Hold For Will Call**
**San Francisco, CA 94105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$2,364.05**

---

**3.108 36**

**Nonpriority creditor's name and mailing address**

**Kathy Underman**
**2351 Tucker Trl**
**Lewis Center, OH 43035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.108 37**

**Nonpriority creditor's name and mailing address**

**Kathy W**
**135 Golf Club Drive**
**Key West, FL 33040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

**3.108 38**

**Nonpriority creditor's name and mailing address**

**Kathy W**
**25 Northern Ave**
**B2120**
**Boston, MA 02210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.108 39**

**Nonpriority creditor's name and mailing address**

**Kathy Weiermiller**
**25 Northern Ave**
**B2120**
**Boston, MA 02210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,229.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.108 40**

**Nonpriority creditor's name and mailing address**

**Kati Moore**
**2233 W 78th St**
**Prairie Village, KS 66208**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$87.00**

---

**3.108 41**

**Nonpriority creditor's name and mailing address**

**Katie B**
**9 Laurel Ave.**
**Kingston, NJ 08528**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$99.00**

---

**3.108 42**

**Nonpriority creditor's name and mailing address**

**Katie Barnes**
**2167 Hanging Rock Rd**
**Fort Mill, SC 29715**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$117.00**

---

**3.108 43**

**Nonpriority creditor's name and mailing address**

**Katie Biernacki**
**9 Laurel Ave.**
**Kingston, NJ 08528**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$998.00**

---

**3.108 44**

**Nonpriority creditor's name and mailing address**

**Katie Burton**
**1026 Savannah Ave**
**Pittsburgh, PA 15221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.108 45**

**Nonpriority creditor's name and mailing address**

**Katie C**
**406 Island Point Dr**
**406 Island Point Dr**
**Lake Providence, LA 71254**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$2.00**

---

**3.108 46**

**Nonpriority creditor's name and mailing address**

**Katie Cone**
**5315 Tinker Round St**
**Katy, TX 77493**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$616.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

| | |
|---|---|
| **3.108 47** | |

**Nonpriority creditor's name and mailing address**

**Katie Coullard**
**406 Island Point Dr**
**406 Island Point Dr**
**Lake Providence, LA 71254**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

| | |
|---|---|
| **3.108 48** | |

**Nonpriority creditor's name and mailing address**

**Katie Dahl**
**5453 Alsace Ct**
**Hudson, OH 44236**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| | |
|---|---|
| **3.108 49** | |

**Nonpriority creditor's name and mailing address**

**Katie Dowd**
**1865 Race St**
**Denver, CO 80206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$533.00**

---

| | |
|---|---|
| **3.108 50** | |

**Nonpriority creditor's name and mailing address**

**Katie Edgmon**
**2275 School St.**
**Fortuna, CA 95540**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$44.99**

---

| | |
|---|---|
| **3.108 51** | |

**Nonpriority creditor's name and mailing address**

**Katie Eigel**
**3136 Hawthorne Blvd**
**Saint Louis, MO 63104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$23.00**

---

| | |
|---|---|
| **3.108 52** | |

**Nonpriority creditor's name and mailing address**

**Katie G**
**2850 N Harwood St Ste 1500**
**Dallas, TX 75201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$62.00**

---

| | |
|---|---|
| **3.108 53** | |

**Nonpriority creditor's name and mailing address**

**Katie Geary**
**40 Hillside Dr**
**Buffalo, NY 14221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$243.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.108 54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$476.00** |
|---|---|---|---|

**Katie Geddes**
**2850 N Harwood St Ste 1500**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,829.00** |
|---|---|---|---|

**Katie H**
**717 N. 190th Plz**
**Suite 2200**
**Elkhorn, NE 68022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$24.00** |
|---|---|---|---|

**Katie Hayden**
**615 Noahs Landing Drive**
**Bumpass, VA 23024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Katie Hurt**
**25 Blanchel Ter**
**Jeffersonville, IN 47130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Katie J**
**2320 Carnegie Lane #C**
**C**
**Redondo Beach, CA 90278**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$23.68** |
|---|---|---|---|

**Katie K**
**9848 Tabor St Apt 215**
**Los Angeles, CA 90034**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$368.00** |
|---|---|---|---|

**Katie Kaiser**
**455 Merriman Rd**
**Akron, OH 44303**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
　　　　Name

Case number (if known) _____

---

| 3.108 61 | | | |

**Nonpriority creditor's name and mailing address**

**Katie Klochan**
**301 Race Street**
**413**
**Philadelphia, PA 19106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$1,382.00

---

| 3.108 62 | | | |

**Nonpriority creditor's name and mailing address**

**Katie Knight**
**4339 NE 43rd St**
**Seattle, WA 98105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$218.00

---

| 3.108 63 | | | |

**Nonpriority creditor's name and mailing address**

**Katie Knight**
**4339 Ne 43rd St**
**Seattle, WA 98105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$289.98

---

| 3.108 64 | | | |

**Nonpriority creditor's name and mailing address**

**Katie Mathews**
**1773 11th Ave**
**San Francisco, CA 94122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$415.00

---

| 3.108 65 | | | |

**Nonpriority creditor's name and mailing address**

**Katie Mccarthy**
**2570 Sw 14th Ct**
**Deerfield Beach, FL 33442**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

| 3.108 66 | | | |

**Nonpriority creditor's name and mailing address**

**Katie Mcelroy**
**3211 37th Ave Sw**
**Seattle, WA 98126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$21.00

---

| 3.108 67 | | | |

**Nonpriority creditor's name and mailing address**

**Katie Mcphillips**
**4845 11th Ct NW**
**Rochester, MN 55901**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$120.00

---

Official Form 206 E/F　　　　Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
Name

| 3.108 68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$533.00** |
|---|---|---|---|

**Katie Morgan**
**3764 Vinyard Way, NE**
**Marietta, GA 30062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$132.00** |
|---|---|---|---|

**Katie Morrison**
**301 Garner St**
**Oxford, MS 38655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$201.00** |
|---|---|---|---|

**Katie Ober**
**11757 Colerain Rd**
**Cincinnati, OH 45252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$222.00** |
|---|---|---|---|

**Katie Potts**
**7451 Old Quarry Lane**
**Brecksville, OH 44141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$63.00** |
|---|---|---|---|

**Katie Reindl**
**472 Craig Rd.**
**Cincinnati, OH 45244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Katie W**
**604 N Crest Road**
**Chattanooga, TN 37404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Katie White**
**7916 E Commercial St**
**Broken Arrow, OK 74014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                 Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
Name
Case number *(if known)*

---

| 3.108 75 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Katie Wilmoth**
**1318 Forsyth Road**
**Kernersville, NC 27284**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$274.00

---

| 3.108 76 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Katie Womack**
**604 N Crest Road**
**Chattanooga, TN 37404**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$112.00

---

| 3.108 77 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Katilyn Slade**
**186 Main Street**
**Warwick, MD 21921**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

| 3.108 78 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Katlyn M**
**12280 Wilkins Ave Ste 201**
**Rockville, MD 20852**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$7.00

---

| 3.108 79 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Katrina Johnson**
**17902 Maplecliff Rd**
**Cleveland, OH 44119**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$32.00

---

| 3.108 80 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Katrina L**
**597 Westport Avenue**
**Apt C347**
**Norwalk, CT 06851**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$2.00

---

| 3.108 81 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Katrina Maniec**
**2 Cedar Lane**
**Massapequa, NY 11758**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,633.00

---

Debtor    **Phoeno Wine Company, Inc.**
　　　　　Name                                         Case number (if known) _____

---

| 3.108 82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$303.00** |

**Katrina Rubertone**
**71 Morrison St NW**
**Marietta, GA 30064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$23.00** |

**Katrina W 13409075**
**1904 Se Pennsylvania Ave**
**Topeka, KS 66607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$27.00** |

**Kattia Prado**
**4100 Bordeaux Way**
**Flower Mound, TX 75022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$31.00** |

**Katy C**
**4527 Yorktown St Unit A**
**Fort Irwin, CA 92310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$477.00** |

**Katy Cook**
**4527 Yorktown St Unit A**
**Fort Irwin, CA 92310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$40.00** |

**Katy K**
**5825 W Rowland Ave**
**Littleton, CO 80128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$822.00** |

**Katy Korman**
**5825 W Rowland Ave**
**Littleton, CO 80128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**    Case number *(if known)* _____
_____
Name

| 3.108 89 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,041.00** |

**Kaushal Avashia**
**62 Mallard Place**
**Secaucus, NJ 07094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 90 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$49.00** |

**Kaushik De**
**1400 Hudson Street**
**Apt 806**
**Hoboken, NJ 07030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 91 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$313.00** |

**Kavita Patel**
**18009 Rubin Manor Ln**
**Sandy Spring, MD 20860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 92 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**Kawaljit G**
**26786 Robleda Ct.**
**Los Altos Hills, CA 94022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 93 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$964.00** |

**Kay Allen**
**9220 Sw 178th Ter**
**Palmetto Bay, FL 33157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 94 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$432.00** |

**Kay Pashos**
**12658 Bonaventure Ave**
**Carmel, IN 46032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 95 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$132.02** |

**Kayla B 275**
**630 S 4th St Unit 27**
**Unit 27**
**Ames, IA 50010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

---

| 3.108 96 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kayla Kennedy**
**5421 Jessica Blvd Unit 307**
**Raleigh, NC 27607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.108 97 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kayla Mckinley**
**1200 Alturas Ave**
**Reno, NV 89503**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

| 3.108 98 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kayla Risch**
**2433 Barry Ave Apt 201**
**Los Angeles, CA 90064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

| 3.108 99 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kayla Voogd**
**31739 Whimbrel Ct**
**Murrieta, CA 92563**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

| 3.109 00 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kayla Whitehead**
**3026 Eltham Pl**
**Decatur, GA 30033**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$76.00**

---

| 3.109 01 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kayleigh Stromgren**
**2501 Canterbury Ln E Apt 317**
**Seattle, WA 98112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$165.00**

---

| 3.109 02 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kaylin Fitzsimons**
**7334 West St**
**Poland, NY 13431**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number _(if known)_ _____
Name

| 3.109 03 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$141.00** |

**Kaylinn Woldt**
**2858 Denver St**
**San Diego, CA 92117**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**   Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 04 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$456.00** |

**Kaytren Palacios**
**307 46th Street**
**Virginia Beach, VA 23451**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**   Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 05 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,558.00** |

**Kc Cha**
**98 Thatcher Rd**
**Tenafly, NJ 07670**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**   Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 06 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$15.00** |

**Kcl**
**254 Canal St Rm 3005**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**   Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 07 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$5.00** |

**Kd A**
**2717 Seville Blvd**
**Apt 23207**
**Clearwater, FL 33764**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**   Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 08 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$30.00** |

**Ke C**
**3102 Oakmont**
**Sugar Land, TX 77479**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**   Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 09 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$99.00** |

**Keanan Fujitani**
**227 NW 87th St**
**Seattle, WA 98117**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**   Customer

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*   _____

| | |
|---|---|
| **3.109** **10** | **Nonpriority creditor's name and mailing address** |

**3.109 10**

**Nonpriority creditor's name and mailing address**

**Kearstyn Patton**
**4370 S Grand Canyon Dr.**
**#2039**
**Las Vegas, NV 89147**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$4.01**

---

**3.109 11**

**Nonpriority creditor's name and mailing address**

**Keaton Miller**
**7252 Walling Ln**
**Dallas, TX 75231**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$575.00**

---

**3.109 12**

**Nonpriority creditor's name and mailing address**

**Kedar J**
**5563 Alicante Ave**
**Dallas, TX 75248**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$44.00**

---

**3.109 13**

**Nonpriority creditor's name and mailing address**

**Kedar Timblo**
**311 East 38th Street**
**Apt 25a**
**New York, NY 10016**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$300.00**

---

**3.109 14**

**Nonpriority creditor's name and mailing address**

**Keenan M**
**40 E 89th St Apt 14b**
**New York, NY 10128**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$10.00**

---

**3.109 15**

**Nonpriority creditor's name and mailing address**

**Keenan Mahoney**
**40 E 89th St Apt 14b**
**New York, NY 10128**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$2,219.00**

---

**3.109 16**

**Nonpriority creditor's name and mailing address**

**Keerut D**
**2209 Rockwell Drive**
**Davis, CA 95618**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$19.00**

---

Debtor    **Phoeno Wine Company, Inc.**                              Case number *(if known)* _____
_____
Name

---

| 3.109 17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**Keith A**
**416 East State Street**
**2nd Floor Suite 200**
**Rockford, IL 61104**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$140.00** |

**Keith Archer**
**2608 30th Ave W**
**Seattle, WA 98199**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$87.00** |

**Keith Atkinson**
**513 Snead Ct**
**Slidell, LA 70458**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$210.00** |

**Keith B**
**1037 Normandy Trace Rd**
**Tampa, FL 33602**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**Keith B**
**390 Sleepy Hollow Farm Rd**
**Warwick, RI 02886**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$114.00** |

**Keith B**
**6 Pyrenees Ct**
**Henderson, NV 89011**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,465.00** |

**Keith Balsiger**
**6 Pyrenees Ct**
**Henderson, NV 89011**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

| | |
|---|---|
| 3.109 24 | |

**Nonpriority creditor's name and mailing address**

**Keith Becher**
**5445 Wise Road**
**Lincoln, CA 95648**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$101.00

---

| | |
|---|---|
| 3.109 25 | |

**Nonpriority creditor's name and mailing address**

**Keith Bergman**
**3614 Angora Cir NW**
**North Canton, OH 44720**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$135.00

---

| | |
|---|---|
| 3.109 26 | |

**Nonpriority creditor's name and mailing address**

**Keith Bettencourt**
**7 Clover Ave**
**Farmingville, NY 11738**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$35.00

---

| | |
|---|---|
| 3.109 27 | |

**Nonpriority creditor's name and mailing address**

**Keith Bindewald**
**108 Confederate Cir**
**Taylors, SC 29687**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$829.00

---

| | |
|---|---|
| 3.109 28 | |

**Nonpriority creditor's name and mailing address**

**Keith Bluestein**
**7742 Jewelweed Ct**
**W Springfield, VA 22152**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$860.00

---

| | |
|---|---|
| 3.109 29 | |

**Nonpriority creditor's name and mailing address**

**Keith C**
**32 Patten Street**
**Sonoma, CA 95476**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$75.00

---

| | |
|---|---|
| 3.109 30 | |

**Nonpriority creditor's name and mailing address**

**Keith Champagne**
**46 Pinehurst Drive**
**Mount Sinai, NY 11766**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$154.00

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

| | |
|---|---|
| **3.109 31** | |

**Nonpriority creditor's name and mailing address**

**Keith Collins**
**4000 Freeman Way**
**Prosper, TX 75078**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$16.00**

---

| | |
|---|---|
| **3.109 32** | |

**Nonpriority creditor's name and mailing address**

**Keith Cook**
**4 Foxwood Ln**
**Milford, NJ 08848**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.109 33** | |

**Nonpriority creditor's name and mailing address**

**Keith D**
**801 Saint Joseph St Apt 16**
**New Orleans, LA 70113**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$447.00**

---

| | |
|---|---|
| **3.109 34** | |

**Nonpriority creditor's name and mailing address**

**Keith Davis**
**801 Saint Joseph St Apt 16**
**New Orleans, LA 70113**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,724.00**

---

| | |
|---|---|
| **3.109 35** | |

**Nonpriority creditor's name and mailing address**

**Keith Edwards**
**606 W Sunrise Dr**
**Belton, MO 64012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

| | |
|---|---|
| **3.109 36** | |

**Nonpriority creditor's name and mailing address**

**Keith F**
**720 Lamar**
**San Antonio, TX 78202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| | |
|---|---|
| **3.109 37** | |

**Nonpriority creditor's name and mailing address**

**Keith F 13420014**
**1746 Cleveland Rd**
**Miami Beach, FL 33141**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,599.00**

---

Debtor **Phoeno Wine Company, Inc.**

      Name                                                 Case number *(if known)*

| | |
|---|---|
| **3.109 38** | |

**Nonpriority creditor's name and mailing address**

**Keith Fairhurst**
**720 Lamar**
**San Antonio, TX 78202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,042.00**

---

| | |
|---|---|
| **3.109 39** | |

**Nonpriority creditor's name and mailing address**

**Keith Franzen**
**2537 2nd St**
**Davis, CA 95618**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$252.00**

---

| | |
|---|---|
| **3.109 40** | |

**Nonpriority creditor's name and mailing address**

**Keith Gross**
**445 West Dr**
**Melbourne, FL 32904**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$120.00**

---

| | |
|---|---|
| **3.109 41** | |

**Nonpriority creditor's name and mailing address**

**Keith H**
**1435 N. Mt. Auburn**
**123**
**Cape Girardeau, MO 63701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

| | |
|---|---|
| **3.109 42** | |

**Nonpriority creditor's name and mailing address**

**Keith H**
**254 Ridgecrest Dr**
**Mammoth Lakes, CA 93546**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$30.00**

---

| | |
|---|---|
| **3.109 43** | |

**Nonpriority creditor's name and mailing address**

**Keith H**
**2807 Brentwood Rd Nw**
**Canton, OH 44708**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$18.00**

---

| | |
|---|---|
| **3.109 44** | |

**Nonpriority creditor's name and mailing address**

**Keith H**
**3140 Harvard Avenue**
**Apt 904**
**Dallas, TX 75205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known)
_____
Name

---

| 3.109 45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,236.00** |

**Keith Hart**
**3140 Harvard Avenue**
**Apt 904**
**Dallas, TX 75205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,656.00** |

**Keith Hay**
**22844 Country Club Dr**
**South Lyon, MI 48178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$56.00** |

**Keith Hopkins**
**13315 Bishops Ct**
**Roswell, GA 30075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$624.00** |

**Keith Hoyt**
**10263 Travertine Pl**
**Parker, CO 80134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$294.00** |

**Keith Jackson**
**2207 Shadehill Ct**
**Tampa, FL 33612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$217.00** |

**Keith Johnson**
**6706 Woodhue Drive**
**Austin, TX 78745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$298.00** |

**Keith Kirwin**
**914 Cotton House Road**
**Charleston, SC 29412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.109 52**

**Nonpriority creditor's name and mailing address**

**Keith Kitelinger**
**7929 N Euclid Ave**
**Kansas City, MO 64118**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$65.00**

---

**3.109 53**

**Nonpriority creditor's name and mailing address**

**Keith L**
**26183 N Woodland Rd**
**Beachwood, OH 44122**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$24.00**

---

**3.109 54**

**Nonpriority creditor's name and mailing address**

**Keith M**
**19 Stuart Dr**
**Old Greenwich, CT 06870**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.109 55**

**Nonpriority creditor's name and mailing address**

**Keith M**
**21415 Parklane St**
**Farmington Hills, MI 48335**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.109 56**

**Nonpriority creditor's name and mailing address**

**Keith M**
**2815 Saint Claude Ave**
**New Orleans, LA 70117**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$133.50**

---

**3.109 57**

**Nonpriority creditor's name and mailing address**

**Keith M**
**69 Hamden Dr**
**Hudson, OH 44236**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

**3.109 58**

**Nonpriority creditor's name and mailing address**

**Keith Mccormick**
**2815 Saint Claude Ave**
**New Orleans, LA 70117**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$24,345.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

---

| 3.109 59 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$465.00** |

**Keith Moreland**
**5900 Standing Rock Dr**
**Austin, TX 78730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 60 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$64.00** |

**Keith Philpot**
**20 Windsong Way**
**Stafford, VA 22556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 61 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$174.00** |

**Keith Robertson**
**33414 Bridgehampton Ln**
**Lewes, DE 19958**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 62 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Keith Ryan**
**4809 E 112th Pl**
**Tulsa, OK 74137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 63 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52.16** |

**Keith S**
**6468 Washington St**
**Spc 157**
**Yountville, CA 94599**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 64 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,042.00** |

**Keith Sharkey**
**521 Bennington Lane**
**Keller, TX 76248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 65 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$325.00** |

**Keith Strahan**
**1105 Rosewood Ln**
**Glen Mills, PA 19342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.109 66 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Keith Thompson**
**311 Solano Ave**
**Sonoma, CA 95476**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$76.00

---

| 3.109 67 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Keith Warren**
**6315 Havensport Dr**
**Apollo Beach, FL 33572**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

| 3.109 68 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Keith Wold**
**230 Misty Fields Rd**
**Oakland, TN 38060**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$748.00

---

| 3.109 69 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Keith Wood**
**210 Clinton St Apt 2**
**Brooklyn, NY 11201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$230.00

---

| 3.109 70 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Keli Hassman**
**3670 Shangri La Point Rd**
**Oshkosh, WI 54904**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.109 71 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Kellen B**
**9110 Brier Rd**
**La Mesa, CA 91942**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$16.00

---

| 3.109 72 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Kellen Brenner**
**9110 Brier Rd**
**La Mesa, CA 91942**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$18,401.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number _(if known)_ _____
Name

| 3.109 73 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kellen Rosburg**
**6251 Troon Ave Sw**
**Port Orchard, WA 98367**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,844.00**

---

| 3.109 74 |

**Nonpriority creditor's name and mailing address**
**Kellen Souza**
**1186 Beech St**
**Marietta, GA 30062**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$97.00**

---

| 3.109 75 |

**Nonpriority creditor's name and mailing address**
**Kelley Brenneman**
**10501 E Colfax Ave**
**Aurora, CO 80010**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$223.00**

---

| 3.109 76 |

**Nonpriority creditor's name and mailing address**
**Kelley Gordon**
**1541 W Pearson**
**Unit 2**
**Chicago, IL 60642**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$312.00**

---

| 3.109 77 |

**Nonpriority creditor's name and mailing address**
**Kelley R**
**200 Ashbury Ln**
**Upland, CA 91784**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$30.00**

---

| 3.109 78 |

**Nonpriority creditor's name and mailing address**
**Kelley Raymond**
**200 Ashbury Ln**
**Upland, CA 91784**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$395.00**

---

| 3.109 79 |

**Nonpriority creditor's name and mailing address**
**Kelli Hunt**
**305 Pheasant Run Pl**
**Findlay, OH 45840**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$84.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.109 80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Kelli Lukert**
**5463 Harborside Dr**
**Tampa, FL 33615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $50.00 |
|---|---|---|---|

**Kelli M**
**2651 Northeast 52nd Street**
**Lighthouse Point, FL 33064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $25.00 |
|---|---|---|---|

**Kelli R**
**1229 E 18 Th St**
**Norwalk, IA 50211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $150.00 |
|---|---|---|---|

**Kelli Roberts**
**1229 E 18 Th St**
**Norwalk, IA 50211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Kelli Tibbitts**
**14220 Uhlin Dr**
**Middleburg Heights, OH 44130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $20.00 |
|---|---|---|---|

**Kellian Dowd**
**312 Camino Sobrante**
**Orinda, CA 94563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $22.00 |
|---|---|---|---|

**Kellie Ferrara**
**15 Mountain View Dr**
**Chester, NJ 07930**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.109 87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$147.00** |

**Kellie Gilman**
**808 Wilder St**
**Philadelphia, PA 19147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,673.00** |

**Kellie Shetlar**
**12727 Mohawk Cir**
**Leawood, KS 66209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |

**Kelly A**
**17058 Douglas Street**
**Omaha, NE 68118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |

**Kelly A**
**4300 Linda Vista Ave**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18.00** |

**Kelly A**
**7212 Cherokee Dr**
**Prairie Village, KS 66208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$34.00** |

**Kelly Abernathy**
**4300 Linda Vista Ave**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |

**Kelly B**
**1758 Raleigh Court East**
**Apt 42b**
**Ocean, NJ 07712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.109 94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18.00** |

**Kelly B**
**19761 Oak Grove Ave**
**Prior Lake, MN 55372**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.109 95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**Kelly B**
**340 Williamsburg Ct**
**Presto, PA 15142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.109 96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$665.00** |

**Kelly Barke**
**19761 Oak Grove Ave**
**Prior Lake, MN 55372**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.109 97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23.00** |

**Kelly Bena**
**11111 Wilcrest Green Dr**
**Ste 250**
**Houston, TX 77042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.109 98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$61.00** |

**Kelly Bethke**
**19 Andover Dr**
**Medford, NJ 08055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.109 99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35.00** |

**Kelly Beurskens**
**538 River Rd**
**Fairfield, CA 94534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.110 00 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$349.00** |

**Kelly Borland**
**12977 Hawkins Dr**
**San Ramon, CA 94583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known)    _____
Name

| | | |
|---|---|---|
| 3.110 01 | **Nonpriority creditor's name and mailing address** | **$150.00** |

**Kelly Brown**
**3532 Garibaldi Way**
**St Augustine, FL 32092**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.110 02 | **Nonpriority creditor's name and mailing address** | **$20.00** |

**Kelly C**
**62 Hampton Lake Dr**
**Bluffton, SC 29910**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.110 03 | **Nonpriority creditor's name and mailing address** | **$1.00** |

**Kelly C**
**8221 Pineville Matthews Road**
**Apartment C**
**Charlotte, NC 28226**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.110 04 | **Nonpriority creditor's name and mailing address** | **$30.00** |

**Kelly Campbell**
**905 Juniper St NE Unit 603**
**Atlanta, GA 30309**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.110 05 | **Nonpriority creditor's name and mailing address** | **$18.00** |

**Kelly D**
**1629 S Barton St**
**Arlington, VA 22204**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.110 06 | **Nonpriority creditor's name and mailing address** | **$30.00** |

**Kelly D**
**2675 Braffington Ct**
**Sandy Springs, GA 30350**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.110 07 | **Nonpriority creditor's name and mailing address** | **$10.00** |

**Kelly D**
**819 Una Lane**
**Marksville, LA 71351**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.110 08 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kelly Degroff**
**28 Matthew Dr**
**Fairport, NY 14450**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$220.00**

---

| 3.110 09 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kelly Dickhaus**
**2675 Braffington Ct**
**Sandy Springs, GA 30350**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$121.00**

---

| 3.110 10 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kelly Donahue**
**1629 S Barton St**
**Arlington, VA 22204**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.110 11 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kelly E**
**12711 N Blue Sage Dr**
**Marana, AZ 85658**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$78.00**

---

| 3.110 12 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kelly Edwards**
**4180 W Oaks Ct NE**
**Atlanta, GA 30342**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$40.00**

---

| 3.110 13 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kelly Elmhorst**
**506 E 15th St**
**Saint Charles, MN 55972**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$931.00**

---

| 3.110 14 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kelly Etheridge**
**12711 N Blue Sage Dr**
**Marana, AZ 85658**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$279.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
Name

| 3.110 15 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kelly Evans**
**15239 472nd Pl Se**
**North Bend, WA 98045**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,593.00**

---

| 3.110 16 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kelly F**
**3761 E Covey Ln**
**Phoenix, AZ 85050**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.110 17 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kelly Ferrell**
**1180 Dune Meadows Dr**
**Porter, IN 46304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$420.00**

---

| 3.110 18 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kelly Fleming**
**1229 Molona St**
**C/O John Turpin**
**Reunion, FL 34747**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$62,651.00**

---

| 3.110 19 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kelly Frazier**
**71 Marshall Street**
**Duxbury, MA 02332**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.110 20 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kelly Gibson**
**804 Park St**
**Ridley Park, PA 19078**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$160.00**

---

| 3.110 21 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kelly Griffin**
**61 Cantwell Dr**
**Middletown, DE 19709**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$154.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.110**
**22**

**Nonpriority creditor's name and mailing address**

**Kelly H**
**432 Tournament Drive**
**Unit #9**
**Union, NJ 07083**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.110**
**23**

**Nonpriority creditor's name and mailing address**

**Kelly Harrill**
**1804 Granville Rd**
**Greensboro, NC 27408**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$169.00**

---

**3.110**
**24**

**Nonpriority creditor's name and mailing address**

**Kelly Hart**
**1525 Columbia Tpke**
**Castleton, NY 12033**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,872.00**

---

**3.110**
**25**

**Nonpriority creditor's name and mailing address**

**Kelly Heyd**
**85 Main St**
**North Easton, MA 02356**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$153.00**

---

**3.110**
**26**

**Nonpriority creditor's name and mailing address**

**Kelly Huddle**
**2287 E Gabriel Sq**
**Lake Charles, LA 70611**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$66.00**

---

**3.110**
**27**

**Nonpriority creditor's name and mailing address**

**Kelly J**
**7382 Highway 108 E**
**Parker-Binns Vineyard**
**Mill Spring, NC 28756**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$110.00**

---

**3.110**
**28**

**Nonpriority creditor's name and mailing address**

**Kelly Jensen**
**325 S Mill View Way**
**Ponte Vedra Beach, FL 32082**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$299.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
          Name

| 3.110 29 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$1,071.00**

**Kelly Johnson**
**1441 U St NW Apt 1026**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:  Customer**

Last 4 digits of account number _          Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 30 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$348.00**

**Kelly Jola**
**134 Kahle Dr # D103**
**Stateline, NV 89449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:  Customer**

Last 4 digits of account number _          Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 31 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$90.00**

**Kelly Kelsey**
**721 Springfield Ave**
**Pine Beach, NJ 08741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:  Customer**

Last 4 digits of account number _          Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 32 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$56.00**

**Kelly Lawhon**
**8760 Mckenna Drive**
**Jacksonville, FL 32226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:  Customer**

Last 4 digits of account number _          Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 33 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$279.00**

**Kelly Ledbetter**
**5950 San Marcos Dr**
**Farmington, NM 87402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:  Customer**

Last 4 digits of account number _          Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 34 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$50.00**

**Kelly M**
**2282 Vincennes Court**
**Mansfield, OH 44904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _          Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 35 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$131.00**

**Kelly Maikowski**
**66 Wilderness Way**
**Bristol, CT 06010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _          Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

---

| 3.110 |
|-------|
| 36 |

**Nonpriority creditor's name and mailing address**

**Kelly Marlow**
**364 Clay St.**
**N/A**
**Linwood, NC 27299**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$24.00**

---

| 3.110 |
|-------|
| 37 |

**Nonpriority creditor's name and mailing address**

**Kelly Max**
**5535 Xene Ln N**
**Plymouth, MN 55446**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$151.00**

---

| 3.110 |
|-------|
| 38 |

**Nonpriority creditor's name and mailing address**

**Kelly Mccready**
**1344 Old Winchester Rd**
**Boyce, VA 22620**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$296.00**

---

| 3.110 |
|-------|
| 39 |

**Nonpriority creditor's name and mailing address**

**Kelly Mena-Tamayo**
**12015 Sw 94th Ter**
**Miami, FL 33186**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$368.00**

---

| 3.110 |
|-------|
| 40 |

**Nonpriority creditor's name and mailing address**

**Kelly N**
**303 Sacramento St Fl 3**
**San Francisco, CA 94111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.62**

---

| 3.110 |
|-------|
| 41 |

**Nonpriority creditor's name and mailing address**

**Kelly N 13370**
**405 Adair St**
**Bossier City, LA 71111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

| 3.110 |
|-------|
| 42 |

**Nonpriority creditor's name and mailing address**

**Kelly Nelli**
**115 Wells Rd**
**East Windsor**
**East Windsor, CT 06088**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.110 43 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kelly Nice**
**303 Sacramento St Fl 3**
**San Francisco, CA 94111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$332.00**

---

| 3.110 44 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kelly O**
**3524 Potomac Ave**
**Highland Park, TX 75205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.110 45 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kelly Pucek**
**24 Physicians Dr**
**Jackson, TN 38305**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.110 46 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kelly Purdy**
**904 Woodland Ave**
**Papillion, NE 68046**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$192.00**

---

| 3.110 47 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kelly Ross**
**920 W Westridge Ct**
**Upland, CA 91786**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$820.00**

---

| 3.110 48 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kelly S**
**302 N Commercial St**
**Mankato, KS 66956**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$22.00**

---

| 3.110 49 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kelly Salem**
**7886 Timberlin Park Blvd**
**Jacksonville, FL 32256**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$192.00**

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____
　　　　　Name

Case number *(if known)* _____

---

| | |
|---|---|
| 3.110 50 | |

**Nonpriority creditor's name and mailing address**

**Kelly Stafford**
**302 N Commercial St**
**Mankato, KS 66956**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$635.00**

---

| | |
|---|---|
| 3.110 51 | |

**Nonpriority creditor's name and mailing address**

**Kelly Townsend**
**18016 Clouds Rest Rd**
**Soulsbyville, CA 95372**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$254.54**

---

| | |
|---|---|
| 3.110 52 | |

**Nonpriority creditor's name and mailing address**

**Kelly W**
**8221 Pineville Matthews Rd Apt C**
**Charlotte, NC 28226**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$15.00**

---

| | |
|---|---|
| 3.110 53 | |

**Nonpriority creditor's name and mailing address**

**Kelly W**
**9011 South Yosemite Street**
**Apt 2707**
**Lone Tree, CO 80124**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$25.00**

---

| | |
|---|---|
| 3.110 54 | |

**Nonpriority creditor's name and mailing address**

**Kelly Walsh**
**10 Cillie Rd**
**Shapleigh, ME 04076**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$750.00**

---

| | |
|---|---|
| 3.110 55 | |

**Nonpriority creditor's name and mailing address**

**Kelly Will**
**1059 E Rd**
**Loxahatchee Groves, FL 33470**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$164.00**

---

| | |
|---|---|
| 3.110 56 | |

**Nonpriority creditor's name and mailing address**

**Kelly Winget**
**1613 Chickadee Dr**
**Argyle, TX 76226**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$10,064.00**

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

---

| 3.110 |
|-------|
| 57 |

**Nonpriority creditor's name and mailing address**
**Kelly Wittchow**
**8221 Pineville Matthews Rd Apt C**
**Charlotte, NC 28226**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$719.00**

---

| 3.110 |
|-------|
| 58 |

**Nonpriority creditor's name and mailing address**
**Kelly-Ayn Mckay**
**110 Ponds Ln**
**Greenville, DE 19807**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$744.00**

---

| 3.110 |
|-------|
| 59 |

**Nonpriority creditor's name and mailing address**
**Kelsey Dickson**
**115 Hillcrest Dr**
**Marietta, OH 45750**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$228.00**

---

| 3.110 |
|-------|
| 60 |

**Nonpriority creditor's name and mailing address**
**Kelsey Finn**
**1249 S. Bundy Dr.**
**209**
**Los Angeles, CA 90025**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$423.00**

---

| 3.110 |
|-------|
| 61 |

**Nonpriority creditor's name and mailing address**
**Kelsey M**
**1010 Massachusetts Ave Nw**
**Ph109**
**Washington, DC 20001**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

| 3.110 |
|-------|
| 62 |

**Nonpriority creditor's name and mailing address**
**Kelsey M**
**260 King St Unit 611**
**San Francisco, CA 94107**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$15.00**

---

| 3.110 |
|-------|
| 63 |

**Nonpriority creditor's name and mailing address**
**Kelsey Mead**
**260 King St Unit 611**
**San Francisco, CA 94107**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$189.00**

---

Debtor   **Phoeno Wine Company, Inc.**
         _____   Case number (if known)   _____
         Name

---

| 3.110 |
|-------|
| 64    |

**Nonpriority creditor's name and mailing address**

**Kelsey Petrillo**
**5 Church Twrs Apt 1e**
**Hoboken, NJ 07030**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$56.00**

---

| 3.110 |
|-------|
| 65    |

**Nonpriority creditor's name and mailing address**

**Kelsey R**
**4309 3rd Street**
**Riverside, CA 92501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$8.00**

---

| 3.110 |
|-------|
| 66    |

**Nonpriority creditor's name and mailing address**

**Kelsey Reddoch**
**4309 3rd Street**
**Riverside, CA 92501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$759.00**

---

| 3.110 |
|-------|
| 67    |

**Nonpriority creditor's name and mailing address**

**Kelsi Currier**
**2475 Nixon St**
**Eugene, OR 97403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$597.00**

---

| 3.110 |
|-------|
| 68    |

**Nonpriority creditor's name and mailing address**

**Kelson H**
**3104 Western Ave Unit 310**
**Seattle, WA 98121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$847.00**

---

| 3.110 |
|-------|
| 69    |

**Nonpriority creditor's name and mailing address**

**Kelson Herman**
**3104 Western Ave Unit 310**
**Seattle, WA 98121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| 3.110 |
|-------|
| 70    |

**Nonpriority creditor's name and mailing address**

**Kelvin Davis**
**5208 Sumter Ct**
**Clinton, MD 20735**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.110 71 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kelvin Rivera**
**216 W 111th St Apt 4b**
**New York, NY 10026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$201.00**

---

| 3.110 72 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kelye Stadther**
**109 Springfield Dr**
**Lebanon, TN 37087**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$28.00**

---

| 3.110 73 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ken Bradburn**
**12289 Longhorn Drive**
**Arlington, TN 38002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$3,299.00**

---

| 3.110 74 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ken Brand**
**14455 Fallscliff Ln**
**Centreville, VA 20120**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$291.00**

---

| 3.110 75 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ken Buck**
**1077 Winding Pine Circle**
**Unit 101**
**Cape Coral, FL 33909**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$28.00**

---

| 3.110 76 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ken C**
**4072 Parker Hill Rd**
**Santa Rosa, CA 95404**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$32.00**

---

| 3.110 77 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ken Curtis**
**148 Frontierland Trl**
**Ponte Vedra, FL 32081**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$66.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name                                                      Case number *(if known)* _____

---

**3.110**
**78**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$30.00**

**Ken D**
**5011 Empire Way**                              ☐ Contingent
**Irving, TX 75038**                             ☐ Unliquidated
                                                 ☐ Disputed
Date(s) debt was incurred _
                                                 **Basis for the claim:** **Customers - Deferred Credit**
Last 4 digits of account number _
                                                 Is the claim subject to offset? ☒ No ☐ Yes

---

**3.110**
**79**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$28.00**

**Ken Daniel**
**2389 Highway 149**                             ☐ Contingent
**Palmyra, TN 37142**                            ☐ Unliquidated
                                                 ☐ Disputed
Date(s) debt was incurred _
                                                 **Basis for the claim:** **Customer**
Last 4 digits of account number _
                                                 Is the claim subject to offset? ☒ No ☐ Yes

---

**3.110**
**80**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$7,506.00**

**Ken Deans**
**50390 Monroe St**                              ☐ Contingent
**Coachella Music Festival Truck Stop**          ☐ Unliquidated
**Indio, CA 92201**                              ☐ Disputed

Date(s) debt was incurred _                      **Basis for the claim:** **Customer**

Last 4 digits of account number _                Is the claim subject to offset? ☒ No ☐ Yes

---

**3.110**
**81**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$19.00**

**Ken Dunek**
**41 Saddle Dr**                                 ☐ Contingent
**Mount Laurel, NJ 08054**                       ☐ Unliquidated
                                                 ☐ Disputed
Date(s) debt was incurred _
                                                 **Basis for the claim:** **Customer**
Last 4 digits of account number _
                                                 Is the claim subject to offset? ☒ No ☐ Yes

---

**3.110**
**82**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$690.00**

**Ken Gorvetzian**
**30300 Emperor Dr**                             ☐ Contingent
**Canyon Lake, CA 92587**                        ☐ Unliquidated
                                                 ☐ Disputed
Date(s) debt was incurred _
                                                 **Basis for the claim:** **Customer**
Last 4 digits of account number _
                                                 Is the claim subject to offset? ☒ No ☐ Yes

---

**3.110**
**83**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$264.00**

**Ken Grafton**
**The Ups Store**                                ☐ Contingent
**190 W Continental Rd,216,**                    ☐ Unliquidated
**Green Valley, AZ 85622**                       ☐ Disputed

Date(s) debt was incurred _                      **Basis for the claim:** **Customer**

Last 4 digits of account number _                Is the claim subject to offset? ☒ No ☐ Yes

---

**3.110**
**84**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$81.00**

**Ken H**
**2728 Merrimac St**                             ☐ Contingent
**C/O Tracy S Studer**                           ☐ Unliquidated
**Fort Worth, TX 76107**                         ☐ Disputed

Date(s) debt was incurred _                      **Basis for the claim:** **Customers - Deferred Credit**

Last 4 digits of account number _                Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

      Name

Case number *(if known)* _____

---

| 3.110<br>85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36.00** |
|---|---|---|---|

**Ken H**
**49207 Gaffney Rd**
**Clarksburg, CA 95612**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110<br>86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$234.00** |
|---|---|---|---|

**Ken Halford**
**2728 Merrimac St**
**C/O Tracy S Studer**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110<br>87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,224.00** |
|---|---|---|---|

**Ken Hirsch**
**146 S Battery St**
**Charleston, SC 29401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110<br>88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$755.00** |
|---|---|---|---|

**Ken Hoernlein**
**49207 Gaffney Rd**
**Clarksburg, CA 95612**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110<br>89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,491.00** |
|---|---|---|---|

**Ken Hoverman**
**1031 Little Greenbriar Crk**
**Greensboro, GA 30642**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110<br>90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,406.00** |
|---|---|---|---|

**Ken Janoski**
**8445 Vila Gale Way**
**Elk Grove, CA 95757**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110<br>91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29.00** |
|---|---|---|---|

**Ken Jisser**
**1027 Mallard Ridge Ct**
**San Jose, CA 95120**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.110 92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$465.00** |
|---|---|---|---|

**Ken Kiser**
**147 River Park Ln**
**Great Falls, VA 22066**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$125.03** |
|---|---|---|---|

**Ken Klopfenstein**
**700 W Beechwood Ct**
**Peoria, IL 61615**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$418.00** |
|---|---|---|---|

**Ken Koch**
**9716 Balls Bluff Dr**
**Fredericksburg, VA 22407**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$150.00** |
|---|---|---|---|

**Ken L**
**5176 Burgundy Cir**
**Irvine, CA 92604**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$28.00** |
|---|---|---|---|

**Ken Ledford**
**1607 Orchard Grove Avenue**
**Lakewood, OH 44107**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$238.00** |
|---|---|---|---|

**Ken Lilien**
**11 Toby Dr**
**Succasunna, NJ 07876**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,128.00** |
|---|---|---|---|

**Ken Lundin**
**736 Grove Manor Park**
**Suwanee, GA 30024**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
    Name

---

**3.110
99**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$30.00**

**Ken M**    ☐ Contingent
**12 Gershon Way**    ☐ Unliquidated
**Winchester, MA 01890**    ☐ Disputed

Date(s) debt was incurred _    **Basis for the claim:**   **Customers - Deferred Credit**
Last 4 digits of account number _
    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.111
00**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$91.00**

**Ken Mash**    ☐ Contingent
**606 Race Street**    ☐ Unliquidated
**Harrisburg, PA 17104**    ☐ Disputed

Date(s) debt was incurred _    **Basis for the claim:**   **Customer**
Last 4 digits of account number _
    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.111
01**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$2,793.00**

**Ken Musick**    ☐ Contingent
**1035 Lake Ave**    ☐ Unliquidated
**Wilmette, IL 60091**    ☐ Disputed

Date(s) debt was incurred _    **Basis for the claim:**   **Customer**
Last 4 digits of account number _
    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.111
02**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$50.00**

**Ken O**    ☐ Contingent
**821 Scott Rd**    ☐ Unliquidated
**Brielle, NJ 08730**    ☐ Disputed

Date(s) debt was incurred _    **Basis for the claim:**   **Customers - Deferred Credit**
Last 4 digits of account number _
    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.111
03**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$518.00**

**Ken Ross**    ☐ Contingent
**2024 Scarlet Oak Place**    ☐ Unliquidated
**Danville, CA 94506**    ☐ Disputed

Date(s) debt was incurred _    **Basis for the claim:**   **Customer**
Last 4 digits of account number _
    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.111
04**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$22.00**

**Ken S**    ☐ Contingent
**114 Algonquin Trl**    ☐ Unliquidated
**Medford Lakes, NJ 08055**    ☐ Disputed

Date(s) debt was incurred _    **Basis for the claim:**   **Customers - Deferred Credit**
Last 4 digits of account number _
    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.111
05**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$392.00**

**Ken Sangiacomo**    ☐ Contingent
**5 Valley Court**    ☐ Unliquidated
**Bethel, CT 06801**    ☐ Disputed

Date(s) debt was incurred _    **Basis for the claim:**   **Customer**
Last 4 digits of account number _
    Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
| | Name | | |

---

| 3.111 06 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,732.00** |
|---|---|---|---|

**Ken Shovlin**
**1411 Grandview Ave**
**Apt 411**
**Pittsburgh, PA 15211**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 07 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$459.00** |
|---|---|---|---|

**Ken Stager**
**1107 S 47th St**
**Philadelphia, PA 19143**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 08 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$174.00** |
|---|---|---|---|

**Ken Tharp**
**34 Seasounds Avenue**
**Palermo, NJ 08223**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 09 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$205.00** |
|---|---|---|---|

**Ken Thompson**
**108 Monahans Drive**
**Georgetown, TX 78628**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$308.00** |
|---|---|---|---|

**Ken Voight**
**32 Cielo Arroyo**
**Mission Viejo, CA 92692**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,640.00** |
|---|---|---|---|

**Ken Walend**
**147 Ridgewood Pl**
**Brevard, NC 28712**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$856.00** |
|---|---|---|---|

**Ken Yeager**
**10693 Cathell Rd**
**Berlin, MD 21811**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.111 |
| 13 |

**Nonpriority creditor's name and mailing address**
**Ken Zaslav**
**732 West End Ave**
**Apt. 11**
**New York, NY 10025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$232.00**

---

| 3.111 |
| 14 |

**Nonpriority creditor's name and mailing address**
**Kendall H**
**100 6th St Ne**
**Apt 1402**
**Atlanta, GA 30308**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.111 |
| 15 |

**Nonpriority creditor's name and mailing address**
**Kendall Hall**
**100 6th St NE**
**Apt 1402**
**Atlanta, GA 30308**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,675.00**

---

| 3.111 |
| 16 |

**Nonpriority creditor's name and mailing address**
**Kendall Johnson**
**4255 Tidewater Dr**
**Orlando, FL 32812**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,887.00**

---

| 3.111 |
| 17 |

**Nonpriority creditor's name and mailing address**
**Kendall Magruder**
**2716 Georgene Dr NE**
**Albuquerque, NM 87112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,124.00**

---

| 3.111 |
| 18 |

**Nonpriority creditor's name and mailing address**
**Kendall P**
**14110 Spoonbill Lane**
**Clearwater, FL 33762**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

| 3.111 |
| 19 |

**Nonpriority creditor's name and mailing address**
**Kendall S**
**1317 Oaklawn Ave Ne**
**Brookhaven, GA 30319**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$21.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

**3.111 20**

**Nonpriority creditor's name and mailing address**

**Kendall Sieron**
**1317 Oaklawn Ave NE**
**Brookhaven, GA 30319**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$29.00

---

**3.111 21**

**Nonpriority creditor's name and mailing address**

**Kendra D**
**15765 W State Route 2**
**Oak Harbor, OH 43449**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$93.00

---

**3.111 22**

**Nonpriority creditor's name and mailing address**

**Kendra Danneil**
**7564 Driftwood Way**
**Pleasanton, CA 94588**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$958.00

---

**3.111 23**

**Nonpriority creditor's name and mailing address**

**Kendra Danneil**
**7564 Driftwood Way**
**Pleasanton, CA 94588**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$220.00

---

**3.111 24**

**Nonpriority creditor's name and mailing address**

**Kendra Davis**
**15765 W State Route 2**
**Oak Harbor, OH 43449**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$2,626.00

---

**3.111 25**

**Nonpriority creditor's name and mailing address**

**Kendra Neil**
**521 Stadium Pl S Apt 916**
**Seattle, WA 98104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$85.00

---

**3.111 26**

**Nonpriority creditor's name and mailing address**

**Kendra O**
**2415 Taft St**
**Houston, TX 77006**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$40.00

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.111**
**27**

**Nonpriority creditor's name and mailing address**
**Kendra Wensing**
**4909 Stratton Mill Street**
**N Ridgeville, OH 44039**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$66.00**

---

**3.111**
**28**

**Nonpriority creditor's name and mailing address**
**Kendrick Lau**
**100 Van NEss Ave Apt 2313**
**San Francisco, CA 94102**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$110.00**

---

**3.111**
**29**

**Nonpriority creditor's name and mailing address**
**Kenithallen Hallmark**
**303 Country Way**
**Needham, MA 02492**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

**3.111**
**30**

**Nonpriority creditor's name and mailing address**
**Kenja Purkey**
**3402 Hawthorne Dr**
**Amarillo, TX 79109**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$66.00**

---

**3.111**
**31**

**Nonpriority creditor's name and mailing address**
**Kenji S**
**18951 Chicory Ln**
**Morgan Hill, CA 95037**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$17.00**

---

**3.111**
**32**

**Nonpriority creditor's name and mailing address**
**Kenji Sugiyama**
**18951 Chicory Ln**
**Morgan Hill, CA 95037**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$47.00**

---

**3.111**
**33**

**Nonpriority creditor's name and mailing address**
**Kenneth Bauer**
**104 Tidewater Ave**
**Rio Grande, NJ 08242**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

---

| 3.111 | | |
|---|---|---|
| 34 | | |

**Nonpriority creditor's name and mailing address**

**Kenneth Black**
**3970 State Route 30**
**Latrobe, PA 15650**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$875.00**

---

| 3.111 | | |
|---|---|---|
| 35 | | |

**Nonpriority creditor's name and mailing address**

**Kenneth Bollinger**
**305 Weycroft Grant Dr**
**Cary, NC 27519**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,857.00**

---

| 3.111 | | |
|---|---|---|
| 36 | | |

**Nonpriority creditor's name and mailing address**

**Kenneth Brooks**
**3332 Timberbrook Dr.**
**Apt. F**
**Charlotte, NC 28208**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$23.00**

---

| 3.111 | | |
|---|---|---|
| 37 | | |

**Nonpriority creditor's name and mailing address**

**Kenneth Brown**
**6217 Sw 2d Ln**
**Bell, FL 32619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.111 | | |
|---|---|---|
| 38 | | |

**Nonpriority creditor's name and mailing address**

**Kenneth Bryant**
**120 Ralph Mcgill Blvd Ne**
**Apt 1508**
**Atlanta, GA 30308**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$45.00**

---

| 3.111 | | |
|---|---|---|
| 39 | | |

**Nonpriority creditor's name and mailing address**

**Kenneth C**
**38 S Quincy St**
**Hinsdale, IL 60521**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$15.00**

---

| 3.111 | | |
|---|---|---|
| 40 | | |

**Nonpriority creditor's name and mailing address**

**Kenneth Calalang**
**731 Judson St**
**Los Angeles, CA 90033**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$20.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.111 41 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
| **Kenneth Caldwell**<br>**1153 Barranca Dr**<br>**El Paso, TX 79935** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 42 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$235.00** |
| **Kenneth Contrera**<br>**39 E Market St Ste 202**<br>**Lumis Llc**<br>**Akron, OH 44308** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 43 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27.00** |
| **Kenneth Cyr**<br>**58 Boulter Road**<br>**Wethersfield, CT 06109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 44 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$558.00** |
| **Kenneth Edwards**<br>**19 Jardine Ct**<br>**Morris Plains, NJ 07950** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 45 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
| **Kenneth Finneran**<br>**701 Brickell Ave Ste 400**<br>**Miami, FL 33131** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 46 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28.00** |
| **Kenneth Gajda**<br>**117 Myrtleberry Ln**<br>**Deland, FL 32724** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 47 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
| **Kenneth Griffo**<br>**103 S Fern Abbey Ln**<br>**Cary, NC 27518** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.111 48 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kenneth Howerton**
**3455 Navajo St**
**Denver, CO 80211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$101.00**

---

| 3.111 49 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kenneth Kromer**
**200 Ports Authority Dr**
**Scspa**
**Mt Pleasant, SC 29464**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,365.00**

---

| 3.111 50 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kenneth Lanigan**
**5890 Waxmyrtle Way**
**Naples, FL 34109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$31.00**

---

| 3.111 51 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kenneth Lard**
**109 Holly Circle**
**Advance, NC 27006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$132.00**

---

| 3.111 52 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kenneth Lee**
**6601 Hollytree Cir**
**Tyler, TX 75703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,893.00**

---

| 3.111 53 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kenneth Mckenna**
**719 Vassar Street**
**Orlando, FL 32804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$280.00**

---

| 3.111 54 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kenneth Miller**
**1412 Rita Ave**
**St Charles, IL 60174**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,146.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.111 |
|-------|
| 55    |

**Nonpriority creditor's name and mailing address**
**Kenneth Molay**
**217 Kilbreck Dr**
**Cary, NC 27511**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,901.00**

---

| 3.111 |
|-------|
| 56    |

**Nonpriority creditor's name and mailing address**
**Kenneth Nordgren**
**5601 Hauaala Rd**
**Kapaa, HI 96746**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$294.00**

---

| 3.111 |
|-------|
| 57    |

**Nonpriority creditor's name and mailing address**
**Kenneth P**
**2217 S. Hope**
**Bisbee, AZ 85603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$26.50**

---

| 3.111 |
|-------|
| 58    |

**Nonpriority creditor's name and mailing address**
**Kenneth R**
**1285 Hedgerow Dr**
**Grayslake, IL 60030**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

| 3.111 |
|-------|
| 59    |

**Nonpriority creditor's name and mailing address**
**Kenneth Reidy**
**1285 Hedgerow Dr**
**Grayslake, IL 60030**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,745.00**

---

| 3.111 |
|-------|
| 60    |

**Nonpriority creditor's name and mailing address**
**Kenneth Stieren**
**10435 Sugar Crest Ave**
**Johns Creek, GA 30097**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$140.00**

---

| 3.111 |
|-------|
| 61    |

**Nonpriority creditor's name and mailing address**
**Kenneth T**
**117 Myrtleberry Ln**
**Deland, FL 32724**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor   **Phoeno Wine Company, Inc.**                                  Case number *(if known)*
_____                _____
Name

---

**3.111
62**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$2,032.00**

**Kenneth Venzke**                                          ☐ Contingent
**3860 Decoto Rd**                                          ☐ Unliquidated
**C/O Walgreens Fedex Onsite**                              ☐ Disputed
**Fremont, CA 94555**

Date(s) debt was incurred _                                 Basis for the claim:  **Customer**

Last 4 digits of account number _                           Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.111
63**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$48.00**

**Kenneth W**                                               ☐ Contingent
**212 Madison Ave Ste 200**                                 ☐ Unliquidated
**Mankato, MN 56001**                                       ☐ Disputed

Date(s) debt was incurred _                                 Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _                           Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.111
64**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$10,020.00**

**Kenneth White**                                           ☐ Contingent
**212 Madison Ave Ste 200**                                 ☐ Unliquidated
**Mankato, MN 56001**                                       ☐ Disputed

Date(s) debt was incurred _                                 Basis for the claim:  **Customer**

Last 4 digits of account number _                           Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.111
65**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$25.00**

**Kenneth Z**                                               ☐ Contingent
**5601 Merchant Dr**                                        ☐ Unliquidated
**Mckinney, TX 75071**                                      ☐ Disputed

Date(s) debt was incurred _                                 Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _                           Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.111
66**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$25.00**

**Kenny G**                                                 ☐ Contingent
**189 N Main St Ste 1**                                     ☐ Unliquidated
**Port Chester, NY 10573**                                  ☐ Disputed

Date(s) debt was incurred _                                 Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _                           Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.111
67**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$50.00**

**Kenny M**                                                 ☐ Contingent
**550 Orange Ave Unit 331**                                 ☐ Unliquidated
**Long Beach, CA 90802**                                    ☐ Disputed

Date(s) debt was incurred _                                 Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _                           Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.111
68**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$107.00**

**Kenny Mcnutt**                                            ☐ Contingent
**55 E Carson St**                                          ☐ Unliquidated
**Virginia City, NV 89440**                                 ☐ Disputed

Date(s) debt was incurred _                                 Basis for the claim:  **Customer**

Last 4 digits of account number _                           Is the claim subject to offset?  ■ No  ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

---

| 3.111 69 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kenny Shea**
**235 Main St Ste 116**
**Madison, NJ 07940**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.111 70 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kenny Thompson**
**19794 NE Red Oak Blvd**
**St. Joseph, MO 64505**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$172.00**

---

| 3.111 71 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kent Beck**
**109 Alpine Ter**
**San Francisco, CA 94117**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.111 72 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kent Byers**
**6415 E. Hills Ct.**
**Cumming, GA 30041**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$57.00**

---

| 3.111 73 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kent Conine**
**14600 Agarita Rd**
**Austin, TX 78734**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

| 3.111 74 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kent Dillow**
**10206 Talbot Pl**
**Tampa, FL 33626**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,531.00**

---

| 3.111 75 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kent Edgerton**
**187 Wentworth St**
**Charleston, SC 29401**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,196.00**

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____     Case number *(if known)* _____
Name

| | | |
|---|---|---|
| 3.111 76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Kent Flora**
**4161 Chardonnay Dr**
**Rockledge, FL 32955**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.111 77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
|---|---|---|

**Kent Hildebrand**
**18060 Appaloosa Rd**
**Monument, CO 80132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

| 3.111 78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
|---|---|---|

**Kent Kohlbacher**
**6801 Spring Creek Rd Ste 2b**
**Rockford, IL 61114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$116.00**

---

| 3.111 79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
|---|---|---|

**Kent L**
**3290 Sussex Ave**
**Clovis, CA 93619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$17.00**

---

| 3.111 80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
|---|---|---|

**Kent Landerholm**
**14371 Ebony Ln**
**Apple Valley, MN 55124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$606.00**

---

| 3.111 81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
|---|---|---|

**Kent Luckin**
**3290 Sussex Ave**
**Clovis, CA 93619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$596.00**

---

| 3.111 82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
|---|---|---|

**Kent Lyons**
**1827 Northpark Dr**
**UPS Access Point Advance Auto Parts Stor**
**Kingwood, TX 77339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$20,420.00**

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.111 83 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kent Matranga**
**96 Corporate Park**
**Irvine, CA 92606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$202.00**

---

| 3.111 84 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kent Mcquain**
**5220 George Washington Mem Hwy**
**Grafton, VA 23692**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,895.00**

---

| 3.111 85 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kent R**
**1005 Blue Ravine Rd Apt 1034**
**Folsom, CA 95630**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$80.00**

---

| 3.111 86 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kent R**
**9416 Acadiana Place Blvd**
**Shreveport, LA 71115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.111 87 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kent S**
**49 Weybosset St Ste 5**
**Providence, RI 02903**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.111 88 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kenton Fabrick**
**194 East Cutty Sark**
**Shelton, WA 98584**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.111 89 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kenton J**
**201 E 37th St Apt 14d**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$6.00**

---

Debtor    **Phoeno Wine Company, Inc.**                                          Case number *(if known)*
_____                                  _____
Name

---

| 3.111 |
| 90 |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$132.00**

**Kenton Jacobsen**                                ☐ Contingent
**201 E 37th St Apt 14d**                          ☐ Unliquidated
**New York, NY 10016**                             ☐ Disputed

Date(s) debt was incurred _                        **Basis for the claim:** __Customer__

Last 4 digits of account number _                  Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.111 |
| 91 |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

**Kenya D**                                        ☐ Contingent
**2298 Reserve Dr**                                ☐ Unliquidated
**Brentwood, CA 94513**                            ☐ Disputed

Date(s) debt was incurred _                        **Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _                  Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.111 |
| 92 |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$140.00**

**Keon Reed**                                      ☐ Contingent
**1731 Powell St Unit 406**                        ☐ Unliquidated
**San Francisco, CA 94133**                        ☐ Disputed

Date(s) debt was incurred _                        **Basis for the claim:** __Customer__

Last 4 digits of account number _                  Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.111 |
| 93 |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$125.00**

**Keri A**                                         ☐ Contingent
**4401 Lee Hwy, Apt 36**                           ☐ Unliquidated
**Arlington, VA 22207**                            ☐ Disputed

Date(s) debt was incurred _                        **Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _                  Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.111 |
| 94 |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$380.00**

**Keri Collette**                                  ☐ Contingent
**1200 4th St**                                    ☐ Unliquidated
**Key West, FL 33040**                             ☐ Disputed

Date(s) debt was incurred _                        **Basis for the claim:** __Customer__

Last 4 digits of account number _                  Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.111 |
| 95 |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$51.00**

**Keri H**                                         ☐ Contingent
**11 Kimberly Dr Apt 24**                          ☐ Unliquidated
**Merrimack, NH 03054**                            ☐ Disputed

Date(s) debt was incurred _                        **Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _                  Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.111 |
| 96 |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$3,440.00**

**Keri Harrison**                                  ☐ Contingent
**11 Kimberly Dr Apt 24**                          ☐ Unliquidated
**Merrimack, NH 03054**                            ☐ Disputed

Date(s) debt was incurred _                        **Basis for the claim:** __Customer__

Last 4 digits of account number _                  Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                         Case number (if known) _____

---

| 3.111 97 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kerim Hanif**
**13009 NE 96th Pl**
**Kirkland, WA 98033**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$367.00**

---

| 3.111 98 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kermit Molleur**
**2243 Plantation Dr**
**Beaufort, SC 29902**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,227.00**

---

| 3.111 99 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kerri L**
**2412 Morrow Place**
**Bethel Park, PA 15102**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$4,261.00**

---

| 3.112 00 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kerri Lewis**
**2412 Morrow Place**
**Bethel Park, PA 15102**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,299.00**

---

| 3.112 01 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kerrie M**
**16 Karen Ave**
**Shrewsbury, MA 01545**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$9.00**

---

| 3.112 02 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kerrie Mcadam**
**16 Karen Ave**
**Shrewsbury, MA 01545**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.112 03 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kerry Ellett**
**13924 Highstream Pl**
**Germantown, Md 20874**
**Germantown, MD 20874**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$815.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 3.112 04 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kerry Fields**
**225 Joe Dunn Rd**
**Iva, SC 29655**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,559.00

---

| 3.112 05 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kerry Hatch**
**720 Milton Road F4**
**Rye, NY 10580**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$66.00

---

| 3.112 06 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kerry Hertel**
**71 Keats Dr**
**New Windsor, NY 12553**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$345.00

---

| 3.112 07 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kerry Lange**
**1620 Montgomery St.**
**Suite 220**
**San Francisco, CA 94111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$62.64

---

| 3.112 08 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kerry M**
**123 Yellow Jacket Circle**
**Mooresville, NC 28117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| 3.112 09 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kerry M**
**825 Watters Creek Blvd**
**M240  (Springfree Trampoline)**
**Allen, TX 75013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

| 3.112 10 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kerry Roberts**
**7342 Lake Paloma Trl**
**Spring, TX 77389**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$28.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
Name

| 3.112 11 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kerry Shortall**
**4150 Kingsley Ave**
**Round Rock, TX 78681**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,513.00**

---

| 3.112 12 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kerry Smeal**
**11517 Howe Rd**
**Akron, NY 14001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$363.00**

---

| 3.112 13 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kerry Smith**
**602 Cedar Drive**
**Kill Devil Hills, NC 27948**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$75.00**

---

| 3.112 14 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kerry Umamoto**
**124 Makaala St**
**Hilo, HI 96720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$56.00**

---

| 3.112 15 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kerry Underwood**
**28204 Matador Place**
**Santa Clarita, CA 91390**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$96.00**

---

| 3.112 16 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kervin Cabezas**
**42336 Winsbury West Pl**
**Sterling, VA 20166**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$639.00**

---

| 3.112 17 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ketan Bhavan**
**9521 Albert Dr**
**Dublin, CA 94568**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$252.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| 3.112 18 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$881.00** |

**Ketan Gala**
**18 Starboard Way**
**Mount Laurel, NJ 08054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 19 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |

**Ketsani Rujiphan**
**765 Brewer Road**
**Fredericksburg, TX 78624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 20 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |

**Kevin A**
**13524 98th Ave Ne**
**Kirkland, WA 98034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 21 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$435.00** |

**Kevin Albertson**
**13907 Reserve Ct**
**Bakersfield, CA 93314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 22 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**Kevin B**
**26 Coeyman Ave**
**Bloomfield, NJ 07003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 23 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4.00** |

**Kevin B**
**2930 Glenarm Pl**
**Denver, CO 80205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 24 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**Kevin B**
**935 N Wilcrest Dr Apt 1057**
**Houston, TX 77079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name                                         Case number *(if known)*

---

| 3.112 25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$338.00** |

**Kevin Benes**
**25 Gregory Ave**
**Merrick, NY 11566**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$495.00** |

**Kevin Benjamin**
**3511 Schuerman House Dr**
**Fairfax, VA 22031**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,794.00** |

**Kevin Black**
**141 Wildwood Ct**
**Mahtomedi, MN 55115**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$265.00** |

**Kevin Block**
**17982 County Road 7**
**Mead, CO 80542**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,406.00** |

**Kevin Brogan**
**756 Newberry Lane**
**Webster, NY 14580**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$116.00** |

**Kevin Brophy**
**3603 Underwood St**
**Houston, TX 77025**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$366.00** |

**Kevin Brown**
**2930 Glenarm Pl**
**Denver, CO 80205**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_ _____
Name

| 3.112 32 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin C**
**10085 Red Run Blvd Ste 105**
**Owings Mills, MD 21117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$4.00**

---

| 3.112 33 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin C**
**1020 Gannet Ln**
**Ocean Springs, MS 39564**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$313.51**

---

| 3.112 34 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin C**
**202 Vinita Place**
**Loudon, TN 37774**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$104.46**

---

| 3.112 35 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin C**
**7727 82 Street**
**Glendale, NY 11385**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$22.00**

---

| 3.112 36 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin Cannon**
**7727 82 Street**
**Glendale, NY 11385**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,759.00**

---

| 3.112 37 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin Carter**
**10085 Red Run Blvd Ste 105**
**Owings Mills, MD 21117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,106.00**

---

| 3.112 38 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin Centeck**
**27267 Victoria Rd**
**Novi, MI 48374**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,086.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 3.112 39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,056.00** |
|---|---|---|---|

**Kevin Claborn**
**418 Love Bird Ln**
**Murphy, TX 75094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,129.00** |
|---|---|---|---|

**Kevin Clark**
**3002 San Jose Ave**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$528.00** |
|---|---|---|---|

**Kevin Cox**
**295 Camden Rd NE**
**Atlanta, GA 30309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9.00** |
|---|---|---|---|

**Kevin D**
**132 Lake Wood Dr**
**Edenton, NC 27932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$49.13** |
|---|---|---|---|

**Kevin D**
**1780 Horizon Ridge Pkwy**
**Suite 100**
**Henderson, NV 89012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,387.00** |
|---|---|---|---|

**Kevin Deering**
**5 Sicomac Rd**
**C/O UPS Store**
**North Haledon, NJ 07508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,516.00** |
|---|---|---|---|

**Kevin Donley**
**132 Lake Wood Dr**
**Edenton, NC 27932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.112 46 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin Doran**
**35 Scarborough Way**
**Rancho Mirage, CA 92270**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$229.00

---

| 3.112 47 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin Dyer**
**1625 Beach Drive NE**
**St. Petersburg, FL 33704**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$31.00

---

| 3.112 48 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin Ellson**
**8005 Applestone Trail**
**Colorado Springs, CO 80919**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$307.00

---

| 3.112 49 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin F**
**135 W 10th St**
**Tracy, CA 95376**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$6.91

---

| 3.112 50 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin F**
**18 Stuyvesant Oval**
**Apt 11a**
**New York, NY 10009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

| 3.112 51 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin F**
**6309 S 90th East Avenue**
**Tulsa, OK 74133**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

| 3.112 52 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin F**
**7173 Heatherwood Dr**
**Reno, NV 89523**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$11.00

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known)    _____
Name

---

| 3.112 |
| 53 |

**Nonpriority creditor's name and mailing address**

**Kevin Fossett**
**2454 Garnett Dr**
**Alexandria, VA 22311**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$210.00**

---

| 3.112 |
| 54 |

**Nonpriority creditor's name and mailing address**

**Kevin Frailey**
**851 Transport Dr**
**Valparaiso, IN 46383**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$18,021.00**

---

| 3.112 |
| 55 |

**Nonpriority creditor's name and mailing address**

**Kevin Frizzell**
**5775 Morehouse Dr**
**San Diego, CA 92121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$164.00**

---

| 3.112 |
| 56 |

**Nonpriority creditor's name and mailing address**

**Kevin Fuselier**
**1240 Farmington Ave**
**West Hartford, CT 06107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$612.00**

---

| 3.112 |
| 57 |

**Nonpriority creditor's name and mailing address**

**Kevin G**
**100 Albert Way Apt 1219**
**Princeton, NJ 08540**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$26.00**

---

| 3.112 |
| 58 |

**Nonpriority creditor's name and mailing address**

**Kevin G**
**27407 Ten Mile Cutoff Rd**
**Point Arena, CA 95468**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.112 |
| 59 |

**Nonpriority creditor's name and mailing address**

**Kevin Gallagher**
**27407 Ten Mile Cutoff Rd**
**Point Arena, CA 95468**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,135.00**

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.112
60**

**Nonpriority creditor's name and mailing address**

**Kevin Gallagher
3 Four Acres Rd
Darien, CT 06820**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

**3.112
61**

**Nonpriority creditor's name and mailing address**

**Kevin Golden
195 10th Ave
Holtsville, NY 11742**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$58.00**

---

**3.112
62**

**Nonpriority creditor's name and mailing address**

**Kevin Greenleaf
38907 Fry Farm Rd
Lovettsville, VA 20180**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$533.00**

---

**3.112
63**

**Nonpriority creditor's name and mailing address**

**Kevin H
100 W Broadway
Suite 3000
Long Beach, CA 90802**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

**3.112
64**

**Nonpriority creditor's name and mailing address**

**Kevin H
8109 Oldfield Ct Se
Byron Center, MI 49315**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$6.00**

---

**3.112
65**

**Nonpriority creditor's name and mailing address**

**Kevin H
9302 E Aw Tillinghast Rd
Scottsdale, AZ 85262**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$31.00**

---

**3.112
66**

**Nonpriority creditor's name and mailing address**

**Kevin Hannan
17122 Winding Creek Dr
Orland Park, IL 60467**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$106.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                                    Case number _(if known)_  _____

| | |
|---|---|

**3.112 67**

**Nonpriority creditor's name and mailing address**

**Kevin Hanz**
**14168 Walnut Hill Lane**
**Dallas, TX 75231**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$270.00**

---

**3.112 68**

**Nonpriority creditor's name and mailing address**

**Kevin Happ**
**1413 Greenside Dr**
**Raleigh, NC 27609**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$435.00**

---

**3.112 69**

**Nonpriority creditor's name and mailing address**

**Kevin Harris**
**5002 Hayes St NE**
**Youth Division**
**Washington, DC 20019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$132.00**

---

**3.112 70**

**Nonpriority creditor's name and mailing address**

**Kevin Heeringa**
**8109 Oldfield Ct Se**
**Byron Center, MI 49315**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$509.00**

---

**3.112 71**

**Nonpriority creditor's name and mailing address**

**Kevin Hormann**
**17910 Bearpath Trl**
**Eden Prairie, MN 55347**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,129.00**

---

**3.112 72**

**Nonpriority creditor's name and mailing address**

**Kevin Hughey**
**4315 Sandcreek Rd**
**Decatur, IL 62521**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$112.77**

---

**3.112 73**

**Nonpriority creditor's name and mailing address**

**Kevin J**
**1901 Laurel Oak Ct**
**Arlington, TX 76001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Name                                                         Case number *(if known)*  _____

| | |
|---|---|

**3.112**
**74**

**Nonpriority creditor's name and mailing address**

**Kevin J**
**508 Linden St. Apt. B**
**San Francisco, CA 94102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No  ☐ Yes

$20.00

---

**3.112**
**75**

**Nonpriority creditor's name and mailing address**

**Kevin Jackson**
**5147 N 45th Place**
**Phoenix, AZ 85018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No  ☐ Yes

$8,323.00

---

**3.112**
**76**

**Nonpriority creditor's name and mailing address**

**Kevin Jewett**
**810 Gleason Acres Dr**
**Wayzata, MN 55391**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No  ☐ Yes

$281.00

---

**3.112**
**77**

**Nonpriority creditor's name and mailing address**

**Kevin Jewett**
**810 Gleason Acres Dr**
**Wayzata, MN 55391**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No  ☐ Yes

$182.00

---

**3.112**
**78**

**Nonpriority creditor's name and mailing address**

**Kevin Johnson**
**201 S Oak St**
**Falls Church, VA 22046**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No  ☐ Yes

$896.00

---

**3.112**
**79**

**Nonpriority creditor's name and mailing address**

**Kevin Jones**
**2001 Darling Heights Place NW**
**Alexandria, MN 56308**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No  ☐ Yes

$824.00

---

**3.112**
**80**

**Nonpriority creditor's name and mailing address**

**Kevin Jones**
**20135 Silver Horn Lane**
**Monument, CO 80132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No  ☐ Yes

$4,206.00

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| 3.112 81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $165.00 |
|---|---|---|---|

**Kevin Jordan**
**130 Grand Ave**
**Iselin, NJ 08830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |
|---|---|---|---|

**Kevin Jordan**
**130 Grand Ave**
**Iselin, NJ 08830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customers - Deferred Credit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $147.00 |
|---|---|---|---|

**Kevin Joseph**
**1901 Laurel Oak Ct**
**Arlington, TX 76001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,104.00 |
|---|---|---|---|

**Kevin K**
**8464 Grand Lake Estates Dr**
**Montgomery, TX 77316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customers - Deferred Credit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29.00 |
|---|---|---|---|

**Kevin K**
**8645 College Blvd Ste 250**
**Overland Park, KS 66210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customers - Deferred Credit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $420.00 |
|---|---|---|---|

**Kevin Kirschman**
**1688 Pine St**
**W1102**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,701.00 |
|---|---|---|---|

**Kevin Koesters**
**8464 Grand Lake Estates Dr**
**Montgomery, TX 77316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.112 88 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Kevin Kollock**
**15602 Duck Trail Ln**
**Apple Valley, MN 55124**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.112 89 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Kevin Kruse**
**8645 College Blvd Ste 250**
**Overland Park, KS 66210**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$109.00**

---

| 3.112 90 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Kevin L**
**1501 Nw 56th St**
**Apt 724**
**Seattle, WA 98107**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.112 91 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Kevin L**
**16027 Brookhurst Street I-281**
**Fountain Valley, CA 92708**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.112 92 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Kevin L**
**21 Stepping Stone**
**Irvine, CA 92603**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.112 93 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Kevin L**
**4601 Amesbury Dr Apt 1104**
**Dallas, TX 75206**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

| 3.112 94 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Kevin Lanning**
**1608 Layhill Dr**
**Raleigh, NC 27606**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$355.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

---

| 3.112 95 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin Laszlo**
**4601 Amesbury Dr Apt 1104**
**Dallas, TX 75206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$64.00**

---

| 3.112 96 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin Ledoux**
**1246 Primwood Ln**
**Lutz, FL 33549**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$196.00**

---

| 3.112 97 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin Lee**
**12 Kensington Ct**
**Nanuet, NY 10954**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$28.00**

---

| 3.112 98 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin Lee**
**2605 S Jackson Ave**
**Joplin, MO 64804**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$307.00**

---

| 3.112 99 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin Lesage**
**49 Aster Ln**
**Williston, VT 05495**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| 3.113 00 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin Licari**
**124 W 60th St**
**Apt 46g**
**New York, NY 10023**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$45.00**

---

| 3.113 01 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin Littlejohn**
**1014 Oleander St**
**Lake Jackson, TX 77566**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$180.00**

---

Official Form 206 E/F              Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.113 02 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin Littlejohn**
**113 Echo Drive**
**Jupiter, FL 33458**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$906.00**

---

| 3.113 03 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin Love**
**250 Washington Ter**
**Audubon, NJ 08106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$31.00**

---

| 3.113 04 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin Lucey**
**45 Harrison Dr**
**Newtown Sq, PA 19073**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$28.00**

---

| 3.113 05 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin Lurie**
**6695 Ayleshire**
**Solon, OH 44139**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$35.00**

---

| 3.113 06 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin Luxton**
**84 Meadow Top Ln**
**Hendersonville, NC 28792**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$450.00**

---

| 3.113 07 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin M**
**1739 Echo Canyon Court**
**San Jose, CA 95121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$8.58**

---

| 3.113 08 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin M**
**4206 Badgeley Cir**
**Cincinnati, OH 45223**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$15.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| **3.113 09** | |

**Nonpriority creditor's name and mailing address**

**Kevin M**
**426 Summerset Ln**
**Summerville, SC 29483**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| | |
|---|---|
| **3.113 10** | |

**Nonpriority creditor's name and mailing address**

**Kevin M**
**811 Nw 43rd Ave Apt 301**
**Miami, FL 33126**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| | |
|---|---|
| **3.113 11** | |

**Nonpriority creditor's name and mailing address**

**Kevin Maxfield**
**4206 Badgeley Cir**
**Cincinnati, OH 45223**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$16,176.00**

---

| | |
|---|---|
| **3.113 12** | |

**Nonpriority creditor's name and mailing address**

**Kevin Maxfield**
**4206 Badgeley Cir**
**Cincinnati, OH 45223**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$15,688.00**

---

| | |
|---|---|
| **3.113 13** | |

**Nonpriority creditor's name and mailing address**

**Kevin Mcdonald**
**7355 Sw Fairway Loop**
**Wilsonville, OR 97070**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| | |
|---|---|
| **3.113 14** | |

**Nonpriority creditor's name and mailing address**

**Kevin Mcguire**
**3125 Flintlock Rd**
**Fairfax, VA 22030**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,115.00**

---

| | |
|---|---|
| **3.113 15** | |

**Nonpriority creditor's name and mailing address**

**Kevin Mckenna**
**135 April Sound Dr**
**Naples, FL 34119**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$738.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
        Name

| | |
|---|---|
| **3.113** **16** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$141.00**

**Kevin Mcmullan**
**128 Old Kingdom Rd**                    ☐ Contingent
**Wilton, CT 06897**                    ☐ Unliquidated
                    ☐ Disputed
Date(s) debt was incurred _
Last 4 digits of account number _                    Basis for the claim:  **Customer**

                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.113**
**17**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$1,783.00**

**Kevin Mead**
**76220 Fairway Dr**                    ☐ Contingent
**Indian Wells, CA 92210**                    ☐ Unliquidated
                    ☐ Disputed
Date(s) debt was incurred _
Last 4 digits of account number _                    Basis for the claim:  **Customer**

                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.113**
**18**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$15.00**

**Kevin Michaels**
**888 W Sam Houston Pkwy S, Suite 226**                    ☐ Contingent
**Houston, TX 77042**                    ☐ Unliquidated
                    ☐ Disputed
Date(s) debt was incurred _
Last 4 digits of account number _                    Basis for the claim:  **Customers - Deferred Credit**

                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.113**
**19**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$70.00**

**Kevin Miller**
**3200 Beaver Creek Dr**                    ☐ Contingent
**Flower Mound, TX 75022**                    ☐ Unliquidated
                    ☐ Disputed
Date(s) debt was incurred _
Last 4 digits of account number _                    Basis for the claim:  **Customer**

                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.113**
**20**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$5,381.00**

**Kevin Mira**
**327 Frankfort Street**                    ☐ Contingent
**Daly City, CA 94014**                    ☐ Unliquidated
                    ☐ Disputed
Date(s) debt was incurred _
Last 4 digits of account number _                    Basis for the claim:  **Customer**

                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.113**
**21**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$20.00**

**Kevin Mirasola**
**18127 Twilight Shores Ln**                    ☐ Contingent
**Cypress, TX 77433**                    ☐ Unliquidated
                    ☐ Disputed
Date(s) debt was incurred _
Last 4 digits of account number _                    Basis for the claim:  **Customer**

                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.113**
**22**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$930.00**

**Kevin Mirus**
**5021 Bayfield Terrace**                    ☐ Contingent
**Madison, WI 53705**                    ☐ Unliquidated
                    ☐ Disputed
Date(s) debt was incurred _
Last 4 digits of account number _                    Basis for the claim:  **Customer**

                    Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                      Case number *(if known)* _____
_____
Name

| 3.113 23 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$256.00** |

**Kevin Mohr**
**25 Hudson St**
**Apt 512**
**Jersey City, NJ 07302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 24 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$255.00** |

**Kevin Moran**
**31 Periwinkle Drive**
**Monmouth Junction, NJ 08852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 25 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,089.00** |

**Kevin Nabbefeld**
**739 Faraone Dr**
**San Jose, CA 95136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 26 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$392.00** |

**Kevin Nugent**
**213 E Sunset Ave**
**Lombard, IL 60044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 27 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**Kevin O**
**11 Ravenwood Drive**
**Walnut Creek, CA 94597**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 28 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |

**Kevin Omaley**
**201 Pine St**
**Quincy, MA 02170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 29 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |

**Kevin P**
**215 E 10th St**
**Jeffersonville, IN 47130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| **3.113 30** | |

**Nonpriority creditor's name and mailing address**

**Kevin P**
**50339 Drakes Bay Dr**
**Novi, MI 48374**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| | |
|---|---|
| **3.113 31** | |

**Nonpriority creditor's name and mailing address**

**Kevin Peck**
**21733 Sw Cedar Brook Way**
**#227**
**Sherwood, OR 97140**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$55.00**

---

| | |
|---|---|
| **3.113 32** | |

**Nonpriority creditor's name and mailing address**

**Kevin Prevost**
**215 E 10th St**
**Jeffersonville, IN 47130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$491.00**

---

| | |
|---|---|
| **3.113 33** | |

**Nonpriority creditor's name and mailing address**

**Kevin Q**
**3845 Mahogany Bend Drive**
**Naples, FL 34114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$61.00**

---

| | |
|---|---|
| **3.113 34** | |

**Nonpriority creditor's name and mailing address**

**Kevin R**
**3368 Richard's Crossing**
**Fort Mill, SC 29708**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$27.00**

---

| | |
|---|---|
| **3.113 35** | |

**Nonpriority creditor's name and mailing address**

**Kevin Ramquist**
**6431 Dogwood Dr**
**Harrison, TN 37341**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$190.00**

---

| | |
|---|---|
| **3.113 36** | |

**Nonpriority creditor's name and mailing address**

**Kevin Reamer**
**415 N Patrick St**
**Alexandria, VA 22314**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$45.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.113 37**

**Nonpriority creditor's name and mailing address**

**Kevin Reap**
**8014 Park Ln**
**Bethesda, MD 20814**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$487.00**

---

**3.113 38**

**Nonpriority creditor's name and mailing address**

**Kevin Rhodes**
**123 Oak St**
**Reading, MA 01867**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$356.00**

---

**3.113 39**

**Nonpriority creditor's name and mailing address**

**Kevin Robbins**
**858 Merriewood Lane**
**Mclean, VA 22102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$348.00**

---

**3.113 40**

**Nonpriority creditor's name and mailing address**

**Kevin Roberts**
**3368 Richard's Crossing**
**Fort Mill, SC 29708**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,162.00**

---

**3.113 41**

**Nonpriority creditor's name and mailing address**

**Kevin Roberts**
**51 Canidae St**
**Burlington, NJ 08016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$140.00**

---

**3.113 42**

**Nonpriority creditor's name and mailing address**

**Kevin S**
**1050 Laurel Hill Ln**
**Meadowbrook, PA 19046**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$48.00**

---

**3.113 43**

**Nonpriority creditor's name and mailing address**

**Kevin S**
**15 Via Mantova Unit 306**
**Henderson, NV 89011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$56.40**

---

Debtor     **Phoeno Wine Company, Inc.**

_____     Case number _(if known)_ _____

Name

---

| 3.113 |
| 44 |

**Nonpriority creditor's name and mailing address**

**Kevin S**
**16 Kimberly Ct**
**Princeton, NJ 08540**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._                   **$50.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.113 |
| 45 |

**Nonpriority creditor's name and mailing address**

**Kevin S**
**500 Jefferson St # 16**
**Houston, TX 77002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._                 **$2,010.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.113 |
| 46 |

**Nonpriority creditor's name and mailing address**

**Kevin S**
**6236 Chevy Chase Dr**
**Houston, TX 77057**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._                   **$39.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.113 |
| 47 |

**Nonpriority creditor's name and mailing address**

**Kevin S**
**7800 Forsyth Blvd Ste 450**
**Saint Louis, MO 63105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._                    **$4.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.113 |
| 48 |

**Nonpriority creditor's name and mailing address**

**Kevin Saunders**
**15 Via Mantova Unit 306**
**Henderson, NV 89011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._                   **$40.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.113 |
| 49 |

**Nonpriority creditor's name and mailing address**

**Kevin Schlotman**
**2722 Erie Ave**
**Cincinnati, OH 45208**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._                 **$2,813.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.113 |
| 50 |

**Nonpriority creditor's name and mailing address**

**Kevin Seeley**
**8935 Players Dr**
**Brooksville, FL 34613**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._                   **$28.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name                                                    Case number *(if known)*  _____

| 3.113 51 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin Sharp**
**163 Deer Park Ln**
**Kerrville, TX 78028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$123.00**

---

| 3.113 52 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin Shmelzer**
**1050 Laurel Hill Ln**
**Meadowbrook, PA 19046**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$143.00**

---

| 3.113 53 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin Sockwell**
**15601 Holly Grove Rd**
**Silver Spring, MD 20905**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$925.05**

---

| 3.113 54 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin Soucek**
**353 Northland Dr**
**Medina, OH 44256**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.113 55 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin Stansell**
**1118 Baslow Brook Ct**
**Raleigh, NC 27614**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,513.00**

---

| 3.113 56 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin Stief**
**4401 Courtside Dr**
**Mckinney, TX 75070**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$74.00**

---

| 3.113 57 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin Strehlow**
**6236 Chevy Chase Dr**
**Houston, TX 77057**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,747.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

---

**3.113 58**

**Nonpriority creditor's name and mailing address**

**Kevin T**
**24210 Kings Pointe**
**Novi, MI 48375**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$9.00**

---

**3.113 59**

**Nonpriority creditor's name and mailing address**

**Kevin T 5698**
**12418 Claridel Rd**
**Oakdale, CA 95361**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

**3.113 60**

**Nonpriority creditor's name and mailing address**

**Kevin Taylor**
**311 Sequoia Ave**
**Redwood City, CA 94061**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.113 61**

**Nonpriority creditor's name and mailing address**

**Kevin Thompson**
**2527 Cross Winds Lane**
**Chattanooga, TN 37421**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7,378.88**

---

**3.113 62**

**Nonpriority creditor's name and mailing address**

**Kevin Travers**
**12 Gay St**
**North Chelmsford, MA 01863**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$21.00**

---

**3.113 63**

**Nonpriority creditor's name and mailing address**

**Kevin V**
**3065 Bridgeham St**
**Elgin, IL 60124**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

**3.113 64**

**Nonpriority creditor's name and mailing address**

**Kevin Vaughn**
**2236 Staggerbush Dr**
**Jacksonville, FL 32223**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

Debtor    **Phoeno Wine Company, Inc.**    Case number (if known) _____
_____
Name

---

| 3.113 65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,417.00** |

**Kevin Vilke**
**20 Woodland Lane**
**Woodbury, CT 06798**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.113 66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$85.00** |

**Kevin Ware**
**2669 South Bayshore**
**Unit 403n**
**Miami, FL 33133**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.113 67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$336.00** |

**Kevin Wesolowski**
**5492 Whitfield Dr**
**Troy, MI 48098**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.113 68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,815.00** |

**Kevin Wilson**
**1086 NW 110 Lane**
**Coral Springs, FL 33071**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.113 69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60.00** |

**Kevin Xie**
**1000 Avenue At Port Imperial Apt 705**
**Weehawken, NJ 07086**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.113 70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15.00** |

**Kevin Z**
**2611 Erica Ave**
**West Covina, CA 91792**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.113 71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,734.00** |

**Kevin Zanella**
**940 Trimble Place**
**Sagamore Hills, OH 44067**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

| 3.113 72 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin Zayas**
**1289 Caldwell Ave**
**Orange City, FL 32763**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.113 73 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin Zeman**
**510 N Wilmington St Apt 518**
**Raleigh, NC 27604**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,644.00**

---

| 3.113 74 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin Zhang**
**2611 Erica Ave**
**West Covina, CA 91792**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,699.00**

---

| 3.113 75 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin Zittle**
**7304 Fred Morse Dr**
**Austin, TX 78723**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$380.00**

---

| 3.113 76 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin5103683040 C**
**157 La Sonoma Way**
**Alamo, CA 94507**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

| 3.113 77 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin5103683040 Cuny**
**157 La Sonoma Way**
**Alamo, CA 94507**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$749.00**

---

| 3.113 78 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Kevork T**
**2798 Woodwardia Dr**
**Los Angeles, CA 90077**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____

Name

---

| 3.113 79 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kevork Topdjian**
**2798 Woodwardia Dr**
**Los Angeles, CA 90077**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$197.00**

---

| 3.113 80 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kf Kitchenii**
**1811 Cape Coral Pkwy E**
**Real Estate Info Center**
**Cape Coral, FL 33904**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$789.00**

---

| 3.113 81 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kfir A**
**Paul Hastings**
**600 Travis St 58th Floor**
**Houston, TX 77702**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.113 82 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kfir Bar**
**3002 39th Ave Apt B401**
**Long Island City, NY 11101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.113 83 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kfir Tzyoni**
**8920 W Russell Rd Unit 1041**
**Las Vegas, NV 89148**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$165.00**

---

| 3.113 84 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kha N**
**3421 Leonardtown Rd**
**Waldorf, MD 20601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.113 85 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Khalom Intong**
**1721 33rd St Se**
**Rio Rancho, NM 87124**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$490.00**

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

**3.113 86**

**Nonpriority creditor's name and mailing address**

**Khanh Nguyen**
**3805 Blackthorn Street**
**Chevy Chase, MD 20815**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,231.00**

---

**3.113 87**

**Nonpriority creditor's name and mailing address**

**Kharley Smith**
**736 Burleson St**
**San Marcos, TX 78666**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.113 88**

**Nonpriority creditor's name and mailing address**

**Khondoker Salom**
**3087 Passmore Dr**
**Los Angeles, CA 90068**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$140.00**

---

**3.113 89**

**Nonpriority creditor's name and mailing address**

**Khris D**
**1209 Dahlia Court**
**Mishawaka, IN 46545**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$4.00**

---

**3.113 90**

**Nonpriority creditor's name and mailing address**

**Khris Davis**
**1209 Dahlia Court**
**Mishawaka, IN 46545**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$325.00**

---

**3.113 91**

**Nonpriority creditor's name and mailing address**

**Khris Ward**
**1230 Rickard Dr**
**Huntersville, NC 28078**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$280.00**

---

**3.113 92**

**Nonpriority creditor's name and mailing address**

**Khristian O**
**937 Stanton Ave**
**Elizabeth, NJ 07208**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$56.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.113 93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,619.00 |

**Khristian Ospina**
**937 Stanton Ave**
**Elizabeth, NJ 07208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |

**Kia B**
**403 E Carlisle Ave**
**Whitefish Bay, WI 53217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $968.00 |

**Kia Bailey**
**403 E Carlisle Ave**
**Whitefish Bay, WI 53217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**Kiana Saade**
**265 Scamridge Curv**
**A3**
**Buffalo, NY 14221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.03 |

**Kiel D**
**80 Ne 14th Ave**
**Portland, OR 97232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.50 |

**Kieran Scully**
**6717 Leland Way**
**Apartment 1**
**Los Angeles, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |

**Kiet N**
**4751 High Anchor St**
**Las Vegas, NV 89121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____

      Name

| 3.114 00 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$182.00** |

**3.114 00**

**Nonpriority creditor's name and mailing address**

**Kihyun Yoon**
**1260 Sierra Mar Dr**
**San Jose, CA 95118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$182.00**

---

**3.114 01**

**Nonpriority creditor's name and mailing address**

**Kil-Jae Hong**
**6314 Sharps Drive**
**Centreville, VA 20121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$216.00**

---

**3.114 02**

**Nonpriority creditor's name and mailing address**

**Kim B**
**1314 S Grand Blvd**
**Spokane, WA 99202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$3.00**

---

**3.114 03**

**Nonpriority creditor's name and mailing address**

**Kim Bailon**
**9875 W 82nd Pl**
**Arvada, CO 80005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$349.00**

---

**3.114 04**

**Nonpriority creditor's name and mailing address**

**Kim Beard**
**125 Freesia Ln**
**Sunrise Beach, MO 65079**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$147.00**

---

**3.114 05**

**Nonpriority creditor's name and mailing address**

**Kim Church**
**2308 Mansfield Lane**
**Cedar Park, TX 78613**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

**3.114 06**

**Nonpriority creditor's name and mailing address**

**Kim Dowgielewicz**
**613 Fairstead Rd**
**Manakin Sabot, VA 23103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$290.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name    Case number (if known) _____

---

| 3.114 07 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
| **Kim F** | ☐ Contingent | |
| **122 Southern St** | ☐ Unliquidated | |
| **Corpus Christi, TX 78404** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| | **Basis for the claim:** **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.114 08 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27.00** |
| **Kim H** | ☐ Contingent | |
| **1976 Manzanita Dr** | ☐ Unliquidated | |
| **Oakland, CA 94611** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| | **Basis for the claim:** **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.114 09 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15.00** |
| **Kim H** | ☐ Contingent | |
| **70 Daufaskie Ct** | ☐ Unliquidated | |
| **Sumter, SC 29150** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| | **Basis for the claim:** **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.114 10 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Kim Harrington** | ☐ Contingent | |
| **236 Shady Oaks Circle** | ☐ Unliquidated | |
| **Lake Mary, FL 32746** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.114 11 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$192.00** |
| **Kim Huelsman** | ☐ Contingent | |
| **1976 Manzanita Dr** | ☐ Unliquidated | |
| **Oakland, CA 94611** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.114 12 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18.00** |
| **Kim J** | ☐ Contingent | |
| **16360 Las Cumbres** | ☐ Unliquidated | |
| **Whittier, CA 90603** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| | **Basis for the claim:** **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.114 13 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$80.00** |
| **Kim Johnson** | ☐ Contingent | |
| **16360 Las Cumbres** | ☐ Unliquidated | |
| **Whittier, CA 90603** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

**3.114 14**

**Nonpriority creditor's name and mailing address**

**Kim Johnson**
**54 Badger Way**
**Manchester, NH 03109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$5,191.00**

---

**3.114 15**

**Nonpriority creditor's name and mailing address**

**Kim K**
**45 N Main**
**Victor, ID 83455**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.114 16**

**Nonpriority creditor's name and mailing address**

**Kim Keeley**
**45 N Main**
**Victor, ID 83455**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$7,075.00**

---

**3.114 17**

**Nonpriority creditor's name and mailing address**

**Kim Kokolus**
**326 Patriots Path**
**Malvern, PA 19355**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,022.00**

---

**3.114 18**

**Nonpriority creditor's name and mailing address**

**Kim Lincoln**
**7387 Route 96 Ste 400**
**Victor, NY 14564**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$297.00**

---

**3.114 19**

**Nonpriority creditor's name and mailing address**

**Kim Logue**
**701 Ocean Dr**
**Avalon, NJ 08202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

**3.114 20**

**Nonpriority creditor's name and mailing address**

**Kim M**
**1 Las Olas Circle**
**#711**
**Fort Lauderdale, FL 33316**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.114 21 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kim M**
**2590 Clarebank Way**
**San Jose, CA 95121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No  ☐ Yes

**$50.00**

---

| 3.114 22 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kim Martini**
**4594 Campobello St**
**San Diego, CA 92130**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

**$60.00**

---

| 3.114 23 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kim Mccarver**
**1204 58th St S**
**Birmingham, AL 35222**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

**$76.00**

---

| 3.114 24 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kim Metzger**
**335 Lyon Court**
**Ste 201**
**Pikesville, MD 21208**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

**$60.00**

---

| 3.114 25 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kim Meyer**
**707 Thayer Courtt**
**Dardenne Prairie, MO 63368**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

**$1,663.00**

---

| 3.114 26 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kim Millholen**
**7792 Bear Ridge St**
**Las Vegas, NV 89113**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No  ☐ Yes

**$32.01**

---

| 3.114 27 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kim Perry**
**1797 Lisson Cove**
**Collierville, TN 38017**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

**$430.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.114
28**

**Nonpriority creditor's name and mailing address**

**Kim Purdy**
**2664 Coventry Rd**
**Columbus, OH 43221**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$527.00**

---

**3.114
29**

**Nonpriority creditor's name and mailing address**

**Kim Reckley**
**18171 Se Island Dr**
**Tequesta, FL 33469**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.114
30**

**Nonpriority creditor's name and mailing address**

**Kim Reyes**
**973 Harlan Cir**
**San Diego, CA 92114**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$186.00**

---

**3.114
31**

**Nonpriority creditor's name and mailing address**

**Kim S**
**1883 Auburn Oak Way**
**Chico, CA 95928**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.114
32**

**Nonpriority creditor's name and mailing address**

**Kim S**
**3612 S Walker Ave**
**San Pedro, CA 90731**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.114
33**

**Nonpriority creditor's name and mailing address**

**Kim Sartain**
**7591 168th Ct N**
**West Palm Beach, FL 33418**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$806.00**

---

**3.114
34**

**Nonpriority creditor's name and mailing address**

**Kim Seeberg**
**20665 W Barton Rd**
**New Berlin, WI 53146**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$32.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
          Name

---

| 3.114 35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $26.00 |

**Kim Smith**
**2180 Mendocino Ave**
**Santa Rosa, CA 95401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |

**Kim V**
**21021 Hawthorne Blvd**
**Torrance, CA 90503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $291.00 |

**Kim Watson**
**5506 Himalaya Ct**
**Denver, CO 80249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $23.00 |

**Kimarie Stebbins**
**1021 Michigan Ave**
**Wisconsin Dells, WI 53965**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |

**Kimberley B**
**1900 Four Wheel Drive**
**Whitefish, MT 59937**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |

**Kimberlie S**
**711 Gulf Shore Dr**
**Destin, FL 32541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Kimberlie Winsor**
**1006 Foxdale Dr**
**Maryville, TN 37803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | |
|---|---|
| 3.114 42 | |

**Nonpriority creditor's name and mailing address**

**Kimberly B**
**2549 Charlotte St.**
**Kansas City, MO 64108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| | |
|---|---|
| 3.114 43 | |

**Nonpriority creditor's name and mailing address**

**Kimberly B**
**636 Landler Terrace**
**Alpharetta, GA 30009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$75.00

---

| | |
|---|---|
| 3.114 44 | |

**Nonpriority creditor's name and mailing address**

**Kimberly B**
**7612 Lakecrest Cir**
**Irving, TX 75063**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$32.00

---

| | |
|---|---|
| 3.114 45 | |

**Nonpriority creditor's name and mailing address**

**Kimberly Barton**
**7612 Lakecrest Cir**
**Irving, TX 75063**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$646.00

---

| | |
|---|---|
| 3.114 46 | |

**Nonpriority creditor's name and mailing address**

**Kimberly Beckham**
**8009 Muley Dr**
**Gate Code 4545**
**Austin, TX 78759**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$278.00

---

| | |
|---|---|
| 3.114 47 | |

**Nonpriority creditor's name and mailing address**

**Kimberly Bush**
**265 Mashburn Rd**
**Roopville, GA 30170**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$132.00

---

| | |
|---|---|
| 3.114 48 | |

**Nonpriority creditor's name and mailing address**

**Kimberly Campbell**
**6863 Crimson Horse Ct**
**Las Vegas, NV 89148**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)*
_____
Name

| | |
|---|---|

**3.114 49**

**Nonpriority creditor's name and mailing address**

**Kimberly F**
**7266 State Route 15**
**Defiance, OH 43512**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$656.00**

---

**3.114 50**

**Nonpriority creditor's name and mailing address**

**Kimberly Feldman**
**7266 State Route 15**
**Defiance, OH 43512**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$12,966.00**

---

**3.114 51**

**Nonpriority creditor's name and mailing address**

**Kimberly Gross**
**113 Costekin Ct**
**Hawthorn Woods, IL 60060**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,731.00**

---

**3.114 52**

**Nonpriority creditor's name and mailing address**

**Kimberly Henry**
**19 Beaudette Avenue**
**Pontiac, MI 48341**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,505.00**

---

**3.114 53**

**Nonpriority creditor's name and mailing address**

**Kimberly Hiler**
**5190 Meadowlake Lane**
**Dunwoody, GA 30338**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$83.00**

---

**3.114 54**

**Nonpriority creditor's name and mailing address**

**Kimberly Howard**
**2061 Stagecoach Trl**
**Gordon, TX 76453**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$372.00**

---

**3.114 55**

**Nonpriority creditor's name and mailing address**

**Kimberly K**
**104 Ash Circle**
**Noblesville, IN 46062**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$17.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*    _____

---

| 3.114 56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**Kimberly K**
**5914 2nd St. Nw**
**Washington, DC 20011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$630.00** |

**Kimberly Kapustein**
**6670 185th Ave NE**
**Aiphone Corporation**
**Redmond, WA 98052**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |

**Kimberly L**
**22946 Mariner Dr.**
**Canyon Lake, CA 92587**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$34.00** |

**Kimberly M**
**12120 Johnny Weismuller Ln Apt 3**
**Austin, TX 78748**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**Kimberly M**
**At Home Recreation**
**370 Highway 36**
**Hazlet, NJ 07730**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13.00** |

**Kimberly Mcclung**
**312 Mahan St**
**Meadowlakes, TX 78654**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$202.00** |

**Kimberly Meier**
**12120 Johnny Weismuller Ln Apt 3**
**Austin, TX 78748**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.114 63 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kimberly Miksit**
**328 Anemone St**
**Browns Mills, NJ 08015**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$6.44**

---

| 3.114 64 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kimberly Miller**
**512 58th St**
**Virginia Beach, VA 23451**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$320.00**

---

| 3.114 65 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kimberly Morrison**
**320 Dogwood Dr**
**Buellton, CA 93427**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$64.00**

---

| 3.114 66 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kimberly Phelan**
**2116 W Chicago Ave # 2e**
**Chicago, IL 60622**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,133.00**

---

| 3.114 67 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kimberly R**
**1709 Arabia Rd**
**1709 Arabia Rd**
**Raeford, NC 28376**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.114 68 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kimberly Reuter-Cook**
**9038 Rosewall Ct**
**Springfield, VA 22152**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$213.00**

---

| 3.114 69 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kimberly Rival**
**11 Menunketesuck Road**
**Westbrook, CT 06498**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$330.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_    _____

---

| 3.114 70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$7.00** |

**Kimberly S**
**1730 Brett St**
**Pittsburgh, PA 15205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$38.00** |

**Kimberly S**
**66 Winn St**
**Burlington, MA 01803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,971.00** |

**Kimberly Saunders**
**308 Sutter Street**
**Petaluma, CA 94954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$78.75** |

**Kimberly Saunders**
**308 Sutter Street**
**Petaluma, CA 94954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$41.00** |

**Kimberly Serna**
**4237 Dickson St**
**Houston, TX 77007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$2.00** |

**Kimberly T**
**5818 Ne 135th Ave**
**Vancouver, WA 98682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,234.00** |

**Kimberly Thorne**
**5818 NE 135th Ave**
**Vancouver, WA 98682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name
                                            Case number (if known) _____

| | |
|---|---|
| **3.114** **77** | |

**Nonpriority creditor's name and mailing address**                    $12.00

**Kimberly V**
**6423 E Rockaway Hills Dr**
**Cave Creek, AZ 85331**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| |
|---|
| **3.114** **78** |

**Nonpriority creditor's name and mailing address**                    $84.00

**Kimberly Vincent**
**1745 Finch Drive**
**Tonganoxie, KS 66086**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| |
|---|
| **3.114** **79** |

**Nonpriority creditor's name and mailing address**                    $32.00

**Kimberly Walle**
**654 Chamberlain Way**
**Highlands Ranch, CO 80126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| |
|---|
| **3.114** **80** |

**Nonpriority creditor's name and mailing address**                    $756.00

**Kimberly Welch**
**6313 Allott Ave**
**Van Nuys, CA 91401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| |
|---|
| **3.114** **81** |

**Nonpriority creditor's name and mailing address**                    $30.00

**Kimberly Welch**
**6313 Allott Ave**
**Van Nuys, CA 91401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| |
|---|
| **3.114** **82** |

**Nonpriority creditor's name and mailing address**                    $58.00

**Kimberly Wimmer**
**8418 Linden Ridge Rd**
**Allenton, WI 53002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| |
|---|
| **3.114** **83** |

**Nonpriority creditor's name and mailing address**                    $135.00

**Kimberly Witmer**
**66 Walnut St**
**Glens Falls, NY 12801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Case number *(if known)*

Name

---

**3.114 84**

**Nonpriority creditor's name and mailing address**

**Kimberly Young**
**26082 Flintlock Ln**
**Laguna Hills, CA 92653**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$162.00**

---

**3.114 85**

**Nonpriority creditor's name and mailing address**

**Kimet V**
**1609 Pleasant Valley Road**
**Fairmont, WV 26554**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.114 86**

**Nonpriority creditor's name and mailing address**

**Kingsau S**
**1050 Bishop Street**
**345**
**Honolulu, HI 96813**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.114 87**

**Nonpriority creditor's name and mailing address**

**Kinn K**
**1124 Maida Vale Ln**
**Haslet, TX 76052**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.114 88**

**Nonpriority creditor's name and mailing address**

**Kiran I**
**13105 Thomas Morris Trace**
**Carmel, IN 46033**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$4.00**

---

**3.114 89**

**Nonpriority creditor's name and mailing address**

**Kiran Ivaturi**
**13105 Thomas Morris Trace**
**Carmel, IN 46033**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$765.00**

---

**3.114 90**

**Nonpriority creditor's name and mailing address**

**Kiran Movva**
**1703 Binz St**
**Houston, TX 77004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$33.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.114 91 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kirill Dergachev**
**2374 Jawed Pl**
**Dunn Loring, VA 22027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$56.00

---

| 3.114 92 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kirk Dravidzius**
**291 Endicott Street North**
**Laconia, NH 03246**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$231.00

---

| 3.114 93 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kirk E**
**129 Meadow Hill Dr**
**York, PA 17402**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

| 3.114 94 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kirk E**
**9549 Bennett Pl**
**Eden Prairie, MN 55347**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$22.00

---

| 3.114 95 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kirk Eberly**
**129 Meadow Hill Dr**
**York, PA 17402**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.114 96 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kirk Harper**
**8885 Candleberry St NW**
**Massillon, OH 44646**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$251.00

---

| 3.114 97 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kirk Kern**
**6194 Hidden Canyon Rd**
**Centreville, VA 20120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$113.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
Name

---

| 3.114 98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.60** |

**Kirk L**
**5219 Mission Ave**
**Dallas, TX 75206**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$539.00** |

**Kirk Ludwigsen**
**5219 Mission Ave**
**Dallas, TX 75206**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 00 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12.00** |

**Kirk P**
**6140 Calle Mariselda Unit 304**
**San Diego, CA 92124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 01 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$107.00** |

**Kirk Panik**
**4800 N Clark St Unit 205**
**Chicago, IL 60640**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 02 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30.00** |

**Kirk Patterson**
**6140 Calle Mariselda Unit 304**
**San Diego, CA 92124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 03 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28.00** |

**Kirk Summers**
**4 Turnberry Dr**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 04 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$104.00** |

**Kirkland Audain**
**700 E 11th St Apt 1802**
**Austin, TX 78701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                               Case number (if known) _____
_____
Name

| 3.115 05 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 |

**Nonpriority creditor's name and mailing address**

**Kirsten Butler**
**19160 Cottonwood Dr**
**Parker, CO 80138**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

**3.115 06**

**Nonpriority creditor's name and mailing address**

**Kirsten Ostien**
**7218 Norway Road**
**Sun Prairie, WI 53590**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$32.00

---

**3.115 07**

**Nonpriority creditor's name and mailing address**

**Kirsten Otting**
**18164 Ironstone Way**
**Lakeville, MN 55044**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$739.00

---

**3.115 08**

**Nonpriority creditor's name and mailing address**

**Kirsten Otting**
**18164 Ironstone Way**
**Lakeville, MN 55044**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$1,419.02

---

**3.115 09**

**Nonpriority creditor's name and mailing address**

**Kirsten P**
**607 E Foothill Blvd**
**Monrovia, CA 91016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$133.46

---

**3.115 10**

**Nonpriority creditor's name and mailing address**

**Kirsten R**
**2009 N Elco Rd**
**Fall Creek, WI 54742**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

**3.115 11**

**Nonpriority creditor's name and mailing address**

**Kirsten R**
**4259 Stewart Ave**
**Los Angeles, CA 90066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____

Name

---

| 3.115 12 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kirsten Rutherford**
**4259 Stewart Ave**
**Los Angeles, CA 90066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$163.00

---

| 3.115 13 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kirtland S**
**33 Sarah Sanford Rd W**
**Bridgewater, CT 06752**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$34.00

---

| 3.115 14 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kirtland Snyder**
**33 Sarah Sanford Rd W**
**Bridgewater, CT 06752**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$135.00

---

| 3.115 15 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kisen Nathu**
**1423 Balboa Ave**
**Burlingame, CA 94010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$26.00

---

| 3.115 16 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kishan Patel**
**7941 S Shoreline Blvd**
**Benton, AR 72019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$58.00

---

| 3.115 17 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kit Sheffield**
**2608 Watkins Way**
**Austin, TX 78746**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.115 18 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kjell C**
**4641 5th Ave S**
**Minneapolis, MN 55419**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$21.00

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

| 3.115 19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$502.00** |
|---|---|---|---|

**Kjell Coleman**
**4641 5th Ave S**
**Minneapolis, MN 55419**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,312.00** |
|---|---|---|---|

**Kjersten Lane**
**11255 Chase Ct**
**Westminster, CO 80020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$584.00** |
|---|---|---|---|

**Klau Christopher**
**8395 Vineland Ct**
**Millersville, MD 21108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Klaus Graesborg**
**55 New St Apt 326**
**Metuchen, NJ 08840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$51.00** |
|---|---|---|---|

**Klaus Shigley**
**2892 Essex Rd**
**Essex, NY 12936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$99.00** |
|---|---|---|---|

**Kleydson Nevesdasilva**
**9923 Sw 147th Ct**
**Miami, FL 33196**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$276.00** |
|---|---|---|---|

**Knight Lynda**
**1600 Saratoga Ave Ste 433**
**Michaels Store # 3340,**
**San Jose, CA 95129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

---

**3.115**
**26**

**Nonpriority creditor's name and mailing address**

**Kober Bob**
**1553 Greens Prairie Rd W Ste 100**
**College Station, TX 77845**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☐ No ☐ Yes

**$600.00**

---

**3.115**
**27**

**Nonpriority creditor's name and mailing address**

**Kohta W**
**62 W 62nd St Apt 11d**
**New York, NY 10023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$23.00**

---

**3.115**
**28**

**Nonpriority creditor's name and mailing address**

**Kohta Wajima**
**62 W 62nd St Apt 11d**
**New York, NY 10023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

**3.115**
**29**

**Nonpriority creditor's name and mailing address**

**Kolbi Cumbo**
**371 Augusta Dr**
**Abingdon, VA 24211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.115**
**30**

**Nonpriority creditor's name and mailing address**

**Koley C**
**71 Stornowaye Street**
**Chappaqua, NY 10514**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.115**
**31**

**Nonpriority creditor's name and mailing address**

**Kolleen Fox**
**1316 Avenue Lacroix**
**Covington, LA 70433**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.115**
**32**

**Nonpriority creditor's name and mailing address**

**Konrad K**
**4811 Elsby Ave**
**Dallas, TX 75209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*    _____

| | | |
|---|---|---|
| 3.115 33 | **Nonpriority creditor's name and mailing address**<br>**Konrad Michels**<br>**260 Barbara Dr**<br>**Los Gatos, CA 95032**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __Customers - Deferred Credit__<br>Is the claim subject to offset? ■ No ☐ Yes | **$150.00** |

| | | |
|---|---|---|
| 3.115 34 | **Nonpriority creditor's name and mailing address**<br>**Konstantin S**<br>**790 Riverside Drive**<br>**7f**<br>**New York, NY 10032**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __Customers - Deferred Credit__<br>Is the claim subject to offset? ■ No ☐ Yes | **$533.00** |

| | | |
|---|---|---|
| 3.115 35 | **Nonpriority creditor's name and mailing address**<br>**Konstantin Soukhovetski**<br>**790 Riverside Drive**<br>**7f**<br>**New York, NY 10032**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __Customer__<br>Is the claim subject to offset? ■ No ☐ Yes | **$57.00** |

| | | |
|---|---|---|
| 3.115 36 | **Nonpriority creditor's name and mailing address**<br>**Konstantinos Bastas**<br>**16 Talmont**<br>**Newport Coast, CA 92657**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __Customer__<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,968.00** |

| | | |
|---|---|---|
| 3.115 37 | **Nonpriority creditor's name and mailing address**<br>**Korey K**<br>**4212 Avenue T**<br>**Brooklyn, NY 11234**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __Customers - Deferred Credit__<br>Is the claim subject to offset? ■ No ☐ Yes | **$14.00** |

| | | |
|---|---|---|
| 3.115 38 | **Nonpriority creditor's name and mailing address**<br>**Korey Kijik**<br>**4212 Avenue T**<br>**Brooklyn, NY 11234**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __Customer__<br>Is the claim subject to offset? ■ No ☐ Yes | **$120.00** |

| | | |
|---|---|---|
| 3.115 39 | **Nonpriority creditor's name and mailing address**<br>**Korey S**<br>**115 W Bessemer Ave**<br>**Greensboro, NC 27401**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __Customers - Deferred Credit__<br>Is the claim subject to offset? ■ No ☐ Yes | **$12.00** |

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.115**
**40**

**Nonpriority creditor's name and mailing address**
**Korey Stevanovic**
**115 W Bessemer Ave**
**Greensboro, NC 27401**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$624.00

---

**3.115**
**41**

**Nonpriority creditor's name and mailing address**
**Kori Delossantos**
**1622 W Palm Dr**
**Aransas Pass, TX 78336**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$168.00

---

**3.115**
**42**

**Nonpriority creditor's name and mailing address**
**Korissa L**
**1750 N Bayshore Drive**
**Apt 3912**
**Miami, FL 33132**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$7.00

---

**3.115**
**43**

**Nonpriority creditor's name and mailing address**
**Korn Wongsarochana**
**15 Hunts Mill Road**
**Clinton, NJ 08809**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$376.00

---

**3.115**
**44**

**Nonpriority creditor's name and mailing address**
**Korry A**
**204 Graves Trl Unit E**
**Bozeman, MT 59718**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.115**
**45**

**Nonpriority creditor's name and mailing address**
**Korry Allen**
**204 Graves Trl Unit E**
**Bozeman, MT 59718**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$165.00

---

**3.115**
**46**

**Nonpriority creditor's name and mailing address**
**Koski Justin**
**767 S Pine St**
**Ishpeming, MI 49849**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$112.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
Name

---

| 3.115<br>47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**Kosta G**
**900 Biscayne Blvd**
**Suite 5905**
**Miami, FL 33132**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115<br>48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |

**Kourtney K**
**5920 E University Blvd Apt 4121**
**Dallas, TX 75206**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115<br>49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |

**Kp P**
**12 Royal Bay Circle**
**Bluffton, SC 29909**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115<br>50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$96.00** |

**Kraig Scheyer**
**618 S Gertruda Ave**
**Redondo Beach, CA 90277**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115<br>51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$148.53** |

**Kreisler N**
**12425 Gilmore Ave**
**Los Angeles, CA 90066**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115<br>52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$139.00** |

**Krenar Havolli**
**2939 Ocean Ave Apt 1a**
**Brooklyn, NY 11235**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115<br>53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$27.00** |

**Kris H**
**8908 69th Ave E**
**Puyallup, WA 98371**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

---

| 3.115 |
| 54 |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$168.00**
**Kris Lloyd**
**9949 Koupela Dr**                                    ☐ Contingent
**Raleigh, NC 27614**                                    ☐ Unliquidated
                                                        ☐ Disputed
Date(s) debt was incurred __
                                                        **Basis for the claim:** __Customer__
Last 4 digits of account number __
                                                        Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 |
| 55 |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$479.00**
**Kris Nielsen**
**901 W 9th St Apt 1003**                                    ☐ Contingent
**Austin, TX 78703**                                    ☐ Unliquidated
                                                        ☐ Disputed
Date(s) debt was incurred __
                                                        **Basis for the claim:** __Customer__
Last 4 digits of account number __
                                                        Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 |
| 56 |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$265.00**
**Kris Noe**
**603 Laurelwood Ave**                                    ☐ Contingent
**Sikeston, MO 63801**                                    ☐ Unliquidated
                                                        ☐ Disputed
Date(s) debt was incurred __
                                                        **Basis for the claim:** __Customer__
Last 4 digits of account number __
                                                        Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 |
| 57 |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$59.00**
**Kris S**
**733 Fitzlee St**                                    ☐ Contingent
**Glasgow, VA 24555**                                    ☐ Unliquidated
                                                        ☐ Disputed
Date(s) debt was incurred __
                                                        **Basis for the claim:** __Customers - Deferred Credit__
Last 4 digits of account number __
                                                        Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 |
| 58 |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$318.00**
**Kris Scharber**
**4903 101st Ln Sw**                                    ☐ Contingent
**Olympia, WA 98512**                                    ☐ Unliquidated
                                                        ☐ Disputed
Date(s) debt was incurred __
                                                        **Basis for the claim:** __Customer__
Last 4 digits of account number __
                                                        Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 |
| 59 |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$219.00**
**Kris Springer**
**733 Fitzlee St**                                    ☐ Contingent
**Glasgow, VA 24555**                                    ☐ Unliquidated
                                                        ☐ Disputed
Date(s) debt was incurred __
                                                        **Basis for the claim:** __Customer__
Last 4 digits of account number __
                                                        Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 |
| 60 |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$15.00**
**Kris Steward**
**2088-A Anchor Court**                                    ☐ Contingent
**Newbury Park, CA 91320**                                    ☐ Unliquidated
                                                        ☐ Disputed
Date(s) debt was incurred __
                                                        **Basis for the claim:** __Customers - Deferred Credit__
Last 4 digits of account number __
                                                        Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **Phoeno Wine Company, Inc.**
_____     Case number (if known) _____
           Name

| | |
|---|---|
| **3.115 61** | |

**Nonpriority creditor's name and mailing address**
**Kris Tucker**
**6955 Sw 148th Lane**
**Davie, FL 33331**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$208.00**

---

| | |
|---|---|
| **3.115 62** | |

**Nonpriority creditor's name and mailing address**
**Kris Z**
**7 E 69th St**
**Kansas City, MO 64113**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| | |
|---|---|
| **3.115 63** | |

**Nonpriority creditor's name and mailing address**
**Kris Zeid**
**7 E 69th St**
**Kansas City, MO 64113**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.115 64** | |

**Nonpriority creditor's name and mailing address**
**Krista Anderson**
**3049 Course View Dr**
**Stoughton, WI 53589**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$54.00**

---

| | |
|---|---|
| **3.115 65** | |

**Nonpriority creditor's name and mailing address**
**Krista Dietz**
**11499 Kalispell St**
**Commerce City, CO 80022**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

| | |
|---|---|
| **3.115 66** | |

**Nonpriority creditor's name and mailing address**
**Krista Eyler**
**101 Barnbridge Ct**
**Cary, NC 27519**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$157.00**

---

| | |
|---|---|
| **3.115 67** | |

**Nonpriority creditor's name and mailing address**
**Krista K**
**2206 Lucas Ave Unit 312**
**Saint Louis, MO 63103**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.115 68 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Krista Kaegbein**
**2206 Lucas Ave Unit 312**
**Saint Louis, MO 63103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$316.00**

---

| 3.115 69 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Krista Reale**
**300 Delaware Ave Ste 800**
**Wilmington, DE 19801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$128.00**

---

| 3.115 70 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Krista T 13937**
**5933 Riverfork Rd**
**Waterloo, SC 29384**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.01**

---

| 3.115 71 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kristan U**
**2630 River Dr**
**Denver, CO 80211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$9.00**

---

| 3.115 72 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kristan Watson**
**906 Date St**
**Las Vegas, NV 89108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$7,863.00**

---

| 3.115 73 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kristen Anderson**
**4803 Abbott Ave, Dallas, Tx, Usa**
**Dallas, TX 75205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,679.00**

---

| 3.115 74 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kristen Brandimarte**
**14 Sharon Drive**
**Ocean, NJ 07712**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$614.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.115 75 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kristen Brockman**
**8245 Crestridge Road**
**Fairfax Station, VA 22039**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,253.00**

---

| 3.115 76 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kristen Corona**
**305 Saint Ives Dr**
**Severna Park, MD 21146**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$66.00**

---

| 3.115 77 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kristen Devito**
**11 Greenview Drive**
**Chesterfield, NJ 08515**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,450.00**

---

| 3.115 78 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kristen Diviney**
**8425 Littleleaf Ct**
**Orlando, FL 32835**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$451.00**

---

| 3.115 79 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kristen Doris**
**78 Trafford Street**
**Shrewsbury, NJ 07702**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$230.00**

---

| 3.115 80 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kristen Gerace**
**8816 Eldora St**
**Arvada, CO 80007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,971.00**

---

| 3.115 81 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kristen Gulson**
**2415 W 57th St**
**Sioux Falls, SD 57108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$154.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

---

| 3.115 82 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Kristen Healy**
**5858 Old Highway 12**
**Reininger Winery**
**Walla Walla, WA 99362**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

| 3.115 83 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Kristen Jaeger**
**111 Strong Rd**
**Southampton, MA 01073**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,441.00**

---

| 3.115 84 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Kristen L**
**3220 159th Ave Ne**
**Snohomish, WA 98290**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.115 85 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Kristen Lazzazero**
**3411 Home Rd**
**Alden, NY 14004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

| 3.115 86 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Kristen Onyon**
**2 Michelangelo Dr**
**Clifton Park, NY 12065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$210.00**

---

| 3.115 87 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Kristen Poulin**
**10 Stanley Rd**
**Norwell, MA 03813**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

| 3.115 88 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Kristen Rex**
**4325 N Paseo Rancho**
**Tucson, AZ 85745**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$158.00**

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

---

| 3.115 89 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kristen S**
**2035 Overbrook Rd**
**Lynchburg, VA 24501**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

| 3.115 90 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kristen S**
**428 W 5th Ave**
**Columbus, OH 43201**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$44.00

---

| 3.115 91 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kristen Sharrett**
**2035 Overbrook Rd**
**Lynchburg, VA 24501**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$260.00

---

| 3.115 92 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kristen Torres**
**2041 E Mead Dr**
**Gilbert, AZ 85298**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$85.00

---

| 3.115 93 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kristen Ybarra**
**400 S Broadway Ave Ste 102**
**Tyler, TX 75702**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$809.00

---

| 3.115 94 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kristi C**
**10455 N Central Expy**
**Dallas, TX 75231**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$7.00

---

| 3.115 95 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kristi Cole**
**10455 N Central Expy**
**Dallas, TX 75231**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$64.00

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

**3.115 96**

**Nonpriority creditor's name and mailing address**

**Kristi Hirsch**
**45 Winthrop St**
**Hallowell, ME 04347**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$272.00

---

**3.115 97**

**Nonpriority creditor's name and mailing address**

**Kristi Macliesh**
**627 Costa Dr**
**Napa, CA 94558**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

**3.115 98**

**Nonpriority creditor's name and mailing address**

**Kristi P**
**4111 Pinemist Ln Nw**
**Kennesaw, GA 30144**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$9.00

---

**3.115 99**

**Nonpriority creditor's name and mailing address**

**Kristi Perdue**
**4111 Pinemist Ln NW**
**Kennesaw, GA 30144**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$4,719.00

---

**3.116 00**

**Nonpriority creditor's name and mailing address**

**Kristi R**
**2229 San Felipe St Ste 1075**
**Houston, TX 77019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$55.00

---

**3.116 01**

**Nonpriority creditor's name and mailing address**

**Kristi Ruble**
**2229 San Felipe St Ste 1075**
**Houston, TX 77019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$4,636.00

---

**3.116 02**

**Nonpriority creditor's name and mailing address**

**Kristi Vanoy**
**475 K St NW Unit 721**
**Washington, DC 20001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$109.00

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

---

| 3.116 |
|-------|
| 03 |

**Nonpriority creditor's name and mailing address**

**Kristian Marioni**
**950 Country Club Ln**
**Sonoma, CA 95476**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer

Is the claim subject to offset? ■ No ☐ Yes

**$6,971.00**

---

| 3.116 |
|-------|
| 04 |

**Nonpriority creditor's name and mailing address**

**Kristiane Koontz**
**17393 Se Cougar Mountain Dr**
**Bellevue, WA 98006**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer

Is the claim subject to offset? ■ No ☐ Yes

**$713.00**

---

| 3.116 |
|-------|
| 05 |

**Nonpriority creditor's name and mailing address**

**Kristie Butler**
**5 Leland Rd**
**Edison, NJ 08817**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.116 |
|-------|
| 06 |

**Nonpriority creditor's name and mailing address**

**Kristie Rockweiler**
**215 N. Cazenovia St.**
**Po Box 162**
**Cazenovia, WI 53924**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$23.00**

---

| 3.116 |
|-------|
| 07 |

**Nonpriority creditor's name and mailing address**

**Kristin Albert**
**235 Claremont Avenue**
**101**
**San Antonio, TX 78209**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

| 3.116 |
|-------|
| 08 |

**Nonpriority creditor's name and mailing address**

**Kristin Dukes**
**1047 Wharf Way Se**
**Townsend, GA 31331**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer

Is the claim subject to offset? ■ No ☐ Yes

**$905.00**

---

| 3.116 |
|-------|
| 09 |

**Nonpriority creditor's name and mailing address**

**Kristin E**
**1918 E Lafayette Pl Unit 404**
**Milwaukee, WI 53202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.116 10 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kristin Fonseca**
**119 Hanlon Rd**
**Holliston, MA 01746**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☐ No ☐ Yes

**$101.00**

---

| 3.116 11 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kristin G**
**35 Hobart St**
**New Haven, CT 06511**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.116 12 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kristin Giles**
**25 Fairway Dr**
**Rock Springs, WY 82901**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

| 3.116 13 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kristin H**
**1346 W Webster Ave Apt 2f**
**Chicago, IL 60614**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$9.00**

---

| 3.116 14 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kristin H**
**4961 Park Ave**
**Yorba Linda, CA 92886**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$13.00**

---

| 3.116 15 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kristin Hale**
**4961 Park Ave**
**Yorba Linda, CA 92886**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$308.00**

---

| 3.116 16 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kristin Hanson**
**1346 W Webster Ave Apt 2f**
**Chicago, IL 60614**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$191.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____     Case number (if known) _____
Name

| 3.116 17 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30.00** |
| **Kristin Howlett** | ☐ Contingent | |
| **15275 Collier Blvd Ste 201** | ☐ Unliquidated | |
| **Naples, FL 34119** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 18 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
| **Kristin J** | ☐ Contingent | |
| **315 Pine Shores Drive** | ☐ Unliquidated | |
| **Front Royal, VA 22630** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 19 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18.00** |
| **Kristin K** | ☐ Contingent | |
| **1613 Rushing Stream Ct** | ☐ Unliquidated | |
| **Forest Hill, MD 21050** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 20 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22.00** |
| **Kristin K** | ☐ Contingent | |
| **2014 Fairview Ave Apt 3105** | ☐ Unliquidated | |
| **Seattle, WA 98121** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 21 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$147.00** |
| **Kristin Keranen** | ☐ Contingent | |
| **2014 Fairview Ave Apt 3105** | ☐ Unliquidated | |
| **Seattle, WA 98121** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 22 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,520.00** |
| **Kristin Kober** | ☐ Contingent | |
| **1613 Rushing Stream Ct** | ☐ Unliquidated | |
| **Forest Hill, MD 21050** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 23 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$165.00** |
| **Kristin Lindsay** | ☐ Contingent | |
| **176 Scenic Ridge Dr** | ☐ Unliquidated | |
| **Hummelstown, PA 17036** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.116 24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$652.00** |
|---|---|---|---|

**Kristin Macgregor**
**16 Sheppards Way**
**Ipswich, MA 01938**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,078.00** |
|---|---|---|---|

**Kristin Merritt**
**31972 Golden Willow Court**
**Winchester, CA 92596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Kristin P**
**2916 Sw 12th Ter**
**Lees Summit, MO 64081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,908.00** |
|---|---|---|---|

**Kristin Pasternak**
**309 Camino Bravado**
**San Clemente, CA 92673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
|---|---|---|---|

**Kristin Pavlovic**
**7120 Strasburg Dr**
**Fort Collins, CO 80525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$927.64** |
|---|---|---|---|

**Kristin Pavlovic**
**7120 Strasburg Dr**
**Fort Collins, CO 80525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Kristin Rowe**
**805 Huntington Ct**
**Albany, NY 12203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.116 31 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kristin S**
**16010 Via Shavano**
**San Antonio, TX 78249**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$38.00**

---

| 3.116 32 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kristin Saunders**
**28 Meadowlark Drive**
**Bozeman, MT 59718**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.01**

---

| 3.116 33 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kristin Smedley**
**610 Lee Pl**
**Frederick, MD 21702**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$174.00**

---

| 3.116 34 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kristin Smith**
**2956 Quail Creek Road**
**Oklahoma City, OK 73120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,364.00**

---

| 3.116 35 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kristin Solberg**
**111 10th St Unit 501**
**Des Moines, IA 50309**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$235.00**

---

| 3.116 36 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kristin Walker**
**253 E Jefferson St**
**Charlottesville, VA 22902**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$439.00**

---

| 3.116 37 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kristin Whitaker**
**3074 Fermanagh Dr**
**Tallahassee, FL 32309**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$178.00**

---

Debtor **Phoeno Wine Company, Inc.**
Name
Case number *(if known)* _____

| | |
|---|---|
| 3.116 38 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Kristina B**
**5518 Autumnbrook Ct**
**Jacksonville, FL 32258**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

3.116 39

**Nonpriority creditor's name and mailing address**
**Kristina Coppolino**
**650 W 42nd St Apt 2724**
**New York, NY 10036**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

3.116 40

**Nonpriority creditor's name and mailing address**
**Kristina L**
**20 Covington Rd**
**Avondale Estates, GA 30002**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$82.00**

---

3.116 41

**Nonpriority creditor's name and mailing address**
**Kristina Lee**
**767 California Dr**
**Claremont, CA 91711**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.116 42

**Nonpriority creditor's name and mailing address**
**Kristina Lindseyhall**
**1024 N Parkview Pl**
**Baton Rouge, LA 70815**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$571.00**

---

3.116 43

**Nonpriority creditor's name and mailing address**
**Kristina Nieto**
**86 Willowdale Ave**
**Montclair, NJ 07042**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

3.116 44

**Nonpriority creditor's name and mailing address**
**Kristina R**
**4163 Barn Meadow Ln**
**West Bloomfield Township, MI 48323**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.116 45 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Kristina S**
**1504 Fitzwilliam Court**
**Coatesville, PA 19320**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$10.00**

---

| 3.116 46 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Kristina S**
**355 1st St**
**S1103**
**Menlo Park, CA 94025**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$13.74**

---

| 3.116 47 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Kristina Stcharles**
**1 E Schiller St**
**Apt 11a**
**Chicago, IL 60610**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$297.00**

---

| 3.116 48 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Kristina V**
**118 Minuteman Ln**
**Lackawaxen, PA 18435**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$10.00**

---

| 3.116 49 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Kristina Vieni**
**118 Minuteman Ln**
**Lackawaxen, PA 18435**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$7,878.00**

---

| 3.116 50 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Kristina Wiley**
**108 Sonnier Rd**
**Carencro, LA 70520**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,404.00**

---

| 3.116 51 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Kristine Borrelli**
**1033 NE 17th Way Unit 1203**
**Fort Lauderdale, FL 33304**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$234.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|

**3.116 52**

**Nonpriority creditor's name and mailing address**
**Kristine C**
**29581 Michelis St**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$31.00**

---

**3.116 53**

**Nonpriority creditor's name and mailing address**
**Kristine Carter**
**29581 Michelis St**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,746.00**

---

**3.116 54**

**Nonpriority creditor's name and mailing address**
**Kristine Cowper**
**2871 Shaw Road**
**Middle Grove, NY 12850**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$23.00**

---

**3.116 55**

**Nonpriority creditor's name and mailing address**
**Kristine D**
**6804 Cottage Ridge Court Ne**
**Cedar Rapids, IA 52411**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.116 56**

**Nonpriority creditor's name and mailing address**
**Kristine Hatcher**
**1733 Wayne St**
**1733**
**South Bend, IN 46615**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,897.00**

---

**3.116 57**

**Nonpriority creditor's name and mailing address**
**Kristine Larsen**
**2212 Sacramento St Apt A**
**Berkeley, CA 94702**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$538.00**

---

**3.116 58**

**Nonpriority creditor's name and mailing address**
**Kristine Martin**
**5213 Lawn Ave**
**Western Springs, IL 60558**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$182.00**

---

Debtor    **Phoeno Wine Company, Inc.**    Case number *(if known)* _____
_____
Name

---

| 3.116 59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |

**Kristine R 3053**
**7870 Olentangy River Road #311**
**Usa, OH 43235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$237.00** |

**Kristine Rose**
**5405 Bandera Rd Ste 119**
**Agv2407-1**
**San Antonio, TX 78238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |

**Kristine Scott**
**2429 Yale Ave**
**Mcallen, TX 78504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,600.00** |

**Kristof Gillese**
**23832-117b Avenue**
**Maple Ridge, WA 98226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$206.00** |

**Kristy Epps**
**133 Tunnel Ave**
**San Francisco, CA 94134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$428.00** |

**Kristy Murphy**
**69 Andrew Dr**
**Canton, CT 06019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30.00** |

**Kristy Rempel**
**9200 World Cup Way**
**Frisco, TX 75033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.116 66 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kristy Wu**
**1042 La Presa Dr**
**Pasadena, CA 91107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

| 3.116 67 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kristy Yankee**
**12 Vandoorn Ave**
**Foxboro, MA 02035**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$880.00**

---

| 3.116 68 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Krupa R**
**1367 7th Ave Apt 3**
**San Francisco, CA 94122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.116 69 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kruthika Katragadda**
**1345 Noe St**
**San Francisco, CA 94131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$169.00**

---

| 3.116 70 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kryla Gonzales**
**877 W Belmont Red Trail**
**San Tan Valley, AZ 85143**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$117.00**

---

| 3.116 71 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kryla Gonzales**
**877 W Belmont Red Trail**
**San Tan Valley, AZ 85143**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$160.00**

---

| 3.116 72 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Krysta Fuoco**
**2697 Tecumseh Dr**
**West Palm Beach, FL 33409**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$550.00**

---

Debtor   **Phoeno Wine Company, Inc.**
         Name                                              Case number (if known) _____

| 3.116 73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $32.00 |

**Krystine H**
**1054 Sullivans Rdg**
**Zionsville, IN 46077**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.116 74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**Krystine Haglin**
**1054 Sullivans Rdg**
**Zionsville, IN 46077**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.116 75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $210.00 |

**Kuia Taiaroa**
**3515 Mosswood Avenue**
**Alamogordo, NM 88310**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.116 76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $282.00 |

**Kumar Mehta**
**2156a Dogwood Ranch Ave**
**Henderson, NV 89052**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.116 77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $46.77 |

**Kunal Mittal**
**3690 Willow Creek Rd**
**Paso Robles, CA 93446**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.116 78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**Kuntal A**
**106 Chestnut St**
**Garden City, NY 11530**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.116 79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $759.00 |

**Kuntal Avashia**
**106 Chestnut St**
**Garden City, NY 11530**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| **3.116 80** | |

**Nonpriority creditor's name and mailing address**

**Kurt A**
**545 Portland Rd**
**Monument, CO 80132**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| |
|---|
| **3.116 81** |

**Nonpriority creditor's name and mailing address**

**Kurt Baraniecki**
**21318 Lochmere Ln**
**Katy, TX 77450**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,062.00**

---

| |
|---|
| **3.116 82** |

**Nonpriority creditor's name and mailing address**

**Kurt Chamberlin**
**133 Gibson Rd**
**Bristol, RI 02809**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,602.00**

---

| |
|---|
| **3.116 83** |

**Nonpriority creditor's name and mailing address**

**Kurt F**
**5306 Springwater Drive**
**Fayetteville, NY 13066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| |
|---|
| **3.116 84** |

**Nonpriority creditor's name and mailing address**

**Kurt Fankhauser**
**600 N Long Beach Rd**
**Rockville Centre, NY 11570**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29,401.00**

---

| |
|---|
| **3.116 85** |

**Nonpriority creditor's name and mailing address**

**Kurt Howard**
**817 S. 33rd St.**
**Omaha, NE 68105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$396.00**

---

| |
|---|
| **3.116 86** |

**Nonpriority creditor's name and mailing address**

**Kurt K**
**517 Jeff Grimes Blvd**
**Desoto, TX 75115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$14.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.116 87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120.00 |

**Kurt Kresge**
**9 Spring Hollow Rd**
**Wayne, PA 19087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $78.00 |

**Kurt Lawrence**
**4413 Seney Dr**
**Rockwall, TX 75087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $517.00 |

**Kurt Misialek**
**111 Anderson Farm Rd**
**Phoenixville, PA 19460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,527.00 |

**Kurtess Mortensen**
**400 Venus Rd**
**Durant, OK 74701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,709.00 |

**Kwan Cheung**
**290 Long Hill Dr**
**Short Hills, NJ 07078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Kwentin Taylor**
**350 Dexter Ln Apt 305**
**Fayetteville, NC 28314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,575.00 |

**Kyla Woodzell**
**345 S Church St**
**Smithfield, VA 23430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

_____
Name

Case number *(if known)* _____

| 3.116 94 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kyle A**
**1 Park Ln Unit 408**
**Boston, MA 02210**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.116 95 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kyle Apanaschik**
**1 Park Ln Unit 408**
**Boston, MA 02210**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.116 96 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kyle Auslander**
**7755 Irvine Center Dr # 3**
**Irvine, CA 92618**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$57.00**

---

| 3.116 97 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kyle Berger**
**1205 N Garland Rd**
**Wauconda, IL 60084**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$728.00**

---

| 3.116 98 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kyle Boike**
**4 Tyndale St # 2**
**Boston, MA 02131**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$32.00**

---

| 3.116 99 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kyle Brannon**
**12719 S 4th St**
**Jenks, OK 74037**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$988.00**

---

| 3.117 00 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kyle C**
**1622 Villanova Dr**
**Richardson, TX 75081**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$101.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name                                    Case number (if known) _____

---

| 3.117 01 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17.00** |
| **Kyle C**<br>**6046 Frances Park Dr**<br>**Richmond, TX 77407** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.117 02 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$173.00** |
| **Kyle Campbell**<br>**6046 Frances Park Dr**<br>**Richmond, TX 77407** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.117 03 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$88.00** |
| **Kyle Cannon**<br>**646 Rector St**<br>**Philadelphia, PA 19128** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.117 04 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,550.00** |
| **Kyle Claborn**<br>**1622 Villanova Dr**<br>**Richardson, TX 75081** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.117 05 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Kyle Cooper**<br>**111 Main St**<br>**Branson, CO 81027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.117 06 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,160.86** |
| **Kyle Cooper**<br>**111 Main St**<br>**Branson, CO 81027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.117 07 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28.00** |
| **Kyle D**<br>**1902 Marshallfield Ln Unit A**<br>**Redondo Beach, CA 90278** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
             Name

---

| 3.117 08 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$67.00** |
| **Kyle D** | ☐ Contingent | |
| **861 William St** | ☐ Unliquidated | |
| **Plymouth, MI 48170** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.117 09 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$401.00** |
| **Kyle Dehne** | ☐ Contingent | |
| **861 William St** | ☐ Unliquidated | |
| **Plymouth, MI 48170** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.117 10 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$687.00** |
| **Kyle Dewitt** | ☐ Contingent | |
| **26 Oak Creek Dr** | ☐ Unliquidated | |
| **South Burlington, VT 05403** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.117 11 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$269.00** |
| **Kyle Doyle** | ☐ Contingent | |
| **1902 Marshallfield Ln Unit A** | ☐ Unliquidated | |
| **Redondo Beach, CA 90278** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.117 12 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
| **Kyle F** | ☐ Contingent | |
| **10825 Vista Ter.** | ☐ Unliquidated | |
| **Parkland, FL 33076** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.117 13 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
| **Kyle Festog** | ☐ Contingent | |
| **9951 Southwest Fwy** | ☐ Unliquidated | |
| **Houston, TX 77074** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.117 14 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$185.00** |
| **Kyle Foley** | ☐ Contingent | |
| **160 Windermere Ave Apt 4703** | ☐ Unliquidated | |
| **Ellington, CT 06029** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.117**
**15**

**Nonpriority creditor's name and mailing address**

**Kyle H**
**222 Ophelia St**
**Pittsburgh, PA 15213**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No  ☐ Yes

$26.00

---

**3.117**
**16**

**Nonpriority creditor's name and mailing address**

**Kyle H**
**3829 Camino Del Vara**
**Sierra Vista, AZ 85650**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No  ☐ Yes

$15.00

---

**3.117**
**17**

**Nonpriority creditor's name and mailing address**

**Kyle H**
**900 Los Robles Drive**
**Sonoma, CA 95476**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No  ☐ Yes

$50.00

---

**3.117**
**18**

**Nonpriority creditor's name and mailing address**

**Kyle Hanlon**
**4581 Willow Basin Way**
**Lake Worth, FL 33467**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

$28.00

---

**3.117**
**19**

**Nonpriority creditor's name and mailing address**

**Kyle Hansen**
**612 Trailhead Dr**
**Southlake, TX 76092**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

$428.00

---

**3.117**
**20**

**Nonpriority creditor's name and mailing address**

**Kyle Harder**
**19 Edenton Rd**
**Mount Pleasant, SC 29464**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

$75.00

---

**3.117**
**21**

**Nonpriority creditor's name and mailing address**

**Kyle Harder**
**19 Edenton Rd**
**Mount Pleasant, SC 29464**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No  ☐ Yes

$507.60

---

Debtor    **Phoeno Wine Company, Inc.**                          Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.117<br>22 | |

**Nonpriority creditor's name and mailing address**

**Kyle Heinz**
**3829 Camino Del Vara**
**Sierra Vista, AZ 85650**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$651.00**

---

| | |
|---|---|
| 3.117<br>23 | |

**Nonpriority creditor's name and mailing address**

**Kyle Johnson**
**3524 Wilshire Ter**
**San Diego, CA 92104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$205.00**

---

| | |
|---|---|
| 3.117<br>24 | |

**Nonpriority creditor's name and mailing address**

**Kyle K**
**3792 Benson Ct**
**Dumfries, VA 22025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$983.00**

---

| | |
|---|---|
| 3.117<br>25 | |

**Nonpriority creditor's name and mailing address**

**Kyle K**
**59 W 88th St**
**Br**
**New York, NY 10024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$153.00**

---

| | |
|---|---|
| 3.117<br>26 | |

**Nonpriority creditor's name and mailing address**

**Kyle K**
**9043 Drummer Bay**
**Las Vegas, NV 89149**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.35**

---

| | |
|---|---|
| 3.117<br>27 | |

**Nonpriority creditor's name and mailing address**

**Kyle Kauth**
**40 Woodside Drive**
**Howell, NJ 07731**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

| | |
|---|---|
| 3.117<br>28 | |

**Nonpriority creditor's name and mailing address**

**Kyle Kolberg**
**10850 W Park Pl St 300**
**Milwaukee, WI 53224**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$757.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 3.117 29 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kyle M**
**445 Rocky Fork Blvd**
**Gahanna, OH 43230**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

| 3.117 30 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kyle Mcnatt**
**43599 W Knauss Dr**
**Maricopa, AZ 85138**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

$1,107.00

---

| 3.117 31 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kyle Moore**
**1371 Parkway Dr**
**Saint Clair, MO 63077**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

$19.00

---

| 3.117 32 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kyle N**
**2105 Makarios Dr.**
**St Augustine, FL 32080**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| 3.117 33 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kyle Nord**
**375 S Jackson St. Apt 508**
**Denver, CO 80209**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

$260.00

---

| 3.117 34 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kyle Oconnell**
**5284 Applebaugh St Unit 1b**
**Dublin, OH 43016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

$1,046.00

---

| 3.117 35 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kyle Odonnell**
**142 Ross Hill Rd**
**Fairfield, CT 06824**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

$390.00

---

Debtor   **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

| 3.117 36 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26.28** |
| **Kyle P** **4566 Del Monte Ave** **San Diego, CA 92107** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Customers - Deferred Credit** Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.117 37 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,393.00** |
| **Kyle Palmer** **1780 Lucy Ridge Ct** **Chanhassen, MN 55317** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Customer** Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.117 38 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$368.00** |
| **Kyle Pilkington** **108 John Scott Ln** **North Kingstown, RI 02852** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Customer** Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.117 39 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$719.00** |
| **Kyle Plocharczyk** **89 Riverdale Ave** **Bradford, MA 01835** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Customer** Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.117 40 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$128.00** |
| **Kyle Priest** **1604 Cottonwood Valley Cir N** **Irving, TX 75038** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Customer** Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.117 41 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
| **Kyle R** **100 Harrington Drive** **Austerlitz, NY 12017** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Customers - Deferred Credit** Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.117 42 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
| **Kyle R** **2315 Burchard St Se** **East Grand Rapids, MI 49506** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Customers - Deferred Credit** Is the claim subject to offset? ☑ No ☐ Yes | |

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known)  _____
_____
Name

---

| 3.117 |
|-------|
| 43    |

**Nonpriority creditor's name and mailing address**

**Kyle S**
**1275 Inglewood Ave**
**Saint Helena, CA 94574**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                    **$64.03**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 |
|-------|
| 44    |

**Nonpriority creditor's name and mailing address**

**Kyle S**
**197 Auditorium St**
**Jackson, TN 38301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                    **$9.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 |
|-------|
| 45    |

**Nonpriority creditor's name and mailing address**

**Kyle S**
**31207 Lakeview Blvd Apt.2210**
**Wixom, MI 48393**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                    **$17.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 |
|-------|
| 46    |

**Nonpriority creditor's name and mailing address**

**Kyle S**
**593 Valley Green Dr Ne**
**Atlanta, GA 30342**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                    **$20.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 |
|-------|
| 47    |

**Nonpriority creditor's name and mailing address**

**Kyle Sarausky**
**1 Batchelder St**
**Laconia, NH 03246**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                    **$9,265.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 |
|-------|
| 48    |

**Nonpriority creditor's name and mailing address**

**Kyle Shinaberry**
**31207 Lakeview Blvd Apt.2210**
**Wixom, MI 48393**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                    **$76.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 |
|-------|
| 49    |

**Nonpriority creditor's name and mailing address**

**Kyle Smith**
**1312 Somerset Lane**
**Rockwall, TX 75032**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                    **$3,972.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

**3.117**
**50**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$45.00** |

**Kyle Smoot**
**2040 Via Florence Rd**
**Charlottesville, VA 22911**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117**
**51**

**Nonpriority creditor's name and mailing address**                     **$30.00**

**Kyle Spurgeon**
**197 Auditorium St**
**Jackson, TN 38301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117**
**52**

**Nonpriority creditor's name and mailing address**                     **$617.00**

**Kyle Stetsom**
**2108 9th Ave N**
**Nashville, TN 37208**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117**
**53**

**Nonpriority creditor's name and mailing address**                     **$116.00**

**Kyle Struthers**
**29840 Southwell Ln**
**Wesley Chapel, FL 33543**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117**
**54**

**Nonpriority creditor's name and mailing address**                     **$12,643.00**

**Kyle Sullivan**
**2557 Napa Valley Corporate Dr Ste D**
**Napa, CA 94558**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117**
**55**

**Nonpriority creditor's name and mailing address**                     **$66.00**

**Kyle Teahan**
**5800 Chapel Rd**
**Madison, OH 44057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117**
**56**

**Nonpriority creditor's name and mailing address**                     **$150.00**

**Kyle Upchurch**
**23920 126th Pl**
**Trevor, WI 53179**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.117 57**

**Nonpriority creditor's name and mailing address**

**Kyle W**
**1071 N Hermitage Ave**
**Chicago, IL 60622**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

**3.117 58**

**Nonpriority creditor's name and mailing address**

**Kyle Weber**
**100 S. Eudora St.**
**Denver, CO 80246**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$145.00**

---

**3.117 59**

**Nonpriority creditor's name and mailing address**

**Kyle Z**
**2355 Thomas Ave Apt 1312**
**Dallas, TX 75201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$73.68**

---

**3.117 60**

**Nonpriority creditor's name and mailing address**

**Kyley Yanker**
**1473 Mason Valley Rd**
**Saint Louis, MO 63131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

**3.117 61**

**Nonpriority creditor's name and mailing address**

**Kylie Adamson**
**216 Lorraine Dr**
**Corpus Christi, TX 78411**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$995.00**

---

**3.117 62**

**Nonpriority creditor's name and mailing address**

**Kylie B**
**N1311 Silver Canoe Rd**
**Keshena, WI 54135**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$24.00**

---

**3.117 63**

**Nonpriority creditor's name and mailing address**

**Kylie Manley**
**35 Silverwood Lane**
**West Warwick, RI 02893**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$31.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                                      Case number *(if known)*    _____

---

| 3.117 |
| 64 |

**Nonpriority creditor's name and mailing address**
**Kylie Riser**
**1049 Ashe St**
**Davidsonville, MD 21035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

| 3.117 |
| 65 |

**Nonpriority creditor's name and mailing address**
**Kym D**
**1618 Wheatley Place**
**San Jose, CA 95121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.117 |
| 66 |

**Nonpriority creditor's name and mailing address**
**Kym L**
**7787 Lakeview Dr**
**Pueblo, CO 81005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.117 |
| 67 |

**Nonpriority creditor's name and mailing address**
**Kyra Stockton**
**126 Montana Dr**
**Danville, CA 94526**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$408.00**

---

| 3.117 |
| 68 |

**Nonpriority creditor's name and mailing address**
**Lacey L**
**132 Washington Ave.**
**Havertown, PA 19083**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| 3.117 |
| 69 |

**Nonpriority creditor's name and mailing address**
**Lacey Long**
**132 Washington Ave.**
**Havertown, PA 19083**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

| 3.117 |
| 70 |

**Nonpriority creditor's name and mailing address**
**Lacey Mcmillan**
**16913 NW 14th Ave**
**Miami, FL 33169**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

---

| 3.117 71 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lacie Croteau**
**28680 Clear Woods Dr**
**Spring, TX 77386**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$178.00**

---

| 3.117 72 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Laddie D**
**1133 Morgan Cir W.**
**Orange Park, FL 32073**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.117 73 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ladonna H**
**1073 Meadow Brook Dr**
**Woodstock, GA 30188**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$32.00**

---

| 3.117 74 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Laena Romond**
**60 Mountainview Drive**
**Brookfield, CT 06804**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$983.00**

---

| 3.117 75 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Laily M**
**28 Marinero Circle**
**Apt. 5**
**Tiburon, CA 94920**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$16.67**

---

| 3.117 76 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Laine Bechtel**
**3437 W 7th St**
**Fort Worth, TX 76107**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

| 3.117 77 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lalit K**
**701 Nw 53rd Street**
**Boca Raton, FL 33487**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.117
78**

**Nonpriority creditor's name and mailing address**
**Lam Nguyen**
**2352 Kelbrook Ct**
**Oviedo, FL 32765**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$28.00

---

**3.117
79**

**Nonpriority creditor's name and mailing address**
**Lamar W**
**190 W54th St.**
**Bayonne, NJ 07002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

$10.00

---

**3.117
80**

**Nonpriority creditor's name and mailing address**
**Lana Nystrom**
**4644 Tivoli St**
**San Diego, CA 92107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$3,815.00

---

**3.117
81**

**Nonpriority creditor's name and mailing address**
**Lance G**
**3451 S Owens Ct**
**Lakewood, CO 80227**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

$18.00

---

**3.117
82**

**Nonpriority creditor's name and mailing address**
**Lance Heft**
**690 Enterprise Dr**
**International Tube**
**Royersford, PA 19468**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$2,976.00

---

**3.117
83**

**Nonpriority creditor's name and mailing address**
**Lance Kaji**
**155 S Clinton Ave**
**Lindenhurst, NY 11757**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$88,745.00

---

**3.117
84**

**Nonpriority creditor's name and mailing address**
**Lance Kesselring**
**11810 Hardscrabble Trl**
**Roswell, GA 30075**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$22.00

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|--------|------|-------------|--|
| | Name | | |

---

**3.117 85**

**Nonpriority creditor's name and mailing address**

**Lance L**
**2522 Irving Place**
**Billings, MT 59102**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.117 86**

**Nonpriority creditor's name and mailing address**

**Lance Lahr**
**1118 Mason Drive**
**Downingtown, PA 19335**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,383.00**

---

**3.117 87**

**Nonpriority creditor's name and mailing address**

**Lance Lundvall**
**2522 Irving Place**
**Billings, MT 59102**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,605.00**

---

**3.117 88**

**Nonpriority creditor's name and mailing address**

**Lance Mccollough**
**7442 Skygazer St**
**Castle Pines, CO 80108**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,066.00**

---

**3.117 89**

**Nonpriority creditor's name and mailing address**

**Lance S**
**5004 Dickson St Apt 3**
**Houston, TX 77007**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$42.00**

---

**3.117 90**

**Nonpriority creditor's name and mailing address**

**Lance Sayre**
**3113 State Road 580 Lot 294**
**Safety Harbor, FL 34695**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$207.00**

---

**3.117 91**

**Nonpriority creditor's name and mailing address**

**Lance Strickland**
**5004 Dickson St Apt 3**
**Houston, TX 77007**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$105.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.117 92**

**Nonpriority creditor's name and mailing address**

**Lance W**
**307 Culver Blvd**
**Los Angeles, CA 90293**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

**3.117 93**

**Nonpriority creditor's name and mailing address**

**Lance Wilkinson**
**8 Lavington Rd**
**Hilton Head Island, SC 29928**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

**3.117 94**

**Nonpriority creditor's name and mailing address**

**Lance Williams**
**307 Culver Blvd**
**Los Angeles, CA 90293**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$511.00**

---

**3.117 95**

**Nonpriority creditor's name and mailing address**

**Lance Young**
**12402 Rip Van Winkle Dr**
**Houston, TX 77024**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

**3.117 96**

**Nonpriority creditor's name and mailing address**

**Landis Wood**
**9225 Hightower Oak St**
**Huntersville, NC 28078**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,585.00**

---

**3.117 97**

**Nonpriority creditor's name and mailing address**

**Landon White**
**8350 Meadow Rd Ste 262**
**Dallas, TX 75231**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,345.00**

---

**3.117 98**

**Nonpriority creditor's name and mailing address**

**Lane Hite**
**4740 20th Rd N Unit 4204**
**Arlington, VA 22207**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$328.00**

---

Debtor   **Phoeno Wine Company, Inc.**                           Case number *(if known)* _____
_____
Name

| | |
|---|---|
| **3.117 99** | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Lane K**
**98-1753 Ipuala Loop**
**Aiea, HI 96701**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

| | |
|---|---|
| **3.118 00** | **Nonpriority creditor's name and mailing address** |

**Lane Roberts**
**12937 Se 31st Ave**
**Portland, OR 97222**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,343.00**

---

| | |
|---|---|
| **3.118 01** | **Nonpriority creditor's name and mailing address** |

**Lane Toler**
**9252 E Broadway Rd Lot 45**
**Mesa, AZ 85208**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,210.00**

---

| | |
|---|---|
| **3.118 02** | **Nonpriority creditor's name and mailing address** |

**Lanette Ramey**
**2822 Crawford St**
**Houston, TX 77004**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$58.00**

---

| | |
|---|---|
| **3.118 03** | **Nonpriority creditor's name and mailing address** |

**Lani Bertino**
**1812 Gallagher Ct NW**
**Olympia, WA 98502**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$3,755.00**

---

| | |
|---|---|
| **3.118 04** | **Nonpriority creditor's name and mailing address** |

**Lanny Armstrong**
**5930 Bogie Eay**
**Pasadena, TX 77505**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$758.00**

---

| | |
|---|---|
| **3.118 05** | **Nonpriority creditor's name and mailing address** |

**Lany Facella**
**31 Mayflower St Apt 3**
**Plymouth, MA 02360**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$60.00**

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)*

---

**3.118 06**

**Nonpriority creditor's name and mailing address**
**Lara Farnham**
**207 Wayne Ave**
**Oakland, CA 94606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$398.00**

---

**3.118 07**

**Nonpriority creditor's name and mailing address**
**Laraine Lipori**
**7 7th St**
**Petaluma, CA 94952**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

**3.118 08**

**Nonpriority creditor's name and mailing address**
**Larch Laws**
**93 Greenock Ln**
**Pleasant Hill, CA 94523**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$240.00**

---

**3.118 09**

**Nonpriority creditor's name and mailing address**
**Larissa B**
**13648 Marsh Harbor Dr N**
**Jacksonville, FL 32225**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$56.80**

---

**3.118 10**

**Nonpriority creditor's name and mailing address**
**Larissa Barber**
**13648 Marsh Harbor Dr N**
**Jacksonville, FL 32225**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$116.00**

---

**3.118 11**

**Nonpriority creditor's name and mailing address**
**Larissa F**
**71 Mc Coord Woods Dr**
**Fairport, NY 14450**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$6.00**

---

**3.118 12**

**Nonpriority creditor's name and mailing address**
**Larissa Ford**
**71 Mc Coord Woods Dr**
**Fairport, NY 14450**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$383.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_  _____
                 Name

| 3.118 13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$8.33** |

**Larissa-Puryear**
**14 Linden Blvd**
**Middletown, MD 21769**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$15.00** |

**Lark Blair**
**2717 N 73 St**
**212**
**Omaha, NE 68134**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$5.00** |

**Larry B**
**355 Greenwood Drive**
**Hilton Head Island, SC 29928**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$50.00** |

**Larry B**
**900 Bush Sreet**
**Apt 1003**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$756.00** |

**Larry Boyd**
**718 Rockwood Lane**
**Tryon, NC 28782**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$29.00** |

**Larry Buchanan**
**6188 Private Road 3355**
**Buffalo, TX 75831**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$36.00** |

**Larry Calvin**
**945 Rowe Rd**
**Camano Island, WA 98282**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | |
|---|---|
| **3.118 20** | |

**Nonpriority creditor's name and mailing address**

**Larry Campbell**
**16207 Cayenne Ridge Road**
**San Diego, CA 92127**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,042.00**

---

| | |
|---|---|
| **3.118 21** | |

**Nonpriority creditor's name and mailing address**

**Larry Costigan**
**724 W Slippery Rock Dr**
**Palatine, IL 60067**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

| | |
|---|---|
| **3.118 22** | |

**Nonpriority creditor's name and mailing address**

**Larry Curtin**
**3002 Golden Eagle Dr E**
**Tallahassee, FL 32312**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$165.00**

---

| | |
|---|---|
| **3.118 23** | |

**Nonpriority creditor's name and mailing address**

**Larry Debower**
**408 Windwood Ct**
**Gate 1229**
**Mckinney, TX 75071**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

| | |
|---|---|
| **3.118 24** | |

**Nonpriority creditor's name and mailing address**

**Larry E**
**Cummins Inc.**
**251 N. Illinois Street, Suite 700**
**Indianapolis, IN 46204**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$525.00**

---

| | |
|---|---|
| **3.118 25** | |

**Nonpriority creditor's name and mailing address**

**Larry F**
**5776d Lindero Canyon Rd # 453**
**Westlake Village, CA 91362**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| | |
|---|---|
| **3.118 26** | |

**Nonpriority creditor's name and mailing address**

**Larry F**
**7000 W Overland Rd**
**Boise, ID 83709**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$36.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.118 27**

**Nonpriority creditor's name and mailing address**

**Larry Featherston**
**7000 W Overland Rd**
**Boise, ID 83709**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$32.00

---

**3.118 28**

**Nonpriority creditor's name and mailing address**

**Larry Franco**
**5776d Lindero Canyon Rd # 453**
**Westlake Village, CA 91362**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$33.00

---

**3.118 29**

**Nonpriority creditor's name and mailing address**

**Larry Freitas**
**7625 Sunrise Blvd Ste 101**
**Citrus Heights, CA 95610**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$171.00

---

**3.118 30**

**Nonpriority creditor's name and mailing address**

**Larry Freitas**
**7625 Sunrise Blvd Ste 101**
**Citrus Heights, CA 95610**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

**3.118 31**

**Nonpriority creditor's name and mailing address**

**Larry G**
**1819 Marlton Pike W**
**Cherry Hill, NJ 08002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.118 32**

**Nonpriority creditor's name and mailing address**

**Larry G**
**2191 Avalon Dr**
**Buffalo Grove, IL 60089**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$1,611.00

---

**3.118 33**

**Nonpriority creditor's name and mailing address**

**Larry Galupe**
**Pobox 795**
**Middletown, CA 95461**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$438.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.118 34 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Larry Goldsmith**
**45 Lake View Ter**
**Rockland, ME 04841**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$383.00**

---

| 3.118 35 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Larry Gorski**
**2191 Avalon Dr**
**Buffalo Grove, IL 60089**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,974.00**

---

| 3.118 36 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Larry H**
**21 Birch Rd**
**Mahwah, NJ 07430**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.118 37 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Larry Hance**
**6946 Sperry St**
**Dallas, TX 75214**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$427.00**

---

| 3.118 38 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Larry Hanig**
**21 Birch Rd**
**Mahwah, NJ 07430**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$11,434.00**

---

| 3.118 39 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Larry Hartman**
**4242 Gigling Road**
**Seaside, CA 93955**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$754.00**

---

| 3.118 40 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Larry Hirst**
**10231 Meredith Drive**
**Huntington Beach, CA 92646**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.118 41 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Larry K**
**1999 Wells Road**
**Suite E**
**Orange Park, FL 32073**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

| 3.118 42 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Larry L 7048**
**35 N 4320 Rd**
**Spencerville, OK 74760**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$897.97

---

| 3.118 43 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Larry Lucian**
**46 Mediterranean Blvd E**
**Port St Lucie, FL 34952**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$250.00

---

| 3.118 44 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Larry Parr**
**11022 Hilltop Park Ln**
**Cypress, TX 77433**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$90.00

---

| 3.118 45 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Larry Rau**
**5000 W 149 Th St**
**Leawood, KS 66224**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$369.00

---

| 3.118 46 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Larry Riordan**
**8349 Trumbull Ave**
**Skokie, IL 60076**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$3,669.00

---

| 3.118 47 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Larry Rubin**
**88 Toledo St**
**Farmingdale, NY 11735**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$588.00

---

Debtor   **Phoeno Wine Company, Inc.**   Case number (if known) _____
_____
Name

| 3.118 48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30.00** |
|---|---|---|---|

**Larry S**
**5652 Montreaux Drive**
**Frisco, TX 75034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.118 49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,901.00** |
|---|---|---|---|

**Larry Sahr**
**33 Sweetmans Ln**
**Manalapan, NJ 07726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.118 50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$399.84** |
|---|---|---|---|

**Larry Sahr**
**33 Sweetmans Ln**
**Manalapan, NJ 07726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.118 51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$56.00** |
|---|---|---|---|

**Larry Schaffer**
**1021 Willow Creek Dr**
**Burleson, TX 76028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.118 52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,592.00** |
|---|---|---|---|

**Larry Schofield**
**6441 Snuffbox Terrace**
**Columbia, MD 21044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.118 53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$245.04** |
|---|---|---|---|

**Larry Shaw**
**6125 N 38th Pl**
**Paradise Valley, AZ 85253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.118 54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$370.00** |
|---|---|---|---|

**Larry Sprecher**
**301 High Point Rd**
**Cochranville, PA 19330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.118 55 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Larry Stewart**
**5652 Montreaux Drive**
**Frisco, TX 75034**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$248.00**

---

| 3.118 56 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Larry W**
**1133 Mccrory Cir**
**Gallatin, TN 37066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| 3.118 57 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Larry Wiese**
**604 Brazos St**
**Attn: Larry Wiese Guest**
**Austin, TX 78701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$3,801.00**

---

| 3.118 58 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Larry Woodall**
**943 S. Micheaux**
**Palestine, TX 75801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$57.02**

---

| 3.118 59 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Larry Wright**
**1133 Mccrory Cir**
**Gallatin, TN 37066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$81.00**

---

| 3.118 60 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Larry Z**
**31232 Island Dr**
**Evergreen, CO 80439**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$11.00**

---

| 3.118 61 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Larry Zwakenberg**
**31232 Island Dr**
**Evergreen, CO 80439**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$151.00**

---

Debtor   **Phoeno Wine Company, Inc.**            Case number *(if known)* _____
         Name

---

| 3.118 62 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Larryc Mckay**
**4 Arbors Edge Ct**
**Bolingbrook, IL 60490**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.118 63 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lars K**
**5219 Craner Ave**
**North Hollywood, CA 91601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.118 64 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lars Koerkemeier**
**5219 Craner Ave**
**North Hollywood, CA 91601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$613.00**

---

| 3.118 65 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lashanda P**
**9661 Lynchburg Pl**
**Waldorf, MD 20603**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.118 66 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lasse Hamre**
**4060 Errante Dr**
**El Dorado Hills, CA 95762**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.118 67 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Laszlo Gyermek**
**23203 E 152nd Ave**
**Siteone Landscape Supply**
**Brighton, CO 80603**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$126.00**

---

| 3.118 68 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Latonia Cooper**
**3114 Five Oaks Dr**
**Missouri City, TX 77459**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,401.00**

---

Debtor    **Phoeno Wine Company, Inc.**    Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| **3.118 69** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  **$25.00** |

**Laura A**
**202 C And J Rd**
**Bldg 5.  Unit 1**
**Laurie, MO 65037**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.118 70** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  **$50.00** |

**Laura Arroyo**
**3301 NE 1st Ave Apt 2901**
**Miami, FL 33137**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.118 71** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  **$104.00** |

**Laura Arrufat**
**7951 NE Bayshore Ct Apt E202**
**Miami, FL 33138**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.118 72** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  **$696.44** |

**Laura B 13425922**
**4815 W. 86th Street**
**Overland Park, KS 66207**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.118 73** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  **$12,379.00** |

**Laura Boomer**
**2103 Grove Ave**
**Richmond, VA 23220**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.118 74** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  **$182.00** |

**Laura Brillanti**
**488 4th Ave Apt 4**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.118 75** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  **$209.75** |

**Laura C**
**202 Vinita Place**
**Loudon, TN 37774**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
Name

---

| 3.118 76 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Laura Campbell**
**29 Ridgeview Xing**
**Newington, CT 06111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$336.00**

---

| 3.118 77 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Laura Carr**
**409 Water Bridge Dr**
**Lewisville, TX 75056**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,081.00**

---

| 3.118 78 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Laura Carson**
**2899 State Route 65**
**Mc Clure, OH 43534**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$165.00**

---

| 3.118 79 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Laura Cobb**
**17154 Lanark Street**
**Lake Balboa, CA 91406**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,523.00**

---

| 3.118 80 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Laura Davis**
**122 Sandhill Dr Ste 203**
**Middletown, DE 19709**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| 3.118 81 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Laura Dufresne**
**2418 NW 197th St**
**Shoreline, WA 98177**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$364.00**

---

| 3.118 82 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Laura Dye**
**1480 Fox Den Trl**
**Canfield, OH 44406**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$28.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.118
83**

**Nonpriority creditor's name and mailing address**

**Laura Farhat
393 Center St Unit 115
Bldg E
Auburn, ME 04210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer **

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.118
84**

**Nonpriority creditor's name and mailing address**

**Laura Flynn
151 Chicago Ave
Clarendon Hills, IL 60514**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer **

Is the claim subject to offset? ■ No ☐ Yes

**$725.00**

---

**3.118
85**

**Nonpriority creditor's name and mailing address**

**Laura Fraser
1440 Waller St
San Francisco, CA 94117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer **

Is the claim subject to offset? ■ No ☐ Yes

**$2,617.00**

---

**3.118
86**

**Nonpriority creditor's name and mailing address**

**Laura Greene
3985 S Fairwood Ave
Rogersville, MO 65742**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer **

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.118
87**

**Nonpriority creditor's name and mailing address**

**Laura Halloran
33 Rice Ave
Northborough, MA 01532**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer **

Is the claim subject to offset? ■ No ☐ Yes

**$34.00**

---

**3.118
88**

**Nonpriority creditor's name and mailing address**

**Laura Hayes
861 Lantana Ave
Clearwater Beach, FL 33767**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer **

Is the claim subject to offset? ■ No ☐ Yes

**$163.00**

---

**3.118
89**

**Nonpriority creditor's name and mailing address**

**Laura Holden
1279 Smith Ridge Rd
New Canaan, CT 06840**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer **

Is the claim subject to offset? ■ No ☐ Yes

**$112.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.118<br>90 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Laura Hoyt**
**42472 Lennox Ct**
**South Riding, VA 20152**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

3.118
91

**Nonpriority creditor's name and mailing address**
**Laura Klein**
**5205 Sunset Walk Lane**
**Holly Springs, NC 27540**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,181.00**

---

3.118
92

**Nonpriority creditor's name and mailing address**
**Laura Lacourse**
**3293 Hampton Ridge Dr NE**
**Marietta, GA 30066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$609.00**

---

3.118
93

**Nonpriority creditor's name and mailing address**
**Laura Littles**
**3236 Weber Dr.**
**Lakeland, TN 38002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$23.00**

---

3.118
94

**Nonpriority creditor's name and mailing address**
**Laura Logsdon**
**306 Benetton Dr**
**San Antonio, TX 78253**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$112.00**

---

3.118
95

**Nonpriority creditor's name and mailing address**
**Laura M**
**1762 Williams Dr.**
**Stoughton, WI 53589**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

3.118
96

**Nonpriority creditor's name and mailing address**
**Laura M 14603**
**C/O Firstjob**
**220 Montgomery Street  Suite 462a**
**San Francisco, CA 94104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$65.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.118 97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$60.00** |

**Nonpriority creditor's name and mailing address**
**Laura Mckeown**
**1106 Astor Pl**
**Glencoe, IL 60022**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

3.118 98

**Nonpriority creditor's name and mailing address**
**Laura Mcmillan**
**1184 W Enfield Pl**
**Chandler, AZ 85286**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$30.27**

---

3.118 99

**Nonpriority creditor's name and mailing address**
**Laura N**
**36 Broad St**
**Kinderhook, NY 12106**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$76.00**

---

3.119 00

**Nonpriority creditor's name and mailing address**
**Laura O**
**11329 South Talman Avenue**
**Chicago, IL 60655**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

3.119 01

**Nonpriority creditor's name and mailing address**
**Laura Olson**
**5837 Kellogg Ave**
**Edina, MN 55424**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer

Is the claim subject to offset? ■ No ☐ Yes

**$167.00**

---

3.119 02

**Nonpriority creditor's name and mailing address**
**Laura P**
**24730 Ne 52nd Place**
**Redmond, WA 98053**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

3.119 03

**Nonpriority creditor's name and mailing address**
**Laura P**
**6427 Tulipwood Lane**
**Jamesville, NY 13078**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$9.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.119 04 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**Laura P**
**900 N Barfield Dr**
**City Of Marco**
**Marco Island, FL 34145**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 05 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,914.00** |

**Laura Pence**
**3705 Brookside Rd**
**Richmond, VA 23225**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 06 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.16** |

**Laura Peters**
**400 Aviation Blvd**
**Suite 100**
**Santa Rosa, CA 95403**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 07 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$429.00** |

**Laura Piel**
**106 Spanish Trail**
**Saint Peters, MO 63376**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 08 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,415.00** |

**Laura Powers**
**6427 Tulipwood Lane**
**Jamesville, NY 13078**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 09 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60.39** |

**Laura R**
**1271 Marian Way**
**Sacramento, CA 95818**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,009.00** |

**Laura R**
**4040 N Mozart St**
**Unit 3**
**Chicago, IA 60010**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
Name

| 3.119 11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,748.00 |

**Laura Reighard**
**4040 N Mozart St**
**Unit 3**
**Chicago, IA 60010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.119 12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,987.00 |

**Laura Robinson**
**1271 Marian Way**
**Sacramento, CA 95818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.119 13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $459.00 |

**Laura Rodnitzky**
**715 Woodbine Ave**
**Oak Park, IL 60302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.119 14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $490.00 |

**Laura Rose**
**8464 Doar Rd**
**Awendaw, SC 29429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.119 15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7.00 |

**Laura S**
**10656 S St**
**Rd 9**
**Columbia City, IN 46725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.119 16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |

**Laura S**
**1368 Island Town Dr**
**Memphis, TN 38103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.119 17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $484.00 |

**Laura Schnaufer**
**15672 Sacile Ln**
**Bradenton, FL 34211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.119
18**

**Nonpriority creditor's name and mailing address**

**Laura Scofield
9260 Se Wyndham Way
Happy Valley, OR 97086**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,889.00**

---

**3.119
19**

**Nonpriority creditor's name and mailing address**

**Laura V
228 Roberts Rd
Inverness, IL 60010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$16.00**

---

**3.119
20**

**Nonpriority creditor's name and mailing address**

**Laura Vargas
27 Amherst Dr
Basking Ridge, NJ 07920**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$822.00**

---

**3.119
21**

**Nonpriority creditor's name and mailing address**

**Laura Voigt
228 Roberts Rd
Inverness, IL 60010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$405.00**

---

**3.119
22**

**Nonpriority creditor's name and mailing address**

**Laura W
2447 Eldridge Rd
East Aurora, NY 14052**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.119
23**

**Nonpriority creditor's name and mailing address**

**Laura Y
425 1st Street
3808
San Francisco, CA 94105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$22.67**

---

**3.119
24**

**Nonpriority creditor's name and mailing address**

**Laura-Fox
7839 Grizzly Bear Pt
Colorado Springs, CO 80922**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
　　　　　Name

| | |
|---|---|
| **3.119** **25** | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Laurel M**
**325 Kent Ave Apt N458**
**Brooklyn, NY 11249**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

**3.119 26**
**Nonpriority creditor's name and mailing address**
**Laurel R**
**4310 Lealand Ln**
**Nashville, TN 37204**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$9.00

---

**3.119 27**
**Nonpriority creditor's name and mailing address**
**Laurel Riley**
**4310 Lealand Ln**
**Nashville, TN 37204**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$418.00

---

**3.119 28**
**Nonpriority creditor's name and mailing address**
**Lauren A**
**96 Sowers Dr**
**Hackettstown, NJ 07840**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

**3.119 29**
**Nonpriority creditor's name and mailing address**
**Lauren Airey**
**910 C St. Se**
**Washington, DC 20003**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

**3.119 30**
**Nonpriority creditor's name and mailing address**
**Lauren Angelini**
**96 Sowers Dr**
**Hackettstown, NJ 07840**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

**3.119 31**
**Nonpriority creditor's name and mailing address**
**Lauren Antonino**
**1223 Rainbow Dr**
**Silverthorne, CO 80498**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$5,270.00

---

Debtor   **Phoeno Wine Company, Inc.**

_____    Case number (if known) _____

Name

| 3.119 |
|-------|
| 32 |

**Nonpriority creditor's name and mailing address**

**Lauren Aston**
**715 Discovery Blvd Ste 410**
**C/O Viagen Pets & Equine**
**Cedar Park, TX 78613**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$84.00**

---

| 3.119 |
|-------|
| 33 |

**Nonpriority creditor's name and mailing address**

**Lauren B**
**7752 E. Nassau Ave**
**Denver, CO 80237**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

| 3.119 |
|-------|
| 34 |

**Nonpriority creditor's name and mailing address**

**Lauren Beck**
**242 Broome St**
**New York, NY 10002**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$188.00**

---

| 3.119 |
|-------|
| 35 |

**Nonpriority creditor's name and mailing address**

**Lauren Beth**
**7752 E. Nassau Ave**
**Denver, CO 80237**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,126.00**

---

| 3.119 |
|-------|
| 36 |

**Nonpriority creditor's name and mailing address**

**Lauren Briosos**
**338 Munich Street**
**San Francisco, CA 94112**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$35.28**

---

| 3.119 |
|-------|
| 37 |

**Nonpriority creditor's name and mailing address**

**Lauren Burgeson**
**31 E 31st St Apt 6g**
**New York, NY 10016**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

| 3.119 |
|-------|
| 38 |

**Nonpriority creditor's name and mailing address**

**Lauren C**
**2209 Hunters Wood Way**
**Virginia Beach, VA 23454**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$7.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.119
39**

**Nonpriority creditor's name and mailing address**

**Lauren Callaway
4040 Avondale Ave.
Unit 408
Dallas, TX 75219**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,571.00**

---

**3.119
40**

**Nonpriority creditor's name and mailing address**

**Lauren Carter
1341 Weber St
Alameda, CA 94501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.119
41**

**Nonpriority creditor's name and mailing address**

**Lauren Clement
3332 Milton Ave
Dallas, TX 75205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$692.00**

---

**3.119
42**

**Nonpriority creditor's name and mailing address**

**Lauren Creech
2209 Hunters Wood Way
Virginia Beach, VA 23454**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$538.00**

---

**3.119
43**

**Nonpriority creditor's name and mailing address**

**Lauren Curler
12116 Ocean Promenade Apt 4h
Rockaway Park, NY 11694**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$202.00**

---

**3.119
44**

**Nonpriority creditor's name and mailing address**

**Lauren D
130 Elm St
Monroe, CT 06468**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.119
45**

**Nonpriority creditor's name and mailing address**

**Lauren D
3307 Toopal Dr
Oceanside, CA 92058**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
          Name                                        Case number _(if known)_    _____

---

| 3.119 46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$15.00** |

**Lauren D**
**7624 Fisher Island Drive**
**Miami Beach, FL 33109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$375.00** |

**Lauren Delano**
**85 Middle St**
**Bankgloucester/ Residential Loan Buildin**
**Gloucester, MA 01930**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$123.00** |

**Lauren Doughty**
**11500 Foster St**
**Overland Park, KS 66210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$20.00** |

**Lauren Fernley**
**1902 Standiford Dr**
**Malvern, PA 19355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$18.00** |

**Lauren G**
**9509 Oak Park Dr**
**Brecksville, OH 44141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$85.00** |

**Lauren Gabree**
**11726 1/2 Magnolia Blvd**
**Valley Village, CA 91607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$206.00** |

**Lauren Ganim**
**9509 Oak Park Dr**
**Brecksville, OH 44141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.119 53**

**Nonpriority creditor's name and mailing address**

**Lauren H**
**168 Main Street**
**Jackson, CA 95642**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$17.60

---

**3.119 54**

**Nonpriority creditor's name and mailing address**

**Lauren Halvorson**
**7350 Van Dusen Rd Ste 250**
**Laurel, MD 20707**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$152.00

---

**3.119 55**

**Nonpriority creditor's name and mailing address**

**Lauren Helbig**
**1901 Connecticut Ave NW Apt 721**
**Washington, DC 20009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$77.00

---

**3.119 56**

**Nonpriority creditor's name and mailing address**

**Lauren Hermes**
**2279 Wilma Rudolph Blvd**
**Clarksville, TN 37040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$160.00

---

**3.119 57**

**Nonpriority creditor's name and mailing address**

**Lauren Hersh**
**23 Fernwood Rd**
**Summit, NJ 07901**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$609.00

---

**3.119 58**

**Nonpriority creditor's name and mailing address**

**Lauren Jacobson**
**123 Broadway Apt 127**
**Seattle, WA 98122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,089.00

---

**3.119 59**

**Nonpriority creditor's name and mailing address**

**Lauren Jones**
**918 Fieldstone Dr**
**Macon, GA 31210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$32.00

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.119 60 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Lauren Kennedy**
**150 Page St Apt 43**
**San Francisco, CA 94102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,475.00**

---

| 3.119 61 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Lauren King**
**2009 Belmont Ln Unit A**
**Redondo Beach, CA 90278**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,024.00**

---

| 3.119 62 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Lauren L 3104**
**2681 Granite Creek Rd**
**Scotts Valley, CA 95066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

| 3.119 63 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Lauren Loustaunau**
**2681 Granite Creek Rd**
**Scotts Valley, CA 95066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$340.00**

---

| 3.119 64 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Lauren M**
**19374 Blue Pond Dr**
**Lutz, FL 33558**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$416.00**

---

| 3.119 65 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Lauren M**
**326 20th St**
**Huntington Beach, CA 92648**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$35.77**

---

| 3.119 66 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Lauren Marczi**
**1 Mountain Ave**
**Somerville, NJ 08876**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.119 67 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lauren Mayhew**
**1055 W 24th St**
**Houston, TX 77008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$246.00**

---

| 3.119 68 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lauren Mirabella**
**4 Megs Ln**
**Orleans, MA 02653**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$213.00**

---

| 3.119 69 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lauren Moore**
**67 Yarmouth Rd**
**Wellesley, MA 02481**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$670.00**

---

| 3.119 70 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lauren P**
**5129 Tussic St**
**Westerville, OH 43082**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$5.00**

---

| 3.119 71 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lauren Priestas**
**5513 Woodlyn Rd**
**Frederick, MD 21703**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$112.00**

---

| 3.119 72 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lauren R**
**2060 Hilltop Rd**
**Hoffman Estates, IL 60169**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$4.00**

---

| 3.119 73 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lauren R**
**697 Fran Barker Ave**
**Sacramento, CA 95838**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$23.05**

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

---

| 3.119<br>74 | **Nonpriority creditor's name and mailing address**<br>**Lauren Raiman**<br>**2060 Hilltop Rd**<br>**Hoffman Estates, IL 60169**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$860.00** |
|---|---|---|---|

| 3.119<br>75 | **Nonpriority creditor's name and mailing address**<br>**Lauren Root**<br>**252 Corby Place**<br>**Castle Pines, CO 80108**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$185.00** |

| 3.119<br>76 | **Nonpriority creditor's name and mailing address**<br>**Lauren S**<br>**3743 S 91st St**<br>**Milwaukee, WI 53228**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customers - Deferred Credit__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$7.00** |

| 3.119<br>77 | **Nonpriority creditor's name and mailing address**<br>**Lauren Sawyer**<br>**3708 Beechwood Pl**<br>**Riverside, CA 92506**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$33.00** |

| 3.119<br>78 | **Nonpriority creditor's name and mailing address**<br>**Lauren Shahan**<br>**8105 44th St W**<br>**University Place, WA 98466**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$50.00** |

| 3.119<br>79 | **Nonpriority creditor's name and mailing address**<br>**Lauren Stahl**<br>**28899 Center Ridge Rd Ste 302**<br>**Westlake, OH 44145**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$120.00** |

| 3.119<br>80 | **Nonpriority creditor's name and mailing address**<br>**Lauren Stat**<br>**1906 Hether St**<br>**Austin, TX 78704**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$389.00** |

---

Debtor **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_ _____
Name

| 3.119 81 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lauren Suchy**
**1040 Eve Dr**
**Apt K**
**Pittsburgh, PA 15216**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$316.00

---

| 3.119 82 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lauren Trull**
**2114 Allen Ave**
**Saint Louis, MO 63104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$1,583.00

---

| 3.119 83 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lauren W**
**7460 Las Lunas**
**San Diego, CA 92127**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| 3.119 84 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lauren Watts**
**1628 San Luis Rd**
**Walnut Creek, CA 94597**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$76.00

---

| 3.119 85 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lauren Willers**
**1 Valero Way**
**E3 - 171b**
**San Antonio, TX 78249**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$19.00

---

| 3.119 86 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Laurence Castelli**
**13716 New Hampshire Ave Apt 418**
**Silver Spring, MD 20904**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$112.00

---

| 3.119 87 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Laurence Cochrane**
**30 Greensward Rd**
**Mashpee, MA 02649**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$108.00

---

Debtor   **Phoeno Wine Company, Inc.**

_____   Case number *(if known)*   _____
Name

| 3.119 88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $126.00 |
|---|---|---|---|

**Laurence Friedman**
**2867 Torrington Rd**
**Shaker Heights, OH 44122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $637.00 |
|---|---|---|---|

**Laurence Howerton**
**1014 Delmar St**
**San Marcos, TX 78666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Laurend A**
**3648 Peachtree Rd Ne, Apt 1b**
**Atlanta, GA 30319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $180.00 |
|---|---|---|---|

**Laurent Ferrere**
**220 Farmbrooke Ct**
**Atlanta, GA 30350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Laurey Harrison**
**1712 Breckenridge Drive**
**Branchburg, NJ 08876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.00 |
|---|---|---|---|

**Laurie Abascal**
**35213 Ramsgate Dr**
**Newark, CA 94560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,237.00 |
|---|---|---|---|

**Laurie Bates**
**5509 Asbury Dr**
**River Oaks, TX 76114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.119 95 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Laurie Daniel**
**1326 Duplin Rd**
**Raleigh, NC 27607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,657.00**

---

| 3.119 96 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Laurie Gordon**
**13802 Commodores Pointe**
**Corpus Christi, TX 78418**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$80.00**

---

| 3.119 97 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Laurie Hamilton**
**7528 N 19th Ave**
**10**
**Phoenix, AZ 85021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$24.00**

---

| 3.119 98 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Laurie M**
**5229 N Maroa Avenue**
**Fresno, CA 93704**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.119 99 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Laurie Padget**
**178 Bedsyde Manor Lane**
**Lynchburg, TN 37352**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$137.88**

---

| 3.120 00 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Laurie R**
**4993 Forge Creek Rd**
**Mountain City, TN 37683**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$43.00**

---

| 3.120 01 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Laurie Reece**
**4993 Forge Creek Rd**
**Mountain City, TN 37683**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$504.00**

---

Debtor **Phoeno Wine Company, Inc.**
     Name

Case number *(if known)*

---

**3.120 02**

**Nonpriority creditor's name and mailing address**

**Laurie Reece**
**4993 Forge Creek Rd**
**Mountain City, TN 37683**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

$26.00

---

**3.120 03**

**Nonpriority creditor's name and mailing address**

**Laurie Sexton**
**6303 Cedar Springs Rd**
**Dallas, TX 75235**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

$124.00

---

**3.120 04**

**Nonpriority creditor's name and mailing address**

**Laurie Valente**
**10 Sharon Ln**
**East Windsor, CT 06088**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

$32.00

---

**3.120 05**

**Nonpriority creditor's name and mailing address**

**Laurie Villa**
**3040 N Ocean Blvd Unit 106**
**Fort Lauderdale, FL 33308**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

$179.00

---

**3.120 06**

**Nonpriority creditor's name and mailing address**

**Laurieb T**
**1241 County Road 251**
**Hondo, TX 78861**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ☒ No ☐ Yes

$25.00

---

**3.120 07**

**Nonpriority creditor's name and mailing address**

**Laurine Owens**
**2300 Euclid Ave**
**Ac 220**
**Cleveland, OH 44115**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ☒ No ☐ Yes

$468.00

---

**3.120 08**

**Nonpriority creditor's name and mailing address**

**Lauro Aguiar**
**1100 Garden View Rd Apt 137**
**Encinitas, CA 92024**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

$84.00

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| **3.120<br>09** | |

**Nonpriority creditor's name and mailing address**

**Lavelle Edmondson**
**2201 Quenby St**
**Houston, TX 77005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☐ No  ☐ Yes

$29.00

---

| | |
|---|---|
| **3.120<br>10** | |

**Nonpriority creditor's name and mailing address**

**Lavonne A**
**2615 Riverside Dr**
**Grand Island, NE 68801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

| | |
|---|---|
| **3.120<br>11** | |

**Nonpriority creditor's name and mailing address**

**Law S**
**1700 Stutz Dr Ste 30**
**Troy, MI 48084**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$10.00

---

| | |
|---|---|
| **3.120<br>12** | |

**Nonpriority creditor's name and mailing address**

**Lawlor Ben**
**171 High Winds Dr**
**Yarmouth, ME 04096**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$30.00

---

| | |
|---|---|
| **3.120<br>13** | |

**Nonpriority creditor's name and mailing address**

**Lawrence D**
**243 W 14th St Apt 1r**
**New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| | |
|---|---|
| **3.120<br>14** | |

**Nonpriority creditor's name and mailing address**

**Lawrence Field**
**264 Everett St**
**Sharon, MA 02067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$784.00

---

| | |
|---|---|
| **3.120<br>15** | |

**Nonpriority creditor's name and mailing address**

**Lawrence Greene**
**5301 E 35th Ave**
**Denver, CO 80207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$1,786.00

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 3981 of 5261

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

---

| 3.120 16 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Lawrence M**
**1 Mapleshade Dr**
**Whippany, NJ 07981**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.120 17 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Lawrence M**
**1040 Ne Creston Ln**
**Pullman, WA 99163**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

| 3.120 18 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Lawrence Marino**
**2422 Abercorn St**
**C/O The Cottage Shop**
**Savannah, GA 31401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$438.00

---

| 3.120 19 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Lawrence Meinert**
**1040 NE Creston Ln**
**Pullman, WA 99163**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$4,992.00

---

| 3.120 20 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Lawrence Prince**
**755 Arlington Rd.**
**Redwood City, CA 94062**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$488.00

---

| 3.120 21 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Lawrence R**
**22a Jasper Parrish Drive**
**United States**
**Buffalo, NY 14207**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

| 3.120 22 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Lawrence Richardson**
**1923 W Wabansia Ave**
**Chicago, IL 60622**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$843.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*    _____

| 3.120 23 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14.50** |

**Lawrence Runn**
**8501 E Alameda Ave**
**Unit 1115**
**Denver, CO 80230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 24 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$174.00** |

**Lawrence Su**
**3098 Capewood Ln**
**San Jose, CA 95132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 25 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,392.00** |

**Lawrence T**
**7536 Lombard Avenue**
**Gaylord, MI 49735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 26 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$526.00** |

**Lawrence Tucker**
**7536 Lombard Avenue**
**Gaylord, MI 49735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 27 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**Lawrence W**
**2890 Silk Tree Terrace**
**The Villages, FL 32163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 28 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29.00** |

**Lawson K**
**35 Rhett Pl**
**35 Rhett Pl**
**Danville, CA 94526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 29 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$224.00** |

**Lazz Rich**
**8361 Golden Ave**
**Kings Beach, CA 96143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____     Case number (if known) _____
Name

---

| 3.120 30 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Lb Lewis**
**4 Brady Ln**
**Pawling, NY 12564**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$133.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 31 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Le Lu**
**756 California Ave**
**Palo Alto, CA 94306**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$1,366.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 32 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Leaann Norris**
**922 Mckinney Park Ln**
**Houston, TX 77003**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$308.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 33 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Leah A**
**3 Lincoln Place**
**Port Washington, NY 11050**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$10.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 34 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Leah Caton**
**1203 Northfield Ct**
**Sikeston, MO 63801**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$90.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 35 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Leah Enking**
**1413 George St**
**Appleton, WI 54915**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$176.28**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 36 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Leah Fitzgerald**
**10438 Colina Way**
**Los Angeles, CA 90077**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$95.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.120 37**

**Nonpriority creditor's name and mailing address**

**Leah Foresee**
**18905 W 99th Ter**
**Lenexa, KS 66220**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$117.00**

---

**3.120 38**

**Nonpriority creditor's name and mailing address**

**Leah Friedman Spohn**
**553 Arbor Drive**
**Lafayette, CO 80026**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$999.60**

---

**3.120 39**

**Nonpriority creditor's name and mailing address**

**Leah Goldman**
**202 W Brookline St Apt 1**
**Boston, MA 02118**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,089.00**

---

**3.120 40**

**Nonpriority creditor's name and mailing address**

**Leah Gonyeau**
**313 Summer Haven Rd Unit 313**
**Lake Ozark, MO 65049**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,600.00**

---

**3.120 41**

**Nonpriority creditor's name and mailing address**

**Leah Harrington**
**1320 N 104th St**
**Lincoln, NE 68527**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$208.00**

---

**3.120 42**

**Nonpriority creditor's name and mailing address**

**Leah J**
**16740 E Bayfield Dr Apt 1**
**Fountain Hills, AZ 85268**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$669.00**

---

**3.120 43**

**Nonpriority creditor's name and mailing address**

**Leah Jewell**
**16740 E Bayfield Dr Apt 1**
**Fountain Hills, AZ 85268**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$96.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

---

| 3.120 44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40.68** |

**Leah Koren**
**1285 Sutter St**
**Unit 312**
**San Francisco, CA 94109**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$99.00** |

**Leah M**
**139 Dorset Cir**
**Phoenixville, PA 19460**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$107.00** |

**Leandro C**
**10 Florence Ave**
**Rye, NY 10580**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$527.00** |

**Leanne Scott**
**5311 Silverstone Ter**
**Colorado Springs, CO 80919**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$227.00** |

**Lee Blakey**
**1163 Boyle St**
**Enumclaw, WA 98022**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,934.00** |

**Lee Carter**
**21 18th Ave NW**
**Adult Internal Medicine**
**Hickory, NC 28601**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10.00** |

**Lee D**
**1103 La Cadena Ave**
**Arcadia, CA 91007**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

---

| 3.120 51 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lee Diep**
**1103 La Cadena Ave**
**Arcadia, CA 91007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$584.00

---

| 3.120 52 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lee Domangue**
**34057 Highway 433**
**Slidell, LA 70460**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$1,302.00

---

| 3.120 53 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lee Dominczak**
**12456 Clarence Center Rd**
**Akron, NY 14001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$120.00

---

| 3.120 54 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lee Esposito**
**4034 Crestridge Dr**
**Nashville, TN 37204**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$3,915.00

---

| 3.120 55 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lee G**
**1011 16th Street**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$19.33

---

| 3.120 56 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lee Gargis**
**15 Village Park Sq**
**Bluffton, SC 29910**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$150.00

---

| 3.120 57 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lee J**
**3528 Kelsey Ct**
**Flower Mound, TX 75028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.120 58 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lee Kuo**
**1636 Oakwood Avenue**
**Arcadia, CA 91006**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$264.00**

---

| 3.120 59 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lee M**
**914 26th St**
**Santa Monica, CA 90403**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$9.00**

---

| 3.120 60 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lee Matthews**
**4322 Wilshire Blvd Ste 200**
**Los Angeles, CA 90010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$57.00**

---

| 3.120 61 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lee Mullican**
**18 Gavel Rd**
**Sayreville, NJ 08872**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

| 3.120 62 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lee Pdaly**
**11 Somers Ln**
**Farmingville, NY 11738**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$32.00**

---

| 3.120 63 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lee Peters**
**18 Crescent Ln**
**Royersford, PA 19468**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$32.00**

---

| 3.120 64 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lee Reighard**
**4040 N Mozart St**
**Unit 3**
**Chicago, IL 60618**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$584.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.120 65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $162.00 |

**Lee Reighard**
**4040 N Mozart St**
**Unit 3**
**Chicago, IL 60618**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Lee Richard**
**550 W 45th St Apt 503**
**New York, NY 10036**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |

**Lee S**
**6 Waterfall Ln**
**Guest House**
**Okatie, SC 29909**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $180.00 |

**Lee Spinks**
**6 Waterfall Ln**
**Guest House**
**Okatie, SC 29909**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13.44 |

**Lee Z**
**1944 Gramercy Circle**
**Atlanta, GA 30341**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |

**Leeann C**
**104 Clinton Ave**
**Montclair, NJ 07042**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $88.00 |

**Leeann Leahy**
**76 Main St**
**Yarmouth, ME 04096**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                           Case number *(if known)*  _____

| 3.120 72 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Leeann P**
**228 22nd St**
**Huntington Beach, CA 92648**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$18.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Customers - Deferred Credit**__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 73 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Leeann Poe**
**228 22nd St**
**Huntington Beach, CA 92648**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$150.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Customer**__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 74 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Leeann Santos**
**4 Carroll Run Ct**
**Phoenix, MD 21131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$310.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Customer**__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 75 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Leesa B**
**2405 Royal Troon Drive**
**Plano, TX 75025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Customers - Deferred Credit**__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 76 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Leesa G**
**2283 244th Ave Se**
**Sammamish, WA 98075**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Customers - Deferred Credit**__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 77 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Leesa Merrill**
**11 Bacon Woods Dr.**
**Macomb, IL 61455**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$1,044.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Customer**__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 78 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Leigh B**
**2224 Village Green Parkway**
**Apartment 2**
**Chesterfield, MO 63017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Customers - Deferred Credit**__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                              Case number *(if known)*    _____

| 3.120 79 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Leigh Herman**
**2197 Strathshire Hall Ln**
**Powell, OH 43065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$310.00**

---

| 3.120 80 |
|---|

**Nonpriority creditor's name and mailing address**

**Leigh Hurley**
**153 Langtree Campus Dr**
**Mooresville, NC 28117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$93.00**

---

| 3.120 81 |
|---|

**Nonpriority creditor's name and mailing address**

**Leigh Kline**
**377 Beckley Pl**
**Saint Charles, MO 63304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$87.00**

---

| 3.120 82 |
|---|

**Nonpriority creditor's name and mailing address**

**Leigh Ronczka**
**5 Penn Rd**
**Voorhees, NJ 08043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,208.00**

---

| 3.120 83 |
|---|

**Nonpriority creditor's name and mailing address**

**Leigh Spellman**
**148 Beachview Ave**
**Santa Cruz, CA 95060**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$235.00**

---

| 3.120 84 |
|---|

**Nonpriority creditor's name and mailing address**

**Leigh Strickler**
**806 Rockford Commons Dr Sw**
**Marietta, GA 30064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

| 3.120 85 |
|---|

**Nonpriority creditor's name and mailing address**

**Leigh Sumner**
**11115 Industriplex Blvd Ste 800**
**Baton Rouge, LA 70809**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

---

| 3.120<br>86 | **Nonpriority creditor's name and mailing address**<br>**Leigh Vosseller**<br>**1719 San Elijo Ave**<br>**Cardiff, CA 92007** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,241.00 |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120<br>87 | **Nonpriority creditor's name and mailing address**<br>**Leighton C**<br>**11900 Westminster Pl**<br>**Los Angeles, CA 90066** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25,073.00 |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120<br>88 | **Nonpriority creditor's name and mailing address**<br>**Leighton Callou**<br>**11900 Westminster Pl**<br>**Los Angeles, CA 90066** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,406.00 |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120<br>89 | **Nonpriority creditor's name and mailing address**<br>**Leilani Taylor**<br>**3691 Elorduy Ln**<br>**Elverta, CA 95626** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,637.00 |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120<br>90 | **Nonpriority creditor's name and mailing address**<br>**Leiv Takle**<br>**205 Forest Pointe Dr**<br>**Forsyth, GA 31029** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,275.00 |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120<br>91 | **Nonpriority creditor's name and mailing address**<br>**Leland M**<br>**4242 Hollis Lane Bx 309**<br>**Mount Aukum, CA 95656** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7.00 |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120<br>92 | **Nonpriority creditor's name and mailing address**<br>**Leland O**<br>**301 California Drive**<br>**Suite 4**<br>**Burlingame, CA 94010** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $50.00 |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

**3.120 93**

**Nonpriority creditor's name and mailing address**

**Leland P**
**11303 Holidan Way**
**Houston, TX 77024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.120 94**

**Nonpriority creditor's name and mailing address**

**Leland W**
**10741 Coursey Blvd**
**Baton Rouge, LA 70816**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$17.00

---

**3.120 95**

**Nonpriority creditor's name and mailing address**

**Leland Wolf**
**10741 Coursey Blvd**
**Baton Rouge, LA 70816**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$122.00

---

**3.120 96**

**Nonpriority creditor's name and mailing address**

**Lellah W**
**1002 Meadowlark Ln**
**Sugar Land, TX 77478**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$20.00

---

**3.120 97**

**Nonpriority creditor's name and mailing address**

**Lelu**
**756 California Ave**
**Palo Alto, CA 94306**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$19.00

---

**3.120 98**

**Nonpriority creditor's name and mailing address**

**Lemuel Thornton**
**632 N 2nd St #2r**
**Philadelphia, PA 19123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$204.00

---

**3.120 99**

**Nonpriority creditor's name and mailing address**

**Len Carella**
**17 Saint Andrews Ave**
**Lawrence Township, NJ 08648**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)* _____

| 3.121 00 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**Len O**
**9 King Richards Ct**
**Avon, CT 06001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 01 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 |

**Lena Brown**
**1607 Woodrow Ave**
**Mayfield Heights, OH 44124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 02 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11.33 |

**Leneigh Fretz**
**15629 N. 63rd Place**
**Scottsdale, AZ 85254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 03 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,994.00 |

**Lenny Bambina**
**15 Christie Hill Road**
**Darien, CT 06820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 04 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $257.00 |

**Lenny Talbot**
**511 Gurley St**
**Durham, NC 27701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 05 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16.88 |

**Leno B**
**114 Howard Avennue**
**Burlingmae, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 06 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $751.00 |

**Lenora Hume**
**73525 Little Bend Trail**
**Palm Desert,, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.121 07 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lenore Picariello**
**210 Curley Mill Road**
**Chalfont, PA 18914**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$687.00**

---

| 3.121 08 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Leo A**
**17 Dayna Ct**
**Howell, NJ 07731**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.121 09 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Leo B**
**968 Plymouth Rd Ne**
**Atlanta, GA 30306**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.121 10 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Leo Bayona**
**5864 Saint Miles Dr**
**Buford, GA 30518**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

| 3.121 11 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Leo Henkin**
**525 Buena Fortuna Cir**
**Atascadero, CA 93422**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$718.00**

---

| 3.121 12 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Leo W**
**58 Quarter Horse**
**Irvine, CA 92602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$22.64**

---

| 3.121 13 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Leon Burks**
**3000 Sage Rd Apt 1131**
**Houston, TX 77056**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name
Case number *(if known)* _____

---

| 3.121 14 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Leon D**
**985 Santa Cruz Dr**
**Pleasant Hill, CA 94523**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$4.00

---

| 3.121 15 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Leon E**
**1304 Hawaiian Dr**
**Virginia Beach, VA 23454**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$27.00

---

| 3.121 16 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Leon Ellul**
**1304 Hawaiian Dr**
**Virginia Beach, VA 23454**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$40.00

---

| 3.121 17 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Leon Ordonez**
**647 Edwin Ave**
**Pomona, CA 91767**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$112.00

---

| 3.121 18 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Leon Pllumaj**
**1917 Mayflower Ave**
**Bronx, NY 10461**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$80.00

---

| 3.121 19 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Leonard Britten**
**2507 Regal Oaks Ln**
**Lutz, FL 33559**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$28.00

---

| 3.121 20 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Leonard Durkin**
**3774 Planters Creek Circle West**
**Jacksonville, FL 32224**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$155.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

**3.121
21**

**Nonpriority creditor's name and mailing address**
**Leonard Kirklin**
**63645 E Desert Peak Dr**
**Tucson, AZ 85739**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$38.00

---

**3.121
22**

**Nonpriority creditor's name and mailing address**
**Leonard Morrissey**
**49 School Lane**
**Springfield, PA 19064**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$171.00

---

**3.121
23**

**Nonpriority creditor's name and mailing address**
**Leonel Landin**
**22595 Sw 179th Pl**
**Miami, FL 33170**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$26.00

---

**3.121
24**

**Nonpriority creditor's name and mailing address**
**Leonid Kadyshes**
**50 Belmont Ave**
**Bala Cynwyd, PA 19004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,372.00

---

**3.121
25**

**Nonpriority creditor's name and mailing address**
**Leonid Kelner**
**19355 Cypress Ridge Ter Unit 820**
**Leesburg, VA 20176**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$94.00

---

**3.121
26**

**Nonpriority creditor's name and mailing address**
**Leonid Levin**
**14515a Thornton Mill Rd**
**Sparks, MD 21152**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$220.00

---

**3.121
27**

**Nonpriority creditor's name and mailing address**
**Leopoldo V**
**10235 Old Stagecoach Rd**
**Chappell Hill, TX 77426**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.121 28 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Leopoldo Vasquez**
**10235 Old Stagecoach Rd**
**Chappell Hill, TX 77426**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$505.00**

---

| 3.121 29 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lerae Musslewhite**
**2505 Wsw 323 Loop**
**Tyler, TX 75701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.121 30 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Leroy Heard**
**200 S 10th St**
**Belleville, IL 62220**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$234.00**

---

| 3.121 31 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Les Lockrem**
**1177 Brownwyk Drive**
**Sacramento, CA 95822**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$108.00**

---

| 3.121 32 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Les Peterson**
**2360 Donnie Lee Drive**
**Gainesville, GA 30506**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$576.00**

---

| 3.121 33 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lesa Brothers**
**247 Saddle Ln**
**Bailey, CO 80421**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$27.00**

---

| 3.121 34 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lesa Carter**
**414 4th St**
**Brooklyn, NY 11215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$33.00**

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*  _____

| | |
|---|---|
| 3.121 35 | |

**Nonpriority creditor's name and mailing address**
**Lesa Lewis**
**1307 Redbourne Lane**
**Ormond Beach, FL 32174**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.121 36 | |

**Nonpriority creditor's name and mailing address**
**Lesley B**
**1946 Westholme Ave**
**Los Angeles, CA 90025**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| | |
|---|---|
| 3.121 37 | |

**Nonpriority creditor's name and mailing address**
**Lesley G**
**83 Leighton St**
**Bangor, ME 04401**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| | |
|---|---|
| 3.121 38 | |

**Nonpriority creditor's name and mailing address**
**Lesley Gillis**
**83 Leighton St**
**Bangor, ME 04401**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$127.00**

---

| | |
|---|---|
| 3.121 39 | |

**Nonpriority creditor's name and mailing address**
**Lesley K**
**126 Racehorse Dr**
**Jonestown, PA 17038**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$86.00**

---

| | |
|---|---|
| 3.121 40 | |

**Nonpriority creditor's name and mailing address**
**Lesley Kok**
**126 Racehorse Dr**
**Jonestown, PA 17038**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$32.00**

---

| | |
|---|---|
| 3.121 41 | |

**Nonpriority creditor's name and mailing address**
**Lesley Litzenberger**
**4969 Barn Field Dr**
**Keswick, VA 22947**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| 3.121 42 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lesley Mann**
**326 Bigbee St**
**Na**
**Pittsburgh, PA 15211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,008.00**

---

| 3.121 43 |
|---|

**Nonpriority creditor's name and mailing address**

**Lesley Smith**
**3542 Elkhorn Ave**
**Loveland, CO 80538**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.121 44 |
|---|

**Nonpriority creditor's name and mailing address**

**Lesley Swain**
**2246 Forest Hollow Park**
**Dallas, TX 75228**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,230.00**

---

| 3.121 45 |
|---|

**Nonpriority creditor's name and mailing address**

**Lesley Willard**
**12810 Chadsford Cir**
**Fort Myers, FL 33913**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.121 46 |
|---|

**Nonpriority creditor's name and mailing address**

**Leslie A**
**6820 Flatstone Pass**
**Converse, TX 78109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.121 47 |
|---|

**Nonpriority creditor's name and mailing address**

**Leslie Almeraris**
**8 Lamplight Ln**
**Milford, CT 06460**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

| 3.121 48 |
|---|

**Nonpriority creditor's name and mailing address**

**Leslie Anshutz**
**756 Camino Dr**
**Santa Clara, CA 95050**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$610.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name                                                         Case number *(if known)* _____

| 3.121 49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Leslie B**
**1702 Carol Stream Dr**
**Richardson, TX 75081**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17.50** |
|---|---|---|---|

**Leslie G**
**2949 Arrowhead Trl**
**Park City, UT 84098**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21.00** |
|---|---|---|---|

**Leslie G**
**8 Maple Grove Ave**
**Westport, CT 06880**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$120.00** |
|---|---|---|---|

**Leslie Gluck**
**8 Maple Grove Ave**
**Westport, CT 06880**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,025.00** |
|---|---|---|---|

**Leslie Goldman**
**2949 Arrowhead Trl**
**Park City, UT 84098**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Leslie H**
**1045 Edwards Village Blvd**
**C2**
**Edwards, CO 81632**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Leslie H**
**1702 S Redman**
**Marshall, MO 65340**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                  Case number (if known) _____
_____
Name

| 3.121 56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Leslie Hancock**
**12761 Sw Clear Water Way**
**Port Saint Lucie, FL 34987**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.121 57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $73.00 |

**Leslie Hassler**
**16206 Spring Creek Rd**
**Dallas, TX 75248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.121 58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $24.00 |

**Leslie Huddleston**
**1351 Se 7th Avenue, #103**
**Dania, FL 33004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.121 59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7.00 |

**Leslie J**
**160 E 89th St**
**New York, NY 10128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.121 60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10.86 |

**Leslie K**
**5214f Diamond Heights Blvd.,**
**#536**
**San Francisco, CA 94131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.121 61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,928.00 |

**Leslie Katz**
**5214f Diamond Heights Blvd.,**
**#536**
**San Francisco, CA 94131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.121 62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $105.00 |

**Leslie Kemp**
**331 Legend Trl**
**Vero Beach, FL 32963**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.121 63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |
|---|---|---|---|

**Leslie L**
**13600 Eds Drive**
**A4s-D52**
**Herndon, VA 22066**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95.00** |
|---|---|---|---|

**Leslie Lemish**
**13600 Eds Drive**
**A4s-D52**
**Herndon, VA 22066**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,967.00** |
|---|---|---|---|

**Leslie Mayorga**
**154 Azalea Chase Dr**
**Suwanee, GA 30024**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$355.00** |
|---|---|---|---|

**Leslie Mccullough**
**4733 Dry Creek Ln**
**Sherman, TX 75092**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$304.00** |
|---|---|---|---|

**Leslie Neustadt**
**1860 63rd St**
**Downers Grove, IL 60516**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
|---|---|---|---|

**Leslie O**
**8 Mill River Road**
**Setauket, NY 11733**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
|---|---|---|---|

**Leslie P**
**6914 N Albina Ave**
**Portland, OR 97217**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 3.121 70 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Leslie Plunkett**
**8374 Market St**
**UPS Store**
**Lakewood Ranch, FL 34202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.121 71 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Leslie Rogers**
**2105 Broadway St Apt 3d**
**San Francisco, CA 94115**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

| 3.121 72 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Leslie S**
**30 Rock Spring Rd Unit C2**
**Stamford, CT 06906**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$31.00**

---

| 3.121 73 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Leslie Schiller**
**30 Rock Spring Rd Unit C2**
**Stamford, CT 06906**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,775.00**

---

| 3.121 74 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Leslie Solmonson**
**27111 Baxard Pl**
**Valencia, CA 91354**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$336.00**

---

| 3.121 75 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Leslie T**
**1317 Naulu Place**
**Honolulu, HI 96818**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.121 76 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Leslir Salaman**
**4210 Ingomar St NW**
**Washington, DC 20015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,331.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.121 77**

**Nonpriority creditor's name and mailing address**

**Lesly C**
**1821 Wedgwood Dr**
**Harvey, LA 70058**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$8.00

---

**3.121 78**

**Nonpriority creditor's name and mailing address**

**Lester Morales**
**103 Union Ave**
**Little Ferry, NJ 07643**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$274.00

---

**3.121 79**

**Nonpriority creditor's name and mailing address**

**Letisha B**
**620 3rd Ave**
**Ups Access Point (Advance Auto Parts Sto**
**Saint Albans, WV 25177**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

**3.121 80**

**Nonpriority creditor's name and mailing address**

**Lev Teytelman**
**28 Billings Park**
**Newton, MA 02458**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$40.00

---

**3.121 81**

**Nonpriority creditor's name and mailing address**

**Levi K**
**213 Brashear St**
**Lafayette, LA 70506**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

**3.121 82**

**Nonpriority creditor's name and mailing address**

**Lewis Strudler**
**801 Kersey Road**
**Silver Spring, MD 20902**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.121 83**

**Nonpriority creditor's name and mailing address**

**Lewis Vinson**
**8081 Pleasant Ridge Dr**
**Midland, GA 31820**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$120.00

---

Debtor   **Phoeno Wine Company, Inc.**

Case number (*if known*) _____

Name

---

| 3.121 84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40.00** |

**Lexi Jung**
**1140 N Wells St Unit 1308**
**Chicago, IL 60610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$26.00** |

**Lexi Takahashi**
**8625 Black Rock Harbor**
**Pasadena, MD 21122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$86.00** |

**Lezlie Pierce**
**6101 Seward Rd**
**Pfafftown, NC 27040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$458.00** |

**Li6 C**
**117 N 8th St**
**Midlothian, TX 76065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |

**Lia C**
**61 Emerald Rd**
**Robbinsville, NJ 08961**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,309.00** |

**Liam Ford**
**1260 Oak Circle Dr**
**Glendale, CA 91208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$484.00** |

**Liane Mansobetton**
**1281 Baird Rd**
**Santa Rosa, CA 95409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.121 91**

**Nonpriority creditor's name and mailing address**
**Liang Di**
**1 Chicory Ln**
**San Carlos, CA 94070**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$59.00**

---

**3.121 92**

**Nonpriority creditor's name and mailing address**
**Liang Di**
**1 Chicory Ln**
**San Carlos, CA 94070**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.121 93**

**Nonpriority creditor's name and mailing address**
**Lianna Kong**
**600 Clemson Dr**
**Pittsburgh, PA 15243**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,847.00**

---

**3.121 94**

**Nonpriority creditor's name and mailing address**
**Liberty Casey**
**1330 Dublin Rd**
**Organ Law Llp**
**Columbus, OH 43215**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.121 95**

**Nonpriority creditor's name and mailing address**
**Lien Q**
**3201 Thunderbird Dr**
**Hays, KS 67601**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

**3.121 96**

**Nonpriority creditor's name and mailing address**
**Lila G**
**60 Harbor Drive**
**69 Harbor Drive**
**Sag Harbor, NY 11963**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.121 97**

**Nonpriority creditor's name and mailing address**
**Lilia Sotelo**
**3630 N Harlem Ave Apt 409**
**Chicago, IL 60634**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$105.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*    _____

---

| 3.121 98 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Liliana Williams**
**2002 S Lili Dr**
**Pharr, TX 78577**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$690.00

---

| 3.121 99 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Lillian Cotter**
**13447 Melville Lane**
**Chantilly, VA 20151**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,403.00

---

| 3.122 00 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Lily Dulaney**
**4117 Fillbrook Ln**
**Tyler, TX 75707**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$262.00

---

| 3.122 01 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Linas Paulius**
**655 Riford Rd**
**Glen Ellyn, IL 60137**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

| 3.122 02 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Lincoln P**
**1201 Trowbridge Rd**
**Bloomfield Hills, MI 48304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| 3.122 03 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Lincoln Phillip**
**1201 Trowbridge Rd**
**Bloomfield Hills, MI 48304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$389.00

---

| 3.122 04 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Lincoln Yersin**
**7219 Rea Croft Dr**
**Charlotte, NC 28226**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$14,258.00

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 3.122<br>05 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**Linda Addison**
**135 Juniper Trail**
**Carbondale, CO 81623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122<br>06 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$294.00** |

**Linda Anger**
**1566 Oak Hill Trl**
**Kissimmee, FL 34747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122<br>07 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**Linda Balot**
**634 Savin Court**
**Grimesland, NC 27837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122<br>08 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |

**Linda Berntson**
**2323 Sw 12th Ave**
**Grand Rapids, MN 55744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122<br>09 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33.00** |

**Linda Brown**
**2525 Gulf Of Mexico Dr Unit 3b**
**Longboat Key, FL 34228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122<br>10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |

**Linda C**
**38 Taylor Dr**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122<br>11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$79.00** |

**Linda Cantone**
**38 Taylor Dr**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.122 12 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$811.00** |

**Linda Corbo**
**86 Sundance Drive**
**Hamilton, NJ 08619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 13 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$79.00** |

**Linda Donato**
**9305 NW 9th Pl**
**Plantation, FL 33324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 14 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$170.00** |

**Linda Dorsey**
**5310 W 64th St**
**Inglewood, CA 90302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 15 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29.00** |

**Linda Fung**
**11 Wagner St**
**Staten Island, NY 10305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 16 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**Linda G**
**3200 Soscol Ave Apt. 118**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 17 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$78.00** |

**Linda Ge**
**5831 Seawalk Dr Unit 240**
**Playa Vista, CA 90094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 18 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$344.00** |

**Linda Gornitsky**
**181 Turn Of River Rd. Unit 10**
**Stamford, CT 06905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.122 19 | |

**Nonpriority creditor's name and mailing address**
**Linda Guo**
**150 East 44th St**
**09b**
**New York, NY 10017**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$9.62**

| | |
|---|---|
| 3.122 20 | |

**Nonpriority creditor's name and mailing address**
**Linda J**
**5251 W 115th Pl Unit 14**
**Leawood, KS 66211**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$39.00**

| | |
|---|---|
| 3.122 21 | |

**Nonpriority creditor's name and mailing address**
**Linda Johnson**
**5251 W 115th Pl Unit 14**
**Leawood, KS 66211**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$620.00**

| | |
|---|---|
| 3.122 22 | |

**Nonpriority creditor's name and mailing address**
**Linda Kinsey**
**2560 State Highway A**
**Chaffee, MO 63740**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$385.00**

| | |
|---|---|
| 3.122 23 | |

**Nonpriority creditor's name and mailing address**
**Linda Louviere**
**710 N Hazel St**
**Sulphur, LA 70663**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$48.00**

| | |
|---|---|
| 3.122 24 | |

**Nonpriority creditor's name and mailing address**
**Linda M**
**20601 Island Forest Dr**
**Cornelius, NC 28031**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

| | |
|---|---|
| 3.122 25 | |

**Nonpriority creditor's name and mailing address**
**Linda M**
**8508 10th Avenue, 2nd Floor**
**Brooklyn, NY 11228**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|--------|-------------------------------|------------------------|--|
| | Name | | |

---

**3.122 26**

**Nonpriority creditor's name and mailing address**

**Linda Merrill**
**20601 Island Forest Dr**
**Cornelius, NC 28031**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$146.00**

---

**3.122 27**

**Nonpriority creditor's name and mailing address**

**Linda Michels**
**3249 Crest Rd**
**Cincinnati, OH 45251**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$13,733.00**

---

**3.122 28**

**Nonpriority creditor's name and mailing address**

**Linda Monaco**
**5841 NE 20th Ave**
**Fort Lauderdale, FL 33308**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$925.00**

---

**3.122 29**

**Nonpriority creditor's name and mailing address**

**Linda R**
**4608 176th Ave E**
**Lake Tapps, WA 98391**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.122 30**

**Nonpriority creditor's name and mailing address**

**Linda Rand**
**9754 E Radioactive Dr**
**Mesa, AZ 85212**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$87.00**

---

**3.122 31**

**Nonpriority creditor's name and mailing address**

**Linda Richardson**
**4311 Kings Way NE**
**Marietta, GA 30067**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$119.00**

---

**3.122 32**

**Nonpriority creditor's name and mailing address**

**Linda Root**
**7414 Old Compton St**
**Las Vegas, NV 89166**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,587.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.122 33 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Linda Rosehill**
**1088 Bishop St Ste 1010**
**Honolulu, HI 96813**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

**$404.00**

---

| 3.122 34 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Linda S**
**1700 Port Charles Pl**
**Newport Beach, CA 92660**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$122.00**

---

| 3.122 35 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Linda S**
**17924 Se 41st Loop**
**Vancouver, WA 98683**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$13.00**

---

| 3.122 36 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Linda S**
**3111 V  a Dolce**
**#606**
**Marina Del Rey, CA 90292**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.122 37 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Linda S**
**4478 Skippers Ln**
**Vacaville, CA 95688**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$3.93**

---

| 3.122 38 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Linda Sasenick**
**1700 Port Charles Pl**
**Newport Beach, CA 92660**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

**$431.00**

---

| 3.122 39 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Linda Schumacher**
**8519 Bay Hill Blvd**
**Orlando, FL 32819**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name    Case number *(if known)* _____

---

| 3.122 40 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Linda Thielen**
**4101 126th Ter**
**Savage, MN 55378**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.122 41 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Linda Turley**
**122 Hardinberry St**
**Oak Ridge, TN 37830**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$165.00

---

| 3.122 42 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Linda Veleckisnussbaum**
**252 Hillendale Rd**
**Murphysboro, IL 62966**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$268.00

---

| 3.122 43 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Linda Walker**
**8908 Coe Dr**
**Plain City, OH 43064**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,066.00

---

| 3.122 44 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Linda Ward**
**P.O. Box 103**
**Warren, ME 04864**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$23.00

---

| 3.122 45 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Linda Weippert**
**18826 Ganton Ave**
**Bradenton, FL 34202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$28.00

---

| 3.122 46 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Linda Y**
**108 Beech St**
**Rockland, ME 04841**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$5.00

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.122 47**

**Nonpriority creditor's name and mailing address**
**Linda Yanney**
**108 Beech St**
**Rockland, ME 04841**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,231.00**

---

**3.122 48**

**Nonpriority creditor's name and mailing address**
**Linda Zeuthen**
**12578 NW Amethyst Court**
**Portland, OR 97229**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.122 49**

**Nonpriority creditor's name and mailing address**
**Linda-Helms**
**9823 N 95th St Ste 101**
**Arizona Women S Care**
**Scottsdale, AZ 85258**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$555.00**

---

**3.122 50**

**Nonpriority creditor's name and mailing address**
**Lindah R**
**5743 Indian Cir**
**Apt, Suite, Floor, Etc**
**Houston, TX 77057**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$6.00**

---

**3.122 51**

**Nonpriority creditor's name and mailing address**
**Lindley Hord**
**229 Redstone Rdg**
**Cherry Hill, NJ 08034**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$262.00**

---

**3.122 52**

**Nonpriority creditor's name and mailing address**
**Lindo Bradley**
**25245 Duiker Dr**
**Aldie, VA 20105**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$400.00**

---

**3.122 53**

**Nonpriority creditor's name and mailing address**
**Lindsay Browne**
**3430 S Alameda St**
**Corpus Christi, TX 78411**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,742.00**

---

Debtor **Phoeno Wine Company, Inc.**                              Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.122 54 | **Nonpriority creditor's name and mailing address** | **$347.00** |

**Lindsay Cochrane**
**1461 Creekside Dr**
**Wheaton, IL 60189**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.122 55 | **Nonpriority creditor's name and mailing address** | **$28.00** |

**Lindsay Crawford**
**8413 Light Springs Dr**
**Fort Worth, TX 76131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.122 56 | **Nonpriority creditor's name and mailing address** | **$661.00** |

**Lindsay Drea**
**10177 Station Way Apt 161**
**Lone Tree, CO 80124**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.122 57 | **Nonpriority creditor's name and mailing address** | **$210.00** |

**Lindsay Dsouza**
**2017 Scott Ave**
**Charlotte, NC 28203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.122 58 | **Nonpriority creditor's name and mailing address** | **$15.00** |

**Lindsay E 20358**
**223 Lazy Ln.**
**Rockport, TX 78382**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.122 59 | **Nonpriority creditor's name and mailing address** | **$1,177.00** |

**Lindsay Gerardi**
**23 Sherwood Road**
**Hampton Bays, NY 11946**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.122 60 | **Nonpriority creditor's name and mailing address** | **$65.72** |

**Lindsay H**
**1347 Chalmette Drive**
**Atlanta, GA 30606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

| 3.122 61 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lindsay Holmes**
**1 Lexington Drive**
**Warren, NJ 07059**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$240.00**

---

| 3.122 62 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lindsay Jacobsen**
**1887 Redbank Dr**
**Colorado Spgs, CO 80921**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.122 63 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lindsay Kubasik**
**7320 Mangrum Dr**
**Moseley, VA 23120**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$21,635.00**

---

| 3.122 64 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lindsay Lin**
**99 Battery Pl Apt 9n**
**New York, NY 10280**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$363.00**

---

| 3.122 65 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lindsay Manifold**
**405 Mcadoo Ave**
**Nashville, TN 37205**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$156.00**

---

| 3.122 66 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lindsay O**
**13763 Bridlewood Dr**
**Gainesville, VA 20155**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.122 67 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lindsay P**
**2475 Red Hawk Pl**
**Broomfield, CO 80023**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.122<br>68 | Nonpriority creditor's name and mailing address<br>**Lindsay Perry**<br>**8196 El Rancho Dr**<br>**Cotati, CA 94931** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$50.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122<br>69 | Nonpriority creditor's name and mailing address<br>**Lindsay Probasco**<br>**2475 Red Hawk Pl**<br>**Broomfield, CO 80023** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$318.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122<br>70 | Nonpriority creditor's name and mailing address<br>**Lindsay S**<br>**24 Roy St**<br>**377**<br>**Seattle, WA 98109** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$66.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122<br>71 | Nonpriority creditor's name and mailing address<br>**Lindsay Young**<br>**3211 Quiet Glen Dr**<br>**Kingwood, TX 77345** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$66.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122<br>72 | Nonpriority creditor's name and mailing address<br>**Lindsey Bradbury**<br>**3513 Leland St**<br>**Chevy Chase, MD 20815** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$330.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122<br>73 | Nonpriority creditor's name and mailing address<br>**Lindsey Branston**<br>**516 New Tarleton Way**<br>**Greer, SC 29650** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$876.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122<br>74 | Nonpriority creditor's name and mailing address<br>**Lindsey Czech**<br>**1001 Rainbow Rd**<br>**Pagosa Springs, CO 81147** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$601.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.122 75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$805.00** |

**Lindsey Garvens**
**W380n6391 Florence Lane**
**Oconomowoc, WI 53066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56.00** |

**Lindsey Huberts**
**17328 Ventura Blvd # 201**
**Encino, CA 91316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28.00** |

**Lindsey Kerkela**
**7 Abbi Ln**
**Scarborough, ME 04074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$362.00** |

**Lindsey Ketterling**
**380 N Leadville**
**Surefoot**
**Ketchum, ID 83340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$114.00** |

**Lindsey Richardson**
**300 Craig Dr**
**Stephens City, VA 22655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00** |

**Lindsey S**
**134 Eagle Rd**
**Dillsburg, PA 17019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$340.00** |

**Lindsey Snowden**
**26210 Acclaim Ct**
**Salinas, CA 93908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.122 |
| 82 |

**Nonpriority creditor's name and mailing address**

**Lindsey Stramara**
**134 Eagle Rd**
**Dillsburg, PA 17019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$434.00**

---

| 3.122 |
| 83 |

**Nonpriority creditor's name and mailing address**

**Lindy Burch**
**700 Lands Way Rd**
**Weatherford, TX 76087**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$897.00**

---

| 3.122 |
| 84 |

**Nonpriority creditor's name and mailing address**

**Lindy M**
**524 Spring Landing Dr**
**Rock Hill, SC 29730**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.122 |
| 85 |

**Nonpriority creditor's name and mailing address**

**Ling Richardson**
**1830 W 38th Ave**
**Denver, CO 80211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.122 |
| 86 |

**Nonpriority creditor's name and mailing address**

**Linjie Chou**
**81 Suffolk Ave**
**Sierra Madre, CA 91024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$495.00**

---

| 3.122 |
| 87 |

**Nonpriority creditor's name and mailing address**

**Lionel V**
**223 Octavia St**
**San Francisco, CA 94102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

| 3.122 |
| 88 |

**Nonpriority creditor's name and mailing address**

**Lis L**
**3142 S Pennsylvania Ave**
**Milwaukee, WI 53207**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*   _____

---

| 3.122 89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$24.00** |

**Lisa A**
**1375 Washington Ave**
**Albany, NY 12206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.122 90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150.00** |

**Lisa A**
**6361 S Ash Ct**
**Centennial, CO 80121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.122 91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |

**Lisa A**
**718 Gladwin Avenue**
**Casselberry, FL 32730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.122 92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$56.00** |

**Lisa Armstrong**
**31129 60th St**
**Waseca, MN 56093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.122 93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9.00** |

**Lisa B**
**492 Kissel Ave**
**Staten Island, NY 10301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.122 94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |

**Lisa B**
**Espresso Mail**
**7750 Okeechobee Blvd #4**
**West Palm Beach, FL 33411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.122 95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$66.00** |

**Lisa B 13435037**
**Tour 18 Golf Course**
**3102 Fm 1960 East**
**Humble, TX 77338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
          Name

---

**3.122 96**

**Nonpriority creditor's name and mailing address**

**Lisa Barrington**
**213 Mechanic St**
**Rear Cottage**
**Cape May Court House, NJ 08210**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

**3.122 97**

**Nonpriority creditor's name and mailing address**

**Lisa Baynham**
**4524 Glendale St.**
**Metairie, LA 70006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$59.00

---

**3.122 98**

**Nonpriority creditor's name and mailing address**

**Lisa Berus**
**1021 Monastery St**
**Cincinnati, OH 45202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$210.00

---

**3.122 99**

**Nonpriority creditor's name and mailing address**

**Lisa Bisaillon**
**15 Van Dyke Ave Apt 212**
**Hartford, CT 06106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$431.00

---

**3.123 00**

**Nonpriority creditor's name and mailing address**

**Lisa Blalock**
**445 E Boca Raton Rd**
**Boca Raton, FL 33432**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.123 01**

**Nonpriority creditor's name and mailing address**

**Lisa Bridges**
**5609 Sw Green Oaks Blvd Ste 103**
**Arlington, TX 76017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$70.00

---

**3.123 02**

**Nonpriority creditor's name and mailing address**

**Lisa Butcher**
**234 Tucker St**
**Fall River, MA 02721**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$29.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.123 03 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lisa Cederle**
**18370 Bluemont Village Ln**
**Bluemont, VA 20135**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$196.00**

---

| 3.123 04 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lisa Childers**
**5260 Parkway Plaza Blvd Ste 110**
**Charlotte, NC 28217**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$168.00**

---

| 3.123 05 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lisa Conroy**
**16 Summersweet Cir**
**Plymouth, MA 02360**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$27.00**

---

| 3.123 06 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lisa Cupples**
**7 Chestnut St**
**Danville, IL 61832**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$2.00**

---

| 3.123 07 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lisa D**
**548 Eder Ave**
**Wyckoff, NJ 07481**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

| 3.123 08 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lisa Davis**
**548 Eder Ave**
**Wyckoff, NJ 07481**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,609.00**

---

| 3.123 09 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lisa Disterheft**
**102 Tierra Berrenda Dr.**
**Hold For Lisa & Kirk**
**Roswell, NM 88201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$47,531.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.123 10**

**Nonpriority creditor's name and mailing address**
**Lisa Disterheft**
**102 Tierra Berrenda Dr.**
**Hold For Lisa & Kirk**
**Roswell, NM 88201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$106,064.16**

---

**3.123 11**

**Nonpriority creditor's name and mailing address**
**Lisa Dunn**
**55 East Paso Fino Way**
**San Tan Valley, AZ 85143**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,556.00**

---

**3.123 12**

**Nonpriority creditor's name and mailing address**
**Lisa E**
**683 Overlook Dr**
**Glenwood Springs, CO 81601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$17.00**

---

**3.123 13**

**Nonpriority creditor's name and mailing address**
**Lisa E**
**750 Port St Apt 2231**
**Alexandria, VA 22314**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.123 14**

**Nonpriority creditor's name and mailing address**
**Lisa Edwards**
**1382 Windward Drive**
**Mason, OH 45040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$24.00**

---

**3.123 15**

**Nonpriority creditor's name and mailing address**
**Lisa English**
**103 Classic Country Court**
**Springtown, TX 76082**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$49.01**

---

**3.123 16**

**Nonpriority creditor's name and mailing address**
**Lisa Ensign**
**683 Overlook Dr**
**Glenwood Springs, CO 81601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$669.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
Name

| | |
|---|---|
| 3.123 17 | |

**Nonpriority creditor's name and mailing address**
**Lisa F**
**1103 Nash Lane**
**Vista, CA 92008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$30.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.123 18 | |

**Nonpriority creditor's name and mailing address**
**Lisa Florian**
**106 Spencer Creek Rd**
**Franklin, TN 37069**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$28.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.123 19 | |

**Nonpriority creditor's name and mailing address**
**Lisa Fortenberry**
**140 Mcwilliams Dr**
**Lake Providence, LA 71254**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$31.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.123 20 | |

**Nonpriority creditor's name and mailing address**
**Lisa Fullam**
**1100 County Route 54**
**Hannacroix, NY 12087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$427.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.123 21 | |

**Nonpriority creditor's name and mailing address**
**Lisa G**
**1414 Mirador**
**Leander, TX 78641**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$15.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.123 22 | |

**Nonpriority creditor's name and mailing address**
**Lisa Gall**
**N64w38242 Lac La Belle Dr**
**Oconomowoc, WI 53066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$617.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.123 23 | |

**Nonpriority creditor's name and mailing address**
**Lisa Gaudioso**
**342 Paradise Vista Dr**
**Williamston, SC 29697**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$297.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

---

| 3.123 24 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lisa Grobar**
**9328 Cherry Ave**
**Rapid City, MI 49676**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$285.00**

---

| 3.123 25 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lisa H**
**1201 Shore Dr**
**Edmond, OK 73003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.123 26 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lisa H**
**1607 Silverleaf Lane**
**Allen, TX 75002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

| 3.123 27 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lisa Hamilton**
**302 Pine Lakes Dr**
**Ringgold, GA 30736**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

| 3.123 28 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lisa Hatem**
**202 Evans Rd #204**
**Basalt, CO 81621**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$34.00**

---

| 3.123 29 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lisa Hauffe**
**960 N Tustin St Pmb 272**
**Orange, CA 92867**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$577.00**

---

| 3.123 30 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lisa Herndon**
**4820 Chesapeake Street NW**
**Washington, DC 20016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$935.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
         Name

| 3.123 31 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: Check all that apply.        **$0.00**
**Lisa Hill**
**1201 Shore Dr**                      ☐ Contingent
**Edmond, OK 73003**                   ☐ Unliquidated
                                       ☐ Disputed
Date(s) debt was incurred _
Last 4 digits of account number _      Basis for the claim:  **Customer**

                                       Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.123 32 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: Check all that apply.        **$20.00**
**Lisa K**
**1261 Via Landeta**                   ☐ Contingent
**Palos Verdes Estate, CA 90274**      ☐ Unliquidated
                                       ☐ Disputed
Date(s) debt was incurred _
Last 4 digits of account number _      Basis for the claim:  **Customers - Deferred Credit**

                                       Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.123 33 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: Check all that apply.        **$22.00**
**Lisa K**
**3574 Lexington Dr**                  ☐ Contingent
**Auburn Hills, MI 48326**             ☐ Unliquidated
                                       ☐ Disputed
Date(s) debt was incurred _
Last 4 digits of account number _      Basis for the claim:  **Customers - Deferred Credit**

                                       Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.123 34 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: Check all that apply.        **$652.00**
**Lisa Keenan**
**9649 Middle Road**                   ☐ Contingent
**Hammondsport, NY 14840**             ☐ Unliquidated
                                       ☐ Disputed
Date(s) debt was incurred _
Last 4 digits of account number _      Basis for the claim:  **Customer**

                                       Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.123 35 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: Check all that apply.        **$57.00**
**Lisa Kelley**
**7014 Lantana Terrace**               ☐ Contingent
**Carlsbad, CA 92011**                 ☐ Unliquidated
                                       ☐ Disputed
Date(s) debt was incurred _
Last 4 digits of account number _      Basis for the claim:  **Customer**

                                       Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.123 36 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: Check all that apply.        **$185.00**
**Lisa Kiker**
**12118 Walnut Park Xing Apt 1221**    ☐ Contingent
**Austin, TX 78753**                   ☐ Unliquidated
                                       ☐ Disputed
Date(s) debt was incurred _
Last 4 digits of account number _      Basis for the claim:  **Customer**

                                       Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.123 37 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: Check all that apply.        **$16,037.00**
**Lisa Knispel**
**3574 Lexington Dr**                  ☐ Contingent
**Auburn Hills, MI 48326**             ☐ Unliquidated
                                       ☐ Disputed
Date(s) debt was incurred _
Last 4 digits of account number _      Basis for the claim:  **Customer**

                                       Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name    Case number (if known)

---

| 3.123 38 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |

**Lisa L**
**609 Riviera Bay Dr Ne**
**St. Petersburg, FL 33702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 39 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34.00** |

**Lisa Leet**
**4124 Bryn Mawr**
**Dallas, TX 75225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 40 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,552.00** |

**Lisa Lynde**
**3130 Shane Rd**
**San Antonio, TX 78223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 41 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20.00** |

**Lisa M**
**21 Anthony Drive**
**New Haven, CT 06512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 42 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15.00** |

**Lisa M**
**245 E Monastery**
**Springfield, MO 65810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 43 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |

**Lisa M**
**3512 Gallop Court**
**Flower Mound, TX 75028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 44 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$250.00** |

**Lisa M**
**429 S Sherbourne Dr Apt 7**
**Los Angeles, CA 90048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.123 45 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lisa Marsh**
**245 E Monastery**
**Springfield, MO 65810**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,300.00**

---

| 3.123 46 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lisa Martelli**
**103 Pelham Rd S**
**Voorhees, NJ 08043**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.123 47 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lisa Martin**
**925 Regalo Way**
**San Ramon, CA 94583**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,457.00**

---

| 3.123 48 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lisa Mazzaroni**
**598 Camden Circle**
**Pawleys Island, SC 29585**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$32.00**

---

| 3.123 49 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lisa Mehta**
**2156 Dogwood Ranch Ave**
**Henderson, NV 89052**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$83.00**

---

| 3.123 50 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lisa Miles**
**915 Mckendrie St**
**San Jose, CA 95126**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$212.00**

---

| 3.123 51 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lisa Miller**
**12385 NW Highway 225a**
**Reddick, FL 32686**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$140.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*
_____

| 3.123 52 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Lisa Mizell**
**117713 Foster Rd**
**Fountain, FL 32438**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$44.00

---

| 3.123 53 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Lisa N**
**1060 Gulf Winds Way**
**Nokomos, FL 34275**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

| 3.123 54 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Lisa Oflynn**
**15 Thomlinson Cir**
**Penfield, NY 14526**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$105.00

---

| 3.123 55 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Lisa Ortiz**
**3319 Fairmont Hills Ln**
**Katy, TX 77494**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$262.00

---

| 3.123 56 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Lisa Patton**
**1881 Sutter St Apt 105**
**San Francisco, CA 94115**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$104.00

---

| 3.123 57 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Lisa Petersen**
**16186 Grand Cypress Dr.**
**Noblesville, IN 46060**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$250.00

---

| 3.123 58 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Lisa Phillips**
**1434 Walnut Dr**
**West Dundee, IL 60118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$134.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
         Name

---

| 3.123 | |
|-------|--|
| 59    | |

**Nonpriority creditor's name and mailing address**
**Lisa Piercy**
**400 W Marion St**
**Shelby, NC 28150**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$375.00**

---

| 3.123 | |
|-------|--|
| 60    | |

**Nonpriority creditor's name and mailing address**
**Lisa Pruden**
**818 S Steel Bridge Rd**
**Eatonton, GA 31024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,042.00**

---

| 3.123 | |
|-------|--|
| 61    | |

**Nonpriority creditor's name and mailing address**
**Lisa Quigley**
**1211 Fristoe Ct**
**Forest Hill, MD 21050**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$344.00**

---

| 3.123 | |
|-------|--|
| 62    | |

**Nonpriority creditor's name and mailing address**
**Lisa R**
**141 Nathan Forest Dr**
**Hendersonville, TN 37075**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$60.00**

---

| 3.123 | |
|-------|--|
| 63    | |

**Nonpriority creditor's name and mailing address**
**Lisa R**
**2212 Homewood Way**
**Carmichael, CA 95608**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| 3.123 | |
|-------|--|
| 64    | |

**Nonpriority creditor's name and mailing address**
**Lisa R**
**525 Antioch Avenue**
**Apt. 1**
**Fort Lauderdale, FL 33304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

| 3.123 | |
|-------|--|
| 65    | |

**Nonpriority creditor's name and mailing address**
**Lisa Rezac**
**10917 Walling Cr**
**Omaha, NE 68144**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$309.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.123 66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28.00** |
|---|---|---|---|

**Lisa Rivera**
**5323 Newbury Lane**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.123 67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$710.00** |
|---|---|---|---|

**Lisa Rose**
**530 Roaring Fork Court**
**Cottleville, MO 63379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Lisa S**
**3601 Deauvilla Court**
**Calabasas, CA 91302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$23.01** |
|---|---|---|---|

**Lisa S 11998**
**907 10th St**
**Mukilteo, WA 98275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$23.00** |
|---|---|---|---|

**Lisa Sabula**
**162 Rocky Creek Trail**
**Woodstock, GA 30188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$145.00** |
|---|---|---|---|

**Lisa Shannon**
**4115 Winslow Rd**
**Marion, IA 52302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Lisa Shaughnessy**
**4184 Dixie Canyon Ave.**
**Sherman Oaks, CA 91423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*  _____

| 3.123 73 | **Nonpriority creditor's name and mailing address** **Lisa Sutton** **12578 Coronado Lane** **Victorville, CA 92395** |
|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| 3.123 74 | **Nonpriority creditor's name and mailing address** **Lisa Sween** **740 Old Jonas Hill Road** **Lafayette, CA 94549** |
|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$736.00**

---

| 3.123 75 | **Nonpriority creditor's name and mailing address** **Lisa Tilghman** **225 S. Clairmont Dr** **Salisbury, MD 21801** |
|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$726.00**

---

| 3.123 76 | **Nonpriority creditor's name and mailing address** **Lisa Treling** **163 Humphrey St** **New Haven, CT 06511** |
|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$240.00**

---

| 3.123 77 | **Nonpriority creditor's name and mailing address** **Lisa V** **1736 I St** **Wall Township, NJ 07719** |
|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$501.00**

---

| 3.123 78 | **Nonpriority creditor's name and mailing address** **Lisa Verducci** **1736 I St** **Wall Township, NJ 07719** |
|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,405.00**

---

| 3.123 79 | **Nonpriority creditor's name and mailing address** **Lisa Vitale** **1914 Weeks Ave** **Orlando, FL 32806** |
|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,510.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

**3.123 80**

**Nonpriority creditor's name and mailing address**
**Lisa W**
**3136 Johnston St**
**Lafayette, LA 70503**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$40.00

---

**3.123 81**

**Nonpriority creditor's name and mailing address**
**Lisa Webb**
**409 Yantz Dr**
**Severna Park, MD 21146**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$216.00

---

**3.123 82**

**Nonpriority creditor's name and mailing address**
**Lisa Weston**
**1624 Carl Rd**
**Columbia, SC 29210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.123 83**

**Nonpriority creditor's name and mailing address**
**Lisa Whitham**
**6378 Rusticated Stone Ave.**
**#102**
**Henderson, NV 89011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$137.18

---

**3.123 84**

**Nonpriority creditor's name and mailing address**
**Lisa Williams**
**4400 Rosewood Dr.**
**Midland, TX 79707**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$383.00

---

**3.123 85**

**Nonpriority creditor's name and mailing address**
**Lisa Y**
**5710 Crescent Park E**
**#444**
**Playa Vista, CA 90094**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

**3.123 86**

**Nonpriority creditor's name and mailing address**
**Lisaa Cartolano**
**3024 Modesto Ave**
**Oakland, CA 94619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$40.00

---

| | |
|---|---|
| Debtor | **Phoeno Wine Company, Inc.** |
| | Name |

Case number (if known) _____

---

**3.123 87**

**Nonpriority creditor's name and mailing address**
**Liselotte Lindgren**
**4018 Evander Dr**
**Orlando, FL 32812**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$3,693.00

---

**3.123 88**

**Nonpriority creditor's name and mailing address**
**Lissa V**
**24 Jacobs Ln**
**Bethel, CT 06801**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

**3.123 89**

**Nonpriority creditor's name and mailing address**
**Lissa Vitti**
**24 Jacobs Ln**
**Bethel, CT 06801**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$35.00

---

**3.123 90**

**Nonpriority creditor's name and mailing address**
**Lita Lubitsh-White**
**1320 Annapolis Dr**
**Anchorage, AK 99508**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$918.00

---

**3.123 91**

**Nonpriority creditor's name and mailing address**
**Livier Pelayo**
**2467 Maroon Bell Rd**
**Chino Hills, CA 91709**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$2.19

---

**3.123 92**

**Nonpriority creditor's name and mailing address**
**Livo T**
**1511 Virtue Arc Ct**
**Stockton, CA 95207**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.123 93**

**Nonpriority creditor's name and mailing address**
**Liz A**
**1725 Taylor St Unit 3a**
**San Francisco, CA 94133**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$7.00

---

Debtor    **Phoeno Wine Company, Inc.**
          _____    Case number (if known)    _____
          Name

---

| 3.123 94 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Liz Albert**
**1329 Eudora St**
**Denver, CO 80220**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,681.00**

---

| 3.123 95 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Liz Anderson**
**1725 Taylor St Unit 3a**
**San Francisco, CA 94133**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,299.00**

---

| 3.123 96 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Liz C**
**224 Grande Maison Blvd**
**Mandeville, LA 70471**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$16.00**

---

| 3.123 97 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Liz Casale**
**1915 Rodman St**
**Philadelphia, PA 19146**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$602.00**

---

| 3.123 98 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Liz Clarke**
**1250 45th St**
**Ste 150**
**Emeryville, CA 94608**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.80**

---

| 3.123 99 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Liz D 13430638**
**1514 E. Palm Valley Blvd.**
**Round Rock, TX 78664**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.124 00 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Liz Doyle**
**1000 Belaire Ct**
**Naperville, IL 60563**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor    **Phoeno Wine Company, Inc.**

_____    Case number (if known) _____

Name

---

| 3.124 01 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$360.00** |

**Liz Gasser**
**18879 Bernardo Trails Dr**
**San Diego, CA 92128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 02 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |

**Liz Hatz**
**73482 Old 6**
**Wauneta, NE 69045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 03 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$107.00** |

**Liz Ingle**
**7411 Carlina St**
**Carlsbad, CA 92009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 04 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$540.00** |

**Liz Klein**
**2320 Broadmoor Ln**
**Jacksonville, FL 32207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 05 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$553.00** |

**Liz Linkewitz**
**20863 Hunt Club Dr**
**Harper Woods, MI 48225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 06 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5.00** |

**Liz M**
**2629 Oak Meadow Dr**
**Round Rock, TX 78681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 07 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |

**Liz R**
**4615 Mount Bigelow Dr**
**San Diego, CA 92111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
| | Name | | |

---

**3.124.08**

**Nonpriority creditor's name and mailing address**

**Liz W**
**17020 N Hayden Rd**
**Tpc Scottsdale**
**Scottsdale, AZ 85255**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

**3.124.09**

**Nonpriority creditor's name and mailing address**

**Liz Whalley**
**5355 Burnside Ct**
**Fremont, CA 94536**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$135.00**

---

**3.124.10**

**Nonpriority creditor's name and mailing address**

**Liz Wickham**
**400 E Stonewall St Unit 1702**
**Charlotte, NC 28202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.124.11**

**Nonpriority creditor's name and mailing address**

**Liz Williams**
**17020 N Hayden Rd**
**Tpc Scottsdale**
**Scottsdale, AZ 85255**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

**3.124.12**

**Nonpriority creditor's name and mailing address**

**Liza Pacheco**
**1915 Sixty Oaks Ln**
**Vero Beach, FL 32966**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$284.00**

---

**3.124.13**

**Nonpriority creditor's name and mailing address**

**Liza Zimmerman**
**820 Park St.**
**Ashland, OR 97520**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$616.00**

---

**3.124.14**

**Nonpriority creditor's name and mailing address**

**Lj D**
**705 W Regulation Pl**
**Oro Valley, AZ 85755**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

**3.124 15**

**Nonpriority creditor's name and mailing address**

**Lj Klink**
**20001 W Williams Lake Road**
**Cheney, WA 99004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,091.00

---

**3.124 16**

**Nonpriority creditor's name and mailing address**

**Lloyd J**
**1651 Curtner Ave**
**San Jose, CA 95125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.124 17**

**Nonpriority creditor's name and mailing address**

**Lloyd Mclain**
**16420 Martel Rd**
**Lenoir City, TN 37772**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$119.00

---

**3.124 18**

**Nonpriority creditor's name and mailing address**

**Lloyd Ramsey**
**11013 E Renfield Ave.**
**Mesa, AZ 85212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$330.00

---

**3.124 19**

**Nonpriority creditor's name and mailing address**

**Lloyd W**
**4781 Torrey Pines Dr**
**Medford, OR 97504**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

**3.124 20**

**Nonpriority creditor's name and mailing address**

**Lloyd Williamson**
**4781 Torrey Pines Dr**
**Medford, OR 97504**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$4,384.00

---

**3.124 21**

**Nonpriority creditor's name and mailing address**

**Loc N**
**8227 Medeiros Way**
**Sacramento, CA 95829**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

Debtor   **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

---

**3.124 22**

**Nonpriority creditor's name and mailing address**

**Logan Alten**
**1025 N Kings Rd Apt 119**
**West Hollywood, CA 90069**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

**3.124 23**

**Nonpriority creditor's name and mailing address**

**Logan Desmet**
**11283 89th St NW**
**Annandale, MN 55302**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$102.00

---

**3.124 24**

**Nonpriority creditor's name and mailing address**

**Logan E**
**425 W. Beech Street**
**Unit 319**
**San Diego, CA 92101**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

**3.124 25**

**Nonpriority creditor's name and mailing address**

**Logan G**
**220 Sw 3rd St**
**Dundee, OR 97115**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$22.00

---

**3.124 26**

**Nonpriority creditor's name and mailing address**

**Logan Gunnell**
**220 Sw 3rd St**
**Dundee, OR 97115**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$168.00

---

**3.124 27**

**Nonpriority creditor's name and mailing address**

**Logan M**
**211 2nd St**
**Bethany Beach, DE 19930**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$5.00

---

**3.124 28**

**Nonpriority creditor's name and mailing address**

**Logan Moore**
**40 Peppersass Ln**
**Bethlehem, NH 03574**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$835.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.124<br>29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Logan Mulvey**
**6224 Bridlewood Ln**
**Brentwood, TN 37027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124<br>30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $988.00 |
|---|---|---|---|

**Logan Nicholson**
**3616 Roberts Ln**
**Arlington, VA 22207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124<br>31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.00 |
|---|---|---|---|

**Logan S**
**880 Sand Pine Dr Ne**
**St Petersburg, FL 33703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124<br>32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.00 |
|---|---|---|---|

**Logan Terry**
**159 Avenida Rosa Apt A**
**San Clemente, CA 92672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124<br>33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $238.00 |
|---|---|---|---|

**Lois Burnett**
**113 Ambassador Private Cir**
**Hendersonville, TN 37075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124<br>34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $551.00 |
|---|---|---|---|

**Lois Reynolds**
**10045 Metromont Industrial Blvd**
**Ferebee Corporation - Main Building**
**Charlotte, NC 28269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124<br>35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.00 |
|---|---|---|---|

**Lois Street**
**327 Plymouth Hollow Road**
**North Tazewell, VA 24630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
         _____        Case number (if known)   _____
         Name

---

**3.124**
**36**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.   **$2.00** |

**Lola B**
**1908 Victor Street**
**Saint Louis, MO 63104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   Customers - Deferred Credit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124**
**37**

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** Check all that apply.   **$22.00**

**Lola Bean**
**1908 Victor Street**
**Saint Louis, MO 63104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124**
**38**

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** Check all that apply.   **$20.00**

**Lola O**
**10555 Main Street**
**412**
**Bellevue, WA 98004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   Customers - Deferred Credit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124**
**39**

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** Check all that apply.   **$28.00**

**Lon W**
**2755 S Locust St Ste 150**
**Denver, CO 80222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   Customers - Deferred Credit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124**
**40**

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** Check all that apply.   **$7,577.00**

**London Younger**
**9415 East Harry Street Suite 403 Bldg 40**
**Wichita, KS 67207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124**
**41**

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** Check all that apply.   **$33.00**

**Londy Sanchez**
**15432 Sw 77th Circle Ln Apt 3-110**
**Miami, FL 33193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124**
**42**

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** Check all that apply.   **$235.00**

**Long Doan**
**10581 Lakeside Dr S Unit D**
**Garden Grove, CA 92840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.124
43**

**Nonpriority creditor's name and mailing address**

**Lonnevie G**
**1440 Veteran Avenue Apt. 532**
**Los Angeles, CA 90024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

**3.124
44**

**Nonpriority creditor's name and mailing address**

**Lonnie B**
**139 James Comeaux Rd Ste B**
**Pmb#565**
**Lafayette, LA 70508**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.124
45**

**Nonpriority creditor's name and mailing address**

**Lonnie Boudreaux**
**139 James Comeaux Rd Ste B**
**Pmb#565**
**Lafayette, LA 70508**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,048.00**

---

**3.124
46**

**Nonpriority creditor's name and mailing address**

**Lora Friedenthal**
**92 Wayne St**
**Apt B**
**Jersey City, NJ 07302**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$87.00**

---

**3.124
47**

**Nonpriority creditor's name and mailing address**

**Lora Green**
**11505 Maull Rd**
**Lewes, DE 19958**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$201.00**

---

**3.124
48**

**Nonpriority creditor's name and mailing address**

**Lordfrancisco Salinas**
**20550 Townsen Blvd Unit 101**
**Bldg 2**
**Humble, TX 77338**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.124
49**

**Nonpriority creditor's name and mailing address**

**Loreen Lepaige**
**18593 Sw 93rd Ter**
**Tualatin, OR 97062**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$276.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known)    _____

---

| 3.124 50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$87.00** |

**Loren Carroll**
**58 S. Bells St**
**Alamo, TN 38001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.124 51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$60.00** |

**Loren G**
**522 Anolani St**
**Honolulu, HI 96821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.124 52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,907.00** |

**Loren Graham**
**522 Anolani St**
**Honolulu, HI 96821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.124 53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**Loren K**
**218 N Narberth Ave Apt 1**
**Narberth, PA 19072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.124 54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$66.00** |

**Loren M**
**1787 Guptil Rd**
**Waterbury Center, VT 05677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.124 55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$507.00** |

**Loren Manosh**
**1787 Guptil Rd**
**Waterbury Center, VT 05677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.124 56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,498.00** |

**Loren Merkle**
**1860 Se Princeton Dr**
**Grimes, IA 50111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.124 |
|-------|
| 57 |

**Nonpriority creditor's name and mailing address**
**Loren Nowak**
**59 Somerset Ave**
**Massena, NY 13662**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$203.00**

---

| 3.124 |
|-------|
| 58 |

**Nonpriority creditor's name and mailing address**
**Loren Nowak**
**59 Somerset Ave**
**Massena, NY 13662**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$103.00**

---

| 3.124 |
|-------|
| 59 |

**Nonpriority creditor's name and mailing address**
**Loren P**
**6000 Rebel Drive**
**Lincoln, NE 68516**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.124 |
|-------|
| 60 |

**Nonpriority creditor's name and mailing address**
**Loren S**
**8141 Aquila St Apt 335**
**Port Richey, FL 34668**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.124 |
|-------|
| 61 |

**Nonpriority creditor's name and mailing address**
**Loren Sprowl**
**8141 Aquila St Apt 335**
**Port Richey, FL 34668**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,173.00**

---

| 3.124 |
|-------|
| 62 |

**Nonpriority creditor's name and mailing address**
**Lorena Pojas**
**98-021 Kamehameha Hwy Ste 101**
**Karbiz**
**Aiea, HI 96701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$210.00**

---

| 3.124 |
|-------|
| 63 |

**Nonpriority creditor's name and mailing address**
**Lorenza Zungul**
**1063 Redbud Rd**
**Osage Beach, MO 65065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$401.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.124 64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,449.00** |
|---|---|---|---|

**Lorenzo Cola**
**6060 N Central Expy Ste 730**
**Dallas, TX 75206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4.74** |
|---|---|---|---|

**Lorenzo G**
**739 N Rancho Santiago Blvd**
**Orange, CA 92869**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
|---|---|---|---|

**Lorenzo S**
**766 E Devon Dr**
**Gilbert, AZ 85296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21.00** |
|---|---|---|---|

**Lorenzo Sanchez**
**766 E Devon Dr**
**Gilbert, AZ 85296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7.00** |
|---|---|---|---|

**Lorenzo T**
**117 W 123rd St #6d**
**New York, NY 10027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,241.00** |
|---|---|---|---|

**Lorenzo Thione**
**117 W 123rd St #6d**
**New York, NY 10027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$404.00** |
|---|---|---|---|

**Lorenzo Vanore**
**132 Spring Lake Blvd**
**Waretown, NJ 08758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name    Case number *(if known)*

---

| 3.124 71 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Loretta F**
**81 East 28th Avenue**
**Eugene, OR 97405**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$12.00

---

| 3.124 72 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Loretta Frye**
**81 East 28th Avenue**
**Eugene, OR 97405**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$294.00

---

| 3.124 73 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Loretta Silvestri**
**429 Terrace Ave**
**Garden City South, NY 11530**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$29.00

---

| 3.124 74 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lori A**
**101 Pierce Street**
**Siouxland Chamber Of Commerce**
**Sioux City, IA 51101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| 3.124 75 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lori Archambeau**
**3295 N Drinkwater Blvd Ste 6**
**Scottsdale, AZ 85251**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$230.00

---

| 3.124 76 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lori B**
**44 Aspen Dr**
**Basking Ridge, NJ 07920**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

| 3.124 77 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lori Besemer**
**44 Aspen Dr**
**Basking Ridge, NJ 07920**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,681.00

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.124 78 | |

**Nonpriority creditor's name and mailing address**
**Lori Brown**
**11070 Belaire Dr**
**Irwin, PA 15642**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$42.00

---

| | |
|---|---|
| 3.124 79 | |

**Nonpriority creditor's name and mailing address**
**Lori C**
**6213 Longleaf Pine Rd**
**Sykesville, MD 21784**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

| | |
|---|---|
| 3.124 80 | |

**Nonpriority creditor's name and mailing address**
**Lori Cruse**
**4469 Hickory Shores Boulevard**
**Gulf Breeze, FL 32563**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$173.00

---

| | |
|---|---|
| 3.124 81 | |

**Nonpriority creditor's name and mailing address**
**Lori Eaves**
**5806 Fairway Shores Ln**
**Porter, TX 77365**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$116.00

---

| | |
|---|---|
| 3.124 82 | |

**Nonpriority creditor's name and mailing address**
**Lori G**
**5922 Nordina Drive**
**Huntington Beach, CA 92649**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$7.00

---

| | |
|---|---|
| 3.124 83 | |

**Nonpriority creditor's name and mailing address**
**Lori Gentile**
**20608 Middlecreek Ct**
**Potomac Falls, VA 20165**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$81.00

---

| | |
|---|---|
| 3.124 84 | |

**Nonpriority creditor's name and mailing address**
**Lori H**
**6275 Polo Dr**
**Cumming, GA 30040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**    Case number (if known) _____
_____
Name

---

**3.124 85**

**Nonpriority creditor's name and mailing address**                        $29.00
**Lori Hosea**
**6275 Polo Dr**
**Cumming, GA 30040**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124 86**

**Nonpriority creditor's name and mailing address**                        $2,031.00
**Lori Johnson**
**27214 Trinity Bend**
**San Antonio, TX 78261**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124 87**

**Nonpriority creditor's name and mailing address**                        $34.00
**Lori Kesler**
**1564 Kearney Way**
**Delaware, OH 43015**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124 88**

**Nonpriority creditor's name and mailing address**                        $52.00
**Lori Kimble**
**4990 S Ojibwe Pt**
**Newaygo, MI 49337**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124 89**

**Nonpriority creditor's name and mailing address**                        $15.00
**Lori L**
**417 Philadelphia Blvd**
**Sea Girt, NJ 08750**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124 90**

**Nonpriority creditor's name and mailing address**                        $745.00
**Lori Lord**
**318 Lexington Rd**
**Richmond, VA 23226**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124 91**

**Nonpriority creditor's name and mailing address**                        $25.00
**Lori M**
**4703 S Loop 289**
**Lubbock, TX 79424**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_   _____
Name

| 3.124 92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$399.00** |

**Lori Manning**
**4703 S Loop 289**
**Lubbock, TX 79424**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$90.00** |

**Lori Nava**
**150 N Hill Dr Ste 2**
**Brisbane, CA 94005**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$18,896.00** |

**Lori Nutter**
**6943 Stone Bridge Trl**
**Fennville, MI 49408**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$56.00** |

**Lori Payne**
**5701 Windjammer Ct**
**Madison, OH 44057**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$367.00** |

**Lori Porsch**
**3009 Leona Drive**
**Storm Lake, IA 50588**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$74.01** |

**Lori Post**
**323 W 1st St**
**Junction City, KS 66441**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$332.00** |

**Lori Robinson**
**3307hollygreen Dr.**
**Kingwood, TX 77339**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*
_____

| | |
|---|---|
| **3.124<br>99** | |

**Nonpriority creditor's name and mailing address**

**Lori Snow**
**3102 Vista Cir**
**Macon, GA 31204**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

**$219.00**

---

| | |
|---|---|
| **3.125<br>00** | |

**Nonpriority creditor's name and mailing address**

**Lori Swansonrodriguez**
**606 Klein Dr**
**Smithton, IL 62285**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

**$240.00**

---

| | |
|---|---|
| **3.125<br>01** | |

**Nonpriority creditor's name and mailing address**

**Lori T**
**3838 N Clark Street**
**Apt 1s**
**Chicago, IL 60613**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customers - Deferred Credit**

Is the claim subject to offset?  ■ No  ☐ Yes

**$7.00**

---

| | |
|---|---|
| **3.125<br>02** | |

**Nonpriority creditor's name and mailing address**

**Lori Thornton**
**1211 42nd St**
**Washougal, WA 98671**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

**$20.00**

---

| | |
|---|---|
| **3.125<br>03** | |

**Nonpriority creditor's name and mailing address**

**Lori Tobis**
**450 South Vernon St**
**Dearborn, MI 48124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

**$106.00**

---

| | |
|---|---|
| **3.125<br>04** | |

**Nonpriority creditor's name and mailing address**

**Lori Van Amburg**
**301 Commerce St**
**Suite 3200**
**Fort Worth, TX 76102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customers - Deferred Credit**

Is the claim subject to offset?  ■ No  ☐ Yes

**$40.00**

---

| | |
|---|---|
| **3.125<br>05** | |

**Nonpriority creditor's name and mailing address**

**Lori Vandamme**
**1224 Pumphouse Rd**
**Chippewa Falls, WI 54729**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

**$1,778.00**

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)*

---

| 3.125 06 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lori Whitnell**
**2727 Revere St Apt 2031**
**Houston, TX 77098**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

| 3.125 07 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lori-A**
**Jones Day**
**901 Lakeside Ave.**
**Cleveland, OH 44114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$14.00**

---

| 3.125 08 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lorie Beers**
**99 Maple Ave**
**Fi Freight For Fair Harbor**
**Bay Shore, NY 11706**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$286.00**

---

| 3.125 09 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lorin Shamos**
**2202 Plant Ave #A**
**Redondo Beach, CA 90278**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,203.00**

---

| 3.125 10 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lorne Lorneburke**
**1060 Borghese Ln Apt 302**
**Naples, FL 34114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$48.00**

---

| 3.125 11 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lorraine Aubuchon**
**648 Washington St**
**Hanover, MA 02339**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$541.00**

---

| 3.125 12 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lorraine Pitek**
**414 Holly Dr**
**Wyckoff, NJ 07481**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$319.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.125 13 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lorraine Pivornik**
**211 S Downing St**
**Denver, CO 80209**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$127.00

---

| 3.125 14 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lou Dangelico**
**309 Plantation Ln**
**Inman, SC 29349**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.125 15 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lou Granes**
**233 Kittanning Pike**
**Pittsburgh, PA 15215**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$140.00

---

| 3.125 16 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lou Herring**
**3014 Arthur St**
**Wall Township, NJ 07719**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$120.00

---

| 3.125 17 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lou Magallon**
**162 12th Ave**
**San Francisco, CA 94118**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$59.00

---

| 3.125 18 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lou Marrocco**
**1501 N Providence Rd**
**Media, PA 19063**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$290.00

---

| 3.125 19 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Louann Wiles**
**8459 Friar Tuck Way**
**Fair Oaks, CA 95628**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$26.00

---

Debtor    **Phoeno Wine Company, Inc.**                                          Case number *(if known)* _____
    Name

| 3.125 20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$64.00** |
|---|---|---|---|

**Louie Napoleone**
**80 Columbus Cir 69b**
**New York, NY 10023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.125 21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,257.00** |
|---|---|---|---|

**Louie Olive**
**7 Proclamation Ct**
**Bedford, NH 03110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.125 22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,176.00** |
|---|---|---|---|

**Louis Hengen**
**932 Clifton Road NE**
**Atlanta, GA 30307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.125 23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$120.00** |
|---|---|---|---|

**Louis Hernandez**
**2245 E Glenoaks Blvd**
**Glendale, CA 91206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.125 24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$91.00** |
|---|---|---|---|

**Louis Koff**
**9000 Cynthia St Apt 303**
**West Hollywood, CA 90069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.125 25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,889.00** |
|---|---|---|---|

**Louis Lorenzano**
**2263 N Trekell Rd Lot 31**
**Casa Grande, AZ 85122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.125 26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,116.00** |
|---|---|---|---|

**Louis Mazzella**
**4241 NE 23rd Terr**
**Lighthouse Point, FL 33064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

---

Official Form 206 E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.125 27**

**Nonpriority creditor's name and mailing address**

**Louis Moffa**
**5536 Central Ave**
**Ocean City, NJ 08226**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$285.00**

---

**3.125 28**

**Nonpriority creditor's name and mailing address**

**Louis Ramunno**
**1019 Oriente Ave**
**Wilmington, DE 19807**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$8,985.00**

---

**3.125 29**

**Nonpriority creditor's name and mailing address**

**Louis Reo**
**4972 W Oakview Ct**
**Doylestown, PA 18902**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.125 30**

**Nonpriority creditor's name and mailing address**

**Louis S**
**54 Lenox Drive**
**Hainesport, NJ 08036**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

**3.125 31**

**Nonpriority creditor's name and mailing address**

**Louis Schiliro**
**54 Lenox Drive**
**Hainesport, NJ 08036**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.125 32**

**Nonpriority creditor's name and mailing address**

**Louis Spanicciati**
**1037 Crossing Farm Ln**
**Washington Crossing, PA 18977**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$257.00**

---

**3.125 33**

**Nonpriority creditor's name and mailing address**

**Louis Staffaroni**
**1515 Barlow Ct**
**Fremont, CA 94536**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$762.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_    _____
Name

---

| 3.125 34 |
|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$124.00**

**Louis Thomas**
**617 Fabyan Rd**
**North Grosvenordale, CT 06255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 35 |
|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$567.00**

**Louis Waller**
**5800 E Skelly Dr Ste 550**
**Tulsa, OK 74135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 36 |
|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$3,149.00**

**Louis Zaccardi**
**1 Arcadia Pl**
**Yonkers, NY 10710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 37 |
|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$325.00**

**Louise Adhikari**
**1706 N Richmond St**
**Chicago, IL 60647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 38 |
|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$35.00**

**Louise W**
**16401 Markoe Road**
**Monkton, MD 21111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 39 |
|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$35.00**

**Louise Willett**
**16401 Markoe Road**
**Monkton, MD 21111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 40 |
|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$70.00**

**Louise Woodroofe**
**4613 Arkansas Ave NW**
**Washington, DC 20011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

**3.125.41**

**Nonpriority creditor's name and mailing address**

**Lourdes Fern ndez**
**14345 Sw 170th Ter**
**Miami, FL 33177**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$390.00**

---

**3.125.42**

**Nonpriority creditor's name and mailing address**

**Lourdes Jensen**
**5 Robin Ct**
**Chester, NJ 07930**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$147.00**

---

**3.125.43**

**Nonpriority creditor's name and mailing address**

**Lowell Caldwell**
**207 Bishop Drive**
**Easley, SC 29640**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$800.00**

---

**3.125.44**

**Nonpriority creditor's name and mailing address**

**Lowell Hochhalter**
**551 Waterhill Ln**
**Stevensville, MT 59870**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

**3.125.45**

**Nonpriority creditor's name and mailing address**

**Luba Kapalko**
**374 Golden Russett Boulevard**
**Amherst, OH 44001**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.125.46**

**Nonpriority creditor's name and mailing address**

**Luca G**
**3202 Knollwood Cir**
**Geneva, IL 60134**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

**3.125.47**

**Nonpriority creditor's name and mailing address**

**Lucas**
**17 Cord Lane**
**Levittown, NY 11756**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$215.09**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
Name

| 3.125 48 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$468.00** |
| **Lucas Ainsworth** | ☐ Contingent | |
| **5171 Hilltop Ave N** | ☐ Unliquidated | |
| **Lake Elmo, MN 55042** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.125 49 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$84.00** |
| **Lucas Faria** | ☐ Contingent | |
| **1010 Brickell Ave Unit 3406** | ☐ Unliquidated | |
| **Miami, FL 33131** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.125 50 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$212.00** |
| **Lucas Kelleher** | ☐ Contingent | |
| **38 Dolores St Apt 504** | ☐ Unliquidated | |
| **San Francisco, CA 94103** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.125 51 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$93.00** |
| **Lucas Kozaczki** | ☐ Contingent | |
| **1011 S Fairhill St** | ☐ Unliquidated | |
| **Philadelphia, PA 19147** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.125 52 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$132.00** |
| **Lucas Lopez** | ☐ Contingent | |
| **4322 NE 22nd Ave** | ☐ Unliquidated | |
| **Ft Lauderdale, FL 33308** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.125 53 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |
| **Lucas M** | ☐ Contingent | |
| **662 Hartford St** | ☐ Unliquidated | |
| **Worthington, OH 43085** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.125 54 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$224.00** |
| **Lucas Melott** | ☐ Contingent | |
| **3101 Brookgreen Ct** | ☐ Unliquidated | |
| **Prosper, TX 75078** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Phoeno Wine Company, Inc.**                                Case number *(if known)* _____
_____
Name

---

**3.125 55**

**Nonpriority creditor's name and mailing address**

**Lucas Miller**
**3852 Valley Ridge Rd**
**Dallas, TX 75220**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$39.00**

---

**3.125 56**

**Nonpriority creditor's name and mailing address**

**Lucas Shaffer**
**28 Rhodes St**
**New Rochelle, NY 10801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$20,135.00**

---

**3.125 57**

**Nonpriority creditor's name and mailing address**

**Lucas Shields**
**1480 NW 70th St**
**Seattle, WA 98117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$196.00**

---

**3.125 58**

**Nonpriority creditor's name and mailing address**

**Lucia Carroll**
**3531 Raymoor Rd**
**Kensington, MD 20895**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,005.00**

---

**3.125 59**

**Nonpriority creditor's name and mailing address**

**Lucia R**
**1425 Benjamin Drive**
**Eaton, CO 80634**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.125 60**

**Nonpriority creditor's name and mailing address**

**Lucia Zornizer**
**17817 Maplehurst Pl**
**Santa Clarita, CA 91387**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

**3.125 61**

**Nonpriority creditor's name and mailing address**

**Lucian N**
**6876 W Pontiac Dr**
**6876 W Pontiac Dr**
**Glendale, AZ 85308**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

Official Form 206 E/F                     Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 3.125 |
| 62 |

**Nonpriority creditor's name and mailing address**

**Luciano Iannucci**
**33 Dewey Dr**
**Ringwood, NJ 07456**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$282.00**

---

| 3.125 |
| 63 |

**Nonpriority creditor's name and mailing address**

**Luciano Mezzanottesoares**
**505 Chase Ct**
**Edgewater, NJ 07020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$384.00**

---

| 3.125 |
| 64 |

**Nonpriority creditor's name and mailing address**

**Luciano Pilato**
**27822 Fremont Court**
**Specialty Polymers & Services, Suite A**
**Valencia, CA 91355**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$500.00**

---

| 3.125 |
| 65 |

**Nonpriority creditor's name and mailing address**

**Lucretia D**
**128 Remington Dr**
**Raeford, NC 28376**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| 3.125 |
| 66 |

**Nonpriority creditor's name and mailing address**

**Lucretia Deam**
**128 Remington Dr**
**Raeford, NC 28376**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$128.00**

---

| 3.125 |
| 67 |

**Nonpriority creditor's name and mailing address**

**Lucretia L**
**171 Baranof East**
**Westerville, OH 43081**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

| 3.125 |
| 68 |

**Nonpriority creditor's name and mailing address**

**Lucrezia L**
**2416 N Windsor Dr**
**Arlington Heights, IL 60004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

Debtor    **Phoeno Wine Company, Inc.**
          _____          Case number (if known) _____
          Name

| 3.125 69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$720.00** |
|---|---|---|---|

**Lucy Love**
**1866 Matin Circle**
**#111**
**San Marcos, CA 92069**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |
|---|---|---|---|

**Lucy N**
**34750 Chesapeake Dr**
**Union City, CA 94587**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,985.00** |
|---|---|---|---|

**Lucy To**
**4650 N Clay St**
**Denver, CO 80211**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$930.00** |
|---|---|---|---|

**Ludgero Gomez**
**5325 Westbard Ave Apt 204**
**Bethesda, MD 20816**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7.00** |
|---|---|---|---|

**Ludmila S**
**182 N Harbor Dr**
**Chicago, IL 60601**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,317.00** |
|---|---|---|---|

**Ludovic M**
**2006 Se 51st Ave**
**Portland, OR 97215**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20.00** |
|---|---|---|---|

**Ludovic Martinez**
**2006 Se 51st Ave**
**Portland, OR 97215**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.125 76 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Luga Podesta**
**12910 Culver Blvd Suite H**
**Los Angeles, CA 90066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,462.00**

---

| 3.125 77 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Luis A**
**7549 Goode St**
**San Diego, CA 92139**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.125 78 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Luis Aguilar**
**34704 Alvarado Niles Rd**
**Union City, CA 94587**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.125 79 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Luis Crespo**
**9208 Seagrove Drive**
**Dallas, TX 75243**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$188.00**

---

| 3.125 80 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Luis G**
**7539 60th Pl**
**Glendale, NY 11385**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.125 81 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Luis M**
**5976 E Agave Ln**
**Cave Creek, AZ 85331**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$254.00**

---

| 3.125 82 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Luis Machuca**
**5976 E Agave Ln**
**Cave Creek, AZ 85331**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,976.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name                                                    Case number *(if known)*

---

| 3.125 83 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Luis P**
**63 Florida Ave**
**B**
**St Augustine, FL 32084**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.125 84 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Luis Pacheco**
**1121 Juanita Place**
**Fort Lee, NJ 07024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

| 3.125 85 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Luis Perez**
**63 Florida Ave**
**B**
**St Augustine, FL 32084**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$966.00**

---

| 3.125 86 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Luis R**
**4408 Crystal Downs Ct**
**Wesley Chapel, FL 33543**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

| 3.125 87 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Luis R**
**Box 416**
**Palm City, FL 34990**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.125 88 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Luis Ramos**
**2299 Lombard St**
**San Francisco, CA 94123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$738.00**

---

| 3.125 89 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Luis Rios**
**3815b Durazno Ave Ste B**
**El Paso, TX 79905**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$84.00**

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 3.125 90 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Luis Rivera**
**1110 NW 94th Ave**
**Plantation, FL 33322**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,835.00**

---

| 3.125 91 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Luis Ruiz**
**7935 Sw 187th Ter**
**Cutler Bay, FL 33157**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.125 92 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Luis Sousa**
**129 Risoli Ter**
**South Plainfield, NJ 07080**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$143.00**

---

| 3.125 93 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Luis Torres**
**14803 Brink Ave**
**Norwalk, CA 90650**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$299.00**

---

| 3.125 94 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Luis V**
**910 Sheridan Avenue Apt H**
**Bronx, NY 10451**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$3.00**

---

| 3.125 95 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Luis Valentin**
**910 Sheridan Avenue Apt H**
**Bronx, NY 10451**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$686.00**

---

| 3.125 96 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Luisalberto G**
**4136 Washington Blvd**
**Ap 317**
**Saint Louis, MO 63108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
| | Name | | |

---

**3.125 97**

**Nonpriority creditor's name and mailing address**

**Luisg V**
**1101 Camino Del Sol**
**Chula Vista, CA 91910**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$37.00**

---

**3.125 98**

**Nonpriority creditor's name and mailing address**

**Luisg Vazquez**
**1101 Camino Del Sol**
**Chula Vista, CA 91910**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$691.00**

---

**3.125 99**

**Nonpriority creditor's name and mailing address**

**Luiz Bombonatti**
**10211 Texas Sage**
**Cypress, TX 77433**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$30.00**

---

**3.126 00**

**Nonpriority creditor's name and mailing address**

**Luiz Coimbra**
**15407 Old Stone Trl**
**Houston, TX 77079**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$482.00**

---

**3.126 01**

**Nonpriority creditor's name and mailing address**

**Luiz Maroni**
**900 Sw 8th St Apt 707**
**Miami, FL 33130**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.126 02**

**Nonpriority creditor's name and mailing address**

**Luiza Lucena**
**238 High St**
**1 Floor**
**North Arlington, NJ 07031**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$268.00**

---

**3.126 03**

**Nonpriority creditor's name and mailing address**

**Luke B**
**400 Beach Dr. Ne**
**Unit #1602**
**Saint Petersburg, FL 33701**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,491.00**

---

Debtor   **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

| 3.126 04 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,911.00** |
|---|---|---|---|

**Luke Balchunas**
**400 Beach Dr. NE**
**Unit #1602**
**Saint Petersburg, FL 33701**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.126 05 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,067.00** |
|---|---|---|---|

**Luke Hyde**
**1812 N Locust St**
**Pittsburg, KS 66762**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.126 06 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$921.00** |
|---|---|---|---|

**Luke Loveys**
**7953 Via Villagio**
**West Palm Beach, FL 33412**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.126 07 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |
|---|---|---|---|

**Luke R**
**727 W Madison, Unit 3801**
**Chicago, IL 60661**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.126 08 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Luke S**
**4200 Pinewood Road**
**Melbourne, FL 32934**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.126 09 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4.00** |
|---|---|---|---|

**Luke S**
**6567 Bradley Ave.**
**St. Louis, MO 63139**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.126 10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60.00** |
|---|---|---|---|

**Luke Sanders**
**2504 Champions Corner Dr**
**Leander, TX 78641**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____

Name

---

| 3.126 11 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Luke Schaab**
**2229 San Felipe St Ste 1075**
**Houston, TX 77019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

| 3.126 12 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Luke Snyder**
**4200 Pinewood Road**
**Melbourne, FL 32934**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$27.00**

---

| 3.126 13 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Luke Sutherland**
**176 York Ave**
**Saratoga Springs, NY 12866**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.126 14 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Luke Thompson**
**2823 18th St Apt 620**
**San Francisco, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,178.00**

---

| 3.126 15 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Luke Thompson**
**2823 18th St Apt 620**
**San Francisco, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$127.00**

---

| 3.126 16 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lupe Gutierrez**
**133 Highway 66 E**
**Albuquerque, NM 87123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$244.00**

---

| 3.126 17 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Luther D**
**1933 Kofman Parkway**
**Alameda, CA 94502**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

---

**3.126 18**

**Nonpriority creditor's name and mailing address**

**Luther Ott**
**4414 Westway Ave**
**Dallas, TX 75205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

**3.126 19**

**Nonpriority creditor's name and mailing address**

**Luther Quintana**
**519 Acorn St**
**Deer Park, NY 11729**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$982.00**

---

**3.126 20**

**Nonpriority creditor's name and mailing address**

**Lyle Hagedorn**
**385 Sunny Ridge Rd NE**
**Floyd, VA 24091**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,121.00**

---

**3.126 21**

**Nonpriority creditor's name and mailing address**

**Lyle Kellmam**
**1798 Clovermeadow Dr**
**Vienna, VA 22182**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,930.00**

---

**3.126 22**

**Nonpriority creditor's name and mailing address**

**Lyle Ott**
**4260 E Co. 8th St**
**Yuma, AZ 85365**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$240.00**

---

**3.126 23**

**Nonpriority creditor's name and mailing address**

**Lynda C**
**8235 Ymca Plaza Dr Ste 200**
**Baton Rouge, LA 70810**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.126 24**

**Nonpriority creditor's name and mailing address**

**Lynda Levan**
**5 Tumble Idell Rd**
**Frenchtown, NJ 08825**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$55.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

**3.126 25**

**Nonpriority creditor's name and mailing address**
**Lynda Robinson**
**3512 Dixon St**
**Temple Hills, MD 20748**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$66.00

---

**3.126 26**

**Nonpriority creditor's name and mailing address**
**Lynda Weaver**
**5903 Smoke Rise Ct**
**Stone Mountain, GA 30087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.126 27**

**Nonpriority creditor's name and mailing address**
**Lynette Ewer**
**11101 Holly Ave NE**
**Albuquerque, NM 87122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$210.00

---

**3.126 28**

**Nonpriority creditor's name and mailing address**
**Lynette S**
**42 Abbottsford Dr.**
**Pinehurst, NC 28374**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$7.00

---

**3.126 29**

**Nonpriority creditor's name and mailing address**
**Lynettejennifer G**
**2140 E El Parque Dr**
**Tempe, AZ 85282**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$19.00

---

**3.126 30**

**Nonpriority creditor's name and mailing address**
**Lynettejennifer Green**
**2140 E El Parque Dr**
**Tempe, AZ 85282**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,304.00

---

**3.126 31**

**Nonpriority creditor's name and mailing address**
**Lynn B**
**2535 Vineyard Lane**
**Miramar Beach, FL 32550**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

Debtor    **Phoeno Wine Company, Inc.**
       Name                                        Case number *(if known)*

---

**3.126 32**

**Nonpriority creditor's name and mailing address**
**Lynn Bogle Knaeble**
**2443 Larpenteur Ave E**
**Apt 311**
**Maplewood, MN 55109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.50**

---

**3.126 33**

**Nonpriority creditor's name and mailing address**
**Lynn D**
**116 Bloomfield St., Apt. 1**
**Hoboken, NJ 07030**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$26.00**

---

**3.126 34**

**Nonpriority creditor's name and mailing address**
**Lynn D**
**1800 Candlestick Ct**
**Lutz, FL 33559**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.126 35**

**Nonpriority creditor's name and mailing address**
**Lynn Dukette**
**116 Bloomfield St., Apt. 1**
**Hoboken, NJ 07030**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,886.00**

---

**3.126 36**

**Nonpriority creditor's name and mailing address**
**Lynn H 13413998**
**16951 Crown Dr**
**Orland Park, IL 60467**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

**3.126 37**

**Nonpriority creditor's name and mailing address**
**Lynn Makela**
**26665 E Grosse Point Shores Rd**
**Hancock, MI 49930**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$378.00**

---

**3.126 38**

**Nonpriority creditor's name and mailing address**
**Lynn Moran**
**649 Ridge Rd**
**Greenwood, IN 46142**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,314.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

**3.126 39**

**Nonpriority creditor's name and mailing address**

**Lynn Moran**
**649 Ridge Rd**
**Greenwood, IN 46142**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

**3.126 40**

**Nonpriority creditor's name and mailing address**

**Lynn O'connor**
**6 Rudine Street**
**Lake Hopatcong, NJ 07849**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$3.00

---

**3.126 41**

**Nonpriority creditor's name and mailing address**

**Lynn P**
**653 N Kingsbury Street**
**#1405**
**Chicago, IL 60654**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.126 42**

**Nonpriority creditor's name and mailing address**

**Lynn S**
**3618 W Pierce St Ste 250**
**Milwaukee, WI 53215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$42.00

---

**3.126 43**

**Nonpriority creditor's name and mailing address**

**Lynn Stieve**
**2033 Kingsbarns Dr**
**Nolensville, TN 37135**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$55.00

---

**3.126 44**

**Nonpriority creditor's name and mailing address**

**Lynn Wiggins**
**34 Sand Bar Ln**
**Detroit, MI 48214**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$109.00

---

**3.126 45**

**Nonpriority creditor's name and mailing address**

**Lynn Yeldell**
**400 Hector Ave**
**Metairie, LA 70005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$15,258.00

---

Debtor **Phoeno Wine Company, Inc.**          Case number (if known) _____

Name

| | |
|---|---|
| 3.126<br>46 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Lynn-Anne H**
**3325 Piedmont Rd Ne Unit 2602**
**Atlanta, GA 30305**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.126<br>47 |

**Nonpriority creditor's name and mailing address**
**Lynne Kovach**
**5505 Autumn Creek Dr**
**Middletown, OH 45044**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

| 3.126<br>48 |

**Nonpriority creditor's name and mailing address**
**Lynne V**
**12335 Sw 107th Street Road**
**Dunnellon, FL 34432**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

| 3.126<br>49 |

**Nonpriority creditor's name and mailing address**
**Lynne Vincent**
**12335 Sw 107th Street Road**
**Dunnellon, FL 34432**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$438.00**

---

| 3.126<br>50 |

**Nonpriority creditor's name and mailing address**
**Lynsie H**
**8817 Nw 129th St.**
**Oklahoma City, OK 73142**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.126<br>51 |

**Nonpriority creditor's name and mailing address**
**Lynwood Jenkins**
**2726 Fairground Rd**
**Goochland, VA 23063**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$176.00**

---

| 3.126<br>52 |

**Nonpriority creditor's name and mailing address**
**Lynzee Villafranca**
**445 Recoleta Rd**
**San Antonio, TX 78216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$124.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*   _____

| | | |
|---|---|---|
| 3.126 53 | **Nonpriority creditor's name and mailing address** | **$145.00** |

**Lynzi Cottingham**
**921 Louise Ave**
**Morgantown, WV 26505**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.126 54 | **Nonpriority creditor's name and mailing address** | **$19.00** |

**Lyssa Eastman**
**7547 Sangiovese Dr**
**El Dorado Hills, CA 95762**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.126 55 | **Nonpriority creditor's name and mailing address** | **$138.00** |

**Lyssa Hurvitz**
**1877 Standing Rock Cir**
**Oakland, FL 34787**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.126 56 | **Nonpriority creditor's name and mailing address** | **$16.00** |

**Lyssa K**
**4017 19th Street**
**San Francisco, CA 94114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.126 57 | **Nonpriority creditor's name and mailing address** | **$60.00** |

**M Wenstrup**
**8077 Middle Bay Lane**
**Indianapolis, IN 46236**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.126 58 | **Nonpriority creditor's name and mailing address** | **$75.00** |

**Mac Macfarlan**
**8805 Fenchurch Rd**
**Dallas, TX 75238**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.126 59 | **Nonpriority creditor's name and mailing address** | **$15.00** |

**Macario M**
**3205 Von Uhlit Ranch Road**
**Napa, CA 94558**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.126 60 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mackenzie Milliman**
**1420 Hayden Lane**
**North Liberty, IA 52317**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$84.00**

---

| 3.126 61 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mackenzie Saunders**
**21110 Se Cherry Blossom Ln**
**Amity, OR 97101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.126 62 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Madden J**
**275 S 3rd St**
**Conneaut Lake, PA 16316**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$9.00**

---

| 3.126 63 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Maddie Shoemaker**
**3414 Sw 44th Pl**
**Des Moines, IA 50321**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$14,583.07**

---

| 3.126 64 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Maddie Stankevitch**
**203 Danbury Dr**
**Little Egg Harbor Twp, NJ 08087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.126 65 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Madeleine Boyer**
**2000 Creek Ln**
**Green Lane, PA 18054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

| 3.126 66 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Madeleine Z**
**13714 Fir Glen Ln**
**Cypress, TX 77429**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$68.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                              Case number _(if known)_ _____

| 3.126 67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$142.00** |
|---|---|---|---|

**Madeleine Zimmerman**
**13714 Fir Glen Ln**
**Cypress, TX 77429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$170.00** |
|---|---|---|---|

**Madeline Mcelroy**
**5115 Park Rd Apt 502**
**Charlotte, NC 28209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$45.00** |
|---|---|---|---|

**Madeline Morris**
**201 Massachusetts Ave NE Apt 308a**
**Washington, DC 20002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$171.00** |
|---|---|---|---|

**Madeline Raudat**
**1488 Peabody Ave**
**Memphis, TN 38104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$165.00** |
|---|---|---|---|

**Madeline Thomas**
**1301 M St NW Apt 1007**
**Washington, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$197.00** |
|---|---|---|---|

**Madison Moore**
**2682 Andrew Pt**
**Denver, NC 28037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$165.00** |
|---|---|---|---|

**Maduka Nnadozie**
**305 S Avenue A**
**Galloway, NJ 08205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.126 74**

**Nonpriority creditor's name and mailing address**

**Maegan Marcano**
**13917 Aberdeens Folly Ct**
**Bowie, MD 20720**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$33.00**

---

**3.126 75**

**Nonpriority creditor's name and mailing address**

**Maeng Kim**
**15 Summit Dr**
**Manhasset, NY 11030**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

**3.126 76**

**Nonpriority creditor's name and mailing address**

**Magalie Grant**
**35125 Lyon Dr**
**Po 467**
**Sterling, AK 99672**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

**3.126 77**

**Nonpriority creditor's name and mailing address**

**Magdalena P**
**10669 San Diego Mission Rd**
**Unit 108**
**San Diego, CA 92108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

**3.126 78**

**Nonpriority creditor's name and mailing address**

**Maggie C**
**1901 Providence Ave**
**Mcallen, TX 78504**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.126 79**

**Nonpriority creditor's name and mailing address**

**Maggie Cronn**
**1901 Providence Ave**
**Mcallen, TX 78504**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,011.00**

---

**3.126 80**

**Nonpriority creditor's name and mailing address**

**Maggie Durenberger**
**195 East Fifth Street**
**1904**
**Saint Paul, MN 55101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$369.00**

---

Debtor  **Phoeno Wine Company, Inc.**
    Name

Case number (if known) _____

---

**3.126 81**

**Nonpriority creditor's name and mailing address**

**Maggie G**
**1766 Ne 12th Street**
**Fort Lauderdale, FL 33304**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$31.00

---

**3.126 82**

**Nonpriority creditor's name and mailing address**

**Maggie Gonzalez**
**1766 NE 12th Street**
**Fort Lauderdale, FL 33304**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$518.00

---

**3.126 83**

**Nonpriority creditor's name and mailing address**

**Maggie H**
**4430 Limerick Ln**
**Frisco, TX 75034**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

**3.126 84**

**Nonpriority creditor's name and mailing address**

**Maggie Hansen**
**4430 Limerick Ln**
**Frisco, TX 75034**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,294.00

---

**3.126 85**

**Nonpriority creditor's name and mailing address**

**Maggie Hayes**
**2828 Woodside St Apt 5103**
**Dallas, TX 75204**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$32.00

---

**3.126 86**

**Nonpriority creditor's name and mailing address**

**Maggie Minnicks**
**616 58th Ave NE**
**Saint Petersburg, FL 33703**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.126 87**

**Nonpriority creditor's name and mailing address**

**Maggie Pearson**
**1010 3rd St**
**Seabrook, TX 77586**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$331.00

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.126 88**

**Nonpriority creditor's name and mailing address**

**Maggie Simons**
**2105 Snowberry Ridge Ct**
**West Linn, OR 97068**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$262.00**

---

**3.126 89**

**Nonpriority creditor's name and mailing address**

**Maggie Tatton**
**2607 Tournament Players Cir S**
**Blaine, MN 55449**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$58.00**

---

**3.126 90**

**Nonpriority creditor's name and mailing address**

**Maggie Taul**
**8776 Midnight Pass Rd Apt 204c**
**Sarasota, FL 34242**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,491.00**

---

**3.126 91**

**Nonpriority creditor's name and mailing address**

**Maggie Taul**
**8776 Midnight Pass Rd Apt 204c**
**Sarasota, FL 34242**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$159.00**

---

**3.126 92**

**Nonpriority creditor's name and mailing address**

**Mahbodmoghadam**
**972 Hilgard Ave**
**Ph2**
**Los Angeles, CA 90024**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15,409.34**

---

**3.126 93**

**Nonpriority creditor's name and mailing address**

**Mahmood A**
**Gbstrade@Cox.Net**
**10463 Bay Ginger Lane**
**Las Vegas, NV 89135**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.126 94**

**Nonpriority creditor's name and mailing address**

**Mai Akagi**
**9 Edwin Pl NW**
**Atlanta, GA 30318**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$343.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_   _____

| 3.126 95 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mai-Anh N**
**906 Woodland Street**
**Houston, TX 77009**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$25.00**

---

| 3.126 96 |
|---|

**Nonpriority creditor's name and mailing address**
**Mai-Anh Nguyen**
**906 Woodland Street**
**Houston, TX 77009**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$398.00**

---

| 3.126 97 |
|---|

**Nonpriority creditor's name and mailing address**
**Maia Marusak**
**102 1st St**
**Laporte, IN 46350**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$27,363.00**

---

| 3.126 98 |
|---|

**Nonpriority creditor's name and mailing address**
**Majid Ghaboosi**
**16 Calella**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| 3.126 99 |
|---|

**Nonpriority creditor's name and mailing address**
**Makenzie J**
**74 Sea Breeze Avenue**
**Rancho Palos Verdes, CA 90275**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$8.24**

---

| 3.127 00 |
|---|

**Nonpriority creditor's name and mailing address**
**Malaika T**
**10139 S Clifton Park Ave**
**Evergreen Park, IL 60805**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$10.00**

---

| 3.127 01 |
|---|

**Nonpriority creditor's name and mailing address**
**Malaika Tyson**
**10139 S Clifton Park Ave**
**Evergreen Park, IL 60805**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$6,428.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Name                                        Case number *(if known)*

---

| 3.127 02 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Malana K**
**8204 Shady Valley Dr**
**Benbrook, TX 76116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.127 03 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Malissa Babe**
**26491 Estanciero Dr**
**Mission Viejo, CA 92691**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$365.00**

---

| 3.127 04 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mallorie M**
**1787 Guptil Rd**
**Waterbury Center, VT 05677**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$190.00**

---

| 3.127 05 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mallorie Manosh**
**1787 Guptil Rd**
**Waterbury Center, VT 05677**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$637.00**

---

| 3.127 06 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mallory Horbal**
**3198 Pacific Ave Ste 116**
**Pacific Place**
**Virginia Beach, VA 23451**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$136.00**

---

| 3.127 07 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mallory Zoia**
**6647 Lindenwood Pl**
**Saint Louis, MO 63109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$314.00**

---

| 3.127 08 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Man L**
**1 Edwards Point Rd**
**Rumson, NJ 07760**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$653.00**

---

Debtor    **Phoeno Wine Company, Inc.**    Case number (if known) _____

_____
Name

| 3.127 09 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,041.00** |

**Man Lee**
**1 Edwards Point Rd**
**Rumson, NJ 07760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |

**Mandara Vance-Benedict**
**943 S Micheaux St**
**Palestine, TX 75801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19.00** |

**Mandi Gutierrez**
**4900 Wildflower Pl**
**Dacono, CO 80514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$66.00** |

**Mandi Trevena**
**3914 Murphy Canyon Rd Ste A124**
**C/O Eagle Print Dynamics**
**San Diego, CA 92123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15.00** |

**Mandie Shalhoob**
**6999 Siena Pl.**
**#207**
**The Colony, TX 75056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23.00** |

**Mandy Linderman**
**1383 Parkway Dr**
**Bismarck, MO 63624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |

**Mandy M**
**3008 Lexington Lakes Ave**
**Baton Rouge, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
Name

| | | |
|---|---|---|
| 3.127 16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $11.00 |

**Mandy M**
**3610 Caruth Ln.**
**Frisco, TX 75034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.127 17 | **Nonpriority creditor's name and mailing address** |

**Mandy Maki**
**7 Wainwright Ave Apt 2b**
**Yonkers, NY 10710**

**As of the petition filing date, the claim is:** *Check all that apply.* $235.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.127 18 | **Nonpriority creditor's name and mailing address** |

**Mandy Miller**
**3008 Lexington Lakes Ave**
**Baton Rouge, LA 70810**

**As of the petition filing date, the claim is:** *Check all that apply.* $35.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.127 19 | **Nonpriority creditor's name and mailing address** |

**Mandy Moberly**
**3610 Caruth Ln.**
**Frisco, TX 75034**

**As of the petition filing date, the claim is:** *Check all that apply.* $365.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.127 20 | **Nonpriority creditor's name and mailing address** |

**Mandy N**
**1153 Fremont Way**
**Sacramento, CA 95818**

**As of the petition filing date, the claim is:** *Check all that apply.* $24.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.127 21 | **Nonpriority creditor's name and mailing address** |

**Mandy Peterson**
**2218 Coolidge Ave**
**Bismarck, ND 58501**

**As of the petition filing date, the claim is:** *Check all that apply.* $54.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.127 22 | **Nonpriority creditor's name and mailing address** |

**Mani C**
**13559 Plumbago Dr**
**Centreville, VA 20120**

**As of the petition filing date, the claim is:** *Check all that apply.* $20.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                              Case number *(if known)* _____
_____
Name

---

| 3.127 23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65.00** |

**Manmeet D**
**255 Brunswick St Apt 203**
**Jersey City, NJ 07302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,370.00** |

**Manmeet Dhamoon**
**255 Brunswick St Apt 203**
**Jersey City, NJ 07302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |

**Manny Dumatrait**
**10246 Dream Glo Lane**
**Saint Francisville, LA 70775**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33.00** |

**Manny Rivelo**
**100 Seventh St East**
**Ketchum, ID 83340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |

**Manny S**
**28030 Alton Way**
**Castaic, CA 91384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21.00** |

**Manoj Kutty**
**5013 Horseshoe Trl**
**Dallas, TX 75209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,094.00** |

**Manoj M**
**10 Country Club Dr**
**White Plains, NY 10607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.127 30 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Manoj Muttreja**
**10 Country Club Dr**
**White Plains, NY 10607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$11,507.00**

---

| 3.127 31 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Manoj Nair**
**15819 Fontaine Ave**
**Austin, TX 78734**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,002.00**

---

| 3.127 32 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mansi Patel**
**3555 Stately Oaks Ln**
**Duluth, GA 30097**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$206.00**

---

| 3.127 33 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mansig Y**
**7820 Adams St**
**/**
**Darien, IL 60561**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.127 34 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Manu S**
**1173 Clarendon Drive**
**Marietta, GA 30068**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$497.00**

---

| 3.127 35 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Manu Sancheti**
**1173 Clarendon Drive**
**Marietta, GA 30068**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$128.00**

---

| 3.127 36 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Manuel D**
**19130 Sw 4 Street**
**Pembroke Pines, FL 33029**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name                                      Case number *(if known)* _____

| | | |
|---|---|---|
| 3.127 37 | **Nonpriority creditor's name and mailing address** | **$78.00** |

**Manuel Frankel**
**1204 Harwick Ln**
**Ormond Beach, FL 32174**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.127 38 | **Nonpriority creditor's name and mailing address** | **$2.00** |

**Manuel G**
**10855 Nw 37th Ct**
**Coral Springs, FL 33065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.127 39 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Manuel Gomez**
**524 Castle St**
**Daly City, Ca 94014**
**Daly City, CA 94014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.127 40 | **Nonpriority creditor's name and mailing address** | **$92.00** |

**Manuel Gonzalez**
**10855 NW 37th Ct**
**Coral Springs, FL 33065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.127 41 | **Nonpriority creditor's name and mailing address** | **$8.00** |

**Manuel M**
**88 Park Ave Apt 411**
**Arlington, MA 02476**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.127 42 | **Nonpriority creditor's name and mailing address** | **$673.00** |

**Manuel Mari**
**9515 S.W. 136 Street**
**Miami, FL 33176**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.127 43 | **Nonpriority creditor's name and mailing address** | **$140.00** |

**Manuel Marques**
**732 Van Houten Ave**
**Franklin Lakes, NJ 07417**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
Name

| | | |
|---|---|---|
| 3.127 44 | **Nonpriority creditor's name and mailing address** | **$10.00** |

**Manuel S**
**714 Grant Ave. S**
**Renton, WA 98057**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.127 45 | **Nonpriority creditor's name and mailing address** | **$50.00** |

**Manuel T**
**2249 Labrusca**
**New Braunfels, TX 78132**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.127 46 | **Nonpriority creditor's name and mailing address** | **$180.00** |

**Manuel Yono**
**1910 Village Center Cir**
**Las Vegas, NV 89134**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.127 47 | **Nonpriority creditor's name and mailing address** | **$288.00** |

**Manuela Herrera**
**201 E 69th St Apt 6g**
**New York, NY 10021**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.127 48 | **Nonpriority creditor's name and mailing address** | **$253.00** |

**Manuela Jacques**
**57 Larkspur Street**
**American Canyon, CA 94503**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.127 49 | **Nonpriority creditor's name and mailing address** | **$11.00** |

**Manuela O'leary**
**5707 Waycross Ave.**
**El Paso, TX 79924**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.127 50 | **Nonpriority creditor's name and mailing address** | **$29.00** |

**Manuelbenito Coquetbsc**
**1560 Sand Hill Rd Apt 304**
**Palo Alto, CA 94304**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name
Case number *(if known)* _____

---

| 3.127 51 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17.00** |
| **Mar a Lawson** | ☐ Contingent | |
| **10 Woodland Dr** | ☐ Unliquidated | |
| **Cartersville, GA 30120** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.127 52 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$178.72** |
| **Mar K** | ☐ Contingent | |
| **38 Old Coach Rd** | ☐ Unliquidated | |
| **Basking Ridge, NJ 07920** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.127 53 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
| **Mara Mays** | ☐ Contingent | |
| **8505 Hillrock Drive** | ☐ Unliquidated | |
| **Round Rock, TX 78681** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.127 54 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$901.00** |
| **Mara Stevens** | ☐ Contingent | |
| **117 Grand Oaks Dr** | ☐ Unliquidated | |
| **Saint Augustine, FL 32080** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.127 55 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
| **Marc B** | ☐ Contingent | |
| **13698 Goldenwest Street., Ste-E** | ☐ Unliquidated | |
| **Westminster, CA 92683** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.127 56 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$419.00** |
| **Marc Barenberg** | ☐ Contingent | |
| **15 Brookwood Lane** | ☐ Unliquidated | |
| **Weston, CT 06883** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.127 57 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,687.00** |
| **Marc Beckwitt** | ☐ Contingent | |
| **416 Avenida Ossa** | ☐ Unliquidated | |
| **San Clemente, CA 92672** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.127 58 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marc Boswell**
**12095 Lake House Lane**
**Parkland, FL 33076**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,842.00**

---

| 3.127 59 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marc Brenner**
**3085 Rosewood Dr**
**Evans, GA 30809**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$391.00**

---

| 3.127 60 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marc Brown**
**10420 NW 12 Place**
**Plantation, FL 33322**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,268.00**

---

| 3.127 61 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marc Chaikin**
**38 E Woods Rd**
**Roxbury, CT 06783**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.127 62 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marc Curcillo**
**282 Coachlight Terrace**
**Huntingdon Valley, PA 19006**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$548.00**

---

| 3.127 63 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marc D**
**131 Davis Ave**
**White Plains, NY 10605**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.127 64 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marc Deslandes**
**131 Davis Ave**
**White Plains, NY 10605**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$58.00**

---

Debtor **Phoeno Wine Company, Inc.**

_____
Name

Case number *(if known)* _____

---

| 3.127 65 |
|---|

**Nonpriority creditor's name and mailing address**

**Marc Fields**
**110 W 19th St Lowr Level**
**New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,648.00**

---

| 3.127 66 |
|---|

**Nonpriority creditor's name and mailing address**

**Marc Friedant**
**1427 Monterey Blvd**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,850.00**

---

| 3.127 67 |
|---|

**Nonpriority creditor's name and mailing address**

**Marc G**
**12223 Rambling Rd**
**Fishers, IN 46037**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.127 68 |
|---|

**Nonpriority creditor's name and mailing address**

**Marc Glines**
**6 Sunrise Loop**
**Ste**
**Ennis, MT 59729**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$93.00**

---

| 3.127 69 |
|---|

**Nonpriority creditor's name and mailing address**

**Marc Goldman**
**116 Millburn Ave Ste 204**
**Goldman Periodontics And Implantology**
**Millburn, NJ 07041**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$186.00**

---

| 3.127 70 |
|---|

**Nonpriority creditor's name and mailing address**

**Marc Greenberg**
**3350 Players Club Pkwy Ste 225**
**Memphis, TN 38125**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

| 3.127 71 |
|---|

**Nonpriority creditor's name and mailing address**

**Marc Hein**
**24703 Porthcawl Ct**
**Katy, TX 77494**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor  **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.127 72 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Marc Holmquist**
**19004 Sark Pl**
**Santa Clarita, CA 91350**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,712.00**

---

| 3.127 73 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Marc Holmquist**
**19004 Sark Pl**
**Santa Clarita, CA 91350**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.01**

---

| 3.127 74 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Marc Howerton**
**1905 Berkley Dr**
**Valparaiso, IN 46383**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,008.00**

---

| 3.127 75 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Marc Janssens**
**144 Oakridge Ln**
**Ellijay, GA 30536**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

| 3.127 76 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Marc K**
**5317 Nolda Street**
**Houston, TX 77007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$17.00**

---

| 3.127 77 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Marc L**
**5211 Highway 6**
**Suite A**
**Missouri City, TX 77459**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$916.00**

---

| 3.127 78 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Marc M**
**1326 Summerset Place**
**Sanford, NC 27330**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$39.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.127 79 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$260.00** |
| **Marc Mallon** | ☐ Contingent | |
| **970 Sidney Marcus Blvd NE Unit 1117** | ☐ Unliquidated | |
| **Atlanta, GA 30324** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.127 80 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
| **Marc N** | ☐ Contingent | |
| **118 Skipjack Point Ct.** | ☐ Unliquidated | |
| **Mooresville, NC 28117** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.127 81 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,657.00** |
| **Marc Petersen** | ☐ Contingent | |
| **628 Broadmoor Blvd** | ☐ Unliquidated | |
| **San Leandro, CA 94577** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.127 82 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,166.00** |
| **Marc Reiser** | ☐ Contingent | |
| **24420 Victory Blvd #5** | ☐ Unliquidated | |
| **Woodland Hills, CA 91367** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.127 83 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20.00** |
| **Marc S** | ☐ Contingent | |
| **18 Ponderosa Dr** | ☐ Unliquidated | |
| **Melville, NY 11747** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.127 84 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,453.00** |
| **Marc Schanfarber** | ☐ Contingent | |
| **1008 W Osprey Heights Dr** | ☐ Unliquidated | |
| **Spokane, WA 99224** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.127 85 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$440.00** |
| **Marc Spitzenberger** | ☐ Contingent | |
| **3808 Sandia Dr** | ☐ Unliquidated | |
| **Plano, TX 75023** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | |
|---|---|
| 3.127<br>86 | **$216.00** |

**Nonpriority creditor's name and mailing address**

**Marc Steinberg**
**14 Shorewood Dr**
**Sands Point, NY 11050**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.127<br>87 | **$0.00** |

**Nonpriority creditor's name and mailing address**

**Marc Sugar**
**200 Country Club Dr**
**Edenton, NC 27932**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.127<br>88 | **$20.00** |

**Nonpriority creditor's name and mailing address**

**Marc T**
**55 Edgefield Ave**
**Milford, CT 06460**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.127<br>89 | **$3,439.00** |

**Nonpriority creditor's name and mailing address**

**Marc Venable**
**270 County Hospital Rd.**
**Suite #111**
**Quincy, CA 95971**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.127<br>90 | **$137.15** |

**Nonpriority creditor's name and mailing address**

**Marc Venable**
**270 County Hospital Rd.**
**Suite #111**
**Quincy, CA 95971**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.127<br>91 | **$221.55** |

**Nonpriority creditor's name and mailing address**

**Marc Weil**
**1207 32nd Ave**
**San Francisco, CA 94122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.127<br>92 | **$19.00** |

**Nonpriority creditor's name and mailing address**

**Marc Wischmeier**
**1004 Stone Spring Ct**
**Eureka, MO 63025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
Name

---

**3.127 93**

**Nonpriority creditor's name and mailing address**
**Marc Wuerdeman**
**164 Indigo Loop**
**Miramar Beach, FL 32550**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$61,456.00**

---

**3.127 94**

**Nonpriority creditor's name and mailing address**
**Marc Yonts**
**1349 Crystal Ct**
**Walla Walla, WA 99362**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.127 95**

**Nonpriority creditor's name and mailing address**
**Marcel Espinoza**
**134 Halsted Rd**
**Elizabeth, NJ 07208**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$198.00**

---

**3.127 96**

**Nonpriority creditor's name and mailing address**
**Marcel Fuenmayor**
**7262 S Blackhawk St Apt 8**
**-102**
**Englewood, CO 80112**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,292.00**

---

**3.127 97**

**Nonpriority creditor's name and mailing address**
**Marcel M**
**117 Riverview Road**
**Savannah, GA 31410**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

**3.127 98**

**Nonpriority creditor's name and mailing address**
**Marcel Messing**
**22181 Withers Grove Ct**
**Broadlands, VA 20148**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$752.00**

---

**3.127 99**

**Nonpriority creditor's name and mailing address**
**Marcela B**
**7820 Sw 54th Ave**
**Miami, FL 33143**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 3.128 00 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$28.00** |

**Marcela Serocki**
**13307 467th Ave**
**Wilmot, SD 57279**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 01 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$360.00** |

**Marcelag Geijopino**
**2811 South Bayshore Drive**
**7d**
**Miami, FL 33133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 02 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$365.00** |

**Marcella Anthony**
**501 Jackson Road**
**Williamstown, NJ 08094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 03 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$544.00** |

**Marcella Hordusky**
**4728 Mayhew Ave**
**Sioux City, IA 51106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 04 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,292.00** |

**Marcella Novela**
**4218 NE 2nd Ave**
**Miami, FL 33137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 05 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15.00** |

**Marcellus M**
**4117 Prairie View Trail**
**Medina, MN 55340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 06 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,269.00** |

**Marcellus Mcmullen**
**4117 Prairie View Trail**
**Medina, MN 55340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name    Case number (if known) _____

| 3.128 07 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Marcelo C**
**421 Hilburn Way**
**Simpsonville, SC 29680**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

**Nonpriority creditor's name and mailing address** (3.128 08)
**Marcelo Mino**
**10387 San Pablo Ave**
**El Cerrito, CA 94530**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$436.00

---

**Nonpriority creditor's name and mailing address** (3.128 09)
**Marcelo S**
**2 River Street**
**Ellijay, GA 30540**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

**Nonpriority creditor's name and mailing address** (3.128 10)
**Marci Matthews**
**7373 Dillman Drive**
**Hudson, OH 44236**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$8,022.00

---

**Nonpriority creditor's name and mailing address** (3.128 11)
**Marcia A 19899**
**41668 Madrone St**
**Springfield, OR 97478**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**Nonpriority creditor's name and mailing address** (3.128 12)
**Marcia A 8448**
**3485 Ferry St**
**Eugene, OR 97405**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

**Nonpriority creditor's name and mailing address** (3.128 13)
**Marcia Anderson**
**3485 Ferry St**
**Eugene, OR 97405**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$992.00

---

Debtor  **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

---

**3.128 14**

**Nonpriority creditor's name and mailing address**

**Marcia F**
**880 New Jersey Ave Se Unit 821**
**Washington, DC 20003**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$34.00

---

**3.128 15**

**Nonpriority creditor's name and mailing address**

**Marcia Fournier**
**880 New Jersey Ave Se Unit 821**
**Washington, DC 20003**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

$424.00

---

**3.128 16**

**Nonpriority creditor's name and mailing address**

**Marcia Hadeler**
**1775 Lincoln Avenue, Suite 100**
**Napa, CA 94558**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

$81.00

---

**3.128 17**

**Nonpriority creditor's name and mailing address**

**Marcia Kepler**
**3508 Bank St**
**Baltimore, MD 21224**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

$696.00

---

**3.128 18**

**Nonpriority creditor's name and mailing address**

**Marcia Manz**
**5416 Foothills Dr**
**Berthoud, CO 80513**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,844.00

---

**3.128 19**

**Nonpriority creditor's name and mailing address**

**Marcia Moore-Travis**
**6508 Terraglen Way**
**Locust Grove, GA 30248**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

$134.00

---

**3.128 20**

**Nonpriority creditor's name and mailing address**

**Marcia Rentz**
**23410 Jennings Road**
**Myakka City, FL 34251**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

$155.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____
         Name                                           Case number _(if known)_   _____

| 3.128 21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$6,709.00** |

**Marcia Weiss**
**360 E Randolph - Apt 3301**
**Chicago, IL 60601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$487.00** |

**Marcia Williamson**
**4864 Sw Montclair Dr**
**Stuart, FL 34997**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$50.00** |

**Marcie Bomberg**
**2036 N Prospect Ave Unit 2007**
**Milwaukee, WI 53202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$2,628.00** |

**Marcie Molek**
**970 Harris Rd Unit 21**
**Grayslake, IL 60030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$40.00** |

**Marcie T**
**1100 Westview Drive**
**Normal, IL 61761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$7,194.56** |

**Marciemolek**
**970 Harris Rd Unit 21**
**Grayslake, IL 60030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$2.00** |

**Marcio K**
**266 Washington Ave**
**F-6**
**Brooklyn, NY 11205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

| | | |
|---|---|---|
| **3.128 28** | **Nonpriority creditor's name and mailing address** | **$34.00** |

**Marcio Kelmanson**
**266 Washington Ave**
**F-6**
**Brooklyn, NY 11205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.128 29** | **Nonpriority creditor's name and mailing address** | **$50.00** |

**Marcio M**
**1726 N Main St**
**Greenville, SC 29609**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.128 30** | **Nonpriority creditor's name and mailing address** | **$50.00** |

**Marco G**
**2663 Orange Grove Trail**
**Naples, FL 34120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.128 31** | **Nonpriority creditor's name and mailing address** | **$2,625.00** |

**Marco Pignalberi**
**5448 Pine Cone Rd**
**La Crescenta, CA 91214**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.128 32** | **Nonpriority creditor's name and mailing address** | **$28.00** |

**Marco Raposo**
**77 Oakwood Ln**
**Worcester, MA 01604**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.128 33** | **Nonpriority creditor's name and mailing address** | **$195.00** |

**Marco Roca**
**6000 Island Blvd**
**Unit 608**
**Aventura, FL 33160**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.128 34** | **Nonpriority creditor's name and mailing address** | **$28.00** |

**Marcos Iglesias**
**650 Dunn Rd**
**Coventry, CT 06238**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|--------|-------------------------------|------------------------|--|
| | Name | | |

---

**3.128**
**35**

**Nonpriority creditor's name and mailing address**

**Marcos Kinzkowski**
**3103 Blackhawk Court**
**St. Charles, IL 60174**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,144.00**

---

**3.128**
**36**

**Nonpriority creditor's name and mailing address**

**Marcos Mares Jr**
**10338 Jersey Ave**
**Santa Fe Springs, CA 90670**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.128**
**37**

**Nonpriority creditor's name and mailing address**

**Marcos Santiago**
**43 Vardon Rd**
**West Hartford, CT 06117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,092.00**

---

**3.128**
**38**

**Nonpriority creditor's name and mailing address**

**Marcos Sullings**
**3337 Sw Crestview Rd**
**Port Saint Lucie, FL 34953**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.128**
**39**

**Nonpriority creditor's name and mailing address**

**Marcus Bellard**
**402 Happy St**
**Church Point, LA 70525**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$518.00**

---

**3.128**
**40**

**Nonpriority creditor's name and mailing address**

**Marcus Brummer**
**1762 Potomac Greens Dr**
**Alexandria, VA 22314**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$136.00**

---

**3.128**
**41**

**Nonpriority creditor's name and mailing address**

**Marcus Dorsen**
**9733 NW Ash St**
**Portland, OR 97229**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$183.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.128 42**

**Nonpriority creditor's name and mailing address**

**Marcus Dunn**
**2433 Homewood Dr.**
**San Jose, CA 95128**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$3,102.89**

---

**3.128 43**

**Nonpriority creditor's name and mailing address**

**Marcus G**
**501 Sw 7th St Ste M**
**Des Moines, IA 50309**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.128 44**

**Nonpriority creditor's name and mailing address**

**Marcus Gilbert**
**11696 William Penn Ave NE**
**Hartville, OH 44632**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer

Is the claim subject to offset? ■ No ☐ Yes

**$734.00**

---

**3.128 45**

**Nonpriority creditor's name and mailing address**

**Marcus H**
**18582 Valley Dr**
**Villa Park, CA 92861**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$13.00**

---

**3.128 46**

**Nonpriority creditor's name and mailing address**

**Marcus Hermann**
**18582 Valley Dr**
**Villa Park, CA 92861**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer

Is the claim subject to offset? ■ No ☐ Yes

**$863.00**

---

**3.128 47**

**Nonpriority creditor's name and mailing address**

**Marcus Isom**
**2942 Chesapeake Ave**
**Los Angeles, CA 90016**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.128 48**

**Nonpriority creditor's name and mailing address**

**Marcus Malich**
**530 Hillcrest Rd E**
**Lake Quivira, KS 66217**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer

Is the claim subject to offset? ■ No ☐ Yes

**$905.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.128 49 | |

**Nonpriority creditor's name and mailing address**

**Marcus Nealley**
**405 Fannon St**
**Scm120**
**Alexandria, VA 22301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$86.00**

---

| | |
|---|---|
| 3.128 50 | |

**Nonpriority creditor's name and mailing address**

**Marcus Silveira**
**617 Raging River Rd**
**Cedar Park, TX 78613**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$121.00**

---

| | |
|---|---|
| 3.128 51 | |

**Nonpriority creditor's name and mailing address**

**Marcus Wege**
**11917 Shady Oak Ct**
**Mint Hill, NC 28227**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,904.00**

---

| | |
|---|---|
| 3.128 52 | |

**Nonpriority creditor's name and mailing address**

**Marcus Wilson**
**1224 Drummond S**
**Davis, CA 95618**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,907.00**

---

| | |
|---|---|
| 3.128 53 | |

**Nonpriority creditor's name and mailing address**

**Marcy Carter**
**8825 Greeley St**
**Ks, KS 66227**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$268.00**

---

| | |
|---|---|
| 3.128 54 | |

**Nonpriority creditor's name and mailing address**

**Marcy D**
**5638 Cypress St**
**Saint Francisville, LA 70775**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

| | |
|---|---|
| 3.128 55 | |

**Nonpriority creditor's name and mailing address**

**Marcy K**
**666 112th St Ocean**
**Marathon, FL 33050**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number _(if known)_   _____
Name

| 3.128 56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$25.00** |

**Marcy Kneiper**
**666 112th St Ocean**
**Marathon, FL 33050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |

**Marcy Tobalsky**
**510 Aspen Grove Ln**
**Wausau, WI 54403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$10.00** |

**Mare R**
**5839 Sw Turnberry Ct**
**Topeka, KS 66614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$25.00** |

**Marek J**
**742 Tennis Club Ln**
**Thousand Oaks, CA 91360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$11.00** |

**Maresa T**
**217 Maple Ne**
**Albuquerque, NM 87106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$763.00** |

**Maret Jessen**
**136 Stallion Circle**
**Snowmass Village, CO 81615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$50.00** |

**Margaret B**
**23702 W. Spring Hill Lane**
**Plainfield, IL 60544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.128 63 | Nonpriority creditor's name and mailing address **Margaret Brown** **221 Rod Cir** **Middletown, MD 21769** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $19.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 64 | Nonpriority creditor's name and mailing address **Margaret Bruno** **5537 San Palazzo Ct** **Las Vegas, NV 89141** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $33.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 65 | Nonpriority creditor's name and mailing address **Margaret C** **41 Canterbury Road** **Hamden, CT 06514** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $60.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 66 | Nonpriority creditor's name and mailing address **Margaret Cervin** **6802 Avalon Ave** **(Se Corner Of Avalon And Brendenwood)** **Dallas, TX 75214** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $68.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 67 | Nonpriority creditor's name and mailing address **Margaret Drake** **2434 County Rd. 301** **#1338** **Glen Rose, TX 76043** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $335.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 68 | Nonpriority creditor's name and mailing address **Margaret Evleth** **76 Pinewood Dr** **Evergreen, CO 80439** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $113.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 69 | Nonpriority creditor's name and mailing address **Margaret G** **402 S Broadway** **Manito, IL 61546** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $34.01 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name    Case number *(if known)*

---

| 3.128 70 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Margaret H**
**10 Whitehall Dr**
**Bluffton, SC 29910**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.128 71 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Margaret J**
**552 Beach 132 Street**
**Belle Harbor, NY 11694**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.128 72 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Margaret Jones**
**5555 Old Farm Ln**
**Manassas, VA 20109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

**$332.00**

---

| 3.128 73 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Margaret K**
**5101 Timber Ridge Trail**
**Ocoee, FL 34761**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.128 74 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Margaret M**
**16490 Canelones Drive**
**..**
**Hacienda Hgts, CA 91745**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.128 75 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Margaret M**
**4410 East West Hwy**
**Hyattsville, MD 20782**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

| 3.128 76 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Margaret Moquete**
**4410 East West Hwy**
**Hyattsville, MD 20782**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

**$52.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.128 77 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11.00** |
| **Margaret O** | ☐ Contingent | |
| **1750 Antone Loop Rd Sw** | ☐ Unliquidated | |
| **Albuquerque, NM 87105** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.128 78 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29.00** |
| **Margaret Odaniel** | ☐ Contingent | |
| **1750 Antone Loop Rd Sw** | ☐ Unliquidated | |
| **Albuquerque, NM 87105** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.128 79 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Margaret Rogers** | ☐ Contingent | |
| **694 Kaupakalua Rd** | ☐ Unliquidated | |
| **Haiku, HI 96708** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.128 80 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43.00** |
| **Margaret S** | ☐ Contingent | |
| **3252 Piedra Ln** | ☐ Unliquidated | |
| **Santa Rosa, CA 95409** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.128 81 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,497.00** |
| **Margaret Schliessmann** | ☐ Contingent | |
| **3252 Piedra Ln** | ☐ Unliquidated | |
| **Santa Rosa, CA 95409** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.128 82 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28.00** |
| **Margaret Vonriesemann** | ☐ Contingent | |
| **8 Gardiner Street** | ☐ Unliquidated | |
| **Darien, CT 06820** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.128 83 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
| **Margarita B** | ☐ Contingent | |
| **7128 Hidden Valley Dr.** | ☐ Unliquidated | |
| **Lambertville, MI 48144** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

---

**3.128
84**

**Nonpriority creditor's name and mailing address**

**Margarita Gormus**
**549 Pines Lake Dr E**
**Wayne, NJ 07470**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$198.00**

---

**3.128
85**

**Nonpriority creditor's name and mailing address**

**Margarito Garcia**
**4102 Douglas Avenue**
**Dallas, TX 75219**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$558.00**

---

**3.128
86**

**Nonpriority creditor's name and mailing address**

**Margarito Rivera**
**330 Coralwood Dr.**
**San Diego, CA 92114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$32.00**

---

**3.128
87**

**Nonpriority creditor's name and mailing address**

**Margaux Guysinger**
**3492 Primrose Ln**
**Ypsilanti, MI 48197**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$637.00**

---

**3.128
88**

**Nonpriority creditor's name and mailing address**

**Margene Swarts**
**4430 Bauer Farm Drive**
**Lawrence, KS 66049**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,430.02**

---

**3.128
89**

**Nonpriority creditor's name and mailing address**

**Margie Paetzold**
**3970 Bark Camp Pl**
**Gainesville, GA 30506**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$47.00**

---

**3.128
90**

**Nonpriority creditor's name and mailing address**

**Margo Irr**
**17162 Murphy Ave Ste A**
**Irvine, CA 92614**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$84.00**

---

Debtor **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

---

| 3.128 91 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Margot F**
**96485 Cape Ferrelo Rd**
**Brookings, OR 97415**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

| 3.128 92 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Margot Hamel**
**44 Elm St**
**Somerset, NJ 08873**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.128 93 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marguerite Cervin**
**925 Page Mill Rd**
**Palo Alto, CA 94304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$274.00

---

| 3.128 94 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marguerite Radeff**
**32505 N 60th Way**
**Cave Creek, AZ 85331**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$516.00

---

| 3.128 95 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mari Geolfos**
**373 N 7th Avenue**
**Brighton, CO 80601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$13.00

---

| 3.128 96 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mari-Jo Suzuki**
**440 Evergreen Ct**
**Danville, CA 94526**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$120.00

---

| 3.128 97 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Maria B**
**13237 S Westview Dr**
**Palos Heights, IL 60463**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.128 98**

**Nonpriority creditor's name and mailing address**
**Maria B**
**601 Meridian Ave.**
**Apt L**
**South Pasadena, CA 91030**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$9.19**

---

**3.128 99**

**Nonpriority creditor's name and mailing address**
**Maria Broadstreet**
**13237 S Westview Dr**
**Palos Heights, IL 60463**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$332.00**

---

**3.129 00**

**Nonpriority creditor's name and mailing address**
**Maria Burton**
**6513 7th Place NW**
**Washington, DC 20012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.129 01**

**Nonpriority creditor's name and mailing address**
**Maria Capito**
**3613 Burt Dr Unit 100**
**Raleigh, NC 27606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

**3.129 02**

**Nonpriority creditor's name and mailing address**
**Maria Gonzalez**
**250 Cotton Field Ct**
**Alpharetta, GA 30022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$82.00**

---

**3.129 03**

**Nonpriority creditor's name and mailing address**
**Maria Gonzalez**
**7251 W Palmetto Park Rd Ste 100**
**Boca Raton, FL 33433**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$570.00**

---

**3.129 04**

**Nonpriority creditor's name and mailing address**
**Maria Iacobucci**
**20 Medway Rd**
**San Anselmo, CA 94960**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$64.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known)    _____
Name

---

| 3.129 05 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$66.00** |

**Maria Kirsch**
**90 S Glen Rd**
**Kinnelon, NJ 07405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 06 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$90.00** |

**Maria M**
**104 Apple Branch Ct**
**Apex, NC 27539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 07 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$883.00** |

**Maria Mclendon**
**3447 Asbury St**
**Dallas, TX 75205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 08 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$61.00** |

**Maria Mitchell**
**507 W 14th Ave**
**Bellevue, NE 68005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 09 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$105.00** |

**Maria Rojo**
**1538 Se Blanchard St**
**Hillsboro, OR 97123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$255.00** |

**Maria Sousa**
**301 Millbrook Dr**
**East Longmeadow, MA 01028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,525.00** |

**Maria Suehnholz**
**24728 Foothills Drive North**
**Golden, CO 80401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

| 3.129 12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$80.00** |
|---|---|---|---|

**Maria Szalay**
**1750 Tysons Blvd Ste 1300**
**Pansophic Learning**
**Mclean, VA 22102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Maria U**
**3662 Mallard Way**
**Antioch, CA 94509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$174.00** |
|---|---|---|---|

**Maria Umadhay**
**3662 Mallard Way**
**Antioch, CA 94509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$192.00** |
|---|---|---|---|

**Maria Youth**
**2130 W Wellington Rd**
**Newtown, PA 18940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Mariah R**
**4540 Gravois Ave**
**Apt A**
**Saint Louis, MO 63116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |
|---|---|---|---|

**Mariam S**
**10a Gregory Ln**
**Staten Island L, NY 10314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$131.00** |
|---|---|---|---|

**Marian Caseysmutny**
**6330 County Road 200**
**Orland, CA 95963**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
| | Name | | |

---

**3.129**
**19**

**Nonpriority creditor's name and mailing address**

**Mariann Jelinek**
**107 Tamarisk Ct**
**Greenbelt, MD 20770**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,656.00

---

**3.129**
**20**

**Nonpriority creditor's name and mailing address**

**Marianne Bowen**
**756 Winterfield Ct**
**Bel Air, MD 21015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,403.00

---

**3.129**
**21**

**Nonpriority creditor's name and mailing address**

**Marianne Childs**
**6190 Kohlwes Rd**
**Clinton, WA 98236**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$312.00

---

**3.129**
**22**

**Nonpriority creditor's name and mailing address**

**Marianne Siberell**
**9 Kersting Ct**
**Sierra Madre, CA 91024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$4,525.00

---

**3.129**
**23**

**Nonpriority creditor's name and mailing address**

**Marianne Smith**
**Around Town Property Solutions**
**1959 N Peace Have Road, #174**
**Winston Salem, NC 27106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$94.98

---

**3.129**
**24**

**Nonpriority creditor's name and mailing address**

**Mariano Legaz**
**467 Mandalay Ave**
**Clearwater Beach, FL 33767**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,814.00

---

**3.129**
**25**

**Nonpriority creditor's name and mailing address**

**Maricela Chavez**
**1221 Greenwood Cir**
**Hollister, CA 95023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$33.00

---

Debtor   **Phoeno Wine Company, Inc.**

Name                                                                Case number (if known)

---

| 3.129 26 | **Nonpriority creditor's name and mailing address**<br>**Marie C**<br>**44 Fitchburg Street**<br>**Watertown, MA 02472** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $30.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 27 | **Nonpriority creditor's name and mailing address**<br>**Marie Cineas**<br>**1111 Sw 189th Ter**<br>**Pembroke Pines, FL 33029** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $232.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 28 | **Nonpriority creditor's name and mailing address**<br>**Marie F**<br>**2625 1st Ave N**<br>**Great Falls, MT 59401** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $50.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 29 | **Nonpriority creditor's name and mailing address**<br>**Marie G 20143**<br>**8225 Glencullen**<br>**Dublin, OH 43017** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $41.26 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 30 | **Nonpriority creditor's name and mailing address**<br>**Marie Gudgel**<br>**610 Front St Apt 203**<br>**Mukilteo, WA 98275** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $344.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 31 | **Nonpriority creditor's name and mailing address**<br>**Marie Omalley**<br>**1938 48th Ave**<br>**San Francisco, CA 94116** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,717.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 32 | **Nonpriority creditor's name and mailing address**<br>**Marie Oneill**<br>**1605 Dorsett Dock Road**<br>**Point Pleasant, NJ 08742** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,074.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**        Case number *(if known)* _____

      Name

| | |
|---|---|
| **3.129 33** | |

**Nonpriority creditor's name and mailing address**

**Marie Oneill**
**1605 Dorsett Dock Road**
**Point Pleasant, NJ 08742**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,225.00**

---

| | |
|---|---|
| **3.129 34** | |

**Nonpriority creditor's name and mailing address**

**Marie R**
**16 Fairway Drive**
**Stamford, CT 06903**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$30.00**

---

| | |
|---|---|
| **3.129 35** | |

**Nonpriority creditor's name and mailing address**

**Marie Rocha**
**16 Fairway Drive**
**Stamford, CT 06903**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$946.00**

---

| | |
|---|---|
| **3.129 36** | |

**Nonpriority creditor's name and mailing address**

**Marie S 9612**
**6305 Mills Civic Pkwy Ste 1105**
**West Des Moines, IA 50266**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$58.00**

---

| | |
|---|---|
| **3.129 37** | |

**Nonpriority creditor's name and mailing address**

**Marie Towey**
**81 Povershon Rd**
**Nutley, NJ 07110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,106.00**

---

| | |
|---|---|
| **3.129 38** | |

**Nonpriority creditor's name and mailing address**

**Marie W**
**6275 Ryecroft Dr**
**Harrisburg, PA 17111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$20.00**

---

| | |
|---|---|
| **3.129 39** | |

**Nonpriority creditor's name and mailing address**

**Marie Weller**
**929 N Alabama St**
**Indianapolis, IN 46202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$319.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____          Case number *(if known)* _____
Name

---

| 3.129 40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $87.00 |

**Marieg Ridore**
**680 Peppergrass Run**
**Royal Palm Beach, FL 33411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $35.00 |

**Mariela Deleonw**
**7963 Van Nuys Blvd Ste 102**
**Panorama City, CA 91402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $97.00 |

**Marieshiela Gernade**
**2803 Morrie Dr**
**Bellevue, NE 68123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $285.00 |

**Marietta Pashayan**
**1509 Bellford Ave**
**Pasadena, CA 91104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $66.00 |

**Mariia Jackson**
**2090 Mendocino Street**
**Seaside, CA 93955**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $60.00 |

**Marija S**
**514 Anita Ln**
**Millbrae, CA 94030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $133.00 |

**Marilee Huntley**
**50 Pine Valley Cir**
**Ccnc**
**Pinehurst, NC 28374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 3.129 47 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marilee Murphy**
**104 Shenandoah Trl**
**Elgin, TX 78621**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$94.00

---

| 3.129 48 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marilyn Forrest**
**1241 Iverleigh Trl**
**Charlotte, NC 28270**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$223.00

---

| 3.129 49 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marilyn Greenwald**
**173 Indian Shadows Dr**
**Maryville, TN 37801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$207.00

---

| 3.129 50 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marilyn H**
**71 Graythorn Drive**
**Santa Fe, NM 87506**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| 3.129 51 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marilyn Holman**
**5884 Manichetti Ct**
**San Jose, CA 95123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$996.00

---

| 3.129 52 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marilyn Kane**
**13723 Atlantic Blvd Apt 268 Frnt Door**
**Jacksonville, FL 32225**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$58.00

---

| 3.129 53 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marilyn Machusick**
**45 Metric Dr**
**Tallmadge, OH 44278**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$78.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.129 54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $284.00 |
|---|---|---|---|

**Marilyn Upton**
**17430 N Tucker School Rd**
**Sturgeon, MO 65284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.00 |
|---|---|---|---|

**Marilyn Z**
**3454 Welch Ave**
**Kittredge, CO 80457**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $507.00 |
|---|---|---|---|

**Marilyn Zwiener**
**3454 Welch Ave**
**Kittredge, CO 80457**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $941.00 |
|---|---|---|---|

**Marin Halper**
**2619 N Roosevelt St**
**Arlington, VA 22207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22.00 |
|---|---|---|---|

**Marina Kovalenko**
**6113 Pumpernickel Ln**
**Monroe, NC 28110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 |
|---|---|---|---|

**Mario Amalfitano**
**24418 Main St Ste 406**
**Carson, CA 90745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $280.00 |
|---|---|---|---|

**Mario Ayala**
**1625 Sw 108th St**
**Gainesville, FL 32607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|--------|--------|--------|--------|
| | Name | | |

---

**3.129
61**

**Nonpriority creditor's name and mailing address**

**Mario B
1150 Andover Park E
Tukwila, WA 98188**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

**3.129
62**

**Nonpriority creditor's name and mailing address**

**Mario Burriesci
7 Emerson Ct
Hampton Bays, NY 11946**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$350.00**

---

**3.129
63**

**Nonpriority creditor's name and mailing address**

**Mario Harris
1155 Ripley St Apt 2112
Silver Spring, MD 20910**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,891.00**

---

**3.129
64**

**Nonpriority creditor's name and mailing address**

**Mario Lopez
3861 W 3rd Ct
Hialeah, FL 33012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

**3.129
65**

**Nonpriority creditor's name and mailing address**

**Mario M
293 S East End Ave
Pomona, CA 91766**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.129
66**

**Nonpriority creditor's name and mailing address**

**Mario Merlo
7335 Galveston Blvd
Norfolk, VA 23505**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,099.00**

---

**3.129
67**

**Nonpriority creditor's name and mailing address**

**Mario Portela
15 English Heather Pl
The Woodlands, TX 77382**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,573.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.129 68 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$174.00** |

**Mario Rodriguez**
**205 Lake Dr**
**Stanhope, NJ 07874**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.129 69 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,109.00** |

**Mario Rossbach**
**26511 Weiss Fels**
**New Braunfels, TX 78132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.129 70 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.01** |

**Mario S**
**1001 Brook Forest Ln**
**Euless, TX 76039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.129 71 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$315.00** |

**Mario S**
**2485 Shawn Dr.**
**San Pablo, CA 94806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.129 72 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**Mario S**
**7790 Tatum Waterway Dr Apt 2**
**Miami Beach, FL 33141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.129 73 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,307.00** |

**Mario Schuchartjr**
**2485 Shawn Dr.**
**San Pablo, CA 94806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.129 74 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$84.00** |

**Marion Smith**
**1104 Loch Lomond Ct**
**New Smyrna Beach, FL 32168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
Name

---

| 3.129 75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Marisa D**
**2536 Kemper Rd Apt 14**
**Shaker Heights, OH 44120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Marisa P**
**802 E 18th St. #A**
**Oakland, CA 94606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$32.00** |
|---|---|---|---|

**Marisa Palazzotto**
**1326 N J St**
**Lake Worth Beach, FL 33460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Marisa Perez**
**2358 Park Blvd #3**
**Oakland, CA 94606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$441.00** |
|---|---|---|---|

**Mariske Frank**
**8701 E Edward Ave**
**Scottsdale, AZ 85250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Mariske Frank**
**8701 E Edward Ave**
**Scottsdale, AZ 85250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Marisol N**
**6660 Douglas St**
**Hollywood, FL 33024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.129 82 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marissa G**
**3600 Byer Road**
**Byron, CA 94505**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$3.25

---

| 3.129 83 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marissa Gardner**
**3600 Byer Road**
**Byron, CA 94505**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$160.00

---

| 3.129 84 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marissa Krogh**
**1563 Quiet Pond Dr**
**Chattanooga, TN 37415**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$174.00

---

| 3.129 85 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marissa L**
**3786 Turnwood Dr**
**Richfield, WI 53076**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$1,736.00

---

| 3.129 86 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marissa Lindner**
**3786 Turnwood Dr**
**Richfield, WI 53076**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$10,392.00

---

| 3.129 87 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marissa N**
**844 W Saint Clair Ave Apt 214**
**Cleveland, OH 44113**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

| 3.129 88 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marissa Naples**
**844 W Saint Clair Ave Apt 214**
**Cleveland, OH 44113**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$128.00

---

Debtor   **Phoeno Wine Company, Inc.**
Name

Case number *(if known)*

---

| 3.129 89 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Marissa Webb**
**1057 Riverview St**
**Whitehall, PA 18052**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.129 90 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Marit H**
**26 Howard Pl**
**Sterling, VA 20164**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$116.00**

---

| 3.129 91 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Marit Hughes**
**26 Howard Pl**
**Sterling, VA 20164**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,313.00**

---

| 3.129 92 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Marita T 10775**
**228 N Clyde Ave**
**Palatine, IL 60067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| 3.129 93 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Marita T 6987**
**228 N Clyde Ave**
**Palatine, IL 60067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,614.08**

---

| 3.129 94 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Marjorie G**
**1342 Ne Sunset Way**
**Poulsbo, WA 98370**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.129 95 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Marjorie Gaines**
**1342 NE Sunset Way**
**Poulsbo, WA 98370**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$179.00**

---

Debtor   **Phoeno Wine Company, Inc.**
         Name

Case number *(if known)* _____

---

**3.129 96**

**Nonpriority creditor's name and mailing address**

**Marjorie S**
**5820 E Seneca Tpke**
**Address 2**
**Jamesville, NY 13078**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.129 97**

**Nonpriority creditor's name and mailing address**

**Marjorie Spoto**
**5820 E Seneca Tpke**
**Address 2**
**Jamesville, NY 13078**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$503.00**

---

**3.129 98**

**Nonpriority creditor's name and mailing address**

**Mark**
**The Ups Store**
**1417 Sadler Rd**
**Fernandina Beach, FL 32034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.129 99**

**Nonpriority creditor's name and mailing address**

**Mark A**
**67 Larkstone Court**
**Danville, CA 94526**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.130 00**

**Nonpriority creditor's name and mailing address**

**Mark Anderson**
**2453 State Highway O**
**Seymour, MO 65746**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,486.00**

---

**3.130 01**

**Nonpriority creditor's name and mailing address**

**Mark Angil**
**4808 Galley Rd**
**Baltimore, MD 21236**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$586.00**

---

**3.130 02**

**Nonpriority creditor's name and mailing address**

**Mark Appelhans**
**570 Greenview Ln**
**Wheeling, IL 60090**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,736.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.130<br>03 | |

**Nonpriority creditor's name and mailing address**

**Mark Ashlock**
**128 Keystone Crossing Dr**
**O Fallon, MO 63368**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,799.00**

---

| | |
|---|---|
| 3.130<br>04 | |

**Nonpriority creditor's name and mailing address**

**Mark Aspenson**
**2035 William Palmer**
**Flagstaff, AZ 86005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$470.00**

---

| | |
|---|---|
| 3.130<br>05 | |

**Nonpriority creditor's name and mailing address**

**Mark Asperheim**
**540 San Juan Ave**
**Venice, CA 90291**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$10,092.00**

---

| | |
|---|---|
| 3.130<br>06 | |

**Nonpriority creditor's name and mailing address**

**Mark Ayers**
**5024 Carmel Club Dr**
**Charlotte, NC 28226**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$162.00**

---

| | |
|---|---|
| 3.130<br>07 | |

**Nonpriority creditor's name and mailing address**

**Mark B**
**112 Dormar Dr**
**North Syracuse, NY 13212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| | |
|---|---|
| 3.130<br>08 | |

**Nonpriority creditor's name and mailing address**

**Mark B**
**14028 Crawling Stone Dr**
**Lac Du Flambeau, WI 54538**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$123.00**

---

| | |
|---|---|
| 3.130<br>09 | |

**Nonpriority creditor's name and mailing address**

**Mark B**
**203 Pine Cone Ave**
**Spearfish, SD 57783**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

---

| 3.130 | | |
|---|---|---|
| 10 | | |

**Nonpriority creditor's name and mailing address**

**Mark B**
**348 Sheffield Rd**
**Severna Park, MD 21146**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

| 3.130 | | |
|---|---|---|
| 11 | | |

**Nonpriority creditor's name and mailing address**

**Mark B**
**3535 Cochise Lane**
**Las Vegas, NV 89169**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.130 | | |
|---|---|---|
| 12 | | |

**Nonpriority creditor's name and mailing address**

**Mark B**
**3795 Old Columbia Pike**
**Ellicott City**
**Ellicott City, MD 21041**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.130 | | |
|---|---|---|
| 13 | | |

**Nonpriority creditor's name and mailing address**

**Mark Barnell**
**112 Dormar Dr**
**North Syracuse, NY 13212**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$98.00**

---

| 3.130 | | |
|---|---|---|
| 14 | | |

**Nonpriority creditor's name and mailing address**

**Mark Belsanti**
**2287 N Fremont Blvd**
**Flagstaff, AZ 86001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

| 3.130 | | |
|---|---|---|
| 15 | | |

**Nonpriority creditor's name and mailing address**

**Mark Bennett**
**14028 Crawling Stone Drive**
**Lac Du Flambeau, WI 54538**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

| 3.130 | | |
|---|---|---|
| 16 | | |

**Nonpriority creditor's name and mailing address**

**Mark Berger**
**9320 Huntcliff Trace**
**Sandy Springs, GA 30350**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$311.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*    _____

---

| 3.130 |
|-------|
| 17    |

**Nonpriority creditor's name and mailing address**

**Mark Bergner**
**16311 170th Ave NE**
**Woodinville, WA 98072**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$918.00**

---

| 3.130 |
|-------|
| 18    |

**Nonpriority creditor's name and mailing address**

**Mark Bogdanos**
**1 Marineview Plaza**
**21e**
**Hoboken, NJ 07030**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$582.00**

---

| 3.130 |
|-------|
| 19    |

**Nonpriority creditor's name and mailing address**

**Mark Boullet**
**3630 Royal South Parkway**
**Ste 240**
**Union City, GA 30291**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

| 3.130 |
|-------|
| 20    |

**Nonpriority creditor's name and mailing address**

**Mark Bradley**
**1125 12th Ave Ste A**
**Seattle, WA 98122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$725.00**

---

| 3.130 |
|-------|
| 21    |

**Nonpriority creditor's name and mailing address**

**Mark Bradley**
**1125 12th Ave Ste A**
**Seattle, WA 98122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$6,478.28**

---

| 3.130 |
|-------|
| 22    |

**Nonpriority creditor's name and mailing address**

**Mark Breeden**
**1500 Manzanita Ln**
**Reno, NV 89509**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,062.00**

---

| 3.130 |
|-------|
| 23    |

**Nonpriority creditor's name and mailing address**

**Mark Brockley**
**203 Pine Cone Ave**
**Spearfish, SD 57783**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$502.00**

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)*
_____
Name

---

**3.130**
**24**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*        **$240.00**

**Mark Brogan**
**2814 65th Avenue Court NW**                           ☐ Contingent
**Gig Harbor, WA 98335**                                ☐ Unliquidated
                                                        ☐ Disputed

Date(s) debt was incurred _                             **Basis for the claim:** __Customer__

Last 4 digits of account number _                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.130**
**25**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*        **$654.00**

**Mark Brugnoli**
**348 Sheffield Rd**                                     ☐ Contingent
**Severna Park, MD 21146**                               ☐ Unliquidated
                                                        ☐ Disputed

Date(s) debt was incurred _                             **Basis for the claim:** __Customer__

Last 4 digits of account number _                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.130**
**26**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*        **$200.00**

**Mark Bruss**
**2500 Walnut St**                                       ☐ Contingent
**Denver, CO 80205**                                     ☐ Unliquidated
                                                        ☐ Disputed

Date(s) debt was incurred _                             **Basis for the claim:** __Customer__

Last 4 digits of account number _                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.130**
**27**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*        **$20.00**

**Mark C**
**7132 N Quartz Mountain Rd**                            ☐ Contingent
**Paradise Valley, AZ 85253**                            ☐ Unliquidated
                                                        ☐ Disputed

Date(s) debt was incurred _                             **Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.130**
**28**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*        **$845.00**

**Mark Caligiuri**
**2015 Calle Yucca**                                     ☐ Contingent
**Thousand Oaks, CA 91360**                              ☐ Unliquidated
                                                        ☐ Disputed

Date(s) debt was incurred _                             **Basis for the claim:** __Customer__

Last 4 digits of account number _                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.130**
**29**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*        **$313.00**

**Mark Carter**
**9366 U.S. 90 East**                                    ☐ Contingent
**Del Rio, TX 78840**                                    ☐ Unliquidated
                                                        ☐ Disputed

Date(s) debt was incurred _                             **Basis for the claim:** __Customer__

Last 4 digits of account number _                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.130**
**30**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*        **$427.00**

**Mark Champa**
**11852 Larsen St**                                      ☐ Contingent
**Overland Park, KS 66210**                              ☐ Unliquidated
                                                        ☐ Disputed

Date(s) debt was incurred _                             **Basis for the claim:** __Customer__

Last 4 digits of account number _                       Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F              **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor **Phoeno Wine Company, Inc.**                                Case number *(if known)* _____
        _____
        Name

| 3.130 31 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mark Clouse**
**924 Laurel Park Ln**
**Charlotte, NC 28270**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$742.00**

---

| 3.130 32 |
|---|

**Nonpriority creditor's name and mailing address**

**Mark Clouser**
**15920 Hickman Rd Ste 400**
**Pmb 285**
**Clive, IA 50325**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$226.00**

---

| 3.130 33 |
|---|

**Nonpriority creditor's name and mailing address**

**Mark Cockett**
**49 Oak Hill Ter**
**Haddam, CT 06438**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,174.00**

---

| 3.130 34 |
|---|

**Nonpriority creditor's name and mailing address**

**Mark Conklin**
**13214 Whisper Creek Drive**
**Charlotte, NC 28277**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$283.00**

---

| 3.130 35 |
|---|

**Nonpriority creditor's name and mailing address**

**Mark Conner**
**315 E William David Pkwy**
**Metairie, LA 70005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$114.00**

---

| 3.130 36 |
|---|

**Nonpriority creditor's name and mailing address**

**Mark D**
**1110 Lyndhurst Way**
**Roswell, GA 30075**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$52.00**

---

| 3.130 37 |
|---|

**Nonpriority creditor's name and mailing address**

**Mark D**
**1140 Vallecito Ct**
**#NAME?, CA 94549**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Phoeno Wine Company, Inc.**        Case number *(if known)* _____

Name

---

**3.130**
**38**

**Nonpriority creditor's name and mailing address**

**Mark D**
**309 Fawns Pass**
**Lebanon, Tn 37087**
**Lebanon, TN 37087**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.130**
**39**

**Nonpriority creditor's name and mailing address**

**Mark D**
**334 N Pitt St**
**Alexandria, VA 22314**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.130**
**40**

**Nonpriority creditor's name and mailing address**

**Mark D**
**5011 Elmwood Ave**
**Los Angeles, CA 90004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$2.14**

---

**3.130**
**41**

**Nonpriority creditor's name and mailing address**

**Mark D**
**7 Peach Tree Place**
**Upper Saddle River, NJ 07458**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.130**
**42**

**Nonpriority creditor's name and mailing address**

**Mark Danielsen**
**50265 Hawley Manor Rd**
**Dameron, MD 20628**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,159.00**

---

**3.130**
**43**

**Nonpriority creditor's name and mailing address**

**Mark Davis**
**1110 Lyndhurst Way**
**Roswell, GA 30075**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$854.00**

---

**3.130**
**44**

**Nonpriority creditor's name and mailing address**

**Mark Delicio**
**801 Clement St**
**San Francisco, CA 94118**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,616.00**

---

Official Form 206 E/F      Schedule E/F: Creditors Who Have Unsecured Claims     

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.130**
**45**

**Nonpriority creditor's name and mailing address**

**Mark Delvalle**
**55 Lydia Dr**
**Guttenberg, NJ 07093**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,121.00**

---

**3.130**
**46**

**Nonpriority creditor's name and mailing address**

**Mark Dickerson**
**7309 Windsor Street**
**Prairie Village, KS 66208**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,678.00**

---

**3.130**
**47**

**Nonpriority creditor's name and mailing address**

**Mark Epstein**
**272 Saint Charles Ave**
**San Francisco, CA 94132**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$226.00**

---

**3.130**
**48**

**Nonpriority creditor's name and mailing address**

**Mark Erickson**
**1222 Friars Head Pl**
**Billings, MT 59106**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$38.00**

---

**3.130**
**49**

**Nonpriority creditor's name and mailing address**

**Mark Erkenswick**
**1762 Manchester Rd**
**Wheaton, IL 60187**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$383.00**

---

**3.130**
**50**

**Nonpriority creditor's name and mailing address**

**Mark Erwich**
**501 Summer Street**
**Lynnfield, MA 01940**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,598.00**

---

**3.130**
**51**

**Nonpriority creditor's name and mailing address**

**Mark F**
**121 Lynnbrook Rd**
**Fairfield, CT 06825**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor    **Phoeno Wine Company, Inc.**

_____    Case number (if known) _____
Name

---

| 3.130 |
| 52 |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$969.00**

**Mark F**
**5198 Richmond Road**
**Bedford Heights, OH 44146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _                    **Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _                    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 |
| 53 |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$1,123.00**

**Mark Feuerer**
**3570 Grand Ave**
**Sierra Auction**
**Phoenix, AZ 85019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _                    **Basis for the claim:  Customer**

Last 4 digits of account number _                    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 |
| 54 |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$24.00**

**Mark Fields**
**7195 S.W. Ivy Lane #29**
**Portland, OR 97225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _                    **Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _                    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 |
| 55 |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$680.00**

**Mark Floum**
**15 Riverside Ave**
**Windsong/1st Floor**
**Westport, CT 06880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _                    **Basis for the claim:  Customer**

Last 4 digits of account number _                    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 |
| 56 |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$2,410.00**

**Mark Forster**
**5503 Hamlet Hill Ct**
**Fairfax, VA 22030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _                    **Basis for the claim:  Customer**

Last 4 digits of account number _                    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 |
| 57 |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$63.00**

**Mark Frutig**
**5198 Richmond Road**
**Bedford Heights, OH 44146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _                    **Basis for the claim:  Customer**

Last 4 digits of account number _                    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 |
| 58 |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$189.00**

**Mark Fusco**
**6226 Inverrary Dr**
**San Antonio, TX 78244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _                    **Basis for the claim:  Customer**

Last 4 digits of account number _                    Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____      Case number (if known) _____
Name

| | | |
|---|---|---|

**3.130
59**

**Nonpriority creditor's name and mailing address**

**Mark Fusco
6226 Inverrary Dr
San Antonio, TX 78244**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$357.00**

---

**3.130
60**

**Nonpriority creditor's name and mailing address**

**Mark G
21 Mystic Ave
Melrose, MA 02176**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.130
61**

**Nonpriority creditor's name and mailing address**

**Mark Galati
11875 Sw Bowmont Street
Portland, OR 97225**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$510.00**

---

**3.130
62**

**Nonpriority creditor's name and mailing address**

**Mark Galik
41 Sherman Dr
Malvern, PA 19355**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$168.00**

---

**3.130
63**

**Nonpriority creditor's name and mailing address**

**Mark Garrigusii
11172 Burning River St
Las Vegas, NV 89183**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$87.00**

---

**3.130
64**

**Nonpriority creditor's name and mailing address**

**Mark Gladue
2380 Camino Vida Roble Ste F
T-Shirt Factory
Carlsbad, CA 92011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$98.00**

---

**3.130
65**

**Nonpriority creditor's name and mailing address**

**Mark Goldstein
5261 Via Rincon
Newbury Park, CA 91320**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$304.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

| | | |
|---|---|---|
| 3.130<br>66 | **Nonpriority creditor's name and mailing address**<br>**Mark Goodman**<br>**68 Glenwood Lane**<br>**Roslyn Heights, NY 11577** | **$132.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.130<br>67 | **Nonpriority creditor's name and mailing address**<br>**Mark H**<br>**1305 Tracy Pl**<br>**Falls Church, VA 22046** | **$30.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.130<br>68 | **Nonpriority creditor's name and mailing address**<br>**Mark H**<br>**14 Prospect Road**<br>**Westport, CT 06880** | **$54.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.130<br>69 | **Nonpriority creditor's name and mailing address**<br>**Mark H**<br>**308 Headwaters Dr**<br>**Mckinney, TX 75071** | **$26.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.130<br>70 | **Nonpriority creditor's name and mailing address**<br>**Mark H**<br>**3819 Creekside Lane**<br>**La Crosse, WI 55636** | **$20.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.130<br>71 | **Nonpriority creditor's name and mailing address**<br>**Mark H**<br>**510 Ferncroft Court**<br>**Danville, CA 94526** | **$7.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.130<br>72 | **Nonpriority creditor's name and mailing address**<br>**Mark H**<br>**651 Dell St.**<br>**Solana Beach, CA 92075** | **$50.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.130 73**

**Nonpriority creditor's name and mailing address**

**Mark H**
**750 Atlantic Ave**
**Alameda, CA 94501**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.130 74**

**Nonpriority creditor's name and mailing address**

**Mark H**
**95 Front. Street**
**#5**
**Marblehead, MA 01945**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.130 75**

**Nonpriority creditor's name and mailing address**

**Mark H 13429588**
**2205 Westchester Dr.**
**San Jose, CA 95124**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

**3.130 76**

**Nonpriority creditor's name and mailing address**

**Mark H 13436199**
**302 Rosewood Court**
**Modesto, CA 95350**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$230.05**

---

**3.130 77**

**Nonpriority creditor's name and mailing address**

**Mark Hale**
**14 Prospect Road**
**Westport, CT 06880**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,032.00**

---

**3.130 78**

**Nonpriority creditor's name and mailing address**

**Mark Handy**
**650 Garden Wilde Pl**
**Roswell, GA 30075**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$21,763.00**

---

**3.130 79**

**Nonpriority creditor's name and mailing address**

**Mark Harda**
**3419 Foster Ln**
**Reading, PA 19605**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,319.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 3.130 80 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mark Haskins**
**510 E 80th St Apt 14b**
**New York, NY 10075**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$135.00**

---

| 3.130 81 |
|---|

**Nonpriority creditor's name and mailing address**

**Mark Headlee**
**15431 Centerburg Rd**
**Centerburg, OH 43011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$233.00**

---

| 3.130 82 |
|---|

**Nonpriority creditor's name and mailing address**

**Mark Hermann**
**428 Maple Lane**
**Danville, VA 24541**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$12,482.00**

---

| 3.130 83 |
|---|

**Nonpriority creditor's name and mailing address**

**Mark Hernandez**
**10075 Ca-128**
**Healdsburg, CA 95448**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$135.00**

---

| 3.130 84 |
|---|

**Nonpriority creditor's name and mailing address**

**Mark Hettish**
**308 Headwaters Dr**
**Mckinney, TX 75071**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,690.00**

---

| 3.130 85 |
|---|

**Nonpriority creditor's name and mailing address**

**Mark Higgins**
**809 Iowa St**
**Cedar Falls, IA 50613**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$46.00**

---

| 3.130 86 |
|---|

**Nonpriority creditor's name and mailing address**

**Mark Hofer**
**302 Rosewood Court**
**Modesto, CA 95350**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,688.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

---

| 3.130 87 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00** |

**Mark Hopkins**
**319 Cilley Road**
**Manchester, NH 03103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 88 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**Mark I**
**115 Eastern Pkwy Apt 6a**
**Brooklyn, NY 11238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 89 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$365.00** |

**Mark Iliffe**
**115 Eastern Pkwy Apt 6a**
**Brooklyn, NY 11238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 90 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |

**Mark J**
**2125 Euclid Ave**
**Palo Alto, CA 94303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 91 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$406.00** |

**Mark J**
**38 Dorothy Dr**
**North Haledon, NJ 07508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 92 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34.00** |

**Mark J**
**400 Linden Oaks Ste 120**
**Rochester, NY 14625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 93 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Mark Jacobs**
**9330 Lyndon B Johnson Fwy Ste 825**
**Dallas, TX 75243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor      **Phoeno Wine Company, Inc.**
                                                    Case number *(if known)*
_____
Name

| | | |
|---|---|---|
| 3.130 94 | **Nonpriority creditor's name and mailing address**<br>**Mark Jones**<br>**400 Linden Oaks Ste 120**<br>**Rochester, NY 14625**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,048.00** |

| | | |
|---|---|---|
| 3.130 95 | **Nonpriority creditor's name and mailing address**<br>**Mark Kaiser**<br>**7065 Alvie Ln**<br>**Bettendorf, IA 52722**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$564.00** |

| | | |
|---|---|---|
| 3.130 96 | **Nonpriority creditor's name and mailing address**<br>**Mark Kelsey**<br>**6900 Gray Rd**<br>**Indianapolis, IN 46237**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$179.00** |

| | | |
|---|---|---|
| 3.130 97 | **Nonpriority creditor's name and mailing address**<br>**Mark Kimmel**<br>**N7844 Sandy Beach Rd**<br>**Fond Du Lac, WI 54935**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$399.00** |

| | | |
|---|---|---|
| 3.130 98 | **Nonpriority creditor's name and mailing address**<br>**Mark Knaub**<br>**30 Hope Dr Bldg A**<br>**Hershey, PA 17033**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$63.00** |

| | | |
|---|---|---|
| 3.130 99 | **Nonpriority creditor's name and mailing address**<br>**Mark Kroloff**<br>**587 N Pine Cliff Dr**<br>**Flagstaff, AZ 86001**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$334.00** |

| | | |
|---|---|---|
| 3.131 00 | **Nonpriority creditor's name and mailing address**<br>**Mark Krueger**<br>**3412 N High Cross Rd**<br>**Urbana, IL 61802**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$195.00** |

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.131**
**01**

**Nonpriority creditor's name and mailing address**

**Mark Kruger**
**1410 Lawrence St**
**El Cerrito, CA 94530**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,724.00**

---

**3.131**
**02**

**Nonpriority creditor's name and mailing address**

**Mark L**
**31 Vita Ct**
**Bozeman, MT 59718**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.131**
**03**

**Nonpriority creditor's name and mailing address**

**Mark Lamb**
**250 E Capac Rd**
**Imlay City, MI 48444**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$204.00**

---

**3.131**
**04**

**Nonpriority creditor's name and mailing address**

**Mark Land**
**777 Charlton Rd**
**Charlton, NY 12019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$425.00**

---

**3.131**
**05**

**Nonpriority creditor's name and mailing address**

**Mark Lavin**
**3 Cumberland Pl**
**Asheville, NC 28801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

**3.131**
**06**

**Nonpriority creditor's name and mailing address**

**Mark Lawson**
**1704 Harrison Ave**
**Mundelein, IL 60060**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,791.00**

---

**3.131**
**07**

**Nonpriority creditor's name and mailing address**

**Mark Lee**
**5480 Airport Way S # 203**
**Seattle, WA 98108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$52.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.131 08**

**Nonpriority creditor's name and mailing address**

**Mark Lewington**
**15355 Little Stone Way**
**Milton, GA 30004**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.131 09**

**Nonpriority creditor's name and mailing address**

**Mark Lloyd**
**3780 Willow Creek Rd**
**Paso Robles, CA 93446**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,709.00**

---

**3.131 10**

**Nonpriority creditor's name and mailing address**

**Mark Lopes**
**61 Old South Rd**
**UPS Hold For Pickup**
**Nantucket, MA 02554**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.131 11**

**Nonpriority creditor's name and mailing address**

**Mark M**
**11 Coolidge Rd**
**Buffalo**
**Buffalo, NY 14220**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$202.00**

---

**3.131 12**

**Nonpriority creditor's name and mailing address**

**Mark M**
**140 Nova Drive**
**201 Spear St. 11th Floor**
**San Francisco, CA 94105**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$9.54**

---

**3.131 13**

**Nonpriority creditor's name and mailing address**

**Mark M**
**20042 Muirfield Village Ct**
**Ashburn, VA 20147**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

**3.131 14**

**Nonpriority creditor's name and mailing address**

**Mark M**
**2140 W 114th Ter**
**Leawood, KS 66211**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$48.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 3.131 15 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mark M**
**357 Chestnut Ave**
**Apt 12**
**Carlsbad, CA 92008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.131 16 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mark M**
**6146 Bordley Dr**
**Houston, TX 77057**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.131 17 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mark M**
**812 Osprey Ridge Rd**
**Winston Salem, NC 27106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$8.00**

---

| 3.131 18 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mark M**
**87 Beverly Rd**
**Montclair, NJ 07043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.131 19 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mark Macguinness**
**24430 North 46th Lane**
**Glendale, AZ 85310**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$628.00**

---

| 3.131 20 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mark Magnuson**
**1815 Industrial St Apt 4**
**Hudson, WI 54016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$80.00**

---

| 3.131 21 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mark Majeski**
**696 Schoolhouse Lane**
**Toms River, NJ 08753**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$767.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name                                                     Case number *(if known)*

---

| 3.131 22 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mark Maleski**
**597 Chromatic Chord Ct**
**Henderson, NV 89011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$119.00

---

| 3.131 23 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mark Manginelli**
**3546 S Ocean Blvd Apt 906**
**Palm Beach, FL 33480**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

| 3.131 24 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mark Manjuck**
**2 Meadowgrass Ln**
**Southampton, NY 11968**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$109.00

---

| 3.131 25 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mark Mares**
**10338 Jersey Avenue**
**Santa Fe Springs, CA 90670**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$22.00

---

| 3.131 26 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mark Marquiss**
**8979 Saint Lucia Dr**
**Naples, FL 34114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.131 27 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mark Mason**
**20975 Swenson Dr Ste 175**
**Waukesha, WI 53186**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$692.00

---

| 3.131 28 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mark Massop**
**20042 Muirfield Village Ct**
**Ashburn, VA 20147**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,108.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number _(if known)_ _____
Name

---

| 3.131 29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$1,521.00** |
|---|---|---|---|

**Mark Mccormick**
**1600 Grove Pl**
**Fullerton, CA 92831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$531.00** |
|---|---|---|---|

**Mark Mcdonald**
**3111 Ravines Rd**
**Middleburg, FL 32068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$740.00** |
|---|---|---|---|

**Mark Mcdowall**
**1016 Island Way**
**Saint Augustine, FL 32080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$374.00** |
|---|---|---|---|

**Mark Mckeehan**
**4805 Augusta Drive**
**Frisco, TX 75034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$753.00** |
|---|---|---|---|

**Mark Mcmullan**
**16702 Mount Cachuma Cir**
**Fountain Valley, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$412.00** |
|---|---|---|---|

**Mark Mcphee**
**2140 W 114th Ter**
**Leawood, KS 66211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$4,272.00** |
|---|---|---|---|

**Mark Meehan**
**87 Beverly Rd**
**Montclair, NJ 07043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
Name

| 3.131 36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$110.00** |

**Mark Mesrobian**
**500 Shire Way**
**Lexington, MA 02421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$210.00** |

**Mark Midani**
**11306 Green Vale**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,755.00** |

**Mark Milstein**
**535 W 110th St Apt 6c**
**New York, NY 10025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**Mark Moore**
**8310 Allison Pointe Blvd Ste 101**
**Indianapolis, IN 46250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,916.00** |

**Mark Moses**
**1011 E Cumberland Ave Unit 819**
**Tampa, FL 33602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,195.00** |

**Mark Murray**
**6196 Foxwood Ct**
**Newburgh, IN 47630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$362.00** |

**Mark Musallam**
**14224 N 52nd St**
**Scottsdale, AZ 85254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____  Case number (if known)  _____
          Name

| | |
|---|---|

**3.131
43**

**Nonpriority creditor's name and mailing address**

**Mark Ness**
**1919 N 3rd St**
**Coeur D Alene, ID 83814**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,725.00**

---

**3.131
44**

**Nonpriority creditor's name and mailing address**

**Mark Nicol**
**3909 Hulen St Ste 100**
**Fort Worth, TX 76107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.131
45**

**Nonpriority creditor's name and mailing address**

**Mark Novak**
**2309 Upton Ln**
**Flower Mound, TX 75028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$597.00**

---

**3.131
46**

**Nonpriority creditor's name and mailing address**

**Mark Oliverio**
**148 Tomlin Cir**
**Burr Ridge, IL 60521**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$806.00**

---

**3.131
47**

**Nonpriority creditor's name and mailing address**

**Mark P 13436457**
**31 Laurel Dr**
**Smithtown, NY 11787**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$70.00**

---

**3.131
48**

**Nonpriority creditor's name and mailing address**

**Mark P 4638**
**155 Gesford St**
**Napa, CA 94559**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$13.09**

---

**3.131
49**

**Nonpriority creditor's name and mailing address**

**Mark Parenti**
**18 Ivy Street**
**Shapleigh, ME 04076**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

Debtor **Phoeno Wine Company, Inc.**                              Case number *(if known)* _____
_____
Name

| 3.131 50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$744.00** |
|---|---|---|---|

**Mark Parker**
**3908 Sterling Ridge Ln**
**Durham, NC 27707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$859.00** |
|---|---|---|---|

**Mark Penny**
**Hempstead & Co., Llc Two Executive Campu**
**2370 State Route 70 West Suite 314**
**Cherry Hill, NJ 08002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$274.00** |
|---|---|---|---|

**Mark Petrie**
**300 N Forest Dr**
**Casper, WY 82609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,252.00** |
|---|---|---|---|

**Mark Phillips**
**620 Shady Glen Cir**
**Webster, NY 14580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$450.00** |
|---|---|---|---|

**Mark Pizzariello**
**1 Dancer Lane**
**Freehold, NJ 07728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$58.00** |
|---|---|---|---|

**Mark Porter**
**10573 Caminito Glenellen**
**San Diego, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$275.00** |
|---|---|---|---|

**Mark Potter**
**2619 Crestmont Pl W**
**Seattle, WA 98199**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                     Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
Name

| 3.131 57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $571.00 |
|---|---|---|---|

**Mark Pregmon**
**5207 S Atlantic Ave Apt 625**
**New Smyrna Beach, FL 32169**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |
|---|---|---|---|

**Mark Pullen**
**146 Paseo Del Rio**
**Moraga, CA 94556**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $193.00 |
|---|---|---|---|

**Mark R**
**1888 Marlton Pike E Ste E**
**Cherry Hill, NJ 08003**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24.00 |
|---|---|---|---|

**Mark R**
**300 Sterling Way Unit 6**
**Flora**
**Fraser, CO 80442**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Mark R**
**9133 W Cedar Dr**
**Unit F**
**Lakewood, CO 80226**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,475.00 |
|---|---|---|---|

**Mark Reynolds**
**300 Sterling Way Unit 6**
**Flora**
**Fraser, CO 80442**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,201.00 |
|---|---|---|---|

**Mark Rothlisberger**
**5205 N Country Club Dr**
**Flagstaff, AZ 86004**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____     Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.131<br>64 | **Nonpriority creditor's name and mailing address**<br>**Mark Rusnak**<br>**9 Abbey Ct**<br>**Clifton Park, NY 12065** | **$64.00** |

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.131<br>65 | **Nonpriority creditor's name and mailing address**<br>**Mark S**<br>**1300 Crystal Dr Apt 1301**<br>**Arlington, VA 22202** | **$9.00** |

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.131<br>66 | **Nonpriority creditor's name and mailing address**<br>**Mark S**<br>**1548 E Harvard Ave**<br>**Salt Lake Cty, UT 84105** | **$197.92** |

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.131<br>67 | **Nonpriority creditor's name and mailing address**<br>**Mark S**<br>**2012 Mapleton Ave**<br>**Boulder, CO 80304** | **$7.00** |

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.131<br>68 | **Nonpriority creditor's name and mailing address**<br>**Mark S**<br>**224 22nd St**<br>**Santa Monica, CA 90402** | **$50.00** |

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.131<br>69 | **Nonpriority creditor's name and mailing address**<br>**Mark S**<br>**452 E Pecan Tree Rd**<br>**Waxahachie, TX 75165** | **$4.00** |

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.131<br>70 | **Nonpriority creditor's name and mailing address**<br>**Mark S**<br>**5021 Alworth St**<br>**Boise, ID 83714** | **$10.00** |

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Phoeno Wine Company, Inc.** | Case number _(if known)_ | |
|---|---|---|---|
| | Name | | |

---

**3.131 71**

**Nonpriority creditor's name and mailing address**
**Mark S**
**548 Redmont**
**Rio Vista, CA 94571**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.131 72**

**Nonpriority creditor's name and mailing address**
**Mark S**
**5805 Lafayette Dr**
**Frisco, TX 75035**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$27.00**

---

**3.131 73**

**Nonpriority creditor's name and mailing address**
**Mark S**
**939 Union St Apt 14**
**Brooklyn, NY 11215**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.131 74**

**Nonpriority creditor's name and mailing address**
**Mark S**
**University Of Texas At Austin**
**200 E Dean Kenton Street Stop C0300**
**Austin, TX 78712**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$86.00**

---

**3.131 75**

**Nonpriority creditor's name and mailing address**
**Mark S 13409378**
**3023 Salisbury Drive**
**Holiday, FL 34691**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$47.00**

---

**3.131 76**

**Nonpriority creditor's name and mailing address**
**Mark Schlagenhauf**
**University Of Texas At Austin**
**200 E Dean Kenton Street Stop C0300**
**Austin, TX 78712**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$17,137.00**

---

**3.131 77**

**Nonpriority creditor's name and mailing address**
**Mark Schultz**
**460 Ansley Walk Terrace**
**Atlanta, GA 30309**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$578.00**

---

Debtor    **Phoeno Wine Company, Inc.**

_____    Case number *(if known)* _____
Name

| | | |
|---|---|---|
| 3.131<br>78 | **Nonpriority creditor's name and mailing address**<br>**Mark Sciuchetti**<br>**452 E Pecan Tree Rd**<br>**Waxahachie, TX 75165** | **$80.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.131<br>79 | **Nonpriority creditor's name and mailing address**<br>**Mark Seferian**<br>**2012 Mapleton Ave**<br>**Boulder, CO 80304** | **$106.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.131<br>80 | **Nonpriority creditor's name and mailing address**<br>**Mark Sinning**<br>**2203 NEuse Blvd**<br>**Coastal Vein & Vascular**<br>**New Bern, NC 28560** | **$145.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.131<br>81 | **Nonpriority creditor's name and mailing address**<br>**Mark Skinner**<br>**1300 Crystal Dr Apt 1301**<br>**Arlington, VA 22202** | **$318.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.131<br>82 | **Nonpriority creditor's name and mailing address**<br>**Mark Smerchek**<br>**9090 Mill Creek Rd**<br>**Lenexa, KS 66219** | **$32.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.131<br>83 | **Nonpriority creditor's name and mailing address**<br>**Mark Smith**<br>**5805 Lafayette Dr**<br>**Frisco, TX 75035** | **$837.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.131<br>84 | **Nonpriority creditor's name and mailing address**<br>**Mark Smyth**<br>**124 Bentley Dr**<br>**Mount Laurel, NJ 08054** | **$77.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known)    _____
Name

| 3.131 85 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mark Stebbins**
**3877 Stiles Pl**
**Stockton, CA 95204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

| 3.131 86 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mark Stoneburner**
**3763 Waterside Way**
**Louisville, TN 37777**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,362.00**

---

| 3.131 87 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mark Strickland**
**1303 Portside Dr**
**Wilmington, NC 28405**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$112.00**

---

| 3.131 88 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mark T**
**1604 Waters Edge Ln**
**Reston, VA 20190**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$370.00**

---

| 3.131 89 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mark T**
**3374 Moonstone Lane**
**Melbourne, FL 32940**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.131 90 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mark T**
**5804 Shipp Dr**
**Watauga, TX 76148**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.131 91 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mark Talbot**
**1604 Waters Edge Ln**
**Reston, VA 20190**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$113.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name    Case number *(if known)* _____

---

| 3.131<br>92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77.00** |

**Mark Towery**
**3504 Hamlin Rd**
**Lafayette, CA 94549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131<br>93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00** |

**Mark Trejo**
**1733 Rusty Rd NW**
**Albuquerque, NM 87114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131<br>94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$940.00** |

**Mark Tricano**
**3374 Moonstone Lane**
**Melbourne, FL 32940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131<br>95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,621.00** |

**Mark Trieger**
**5804 Shipp Dr**
**Watauga, TX 76148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131<br>96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Mark Truman**
**54 Central Ave**
**Wells, ME 04090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131<br>97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |

**Mark Tustin**
**718 Federal Street**
**Philadelphia, PA 19147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131<br>98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$925.00** |

**Mark Umatum**
**20 Drake St**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                              Case number *(if known)* _____
_____
Name

| | |
|---|---|
| **3.131 99** | |

**Nonpriority creditor's name and mailing address**

**Mark V**
**904 Silver Spur Rd # 497**
**Rolling Hills Estates, CA 90274**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

| | |
|---|---|
| **3.132 00** | |

**Nonpriority creditor's name and mailing address**

**Mark Vandover**
**3780 Ranch Hand Lane**
**O**
**Castle Rock, CO 80104**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,665.00**

---

| | |
|---|---|
| **3.132 01** | |

**Nonpriority creditor's name and mailing address**

**Mark Vickery**
**801 W. 65th St.**
**Kansas City, MO 64113**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,266.00**

---

| | |
|---|---|
| **3.132 02** | |

**Nonpriority creditor's name and mailing address**

**Mark Viscusi**
**901 S Holmes St**
**Scotia, NY 12302**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,899.00**

---

| | |
|---|---|
| **3.132 03** | |

**Nonpriority creditor's name and mailing address**

**Mark Voci**
**1004 Honors Court**
**Marvin, NC 28173**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,110.00**

---

| | |
|---|---|
| **3.132 04** | |

**Nonpriority creditor's name and mailing address**

**Mark Volpicelli**
**904 Silver Spur Rd # 497**
**Rolling Hills Estates, CA 90274**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,893.00**

---

| | |
|---|---|
| **3.132 05** | |

**Nonpriority creditor's name and mailing address**

**Mark W**
**3290 Dauphin St**
**Ste 505**
**Mobile, AL 36606**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

**3.132.06**

**Nonpriority creditor's name and mailing address**

**Mark W**
**C/O Ups Store 13492 N. Highway 183**
**Suite 120**
**Austin, TX 78750**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

**3.132.07**

**Nonpriority creditor's name and mailing address**

**Mark Wade**
**600 Montgomery St 31st Flr**
**P&C**
**San Francisco, CA 94111**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$41.00

---

**3.132.08**

**Nonpriority creditor's name and mailing address**

**Mark Watson**
**3025 E Manzanita Ridge Pl**
**Tucson, AZ 85718**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,020.00

---

**3.132.09**

**Nonpriority creditor's name and mailing address**

**Mark Wendelburg**
**8660 Lambright Rd**
**Houston, TX 77075**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$159.00

---

**3.132.10**

**Nonpriority creditor's name and mailing address**

**Mark Woody**
**2247 Vuelta Grande Ave**
**Long Beach, CA 90815**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$727.00

---

**3.132.11**

**Nonpriority creditor's name and mailing address**

**Mark Z**
**485 Crowell Rd**
**Hopkinton, NH 03229**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

**3.132.12**

**Nonpriority creditor's name and mailing address**

**Mark Zamperini**
**550 E Water St Unit 300**
**Charlottesville, VA 22902**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$124.00

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)*

---

| 3.132 13 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$196.00** |
| **Mark Zankel** | ☐ Contingent | |
| **485 Crowell Rd** | ☐ Unliquidated | |
| **Hopkinton, NH 03229** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.132 14 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$535.00** |
| **Mark Zunkiewicz** | ☐ Contingent | |
| **31 River Chase Way** | ☐ Unliquidated | |
| **Ormond Beach, FL 32174** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.132 15 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
| **Markchristopher L** | ☐ Contingent | |
| **5343 Wilshire Dr** | ☐ Unliquidated | |
| **San Diego, CA 92116** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.132 16 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$93.00** |
| **Markchristopher Lawrence** | ☐ Contingent | |
| **5343 Wilshire Dr** | ☐ Unliquidated | |
| **San Diego, CA 92116** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.132 17 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
| **Markhoman** | ☐ Contingent | |
| **43 Andrew Drive** | ☐ Unliquidated | |
| **Canton, CT 06019** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.132 18 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$63.00** |
| **Markn. R** | ☐ Contingent | |
| **1741 A Street, Se** | ☐ Unliquidated | |
| **Washington, DC 20003** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.132 19 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |
| **Markn. Rybchuk** | ☐ Contingent | |
| **1741 A Street, Se** | ☐ Unliquidated | |
| **Washington, DC 20003** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.132 20**

**Nonpriority creditor's name and mailing address**

**Marko Buric**
**635 Virginia Ave**
**Campbell, CA 95008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$390.00**

---

**3.132 21**

**Nonpriority creditor's name and mailing address**

**Markr Richards**
**2555 University Pkwy Unit 401**
**Sarasota, FL 34243**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$104.00**

---

**3.132 22**

**Nonpriority creditor's name and mailing address**

**Markus Feldenkirchen**
**668 Promenade Pointe Dr**
**St Augustine, FL 32095**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$870.00**

---

**3.132 23**

**Nonpriority creditor's name and mailing address**

**Markus M**
**1510 West Artesia Square**
**Unit I**
**Gardena, CA 90248**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.132 24**

**Nonpriority creditor's name and mailing address**

**Marla Doersch**
**8954 Redstone Dr**
**Pinckney, MI 48169**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

**3.132 25**

**Nonpriority creditor's name and mailing address**

**Marla Mathews**
**1500 Scenic Dr Apt 303**
**Austin, TX 78703**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$198.00**

---

**3.132 26**

**Nonpriority creditor's name and mailing address**

**Marlee Eve**
**9565 Yucca St**
**Apple Valley, CA 92308**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$96.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

---

| 3.132 27 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Marleen W**
**5445 S Chatsworth**
**Mesa, AZ 85212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$15.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 28 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Marleen Weflen**
**5445 S Chatsworth**
**Mesa, AZ 85212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$542.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 29 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Marlen Salinas**
**6302 Bright Bloom Ln**
**Spring, TX 77379**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$113.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 30 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Marlene G**
**5002 Gaviota Avenue**
**Encino, CA 91436**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$38.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 31 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Marlin E**
**6156 Bay Isles Dr**
**Boynton Beach, FL 33437**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$50.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 32 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Marlon Buno**
**3887 Placita Del Lazo**
**Las Vegas, NV 89120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$428.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 33 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Marlon Petersen**
**1450 Lincoln Rd Apt 808**
**Miami Beach, FL 33139**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$2,630.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.132 34 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |

**Marly Lesene**
**10346 Alpine Drive**
**Unit D**
**Cupertino, CA 95014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 35 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |

**Marni Sharoff**
**2108 Smith Ave**
**Baltimore, MD 21209**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 36 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29.00** |

**Marouan Grissa**
**322 Georgetown Rd**
**Weston, CT 06883**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 37 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$71.78** |

**Marsh G**
**505 Congress St Unit 301**
**Boston, MA 02210**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 38 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$923.00** |

**Marsha Berkbigler**
**2090 Allen St**
**Reno, NV 89509**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 39 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$170.00** |

**Marsha Ernandez**
**4501 Davis Rd**
**String:Edgemoor, SC 29712**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 40 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6.00** |

**Marsha F**
**6905 Fallen Timbers Drive**
**Dublin, OH 43017**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

---

| 3.132 41 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marsha Friedli**
**6905 Fallen Timbers Drive**
**Dublin, OH 43017**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,199.00**

---

| 3.132 42 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marsha Gillen**
**1426 Vicki Lane**
**Lebanon, OH 45036**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$252.00**

---

| 3.132 43 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marshall A**
**517 Southwest Dr**
**Warrensburg, MO 64093**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| 3.132 44 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marshall Abney**
**517 Southwest Dr**
**Warrensburg, MO 64093**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,950.00**

---

| 3.132 45 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marshall Gordon**
**2520 NE 48th Ct**
**Lighthouse Point, FL 33064**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$112.00**

---

| 3.132 46 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marshall Hendler**
**1600 Parker Avenue, 11f**
**11f**
**Fort Lee, NJ 07024**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$558.00**

---

| 3.132 47 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marshall Sum**
**3006 Penman**
**Tustin, CA 92782**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,043.00**

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  **Phoeno Wine Company, Inc.**                                    Case number (if known)  _____
_____
Name

| 3.132 48 | **Nonpriority creditor's name and mailing address**<br>**Marshall Wells**<br>**959 Boardwalk Ave NE**<br>**Keizer, OR 97303** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,474.00** |
|---|---|---|---|

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:   **Customer**

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.132 49 | **Nonpriority creditor's name and mailing address**<br>**Mart n G**<br>**180 Kaywin Rd**<br>**Paramus, NJ 07652** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25.00** |
|---|---|---|---|

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.132 50 | **Nonpriority creditor's name and mailing address**<br>**Marta Francis**<br>**4007 Carousel Way**<br>**Chesapeake Beach, MD 20732** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$17.00** |
|---|---|---|---|

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.132 51 | **Nonpriority creditor's name and mailing address**<br>**Marta S**<br>**18122 W Narramore Rd**<br>**Goodyear, AZ 85338** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$18.00** |
|---|---|---|---|

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.132 52 | **Nonpriority creditor's name and mailing address**<br>**Marta Simianer**<br>**18122 W Narramore Rd**<br>**Goodyear, AZ 85338** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$261.00** |
|---|---|---|---|

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.132 53 | **Nonpriority creditor's name and mailing address**<br>**Marta Z**<br>**902 Broadway Fl 10**<br>**New York, NY 10010** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$30.00** |
|---|---|---|---|

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.132 54 | **Nonpriority creditor's name and mailing address**<br>**Martha B**<br>**148 Kings Highway**<br>**Buffalo, NY 14226** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$20.00** |
|---|---|---|---|

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known)    _____
Name

| 3.132 55 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Martha Ballard**
**5020 Clark Rd # 410**
**Sarasota, FL 34233**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$816.00**

---

| 3.132 56 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Martha Contreras**
**15637 Labrador Street**
**North Hills, CA 91343**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$126.00**

---

| 3.132 57 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Martha Holguin**
**15701 Collins Ave Unit 2304**
**North Miami Beach, FL 33160**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$227.00**

---

| 3.132 58 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Martha O**
**4383 Bridgehaven Dr Se**
**Smyrna, GA 30050**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.132 59 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Martha Peterson**
**320 Point San Pedro Rd**
**San Rafael, CA 94901**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$103.00**

---

| 3.132 60 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Martial Thevenot**
**1111 Alabama**
**Saint Joseph, MO 64504**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,908.00**

---

| 3.132 61 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Martin A**
**708 Park Place**
**Springfield, NJ 07081**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

Debtor   **Phoeno Wine Company, Inc.**
         _____        Case number _(if known)_  _____
         Name

---

| 3.132 62 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Martin B**
**4322 Bella Vista Dr**
**Longmont, CO 80503**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$40.00

---

| 3.132 63 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Martin Brodbeck**
**26 Blair Rd**
**Armonk, NY 10504**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$32.00

---

| 3.132 64 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Martin C**
**375 Solano Bay Ct**
**Oceanside, CA 92057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

| 3.132 65 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Martin Charles**
**426 Marietta St NW Apt 509**
**Atlanta, GA 30313**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$120.00

---

| 3.132 66 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Martin Clemente**
**375 Solano Bay Ct**
**Oceanside, CA 92057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,147.00

---

| 3.132 67 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Martin Collick**
**16324 E. Keota Dr.**
**Fountain Hills, AZ 85268**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$348.00

---

| 3.132 68 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Martin Gawry**
**2584 Shaker Rd**
**Cleveland Heights, OH 44118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$7,283.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.132 69 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Martin Goyette**
**8 Blue Echo Rd**
**Red Hook, NY 12571**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

| 3.132 70 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Martin Gul**
**250 N College Park Dr Apt O22**
**Upland, CA 91786**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$152.00

---

| 3.132 71 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Martin Hammock**
**401 E Jackson St Ste 1800**
**C/O Vinik Family Office**
**Tampa, FL 33602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$187.00

---

| 3.132 72 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Martin Hinrichs**
**1827 W Loula Ct**
**Olathe, KS 66061**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$160.00

---

| 3.132 73 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Martin Jay**
**4602 W 122nd St**
**Apt 623**
**Overland Park, KS 66209**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$162.00

---

| 3.132 74 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Martin Johnson**
**855 Gilbert Rd**
**Zillah, WA 98953**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$144.00

---

| 3.132 75 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Martin Johnson**
**855 Gilbert Rd**
**Zillah, WA 98953**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$380.93

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| 3.132 76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.00 |
|---|---|---|---|

**Martin Joyce**
**16 Amberwood Dr**
**Winchester, MA 01890**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35.00 |
|---|---|---|---|

**Martin M**
**40 Mummasburg St**
**Gettysburg, PA 17325**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Martin M**
**5606 39th Ave W**
**Seattle, WA 98199**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $212.00 |
|---|---|---|---|

**Martin Makela**
**5606 39th Ave W**
**Seattle, WA 98199**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |
|---|---|---|---|

**Martin Mammensohn**
**905 Guava Isle**
**Fort Lauderdale, FL 33315**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $503.00 |
|---|---|---|---|

**Martin Martinez**
**16606 Winding Ivy Lane**
**Cypress, TX 77433**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |
|---|---|---|---|

**Martin P**
**949 1st St Se Apt 9**
**Washington, DC 20003**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*  _____

---

| 3.132<br>83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$487.00** |
|---|---|---|---|

**Martin Parker**
**2829 Danbury Rd**
**Ames, IA 50010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132<br>84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Martin Raumann**
**714 W Walnut St**
**Lodi, CA 95240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132<br>85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,640.00** |
|---|---|---|---|

**Martin Rowinski**
**10755 Hobbiton Ave**
**Las Vegas, NV 89135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132<br>86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Martin S**
**316 W 81st St Apt 4**
**New York, NY 10024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132<br>87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29.00** |
|---|---|---|---|

**Martin Schindhelm**
**4004 Alabama St**
**San Diego, CA 92104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132<br>88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$633.00** |
|---|---|---|---|

**Martin Stern**
**9 Walden Rd**
**Milford, NJ 08848**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132<br>89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Martin T**
**467 Locust Point Rd**
**Rumson, NJ 07760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____     Case number *(if known)* _____

Name

| 3.132 90 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |
| **Martin Turchin** | ☐ Contingent | |
| **4a Stewart Avenue** | ☐ Unliquidated | |
| **Annapolis, MD 21401** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.132 91 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7.00** |
| **Martin W** | ☐ Contingent | |
| **1709 Las Gallinas Ave** | ☐ Unliquidated | |
| **San Rafael, CA 94903** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.132 92 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$85.00** |
| **Martin Watson** | ☐ Contingent | |
| **31 De Silva Island Dr** | ☐ Unliquidated | |
| **Mill Valley, CA 94941** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.132 93 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$45.00** |
| **Martin West** | ☐ Contingent | |
| **455 Franklin Street** | ☐ Unliquidated | |
| **San Francisco, CA 94118** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.132 94 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$903.00** |
| **Martin Winchell** | ☐ Contingent | |
| **4007 Road 43** | ☐ Unliquidated | |
| **Torrington, WY 82240** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.132 95 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |
| **Martine M** | ☐ Contingent | |
| **39 Quail Run** | ☐ Unliquidated | |
| **Massapequa, NY 11758** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.132 96 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$23.00** |
| **Martine St John** | ☐ Contingent | |
| **31808 Cr 42** | ☐ Unliquidated | |
| **Deland, FL 32720** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **Phoeno Wine Company, Inc.**
_____     Case number _(if known)_  _____
Name

---

**3.132**
**97**

**Nonpriority creditor's name and mailing address**

**Martinmckittrick**
**941 Sedgefield Park Ln**
**Cary, NC 27519**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$410.00**

---

**3.132**
**98**

**Nonpriority creditor's name and mailing address**

**Marty B**
**302 W 87th St**
**Apt 43**
**New York, NY 10024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.132**
**99**

**Nonpriority creditor's name and mailing address**

**Marty Callahan**
**6236 Westwick Pl**
**Lewis Center, OH 43035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

**3.133**
**00**

**Nonpriority creditor's name and mailing address**

**Marty Hamalainen**
**148 Mountain St**
**Camden, ME 04843**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$102.00**

---

**3.133**
**01**

**Nonpriority creditor's name and mailing address**

**Marty Isaac**
**50 Skating Pond Road**
**Trumbull, CT 06611**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$518.00**

---

**3.133**
**02**

**Nonpriority creditor's name and mailing address**

**Marty Jaffe**
**853 Oak Ln**
**Sonoma, CA 95476**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$498.00**

---

**3.133**
**03**

**Nonpriority creditor's name and mailing address**

**Marty Kustra**
**298 Main Street**
**Buffalo, NY 14202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,270.00**

---

Debtor **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

---

| 3.133 04 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marty Satalino Jr**
**1716 Stone Avenue**
**Unit E**
**San Jose, CA 95125**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$365.40**

---

| 3.133 05 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marty Trabish**
**9840 Sw 69th Ave**
**Pinecrest, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$56.00**

---

| 3.133 06 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marty Williams**
**200 High St**
**Valdosta, GA 31602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$705.00**

---

| 3.133 07 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marty Williams**
**200 High St**
**Valdosta, GA 31602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$280.00**

---

| 3.133 08 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Martyn Harsley**
**10928 Wrenwood Mnr**
**Houston, TX 77043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$174.00**

---

| 3.133 09 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marvin Coleman**
**674 N Water St**
**Henderson, NV 89015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$244.00**

---

| 3.133 10 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marvin Dejear**
**715 Rio Springs**
**San Antonio, TX 78258**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$453.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.133 11 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Marvin Sauers**
**14350 Bristol Bay Pl Apt 206**
**Fort Myers, FL 33912**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,649.00**

---

| 3.133 12 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Marvin Southard**
**6220  Playa Vista Place**
**Po Box 2593**
**Avila Beach, CA 93424**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$837.00**

---

| 3.133 13 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mary A**
**11742 Shenandoah**
**South Lyon, MI 48178**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$26.00**

---

| 3.133 14 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mary Anderson**
**1714 Hempstead Place**
**Redwood City, CA 94061**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$187.25**

---

| 3.133 15 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mary Beckner**
**1908 N Marion Dr**
**Flagstaff, AZ 86001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$53.00**

---

| 3.133 16 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mary Brady**
**304 Sw 171st St**
**Oklahoma City, OK 73170**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,655.00**

---

| 3.133 17 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mary C**
**2211 Bragg St**
**Brooklyn, NY 11229**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_ _____
Name

---

| 3.133 18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $3.00 |

**Mary C**
**2455 West 32nd Ave**
**14**
**Denver, CO 80211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $73.00 |

**Mary C**
**4810 Pyramid Mountain Rd**
**Cascade, CO 80809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $163.00 |

**Mary Cameron**
**2455 West 32nd Ave**
**14**
**Denver, CO 80211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $5,726.00 |

**Mary Clayton**
**1 Danfield Rd**
**Saint Louis, MO 63124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $173.00 |

**Mary Clegg**
**1486 Countryview Ln**
**Vista, CA 92081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $2.00 |

**Mary Coleman**
**401 Anita Dr**
**Haysville, KS 67060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $2,018.00 |

**Mary Coussons-Read**
**4810 Pyramid Mountain Rd**
**Cascade, CO 80809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

**3.133 25**

**Nonpriority creditor's name and mailing address**

**Mary D**
**127 Tannery Rd**
**Walland, TN 37886**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$132.00**

---

**3.133 26**

**Nonpriority creditor's name and mailing address**

**Mary D**
**480 Town Plaza Ave Ste 150**
**Ponte Vedra, FL 32081**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.133 27**

**Nonpriority creditor's name and mailing address**

**Mary Daley**
**480 Town Plaza Ave Ste 150**
**Ponte Vedra, FL 32081**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$86.00**

---

**3.133 28**

**Nonpriority creditor's name and mailing address**

**Mary Dearborn**
**18613 Wildwood Dr**
**Twain Harte, CA 95383**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$123.00**

---

**3.133 29**

**Nonpriority creditor's name and mailing address**

**Mary Drisdell**
**127 Tannery Rd**
**Walland, TN 37886**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$32.00**

---

**3.133 30**

**Nonpriority creditor's name and mailing address**

**Mary Eggers**
**2005 S Finley Rd Unit 1203**
**Lombard, IL 60148**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$329.00**

---

**3.133 31**

**Nonpriority creditor's name and mailing address**

**Mary F**
**234 Water Walk**
**Hardeeville, SC 29927**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor  **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_  _____
Name

---

| 3.133<br>32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$122.00** |

**Mary Ford**
**234 Water Walk**
**Hardeeville, SC 29927**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133<br>33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$30.00** |

**Mary G**
**2435 Potter St**
**Oakland, CA 94601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133<br>34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$63.67** |

**Mary G 13435797**
**3322 N. 50th Place**
**Phoenix, AZ 85018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133<br>35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$40.00** |

**Mary Jo Heindel**
**6835 Trinidad Drive**
**San Jose, CA 95120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133<br>36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$20.00** |

**Mary K**
**152 E Winding Way**
**Wallace, NC 28466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133<br>37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$581.00** |

**Mary Kuntzelman**
**901 Washington Ave Unit 407**
**Saint Louis, MO 63101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133<br>38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$423.00** |

**Mary Kusnierz**
**152 E Winding Way**
**Wallace, NC 28466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*    _____

| 3.133 39 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mary Lawrence**
**36 Lewis Mountain Ln**
**Durango, CO 81301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.133 40 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mary Lehr**
**14145 Ozark Dr**
**Garfield, AR 72732**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$698.00**

---

| 3.133 41 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mary Levis**
**33331 Lone Cedar Lndg**
**Millville, DE 19967**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$52.00**

---

| 3.133 42 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mary Lynott**
**16 Berkshire Ct**
**Streamwood, IL 60107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,432.00**

---

| 3.133 43 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mary M**
**1114 Sw Santa Fe Dr.**
**Lees Summit, MO 64081**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| 3.133 44 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mary M**
**2030 Fitzwater St**
**Philadelphia, PA 19146**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.133 45 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mary Mahoney**
**60 Volunteer Dr**
**Cruisin Sports**
**Hendersonville, TN 37075**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$601.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| **3.133 46** | |

**Nonpriority creditor's name and mailing address**
**Mary Mcculley**
**340 Lantana Ave**
**Sarasota, FL 34243**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| | |
|---|---|
| **3.133 47** | |

**Nonpriority creditor's name and mailing address**
**Mary Mcfarren**
**6491 N Oxford St**
**Indianapolis, IN 46220**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$32.00**

---

| | |
|---|---|
| **3.133 48** | |

**Nonpriority creditor's name and mailing address**
**Mary Mcguire**
**50 Vantage Point Dr.**
**Suite 7a**
**Rochester, NY 14624**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$361.00**

---

| | |
|---|---|
| **3.133 49** | |

**Nonpriority creditor's name and mailing address**
**Mary Meyers**
**3 Buckhorn Court**
**% Jen Shoemaker**
**San Rafael, CA 94903**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,686.78**

---

| | |
|---|---|
| **3.133 50** | |

**Nonpriority creditor's name and mailing address**
**Mary Mohrman**
**4 Winter Way**
**Southampton, NY 11968**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$545.00**

---

| | |
|---|---|
| **3.133 51** | |

**Nonpriority creditor's name and mailing address**
**Mary Muller**
**244 E Jeffrey Pine Rd**
**Reno, NV 89511**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

| | |
|---|---|
| **3.133 52** | |

**Nonpriority creditor's name and mailing address**
**Mary Murphy**
**1114 Sw Santa Fe Dr.**
**Lees Summit, MO 64081**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$204.00**

---

Debtor    **Phoeno Wine Company, Inc.**          Case number (if known) _____
_____
Name

---

| 3.133 53 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mary P 13435655**
**7737 Rhodes Ave**
**North Hollywood, CA 91605**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.133 54 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mary Pat Henke**
**2514 W. Spruce Drive**
**Round Lake, IL 60073**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$23.00**

---

| 3.133 55 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mary Pruitt**
**15510 Oakshire Ct**
**Cleveland, OH 44130**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,053.00**

---

| 3.133 56 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mary R**
**1335 Racine St**
**Aurora, CO 80011**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$32.00**

---

| 3.133 57 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mary R**
**279 E Lake Blvd**
**Mahopac, NY 10541**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.133 58 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mary R**
**6908 Britton Ave**
**Cincinnati, OH 45227**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

| 3.133 59 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mary Redfern**
**221 Cornwall Dr**
**Pittsburgh, PA 15238**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$281.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

---

| 3.133 60 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mary Riemersma**
**5859 Apollo Way**
**Lakeside, AZ 85929**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$928.00**

---

| 3.133 61 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mary Roddam**
**1335 Racine St**
**Aurora, CO 80011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.133 62 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mary Rossillo**
**545 1st Ave Apt 8q**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$140.00**

---

| 3.133 63 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mary Silver**
**310 West Rose Finch Circle**
**Littleton, CO 80129**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$32.00**

---

| 3.133 64 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mary Suter**
**101 Sandwedge Dr**
**Mountain Top, PA 18707**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$108.00**

---

| 3.133 65 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mary W**
**11202 E Sunflower Ct**
**Florence, AZ 85132**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$66.00**

---

| 3.133 66 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mary Warren**
**4130 Garrett Rd Apt 1311**
**Durham, NC 27707**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$685.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.133 67 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mary Weber**
**11202 E Sunflower Ct**
**Florence, AZ 85132**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,647.00**

---

| 3.133 68 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mary Winchester**
**16208 Southland Ave**
**Cleveland, OH 44111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$112.00**

---

| 3.133 69 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Maryalice Jackson**
**7349 Edgeworth Rd**
**Mechanicsville, VA 23111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

| 3.133 70 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Maryann Hilton**
**100 South Warbler Lane**
**Sarasota, FL 35236**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$140.00**

---

| 3.133 71 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Maryann P**
**7660 Kemberton Dr E**
**Nolensville, TN 37135**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.133 72 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Maryanne**
**8708 Sw 17th St**
**Davie, FL 33026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$730.00**

---

| 3.133 73 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Maryanne Graves**
**553 N Pch**
**Suite B179**
**Redondo Beach, CA 90277**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$217.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.133 74**

**Nonpriority creditor's name and mailing address**
**Maryanne Werhane**
**6438 San Isabel Ave**
**Loveland, CO 80538**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$603.00**

---

**3.133 75**

**Nonpriority creditor's name and mailing address**
**Marybeth Casey**
**9 Highland Pk Pl**
**Rye, NY 10580**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$318.00**

---

**3.133 76**

**Nonpriority creditor's name and mailing address**
**Marybeth K**
**3877 Gradyville Road**
**Newtown Square, PA 19073**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$9.00**

---

**3.133 77**

**Nonpriority creditor's name and mailing address**
**Marybeth Kingston**
**3877 Gradyville Road**
**Newtown Square, PA 19073**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$860.00**

---

**3.133 78**

**Nonpriority creditor's name and mailing address**
**Marybeth Olree**
**117 Ironwood Court**
**Denver, PA 17517**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,211.00**

---

**3.133 79**

**Nonpriority creditor's name and mailing address**
**Marybeth Parrilla**
**204 W Hyde Park Pl Apt 405**
**Tampa, FL 33606**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.133 80**

**Nonpriority creditor's name and mailing address**
**Marybeth W**
**2739 Linaria Dr**
**Chester Springs, PA 19425**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$18.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*    _____

---

| 3.133 81 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marybeth Walsh**
**2739 Linaria Dr**
**Chester Springs, PA 19425**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$537.00**

---

| 3.133 82 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Maryelizabeth Vanetten**
**2157 Cedar Rd**
**Homewood, IL 60430**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$403.00**

---

| 3.133 83 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Maryellen Angely**
**2320 Douglass Lane**
**Hatboro, PA 19040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$187.00**

---

| 3.133 84 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Maryellen B**
**16117 126th Place Se**
**Renton, WA 98058**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.133 85 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Maryellen Wohlrab**
**704 Admirals Walk**
**Buffalo, NY 14202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$808.00**

---

| 3.133 86 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Maryhaley Clement**
**2488 Fort Worth Ave Apt 11313**
**Dallas, TX 75211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$328.00**

---

| 3.133 87 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Maryjo Leventhal**
**920 Forest Edge Ave**
**Springfield, OH 45503**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$336.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.133 88**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108.00 |
|---|---|---|
| **Marylinn Thomlison** <br> **3459 Adare Circle** <br> **Westfield, IN 46062** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Customer** <br><br> Is the claim subject to offset? ☑ No ☐ Yes | |

**3.133 89**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $192.00 |
|---|---|---|
| **Marylou Kaukeano** <br> **665 Via Lido Soud** <br> **Newport Beach, CA 92663** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Customer** <br><br> Is the claim subject to offset? ☑ No ☐ Yes | |

**3.133 90**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.00 |
|---|---|---|
| **Marylynn Chillemi** <br> **3086 Bagley Passage** <br> **Duluth, GA 30097** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Customer** <br><br> Is the claim subject to offset? ☑ No ☐ Yes | |

**3.133 91**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|
| **Marypat C** <br> **125 Aspen Drive** <br> **Anaconda, MT 59711** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Customers - Deferred Credit** <br><br> Is the claim subject to offset? ☑ No ☐ Yes | |

**3.133 92**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299.00 |
|---|---|---|
| **Marypat Carney** <br> **7737 Rhodes Ave** <br> **North Hollywood, CA 91605** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Customer** <br><br> Is the claim subject to offset? ☑ No ☐ Yes | |

**3.133 93**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $91.00 |
|---|---|---|
| **Marypat Clark** <br> **125 Aspen Drive** <br> **Anaconda, MT 59711** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Customer** <br><br> Is the claim subject to offset? ☑ No ☐ Yes | |

**3.133 94**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $192.00 |
|---|---|---|
| **Marypauline Trainor** <br> **2343 N College Avenue** <br> **Indianapolis, IN 46205** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Customer** <br><br> Is the claim subject to offset? ☑ No ☐ Yes | |

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*    _____

---

**3.133 95**

**Nonpriority creditor's name and mailing address**

**Maryshaw**
**1089 E Kentucky St**
**Louisville, KY 40204**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$152.01**

---

**3.133 96**

**Nonpriority creditor's name and mailing address**

**Marytess T**
**40 Monroe St**
**Meriden, CT 06451**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$23.00**

---

**3.133 97**

**Nonpriority creditor's name and mailing address**

**Masahito Yoshida**
**309 E 105th St Apt 5n**
**New York, NY 10029**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.133 98**

**Nonpriority creditor's name and mailing address**

**Masamistu F**
**250 W 40th Ave**
**San Mateo, CA 94403**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

**3.133 99**

**Nonpriority creditor's name and mailing address**

**Masamistu Furuta**
**250 W 40th Ave**
**San Mateo, CA 94403**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,145.00**

---

**3.134 00**

**Nonpriority creditor's name and mailing address**

**Masataka Y**
**5340 Legacy Dr**
**Suite135**
**Plano, TX 75024**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.134 01**

**Nonpriority creditor's name and mailing address**

**Mason Chenier**
**1386 Millstone Ln**
**Woodland Park, CO 80863**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$756.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____

Name

| 3.134 02 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |

**Mason J**
**1909 Alemany Blvd**
**San Francisco, CA 94112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 03 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |

**Mason M**
**1437 150th Ave Se**
**Bellevue, WA 98007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 04 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $180.00 |

**Mason Mckellips**
**660 Manzanita Ct Ste 6**
**Chico, CA 95926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 05 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |

**Mason Paxton**
**114 Adam Cir**
**Ruston, LA 71270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 06 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56.00 |

**Mason Warren**
**2711 Moyers Rd**
**Richmond, CA 94806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 07 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $235.00 |

**Massarra Fargo**
**535 Mission Street Suite 700**
**Suite 300**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 08 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $181.00 |

**Mastered Technics**
**1212 Lincoln Ave**
**Pomona, CA 91767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **Phoeno Wine Company, Inc.**
_____     Case number _(if known)_ _____
         Name

| | |
|---|---|

**3.134
09**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: _Check all that apply._      **$3.00**

**Mateo P**
**152 Pinehurst Drive**          ☐ Contingent
**Cranberry Township, PA 16066**     ☐ Unliquidated
                          ☐ Disputed
Date(s) debt was incurred _
                          Basis for the claim:  **Customers - Deferred Credit**
Last 4 digits of account number _
                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.134
10**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: _Check all that apply._      **$61.00**

**Mateo Plautz**
**152 Pinehurst Drive**          ☐ Contingent
**Cranberry Township, PA 16066**     ☐ Unliquidated
                          ☐ Disputed
Date(s) debt was incurred _
                          Basis for the claim:  **Customer**
Last 4 digits of account number _
                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.134
11**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: _Check all that apply._      **$28.00**

**Mateo Romano**
**1035 Avenue A**             ☐ Contingent
**Redondo Beach, CA 90277**       ☐ Unliquidated
                          ☐ Disputed
Date(s) debt was incurred _
                          Basis for the claim:  **Customer**
Last 4 digits of account number _
                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.134
12**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: _Check all that apply._      **$50.00**

**Matheus B**
**70 Sussex St Apt 2**          ☐ Contingent
**Jersey City, NJ 07302**         ☐ Unliquidated
                          ☐ Disputed
Date(s) debt was incurred _
                          Basis for the claim:  **Customers - Deferred Credit**
Last 4 digits of account number _
                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.134
13**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: _Check all that apply._      **$56.00**

**Matheus Brum**
**70 Sussex St Apt 2**          ☐ Contingent
**Jersey City, NJ 07302**         ☐ Unliquidated
                          ☐ Disputed
Date(s) debt was incurred _
                          Basis for the claim:  **Customer**
Last 4 digits of account number _
                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.134
14**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: _Check all that apply._      **$68.20**

**Matheus M**
**9444 Waples St**            ☐ Contingent
**Ste 165**                ☐ Unliquidated
**San Diego, CA 92121**         ☐ Disputed
Date(s) debt was incurred _
                          Basis for the claim:  **Customers - Deferred Credit**
Last 4 digits of account number _
                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.134
15**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: _Check all that apply._      **$1,059.46**

**Mathew J**
**2611 Marty Way**           ☐ Contingent
**Sacramento, CA 95818**        ☐ Unliquidated
                          ☐ Disputed
Date(s) debt was incurred _
                          Basis for the claim:  **Customers - Deferred Credit**
Last 4 digits of account number _
                          Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

_____    Case number _(if known)_    _____

Name

| 3.134 16 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mathew J**
**580 Howard Street**
**Floor 5**
**San Francisco, CA 94105**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$66.25**

---

| 3.134 17 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mathew Schuster**
**7912 Willow Glen Rd**
**Los Angeles, CA 90046**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$259.00**

---

| 3.134 18 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mathias K**
**16106 Lakewood Dr**
**Sale Creek, TN 37373**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$36.00**

---

| 3.134 19 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mathias Klein**
**16106 Lakewood Dr**
**Sale Creek, TN 37373**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

| 3.134 20 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mathis Carlson**
**13586 James Ln**
**Saint John, IN 46373**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$276.00**

---

| 3.134 21 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matias M**
**1600 Amphitheatre Parkway**
**Mountain View, CA 94043**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$45.00**

---

| 3.134 22 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matias M**
**4631 Ne 2nd Terrace**
**Oakland Park, FL 33334**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor   **Phoeno Wine Company, Inc.**                          Case number *(if known)* _____
_____
Name

---

| 3.134 23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**Matt A**
**6320 Brookside Plz**
**Ups Store #283**
**Kansas City, MO 64113**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,431.00** |

**Matt Abbink**
**5300 Democracy Dr Ste 200**
**Plano, TX 75024**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$499.00** |

**Matt Aberle**
**6320 Brookside Plz**
**UPS Store #283**
**Kansas City, MO 64113**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$203.00** |

**Matt Allen**
**102 W 35th St**
**Sand Springs, OK 74063**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$254.00** |

**Matt Allen**
**102 W 35th St**
**Sand Springs, OK 74063**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,287.00** |

**Matt Anderson**
**637 Ruby Trust Way**
**Castle Rock, CO 80108**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$481.00** |

**Matt B**
**5707 Se 32nd St**
**Des Moines, IA 50320**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.134 30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$26.00** |

**Matt B**
**1806 Doris Ave**
**N/A**
**Los Osos, CA 93402**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$65.38** |

**Matt B**
**1925 Filbert Street**
**San Francisco, CA 94123**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19.00** |

**Matt B**
**2100 Mount Olympus Dr**
**Los Angeles, CA 90046**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2.00** |

**Matt B**
**221 Windsong Rd**
**Wilmington, NC 28411**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60.00** |

**Matt B**
**24 Gilbert St Unit 2**
**Watertown, MA 02472**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,460.00** |

**Matt Babb**
**1806 Doris Ave**
**N/A**
**Los Osos, CA 93402**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$220.00** |

**Matt Bork**
**221 Windsong Rd**
**Wilmington, NC 28411**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_    _____
Name

| 3.134 37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$1,478.00** |
|---|---|---|---|

**Matt Boucher**
**331 52nd St**
**Newport News, VA 23607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$49.00** |
|---|---|---|---|

**Matt Brady**
**1250 Main St**
**Suite 300**
**Napa, CA 94559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$36.00** |
|---|---|---|---|

**Matt C**
**22393 Spicewood Drive**
**Goshen, IN 46528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$44.00** |
|---|---|---|---|

**Matt Camara**
**647 Gillette Ave**
**Temple Terrace, FL 33617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$32.00** |
|---|---|---|---|

**Matt Clark**
**123 Main St**
**Boulder, CO 80302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$70.00** |
|---|---|---|---|

**Matt Clauss**
**22393 Spicewood Drive**
**Goshen, IN 46528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$229.00** |
|---|---|---|---|

**Matt Cochard**
**1802 Flagler  Ave**
**Atlanta, GA 30309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.134**
**44**

**Nonpriority creditor's name and mailing address**

**Matt D**
**296 Harmony Dr**
**Delaware, OH 43015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.134**
**45**

**Nonpriority creditor's name and mailing address**

**Matt D**
**408 S 2nd Ave**
**Superior, CO 80027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$14.00**

---

**3.134**
**46**

**Nonpriority creditor's name and mailing address**

**Matt D**
**7117 Heatherton Trl**
**Edina, MN 55435**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$11.00**

---

**3.134**
**47**

**Nonpriority creditor's name and mailing address**

**Matt Daniel**
**6800 Vallecito Drive**
**Austin, TX 78759**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.134**
**48**

**Nonpriority creditor's name and mailing address**

**Matt Danilchick**
**155 Green Valley Cir**
**Castle Pines, CO 80108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

**3.134**
**49**

**Nonpriority creditor's name and mailing address**

**Matt Deangelis**
**40 Gerry St**
**Greenwich, CT 06830**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$153.00**

---

**3.134**
**50**

**Nonpriority creditor's name and mailing address**

**Matt Delpup**
**2021 Moorhouse St**
**Ferndale, MI 48220**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$580.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_    _____
Name

| 3.134 51 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matt Douglas**
**2100 Park Ave Apt 212s**
**Miami Beach, FL 33139**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,040.00

---

| 3.134 52 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matt Edwards**
**2396 Willow Bend Ct**
**Saint Charles, IA 50240**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$538.00

---

| 3.134 53 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matt Eldridge**
**480 Rosecrans Ave Apt 3**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$949.00

---

| 3.134 54 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matt F**
**2030 8th Avenue**
**Unit 3302**
**Seattle, WA 98121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.134 55 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matt F**
**5044 Union Mine Dr**
**Antioch, CA 94531**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

| 3.134 56 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matt Fleischli**
**4050 Cartwright Ave**
**Studio City, CA 91604**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$914.00

---

| 3.134 57 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matt G**
**14744 Hornsby Hill Rd**
**Austin, TX 78734**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

Debtor    **Phoeno Wine Company, Inc.**
　　　　　Name
　　　　　　　　　　　　　　　　　　　　　　　　Case number (if known)　　　　　　　

---

| 3.134 58 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matt G**
**1935 Richmond Hwy Unit 101**
**Alexandria, VA 22301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$44.00

---

| 3.134 59 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matt G 13435365**
**1407 5th Ave**
**Apt A**
**San Francisco, CA 94122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$16.67

---

| 3.134 60 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matt Gavalas**
**402 Pricketts Mill Rd**
**Pricketts Mill Road**
**Tabernacle, NJ 08088**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$228.00

---

| 3.134 61 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matt Gerald**
**1935 Richmond Hwy Unit 101**
**Alexandria, VA 22301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,144.00

---

| 3.134 62 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matt Gorham**
**124 30th Ave N**
**Nashville, TN 37203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$358.00

---

| 3.134 63 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matt Gregory**
**7265 Sandpiper St**
**Portage, MI 49024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.134 64 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matt Guenther**
**5909 Peachtree Dunwoody Rd Ste 500**
**Atlanta, GA 30328**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$120.00

---

Debtor   **Phoeno Wine Company, Inc.**

Name                                                    Case number *(if known)* _____

---

| 3.134 65 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matt Hensler**
**32671 Pointe Sutton Apt D**
**Dana Point, CA 92629**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$33.00

---

| 3.134 66 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matt Hogan**
**3302 N Lafayette St**
**Denver, CO 80205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$305.00

---

| 3.134 67 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matt Hughes**
**903 Eaglesridge Ct.**
**Wildwood, MO 63021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$510.00

---

| 3.134 68 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matt Hunt**
**6106 Feather Ln**
**Sanford, FL 32771**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$516.00

---

| 3.134 69 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matt Jacobs**
**1919 Carmelita Dr**
**San Carlos, CA 94070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$90.00

---

| 3.134 70 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matt K**
**3037 Wallace Circle**
**Atlanta, GA 30339**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$108.00

---

| 3.134 71 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matt K**
**78 Hermosa Ave**
**Oakland, CA 94618**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$40.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.134 72 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matt K**
**8042 North 6th Street**
**Phoenix, AZ 85020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.134 73 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matt Kakaley**
**1118 Woodberry Dr**
**Mountain Top, PA 18707**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$105.00**

---

| 3.134 74 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matt Kresic**
**2841 Pleasant Valley Dr Sw**
**Warren, OH 44481**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.134 75 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matt L**
**1839 Mallard Lake Dr**
**Marietta, GA 30068**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.134 76 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matt Locke**
**2555 Dawn Ridge Dr**
**Carmel, IN 46074**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$554.00**

---

| 3.134 77 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matt M**
**2475 Nw High Lakes Loop**
**Bend, OR 97703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.134 78 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matt M**
**338 W Carmel Valley Rd**
**Carmel Valley, CA 93924**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
          Name

| 3.134 79 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matt M**
**4100 W Eldorado Pkwy**
**Suite 100-245**
**Mckinney, TX 75070**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$14.00

---

| 3.134 80 |
|---|

**Nonpriority creditor's name and mailing address**

**Matt M**
**70 Tripp Ct**
**Woodside, CA 94062**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$1.22

---

| 3.134 81 |
|---|

**Nonpriority creditor's name and mailing address**

**Matt Maggio**
**615 Cherry Street**
**Winnetka, IL 60093**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$764.00

---

| 3.134 82 |
|---|

**Nonpriority creditor's name and mailing address**

**Matt Mcclimon**
**7650 Rivers Edge Dr Ste 220**
**Kessler And Ballenger**
**Columbus, OH 43235**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$162.00

---

| 3.134 83 |
|---|

**Nonpriority creditor's name and mailing address**

**Matt Mega**
**15152 65th Ave S Apt 819**
**Tukwila, WA 98188**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$7,686.00

---

| 3.134 84 |
|---|

**Nonpriority creditor's name and mailing address**

**Matt Mog**
**381 Nothnick Ln**
**Franklinville, NJ 08322**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.134 85 |
|---|

**Nonpriority creditor's name and mailing address**

**Matt Murphy**
**70 Tripp Ct**
**Woodside, CA 94062**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$32.00

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | |
|---|---|
| 3.134 86 | |

**Nonpriority creditor's name and mailing address**

**Matt N**
**22 Pine Hill Ct**
**San Rafael, CA 94903**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| | |
|---|---|
| 3.134 87 | |

**Nonpriority creditor's name and mailing address**

**Matt N**
**2275 Sutter St Apt 9**
**San Francisco, CA 94115**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| | |
|---|---|
| 3.134 88 | |

**Nonpriority creditor's name and mailing address**

**Matt Nelson**
**455 N Sherman St Ste 520**
**Denver, CO 80203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$673.00**

---

| | |
|---|---|
| 3.134 89 | |

**Nonpriority creditor's name and mailing address**

**Matt Olson**
**2621 Mckinley Rd**
**Eau Claire, WI 54703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

| | |
|---|---|
| 3.134 90 | |

**Nonpriority creditor's name and mailing address**

**Matt Otto**
**7100 Hillside Ave**
**Apt 508**
**Los Angeles, CA 90046**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,027.00**

---

| | |
|---|---|
| 3.134 91 | |

**Nonpriority creditor's name and mailing address**

**Matt P**
**142 Ceasar Place**
**Hilton Head, SC 29926**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| | |
|---|---|
| 3.134 92 | |

**Nonpriority creditor's name and mailing address**

**Matt P**
**3 Bayview Ter**
**Mill Valley, CA 94941**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor   **Phoeno Wine Company, Inc.**
         _____       Case number (if known)  _____
         Name

| 3.134 93 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$120.00**

**Matt P**
**75 Lowell Rd**                     ☐ Contingent
**Westford, MA 01886**               ☐ Unliquidated
                                     ☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:  Customers - Deferred Credit**
Last 4 digits of account number _
                                     Is the claim subject to offset?  ■ No  ☐ Yes

| 3.134 94 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$53.00**

**Matt R**
**1430 Devonshire**                  ☐ Contingent
**Celina, TX 75009**                 ☐ Unliquidated
                                     ☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:  Customers - Deferred Credit**
Last 4 digits of account number _
                                     Is the claim subject to offset?  ■ No  ☐ Yes

| 3.134 95 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$34.00**

**Matt R**
**16367 Streamwood Ct**              ☐ Contingent
**San Diego, CA 92127**              ☐ Unliquidated
                                     ☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:  Customers - Deferred Credit**
Last 4 digits of account number _
                                     Is the claim subject to offset?  ■ No  ☐ Yes

| 3.134 96 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$10.00**

**Matt R**
**26555 Heron Ln**                   ☐ Contingent
**Shell Knob, MO 65747**             ☐ Unliquidated
                                     ☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:  Customers - Deferred Credit**
Last 4 digits of account number _
                                     Is the claim subject to offset?  ■ No  ☐ Yes

| 3.134 97 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$21.39**

**Matt R**
**416 Plata Ct**                     ☐ Contingent
**Danville, CA 94526**               ☐ Unliquidated
                                     ☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:  Customers - Deferred Credit**
Last 4 digits of account number _
                                     Is the claim subject to offset?  ■ No  ☐ Yes

| 3.134 98 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$3,601.00**

**Matt Ransom**
**2901 Mountain Ash Ct**             ☐ Contingent
**Raleigh, NC 27614**                ☐ Unliquidated
                                     ☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:  Customer**
Last 4 digits of account number _
                                     Is the claim subject to offset?  ■ No  ☐ Yes

| 3.134 99 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$3,473.00**

**Matt Raymer**
**4304 Selkirk Dr W**                ☐ Contingent
**Fort Worth, TX 76109**             ☐ Unliquidated
                                     ☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:  Customer**
Last 4 digits of account number _
                                     Is the claim subject to offset?  ■ No  ☐ Yes

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| 3.135 00 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $766.00 |
|---|---|---|---|

**Matt Renfro**
**2305 Lone Spur Cove**
**Round Rock, TX 78665**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 01 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $75.00 |
|---|---|---|---|

**Matt Robbins**
**16367 Streamwood Ct**
**San Diego, CA 92127**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 02 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $25.00 |
|---|---|---|---|

**Matt Rooney**
**2645 Reeve Rd**
**Mattituck, NY 11952**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 03 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $197.00 |
|---|---|---|---|

**Matt Rowland**
**1408 Spyglass Ln**
**Clarks Summit, PA 18411**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 04 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $465.00 |
|---|---|---|---|

**Matt Rozzi**
**3 Frederick Ct**
**Park Ridge, NJ 07656**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 05 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $50.00 |
|---|---|---|---|

**Matt S**
**1155 Willow Ln**
**Northbrook, IL 60062**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 06 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $75.00 |
|---|---|---|---|

**Matt S**
**3043 State Route 48**
**Oswego, NY 13126**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
Name

---

**3.135 07**

**Nonpriority creditor's name and mailing address**

**Matt S**
**6465 Greenwood Plaza Blvd Ste 650**
**Messner Reeves Llp**
**Greenwood Village, CO 80111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$74.00

---

**3.135 08**

**Nonpriority creditor's name and mailing address**

**Matt Sabo**
**2115 N Mozart St Apt 3**
**Chicago, IL 60647**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$99.00

---

**3.135 09**

**Nonpriority creditor's name and mailing address**

**Matt Schnitzer**
**2302 Plantation Bend Dr**
**Sugar Land, TX 77478**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$170.00

---

**3.135 10**

**Nonpriority creditor's name and mailing address**

**Matt Sevigny**
**443 State Route 32**
**Highland Mills, NY 10930**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$22.00

---

**3.135 11**

**Nonpriority creditor's name and mailing address**

**Matt Sewitsky**
**12 Arbor Ln**
**Arden, NC 28704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$102.00

---

**3.135 12**

**Nonpriority creditor's name and mailing address**

**Matt Sitterle**
**13484 Mesa Verde Dr.**
**Austin, TX 78737**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$925.00

---

**3.135 13**

**Nonpriority creditor's name and mailing address**

**Matt Skeen**
**9196 Farber Forge Ct**
**Great Falls, VA 22066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
Name

| 3.135 14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,413.00 |

**Matt Smith**
**3043 State Route 48**
**Oswego, NY 13126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Matt Stedina**
**71 Arnold Mt.Rd.**
**Stockbridge, VT 05772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |

**Matt Sullivan**
**1005 Worcaster Pl**
**Charlotte, NC 28211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |

**Matt Szaro**
**Tandem Capital, Second Floor**
**1450 Chapin Avenue**
**Burlingame, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Matt T**
**712 East Madison Avenue**
**Saint Louis, MO 63122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58.00 |

**Matt Treble**
**996 Wessington Manor Ln**
**Fort Mill, SC 29715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.00 |

**Matt Turlip**
**1006 1/2 Sunset Ave**
**Charms Lane - Off Langford Street - Back**
**Asbury Park, NJ 07712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.135 21**

**Nonpriority creditor's name and mailing address**

**Matt Turlip**
**1006 1/2 Sunset Ave**
**Charms Lane - Off Langford Street - Back**
**Asbury Park, NJ 07712**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$174.00**

---

**3.135 22**

**Nonpriority creditor's name and mailing address**

**Matt V**
**1633 Broadmoor Ct**
**Livermore, CA 94551**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$3.00**

---

**3.135 23**

**Nonpriority creditor's name and mailing address**

**Matt Villalobos**
**300 Carlsbad Village Dr Ste 108a**
**Carlsbad, CA 92008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$83.00**

---

**3.135 24**

**Nonpriority creditor's name and mailing address**

**Matt W**
**27 Oak Ledge Circle**
**Rowley, MA 01969**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$48.00**

---

**3.135 25**

**Nonpriority creditor's name and mailing address**

**Matt Wagnitz**
**401 North Wabash Avenue**
**Unit 53b**
**Chicago, IL 60611**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,412.00**

---

**3.135 26**

**Nonpriority creditor's name and mailing address**

**Matt Warner**
**7445 Tower St**
**Erc1456**
**Richland Hills, TX 76118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.135 27**

**Nonpriority creditor's name and mailing address**

**Matt Watson**
**12632 State Highway Aa**
**Cassville, MO 65625**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Phoeno Wine Company, Inc.**
     Name                               Case number *(if known)*

---

**3.135 28**

**Nonpriority creditor's name and mailing address**
**Matt Williams**
**1597 Thornwood St**
**Wheaton, IL 60189**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$108.00**

---

**3.135 29**

**Nonpriority creditor's name and mailing address**
**Matt Wine**
**365 N Jefferson St Apt 2601**
**Chicago, IL 60661**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$48.00**

---

**3.135 30**

**Nonpriority creditor's name and mailing address**
**Matt Woods**
**5820 Southmoor Ln**
**Englewood, CO 80111**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$13,424.00**

---

**3.135 31**

**Nonpriority creditor's name and mailing address**
**Matt Wright**
**1817 Electric Ave**
**Bellingham, WA 98229**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,222.00**

---

**3.135 32**

**Nonpriority creditor's name and mailing address**
**Mattandnancy F**
**10311 Glenbarr Ave**
**Los Angeles, CA 90064**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$85.45**

---

**3.135 33**

**Nonpriority creditor's name and mailing address**
**Mattbew T**
**19475 Argyle Crescent**
**Detroit, MI 48203**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.135 34**

**Nonpriority creditor's name and mailing address**
**Matthee Bradley**
**3009 Croatia Drive**
**Columbia, IL 62236**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$165.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

**3.135 35**

**Nonpriority creditor's name and mailing address**

**Matthew A**
**30 Newport Pkwy Apt 1903**
**Jersey City, NJ 07310**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$949.00**

---

**3.135 36**

**Nonpriority creditor's name and mailing address**

**Matthew Abruzzo**
**504 W 48th St Apt 4w**
**New York, NY 10036**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

**3.135 37**

**Nonpriority creditor's name and mailing address**

**Matthew Albanese**
**33 Turning Leaf Dr**
**Pittsford, NY 14534**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$975.00**

---

**3.135 38**

**Nonpriority creditor's name and mailing address**

**Matthew Anania**
**164 Newel St**
**Apt 2**
**Brooklyn, NY 11222**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.135 39**

**Nonpriority creditor's name and mailing address**

**Matthew Azzara**
**30 Newport Pkwy Apt 1903**
**Jersey City, NJ 07310**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,361.00**

---

**3.135 40**

**Nonpriority creditor's name and mailing address**

**Matthew B**
**4730 272nd Ave Ne**
**Redmond, WA 98053**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.135 41**

**Nonpriority creditor's name and mailing address**

**Matthew B**
**7210 3rd Ave S**
**Saint Petersburg, FL 33707**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                              Case number *(if known)* _____

| 3.135 42 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew Babb**
**4257 Brunswick Ave**
**Los Angeles, CA 90039**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☐ No ☐ Yes

$2,324.00

---

| 3.135 43 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew Bane**
**7210 3rd Ave S**
**Saint Petersburg, FL 33707**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$38.00

---

| 3.135 44 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew Bristow**
**18795 W 84th Pl**
**Arvada, CO 80007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$189.00

---

| 3.135 45 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew Burk**
**1939 Woodbine Ave**
**Knoxville, TN 37917**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$260.00

---

| 3.135 46 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew C**
**102 Harvard Dr**
**Southlake, TX 76092**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$7.00

---

| 3.135 47 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew Callahan**
**245 Lakewood Dr**
**Houma, LA 70360**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$651.00

---

| 3.135 48 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew Carpenter**
**4360 N Alpine Ave**
**Shorewood, WI 53211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$730.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| **3.135 49** | |

**Nonpriority creditor's name and mailing address**

**Matthew Carr**
**7230 Chipley Dr**
**Wilmington, NC 28411**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,462.00**

---

| | |
|---|---|
| **3.135 50** | |

**Nonpriority creditor's name and mailing address**

**Matthew Casey**
**647 Amy Lu Ct**
**Westerville, OH 43082**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,614.00**

---

| | |
|---|---|
| **3.135 51** | |

**Nonpriority creditor's name and mailing address**

**Matthew Clarke**
**297 Sand Grouse Dr**
**Loveland, CO 80537**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$183.00**

---

| | |
|---|---|
| **3.135 52** | |

**Nonpriority creditor's name and mailing address**

**Matthew Cody**
**271 Jonathan Rd**
**New Canaan, CT 06840**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,595.00**

---

| | |
|---|---|
| **3.135 53** | |

**Nonpriority creditor's name and mailing address**

**Matthew Cohen**
**1628 Rose Glen Rd**
**Havertown, PA 19083**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$6,534.00**

---

| | |
|---|---|
| **3.135 54** | |

**Nonpriority creditor's name and mailing address**

**Matthew Conboy**
**1606 Buena Vista St**
**Pittsburgh, PA 15212**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$828.00**

---

| | |
|---|---|
| **3.135 55** | |

**Nonpriority creditor's name and mailing address**

**Matthew Costello**
**3735 Bentley Drive**
**Durham, NC 27707**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$620.00**

---

Debtor     **Phoeno Wine Company, Inc.**
_____     Case number *(if known)* _____
Name

| 3.135 56 | **Nonpriority creditor's name and mailing address**<br>**Matthew Cottler**<br>**3519 NW 18th Ave**<br>**Gainesville, FL 32605** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$384.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 57 | **Nonpriority creditor's name and mailing address**<br>**Matthew Coyne**<br>**255 W End Ave Apt 4c**<br>**New York, NY 10023** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$748.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 58 | **Nonpriority creditor's name and mailing address**<br>**Matthew Crotts**<br>**1954 Ferguson Loop**<br>**Chesapeake, VA 23322** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,461.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 59 | **Nonpriority creditor's name and mailing address**<br>**Matthew D**<br>**115 De Windt Rd**<br>**Winnetka, IL 60093** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 60 | **Nonpriority creditor's name and mailing address**<br>**Matthew D**<br>**3550 W Montrose Ave**<br>**Unit 507**<br>**Chicago, IL 60618** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 61 | **Nonpriority creditor's name and mailing address**<br>**Matthew D**<br>**5554 Ridgewood Ln**<br>**Brecksville, OH 44141** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$55.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 62 | **Nonpriority creditor's name and mailing address**<br>**Matthew Daggett**<br>**208 Sterling Gate Ln**<br>**Alabaster, AL 35007** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$669.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|

**3.135 63**

**Nonpriority creditor's name and mailing address**

**Matthew Dahm**
**3550 W Montrose Ave**
**Unit 507**
**Chicago, IL 60618**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$788.00**

---

**3.135 64**

**Nonpriority creditor's name and mailing address**

**Matthew Dellavedova**
**5554 Ridgewood Ln**
**Brecksville, OH 44141**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,725.00**

---

**3.135 65**

**Nonpriority creditor's name and mailing address**

**Matthew Dixon**
**33 Bond St Apt 226**
**Brooklyn, NY 11201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$88.00**

---

**3.135 66**

**Nonpriority creditor's name and mailing address**

**Matthew F**
**654 John Tyler Cir Apt 302**
**Harrisonburg, VA 22801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.135 67**

**Nonpriority creditor's name and mailing address**

**Matthew Fondriest**
**2694 Fairfax St**
**Denver, CO 80207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.135 68**

**Nonpriority creditor's name and mailing address**

**Matthew Frazier**
**4029 Cooper Ln**
**Cody, WY 82414**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$199.00**

---

**3.135 69**

**Nonpriority creditor's name and mailing address**

**Matthew French**
**654 John Tyler Cir Apt 302**
**Harrisonburg, VA 22801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$706.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.135 70 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew G**
**10491 Gandy Blvd N Apt 1311**
**Saint Petersburg, FL 33702**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$19.00

---

| 3.135 71 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew G**
**3610 Creamery Rd**
**Bensalem, PA 19020**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$18.00

---

| 3.135 72 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew G**
**8541 Aspect Drive**
**Door Code 9396**
**San Diego, CA 92108**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$7.00

---

| 3.135 73 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew Garner**
**1236 Main St**
**Atlantic Beach, FL 32233**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$170.00

---

| 3.135 74 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew Gass**
**3 Roma Ln**
**Reading, MA 01867**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$300.00

---

| 3.135 75 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew Glakas**
**18096 Camdenhurst Dr**
**Gainesville, VA 20155**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$355.00

---

| 3.135 76 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew Goedken**
**15668 W 165th St**
**Olathe, KS 66062**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$898.00

---

Debtor    **Phoeno Wine Company, Inc.**
　　　　　Name

Case number (if known) ＿＿＿＿＿＿＿＿＿

---

| 3.135<br>77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$76.00** |
|---|---|---|---|

**Matthew Goins**
**449 E Center St Apt 725**
**Rochester, MN 55904**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ＿
**Last 4 digits of account number** ＿

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135<br>78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,205.00** |
|---|---|---|---|

**Matthew Gordon**
**6437 55th Sq**
**Vero Beach, FL 32967**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ＿
**Last 4 digits of account number** ＿

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135<br>79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$21,636.00** |
|---|---|---|---|

**Matthew Gorman**
**171 Fireside Dr**
**Mcmurray, PA 15317**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ＿
**Last 4 digits of account number** ＿

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135<br>80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$22.00** |
|---|---|---|---|

**Matthew Goulet**
**28 Armstrong Rd Apt C16**
**Coventry, CT 06238**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ＿
**Last 4 digits of account number** ＿

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135<br>81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,000.00** |
|---|---|---|---|

**Matthew Grdgon**
**10491 Gandy Blvd N Apt 1311**
**Saint Petersburg, FL 33702**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ＿
**Last 4 digits of account number** ＿

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135<br>82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$902.00** |
|---|---|---|---|

**Matthew Green**
**908 10th St NE**
**Washington, DC 20002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ＿
**Last 4 digits of account number** ＿

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135<br>83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200.00** |
|---|---|---|---|

**Matthew Greenberg**
**719 Greenwood Rd**
**Wilmington, DE 19807**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ＿
**Last 4 digits of account number** ＿

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                   Case number (if known) _____
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Name

| | | |
|---|---|---|

**3.135 84**

**Nonpriority creditor's name and mailing address**

**Matthew Grodsky**
**3610 Creamery Rd**
**Bensalem, PA 19020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$369.00**

---

**3.135 85**

**Nonpriority creditor's name and mailing address**

**Matthew H**
**10515 Ensley Lane**
**Leawood, KS 66206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.135 86**

**Nonpriority creditor's name and mailing address**

**Matthew H**
**12 Noswall Pk Rd**
**Putnam Valley, NY 10579**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.135 87**

**Nonpriority creditor's name and mailing address**

**Matthew H**
**1915 Broadway Street**
**Apt 301**
**San Antonio, TX 78215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.135 88**

**Nonpriority creditor's name and mailing address**

**Matthew Hague**
**12 Noswall Pk Rd**
**Putnam Valley, NY 10579**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$184.00**

---

**3.135 89**

**Nonpriority creditor's name and mailing address**

**Matthew Herring**
**3200 Southwest Fwy Ste 3000**
**Houston, TX 77027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$66.00**

---

**3.135 90**

**Nonpriority creditor's name and mailing address**

**Matthew Hodge**
**17735 E. Lake Jem Rd**
**Mount Dora, FL 32757**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,108.00**

---

Debtor    **Phoeno Wine Company, Inc.**
　　　　　　Name

Case number *(if known)* _____

---

| 3.135 91 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew Houston**
**3300 Reina Drive NE**
**Albuquerque, NM 87111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**　**Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$360.00**

---

| 3.135 92 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew Hull**
**2937 Leavenworth Ln**
**Richland, WA 99352**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**　**Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$61.00**

---

| 3.135 93 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew Humbaugh**
**24 Cove Rd**
**Rhinebeck, NY 12572**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**　**Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$162.00**

---

| 3.135 94 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew J**
**1123 Hampton Court**
**Encinitas, CA 92024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**　**Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

| 3.135 95 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew J**
**6297 105th Ave Ne**
**Kirkland, WA 98033**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**　**Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.135 96 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew J**
**8021 Shirley St**
**Metairie, LA 70003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**　**Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

| 3.135 97 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew Jendian**
**428 E Shields Ave Apt 205**
**Fresno, CA 93704**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**　**Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,578.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

**3.135 98**

**Nonpriority creditor's name and mailing address**

**Matthew Johnson**
**8021 Shirley St**
**Metairie, LA 70003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,093.00**

---

**3.135 99**

**Nonpriority creditor's name and mailing address**

**Matthew K**
**2560 South Cliffview Street**
**Flagstaff, AZ 86001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.136 00**

**Nonpriority creditor's name and mailing address**

**Matthew K**
**5007 Greenleaf Road**
**Baltimore, MD 21210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$177.00**

---

**3.136 01**

**Nonpriority creditor's name and mailing address**

**Matthew Kaplon**
**149 Steeplechase Rd**
**Lexington, SC 29072**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,702.00**

---

**3.136 02**

**Nonpriority creditor's name and mailing address**

**Matthew Kessler-Vaughn**
**1331 Maryland Ave Sw Apt 637**
**Washington, DC 20024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.136 03**

**Nonpriority creditor's name and mailing address**

**Matthew L**
**113 Holsworthy Dr**
**Mooresville, NC 28115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.136 04**

**Nonpriority creditor's name and mailing address**

**Matthew L**
**315 W 82nd St Apt 3a**
**New York, NY 10024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.136 05 | | |

**Nonpriority creditor's name and mailing address**

**Matthew Lago**
**152 Berkeley Pl**
**Massapequa, NY 11758**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

| | |
|---|---|
| 3.136 06 | |

**Nonpriority creditor's name and mailing address**

**Matthew Lahman**
**13767 Mono Way**
**Sonora, CA 95370**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$6,468.00**

---

| | |
|---|---|
| 3.136 07 | |

**Nonpriority creditor's name and mailing address**

**Matthew Lamberson**
**4012 Maguire Blvd Apt 4215**
**Orlando, FL 32803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,402.00**

---

| | |
|---|---|
| 3.136 08 | |

**Nonpriority creditor's name and mailing address**

**Matthew Lemas**
**2840 Kingsway Rd**
**Pierre, SD 57501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,422.00**

---

| | |
|---|---|
| 3.136 09 | |

**Nonpriority creditor's name and mailing address**

**Matthew Lepage**
**3214 Glasgow Dr**
**Fayetteville, NC 28303**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$204.00**

---

| | |
|---|---|
| 3.136 10 | |

**Nonpriority creditor's name and mailing address**

**Matthew Lienhard**
**497 Gee Hammock Ln**
**Winter Springs, FL 32708**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,109.00**

---

| | |
|---|---|
| 3.136 11 | |

**Nonpriority creditor's name and mailing address**

**Matthew Lindquist**
**747 East Argonne Drive**
**St. Louis, MO 63122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
　　　　　Name

| 3.136 12 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Matthew Littig**
**315 W 82nd St Apt 3a**
**New York, NY 10024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$4,288.00

---

| 3.136 13 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Matthew Lunning**
**1510 S 152nd Ave Cir**
**Omaha, NE 68144**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$838.00

---

| 3.136 14 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Matthew Lutz**
**2841 Shoal Crest Ave**
**Austin, TX 78705**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$19,924.00

---

| 3.136 15 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Matthew M**
**2361 Greenwood Ave**
**Calistoga, CA 94515**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

$15.66

---

| 3.136 16 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Matthew M**
**35 Dale Ave**
**Leominster, MA 01453**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

| 3.136 17 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Matthew Madden**
**19800 Macarthur Blvd Ste 280**
**Irvine, CA 92612**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$1,749.00

---

| 3.136 18 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Matthew Madden**
**6006 Timberlodge Ln**
**Roseville, CA 95747**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$1,139.00

---

Debtor    **Phoeno Wine Company, Inc.**

_____
Name

Case number *(if known)*    _____

---

| 3.136 19 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew Marten**
**1218 Simmons Ave**
**Kirkwood, MO 63122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$543.00**

---

| 3.136 20 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew Maurer**
**333 E 30th Street**
**17g**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$694.00**

---

| 3.136 21 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew Mayback**
**2257 Eudora St**
**Denver, CO 80207**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$381.00**

---

| 3.136 22 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew Mayoya**
**300 South Santa Fe Ave**
**Apt 657**
**Los Angeles, CA 90013**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$324.00**

---

| 3.136 23 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew Mcauliffe**
**35 Dale Ave**
**Leominster, MA 01453**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,048.00**

---

| 3.136 24 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew Mentzer**
**556 W Wellington Ave Apt 3r**
**Chicago, IL 60657**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$169.00**

---

| 3.136 25 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew Meyerson**
**3 Rolling Green Dr**
**Wilton, NY 12831**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,934.00**

---

Debtor    **Phoeno Wine Company, Inc.**
      Name

Case number *(if known)* _____

| | |
|---|---|
| **3.136** **26** | |

**Nonpriority creditor's name and mailing address**
**Matthew Miller**
**2240 Encinitas Blvd**
**Encinitas, CA 92009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$74.00

---

| | |
|---|---|
| **3.136** **27** | |

**Nonpriority creditor's name and mailing address**
**Matthew Milnor**
**5516 Stansbury Dr**
**Dublin, OH 43017**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.136** **28** | |

**Nonpriority creditor's name and mailing address**
**Matthew Moye**
**2361 Greenwood Ave**
**Calistoga, CA 94515**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$64.00

---

| | |
|---|---|
| **3.136** **29** | |

**Nonpriority creditor's name and mailing address**
**Matthew Nader**
**198 W Lake Dr**
**Annapolis, MD 21403**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$29.00

---

| | |
|---|---|
| **3.136** **30** | |

**Nonpriority creditor's name and mailing address**
**Matthew Nirdlinger**
**89 Friendship Road**
**Howell, NJ 07731**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$564.00

---

| | |
|---|---|
| **3.136** **31** | |

**Nonpriority creditor's name and mailing address**
**Matthew O**
**80 Riverford Rd**
**Brookfield, CT 06804**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

| | |
|---|---|
| **3.136** **32** | |

**Nonpriority creditor's name and mailing address**
**Matthew Oconnor**
**80 Riverford Rd**
**Brookfield, CT 06804**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$360.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_ _____
Name

| 3.136 33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$19.00** |
|---|---|---|---|

**Matthew Ostrowski**
**56 Stockhouse Rd.**
**Bozrah, CT 06334**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$50.00** |
|---|---|---|---|

**Matthew Owen**
**2609 U Street**
**Eureka, CA 95501**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$20.00** |
|---|---|---|---|

**Matthew P**
**19162 Stagecoach Ln**
**Riverside, CA 92508**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$44.00** |
|---|---|---|---|

**Matthew P**
**228 Pacific St**
**3fl**
**Brooklyn, NY 11201**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$160.00** |
|---|---|---|---|

**Matthew P**
**24730 Ne 52nd Place**
**Redmond, WA 98053**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$5,575.00** |
|---|---|---|---|

**Matthew Paris**
**8343 Lake Dr Apt 301**
**Doral, FL 33166**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$239.00** |
|---|---|---|---|

**Matthew Pavlovich**
**414 El Modena Ave**
**Newport Beach, CA 92663**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____

_____
Name

| 3.136 40 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew Pearce**
**955 Lillard Dr**
**Sparks, NV 89434**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$264.00**

---

| 3.136 41 |
|---|

**Nonpriority creditor's name and mailing address**

**Matthew Petrella**
**228 Pacific St**
**3fl**
**Brooklyn, NY 11201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$14,700.00**

---

| 3.136 42 |
|---|

**Nonpriority creditor's name and mailing address**

**Matthew Pike**
**11201 Lansing St**
**Commerce City, CO 80640**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$99.00**

---

| 3.136 43 |
|---|

**Nonpriority creditor's name and mailing address**

**Matthew Plautz**
**157 Hunter Dr**
**Cranberry Township, PA 16066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| 3.136 44 |
|---|

**Nonpriority creditor's name and mailing address**

**Matthew Poland**
**101 Kestrel**
**Irvine, CA 92618**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$152.00**

---

| 3.136 45 |
|---|

**Nonpriority creditor's name and mailing address**

**Matthew Pribila**
**20 Waverly Drive**
**Columbus, NJ 08022**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.136 46 |
|---|

**Nonpriority creditor's name and mailing address**

**Matthew R**
**500 Helendale Road**
**Suite 280**
**Rochester, NY 14609**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

Debtor   **Phoeno Wine Company, Inc.**
         _____
         Name

Case number (if known)   _____

| 3.136 47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,147.00 |

**Matthew Ragnetti**
**8707 Cathedral Forest Dr**
**Fairfax Station, VA 22039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $273.00 |

**Matthew Rasmussen**
**3901 E Superior St**
**Duluth, MN 55804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.00 |

**Matthew Rodgers**
**30 Edgecliff Rd**
**Carnegie, PA 15106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Matthew Rothman**
**321 W Shore Rd Lowr House**
**New Preston, CT 06777**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,544.00 |

**Matthew Ruby**
**500 Helendale Road**
**Suite 280**
**Rochester, NY 14609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |

**Matthew S**
**21205 Little Tree Dr**
**Watertown, NY 13601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**Matthew S**
**2677 Larkin Street**
**502**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.136
54**

**Nonpriority creditor's name and mailing address**

**Matthew S**
**3120 204th Ct Ne**
**Sammamish, WA 98074**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$29.11**

---

**3.136
55**

**Nonpriority creditor's name and mailing address**

**Matthew S**
**3851 Willowood Dr**
**Clemmons, NC 27012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

**3.136
56**

**Nonpriority creditor's name and mailing address**

**Matthew S**
**5201 Leander Way**
**Midlothian, TX 76065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$3.00**

---

**3.136
57**

**Nonpriority creditor's name and mailing address**

**Matthew S**
**9330 Se Emmert View Ct**
**Happy Valley, OR 97086**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.136
58**

**Nonpriority creditor's name and mailing address**

**Matthew Sasaki**
**23 Garden Street**
**Pawcatuck, CT 06379**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.136
59**

**Nonpriority creditor's name and mailing address**

**Matthew Schmitt**
**4600 Steele St**
**Oakland, CA 94619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

**3.136
60**

**Nonpriority creditor's name and mailing address**

**Matthew Schwencke**
**242 Bloomfield Dr**
**West Palm Beach, FL 33405**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$361.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*  _____

---

**3.136 61**

**Nonpriority creditor's name and mailing address**

**Matthew Sipos**
**3617 Hosiers Oaks Dr**
**Portsmouth, VA 23703**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$136.00**

---

**3.136 62**

**Nonpriority creditor's name and mailing address**

**Matthew Snow**
**5201 Leander Way**
**Midlothian, TX 76065**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$566.00**

---

**3.136 63**

**Nonpriority creditor's name and mailing address**

**Matthew Summers**
**1627 W 23rd St Unit A**
**Houston, TX 77008**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$412.00**

---

**3.136 64**

**Nonpriority creditor's name and mailing address**

**Matthew Vantassel**
**1710 San Martin Dr**
**Fenton, MO 63026**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$40,070.00**

---

**3.136 65**

**Nonpriority creditor's name and mailing address**

**Matthew Varga**
**22085 Parkview Dr**
**Taylor, MI 48180**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$30.00**

---

**3.136 66**

**Nonpriority creditor's name and mailing address**

**Matthew Vavalle**
**37 Vine St**
**Binghamton, NY 13903**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$20.00**

---

**3.136 67**

**Nonpriority creditor's name and mailing address**

**Matthew Visconti**
**957 Split Rock Road, Pelham, Ny, Us**
**Pelham, NY 10803**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$300.00**

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

**3.136 68**

**Nonpriority creditor's name and mailing address**

**Matthew W**
**12169 Lake Fern Dr E**
**Jacksonville, FL 32258**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

**3.136 69**

**Nonpriority creditor's name and mailing address**

**Matthew W**
**284 39th Street**
**Pittsburgh, PA 15201**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$22.00**

---

**3.136 70**

**Nonpriority creditor's name and mailing address**

**Matthew Wager**
**1313 Hyak Ct NE**
**Olympia, WA 98516**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,300.00**

---

**3.136 71**

**Nonpriority creditor's name and mailing address**

**Matthew Walker**
**110 Logan Ln Ste 3**
**Santa Rosa Beach, FL 32459**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$46.00**

---

**3.136 72**

**Nonpriority creditor's name and mailing address**

**Matthew Weaver**
**284 39th Street**
**Pittsburgh, PA 15201**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,770.00**

---

**3.136 73**

**Nonpriority creditor's name and mailing address**

**Matthew Weiss**
**1624 Picardy Ct**
**Long Grove, IL 60047**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,102.00**

---

**3.136 74**

**Nonpriority creditor's name and mailing address**

**Matthew Weissman**
**231 Holly Glen Ln**
**Berkeley Heights, NJ 07922**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$13.44**

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  **Phoeno Wine Company, Inc.**
_____Name_____

Case number (if known) _____

| | |
|---|---|
| 3.136 75 | |

**Nonpriority creditor's name and mailing address**

**Matthew Williams**
**8869 Cemetery Ln**
**Savage, MD 20763**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$402.00**

---

| |
|---|
| 3.136 76 |

**Nonpriority creditor's name and mailing address**

**Mattias Melander**
**8 Archertown Road**
**New Egypt, NJ 08533**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$42,397.00**

---

| |
|---|
| 3.136 77 |

**Nonpriority creditor's name and mailing address**

**Maud Arnold**
**243 Meridian Ave Apt 112**
**Miami Beach, FL 33139**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$367.00**

---

| |
|---|
| 3.136 78 |

**Nonpriority creditor's name and mailing address**

**Maura Casey**
**10greybarn Lane**
**Apt 301**
**Amityville, NY 11701**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| |
|---|
| 3.136 79 |

**Nonpriority creditor's name and mailing address**

**Maura Kehoe Collins**
**4545 Center Blvd.**
**Apt. 802**
**Lic, NY 11109**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$32.51**

---

| |
|---|
| 3.136 80 |

**Nonpriority creditor's name and mailing address**

**Maura Koonz**
**478 Pythian St**
**Morgantown, WV 26505**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$296.00**

---

| |
|---|
| 3.136 81 |

**Nonpriority creditor's name and mailing address**

**Maura Murphy**
**508 Audubon Dr**
**Marietta, GA 30068**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$6.41**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known)    _____
Name

| 3.136 82 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Maura Osullivanguinard**
**177 Main St**
**East Rockaway, NY 11518**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,718.00**

---

| 3.136 83 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Maura Rose**
**730 Rugby Road**
**Brooklyn, NY 11230**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,534.00**

---

| 3.136 84 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Maureen C**
**455 Saint Regis Dr**
**Alpharetta, GA 30022**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$6.00**

---

| 3.136 85 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Maureen Callaghan**
**455 Saint Regis Dr**
**Alpharetta, GA 30022**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$46.00**

---

| 3.136 86 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Maureen Oakes**
**32076 Apple Ridge Run**
**Millsboro, DE 19966**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$162.00**

---

| 3.136 87 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Maureen Parkuinson**
**5601 Turtle Bay Dr Apt 1604**
**Naples, FL 34108**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$84.00**

---

| 3.136 88 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Maureen Rayner**
**5930 Thurber Dr**
**Colorado Springs, CO 80924**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$220.00**

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.136 89 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Maureen Trnka**
**5001 Louise Dr Ste 103**
**Mechanicsburg, PA 17055**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$490.00**

---

| 3.136 90 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Maurel Silvajr**
**135 Elizondo Dr**
**Laredo, TX 78046**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

| 3.136 91 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Maurice G**
**15426 Shadow Ridge St**
**Hacienda Heights, CA 91745**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$56.86**

---

| 3.136 92 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Maurice Mcneil**
**212 Daffon Dr**
**Indianapolis, IN 46227**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$325.00**

---

| 3.136 93 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Maurice Monique**
**5353 E Weston Ave**
**Castle Rock, CO 80104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$70.00**

---

| 3.136 94 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mauricio Cunha**
**1029 Malaga Ave**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| 3.136 95 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Maverick Johnson**
**7039 N Holiday Dr**
**Galveston, TX 77550**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$155.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 3.136 96 | **Nonpriority creditor's name and mailing address** **Max** 61 Sterling Ave Weehawken, NJ 07086 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$50.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.136 97 | **Nonpriority creditor's name and mailing address** **Max B** 4326 24th St San Francisco, CA 94114 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$17.63** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.136 98 | **Nonpriority creditor's name and mailing address** **Max D** 902 Barnsely Rd Port Wentworth, GA 31407 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$15.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.136 99 | **Nonpriority creditor's name and mailing address** **Max Dunigan** 902 Barnsely Rd Port Wentworth, GA 31407 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$6,459.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.137 00 | **Nonpriority creditor's name and mailing address** **Max G** 120 Paley Way Alpharetta, GA 30022 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$55.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.137 01 | **Nonpriority creditor's name and mailing address** **Max Gottesfeld** 318 Douglas Dr West Chester, PA 19380 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$211.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.137 02 | **Nonpriority creditor's name and mailing address** **Max Gutman** 1303 Idlewood Road Wilmington, DE 19805 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$4,165.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.137 03 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Max Jackson**
**50610 Murray Ave**
**Memphis, TN 38119**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

| 3.137 04 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Max Kelly**
**1601 N Dixie Hwy Apt 320**
**Lake Worth, FL 33460**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$87.00**

---

| 3.137 05 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Max Lipsitz**
**171 Highland Ave**
**Buffalo, NY 14222**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$13,823.00**

---

| 3.137 06 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Max Mcgee**
**45 Shore Rd**
**Old Greenwich, CT 06870**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$272.00**

---

| 3.137 07 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Max Pilz**
**2534 Braehead Ln**
**Henderson, NV 89044**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$111.00**

---

| 3.137 08 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Max Rans**
**514 E Broadway Apt 1**
**South Boston, MA 02127**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$654.00**

---

| 3.137 09 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Max Royals**
**57 Woodbridge Ave**
**Ansonia, CT 06401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$84.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.137 10 | |

**Nonpriority creditor's name and mailing address**
**Max Victor**
**313 Cedar Glade Ct**
**Lebanon, TN 37090**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$96.00**

---

| | |
|---|---|
| 3.137 11 | |

**Nonpriority creditor's name and mailing address**
**Max Wulff**
**2656 Burlingham Dr**
**Ashtabula, OH 44004**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.137 12 | |

**Nonpriority creditor's name and mailing address**
**Max Z**
**6451 N Federal Hwy**
**#129**
**Fort Lauderdale, FL 33308**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| | |
|---|---|
| 3.137 13 | |

**Nonpriority creditor's name and mailing address**
**Maxim Kiefer**
**585 9th St Unit 523**
**Oakland, CA 94607**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$110.00**

---

| | |
|---|---|
| 3.137 14 | |

**Nonpriority creditor's name and mailing address**
**Maximilian Spychalski**
**277 Driggs Ave Apt 1r**
**Brooklyn, NY 11222**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$568.00**

---

| | |
|---|---|
| 3.137 15 | |

**Nonpriority creditor's name and mailing address**
**Maximiliano Vaccalluzzo**
**Marriott   s Grand Chateau 75 E Harmon A**
**Las Vegas, NV 89109**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$273.00**

---

| | |
|---|---|
| 3.137 16 | |

**Nonpriority creditor's name and mailing address**
**Maximillian Mayerhofer**
**8831 Jayden St NE**
**Lacey, WA 98516**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$20,880.00**

---

Debtor    **Phoeno Wine Company, Inc.**    Case number (if known) _____
_____
Name

| 3.137 17 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$60.00** |
| **Maximillian Oppermann** | ☐ Contingent | |
| **17 Station Rd** | ☐ Unliquidated | |
| **Denville, NJ 07834** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.137 18 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$19.00** |
| **Maximos L** | ☐ Contingent | |
| **3310 Revere Ave** | ☐ Unliquidated | |
| **Oakland, CA 94605** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.137 19 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$37.45** |
| **Maximos L** | ☐ Contingent | |
| **3310 Revere Ave** | ☐ Unliquidated | |
| **Oakland, CA 94605** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.137 20 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$174.00** |
| **Maxwell Cury** | ☐ Contingent | |
| **2323 Clear Lake City Blvd** | ☐ Unliquidated | |
| **Houston, TX 77062** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.137 21 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$149.00** |
| **Maxwell Kinman** | ☐ Contingent | |
| **629 Myrtle Ave** | ☐ Unliquidated | |
| **Terrace Park, OH 45174** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.137 22 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$227.00** |
| **Maxwell Roesh** | ☐ Contingent | |
| **4000 Fairway Ct** | ☐ Unliquidated | |
| **Arlington, TX 76013** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.137 23 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$749.00** |
| **Maxwell Tarantelli** | ☐ Contingent | |
| **1089 NW 13th St Apt 1** | ☐ Unliquidated | |
| **Boca Raton, FL 33486** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

Debtor **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| | |
|---|---|

**3.137 24**

**Nonpriority creditor's name and mailing address**
**Maxwell W**
**1831 N Rock Rd Ct Ste 101**
**Wichita, KS 67206**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$101.00**

---

**3.137 25**

**Nonpriority creditor's name and mailing address**
**Maxwell White**
**1831 N Rock Rd Ct Ste 101**
**Wichita, KS 67206**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.137 26**

**Nonpriority creditor's name and mailing address**
**May Y**
**16 Valley St**
**San Francisco, CA 94110**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.137 27**

**Nonpriority creditor's name and mailing address**
**Maya Renganathan**
**259 W 90th St Apt 3f**
**New York, NY 10024**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$389.00**

---

**3.137 28**

**Nonpriority creditor's name and mailing address**
**Mayank Choudhary**
**4 Adams St Unit 2**
**Watertown, MA 02472**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$96.00**

---

**3.137 29**

**Nonpriority creditor's name and mailing address**
**Mayko Ly**
**6362 E Andrews Ave**
**Fresno, CA 93727**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$32.00**

---

**3.137 30**

**Nonpriority creditor's name and mailing address**
**Mayra R**
**10118 Estes Park**
**San Antonio, TX 78250**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.137 |
| 31 |

**Nonpriority creditor's name and mailing address**
**Mayumi S**
**24 Lyon**
**Newport Coast, CA 92657**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| 3.137 |
| 32 |

**Nonpriority creditor's name and mailing address**
**Mayur Chhita**
**1720 E. Main St**
**Cushing, OK 74023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$699.00

---

| 3.137 |
| 33 |

**Nonpriority creditor's name and mailing address**
**Mazdak M**
**5402 Richardsons Endeavor Dr**
**Bowie, MD 20720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

| 3.137 |
| 34 |

**Nonpriority creditor's name and mailing address**
**Maziar Adl**
**19486 Jasper Hill Rd**
**Trabuco Canyon, CA 92679**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$732.00

---

| 3.137 |
| 35 |

**Nonpriority creditor's name and mailing address**
**Mcbee B**
**903 Fletcher Road**
**Wayne, PA 19087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$35.00

---

| 3.137 |
| 36 |

**Nonpriority creditor's name and mailing address**
**Mccall Y**
**2368 Sierra Springs Dr**
**Colorado Springs, CO 80916**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.20

---

| 3.137 |
| 37 |

**Nonpriority creditor's name and mailing address**
**Mchael P**
**9607 Starfish Reef Way**
**Las Vegas, NV 89178**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$155.00

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.137**
**38**

**Nonpriority creditor's name and mailing address**

**Mchael Pettyjohn**
**9607 Starfish Reef Way**
**Las Vegas, NV 89178**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.137**
**39**

**Nonpriority creditor's name and mailing address**

**Mckinley Williams**
**950 Caledonia St**
**Butte, MT 59701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.137**
**40**

**Nonpriority creditor's name and mailing address**

**Mea L**
**2090 Nutmeg Ave**
**Fairfield, IA 52556**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.137**
**41**

**Nonpriority creditor's name and mailing address**

**Meagan B**
**605 Knights Bridge Dr**
**Canton, GA 30115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.137**
**42**

**Nonpriority creditor's name and mailing address**

**Meagan Biello**
**605 Knights Bridge Dr**
**Canton, GA 30115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$117.00**

---

**3.137**
**43**

**Nonpriority creditor's name and mailing address**

**Meagan Kirk**
**141 Prelude Dr**
**Richlands, NC 28574**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,824.00**

---

**3.137**
**44**

**Nonpriority creditor's name and mailing address**

**Meaghan Deguisto**
**4240 Tejon St**
**Denver, CO 80211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$411.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.137
45**

**Nonpriority creditor's name and mailing address**

**Meaghan G
1174 E Laurel Rd
Bellingham, WA 98226**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

**3.137
46**

**Nonpriority creditor's name and mailing address**

**Mebane Faber
6 Pi on Pine Lane
Littleton, CO 80127**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$115.00**

---

**3.137
47**

**Nonpriority creditor's name and mailing address**

**Meera Sossamon
4432 Carondelet Street
New Orleans, LA 70115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$475.00**

---

**3.137
48**

**Nonpriority creditor's name and mailing address**

**Meera Vaidyanathan
3322 Waverley Street
Palo Alto, CA 94306**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.137
49**

**Nonpriority creditor's name and mailing address**

**Meeran Anderson
11873 Shaker Meadows Court
Herndon, VA 20170**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,441.00**

---

**3.137
50**

**Nonpriority creditor's name and mailing address**

**Meg D
2 Sutton Pl
Katonah, NY 10536**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$76.00**

---

**3.137
51**

**Nonpriority creditor's name and mailing address**

**Meg E
815 O'farrell St
Apt 206
San Francisco, CA 94109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$110.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.137 52 | **Nonpriority creditor's name and mailing address** |

**Meg Grunke**
**1418 Penrose Terracce Lane**
**Knoxville, TN 37923**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

| | |
|---|---|
| 3.137 53 | **Nonpriority creditor's name and mailing address** |

**Megan A**
**116 Johnson Ave**
**Indianapolis, IN 46219**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| | |
|---|---|
| 3.137 54 | **Nonpriority creditor's name and mailing address** |

**Megan Ayers**
**116 Johnson Ave**
**Indianapolis, IN 46219**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$124.00**

---

| | |
|---|---|
| 3.137 55 | **Nonpriority creditor's name and mailing address** |

**Megan Berry**
**200 Northpines Dr Apt 612**
**Kingwood, TX 77339**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$56.00**

---

| | |
|---|---|
| 3.137 56 | **Nonpriority creditor's name and mailing address** |

**Megan Bingman**
**17 Dylan Dr**
**Scarborough, ME 04074**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$76.00**

---

| | |
|---|---|
| 3.137 57 | **Nonpriority creditor's name and mailing address** |

**Megan Castillo**
**1681 W. 10th Street**
**Yuma, AZ 85364**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$588.00**

---

| | |
|---|---|
| 3.137 58 | **Nonpriority creditor's name and mailing address** |

**Megan Coy**
**7629 Paradiso Dr.**
**Apollo Beach, FL 33572**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$45.00**

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

---

**3.137**
**59**

**Nonpriority creditor's name and mailing address**

**Megan D**
**1532 15th Ave S**
**Seattle, WA 98144**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$22.00

---

**3.137**
**60**

**Nonpriority creditor's name and mailing address**

**Megan Depaolo**
**1532 15th Ave S**
**Seattle, WA 98144**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$393.00

---

**3.137**
**61**

**Nonpriority creditor's name and mailing address**

**Megan Devkota**
**209 Audreys Ct Se**
**Vienna, VA 22180**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$364.00

---

**3.137**
**62**

**Nonpriority creditor's name and mailing address**

**Megan Dowgielewicz**
**10 Sylvia Ln**
**Amsterdam, NY 12010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$828.00

---

**3.137**
**63**

**Nonpriority creditor's name and mailing address**

**Megan Eitel**
**10861 Auburn Ave S**
**Seattle, WA 98178**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$339.00

---

**3.137**
**64**

**Nonpriority creditor's name and mailing address**

**Megan Fife**
**257 W Crystal Lake Ave**
**Haddonfield, NJ 08033**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$153.00

---

**3.137**
**65**

**Nonpriority creditor's name and mailing address**

**Megan Fisher**
**1058 Poplar St**
**Nelsonville, OH 45764**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.137 66**

**Nonpriority creditor's name and mailing address**

**Megan Freeman**
**2488 S Fletcher Ave**
**Fernandina Beach, FL 32034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$99.00

---

**3.137 67**

**Nonpriority creditor's name and mailing address**

**Megan G**
**913 Willow Ave Apt 4a**
**Hoboken, NJ 07030**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$18.00

---

**3.137 68**

**Nonpriority creditor's name and mailing address**

**Megan George**
**913 Willow Ave Apt 4a**
**Hoboken, NJ 07030**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$120.00

---

**3.137 69**

**Nonpriority creditor's name and mailing address**

**Megan Giacini**
**4370 Obar Dr**
**Chattanooga, TN 37419**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$999.00

---

**3.137 70**

**Nonpriority creditor's name and mailing address**

**Megan Hayfield**
**1522 50th Ave N**
**St Petersburg, FL 33703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.137 71**

**Nonpriority creditor's name and mailing address**

**Megan Humpal**
**471 E Diamond Peak Ave**
**Sisters, OR 97759**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$854.00

---

**3.137 72**

**Nonpriority creditor's name and mailing address**

**Megan K**
**3332 Drummond Rd**
**Toledo, OH 43606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$35.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

**3.137 73**

**Nonpriority creditor's name and mailing address**

**Megan Keevilfrank**
**4705 E 96th St**
**Arni's Restaurant**
**Indianapolis, IN 46240**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$104.00**

---

**3.137 74**

**Nonpriority creditor's name and mailing address**

**Megan Kosewski**
**719 Windlach St**
**New Glarus, WI 53574**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$210.00**

---

**3.137 75**

**Nonpriority creditor's name and mailing address**

**Megan Kruse**
**3332 Drummond Rd**
**Toledo, OH 43606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,194.00**

---

**3.137 76**

**Nonpriority creditor's name and mailing address**

**Megan Kulfan**
**1752 Tattenham Road**
**Encinitas, CA 92024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$42,112.00**

---

**3.137 77**

**Nonpriority creditor's name and mailing address**

**Megan L**
**1441 Little Raven St Apt 26008**
**Denver, CO 80202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$8.00**

---

**3.137 78**

**Nonpriority creditor's name and mailing address**

**Megan L**
**342 Andover St**
**Georgetown, MA 01833**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$30.00**

---

**3.137 79**

**Nonpriority creditor's name and mailing address**

**Megan L**
**844 4 Streams Dr**
**West Chester, PA 19382**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$28.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                     Case number *(if known)* _____

---

| 3.137 80 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$239.00** |

**Megan Leary-Crist**
**342 Andover St**
**Georgetown, MA 01833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 81 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55.00** |

**Megan Ledin**
**551 S Zerex St**
**C203-1283**
**Fraser, CO 80442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 82 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$628.00** |

**Megan Lemerise**
**844 4 Streams Dr**
**West Chester, PA 19382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 83 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,760.00** |

**Megan Llandez**
**744 Citrus Isle Dr**
**Davenport, FL 33837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 84 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,040.00** |

**Megan Loo**
**1441 Little Raven St Apt 26008**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 85 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$252.00** |

**Megan Marconyak**
**3001 W Grace St Apt 5**
**Richmond, VA 23221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 86 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$381.00** |

**Megan Matocha**
**2632 Aztec Ct**
**League City, TX 77573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

**3.137 87**

**Nonpriority creditor's name and mailing address**
**Megan Mccarthy**
**1000 1/2 N Texas St**
**UPStairs**
**Fairfield, CA 94533**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$821.00**

---

**3.137 88**

**Nonpriority creditor's name and mailing address**
**Megan Mcelrath**
**329 W 84th St Apt 4a**
**New York, NY 10024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$875.00**

---

**3.137 89**

**Nonpriority creditor's name and mailing address**
**Megan Morrice**
**445 Staten Ave Apt 2**
**Oakland, CA 94610**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$301.00**

---

**3.137 90**

**Nonpriority creditor's name and mailing address**
**Megan R**
**3995 Thistlewood Dr Ste B**
**Grove City, OH 43123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.137 91**

**Nonpriority creditor's name and mailing address**
**Megan Richardson**
**4920 S Landing Dr Unit 605**
**Portland, OR 97239**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,746.00**

---

**3.137 92**

**Nonpriority creditor's name and mailing address**
**Megan Schofeild**
**1360 Adams St**
**Saint Helena, CA 94574**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.137 93**

**Nonpriority creditor's name and mailing address**
**Megan Wood 9543**
**2010 E Palm Ave Unit 15306**
**Apt 15306**
**Tampa, FL 33605**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$244.00**

---

Debtor   **Phoeno Wine Company, Inc.**
　　　　　Name

Case number (if known) _____

---

| 3.137 94 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Megha P**
**1731 Beacon St**
**Apt 529**
**Brookline, MA 02445**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.137 95 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Meghan B**
**3629 Saint Davids Rd**
**Newtown Square, PA 19073**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$26.60**

---

| 3.137 96 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Meghan Berdelle**
**6192 S Poplar St**
**Centennial, CO 80111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.137 97 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Meghan Gange**
**1 Wild Meadow Ln**
**Natick, MA 01760**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$95.00**

---

| 3.137 98 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Meghan H 13412453**
**1662 Settlers Reserve Way**
**Westlake, OH 44145**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

| 3.137 99 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Meghan H 13412466**
**1662 Settlers Reserve Way**
**Westlake, OH 44145**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$95.00**

---

| 3.138 00 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Meghan Lockwood**
**400 Sunny Isles Blvd Apt 622**
**Sunny Isles Beach, FL 33160**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$93.00**

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.138 01 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$125.00** |
|---|---|---|---|

**Meghan Lusk**
**330 John Carlyle St Ste 400**
**Alexandria, VA 22314**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 02 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$222.00** |
|---|---|---|---|

**Meghan Lyday**
**37 St Lawrence Dr**
**37 St Lawrence Dr**
**Ballwin, MO 63021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 03 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Meghan M**
**213 Rose Court**
**Moscow, ID 83843**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 04 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22.00** |
|---|---|---|---|

**Meghan Mcmillion**
**9411 Philadelphia Rd Ste N**
**Baltimore, MD 21237**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 05 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$32.00** |
|---|---|---|---|

**Meghan Miller**
**213 Rose Court**
**Moscow, ID 83843**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 06 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$95.00** |
|---|---|---|---|

**Meghan Obergefell**
**1269 Langston Drive**
**Columbus, OH 43220**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 07 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$168.00** |
|---|---|---|---|

**Meghan Obrien**
**15 Sessions St**
**Providence, RI 02906**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

**3.138 08**

**Nonpriority creditor's name and mailing address**

**Meghan T**
**1000 Estes St**
**Unit 12**
**El Cajon, CA 92020**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

$20.00

---

**3.138 09**

**Nonpriority creditor's name and mailing address**

**Meghan Talbot**
**5048 Smithfield Rd**
**Drexel Hill, PA 19026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$19.00

---

**3.138 10**

**Nonpriority creditor's name and mailing address**

**Meghann P**
**6616 Brave Ct.**
**Haymarket, VA 20169**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

$20.00

---

**3.138 11**

**Nonpriority creditor's name and mailing address**

**Meghann Pritchett**
**6616 Brave Ct.**
**Haymarket, VA 20169**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$185.00

---

**3.138 12**

**Nonpriority creditor's name and mailing address**

**Mehul Mehta**
**135 Cambridge Place**
**Chalfont, PA 18914**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$122.00

---

**3.138 13**

**Nonpriority creditor's name and mailing address**

**Mehuldesai**
**1187 Mountain Swallow Ct**
**San Jose, CA 95120**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

$178.00

---

**3.138 14**

**Nonpriority creditor's name and mailing address**

**Meihsiu C**
**1730 Jackson St Apt 309**
**San Francisco, CA 94109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

$1.30

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.138 15**

**Nonpriority creditor's name and mailing address**

**Mejalange**
**44936 Voyage Path Apt 102**
**California, MD 20619**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$2.88

---

**3.138 16**

**Nonpriority creditor's name and mailing address**

**Mel H**
**33331 Lone Cedar Lndg**
**Millville, DE 19967**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$14.00

---

**3.138 17**

**Nonpriority creditor's name and mailing address**

**Mel Hipolito**
**51 Koehana Pl**
**Makawao, HI 96768**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$354.00

---

**3.138 18**

**Nonpriority creditor's name and mailing address**

**Melanie Camp**
**2724 Kipling St Apt 309**
**Houston, TX 77098**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$197.00

---

**3.138 19**

**Nonpriority creditor's name and mailing address**

**Melanie Colwell**
**7111 Woodhall Ct**
**Presto, PA 15142**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$90.00

---

**3.138 20**

**Nonpriority creditor's name and mailing address**

**Melanie Covington**
**5106 Splendid Cir**
**Katy, TX 77493**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$479.00

---

**3.138 21**

**Nonpriority creditor's name and mailing address**

**Melanie Deleon**
**300 Lake Drive**
**Hickory Creek, TX 75065**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$28.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

**3.138**
**22**

**Nonpriority creditor's name and mailing address**
**Melanie Dionne**
**1301 Adams St Apt 511**
**Hoboken, NJ 07030**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

**3.138**
**23**

**Nonpriority creditor's name and mailing address**
**Melanie F**
**18304 Vis-A-Vis Ave.**
**Baton Rouge, LA 70817**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$52.00**

---

**3.138**
**24**

**Nonpriority creditor's name and mailing address**
**Melanie Few**
**6435 Patrick Drive**
**Dallas, TX 75214**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$198.00**

---

**3.138**
**25**

**Nonpriority creditor's name and mailing address**
**Melanie Fowler**
**6 Carroll Blvd**
**Millbrook, NY 12545**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.138**
**26**

**Nonpriority creditor's name and mailing address**
**Melanie Glawe**
**8105 Lawndale Ln N**
**Maple Grove, MN 55311**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$66.00**

---

**3.138**
**27**

**Nonpriority creditor's name and mailing address**
**Melanie Heyman**
**3 Sadore Ln Apt 2d**
**Yonkers, NY 10710**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$44.00**

---

**3.138**
**28**

**Nonpriority creditor's name and mailing address**
**Melanie Ofenloch Guests**
**6419 Glenrose Court**
**Dallas, TX 75214**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.138<br>29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**Melanie R**
**121 Padova Way**
**North Venice, FL 34275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138<br>30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 |
|---|---|---|---|

**Melanie Stevens**
**6568 Sobrante Rd**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138<br>31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |
|---|---|---|---|

**Melanie W**
**1283 Maybelle Pass**
**Nolensville, TN 37135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138<br>32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Melanie W**
**180 E Pearson St Apt 3801**
**Chicago, IL 60611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138<br>33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $236.00 |
|---|---|---|---|

**Melba Willis**
**150 Easonville Park Dr**
**Cropwell, AL 35054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138<br>34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $502.27 |
|---|---|---|---|

**Mele A**
**8175 Arville St # 226**
**Las Vegas, NV 89139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138<br>35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24.00 |
|---|---|---|---|

**Melinda Dickens**
**929 Mcallister**
**Greenville, MS 38701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)*   _____
Name

---

**3.138
36**

**Nonpriority creditor's name and mailing address**

**Melinda Mitchell**
**2351 Estates Ct**
**Ann Arbor, MI 48103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$283.00**

---

**3.138
37**

**Nonpriority creditor's name and mailing address**

**Melinda P**
**20680 W. Exeter Road**
**Kildeer, IL 60047**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.138
38**

**Nonpriority creditor's name and mailing address**

**Melinda Pregon**
**480 Saddle Park Court**
**Centerville, OH 45458**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,024.00**

---

**3.138
39**

**Nonpriority creditor's name and mailing address**

**Melinda Pregon**
**480 Saddle Park Court**
**Centerville, OH 45458**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$141.24**

---

**3.138
40**

**Nonpriority creditor's name and mailing address**

**Melinda Prescott**
**20680 W. Exeter Road**
**Kildeer, IL 60047**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$219.00**

---

**3.138
41**

**Nonpriority creditor's name and mailing address**

**Melinda Y**
**12207 Colony Lakes Blvd**
**New Port Richey, FL 34654**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.138
42**

**Nonpriority creditor's name and mailing address**

**Meliss Ashurst**
**3510 Duckett Mill Rd**
**Gainesville, GA 30506**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

| 3.138 43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,810.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Melissa Atallah**
**114 Spicewood Rd**
**Weaverville, NC 28787**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,810.00**

---

3.138 44

**Nonpriority creditor's name and mailing address**
**Melissa Atallah**
**114 Spicewood Rd**
**Weaverville, NC 28787**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$17.00**

---

3.138 45

**Nonpriority creditor's name and mailing address**
**Melissa B**
**17439 E Vineland Ave**
**Los Gatos, CA 95030**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

3.138 46

**Nonpriority creditor's name and mailing address**
**Melissa B**
**3000 N Chestnut St**
**Apt 416**
**Chaska, MN 55318**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$1.00**

---

3.138 47

**Nonpriority creditor's name and mailing address**
**Melissa Baird-Tindall**
**1136 Challenger**
**Lakeway, TX 78734**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$516.00**

---

3.138 48

**Nonpriority creditor's name and mailing address**
**Melissa Baker**
**301 Mission St**
**Unit 47f**
**San Francisco, CA 94105**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$24.01**

---

3.138 49

**Nonpriority creditor's name and mailing address**
**Melissa Barbutes**
**515 Berklee Dr**
**Youngstown, OH 44514**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$32.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.138 50 | |

**Nonpriority creditor's name and mailing address**
**Melissa Bellomo**
**13384 W Tyler Trl**
**Peoria, AZ 85383**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$103.00**

---

| | |
|---|---|
| 3.138 51 | |

**Nonpriority creditor's name and mailing address**
**Melissa Blount**
**135 Woodland Rd**
**Madison, NJ 07940**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$13,258.00**

---

| | |
|---|---|
| 3.138 52 | |

**Nonpriority creditor's name and mailing address**
**Melissa Bobka**
**3000 N Chestnut St**
**Apt 416**
**Chaska, MN 55318**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$184.00**

---

| | |
|---|---|
| 3.138 53 | |

**Nonpriority creditor's name and mailing address**
**Melissa Bouilly**
**6504 Ladera Norte**
**Austin, TX 78731**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

| | |
|---|---|
| 3.138 54 | |

**Nonpriority creditor's name and mailing address**
**Melissa Broad**
**1750 W 24th St**
**Miami Beach, FL 33140**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$939.00**

---

| | |
|---|---|
| 3.138 55 | |

**Nonpriority creditor's name and mailing address**
**Melissa C**
**7610 N 153rd Cir**
**Bennington, NE 68007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| | |
|---|---|
| 3.138 56 | |

**Nonpriority creditor's name and mailing address**
**Melissa Cadd**
**1915 Westhaven**
**Wenatchee, WA 98801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number _(if known)_ _____
Name

| 3.138 57 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa Carollo**
**2117 Veterans Blvd**
**Metairie, LA 70002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._   **$63.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 58 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa Ciesmelewski**
**1165 Globe Avenue**
**Mountainside, NJ 07092**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._   **$64.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 59 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa Cloonan**
**630 S Fleishel Ave**
**Tyler, TX 75701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._   **$132.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 60 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa Coleman**
**230 Bello Court**
**San Ramon, CA 94583**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._   **$427.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 61 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa Coleman**
**230 Bello Court**
**San Ramon, CA 94583**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._   **$299.47**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 62 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa Cvitanovich**
**606 N Guadalupe Ave Unit F**
**Redondo Beach, CA 90277**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._   **$45.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 63 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa D**
**5870 70th Ave N**
**Pinellas Park, FL 33781**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._   **$60.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

_____

Name

Case number (if known)    _____

---

| 3.138 64 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa Eastlick**
**391 E Rivendell Rd**
**Grapeview, WA 98546**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$78.00**

---

| 3.138 65 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa Emmendorfer**
**76 Davenport Drive**
**Stamford, CT 06902**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,154.00**

---

| 3.138 66 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa Engler**
**6615 Sable Ridge Ln**
**Naples, FL 34109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,046.00**

---

| 3.138 67 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa G**
**237 Eldridge Street #13**
**New York, NY 10002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.138 68 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa G**
**6900 College Blvd Suite 325**
**Overland Park, KS 66211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$21.65**

---

| 3.138 69 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa Garrett**
**1753 W Ridgeway Ave Ste 107**
**Waterloo, IA 50701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$942.00**

---

| 3.138 70 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa Goduti**
**111 S Military St**
**Dollar General - Fedex Onsite**
**Loretto, TN 38469**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$275.00**

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.138**
**71**

**Nonpriority creditor's name and mailing address**
**Melissa Grindstaff**
**46224 Meadowbrook Drive**
**King City, CA 93930**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$70.00**

---

**3.138**
**72**

**Nonpriority creditor's name and mailing address**
**Melissa H**
**130 Malcolm X Blvd Apt 220**
**New York, NY 10026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.138**
**73**

**Nonpriority creditor's name and mailing address**
**Melissa Hawkins**
**3260 E 36th St**
**Tucson, AZ 85713**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$62.00**

---

**3.138**
**74**

**Nonpriority creditor's name and mailing address**
**Melissa Heinzer**
**4214 Cherry Hill Rd**
**Arlington, VA 22207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.138**
**75**

**Nonpriority creditor's name and mailing address**
**Melissa Hester**
**130 Malcolm X Blvd Apt 220**
**New York, NY 10026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.138**
**76**

**Nonpriority creditor's name and mailing address**
**Melissa Jurgens**
**133 Michaux Rd**
**Riverside, IL 60546**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$99.00**

---

**3.138**
**77**

**Nonpriority creditor's name and mailing address**
**Melissa King**
**200 Water St**
**1205**
**New York, NY 10038**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$295.00**

---

Debtor    **Phoeno Wine Company, Inc.**    Case number *(if known)* _____
_____
Name

---

**3.138 78**

**Nonpriority creditor's name and mailing address**

**Melissa Knutsen**
**2820 W 7th Ave**
**Apt 13**
**Spokane, WA 99224**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$197.00**

---

**3.138 79**

**Nonpriority creditor's name and mailing address**

**Melissa Kong**
**2303 W Wilcox St Apt 3e**
**Chicago, IL 60612**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.138 80**

**Nonpriority creditor's name and mailing address**

**Melissa L**
**108 E. 38th Street**
**16a**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.138 81**

**Nonpriority creditor's name and mailing address**

**Melissa L**
**1099 Washington St**
**C/O Walgreens**
**South Attleboro, MA 02703**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.138 82**

**Nonpriority creditor's name and mailing address**

**Melissa L**
**70 Highland Rd**
**North Haledon, NJ 07508**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.138 83**

**Nonpriority creditor's name and mailing address**

**Melissa Lemke**
**6300 Middle Rd**
**Temple, TX 76501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$566.00**

---

**3.138 84**

**Nonpriority creditor's name and mailing address**

**Melissa Licht**
**524 Creekside Ln**
**Mt Pleasant, PA 15666**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$166.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_   _____

---

| 3.138 85 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa Lizotte**
**183 Benjamin W Pickett St**
**South Portland, ME 04106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$174.00**

---

| 3.138 86 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa Lugo**
**7920 East Drive**
**Apt. 6**
**North Bay Village, FL 33141**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$95.00**

---

| 3.138 87 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa M**
**103 Sunny Dell Road**
**Landenberg, PA 19350**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

| 3.138 88 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa M**
**1243 Alpine Road #108**
**Walnut Creek, CA 94596**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$31.50**

---

| 3.138 89 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa M**
**20626 Hawthorne Blvd**
**Torrance, CA 90503**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.138 90 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa M**
**26 Trophy Rdg**
**San Antonio, TX 78258**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.138 91 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa M**
**9603 Rosalyn Glen Rd**
**Cornelius, NC 28031**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$9.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.138 92 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Melissa Martinek**
**1939 Sugar Maple Place**
**Bellbrook, OH 45305**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$931.00**

---

| 3.138 93 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Melissa Mastrodomenico**
**26 Trophy Rdg**
**San Antonio, TX 78258**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.138 94 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Melissa Mckechnie**
**550 Sussex Ct**
**Goleta, CA 93117**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$144.00**

---

| 3.138 95 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Melissa Mckechnie**
**550 Sussex Ct**
**Goleta, CA 93117**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$17.33**

---

| 3.138 96 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Melissa Mcrae**
**9603 Rosalyn Glen Rd**
**Cornelius, NC 28031**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

| 3.138 97 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Melissa Michael**
**110 Candlewycke Ln**
**Northampton, PA 18067**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$101.00**

---

| 3.138 98 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Melissa Nassar**
**29 Kent St**
**Rehoboth Beach, DE 19971**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$190.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
          Name

Case number *(if known)*   _____

---

| 3.138 99 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa Nowak**
**52 Eltham Dr**
**Amherst, NY 14226**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

| 3.139 00 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa O**
**7276 Rue Michael**
**La Jolla, CA 92037**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

| 3.139 01 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa Osorio**
**7276 Rue Michael**
**La Jolla, CA 92037**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$833.00**

---

| 3.139 02 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa P**
**200 Brannan St Apt 212**
**San Francisco, CA 94107**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$16.00**

---

| 3.139 03 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa Peyton**
**11 Bradford Ct**
**Fredericksburg, VA 22405**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$98.00**

---

| 3.139 04 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa Powers**
**200 Brannan St Apt 212**
**San Francisco, CA 94107**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,168.00**

---

| 3.139 05 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa Smith**
**286 Lakewood Dr**
**Waleska, GA 30183**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,156.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.139 06 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa Summerville**
**223 Chastain Ct**
**Jacksonville, NC 28546**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$52.00**

---

| 3.139 07 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa Trede**
**1727 Royal Crescent St**
**San Antonio, TX 78231**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$6,841.00**

---

| 3.139 08 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa Turloff**
**839 Paige Street**
**Houston, TX 77003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$64.00**

---

| 3.139 09 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa Uchida**
**72 Hoonani Pl**
**Hilo, HI 96720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$390.00**

---

| 3.139 10 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa W**
**1331sunset Drive**
**Jacksonville Beach, FL 32250**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$70.00**

---

| 3.139 11 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa Wallace**
**1314 Post Rd**
**Wakefield, RI 02879**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$99.00**

---

| 3.139 12 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mellisa R**
**10694 Rockfish Valley Hwy**
**Afton, VA 22920**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known)    _____
Name

| 3.139 13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$257.00** |

**Mellisa Root**
**10694 Rockfish Valley Hwy**
**Afton, VA 22920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$29.00** |

**Mellissa Sevigny**
**443 State Route 32**
**Highland Mills, NY 10930**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$140.00** |

**Melodie Ancona**
**10518 W 132 Nd Ct**
**Overland Park, KS 66213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$261.00** |

**Melody Finkelstein**
**325 Piermont Road**
**Closter, NJ 07624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$40.00** |

**Melody Hsiou**
**3625 Ridgeford Dr**
**Westlake Village, CA 91361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$23.00** |

**Melody King**
**1404 Beech St**
**Valparaiso, IN 46383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12.00** |

**Melody S**
**2 Bluff Pointe Way**
**Aiken, SC 29803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.139 20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$229.00** |

**Melody Sheehan**
**2 Bluff Pointe Way**
**Aiken, SC 29803**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,038.00** |

**Melody Thompson**
**112 Strother Place**
**St. Simons Island, GA 31522**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$489.00** |

**Melvin Davis**
**3819 Bayou Bend Ct**
**Sugar Land, TX 77479**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8.00** |

**Melvin L**
**7925 Golden Springs Lane**
**Vallejo, CA 94591**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,316.00** |

**Melvin Laguren**
**7925 Golden Springs Lane**
**Vallejo, CA 94591**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$198.00** |

**Melynda Kuhnle**
**34801 Valley Hill Ln**
**Eustis, FL 32736**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |

**Mercedes P**
**2425 Coral Way, Apt 504**
**Coral Gables, FL 33145**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.139 27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$122.00** |

**Mercy Romo**
**66 W Flagler St # 6**
**Miami, FL 33130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,964.00** |

**Meredith Brown**
**25 Hickory Pl Apt A29**
**Chatham, NJ 07928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$615.00** |

**Meredith Friedman**
**1228 South Main Street**
**St. Charles, MO 63301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |

**Meredith J**
**375 W Lloyd St**
**Pensacola, FL 32501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19.00** |

**Meredith K**
**9008 Piney Grove Dr**
**Fairfax, VA 22031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$300.00** |

**Meredith Kozikowski**
**9008 Piney Grove Dr**
**Fairfax, VA 22031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$545.00** |

**Meredith Kyle**
**6895 Aldridge Rd**
**Victor, NY 14564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | |
|---|---|
| 3.139<br>34 | **$2,045.00** |

**Nonpriority creditor's name and mailing address**
**Meredith Marash**
**81 Fleet Pl Apt 3I**
**Brooklyn, NY 11201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.139<br>35 | **$7,263.00** |

**Nonpriority creditor's name and mailing address**
**Meredith Moore**
**19003 Greenview Glen Dr**
**Cypress, TX 77433**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.139<br>36 | **$612.00** |

**Nonpriority creditor's name and mailing address**
**Meredith Moran**
**1818 N Whipple St**
**Chicago, IL 60647**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.139<br>37 | **$32.00** |

**Nonpriority creditor's name and mailing address**
**Meredith Tsebetzis**
**17436 Rosella Road**
**Meredith Tsebetzis**
**Boca Raton, FL 33496**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.139<br>38 | **$59.40** |

**Nonpriority creditor's name and mailing address**
**Meriah B**
**9132 Little Horse Ave**
**Las Vegas, NV 89143**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.139<br>39 | **$30.00** |

**Nonpriority creditor's name and mailing address**
**Meriden S**
**170 Clydesdale Ct Sw**
**Grand Rapids, MI 49534**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.139<br>40 | **$2,462.00** |

**Nonpriority creditor's name and mailing address**
**Meriden Smucker**
**170 Clydesdale Ct Sw**
**Grand Rapids, MI 49534**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Phoeno Wine Company, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.139 41**

**Nonpriority creditor's name and mailing address**

**Meridith Haskins**
**16 Wishing Well Ln**
**Rexford, NY 12148**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$148.00**

---

**3.139 42**

**Nonpriority creditor's name and mailing address**

**Merrill Pauls**
**801 N. Bird St.**
**Alpine, TX 79830**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$351.00**

---

**3.139 43**

**Nonpriority creditor's name and mailing address**

**Mert K**
**5860 Tortuga Cmn**
**Livermore, CA 94551**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$20.00**

---

**3.139 44**

**Nonpriority creditor's name and mailing address**

**Merter A**
**2120 Emmorton Park Rd Ste D**
**Edgewood, MD 21040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$10.00**

---

**3.139 45**

**Nonpriority creditor's name and mailing address**

**Merter Akbay**
**2120 Emmorton Park Rd Ste D**
**Edgewood, MD 21040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,136.00**

---

**3.139 46**

**Nonpriority creditor's name and mailing address**

**Meryl Robertson**
**3232 168th Street**
**Flushing, NY 11358**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$578.00**

---

**3.139 47**

**Nonpriority creditor's name and mailing address**

**Meyer Jonathan**
**200 Burke Pl**
**Jefferson City, MO 65109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$2,294.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

| 3.139<br>48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$178.00** |
|---|---|---|---|

**Mi Ma**
**86 Smugglers Path**
**Riverhead, NY 11901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139<br>49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150.00** |
|---|---|---|---|

**Mia Arnett**
**1215 Sawyer St Apt 254**
**Houston, TX 77007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139<br>50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mia Taboga**
**1305 Sheridan Blvd**
**Brigantine, NJ 08203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139<br>51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$87.00** |
|---|---|---|---|

**Mica Hawthorne**
**8603 Blue Ridge Trail**
**Richmond, TX 77406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139<br>52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$400.00** |
|---|---|---|---|

**Micah Dawson**
**3165 Center St #1**
**Miami, FL 33133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139<br>53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,050.00** |
|---|---|---|---|

**Micah Jones**
**289 Martina Drive**
**Chambersburg, PA 17201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139<br>54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$134.00** |
|---|---|---|---|

**Micah Mallace**
**152 6th Ave**
**Mount Pleasant, SC 29464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

| 3.139 55 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Micah S**
**44421 Gordon Ln**
**Mendocino, CA 95460**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☐ No  ☐ Yes

**$1,378.98**

---

| 3.139 56 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Micah Sears**
**44421 Gordon Ln**
**Mendocino, CA 95460**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☐ No  ☐ Yes

**$209.00**

---

| 3.139 57 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael A**
**11301 Gravitation Dr**
**Las Vegas, NV 89135**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☐ No  ☐ Yes

**$40.00**

---

| 3.139 58 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael A**
**305 East 51st Street**
**4g**
**New York, NY 10022**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☐ No  ☐ Yes

**$50.00**

---

| 3.139 59 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael A**
**4348 Falcon Ln**
**Carrollton, TX 75010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☐ No  ☐ Yes

**$60.00**

---

| 3.139 60 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael A**
**4820 Kensington Park Blvd**
**Orlando, FL 32819**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☐ No  ☐ Yes

**$50.00**

---

| 3.139 61 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Albee**
**7254 E. Lewis Ave**
**Scottsdale, AZ 85257**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☐ No  ☐ Yes

**$280.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
Name

| | |
|---|---|

**3.139 62**

**Nonpriority creditor's name and mailing address**

**Michael Albin**
**5338 N 205th Dr**
**Buckeye, AZ 85396**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                    **$45.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139 63**

**Nonpriority creditor's name and mailing address**

**Michael Allen**
**9 Vassar Dr**
**Milford, MA 01757**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                    **$267.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139 64**

**Nonpriority creditor's name and mailing address**

**Michael Altieri**
**5424 W 142nd St**
**Hawthorne, CA 90250**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                    **$39.32**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139 65**

**Nonpriority creditor's name and mailing address**

**Michael Angoli**
**203 N La Salle St Ste 2000**
**Chicago, IL 60601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                    **$7,504.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139 66**

**Nonpriority creditor's name and mailing address**

**Michael Annunziata**
**1907 La Corona Ct**
**Los Gatos, CA 95032**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139 67**

**Nonpriority creditor's name and mailing address**

**Michael Ardente**
**11 Brooks Dr**
**Braintree, MA 02184**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                    **$168.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139 68**

**Nonpriority creditor's name and mailing address**

**Michael Arndt**
**5609 Sunset Blvd Ste D**
**Lexington, SC 29072**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                    **$68.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 3.139 69 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30.00** |
| **Michael Arrieta** | ☐ Contingent | |
| **706 Elvira Ave # A** | ☐ Unliquidated | |
| **Redondo Beach, CA 90277** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.139 70 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$235.00** |
| **Michael Arton** | ☐ Contingent | |
| **225 Maple Branch St** | ☐ Unliquidated | |
| **Lafayette, LA 70508** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.139 71 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |
| **Michael B** | ☐ Contingent | |
| **C/O Walgreens Aldrich Shopping Center** | ☐ Unliquidated | |
| **4011 U.S. Route 9** | ☐ Disputed | |
| **Howell, NJ 07731** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.139 72 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30.00** |
| **Michael B** | ☐ Contingent | |
| **1044 Walt Whitman Way** | ☐ Unliquidated | |
| **Virginia Beach, VA 23455** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.139 73 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$166.00** |
| **Michael B** | ☐ Contingent | |
| **1224 West Labrador Ct** | ☐ Unliquidated | |
| **Hernando, FL 34442** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.139 74 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |
| **Michael B** | ☐ Contingent | |
| **1434 Mayfair Ln** | ☐ Unliquidated | |
| **Grayslake, IL 60030** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.139 75 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |
| **Michael B** | ☐ Contingent | |
| **1455 Overlook Ridge Dr** | ☐ Unliquidated | |
| **Belton, TX 76513** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor     **Phoeno Wine Company, Inc.**
_____     Case number _(if known)_ _____
              Name

| | | |
|---|---|---|

**3.139 76**

**Nonpriority creditor's name and mailing address**

**Michael B**
**208 Eagle Dr**
**Nicholasville, KY 40356**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.139 77**

**Nonpriority creditor's name and mailing address**

**Michael B**
**213 Columbia St Apt 1a**
**Brooklyn, NY 11231**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$65.00**

---

**3.139 78**

**Nonpriority creditor's name and mailing address**

**Michael B**
**2601 S Pavilion Center Dr #1230**
**Las Vegas, NV 89135**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$12.60**

---

**3.139 79**

**Nonpriority creditor's name and mailing address**

**Michael B**
**2923 East 18th Street**
**Davenport, IA 52803**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.139 80**

**Nonpriority creditor's name and mailing address**

**Michael B**
**325 Cleveland Rd**
**Dock 4**
**Bogart, GA 30622**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$125,058.54**

---

**3.139 81**

**Nonpriority creditor's name and mailing address**

**Michael B**
**4326 Kingswood Dr**
**Concord, CA 94518**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

**3.139 82**

**Nonpriority creditor's name and mailing address**

**Michael B**
**4640 North 66th Street**
**Scottsdale, AZ 85251**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.139 83**

**Nonpriority creditor's name and mailing address**

**Michael B**
**6516 Roy Shafer Rd.**
**Middletown, MD 21769**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.139 84**

**Nonpriority creditor's name and mailing address**

**Michael B**
**8 Kinder Lane**
**River Ridge, LA 70123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.139 85**

**Nonpriority creditor's name and mailing address**

**Michael Bachrach**
**720 Fort Washington Ave Apt 4s**
**New York, NY 10040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$353.00**

---

**3.139 86**

**Nonpriority creditor's name and mailing address**

**Michael Barcellos**
**11 Lorin Dr**
**Wilmington, MA 01887**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$439.00**

---

**3.139 87**

**Nonpriority creditor's name and mailing address**

**Michael Baron**
**47 Lenox Ct**
**Montville, NJ 07045**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$347.00**

---

**3.139 88**

**Nonpriority creditor's name and mailing address**

**Michael Bates**
**1910 Drake Dr**
**Oakland, CA 94611**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$850.00**

---

**3.139 89**

**Nonpriority creditor's name and mailing address**

**Michael Beauchamp**
**8610 Louetta Rd Ste C**
**Spring, TX 77379**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

Debtor   **Phoeno Wine Company, Inc.**                          Case number *(if known)* _____
_____
Name

---

**3.139 90**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Michael Beltran**
**231 Albert Sabin Way Rm 5553**
**Dept Of Orthopaedics**
**Cincinnati, OH 45267**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.139 91**

**Nonpriority creditor's name and mailing address**

**Michael Bennett**
**2063 River Heritage Blvd**
**Dumfries, VA 22026**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$711.00**

---

**3.139 92**

**Nonpriority creditor's name and mailing address**

**Michael Benthin**
**6905 Gregory Ct NE**
**Rio Rancho, NM 87144**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$388.00**

---

**3.139 93**

**Nonpriority creditor's name and mailing address**

**Michael Birch**
**1434 Mayfair Ln**
**Grayslake, IL 60030**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$225.00**

---

**3.139 94**

**Nonpriority creditor's name and mailing address**

**Michael Blair**
**12407 N Mo Pac Expy**
**Ste 250-370**
**Austin, TX 78758**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.139 95**

**Nonpriority creditor's name and mailing address**

**Michael Bober**
**434 NE 5th Court**
**Boca Raton, FL 33432**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,212.00**

---

**3.139 96**

**Nonpriority creditor's name and mailing address**

**Michael Bodine**
**67 Manning Boulevard**
**1**
**Albany, NY 12203**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,502.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name                                                    Case number (if known)

---

**3.139 97**

**Nonpriority creditor's name and mailing address**

**Michael Booth**
**8 Rippling Brook Ct**
**Silver Spring, MD 20906**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

**3.139 98**

**Nonpriority creditor's name and mailing address**

**Michael Brady**
**741 Walkabout Cir W Apt 1a**
**Carmel, IN 46032**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

**3.139 99**

**Nonpriority creditor's name and mailing address**

**Michael Brandes**
**1810 Dresden Dr NE**
**Brookhaven, GA 30319**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$251.00**

---

**3.140 00**

**Nonpriority creditor's name and mailing address**

**Michael Braun**
**213 Columbia St Apt 1a**
**Brooklyn, NY 11231**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$126.00**

---

**3.140 01**

**Nonpriority creditor's name and mailing address**

**Michael Brennan**
**1455 Overlook Ridge Dr**
**Belton, TX 76513**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,538.00**

---

**3.140 02**

**Nonpriority creditor's name and mailing address**

**Michael Brown**
**340 Northern Blvd**
**Germantown, NY 12526**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,222.00**

---

**3.140 03**

**Nonpriority creditor's name and mailing address**

**Michael Bryan**
**1037 Lilac Ct NE**
**Grand Rapids, MI 49503**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$26.00**

---

Debtor    **Phoeno Wine Company, Inc.**                          Case number *(if known)*
_____              _____
Name

---

| 3.140 04 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$989.00** |

**Nonpriority creditor's name and mailing address**
**Michael Buerger**
**4326 Kingswood Dr**
**Concord, CA 94518**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☐ No  ☐ Yes

**$989.00**

---

**3.140 05**

**Nonpriority creditor's name and mailing address**
**Michael Burns**
**102 Old Barn Ln**
**Sagaponack, NY 11962**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

**$11,433.00**

---

**3.140 06**

**Nonpriority creditor's name and mailing address**
**Michael Burns**
**240 Route 108 # 3127**
**Somersworth, NH 03878**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

**$151,661.00**

---

**3.140 07**

**Nonpriority creditor's name and mailing address**
**Michael Burns**
**760 Mountain Laurel Dr**
**Prosper, TX 75078**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

**$135.00**

---

**3.140 08**

**Nonpriority creditor's name and mailing address**
**Michael C**
**105 E Lahon St**
**Park Ridge, IL 60068**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No  ☐ Yes

**$33.00**

---

**3.140 09**

**Nonpriority creditor's name and mailing address**
**Michael C**
**10715 Featherwalk Way**
**Highlands Ranch, CO 80126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No  ☐ Yes

**$75.00**

---

**3.140 10**

**Nonpriority creditor's name and mailing address**
**Michael C**
**14238 N Silverleaf Lane**
**Marana, AZ 85658**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No  ☐ Yes

**$10.00**

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.140<br>11 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
| **Michael C** | ☐ Contingent | |
| **21125 Protecta Drive** | ☐ Unliquidated | |
| **Elkhart, IN 46516** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim: Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.140<br>12 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30.00** |
| **Michael C** | ☐ Contingent | |
| **2167 2nd Ave Apt 9a** | ☐ Unliquidated | |
| **New York, NY 10029** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim: Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.140<br>13 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
| **Michael C** | ☐ Contingent | |
| **2230 Farrell Ct** | ☐ Unliquidated | |
| **Merrick, NY 11566** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim: Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.140<br>14 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11.00** |
| **Michael C** | ☐ Contingent | |
| **398 Adams St.** | ☐ Unliquidated | |
| **Newark, NJ 07114** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim: Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.140<br>15 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$690.26** |
| **Michael C** | ☐ Contingent | |
| **527 Prospect Ave** | ☐ Unliquidated | |
| **Mamaroneck, NY 10543** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim: Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.140<br>16 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10.00** |
| **Michael C** | ☐ Contingent | |
| **550 3rd Ave Ste 1** | ☐ Unliquidated | |
| **Kingston, PA 18704** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim: Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.140<br>17 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
| **Michael C** | ☐ Contingent | |
| **612 Cobblestone Rd** | ☐ Unliquidated | |
| **Williamstown, NJ 08094** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim: Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

**3.140 18**

**Nonpriority creditor's name and mailing address**

**Michael C**
**6707 Elvedon Dr.**
**Dallas, TX 75248**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.140 19**

**Nonpriority creditor's name and mailing address**

**Michael Calabrese**
**615 Woodfield Rd**
**Wyckoff, NJ 07481**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$259.00**

---

**3.140 20**

**Nonpriority creditor's name and mailing address**

**Michael Cano**
**600 East California Blvd**
**Pasadena, CA 91106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$7,716.00**

---

**3.140 21**

**Nonpriority creditor's name and mailing address**

**Michael Capra**
**2815 Marmaris Dr**
**Jacksonville, FL 32246**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$293.00**

---

**3.140 22**

**Nonpriority creditor's name and mailing address**

**Michael Carrosquilla**
**1316 Mary's Cove**
**New Braunfels, TX 78130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,128.00**

---

**3.140 23**

**Nonpriority creditor's name and mailing address**

**Michael Caruso**
**13532 Bay Lake Ln**
**Tampa, FL 33618**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$432.00**

---

**3.140 24**

**Nonpriority creditor's name and mailing address**

**Michael Cattanach**
**1622 King St**
**Denver, CO 80204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$316.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                              Case number *(if known)* _____

| 3.140 25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,484.00** |
|---|---|---|---|

**Michael Chave**
**600 Alliston Ct**
**Las Vegas, NV 89144**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$688.00** |
|---|---|---|---|

**Michael Christie**
**1212 S Duncan Ave**
**Clearwater, FL 33756**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,183.00** |
|---|---|---|---|

**Michael Ciccolo**
**23 Yellow Pine Lane**
**Sunriver, OR 97707**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$245.00** |
|---|---|---|---|

**Michael Ciccone**
**2457 Heronwood Dr**
**Bloomfield Hills, MI 48302**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,782.00** |
|---|---|---|---|

**Michael Coleman**
**10715 Featherwalk Way**
**Highlands Ranch, CO 80126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$999.00** |
|---|---|---|---|

**Michael Concannon**
**6707 Elvedon Dr.**
**Dallas, TX 75248**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$395.00** |
|---|---|---|---|

**Michael Conconi**
**10541 Boca Canyon Dr**
**Santa Ana, CA 92705**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| 3.140 32 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Coronado**
**28011 Camino Del Rio**
**Courtyard C**
**San Juan Capistrano, CA 92675**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$63.00**

---

| 3.140 33 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Cortes**
**398 Adams St.**
**Newark, NJ 07114**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

| 3.140 34 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Costello**
**527 Prospect Ave**
**Mamaroneck, NY 10543**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$17,017.00**

---

| 3.140 35 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Crain**
**320 Skyline Pkwy**
**Athens, GA 30606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.140 36 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Crane**
**845 Third Ave**
**New York, NY 10022**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

| 3.140 37 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Cunningham**
**1811 Huntington Hills Ln NW**
**Atlanta, GA 30309**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$650.00**

---

| 3.140 38 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Curley**
**909 Oregon St**
**Orlando, FL 32803**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$6,225.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_    _____
Name

| 3.140 39 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michael D**
**1069 Capp St.**
**#1**
**San Francisco, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.140 40 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michael D**
**140 Alton Avenue**
**San Francisco, CA 94116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.140 41 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michael D**
**2 Frances Ln**
**Scotch Plains, NJ 07076**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.140 42 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michael D**
**2635 Jupiter Dr Sw**
**Powder Springs, GA 30127**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

| 3.140 43 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michael D**
**313 Park Ave**
**Rutherford, NJ 07070**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$48.00**

---

| 3.140 44 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michael D**
**3343 Jackson St**
**San Francisco, CA 94118**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.140 45 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michael D**
**8699 E Windrose Dr**
**Scottsdale, AZ 85260**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 3.140 46 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael D**
**9255 Forest Estates Cv**
**Germantown, TN 38139**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$50.00**

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 47 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Daconti**
**12 Autumn Ln**
**Hackettstown, NJ 07840**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$84.00**

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 48 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Dadlani**
**4304 Chateau Ridge Rd**
**Castle Rock, CO 80108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$174.00**

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 49 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Damico**
**2474 Decatur St**
**Denver, CO 80211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$64.00**

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 50 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Dangelo**
**1705 Catalpa Ct**
**Thompsons Station, TN 37179**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$853.00**

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 51 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Danzer**
**650 Josephine St**
**Denver, CO 80206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,083.00**

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 52 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Daughters**
**1001 Meador Ave**
**Haskell Corp**
**Bellingham, WA 98229**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$811.00**

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
Name

---

| 3.140 53 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Davidson**
**313 Park Ave**
**Rutherford, NJ 07070**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$15,143.00**

---

| 3.140 54 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Davis**
**1600 Soscol Avenue**
**Napa, CA 94559**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$88.00**

---

| 3.140 55 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Deamer**
**2789 Harrison St.**
**Apt. 7**
**San Francisco, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$186.00**

---

| 3.140 56 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Deavers**
**19216 Olde Waterford Rd**
**Hagerstown, MD 21742**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$6,871.00**

---

| 3.140 57 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Degroot**
**79 Bay Shore Ave**
**Reedville, VA 22539**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,054.00**

---

| 3.140 58 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Deshaw**
**14743 Se 189th Pl**
**Renton, WA 98058**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$32.00**

---

| 3.140 59 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Detorre**
**448 W Menomonee St Unit 2**
**Chicago, IL 60614**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$36.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.140 60 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Devizio**
**2 Frances Ln**
**Scotch Plains, NJ 07076**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$616.00**

---

| 3.140 61 |

**Nonpriority creditor's name and mailing address**

**Michael Dimitriou**
**206 Grant Ave**
**Clarendon Hills, IL 60514**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$457.00**

---

| 3.140 62 |

**Nonpriority creditor's name and mailing address**

**Michael Dimmitt**
**6501 Stacey Hollow Way**
**Lafayette, IN 47905**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,915.00**

---

| 3.140 63 |

**Nonpriority creditor's name and mailing address**

**Michael Disser**
**417 Heatherwood Ln**
**Devon, PA 19333**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$356.00**

---

| 3.140 64 |

**Nonpriority creditor's name and mailing address**

**Michael Dodd**
**355 Cortona Dr**
**West Lake Hills, TX 78746**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$54.00**

---

| 3.140 65 |

**Nonpriority creditor's name and mailing address**

**Michael Dorrie**
**5 Alexandra Ln**
**Long Valley, NJ 07853**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.140 66 |

**Nonpriority creditor's name and mailing address**

**Michael Dostie**
**9301 Old Kings Rd S**
**Jacksonville, FL 32257**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$9,051.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.140 67 | |

**Nonpriority creditor's name and mailing address**
**Michael Dostie**
**9301 Old Kings Rd S**
**Jacksonville, FL 32257**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,975.00**

---

| | |
|---|---|
| 3.140 68 | |

**Nonpriority creditor's name and mailing address**
**Michael Downey**
**102 Lois Ln**
**Vallejo, CA 94590**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.140 69 | |

**Nonpriority creditor's name and mailing address**
**Michael Dyer**
**7101 Granby St**
**Njrotc**
**Norfolk, VA 23505**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$29.00**

---

| | |
|---|---|
| 3.140 70 | |

**Nonpriority creditor's name and mailing address**
**Michael E**
**12 30th Ave**
**Isle Of Palms, SC 29451**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$30.00**

---

| | |
|---|---|
| 3.140 71 | |

**Nonpriority creditor's name and mailing address**
**Michael E**
**13383 Lone Bend Rd**
**Jamestown, CA 95327**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$6.95**

---

| | |
|---|---|
| 3.140 72 | |

**Nonpriority creditor's name and mailing address**
**Michael E**
**8571 Christine Ct**
**Bridgeville, PA 15017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$14.00**

---

| | |
|---|---|
| 3.140 73 | |

**Nonpriority creditor's name and mailing address**
**Michael Earls**
**709 Guardbridge Ct**
**Birmingham, AL 35242**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$205.00**

---

Debtor   **Phoeno Wine Company, Inc.**
         _____
         Name                                              Case number *(if known)*   _____

| | |
|---|---|
| **3.140 74** | |

**Nonpriority creditor's name and mailing address**

**Michael Eatmon**
**8571 Christine Ct**
**Bridgeville, PA 15017**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$9,457.00**

---

| | |
|---|---|
| **3.140 75** | |

**Nonpriority creditor's name and mailing address**

**Michael Ehart**
**9720 55th Street Ct W**
**University Place, WA 98467**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$33.00**

---

| | |
|---|---|
| **3.140 76** | |

**Nonpriority creditor's name and mailing address**

**Michael Ellington**
**11020 South Country Squire St**
**Houston, TX 77602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$126.00**

---

| | |
|---|---|
| **3.140 77** | |

**Nonpriority creditor's name and mailing address**

**Michael Ellison**
**1985 Avery Way**
**Castle Rock, CO 80109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$647.00**

---

| | |
|---|---|
| **3.140 78** | |

**Nonpriority creditor's name and mailing address**

**Michael Erickson**
**7227 10th St N**
**Saint Petersburg, FL 33702**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$330.00**

---

| | |
|---|---|
| **3.140 79** | |

**Nonpriority creditor's name and mailing address**

**Michael Eriksen**
**12 30th Ave**
**Isle Of Palms, SC 29451**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$68.00**

---

| | |
|---|---|
| **3.140 80** | |

**Nonpriority creditor's name and mailing address**

**Michael Esposito**
**13383 Lone Bend Rd**
**Jamestown, CA 95327**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$428.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____     Case number (if known) _____
Name

| 3.140 81 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michael F**
**6586 S Garfield Way**
**Centennial, CO 80121**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$11.00**

---

| 3.140 82 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michael F**
**946 E Legendary Run**
**Cincinnati, OH 45245**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$27.00**

---

| 3.140 83 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michael Farmer**
**4800 Falls Of NEuse Rd Ste 400**
**Raleigh, NC 27609**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$695.00**

---

| 3.140 84 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michael Fein**
**946 E Legendary Run**
**Cincinnati, OH 45245**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

| 3.140 85 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michael Ferguson**
**8 Dewey Rd**
**Bedford, MA 01730**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$12,624.00**

---

| 3.140 86 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michael Filiaggi**
**8406 Mesa Doble Ln**
**Austin, TX 78759**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$693.05**

---

| 3.140 87 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michael Fin**
**3290 Beazer Dr**
**Ocoee, FL 34761**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$19,267.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.140 88 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Finch**
**1321 Plantation Drive**
**Bethel Park, PA 15102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$235.00**

---

| 3.140 89 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Flaherty**
**910 Park Walk Ave**
**Las Vegas, NV 89123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,541.00**

---

| 3.140 90 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Fletcher**
**824 Fall River Trail**
**Vacaville, CA 95687**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$461.00**

---

| 3.140 91 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael G**
**12015 Sw 94th Ter**
**Miami, FL 33186**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$16.00**

---

| 3.140 92 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael G**
**1221 Hillsboro Mile**
**41b**
**Hillsboro Beach, FL 33062**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.140 93 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael G**
**13 Frontier Trail**
**Manorville, NY 11949**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.140 94 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael G**
**19370 N 270th Ln**
**Buckeye, AZ 85396**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$16.00**

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  **Phoeno Wine Company, Inc.**
　　　　　Name

Case number *(if known)* _____

---

| 3.140 |
|-------|
| 95    |

**Nonpriority creditor's name and mailing address**
**Michael G**
**704 Beech St**
**Rome, NY 13440**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.140 |
|-------|
| 96    |

**Nonpriority creditor's name and mailing address**
**Michael G**
**738 Scovell Dr**
**Lewiston, NY 14092**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.140 |
|-------|
| 97    |

**Nonpriority creditor's name and mailing address**
**Michael Galas**
**8012 Glenbrook Rd**
**Bethesda, MD 20814**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

| 3.140 |
|-------|
| 98    |

**Nonpriority creditor's name and mailing address**
**Michael Gallagher**
**4848 Lemmon Ave Ste 100**
**The UPS Store**
**Dallas, TX 75219**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$14,552.00**

---

| 3.140 |
|-------|
| 99    |

**Nonpriority creditor's name and mailing address**
**Michael Gardner**
**19370 N 270th Ln**
**Buckeye, AZ 85396**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$248.00**

---

| 3.141 |
|-------|
| 00    |

**Nonpriority creditor's name and mailing address**
**Michael Gary**
**13 Frontier Trail**
**Manorville, NY 11949**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,838.00**

---

| 3.141 |
|-------|
| 01    |

**Nonpriority creditor's name and mailing address**
**Michael George**
**11101 8th Ave**
**Pleasant Prairie, WI 53158**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,247.00**

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

**3.141 02**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | $28.00 |

**Michael Gioia**
**405 W 118th St Apt 3**
**New York, NY 10027**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141 03**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | $114.00 |

**Michael Gligic**
**4855 Cadiz Cir**
**Palm Beach Gardens, FL 33418**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141 04**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | $127.00 |

**Michael Gonzalez**
**12015 Sw 94th Ter**
**Miami, FL 33186**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141 05**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | $11,944.00 |

**Michael Gorman**
**1643 Orinda Place**
**West Sacramento, CA 95691**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141 06**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | $418.00 |

**Michael Gormley**
**409 Brown Rd**
**Lenore, ID 83541**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141 07**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | $162.00 |

**Michael Graves**
**251 Sr 523**
**Texico, NM 88135**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141 08**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | $868.00 |

**Michael Grimes**
**395 Bergen Blvd**
**Oradell, NJ 07649**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_ _____
Name

| 3.141<br>09 | **Nonpriority creditor's name and mailing address**<br>**Michael Guiliano**<br>**704 Beech St**<br>**Rome, NY 13440** | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$340.00** |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.141<br>10 | **Nonpriority creditor's name and mailing address**<br>**Michael Gustafson**<br>**12879 Harbor Blvd Ste N1**<br>**Garden Grove, CA 92840** | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$401.00** |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.141<br>11 | **Nonpriority creditor's name and mailing address**<br>**Michael H**<br>**111 Raphael Dr**<br>**Cary, NC 27511** | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2.00** |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.141<br>12 | **Nonpriority creditor's name and mailing address**<br>**Michael H**<br>**2427 Fort Scott Dr**<br>**Arlington, VA 22202** | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$17.00** |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.141<br>13 | **Nonpriority creditor's name and mailing address**<br>**Michael H**<br>**24461 Bass Blvd**<br>**Harlingen, TX 78552** | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$100.00** |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.141<br>14 | **Nonpriority creditor's name and mailing address**<br>**Michael H**<br>**2604 Stone Creek Dr**<br>**Plano, TX 75075** | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$15.00** |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.141<br>15 | **Nonpriority creditor's name and mailing address**<br>**Michael H**<br>**2985 Shiloh Rd**<br>**Villa Ridge, IL 62996** | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10.00** |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.141 | |
|-------|--|
| 16 | |

**Nonpriority creditor's name and mailing address**

**Michael H**
**3744 San Viscaya Dr**
**Jacksonville, FL 32217**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

| 3.141 | |
|-------|--|
| 17 | |

**Nonpriority creditor's name and mailing address**

**Michael H**
**4365 Executive Dr Ste 950**
**San Diego, CA 92121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

| 3.141 | |
|-------|--|
| 18 | |

**Nonpriority creditor's name and mailing address**

**Michael H**
**5213 Sw 22nd Pl**
**Cape Coral, FL 33914**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.141 | |
|-------|--|
| 19 | |

**Nonpriority creditor's name and mailing address**

**Michael H**
**73-4342 Lihilihi Pl**
**Kailua Kona, HI 96740**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| 3.141 | |
|-------|--|
| 20 | |

**Nonpriority creditor's name and mailing address**

**Michael Haag**
**220 Milpass Dr**
**Holly Springs, NC 27540**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$37.00**

---

| 3.141 | |
|-------|--|
| 21 | |

**Nonpriority creditor's name and mailing address**

**Michael Halaburka**
**605 Lowell Drive**
**Endicott, NY 13760**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$403.00**

---

| 3.141 | |
|-------|--|
| 22 | |

**Nonpriority creditor's name and mailing address**

**Michael Hale**
**4512 Hitching Post Ln**
**Plano, TX 75024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$44.00**

---

Debtor  **Phoeno Wine Company, Inc.**                                Case number *(if known)* _____
_____
Name

| 3.141 23 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$160.00**

**Michael Hall**
**14550 E 9 Mile Rd**
**Eastpointe, MI 48021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 24 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$10,454.00**

**Michael Hall**
**2427 Fort Scott Dr**
**Arlington, VA 22202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 25 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$1,276.00**

**Michael Halliday**
**7221 N Leonard St**
**Portland, OR 97203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 26 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$352.00**

**Michael Hallowell**
**126 Avondale Road**
**Ridgewood, NJ 07450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 27 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$2,143.00**

**Michael Hally**
**1899 Mountain Rd**
**Piecasso**
**Stowe, VT 05672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 28 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**Michael Hansen**
**1524 N King George Ct**
**Palatine, IL 60067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 29 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$395.00**

**Michael Harrell**
**17516 W 111th Place**
**Olathe, KS 66061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

| 3.141 30 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michael Harris**
**5254 W. 127th Street**
**Hawthorne, CA 90250**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$243.02**

---

| 3.141 31 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michael Hawkinberry**
**3637 Pebble Beach Dr**
**Martinez, GA 30907**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,500.00**

---

| 3.141 32 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michael Healy**
**4365 Executive Dr Ste 950**
**San Diego, CA 92121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$365.00**

---

| 3.141 33 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michael Hein**
**4133 W Platte River Dr**
**Doniphan, NE 68832**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$514.00**

---

| 3.141 34 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michael Hendrickson**
**4264 Alta Vista Court**
**Oceanside, CA 92057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$177.00**

---

| 3.141 35 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michael Henning**
**111 Raphael Dr**
**Cary, NC 27511**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$450.00**

---

| 3.141 36 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michael Hewson**
**12803 Eaglepath Ln**
**Knoxville, TN 37922**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor   **Phoeno Wine Company, Inc.**

_____   Case number (if known)   _____
        Name

| 3.141 37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$461.00** |

**Michael Hocker**
**24461 Bass Blvd**
**Harlingen, TX 78552**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Michael Hofstedt**
**73-4342 Lihilihi Pl**
**Kailua Kona, HI 96740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$640.00** |

**Michael Hogan**
**3055 Bellingrath Blvd**
**Roswell, GA 30076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$62.00** |

**Michael Hogendobler**
**2985 Shiloh Rd**
**Villa Ridge, IL 62996**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,706.00** |

**Michael Houle**
**33 Jerome Ave**
**Bristol, CT 06010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$409.00** |

**Michael Huntting**
**2604 Stone Creek Dr**
**Plano, TX 75075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,861.00** |

**Michael Husted**
**19600 Flying J Blvd**
**Spicewood, TX 78669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number _(if known)_   _____
       Name

| 3.141 44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$18.00** |

**Michael I**
**9 Russell St**
**Ballston Spa, NY 12020**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$1,908.00** |

**Michael Iacolucci**
**9 Russell St**
**Ballston Spa, NY 12020**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$45.00** |

**Michael Iafrato**
**3771 E 62nd St**
**Indianapolis, IN 46220**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$255.01** |

**Michael Iafrato**
**3771 E 62nd St**
**Indianapolis, IN 46220**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$25.00** |

**Michael Ignatow**
**7701 Southland Blvd Ste 303**
**Orlando, FL 32809**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$26.00** |

**Michael Imhoff**
**2005 E Beverly Rd**
**Milwaukee, WI 53211**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$6,441.00** |

**Michael J**
**St. Joseph's University Medical Center -**
**703 Main Street**
**Paterson, NJ 07503**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
         Name                                                    Case number *(if known)*

| | | |
|---|---|---|
| 3.141 51 | | |

**Nonpriority creditor's name and mailing address**
**Michael J**
**1440 Carrollton Pkwy #16210**
**Carrollton, TX 75010**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*           **$25.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.141 52 | |

**Nonpriority creditor's name and mailing address**
**Michael J Conway**
**St. Joseph's University Medical Center -**
**703 Main Street**
**Paterson, NJ 07503**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$3,257.75**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.141 53 | |

**Nonpriority creditor's name and mailing address**
**Michael Jamison**
**521 Fir St Apt 23**
**Brookings, OR 97415**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$15,499.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.141 54 | |

**Nonpriority creditor's name and mailing address**
**Michael Janes**
**3575 S Lariat Loop**
**Flagstaff, AZ 86005**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$470.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.141 55 | |

**Nonpriority creditor's name and mailing address**
**Michael Jarmuz**
**1200 Euclid Avenue**
**201**
**Miami Beach, FL 33139**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*           **$76.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.141 56 | |

**Nonpriority creditor's name and mailing address**
**Michael Jennings**
**2686 Laubach Dr**
**Norton, OH 44203**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*         **$2,804.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.141 57 | |

**Nonpriority creditor's name and mailing address**
**Michael Johnson**
**108 Addingtons**
**Williamsburg, VA 23188**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*           **$50.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.141**
**58**

**Nonpriority creditor's name and mailing address**

**Michael Johnson**
**11433 Starlight Ranch Trl**
**Haslet, TX 76052**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$716.00**

---

**3.141**
**59**

**Nonpriority creditor's name and mailing address**

**Michael Jordan**
**1440 Carrollton Pkwy #16210**
**Carrollton, TX 75010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,017.00**

---

**3.141**
**60**

**Nonpriority creditor's name and mailing address**

**Michael Judy**
**313 Washington Ave S Apt 903**
**Minneapolis, MN 55415**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$140.00**

---

**3.141**
**61**

**Nonpriority creditor's name and mailing address**

**Michael K**
**15076 Sherwood St**
**Leawood, KS 66224**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.141**
**62**

**Nonpriority creditor's name and mailing address**

**Michael K**
**4211 Riversedge Way**
**Baltimore, MD 21222**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$166.00**

---

**3.141**
**63**

**Nonpriority creditor's name and mailing address**

**Michael K**
**509 Chrismill Lane**
**Holly Springs, NC 27540**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.141**
**64**

**Nonpriority creditor's name and mailing address**

**Michael Kascsak**
**1512 El Cielo**
**Leander, TX 78641**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

---

| 3.141 65 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15.00** |
| **Michael Kascsak** | ☐ Contingent | |
| **1512 El Cielo** | ☐ Unliquidated | |
| **Leander, TX 78641** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.141 66 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,163.00** |
| **Michael Kelly** | ☐ Contingent | |
| **1002 Birdie Ln** | ☐ Unliquidated | |
| **Doylestown, PA 18901** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.141 67 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29.00** |
| **Michael Kelly** | ☐ Contingent | |
| **33 Delbert Ln** | ☐ Unliquidated | |
| **Santa Rosa Beach, FL 32459** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.141 68 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,480.00** |
| **Michael Kelly** | ☐ Contingent | |
| **515 Sunset Ridge** | ☐ Unliquidated | |
| **Dubuque, IA 52003** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.141 69 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$379.00** |
| **Michael Killeen** | ☐ Contingent | |
| **542 One Mile Rd S** | ☐ Unliquidated | |
| **East Windsor, NJ 08520** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.141 70 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$474.00** |
| **Michael Kim** | ☐ Contingent | |
| **15076 Sherwood St** | ☐ Unliquidated | |
| **Leawood, KS 66224** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.141 71 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$304.00** |
| **Michael King** | ☐ Contingent | |
| **1389 Bedford St # 2** | ☐ Unliquidated | |
| **Fall River, MA 02723** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.141 72 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael King**
**1389 Bedford St # 2**
**Fall River, MA 02723**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7,020.18**

---

| 3.141 73 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Kirschman**
**5558 Jacquelyn Court**
**New Orleans, LA 70124**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,903.00**

---

| 3.141 74 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Kissel**
**1600 Medical Way Ste 100**
**Snellville, GA 30078**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

| 3.141 75 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Klein**
**1424 Bruce Avenue**
**Glendale, CA 91202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$448.00**

---

| 3.141 76 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Klimek**
**810 College Ave**
**Boulder, CO 80302**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,439.00**

---

| 3.141 77 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Knapp**
**845 Barton Rd Trlr 48**
**Pocatello, ID 83204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$271.00**

---

| 3.141 78 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Knoell**
**23111 Summers Dream**
**San Antonio, TX 78258**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$178.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.141 79 | | |

**Nonpriority creditor's name and mailing address**
**Michael Konowicz**
**68-3677 Kokee Street**
**Waikoloa Village, HI 96738**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$3,633.00**

---

| | | |
|---|---|---|
| 3.141 80 | | |

**Nonpriority creditor's name and mailing address**
**Michael Kremer**
**37 Farmhouse Lane**
**Voorhees, NJ 08043**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,627.00**

---

| | | |
|---|---|---|
| 3.141 81 | | |

**Nonpriority creditor's name and mailing address**
**Michael Krill**
**10 Dartmoor Ct**
**Sugar Land, TX 77479**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| | | |
|---|---|---|
| 3.141 82 | | |

**Nonpriority creditor's name and mailing address**
**Michael Kroha**
**1241 Purchase Brook Rd**
**Southbury, CT 06488**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$240.00**

---

| | | |
|---|---|---|
| 3.141 83 | | |

**Nonpriority creditor's name and mailing address**
**Michael Kropp**
**15216 Hayworth Drive**
**Winter Garden, FL 34787**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$225.00**

---

| | | |
|---|---|---|
| 3.141 84 | | |

**Nonpriority creditor's name and mailing address**
**Michael Krueger**
**2404 NE Cross Creek Ln**
**Lees Summit, MO 64086**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,350.00**

---

| | | |
|---|---|---|
| 3.141 85 | | |

**Nonpriority creditor's name and mailing address**
**Michael Kruglet**
**11376 Rodeo Cir**
**Parker, CO 80138**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$56.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 3.141 86 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$58.00** |
| **Michael Krull** | ☐ Contingent | |
| **505 S Cumberland Ave** | ☐ Unliquidated | |
| **Park Ridge, IL 60068** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.141 87 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$60.00** |
| **Michael L** | ☐ Contingent | |
| **1027 Hollyhock Ct** | ☐ Unliquidated | |
| **Westlake Village, CA 91362** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.141 88 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |
| **Michael L** | ☐ Contingent | |
| **12022 Meridian Point Dr** | ☐ Unliquidated | |
| **Tampa, FL 33626** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.141 89 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |
| **Michael L** | ☐ Contingent | |
| **23 Lee Hill Rd** | ☐ Unliquidated | |
| **Andover, NJ 07821** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.141 90 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10.00** |
| **Michael L** | ☐ Contingent | |
| **237 Chestnut Drive** | ☐ Unliquidated | |
| **Wrightstown, NJ 08562** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.141 91 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |
| **Michael L** | ☐ Contingent | |
| **29 Evergreen Ln** | ☐ Unliquidated | |
| **Oceanport, NJ 07757** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.141 92 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10.00** |
| **Michael L** | ☐ Contingent | |
| **4117 Poppleton Way** | ☐ Unliquidated | |
| **Carmichael, CA 95608** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.141<br>93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$32.00** |

**Michael L**
**48 W Crown Terr**
**Yardley, PA 19067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141<br>94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$68.00** |

**Michael Lambert**
**1330 West Ave**
**Apt 1806**
**Miami Beach, FL 33139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141<br>95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$300.00** |

**Michael Lampson**
**149 W Main St**
**Galesburg, IL 61401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141<br>96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$90.00** |

**Michael Langolf**
**2759 Mystic Mountain Vw**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141<br>97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$558.00** |

**Michael Lanier**
**8828 S Blue Creek Rd.**
**Evergreen, CO 80439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141<br>98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$70.00** |

**Michael Larisey**
**398 Mayor Herbert Hoover Ave**
**Denham Springs, LA 70726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141<br>99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$511.00** |

**Michael Lawrence**
**48 W Crown Terr**
**Yardley, PA 19067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

**3.142 00**

**Nonpriority creditor's name and mailing address**

**Michael Leiden**
**42 Oak Dr**
**Chatham, NJ 07928**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,330.00**

---

**3.142 01**

**Nonpriority creditor's name and mailing address**

**Michael Leitch**
**6062 Greenpark Ln**
**Warrenton, VA 20187**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$293.00**

---

**3.142 02**

**Nonpriority creditor's name and mailing address**

**Michael Leitner**
**2434 Ruth Cabral Way Santa Clara, Ca**
**Santa Clara, CA 95050**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$237.00**

---

**3.142 03**

**Nonpriority creditor's name and mailing address**

**Michael Lennon**
**7 Greenville St**
**Newnan, GA 30263**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$21.00**

---

**3.142 04**

**Nonpriority creditor's name and mailing address**

**Michael Lephart**
**1531 Myron St**
**Niskayuna, NY 12309**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$607.00**

---

**3.142 05**

**Nonpriority creditor's name and mailing address**

**Michael Lester**
**30075 Rancho California Rd Apt 217**
**Temecula, CA 92592**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$140.00**

---

**3.142 06**

**Nonpriority creditor's name and mailing address**

**Michael Lindenberger**
**7209 Madison Ave**
**Kansas City, MO 64114**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$887.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____     Case number (if known) _____
         Name

---

**3.142 07**

Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is: Check all that apply.     **$168.00**

**Michael Lindsey**
**800 Belle Terre Pkwy # 200-241**     ☐ Contingent
**Palm Coast, FL 32164**     ☐ Unliquidated
                                     ☐ Disputed

Date(s) debt was incurred _     **Basis for the claim:  Customer**

Last 4 digits of account number _     Is the claim subject to offset? ■ No ☐ Yes

---

**3.142 08**

Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is: Check all that apply.     **$105.00**

**Michael Llantino**
**637 N Wells St Apt 803**     ☐ Contingent
**Chicago, IL 60654**     ☐ Unliquidated
                              ☐ Disputed

Date(s) debt was incurred _     **Basis for the claim:  Customer**

Last 4 digits of account number _     Is the claim subject to offset? ■ No ☐ Yes

---

**3.142 09**

Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is: Check all that apply.     **$211.00**

**Michael Loder**
**33852 Diana Dr**     ☐ Contingent
**Dana Point, CA 92629**     ☐ Unliquidated
                              ☐ Disputed

Date(s) debt was incurred _     **Basis for the claim:  Customer**

Last 4 digits of account number _     Is the claim subject to offset? ■ No ☐ Yes

---

**3.142 10**

Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is: Check all that apply.     **$347.00**

**Michael Lohr**
**136 Black Dog Trail**     ☐ Contingent
**Morganton, GA 30560**     ☐ Unliquidated
                              ☐ Disputed

Date(s) debt was incurred _     **Basis for the claim:  Customer**

Last 4 digits of account number _     Is the claim subject to offset? ■ No ☐ Yes

---

**3.142 11**

Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is: Check all that apply.     **$1,109.00**

**Michael Lubitz**
**128 Via Havarre**     ☐ Contingent
**Merritt Island, FL 32953**     ☐ Unliquidated
                                  ☐ Disputed

Date(s) debt was incurred _     **Basis for the claim:  Customer**

Last 4 digits of account number _     Is the claim subject to offset? ■ No ☐ Yes

---

**3.142 12**

Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is: Check all that apply.     **$19.00**

**Michael Lynch**
**4700 Se Municipal Ct**     ☐ Contingent
**Stuart, FL 34997**     ☐ Unliquidated
                          ☐ Disputed

Date(s) debt was incurred _     **Basis for the claim:  Customer**

Last 4 digits of account number _     Is the claim subject to offset? ■ No ☐ Yes

---

**3.142 13**

Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is: Check all that apply.     **$31.00**

**Michael M**
**1 Towne Ctr # Ph6**     ☐ Contingent
**Cliffside Park, NJ 07010**     ☐ Unliquidated
                                  ☐ Disputed

Date(s) debt was incurred _     **Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _     Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.142 14**

**Nonpriority creditor's name and mailing address**

**Michael M**
**101 Crawfords Corner Road**
**Suite 1432**
**Holmdel, NJ 07733**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

**3.142 15**

**Nonpriority creditor's name and mailing address**

**Michael M**
**1121 Castle Oaks Drive**
**Napa, CA 94558**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.142 16**

**Nonpriority creditor's name and mailing address**

**Michael M**
**11900 Columbus Pkwy**
**Sellersburg, IN 47172**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

**3.142 17**

**Nonpriority creditor's name and mailing address**

**Michael M**
**1403 Eolus Ave**
**Encinitas, CA 92024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$42.51**

---

**3.142 18**

**Nonpriority creditor's name and mailing address**

**Michael M**
**1500 Fathom Dr.**
**Oxnard, CA 93035**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.142 19**

**Nonpriority creditor's name and mailing address**

**Michael M**
**1500 W Monroe St Unit 724**
**Chicago, IL 60607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$136.00**

---

**3.142 20**

**Nonpriority creditor's name and mailing address**

**Michael M**
**2045 Biscayne Blvd**
**#312**
**Miami, FL 33137**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

Debtor   **Phoeno Wine Company, Inc.**
　　　　　Name

Case number *(if known)* _____

| | |
|---|---|
| 3.142<br>21 | **$39.00** |

**Nonpriority creditor's name and mailing address**

**Michael M**
**25 Peppertree Court**
**Marietta, GA 30068**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.142<br>22 | **$10.00** |

**Nonpriority creditor's name and mailing address**

**Michael M**
**2601 W 107th St Unit-I**
**Chicago, IL 60655**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.142<br>23 | **$2.00** |

**Nonpriority creditor's name and mailing address**

**Michael M**
**30 Founders Pointe N**
**Bloomingdale, IL 60108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.142<br>24 | **$25.00** |

**Nonpriority creditor's name and mailing address**

**Michael M**
**34 Beech St**
**Cranford, NJ 07016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.142<br>25 | **$7.00** |

**Nonpriority creditor's name and mailing address**

**Michael M**
**343 W Wolf Point Plz**
**Unit 611**
**Chicago, IL 60654**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.142<br>26 | **$25.00** |

**Nonpriority creditor's name and mailing address**

**Michael M**
**6062b Essex House Square**
**Alexandria, VA 22310**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.142<br>27 | **$157.00** |

**Nonpriority creditor's name and mailing address**

**Michael Macakanja**
**14839 Golden Hawk Trail**
**Cypress, TX 77433**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| | |
|---|---|
| **3.142**<br>**28** | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Michael Macdonald**
**469 Ena Rd Apt 2612**
**Honolulu, HI 96815**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$40.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.142**
**29**

**Nonpriority creditor's name and mailing address**
**Michael Mackin**
**12047 Babbling Brook St**
**Reno, NV 89521**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$5,110.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.142**
**30**

**Nonpriority creditor's name and mailing address**
**Michael Mackler**
**337 Lake Breeze Dr**
**Baton Rouge, LA 70820**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.142**
**31**

**Nonpriority creditor's name and mailing address**
**Michael Majewski**
**30 Founders Pointe N**
**Bloomingdale, IL 60108**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$102.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.142**
**32**

**Nonpriority creditor's name and mailing address**
**Michael Malony**
**4133 Via Solano**
**Palos Verdes Estates, CA 90274**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$26.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.142**
**33**

**Nonpriority creditor's name and mailing address**
**Michael Mangano**
**1609 Whites Rd**
**Kalamazoo Country Club**
**Kalamazoo, MI 49008**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.142**
**34**

**Nonpriority creditor's name and mailing address**
**Michael Manke**
**58 Danton St**
**San Francisco, CA 94112**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$22,775.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 3.142 35 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Michael Martin**
**2885 Martins Point Way**
**Chesapeake, VA 23321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.142 36 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$423.00** |

**Michael Mattia**
**4 Bryan Ct.**
**Gettysburg, PA 17325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.142 37 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$192.00** |

**Michael Mau**
**1417 O   hare Drive**
**Benicia, CA 94510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.142 38 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,446.00** |

**Michael Maxwell**
**1920 Voorhees Ave**
**Unit 3**
**Redondo Beach, CA 90278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.142 39 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$160.00** |

**Michael May**
**257 E Calle De Arcos**
**Tempe, AZ 85284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.142 40 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,828.00** |

**Michael Mayes**
**5709 Woodleaf Dr**
**Knoxville, TN 37912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.142 41 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$726.00** |

**Michael Mazowiecki**
**1098 Onega Rd Latrobe**
**Latrobe, PA 15650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

| | | |
|---|---|---|
| 3.142 42 | | |

**Nonpriority creditor's name and mailing address**

**Michael Mazzaroni**
**816 Halliard Ave**
**Beachwood, NJ 08722**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$524.00**

---

| | |
|---|---|
| 3.142 43 | |

**Nonpriority creditor's name and mailing address**

**Michael Mccarthy**
**974 Stuart Circle**
**Thousand Oaks, CA 91362**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,268.00**

---

| | |
|---|---|
| 3.142 44 | |

**Nonpriority creditor's name and mailing address**

**Michael Mccomb**
**33411 E Drinkwater Rd**
**Lone Jack, MO 64070**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,822.00**

---

| | |
|---|---|
| 3.142 45 | |

**Nonpriority creditor's name and mailing address**

**Michael Mcfarland**
**24015 Copper Hill Dr Apt 3307**
**Valencia, CA 91354**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$165.00**

---

| | |
|---|---|
| 3.142 46 | |

**Nonpriority creditor's name and mailing address**

**Michael Mcgarrity**
**31 Homestead Circle**
**Hauppauge, NY 11788**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$665.00**

---

| | |
|---|---|
| 3.142 47 | |

**Nonpriority creditor's name and mailing address**

**Michael Mcgeehan**
**25 Peppertree Court**
**Marietta, GA 30068**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

| | |
|---|---|
| 3.142 48 | |

**Nonpriority creditor's name and mailing address**

**Michael Mcgovern**
**2076 Hardscrabble Dr**
**Boulder, CO 80305**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,529.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.142 49 | **Nonpriority creditor's name and mailing address** | **$1,125.00** |

**Michael Mchale**
**15922 Pendio Drive**
**Bella Collina, FL 34756**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.142 50 | **Nonpriority creditor's name and mailing address** | **$38.00** |

**Michael Mcinaw**
**3416 W Queen Ln**
**Philadelphia, PA 19129**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.142 51 | **Nonpriority creditor's name and mailing address** | **$600.00** |

**Michael Mcleod**
**4567 W Pine Blvd**
**Apt 703**
**St Louis, MO 63108**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.142 52 | **Nonpriority creditor's name and mailing address** | **$30,203.00** |

**Michael Mcmahon**
**72 Sparwheel Ln**
**Hilton Head Island, SC 29926**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.142 53 | **Nonpriority creditor's name and mailing address** | **$27.00** |

**Michael Mcmillan**
**14612 Patrick Cir.**
**Omaha, NE 68116**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.142 54 | **Nonpriority creditor's name and mailing address** | **$12,900.00** |

**Michael Medalia**
**4602 N 35th St**
**Tacoma, WA 98407**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.142 55 | **Nonpriority creditor's name and mailing address** | **$378.00** |

**Michael Mellor**
**1 Towne Ctr # Ph6**
**Cliffside Park, NJ 07010**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name                              Case number (if known) _____

| 3.142 56 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michael Melzer**
**1500 W Monroe St Unit 724**
**Chicago, IL 60607**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$627.00**

---

| 3.142 57 |
|---|

**Nonpriority creditor's name and mailing address**
**Michael Mendoza**
**501 Slaters Ln Apt 211**
**Alexandria, VA 22314**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.142 58 |
|---|

**Nonpriority creditor's name and mailing address**
**Michael Miller**
**1615 E Independence St**
**Springfield, MO 65804**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.142 59 |
|---|

**Nonpriority creditor's name and mailing address**
**Michael Mills**
**13407 W Gable Hill Dr**
**Sun City West, AZ 85375**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$298.00**

---

| 3.142 60 |
|---|

**Nonpriority creditor's name and mailing address**
**Michael Mills**
**4356 Summer Breeze Way**
**Kissimmee, FL 34744**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$84.00**

---

| 3.142 61 |
|---|

**Nonpriority creditor's name and mailing address**
**Michael Mirabella**
**68 Caffrey Ave**
**Bethpage, NY 11714**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$153.00**

---

| 3.142 62 |
|---|

**Nonpriority creditor's name and mailing address**
**Michael Morris**
**1811 Quail St**
**Newport Beach, CA 92660**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$22.00**

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

**3.142 63**

**Nonpriority creditor's name and mailing address**
**Michael Mossotti**
**3221 West Frankfurt Drive, Chandler, Az,**
**Chandler, AZ 85226**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$140.00**

---

**3.142 64**

**Nonpriority creditor's name and mailing address**
**Michael Mueller**
**11900 Columbus Pkwy**
**Sellersburg, IN 47172**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$477.00**

---

**3.142 65**

**Nonpriority creditor's name and mailing address**
**Michael Mullaney**
**2045 Biscayne Blvd**
**#312**
**Miami, FL 33137**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,668.00**

---

**3.142 66**

**Nonpriority creditor's name and mailing address**
**Michael Mulrooney**
**3715 42nd Way S Apt G**
**St Petersburg, FL 33711**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$162.00**

---

**3.142 67**

**Nonpriority creditor's name and mailing address**
**Michael Murphy**
**79 Cook Rd**
**Highlands, NC 28741**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$276.00**

---

**3.142 68**

**Nonpriority creditor's name and mailing address**
**Michael N**
**1700 Pacific Ave**
**Ste 3620**
**Dallas, TX 75201**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$8,313.00**

---

**3.142 69**

**Nonpriority creditor's name and mailing address**
**Michael N**
**290 Old Montauk Hwy**
**Montauk, NY 11954**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.142 70 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Michael N**
**468 Glen Meadow Ln**
**Naples, FL 34105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$33.00**

---

| 3.142 71 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Michael N**
**5701 Park Dr**
**6111**
**Chino Hills, CA 91709**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$104.23**

---

| 3.142 72 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Michael N**
**7246 Morton Place**
**Castro Valley, CA 94552**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.142 73 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Michael Nanasi**
**50 Biscayne Blvd Apt 3108**
**Miami, FL 33132**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,175.00**

---

| 3.142 74 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Michael Neary**
**7170 Cody Dr Unit 300**
**West Des Moines, IA 50266**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$428.00**

---

| 3.142 75 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Michael Necamp**
**468 Glen Meadow Ln**
**Naples, FL 34105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$141.00**

---

| 3.142 76 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Michael Niclosi**
**74 Saint Andrews Fwy**
**Memphis, TN 38111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.142 77 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Nikolic**
**3136 La Casa Ct**
**Thousand Oaks, CA 91362**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$156.00**

---

| 3.142 78 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Nuremberg**
**400 E 58th Street**
**Apt 11c**
**New York, NY 10022**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$5,430.00**

---

| 3.142 79 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael O**
**2890 Stewart Way**
**Tyler, TX 75709**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

| 3.142 80 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael O**
**4805 Forge Acre Dr**
**Perry Hall, MD 21128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$128.00**

---

| 3.142 81 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Oday**
**5923 Louisiana W**
**Rosharon, TX 77583**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$34.00**

---

| 3.142 82 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Offield**
**3420 W Mcleod Rd Apt 38**
**Bellingham, WA 98225**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$13,580.00**

---

| 3.142 83 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Ohmer**
**1382 Valencia Ave Ste M**
**Ramtek C/O Michael Ohmer**
**Tustin, CA 92780**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$839.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 3.142 84 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Oki**
**74 Druid Circle NE**
**Atlanta, GA 30307**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$532.00**

---

| 3.142 85 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Omahony**
**1483 Mill Creek Road**
**Rocky Face, GA 30740**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$89.00**

---

| 3.142 86 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Omary**
**310 Stuyvesant Ave**
**Rye, NY 10580**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$80.00**

---

| 3.142 87 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Oneill**
**2890 Stewart Way**
**Tyler, TX 75709**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,651.00**

---

| 3.142 88 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Ortiz**
**3308 W San Luis St**
**Tampa, FL 33629**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,350.00**

---

| 3.142 89 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Osswald**
**486 S 13th St**
**Lindenhurst, NY 11757**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$10,600.00**

---

| 3.142 90 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael P**
**144 Brown Bear**
**Chapel Hill, NC 27517**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.142 91 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31.00** |
| **Michael P** | ☐ Contingent | |
| **1440 Columbia St Apt 909** | ☐ Unliquidated | |
| **San Diego, CA 92101** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Customers - Deferred Credit** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.142 92 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7.00** |
| **Michael P** | ☐ Contingent | |
| **18420 Carmelo Ct** | ☐ Unliquidated | |
| **Morgan Hill, CA 95037** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Customers - Deferred Credit** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.142 93 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
| **Michael P** | ☐ Contingent | |
| **2855 Coolidge Hwy Ste 104** | ☐ Unliquidated | |
| **Troy, MI 48084** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Customers - Deferred Credit** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.142 94 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39.00** |
| **Michael P** | ☐ Contingent | |
| **3500 N Lake Shore Dr Apt 13b** | ☐ Unliquidated | |
| **Chicago, IL 60657** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Customers - Deferred Credit** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.142 95 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
| **Michael P** | ☐ Contingent | |
| **375 Camino De La Reina Apt 158** | ☐ Unliquidated | |
| **San Diego, CA 92108** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Customers - Deferred Credit** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.142 96 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24.00** |
| **Michael P** | ☐ Contingent | |
| **5700 E Franklin Rd Ste 100** | ☐ Unliquidated | |
| **Nampa, ID 83687** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Customers - Deferred Credit** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.142 97 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
| **Michael P** | ☐ Contingent | |
| **7 W 21st St Apt 1003** | ☐ Unliquidated | |
| **New York, NY 10010** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Customers - Deferred Credit** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Phoeno Wine Company, Inc.**
          _____
          Name                                    Case number (if known) _____

---

| 3.142 98 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michael P**
**7973 Southeast Osprey Street**
**Hobe Sound, FL 33455**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$7.00

---

| 3.142 99 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michael P**
**890 Austin Ave**
**Sonoma, CA 95476**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$43.90

---

| 3.143 00 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michael Pantoliano**
**1 Dibella Dr**
**Park Ridge, NJ 07656**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,564.00

---

| 3.143 01 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michael Paolino**
**8 Pine Hill Rd**
**Woodbridge, CT 06525**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$231.00

---

| 3.143 02 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michael Passella**
**7700 Sefton Park Dr**
**Columbus, OH 43235**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$424.00

---

| 3.143 03 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michael Paul**
**2428 York Rd**
**Timonium, MD 21093**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$28.00

---

| 3.143 04 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michael Pellecchia**
**3500 N Lake Shore Dr Apt 13b**
**Chicago, IL 60657**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,959.00

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

**3.143 05**

**Nonpriority creditor's name and mailing address**

**Michael Pendleton**
**7520 Montgomery Blvd. NE**
**Bldg. E-9**
**Albuquerque, NM 87109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,310.00**

---

**3.143 06**

**Nonpriority creditor's name and mailing address**

**Michael Pettigrew**
**3733 Woodrose Ct**
**Snellville, GA 30039**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$3,027.00**

---

**3.143 07**

**Nonpriority creditor's name and mailing address**

**Michael Pinnelli**
**847 S Randall Rd**
**Elgin, IL 60123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.143 08**

**Nonpriority creditor's name and mailing address**

**Michael Provine**
**10 Foxhall Rd**
**Newtown, PA 18940**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$18,947.00**

---

**3.143 09**

**Nonpriority creditor's name and mailing address**

**Michael Pullen**
**2723 NW 19th St**
**Oklahoma City, OK 73107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.143 10**

**Nonpriority creditor's name and mailing address**

**Michael Purdy**
**3955 Swenson Apt 381**
**Las Vegas, NV 89119**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$23.00**

---

**3.143 11**

**Nonpriority creditor's name and mailing address**

**Michael Puzsar**
**2855 Coolidge Hwy Ste 104**
**Troy, MI 48084**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$401.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.143 12 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Q**
**3726 Arlington Street**
**Fort Myers, FL 33901**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

$10.00

---

| 3.143 13 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Quackenbush**
**3726 Arlington Street**
**Fort Myers, FL 33901**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

$25.00

---

| 3.143 14 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Quadrino**
**42 Whippoorwill Crossing**
**Armonk, NY 10504**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

$110.00

---

| 3.143 15 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Quinlivan**
**3845 Mahogany Bend Dr**
**Naples, FL 34114**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

$13.00

---

| 3.143 16 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael R**
**2001 Huntington Street**
**None**
**Midland, TX 79705**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

$10.00

---

| 3.143 17 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael R**
**322 Us Highway 46 Ste 260w**
**Diversified**
**Parsippany, NJ 07054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

$7.00

---

| 3.143 18 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael R**
**5221 Ne 18th Ter**
**Fort Lauderdale, FL 33308**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

$100.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
         Name

| 3.143 19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$663.00** |

**Nonpriority creditor's name and mailing address**
**Michael Rabara**
**1620 W. Belmont Avenue**
**Fresno, CA 93728**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$663.00**

---

**Nonpriority creditor's name and mailing address**
3.143 20
**Michael Raydon**
**111 Oakbrook Dr**
**East Peoria, IL 61611**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$7,531.00**

---

**Nonpriority creditor's name and mailing address**
3.143 21
**Michael Reade**
**5757 Katy Gaston Rd**
**Katy, TX 77494**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$246.00**

---

**Nonpriority creditor's name and mailing address**
3.143 22
**Michael Remole**
**25 Oak Shore Dr**
**Burnsville, MN 55306**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$312.00**

---

**Nonpriority creditor's name and mailing address**
3.143 23
**Michael Reo**
**3 Valente Dr**
**Wynantskill, NY 12198**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**Nonpriority creditor's name and mailing address**
3.143 24
**Michael Rodriguez**
**320 Brighton Ave**
**Swarthmore, PA 19081**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$658.00**

---

**Nonpriority creditor's name and mailing address**
3.143 25
**Michael Roper**
**14 Kilborn Ct**
**Bloomington, IL 61704**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$249.00**

Debtor  **Phoeno Wine Company, Inc.**

Name

Case number (*if known*) _____

| | |
|---|---|
| 3.143<br>26 | |

**Nonpriority creditor's name and mailing address**

**Michael Rosen**
**14320 George Ice Road**
**Glenford, OH 43739**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$414.00**

---

| | |
|---|---|
| 3.143<br>27 | |

**Nonpriority creditor's name and mailing address**

**Michael Rotondo**
**571 Cabot Hill Rd**
**Bridgewater, NJ 08807**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$831.18**

---

| | |
|---|---|
| 3.143<br>28 | |

**Nonpriority creditor's name and mailing address**

**Michael Rowe**
**1145 Hembree Rd**
**Roswell, GA 30076**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$285.00**

---

| | |
|---|---|
| 3.143<br>29 | |

**Nonpriority creditor's name and mailing address**

**Michael Rowell**
**11419 W Crimson Ln**
**Avondale, AZ 85392**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

| | |
|---|---|
| 3.143<br>30 | |

**Nonpriority creditor's name and mailing address**

**Michael Ruffing**
**360 Ams Ct**
**Green Bay, WI 54313**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$134.00**

---

| | |
|---|---|
| 3.143<br>31 | |

**Nonpriority creditor's name and mailing address**

**Michael Rutten**
**3500 Lyman Blvd**
**Chaska, MN 55318**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$363.00**

---

| | |
|---|---|
| 3.143<br>32 | |

**Nonpriority creditor's name and mailing address**

**Michael S**
**133 Spiral Rd**
**Holtsville, NY 11742**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

---

| 3.143 |
| 33 |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*          **$70.00**

**Michael S**
**200 West State Hwy 6 First Floor**                 ☐ Contingent
**American Bank Attn: Michael Schmidt**              ☐ Unliquidated
**Waco, TX 76712**                                   ☐ Disputed

Date(s) debt was incurred _                          Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _                    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 |
| 34 |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*          **$223.00**

**Michael S**
**225 E 57th St Apt 12d**                            ☐ Contingent
**New York, NY 10022**                               ☐ Unliquidated
                                                     ☐ Disputed

Date(s) debt was incurred _                          Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _                    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 |
| 35 |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*          **$30.00**

**Michael S**
**245 East 63rd Street**                             ☐ Contingent
**Apartment 821**                                    ☐ Unliquidated
**New York, NY 10065**                               ☐ Disputed

Date(s) debt was incurred _                          Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _                    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 |
| 36 |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*          **$32.00**

**Michael S**
**26160 Wyndemere Ct, Escondido, Ca 92026**          ☐ Contingent
**Escondido, CA 92026**                              ☐ Unliquidated
                                                     ☐ Disputed

Date(s) debt was incurred _                          Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _                    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 |
| 37 |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*          **$12.00**

**Michael S**
**38 Huckleberry Hill Rd**                           ☐ Contingent
**Brookfield, CT 06804**                             ☐ Unliquidated
                                                     ☐ Disputed

Date(s) debt was incurred _                          Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _                    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 |
| 38 |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*          **$73.00**

**Michael S**
**4219 Alice St**                                    ☐ Contingent
**Bellingham, WA 98226**                             ☐ Unliquidated
                                                     ☐ Disputed

Date(s) debt was incurred _                          Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _                    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 |
| 39 |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*          **$1.00**

**Michael S**
**4333 Still Ct**                                    ☐ Contingent
**Slatington, PA 18080**                             ☐ Unliquidated
                                                     ☐ Disputed

Date(s) debt was incurred _                          Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _                    Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

_____

Name

Case number *(if known)* _____

---

| 3.143 |
| 40 |

**Nonpriority creditor's name and mailing address**

**Michael S**
**490 Stanley Ave**
**Cincinnati, OH 45226**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.143 |
| 41 |

**Nonpriority creditor's name and mailing address**

**Michael S**
**5331 E Abbeyfield St**
**Long Beach, CA 90815**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.143 |
| 42 |

**Nonpriority creditor's name and mailing address**

**Michael Sanchez**
**2831 White Eagle Dr**
**Woodbury, MN 55129**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

| 3.143 |
| 43 |

**Nonpriority creditor's name and mailing address**

**Michael Sanders**
**4 Market Place Dr**
**York, ME 03909**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$32.00**

---

| 3.143 |
| 44 |

**Nonpriority creditor's name and mailing address**

**Michael Saraceno**
**375 Murray Hill Pkwy**
**East Rutherford, NJ 07073**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,828.00**

---

| 3.143 |
| 45 |

**Nonpriority creditor's name and mailing address**

**Michael Savona**
**716 Westview Ave.**
**Nashville, TN 37205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$171.00**

---

| 3.143 |
| 46 |

**Nonpriority creditor's name and mailing address**

**Michael Sayer**
**4105 NE 4th St**
**C/O Walgreen's - Fedex Onsite**
**Renton, WA 98059**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$166.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.143 47**

**Nonpriority creditor's name and mailing address**

**Michael Schaeffer**
**730 3rd St Apt 101**
**Miami Beach, FL 33139**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.143 48**

**Nonpriority creditor's name and mailing address**

**Michael Schanding**
**102 Thornton Ct**
**Saint Augustine, FL 32092**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$56.00**

---

**3.143 49**

**Nonpriority creditor's name and mailing address**

**Michael Schoonmaker**
**4219 Alice St**
**Bellingham, WA 98226**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$246.00**

---

**3.143 50**

**Nonpriority creditor's name and mailing address**

**Michael Scott**
**7501 Declan Ct**
**Manassas, VA 20111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.143 51**

**Nonpriority creditor's name and mailing address**

**Michael Seamands**
**1554 Mississippi Ave**
**Saint Louis, MO 63104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,140.00**

---

**3.143 52**

**Nonpriority creditor's name and mailing address**

**Michael Sekelsky**
**1621 Channelside Pl**
**Parrish, FL 34219**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.143 53**

**Nonpriority creditor's name and mailing address**

**Michael Shannon**
**22 Angier Hill Rd**
**Cornville, ME 04976**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name    Case number *(if known)*

---

| 3.143<br>54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$612.00** |
|---|---|---|---|

**Michael Shattuck**
**12133 Wolf Valley Dr**
**Clifton, VA 20124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.143<br>55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$276.00** |
|---|---|---|---|

**Michael Sherard**
**401 Hunters Creek Blvd**
**Greenwood, SC 29649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.143<br>56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$384.00** |
|---|---|---|---|

**Michael Shue**
**18 Gunnery Ln**
**Hilton Head Island, SC 29928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.143<br>57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Sloane**
**1705 5th Ave North**
**Nashville, TN 37208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.143<br>58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$49.00** |
|---|---|---|---|

**Michael Sloane**
**1705 5th Ave North**
**Nashville, TN 37208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.143<br>59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Smith**
**6501 E Cave Creek Rd Ste 2**
**Cave Creek, AZ 85331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.143<br>60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Michael Snow**
**2541 Goshen Rd**
**Fort Wayne, IN 46808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**

      Name

Case number *(if known)*

---

| 3.143 61 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Sosso**
**225 E 57th St Apt 12d**
**New York, NY 10022**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,100.00**

---

| 3.143 62 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Souza**
**1275 Wampanoag Trl**
**Riverside, RI 02915**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.143 63 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Sprague**
**7350 Sedwick Court**
**St. Leonard, MD 20685**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$363.00**

---

| 3.143 64 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Stachowski**
**2025 Clinton St**
**Buffalo, NY 14206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$80.00**

---

| 3.143 65 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Stafford**
**3194 Rose Quartz Ln**
**Spring, TX 77388**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,209.00**

---

| 3.143 66 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Stan**
**853 Lakepointe St**
**Grosse Pointe Park, MI 48230**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$372.00**

---

| 3.143 67 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Steinberg**
**399 West Fullerton Pkwy.**
**6e**
**Chicago, IL 60614**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$84.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)*   _____
Name

---

| 3.143 68 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Stern**
**401 Overbrook**
**Ridgewood, NJ 07450**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$671.00**

---

| 3.143 69 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Sullivan**
**8537 E San Bruno Dr**
**Scottsdale, AZ 85258**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$168.00**

---

| 3.143 70 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Sweeney**
**1124 Park Avenue**
**Hoboken, NJ 07030**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,840.00**

---

| 3.143 71 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Sweeney**
**4333 Still Ct**
**Slatington, PA 18080**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

| 3.143 72 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael T**
**106 Reserve Drive**
**Carrollton, GA 30112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$55.00**

---

| 3.143 73 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael T**
**13037 Simsbury Ter**
**Fort Myers, FL 33913**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$22.00**

---

| 3.143 74 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael T**
**1424 De Soto**
**Burlingame, CA 94010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$21.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

| | |
|---|---|
| 3.143 75 | |

**Nonpriority creditor's name and mailing address**

**Michael T**
**148 N Sycamore Ave**
**Los Angeles, CA 90036**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

| |
|---|
| 3.143 76 |

**Nonpriority creditor's name and mailing address**

**Michael T**
**1629 Ocean View Ave**
**Kensington, CA 94707**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$17.00**

---

| |
|---|
| 3.143 77 |

**Nonpriority creditor's name and mailing address**

**Michael T**
**2181 Greenwich St**
**Bend Law Group P C**
**San Francisco, CA 94123**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$9.00**

---

| |
|---|
| 3.143 78 |

**Nonpriority creditor's name and mailing address**

**Michael T**
**43225 Mission Blvd**
**Intero Real Estate Services**
**Fremont, CA 94539**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$34.82**

---

| |
|---|
| 3.143 79 |

**Nonpriority creditor's name and mailing address**

**Michael T**
**6848 Cumbre Vista Way**
**Colorado Springs, CO 80924**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$193.00**

---

| |
|---|
| 3.143 80 |

**Nonpriority creditor's name and mailing address**

**Michael Taft**
**148 N Sycamore Ave**
**Los Angeles, CA 90036**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,847.00**

---

| |
|---|
| 3.143 81 |

**Nonpriority creditor's name and mailing address**

**Michael Tarutis**
**2181 Greenwich St**
**Bend Law Group P C**
**San Francisco, CA 94123**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$591.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.143 82 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Tedesco**
**4150 Gloria Road**
**Bethpage, NY 11714**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,536.00**

---

| 3.143 83 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Teshima**
**1629 Ocean View Ave**
**Kensington, CA 94707**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$161.00**

---

| 3.143 84 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Thenhaus**
**253 Ridgeway Path**
**Oconomowoc, WI 53066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$644.00**

---

| 3.143 85 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Thome**
**173 Coates Ct**
**North Lewisburg, OH 43060**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$982.00**

---

| 3.143 86 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Tice**
**106 Reserve Drive**
**Carrollton, GA 30112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$3,293.00**

---

| 3.143 87 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Ticich**
**1443 Oriole Dr**
**Munster, IN 46321**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$294.00**

---

| 3.143 88 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Tighe**
**35  Elizabeth Drive**
**Syosset, NY 11791**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,704.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| 3.143 89 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Tobin**
**6848 Cumbre Vista Way**
**Colorado Springs, CO 80924**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$519.00**

---

| 3.143 90 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Tognetti**
**2349 Yajome St**
**Napa, CA 94558**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$273.00**

---

| 3.143 91 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Toksvig**
**3960 Nelson Ct**
**Palo Alto, CA 94306**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$610.00**

---

| 3.143 92 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Torok**
**8469 Villa Way N**
**North Ridgeville, OH 44039**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$98,697.00**

---

| 3.143 93 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Toth**
**30719 Edgewood St**
**Sorrento, FL 32776**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,331.00**

---

| 3.143 94 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Trafton**
**901 S. Mopac Expy #3-120**
**Austin, TX 78746**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

| 3.143 95 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Tremblay**
**87 Haverhill Street**
**Andover, MA 01810**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,188.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

---

| 3.143 96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $171.00 |
|---|---|---|---|

**Michael Ulione**
**2200 NE 33rd Ave**
**Apt 3d**
**Fort Lauderdale, FL 33305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,107.00 |
|---|---|---|---|

**Michael Underwood**
**212 Songbird Rd**
**Littleton, NC 27850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**Michael Underwood**
**212 Songbird Rd**
**Littleton, NC 27850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $694.00 |
|---|---|---|---|

**Michael Usher**
**694 Nobel Drive**
**Santa Cruz, CA 95060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 00 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**Michael V**
**321 10th Ave**
**Unit 1406**
**San Diego, CA 92101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 01 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $727.00 |
|---|---|---|---|

**Michael Vaisman**
**2800 Fairway Dr**
**Hollywood, FL 33021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 02 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $20.00 |
|---|---|---|---|

**Michael Vanacore**
**46491 Capelwood Ct**
**Sterling, VA 20165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.144<br>03 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$689.00** |
| **Michael Vandall**<br>**11928 Mandevilla Court**<br>**Tampa, FL 33626** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144<br>04 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$84.00** |
| **Michael Vargas**<br>**41198 Granado Pl**<br>**Temecula, CA 92590** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144<br>05 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
| **Michael Vastano**<br>**3222 55th Ct Unit 145**<br>**Kenosha, WI 53144** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144<br>06 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
| **Michael Vohs**<br>**3636 Brentwood Dr**<br>**Gastonia, NC 28056** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144<br>07 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4.62** |
| **Michael Volpe**<br>**700 First St.**<br>**Apt 8h**<br>**Hoboken, NJ 07030** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Customers - Deferred Credit** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144<br>08 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$187.00** |
| **Michael W**<br>**4977 Georgia Lane**<br>**White Bear Lake, MN 55110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144<br>09 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
| **Michael W**<br>**190 N Franklin St**<br>**Wilkes Barre, PA 18701** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Customers - Deferred Credit** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____

Name

| 3.144 10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**Michael W**
**300 Davey Glen Rd**
**3621**
**Belmont, CA 94002**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12.00** |

**Michael W**
**3235 Coyote Ln**
**Martinsville, IN 46151**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$264.00** |

**Michael W**
**3290 Beazer Dr**
**Ocoee, FL 34761**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9.00** |

**Michael W**
**3772 Balboa Terrace Unit B**
**San Diego, CA 92117**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,546.00** |

**Michael Walker**
**11566 Woodhollow Ct**
**Reston, VA 20191**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30.00** |

**Michael Wallack**
**11611 N. Meridian Street**
**Suite 500**
**Carmel, IN 46032**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$398.00** |

**Michael Walling**
**400 Missouri Avenue**
**Suite 105**
**Jeffersonville, IN 47130**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Phoeno Wine Company, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.144 17**

**Nonpriority creditor's name and mailing address**
**Michael Walsh**
**1206 Peach Tree Ct**
**Delran, NJ 08075**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$596.00**

---

**3.144 18**

**Nonpriority creditor's name and mailing address**
**Michael Walsh**
**8830 Royal Oak Drive**
**Holland, OH 43528**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$133.00**

---

**3.144 19**

**Nonpriority creditor's name and mailing address**
**Michael Walsh**
**4977 Georgia Lane**
**White Bear Lake, MN 55110**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$985.00**

---

**3.144 20**

**Nonpriority creditor's name and mailing address**
**Michael Wang**
**6575 Little Mcgonicle Ranch Road**
**San Diego, CA 92130**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.144 21**

**Nonpriority creditor's name and mailing address**
**Michael Warren**
**2189 S Grant St**
**Denver, CO 80210**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$150.00**

---

**3.144 22**

**Nonpriority creditor's name and mailing address**
**Michael Warren**
**6818 Vada Dr**
**Dallas, TX 75214**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,131.00**

---

**3.144 23**

**Nonpriority creditor's name and mailing address**
**Michael Watson**
**1000 Speer Blvd Apt 1527**
**Denver, CO 80204**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$462.00**

---

Debtor    **Phoeno Wine Company, Inc.**                                Case number *(if known)* _____

       Name

| 3.144 24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,071.00** |
|---|---|---|---|

**Michael Weiss**
**2051 Sheridan Rd**
**847-489-2583**
**Buffalo Grove, IL 60089**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|---|

**Michael Welch**
**39w365 Hogan Hl**
**Elgin, IL 60124**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,046.00** |
|---|---|---|---|

**Michael West**
**1918 Port Cardiff Pl**
**Newport Beach, CA 92660**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$365.00** |
|---|---|---|---|

**Michael Whitcomb**
**4618 Burbank Dr**
**Columbus, OH 43220**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,862.00** |
|---|---|---|---|

**Michael Wiggins**
**1568 Grant Dr NE**
**Brookhaven, GA 30319**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$603.00** |
|---|---|---|---|

**Michael Wilkinson**
**953 Innsbrooke Ave**
**Hendersonville, TN 37075**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35.00** |
|---|---|---|---|

**Michael Williams**
**1440 Paradise Point Dr Unit 17**
**Navarre, FL 32566**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

**3.144
31**

**Nonpriority creditor's name and mailing address**

**Michael Wittig
18819 La Costa Ln
Boca Raton, FL 33496**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$526.00

---

**3.144
32**

**Nonpriority creditor's name and mailing address**

**Michael Wolf
2805 Walden Way
Saint Cloud, MN 56301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$1,562.00

---

**3.144
33**

**Nonpriority creditor's name and mailing address**

**Michael Wolk
2902 Ballesteras Ct
Mount Airy, MD 21771**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$1,133.00

---

**3.144
34**

**Nonpriority creditor's name and mailing address**

**Michael Worman
455 Market Street
17th Floor
San Francisco, CA 94105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$11,383.00

---

**3.144
35**

**Nonpriority creditor's name and mailing address**

**Michael Wreyford
1469 Butte House Rd Ste B
Yuba City, CA 95993**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$35.00

---

**3.144
36**

**Nonpriority creditor's name and mailing address**

**Michael Wright
10 Fieldstone Drive
Halfmoon, NY 12065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$152.00

---

**3.144
37**

**Nonpriority creditor's name and mailing address**

**Michael Wright
4319 Woodleigh Lane
La Canada Flintridge, CA 91011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$203.00

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.144 38**

**Nonpriority creditor's name and mailing address**

**Michael Yach**
**1456 Maryland Ave**
**Havertown, PA 19083**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.144 39**

**Nonpriority creditor's name and mailing address**

**Michael Yamashita**
**117 E Louisa St, Pmb 735**
**Seattle, WA 98102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$438.00**

---

**3.144 40**

**Nonpriority creditor's name and mailing address**

**Michael Young**
**810 W Galena St**
**Butte, MT 59701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,464.00**

---

**3.144 41**

**Nonpriority creditor's name and mailing address**

**Michael Zambero**
**20 Corporation Rd**
**Yarmouth Port, MA 02675**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$141.00**

---

**3.144 42**

**Nonpriority creditor's name and mailing address**

**Michael Zhu**
**319 Schermerhorn St Apt 5b**
**Brooklyn, NY 11217**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,471.00**

---

**3.144 43**

**Nonpriority creditor's name and mailing address**

**Michael-H-13434859**
**3221 Ridgeway Dr**
**Metairie, LA 70002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$626.00**

---

**3.144 44**

**Nonpriority creditor's name and mailing address**

**Michael-Schofield**
**20128 53rd Ave Ne**
**Lake Forest Park, WA 98155**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$17.00**

---

Debtor    **Phoeno Wine Company, Inc.**    Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.144 45 | |

**Nonpriority creditor's name and mailing address**
**Michael-Witz**
**7051 Rose Dr**
**Carlsbad, CA 92011**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$40.00**

---

| | |
|---|---|
| 3.144 46 | |

**Nonpriority creditor's name and mailing address**
**Michaela Hightower**
**90 S Cascade Ave Ste 1000**
**Colorado Springs, CO 80903**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$19.00**

---

| | |
|---|---|
| 3.144 47 | |

**Nonpriority creditor's name and mailing address**
**Michaelj H**
**73823 Rivera Ct**
**Palm Desert, CA 92211**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

| | |
|---|---|
| 3.144 48 | |

**Nonpriority creditor's name and mailing address**
**Michaelmerszei**
**2731 Summit Drive**
**Hillsborough, CA 94010**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$15.00**

---

| | |
|---|---|
| 3.144 49 | |

**Nonpriority creditor's name and mailing address**
**Michaelosullivan**
**827 America Way**
**Del Mar, CA 92014**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$180.44**

---

| | |
|---|---|
| 3.144 50 | |

**Nonpriority creditor's name and mailing address**
**Michaelv D**
**3709 Birch Street**
**Modesto, CA 95356**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$6.00**

---

| | |
|---|---|
| 3.144 51 | |

**Nonpriority creditor's name and mailing address**
**Michaelv Desandoval**
**3709 Birch Street**
**Modesto, CA 95356**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$115.00**

---

Debtor **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

---

| 3.144 52 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Micheal Clark**
**800 Rincon De Romos**
**Rio Rancho, NM 87124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,554.00**

---

| 3.144 53 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Micheal Dianich**
**2745 Avenida De Landa**
**Reno, NV 27245**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$762.00**

---

| 3.144 54 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Micheal Mcvey**
**2010 Pebble Ln**
**Friendswood, TX 77546**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$94.00**

---

| 3.144 55 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Micheal V**
**6251 66th Ave N**
**Pinellas Park, FL 33781**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$70.00**

---

| 3.144 56 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Micheal Vance**
**6251 66th Ave N**
**Pinellas Park, FL 33781**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$805.00**

---

| 3.144 57 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Michel Delobelle**
**6600 Yount St Apt 6**
**Yountville, CA 94599**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| 3.144 58 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Michel Folliet**
**9320 Old Mansion Rd**
**Alexandria, VA 22309**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,279.00**

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)*

---

| 3.144 59 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michele B**
**935 Sweetwater Lane**
**Apt 103**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.144 60 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michele Burda**
**935 Sweetwater Lane**
**Apt 103**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

| 3.144 61 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michele Clarkson**
**88738 Shoreline Dr**
**Florence, OR 97439**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$81.00**

---

| 3.144 62 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michele D**
**154 Lorraine Drive**
**Lake Zurich, IL 60047**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$11.00**

---

| 3.144 63 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michele Devries**
**214 Snyder Rd**
**Port Murray, NJ 07865**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$511.00**

---

| 3.144 64 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michele Divincenzo**
**154 Lorraine Drive**
**Lake Zurich, IL 60047**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$818.00**

---

| 3.144 65 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michele Ellis**
**162 W Broad St**
**Pawcatuck, Ct**
**Pawcatuck, CT 06379**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$93.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (*if known*) _____

| | |
|---|---|
| 3.144 66 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Michele Gonzalez**
**8222 Sw 102nd Ave**
**Gainesville, FL 32608**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$210.00**

---

3.144 67

**Nonpriority creditor's name and mailing address**
**Michele Hilgart**
**1148 N Hickory Ave**
**Arlington Heights, IL 60004**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$248.00**

---

3.144 68

**Nonpriority creditor's name and mailing address**
**Michele L**
**7 Centre St Unit 3113**
**Ocean, NJ 07712**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$22.00**

---

3.144 69

**Nonpriority creditor's name and mailing address**
**Michele Linder**
**313 10th Ave**
**Haddon Heights, NJ 08035**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$68.00**

---

3.144 70

**Nonpriority creditor's name and mailing address**
**Michele Lupo**
**7 Centre St Unit 3113**
**Ocean, NJ 07712**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$58.00**

---

3.144 71

**Nonpriority creditor's name and mailing address**
**Michele Mandell**
**26206 Mesa Dr**
**Carmel, CA 93923**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$303.02**

---

3.144 72

**Nonpriority creditor's name and mailing address**
**Michele Martel**
**10987 Phillion Trail**
**Frederic, MI 49733**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name                                                    Case number (if known) _____

| 3.144 73 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michele Masters**
**177 Durham Court**
**Hackettstown, NJ 07840**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$27.00**

---

| 3.144 74 |
|---|

**Nonpriority creditor's name and mailing address**

**Michele Nicholls**
**1210 Troon Drive**
**Greensburg, PA 15601**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,233.00**

---

| 3.144 75 |
|---|

**Nonpriority creditor's name and mailing address**

**Michele Nicholls**
**1210 Troon Drive**
**Greensburg, PA 15601**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$286.00**

---

| 3.144 76 |
|---|

**Nonpriority creditor's name and mailing address**

**Michele Nilsen**
**2340 1/2 S Beverly Glen Blvd**
**Los Angeles, CA 90064**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.144 77 |
|---|

**Nonpriority creditor's name and mailing address**

**Michele Okun**
**2204 Green Grass Ct**
**Colorado Springs, CO 80915**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

| 3.144 78 |
|---|

**Nonpriority creditor's name and mailing address**

**Michele S**
**24 Almendral Ave**
**Atherton, CA 94027**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.144 79 |
|---|

**Nonpriority creditor's name and mailing address**

**Michele Schilling**
**6735 Stoneridge Est**
**Columbia, IL 62236**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$358.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| 3.144<br>80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$698.00** |
|---|---|---|---|

**Michele Scott**
**24 Almendral Ave**
**Atherton, CA 94027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144<br>81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60.00** |
|---|---|---|---|

**Michele Tysiak**
**201 Crest Ave**
**Washington, PA 15301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144<br>82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$369.00** |
|---|---|---|---|

**Michele Valjean**
**5336 Elvira Rd**
**Woodland Hills, CA 91364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144<br>83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$404.00** |
|---|---|---|---|

**Michele Wilson**
**3318 22nd St N**
**Arlington, VA 22201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144<br>84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |
|---|---|---|---|

**Michele Z**
**5346 Westport Rd Unit 16**
**Madison, WI 53704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144<br>85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$115.00** |
|---|---|---|---|

**Micheljon A**
**6230 Meadowbrook Ln**
**Benchmark Farms, Inc**
**Riverside, CA 92504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144<br>86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Michelle Acampora**
**33 Darby Creek Ct**
**Okatie, SC 29909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name    Case number (if known) _____

---

**3.144 87**

**Nonpriority creditor's name and mailing address**

**Michelle Andrews**
**214 Habersham Ln**
**Perry, GA 31069**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$68.00

---

**3.144 88**

**Nonpriority creditor's name and mailing address**

**Michelle Andrews**
**214 Habersham Ln**
**Perry, GA 31069**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.144 89**

**Nonpriority creditor's name and mailing address**

**Michelle Annunziata**
**60 Vinegar Hill Rd**
**Pine Bush, NY 12566**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$807.00

---

**3.144 90**

**Nonpriority creditor's name and mailing address**

**Michelle Archibald**
**84 Pratt Rd**
**Oroville, WA 98844**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$103.00

---

**3.144 91**

**Nonpriority creditor's name and mailing address**

**Michelle B**
**17301 Forbes Lane**
**Huntington Beach, CA 92649**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.144 92**

**Nonpriority creditor's name and mailing address**

**Michelle Baedke**
**917 Woodfield Ct**
**Port Byron, IL 61275**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$600.00

---

**3.144 93**

**Nonpriority creditor's name and mailing address**

**Michelle Barbour**
**5413 Woodland Avenue**
**West Des Moines, IA 50266**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.144 94 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michelle Braseltonroper**
**85 Webfoot Ct**
**Sparks, NV 89441**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$254.00**

---

| 3.144 95 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michelle Brummet**
**402 Lake Dr**
**402 Lake Dr**
**Cawker City, KS 67430**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,614.00**

---

| 3.144 96 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michelle C**
**108 Buffalo Ave**
**Medford, NY 11763**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

| 3.144 97 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michelle C 19990**
**2814 W. Dolly Ln.**
**Citrus Springs, FL 34433**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$53.00**

---

| 3.144 98 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michelle Carpenter**
**3142 Myrick Dr**
**Columbus, GA 31909**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$22.00**

---

| 3.144 99 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michelle Cerulli**
**108 Buffalo Ave**
**Medford, NY 11763**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$321.00**

---

| 3.145 00 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michelle Cornell**
**2634 Hoopers Island Road**
**Pob 44**
**Fishing Creek, MD 21634**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.145 01 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$330.00** |

**Michelle Crowe**
**5571 Rebecca Ct**
**Stone Mountain, GA 30087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 02 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$52.25** |

**Michelle D**
**15423 Freestone Peach Lane**
**Cypress, TX 77433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 03 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$36.00** |

**Michelle D**
**91 Blackman Rd**
**Ridgefield, CT 06877**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 04 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$158.69** |

**Michelle D Weyand**
**20525 Cypresswood Dr**
**Apt #8305**
**Cypress, TX 77433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 05 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$145.00** |

**Michelle Dang**
**26155 Oroville Pl**
**Laguna Hills, CA 92653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 06 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |

**Michelle De La Paz**
**101 Thomas Woods Ct**
**Huntsville, AL 35806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 07 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,275.00** |

**Michelle Dean**
**4320 S Dogwood Ave**
**Broken Arrow, OK 74011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
Name

| 3.145 08 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michelle Dean**
**4320 S Dogwood Ave**
**Broken Arrow, OK 74011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$93.00**

---

| 3.145 09 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michelle Dellorto**
**36 Country View Ln**
**East Islip, NY 11730**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

| 3.145 10 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michelle Desjardins**
**513 Owens Dr**
**Crowley, TX 76036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$38.00**

---

| 3.145 11 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michelle Dominiak**
**2981 Tachevah Dr Apt 4**
**Santa Rosa, CA 95405**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$59.00**

---

| 3.145 12 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michelle E**
**7125 Grand View Way**
**Suwanee, GA 30024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.145 13 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michelle Edwards**
**5113 S Lakeshore Dr**
**Maple Plain, MN 55359**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$132.00**

---

| 3.145 14 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michelle F**
**505 Blue Skies Dr**
**Sparks, NV 89436**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.145 15 | | |

**Nonpriority creditor's name and mailing address**

**Michelle Fish**
**505 Blue Skies Dr**
**Sparks, NV 89436**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

| | |
|---|---|
| 3.145 16 | |

**Nonpriority creditor's name and mailing address**

**Michelle Gansle**
**2729 West Melrose Street**
**Chicago, IL 60618**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$1,525.00

---

| | |
|---|---|
| 3.145 17 | |

**Nonpriority creditor's name and mailing address**

**Michelle Gibson**
**420 Emerald Ln**
**Mahtomedi, MN 55115**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$2,834.00

---

| | |
|---|---|
| 3.145 18 | |

**Nonpriority creditor's name and mailing address**

**Michelle Glaser**
**799 Cabinside Dr**
**Roanoke, TX 76262**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$465.00

---

| | |
|---|---|
| 3.145 19 | |

**Nonpriority creditor's name and mailing address**

**Michelle Gomez**
**5694 Silo Dr**
**Helena, MT 59602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$146.00

---

| | |
|---|---|
| 3.145 20 | |

**Nonpriority creditor's name and mailing address**

**Michelle Guiswite**
**7 Black Bear Trl**
**Loganton, PA 17747**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$90.00

---

| | |
|---|---|
| 3.145 21 | |

**Nonpriority creditor's name and mailing address**

**Michelle Hallier**
**415 NW Briarcliff Ct**
**Kansas City, MO 64116**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$355.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
Name

| | |
|---|---|
| 3.145<br>22 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

**Michelle Hayes**
**3831 Amber Chase**
**San Antonio, TX 78245**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$228.00**

---

**3.145 23**

**Nonpriority creditor's name and mailing address**

**Michelle Haynes**
**9839 Nolte Ave**
**Saint Louis, MO 63136**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$27.00**

---

**3.145 24**

**Nonpriority creditor's name and mailing address**

**Michelle Josette**
**5744 Celedon Creek**
**Playa Cista, CA 90094**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$36.28**

---

**3.145 25**

**Nonpriority creditor's name and mailing address**

**Michelle K**
**11620 Court Of Palms Apt 302**
**Fort Myers, FL 33908**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$4.00**

---

**3.145 26**

**Nonpriority creditor's name and mailing address**

**Michelle K**
**1916 Arrowhead Drivene**
**St Petersburg, FL 33703**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.145 27**

**Nonpriority creditor's name and mailing address**

**Michelle K**
**2323 11th Avenue East**
**Seattle, WA 98102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

**3.145 28**

**Nonpriority creditor's name and mailing address**

**Michelle Kanches**
**1124 Conger Dr**
**Aiken, SC 29803**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$379.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name                                             Case number (if known) _____

| 3.145 29 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michelle Ketchum**
**636 Hermitage Circle**
**Palm Beach Gardens, FL 33410**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$56.00**

---

| 3.145 30 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michelle Kluge**
**11620 Court Of Palms Apt 302**
**Fort Myers, FL 33908**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$149.00**

---

| 3.145 31 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michelle L**
**5331 Ne 31st Ave**
**Portland, OR 97211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$34.65**

---

| 3.145 32 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michelle L**
**6150 Monteverde Dr**
**San Jose, CA 95120**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$36.00**

---

| 3.145 33 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michelle Landre**
**6150 Monteverde Dr**
**San Jose, CA 95120**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$256.00**

---

| 3.145 34 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michelle Landre**
**6150 Monteverde Dr.**
**San Jose, CA 95120**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$343.00**

---

| 3.145 35 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michelle Leonard**
**15434 Silvan Glen Drive**
**Dumfries, VA 22025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$255.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.145 36**

**Nonpriority creditor's name and mailing address**

**Michelle Levitt**
**4035 Winter Wood Ct**
**Moorpark, CA 93021**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$164.00

---

**3.145 37**

**Nonpriority creditor's name and mailing address**

**Michelle Li**
**52 Greenbriar Rd**
**Perryville, MD 21903**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$8,743.00

---

**3.145 38**

**Nonpriority creditor's name and mailing address**

**Michelle M**
**1523 Oak Ave**
**Davis, CA 95616**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$5.00

---

**3.145 39**

**Nonpriority creditor's name and mailing address**

**Michelle Mahony**
**725 Sugar Pine Rd**
**Tahoe City, CA 96145**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$176.00

---

**3.145 40**

**Nonpriority creditor's name and mailing address**

**Michelle Mantanona**
**4208 Packaway Rd NW**
**Albuquerque, NM 87114**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.145 41**

**Nonpriority creditor's name and mailing address**

**Michelle Martin**
**1523 Oak Ave**
**Davis, CA 95616**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$242.00

---

**3.145 42**

**Nonpriority creditor's name and mailing address**

**Michelle Medina**
**720 Manhattan Cir**
**Oswego, IL 60543**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$33.00

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.145**
**43**

**Nonpriority creditor's name and mailing address**
**Michelle Michalek**
**2301 W Loop 340**
**Waco, TX 76712**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$94.00**

---

**3.145**
**44**

**Nonpriority creditor's name and mailing address**
**Michelle O**
**2801 1st Ave Apt 606**
**Seattle, WA 98121**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.145**
**45**

**Nonpriority creditor's name and mailing address**
**Michelle Okland**
**1610 Sw Main St Ste 208**
**Ankeny, IA 50023**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$112.00**

---

**3.145**
**46**

**Nonpriority creditor's name and mailing address**
**Michelle Orlowski**
**2801 1st Ave Apt 606**
**Seattle, WA 98121**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$178.00**

---

**3.145**
**47**

**Nonpriority creditor's name and mailing address**
**Michelle P**
**18280 Wild Oaks Dr**
**Effingham, IL 62401**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$22.00**

---

**3.145**
**48**

**Nonpriority creditor's name and mailing address**
**Michelle P**
**4411 Kansas St**
**San Diego, CA 92116**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$6.00**

---

**3.145**
**49**

**Nonpriority creditor's name and mailing address**
**Michelle P**
**486 James Ct Unit B**
**Glendale Heights, IL 60139**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor     **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

---

**3.145 50**

**Nonpriority creditor's name and mailing address**

**Michelle Paradise**
**1618 N Fairfax Ave**
**Los Angeles, CA 90046**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$160.00**

---

**3.145 51**

**Nonpriority creditor's name and mailing address**

**Michelle Polich**
**4411 Kansas St**
**San Diego, CA 92116**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$685.00**

---

**3.145 52**

**Nonpriority creditor's name and mailing address**

**Michelle Porter**
**15197 Fox Creek Rd**
**Choctaw, OK 73020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.145 53**

**Nonpriority creditor's name and mailing address**

**Michelle Powell**
**18280 Wild Oaks Dr**
**Effingham, IL 62401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$156.00**

---

**3.145 54**

**Nonpriority creditor's name and mailing address**

**Michelle Prichard**
**65 Churchview Lane**
**Pittsford, NY 14534**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

**3.145 55**

**Nonpriority creditor's name and mailing address**

**Michelle Prosceo**
**1776 Larch Ave NE Apt 102**
**Issaquah, WA 98029**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$338.00**

---

**3.145 56**

**Nonpriority creditor's name and mailing address**

**Michelle R**
**2 Leary Dr**
**Waterford, CT 06385**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_    _____
Name

---

| 3.145 57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$1.14** |

**Michelle R**
**301 Mission Street, Apt 37b**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$180.00** |

**Michelle Robertson**
**210 Offerson Rd # 107**
**St James Place**
**Beaver Creek, CO 81620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$4,206.00** |

**Michelle Roughton**
**2304 Wesvill Ct Ste 360**
**Raleigh, NC 27607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$153.00** |

**Michelle Roy**
**5801 Marcia Ave**
**New Orleans, LA 70124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$12.00** |

**Michelle S**
**180 Gin Rd**
**Ennis, TX 75119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$22.00** |

**Michelle S 13408123**
**2050 South Ridge New Ave Apt J-23**
**South Daytona, FL 32119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$576.00** |

**Michelle Samuelson**
**10906 Leeds Ct**
**C/O Leslie Lemish**
**Great Falls, VA 22066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.145 64 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$30.00**

**Michelle Sedighi**
**1445 Millstone Dr**
**Alpharetta, GA 30004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _    Basis for the claim: **Customer**

Last 4 digits of account number _    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 65 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$24.00**

**Michelle Simonds**
**627 9th St**
**Idaho Falls, ID 83404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _    Basis for the claim: **Customer**

Last 4 digits of account number _    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 66 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$740.00**

**Michelle Slovak**
**180 Gin Rd**
**Ennis, TX 75119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _    Basis for the claim: **Customer**

Last 4 digits of account number _    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 67 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$148.00**

**Michelle Songstad**
**1655 Wynne Rd Ste 102**
**Cordova, TN 38016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _    Basis for the claim: **Customer**

Last 4 digits of account number _    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 68 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Michelle Steffien**
**29259 N Crest Dr**
**Lake Elsinore, CA 92530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _    Basis for the claim: **Customer**

Last 4 digits of account number _    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 69 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$952.00**

**Michelle Striefsky**
**502 Williamsburg Road**
**Lansdale, PA 19446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _    Basis for the claim: **Customer**

Last 4 digits of account number _    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 70 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$41.00**

**Michelle Sunday**
**1921 Oakes Dr**
**Akron, OH 44312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _    Basis for the claim: **Customer**

Last 4 digits of account number _    Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

---

| 3.145<br>71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $30.00 |

**Nonpriority creditor's name and mailing address**
**Michelle W**
**26 Windward Way**
**Chagrin Falls, OH 44023**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

| 3.145<br>72 |

**Nonpriority creditor's name and mailing address**
**Michelle W**
**604 N 30th St**
**Richmond, VA 23223**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$86.00

---

| 3.145<br>73 |

**Nonpriority creditor's name and mailing address**
**Michelle W**
**604 N 30th St**
**Richmond, VA 23223**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$3.00

---

| 3.145<br>74 |

**Nonpriority creditor's name and mailing address**
**Michelle Welsh**
**3388 E Lashawn Ct**
**Post Falls, ID 83854**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$318.00

---

| 3.145<br>75 |

**Nonpriority creditor's name and mailing address**
**Michelle Wesolowski**
**604 N 30th St**
**Richmond, VA 23223**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$6,390.00

---

| 3.145<br>76 |

**Nonpriority creditor's name and mailing address**
**Michelle Wesolowski**
**604 N 30th St**
**Richmond, VA 23223**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$22.00

---

| 3.145<br>77 |

**Nonpriority creditor's name and mailing address**
**Michelle Weyand**
**20525 Cypresswood Dr**
**Apt #8305**
**Cypress, TX 77433**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$135.00

---

Debtor    **Phoeno Wine Company, Inc.**                                   Case number *(if known)*
_____                          _____
          Name

| 3.145 78 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$156.00**

**Michelle Young**
**10450 N Highway**                                          ☐ Contingent
**Platte City, MO 64079**                                    ☐ Unliquidated
                                                             ☐ Disputed

Date(s) debt was incurred _                                  **Basis for the claim:  Customer**
Last 4 digits of account number _
                                                             Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.145 79 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$471.00**

**Michelle Zapata**
**19901 E Country Club Dr Apt 405**                          ☐ Contingent
**Aventura, FL 33180**                                       ☐ Unliquidated
                                                             ☐ Disputed

Date(s) debt was incurred _                                  **Basis for the claim:  Customer**
Last 4 digits of account number _
                                                             Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.145 80 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$19.00**

**Michelle Zappel**
**5457 Timbercreek Lane**                                    ☐ Contingent
**Stow, OH 44224**                                           ☐ Unliquidated
                                                             ☐ Disputed

Date(s) debt was incurred _                                  **Basis for the claim:  Customers - Deferred Credit**
Last 4 digits of account number _
                                                             Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.145 81 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$462.00**

**Michon Quick**
**17700 W 67th Ter**                                         ☐ Contingent
**Shawnee, KS 66217**                                        ☐ Unliquidated
                                                             ☐ Disputed

Date(s) debt was incurred _                                  **Basis for the claim:  Customer**
Last 4 digits of account number _
                                                             Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.145 82 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$436.00**

**Mick Frederick**
**6474 Golfcrest Dr**                                        ☐ Contingent
**House**                                                    ☐ Unliquidated
**San Diego, CA 92119**                                      ☐ Disputed

Date(s) debt was incurred _                                  **Basis for the claim:  Customer**
Last 4 digits of account number _
                                                             Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.145 83 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$27.00**

**Mick L**
**5550 Cottonwood Circle**                                   ☐ Contingent
**West Des Moines, IA 50266**                                ☐ Unliquidated
                                                             ☐ Disputed

Date(s) debt was incurred _                                  **Basis for the claim:  Customers - Deferred Credit**
Last 4 digits of account number _
                                                             Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.145 84 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$306.00**

**Mick Lorito**
**7821 Barberry Ave**                                        ☐ Contingent
**Yucca Valley, CA 92284**                                   ☐ Unliquidated
                                                             ☐ Disputed

Date(s) debt was incurred _                                  **Basis for the claim:  Customer**
Last 4 digits of account number _
                                                             Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

---

| 3.145 85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,324.00** |

**Mickey Anderson**
**1527 Gause Blvd**
**UPS Drop Box**
**Slidell, LA 70458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57.00** |

**Mickey Mathews**
**2507 Serenity Ct**
**Henderson, NV 89074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28.00** |

**Migdalia Nichols**
**3950 S Sandhill Rd Unit 113**
**Las Vegas, NV 89121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54.00** |

**Miguel Collado**
**22970 Indian Creek Dr Ste 500**
**Technica Corporation**
**Dulles, VA 20166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$160.00** |

**Miguel Izquierdo**
**37244 Misty Cv**
**Selbyville, DE 19975**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24.00** |

**Miguel Najera**
**8557 Alcott Street**
**Los Angeles, CA 90035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55.00** |

**Miguel S**
**90 Riverside Dr Apt 15a**
**New York, NY 10024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
Name

| | |
|---|---|

**3.145
92**

**Nonpriority creditor's name and mailing address**

**Miguel Sagarna**
**90 Riverside Dr Apt 15a**
**New York, NY 10024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$895.00**

---

**3.145
93**

**Nonpriority creditor's name and mailing address**

**Miguel Sandoval**
**5115 Gibson St**
**Houston, TX 77007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$547.00**

---

**3.145
94**

**Nonpriority creditor's name and mailing address**

**Mik King**
**1119 Wooded Creek Court**
**Fort Collins, CO 80526**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$264.00**

---

**3.145
95**

**Nonpriority creditor's name and mailing address**

**Mikael Loefstrand**
**17616 Pasture Rd**
**Odessa, FL 33556**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,630.00**

---

**3.145
96**

**Nonpriority creditor's name and mailing address**

**Mikaelaa C**
**606 Ridge Way**
**Evans, GA 30809**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$30.00**

---

**3.145
97**

**Nonpriority creditor's name and mailing address**

**Mikayla Agrella**
**2240 Alta Vista Dr**
**Vista, CA 92084**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$169.00**

---

**3.145
98**

**Nonpriority creditor's name and mailing address**

**Mike A**
**10700 Superview Dr**
**Austin, TX 78736**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

Debtor    **Phoeno Wine Company, Inc.**
      Name                                         Case number *(if known)*

---

**3.145 99**

**Nonpriority creditor's name and mailing address**
**Mike Abbondanza**
**1453 Boardwalk Pl**
**Gallatin, TN 37066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,319.00**

---

**3.146 00**

**Nonpriority creditor's name and mailing address**
**Mike Adkins**
**1942 Highway T**
**C/O Peaceful Bend Winery**
**Steelville, MO 65565**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

**3.146 01**

**Nonpriority creditor's name and mailing address**
**Mike Allnutt**
**10700 Superview Dr**
**Austin, TX 78736**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,014.00**

---

**3.146 02**

**Nonpriority creditor's name and mailing address**
**Mike Alonzo**
**16 Pelham Rd**
**West Hartford, CT 06107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$109.00**

---

**3.146 03**

**Nonpriority creditor's name and mailing address**
**Mike B**
**101 Summer Stone Ct**
**Weatherford, TX 76087**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.146 04**

**Nonpriority creditor's name and mailing address**
**Mike B**
**1228 State Route 28**
**Milford, OH 45150**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$27.00**

---

**3.146 05**

**Nonpriority creditor's name and mailing address**
**Mike B**
**32515 N 41st Way**
**Cave Creek, AZ 85331**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name                                                          Case number (if known)

---

**3.146 06**

**Nonpriority creditor's name and mailing address**

**Mike B**
**4467 E Bethena St**
**Gilbert, AZ 85295**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$88.80**

---

**3.146 07**

**Nonpriority creditor's name and mailing address**

**Mike B**
**8575 White Shark Blvd**
**Davenport, FL 33896**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.146 08**

**Nonpriority creditor's name and mailing address**

**Mike Babin**
**202 W Washington St**
**Syracuse, IN 46567**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$80.00**

---

**3.146 09**

**Nonpriority creditor's name and mailing address**

**Mike Bagley**
**8575 White Shark Blvd**
**Davenport, FL 33896**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$158.00**

---

**3.146 10**

**Nonpriority creditor's name and mailing address**

**Mike Barnett**
**101 Summer Stone Ct**
**Weatherford, TX 76087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.146 11**

**Nonpriority creditor's name and mailing address**

**Mike Bleakley**
**200 E 8th Ave Ste 202**
**Cheyenne, WY 82001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$305.00**

---

**3.146 12**

**Nonpriority creditor's name and mailing address**

**Mike Borowy**
**171 Oakview Dr**
**Cranberry Twp, PA 16066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$133.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*   _____
Name

| 3.146 13 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$251.00**

**Mike Bowman**
**1765 Charity Dr**
**Brentwood, TN 37027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:  Customer**
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 14 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$1,631.00**

**Mike Boyd**
**4467 E Bethena St**
**Gilbert, AZ 85295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:  Customer**
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 15 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$7,941.00**

**Mike Breig**
**1228 State Route 28**
**Milford, OH 45150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:  Customer**
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 16 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$195.00**

**Mike Briggs**
**2104 Cranberry Ct**
**Naperville, IL 60565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:  Customer**
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 17 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$27.00**

**Mike Briggs**
**2104 Cranberry Ct**
**Naperville, IL 60565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:  Customers - Deferred Credit**
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 18 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$11,981.00**

**Mike Busch**
**101 Aupuni St Ste 241**
**Hilo, HI 96720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:  Customer**
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 19 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$24.00**

**Mike C**
**31841 Tansy Bnd**
**Wesley Chapel, FL 33545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:  Customers - Deferred Credit**
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____

Name

---

**3.146**
**20**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$74.10**

**Mike C 13406748**
**425 W. Alberta St**
**Anaheim, CA 92805**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _                    **Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.146**
**21**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$27.00**

**Mike Cashion**
**6024 Vicksburg Street**
**New Orleans, LA 70124**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _                    **Basis for the claim:  Customer**

Last 4 digits of account number _                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.146**
**22**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Mike Clarke**
**14199 N Upland Hills Way**
**Boise, ID 83714**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _                    **Basis for the claim:  Customer**

Last 4 digits of account number _                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.146**
**23**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$100.00**

**Mike Conroy**
**2908 Spaldwick Ct**
**Raleigh, NC 27613**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _                    **Basis for the claim:  Customer**

Last 4 digits of account number _                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.146**
**24**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$200.00**

**Mike Cornelius**
**31841 Tansy Bnd**
**Wesley Chapel, FL 33545**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _                    **Basis for the claim:  Customer**

Last 4 digits of account number _                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.146**
**25**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$355.00**

**Mike Cortese**
**24 Arbor Way**
**Suffield, CT 06078**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _                    **Basis for the claim:  Customer**

Last 4 digits of account number _                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.146**
**26**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$30.00**

**Mike Dameron**
**8 Cape May Point**
**Greensboro, NC 27455**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _                    **Basis for the claim:  Customer**

Last 4 digits of account number _                    Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.146 27 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$25.00** |

**Mike Downing**
**119 Chapman Rd**
**Tewksbury, MA 01876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.146 28 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |

**Mike Du**
**1269 Donahue Ct**
**Pleasanton, CA 94566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.146 29 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$270.00** |

**Mike Easley**
**6900 Gray Rd**
**Indianapolis, IN 46237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.146 30 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$10.00** |

**Mike F**
**1415 E Henry Clay St**
**Milwaukee, WI 53217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.146 31 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$16.00** |

**Mike F**
**40w450 Barko Pkwy**
**Huntley, IL 60142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.146 32 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$9.00** |

**Mike Foster**
**17559 River Dr**
**Piney Point, MD 20674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.146 33 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$280.87** |

**Mike G**
**418 Carillo St # C**
**Santa Rosa, CA 95401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*)    _____

| | |
|---|---|

**3.146 34**

**Nonpriority creditor's name and mailing address**

**Mike Gazzano**
**35213 Ramsgate Dr**
**Newark, CA 94560**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$191.00**

---

**3.146 35**

**Nonpriority creditor's name and mailing address**

**Mike Guzman**
**2307 W Wolfram St Apt 415**
**Chicago, IL 60618**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$113.00**

---

**3.146 36**

**Nonpriority creditor's name and mailing address**

**Mike H**
**112 Meyers Ridge Road**
**Cramerton, NC 28032**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$15.00**

---

**3.146 37**

**Nonpriority creditor's name and mailing address**

**Mike H**
**5417 Emerald Dr**
**Eldersburg, MD 21784**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$9.00**

---

**3.146 38**

**Nonpriority creditor's name and mailing address**

**Mike H**
**916 Wells Rd**
**Phoenixville, PA 19460**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$48.00**

---

**3.146 39**

**Nonpriority creditor's name and mailing address**

**Mike Haase**
**604 Fleetwood Dr**
**Papillion, NE 68133**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$613.00**

---

**3.146 40**

**Nonpriority creditor's name and mailing address**

**Mike Heinbauch**
**5417 Emerald Dr**
**Eldersburg, MD 21784**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$74.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.146 41 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mike Henry**
**3110 Gravelly Beach Loop NW**
**Olympia, WA 98502**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$235.00**

---

| 3.146 42 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mike Hernandez**
**9427 Woodland Hills**
**San Antonio, TX 78250**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$77.00**

---

| 3.146 43 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mike Howells**
**112 Meyers Ridge Road**
**Cramerton, NC 28032**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$318.00**

---

| 3.146 44 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mike J Negron**
**4817 Chicago St #2**
**Omaha, NE 68132**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$82.00**

---

| 3.146 45 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mike Johnson**
**Ups Store (415) 307-2342**
**1547 Palos Verdes Mall**
**Walnut Creek, CA 94597**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$130.00**

---

| 3.146 46 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mike K**
**16 Wolfs Farm Rd**
**Hampton, NJ 08827**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$60.00**

---

| 3.146 47 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mike K**
**3040 B St Nw**
**Unit 5**
**Auburn, WA 98001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$7.00**

---

Debtor    **Phoeno Wine Company, Inc.**
　　　　　Name

Case number (if known) _____

---

| 3.146 48 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Mike K**
**4567 Swilcan Bridge Ln N**
**Jacksonville, FL 32224**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$23.00

---

| 3.146 49 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Mike K**
**480 Wildwood Forest Dr Ste 802**
**Spring, TX 77380**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$241.00

---

| 3.146 50 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Mike Kane**
**216 Franklin St., Suite 400**
**Johnstown, PA 15901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$152.00

---

| 3.146 51 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Mike Kemmesat**
**4191 Blackfin Ave**
**Irvine, CA 92620**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$167.00

---

| 3.146 52 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Mike King**
**208 South Oak Street**
**Dixon, MO 65459**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$23.00

---

| 3.146 53 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Mike Klein**
**480 Wildwood Forest Dr Ste 802**
**Spring, TX 77380**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$14,077.00

---

| 3.146 54 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Mike L**
**7 Loyalist Ct**
**Marlton, NJ 08053**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$710.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
Name

| 3.146 55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |

**Mike M**
**1244 El Camino Real**
**4**
**Burlingame, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**Mike M**
**13821 Sw 103 Ave**
**Miami, FL 33176**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13.00** |

**Mike M**
**236 Hollywood Dr**
**Coppell, TX 75019**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**Mike M**
**484 B. Washington St.**
**330**
**Monterey, CA 93940**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$300.00** |

**Mike Mahovlich**
**3100 Douglas Ct Sw**
**Issaquah, WA 98027**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$77.00** |

**Mike Malena**
**1855 Boy Scout Dr**
**Fort Myers, FL 33907**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$790.00** |

**Mike Mccord**
**236 Hollywood Dr**
**Coppell, TX 75019**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Phoeno Wine Company, Inc.**          Case number *(if known)* _____

Name

| | |
|---|---|
| 3.146 62 | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$846.00**

**Mike Mccue**
**9700 Highland Dr**
**Brecksville, OH 44141**          ☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _          **Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.146 63 | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$857.00**

**Mike Mcfadden**
**29w120 Batavia Rd**
**Warrenville, IL 60555**          ☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _          **Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.146 64 | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$2,120.00**

**Mike Meglio**
**7408 Wydown Blvd**
**Saint Louis, MO 63105**          ☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _          **Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.146 65 | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$379.00**

**Mike Mercer**
**4308 Georgia Avenue, NW**
**502**
**Washington, DC 20011**          ☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _          **Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.146 66 | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$13.00**

**Mike N**
**40744 Mountain Pride Dr**
**Murrieta, CA 92562**          ☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _          **Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.146 67 | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$91.86**

**Mike Neal**
**2745 Lake Street**
**San Francisco, CA 94121**          ☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _          **Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.146 68 | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$22.00**

**Mike Nelson**
**30 Long View Rd.**
**West Hartford, CT 06107**          ☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _          **Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number _(if known)_ _____
Name

| 3.146 69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$2,368.00** |
|---|---|---|---|

**Mike Nerio**
**16631 Roosevelt Lane**
**Huntington Beach, CA 92649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$460.04** |
|---|---|---|---|

**Mike Nerio**
**16631 Roosevelt Lane**
**Huntington Beach, CA 92649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$203.00** |
|---|---|---|---|

**Mike Noble**
**1450 Locust Ave Apt 123**
**Long Beach, CA 90813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$24.00** |
|---|---|---|---|

**Mike Norton**
**2488 Poinciana Ln**
**Weston, FL 33327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$764.00** |
|---|---|---|---|

**Mike Nunez**
**40744 Mountain Pride Dr**
**Murrieta, CA 92562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$7.00** |
|---|---|---|---|

**Mike O**
**2389 Deerhorn Dr**
**Riverside, CA 92506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$334.00** |
|---|---|---|---|

**Mike Oshaughnessy**
**2241 Caroline St**
**Mandeville, LA 70448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
Name

---

**3.146**
**76**

**Nonpriority creditor's name and mailing address**

**Mike Perillo**
**7 Joyce Rd**
**Hartsdale, NY 10530**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$58.00**

---

**3.146**
**77**

**Nonpriority creditor's name and mailing address**

**Mike R**
**1316 Fryer Creek Drive**
**Sonoma, CA 95476**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.146**
**78**

**Nonpriority creditor's name and mailing address**

**Mike Ramsey**
**7400 Gaylord Pkwy**
**Frisco, TX 75034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

**3.146**
**79**

**Nonpriority creditor's name and mailing address**

**Mike Rippe**
**526 Kingdel Dr**
**Saint Louis, MO 63124**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$99.00**

---

**3.146**
**80**

**Nonpriority creditor's name and mailing address**

**Mike Robach**
**1870 Tee Drive**
**Braselton, GA 30517**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$806.00**

---

**3.146**
**81**

**Nonpriority creditor's name and mailing address**

**Mike Ryan**
**1901 N Commonwealth Ave**
**Number 6**
**Los Angeles, CA 90027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,819.00**

---

**3.146**
**82**

**Nonpriority creditor's name and mailing address**

**Mike S**
**209 W Silverthorn Lane**
**Ponte Vedra, FL 32081**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

Official Form 206 E/F                  Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| | |
|---|---|
| 3.146 83 | |

**Nonpriority creditor's name and mailing address**
**Mike S**
**218 Main Street**
**Pmb 428**
**Kirkland, WA 98033**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$17.00**

---

| | |
|---|---|
| 3.146 84 | |

**Nonpriority creditor's name and mailing address**
**Mike S**
**34447 Glendale Dr**
**Franklin, VA 23851**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| | |
|---|---|
| 3.146 85 | |

**Nonpriority creditor's name and mailing address**
**Mike S**
**4605 Old Dragon Path**
**Ellicott City, MD 21042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$16.00**

---

| | |
|---|---|
| 3.146 86 | |

**Nonpriority creditor's name and mailing address**
**Mike S**
**5333 Stoneybrook Dr**
**Broomfield, CO 80020**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

| | |
|---|---|
| 3.146 87 | |

**Nonpriority creditor's name and mailing address**
**Mike S**
**955 E Main St**
**Ups Access Point (Advance Auto Parts Sto**
**Stamford, CT 06902**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| | |
|---|---|
| 3.146 88 | |

**Nonpriority creditor's name and mailing address**
**Mike Seed**
**1400 Pittsburg Ave NW Apt 5**
**North Canton, OH 44720**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$190.00**

---

| | |
|---|---|
| 3.146 89 | |

**Nonpriority creditor's name and mailing address**
**Mike Shaffer**
**1908 Apple Ridge Ct**
**Richmond, VA 23229**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$58.00**

---

Debtor    **Phoeno Wine Company, Inc.**                          Case number *(if known)* _____
                  Name

| | |
|---|---|
| 3.146 90 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Mike Simpson**
**150 Blue Flame Ln**
**Cle Elum, WA 98922**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$830.00**

---

**Nonpriority creditor's name and mailing address**
**Mike Smith**
**27 Audubon Pl**
**Hilton Head, SC 29928**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

3.146 91     **$850.00**

---

**Nonpriority creditor's name and mailing address**
**Mike Stewart**
**10441 Ozzy Ct**
**Stockton, CA 95212**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

3.146 92     **$60.00**

---

**Nonpriority creditor's name and mailing address**
**Mike Stoico**
**371 Elmendorf Drive**
**Hurley, NY 12443**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

3.146 93     **$10,003.00**

---

**Nonpriority creditor's name and mailing address**
**Mike Stratton**
**1009 E. Capitol Dr.**
**Appleton, WI 54911**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

3.146 94     **$867.00**

---

**Nonpriority creditor's name and mailing address**
**Mike Sutter**
**4605 Old Dragon Path**
**Ellicott City, MD 21042**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

3.146 95     **$28.00**

---

**Nonpriority creditor's name and mailing address**
**Mike Sutter**
**955 E Main St**
**UPS Access Point (Advance Auto Parts Sto**
**Stamford, CT 06902**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

3.146 96     **$145.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.146 97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8.00 |
|---|---|---|---|

**Mike T**
**24777 Valley Street**
**Newhall, CA 91321**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.146 98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $21.00 |
|---|---|---|---|

**Mike T**
**5459 Stonehurst**
**St. Louis, MO 63129**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.146 99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $24.00 |
|---|---|---|---|

**Mike T 13407844**
**460 E. French Ave**
**Orange City, FL 32763**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.147 00 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $39.00 |
|---|---|---|---|

**Mike T 13414321**
**19000 Nugget Blvd.**
**Sonora, CA 95370**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.147 01 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $52.14 |
|---|---|---|---|

**Mike T 13421000**
**735 S Riverside Dr**
**Apt 4**
**Palm Springs, CA 92264**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.147 02 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $413.00 |
|---|---|---|---|

**Mike Taft**
**12020 Meridian E Ste A**
**Puyallup, WA 98373**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.147 03 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $35.00 |
|---|---|---|---|

**Mike Tallman**
**98 Park Ln**
**Fair Haven, NJ 07704**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                    Case number (*if known*)
_____
Name

---

**3.147**
**04**

**Nonpriority creditor's name and mailing address**

**Mike Thompson**
**8 Fairlawn Ct**
**Hilton Head Island, SC 29926**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customer**

Is the claim subject to offset? ☒ No ☐ Yes

$46.00

---

**3.147**
**05**

**Nonpriority creditor's name and mailing address**

**Mike Timpe**
**5459 Stonehurst**
**St. Louis, MO 63129**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customer**

Is the claim subject to offset? ☒ No ☐ Yes

$775.00

---

**3.147**
**06**

**Nonpriority creditor's name and mailing address**

**Mike Tobin**
**6848 Cumbre Vista Way**
**Colorado Springs, CO 80924**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customer**

Is the claim subject to offset? ☒ No ☐ Yes

$321.00

---

**3.147**
**07**

**Nonpriority creditor's name and mailing address**

**Mike Travis**
**4264 22nd St**
**San Francisco, CA 94114**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customer**

Is the claim subject to offset? ☒ No ☐ Yes

$1,635.00

---

**3.147**
**08**

**Nonpriority creditor's name and mailing address**

**Mike V**
**6608 Glenhurst Drive**
**Dallas, TX 75254**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

$36.00

---

**3.147**
**09**

**Nonpriority creditor's name and mailing address**

**Mike Vaisman**
**2800 Fairway Dr**
**Etc**
**Hollywood, FL 33021**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customer**

Is the claim subject to offset? ☒ No ☐ Yes

$852.00

---

**3.147**
**10**

**Nonpriority creditor's name and mailing address**

**Mike Viracola**
**6608 Glenhurst Drive**
**Dallas, TX 75254**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customer**

Is the claim subject to offset? ☒ No ☐ Yes

$60.00

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
          Name

| | |
|---|---|

**3.147**
**11**

**Nonpriority creditor's name and mailing address**

**Mike Waltman**
**8522 Stones Throw Ln**
**Missouri City, TX 77459**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$157.00

---

**3.147**
**12**

**Nonpriority creditor's name and mailing address**

**Mike Warren**
**34 Spencer Ln**
**Stony Brook, NY 11790**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$220.00

---

**3.147**
**13**

**Nonpriority creditor's name and mailing address**

**Mike Waters**
**1484 Hyla Ave NW Rm 201**
**Issaquah, WA 98027**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$1,706.00

---

**3.147**
**14**

**Nonpriority creditor's name and mailing address**

**Mike Whelan**
**2526 Marston Rd**
**Tallahassee, FL 32308**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$28.00

---

**3.147**
**15**

**Nonpriority creditor's name and mailing address**

**Mike White**
**710 Pleasant Ave**
**Glen Ellyn, IL 60137**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.147**
**16**

**Nonpriority creditor's name and mailing address**

**Mike Wilson**
**3962 Timber Valley Dr**
**Maumee, OH 43537**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$4,328.00

---

**3.147**
**17**

**Nonpriority creditor's name and mailing address**

**Mike Wingate**
**705 W Benjamin Ave**
**Norfolk, NE 68701**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$4,262.00

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (*if known*) _____

---

| 3.147 18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |

**Mike Woliver**
**115 Colonial Rd Unit 56**
**Stamford, CT 06906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$120.00** |

**Mike Woods**
**1220 Tall Timbers Dr**
**Evansville, IN 47725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$34,620.00** |

**Mike Y**
**618 N Wheatland Ave**
**Wichita, KS 67235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Customers - Deferred Credit_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,292.00** |

**Mike Yow**
**618 N Wheatland Ave**
**Wichita, KS 67235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$348.00** |

**Mike Ziegler**
**8702 Winston Falls Ct**
**Humble, TX 77936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19.00** |

**Mikhail I**
**113 Cascade Ct Apt 6**
**Princeton, NJ 08540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Customers - Deferred Credit_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$265.00** |

**Mikhail Iznyuk**
**113 Cascade Ct Apt 6**
**Princeton, NJ 08540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 3.147 25 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mikhail K**
**P. O. Box 5312**
**Diamond Bar, CA 91766**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$10.00

---

| 3.147 26 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mikhail Kachko**
**20847 Pine Cone Cir**
**Porter Ranch, CA 91326**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$94.00

---

| 3.147 27 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Miki Antonelli**
**630 W Muirwood Dr**
**Phoenix, AZ 85045**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$2,544.00

---

| 3.147 28 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mikkotormala**
**360 Third Street Fl5**
**San Francisco, CA 94107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$2,104.90

---

| 3.147 29 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Milan Patel**
**112 Halle Dr**
**Kennett Sq, PA 19348**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$419.00

---

| 3.147 30 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Milan Savani**
**10658 Park Village Pl Apt B**
**Dallas, TX 75230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$87.00

---

| 3.147 31 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mildred Kiyono**
**45-619 Nawahine Loop**
**Kaneohe**
**541, HI 96744**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$267.00

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

**3.147 32**

**Nonpriority creditor's name and mailing address**
**Milena Halek**
**12252 Niwot Rd**
**Longmont, CO 80504**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$3,292.00

---

**3.147 33**

**Nonpriority creditor's name and mailing address**
**Miles Laird**
**3641 Matterhorn Dr**
**Plano, TX 75075**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,571.00

---

**3.147 34**

**Nonpriority creditor's name and mailing address**
**Milos K**
**2660 W Armitage Ave**
**Chicago, IL 60647**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$39.00

---

**3.147 35**

**Nonpriority creditor's name and mailing address**
**Milson Reis**
**17301 Biscayne Blefe Unit2303**
**Aventura, FL 33160**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$336.00

---

**3.147 36**

**Nonpriority creditor's name and mailing address**
**Milton Cardenas**
**5154 W Byron St**
**Chicago, IL 60641**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$757.00

---

**3.147 37**

**Nonpriority creditor's name and mailing address**
**Milton Johnson**
**2204 Lakeshore Dr Ste 215**
**Homewood, AL 35209**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$895.00

---

**3.147 38**

**Nonpriority creditor's name and mailing address**
**Milton S.**
**15072 Sw 20th St**
**Miramar, FL 33027**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

| 3.147<br>39 | **Nonpriority creditor's name and mailing address**<br>**Miltonsjimenez**<br>**15072 Sw 20th St**<br>**Miramar, FL 33027** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$192.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147<br>40 | **Nonpriority creditor's name and mailing address**<br>**Mimi Taylor**<br>**13920 Kenneth Rd**<br>**Leawood, KS 66224** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$60.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147<br>41 | **Nonpriority creditor's name and mailing address**<br>**Mina M**<br>**2057 Magnolia Way**<br>**Walnut Creek, CA 94595** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$20.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147<br>42 | **Nonpriority creditor's name and mailing address**<br>**Mina T**<br>**121 E 22nd St**<br>**N1206**<br>**New York, NY 10010** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147<br>43 | **Nonpriority creditor's name and mailing address**<br>**Mina Takayanagi**<br>**121 E 22nd St**<br>**N1206**<br>**New York, NY 10010** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$302.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147<br>44 | **Nonpriority creditor's name and mailing address**<br>**Mindy A**<br>**7267 Southampton Lane**<br>**West Chester, OH 45069** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$50.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147<br>45 | **Nonpriority creditor's name and mailing address**<br>**Mindy Corbin**<br>**11205 Gunston Rd**<br>**Lorton, VA 22079** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,360.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.147 46**

**Nonpriority creditor's name and mailing address**
**Mindy Gray**
**7620 W Fm 487**
**Florence, TX 76527**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

**$66.00**

---

**3.147 47**

**Nonpriority creditor's name and mailing address**
**Mindy Shivers**
**2830 Broad Wing Dr**
**Odenton, MD 21113**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

**$893.00**

---

**3.147 48**

**Nonpriority creditor's name and mailing address**
**Mindyrose**
**10390 E Lakeview Dr**
**Unit 206**
**Scottsdale, AZ 85258**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$222.01**

---

**3.147 49**

**Nonpriority creditor's name and mailing address**
**Ming Shu**
**608 Hampshire Street**
**San Francisco, CA 94110**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.147 50**

**Nonpriority creditor's name and mailing address**
**Minjung Song**
**5048 Commonwealth Ave**
**La Canada Flintridge, CA 91011**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

**3.147 51**

**Nonpriority creditor's name and mailing address**
**Minnick Linda**
**1369 Roberts Rd**
**St Johns, FL 32259**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.147 52**

**Nonpriority creditor's name and mailing address**
**Miqueias Dejesussantos**
**3600 Mystic Valley Pkwy Apt W906**
**Medford, MA 02155**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 3.147 53 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Miranda Eustis**
**555 NW Park Ave Apt 313**
**Portland, OR 97209**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$155.00**

---

| 3.147 54 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Miranda F**
**4808 W 65th St**
**Prairie Village, KS 66208**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.147 55 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Miranda Green**
**1142 N Wood St Apt 1s**
**Chicago, IL 60622**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$238.00**

---

| 3.147 56 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Miranda Hofmann**
**5309 Namekagon Ln**
**Madison, WI 53704**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$168.00**

---

| 3.147 57 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Miranda Ruane**
**1110 Trailside Cir**
**Concord, CA 94518**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$439.00**

---

| 3.147 58 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Miri W**
**906 Ashland St**
**Houston, TX 77008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.147 59 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Miriam Krehbiel**
**4524 Sw Alexander Court**
**Topeka, KS 66610**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$504.00**

---

Official Form 206 E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.147 60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 |
|---|---|---|---|

**3.147**
**60**

**Nonpriority creditor's name and mailing address**

**Miriam L**
**4186 Riva Ridge Dr**
**Fair Oaks, CA 95628**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$20.00**

---

**3.147**
**61**

**Nonpriority creditor's name and mailing address**

**Miriam S**
**4765 Olive Dr**
**Concord, CA 94521**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$30.00**

---

**3.147**
**62**

**Nonpriority creditor's name and mailing address**

**Miriama Martinez**
**2400 Marine Ave Ste 102**
**Redondo Beach, CA 90278**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$168.00**

---

**3.147**
**63**

**Nonpriority creditor's name and mailing address**

**Mischa Odell**
**33197 Brian Court**
**Waukee, IA 50263**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$811.00**

---

**3.147**
**64**

**Nonpriority creditor's name and mailing address**

**Misha Shvartsman**
**7 Gravatt Cir**
**Millstone Township, NJ 08510**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,832.00**

---

**3.147**
**65**

**Nonpriority creditor's name and mailing address**

**Mishawna Bohner**
**1975 Creekside Dr**
**Rockwall, TX 75087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$355.00**

---

**3.147**
**66**

**Nonpriority creditor's name and mailing address**

**Missy Spainhour**
**15 La Rue Ct.**
**Biltmore Lake, NC 28715**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,329.00**

---

Debtor  **Phoeno Wine Company, Inc.**
_____  Case number *(if known)*  _____
Name

| | |
|---|---|
| **3.147 67** | |

**Nonpriority creditor's name and mailing address**                                                   $40.00

**Misty A**
**558 S Meridian Ave**
**Madera, CA 93636**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| |
|---|
| **3.147 68** |

**Nonpriority creditor's name and mailing address**                                                   $28.00

**Misty Dantin**
**4825 Eagles Green Cir**
**Groves, TX 77619**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| |
|---|
| **3.147 69** |

**Nonpriority creditor's name and mailing address**                                                   $10.00

**Misty G**
**777 Old Louisville Road**
**Guyton, GA 31312**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| |
|---|
| **3.147 70** |

**Nonpriority creditor's name and mailing address**                                                   $0.00

**Misty Griffin**
**777 Old Louisville Road**
**Guyton, GA 31312**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| |
|---|
| **3.147 71** |

**Nonpriority creditor's name and mailing address**                                                   $23.00

**Misty Sahouri**
**106 Hamilton Street**
**Byron, MI 48418**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| |
|---|
| **3.147 72** |

**Nonpriority creditor's name and mailing address**                                                   $4,050.00

**Mitch Dudman**
**11000 Westwood Blvd**
**Orlando, FL 33282**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| |
|---|
| **3.147 73** |

**Nonpriority creditor's name and mailing address**                                                   $223.45

**Mitch F**
**550 15th Street**
**San Diego, CA 92101**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number _(if known)_   _____
Name

| 3.147 74 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mitch Grandstaff**
**168 21st Ave**
**San Francisco, CA 94121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$360.00**

---

| 3.147 75 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mitch Knapke**
**13801 Ross Medford Rd**
**New Weston, OH 45348**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

| 3.147 76 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mitch Nauffts**
**302 W 87th St Apt 36**
**New York, NY 10024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$102.00**

---

| 3.147 77 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mitch Raley**
**601 Rosemount Dr**
**Round Rock, TX 78665**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$171.00**

---

| 3.147 78 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mitchel Harad**
**Grabr**
**875 Sansome Street**
**San Francisco, CA 94111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$629.00**

---

| 3.147 79 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mitchel Harad**
**GRABR**
**875 Sansome Street**
**San Francisco, CA 94111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$6.50**

---

| 3.147 80 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mitchell Bryant**
**102 County Road 727**
**Riceville, TN 37370**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$942.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

---

| 3.147 81 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mitchell Cadwell**
**211 Sassafras Ln**
**Milton, DE 19968**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,494.00**

---

| 3.147 82 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mitchell Ganem**
**30 Elmwood St**
**Wareham, MA 02571**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$74.00**

---

| 3.147 83 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mitchell L**
**624 Spokane Ave**
**Albany, CA 94706**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

| 3.147 84 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mitchell Malone**
**2808 Adrienne Dr**
**College Station, TX 77845**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$281.00**

---

| 3.147 85 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mitchell Mcsorley**
**1169 Makeway St**
**Roseville, CA 95747**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.147 86 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mitchell Robb**
**500 W Texas Ave Ste 1020**
**Midland, TX 79701**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,616.00**

---

| 3.147 87 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mitchell S**
**44u Michael Rd**
**Hammonton, NJ 08037**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$54.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.147 88**

**Nonpriority creditor's name and mailing address**
**Mitchell Samuelian**
**44u Michael Rd**
**Hammonton, NJ 08037**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$28.00

---

**3.147 89**

**Nonpriority creditor's name and mailing address**
**Mitchell W**
**2021 Paseo Del Sol**
**San Jose, CA 95124**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$108.52

---

**3.147 90**

**Nonpriority creditor's name and mailing address**
**Mitchell W**
**45 Clydesdale Rd**
**Scotch Plains, NJ 07076**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

**3.147 91**

**Nonpriority creditor's name and mailing address**
**Mitchell Weinstock**
**2021 Paseo Del Sol**
**San Jose, CA 95124**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$908.00

---

**3.147 92**

**Nonpriority creditor's name and mailing address**
**Mitchell Wexler**
**45 Clydesdale Rd**
**Scotch Plains, NJ 07076**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,889.00

---

**3.147 93**

**Nonpriority creditor's name and mailing address**
**Mitzi Fierro**
**154 Golden Glen Dr**
**Simi Valley, CA 93065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$304.00

---

**3.147 94**

**Nonpriority creditor's name and mailing address**
**Mitzi Westerhoff**
**9593 Kalamere Ct**
**Highlands Ranch, CO 80126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$710.00

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.147 95 | |

**Nonpriority creditor's name and mailing address**
**Mitzi Westerhoff**
**9593 Kalamere Ct**
**Highlands Ranch, CO 80126**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$459.00**

---

| | |
|---|---|
| 3.147 96 | |

**Nonpriority creditor's name and mailing address**
**Miyutoyoshima Galliart**
**24333 Bent Feather Rd**
**Conifer, CO 80433**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,108.00**

---

| | |
|---|---|
| 3.147 97 | |

**Nonpriority creditor's name and mailing address**
**Mj S**
**126 Chestnut Cir**
**Lincoln, MA 01773**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$24.00**

---

| | |
|---|---|
| 3.147 98 | |

**Nonpriority creditor's name and mailing address**
**Mj Sarocco**
**126 Chestnut Cir**
**Lincoln, MA 01773**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,015.00**

---

| | |
|---|---|
| 3.147 99 | |

**Nonpriority creditor's name and mailing address**
**Mlynne Moore**
**7708 Kilbride Cir**
**Dallas, TX 75248**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$33.00**

---

| | |
|---|---|
| 3.148 00 | |

**Nonpriority creditor's name and mailing address**
**Mo Langdon**
**449 W. Foothill Blvd., #523**
**Glendora, CA 91741**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$640.00**

---

| | |
|---|---|
| 3.148 01 | |

**Nonpriority creditor's name and mailing address**
**Mohammad Mondol**
**288 Bernice Drive**
**East Meadow, NY 11554**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

Debtor   **Phoeno Wine Company, Inc.**
      Name

Case number *(if known)*

---

| 3.148 02 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$38.00** |

**Mohammadreza Navid**
**1874 Arroyo Seco Drive**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 03 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30.00** |

**Moira F**
**109 S Main St Ste 18**
**Hambletonian Society**
**Cranbury, NJ 08512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 04 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150.00** |

**Moira Fanning**
**109 S Main St Ste 18**
**Hambletonian Society**
**Cranbury, NJ 08512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 05 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$750.00** |

**Moira Farrer**
**202 Loch Lomond Rd**
**Rancho Mirage, CA 92270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 06 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$33.00** |

**Moky Cheung**
**3030 Lbj Fwy Ste 1700**
**Dallas, TX 75234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 07 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$280.00** |

**Moky Cheung**
**3030 Lbj Fwy Ste 1700**
**Dallas, TX 75234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 08 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$540.00** |

**Mole**
**597 Chromatic Chord Ct**
**Henderson, NV 89011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**

_____
Name

Case number (if known) _____

| | |
|---|---|
| **3.148 09** | |

**Nonpriority creditor's name and mailing address**

**Mollie C**
**1145 Tringham Court**
**Apex, NC 27502**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$26.00

---

| | |
|---|---|
| **3.148 10** | |

**Nonpriority creditor's name and mailing address**

**Mollie Church**
**1145 Tringham Court**
**Apex, NC 27502**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,510.00

---

| | |
|---|---|
| **3.148 11** | |

**Nonpriority creditor's name and mailing address**

**Molly L**
**402 N 18th St**
**San Jose, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| | |
|---|---|
| **3.148 12** | |

**Nonpriority creditor's name and mailing address**

**Molly Lewis**
**4663 Big Hill Rd**
**Todd, NC 28684**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$33.00

---

| | |
|---|---|
| **3.148 13** | |

**Nonpriority creditor's name and mailing address**

**Molly Lynchard**
**670 Oak Crossing Dr**
**Villa Ridge, MO 63089**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$156.00

---

| | |
|---|---|
| **3.148 14** | |

**Nonpriority creditor's name and mailing address**

**Molly Meacham**
**3320 W Foster Ave**
**Chicago, IL 60625**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$319.00

---

| | |
|---|---|
| **3.148 15** | |

**Nonpriority creditor's name and mailing address**

**Molly Owens**
**29 Forest Knolls Drive**
**San Francisco, CA 94131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$45.00

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
| | Name | | |

---

**3.148**
**16**

Nonpriority creditor's name and mailing address
**Molly Turpin**
**81 Cascade St**
**Essex Junction, VT 05452**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.148**
**17**

Nonpriority creditor's name and mailing address
**Mollymilligan**
**7530 Ramble Way Suite 103**
**Raleigh, NC 27616**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$41.00

---

**3.148**
**18**

Nonpriority creditor's name and mailing address
**Mollymurphy**
**203 Wayne Road Northwest**
**Albuquerque, NM 87114**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$337.04

---

**3.148**
**19**

Nonpriority creditor's name and mailing address
**Mona Patel**
**25803 Lacebark Road**
**Corona, CA 92883**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$58.00

---

**3.148**
**20**

Nonpriority creditor's name and mailing address
**Mona Vertin**
**835 NE 33rd Ave**
**Portland, OR 97232**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.148**
**21**

Nonpriority creditor's name and mailing address
**Monblader W**
**3150 140th St**
**Apt 3g**
**Flushing, NY 11354**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

**3.148**
**22**

Nonpriority creditor's name and mailing address
**Monet Huang**
**363 Calypso Beach Dr**
**Copperopolis, CA 95228**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,310.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_    _____
Name

---

**3.148**
**23**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$96.00**

**Monica A**
**2833 Championship Blvd**    ☐ Contingent
**Oakville, MO 63129**    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred _    **Basis for the claim:  Customers - Deferred Credit**
Last 4 digits of account number _
    Is the claim subject to offset? ■ No ☐ Yes

---

**3.148**
**24**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$201.00**

**Monica Adams**
**555 E. Outer 21 Rd**    ☐ Contingent
**Arnold, MO 63010**    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred _    **Basis for the claim:  Customers - Deferred Credit**
Last 4 digits of account number _
    Is the claim subject to offset? ■ No ☐ Yes

---

**3.148**
**25**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$8.00**

**Monica C**
**39 Engler Ln**    ☐ Contingent
**Jim Thorpe, PA 18229**    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred _    **Basis for the claim:  Customers - Deferred Credit**
Last 4 digits of account number _
    Is the claim subject to offset? ■ No ☐ Yes

---

**3.148**
**26**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$177.00**

**Monica Coles**
**39 Engler Ln**    ☐ Contingent
**Jim Thorpe, PA 18229**    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred _    **Basis for the claim:  Customer**
Last 4 digits of account number _
    Is the claim subject to offset? ■ No ☐ Yes

---

**3.148**
**27**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$15.00**

**Monica K**
**414 E Shafer View Dr**    ☐ Contingent
**Meridian, ID 83642**    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred _    **Basis for the claim:  Customers - Deferred Credit**
Last 4 digits of account number _
    Is the claim subject to offset? ■ No ☐ Yes

---

**3.148**
**28**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$56.00**

**Monica Le**
**401 S 1st St Unit 1017**    ☐ Contingent
**Minneapolis, MN 55401**    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred _    **Basis for the claim:  Customer**
Last 4 digits of account number _
    Is the claim subject to offset? ■ No ☐ Yes

---

**3.148**
**29**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$216.00**

**Monica Mccutchan**
**18200 Turnberry Drive**    ☐ Contingent
**Round Hill, VA 20141**    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred _    **Basis for the claim:  Customer**
Last 4 digits of account number _
    Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____     Case number (if known) _____
Name

---

| 3.148<br>30 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$20.00** |
| **Monica Perkins**<br>**527 With 3rd Street Apt 210**<br>**Long Beach, CA 90802** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.148<br>31 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$59.04** |
| **Monica Ramey**<br>**207 Westfield Drive**<br>**Franklin, TN 37064** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.148<br>32 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$15.00** |
| **Monica S**<br>**800 Exchange Street,**<br>**Suite 410**<br>**Astoria, OR 97103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.148<br>33 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$20.00** |
| **Monica Saldivar**<br>**742 Genevieve Street**<br>**Solana Beach, CA 92075** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.148<br>34 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$754.00** |
| **Monica Steele**<br>**800 Exchange Street,**<br>**Suite 410**<br>**Astoria, OR 97103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.148<br>35 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
| **Monica Ward**<br>**2608 Niles Rd**<br>**Saint Joseph, MI 49085** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.148<br>36 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$283.00** |
| **Monika Kaleska**<br>**129 Mullbery Street**<br>**New York, NY 10013** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Phoeno Wine Company, Inc.**                                   Case number *(if known)* _____
_____
Name

| 3.148 37 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$50.00**

**Monique B**
**2820 W Airline Hwy**
**La Place, LA 70068**                                                   ☐ Contingent
                                                                          ☐ Unliquidated
                                                                          ☐ Disputed

Date(s) debt was incurred _                                             **Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _                                      Is the claim subject to offset? ☑ No  ☐ Yes

| 3.148 38 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$136.00**

**Monique Iwaszko**
**11524 Dewey St**
**Parker, CO 80138**                                                     ☐ Contingent
                                                                          ☐ Unliquidated
                                                                          ☐ Disputed

Date(s) debt was incurred _                                             **Basis for the claim:  Customer**

Last 4 digits of account number _                                      Is the claim subject to offset? ☑ No  ☐ Yes

| 3.148 39 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$293.00**

**Monique Kelso**
**1282 Log Canoe Court**
**Annapolis, MD 21403**                                                  ☐ Contingent
                                                                          ☐ Unliquidated
                                                                          ☐ Disputed

Date(s) debt was incurred _                                             **Basis for the claim:  Customer**

Last 4 digits of account number _                                      Is the claim subject to offset? ☑ No  ☐ Yes

| 3.148 40 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$58.00**

**Monique Minnick**
**8665 E Lynchburg Salem Tpke**
**Goode, VA 24555**                                                      ☐ Contingent
                                                                          ☐ Unliquidated
                                                                          ☐ Disputed

Date(s) debt was incurred _                                             **Basis for the claim:  Customer**

Last 4 digits of account number _                                      Is the claim subject to offset? ☑ No  ☐ Yes

| 3.148 41 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$7.00**

**Monique W**
**6596 Chestnut Circle**
**Windsor, WI 53598**                                                    ☐ Contingent
                                                                          ☐ Unliquidated
                                                                          ☐ Disputed

Date(s) debt was incurred _                                             **Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _                                      Is the claim subject to offset? ☑ No  ☐ Yes

| 3.148 42 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$30.00**

**Monte W**
**946 Glen Oaks Ter**
**West Des Moines, IA 50266**                                            ☐ Contingent
                                                                          ☐ Unliquidated
                                                                          ☐ Disputed

Date(s) debt was incurred _                                             **Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _                                      Is the claim subject to offset? ☑ No  ☐ Yes

| 3.148 43 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$1,433.00**

**Monte White**
**1835 E North St**
**Salina, KS 67401**                                                     ☐ Contingent
                                                                          ☐ Unliquidated
                                                                          ☐ Disputed

Date(s) debt was incurred _                                             **Basis for the claim:  Customer**

Last 4 digits of account number _                                      Is the claim subject to offset? ☑ No  ☐ Yes

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

| 3.148 44 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Monto Patel**
**1317 N Larrabee St Unit 203**
**Chicago, IL 60610**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$86.00

| 3.148 45 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Monty L**
**4282 Presswyck Ct**
**Marietta, GA 30062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$10.00

| 3.148 46 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Moore M**
**40075 Hwy. 621**
**Gonzales, LA 70737**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$15.00

| 3.148 47 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Moore Mark**
**40075 Hwy. 621**
**Gonzales, LA 70737**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$791.00

| 3.148 48 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Morey A**
**152 Lake Pointe Dr**
**Murrells Inlet, SC 29576**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$7.00

| 3.148 49 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Morey Anderson**
**152 Lake Pointe Dr**
**Murrells Inlet, SC 29576**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

| 3.148 50 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Morgan Earnest**
**1758 Dixon St**
**Redondo Beach, CA 90278**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$56.00

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*   _____

---

| 3.148 51 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Morgan F**
**2733 Camino Lenada St**
**Oakland, CA 94611**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$32.00**

---

| 3.148 52 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Morgan Fiddler**
**2733 Camino Lenada St**
**Oakland, CA 94611**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$300.00**

---

| 3.148 53 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Morgan Foster**
**7659 Mannheim Ct**
**Hudson, OH 44236**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$407.00**

---

| 3.148 54 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Morgan Gideon**
**7902 Valcour Dr**
**Amarillo, TX 79119**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$510.00**

---

| 3.148 55 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Morgan O**
**1728 Irving Street**
**Denver, CO 80202**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$10.00**

---

| 3.148 56 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Morgan Reynolds**
**8525 NE Wygant St**
**Portland, OR 97220**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$382.00**

---

| 3.148 57 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Morgann Bedsaul**
**5520 Janine Way**
**Corning, CA 96021**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$237.00**

---

Debtor   **Phoeno Wine Company, Inc.**                                Case number (if known) _____
         _____
         Name

| 3.148<br>58 | **Nonpriority creditor's name and mailing address**<br>**Morry Brown**<br>**867 Osprey Ridge Rd**<br>**Winston-Salem, NC 27106** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$720.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.148<br>59 | **Nonpriority creditor's name and mailing address**<br>**Morton Jackson**<br>**5529 Idlewood Dr**<br>**Santa Rosa, CA 95404** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.148<br>60 | **Nonpriority creditor's name and mailing address**<br>**Moses S**<br>**255 South Grand Avenue**<br>**Apt 2106**<br>**Los Angeles, CA 90012** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.148<br>61 | **Nonpriority creditor's name and mailing address**<br>**Mosley Larry**<br>**1642657th.Ave S.E**<br>**Snohomish, WA 98296** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$24.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.148<br>62 | **Nonpriority creditor's name and mailing address**<br>**Motrisha Jones**<br>**5650 George St**<br>**Baton Rouge, LA 70806** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$281.02** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.148<br>63 | **Nonpriority creditor's name and mailing address**<br>**Mr J**<br>**602 W Mermaid Ln**<br>**Philadelphia, PA 19118** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.148<br>64 | **Nonpriority creditor's name and mailing address**<br>**Mrbob Orlando**<br>**2019 Mountleigh Trail**<br>**Orlando, FL 32824** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$424.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Phoeno Wine Company, Inc.**                                    Case number (if known) _____

Name

| | |
|---|---|
| **3.148 65** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                **$932.00**

**Ms Steiger**
**3851 Carambola Cir N**
**Coconut Creek, FL 33066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.148 66** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                **$20.00**

**Msrco H**
**850 Kastrin St**
**El Paso, TX 79907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.148 67** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                **$20.00**

**Mujo P**
**125 East 87 Street 09c**
**New York, NY 10128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.148 68** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                **$50.00**

**Mule Sabrina**
**20 Windsor Ter**
**Mahwah, NJ 07430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.148 69** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                **$179.00**

**Mulkanoor Karthik**
**118 Price Avenue**
**Columbus, OH 43201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.148 70** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                **$10.00**

**Mumin K**
**95 20 222 St  Ap 2l**
**Queens Village, NY 11429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.148 71** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                **$30.00**

**Murali Y**
**8562 Johnston Rd**
**Burr Ridge, IL 60527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                          Case number (if known)   _____
         Name

---

| 3.148 |
|-------|
| 72    |

**Nonpriority creditor's name and mailing address**
**Muray L**
**1901 Boonville Rd**
**Ukiah, CA 95482**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.148 |
|-------|
| 73    |

**Nonpriority creditor's name and mailing address**
**Muray Langdoc**
**1901 Boonville Rd**
**Ukiah, CA 95482**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$167.00**

---

| 3.148 |
|-------|
| 74    |

**Nonpriority creditor's name and mailing address**
**Mychele Tran**
**4115 Surfside Ct.**
**Arlington, TX 76016**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,226.00**

---

| 3.148 |
|-------|
| 75    |

**Nonpriority creditor's name and mailing address**
**Mykhael Wilson**
**308 4th Street**
**Troy, NY 12180**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,174.00**

---

| 3.148 |
|-------|
| 76    |

**Nonpriority creditor's name and mailing address**
**Myles Bae**
**520 W 28th St Apt 29**
**New York, NY 10001**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$101,583.00**

---

| 3.148 |
|-------|
| 77    |

**Nonpriority creditor's name and mailing address**
**Myles Kelleysr**
**4618 Lorraine Ave**
**Dallas, TX 75209**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.148 |
|-------|
| 78    |

**Nonpriority creditor's name and mailing address**
**Mysti Longhway**
**330 Suncrest Ln**
**Manhattan, MT 59741**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.148 79**

**Nonpriority creditor's name and mailing address**

**N Carr**
**C/O Dewhirst Properties**
**123 South Gay St**
**Knoxville, TN 37902**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$703.00**

---

**3.148 80**

**Nonpriority creditor's name and mailing address**

**N Smay**
**1405 Sterling Hill Ct**
**Castle Rock, CO 80104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$462.64**

---

**3.148 81**

**Nonpriority creditor's name and mailing address**

**N. Smay**
**1405 Sterling Hill Ct**
**Castle Rock, CO 80104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$34.00**

---

**3.148 82**

**Nonpriority creditor's name and mailing address**

**N.Bruce P**
**725 Ramona Ave**
**Albany, CA 94706**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.148 83**

**Nonpriority creditor's name and mailing address**

**Nabil Azim**
**77 Fulton St Apt 15m**
**New York, NY 10038**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$66.00**

---

**3.148 84**

**Nonpriority creditor's name and mailing address**

**Nadeem Rajani**
**7331 Harwin Dr**
**Suite 102**
**Houston, TX 77036**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.148 85**

**Nonpriority creditor's name and mailing address**

**Nadia Amro**
**3312 Greenspoint Dr**
**Clarksville, TN 37042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____     Case number (if known)  _____
Name

---

**3.148 86**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**Nadine Dispirito**
**100 Harborview Dr Unit 1502**
**Baltimore, MD 21230**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,514.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148 87**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.

**Nadine Porebski**
**946 Dixie Hwy**
**Beecher, IL 60401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$116.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148 88**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.

**Nadja Croft**
**2841 Harris St**
**Orangeburg, SC 29118**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$47.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148 89**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.

**Nadya Ramos**
**7304 Bagley Cove Ct**
**Sun City Center, FL 33573**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148 90**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.

**Nahir C**
**18607 Sw 46 Street**
**Miramar, FL 33029**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$25.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148 91**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.

**Naina Dhingra**
**85 Upper Mountain Ave**
**Montclair, NJ 07042**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$312.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148 92**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.

**Nakeisha Crayton**
**7389 Tidewater Trce**
**Stone Mountain, GA 30087**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$21.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

**3.148 93**

**Nonpriority creditor's name and mailing address**

**Nakia Anderson**
**368 Peabody Drive**
**8**
**Clarksville, TN 37042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

**3.148 94**

**Nonpriority creditor's name and mailing address**

**Nakia Carter**
**830 S 4th St # 100**
**Las Vegas, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$80.00

---

**3.148 95**

**Nonpriority creditor's name and mailing address**

**Nakissha Bialy**
**160 2nd Rd**
**Box 2531**
**Bethel, AK 99559**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

**3.148 96**

**Nonpriority creditor's name and mailing address**

**Nam Lyu**
**5805 47th Ave**
**Woodside, NY 11377**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$80.00

---

**3.148 97**

**Nonpriority creditor's name and mailing address**

**Nam N**
**3609 Shadow Cove Ct**
**Houston, TX 77082**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.148 98**

**Nonpriority creditor's name and mailing address**

**Nam Nguyen**
**1503 Hazelnut Dr**
**Harker Heights, TX 76548**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$38.00

---

**3.148 99**

**Nonpriority creditor's name and mailing address**

**Nammy P**
**301 Mission St Apt 27 D**
**San Francisco, CA 94105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
          Name

---

| 3.149 00 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $21.00 |

**Nan Kandolin**
**27 Wells Ave**
**East Hartford, CT 06108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 01 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $165.00 |

**Nana Ampaw**
**180 Myrtle Ave Apt 16n**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 02 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $99.00 |

**Nana Duncan**
**153 Valley St Unit 24**
**South Orange, NJ 07079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 03 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25.00 |

**Nanci J**
**11569 Opal Ave**
**Redlands, CA 92374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 04 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $8.00 |

**Nancy B**
**1932 Sunberry Rd**
**Dundalk, MD 21222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 05 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $215.00 |

**Nancy Baird**
**8351 Eagle Crossing**
**Sarasota, FL 34241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 06 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,415.00 |

**Nancy Burns**
**2920 W Brilliant Sky Dr**
**Phoenix, AZ 85085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                          Case number (if known) _____
         _____
         Name

| | |
|---|---|
| **3.149 07** | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$470.00**

**Nancy Bush**
**15 Napoli**
**Street Address 2**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.149 08** | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$50.00**

**Nancy C**
**442 South Greene Avenue**
**Lindenhurst, NY 11757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.149 09** | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$58.00**

**Nancy Craig**
**3 Hawthorne Ct.**
**Newton, KS 67114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.149 10** | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$1,277.00**

**Nancy Dineen**
**1400 Colorado St**
**Ste. C**
**Boulder City, NV 89005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.149 11** | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$486.00**

**Nancy Evans**
**1155 West Ave**
**Middlesex, NY 14507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.149 12** | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$66.00**

**Nancy Farrell**
**95 Riverside Dr Ste 2**
**Johnson City, NY 13790**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.149 13** | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$84.00**

**Nancy Fife**
**10311 Glenbarr Ave**
**Los Angeles, CA 90064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____     Case number *(if known)*   _____

Name

---

| 3.149 14 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**   **$7.00**

**Nancy G**
**137 Melody Ln**
**Poinciana, FL 34759**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 15 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**   **$6.00**

**Nancy G**
**150 Powder Mill Road**
**Morris Plains, NJ 07950**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 16 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**   **$0.00**

**Nancy Goebel**
**150 Powder Mill Road**
**Morris Plains, NJ 07950**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 17 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**   **$0.00**

**Nancy Gretzinger**
**35109 Millville Road**
**Middleburg, VA 20117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 18 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**   **$756.00**

**Nancy Landreth**
**8256 Georgetown Bay**
**Ooltewah, TN 37363**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 19 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**   **$514.00**

**Nancy Larkin**
**2525 N Pearl St Apt 2003**
**Dallas, TX 75201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 20 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**   **$5,066.00**

**Nancy Newman**
**306 Blanca Ln**
**Tampa, FL 33606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.149 21 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nancy P**
**4 Tinker Ct**
**Howell, NJ 07731**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$8.00**

---

| 3.149 22 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nancy P**
**69929 Weasel Way**
**Blairsden-Graeagle, CA 96103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

| 3.149 23 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nancy P**
**707 State Highway 12**
**Greene, NY 13778**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$42.00**

---

| 3.149 24 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nancy Peiser**
**5503 Sugar Hill Dr**
**Houston, TX 77056**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.149 25 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nancy Pluzdrak**
**1025 Arkell Road**
**Walnut Creek, CA 94598**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,154.00**

---

| 3.149 26 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nancy Pratt**
**375 Oak St.**
**San Francisco, CA 94102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$20.00**

---

| 3.149 27 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nancy Pratt**
**375 Oak St.**
**San Francisco, CA 94102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$865.10**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*   _____

| | |
|---|---|
| 3.149 28 | |

**Nonpriority creditor's name and mailing address**
**Nancy R**
**380 Morris St Ste A**
**Sebastopol, CA 95472**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$80.00

---

| | |
|---|---|
| 3.149 29 | |

**Nonpriority creditor's name and mailing address**
**Nancy Robinson**
**1852 N. Highway 341**
**Rossville, GA 30741**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$606.00

---

| | |
|---|---|
| 3.149 30 | |

**Nonpriority creditor's name and mailing address**
**Nancy Rosenblum**
**380 Morris St Ste A**
**Sebastopol, CA 95472**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$310.00

---

| | |
|---|---|
| 3.149 31 | |

**Nonpriority creditor's name and mailing address**
**Nancy S**
**464 N Paula Dr Apt 322**
**Dunedin, FL 34698**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$34.00

---

| | |
|---|---|
| 3.149 32 | |

**Nonpriority creditor's name and mailing address**
**Nancy Saccoccio**
**464 N Paula Dr Apt 322**
**Dunedin, FL 34698**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$57.00

---

| | |
|---|---|
| 3.149 33 | |

**Nonpriority creditor's name and mailing address**
**Nancy Schroeder**
**2942 W. Shawna Place**
**Tucson, AZ 85745**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$177.00

---

| | |
|---|---|
| 3.149 34 | |

**Nonpriority creditor's name and mailing address**
**Nancy Turnet**
**205 Blanca Ave**
**Tampa, FL 33606**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$19.00

---

Official Form 206 E/F                 Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| 3.149 35 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
| **Nancy W** | ☐ Contingent | |
| **115 Pinehurst Lane** | ☐ Unliquidated | |
| **Gibsonia, PA 15044** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.149 36 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |
| **Nancy W** | ☐ Contingent | |
| **7113 Bristol Rd** | ☐ Unliquidated | |
| **Baltimore, MD 21212** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.149 37 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,841.00** |
| **Nancy Witek** | ☐ Contingent | |
| **7113 Bristol Rd** | ☐ Unliquidated | |
| **Baltimore, MD 21212** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.149 38 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |
| **Nancyeckert** | ☐ Contingent | |
| **128 Watersedge Dr** | ☐ Unliquidated | |
| **Kill Devil Hills, NC 27948** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.149 39 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,074.00** |
| **Nandu Machiraju** | ☐ Contingent | |
| **1309 E St Se Unit 29** | ☐ Unliquidated | |
| **Washington, DC 20003** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.149 40 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$192.00** |
| **Nannette Ochs** | ☐ Contingent | |
| **16213 Burgundy Drive** | ☐ Unliquidated | |
| **Plainfield, IL 60586** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.149 41 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34.00** |
| **Nannette Sloan** | ☐ Contingent | |
| **419 Water Ln** | ☐ Unliquidated | |
| **Tappahannock, VA 22560** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

---

| 3.149 42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00** |

**Naomi Nakagawa**
**14331 Evanston Avenue N**
**Seattle, WA 98133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,310.00** |

**Napacia2021 Greiner**
**13212 Houtman Dr**
**Pflugerville, TX 78660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80,248.46** |

**Napadaddy**
**11 Orchard Hill Dr**
**Manalapan, NJ 07726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**Narasima K**
**338 Spear Street Apt 6a**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$918.00** |

**Narasima Kaipa**
**338 Spear Street Apt 6a**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$97.00** |

**Naren I**
**38675 Paseo Padre Pkwy Apt 216**
**Fremont, CA 94536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$964.00** |

**Nasarenko Nick**
**173 Jacob St**
**1st Floor**
**Garfield, NJ 07026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.149 49 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Natalia Forcier**
**8014 Sweetgum Loop**
**Orlando, FL 32835**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.149 50 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Natalia Bobuk**
**155 Ancient Island Drive**
**Saint Augustine, FL 32080**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.149 51 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Natalie Bobuk**
**155 Ancient Island Drive**
**Saint Augustine, FL 32080**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$153.00**

---

| 3.149 52 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Natalie Burdick**
**634 Palomino Drive**
**Pleasanton, CA 94566**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$2.42**

---

| 3.149 53 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Natalie C**
**1528 Pepperwood Drive**
**Saint Louis, MO 63146**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.149 54 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Natalie Clark**
**106 Yeonas Cir Se**
**Vienna, VA 22180**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$135.00**

---

| 3.149 55 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Natalie D**
**331 N Delaware St**
**San Mateo, CA 94401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____     Case number _(if known)_ _____
Name

| | |
|---|---|
| **3.149 56** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: _Check all that apply._          **$1,715.00**

**Natalie Devicente**
**1500 4th Street North**
**St. Petersburg, FL 33704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| | |
|---|---|
| **3.149 57** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: _Check all that apply._          **$4.00**

**Natalie F**
**18520 Featherwood Drive**
**Dallas, TX 75252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.149 58** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: _Check all that apply._          **$352.00**

**Natalie Fenton**
**912 Cannons Ln**
**Louisville, KY 40207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.149 59** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: _Check all that apply._          **$72.00**

**Natalie Friedrich**
**18520 Featherwood Drive**
**Dallas, TX 75252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.149 60** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: _Check all that apply._          **$7.00**

**Natalie G**
**1965 N Van Ness Ave**
**Los Angeles, CA 90068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.149 61** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: _Check all that apply._          **$28.00**

**Natalie Gdula**
**11380 Saybrook Ln**
**Chagrin Falls, OH 44023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.149 62** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: _Check all that apply._          **$168.00**

**Natalie Grainger**
**6 Stratford Ln**
**Ho Ho Kus, NJ 07423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.149 63**

**Nonpriority creditor's name and mailing address**
**Natalie Green**
**10704 Alloway Dr**
**Potomac, MD 20854**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$301.00**

---

**3.149 64**

**Nonpriority creditor's name and mailing address**
**Natalie H**
**6509 Simon Avenue**
**Frisco, TX 75035**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.149 65**

**Nonpriority creditor's name and mailing address**
**Natalie Hopner**
**314 Palmetto Avenue**
**Apt. 39**
**Pacifica, CA 94044**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$102.00**

---

**3.149 66**

**Nonpriority creditor's name and mailing address**
**Natalie J**
**11320 N Hickory Woods Ct**
**Dunlap, IL 61525**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$16.00**

---

**3.149 67**

**Nonpriority creditor's name and mailing address**
**Natalie Jackson**
**11320 N Hickory Woods Ct**
**Dunlap, IL 61525**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$87.00**

---

**3.149 68**

**Nonpriority creditor's name and mailing address**
**Natalie K**
**265 East 66th Street**
**27g**
**New York, NY 10065**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

**3.149 69**

**Nonpriority creditor's name and mailing address**
**Natalie Lafranzo**
**42 Sanderson Rd**
**Lexington, MA 02420**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$779.00**

---

Debtor    **Phoeno Wine Company, Inc.**    Case number (if known) _____
_____
Name

---

| 3.149 70 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Natalie Marshalian**
**9656 Creemore Dr**
**Tujunga, CA 91042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$158.00**

---

| 3.149 71 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Natalie Morgan**
**1124 Guestwick Crescent**
**Norfolk, VA 23505**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$23.00**

---

| 3.149 72 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Natalie Rescigno**
**2220 Homestead Ct Apt 105**
**Los Altos, CA 94024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$99.00**

---

| 3.149 73 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Natalie S**
**7221 Highway 70 S Apt 607**
**Nashville, TN 37221**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

| 3.149 74 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Natalie W**
**1533 Brandon Ave Sw**
**Roanoke, VA 24015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

| 3.149 75 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Natalie Wynegar**
**1533 Brandon Ave Sw**
**Roanoke, VA 24015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$238.00**

---

| 3.149 76 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Natalya Kuznetsova**
**157 Salisbury Rd**
**Brookline, MA 02445**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,088.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

**3.149 77**

**Nonpriority creditor's name and mailing address**
**Natasha Branson**
**729 Preble Ave**
**Altamonte Springs, FL 32701**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$89.00**

---

**3.149 78**

**Nonpriority creditor's name and mailing address**
**Natasha Chong**
**36 Hale St**
**San Francisco, CA 94134**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,560.00**

---

**3.149 79**

**Nonpriority creditor's name and mailing address**
**Natasha Combs**
**10400 Clarence Dr Ste 100**
**C/O Classic Wine**
**Frisco, TX 75033**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$429.00**

---

**3.149 80**

**Nonpriority creditor's name and mailing address**
**Natasha Fanson**
**2412 NW 112th St**
**Oklahoma City, OK 73120**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$288.00**

---

**3.149 81**

**Nonpriority creditor's name and mailing address**
**Natasha R**
**6240 Haiku Stairs Street**
**Las Vega S, NV 89148**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.149 82**

**Nonpriority creditor's name and mailing address**
**Nate Barlow**
**1812 W Burbank Blvd # 7256**
**Burbank, CA 91506**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.149 83**

**Nonpriority creditor's name and mailing address**
**Nate Barrett**
**15648 Bombay Blvd**
**South Beloit, IL 61080**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 3.149 84 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nate Baude**
**2008 Dufour Ave**
**Redondo Beach, CA 90278**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$808.00**

---

| 3.149 85 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nate Brusberg**
**3318 Memphis Ln**
**Bowie, MD 20715**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$650.00**

---

| 3.149 86 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nate H**
**226 Columbus Ave.**
**Buffalo, NY 14220**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

| 3.149 87 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nate L**
**615 N Van Nortwick Ave**
**Batavia, IL 60510**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$30.00**

---

| 3.149 88 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nate Pinchot**
**981 Easthill St Se**
**North Canton, OH 44720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$105.00**

---

| 3.149 89 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nathalie Carruthers**
**1555 N Page Springs Rd**
**Cornville, AZ 86325**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$294.00**

---

| 3.149 90 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nathalie Potvin**
**9073e Captain Dreyfus**
**Scottsdale, AZ 85260**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$334.00**

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 3.149 91 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
| **Nathan A** | ☐ Contingent | |
| **22 Pond View Way** | ☐ Unliquidated | |
| **Petersburg, NY 12138** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.149 92 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$358.00** |
| **Nathan Airhart** | ☐ Contingent | |
| **5465 NW Pondosa Dr** | ☐ Unliquidated | |
| **Portland, OR 97229** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.149 93 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |
| **Nathan C** | ☐ Contingent | |
| **129 Bell Flower Ct** | ☐ Unliquidated | |
| **Chapel Hill, NC 27516** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.149 94 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00** |
| **Nathan C** | ☐ Contingent | |
| **20222 Hammock Oak Dr** | ☐ Unliquidated | |
| **Cornelius, NC 28031** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.149 95 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$128.00** |
| **Nathan Campbell** | ☐ Contingent | |
| **30188 Carriage Loop Dr** | ☐ Unliquidated | |
| **Evergreen, CO 80439** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.149 96 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$701.00** |
| **Nathan Christie** | ☐ Contingent | |
| **129 Bell Flower Ct** | ☐ Unliquidated | |
| **Chapel Hill, NC 27516** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.149 97 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,217.00** |
| **Nathan Curll** | ☐ Contingent | |
| **20222 Hammock Oak Dr** | ☐ Unliquidated | |
| **Cornelius, NC 28031** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

**3.149 98**

**Nonpriority creditor's name and mailing address**

**Nathan Curtis**
**4040 Glenn Oaks Blvd**
**Sioux City, IA 51104**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$275.00**

---

**3.149 99**

**Nonpriority creditor's name and mailing address**

**Nathan Driscoll**
**1162 Pittsford Victor Rd Ste 200**
**Pittsford, NY 14534**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$145.00**

---

**3.150 00**

**Nonpriority creditor's name and mailing address**

**Nathan Ellingson**
**1906 Hoover Ave**
**Oakland, CA 94602**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$174.00**

---

**3.150 01**

**Nonpriority creditor's name and mailing address**

**Nathan Ergmann**
**318 Pimlico Dr**
**Walnut Creek, CA 94597**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,084.00**

---

**3.150 02**

**Nonpriority creditor's name and mailing address**

**Nathan F**
**6811 Reeds Rd**
**Overland Park, KS 66204**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$22.00**

---

**3.150 03**

**Nonpriority creditor's name and mailing address**

**Nathan G**
**137 Roseberry Ln**
**2312**
**Columbia, SC 29223**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.150 04**

**Nonpriority creditor's name and mailing address**

**Nathan Gordon**
**3179 Stanley Blvd**
**Lafayette, CA 94549**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,372.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

---

| 3.150 05 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nathan Inks**
**11848 Angus Cir**
**Sterling Heights, MI 48312**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$3,288.00

---

| 3.150 06 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nathan K**
**2212 Polk St**
**San Francisco, CA 94109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$591.72

---

| 3.150 07 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nathan Kendrick**
**1300 22nd St Apt 501**
**San Francisco, CA 94107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$540.00

---

| 3.150 08 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nathan L**
**401 Via Gigi**
**Petaluma, CA 94952**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$193.40

---

| 3.150 09 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nathan Lord**
**318 Lexington Rd**
**Richmond, VA 23226**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,854.00

---

| 3.150 10 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nathan M**
**3272 N 91st St**
**Milwaukee, WI 53222**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

| 3.150 11 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nathan Miller**
**49 Carriage Lake Dr**
**Brownsburg, IN 46112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$237.00

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.150**
**12**

**Nonpriority creditor's name and mailing address**

**Nathan Monfette**
**30039 Braeburn**
**New Hudson, MI 48165**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,750.00**

---

**3.150**
**13**

**Nonpriority creditor's name and mailing address**

**Nathan Moran**
**754 E Elmwood Pl**
**Chandler, AZ 85249**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$359.00**

---

**3.150**
**14**

**Nonpriority creditor's name and mailing address**

**Nathan Moreno-Mendelson**
**2306 Sidney St Apt 3**
**Pittsburgh, PA 15203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$61.00**

---

**3.150**
**15**

**Nonpriority creditor's name and mailing address**

**Nathan Olivas**
**753 Lawrence Dr**
**San Luis Obispo, CA 93401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$146.00**

---

**3.150**
**16**

**Nonpriority creditor's name and mailing address**

**Nathan Palan**
**5908 W Fenrick Rd**
**Janesville, WI 53548**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$6,992.00**

---

**3.150**
**17**

**Nonpriority creditor's name and mailing address**

**Nathan Rogers**
**51 Homefire Cv**
**Leicester, NC 28748**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$52,897.00**

---

**3.150**
**18**

**Nonpriority creditor's name and mailing address**

**Nathan S**
**18 Cuba St**
**Watertown, MA 02472**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Case number *(if known)*

Name

---

| 3.150 19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$210.00** |
|---|---|---|---|

**Nathan Sloan**
**600 Travis St**
**Suite 6300**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nathan Solano**
**257 Cambridge Pl**
**Chalfont, PA 18914**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$434.00** |
|---|---|---|---|

**Nathan Strelitz**
**5324 Virginia Beach Blvd**
**Haynes Furniture Company**
**Virginia Beach, VA 23462**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nathan Tucker**
**11 Aphrodite Ct**
**Copperopolis, CA 95228**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$196.00** |
|---|---|---|---|

**Nathan Wellein**
**1049 Briarwood Dr Apt 3**
**Sparks, NV 89434**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$218.00** |
|---|---|---|---|

**Nathan White**
**3721 Wolcott Avenue**
**Des Moines, IA 50321**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$166.00** |
|---|---|---|---|

**Nathan Wilkey**
**360 N. Crestway**
**Wichita, KS 67208**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

---

| 3.150 26 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29.00** |

**Nathan Witt**
**3768 W Cheryl Dr**
**Bloomington, IN 47404**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 27 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$108.00** |

**Nathan Wong**
**155 S Court Ave**
**1813**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 28 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$463.00** |

**Nathanael Barlow**
**1812 W Burbank Blvd # 7256**
**Burbank, CA 91506**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 29 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,891.00** |

**Nathanael Hedin**
**6920 Ropers Pt**
**Colorado Springs, CO 80908**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 30 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6.00** |

**Nathanial W**
**3140 Sandpiper South Drive**
**Indianapolis, IN 46268**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 31 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,013.00** |

**Nathaniel Davidson**
**685 S 300 E**
**Cedar City, UT 84720**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 32 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33.00** |

**Nathaniel Dillard**
**45657 W Morning View Ln**
**Maricopa, AZ 85139**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

---

**3.150
33**

**Nonpriority creditor's name and mailing address**

**Nathaniel Moran**
**7652 Regent Ln**
**Frisco, TX 75034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,468.00**

---

**3.150
34**

**Nonpriority creditor's name and mailing address**

**Nathaniel Siegel**
**2314 Westmoreland St**
**Falls Church, VA 22046**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,198.00**

---

**3.150
35**

**Nonpriority creditor's name and mailing address**

**Nathankunzman**
**6875 Castle Ct**
**Bloomfield Hills, MI 48301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$55.01**

---

**3.150
36**

**Nonpriority creditor's name and mailing address**

**Nauman Chughtai**
**44 Adams Dr**
**Belle Mead, NJ 08502**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.150
37**

**Nonpriority creditor's name and mailing address**

**Naveen Sydney**
**1408 W Congress St**
**Tucson, AZ 85745**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$174.00**

---

**3.150
38**

**Nonpriority creditor's name and mailing address**

**Navneet Virk**
**322 9th Street**
**Jersey City, NJ 07302**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

**3.150
39**

**Nonpriority creditor's name and mailing address**

**Nbrian J**
**7820 Ranchito Ave**
**Panorama City, CA 91402**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_    _____
             Name

---

| 3.150 40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$20.00** |

**Nd F**
**1529 E 23rd Ave**
**Denver, CO 80205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$300.00** |

**Neal Asbury**
**2941 Paddock Ln**
**Weston, FL 33331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$25.00** |

**Neal B**
**864 Tarpley Ln Nw**
**Kennesaw, GA 30152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$3,836.00** |

**Neal Byrd**
**864 Tarpley Ln NW**
**Kennesaw, GA 30152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$154,622.73** |

**Neal C**
**144 Fulton Place**
**Windsor, CA 95492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,821.00** |

**Neal Cline**
**9975 Garden Creek Rd**
**Durham, CA 95938**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$4,897.00** |

**Neal Dorow**
**5028 Woods Edge Rd.**
**Wilmington, NC 28409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
　　　　Name

Case number (if known) _____

---

| 3.150 47 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Neal Fenochietti**
**1736 NE 28th Street**
**Wilton Manors, FL 33334**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

$30.00

---

| 3.150 48 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Neal G**
**9400 Higdon Pl**
**Faulkner, MD 20632**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customers - Deferred Credit__

Is the claim subject to offset? ☒ No ☐ Yes

$22.00

---

| 3.150 49 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Neal Gardiner**
**9400 Higdon Pl**
**Faulkner, MD 20632**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

$312.00

---

| 3.150 50 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Neal H**
**1106 Depot Ave.**
**Okoboji, IA 51355**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customers - Deferred Credit__

Is the claim subject to offset? ☒ No ☐ Yes

$20.00

---

| 3.150 51 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Neal Hayias**
**77 Shady Ln**
**Westbury, NY 11590**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

$192.00

---

| 3.150 52 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Neal Kinsey**
**2560 State Highway A**
**Chaffee, MO 63740**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

$1,159.00

---

| 3.150 53 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Neal Omara**
**50 Willard Ln**
**Hillsborough, CA 94010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

$2,620.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
Name

---

| 3.150 54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$470.00** |

**Necia Nicholas**
**7711 Burnside Loop**
**Pensacola, FL 32526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,140.00** |

**Ned Euseppi**
**142 Bowsprit Dr**
**North Palm Beach, FL 33408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$407.00** |

**Ned Heltzer**
**8612 E Jenan Dr**
**Scottsdale, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$31.00** |

**Ned T**
**2208 Driscoll St**
**Houston, TX 77019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,766.00** |

**Ned Thomas**
**2208 Driscoll St**
**Houston, TX 77019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$44.00** |

**Neda Emamjomeh**
**1809 Oak Park Blvd**
**Pleasant Hill, CA 94523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$423.00** |

**Nedra Cooper**
**861 S Cottontail Ln**
**Anaheim, CA 92808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name                                                    Case number (if known)

---

| 3.150<br>61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |

**Nee S**
**25449 Huntwood Ave**
**Hayward, CA 94544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150<br>62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,883.00** |

**Neel Choksi**
**4191 Bellaire Blvd Ste 200**
**Houston, TX 77025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150<br>63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$219.00** |

**Neel Sengupta**
**3680 Lester Ct**
**Lilburn, GA 30047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150<br>64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$93.00** |

**Neel Vaidya**
**2 Acadia Dr**
**South Barrington, IL 60010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150<br>65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,570.00** |

**Neera Sinha-Frazer**
**3308 Winthrop Cir**
**Marietta, GA 30067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150<br>66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |

**Neha B**
**106 Chestnut St**
**Garden City, NY 11530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150<br>67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8.00** |

**Neha C**
**1189 Miamisburg Centerville Rd**
**Washington Township, OH 45459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
         _____
         Name                                    Case number (if known)   _____

---

**3.150 68**

**Nonpriority creditor's name and mailing address**                                         $67.00

**Neha Chandra**
**1189 Miamisburg Centerville Rd**
**Washington Township, OH 45459**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.150 69**

**Nonpriority creditor's name and mailing address**                                         $33.00

**Neil Bosselman**
**208 Lincoln St**
**Scotia, NY 12302**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.150 70**

**Nonpriority creditor's name and mailing address**                                         $209.00

**Neil Chazin**
**241 Lily St**
**Apt B**
**San Francisco, CA 94102**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.150 71**

**Nonpriority creditor's name and mailing address**                                         $50.00

**Neil G**
**230 Patterson Rd**
**Bolivar, PA 15923**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.150 72**

**Nonpriority creditor's name and mailing address**                                         $328.00

**Neil Gonda**
**230 Patterson Rd**
**Bolivar, PA 15923**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.150 73**

**Nonpriority creditor's name and mailing address**                                         $0.00

**Neil Liu**
**406 Camino Arroyo W**
**Danville, CA 94506**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.150 74**

**Nonpriority creditor's name and mailing address**                                         $20.00

**Neil Martin**
**3102 Lacevine Lane**
**Austin, TX 78735**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.150 75 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Neil Motteram**
**664 Arguello Boulevard**
**San Francisco, CA 94118**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$210.00

---

| 3.150 76 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Neil N**
**19955 Ne 38th Ct Apt 704**
**Aventura, FL 33180**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$60.00

---

| 3.150 77 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Neil Osborne**
**2603 Stirling Dr**
**Valparaiso, IN 46383**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$1,970.00

---

| 3.150 78 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Neil Rosenstock**
**131 Avenue A Apt 21**
**New York, NY 10009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$21.00

---

| 3.150 79 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Neil Shah**
**54 Pasture Ln**
**Roslyn Hts, NY 11577**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

| 3.150 80 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Neil Solari**
**2050 Eva St**
**Napa, CA 94559**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$518.00

---

| 3.150 81 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Neil Stenbuck**
**964 7th St**
**Boulder, CO 80302**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$320.00

---

Debtor  **Phoeno Wine Company, Inc.**

Case number (*if known*) _____

Name

---

**3.150**
**82**

**Nonpriority creditor's name and mailing address**
**Neilvandyck D**
**751 Central Park Dr.  #512**
**Roseville, CA 95678**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

**3.150**
**83**

**Nonpriority creditor's name and mailing address**
**Nelia L**
**1462 Bahama Way**
**San Jose, CA 95122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$8.00

---

**3.150**
**84**

**Nonpriority creditor's name and mailing address**
**Nelia Lopez**
**1462 Bahama Way**
**San Jose, CA 95122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,751.00

---

**3.150**
**85**

**Nonpriority creditor's name and mailing address**
**Nelly Perchatkin**
**1238 Sutter St 804**
**San Francisco, CA 94109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$38.00

---

**3.150**
**86**

**Nonpriority creditor's name and mailing address**
**Nelly Perchatkin**
**1238 Sutter St Unit 804**
**San Francisco, CA 94109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$2,891.57

---

**3.150**
**87**

**Nonpriority creditor's name and mailing address**
**Nellynelz P**
**580 Howard St**
**#500**
**San Francisco, CA 94105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.150**
**88**

**Nonpriority creditor's name and mailing address**
**Nels M**
**437 Us Hwy 89**
**Vaughn, MT 59487**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$276.00

---

Debtor    **Phoeno Wine Company, Inc.**

        Name

Case number *(if known)*

---

| 3.150 89 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nelson Dibie**
**5258 E Geary St**
**Fresno, CA 93727**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

| 3.150 90 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nelson Jackson**
**345 South Elm Street**
**Natty Greene's Brew House**
**Greensboro, NC 27401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$212.00**

---

| 3.150 91 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nelson L**
**10645 N. Tatum Blvd #200**
**Hold For Customer Pick Up**
**Phoenix, AZ 85254**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.150 92 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nelson Ramirez**
**7312 Ridgeline Dr**
**Raleigh, NC 27613**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$272.00**

---

| 3.150 93 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nenad M**
**525 E 72nd Street**
**Apt 3i**
**New York, NY 10021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| 3.150 94 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Neni Krasnigi**
**12 Peter Way**
**Kiamesha Lake, NY 12751**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$24.00**

---

| 3.150 95 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nermin S**
**128 Bushnell Street**
**Hartford, CT 06114**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known)    _____

| 3.150 96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $246.00 |

**Nesha Khargie**
**2041 Gallows Tree Ct**
**Vienna, VA 22182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210.00 |

**Netashe David**
**2523 S 288th St Apt 1**
**Federal Way, WA 98003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |

**Nette Derose**
**7519 S Argonne St**
**Centennial, CO 80016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56.00 |

**Nevin Ardaiz**
**948 E Blue Heron St**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 00 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.93 |

**Newacco Unttestere1**
**301 Mission Street**
**Unit 47f**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 01 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |

**Ngoc Chau**
**200 N 66th St Ste 10**
**Lincoln, NE 68505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 02 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,390.00 |

**Ngozi Pole**
**30331 Piping Plover Dr**
**Millsboro, DE 19966**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

**3.151 03**

**Nonpriority creditor's name and mailing address**

**Nhung Le**
**15234 Calandra Lark Ln 77429**
**Cypress, TX 77429**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$259.00**

---

**3.151 04**

**Nonpriority creditor's name and mailing address**

**Niav Hughesgreen**
**14003 Bauer Dr**
**Rockville, MD 20853**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$113.00**

---

**3.151 05**

**Nonpriority creditor's name and mailing address**

**Nicci T**
**917 Otis St**
**Bellingham, WA 98225**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.151 06**

**Nonpriority creditor's name and mailing address**

**Nicholas A**
**14690 Sw 33 Ct**
**Miramar, FL 33027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$185.00**

---

**3.151 07**

**Nonpriority creditor's name and mailing address**

**Nicholas Arthur**
**555 E Makena Ct**
**Jasper, IN 47546**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$290.00**

---

**3.151 08**

**Nonpriority creditor's name and mailing address**

**Nicholas Austin**
**6 Beacon Dr**
**Howell, NJ 07731**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.151 09**

**Nonpriority creditor's name and mailing address**

**Nicholas B**
**71269 621st Ave**
**Pawnee City, NE 68420**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

Debtor    **Phoeno Wine Company, Inc.**                          Case number *(if known)* _____
_____
        Name

---

| 3.151 10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $343.00 |

**Nicholas Banegas**
**606 Washington St Apt 317**
**San Diego, CA 92103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,431.00 |

**Nicholas Bausch**
**71269 621st Ave**
**Pawnee City, NE 68420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $143.00 |

**Nicholas Beaner**
**210 N Custer Ave**
**Miles City, MT 59301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $34.14 |

**Nicholas C**
**1551 4th Ave**
**Unit 503**
**San Diego, CA 92101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |

**Nicholas C**
**3200 S Shields Ave**
**Chicago, IL 60616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Nicholas Caruso**
**5274 Chester St**
**Denver, CO 80238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Nicholas Clayton**
**705 Lazarette Way**
**Carlsbad, CA 92011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____     Case number (if known) _____
Name

| 3.151 17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $521.00 |
|---|---|---|---|

**Nicholas Cobb**
**800 Indiana St.**
**322**
**San Francisco, CA 94107**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.00 |
|---|---|---|---|

**Nicholas Columbus**
**709 Colina Ct.**
**Lexington, SC 29073**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Nicholas D**
**5 Azalea Ln**
**Media, PA 19063**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $505.00 |
|---|---|---|---|

**Nicholas Davidovac**
**10816 Barman Ave**
**Culver City, CA 90230**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $726.00 |
|---|---|---|---|

**Nicholas Drimones**
**32 John Street**
**Englewood Cliffs, NJ 07632**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $821.00 |
|---|---|---|---|

**Nicholas Elliott**
**2915 Riverglen Dr**
**Fort Worth, TX 76109**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $222.00 |
|---|---|---|---|

**Nicholas F**
**117 Frontier**
**Irvine, CA 92620**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
Name

| 3.151 24 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Nicholas Florio**
**7 Carriage Way**
**Millstone Twp, NJ 08510**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$429.00**

---

| 3.151 25 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Nicholas Heinzer**
**2065 Brittainy Oaks Trail**
**Warren, OH 44484**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$20.00**

---

| 3.151 26 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Nicholas Iacullo**
**2639 N Oak St**
**Franklin Park, IL 60131**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,353.00**

---

| 3.151 27 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Nicholas J**
**119 Kuethe Dr**
**Annapolis, MD 21403**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$8.00**

---

| 3.151 28 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Nicholas J**
**500 S. Creek Road**
**North Bay, WI 53402**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$18.00**

---

| 3.151 29 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Nicholas Jasper**
**119 Kuethe Dr**
**Annapolis, MD 21403**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$33.00**

---

| 3.151 30 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Nicholas Johnson**
**500 S. Creek Road**
**North Bay, WI 53402**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$93.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.151
31**

**Nonpriority creditor's name and mailing address**

**Nicholas K
1752 Tattenham Road
Encinitas, CA 92024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$3,186.38**

---

**3.151
32**

**Nonpriority creditor's name and mailing address**

**Nicholas L
201 Durrow Court
Mars, PA 16046**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.151
33**

**Nonpriority creditor's name and mailing address**

**Nicholas L
221 3rd St Se
Washington, DC 20003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.151
34**

**Nonpriority creditor's name and mailing address**

**Nicholas L
843 N Morgan St
Unit B
Orange, CA 92867**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.151
35**

**Nonpriority creditor's name and mailing address**

**Nicholas Lamontagne
9670 Liberia Ave
Manassas, VA 20110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$339.00**

---

**3.151
36**

**Nonpriority creditor's name and mailing address**

**Nicholas Laneville
221 3rd St Se
Washington, DC 20003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,266.00**

---

**3.151
37**

**Nonpriority creditor's name and mailing address**

**Nicholas Laszlo
1621 Vallejo St Apt 3
San Francisco, CA 94123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$336.00**

---

Official Form 206 E/F                   Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.151 |
| 38 |

**Nonpriority creditor's name and mailing address**

**Nicholas Laughlin**
**201 Durrow Court**
**Mars, PA 16046**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$58.00**

---

| 3.151 |
| 39 |

**Nonpriority creditor's name and mailing address**

**Nicholas Lewis**
**1446 E Feather View Ct**
**Eagle, ID 83616**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$74.00**

---

| 3.151 |
| 40 |

**Nonpriority creditor's name and mailing address**

**Nicholas Lundberg**
**12 Van Hoesen St**
**Cortland, NY 13045**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$272.00**

---

| 3.151 |
| 41 |

**Nonpriority creditor's name and mailing address**

**Nicholas M**
**200 Stones Lane**
**Reedsville, WV 26547**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.151 |
| 42 |

**Nonpriority creditor's name and mailing address**

**Nicholas Manteris**
**1428 W 23rd St Unit B**
**Houston, TX 77008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$210.00**

---

| 3.151 |
| 43 |

**Nonpriority creditor's name and mailing address**

**Nicholas Miller**
**135 Bridge Street**
**Osterville, MA 02655**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$603.00**

---

| 3.151 |
| 44 |

**Nonpriority creditor's name and mailing address**

**Nicholas Morris**
**16 Court Pl**
**Chatham, VA 24531**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)* _____

| 3.151 45 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nicholas Naneng**
**2021 W, 80th Ave.**
**#7**
**Anchorage, AK 99502**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.151 46 |
|---|

**Nonpriority creditor's name and mailing address**

**Nicholas P**
**21115 Larkin Rd**
**Corcoran, MN 55340**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$33.00**

---

| 3.151 47 |
|---|

**Nonpriority creditor's name and mailing address**

**Nicholas Pilot**
**7234n N Denver Ave**
**Portland, OR 97217**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,674.00**

---

| 3.151 48 |
|---|

**Nonpriority creditor's name and mailing address**

**Nicholas Polati**
**44 Liberty St**
**San Francisco, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,060.00**

---

| 3.151 49 |
|---|

**Nonpriority creditor's name and mailing address**

**Nicholas Popp**
**2789 Haverhill Dr**
**Clearwater, FL 33761**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$64.00**

---

| 3.151 50 |
|---|

**Nonpriority creditor's name and mailing address**

**Nicholas Pugleasa**
**21115 Larkin Rd**
**Corcoran, MN 55340**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$165.00**

---

| 3.151 51 |
|---|

**Nonpriority creditor's name and mailing address**

**Nicholas Ramsay**
**21305 Hidden Pond Pl**
**Broadlands Va, VA 20148**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$45,435.00**

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.151 52 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,769.00** |
| **Nicholas Reid** **7693 Nautical Vw** **Denver, NC 28037** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.151 53 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$261.00** |
| **Nicholas Schiappa** **1903 E Hawken Pl** **Chandler, AZ 85286** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.151 54 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$55.00** |
| **Nicholas T** **17 Montane Ct** **Dillon, CO 80435** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.151 55 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$210.00** |
| **Nicholas Tomoff** **17 Montane Ct** **Dillon, CO 80435** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.151 56 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$233.00** |
| **Nicholas Trojano** **10054 Larston St** **Houston, TX 77055** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.151 57 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$32.00** |
| **Nicholas W** **182 Bayview Ave** **Vallejo, CA 94590** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.151 58 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$64.00** |
| **Nicholas Walker** **182 Bayview Ave** **Vallejo, CA 94590** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.151 59 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nichole Amberg**
**331 J St Ste 200**
**Sacramento, CA 95814**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$348.00**

---

| 3.151 60 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nichole Baldwin**
**97 Market Street**
**Apartment 2**
**Potsdam, NY 13676**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

| 3.151 61 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nichole Cordes**
**12020 Southern Highlands Pkwy Apt 1248**
**Las Vegas, NV 89141**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,427.00**

---

| 3.151 62 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nichole Framularo**
**176 Killian Ave**
**Trumbull, CT 06611**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$198.00**

---

| 3.151 63 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nichole G**
**13909 Bramborough Rd**
**Huntersville, NC 28078**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.151 64 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nichole Graham**
**13909 Bramborough Rd**
**Huntersville, NC 28078**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,110.00**

---

| 3.151 65 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nichole Hanscom**
**7900 1st St N**
**Saint Petersburg, FL 33702**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_ _____
Name

| 3.151<br>66 | **Nonpriority creditor's name and mailing address**<br>**Nichole M**<br>**3023 Shaws Road**<br>**Edgemere, MD 21219** | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$150.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.151<br>67 | **Nonpriority creditor's name and mailing address**<br>**Nichole P**<br>**6382 W Barbara Ave**<br>**Glendale, AZ 85302** | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.151<br>68 | **Nonpriority creditor's name and mailing address**<br>**Nichole Palmer**<br>**6382 W Barbara Ave**<br>**Glendale, AZ 85302** | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$114.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.151<br>69 | **Nonpriority creditor's name and mailing address**<br>**Nichole Yates**<br>**175 Sims Rd**<br>**Santa Cruz, CA 95060** | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$957.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.151<br>70 | **Nonpriority creditor's name and mailing address**<br>**Nick A**<br>**1102 Emerson St**<br>**Palo Alto, CA 94301** | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$19.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.151<br>71 | **Nonpriority creditor's name and mailing address**<br>**Nick Allday**<br>**1047 Santa Fe Ave**<br>**Albany, CA 94706** | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$134.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.151<br>72 | **Nonpriority creditor's name and mailing address**<br>**Nick Aspromgos**<br>**95 Bridge Rd.**<br>**Hauppauge, NY 11788** | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$13,397.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.151 73 | **Nonpriority creditor's name and mailing address** **Nick B** **300 45th Street** **Sacramento, CA 95819** | **As of the petition filing date, the claim is:** *Check all that apply.* **$25.00** |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.151 74 | **Nonpriority creditor's name and mailing address** **Nick B** **67 Butler St** **#2** **Brooklyn, NY 11231** | **As of the petition filing date, the claim is:** *Check all that apply.* **$20.00** |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.151 75 | **Nonpriority creditor's name and mailing address** **Nick Bellamy** **20824 E Doane Place** **Aurora, CO 80013** | **As of the petition filing date, the claim is:** *Check all that apply.* **$195.00** |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.151 76 | **Nonpriority creditor's name and mailing address** **Nick Berklacich** **909 Albert Ct** **Nashville, TN 37204** | **As of the petition filing date, the claim is:** *Check all that apply.* **$631.00** |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.151 77 | **Nonpriority creditor's name and mailing address** **Nick C** **8035 Abramshire Ave** **Dallas, TX 75231** | **As of the petition filing date, the claim is:** *Check all that apply.* **$25.00** |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.151 78 | **Nonpriority creditor's name and mailing address** **Nick Cerulli** **1628 N Abingdon St** **Arlington, VA 22207** | **As of the petition filing date, the claim is:** *Check all that apply.* **$377.00** |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.151 79 | **Nonpriority creditor's name and mailing address** **Nick Cobb** **3258 Sandpiper Ln** **Flower Mound, TX 75028** | **As of the petition filing date, the claim is:** *Check all that apply.* **$4,572.00** |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.151 80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $28.00 |

**Nick Constant**
**8035 Abramshire Ave**
**Dallas, TX 75231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $27.00 |

**Nick Doneff**
**103 Allene Rdg**
**Shenandoah, TX 77384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $252.00 |

**Nick Duckworth**
**1047 Singing Hills Rd**
**Parker, CO 80138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15.00 |

**Nick E**
**2712 Pargoud Blvd**
**Monroe, LA 71201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |

**Nick Ellison**
**2712 Pargoud Blvd**
**Monroe, LA 71201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $287.00 |

**Nick Engelhardt**
**7554 Poulicny Lane**
**Viera, FL 32940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11,231.00 |

**Nick Eubanks**
**15261 Dinosaur Ridge Rd**
**Morrison, CO 80465**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name                                                    Case number *(if known)*

---

**3.151 87**

**Nonpriority creditor's name and mailing address**

**Nick F**
**1923 Filbert St**
**San Francisco, CA 94123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.151 88**

**Nonpriority creditor's name and mailing address**

**Nick Foster**
**2838 East Briarwood**
**Arlington Heghts, IL 60005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$473.75

---

**3.151 89**

**Nonpriority creditor's name and mailing address**

**Nick Franceski**
**6415 Wimbledon Trail Rd**
**Spring, TX 77379**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$34.00

---

**3.151 90**

**Nonpriority creditor's name and mailing address**

**Nick Gangemi**
**37 Appian Cir**
**Simpsonville, SC 29681**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$3,470.00

---

**3.151 91**

**Nonpriority creditor's name and mailing address**

**Nick Grinups**
**310 Manton St**
**Philadelphia, PA 19147**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$56.00

---

**3.151 92**

**Nonpriority creditor's name and mailing address**

**Nick H**
**3052 Romano Dr**
**Lincoln, CA 95648**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$65.00

---

**3.151 93**

**Nonpriority creditor's name and mailing address**

**Nick H**
**6439 Osgood Parkway S**
**Fargo, ND 58104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$19.00

---

Debtor    **Phoeno Wine Company, Inc.**

_____    Case number (if known)    _____
Name

---

| 3.151 94 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nick Hartman**
**50 Hillcrest Park Road**
**Old Greenwich, CT 06870**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$293.00**

---

| 3.151 95 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nick Henderson**
**3052 Romano Dr**
**Lincoln, CA 95648**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$939.00**

---

| 3.151 96 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nick J**
**805 Tierney Pl**
**Martinez, CA 94553**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$540.38**

---

| 3.151 97 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nick K**
**2842 Somerset Springs Dr**
**Henderson, NV 89052**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$27.00**

---

| 3.151 98 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nick K**
**5451 W. Cochie Springs Street**
**Marana, AZ 85658**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$6.97**

---

| 3.151 99 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nick Landry**
**111 Highview Ave**
**Bernardsville, NJ 07924**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$937.00**

---

| 3.152 00 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nick Lethbridge**
**3629 Deer Oak Cir**
**Oviedo, FL 32766**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$6,600.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*)   _____

| 3.152 01 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Nick Lu**
**1424 E Woodbury Rd**
**Pasadena, CA 91104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$29.00

---

| 3.152 02 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Nick Lymberopoulos**
**9901 Regal Row**
**Houston, TX 77040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.152 03 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Nick M**
**207 Maple Avenue**
**Toms River, NJ 08753**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| 3.152 04 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Nick M**
**2150 Dwight Way**
**Berkeley, CA 94704**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$53.82

---

| 3.152 05 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Nick Mentzer**
**450 W Briar Pl # 11x**
**Chicago, IL 60657**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$321.00

---

| 3.152 06 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Nick Moutsioulis**
**384 Lucas Rd**
**Manchester, NH 03109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| 3.152 07 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Nick Odonnell**
**729 Indian Way**
**Barrington, IL 60010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Phoeno Wine Company, Inc.**

_____
Name

Case number *(if known)* _____

---

| 3.152 08 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Nick Ondrejka**
**13 Seamast Psge**
**Corte Madera, CA 94925**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

| 3.152 09 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Nick Ossorgin**
**2491 Sawmill Rd**
**Apt 401**
**Santa Fe, NM 87505**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,690.00**

---

| 3.152 10 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Nick Ossorgin**
**2491 Sawmill Rd**
**Apt 401**
**Santa Fe, NM 87505**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$489.00**

---

| 3.152 11 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Nick Pagliochini**
**1507 W. Yale Avenue**
**Spafax Inflight Entertainment**
**Orange, CA 92867**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$31.40**

---

| 3.152 12 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Nick Phelps**
**819 S Corona St**
**Denver, CO 80209**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$662.00**

---

| 3.152 13 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Nick R**
**2324 Casswell Dr**
**Bethel Park, PA 15102**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$22.00**

---

| 3.152 14 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Nick Reitzler**
**12200 W 158th St**
**Overland Park, KS 66221**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,704.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

| 3.152 15 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nick Rohleder**
**1141 NW 48th St**
**Oklahoma City, OK 73118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,030.00**

---

| 3.152 16 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nick S**
**1001 Laurel St Unit 412**
**San Carlos, CA 94070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$11.00**

---

| 3.152 17 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nick S**
**6929 Westmoreland Rd**
**Falls Church, VA 22042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$21.00**

---

| 3.152 18 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nick Schwieger**
**2363 Van NEss Ave Apt 401**
**San Francisco, CA 94109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$91.00**

---

| 3.152 19 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nick Shafer**
**205 W Hyde Park Pl Apt 309**
**Tampa, FL 33606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$140.00**

---

| 3.152 20 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nick Shah**
**1001 Laurel St Unit 412**
**San Carlos, CA 94070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$699.00**

---

| 3.152 21 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nick Sowl**
**1098 E Maple St**
**Sutton, NE 68979**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$454.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

| 3.152<br>22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |
|---|---|---|---|

**Nick Stone**
**2828 Briarcliff Rd**
**Panama City, FL 32405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152<br>23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $478.00 |
|---|---|---|---|

**Nick T**
**2437 Rebecca Lane**
**Glenview, IL 60026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152<br>24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $388.00 |
|---|---|---|---|

**Nick Tryfonopoulos**
**2437 Rebecca Lane**
**Glenview, IL 60026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152<br>25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $348.00 |
|---|---|---|---|

**Nick Tsukada**
**8833 Beartooth Dr**
**Frisco, TX 75036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152<br>26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $553.00 |
|---|---|---|---|

**Nick Valdivia**
**3216 Von Uhlit Ranch Rd**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152<br>27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,752.00 |
|---|---|---|---|

**Nick Vandekar**
**693 Thomas Penn Dr**
**West Grove, PA 19390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152<br>28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $29.00 |
|---|---|---|---|

**Nick Villalpando**
**371 Hilltop Dr**
**North Aurora, IL 60542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|--------|------|---|--------|---|
| | Name | | | |

---

**3.152
29**

**Nonpriority creditor's name and mailing address**

**Nick Walls
1401 Hardley Ct
Bel Air, MD 21014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,728.00**

---

**3.152
30**

**Nonpriority creditor's name and mailing address**

**Nick Walls
1401 Hardley Ct
Bel Air, MD 21014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$480.02**

---

**3.152
31**

**Nonpriority creditor's name and mailing address**

**Nick Webb
1928 Millbrook Dr
Lodi, CA 95242**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$64.00**

---

**3.152
32**

**Nonpriority creditor's name and mailing address**

**Nick Wu
865 Erin Way
Napa, CA 94559**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,434.00**

---

**3.152
33**

**Nonpriority creditor's name and mailing address**

**Nicki Yochim
2103 W 32nd Ave Unit 5
Denver, CO 80211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$348.00**

---

**3.152
34**

**Nonpriority creditor's name and mailing address**

**Nicola Rutsch
10841 Greycliffe Dr
Highlands Ranch, CO 80126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$48.00**

---

**3.152
35**

**Nonpriority creditor's name and mailing address**

**Nicola Totaro
2903 Victoria Cir Apt O4
Coconut Creek, FL 33066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$33.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.152**
**36**

**Nonpriority creditor's name and mailing address**

**Nicolae Safronii**
**6340 Americana Dr Apt 1122**
**Willowbrook, IL 60527**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$87.00**

---

**3.152**
**37**

**Nonpriority creditor's name and mailing address**

**Nicolas Droger**
**6416 Burgoyne Rd**
**Houston, TX 77057**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,761.00**

---

**3.152**
**38**

**Nonpriority creditor's name and mailing address**

**Nicolas Falquez**
**12844 Sw 74th Ter**
**Miami, FL 33183**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

**3.152**
**39**

**Nonpriority creditor's name and mailing address**

**Nicolas Kincaid**
**419 57th St**
**West Palm Beach, FL 33407**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,121.00**

---

**3.152**
**40**

**Nonpriority creditor's name and mailing address**

**Nicolas L**
**116 Retreat Place**
**Ponte Vedra Beach, FL 32082**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.152**
**41**

**Nonpriority creditor's name and mailing address**

**Nicolas Lessard**
**116 Retreat Place**
**Ponte Vedra Beach, FL 32082**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$37.00**

---

**3.152**
**42**

**Nonpriority creditor's name and mailing address**

**Nicolas P**
**505 E Lancaster Ave Apt 219**
**Wayne, PA 19087**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 3.152<br>43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,404.00** |
|---|---|---|---|

**Nicolas Pesciarelli**
**505 E Lancaster Ave Apt 219**
**Wayne, PA 19087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152<br>44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$36.00** |
|---|---|---|---|

**Nicolas S**
**16 Cambridge Rd**
**Verona, NJ 07044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152<br>45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$99.00** |
|---|---|---|---|

**Nicolas Singleton**
**4322 Sherwood Oaks Dr**
**Decatur, GA 30034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152<br>46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,914.00** |
|---|---|---|---|

**Nicolas Vantulder**
**155 Lake Hills Rd**
**Pinehurst, NC 28374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152<br>47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10.00** |
|---|---|---|---|

**Nicole B**
**500 Gregory Ave**
**Wilmette, IL 60091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152<br>48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$19.00** |
|---|---|---|---|

**Nicole B**
**814 Mardigras Ct**
**Camarillo, CA 93010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152<br>49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$469.00** |
|---|---|---|---|

**Nicole Beltran**
**814 Mardigras Ct**
**Camarillo, CA 93010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.152 50 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nicole Brown**
**78 Dawson Village Way**
**Suite 115**
**Dawsonville, GA 30534**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$319.00**

---

| 3.152 51 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nicole C**
**309 La Moure St**
**Portage, WI 53901**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$46.00**

---

| 3.152 52 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nicole Campbell**
**309 La Moure St**
**Portage, WI 53901**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,430.00**

---

| 3.152 53 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nicole Cantley**
**3417 Oscar**
**Drive**
**Matthews, NC 28105**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$353.00**

---

| 3.152 54 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nicole Cavanah**
**1108 Highway 113**
**White Pine, TN 37890**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.152 55 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nicole Cuizon**
**2521 Surfwood Dr**
**Las Vegas, NV 89128**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$273.00**

---

| 3.152 56 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nicole Danese**
**431 Hedwig Rd**
**Houston, TX 77024**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,645.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name                                         Case number *(if known)*   _____

| | | |
|---|---|---|
| 3.152<br>57 | **Nonpriority creditor's name and mailing address**<br>**Nicole Diamant**<br>**4 Appalachian Dr Unit 1273**<br>**Athens, NY 12015** | **$1,115.00** |

**Nonpriority creditor's name and mailing address**
**Nicole Diamant**
**4 Appalachian Dr Unit 1273**
**Athens, NY 12015**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,115.00**

---

3.152
58

**Nonpriority creditor's name and mailing address**
**Nicole E**
**2907 Oakdale Landing Ct**
**Katy, TX 77494**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$22.00**

---

3.152
59

**Nonpriority creditor's name and mailing address**
**Nicole Eagan**
**10 N 600 W**
**Valapaiso, IN 46385**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

3.152
60

**Nonpriority creditor's name and mailing address**
**Nicole Freer**
**1815 N Talman Ave**
**Chicago, IL 60647**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,175.00**

---

3.152
61

**Nonpriority creditor's name and mailing address**
**Nicole G**
**242 Georgetown Rd**
**Columbus, NJ 08022**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$26.00**

---

3.152
62

**Nonpriority creditor's name and mailing address**
**Nicole Gary**
**11800 S. Highway 475**
**Ocala, FL 34480**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

3.152
63

**Nonpriority creditor's name and mailing address**
**Nicole Gianotto**
**242 Georgetown Rd**
**Columbus, NJ 08022**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$246.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.152 64**

**Nonpriority creditor's name and mailing address**

**Nicole Grinsell**
**40 Harriss Ct**
**Abington, MA 02351**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.152 65**

**Nonpriority creditor's name and mailing address**

**Nicole H**
**3780 William Penn Hwy**
**Monroeville, PA 15146**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.152 66**

**Nonpriority creditor's name and mailing address**

**Nicole Hanley**
**3235 Hull Ave Apt 3c**
**Bronx, NY 10467**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$449.00**

---

**3.152 67**

**Nonpriority creditor's name and mailing address**

**Nicole Hasan**
**1757 N Monticello Ave**
**Chicago, IL 60647**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$190.00**

---

**3.152 68**

**Nonpriority creditor's name and mailing address**

**Nicole J**
**6 Hickory Ridge Dr**
**Houston, TX 77024**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.152 69**

**Nonpriority creditor's name and mailing address**

**Nicole J**
**6162 Buckskin Dr**
**Farmington, NY 14425**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$11.00**

---

**3.152 70**

**Nonpriority creditor's name and mailing address**

**Nicole Jasper**
**6 Hickory Ridge Dr**
**Houston, TX 77024**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,496.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.152 71 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nicole K**
**230 Cobun Valley Lane**
**Morgantown, WV 26508**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$14.00**

---

| 3.152 72 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nicole K**
**5 Kernwood Dr**
**Fredericksburg, VA 22407**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.152 73 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nicole L**
**16 Annemarie Drive**
**Saint James, NY 11780**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.152 74 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nicole L**
**7842 Steitz Road**
**Powell, OH 43065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.152 75 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nicole Lampsa**
**W5264 Bluff Rd**
**Eagle, WI 53119**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,709.00**

---

| 3.152 76 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nicole Lampsa**
**W5264 Bluff Rd**
**Eagle, WI 53119**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$93.01**

---

| 3.152 77 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nicole Laske**
**14975 Sw 162nd Ter**
**Tigard, OR 97224**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$339.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| 3.152 78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$332.00** |
| --- | --- | --- | --- |

**Nicole Leiter**
**8 Tournament Dr S**
**Hawthorn Woods, IL 60047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$251.00** |
| --- | --- | --- | --- |

**Nicole Lesani**
**2916 University Blvd**
**Dallas, TX 75205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$67.00** |
| --- | --- | --- | --- |

**Nicole Lorah**
**3351 E 120th Ave, Unit 5-103**
**Thornton, CO 80233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$693.00** |
| --- | --- | --- | --- |

**Nicole Nease**
**1701 Sand Hill Rd**
**Guyton, GA 31312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |
| --- | --- | --- | --- |

**Nicole O**
**17479 Fairway Circle**
**Cold Spring, MN 56320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$19.00** |
| --- | --- | --- | --- |

**Nicole Oliver**
**142 Beach 96th St Apt 1j**
**Rockaway Beach, NY 11693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30.00** |
| --- | --- | --- | --- |

**Nicole R**
**736 W End Ave Ph la**
**New York, NY 10025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_ _____
Name

| | | |
|---|---|---|
| 3.152<br>85 | **Nonpriority creditor's name and mailing address**<br>**Nicole Roberts**<br>**2087 Catalina Way**<br>**Nolensville, TN 37135** | **$8,814.00** |

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.152<br>86 | **Nonpriority creditor's name and mailing address**<br>**Nicole Robinson**<br>**736 W End Ave Ph la**<br>**New York, NY 10025** | **$22.00** |

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.152<br>87 | **Nonpriority creditor's name and mailing address**<br>**Nicole S**<br>**1570 20th Ave.**<br>**Apt. 3**<br>**San Francisco, CA 94122** | **$54.28** |

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.152<br>88 | **Nonpriority creditor's name and mailing address**<br>**Nicole S**<br>**4526 E Marconi Ave**<br>**Phoenix, AZ 85032** | **$20.00** |

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.152<br>89 | **Nonpriority creditor's name and mailing address**<br>**Nicole S 13434915**<br>**4501 Alhambra Blvd**<br>**Apt 33**<br>**Davis, CA 95618** | **$1,247.00** |

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.152<br>90 | **Nonpriority creditor's name and mailing address**<br>**Nicole Skwarek**<br>**524 N Clearwater**<br>**Roselle, IL 60172** | **$156.00** |

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.152<br>91 | **Nonpriority creditor's name and mailing address**<br>**Nicole Smith**<br>**2935 Pannell St**<br>**Austin, TX 78722** | **$5,324.00** |

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
        Name                                              Case number *(if known)*  _____

| 3.152 92 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nicole Tardif**
**18 Longbow Ct**
**Auburn, ME 04210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

| 3.152 93 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nicole Tucker**
**19 E Walnut St**
**Metuchen, NJ 08840**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$339.00**

---

| 3.152 94 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nicole Young**
**3824 Vienna Dr.**
**Aptos, CA 95003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,518.00**

---

| 3.152 95 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nicolette M**
**3703 Del Monte Cv**
**Round Rock, TX 78664**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.152 96 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nicolle Hedberg**
**101 E Broadway Ste 480**
**Sapient Private Wealth Mgmt**
**Eugene, OR 97401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$33.00**

---

| 3.152 97 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nicolo Riggi**
**2816 Las Piedras Dr**
**Burlingame, CA 94010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

| 3.152 98 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nidish J**
**3044 Hidden Valley Dr**
**Fort Worth, TX 76177**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor    **Phoeno Wine Company, Inc.**    Case number *(if known)* _____
    Name

| 3.152 99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Nigel C**
**C/O Dewhirst**
**123 South Gay St**
**Knoxville, TN 37902**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 00 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,797.00 |
|---|---|---|---|

**Nigel Carr**
**C/O Dewhirst Properties**
**123 South Gay St**
**Knoxville, TN 37902**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 01 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,189.00 |
|---|---|---|---|

**Nigel Palmer**
**3806 Hull St**
**Skokie, IL 60076**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 02 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Nigel R**
**540 E Gravers Lane**
**Wyndmoor, PA 19038**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 03 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $312.00 |
|---|---|---|---|

**Nigel Stamp**
**208 Treadwell St**
**Berryville, VA 22611**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 04 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $90.00 |
|---|---|---|---|

**Nik Abazi**
**5554 N Iroquois Ave**
**Glendale, WI 53217**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 05 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $67.15 |
|---|---|---|---|

**Nik Weinberg-Lynn**
**90 Greenway Dr.**
**Walnut Creek, CA 94596**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.153 06**

**Nonpriority creditor's name and mailing address**

**Nikhil Dewan**
**335 S Biscayne Blvd**
**Unit 3409**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.153 07**

**Nonpriority creditor's name and mailing address**

**Nikhil Menon**
**72 Schuyler Rd**
**Nyack, NY 10960**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$133.00**

---

**3.153 08**

**Nonpriority creditor's name and mailing address**

**Niki Chieka**
**6431 Honey Grv Apt 310**
**Colorado Springs, CO 80923**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,402.00**

---

**3.153 09**

**Nonpriority creditor's name and mailing address**

**Niki-Johnson**
**1401 Sweet Grass**
**Hudson, WI 54016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$22.00**

---

**3.153 10**

**Nonpriority creditor's name and mailing address**

**Nikki Anderson**
**7445 E Hubbell St**
**Scottsdale, AZ 85257**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$57.00**

---

**3.153 11**

**Nonpriority creditor's name and mailing address**

**Nikki Cannon**
**3937 Westside Ave**
**Los Angeles, CA 90008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

**3.153 12**

**Nonpriority creditor's name and mailing address**

**Nikki Cliadakis**
**5405 Central Ave**
**Aberdeen, NJ 07747**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$84.00**

---

Debtor  **Phoeno Wine Company, Inc.**
         Name

Case number (if known)

---

**3.153 13**

**Nonpriority creditor's name and mailing address**

**Nikki K**
**402 Ardsley Pl**
**Canton, GA 30115**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$14.00

---

**3.153 14**

**Nonpriority creditor's name and mailing address**

**Nikki Kenney**
**402 Ardsley Pl**
**Canton, GA 30115**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.153 15**

**Nonpriority creditor's name and mailing address**

**Nikki Koribanics**
**1 Cummins St**
**Franklin, NJ 07416**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$23.00

---

**3.153 16**

**Nonpriority creditor's name and mailing address**

**Nikki Owen**
**15 Greenway Plaza**
**8a**
**Houston, TX 77046**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$30.00

---

**3.153 17**

**Nonpriority creditor's name and mailing address**

**Nikki Stern**
**200 Water St Apt 511**
**New York, NY 10038**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$14,215.00

---

**3.153 18**

**Nonpriority creditor's name and mailing address**

**Niklas Rosen**
**4000 Surfside Blvd**
**Apt 505**
**Corpus Christi, TX 78402**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$80.00

---

**3.153 19**

**Nonpriority creditor's name and mailing address**

**Niko P**
**5 East 22nd St**
**24r**
**New York, NY 10010**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

Debtor    **Phoeno Wine Company, Inc.**

Name    Case number *(if known)*

---

| 3.153 20 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$143.00** |

**Nikolai Chowdhury**
**66 West 38th St**
**40c**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 21 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$252.00** |

**Nikolas Becker**
**5303 50th St**
**Lubbock, TX 79414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 22 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$132.00** |

**Nikolay Pakhomov**
**3750 Hudson Manor Ter Apt 6aw**
**Bronx, NY 10463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 23 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7.00** |

**Nila G**
**3966 24th St**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 24 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$32.00** |

**Nila P**
**2970 Delancey Ct**
**San Jose, CA 95135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 25 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$33.00** |

**Nila Patel**
**2970 Delancey Ct**
**San Jose, CA 95135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 26 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**Nilaksha F**
**6445 Sw Fallbrook Lane**
**#100**
**Beaverton, OR 97008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____  Case number (if known) _____
Name

| 3.153 27 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Nils Magelssen**
**1333 West Loop S Ste 1100**
**Houston, TX 77027**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

| 3.153 28 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Nina H**
**114 Holden Hills Drive**
**Holden, ME 04429**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$83.00**

---

| 3.153 29 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Nina Hartley**
**114 Holden Hills Drive**
**Holden, ME 04429**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$548.00**

---

| 3.153 30 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Nina Hayden**
**4536 Waterford Drive**
**Plano, TX 75024**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,480.00**

---

| 3.153 31 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Nina K**
**10413 Mansion Hills Ave**
**Las Vegas, NV 89144**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.153 32 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Nina Tebaldi**
**165 Harvard St**
**Newtonville, MA 02460**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$355.00**

---

| 3.153 33 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Niraj P**
**3405 Piedmont Rd Ne Ste 550**
**Atlanta, GA 30305**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.153<br>34 | **Nonpriority creditor's name and mailing address**<br>**Nirasha Goonewardene**<br>**400 Limestone #325**<br>**Irvine, CA 92603** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$22.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:**  Customers - Deferred Credit<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.153<br>35 | **Nonpriority creditor's name and mailing address**<br>**Nirav Shay**<br>**54 Pasture Lane**<br>**Roslyn Hts, NY 11577** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$40.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:**  Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.153<br>36 | **Nonpriority creditor's name and mailing address**<br>**Nisha Jafari**<br>**9641 N. 29th Street**<br>**Omaha, NE 68112** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$533.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:**  Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.153<br>37 | **Nonpriority creditor's name and mailing address**<br>**Nitun P**<br>**411 S Krome Ave**<br>**Florida City, FL 33034** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$42.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:**  Customers - Deferred Credit<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.153<br>38 | **Nonpriority creditor's name and mailing address**<br>**Nitun Patel**<br>**411 S Krome Ave**<br>**Florida City, FL 33034** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$516.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:**  Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.153<br>39 | **Nonpriority creditor's name and mailing address**<br>**Nivedita G**<br>**4767 Hill Top View Pl**<br>**San Jose, CA 95138** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$50.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:**  Customers - Deferred Credit<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.153<br>40 | **Nonpriority creditor's name and mailing address**<br>**Nkosi Yearwood**<br>**5802 40th Ave**<br>**Hyattsville, MD 20782** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$177.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:**  Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.153
41**

**Nonpriority creditor's name and mailing address**

**Noah B
2810 Ne 105th Circle
Vancouver, WA 98686**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$68.49

---

**3.153
42**

**Nonpriority creditor's name and mailing address**

**Noah Bacon
7650 E Williams Dr Unit 1001
Scottsdale, AZ 85255**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$135.00

---

**3.153
43**

**Nonpriority creditor's name and mailing address**

**Noah Limbaugh
1277 Old Hickory Rd
Corona, CA 92882**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$813.00

---

**3.153
44**

**Nonpriority creditor's name and mailing address**

**Noah M
137 E 28th St Apt 8b
New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$7.00

---

**3.153
45**

**Nonpriority creditor's name and mailing address**

**Noah Mamis
137 E 28th St Apt 8b
New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$272.00

---

**3.153
46**

**Nonpriority creditor's name and mailing address**

**Noah R
9821 Shadow Island Drive
Shadow Hills, CA 91040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

**3.153
47**

**Nonpriority creditor's name and mailing address**

**Noah Reid
9821 Shadow Island Drive
Shadow Hills, CA 91040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$294.00

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.153 48 | Nonpriority creditor's name and mailing address<br>**Noe Santos**<br>**443 E Queen Way**<br>**Sparks, NV 89431**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$142.00** |
|---|---|---|
| 3.153 49 | Nonpriority creditor's name and mailing address<br>**Noel H Domdom**<br>**8868 Ashley Park Ave.**<br>**Las Vegas, NV 89148**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customers - Deferred Credit__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$50.00** |
| 3.153 50 | Nonpriority creditor's name and mailing address<br>**Noel Sanchez**<br>**1947 N Founders Cir**<br>**Wichita, KS 67206**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$84.00** |
| 3.153 51 | Nonpriority creditor's name and mailing address<br>**Noelle Bell**<br>**9823 Ardash Lane**<br>**San Antonio, TX 78250**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customers - Deferred Credit__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$9.00** |
| 3.153 52 | Nonpriority creditor's name and mailing address<br>**Noelle T**<br>**746 Dody Dr**<br>**Manteca, CA 95337**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customers - Deferred Credit__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$30.00** |
| 3.153 53 | Nonpriority creditor's name and mailing address<br>**Noelsugue N**<br>**103 Cox St**<br>**Knoxville, TN 37919**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customers - Deferred Credit__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$50.00** |
| 3.153 54 | Nonpriority creditor's name and mailing address<br>**Noelsugue Noelsugue**<br>**103 Cox St**<br>**Knoxville, TN 37919**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$145.00** |

Debtor    **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

---

| 3.153 55 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nohelia T**
**114 Edmund Road**
**West Park, FL 33023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.153 56 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nolan Astrab**
**4557 Se Satinwood St**
**Hillsboro, OR 97123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$731.00**

---

| 3.153 57 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nolan B**
**1 Hart Ct**
**Titusville, NJ 08560**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$69.00**

---

| 3.153 58 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nolan Kilby**
**6721 Mitra Dr**
**Austin, TX 78739**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$237.00**

---

| 3.153 59 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nolan P**
**1659 Franklin St.**
**Apt #3**
**Santa Monica, CA 90404**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$16.21**

---

| 3.153 60 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nolan S**
**413 Salvo Ct**
**Holly Ridge, NC 28445**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$37.00**

---

| 3.153 61 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nolan Sheahan**
**413 Salvo Ct**
**Holly Ridge, NC 28445**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.153 62 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Noman Khan**
**128 Guernsey Lane**
**New Milford, CT 06776**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$324.00**

---

| 3.153 63 |
|---|

**Nonpriority creditor's name and mailing address**
**Nomar Isais**
**5413 Robin St**
**Weldon, CA 93283**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$75.00**

---

| 3.153 64 |
|---|

**Nonpriority creditor's name and mailing address**
**Nora C**
**301 East Cevallos**
**Apt 213**
**San Antonio, TX 78204**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,879.00**

---

| 3.153 65 |
|---|

**Nonpriority creditor's name and mailing address**
**Nora Coast**
**301 East Cevallos**
**Apt 213**
**San Antonio, TX 78204**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,736.00**

---

| 3.153 66 |
|---|

**Nonpriority creditor's name and mailing address**
**Nora Prekelezaj**
**1657 S Bates St**
**Birmingham, MI 48009**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$56.00**

---

| 3.153 67 |
|---|

**Nonpriority creditor's name and mailing address**
**Norbert Tambe**
**15276 Lesley Ln**
**Eden Prairie, MN 55346**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$149.00**

---

| 3.153 68 |
|---|

**Nonpriority creditor's name and mailing address**
**Noreen Carr**
**68746 Calle Tafalla**
**Cathedral City, CA 92234**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.153 69**

**Nonpriority creditor's name and mailing address**

**Norm B**
**591 N Mcdowell Blvd**
**Donal Machine**
**Petaluma, CA 94954**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$2.00**

---

**3.153 70**

**Nonpriority creditor's name and mailing address**

**Norm Booth**
**591 N Mcdowell Blvd**
**Donal Machine**
**Petaluma, CA 94954**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,210.00**

---

**3.153 71**

**Nonpriority creditor's name and mailing address**

**Norm Buggel**
**1406 Grasshopper Ln**
**Ambler, PA 19002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

**3.153 72**

**Nonpriority creditor's name and mailing address**

**Norm Hollis**
**364 S Sleepy Meadow Ln**
**Anaheim, CA 92807**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.153 73**

**Nonpriority creditor's name and mailing address**

**Norm Longsdorf**
**469 Lake View Ln**
**Osceola, WI 54020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$17,835.00**

---

**3.153 74**

**Nonpriority creditor's name and mailing address**

**Norman Crenshaw**
**2009 Valleystone Dr**
**Cary, NC 27519**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$128.00**

---

**3.153 75**

**Nonpriority creditor's name and mailing address**

**Norman Kim**
**382 13th St. #2**
**Brooklyn, NY 11215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$563.00**

---

| | |
|---|---|
| Debtor | **Phoeno Wine Company, Inc.** |
| | Name |

Case number *(if known)* _____

---

**3.153 76**

**Nonpriority creditor's name and mailing address**
**Norman Morales**
**39 Ontario Ave**
**Middletown, NY 10940**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$28.00

---

**3.153 77**

**Nonpriority creditor's name and mailing address**
**Norman Wright**
**9325 Lake Hugh Cove Ct**
**Gotha, FL 34734**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$579.00

---

**3.153 78**

**Nonpriority creditor's name and mailing address**
**Noy Follett**
**12762 Mackey Street**
**Overland Park, KS 66213**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$630.00

---

**3.153 79**

**Nonpriority creditor's name and mailing address**
**Nozomi F**
**200 N. Montaue Ave**
**Fullerton, CA 92831**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.27

---

**3.153 80**

**Nonpriority creditor's name and mailing address**
**Obi Ndu**
**13633 Gilbride Ln**
**Clarksville, MD 21029**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$494.00

---

**3.153 81**

**Nonpriority creditor's name and mailing address**
**Obrien Sharon**
**1208 Yardley Road**
**Yardley, PA 19067**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.153 82**

**Nonpriority creditor's name and mailing address**
**Octavio Gonzalez**
**3901 Clara St**
**Cudahy, CA 90201**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

---

| 3.153 83 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Oded C**
**5162 Sailwind Cr**
**Orlando, FL 32810**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$4.00**

---

| 3.153 84 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Oh Kyu-Min**
**4040 Patricia Ct**
**Oakland Township, MI 48306**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.153 85 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Oksana Kulyak**
**18 Culotta Ln**
**Staten Island, NY 10309**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,350.00**

---

| 3.153 86 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ole Konig**
**615 E Weber Dr Unit 3021**
**Tempe, AZ 85288**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$604.00**

---

| 3.153 87 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ole L**
**6418 Bel Lac Drive**
**Chester, VA 23831**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.153 88 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Olena Bautzer**
**2920 Augusta Dr**
**Las Vegas, NV 89109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$357.00**

---

| 3.153 89 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Olexy M**
**67 Anderson Ave**
**Bergenfield, NJ 07621**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)*

---

**3.153 90**

**Nonpriority creditor's name and mailing address**
**Olga Batarse**
**5 Hilshire Grove Ln**
**Houston, TX 77055**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$335.00**

---

**3.153 91**

**Nonpriority creditor's name and mailing address**
**Olga Mcdermott**
**494 S Horizon Way**
**Neshanic Station, NJ 08853**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$439.00**

---

**3.153 92**

**Nonpriority creditor's name and mailing address**
**Olga S**
**121 Chichester Rd**
**Monroe Twp, NJ 08831**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.153 93**

**Nonpriority creditor's name and mailing address**
**Olimpia Manda**
**2201 Sole Mia Square Ln Apt 431**
**North Miami, FL 33181**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$264.00**

---

**3.153 94**

**Nonpriority creditor's name and mailing address**
**Oliver Landis**
**342 Lang Syne Rd**
**Fort Motte, SC 29135**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,062.00**

---

**3.153 95**

**Nonpriority creditor's name and mailing address**
**Olivia G**
**4717 Alexis Drive**
**Kissimmee, FL 34746**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$52.00**

---

**3.153 96**

**Nonpriority creditor's name and mailing address**
**Olivia Garvin**
**4717 Alexis Drive**
**Kissimmee, FL 34746**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$268.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

---

**3.153 97**

**Nonpriority creditor's name and mailing address**

**Olivia Hails**
**717 Vernon Ave**
**Nashville, TN 37209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$263.00**

---

**3.153 98**

**Nonpriority creditor's name and mailing address**

**Olivia Stringer**
**1682 Shaws Fork Rd**
**Aiken, SC 29805**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$30.00**

---

**3.153 99**

**Nonpriority creditor's name and mailing address**

**Olivia Weller**
**430 W Swoope Ave**
**Winter Park FI, FL 32789**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$175.00**

---

**3.154 00**

**Nonpriority creditor's name and mailing address**

**Olivier D**
**6 Partridge Court**
**Cherry Hill, NJ 08003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$10.00**

---

**3.154 01**

**Nonpriority creditor's name and mailing address**

**Olivier Dury**
**4515 Pine Tree Dr**
**Pace, FL 32571**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$270.00**

---

**3.154 02**

**Nonpriority creditor's name and mailing address**

**Olivier V**
**1 Hacker Way**
**Menlo Park, CA 94025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$415.55**

---

**3.154 03**

**Nonpriority creditor's name and mailing address**

**Ollrich Lebrun**
**116-06 223rd Street**
**Cambria Heights, NY 11411**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$30.00**

---

Debtor    **Phoeno Wine Company, Inc.**

        Name

                                                  Case number (if known)

---

**3.154 04**

**Nonpriority creditor's name and mailing address**
**Olurotimi Ogunleye**
**840 Calle Pluma**
**San Clemente, CA 92673**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,603.00**

---

**3.154 05**

**Nonpriority creditor's name and mailing address**
**Omar R**
**1 W 182 Apt 4 F**
**Bronx, NY 10453**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.154 06**

**Nonpriority creditor's name and mailing address**
**Omar T**
**3008 Ernesto Serna**
**El Paso, TX 79936**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.154 07**

**Nonpriority creditor's name and mailing address**
**Omar Torres**
**3008 Ernesto Serna**
**El Paso, TX 79936**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

**3.154 08**

**Nonpriority creditor's name and mailing address**
**Omari Buncum**
**1015 Cresta Ct**
**Roswell, GA 30075**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$478.00**

---

**3.154 09**

**Nonpriority creditor's name and mailing address**
**Omeed Nia**
**1250 Midvale Ave Apt 202**
**Los Angeles, CA 90024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$405.00**

---

**3.154 10**

**Nonpriority creditor's name and mailing address**
**Omer B**
**2060 Spring Ridge Dr**
**Twinsburg, OH 44087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$73.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.154
11**

**Nonpriority creditor's name and mailing address**

**Omid Khorram
6 Pine Tree Ln
Rolling Hills, CA 90274**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.154
12**

**Nonpriority creditor's name and mailing address**

**Oneal Sutton
10502 Broadland Pass
Thonotosassa, FL 33592**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

**3.154
13**

**Nonpriority creditor's name and mailing address**

**Ontario S
607 Hardendorf Ave Ne
Atlanta, GA 30307**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

**3.154
14**

**Nonpriority creditor's name and mailing address**

**Oona Atkinson
9901 NW 60th Pl
Parkland, FL 33076**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$338.00**

---

**3.154
15**

**Nonpriority creditor's name and mailing address**

**Opkar K
19 Robin Rd
Mahwah, NJ 07430**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.154
16**

**Nonpriority creditor's name and mailing address**

**Opkar Khanduja
19 Robin Rd
Mahwah, NJ 07430**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$411.00**

---

**3.154
17**

**Nonpriority creditor's name and mailing address**

**Oran Spotts
325 Awini Pl
Honolulu, HI 96825**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$26.75**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

---

| 3.154 18 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Orestes Sanchez**
**6 Rosewood Court**
**North Haledon, NJ 07508**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,196.00**

---

| 3.154 19 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Orgest Qosja**
**3356 State Route 208**
**Campbell Hall, NY 10916**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$390.00**

---

| 3.154 20 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Orion Torcellini**
**1310 Boston Post Rd**
**Apt 603**
**Guilford, CT 06437**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$102.00**

---

| 3.154 21 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Orissa Kumar-Cocianga**
**29 Livingston Mnr**
**Dobbs Ferry, NY 10522**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

| 3.154 22 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Orlando Browne**
**2260 Sw 16th Ter**
**Miami, FL 33145**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$644.00**

---

| 3.154 23 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Orlando Sierra**
**8425 NW 41st St Apt 329**
**Doral, FL 33166**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.154 24 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Orlando Vazquez**
**3850 NW 114th Avenue**
**Doral, FL 33178**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$638.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
Name

| 3.154 25 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$75.00** |
| **Orma S** | ☐ Contingent | |
| **19 Lynoak Cv** | ☐ Unliquidated | |
| **Jackson, TN 38305** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.154 26 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,894.00** |
| **Orma Smith** | ☐ Contingent | |
| **19 Lynoak Cv** | ☐ Unliquidated | |
| **Jackson, TN 38305** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.154 27 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$309.00** |
| **Ormand Lawson** | ☐ Contingent | |
| **5019 Metzke Ln** | ☐ Unliquidated | |
| **Tallahassee, FL 32303** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.154 28 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$531.00** |
| **Orpheus Crutchfield** | ☐ Contingent | |
| **2342 Shattuck Avenue, #335** | ☐ Unliquidated | |
| **Berkeley, CA 94704** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.154 29 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |
| **Orson Hall** | ☐ Contingent | |
| **6550 Halcyon Way Apt 314** | ☐ Unliquidated | |
| **Alpharetta, GA 30005** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.154 30 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$209.00** |
| **Oscar Caamano** | ☐ Contingent | |
| **3218 Lilly Flower** | ☐ Unliquidated | |
| **San Antonio, TX 78253** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.154 31 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Oscar Delcampo** | ☐ Contingent | |
| **12955 Sw 42nd St Ste 10** | ☐ Unliquidated | |
| **Miami, FL 33175** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.154 |
| 32 |

**Nonpriority creditor's name and mailing address**

**Oscar J**
**175 Oakbank Rd**
**Bakersfield, CA 93304**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

| 3.154 |
| 33 |

**Nonpriority creditor's name and mailing address**

**Oscar M**
**31 Embassy Dr**
**Swedesboro, NJ 08085**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.154 |
| 34 |

**Nonpriority creditor's name and mailing address**

**Oscar V**
**113 Monroe St**
**Apt 4**
**Hoboken, NJ 07030**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$52.00**

---

| 3.154 |
| 35 |

**Nonpriority creditor's name and mailing address**

**Oscar Vazquez**
**113 Monroe St**
**Apt 4**
**Hoboken, NJ 07030**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$330.00**

---

| 3.154 |
| 36 |

**Nonpriority creditor's name and mailing address**

**Oscar Villanueva**
**28322 Driza**
**Mission Viejo, CA 92692**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$91.00**

---

| 3.154 |
| 37 |

**Nonpriority creditor's name and mailing address**

**Oscar Vonkoch**
**2568 37th St Apt 3**
**Astoria, NY 11103**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

| 3.154 |
| 38 |

**Nonpriority creditor's name and mailing address**

**Oshea Stephen**
**239 Reserve Ct**
**San Marcos, CA 92078**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,894.00**

---

Official Form 206 E/F            Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.154<br>39 | **Nonpriority creditor's name and mailing address**<br>**Osnay Rivero**<br>**798 East 54th Street**<br>**Hialeah, FL 33013** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.154<br>40 | **Nonpriority creditor's name and mailing address**<br>**Osvaldo M**<br>**420 E 66th St Apt 2c**<br>**New York, NY 10065** | **$20.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.154<br>41 | **Nonpriority creditor's name and mailing address**<br>**Osvaldo Mendoza**<br>**420 E 66th St Apt 2c**<br>**New York, NY 10065** | **$41.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.154<br>42 | **Nonpriority creditor's name and mailing address**<br>**Othmani F**<br>**109 N Main St. C - 5**<br>**Memphis, TN 38103** | **$20.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.154<br>43 | **Nonpriority creditor's name and mailing address**<br>**Ousi Li**<br>**350 Alabama Street Apt 11**<br>**San Francisco, CA 94110** | **$30.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.154<br>44 | **Nonpriority creditor's name and mailing address**<br>**Owen Holder**<br>**177 Lake St Unit Y1**<br>**Avon, CO 81620** | **$1,646.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.154<br>45 | **Nonpriority creditor's name and mailing address**<br>**Owen W**<br>**148 Albion St Apt 1**<br>**Somerville, MA 02144** | **$219.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____
        Name                                        Case number (if known) _____

| 3.154 46 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pablo A**
**15139 Hamlin St**
**Van Nuys, CA 91411**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

| 3.154 47 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pablo Araya**
**116 Hickock Ct**
**Mebane, NC 27302**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$227.00

---

| 3.154 48 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pablo Araya**
**116 Hickock Ct**
**Mebane, NC 27302**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$71.00

---

| 3.154 49 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pablo Barajas**
**224 Jackson Mills Rd**
**Freehold, NJ 07728**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$56.00

---

| 3.154 50 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pablo Giuseppucci**
**956 Camelot Dr.**
**Hermitage, PA 16148**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,035.00

---

| 3.154 51 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pablo Godel**
**200 Se 15th Rd**
**Apt 6a**
**Miami, FL 33129**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.154 52 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pablo L**
**5106 Northern Blvd**
**Woodside, NY 11377**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known)    _____

---

**3.154 53**

**Nonpriority creditor's name and mailing address**

**Pablo Velasquez**
**12090 Autumn Sunrise Dr**
**Jacksonville, FL 32246**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$991.84**

---

**3.154 54**

**Nonpriority creditor's name and mailing address**

**Padmesh Chhita**
**125 Saratoga Ln**
**Woolwich Township, NJ 08085**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,593.00**

---

**3.154 55**

**Nonpriority creditor's name and mailing address**

**Paeter Schmidt**
**1440 South 7th St**
**Lincoln, NE 68502**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,357.00**

---

**3.154 56**

**Nonpriority creditor's name and mailing address**

**Paige B**
**4306 N Quinlan Park Rd Apt 10203**
**Austin, TX 78732**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

**3.154 57**

**Nonpriority creditor's name and mailing address**

**Paige Beauregard**
**4306 N Quinlan Park Rd Apt 10203**
**Austin, TX 78732**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,478.00**

---

**3.154 58**

**Nonpriority creditor's name and mailing address**

**Paige C**
**371 W J St**
**Benicia, CA 94510**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.154 59**

**Nonpriority creditor's name and mailing address**

**Paige Cavender**
**206 Oak Park Dr**
**San Antonio, TX 78209**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

Debtor   **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

---

| 3.154 60 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Paige Haley**
**1161 NW Overton St**
**Apt 211**
**Portland, OR 97209**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$206.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 61 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Paige M**
**1204 Caroline St**
**House Of Blues**
**Houston, TX 77002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$23.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 62 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Paige Miller**
**Ups Access Point - Michaels Store**
**11945 Manchester Rd**
**Saint Louis, MO 63131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$255.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 63 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Paige N**
**10722 Chevy Chase Dr**
**Houston, TX 77042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$10.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 64 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Paige R**
**1013 Poplar St**
**Denver, CO 80220**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$13.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 65 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Paige Rutherford**
**1013 Poplar St**
**Denver, CO 80220**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$169.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 66 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Paige Slaughter**
**4119 Orchard Dale Drl N.W Apt. 1**
**Cantin, OH 44109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$24.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F              Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____

Name

---

| 3.154 67 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Palagruto-Grant Lisa**
**117 Delaware Avenue**
**Ridley Park, PA 19078**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

| 3.154 68 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pallav Amin**
**1630 Atlanta Hwy**
**Gainesville, GA 30504**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$84.00**

---

| 3.154 69 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Palmer Steel**
**601 Poindexter Dr.**
**Charlotte, NC 28209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$16,215.00**

---

| 3.154 70 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Palmer Steel**
**601 Poindexter Dr.**
**Charlotte, NC 28209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$765.00**

---

| 3.154 71 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Paloma N**
**82 Frankfort St.**
**Daly City, CA 94014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.154 72 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pam Baumgartner**
**10 Odana Ct**
**Madison, WI 53719**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.154 73 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pam H**
**2484 Cabernet Ct**
**Napa, CA 94558**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$38.12**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.154 74 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Pam H**
**4602 Normar Road**
**South Charleston, WV 25309**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.154 75 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Pam M**
**4031 Van Buren Pl.**
**Unit B**
**Culver City, CA 90232**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.154 76 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Pam Mueller**
**4031 Van Buren Pl.**
**Unit B**
**Culver City, CA 90232**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.154 77 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Pam Rosener**
**1821 Burning Tree Ln**
**Plano, TX 75093**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.154 78 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Pam Shumate**
**2095 N Ash St**
**204**
**Nevada, MO 64772**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$24.00**

---

| 3.154 79 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Pam V**
**2006 Continenal Lane**
**Escondido, CA 92029**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.154 80 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Pam Vanostaeyen**
**2006 Continenal Lane**
**Escondido, CA 92029**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

**$310.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.154<br>81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $87.00 |
|---|---|---|---|

**Pam Whitaker**
**153 Knights Hill Rd**
**Camden, SC 29020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.154<br>82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37.00 |
|---|---|---|---|

**Pamela A**
**551 S Pike Rd**
**Sarver, PA 16055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.154<br>83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57.00 |
|---|---|---|---|

**Pamela Austin**
**551 S Pike Rd**
**Sarver, PA 16055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.154<br>84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32.00 |
|---|---|---|---|

**Pamela Davis**
**132 Cunningham Dr**
**New Smyrna Beach, FL 32168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.154<br>85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44.00 |
|---|---|---|---|

**Pamela Depolo**
**205 Martin Street**
**Indian Harbour Beach, FL 32937**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.154<br>86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,110.00 |
|---|---|---|---|

**Pamela Dougherty**
**2430 Askew Dr**
**Anna, TX 75409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.154<br>87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22.00 |
|---|---|---|---|

**Pamela Fellin**
**1404 NE Ivory Ln**
**Lees Summit, MO 64086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.154 88 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pamela Gandhi**
**106 Bold Slope Dr**
**Piedmont, SC 29673**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

| 3.154 89 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pamela H**
**240 Loma Ave**
**Tiburon, CA 94920**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.154 90 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pamela Hall**
**South Southwest Loop 323**
**Tyler, TX 75701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$112.00**

---

| 3.154 91 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pamela Hayeskong**
**1120 Kessler Blvd**
**Longview, WA 98632**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

| 3.154 92 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pamela Henne**
**5455 S Fort Apache Rd # 108-85**
**Las Vegas, NV 89148**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$117.00**

---

| 3.154 93 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pamela Humbert**
**7051 Highway 70 S # 138**
**Nashville, TN 37221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$275.00**

---

| 3.154 94 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pamela J**
**460 Granite Saddle Dr**
**Rolesville, NC 27571**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$23.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*    _____

---

| 3.154<br>95 | **Nonpriority creditor's name and mailing address**<br>**Pamela J**<br>**9531 Sideoats Ct**<br>**Colorado Springs, CO 80927** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$11.00** |

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154<br>96 | **Nonpriority creditor's name and mailing address**<br>**Pamela Jeffries**<br>**9531 Sideoats Ct**<br>**Colorado Springs, CO 80927** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$38.00** |

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154<br>97 | **Nonpriority creditor's name and mailing address**<br>**Pamela Johnson**<br>**460 Granite Saddle Dr**<br>**Rolesville, NC 27571** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$300.00** |

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154<br>98 | **Nonpriority creditor's name and mailing address**<br>**Pamela Justice**<br>**3993 County Road Jj**<br>**Black Earth, WI 53515** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$350.62** |

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154<br>99 | **Nonpriority creditor's name and mailing address**<br>**Pamela Kerr-Pretzel**<br>**539 Fairway Estates Dr**<br>**Sutherlin, OR 97479** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$147.00** |

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155<br>00 | **Nonpriority creditor's name and mailing address**<br>**Pamela M**<br>**11219 N Hwy 3**<br>**Penthouse**<br>**Fort Jones, CA 96032** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10.00** |

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155<br>01 | **Nonpriority creditor's name and mailing address**<br>**Pamela Palmer**<br>**2017 Greenbrook Pkwy Unit A**<br>**Austin, TX 78723** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$947.00** |

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____     Case number _(if known)_ _____
Name

| | |
|---|---|
| 3.155 02 | **Nonpriority creditor's name and mailing address** |

**Pamela Parker**
**233 Anita Ave**
**Pittsburgh, PA 15217**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$421.00**

---

| | |
|---|---|
| 3.155 03 | **Nonpriority creditor's name and mailing address** |

**Pamela Perales**
**12417 Black Hills Dr**
**Austin, TX 78748**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$84.00**

---

| | |
|---|---|
| 3.155 04 | **Nonpriority creditor's name and mailing address** |

**Pamela Pollard**
**1945 North Rock Road**
**Apt 1406**
**Wichita, KS 67206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$4.00**

---

| | |
|---|---|
| 3.155 05 | **Nonpriority creditor's name and mailing address** |

**Pamela R**
**3615 Turner Drive**
**North Highlands, CA 95660**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| | |
|---|---|
| 3.155 06 | **Nonpriority creditor's name and mailing address** |

**Pamela R**
**538 Buffinton Ct Nw**
**Concord, NC 28027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

| | |
|---|---|
| 3.155 07 | **Nonpriority creditor's name and mailing address** |

**Pamela S**
**1616 Templeton Rd**
**Towson, MD 21204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$44.00**

---

| | |
|---|---|
| 3.155 08 | **Nonpriority creditor's name and mailing address** |

**Pamela Wells**
**10 Vannoy Ave**
**Pennington, NJ 08534**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

| 3.155 09 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,113.00 |

**Pamela Westbrook**
82 Bolling Rd
Portsmouth, VA 23701

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $205.80 |

**Pamela Westbrook**
82 Bolling Rd
Portsmouth, VA 23701

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107.00 |

**Pamelag Johnson**
**Payne Chiropractic Center**
215 West Broad Street Suite A
Statesville, NC 28677

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $168.00 |

**Pamila Dehart**
415 Ocean Avenue
Portland, ME 04103

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**Panagiotis M**
139 Grand Blvd
Massapequa Park, NY 11762

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $676.00 |

**Panos Argiras**
201 W Grand Ave Apt 803
Chicago, IL 60654

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $166.00 |

**Paola Antunez**
811 Thornbranch Drive
Houston, TX 77079

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **Phoeno Wine Company, Inc.**
_____     Case number (if known) _____
              Name

| 3.155 16 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Paolo Orso**
**17 Oxcart Lane**
**Hamilton, NJ 08619**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$566.00**

---

| 3.155 17 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Paolo Orso**
**17 Oxcart Lane**
**Hamilton, NJ 08619**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

| 3.155 18 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Papao S**
**3143 Primrose St**
**Elgin, IL 60124**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

| 3.155 19 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Papao Saisnith**
**3143 Primrose St**
**Elgin, IL 60124**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,386.00**

---

| 3.155 20 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Paras Desai**
**2800 N Lake Shore Dr Apt 1008**
**Chicago, IL 60657**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$354.00**

---

| 3.155 21 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Pardis Michelle**
**950 N Montana Ave Stop 3**
**Helena, MT 59601**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,727.00**

---

| 3.155 22 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Parker Heineman**
**1255 18th Ave**
**San Francisco, CA 94122**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$220.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

**3.155 23**

**Nonpriority creditor's name and mailing address**

**Parker Sytz**
**1675 Garfield Dr**
**Gastonia, NC 28052**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$10,440.00**

---

**3.155 24**

**Nonpriority creditor's name and mailing address**

**Parks H**
**5302 Castle Pines Ct**
**C/O Bob Bates**
**Fort Collins, CO 80525**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.155 25**

**Nonpriority creditor's name and mailing address**

**Parks Huffstetler**
**5302 Castle Pines Ct**
**C/O Bob Bates**
**Fort Collins, CO 80525**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$284.00**

---

**3.155 26**

**Nonpriority creditor's name and mailing address**

**Pascal C**
**218 Turnberry Court**
**Bear, DE 19701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.155 27**

**Nonpriority creditor's name and mailing address**

**Pascale Palmer**
**1405 Oakland Park Rd**
**Thief River Falls, MN 56701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$66.00**

---

**3.155 28**

**Nonpriority creditor's name and mailing address**

**Pashmina Lalchandani**
**7000 E 47th Avenue Dr Ste 600b**
**Denver, CO 80216**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

**3.155 29**

**Nonpriority creditor's name and mailing address**

**Pat C**
**235 Basin Rd**
**Hammonton, NJ 08037**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.155 30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44.00** |

**Pat Dooley**
**701 W Lakeside Ave Apt 1010**
**Cleveland, OH 44113**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55.00** |

**Pat Freer**
**3520 W Oak St**
**Lebanon, PA 17042**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$423.00** |

**Pat Higgins**
**6818 Oldecastle Ct**
**Charlotte, NC 28277**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9.00** |

**Pat J**
**270 Verde Mesa Dr**
**Danville, CA 94526**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$121.00** |

**Pat J**
**575 27th St Unit C**
**San Francisco, CA 94131**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,190.00** |

**Pat Jennings**
**575 27th St Unit C**
**San Francisco, CA 94131**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$348.00** |

**Pat Johanson**
**270 Verde Mesa Dr**
**Danville, CA 94526**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____     Case number *(if known)* _____
Name

| 3.155 37 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$117.00**
**Pat Kelly**
**7729 Jacaranda Ln**          ☐ Contingent
**Naples, FL 34114**          ☐ Unliquidated
                              ☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:   Customer**
Last 4 digits of account number _
                              Is the claim subject to offset? ■ No  ☐ Yes

| 3.155 38 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$66.00**
**Pat Parsons**
**2820 Sugarloaf Club Drive**          ☐ Contingent
**Duluth, GA 30097**          ☐ Unliquidated
                              ☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:   Customer**
Last 4 digits of account number _
                              Is the claim subject to offset? ■ No  ☐ Yes

| 3.155 39 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$359.00**
**Pat St.Pierre**
**73640 Juniper St**          ☐ Contingent
**Palm Desert, CA 92260**          ☐ Unliquidated
                              ☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:   Customer**
Last 4 digits of account number _
                              Is the claim subject to offset? ■ No  ☐ Yes

| 3.155 40 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$10.00**
**Pat W**
**1808 Skyline Curve**          ☐ Contingent
**Minneapolis, MN 55411**          ☐ Unliquidated
                              ☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:   Customers - Deferred Credit**
Last 4 digits of account number _
                              Is the claim subject to offset? ■ No  ☐ Yes

| 3.155 41 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$593.00**
**Patel Mayoor**
**3508 Emperor Way**          ☐ Contingent
**Tucker, GA 30084**          ☐ Unliquidated
                              ☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:   Customer**
Last 4 digits of account number _
                              Is the claim subject to offset? ■ No  ☐ Yes

| 3.155 42 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$10.00**
**Patience W**
**3565 Southwood Ave**          ☐ Contingent
**Memphis, TN 38111**          ☐ Unliquidated
                              ☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:   Customers - Deferred Credit**
Last 4 digits of account number _
                              Is the claim subject to offset? ■ No  ☐ Yes

| 3.155 43 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$408.00**
**Patience Whitten**
**3565 Southwood Ave**          ☐ Contingent
**Memphis, TN 38111**          ☐ Unliquidated
                              ☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:   Customer**
Last 4 digits of account number _
                              Is the claim subject to offset? ■ No  ☐ Yes

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

**3.155 44**

**Nonpriority creditor's name and mailing address**

**Patrice Kelly**
**5089 Breezy Acres St**
**Winter Garden, FL 34787**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,563.00**

---

**3.155 45**

**Nonpriority creditor's name and mailing address**

**Patricia A**
**2012 Windbrook Dr Se**
**Palm Bay, FL 32909**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.155 46**

**Nonpriority creditor's name and mailing address**

**Patricia B**
**1383 Gordon Ave**
**Reno, NV 89509**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

**3.155 47**

**Nonpriority creditor's name and mailing address**

**Patricia Bellamy**
**1715 Nagel Road**
**Cincinnati, OH 45255**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$143.00**

---

**3.155 48**

**Nonpriority creditor's name and mailing address**

**Patricia Brown**
**140 Woodland Ave**
**San Francisco, CA 94117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$156.00**

---

**3.155 49**

**Nonpriority creditor's name and mailing address**

**Patricia Brown**
**9820 La Duke Dr**
**Kensington, MD 20895**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

**3.155 50**

**Nonpriority creditor's name and mailing address**

**Patricia C**
**1154 Sycamore**
**Brownsville, TX 78520**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.155 51 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Patricia C**
**28650 Clarksburg Road**
**Damascus, MD 20872**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.155 52 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Patricia C 10666**
**9123 Cloisters East**
**Henrico, VA 23229**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$289.00**

---

| 3.155 53 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Patricia C 13407900**
**3715 14th St W Lot 8**
**Bradenton, FL 34205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$24.00**

---

| 3.155 54 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Patricia C 13408951**
**3715 14th St W Lot 8**
**Bradenton, FL 34205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$22.00**

---

| 3.155 55 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Patricia Calamusa**
**877 Anna Ct**
**Tetonia, ID 83452**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$12,135.00**

---

| 3.155 56 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Patricia Chambers**
**110 Carlisle Court**
**Jacksonville, NC 28546**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$46.00**

---

| 3.155 57 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Patricia Clark**
**9123 Cloisters East**
**Henrico, VA 23229**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,683.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.155 58 | |

**Nonpriority creditor's name and mailing address**

**Patricia Connors**
**890 Winter St**
**Hanson, MA 02341**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$116.00**

---

| | |
|---|---|
| 3.155 59 | |

**Nonpriority creditor's name and mailing address**

**Patricia Culbertson**
**1560 N Sandburg Ter**
**Apt 2815**
**Chicago, IL 60610**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,173.00**

---

| | |
|---|---|
| 3.155 60 | |

**Nonpriority creditor's name and mailing address**

**Patricia D**
**14 Lanza Ave**
**Garfield, NJ 07026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| | |
|---|---|
| 3.155 61 | |

**Nonpriority creditor's name and mailing address**

**Patricia Denny**
**8222 Wellington Pl**
**Jessup, MD 20794**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$394.00**

---

| | |
|---|---|
| 3.155 62 | |

**Nonpriority creditor's name and mailing address**

**Patricia Doyle**
**750 State St Unit 422**
**San Diego, CA 92101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$143.00**

---

| | |
|---|---|
| 3.155 63 | |

**Nonpriority creditor's name and mailing address**

**Patricia F**
**733 19th Street**
**Santa Monica, CA 90402**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

| | |
|---|---|
| 3.155 64 | |

**Nonpriority creditor's name and mailing address**

**Patricia Fong**
**7540 Monte Brazil Dr**
**Sacramento, CA 95831**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$684.00**

---

Debtor  **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| 3.155 65 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11.00** |

**Patricia G**
**17 Midland Ave**
**Central Valley, NY 10917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 66 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,112.00** |

**Patricia Goodnow**
**376 Whitestown Road**
**Harmony, PA 16037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 67 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11.00** |

**Patricia H**
**568 E Main St**
**C/O Wells Thomas, Llc**
**Branford, CT 06405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 68 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$203.00** |

**Patricia Howe**
**568 E Main St**
**C/O Wells Thomas, Llc**
**Branford, CT 06405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 69 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,620.00** |

**Patricia Inclan**
**1510 Meeting House Road**
**Sea Girt, NJ 08750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 70 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$568.00** |

**Patricia Kelly**
**1000 Lambourne Road**
**West Chester, PA 19382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 71 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$489.00** |

**Patricia Kirschling**
**86120 Montauk Drive**
**Fernandina Beach, FL 32034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| | |
|---|---|

**3.155 72**

**Nonpriority creditor's name and mailing address**

**Patricia Lawton**
**3 Burnham Road**
**Gorham, ME 04038**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,543.00**

---

**3.155 73**

**Nonpriority creditor's name and mailing address**

**Patricia M**
**154 Cooper Rd Ste 1201**
**West Berlin, NJ 08091**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

**3.155 74**

**Nonpriority creditor's name and mailing address**

**Patricia M**
**9833 Queen Charlotte Drive**
**Las Vegas, NV 89145**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.155 75**

**Nonpriority creditor's name and mailing address**

**Patricia Maisch**
**10 Maple Ct**
**Ramsey, NJ 07446**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.155 76**

**Nonpriority creditor's name and mailing address**

**Patricia Mariconda**
**5532 Still Hollow Ct**
**Grant Valkaria, FL 32949**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.155 77**

**Nonpriority creditor's name and mailing address**

**Patricia Martin**
**9431 Mayne St**
**Bellflower, CA 90706**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$288.00**

---

**3.155 78**

**Nonpriority creditor's name and mailing address**

**Patricia Mosley**
**1309 Meadowbrook Dr**
**Syracuse, NY 13224**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$260.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
                    Name

| 3.155 79 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patricia Nargi**
**14 Union City Rd**
**Prospect, CT 06712**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$220.00

---

| 3.155 80 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patricia Noceralittle**
**271 Water St**
**Picture Rocks, PA 17762**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,791.00

---

| 3.155 81 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patricia Notaro**
**100 Welcome Aly**
**Baltimore, MD 21201**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

| 3.155 82 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patricia Pohanka**
**590 Riverside Dr**
**Lancaster, VA 22503**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$756.00

---

| 3.155 83 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patricia Psha**
**1026 Crosswind Ave**
**Sarasota, FL 34240**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$590.00

---

| 3.155 84 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patricia Riek**
**919 Olmstead St**
**San Francisco, CA 94134**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$438.00

---

| 3.155 85 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patricia S**
**26w242 Prairie Ave**
**Wheaton, IL 60187**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

---

| 3.155 86 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patricia S**
**30593 Midlothian Way**
**Hayward, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$43.91**

---

| 3.155 87 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patricia Santos**
**211 Mountain Pkwy**
**Green Brook, NJ 08812**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$56.00**

---

| 3.155 88 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patricia Stricklin**
**26w242 Prairie Ave**
**Wheaton, IL 60187**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.155 89 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patricia Tobin**
**6848 Cumbre Vista Way**
**Colorado Springs, CO 80924**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$61.00**

---

| 3.155 90 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patricia Wager**
**Tlggr**
**100 Jericho Quadrangle Suite 309**
**Jericho, NY 11753**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$531.00**

---

| 3.155 91 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patricia Welch**
**1185 Nottingham Drive**
**Macon, GA 31211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$951.00**

---

| 3.155 92 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patrick A**
**6735 Stoneridge Estates**
**Columbia, IL 62236**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$13.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
| | Name | | |

---

**3.155 93**

**Nonpriority creditor's name and mailing address**

**Patrick Ames**
**6735 Stoneridge Estates**
**Columbia, IL 62236**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$1,571.00

---

**3.155 94**

**Nonpriority creditor's name and mailing address**

**Patrick B**
**3575 Linden Lane**
**Miami, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$72.00

---

**3.155 95**

**Nonpriority creditor's name and mailing address**

**Patrick B**
**409 Guetler Way Se**
**Washington, DC 20003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$1,217.00

---

**3.155 96**

**Nonpriority creditor's name and mailing address**

**Patrick Bartlett**
**1740 Belvoir Cir**
**Clovis, NM 88101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$73.00

---

**3.155 97**

**Nonpriority creditor's name and mailing address**

**Patrick Bartlett**
**1740 Belvoir Cir**
**Clovis, NM 88101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$478.01

---

**3.155 98**

**Nonpriority creditor's name and mailing address**

**Patrick Baumgartner**
**1596 Edmondson Trail**
**Rockwall, TX 75087**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$22.00

---

**3.155 99**

**Nonpriority creditor's name and mailing address**

**Patrick Bland**
**439 Sterling Brook Drive**
**Lexington, SC 29072**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$1,099.00

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known)  _____

---

| 3.156 00 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patrick Bousquet**
**926 Lami St**
**Saint Louis, MO 63104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

| 3.156 01 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patrick Bowen**
**24 Coach Cir**
**Windsor, CT 06095**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$390.00**

---

| 3.156 02 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patrick Brenden**
**17661 Rainglen Lane**
**Huntington Beach, CA 92649**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,722.00**

---

| 3.156 03 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patrick Brennan**
**409 Guetler Way Se**
**Washington, DC 20003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,440.00**

---

| 3.156 04 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patrick Buckner**
**5516 Vickery Blvd**
**Dallas, TX 75206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$7,524.00**

---

| 3.156 05 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patrick Bush**
**10024 Hillyard Ave**
**Baton Rouge, LA 70809**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$61.00**

---

| 3.156 06 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patrick C**
**1 Blenheim Dr**
**Doylestown, PA 18902**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____

Name

---

| 3.156 07 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patrick C**
**2040 Woodside Dr**
**Woodstock, IL 60098**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$11.00**

---

| 3.156 08 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patrick C**
**2403 S 57th St**
**Quincy, IL 62305**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$20.00**

---

| 3.156 09 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patrick Caligiuri**
**1 Blenheim Dr**
**Doylestown, PA 18902**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$69.00**

---

| 3.156 10 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patrick Callahan**
**830 W. Lakeside Place**
**No. 2s**
**Chicago, IL 60640**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$51.00**

---

| 3.156 11 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patrick Cameron**
**2040 Woodside Dr**
**Woodstock, IL 60098**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$462.00**

---

| 3.156 12 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patrick Canning**
**7126 Loblolly Pine Blvd**
**Fairview, TN 37062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$563.00**

---

| 3.156 13 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patrick Coyle**
**79 Lantern Ln**
**Cohasset, MA 02025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$30.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.156 14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |

**Patrick D**
**164 Knowlesway Ext**
**Narragansett, RI 02882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.156 15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36.00** |

**Patrick D**
**20 Grove St**
**Douglas, MA 01516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.156 16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51.00** |

**Patrick D**
**4801 Woodway Dr Ste 440w**
**Houston, TX 77056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.156 17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$473.00** |

**Patrick Daleiden**
**8541 E Via De Viva**
**Scottsdale, AZ 85258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.156 18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00** |

**Patrick Daniel**
**4801 Woodway Dr Ste 440w**
**Houston, TX 77056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.156 19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$344.00** |

**Patrick Dempsey**
**5904 Siltstone Loop**
**Killeen, TX 76542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.156 20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,696.00** |

**Patrick Donohue**
**13 Stanton St**
**Pawcatuck, CT 06379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.156 21 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patrick Doreian**
**122 Yorkshire Drive**
**Pittsburgh, PA 15208**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,094.00**

---

| 3.156 22 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patrick Elliott**
**175 Parfitt Way Sw**
**Suite S 200**
**Bainbridge Island, WA 98110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,562.00**

---

| 3.156 23 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patrick Encinas**
**8156 E Sunnyside Dr**
**Scottsdale, AZ 85260**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,096.00**

---

| 3.156 24 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patrick F**
**1780 Flagler Ave Ne**
**Atlanta, GA 30309**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$11.00**

---

| 3.156 25 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patrick Fitzmaurice**
**1780 Flagler Ave NE**
**Atlanta, GA 30309**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,058.00**

---

| 3.156 26 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patrick G**
**331 Browns Point Dr**
**Moneta, VA 24121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.156 27 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patrick Gary**
**100 Saint Peter Rd**
**Thibodaux, LA 70301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$656.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.156 28**

**Nonpriority creditor's name and mailing address**

**Patrick Gobble**
**331 Browns Point Dr**
**Moneta, VA 24121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,377.00**

---

**3.156 29**

**Nonpriority creditor's name and mailing address**

**Patrick Guelah**
**40 West 116th Street, Apt**
**A814**
**New York, NY 10026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,063.00**

---

**3.156 30**

**Nonpriority creditor's name and mailing address**

**Patrick H**
**361 Front St**
**Marion, MA 02738**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.156 31**

**Nonpriority creditor's name and mailing address**

**Patrick H**
**955 Chesterfield Ln**
**Danville, CA 94506**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$16.00**

---

**3.156 32**

**Nonpriority creditor's name and mailing address**

**Patrick Hajje**
**2636 Summit Ridge Rd**
**Roanoke, VA 24012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$148.00**

---

**3.156 33**

**Nonpriority creditor's name and mailing address**

**Patrick Hazell**
**1330 W Central Blvd**
**Fann Emblem & Embroidery**
**Orlando, FL 32805**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$479.00**

---

**3.156 34**

**Nonpriority creditor's name and mailing address**

**Patrick Hoban**
**955 Chesterfield Ln**
**Danville, CA 94506**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$512.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.156 35**

**Nonpriority creditor's name and mailing address**

**Patrick Hooven**
**3445 Central Ave**
**Mckinleyville, CA 95519**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$62.18**

---

**3.156 36**

**Nonpriority creditor's name and mailing address**

**Patrick Hutchins**
**1802 Boardwalk Drive**
**Lawrenceburg, IN 47025**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$96.00**

---

**3.156 37**

**Nonpriority creditor's name and mailing address**

**Patrick Hynes**
**13032 Exinite Drive**
**Reno, NV 89506**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,984.00**

---

**3.156 38**

**Nonpriority creditor's name and mailing address**

**Patrick J**
**4707 Townes Rd**
**Edina, MN 55424**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$70.00**

---

**3.156 39**

**Nonpriority creditor's name and mailing address**

**Patrick Judge**
**4282 Hathaway Crt NW**
**Kennesaw, GA 30144**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$160.00**

---

**3.156 40**

**Nonpriority creditor's name and mailing address**

**Patrick K**
**898 Kingsbridge Dr**
**Oviedo, FL 32765**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.156 41**

**Nonpriority creditor's name and mailing address**

**Patrick K**
**951 West Outer Road**
**Arnold, MO 63010**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

**3.156**
**42**

**Nonpriority creditor's name and mailing address**
**Patrick Kelly**
**898 Kingsbridge Dr**
**Oviedo, FL 32765**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$1,563.00

---

**3.156**
**43**

**Nonpriority creditor's name and mailing address**
**Patrick Kenney**
**280 Rivermist Dr**
**Buffalo, NY 14202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$652.00

---

**3.156**
**44**

**Nonpriority creditor's name and mailing address**
**Patrick Kett**
**21 Croyden Dr**
**East Falmouth, MA 02536**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$470.00

---

**3.156**
**45**

**Nonpriority creditor's name and mailing address**
**Patrick Komorek**
**1616 Albermarle**
**Naperville, IL 60563**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$33.00

---

**3.156**
**46**

**Nonpriority creditor's name and mailing address**
**Patrick Kuehl**
**633 E 63rd St Ste 220**
**Kansas City, MO 64110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$464.00

---

**3.156**
**47**

**Nonpriority creditor's name and mailing address**
**Patrick Lamb**
**2822 54th Ave S #139**
**St Petersburg, FL 33712**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$1,364.00

---

**3.156**
**48**

**Nonpriority creditor's name and mailing address**
**Patrick Larkin**
**17743 Hollybrook Trl**
**Lakeville, MN 55044**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$364.00

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

**3.156 49**

**Nonpriority creditor's name and mailing address**
**Patrick Lee**
**6577 Trailwoods Drive**
**Loveland, OH 45140**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,882.00**

**3.156 50**

**Nonpriority creditor's name and mailing address**
**Patrick Lemons**
**33 Holly Ln**
**Dyersburg, TN 38024**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,404.00**

**3.156 51**

**Nonpriority creditor's name and mailing address**
**Patrick Leonard**
**2864 S NEvada St**
**Seattle, WA 98108**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$225.00**

**3.156 52**

**Nonpriority creditor's name and mailing address**
**Patrick M**
**100 Point Isabella Rd**
**Cotuit, MA 02635**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

**3.156 53**

**Nonpriority creditor's name and mailing address**
**Patrick M**
**114 Norman Hills Road**
**Milford, PA 18337**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$4.00**

**3.156 54**

**Nonpriority creditor's name and mailing address**
**Patrick M**
**119 W 119th St**
**New York, NY 10026**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

**3.156 55**

**Nonpriority creditor's name and mailing address**
**Patrick M**
**240 Bayside Rd**
**Arcata, CA 95521**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.156 56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Patrick M**
**7 Oak Hollow Lane**
**Sparta, NJ 07871**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,713.00** |
|---|---|---|---|

**Patrick Maher**
**100 Point Isabella Rd**
**Cotuit, MA 02635**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$571.00** |
|---|---|---|---|

**Patrick Mcalister**
**355 Atlantic St Apt 9s**
**Stamford, CT 06901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$192.00** |
|---|---|---|---|

**Patrick Mcgovern**
**119 W 119th St**
**New York, NY 10026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$206.00** |
|---|---|---|---|

**Patrick Mckeague**
**2460 Lawton Ave**
**San Luis Obispo, CA 93401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$329.00** |
|---|---|---|---|

**Patrick Mcnally**
**6779 Engle Rd Ste L**
**Middleburg Heights, OH 44130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$232.00** |
|---|---|---|---|

**Patrick Mercier**
**11075 Parker Dr**
**Irwin, PA 15642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.156 63 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patrick Minnock**
**1144 S NEgley Ave**
**Pittsburgh, PA 15217**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

| 3.156 64 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patrick Mitchell**
**132 Range Road**
**Unit #3**
**Windham, NH 03087**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$108.00**

---

| 3.156 65 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patrick Mitchell**
**160 Bay St Apt 3010**
**San Francisco, CA 94133**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$114.00**

---

| 3.156 66 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patrick Mitchell**
**196 Bowery Fl 4**
**New York, NY 10012**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$66.00**

---

| 3.156 67 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patrick Moynahan**
**16314 Old Orchard Rd**
**Silver Spring, MD 20905**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$517.00**

---

| 3.156 68 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patrick Mullen**
**114 Norman Hills Road**
**Milford, PA 18337**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$86.00**

---

| 3.156 69 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patrick N**
**13108 S Arapaho Dr**
**Olathe, KS 66062**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$4.00**

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
          Name

---

| 3.156 70 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patrick Newell**
**13108 S Arapaho Dr**
**Olathe, KS 66062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$38.00

---

| 3.156 71 |
|---|

**Nonpriority creditor's name and mailing address**

**Patrick Obester**
**3766 Ashmount Dr.**
**Fort Collins, CO 80525**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$1,093.00

---

| 3.156 72 |
|---|

**Nonpriority creditor's name and mailing address**

**Patrick Ocame**
**3209 Pine Woods Lane**
**Carpentersville, IL 60110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$913.00

---

| 3.156 73 |
|---|

**Nonpriority creditor's name and mailing address**

**Patrick Olp**
**2877 Overland Ave**
**Ste C**
**Billings, MT 59102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$91.00

---

| 3.156 74 |
|---|

**Nonpriority creditor's name and mailing address**

**Patrick Oneal**
**1821 Finch Trl**
**Northlake, TX 76226**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| 3.156 75 |
|---|

**Nonpriority creditor's name and mailing address**

**Patrick Ouandja**
**27714 Dalton Bluff Ct**
**Katy, TX 77494**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$28.00

---

| 3.156 76 |
|---|

**Nonpriority creditor's name and mailing address**

**Patrick P**
**1573 E Indian Wells Dr**
**Collierville, TN 38017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

$90.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*  _____

---

| 3.156 77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$401.00** |

**Patrick Patterson**
**6115 55th Ave. Cir. E**
**Bradenton, FL 34203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.156 78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,868.00** |

**Patrick Paumier**
**1573 E Indian Wells Dr**
**Collierville, TN 38017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.156 79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$788.00** |

**Patrick Pipp**
**472 Brighton Dr**
**Bloomingdale, IL 60108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.156 80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28.00** |

**Patrick Pyles**
**110 Lockleven Dr**
**Severna Park, MD 21146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.156 81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,004.00** |

**Patrick Rakes**
**68 Manassas Circle**
**Daleville, VA 24083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.156 82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,385.00** |

**Patrick Raley**
**666 Greenwich St Ph 7**
**New York, NY 10014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.156 83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |

**Patrick Reedy**
**1306-16th Street**
**Moline, IL 61265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

| 3.156 84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160.00 |

**Nonpriority creditor's name and mailing address**
**Patrick Richard**
**708 Brookview Dr**
**Greenwood, IN 46142**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$160.00

---

**3.156 85**
**Nonpriority creditor's name and mailing address**
**Patrick Rooney**
**880 New Jersey Ave Se Unit 721**
**Washington, DC 20003**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$36.00

---

**3.156 86**
**Nonpriority creditor's name and mailing address**
**Patrick S**
**4425 74th Ave. Se**
**Olympia, WA 98501**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.156 87**
**Nonpriority creditor's name and mailing address**
**Patrick S**
**52393 Connaughton Court**
**South Bend, IN 46635**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$144.00

---

**3.156 88**
**Nonpriority creditor's name and mailing address**
**Patrick Simmonds**
**131 Chandler Ave**
**Cranston, RI 02910**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

**3.156 89**
**Nonpriority creditor's name and mailing address**
**Patrick Slebonick**
**52393 Connaughton Court**
**South Bend, IN 46635**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$74.00

---

**3.156 90**
**Nonpriority creditor's name and mailing address**
**Patrick Smelik**
**3415 W 37th Ave**
**Denver, CO 80211**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$180.00

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 3.156 91 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$353.00** |
| **Patrick Spusta** 828 S Villa Ave Villa Park, IL 60181 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Customer | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.156 92 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$590.00** |
| **Patrick Sullivan** 180 N Jefferson St Unit 708 Chicago, IL 60661 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Customer | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.156 93 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,645.00** |
| **Patrick Tate** 18551 Idlewind Ct Westfield, IN 46074 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Customer | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.156 94 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$674.00** |
| **Patrick Taylor** 48 Cold Spring Rd Westford, MA 01886 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Customer | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.156 95 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$348.00** |
| **Patrick Torney** 496 Stratfield Rd Fairfield, CT 06825 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Customer | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.156 96 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$271.00** |
| **Patrick Trimble** 667 Garland Ave Winnetka, IL 60093 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Customer | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.156 97 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$317.00** |
| **Patrick Vogelei** 17 Patriot Ln Thornton, PA 19373 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Customer | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.156 98**

**Nonpriority creditor's name and mailing address**

**Patrick Vrable**
**1432 Royal Park Blvd**
**South Park, PA 15129**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.156 99**

**Nonpriority creditor's name and mailing address**

**Patrick W**
**175 Sunrise Cir**
**Santa Rosa Beach, FL 32459**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$269.00**

---

**3.157 00**

**Nonpriority creditor's name and mailing address**

**Patrick Walsh**
**116 51st St**
**Western Springs, IL 60558**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

**3.157 01**

**Nonpriority creditor's name and mailing address**

**Patrick Wejrowski**
**47 Ray St**
**Niskayuna, NY 12309**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$8,144.00**

---

**3.157 02**

**Nonpriority creditor's name and mailing address**

**Patrick Westlove**
**175 Sunrise Cir**
**Santa Rosa Beach, FL 32459**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$344.00**

---

**3.157 03**

**Nonpriority creditor's name and mailing address**

**Patrick Wong**
**539 Morgan Street**
**Manteca, CA 95336**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$26.00**

---

**3.157 04**

**Nonpriority creditor's name and mailing address**

**Patti Glotzer**
**3347 NW 53rd Cir**
**Boca Raton, FL 33496**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$513.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

---

| 3.157 05 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patti H**
**142 Hunter Drive**
**New Year's Eve**
**Cranberry Township, PA 16066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

| 3.157 06 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patti H**
**2510 Paddock Drive**
**Plant City, FL 33566**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.157 07 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patti Hall**
**142 Hunter Drive**
**New Year's Eve**
**Cranberry Township, PA 16066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$153.00**

---

| 3.157 08 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patti Mansfield**
**4201 Harlin Dr**
**Clairton, PA 15025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

| 3.157 09 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patti Snyder-Park**
**6480 West Gary Drive**
**Chandler, AZ 85226**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,638.00**

---

| 3.157 10 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patti-Ann Dresback**
**2701 N Rocky Point Dr Ste 925**
**Tampa, FL 33607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$793.00**

---

| 3.157 11 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patton E**
**2210 Apollonia Ln**
**Dallas, TX 75204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.157 12**

**Nonpriority creditor's name and mailing address**

**Patton F**
**C/O Kurt Stangler, Tpc Twin Cities**
**11444 Tournament Players Pkwy**
**Blaine, MN 55449**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.157 13**

**Nonpriority creditor's name and mailing address**

**Patty C**
**77 County Route 6**
**Whitehall, NY 12887**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.157 14**

**Nonpriority creditor's name and mailing address**

**Patty Dempsey**
**486 Sw Bluff Dr**
**Bend, OR 97702**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$761.00**

---

**3.157 15**

**Nonpriority creditor's name and mailing address**

**Patty Furst**
**2120 S Reserve St**
**Pmb 249**
**Missoula, MT 59801**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$56.00**

---

**3.157 16**

**Nonpriority creditor's name and mailing address**

**Patty Gannon**
**4519 E Avalon Dr**
**Phoenix, AZ 85018**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$127.00**

---

**3.157 17**

**Nonpriority creditor's name and mailing address**

**Patty Knapp**
**434 Glenbriar Circle**
**Tracy, CA 95377**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$31.56**

---

**3.157 18**

**Nonpriority creditor's name and mailing address**

**Patty O**
**2416 Fairmount Avenue**
**Lakeland, FL 33803**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.157 19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$224.00** |

**Patz Turner**
**2789 Lake Baldwin Ln Unit D105**
**Dunbar**
**Orlando, FL 32814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.157 20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |

**Paul A**
**1826 Mcnab Ave**
**Long Beach, CA 90815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.157 21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13.00** |

**Paul A**
**339 Lake Point Cir**
**Bluffton, SC 29910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.157 22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$162.00** |

**Paul Acierno**
**3639 Stanton St**
**Philadelphia, PA 19129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.157 23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$134.00** |

**Paul Arvantides**
**339 Lake Point Cir**
**Bluffton, SC 29910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.157 24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**Paul B**
**160 Superior Avenue**
**Decatur, GA 30030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.157 25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13.00** |

**Paul B**
**210 W Bailey Rd**
**Naperville, IL 60565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.157 26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Paul B**
3630 Peachtree Road Ne
#1908
Atlanta, GA 30326

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.00 |
|---|---|---|---|

**Paul B**
45 Graham Rd
Scarsdale, NY 10583

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39.00 |
|---|---|---|---|

**Paul B**
6 Berkshire Dr
Winchester, MA 01890

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,635.00 |
|---|---|---|---|

**Paul B**
Dept Of Mathematics
1073 North Benson Rd
Fairfield, CT 06824

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**Paul B 13436445**
2124 Williams Street
Denver, CO 80205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.00 |
|---|---|---|---|

**Paul Baker**
650 Georges Rd
Monmouth Jct, NJ 08852

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,034.00 |
|---|---|---|---|

**Paul Barry**
210 W Bailey Rd
Naperville, IL 60565

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.157<br>33 | **Nonpriority creditor's name and mailing address**<br>**Paul Bellhaven**<br>**3 Buckhorn Court**<br>**San Rafael, CA 94903** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,275.86** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157<br>34 | **Nonpriority creditor's name and mailing address**<br>**Paul Britton**<br>**2423 West 41st Avenue**<br>**Denver, CO 80211** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$505.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157<br>35 | **Nonpriority creditor's name and mailing address**<br>**Paul C**<br>**1309 Hammond Drive**<br>**Matthews, NC 28104** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157<br>36 | **Nonpriority creditor's name and mailing address**<br>**Paul C**<br>**6 Jordan Court**<br>**Long Valley, NJ 07853** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$14.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157<br>37 | **Nonpriority creditor's name and mailing address**<br>**Paul C**<br>**7856 E 22nd Pl**<br>**Denver, CO 80238** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$94.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157<br>38 | **Nonpriority creditor's name and mailing address**<br>**Paul Carlson**<br>**6816 North Park Drive**<br>**North Richland Hills, TX 76182** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157<br>39 | **Nonpriority creditor's name and mailing address**<br>**Paul Choi**<br>**1108 Michelle Court**<br>**Montebello, CA 90640** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$180.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_  _____

| 3.157 40 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Paul Cobuzzi**
**11780 Calleta Ct**
**Palm Beach Gardens, FL 33418**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$99.00**

---

| 3.157 41 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Paul Colan**
**400 Parker Dr Ste 1110**
**Austin, TX 78728**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$594.00**

---

| 3.157 42 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Paul Crafts**
**480 Ascot Manor Court**
**Fenton, MO 63026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$508.00**

---

| 3.157 43 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Paul Crandall**
**7856 E 22nd Pl**
**Denver, CO 80238**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

| 3.157 44 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Paul Crowe**
**803 Pebble Lane**
**Anderson, SC 29621**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

| 3.157 45 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Paul D**
**1504 Queen St Ne**
**Washington, DC 20002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$53.00**

---

| 3.157 46 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Paul D**
**15076 River Birch Ct**
**Punta Gorda, FL 33955**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

Debtor   **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

---

| 3.157 47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |

**Paul D**
**231 River Street**
**Dunstable, MA 01827**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$19.00** |

**Paul D**
**3223 Nw 10th Ter Ste 602**
**Fort Lauderdale, FL 33309**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$102.00** |

**Paul Dauscher**
**220 Green Valley Rd**
**Stratford, CT 06614**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,624.00** |

**Paul Dauscher**
**220 Greenvalley Rd.**
**Stratford, CT 06614**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,640.00** |

**Paul Debonis**
**3223 NW 10th Ter Ste 602**
**Fort Lauderdale, FL 33309**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,800.00** |

**Paul Deluca**
**15076 River Birch Ct**
**Punta Gorda, FL 33955**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$128.00** |

**Paul Dobrovolsky**
**14 Saginaw Cir**
**Sacramento, CA 95833**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_ _____
　　　　　Name

---

| 3.157 54 |
|---|

**Nonpriority creditor's name and mailing address**

**Paul Dow**
**10108 Carlington Valley Court**
**Manassas, VA 20111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$153.00

---

| 3.157 55 |
|---|

**Nonpriority creditor's name and mailing address**

**Paul Duffy**
**1504 Queen St NE**
**Washington, DC 20002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$603.00

---

| 3.157 56 |
|---|

**Nonpriority creditor's name and mailing address**

**Paul Duffy**
**3 Mallard Dr**
**Medway, MA 02053**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$213.00

---

| 3.157 57 |
|---|

**Nonpriority creditor's name and mailing address**

**Paul Duke**
**4250 Talaton Ct**
**Cumming, GA 30028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$789.00

---

| 3.157 58 |
|---|

**Nonpriority creditor's name and mailing address**

**Paul E**
**2127 Bramblewood Dr S**
**Clearwater, FL 33763**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$40.00

---

| 3.157 59 |
|---|

**Nonpriority creditor's name and mailing address**

**Paul Einselen**
**2127 Bramblewood Dr S**
**Clearwater, FL 33763**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$1,823.00

---

| 3.157 60 |
|---|

**Nonpriority creditor's name and mailing address**

**Paul F**
**48 Thorndale Road**
**Slingerlands, NY 12159**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

Debtor    **Phoeno Wine Company, Inc.**                                   Case number *(if known)*  _____
_____
Name

---

| 3.157 61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$217.00** |

**Paul Felber**
**2812 Woodlawn Ave**
**Palmer, PA 18045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.157 62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29.00** |

**Paul Friel**
**307 Valley Hunt Dr**
**Phoenixville, PA 19460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.157 63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80.00** |

**Paul G**
**2332 W Melrose St**
**Chicago, IL 60618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.157 64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |

**Paul G**
**508 E Baseline Rd**
**Lafayette, CO 80026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.157 65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |

**Paul G**
**8584 Mandell Drive**
**Macedonia, OH 44056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.157 66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,821.02** |

**Paul G 7464**
**285 Seneca Place**
**Westfield, NJ 07090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.157 67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$225.00** |

**Paul Garcia**
**2001 Milton Ave**
**Syracuse, NY 13209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.157 68 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Paul Geiger**
**917 W Center Ave**
**Visalia, CA 93291**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$360.00**

---

| 3.157 69 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Paul Gessner**
**285 Seneca Place**
**Westfield, NJ 07090**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$24,640.00**

---

| 3.157 70 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Paul Gestic**
**7575 N Del Mar Ave**
**#102**
**Fresno, CA 93711**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$228.00**

---

| 3.157 71 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Paul Gowan**
**5935 Preston Rd**
**Frisco, TX 75034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$199.00**

---

| 3.157 72 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Paul Granger**
**129 Petticoat Ln**
**Lebanon, NJ 08833**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$254.00**

---

| 3.157 73 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Paul Greenland**
**646 Parsons Ave**
**Columbus, OH 43206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

| 3.157 74 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Paul Gregory**
**425 Avenida Mirola**
**Palos Verdes Estates, CA 90274**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$262.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| 3.157 75 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,478.00** |

**Paul Griego**
**1641 Sulphur Springs Ave**
**Saint Helena, CA 94574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 76 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,929.00** |

**Paul Guerrieri**
**3508 Foy Glen Ct**
**Apex, NC 27539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 77 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$642.00** |

**Paul Hager**
**1520 Whootentown Rd**
**Washington, NC 27889**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 78 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$362.00** |

**Paul Hager**
**181 Lake Shore Dr S**
**Maryland, NY 12116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 79 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,569.00** |

**Paul Hoffman**
**57 Vettura Ct**
**Malta, NY 12020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 80 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$10.00** |

**Paul J**
**92 East 7th Street**
**Apartment 4a**
**New York, NY 10009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 81 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$2,427.00** |

**Paul Jackson**
**238 Via Rancho**
**San Clemente, CA 92672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number _(if known)_   _____
Name

---

| 3.157 82 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Paul Jaffe**
**92 East 7th Street**
**Apartment 4a**
**New York, NY 10009**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,577.00**

---

| 3.157 83 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Paul Jakubson**
**1380 Greenwich St Apt 305**
**San Francisco, CA 94109**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,935.00**

---

| 3.157 84 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Paul Jorjorian**
**4653 Pershing Pl**
**Saint Louis, MO 63108**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,016.00**

---

| 3.157 85 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Paul K**
**502 Planters Trace Dr**
**Charleston, SC 29412**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$47.00**

---

| 3.157 86 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Paul Kamian**
**1076 Carol Lane**
**Apt 103**
**Lafayette, CA 94549**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| 3.157 87 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Paul Ketzenbarger**
**4550 Village Center Dr**
**Ymca Of North Pinellas**
**Palm Harbor, FL 34685**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.157 88 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Paul Kim**
**24555 White St**
**Millsboro, DE 19966**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$116.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
        Name                                        Case number (if known) _____

| 3.157 89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$29.00** |

**Paul L**
**1336 Jasmine Ln**
**Lancaster, PA 17601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$123.00** |

**Paul L**
**Hunziker & Associates**
**105 S. 16th St.**
**Ames, IA 50010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$274.00** |

**Paul Lemmers**
**1336 Jasmine Ln**
**Lancaster, PA 17601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,959.00** |

**Paul Livingston**
**Hunziker & Associates**
**105 S. 16th St.**
**Ames, IA 50010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,938.00** |

**Paul Lombardi**
**111 N. Fiske Blvd.**
**Cocoa, FL 32922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,879.00** |

**Paul Lyons**
**1530 Highridge St**
**Riverside, CA 92506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$27.00** |

**Paul M**
**4 Hillcrest Dr**
**Palm Desert, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| | |
|---|---|

**3.157 96**

**Nonpriority creditor's name and mailing address**

**Paul M**
**4112 69th St Apt 4**
**Woodside, NY 11377**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$41.00

---

**3.157 97**

**Nonpriority creditor's name and mailing address**

**Paul M**
**5408 Sunflower Dr**
**Eureka, MO 63025**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$65.00

---

**3.157 98**

**Nonpriority creditor's name and mailing address**

**Paul M**
**708 Mount Pleasant Rd**
**Bryn Mawr, PA 19010**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.157 99**

**Nonpriority creditor's name and mailing address**

**Paul M**
**829 Keith Rd**
**Wake Forest, NC 27587**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

**3.158 00**

**Nonpriority creditor's name and mailing address**

**Paul M**
**960 Se 1 Terrace**
**Pompano Beach, FL 33060**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

**3.158 01**

**Nonpriority creditor's name and mailing address**

**Paul Mackaluso**
**4112 69th St Apt 4**
**Woodside, NY 11377**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$269.00

---

**3.158 02**

**Nonpriority creditor's name and mailing address**

**Paul Mahoney**
**11 Signature Crest Court**
**The Woodlands, TX 77382**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$174.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____
  Name

Case number *(if known)* _____

| 3.158 03 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$702.00** |

**Paul Mangels**
**80a Rowe Ave**
**Connecticut Engravers**
**Milford, CT 06461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 04 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$621.00** |

**Paul Marshall**
**2226 Charlestown Road**
**Malvern, PA 19355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 05 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28.00** |

**Paul Mccarthy**
**14515 Dusty Miller Ct**
**Hughesville, MD 20637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 06 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,062.00** |

**Paul Mccormick**
**21 Nimando Pl**
**Emerson, NJ 07630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 07 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$112.00** |

**Paul Metzler**
**4 Hillcrest Dr**
**Palm Desert, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 08 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$330.00** |

**Paul Middlebrook**
**1013 Del Roble Ln**
**Windsor, CA 95492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 09 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$162.00** |

**Paul Miller**
**9041 Pierce Rd**
**Garrettsville, OH 44231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____          Case number *(if known)*    _____
Name

---

**3.158 10**

**Nonpriority creditor's name and mailing address**                          As of the petition filing date, the claim is: *Check all that apply.*          **$252.00**

**Paul Misselwitz**                                                          ☐ Contingent
**277 Cotswold Ln**                                                          ☐ Unliquidated
**West Chester, PA 19380**                                                   ☐ Disputed

Date(s) debt was incurred _                                                  **Basis for the claim:  Customer**
Last 4 digits of account number _
                                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.158 11**

**Nonpriority creditor's name and mailing address**                          As of the petition filing date, the claim is: *Check all that apply.*          **$278.00**

**Paul Morand**                                                             ☐ Contingent
**102 Matheson Street**                                                      ☐ Unliquidated
**Healdsburg, CA 95448**                                                     ☐ Disputed

Date(s) debt was incurred _                                                  **Basis for the claim:  Customer**
Last 4 digits of account number _
                                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.158 12**

**Nonpriority creditor's name and mailing address**                          As of the petition filing date, the claim is: *Check all that apply.*          **$352.00**

**Paul Nguyen**                                                             ☐ Contingent
**4801 48th Ave N**                                                          ☐ Unliquidated
**St Petersburg, FL 33714**                                                  ☐ Disputed

Date(s) debt was incurred _                                                  **Basis for the claim:  Customer**
Last 4 digits of account number _
                                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.158 13**

**Nonpriority creditor's name and mailing address**                          As of the petition filing date, the claim is: *Check all that apply.*          **$118.00**

**Paul Ondrejka**                                                           ☐ Contingent
**4853 W Carla Vista Ct**                                                    ☐ Unliquidated
**Chandler, AZ 85226**                                                       ☐ Disputed

Date(s) debt was incurred _                                                  **Basis for the claim:  Customer**
Last 4 digits of account number _
                                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.158 14**

**Nonpriority creditor's name and mailing address**                          As of the petition filing date, the claim is: *Check all that apply.*          **$50.00**

**Paul P**                                                                  ☐ Contingent
**309 Wild Geese Way**                                                       ☐ Unliquidated
**Travelers Rest, SC 29690**                                                 ☐ Disputed

Date(s) debt was incurred _                                                  **Basis for the claim:  Customers - Deferred Credit**
Last 4 digits of account number _
                                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.158 15**

**Nonpriority creditor's name and mailing address**                          As of the petition filing date, the claim is: *Check all that apply.*          **$412.00**

**Paul Patin**                                                              ☐ Contingent
**1428 Cameron Ct.**                                                         ☐ Unliquidated
**Lake Charles, LA 70611**                                                   ☐ Disputed

Date(s) debt was incurred _                                                  **Basis for the claim:  Customer**
Last 4 digits of account number _
                                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.158 16**

**Nonpriority creditor's name and mailing address**                          As of the petition filing date, the claim is: *Check all that apply.*          **$2,168.00**

**Paul Pearson**                                                            ☐ Contingent
**2973 Harbor Blvd**                                                         ☐ Unliquidated
**190**                                                                      ☐ Disputed
**Costa Mesa, CA 92626**

Date(s) debt was incurred _                                                  **Basis for the claim:  Customer**
Last 4 digits of account number _
                                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

_____
Name

Case number *(if known)*   _____

---

3.158
17

**Nonpriority creditor's name and mailing address**

**Paul Pecen**
**8200 N 1150 W Lot 22**
**Shipshewana, IN 46565**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$57.00

---

3.158
18

**Nonpriority creditor's name and mailing address**

**Paul Petshow**
**209 Concord Place**
**Pennington, NJ 08534**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$5.01

---

3.158
19

**Nonpriority creditor's name and mailing address**

**Paul Popkin**
**12 Homestead Ter**
**Livingston, NJ 07039**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$372.00

---

3.158
20

**Nonpriority creditor's name and mailing address**

**Paul Rhone**
**Dept Of Mathematics**
**1073 North Benson Rd**
**Fairfield, CT 06824**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$16,352.00

---

3.158
21

**Nonpriority creditor's name and mailing address**

**Paul Robinson**
**75 Green Valley Dr**
**Churchville, PA 18966**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$632.00

---

3.158
22

**Nonpriority creditor's name and mailing address**

**Paul Roller**
**1825 Alsace Ave**
**Gate Code: #5822**
**Los Angeles, CA 90019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$721.00

---

3.158
23

**Nonpriority creditor's name and mailing address**

**Paul S**
**2575 Greenvale Lane**
**Santa Rosa, CA 95401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$2.10

---

Debtor    **Phoeno Wine Company, Inc.**

Name    Case number *(if known)* _____

---

| 3.158 24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60.00** |

**Paul S**
**5946 Ruthwood Dr**
**Calabasas, CA 91302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$180.00** |

**Paul Savage**
**415 6th Ave Unit 102**
**Tacoma, WA 98402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30.00** |

**Paul Scheelk**
**72 Teton Pines Dr**
**Henderson, NV 89074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,246.00** |

**Paul Smit**
**2521 N Foudy Ave**
**Eagle, ID 83616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,933.00** |

**Paul Soprano**
**6402 Valley Ranch Dr**
**Garfield Heights, OH 44137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$155.00** |

**Paul Spurgeon**
**2001 Grand Blvd Ste 200**
**Kansas City, MO 64108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19.57** |

**Paul Sracic**
**565 Gardenridge Ct.**
**Boardman, OH 44512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
       Name

---

**3.158 31**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$56.00** |

**Paul Steinborn**
**10 Scout Trl**
**Darien, CT 06820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.158 32**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.   **$3,541.00**

**Paul Stykitus**
**10990 Eliotti St**
**Orlando, FL 32832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.158 33**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.   **$50.00**

**Paul Thomas**
**3208 Inverness Way**
**Jamul, CA 91935**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.158 34**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.   **$28.00**

**Paul Tyska**
**150 Thackeray Ln**
**Northfield, IL 60093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.158 35**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.   **$50.00**

**Paul V**
**3135 Nw 79th Avenue Rd**
**Ocala, FL 34482**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.158 36**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.   **$600.00**

**Paul Vega**
**524 N Altura Rd**
**Arcadia, CA 91007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.158 37**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.   **$47.00**

**Paul W**
**306 Stowe Rd**
**Elkins Park, PA 19027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.158 38 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Paul Warmbier**
**2014 NE Lucy Belle**
**Mcminnville, OR 97128**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$235.00**

---

| 3.158 39 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Paul Waxler**
**306 Stowe Rd**
**Elkins Park, PA 19027**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$267.00**

---

| 3.158 40 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Paul Windsor**
**2704 Sweetbroom Ct**
**Naperville, IL 60564**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$57.00**

---

| 3.158 41 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Paul Wolf**
**52 Ravenwood Blvd**
**Barnegat, NJ 08005**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

| 3.158 42 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Paul Y**
**225 N Avenue 25 Apt 428**
**Los Angeles, CA 90031**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.158 43 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Paul Zakrzewski**
**2 Thunderbird Dr**
**Oakland, NJ 07436**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$192.00**

---

| 3.158 44 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Paul Ziert**
**3214 Bart Conner Drive**
**Norman, OK 73072**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$276.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____     Case number (if known) _____
Name

---

| 3.158 45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |

**Paula Berry**
**300 Edgington Dr**
**Plain City, OH 43064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $388.00 |

**Paula Murray**
**3167 Highgate Terrace Loop**
**Folsom, CA 95630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Paula Paoletti**
**8358 Autumnwood Way**
**Dublin, OH 43017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $307.00 |

**Paula Quickel**
**1559 Withers Dr**
**Denver, NC 28037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 |

**Paula S**
**340 Franklin Road**
**Atlanta, GA 30342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $244.00 |

**Paula Wellde**
**5337 Indigo Crossing Dr**
**Rockledge, FL 32955**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $571.00 |

**Paula Wlos**
**1275 Harvard Dr**
**Kankakee, IL 60901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.158 52 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Paula Zulli**
**9540 Garland Rd Ste 294f**
**Dallas, TX 75218**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$81.00**

| 3.158 53 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Paulette Turk**
**319 Morewood Parkway**
**Rocky River, OH 44116**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$230.00**

| 3.158 54 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Paulina Matson**
**4954 Narvaez Ave**
**San Jose, CA 95136**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$177.00**

| 3.158 55 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Paulina Skaff**
**1402 Townhouse Way**
**Morgantown, WV 26505**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$239.00**

| 3.158 56 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Pauline C 8670**
**1080 Garfield Road**
**Stephentown, NY 12062**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$166.00**

| 3.158 57 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Pauline Gyllenhammer**
**4 Dogwood Dr**
**Hillsborough, NJ 08844**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$342.00**

| 3.158 58 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Pauline P**
**18150 E 32nd Pl Ste D**
**Aurora, CO 80011**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.158 59 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pauline Patrick**
**18150 E 32nd Pl Ste D**
**Aurora, CO 80011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$108.00**

---

| 3.158 60 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Paulino Alonso**
**8140 Sw 151st St**
**Palmetto Bay, FL 33158**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

| 3.158 61 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Paulrschwetschenau Schwetschenau**
**400 Pike St Unit 805**
**Cincinnati, OH 45202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$485.00**

---

| 3.158 62 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Paulstephen Parisi**
**12196 Bluefield St**
**Spring Hill, FL 34609**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.158 63 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pauly Bell**
**291 Candletree Cir**
**Monument, CO 80132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| 3.158 64 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pav K**
**8989 E Via Linda Ste 213**
**Allstate Insurance**
**Scottsdale, AZ 85258**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.158 65 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pavel Kibrik**
**154 Norfolk St**
**Brooklyn, NY 11235**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.158 66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $144.00 |

**Payton Anderson**
**1285 J D Miller Rd**
**Santa Rosa Beach, FL 32459**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.00 |

**Pearl Glessing**
**3630 White Pine Dr**
**Washoe Valley, NV 89704**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |

**Pearl L**
**1160 Flying Hill Pl**
**Diamond Bar, CA 91765**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.00 |

**Pedro C**
**912 Nw 29 Ave**
**Miami, FL 33125**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**Pedro F**
**56 Glenwood**
**Jersey City, NJ 07306**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Pedro Sanchez**
**8101 Bissonnet St**
**Houston, TX 77074**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,056.00 |

**Peg Sorenson**
**33061 Cardinal Trail**
**Burlington, WI 53105**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.158
73**

**Nonpriority creditor's name and mailing address**

**Peg Sorenson
33061 Cardinal Trail
Burlington, WI 53105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$66.00

---

**3.158
74**

**Nonpriority creditor's name and mailing address**

**Peggy Driftmeyer
2717 104th Ave Se
Beaux Arts, WA 98004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$262.00

---

**3.158
75**

**Nonpriority creditor's name and mailing address**

**Peggy H
3652 Ocean Terrace
Normandy Beach, NJ 08739**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$17.00

---

**3.158
76**

**Nonpriority creditor's name and mailing address**

**Peggy Hiiliano
3652 Ocean Terrace
Normandy Beach, NJ 08739**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$273.00

---

**3.158
77**

**Nonpriority creditor's name and mailing address**

**Peggy Klein
10445 N Oracle Rd Ste 220
Tucson, AZ 85737**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$474.00

---

**3.158
78**

**Nonpriority creditor's name and mailing address**

**Peggy Klein
10445 N Oracle Rd Ste 220
Tucson, AZ 85737**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.76

---

**3.158
79**

**Nonpriority creditor's name and mailing address**

**Peggy S
501 N Broadway
St. Louis, MO 63102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$17.00

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.158 80**

**Nonpriority creditor's name and mailing address**

**Peggy Stanley**
**10929 E Us Highway 92**
**Seffner, FL 33584**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$265.00**

---

**3.158 81**

**Nonpriority creditor's name and mailing address**

**Peggy Trenker**
**512 Castle Hall Rd**
**Mt Pleasant, SC 29464**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$186.00**

---

**3.158 82**

**Nonpriority creditor's name and mailing address**

**Pelayo G**
**4469 Dogwood Circle**
**Fort Lauderdale, FL 33331**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.158 83**

**Nonpriority creditor's name and mailing address**

**Penelope D**
**P O Box 230**
**Danbury, NH 03230**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.158 84**

**Nonpriority creditor's name and mailing address**

**Pengling Y**
**12306 Fox Meadow Dr**
**Stafford, TX 77477**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.158 85**

**Nonpriority creditor's name and mailing address**

**Penner S**
**13 Pleasant Shadows Dr**
**Spring, TX 77389**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.158 86**

**Nonpriority creditor's name and mailing address**

**Penner Schraudenbach**
**13 Pleasant Shadows Dr**
**Spring, TX 77389**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,785.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
Name

---

| 3.158 87 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
| **Penny Parks** | ☐ Contingent | |
| **100 E Madison St Ste 302** | ☐ Unliquidated | |
| **Tampa, FL 33602** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.158 88 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7.00** |
| **Peri B** | ☐ Contingent | |
| **11511 Rochester Avenue** | ☐ Unliquidated | |
| **18** | ☐ Disputed | |
| **Los Angeles, CA 90025** | **Basis for the claim:  Customers - Deferred Credit** | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.158 89 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$165.00** |
| **Perla Urquiza** | ☐ Contingent | |
| **4341 S Artesian Ave** | ☐ Unliquidated | |
| **Chicago, IL 60632** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.158 90 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36.00** |
| **Perlyn T** | ☐ Contingent | |
| **11608 Tall Pines Drive** | ☐ Unliquidated | |
| **Germantown, MD 20876** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.158 91 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,026.00** |
| **Perry White** | ☐ Contingent | |
| **1906 Gunbarrel Rd Ste 100** | ☐ Unliquidated | |
| **Chattanooga, TN 37421** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.158 92 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9.00** |
| **Pete B** | ☐ Contingent | |
| **6218 Oxford Peak Lane** | ☐ Unliquidated | |
| **Castle Rock, CO 80108** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.158 93 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,056.00** |
| **Pete Bell** | ☐ Contingent | |
| **6218 Oxford Peak Lane** | ☐ Unliquidated | |
| **Castle Rock, CO 80108** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Phoeno Wine Company, Inc.**

_____        Case number _(if known)_    _____

Name

---

| 3.158 94 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pete Buschbacher**
**17 E Glenwood Lane**
**St. Louis, MO 63122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.158 95 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pete D**
**12 Results Way**
**Mailstop 12-Km**
**Cupertino, CA 95014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$8.00**

---

| 3.158 96 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pete Distad**
**12 Results Way**
**Mailstop 12-Km**
**Cupertino, CA 95014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.158 97 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pete G**
**1321 E Union St.**
**Apt. 301**
**Seattle, WA 98122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.158 98 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pete Galindez**
**786 Sheraton Drive**
**Virginia Beach, VA 23452**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$55.00**

---

| 3.158 99 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pete Hamilton**
**376 Harbor Ct**
**Avon Lake, OH 44012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$436.00**

---

| 3.159 00 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pete Phillips**
**2781 Mesa Verde Rd**
**Santa Ynez, CA 93460**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28,458.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| | | |
|---|---|---|
| 3.159 01 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$611.00** |

**Pete Post**
**9401 Hollyhock Ct**
**Davie, FL 33328**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 02 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$648.78** |

**Pete Quinzio**
**Levine & Seltzer Llp**
**500 Fifth Avenue, 37th Floor**
**New York, NY 10110**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 03 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$56.00** |

**Pete Sloma**
**1004 Oakmont Ave Apt 3**
**Oakmont, PA 15139**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 04 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$96.00** |

**Pete Spence**
**3765 Woodford Rd**
**Cincinnati, OH 45213**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 05 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$50.00** |

**Peter A**
**8200 Northwind Dr**
**Knoxville, TN 37919**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 06 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$187.00** |

**Peter Andrade**
**716 Glen Rd**
**Danville, CA 94526**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 07 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$98.99** |

**Peter B**
**1001 Partridge Dr, Ste 330**
**Law Office Of Ball & Yorke**
**Ventura, CA 93003**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|--------|------|-----------------|--|
| | Name | | |

---

**3.159 08**

**Nonpriority creditor's name and mailing address**

**Peter B**
**64 Crawford**
**Unit 2 - Box 1525**
**Mammoth Lakes, CA 93546**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                                   $42.08

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.159 09**

**Nonpriority creditor's name and mailing address**

**Peter Black**
**720 N Harper Avenue**
**Los Angeles, CA 90046**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                                   $140.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.159 10**

**Nonpriority creditor's name and mailing address**

**Peter C**
**17 Petty Ridge Rd**
**Hamilton, NJ 08620**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                                   $10.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.159 11**

**Nonpriority creditor's name and mailing address**

**Peter Calatozzo**
**125 East 87th Street**
**Apt. 10d**
**New York, NY 10128**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                                   $894.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.159 12**

**Nonpriority creditor's name and mailing address**

**Peter Chase**
**4763 Rue Lyon**
**San Jose, CA 95136**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                                   $396.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.159 13**

**Nonpriority creditor's name and mailing address**

**Peter Deangelo**
**1610 Professional Blvd Ste K**
**C/O United Energy Products**
**Crofton, MD 21114**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                                   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.159 14**

**Nonpriority creditor's name and mailing address**

**Peter Derstine**
**5541 N Military Trl Apt 2101**
**Boca Raton, FL 33496**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                                   $56.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

| | | |
|---|---|---|
| 3.159 15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$356.00** |

**Peter Eckart**
**1440 Waller St**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.159 16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00** |

**Peter Ellenbecker**
**508 S Nine Mound Rd**
**Verona, WI 53593**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.159 17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |

**Peter F**
**3880 New Rd**
**Ransomville, NY 14131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.159 18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,289.00** |

**Peter Farkas**
**14 White Oak Dr**
**North Caldwell, NJ 07006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.159 19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35.00** |

**Peter Forcelli**
**3 Saras Way**
**Bethel, CT 06801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.159 20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |

**Peter G**
**100 Shoup Street**
**Bangor, PA 18013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.159 21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$323.71** |

**Peter G**
**1315 Valley Vista Dr. #228**
**Diamond Bar, CA 91765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_    _____
Name

| 3.159 22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,500.00** |
|---|---|---|---|

**Peter Girz**
**6019 Winans View Court**
**Pinckney, MI 48169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$100.00** |
|---|---|---|---|

**Peter Goffredo**
**100 Shoup Street**
**Bangor, PA 18013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,469.00** |
|---|---|---|---|

**Peter Goldie**
**4148 Los Arabis Dr.**
**Lafayette, CA 94549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$419.00** |
|---|---|---|---|

**Peter Gosline**
**32b Kennedy Rd**
**Gloucester, MA 01930**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,250.00** |
|---|---|---|---|

**Peter Groezinger**
**19981 West Emory Court**
**Grosse Pointe Woods, MI 48236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$3.25** |
|---|---|---|---|

**Peter H**
**429 Grafton St**
**Manteca, CA 95337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$82.00** |
|---|---|---|---|

**Peter H**
**5143 White Oak Ave**
**Unit 104**
**Encino, CA 91316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.159<br>29 | **Nonpriority creditor's name and mailing address**<br>**Peter H**<br>**602 Saddleback Road**<br>**Carbondale, CO 81623** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$30.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.159<br>30 | **Nonpriority creditor's name and mailing address**<br>**Peter Hanashiro**<br>**1003 Bishop St Ste 2400**<br>**Honolulu, HI 96813** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$40.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.159<br>31 | **Nonpriority creditor's name and mailing address**<br>**Peter Haub**<br>**149 Governors Grant Blvd**<br>**Lexington, SC 29072** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$135.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.159<br>32 | **Nonpriority creditor's name and mailing address**<br>**Peter Henning**<br>**5143 White Oak Ave**<br>**Unit 104**<br>**Encino, CA 91316** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,148.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.159<br>33 | **Nonpriority creditor's name and mailing address**<br>**Peter Hodal**<br>**147 Bridgeport Dr**<br>**Sneads Ferry, NC 28460** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$270.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.159<br>34 | **Nonpriority creditor's name and mailing address**<br>**Peter Hodson**<br>**429 Grafton St**<br>**Manteca, CA 95337** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$349.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.159<br>35 | **Nonpriority creditor's name and mailing address**<br>**Peter Hoff**<br>**85 West Sylvania**<br>**Tfh Publications**<br>**Neptune City, NJ 07759** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,188.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **Phoeno Wine Company, Inc.**                                      Case number *(if known)*  _____
           _____
           Name

---

| 3.159<br>36 | **Nonpriority creditor's name and mailing address**<br>**Peter Holliday**<br>**50 Lockton Ln**<br>**Novato, CA 94945**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.159<br>37 | **Nonpriority creditor's name and mailing address**<br>**Peter Horan**<br>**62715 NW Imbler Ct**<br>**Bend, OR 97703**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.159<br>38 | **Nonpriority creditor's name and mailing address**<br>**Peter Horan**<br>**62715 Nw Imbler Ct**<br>**Bend, OR 97703**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$35.00** |

| 3.159<br>39 | **Nonpriority creditor's name and mailing address**<br>**Peter Huonker**<br>**81 Cascade St**<br>**Essex Junction, VT 05452**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,137.00** |

| 3.159<br>40 | **Nonpriority creditor's name and mailing address**<br>**Peter J**<br>**2814 Se Market St**<br>**Portland, OR 97214**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$30.00** |

| 3.159<br>41 | **Nonpriority creditor's name and mailing address**<br>**Peter Jacobs**<br>**601 S Wahsatch Ave Ste A**<br>**Colorado Springs, CO 80903**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$176.00** |

| 3.159<br>42 | **Nonpriority creditor's name and mailing address**<br>**Peter Jones**<br>**2814 Se Market St**<br>**Portland, OR 97214**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$531.00** |

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.159 43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

**$25.00**

**Peter K**
**44 South Ocean Ave**
**Bayport, NY 11705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.159 44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

**$581.00**

**Peter Kim**
**9755 NE Juanita Dr**
**UPS Access Point (Michaels Store #8407)**
**Kirkland, WA 98034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.159 45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

**$5,544.00**

**Peter Koukounas**
**30 Stratton Dr**
**Wayne, NJ 07470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.159 46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

**$690.00**

**Peter Krass**
**8316 Highpoint Cir Unit G**
**Darien, IL 60561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.159 47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

**$588.00**

**Peter Kraus**
**5117 Lincoln Ave**
**Los Angeles, CA 90042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.159 48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

**$68.00**

**Peter Krupowicz**
**21 Carpenter Place**
**Yorktown Heights, NY 10598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.159 49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

**$25.00**

**Peter L**
**23041 Weybridge Sq**
**Ashburn, VA 20148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Name                                                        Case number (if known)

---

| 3.159 50 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Peter L**
**34 Forge Pkwy**
**C/O Pierce Aluminum Co**
**Franklin, MA 02038**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$36.00

---

| 3.159 51 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Peter L**
**78 Kiva Place**
**Sandia Park, NM 87047**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| 3.159 52 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Peter Laird**
**3132 Northshire Ave Se**
**East Grand Rapids, MI 49506**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,600.00

---

| 3.159 53 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Peter Lane**
**16411 Andraes Dr**
**Chesterfield, MO 63005**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$88.00

---

| 3.159 54 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Peter Lane**
**78 Kiva Place**
**Sandia Park, NM 87047**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$41.00

---

| 3.159 55 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Peter Latimer**
**4711 Trevino Circle**
**Duluth, GA 30096**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$181.00

---

| 3.159 56 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Peter Lee**
**171 E 84th St Apt 20a**
**New York, NY 10028**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$56.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
Name

---

| 3.159 57 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Peter M**
**111 Briarcliff Rd**
**Mountain Lakes, NJ 07046**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.159 58 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Peter M**
**179 Flanders Rd Unit 2**
**Niantic, CT 06357**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| 3.159 59 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Peter M 13435486**
**616 S Woodland St**
**Orange, CA 92869**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$149.00**

---

| 3.159 60 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Peter Manning**
**101 Middlesex Tpke**
**C/O UPS Store**
**Burlington, MA 01803**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.159 61 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Peter Matulis**
**1575 Eastin Ave**
**Orlando, FL 32804**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$65.00**

---

| 3.159 62 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Peter Mcguire**
**3831 Windsor Ln**
**Dallas, TX 75205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$477.00**

---

| 3.159 63 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Peter Mckay**
**179 Flanders Rd Unit 2**
**Niantic, CT 06357**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

**3.159 64**

**Nonpriority creditor's name and mailing address**

**Peter Merkulov**
**616 S Woodland St**
**Orange, CA 92869**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$212.00

---

**3.159 65**

**Nonpriority creditor's name and mailing address**

**Peter Miller**
**18100 Maple Hill Ct**
**Northville, MI 48168**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$830.00

---

**3.159 66**

**Nonpriority creditor's name and mailing address**

**Peter Morrison**
**815 NEttlebrook Lane, NEttlebrook**
**Nettlebrook**
**Milton, GA 30004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$28.00

---

**3.159 67**

**Nonpriority creditor's name and mailing address**

**Peter Moser**
**111 Briarcliff Rd**
**Mountain Lakes, NJ 07046**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$232.00

---

**3.159 68**

**Nonpriority creditor's name and mailing address**

**Peter Murphy**
**5158 Veronica St**
**Los Angeles, CA 90008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$120.00

---

**3.159 69**

**Nonpriority creditor's name and mailing address**

**Peter Negohosian**
**1824 W Henderson St**
**Chicago, IL 60657**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$168.00

---

**3.159 70**

**Nonpriority creditor's name and mailing address**

**Peter O**
**18 Nottingham Way**
**Somerset, NJ 08873**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$16.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                    Case number *(if known)* _____

| 3.159 71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$140.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Peter Obrien**
**18 Nottingham Way**
**Somerset, NJ 08873**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$140.00**

---

**3.159 72**

**Nonpriority creditor's name and mailing address**
**Peter Pappas**
**2509 Canyon Creek Drive**
**Richardson, TX 75080**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$584.00**

---

**3.159 73**

**Nonpriority creditor's name and mailing address**
**Peter Pilawa**
**9523 Bastille Street**
**Unit 405**
**Fairfax, VA 22031**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,377.00**

---

**3.159 74**

**Nonpriority creditor's name and mailing address**
**Peter Polk**
**1929 Baltimore Annapolis Blvd**
**Annapolis, MD 21409**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$126.00**

---

**3.159 75**

**Nonpriority creditor's name and mailing address**
**Peter R**
**374 Depew Ave**
**Buffalo, NY 14214**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

**3.159 76**

**Nonpriority creditor's name and mailing address**
**Peter R**
**55 Castle Bluff Dr**
**Saint Charles, MO 63304**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.159 77**

**Nonpriority creditor's name and mailing address**
**Peter R**
**Box 174**
**Concord, MA 01742**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (*if known*) _____

---

| 3.159 78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Peter Rauch**
**6083 Hiller Dr**
**Cicero, NY 13039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$370.00** |

**Peter Reckseit**
**320 Nj-17 S**
**Mahwah, NJ 07430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$575.00** |

**Peter Renner**
**3200 N 39th Street**
**Unit 1**
**Phoenix, AZ 85018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19.00** |

**Peter Roelant**
**5500 Klump Ave**
**320**
**North Hollywood, CA 91601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$252.00** |

**Peter Rogers**
**22795 Sw Ulsky Rd**
**West Linn, OR 97068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60.00** |

**Peter S**
**1130 Bayou Blue Rd**
**Houma, LA 70364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |

**Peter S**
**1845 N Valley Rd**
**Malvern, PA 19355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
　　　　　Name

Case number (if known)　_____

---

| 3.159 85 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Peter S**
**2315 Catharine  St**
**Philadelphia, PA 19146**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.159 86 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Peter S**
**2666 Madison Ave**
**Bethlehem, PA 18017**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

| 3.159 87 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Peter S**
**4925 Coolidge Avenue**
**Culver City, CA 90230**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.159 88 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Peter S**
**518 Nevada Ave**
**San Mateo, CA 94402**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$667.70**

---

| 3.159 89 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Peter S**
**580 Howeird Street**
**San Francsico, CA 94105**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$123.45**

---

| 3.159 90 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Peter S**
**920 Nottingham Rd**
**Keller, TX 76248**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$11.00**

---

| 3.159 91 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Peter Sacco**
**980 Briarwoods Rd**
**Franklin Lakes, NJ 07417**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
| | Name | | |

---

**3.159 92**

**Nonpriority creditor's name and mailing address**

**Peter Scarpulla**
**8 Foulks Ter**
**Lincroft, NJ 07738**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$112.00

---

**3.159 93**

**Nonpriority creditor's name and mailing address**

**Peter Schultz**
**27826 Mariposa Ln**
**Castaic, CA 91384**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,063.00

---

**3.159 94**

**Nonpriority creditor's name and mailing address**

**Peter Slover**
**920 Nottingham Rd**
**Keller, TX 76248**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$771.00

---

**3.159 95**

**Nonpriority creditor's name and mailing address**

**Peter Spande**
**413 E Palmetto Park Rd Apt 743**
**Boca Raton, FL 33432**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$731.76

---

**3.159 96**

**Nonpriority creditor's name and mailing address**

**Peter Suess**
**12350 Acosta Oaks Dr**
**Jacksonville, FL 32258**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$517.00

---

**3.159 97**

**Nonpriority creditor's name and mailing address**

**Peter T**
**4724 Poe Ave**
**Woodland Hills, CA 91364**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$7.00

---

**3.159 98**

**Nonpriority creditor's name and mailing address**

**Peter Vallar**
**7416 Liffey Ln**
**Liverpool, NY 13088**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$480.00

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 3.159 99 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$561.00** |
| **Peter Vanburen** | ☐ Contingent | |
| **1938 New Hampshire Ave NW** | ☐ Unliquidated | |
| **Washington, DC 20009** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.160 00 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$120.00** |
| **Peter Vanitallie** | ☐ Contingent | |
| **375 S Pearl St** | ☐ Unliquidated | |
| **Denver, CO 80209** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.160 01 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00** |
| **Peter W** | ☐ Contingent | |
| **1439 157th Street** | ☐ Unliquidated | |
| **Beechhurst, NY 11357** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.160 02 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
| **Peter W** | ☐ Contingent | |
| **250 Ashland Pl** | ☐ Unliquidated | |
| **34b** | ☐ Disputed | |
| **Brooklyn, NY 11217** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.160 03 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
| **Peter W** | ☐ Contingent | |
| **63 Potomac Crossing Street** | ☐ Unliquidated | |
| **Charles Town, WV 25414** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.160 04 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$352.00** |
| **Peterjavander Veer** | ☐ Contingent | |
| **637 N Wells** | ☐ Unliquidated | |
| **App #2606** | ☐ Disputed | |
| **Chicago, IL 60654** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.160 05 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9.00** |
| **Peterl. C** | ☐ Contingent | |
| **305 N Magnolia St** | ☐ Unliquidated | |
| **Vidalia, LA 71373** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

Debtor   **Phoeno Wine Company, Inc.**

_____
Name

Case number *(if known)*   _____

---

| 3.160 06 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Peter I. Corrigan**
**305 N Magnolia St**
**Vidalia, LA 71373**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,528.00**

---

| 3.160 07 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Petermcguire Mcguire**
**3617 Southwestern Blvd**
**Dallas, TX 75225**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,248.00**

---

| 3.160 08 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Petya E**
**3553 Diamondhead Drive**
**Plano, TX 75075**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

| 3.160 09 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Petya Goranova**
**4512 N River Road**
**Apt.1e**
**Schiller Park, IL 60176**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$23.00**

---

| 3.160 10 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Peymon K**
**16004 Legacy Rd**
**Unit 302**
**Tustin, CA 92782**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.160 11 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Peyton B**
**1107 Marbrook Ct**
**Houston, TX 77077**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$32.00**

---

| 3.160 12 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Peyton Breedlove**
**1107 Marbrook Ct**
**Houston, TX 77077**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$27.00**

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**

Name    Case number (if known)

| 3.160 13 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,554.00** |

**Phichai Vichaikul**
**2119 Pinebrook Meadow Ct**
**Howell, MI 48843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 14 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$157.00** |

**Phil Bollman**
**977 N Enterprise**
**Orange, CA 92867**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 15 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20.00** |

**Phil C**
**3408 Spring Meadow Ln**
**Flower Mound, TX 75028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 16 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$945.00** |

**Phil Duffy**
**125 Allusion**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 17 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,059.00** |

**Phil Gengler**
**52 Pittsford Way**
**New Providence, NJ 07974**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 18 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$140.00** |

**Phil Gold**
**1664 Chatfield Place**
**Orlando, FL 32814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 19 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$151.00** |

**Phil Goldcamp**
**2417 Curtis Way**
**Sacramento, CA 95818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **Phoeno Wine Company, Inc.** |
| | Name |

Case number *(if known)* _____

---

**3.160 20**

**Nonpriority creditor's name and mailing address**

**Phil Hayes**
**7438 N Barbie St**
**Coeur D Alene, ID 83815**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ☑ No ☐ Yes

**$8.01**

---

**3.160 21**

**Nonpriority creditor's name and mailing address**

**Phil Herr**
**18502 Meadowland Terr**
**Olney, MD 20832**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

**3.160 22**

**Nonpriority creditor's name and mailing address**

**Phil Kazmier**
**4700 Homestead St**
**Littleton, CO 80123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ☑ No ☐ Yes

**$2,101.00**

---

**3.160 23**

**Nonpriority creditor's name and mailing address**

**Phil L**
**Laura Mccarthy Real Estate**
**29 The Boulevard**
**St. Louis, MO 63117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ☑ No ☐ Yes

**$705.00**

---

**3.160 24**

**Nonpriority creditor's name and mailing address**

**Phil Luecke**
**Laura Mccarthy Real Estate**
**29 The Boulevard**
**St. Louis, MO 63117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ☑ No ☐ Yes

**$118.00**

---

**3.160 25**

**Nonpriority creditor's name and mailing address**

**Phil M**
**37 Fieldhouse**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ☑ No ☐ Yes

**$176.32**

---

**3.160 26**

**Nonpriority creditor's name and mailing address**

**Phil Malamatenios**
**37 Fieldhouse**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ☑ No ☐ Yes

**$2,760.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | |
|---|---|
| 3.160<br>27 | **Nonpriority creditor's name and mailing address**<br>**Phil P**<br>**3318 Little Hope Rd**<br>**Charlotte, NC 28209** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

| | |
|---|---|
| 3.160<br>28 | **Nonpriority creditor's name and mailing address**<br>**Phil Q**<br>**386 Stonewood Dr Nw**<br>**Cleveland, TN 37311** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$11.00

---

| | |
|---|---|
| 3.160<br>29 | **Nonpriority creditor's name and mailing address**<br>**Phil Quinnett**<br>**386 Stonewood Dr NW**<br>**Cleveland, TN 37311** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$712.00

---

| | |
|---|---|
| 3.160<br>30 | **Nonpriority creditor's name and mailing address**<br>**Phil Russell**<br>**12736 Ox Meadow Drive**<br>**Oak Hill, VA 20171** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,665.00

---

| | |
|---|---|
| 3.160<br>31 | **Nonpriority creditor's name and mailing address**<br>**Phil Russell**<br>**12736 Ox Meadow Drive**<br>**Oak Hill, VA 20171** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$3,498.00

---

| | |
|---|---|
| 3.160<br>32 | **Nonpriority creditor's name and mailing address**<br>**Phil Wieck**<br>**619 N Diers Ave**<br>**Grand Island, NE 68803** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$55.00

---

| | |
|---|---|
| 3.160<br>33 | **Nonpriority creditor's name and mailing address**<br>**Philena Kaplan**<br>**87 Suffolk Rd**<br>**Wellesley, MA 02481** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$88.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
          Name

| 3.160 34 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Philicia Levinson**
**70 Hilltop Rd**
**Sharon, CT 06069**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$207.00

---

| 3.160 35 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Philip B**
**1576 Bloom St Apt 205**
**Mount Pleasant, SC 29466**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$31.00

---

| 3.160 36 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Philip B**
**159 Tulip Avenue**
**2b**
**Floral Park, NY 11001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| 3.160 37 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Philip Barone**
**28485 E. River Rd**
**Perrysburg, OH 43551**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,495.00

---

| 3.160 38 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Philip Basso**
**1576 Bloom St Apt 205**
**Mount Pleasant, SC 29466**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$25,993.00

---

| 3.160 39 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Philip Brach**
**405 N. Main St.**
**Belmont, NC 28012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,667.00

---

| 3.160 40 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Philip C**
**1105 Hadley Park Ln**
**Matthews, NC 28104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$2.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
Name

---

| 3.160 |
|-------|
| 41 |

**Nonpriority creditor's name and mailing address**

**Philip C**
**8094 Langham Way**
**Sacramento, CA 95829**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$9.00**

---

| 3.160 |
|-------|
| 42 |

**Nonpriority creditor's name and mailing address**

**Philip Calland**
**1105 Hadley Park Ln**
**Matthews, NC 28104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

| 3.160 |
|-------|
| 43 |

**Nonpriority creditor's name and mailing address**

**Philip Chamberlain**
**110 Livingston Ct**
**Waco, TX 76712**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,773.00**

---

| 3.160 |
|-------|
| 44 |

**Nonpriority creditor's name and mailing address**

**Philip Chonacky**
**258 Wentworth Ave**
**Lowell, MA 01852**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$348.00**

---

| 3.160 |
|-------|
| 45 |

**Nonpriority creditor's name and mailing address**

**Philip Corrado**
**8094 Langham Way**
**Sacramento, CA 95829**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,462.00**

---

| 3.160 |
|-------|
| 46 |

**Nonpriority creditor's name and mailing address**

**Philip Dimascio**
**1612 Windstone Dr**
**Ringgold, GA 30736**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$803.00**

---

| 3.160 |
|-------|
| 47 |

**Nonpriority creditor's name and mailing address**

**Philip Doherty**
**36 Woodlot Rd**
**Amherst, MA 01002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)* _____

---

| 3.160 48 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Philip Fees**
**1175 Bangtail Way # 4120**
**Steamboat Springs, CO 80487**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$196.00**

---

| 3.160 49 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Philip Ferber**
**16210 Marquis Ave**
**Cleveland, OH 44111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

| 3.160 50 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Philip Harris**
**50 Spinning Leaf Trl**
**Silverthorne, CO 80498**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$871.00**

---

| 3.160 51 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Philip Hinerman**
**430 Heatherwood Lane**
**Devon, PA 19333**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$96.00**

---

| 3.160 52 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Philip Hinerman**
**430 Heatherwood Ln**
**Devon, PA 19333**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$76.00**

---

| 3.160 53 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Philip Hogan**
**23588 Christina Ridge Sq**
**Ashburn, VA 20148**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$58.00**

---

| 3.160 54 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Philip Kranz**
**19w127 Avenue Latour**
**Oak Brook, IL 60523**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$909.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.160 55**

**Nonpriority creditor's name and mailing address**

**Philip Kroesen**
**2451 San Pietro Cir**
**Palm Beach Gardens, FL 33410**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$358.00**

---

**3.160 56**

**Nonpriority creditor's name and mailing address**

**Philip M**
**2900 Nw Crossing Dr Apt 108**
**Bend, OR 97703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$28.75**

---

**3.160 57**

**Nonpriority creditor's name and mailing address**

**Philip M**
**7037 Oak Brook Ter**
**Brentwood, TN 37027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$20.00**

---

**3.160 58**

**Nonpriority creditor's name and mailing address**

**Philip Machonis**
**2900 NW Crossing Dr Apt 108**
**Bend, OR 97703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,231.00**

---

**3.160 59**

**Nonpriority creditor's name and mailing address**

**Philip Maxwell**
**2808 Groveton Street**
**Alexandria, VA 22306**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.160 60**

**Nonpriority creditor's name and mailing address**

**Philip Molfino**
**6788 S Riverwood Way**
**Aurora, CO 80016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$77.00**

---

**3.160 61**

**Nonpriority creditor's name and mailing address**

**Philip Popkin**
**2245 Upper Cattle Creek Rd**
**Carbondale, CO 81623**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$686.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.160 62 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Philip R**
**9518 Lynwood St.**
**Clermont, FL 34711**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.160 63 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Philip Rich**
**1051 Randolph Ave**
**1051 Randolph Ave**
**Milton, MA 02186**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$86.00**

---

| 3.160 64 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Philip S**
**14060 Panay Way Apt 423**
**Marina Del Rey, CA 90292**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.160 65 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Philip Sapp**
**100 Magnolia Ln**
**New Providence, PA 17560**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$70.00**

---

| 3.160 66 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Philip Slatin**
**5320 El Camile Ave**
**Oakland, CA 94619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$196.00**

---

| 3.160 67 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Philip T**
**3911 Kilbourne Rd**
**Columbia, SC 29205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$330.00**

---

| 3.160 68 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Philip T**
**6028 37th Pl Ne**
**Marysville, WA 98270**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.160.69**

**Nonpriority creditor's name and mailing address**

**Philip Toussaint**
**3911 Kilbourne Rd**
**Columbia, SC 29205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,144.00**

---

**3.160.70**

**Nonpriority creditor's name and mailing address**

**Philip Westphal**
**3575 Terra Alta Dr**
**El Dorado Hills, CA 95762**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,403.00**

---

**3.160.71**

**Nonpriority creditor's name and mailing address**

**Philip Wheatley**
**48 Castlewood Dr**
**San Rafael, CA 94901**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$64.00**

---

**3.160.72**

**Nonpriority creditor's name and mailing address**

**Philip Wong**
**1726 31st Ave**
**San Francisco, CA 94122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$252.00**

---

**3.160.73**

**Nonpriority creditor's name and mailing address**

**Philippe Corbet**
**1886 Noyac Path**
**The Cottage**
**Sag Harbor, NY 11963**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$132.00**

---

**3.160.74**

**Nonpriority creditor's name and mailing address**

**Philippe Furstenberg**
**1806 Belmont Rd NW Apt 2**
**Washington, DC 20009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

**3.160.75**

**Nonpriority creditor's name and mailing address**

**Philippe Weigerstorfer**
**7 Brandenberry Road**
**Savannah, GA 31411**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$392.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
Name

---

| 3.160 76 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Phill R**
**1296 Orange Branch Trail**
**St Johns, FL 32259**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

| 3.160 77 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Phillip B**
**2116 Lancer Ln**
**Lewisville, TX 75056**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.160 78 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Phillip Bitzer**
**201 Saint Charles Ave Ste 3700**
**New Orleans, LA 70170**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$381.00**

---

| 3.160 79 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Phillip Brooks**
**7967 Fayetteville Rd**
**Fairburn, GA 30213**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$179.00**

---

| 3.160 80 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Phillip Delk**
**8439 NEmours Pkwy**
**Orlando, FL 32827**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.160 81 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Phillip Kennerk**
**18850c Stonehedge Dr**
**Brookfield, WI 53045**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,022.00**

---

| 3.160 82 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Phillip L**
**4720 Valley Peak Cv**
**Roanoke, TX 76262**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
Name

---

| 3.160 | | |
|---|---|---|
| 83 | | |

**Nonpriority creditor's name and mailing address**

**Phillip Linden**
**4720 Valley Peak Cv**
**Roanoke, TX 76262**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,221.00**

---

| 3.160 | | |
|---|---|---|
| 84 | | |

**Nonpriority creditor's name and mailing address**

**Phillip P**
**15701 Northwest Fwy**
**Jersey Village, TX 77040**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.160 | | |
|---|---|---|
| 85 | | |

**Nonpriority creditor's name and mailing address**

**Phillip Portugal**
**15701 Northwest Fwy**
**Jersey Village, TX 77040**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.160 | | |
|---|---|---|
| 86 | | |

**Nonpriority creditor's name and mailing address**

**Phillip Schneider**
**1590 Todd Farm Dr**
**Elgin, IL 60123**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$38,232.00**

---

| 3.160 | | |
|---|---|---|
| 87 | | |

**Nonpriority creditor's name and mailing address**

**Phillip Smith**
**465 West Coleman Blvd Suit 301**
**Mount Pleasant, SC 29464**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$162.00**

---

| 3.160 | | |
|---|---|---|
| 88 | | |

**Nonpriority creditor's name and mailing address**

**Phillip Sol**
**21201 47th Ave**
**Bayside, NY 11361**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$294.00**

---

| 3.160 | | |
|---|---|---|
| 89 | | |

**Nonpriority creditor's name and mailing address**

**Phillip Truong**
**5772 Garden Grove Blvd Spc 219**
**Westminster, CA 92683**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
        Name

| 3.160 90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Phillis F**
**15 Maidenhair Way**
**Stafford, VA 22556**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$673.00** |
|---|---|---|---|

**Phillis Fleming**
**15 Maidenhair Way**
**Stafford, VA 22556**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Phong L**
**245 Victoria Ave**
**Charlotte, NC 28202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$165.00** |
|---|---|---|---|

**Phuong Nguyen**
**1572 Pacific St # 4r**
**Brooklyn, NY 11213**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Phyllis E**
**3063 South Williams Street**
**Denver, CO 80210**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$277.00** |
|---|---|---|---|

**Phyllis Ekstrom**
**3063 South Williams Street**
**Denver, CO 80210**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Phyllis Pieri**
**14751 N Kelsey St**
**Monroe, WA 98272**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.160 97 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Phyllis W**
**7412 Van Ness Rd**
**Baldwinsville, NY 13027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

| 3.160 98 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pierce Adams**
**1805 Octavia St**
**New Orleans, LA 70115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

| 3.160 99 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Piero Cornejo**
**8500 Leesburg Pike Ste 202**
**Vienna, VA 22182**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$33.00

---

| 3.161 00 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pierre-Luc Leblond**
**11 Audrey Ln**
**Wynantskill, NY 12198**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$203.00

---

| 3.161 01 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pierre-Luc Leblond**
**11 Audrey Ln**
**Wynantskill, NY 12198**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$989.00

---

| 3.161 02 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pierre-Michel A**
**167 Dale Ave**
**San Carlos, CA 94070**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$66.00

---

| 3.161 03 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pierre-Michel Ansel**
**167 Dale Ave**
**San Carlos, CA 94070**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$129.00

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| 3.161 04 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pieter Vanzyl**
**93 Laurel Cir**
**Newtown, PA 18940**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$197.00**

---

| 3.161 05 |
|---|

**Nonpriority creditor's name and mailing address**

**Pietro Giamporcaro**
**5507 Monte Fino Ct**
**Greenacres, FL 33463**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,520.00**

---

| 3.161 06 |
|---|

**Nonpriority creditor's name and mailing address**

**Pinelopi Koliodimou**
**3810 Law St Apt 222**
**Houston, TX 77005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$154.00**

---

| 3.161 07 |
|---|

**Nonpriority creditor's name and mailing address**

**Piper Austin**
**24 5th Ave Apt 732**
**New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$124.00**

---

| 3.161 08 |
|---|

**Nonpriority creditor's name and mailing address**

**Piper L**
**212 34th Street Ne**
**Washington, DC 20019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.161 09 |
|---|

**Nonpriority creditor's name and mailing address**

**Piret H**
**5315 D St**
**Sacramento, CA 95819**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$9.00**

---

| 3.161 10 |
|---|

**Nonpriority creditor's name and mailing address**

**Piret Harmon**
**5315 D St**
**Sacramento, CA 95819**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$351.00**

---

Debtor    **Phoeno Wine Company, Inc.**

_____    Case number (if known) _____

Name

---

| 3.161 |
|-------|
| 11    |

**Nonpriority creditor's name and mailing address**                            As of the petition filing date, the claim is: Check all that apply.                            **$1,666.00**

**Pittsley Donald**                            ☐ Contingent
**2114 Stone View Dr**                            ☐ Unliquidated
**Dandridge, TN 37725**                            ☐ Disputed

Date(s) debt was incurred _                            **Basis for the claim:  Customer**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 |
|-------|
| 12    |

**Nonpriority creditor's name and mailing address**                            As of the petition filing date, the claim is: Check all that apply.                            **$253.00**

**Piya Ghosh**                            ☐ Contingent
**5222 Alcott Street**                            ☐ Unliquidated
**Dallas, TX 75206**                            ☐ Disputed

Date(s) debt was incurred _                            **Basis for the claim:  Customer**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 |
|-------|
| 13    |

**Nonpriority creditor's name and mailing address**                            As of the petition filing date, the claim is: Check all that apply.                            **$19.00**

**Pj G**                            ☐ Contingent
**1401 Heron Run**                            ☐ Unliquidated
**Wilmington, NC 28403**                            ☐ Disputed

Date(s) debt was incurred _                            **Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 |
|-------|
| 14    |

**Nonpriority creditor's name and mailing address**                            As of the petition filing date, the claim is: Check all that apply.                            **$69.00**

**Pj H**                            ☐ Contingent
**81 Cascade St**                            ☐ Unliquidated
**Essex Junction, VT 05452**                            ☐ Disputed

Date(s) debt was incurred _                            **Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 |
|-------|
| 15    |

**Nonpriority creditor's name and mailing address**                            As of the petition filing date, the claim is: Check all that apply.                            **$50.00**

**Pj O**                            ☐ Contingent
**40 Alicante Cir**                            ☐ Unliquidated
**Rancho Mirage, CA 92270**                            ☐ Disputed

Date(s) debt was incurred _                            **Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 |
|-------|
| 16    |

**Nonpriority creditor's name and mailing address**                            As of the petition filing date, the claim is: Check all that apply.                            **$33.00**

**Pjetur Sigurdson**                            ☐ Contingent
**62 Hillcrest Dr**                            ☐ Unliquidated
**Rancho Mirage, CA 92270**                            ☐ Disputed

Date(s) debt was incurred _                            **Basis for the claim:  Customer**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 |
|-------|
| 17    |

**Nonpriority creditor's name and mailing address**                            As of the petition filing date, the claim is: Check all that apply.                            **$12,834.90**

**Place2b**                            ☐ Contingent
**155 S Clinton Ave**                            ☐ Unliquidated
**Lindenhurst, NY 11757**                            ☐ Disputed

Date(s) debt was incurred _                            **Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

_____
Name

Case number *(if known)* _____

---

| 3.161 18 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$395.00** |
| **Plamen M** | ☐ Contingent | |
| **233 E 13th St Apt 1509** | ☐ Unliquidated | |
| **Chicago, IL 60605** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.161 19 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$152.12** |
| **Polina S** | ☐ Contingent | |
| **520 Elm St Apt 38** | ☐ Unliquidated | |
| **San Carlos, CA 94070** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.161 20 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Polina Steier** | ☐ Contingent | |
| **520 Elm St Apt 38** | ☐ Unliquidated | |
| **San Carlos, CA 94070** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.161 21 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$285.00** |
| **Poppi K 7679** | ☐ Contingent | |
| **301 10th Ave 3c** | ☐ Unliquidated | |
| **New York, NY 10001** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.161 22 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$476.00** |
| **Portia Neff** | ☐ Contingent | |
| **219 Munsel Creek Lp** | ☐ Unliquidated | |
| **Florence, OR 97439** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.161 23 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33.00** |
| **Posan Y** | ☐ Contingent | |
| **7741 Chaces Island Court** | ☐ Unliquidated | |
| **Las Vegas, NV 89113** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.161 24 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
| **Poshhippy** | ☐ Contingent | |
| **2360 River Rd** | ☐ Unliquidated | |
| **Missoula, MT 59801** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

---

| 3.161 25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19.00** |

**Prachi K**
**1 Camp Blue Road**
**Pinecrest, CA 95364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$777.00** |

**Prachi Karnik**
**1 Camp Blue Road**
**Pinecrest, CA 95364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,480.00** |

**Prageeta Sharma**
**140 W 6th St**
**Crookshank Hall**
**Claremont, CA 91711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |

**Prakash S**
**6 Bradford Road**
**Manhasset, NY 11030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$156.00** |

**Pranav Shahi**
**6580 Bennington Way**
**San Ramon, Ca 94582**
**San Ramon, CA 94582**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$858.00** |

**Prasad Hedge**
**24 Martin Rd**
**Weston, CT 06883**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |

**Prasanna S**
**18430 Ne 133rd Street**
**Woodinville, WA 98072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**

Name    Case number *(if known)*

---

**3.161**
**32**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$15.00** |

**Prashant K**
**711 Sleeping Meadow Ct**
**San Ramon, CA 94582**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161**
**33**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$15.00**

**Prem I**
**401 Commons Park S Unit 584**
**Stamford, CT 06902**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161**
**34**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$1,665.00**

**Prem Rabindra**
**2051 Grand View Blvd**
**Onalaska, WI 54650**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161**
**35**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$300.00**

**Prerak Mehta**
**343 Gold St Apt 3808**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161**
**36**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$716.00**

**Prescott Grey**
**803 Bursum Pl**
**Socorro, NM 87801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161**
**37**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$887.00**

**Preston Doheny**
**15608 N 71st St Apt 248**
**Scottsdale, AZ 85254**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161**
**38**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$395.00**

**Preston Hood**
**2335 Costa Verde Blvd Apt 101**
**Jacksonville Beach, FL 32250**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
Name

| | |
|---|---|

3.161
39

**Nonpriority creditor's name and mailing address**                    **$423.00**

**Preston Morgan**
**15022 Mcconn St**
**Webster, TX 77598**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

3.161
40

**Nonpriority creditor's name and mailing address**                    **$40.00**

**Pretika R**
**250 E 53rd St Apt 701**
**New York, NY 10022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

3.161
41

**Nonpriority creditor's name and mailing address**                    **$414.00**

**Price Ward**
**13742 Pine Villa Ln**
**Fort Myers, FL 33912**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

3.161
42

**Nonpriority creditor's name and mailing address**                    **$0.00**

**Priscilla Jimenez**
**3149 West Euclid Avenje**
**Tampa, FL 33629**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

3.161
43

**Nonpriority creditor's name and mailing address**                    **$28.00**

**Priscilla Miranda**
**4623 Sharman St**
**Gate Code: 4699enter**
**Houston, TX 77009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

3.161
44

**Nonpriority creditor's name and mailing address**                    **$550.00**

**Priscilla Shoop**
**351 Grand Blvd.**
**Vancouver, WA 98661**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

3.161
45

**Nonpriority creditor's name and mailing address**                    **$144.00**

**Priscilla Young**
**576 Charles Ct**
**Lexington, SC 29072**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| 3.161 46 | **Nonpriority creditor's name and mailing address** | | **$25.00** |
|---|---|---|---|

**Priya G**
**1221 Harrison St**
**Apt 11**
**San Francisco, CA 94103**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 47 | **Nonpriority creditor's name and mailing address** | | **$220.00** |
|---|---|---|---|

**Pui Lock**
**2069 66th St**
**Brooklyn, NY 11204**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 48 | **Nonpriority creditor's name and mailing address** | | **$7.00** |
|---|---|---|---|

**Puneet G**
**2632 Bad Rock Cir**
**Henderson, NV 89052**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 49 | **Nonpriority creditor's name and mailing address** | | **$645.00** |
|---|---|---|---|

**Puneet Mohey**
**2085 Birchwood Way**
**Bloomfield Hills, MI 48302**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 50 | **Nonpriority creditor's name and mailing address** | | **$315.00** |
|---|---|---|---|

**Pursel Jodi**
**1653 Jessy Elizabeth Rd**
**Johns Island, SC 29455**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 51 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
|---|---|---|---|

**Q Lukas**
**425 E Ocean Blvd**
**Long Beach, CA 90802**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 52 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
|---|---|---|---|

**Qaulluq Henry**
**1601 Roosevelt St Apt B**
**Fairbanks, AK 99709**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 3.161 53 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Qian Yang**
**1 Longfellow Pl Apt 2923**
**Boston, MA 02114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.161 54 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Qing Li**
**5805 Charlotte Dr**
**A-441**
**San Jose, CA 95123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.161 55 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Quentin Keefe**
**43 Riversedge Drive**
**York, ME 03909**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$148.00**

---

| 3.161 56 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Quyen Nguyen**
**11641 Azalea Avenue**
**Fountain Valley, CA 92708**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

| 3.161 57 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**R  al B**
**7689 Kestrel Way W**
**Dublin, OH 43017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$36.00**

---

| 3.161 58 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**R C**
**54 Wake Robin Ln**
**Riverhead, NY 11901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$669.00**

---

| 3.161 59 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**R C**
**54 Wake Robin Ln**
**Riverhead, NY 11901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$41.00**

---

Debtor  **Phoeno Wine Company, Inc.**
_____      Case number *(if known)* _____
Name

| 3.161 60 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**R H**
**5217 Ginger Trl**
**Raleigh, NC 27614**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$49.00**

---

| 3.161 61 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**R Hughes**
**5217 Ginger Trl**
**Raleigh, NC 27614**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,563.00**

---

| 3.161 62 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**R Johnson**
**19 Pleasant Hill Lane**
**Owings Mills, MD 21117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$68.50**

---

| 3.161 63 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**R Lynch**
**11180 Sunrise Valley Dr.**
**Suite 310**
**Reston, VA 20191**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$621.00**

---

| 3.161 64 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**R M**
**171 Chrystie St # 11d**
**New York, NY 10002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$26.00**

---

| 3.161 65 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**R M**
**171 Chrystie St # 11d**
**New York, NY 10002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$31.00**

---

| 3.161 66 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**R Owen**
**5813 Collier Bridge Ln**
**Hoschton, GA 30548**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$6,195.00**

---

Debtor   **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____

_____
Name

| 3.161 67 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**R.Bradley Runyan**
**88 Whig St**
**C/O Carole Mourad**
**Dennis, MA 02638**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$252.00

---

| 3.161 68 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rachael Johns**
**23632 Highway 99**
**Suite F #423**
**Edmonds, WA 98026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$99.00

---

| 3.161 69 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rachael Kaminski**
**96 Schermerhorn St Apt 9d**
**Brooklyn, NY 11201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$290.00

---

| 3.161 70 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rachael M**
**395 Maplewood Rd**
**Merion Station, PA 19066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$60.00

---

| 3.161 71 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rachael Mates**
**4130 42nd Ave Ne**
**Seattle, WA 98105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$220.64

---

| 3.161 72 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rachael Mauk**
**121 Sussex Rd**
**Hudson, OH 44236**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$366.00

---

| 3.161 73 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rachael Moore**
**395 Maplewood Rd**
**Merion Station, PA 19066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$650.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.161 74 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rachael S**
**6212 Marigny St**
**New Orleans, LA 70122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.161 75 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rachael Stein**
**35b Court St Unit 1**
**Provincetown, MA 02657**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$182.00**

---

| 3.161 76 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rachael Sussman**
**6339 31st St NW**
**Washington, DC 20015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.161 77 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rachel Arietti**
**307 Harcourt Ln**
**Downingtown, PA 19335**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$26.00**

---

| 3.161 78 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rachel B**
**6455 S Dudley Way**
**Littleton, CO 80123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$6.00**

---

| 3.161 79 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rachel Beaulieu**
**1008 Lucinda Ter**
**Georgetown, TX 78628**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,013.00**

---

| 3.161 80 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rachel Beauvais**
**6455 S Dudley Way**
**Littleton, CO 80123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$706.00**

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**

Case number *(if known)*

Name

---

| 3.161 81 |
|---|

**Nonpriority creditor's name and mailing address**

**Rachel C**
**12694 W 83rd Way**
**Arvada, CO 80005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$15.00**

---

| 3.161 82 |
|---|

**Nonpriority creditor's name and mailing address**

**Rachel Cole**
**8731 Van Buren Rd**
**Elwell, MI 48832**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$72.00**

---

| 3.161 83 |
|---|

**Nonpriority creditor's name and mailing address**

**Rachel Collins**
**3537 Teasley Ln**
**Denton, TX 76210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$15.00**

---

| 3.161 84 |
|---|

**Nonpriority creditor's name and mailing address**

**Rachel Croft**
**12694 W 83rd Way**
**Arvada, CO 80005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$367.00**

---

| 3.161 85 |
|---|

**Nonpriority creditor's name and mailing address**

**Rachel D**
**1348 Ne Sago Dr**
**Jensen Beach, FL 34957**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$75.00**

---

| 3.161 86 |
|---|

**Nonpriority creditor's name and mailing address**

**Rachel Dannemeyer**
**4127 Kathleen Denise Ln**
**Reno, NV 89503**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$3,707.00**

---

| 3.161 87 |
|---|

**Nonpriority creditor's name and mailing address**

**Rachel Digennaro**
**6371 Edsall Rd**
**Alexandria, VA 22312**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$548.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

---

| 3.161 88 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rachel Effertz**
**2317 Sw Feather Ridge Rd**
**Lees Summit, MO 64082**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,965.00**

---

| 3.161 89 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rachel G**
**10101 Grosvenor Pl**
**Apt. 1320**
**Rockville, MD 20852**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.161 90 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rachel Gillespie**
**310 E Mariposa Street**
**Altadena, CA 91001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$10,778.00**

---

| 3.161 91 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rachel Gorenstein**
**1111 Park Ave Apt 414**
**Baltimore, MD 21201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$67.00**

---

| 3.161 92 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rachel Graham**
**6440 Williams Road**
**Tallahassee, FL 32311**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$141.00**

---

| 3.161 93 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rachel Hemmer**
**1600 Alvarado Street**
**San Leandro, CA 94577**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,513.00**

---

| 3.161 94 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rachel J**
**9805 Rutherford Ave**
**Oak Lawn, IL 60453**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$26.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

---

3.161
95

**Nonpriority creditor's name and mailing address**

**Rachel Javorski**
**9805 Rutherford Ave**
**Oak Lawn, IL 60453**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$44.00

---

3.161
96

**Nonpriority creditor's name and mailing address**

**Rachel Martin**
**636 Grand Ave Apt 107**
**Saint Paul, MN 55105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$330.00

---

3.161
97

**Nonpriority creditor's name and mailing address**

**Rachel Mccormack**
**5553 Vantage Vista Drive**
**Colorado Springs, CO 80919**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$28.00

---

3.161
98

**Nonpriority creditor's name and mailing address**

**Rachel Medlock**
**51 Clark St Apt 1**
**New Haven, CT 06511**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$20.00

---

3.161
99

**Nonpriority creditor's name and mailing address**

**Rachel Oxsheer**
**3430 Van NEss Dr**
**Alvin, TX 77511**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$93.00

---

3.162
00

**Nonpriority creditor's name and mailing address**

**Rachel P**
**31516 Harper Ave**
**Saint Clair Shores, MI 48082**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

$34.00

---

3.162
01

**Nonpriority creditor's name and mailing address**

**Rachel Paterson**
**4780 Innovation Dr**
**Deforest, WI 53532**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$628.00

---

Debtor   **Phoeno Wine Company, Inc.**

_____        Case number (if known) _____
Name

| 3.162 02 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $399.00 |

**Nonpriority creditor's name and mailing address**
**Rachel Petzinger**
**9238 Olcott Ave**
**Saint John, IN 46373**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$399.00

---

3.162 03
**Nonpriority creditor's name and mailing address**
**Rachel Potterat**
**855 N Detroit St**
**Los Angeles, CA 90046**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$240.00

---

3.162 04
**Nonpriority creditor's name and mailing address**
**Rachel Prescott**
**9771 Hunters Brook Ln**
**Denham Springs, LA 70706**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

3.162 05
**Nonpriority creditor's name and mailing address**
**Rachel Quigley**
**Ingleside Inn**
**200 W Roman Road**
**Palm Springs, CA 92264**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$285.00

---

3.162 06
**Nonpriority creditor's name and mailing address**
**Rachel Russell**
**10848 Ickworth Ct.**
**Las Vegas, NV 89135**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$529.00

---

3.162 07
**Nonpriority creditor's name and mailing address**
**Rachel S**
**4822 Spring Circle**
**Council Bluffs, IA 51503**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$13.00

---

3.162 08
**Nonpriority creditor's name and mailing address**
**Rachel Seifert**
**286 Belaire Dr**
**Copperhill, TN 37317**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$10,858.00

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.162<br>09 | |

**Nonpriority creditor's name and mailing address**
**Rachel Simeone**
**2570 Glenneyre St**
**Laguna Beach, CA 92651**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$443.00**

---

| |
|---|
| 3.162<br>10 |

**Nonpriority creditor's name and mailing address**
**Rachel Tieken**
**102 S Avenue D**
**Shiner, TX 77984**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$791.00**

---

| |
|---|
| 3.162<br>11 |

**Nonpriority creditor's name and mailing address**
**Rachel W**
**160 Heather Glen Ln**
**Mystic, CT 06355**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$5.00**

---

| |
|---|
| 3.162<br>12 |

**Nonpriority creditor's name and mailing address**
**Rachel W**
**540 Monarch Dr**
**Crystal Lake, IL 60014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$15.00**

---

| |
|---|
| 3.162<br>13 |

**Nonpriority creditor's name and mailing address**
**Rachel Werner**
**540 Monarch Dr**
**Crystal Lake, IL 60014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$308.00**

---

| |
|---|
| 3.162<br>14 |

**Nonpriority creditor's name and mailing address**
**Rachelle Considine**
**127 Westgate Drive**
**San Francisco, CA 94127**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$344.00**

---

| |
|---|
| 3.162<br>15 |

**Nonpriority creditor's name and mailing address**
**Rachelle Langhorne**
**5381 Ekwill Street**
**Santa Barbara, CA 93111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$646.00**

---

Debtor   **Phoeno Wine Company, Inc.**                         Case number *(if known)* _____
         Name

---

| 3.162 |
|-------|
| 16    |

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$15.00**

**Rachelle S**
**803 West 180th Street**                                           ☐ Contingent
**Apartment 45**                                                    ☐ Unliquidated
**New York, NY 10033**                                              ☐ Disputed

Date(s) debt was incurred _
                                                                    Basis for the claim:  **Customers - Deferred Credit**
Last 4 digits of account number _

                                                                    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 |
|-------|
| 17    |

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$10.00**

**Radermacher L**
**2120 Solvang Mill Dr**                                            ☐ Contingent
**Las Vegas, NV 89135**                                             ☐ Unliquidated
                                                                    ☐ Disputed
Date(s) debt was incurred _
                                                                    Basis for the claim:  **Customers - Deferred Credit**
Last 4 digits of account number _

                                                                    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 |
|-------|
| 18    |

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$201.00**

**Radhakrishna Vuppala**
**1952 Via Di Salerno**                                             ☐ Contingent
**Pleasanton, CA 94566**                                            ☐ Unliquidated
                                                                    ☐ Disputed
Date(s) debt was incurred _
                                                                    Basis for the claim:  **Customer**
Last 4 digits of account number _

                                                                    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 |
|-------|
| 19    |

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$175.00**

**Rae Roth**
**652 Brighton Heights Ct**                                         ☐ Contingent
**Des Peres, MO 63131**                                             ☐ Unliquidated
                                                                    ☐ Disputed
Date(s) debt was incurred _
                                                                    Basis for the claim:  **Customer**
Last 4 digits of account number _

                                                                    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 |
|-------|
| 20    |

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$25.00**

**Raelene D 19275**
**N14364 Miles Lake Rd.**                                           ☐ Contingent
**Minong, WI 54859**                                                ☐ Unliquidated
                                                                    ☐ Disputed
Date(s) debt was incurred _
                                                                    Basis for the claim:  **Customers - Deferred Credit**
Last 4 digits of account number _

                                                                    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 |
|-------|
| 21    |

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$50.00**

**Rafael B**
**1207 W 30th St**                                                  ☐ Contingent
**Los Angeles, CA 90007**                                           ☐ Unliquidated
                                                                    ☐ Disputed
Date(s) debt was incurred _
                                                                    Basis for the claim:  **Customers - Deferred Credit**
Last 4 digits of account number _

                                                                    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 |
|-------|
| 22    |

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$2,606.00**

**Rafael Becerra**
**1207 W 30th St**                                                  ☐ Contingent
**Los Angeles, CA 90007**                                           ☐ Unliquidated
                                                                    ☐ Disputed
Date(s) debt was incurred _
                                                                    Basis for the claim:  **Customer**
Last 4 digits of account number _

                                                                    Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
         Name                                                    Case number *(if known)* _____

---

| 3.162 23 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$21.00**

**Rafael C**
**1955 Skidmore Avenue**      ☐ Contingent
**Orlando, FL 32826**         ☐ Unliquidated
                              ☐ Disputed

Date(s) debt was incurred _     **Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _     Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 24 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$10.00**

**Rafael C**
**201 Crandon Blvd**          ☐ Contingent
**Apartament 802**            ☐ Unliquidated
**Key Biscayne, FL 33149**    ☐ Disputed

Date(s) debt was incurred _     **Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _     Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 25 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$7.00**

**Rafael C**
**9449 Briar Forest Drive**   ☐ Contingent
**2406**                      ☐ Unliquidated
**Houston, TX 77063**         ☐ Disputed

Date(s) debt was incurred _     **Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _     Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 26 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$337.00**

**Rafael Castilho**
**22886 Ironwedge Dr**        ☐ Contingent
**Boca Raton, FL 33433**      ☐ Unliquidated
                              ☐ Disputed

Date(s) debt was incurred _     **Basis for the claim:  Customer**

Last 4 digits of account number _     Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 27 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$254.00**

**Rafael Castillo**
**1955 Skidmore Avenue**      ☐ Contingent
**Orlando, FL 32826**         ☐ Unliquidated
                              ☐ Disputed

Date(s) debt was incurred _     **Basis for the claim:  Customer**

Last 4 digits of account number _     Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 28 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$56.00**

**Rafael Escandon**
**5256 NE Old Mill Rd**       ☐ Contingent
**Bainbridge Is, WA 98110**   ☐ Unliquidated
                              ☐ Disputed

Date(s) debt was incurred _     **Basis for the claim:  Customer**

Last 4 digits of account number _     Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 29 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$50.00**

**Rafael G**
**11 Fair Oaks**              ☐ Contingent
**Laguananiguel, CA 92677**   ☐ Unliquidated
                              ☐ Disputed

Date(s) debt was incurred _     **Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _     Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

_____   Case number _(if known)_   _____

Name

---

| 3.162 30 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rafael G**
**2556 Mccloud Way**
**Roseville, CA 95747**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$25.00**

---

| 3.162 31 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rafael H**
**30709 Paseo De Pico**
**Shafter, CA 93263**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$7.00**

---

| 3.162 32 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rafael L**
**3677 Winchell Rd**
**Shaker Heights, OH 44122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$7.00**

---

| 3.162 33 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rafael Looez**
**3677 Winchell Rd**
**Shaker Heights, OH 44122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$79.00**

---

| 3.162 34 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rafael S**
**3804 Greystone Av Apt 5e**
**Bronx, NY 10463**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$20.00**

---

| 3.162 35 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rafael Sa**
**954 Sanibel Drive**
**Hollywood, FL 33019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$690.00**

---

| 3.162 36 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rafe A**
**621 Gulf Shore Dr**
**Destin, FL 32541**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$23.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
| | Name | | |

---

**3.162
37**

**Nonpriority creditor's name and mailing address**
**Raheel Anwar**
**3201 NW 188th Ter**
**Edmond, OK 73012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$134.00**

---

**3.162
38**

**Nonpriority creditor's name and mailing address**
**Rahul Girase**
**290 Mishawum Rd Unit 5076**
**Woburn, MA 01801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$17.00**

---

**3.162
39**

**Nonpriority creditor's name and mailing address**
**Rahul Khara**
**35 Roberts Rd #2**
**Cambridge, MA 02138**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,139.00**

---

**3.162
40**

**Nonpriority creditor's name and mailing address**
**Rahul Khara**
**35 Roberts Rd #2**
**Cambridge, MA 02138**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$138.00**

---

**3.162
41**

**Nonpriority creditor's name and mailing address**
**Rahul M**
**405 Howard St**
**Suite 200**
**San Francisco, CA 94105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.162
42**

**Nonpriority creditor's name and mailing address**
**Rahul Nath**
**2601 Monroe St**
**Santa Clara, CA 95051**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$325.00**

---

**3.162
43**

**Nonpriority creditor's name and mailing address**
**Raine F**
**2609 Grantham Place Dr**
**Fort Mill, SC 29715**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$22.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.162<br>44 | |

**Nonpriority creditor's name and mailing address**
**Raiyah Panchal**
**805 La Montagne Pl**
**South San Francisco, CA 94080**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$160.00**

---

| | |
|---|---|
| 3.162<br>45 | |

**Nonpriority creditor's name and mailing address**
**Raj Dwivedi**
**157 Suffolk St Apt 503**
**New York, NY 10002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$157.00**

---

| | |
|---|---|
| 3.162<br>46 | |

**Nonpriority creditor's name and mailing address**
**Raja Gupta**
**6296 Vernon Woods Dr**
**Atlanta, GA 30328**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$796.00**

---

| | |
|---|---|
| 3.162<br>47 | |

**Nonpriority creditor's name and mailing address**
**Rajan M**
**987 Laguna Creek Ln**
**Pleasanton, CA 94566**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| | |
|---|---|
| 3.162<br>48 | |

**Nonpriority creditor's name and mailing address**
**Rajasekhar Jakkampudi**
**10080 Imperial Ave**
**Cupertino, CA 95014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| | |
|---|---|
| 3.162<br>49 | |

**Nonpriority creditor's name and mailing address**
**Rajeev C**
**14684 Heatherton Dr**
**Granger, IN 46530**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| | |
|---|---|
| 3.162<br>50 | |

**Nonpriority creditor's name and mailing address**
**Rajeev Chaudhary**
**14684 Heatherton Dr**
**Granger, IN 46530**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,144.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name                                                          Case number *(if known)*   _____

---

| 3.162<br>51 | **Nonpriority creditor's name and mailing address**<br>**Rajesh Velji**<br>**1518 Hidden Ranch Dr**<br>**Simi Valley, CA 93063**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$346.00** |

---

| 3.162<br>52 | **Nonpriority creditor's name and mailing address**<br>**Ralph A**<br>**41922 Beningbrough Pl**<br>**Leesburg, VA 20176**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$30.00** |

---

| 3.162<br>53 | **Nonpriority creditor's name and mailing address**<br>**Ralph Adams**<br>**20 Broad St Apt 2001**<br>**New York, NY 10005**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,485.00** |

---

| 3.162<br>54 | **Nonpriority creditor's name and mailing address**<br>**Ralph Alesiojr.**<br>**41922 Beningbrough Pl**<br>**Leesburg, VA 20176**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$643.00** |

---

| 3.162<br>55 | **Nonpriority creditor's name and mailing address**<br>**Ralph C**<br>**541 Otto Pl**<br>**Paramus, NJ 07652**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$10.00** |

---

| 3.162<br>56 | **Nonpriority creditor's name and mailing address**<br>**Ralph D**<br>**7688 Martino Circle**<br>**Naples, FL 34112**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$100.00** |

---

| 3.162<br>57 | **Nonpriority creditor's name and mailing address**<br>**Ralph F**<br>**2405 Evergreen Forest Ct.**<br>**Wildwood, MO 63011**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$15.00** |

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.162 58 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ralph Furmanek**
**2405 Evergreen Forest Ct.**
**Wildwood, MO 63011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$289.00

---

| 3.162 59 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ralph Kaiser**
**16727 Picardy Way**
**Delray Beach, FL 33446**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$384.00

---

| 3.162 60 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ralph Salvagno**
**# Grand Street**
**Hancock, MD 21750**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$501.00

---

| 3.162 61 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ralph Salvagno**
**# Grand Street**
**Hancock, MD 21750**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$29.88

---

| 3.162 62 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ralph Smith**
**246 N Bay Dr**
**Bullard, TX 75757**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

| 3.162 63 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ralph Udall**
**48 Cumberland Dr**
**Bluffton, SC 29910**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.162 64 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Raluca Waters**
**8391 Samra Dr**
**West Hills, CA 91304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$33.00

---

Debtor    **Phoeno Wine Company, Inc.**
　　　　　Name

Case number (if known) _____

| 3.162 65 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ramey Weis**
**233 Stowring Rd**
**Petaluma, CA 94952**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**　**Customer**

Is the claim subject to offset? ☐ No ☐ Yes

**$213.00**

---

| 3.162 66 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ramgopal V**
**4880 El Camino Real Unit 33**
**Los Altos, CA 94022**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**　**Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

| 3.162 67 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ramgopal Venkataraman**
**4880 El Camino Real Unit 33**
**Los Altos, CA 94022**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**　**Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$835.00**

---

| 3.162 68 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ramiro B**
**190 E Loma Alta Dr**
**Altadena, CA 91001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**　**Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$32.00**

---

| 3.162 69 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ramiro Barrera**
**190 E Loma Alta Dr**
**Altadena, CA 91001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**　**Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

| 3.162 70 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ramnik Dhaliwal**
**747 West Pacific Avenue**
**Unit 402**
**Telluride, CO 81435**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**　**Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$406.00**

---

| 3.162 71 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ramon Qu**
**938 110th Ave NE**
**A309**
**Bellevue, WA 98004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**　**Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$131.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
         Name

---

| 3.162 72 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ramon Ramirez**
**7421 N University Drive**
**Suite 212**
**Tamarac, FL 33321**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$580.00**

---

| 3.162 73 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ramonia S**
**3063 Wilson Avenue**
**The Bronx, NY 10469**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.162 74 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ramsey A**
**160 Nevada Ave**
**Palo Alto, CA 94301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$16.00**

---

| 3.162 75 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ramsey Allington**
**160 NEvada Ave**
**Palo Alto, CA 94301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.162 76 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ramsey Ramadan**
**1090 Maple Hill Lane**
**Malvern, PA 19355**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$84.00**

---

| 3.162 77 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ramu D**
**24 Delavan St**
**East Hampton, NY 11937**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$32.00**

---

| 3.162 78 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ramu Damodaran**
**24 Delavan St**
**East Hampton, NY 11937**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,459.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known)    _____
Name

| | |
|---|---|
| 3.162 79 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Ramya Kumaraswamy**
**10204 Chestnut Ridge Road**
**Austin, TX 78726**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$360.00**

---

3.162 80

**Nonpriority creditor's name and mailing address**
**Ramya S**
**305 Ranchero Dr**
**Coraopolis, PA 15108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

3.162 81

**Nonpriority creditor's name and mailing address**
**Rance B**
**870 Summit Ave**
**Harrisonburg, VA 22802**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$39.00**

---

3.162 82

**Nonpriority creditor's name and mailing address**
**Rance Bauman**
**870 Summit Ave**
**Harrisonburg, VA 22802**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,198.00**

---

3.162 83

**Nonpriority creditor's name and mailing address**
**Randal L**
**1365 Kenilwood Ln**
**Riverwoods, IL 60015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$6.00**

---

3.162 84

**Nonpriority creditor's name and mailing address**
**Randal Step**
**4968 Esplanade St**
**Bonita Springs, FL 34134**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

3.162 85

**Nonpriority creditor's name and mailing address**
**Randall Abner**
**2511 Laguna Blvd**
**M/S: B2210**
**Elk Grove, CA 95758**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$477.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number _(if known)_ _____
Name

---

**3.162 86**

**Nonpriority creditor's name and mailing address**
**Randall B**
**2125 Ravine St.**
**Apt. 3**
**Cincinnati, OH 45214**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$226.00**

---

**3.162 87**

**Nonpriority creditor's name and mailing address**
**Randall Bennett**
**14710 Snake Trl**
**Waseca, MN 56093**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.162 88**

**Nonpriority creditor's name and mailing address**
**Randall Goss**
**558 Black Hawk Trl**
**Loveland, OH 45140**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,294.00**

---

**3.162 89**

**Nonpriority creditor's name and mailing address**
**Randall Hall**
**6740 Ballantrae Pl**
**Dublin, OH 43016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$667.00**

---

**3.162 90**

**Nonpriority creditor's name and mailing address**
**Randall Hayes**
**2064 Tarbolton Circle**
**Folsom, CA 95630**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.162 91**

**Nonpriority creditor's name and mailing address**
**Randall Hopkins**
**5340 Holmes Run Pkwy Unit 512**
**Alexandria, VA 22304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$27.00**

---

**3.162 92**

**Nonpriority creditor's name and mailing address**
**Randall Huffman**
**705 H Street And**
**Nome, AK 99762**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$452.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.162 93 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Randall Johnson**
**9323 Pinecroft Dr Ste 200**
**The Woodlands, TX 77380**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.162 94 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Randall L**
**108 Colt Loop**
**Kyle, TX 78640**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$24.00**

---

| 3.162 95 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Randall Moulin**
**1444 Sunburst Dr**
**O Fallon, MO 63366**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,709.00**

---

| 3.162 96 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Randall Pappal**
**359 Bay Point Dr Apt 301**
**Holland, MI 49423**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$10,796.00**

---

| 3.162 97 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Randall S**
**5206 Pierson Highway**
**Lansing, MI 48917**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.162 98 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Randall S**
**5564 Remsen Cay Lane**
**Windermere, FL 34786**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.162 99 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Randall Sakamoto**
**1677 W. Shaw Ave., Suite 109**
**Fresno, CA 93711**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$65.00**

---

Debtor **Phoeno Wine Company, Inc.**
  Name

Case number *(if known)* _____

---

| 3.163 00 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |

**Randall Young**
**52 Anson Way**
**Kensington, CA 94707**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 01 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$58.00** |

**Randee Laux**
**14186 Stonehurst Court**
**Granger, IN 46530**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 02 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,944.00** |

**Randeep Arora**
**74 Linhaven**
**Irvine, CA 92602**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 03 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$747.00** |

**Randolph Fernandez**
**200 N Harvey Ave Apt 1102**
**Oklahoma City, OK 73102**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 04 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$87.00** |

**Randolph Lachowski**
**204 Bay Mist Drive**
**Erie, PA 16505**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 05 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.00** |

**Randy A**
**3020 Hewlett Avenue**
**Merrick, NY 11566**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 06 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |

**Randy Aspeland**
**2864 Cordillera Dr**
**Henderson, NV 89074**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
Name

| 3.163 07 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Randy B**
**907 Clifford St**
**Athens, TX 75751**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$6.00**

---

| 3.163 08 |
|---|

**Nonpriority creditor's name and mailing address**
**Randy Blakeslee**
**1087 Patriot Pkwy**
**Elburn, IL 60119**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$51.00**

---

| 3.163 09 |
|---|

**Nonpriority creditor's name and mailing address**
**Randy Braswell**
**907 Clifford St**
**Athens, TX 75751**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,585.00**

---

| 3.163 10 |
|---|

**Nonpriority creditor's name and mailing address**
**Randy Brull**
**N1311 Silver Canoe Road**
**Keshena, WI 54135**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$147.00**

---

| 3.163 11 |
|---|

**Nonpriority creditor's name and mailing address**
**Randy Cintron**
**225 E 34th St**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$545.00**

---

| 3.163 12 |
|---|

**Nonpriority creditor's name and mailing address**
**Randy Evans**
**3851 Auburn Rd**
**Gamalski Building Specialties**
**Auburn Hills, MI 48326**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$512.00**

---

| 3.163 13 |
|---|

**Nonpriority creditor's name and mailing address**
**Randy Harris**
**518 S 16th St**
**Phoenix, AZ 85034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,688.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name                                                     Case number (if known)   _____

---

| 3.163 14 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15.00** |
| **Randy K** | ☐ Contingent | |
| **1239 Babe Dr** | ☐ Unliquidated | |
| **Hampstead, MD 21074** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.163 15 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,046.00** |
| **Randy Kelsey** | ☐ Contingent | |
| **1239 Babe Dr** | ☐ Unliquidated | |
| **Hampstead, MD 21074** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.163 16 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35.00** |
| **Randy Kline** | ☐ Contingent | |
| **78 Blake Rd** | ☐ Unliquidated | |
| **Blossburg, PA 16912** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.163 17 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,121.00** |
| **Randy Light** | ☐ Contingent | |
| **526 Caswell Beach Rd** | ☐ Unliquidated | |
| **Caswell Beach, NC 28465** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.163 18 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$56.00** |
| **Randy Lohmann** | ☐ Contingent | |
| **885 N Highway 14** | ☐ Unliquidated | |
| **Lincoln, KS 67455** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.163 19 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10.00** |
| **Randy M** | ☐ Contingent | |
| **2037 Cliff Creek Ct** | ☐ Unliquidated | |
| **Smyrna, GA 30080** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.163 20 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,794.00** |
| **Randy Miller** | ☐ Contingent | |
| **1605 Inverness Dr** | ☐ Unliquidated | |
| **Lakeland, FL 33813** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_ _____
Name

| | |
|---|---|
| **3.163**<br>**21** | |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$666.00**
**Randy Miller**
**597 S Fawn St**
**Cornelius, OR 97113**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _    **Basis for the claim:** **Customer**
**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.163**<br>**22** | |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$36.00**
**Randy P**
**213 3rd St**
**International Falls, MN 56649**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _    **Basis for the claim:** **Customers - Deferred Credit**
**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.163**<br>**23** | |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$25.00**
**Randy R**
**131 East Colt Road**
**Tenpe, AZ 85284**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _    **Basis for the claim:** **Customers - Deferred Credit**
**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.163**<br>**24** | |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$25.00**
**Randy S**
**3000 North Ocean Drive**
**#35d**
**Riviera Beach, FL 33404**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _    **Basis for the claim:** **Customers - Deferred Credit**
**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.163**<br>**25** | |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$473.00**
**Randy Sheets**
**743 Rustling Leaf Ct**
**Eldersburg, MD 21784**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _    **Basis for the claim:** **Customer**
**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.163**<br>**26** | |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$910.20**
**Randy Shuagis**
**3588 Cottage Canyon St**
**Laughlin, NV 89029**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _    **Basis for the claim:** **Customers - Deferred Credit**
**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.163**<br>**27** | |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$185.00**
**Randy Thompson**
**1224 Arbor Bluff Cir**
**Ballwin, MO 63021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _    **Basis for the claim:** **Customer**
**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Phoeno Wine Company, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.163 28**

**Nonpriority creditor's name and mailing address**

**Randy Urbaniak**
**4700 Connecticut Ave NW # 302**
**Nw #302**
**Washington, DC 20008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$753.00**

---

**3.163 29**

**Nonpriority creditor's name and mailing address**

**Randy Urbaniak**
**4700 Connecticut Ave Nw # 302**
**Nw #302**
**Washington, DC 20008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$365.03**

---

**3.163 30**

**Nonpriority creditor's name and mailing address**

**Randy West**
**9815 Upper Mill Loop**
**Bristow, VA 20136**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$134.00**

---

**3.163 31**

**Nonpriority creditor's name and mailing address**

**Randy Worobo**
**44 Verplanck St**
**Geneva, NY 14456**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$287.00**

---

**3.163 32**

**Nonpriority creditor's name and mailing address**

**Randywatts**
**13832 Danforth Dr. South**
**Jacksonville, FL 32224**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$182.00**

---

**3.163 33**

**Nonpriority creditor's name and mailing address**

**Ranelyn S**
**2890 S Tenaya Way**
**Las Vegas, NV 89117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$110.00**

---

**3.163 34**

**Nonpriority creditor's name and mailing address**

**Rani D**
**54 N Dogwood Dr**
**Covington, LA 70433**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**                                   Case number (*if known*) _____
_____
Name

| 3.163 35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Ranjeet S**
**1652 Green Valley Rd**
**Danville, CA 94526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9.00** |

**Ranjith S**
**6603 Saxony Ct**
**Frisco, TX 75034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$275.00** |

**Ranjith Sivasankaran**
**6603 Saxony Ct**
**Frisco, TX 75034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |

**Ranya R**
**2812 64th Ave**
**Cheverly, MD 20785**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150.00** |

**Raphael C**
**1202 Legendary Blvd**
**Clermont, FL 34711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$685.00** |

**Raphael Cardoso**
**1202 Legendary Blvd**
**Clermont, FL 34711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$661.00** |

**Raphael Wolf**
**47 Mellen St**
**Framingham, MA 01702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 3.163 42 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Raphael Wolf**
**47 Mellen St**
**Quilling Card Llc**
**Framingham, MA 01702**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$475.00**

---

| 3.163 43 |
|---|

**Nonpriority creditor's name and mailing address**

**Raquel Friedman**
**8725 Ariva Ct Apt 314**
**San Diego, CA 92123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$42.00**

---

| 3.163 44 |
|---|

**Nonpriority creditor's name and mailing address**

**Raquel Harvey**
**4656 Caneel Bay Ct**
**Oceanside, CA 92057**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.163 45 |
|---|

**Nonpriority creditor's name and mailing address**

**Raquel T**
**10519 Acoro St**
**Bellflower, CA 90706**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.163 46 |
|---|

**Nonpriority creditor's name and mailing address**

**Rashidah Robinson**
**1 Alton Ave**
**Voorhees, NJ 08043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$420.00**

---

| 3.163 47 |
|---|

**Nonpriority creditor's name and mailing address**

**Raul C**
**242 Kaalawai Pl**
**Honolulu, HI 96816**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$6.00**

---

| 3.163 48 |
|---|

**Nonpriority creditor's name and mailing address**

**Raul C**
**2950 W 84 St**
**Bay 7**
**Hialeah, FL 33018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$36.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.163 49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,289.00 |
|---|---|---|---|

**Raul Camacho**
2950 W 84 St
Bay 7
Hialeah, FL 33018

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.163 50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $441.00 |
|---|---|---|---|

**Raul Chairez**
242 Kaalawai Pl
Honolulu, HI 96816

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.163 51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Raul Dejesus**
4266 E Seneca Ave
Weston, FL 33332

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.163 52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31.00 |
|---|---|---|---|

**Raul R**
14 Crabapple Ln
Glen Carbon, IL 62034

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.163 53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $255.00 |
|---|---|---|---|

**Raul Rodriguez-Perera**
14 Crabapple Ln
Glen Carbon, IL 62034

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.163 54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 |
|---|---|---|---|

**Raul Sandoval**
7835 Gloria Ave
Munchkin Inc
Van Nuys, CA 91406

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.163 55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34.00 |
|---|---|---|---|

**Raulm B**
4701 N Meridian Ave Unit 510
Miami Beach, FL 33140

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.163 56**

**Nonpriority creditor's name and mailing address**

**Raulm Betancourt**
**4701 N Meridian Ave Unit 510**
**Miami Beach, FL 33140**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$232.00**

---

**3.163 57**

**Nonpriority creditor's name and mailing address**

**Raven Bachetti**
**415 Main St N**
**Woodbury, CT 06798**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$132.00**

---

**3.163 58**

**Nonpriority creditor's name and mailing address**

**Raven Kenworthy**
**340 Dague Farm Dr**
**Coatesville, PA 19320**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,441.00**

---

**3.163 59**

**Nonpriority creditor's name and mailing address**

**Ray A**
**8175 Arville St # 226**
**Las Vegas, NV 89139**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,463.60**

---

**3.163 60**

**Nonpriority creditor's name and mailing address**

**Ray Agrella**
**8175 Arville St # 226**
**Las Vegas, NV 89139**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.163 61**

**Nonpriority creditor's name and mailing address**

**Ray Anthony**
**99 Sally Ln**
**Ridge, NY 11961**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$56.00**

---

**3.163 62**

**Nonpriority creditor's name and mailing address**

**Ray B**
**23713 Crosson Dr**
**Woodland Hills, CA 91367**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.163 63 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ray B**
**361 Wonderland Trl**
**Blowing Rock, NC 28605**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.163 64 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ray Barile**
**4410 Cayuga Ave Apt 6g**
**Bronx, NY 10471**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$63.00**

---

| 3.163 65 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ray Blindauer**
**3131 Michelson Dr Unit 311**
**Irvine, CA 92612**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$198.00**

---

| 3.163 66 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ray C**
**200 Continental Blvd Ste 100**
**El Segundo, CA 90245**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$3.75**

---

| 3.163 67 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ray Cherry**
**2064 Cerro Gordo St**
**Los Angeles, CA 90039**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

| 3.163 68 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ray Garcia**
**14850 Sw 26 Street**
**Miami, FL 33185**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$212.00**

---

| 3.163 69 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ray Geimer**
**2612 Quarterhorse Way**
**Richland, WA 99352**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$376.00**

---

Official Form 206 E/F            Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Phoeno Wine Company, Inc.**
     Name

Case number *(if known)*

---

| 3.163 70 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ray Gooley**
**6 Yardville Allentown  Road**
**Allentown, NJ 08501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,060.00**

---

| 3.163 71 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ray Grimm**
**12865 Vineyard Crest Place**
**Lakeside, CA 92040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$164.00**

---

| 3.163 72 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ray L**
**841 Kingsley Drive**
**Arcadia, CA 91007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$20.00**

---

| 3.163 73 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ray Liden**
**2535 Townsgate Rd**
**Suite 110**
**Westlake Village, CA 91361**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$336.00**

---

| 3.163 74 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ray M**
**1 Sugar Mill Rd**
**Hillsborough, NJ 08844**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$11.00**

---

| 3.163 75 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ray Mcalarnen**
**1 Sugar Mill Rd**
**Hillsborough, NJ 08844**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$114.00**

---

| 3.163 76 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ray Meyer**
**86 Cape Henry Trl**
**West Henrietta, NY 14586**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$38.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.163 77 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ray N 7175**
**4406 Mira Loma Dr**
**Pittsburg, CA 94565**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$16.67**

---

| 3.163 78 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ray Nelson**
**812 Haddon Ave**
**Collingswood, NJ 08108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.163 79 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ray Nickelson**
**115 Fender Walk**
**Marietta, GA 30060**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$292.00**

---

| 3.163 80 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ray Obrien**
**24 Woods Way**
**Redding, CT 06896**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,137.00**

---

| 3.163 81 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ray Perry**
**17 Pinewood Ln**
**Warren, NJ 07059**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$56.00**

---

| 3.163 82 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ray S**
**9 Birch Ct**
**Drums, PA 18222**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$4.00**

---

| 3.163 83 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ray Sanchez**
**9234 Proclamation Dr**
**San Antonio, TX 78240**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

---

| 3.163 84 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ray Sclafani**
**2201 Long Prairie Rd Ste 107-204**
**Flower Mound, TX 75022**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$442.00**

---

| 3.163 85 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ray Shepherd**
**1241 Bishop Rd**
**Grosse Pointe Park, MI 48230**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,886.00**

---

| 3.163 86 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ray Vorell**
**7465 NW 127th Ter**
**Parkland, FL 33076**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,776.00**

---

| 3.163 87 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Raymond B**
**228 Oakcrest Ln**
**Pittsburgh, PA 15236**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

| 3.163 88 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Raymond B**
**7785 66th St N**
**Pinellas Park, FL 33781**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.163 89 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Raymond Bennett**
**228 Oakcrest Ln**
**Pittsburgh, PA 15236**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$68.00**

---

| 3.163 90 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Raymond Billica**
**1801 Grand Island Blvd**
**Grand Island Physical Therapy**
**Grand Island, NY 14072**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$306.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

---

| 3.163 91 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Raymond Chan**
**1340 Sundance Dr**
**Plumas Lake, CA 95961**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$168.00**

---

| 3.163 92 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Raymond Despres**
**49 Rose St**
**Hendley's Emporium**
**Stoughton, MA 02072**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$527.00**

---

| 3.163 93 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Raymond F**
**262 Cottage Creek Cir**
**Conway, SC 29527**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$37.00**

---

| 3.163 94 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Raymond Faulkner**
**262 Cottage Creek Cir**
**Conway, SC 29527**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$22,783.00**

---

| 3.163 95 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Raymond Howard**
**250 S Ocean Blvd Apt 11a**
**Boca Raton, FL 33432**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,661.00**

---

| 3.163 96 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Raymond Keough**
**406 Dover Rd**
**Toms River, NJ 08757**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$366.00**

---

| 3.163 97 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Raymond Kutch**
**2512 Genesee St**
**Houston, TX 77006**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$95.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.163 98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
|---|---|---|---|

**Raymond L**
**2535 Townsgate Rd Ste 110**
**Westlake Village, CA 91361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Raymond L**
**4 Washburn Dr**
**Simsbury, CT 06070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 00 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40.00** |
|---|---|---|---|

**Raymond L**
**4814 Outlook Drive**
**Suite 201**
**Wall Twp., NJ 07728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 01 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,027.28** |
|---|---|---|---|

**Raymond L 13407109**
**254 Canal Street**
**Suite 3005**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 02 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,592.00** |
|---|---|---|---|

**Raymond Lam**
**254 Canal Street**
**Suite 3005**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 03 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$322.00** |
|---|---|---|---|

**Raymond Liden**
**2535 Townsgate Rd Ste 110**
**Westlake Village, CA 91361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 04 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$73.00** |
|---|---|---|---|

**Raymond M**
**615 Swann Ave**
**Apt 317**
**Alexandria, VA 23301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name                                          Case number _(if known)_   _____

| 3.164 05 | **Nonpriority creditor's name and mailing address**<br>**Raymond Main**<br>**6814 Teviot Dr**<br>**Wilmington, NC 28412**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$218.00** |

| 3.164 06 | **Nonpriority creditor's name and mailing address**<br>**Raymond Mayer**<br>**88 E Van NEss Ave**<br>**Rutherford, NJ 07070**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$44.00** |

| 3.164 07 | **Nonpriority creditor's name and mailing address**<br>**Raymond Mcallister**<br>**3845 E Brentor St**<br>**Meridian, ID 83642**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,629.00** |

| 3.164 08 | **Nonpriority creditor's name and mailing address**<br>**Raymond Mcintosh**<br>**615 Swann Ave**<br>**Apt 317**<br>**Alexandria, VA 23301**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$426.00** |

| 3.164 09 | **Nonpriority creditor's name and mailing address**<br>**Raymond Olson**<br>**322 Magazine St**<br>**New Orleans, LA 70130**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,135.00** |

| 3.164 10 | **Nonpriority creditor's name and mailing address**<br>**Raymond Rai**<br>**5 Monarch Bay Plz**<br>**Dana Point, CA 92629**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$40.00** |

| 3.164 11 | **Nonpriority creditor's name and mailing address**<br>**Raymond S**<br>**1401 St Andrew**<br>**Apt118**<br>**New Orleans, LA 70130**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5.00** |

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.164 12**

**Nonpriority creditor's name and mailing address**

**Raymond S**
**2510 North California Street**
**Stockton, CA 95204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.164 13**

**Nonpriority creditor's name and mailing address**

**Raymond S**
**8625 Hornbeam Dr**
**Fort Worth, TX 76123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.164 14**

**Nonpriority creditor's name and mailing address**

**Raymond Schwarzer**
**920 Creekside Dr Lot 24**
**Newcomerstown, OH 43832**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$615.00**

---

**3.164 15**

**Nonpriority creditor's name and mailing address**

**Raymond Sullivan**
**63 White Clover Trl**
**Plymouth, MA 02360**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$96.00**

---

**3.164 16**

**Nonpriority creditor's name and mailing address**

**Raymond W**
**44 Hastings Dr**
**Stony Brook, NY 11790**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.164 17**

**Nonpriority creditor's name and mailing address**

**Raymond W Lam**
**161 Front St Fl 30**
**New York, NY 10038**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$4.00**

---

**3.164 18**

**Nonpriority creditor's name and mailing address**

**Raymondw Lam**
**161 Front St Fl 30**
**New York, NY 10038**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$230.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.164 19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,559.00** |

**Raymundo Quintana**
**1744 Riverwood Dr**
**Burnsville, MN 55337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.164 20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$18.00** |

**Raynauld Bentley**
**12681 Allendale Circle**
**Fort Myers, FL 33912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.164 21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$40.00** |

**Raza Haider**
**12900 Luna Montana Way S**
**Austin, TX 78732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.164 22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7.00** |

**Rcarrozzaplumbing I**
**9226 Chestnut**
**Franklin Park, IL 60131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.164 23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$24.00** |

**Rea Zhang**
**9725 Se 43rd St**
**Mercer Island, WA 98040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.164 24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7.00** |

**Reagan S**
**506 Robinhood Pl**
**San Antonio, TX 78209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.164 25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$32.00** |

**Reagan Short**
**506 Robinhood Pl**
**San Antonio, TX 78209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                     Case number *(if known)* _____
_____
Name

| 3.164<br>26 | **Nonpriority creditor's name and mailing address**<br>**Reardon Lizzie**<br>**153 Manomet Ave**<br>**Hull, MA 02045** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$144.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164<br>27 | **Nonpriority creditor's name and mailing address**<br>**Rebecca Ahn**<br>**88 S Garfield Ave Unit 346**<br>**Alhambra, CA 91801** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164<br>28 | **Nonpriority creditor's name and mailing address**<br>**Rebecca Armbruster**<br>**1200 William Penn Drive**<br>**Bensalem, PA 19020** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$294.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164<br>29 | **Nonpriority creditor's name and mailing address**<br>**Rebecca Asp**<br>**2749 Tierra Grande Circle**<br>**Sacramento, CA 95827** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$15,879.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164<br>30 | **Nonpriority creditor's name and mailing address**<br>**Rebecca B**<br>**Climb Real Estate**<br>**251 Rhode Island St. #105**<br>**San Francisco, CA 94103** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$50.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164<br>31 | **Nonpriority creditor's name and mailing address**<br>**Rebecca Bowden**<br>**6670 Gladys Ave**<br>**Beaumont, TX 77706** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$290.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164<br>32 | **Nonpriority creditor's name and mailing address**<br>**Rebecca C**<br>**17411 Conoy Rd**<br>**Barnesville, MD 20838** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$15.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

---

| 3.164 |
| 33 |

**Nonpriority creditor's name and mailing address**                              As of the petition filing date, the claim is: Check all that apply.                    **$10.00**

**Rebecca C**                                  ☐ Contingent
**3416 Piedmontese Dr**                         ☐ Unliquidated
**Leander, TX 78641**                           ☐ Disputed

Date(s) debt was incurred _                     **Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _               Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 |
| 34 |

**Nonpriority creditor's name and mailing address**                              As of the petition filing date, the claim is: Check all that apply.                    **$90.00**

**Rebecca C**                                  ☐ Contingent
**8 Kitchell Pl**                               ☐ Unliquidated
**Whippany, NJ 07981**                          ☐ Disputed

Date(s) debt was incurred _                     **Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _               Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 |
| 35 |

**Nonpriority creditor's name and mailing address**                              As of the petition filing date, the claim is: Check all that apply.                    **$638.00**

**Rebecca Carman**                              ☐ Contingent
**11 Biltom Rd**                                ☐ Unliquidated
**White Plains, NY 10607**                      ☐ Disputed

Date(s) debt was incurred _                     **Basis for the claim:  Customer**

Last 4 digits of account number _               Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 |
| 36 |

**Nonpriority creditor's name and mailing address**                              As of the petition filing date, the claim is: Check all that apply.                    **$120.00**

**Rebecca Carroll**                             ☐ Contingent
**160 Blue Ridge Dr**                           ☐ Unliquidated
**Manchester, CT 06040**                        ☐ Disputed

Date(s) debt was incurred _                     **Basis for the claim:  Customer**

Last 4 digits of account number _               Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 |
| 37 |

**Nonpriority creditor's name and mailing address**                              As of the petition filing date, the claim is: Check all that apply.                    **$372.00**

**Rebecca Chiampi**                             ☐ Contingent
**17411 Conoy Rd**                              ☐ Unliquidated
**Barnesville, MD 20838**                       ☐ Disputed

Date(s) debt was incurred _                     **Basis for the claim:  Customer**

Last 4 digits of account number _               Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 |
| 38 |

**Nonpriority creditor's name and mailing address**                              As of the petition filing date, the claim is: Check all that apply.                    **$18,225.00**

**Rebecca Chow**                                ☐ Contingent
**8 Kitchell Pl**                               ☐ Unliquidated
**Whippany, NJ 07981**                          ☐ Disputed

Date(s) debt was incurred _                     **Basis for the claim:  Customer**

Last 4 digits of account number _               Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 |
| 39 |

**Nonpriority creditor's name and mailing address**                              As of the petition filing date, the claim is: Check all that apply.                    **$259.00**

**Rebecca Collins**                             ☐ Contingent
**3009 River Dr**                               ☐ Unliquidated
**Columbia, SC 29201**                          ☐ Disputed

Date(s) debt was incurred _                     **Basis for the claim:  Customer**

Last 4 digits of account number _               Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.164 40**

**Nonpriority creditor's name and mailing address**
**Rebecca Crowley-Huey**
**3416 Piedmontese Dr**
**Leander, TX 78641**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,013.00**

---

**3.164 41**

**Nonpriority creditor's name and mailing address**
**Rebecca D**
**271 Nw 41st Avenue**
**Deerfield Beach, FL 33442**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.164 42**

**Nonpriority creditor's name and mailing address**
**Rebecca Erdman**
**5808 Saratoga St**
**Alexandria, VA 22310**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$217.00**

---

**3.164 43**

**Nonpriority creditor's name and mailing address**
**Rebecca Erdman**
**5808 Saratoga St**
**Alexandria, VA 22310**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$190.00**

---

**3.164 44**

**Nonpriority creditor's name and mailing address**
**Rebecca Gomez**
**881 Warfield Ave #4**
**Oakland, CA 94610**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$57.00**

---

**3.164 45**

**Nonpriority creditor's name and mailing address**
**Rebecca Gomez Farrell**
**881 Warfield Ave #4**
**Oakland, CA 94610**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$93.00**

---

**3.164 46**

**Nonpriority creditor's name and mailing address**
**Rebecca Gravenmier**
**132 Bergevin Springs Pl**
**Walla Walla, WA 99362**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$210.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
Name

| 3.164 47 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rebecca Gruber**
**2261 Springside Dr**
**Colorado Springs, CO 80951**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.164 48 |
|---|

**Nonpriority creditor's name and mailing address**
**Rebecca Hager**
**522 K St Apt B**
**Davis, CA 95616**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,078.00**

---

| 3.164 49 |
|---|

**Nonpriority creditor's name and mailing address**
**Rebecca Hager**
**522 K St Apt B**
**Davis, CA 95616**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.164 50 |
|---|

**Nonpriority creditor's name and mailing address**
**Rebecca Helms**
**15542 W 101st Ln**
**Dyer, IN 46311**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.164 51 |
|---|

**Nonpriority creditor's name and mailing address**
**Rebecca Hunter**
**1616 Aspen Meadows Dr**
**Henderson, NV 89014**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$67.00**

---

| 3.164 52 |
|---|

**Nonpriority creditor's name and mailing address**
**Rebecca Hussey**
**2700 Fairfax Dr**
**Columbus, OH 43220**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$6,171.00**

---

| 3.164 53 |
|---|

**Nonpriority creditor's name and mailing address**
**Rebecca Hutchison**
**29275 No Le Hace Dr**
**Fair Oaks Ranch, TX 78015**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*  _____

---

| 3.164 54 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rebecca J**
**4929 Majestic Hills Loop**
**Brooksville, FL 34601**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.164 55 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rebecca L**
**7480 Flying Cloud Dr Ste 200**
**Employer Solutions Group**
**Eden Prairie, MN 55344**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

| 3.164 56 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rebecca Lienhard**
**10122 Wish Avenue**
**Northridge, CA 91325**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

**$604.00**

---

| 3.164 57 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rebecca P**
**30978 Huntsman Dr. E**
**Farmington Hills, MI 48331**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$68.00**

---

| 3.164 58 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rebecca Pawlowski**
**508 E Orion St**
**Tempe, AZ 85283**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

| 3.164 59 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rebecca Pendleton**
**92 Waterhouse Rd**
**Barrington, NH 03825**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

| 3.164 60 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rebecca Phillips**
**537 Veranda Rd Nw**
**Albuquerque, NM 87107**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.164 61**

**Nonpriority creditor's name and mailing address**

**Rebecca Rieder**
**576 Lillian Dr**
**Madeira Beach, FL 33708**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$84.00**

---

**3.164 62**

**Nonpriority creditor's name and mailing address**

**Rebecca Russ**
**1243 Dumont Dr**
**Richardson, TX 75080**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.164 63**

**Nonpriority creditor's name and mailing address**

**Rebecca S**
**6537 Pinnacle Ct**
**Moorpark, CA 93021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.164 64**

**Nonpriority creditor's name and mailing address**

**Rebecca Seger**
**1758 Morningview Drive**
**Yorktown Heights, NY 10598**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$361.00**

---

**3.164 65**

**Nonpriority creditor's name and mailing address**

**Rebecca Sells**
**3530 Travis St**
**Apt 115**
**Dallas, TX 75204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$228.00**

---

**3.164 66**

**Nonpriority creditor's name and mailing address**

**Rebecca Strong**
**52 Prescott St**
**North Andover, MA 01845**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$46.00**

---

**3.164 67**

**Nonpriority creditor's name and mailing address**

**Rebecca Struch**
**678 11th Ave**
**San Francisco, CA 94118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$114.00**

---

Debtor    **Phoeno Wine Company, Inc.**
       Name                                    Case number *(if known)*

---

**3.164 68**

**Nonpriority creditor's name and mailing address**
**Rebecca Vanginkel**
**N17871 Pine Tree Square Rd.**
**Pembine, WI 54156**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$23.00**

---

**3.164 69**

**Nonpriority creditor's name and mailing address**
**Rebecca Wyatt**
**4840 Gwynne Rd**
**Memphis, TN 38117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$915.00**

---

**3.164 70**

**Nonpriority creditor's name and mailing address**
**Rebekah M**
**9441 Imperial Ave**
**Garden Grove, CA 92844**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.164 71**

**Nonpriority creditor's name and mailing address**
**Rebekah Meier**
**9441 Imperial Ave**
**Garden Grove, CA 92844**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$155.00**

---

**3.164 72**

**Nonpriority creditor's name and mailing address**
**Rebekah Seetharaman**
**756 12th St**
**B**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$33.00**

---

**3.164 73**

**Nonpriority creditor's name and mailing address**
**Rebekka Ervin**
**920 N Osceola Ave Unit 407**
**Clearwater, FL 33755**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$474.00**

---

**3.164 74**

**Nonpriority creditor's name and mailing address**
**Reed C**
**3235 Gough St Apt 103**
**San Francisco, CA 94123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

Debtor    **Phoeno Wine Company, Inc.**    Case number *(if known)* _____
_____
Name

| 3.164 75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$98.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Reed Clark**
**3235 Gough St Apt 103**
**San Francisco, CA 94123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$98.00**

---

3.164 76

**Nonpriority creditor's name and mailing address**
**Reed Davis**
**236 Deer Run Dr**
**Zion Crossroads, VA 22942**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,174.00**

---

3.164 77

**Nonpriority creditor's name and mailing address**
**Reeves Stanwood**
**102 Wisconsin Ave**
**Whitefish, MT 59937**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,085.00**

---

3.164 78

**Nonpriority creditor's name and mailing address**
**Regan C**
**34409 Se Burke St**
**Snoqualmie, WA 98065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

3.164 79

**Nonpriority creditor's name and mailing address**
**Regan Caviness**
**3006 S. Hughes St.**
**Amarillo, TX 79109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$340.00**

---

3.164 80

**Nonpriority creditor's name and mailing address**
**Regenia M**
**135 Chestnut Tree Rd**
**Mooresville, NC 28117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

3.164 81

**Nonpriority creditor's name and mailing address**
**Regenia Mccall**
**135 Chestnut Tree Rd**
**Mooresville, NC 28117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Phoeno Wine Company, Inc.**

Case number (*if known*)

Name

---

| 3.164 82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $183.00 |
|---|---|---|---|

**Regina Burdi**
**37 Old Kings Rd N**
**Palm Coast, FL 32137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |
|---|---|---|---|

**Regina C**
**6515 South Forest Court**
**Gilbert, AZ 85298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $144.00 |
|---|---|---|---|

**Regina Coady**
**6515 South Forest Court**
**Gilbert, AZ 85298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $68.00 |
|---|---|---|---|

**Regina Griego**
**7205 Wickford Dr**
**Alexandria, VA 22315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |
|---|---|---|---|

**Regina Leung**
**100 Fairlawn Dr**
**Berkeley, CA 94708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $34.00 |
|---|---|---|---|

**Regina M**
**707 Rex Ave**
**Richmond, VA 23222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |
|---|---|---|---|

**Reginald W**
**6304 Hedge Lane Ter Apt 203**
**Shawnee, KS 66226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
Name

Case number *(if known)*

---

| 3.164 89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$231.00** |
|---|---|---|---|

**Reginald Weaver**
**6304 Hedge Lane Ter Apt 203**
**Shawnee, KS 66226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$340.00** |
|---|---|---|---|

**Regine Jeune**
**924 Ashland Ave**
**River Forest, IL 60305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19.00** |
|---|---|---|---|

**Regis H**
**33 Winfield Ave**
**Harrison, NY 10528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$590.00** |
|---|---|---|---|

**Regis Haberkorn**
**33 Winfield Ave**
**Harrison, NY 10528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$82.00** |
|---|---|---|---|

**Reid Rossell**
**335 Summit Ave Apt 4**
**Saint Paul, MN 55102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$155.00** |
|---|---|---|---|

**Reinaldo Abrahante**
**30 NW 122 Court**
**Miami, FL 33182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$780.00** |
|---|---|---|---|

**Reinaldo Barrera**
**10313 Abbott Rd**
**Manassas Va 20110, VA 20110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

---

| 3.164 96 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Reine Kehdy**
**12651 Stella Ln**
**San Diego, CA 92129**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$292.00**

---

| 3.164 97 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Reinig John**
**906 Stratford Dr**
**Southlake, TX 76092**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$40.00**

---

| 3.164 98 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Reiss Kohl**
**1119 W Muir Way**
**Hanford, CA 93230**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$712.00**

---

| 3.164 99 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Reita B**
**1890 Broadway**
**102**
**San Francisco, CA 94109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$13.21**

---

| 3.165 00 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rekha Puppala**
**15 Whetherell Rd**
**Hillsborough, NJ 08844**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$11,846.00**

---

| 3.165 01 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Remedios D**
**18704 S Austin Rd**
**Manteca, CA 95336**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

| 3.165 02 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rena Stephens**
**11601 Century Oaks Ter Apt 4201**
**Austin, TX 78758**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$66.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

---

| 3.165 03 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rena Thompson**
**3792 Magnolia Street**
**Irvine, CA 92606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,862.00**

---

| 3.165 04 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Renae Mcareavey**
**18373 Smith Ct NW**
**Elk River, MN 55330**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.165 05 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Renan Paiva**
**1815 Cheshire Ln**
**Houston, TX 77018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$74.00**

---

| 3.165 06 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Renata Santos**
**19111 Collins Ave Apt 2808**
**Sunny Isles Beach, FL 33160**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$56.00**

---

| 3.165 07 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Renate Maher**
**46 Virginia Ave Unit B**
**Danbury, CT 06810**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$739.00**

---

| 3.165 08 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Renay T**
**1275 Pheasant Run**
**Springfield, OH 45503**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$64.00**

---

| 3.165 09 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rene B**
**9445 Ne Shore Dr**
**Indianola, WA 98342**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$70.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.165 10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$318.00** |
|---|---|---|---|

**Rene Buerger**
**9445 NE Shore Dr**
**Indianola, WA 98342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,489.00** |
|---|---|---|---|

**Rene Imperiale**
**527 D St**
**Eureka, CA 95501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$520.00** |
|---|---|---|---|

**Rene Johnson**
**15 Panorama Blvd**
**Sedona, AZ 86336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10.00** |
|---|---|---|---|

**Rene L**
**5611 Triway Ln**
**Houston, TX 77041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$887.00** |
|---|---|---|---|

**Rene Paarup**
**631 Se 7th Ave**
**Pompano Beach, FL 33060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10.00** |
|---|---|---|---|

**Rene R**
**3221 Enterprise Ave**
**Clovis, CA 93619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$28.00** |
|---|---|---|---|

**Rene Ramos**
**3221 Enterprise Ave**
**Clovis, CA 93619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

**3.165
17**

**Nonpriority creditor's name and mailing address**
**Rene Vidal**
**108 Trinidad Bnd**
**Coronado, CA 92118**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

**3.165
18**

**Nonpriority creditor's name and mailing address**
**Renee Barnhill**
**74 Pelican Bay Dr**
**Santa Rosa Beach, FL 32459**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$116.00**

---

**3.165
19**

**Nonpriority creditor's name and mailing address**
**Renee Coyner**
**20325 Route 19**
**Cranberry Twp, PA 16066**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,820.00**

---

**3.165
20**

**Nonpriority creditor's name and mailing address**
**Renee Espinosa**
**700 S Butterfield Rd**
**Mundelein, IL 60060**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$102.00**

---

**3.165
21**

**Nonpriority creditor's name and mailing address**
**Renee G**
**2167 Satter St**
**West Linn, OR 97068**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$31.00**

---

**3.165
22**

**Nonpriority creditor's name and mailing address**
**Renee Gardner**
**2167 Satter St**
**West Linn, OR 97068**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$668.00**

---

**3.165
23**

**Nonpriority creditor's name and mailing address**
**Renee Henry**
**35 Bret Court**
**Novato, CA 94947**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$57.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

| 3.165 24 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Renee N**
**13115 Turnbridge Trl**
**Houston, TX 77065**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$21.00

---

| 3.165 25 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Renee Nordt**
**13115 Turnbridge Trl**
**Houston, TX 77065**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$542.00

---

| 3.165 26 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Renee Oliver**
**761 Palma Dr**
**Salinas, CA 93901**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$238.00

---

| 3.165 27 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Renee R**
**3835 Beechwood Lane**
**Dallas, TX 75220**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.165 28 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Renee Turner**
**929 Jeffery Turner Rd**
**Baxley, GA 31513**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$422.00

---

| 3.165 29 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Renee W**
**16817 Macduff Ave**
**Olney, MD 20832**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$59.00

---

| 3.165 30 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Renemendoza**
**7304 Grayson Dr.**
**Plano, TX 75025**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____        Case number _(if known)_    _____
Name

| 3.165 31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $128.57 |

**Nonpriority creditor's name and mailing address**
**Reuben B**
**5826 Firestone Ct**
**San Jose, CA 95138**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$128.57

---

**3.165 32**

**Nonpriority creditor's name and mailing address**
**Reuben Boyd**
**5826 Firestone Ct**
**San Jose, CA 95138**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$264.00

---

**3.165 33**

**Nonpriority creditor's name and mailing address**
**Reuven Namdar**
**285 Riverside Drive**
**Apartment 15c**
**New York, NY 10028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$5,439.00

---

**3.165 34**

**Nonpriority creditor's name and mailing address**
**Rex Hall**
**9641 E Geddes Ave Unit 309**
**Centennial, CO 80112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$498.00

---

**3.165 35**

**Nonpriority creditor's name and mailing address**
**Rex P**
**40914 North 3rd Ave**
**Phoenix, AZ 85086**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.165 36**

**Nonpriority creditor's name and mailing address**
**Rex Watkins**
**7024 Brierhill Ct**
**Fort Worth, TX 76132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,524.00

---

**3.165 37**

**Nonpriority creditor's name and mailing address**
**Rex White**
**104 1/2 Lafayette St**
**Jersey City, NJ 07304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$2,547.39

---

Debtor **Phoeno Wine Company, Inc.**
    Name                                  Case number *(if known)*

---

**3.165 38**

**Nonpriority creditor's name and mailing address**
**Reyanna Ekola**
**9950 Yorktown Ln N**
**Maple Grove, MN 55369**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$83.00**

---

**3.165 39**

**Nonpriority creditor's name and mailing address**
**Reynaldo C**
**9344 Nw 50 Doral Circle N**
**Doral, FL 33178**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.165 40**

**Nonpriority creditor's name and mailing address**
**Reza A**
**9817 Valley View Road**
**Eden Prairie, MN 55344**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.165 41**

**Nonpriority creditor's name and mailing address**
**Reza Aghelnejad**
**9817 Valley View Road**
**Eden Prairie, MN 55344**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$156.00**

---

**3.165 42**

**Nonpriority creditor's name and mailing address**
**Reza Mobrem**
**708 Harman Ave**
**Oakwood, OH 45419**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,656.00**

---

**3.165 43**

**Nonpriority creditor's name and mailing address**
**Reza N**
**340 Division St**
**San Francisco, CA 94103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.165 44**

**Nonpriority creditor's name and mailing address**
**Rgeaston**
**3337 Moravia Rd**
**Baltimore, MD 21214**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$140.00**

---

Debtor     **Phoeno Wine Company, Inc.**                                  Case number (if known) _____
_____
           Name

| 3.165 45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
|---|---|---|---|

**Rhea Frawley**
**6011 Ne 131st Ave**
**Vancouver, WA 98682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$52.00** |
|---|---|---|---|

**Rhea Z**
**4760 Sherwood Forest Drive**
**Delray Beach, FL 33445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,357.00** |
|---|---|---|---|

**Rhea Zabell**
**4760 Sherwood Forest Drive**
**Delray Beach, FL 33445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$519.00** |
|---|---|---|---|

**Rheana Techapinyawat**
**3436 E Harmony Ave**
**Mesa, AZ 85204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$105.00** |
|---|---|---|---|

**Rhett Bachner**
**59 Rose Ave #2**
**Venice, CA 90291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7.00** |
|---|---|---|---|

**Rhonada Y**
**26240 Monte Vista Ave**
**Lomita, CA 90717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,846.00** |
|---|---|---|---|

**Rhonda Demuth**
**3360 Marschall Rd**
**Shakopee, MN 55379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.165 52 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rhonda Hinrichs**
**3205 Avalon Blvd**
**Alpharetta, GA 30009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$140.00**

---

| 3.165 53 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rhonda Mcclelland**
**429 W Ohio St**
**Chicago, IL 60654**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

| 3.165 54 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rhonda Milburn**
**5808 N Humboldt Ave**
**Peoria, IL 61614**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$132.00**

---

| 3.165 55 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rhonda Scott**
**225 Hash Ln**
**Summerfield, NC 27358**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$745.00**

---

| 3.165 56 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rhonda Strasburg**
**44257 Mimosa Grove Sq**
**Leesburg, VA 20176**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

| 3.165 57 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rhonda Swanson**
**19 Thoroughbred Way**
**Clifton Park, NY 12065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$342.00**

---

| 3.165 58 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rhonda Walls**
**1227 15th Avenue**
**San Francisco, CA 94122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$55.00**

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  **Phoeno Wine Company, Inc.**
Name

Case number *(if known)* _____

---

| 3.165 59 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ria Jones**
**1514 New Bedford Drive**
**Sun City Center, FL 33573**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$24.00

---

| 3.165 60 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rian Park**
**1761 Ann Rd**
**Merrick, NY 11566**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$70.00

---

| 3.165 61 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rian Windsheimer**
**320 NW 3rd St**
**Pendleton, OR 97801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$3,688.00

---

| 3.165 62 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ricardo B**
**1125 W Mountain Sky Ave**
**Phoenix, AZ 85045**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

| 3.165 63 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ricardo P**
**6910 Harvest Ln**
**Katy, TX 77493**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$8.00

---

| 3.165 64 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ricardo Peralta**
**6910 Harvest Ln**
**Katy, TX 77493**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$273.00

---

| 3.165 65 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ricardo S**
**160 Corson St Apt 325**
**Pasadena, CA 91103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.165 66**

**Nonpriority creditor's name and mailing address**
**Ricardo S**
**3400 W. Olive Ave Ste 550**
**Burbank, CA 91505**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.53**

---

**3.165 67**

**Nonpriority creditor's name and mailing address**
**Ricardo Vasquez**
**2016 S Greeley Hwy # 11d**
**Cheyenne, WY 82007**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$158.00**

---

**3.165 68**

**Nonpriority creditor's name and mailing address**
**Riccardo Deluca**
**86 Anita Dr**
**Pittsfield, MA 01201**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$92.00**

---

**3.165 69**

**Nonpriority creditor's name and mailing address**
**Rich Allen**
**200 W 26th St Apt 3r**
**New York, NY 10001**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$699.00**

---

**3.165 70**

**Nonpriority creditor's name and mailing address**
**Rich B**
**106 Cedar Ln**
**Ridgefield, CT 06877**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.165 71**

**Nonpriority creditor's name and mailing address**
**Rich B**
**18319 Dewey Avenue**
**Elkhorn, NE 68022**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.165 72**

**Nonpriority creditor's name and mailing address**
**Rich B**
**37 Thistle Dr.**
**Parmus, NJ 07652**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____      Case number *(if known)* _____
Name

| 3.165 73 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rich B**
**57 Tully Rd**
**Canton, NY 13617**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,267.00**

---

| 3.165 74 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rich Babjak**
**1650 N Arlington Heights Rd Ste 100**
**Arlington Heights, IL 60004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.165 75 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rich Barclay**
**37 Thistle Dr.**
**Parmus, NJ 07652**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,868.00**

---

| 3.165 76 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rich Basler**
**57 Tully Rd**
**Canton, NY 13617**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$18,063.00**

---

| 3.165 77 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rich Brandt**
**48 Glen Ave**
**Will Rich Shoe Company**
**Newton, MA 02459**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.165 78 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rich Broderick**
**2 Washington Ave**
**Enfield, CT 06082**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$747.00**

---

| 3.165 79 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rich Burdi**
**4 Prestwick Ln**
**Palm Coast, FL 32164**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$84.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
|--------|------------------------------|---|-------------------------|---|
| | Name | | | |

---

**3.165 80**

**Nonpriority creditor's name and mailing address**
**Rich Butler**
**106 Cedar Ln**
**Ridgefield, CT 06877**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,114.00**

---

**3.165 81**

**Nonpriority creditor's name and mailing address**
**Rich Diaz**
**2300 Williston Loop**
**Austin, TX 78748**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$59.00**

---

**3.165 82**

**Nonpriority creditor's name and mailing address**
**Rich Groff**
**13015 Peregrin Cir**
**Bradenton, FL 34212**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

**3.165 83**

**Nonpriority creditor's name and mailing address**
**Rich J**
**22 Saratoga Ct.**
**Alamo, CA 94507**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.165 84**

**Nonpriority creditor's name and mailing address**
**Rich L**
**3303 Parsons Blvd**
**Flushing, NY 11354**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.165 85**

**Nonpriority creditor's name and mailing address**
**Rich M**
**117 Canfield Ct**
**Brentwood, CA 94513**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.165 86**

**Nonpriority creditor's name and mailing address**
**Rich M**
**250 Pharr Rd Ne 1418**
**Atlanta, GA 30305**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

---

| 3.165 87 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rich Mcleod**
**20445 County Road H**
**Weston, MO 64098**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

| 3.165 88 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rich S**
**1759 S Hill Rd Apt 201**
**Ventura, CA 93003**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

| 3.165 89 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rich Sturgill**
**753 Daybreak Pl**
**Longwood, FL 32750**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$21,967.00**

---

| 3.165 90 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rich T 13409236**
**67 E Columbus Ave**
**Pittston, PA 18640**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

| 3.165 91 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rich Veldran**
**68 Woodmont Rd**
**Montclair, NJ 07043**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$670.00**

---

| 3.165 92 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Richard A**
**205 Beacon Dr**
**Weirton, WV 26062**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| 3.165 93 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Richard B**
**3120 204th Ct Ne**
**Sammamish, WA 98074**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$36,913.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
Name

---

**3.165 94**

**Nonpriority creditor's name and mailing address**

**Richard B**
**318 Amy Dr**
**Abingdon, MD 21009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

**3.165 95**

**Nonpriority creditor's name and mailing address**

**Richard Barido**
**Fedex Print And Ship Center**
**495 Bay Area Blvd**
**Houston, TX 77058**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

**3.165 96**

**Nonpriority creditor's name and mailing address**

**Richard Barnett**
**15505 Bandon Dr**
**Austin, TX 78717**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$10,139.00

---

**3.165 97**

**Nonpriority creditor's name and mailing address**

**Richard Basilan**
**545 Harbourtown Ct Se**
**Salem, OR 97306**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,018.00

---

**3.165 98**

**Nonpriority creditor's name and mailing address**

**Richard Baum**
**275 W 96th St Apt 25e**
**New York, NY 10025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$22.00

---

**3.165 99**

**Nonpriority creditor's name and mailing address**

**Richard Bellman**
**2196 Fayton Ct**
**Camarillo, CA 93010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$64.00

---

**3.166 00**

**Nonpriority creditor's name and mailing address**

**Richard Brooks**
**3122 Pintail Lane**
**Signal Mountain, TN 37377**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$420.00

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.166 01 | **Nonpriority creditor's name and mailing address** **Richard C** **1011 Aleppo Dr** **Santa Rosa, CA 95409** | **As of the petition filing date, the claim is:** Check all that apply. | **$37.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.166 02 | **Nonpriority creditor's name and mailing address** **Richard C** **1220 Ridge Rd** **North Haven, CT 06473** | **As of the petition filing date, the claim is:** Check all that apply. | **$20.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.166 03 | **Nonpriority creditor's name and mailing address** **Richard C** **148 Westbury Ln** **Georgetown, TX 78633** | **As of the petition filing date, the claim is:** Check all that apply. | **$39.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.166 04 | **Nonpriority creditor's name and mailing address** **Richard C** **5825 Lake Pine Rd** **Vero Beach, FL 32967** | **As of the petition filing date, the claim is:** Check all that apply. | **$120.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.166 05 | **Nonpriority creditor's name and mailing address** **Richard C** **6007 Mayfair Ln** **Alexandria, VA 22310** | **As of the petition filing date, the claim is:** Check all that apply. | **$10.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.166 06 | **Nonpriority creditor's name and mailing address** **Richard Capito** **1097 Fledderjohn Rd** **Charleston, WV 25314** | **As of the petition filing date, the claim is:** Check all that apply. | **$28.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.166 07 | **Nonpriority creditor's name and mailing address** **Richard Carter** **5825 Lake Pine Rd** **Vero Beach, FL 32967** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,160.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 3.166 08 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Richard Cash**
**12600 Popes Head Road**
**Clifton, VA 20124**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$426.00

---

| 3.166 09 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Richard Cervantez**
**6007 Mayfair Ln**
**Alexandria, VA 22310**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,819.00

---

| 3.166 10 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Richard Cerwinski**
**14101 Ramblewood Dr**
**Chester, VA 23836**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$10,115.00

---

| 3.166 11 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Richard Chamberlain**
**87 Prospect Ave**
**Maywood, NJ 07607**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$338.00

---

| 3.166 12 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Richard Coughlan**
**148 Westbury Ln**
**Georgetown, TX 78633**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.166 13 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Richard Crawford**
**104 Windsor Way**
**Richmond, VA 23221**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,328.00

---

| 3.166 14 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Richard Crum**
**115 W Main St**
**Ripon, CA 95366**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$76.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

---

| 3.166<br>15 | **Nonpriority creditor's name and mailing address**<br>**Richard D**<br>**16407 Wilson Creek Ct**<br>**Chesterfield, MO 63005** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$50.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166<br>16 | **Nonpriority creditor's name and mailing address**<br>**Richard Damico**<br>**3173 Canterbury Dr**<br>**Allison Park, PA 15101** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166<br>17 | **Nonpriority creditor's name and mailing address**<br>**Richard Denardis**<br>**900 W. Agatite**<br>**Apt 1**<br>**Chicago, IL 60640** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$140.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166<br>18 | **Nonpriority creditor's name and mailing address**<br>**Richard E**<br>**1520 N Calle De Arvayo**<br>**Tucson, AZ 85715** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$20.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166<br>19 | **Nonpriority creditor's name and mailing address**<br>**Richard Ebocook**<br>**307 Bellflower Place**<br>**Montgomery, TX 77316** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$145.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166<br>20 | **Nonpriority creditor's name and mailing address**<br>**Richard Edgin**<br>**15902 Parkside Ct**<br>**Baton Rouge, LA 70817** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$56.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166<br>21 | **Nonpriority creditor's name and mailing address**<br>**Richard Erickson**<br>**1207 Sunny Acres Rd**<br>**Mahomet, IL 61853** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,134.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

---

**3.166**
**22**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$70.00** |

**Richard F**
**230 Gregory Rd**
**Forsyth, GA 31029**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.166**
**23**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$50.00** |

**Richard F**
**34300 Lantern Bay Dr**
**#9**
**Dana Point, CA 92629**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.166**
**24**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$35.00** |

**Richard Fink**
**282 Hillsboro Pl**
**Nashville, TN 37215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.166**
**25**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$2,966.00** |

**Richard Foley**
**612 Millers Way**
**Simsbury, CT 06070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.166**
**26**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$52.00** |

**Richard Freeman**
**2232 Corson Lane**
**New Hope, PA 18938**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.166**
**27**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$532.00** |

**Richard Freeman**
**230 Gregory Rd**
**Forsyth, GA 31029**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.166**
**28**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$190.00** |

**Richard Furman**
**60 Edgewater Dr Apt 5d**
**Coral Gables, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 3.166<br>29 | **Nonpriority creditor's name and mailing address**<br>**Richard G**<br>**1471 Minard Ln**<br>**Libertyville, IL 60048** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $23.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166<br>30 | **Nonpriority creditor's name and mailing address**<br>**Richard G**<br>**27 Westminster Street**<br>**Massapequa, NY 11758** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $51.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166<br>31 | **Nonpriority creditor's name and mailing address**<br>**Richard G**<br>**2905 Coral Valley Dr**<br>**Leander, TX 78641** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $60.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166<br>32 | **Nonpriority creditor's name and mailing address**<br>**Richard G**<br>**3025 Mercato Way**<br>**Roseville, CA 95661** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166<br>33 | **Nonpriority creditor's name and mailing address**<br>**Richard Gerrish**<br>**1520 Creekside Ct # A**<br>**Pasadena, CA 91107** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $774.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166<br>34 | **Nonpriority creditor's name and mailing address**<br>**Richard Gervais**<br>**9621 Fernwood Drive Apt L271**<br>**Olmsted Falls, OH 44138** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $65.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166<br>35 | **Nonpriority creditor's name and mailing address**<br>**Richard Gjerulff**<br>**2100 Abberly Circle**<br>**Apt  3213**<br>**Midlothian, VA 23114** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $231.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____ Case number *(if known)* _____

Name

| 3.166 36 | **Nonpriority creditor's name and mailing address** **Richard Gjerulff** **6200 Strongbow Dr** **Moseley, VA 23120** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$56.00** |

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 37 | **Nonpriority creditor's name and mailing address** **Richard Gonzalez** **8830 Sw 24 Street** **Miami, FL 33165** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$793.00** |

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 38 | **Nonpriority creditor's name and mailing address** **Richard Goudis** **33250 Meadow Creek Drive** **Steamboat Springs, CO 80487** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$35.00** |

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 39 | **Nonpriority creditor's name and mailing address** **Richard Guinness** **27 Westminster Street** **Massapequa, NY 11758** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$35.00** |

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 40 | **Nonpriority creditor's name and mailing address** **Richard Gustafson** **2905 Coral Valley Dr** **Leander, TX 78641** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$8,620.00** |

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 41 | **Nonpriority creditor's name and mailing address** **Richard H** **1180 Fulton St** **San Francisco, CA 94117** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$6.87** |

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 42 | **Nonpriority creditor's name and mailing address** **Richard H** **150 Barber Lyerly Road** **Salisbury, NC 28147** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$23.00** |

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.166 43**

**Nonpriority creditor's name and mailing address**
**Richard H**
**39766 Golfers Dr**
**Palmdale, CA 93551**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.41

---

**3.166 44**

**Nonpriority creditor's name and mailing address**
**Richard Hanna**
**2326 Blackberry Rd,**
**Baltimore, MD 21209**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$252.00

---

**3.166 45**

**Nonpriority creditor's name and mailing address**
**Richard Hannjr**
**920 E Main St**
**Palmyra, PA 17078**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,967.00

---

**3.166 46**

**Nonpriority creditor's name and mailing address**
**Richard Hcrockett**
**2393 Debra Ave**
**East Petersburg, PA 17520**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$28.00

---

**3.166 47**

**Nonpriority creditor's name and mailing address**
**Richard Headley**
**3771 Baker St**
**San Diego, CA 92117**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$572.00

---

**3.166 48**

**Nonpriority creditor's name and mailing address**
**Richard Healey**
**10 Wild Plum Ln**
**Littleton, CO 80123**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

**3.166 49**

**Nonpriority creditor's name and mailing address**
**Richard Heffernan**
**33 Colonial Way**
**New Providence, NJ 07974**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.166 50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$891.00** |

**Richard Hellmann**
**150 Barber Lyerly Road**
**Salisbury, NC 28147**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$142.00** |

**Richard Herrera**
**278 Bradford Dr.**
**Canfield, OH 44406**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$851.00** |

**Richard Hobson**
**9601 Katy Fwy Ste 450**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,418.00** |

**Richard Hoefflin**
**2659 Townsgate Rd Ste 232**
**Westlake Village, CA 91361**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,464.00** |

**Richard Hofmann**
**12740 Norfolk Ln**
**Carmel, IN 46032**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$196.00** |

**Richard Holbrook**
**7319 Yates Ct**
**Mclean, VA 22101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$228.00** |

**Richard Horner**
**2520 Plains St**
**Laramie, WY 82072**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
    Name

Case number (if known) _____

---

| 3.166 57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$516.00** |

**Richard Huldisch**
**6838 Yellowstone Blvd**
**Apt#A57**
**Forest Hills, NY 11375**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |

**Richard J**
**1875 Corporal Kennedy Street**
**2 H**
**Bayside, NY 11360**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3.00** |

**Richard J**
**2697 Copperfield Dr**
**Naperville, IL 60565**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60.00** |

**Richard J**
**5595 Washington Ave**
**Mentor, OH 44060**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Richard Jacobsen**
**2697 Copperfield Dr**
**Naperville, IL 60565**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$63.00** |

**Richard Jennings**
**5595 Washington Ave**
**Mentor, OH 44060**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20.00** |

**Richard K**
**16314 Turnberry**
**Village Of Loch Lloyd, MO 64012**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.166 64 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Richard K**
**504 Twilight St**
**Helena, MT 59601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.166 65 |
|---|

**Nonpriority creditor's name and mailing address**

**Richard Kim**
**2770 19th Ave Unit 31**
**San Francisco, CA 94132**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

| 3.166 66 |
|---|

**Nonpriority creditor's name and mailing address**

**Richard Kitts**
**9720 Pan Falls St**
**Las Vegas, NV 89178**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,779.00**

---

| 3.166 67 |
|---|

**Nonpriority creditor's name and mailing address**

**Richard Koby**
**332 Catherine Street**
**Walla Walla, WA 99362**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.166 68 |
|---|

**Nonpriority creditor's name and mailing address**

**Richard Kupetsky**
**12864 Vineyard Crest Place**
**Lakeside, CA 92040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$64.00**

---

| 3.166 69 |
|---|

**Nonpriority creditor's name and mailing address**

**Richard L**
**1923 Landfall Pass Nw**
**Kennesaw, GA 30152**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$36.00**

---

| 3.166 70 |
|---|

**Nonpriority creditor's name and mailing address**

**Richard L**
**4450 Birch St Ne**
**St Petersburg, FL 33703**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$217.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*    _____

---

| 3.166 71 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Richard L**
**58 High St Unit 3**
**Charlestown, MA 02129**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.166 72 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Richard Lahaye**
**1343 Creosote Ln**
**Mamou, LA 70554**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$142.00**

---

| 3.166 73 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Richard Leighton**
**799 Jefferson Road (Ups Customer Center)**
**Will Call**
**Parsippany, NJ 07054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,797.00**

---

| 3.166 74 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Richard Lepkowicz**
**500 Utterback Store Rd**
**Great Falls, VA 22066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

| 3.166 75 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Richard London**
**4450 Birch St NE**
**St Petersburg, FL 33703**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$6,356.00**

---

| 3.166 76 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Richard Lundeberg**
**1923 Landfall Pass NW**
**Kennesaw, GA 30152**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,035.00**

---

| 3.166 77 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Richard M**
**5703 Shore Dr**
**Churchton, MD 20733**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$80.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.166 78 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
| **Richard M** | ☐ Contingent | |
| **16 Parsons Walk** | ☐ Unliquidated | |
| **Darien, CT 06820** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.166 79 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$84.00** |
| **Richard Magnan** | ☐ Contingent | |
| **41707 Christy St** | ☐ Unliquidated | |
| **Fremont, CA 94538** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.166 80 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$116.00** |
| **Richard Mcfarland** | ☐ Contingent | |
| **601 Harrison St Apt 420w** | ☐ Unliquidated | |
| **Hoboken, NJ 07030** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.166 81 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$468.00** |
| **Richard Mcmahon** | ☐ Contingent | |
| **214 Kailua Rd** | ☐ Unliquidated | |
| **Kailua, HI 96734** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.166 82 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$682.00** |
| **Richard Meade** | ☐ Contingent | |
| **1001 S Ballantine Rd** | ☐ Unliquidated | |
| **Bloomington, IN 47401** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.166 83 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
| **Richard N** | ☐ Contingent | |
| **10445 Cobalt Ct.** | ☐ Unliquidated | |
| **Coral Springs, FL 33076** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.166 84 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$352.00** |
| **Richard Nable** | ☐ Contingent | |
| **96 Craig St Ste 112-331** | ☐ Unliquidated | |
| **East Ellijay, GA 30540** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_  _____
Name

---

| 3.166 85 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$8,823.00** |
| **Richard Oring** | ☐ Contingent | |
| **1 Airport Pl Ste 3** | ☐ Unliquidated | |
| **Princeton, NJ 08540** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.166 86 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$96.00** |
| **Richard P** | ☐ Contingent | |
| **4210 Coaldale Dr** | ☐ Unliquidated | |
| **Loveland, CO 80538** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.166 87 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$5,627.00** |
| **Richard Palmer** | ☐ Contingent | |
| **4210 Coaldale Dr** | ☐ Unliquidated | |
| **Loveland, CO 80538** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.166 88 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,520.00** |
| **Richard Park** | ☐ Contingent | |
| **10430 Park Rd Ste 100b** | ☐ Unliquidated | |
| **Charlotte, NC 28210** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.166 89 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$357.00** |
| **Richard Perreault** | ☐ Contingent | |
| **100 Brigantine Cir** | ☐ Unliquidated | |
| **Norwell, MA 02061** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.166 90 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$446.00** |
| **Richard Phillips** | ☐ Contingent | |
| **4005 Tejon Circle** | ☐ Unliquidated | |
| **Austin, TX 78734** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.166 91 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$225.00** |
| **Richard Price** | ☐ Contingent | |
| **9990 Double R Blvd Ste 200** | ☐ Unliquidated | |
| **Reno, NV 89521** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Phoeno Wine Company, Inc.**
_____        Case number _(if known)_ _____
Name

---

| 3.166 92 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Richard Purington**
**24 Normandy Ct**
**Ho Ho Kus, NJ 07423**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,935.00**

---

| 3.166 93 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Richard R**
**405 N Lakeside Dr**
**Lake Worth, FL 33460**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.166 94 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Richard R**
**7 Hundt Pl**
**West Orange, NJ 07052**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

| 3.166 95 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Richard R**
**7690 Tohickon Hill Road**
**Unit #3**
**Point Pleasant, PA 18950**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$4.00**

---

| 3.166 96 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Richard Radford**
**13322 Eckenstam Johnson Rd**
**Anderson Island, WA 98303**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,456.00**

---

| 3.166 97 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Richard Roberts**
**3390 Crestwood Circle**
**Cuyahoga Falls, OH 44223**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,104.00**

---

| 3.166 98 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Richard Ross**
**4437 N 47th Pl**
**Phoenix, AZ 85018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.166 99 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Richard Ross**
**4437 N 47th Pl**
**Phoenix, AZ 85018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$201.03**

---

| 3.167 00 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Richard Rothman**
**21 John Street**
**Demarest, NJ 07627**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$586.00**

---

| 3.167 01 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Richard S**
**11315 Hunnewell Ave.**
**Sylmar, CA 91342**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$9.00**

---

| 3.167 02 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Richard S**
**18399 Santa Veronica Cir**
**Fountain Valley, CA 92708**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.167 03 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Richard S**
**200 E Palmetto Park Rd**
**Apt 716**
**Boca Raton, FL 33432**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.167 04 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Richard S**
**213 Ne Hidden Valley Ln**
**Lees Summit, MO 64064**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.167 05 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Richard S**
**2439 Stanmore Drive**
**Houston, TX 77019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

Debtor   **Phoeno Wine Company, Inc.**
     Name

Case number *(if known)*

---

**3.167 06**

**Nonpriority creditor's name and mailing address**
**Richard S**
**415 W Superior St Apt 200**
**Chicago, IL 60654**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.167 07**

**Nonpriority creditor's name and mailing address**
**Richard S**
**7011 Sunne Ln Apt 338**
**Walnut Creek, CA 94597**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$88.00**

---

**3.167 08**

**Nonpriority creditor's name and mailing address**
**Richard Salsano**
**2 Galway Dr**
**Hazlet, NJ 07730**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$810.00**

---

**3.167 09**

**Nonpriority creditor's name and mailing address**
**Richard Schwab**
**54 W 16th St Apt 2g**
**New York, NY 10011**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$831.00**

---

**3.167 10**

**Nonpriority creditor's name and mailing address**
**Richard Shamos**
**1522 S Saltair Ave Apt 302**
**Los Angeles, CA 90025**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$281.00**

---

**3.167 11**

**Nonpriority creditor's name and mailing address**
**Richard Sherman**
**56 Brunswick Ave**
**Moosup, CT 06354**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$22.00**

---

**3.167 12**

**Nonpriority creditor's name and mailing address**
**Richard Silver**
**11315 Hunnewell Ave.**
**Sylmar, CA 91342**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$851.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*  _____

---

**3.167**
**13**

**Nonpriority creditor's name and mailing address**

**Richard Smiley**
**2448 Skyharbor**
**Plano, TX 75025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.167**
**14**

**Nonpriority creditor's name and mailing address**

**Richard Sparno**
**18399 Santa Veronica Cir**
**Fountain Valley, CA 92708**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$351.00**

---

**3.167**
**15**

**Nonpriority creditor's name and mailing address**

**Richard Starbuck**
**7011 Sunne Ln Apt 338**
**Walnut Creek, CA 94597**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,990.00**

---

**3.167**
**16**

**Nonpriority creditor's name and mailing address**

**Richard T**
**678 Kerryton Place Circle**
**Ballwin, MO 63021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.167**
**17**

**Nonpriority creditor's name and mailing address**

**Richard Taylor**
**19 Sanctuary Peak Ct**
**Henderson, NV 89012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,264.00**

---

**3.167**
**18**

**Nonpriority creditor's name and mailing address**

**Richard Taylor**
**19 Sanctuary Peak Ct**
**Henderson, NV 89012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,199.00**

---

**3.167**
**19**

**Nonpriority creditor's name and mailing address**

**Richard Taylor**
**4925 Vorhies Rd**
**Ann Arbor, MI 48105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number _(if known)_ _____
Name

---

| 3.167 20 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Richard Thake**
**3607 Bryant Ave S**
**Minneapolis, MN 55409**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$27.00**

---

| 3.167 21 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Richard Toman**
**271 Avensong Dr**
**Lexington, SC 29072**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.167 22 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Richard Tramontozzi**
**557 Samuel Way**
**Sacramento, CA 95838**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$84.00**

---

| 3.167 23 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Richard Trifone**
**53 Spring Hill Rd**
**East Sandwich, MA 02537**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$204.00**

---

| 3.167 24 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Richard V**
**1230 Columbia Street**
**Suite 540**
**San Diego, CA 92101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.99**

---

| 3.167 25 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Richard V**
**1510 Se 17th St Ste 200c**
**Fort Lauderdale, FL 33316**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.167 26 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Richard V**
**1855 Gateway Blvd Ste 600**
**Concord, CA 94520**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Name                                                    Case number *(if known)*

---

| 3.167 27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,760.00** |

**Nonpriority creditor's name and mailing address**
**Richard Vanbergen**
**219 Orrick Ln**
**Kirkwood, MO 63122**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,760.00**

---

| 3.167 28 |

**Nonpriority creditor's name and mailing address**
**Richard Varghese**
**8600 Lookout Mountain Ave**
**Los Angeles, CA 90046**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$762.00**

---

| 3.167 29 |

**Nonpriority creditor's name and mailing address**
**Richard W**
**2637 Eight Iron Dr**
**Denver, NC 28037**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$21.00**

---

| 3.167 30 |

**Nonpriority creditor's name and mailing address**
**Richard Wallace**
**2041 Broadway St Apt 4**
**San Francisco, CA 94115**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$178.00**

---

| 3.167 31 |

**Nonpriority creditor's name and mailing address**
**Richard Weaver**
**1891 N Edgewood St**
**Flagstaff, AZ 86004**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$185.00**

---

| 3.167 32 |

**Nonpriority creditor's name and mailing address**
**Richard Wong**
**6 E NElson Ave Apt 205**
**Alexandria, VA 22301**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$720.00**

---

| 3.167 33 |

**Nonpriority creditor's name and mailing address**
**Richard Woodruff**
**2637 Eight Iron Dr**
**Denver, NC 28037**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$30.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                          Case number (if known) _____

| | | |
|---|---|---|
| 3.167 34 | **Nonpriority creditor's name and mailing address** <br> **Richard Zubek** <br> **28 River Rd** <br> **North Haven, CT 06473** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  **Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$334.00** |
| 3.167 35 | **Nonpriority creditor's name and mailing address** <br> **Richarda Sniezko** <br> **1174 Lorella Ave** <br> **Eugene, OR 97401** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  **Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$1,651.00** |
| 3.167 36 | **Nonpriority creditor's name and mailing address** <br> **Richardson Kristy** <br> **6000 Century Oaks Dr** <br> **Chattanooga, TN 37416** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  **Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$794.00** |
| 3.167 37 | **Nonpriority creditor's name and mailing address** <br> **Richie D** <br> **1202 Nisqually St** <br> **Steilacoom, WA 98388** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  **Customers - Deferred Credit** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$363.13** |
| 3.167 38 | **Nonpriority creditor's name and mailing address** <br> **Richie Day** <br> **1202 Nisqually St** <br> **Steilacoom, WA 98388** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  **Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$12.00** |
| 3.167 39 | **Nonpriority creditor's name and mailing address** <br> **Richmond Douglas** <br> **580 E St** <br> **Hawthorne, NV 89415** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  **Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$26,338.00** |
| 3.167 40 | **Nonpriority creditor's name and mailing address** <br> **Richrichard Francovitch** <br> **2233 Laurel St** <br> **New Orleans, LA 70130** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  **Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$28.00** |

Debtor   **Phoeno Wine Company, Inc.**                                    Case number *(if known)*  _____
_____
Name

---

| 3.167 41 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rick A**
**4590 Macarthur Blvd. #260**
**Newport Beach, CA 92660**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$12.89**

---

| 3.167 42 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rick B**
**218 W Armstrong Ave**
**Peoria, IL 61604**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

| 3.167 43 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rick Banks**
**2341 Northwest Maser Drive**
**Corvallis, OR 97330**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,536.00**

---

| 3.167 44 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rick Barker**
**5992 Ventura Pl**
**Hoschton, GA 30548**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$167.00**

---

| 3.167 45 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rick Barnes**
**6368 Dye Rd**
**Akron, NY 14001**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.167 46 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rick Caballero**
**13862 Perkins Rd Ste B**
**Baton Rouge, LA 70810**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$33.00**

---

| 3.167 47 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rick Carter**
**2229 E Expressway 83**
**Weslaco, TX 78596**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|--------|-------------------------------|--------------------------|---|
| | Name | | |

---

**3.167 48**

**Nonpriority creditor's name and mailing address**
**Rick Doggett**
**8509 Tierra Ct**
**Benbrook, TX 76126**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$344.00**

---

**3.167 49**

**Nonpriority creditor's name and mailing address**
**Rick F**
**2057 Abramson Rd**
**Santa Rosa, CA 95401**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$48.91**

---

**3.167 50**

**Nonpriority creditor's name and mailing address**
**Rick Fratus**
**3512 S. Keller**
**Kennewick, WA 99337**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,261.00**

---

**3.167 51**

**Nonpriority creditor's name and mailing address**
**Rick Frye**
**70 W Garzas Rd**
**Carmel Valley, CA 93924**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$313.00**

---

**3.167 52**

**Nonpriority creditor's name and mailing address**
**Rick Glover**
**700 Medical Center Dr**
**Newton, KS 67114**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$363.00**

---

**3.167 53**

**Nonpriority creditor's name and mailing address**
**Rick Goulding**
**1835 Stacy Creat**
**Houston, TX 77008**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$234.00**

---

**3.167 54**

**Nonpriority creditor's name and mailing address**
**Rick Griffin**
**1832 Windfield Dr**
**Munster, IN 46321**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$64.00**

---

Debtor    **Phoeno Wine Company, Inc.**

_____

Name

Case number (*if known*)    _____

| 3.167 55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$62.00** |

**Rick H**
**2102 Roaring Camp Drive**
**Gold River, CA 95670**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$80.00** |

**Rick H**
**224 54th Ave N**
**Nashville, TN 37209**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$513.00** |

**Rick Hagge**
**446 Main St**
**Plattsmouth, NE 68048**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$90.00** |

**Rick Helbing**
**15 Paradise Plaza #354**
**Sarasota, FL 34239**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$48.00** |

**Rick Hildebrand**
**5630 E Calle Marita**
**Cave Creek, AZ 85331**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$233.00** |

**Rick Hildebrand**
**5630 E Calle Marita**
**Cave Creek, AZ 85331**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,497.00** |

**Rick Holshevnikoff**
**2102 Roaring Camp Drive**
**Gold River, CA 95670**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**

_____
Name

Case number (if known) _____

---

| 3.167 |
| 62 |

**Nonpriority creditor's name and mailing address**
**Rick Konvalinka**
**1508 Ivey Dr**
**Charlotte, NC 28205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$8,914.00**

---

| 3.167 |
| 63 |

**Nonpriority creditor's name and mailing address**
**Rick M**
**19392 Wyatt Rd**
**Sonoma, CA 95476**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.167 |
| 64 |

**Nonpriority creditor's name and mailing address**
**Rick Mazer**
**52 Verde Rosa Dr**
**Henderson, NV 89011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$770.00**

---

| 3.167 |
| 65 |

**Nonpriority creditor's name and mailing address**
**Rick Mendoza**
**918 Glacial Falls Dr**
**Gilberts, IL 60136**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$147.00**

---

| 3.167 |
| 66 |

**Nonpriority creditor's name and mailing address**
**Rick O**
**1415 Greenfield Ave Apt 202**
**Los Angeles, CA 90025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$56.00**

---

| 3.167 |
| 67 |

**Nonpriority creditor's name and mailing address**
**Rick Ojeda**
**1415 Greenfield Ave Apt 202**
**Los Angeles, CA 90025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$232.00**

---

| 3.167 |
| 68 |

**Nonpriority creditor's name and mailing address**
**Rick P**
**42 Jack Road**
**Cortlandt Manor, NY 10567**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
Name

| | |
|---|---|
| **3.167 69** | |

**Nonpriority creditor's name and mailing address**

**Rick Pan**
**19719 Prospect Pl**
**Walnut, CA 91789**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☐ No ☐ Yes

**$58.00**

---

| | |
|---|---|
| **3.167 70** | |

**Nonpriority creditor's name and mailing address**

**Rick Parker**
**179 Crest Dr**
**Miramar Beach, FL 32550**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$214.00**

---

| | |
|---|---|
| **3.167 71** | |

**Nonpriority creditor's name and mailing address**

**Rick R**
**1623 Chamberside Drive**
**Rock Hill, SC 29730**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$197.00**

---

| | |
|---|---|
| **3.167 72** | |

**Nonpriority creditor's name and mailing address**

**Rick Rodenbeck**
**13200 Metcalf Ave Ste 240**
**Overland Park, KS 66213**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.167 73** | |

**Nonpriority creditor's name and mailing address**

**Rick Rogers**
**1623 Chamberside Drive**
**Rock Hill, SC 29730**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$404.00**

---

| | |
|---|---|
| **3.167 74** | |

**Nonpriority creditor's name and mailing address**

**Rick S**
**2170 W Palmetto St**
**Florence, SC 29501**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| | |
|---|---|
| **3.167 75** | |

**Nonpriority creditor's name and mailing address**

**Rick S**
**4016 Cedar Hills Ave**
**Springfield, OH 45504**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.167 76 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$65.00** |

**Rick Siddons**
**5355 Thornapple Lane**
**Acworth, GA 30101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 77 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$42.00** |

**Rick Squires**
**394 Grande River Blvd**
**Toms River, NJ 08755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 78 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$194.00** |

**Rick Veon**
**15 S 4th St**
**Martins Ferry, OH 43935**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 79 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7.00** |

**Rick W**
**2325 Vetchling Cir**
**Plano, TX 75025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 80 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**Rick W**
**4074 Picardy Drive**
**Northbrook, IL 60062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 81 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$84.00** |

**Rick Wirthlin**
**2561 Observatory Ave**
**Cincinnati, OH 45208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 82 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$220.00** |

**Rickey Thomas**
**167 Forest Rd**
**Weirton, WV 26062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.167 83 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ricki Davis**
**6236 Chevy Chase Dr**
**Houston, TX 77057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$837.00**

---

| 3.167 84 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ricky Advaney**
**37 Olde Hamlet Drive**
**Jericho, NY 11753**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$991.00**

---

| 3.167 85 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ricky G**
**101 Snowflake Cir**
**Camillus, NY 13031**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$31.00**

---

| 3.167 86 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ricky G**
**101 Snowflake Cir**
**Camillus, NY 13031**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

| 3.167 87 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ricky Mclean**
**6331 Theodore Street**
**Philadelphia, PA 19142**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.167 88 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rik R**
**2310 Ray Drive**
**Burlingame, CA 94010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.167 89 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rik Roberts**
**2310 Ray Drive**
**Burlingame, CA 94010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$359.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____     Case number *(if known)* _____
         Name

---

| 3.167 90 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12.00** |
| **Rika P** | ☐ Contingent | |
| **2850 Pyrenean Pl** | ☐ Unliquidated | |
| **Westfield, IN 46074** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.167 91 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$211.00** |
| **Rika Preocanin** | ☐ Contingent | |
| **2850 Pyrenean Pl** | ☐ Unliquidated | |
| **Westfield, IN 46074** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.167 92 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3.00** |
| **Rilene A** | ☐ Contingent | |
| **473 Elm St** | ☐ Unliquidated | |
| **Phoenix, OR 97535** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.167 93 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22.00** |
| **Riley H** | ☐ Contingent | |
| **5889 Hebert Ct** | ☐ Unliquidated | |
| **Loomis, CA 95650** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.167 94 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12.00** |
| **Rimas B** | ☐ Contingent | |
| **6951 Garden Circle** | ☐ Unliquidated | |
| **Huntington Beach, CA 92648** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.167 95 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60.00** |
| **Risa Wildeman** | ☐ Contingent | |
| **109 Palmetto Dunes Cir** | ☐ Unliquidated | |
| **Naples, FL 34113** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.167 96 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$126.00** |
| **Rishel Michael** | ☐ Contingent | |
| **4470 Wilkerson Pl Se** | ☐ Unliquidated | |
| **Smyrna, GA 30082** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.167 97**

**Nonpriority creditor's name and mailing address**

**Rita F**
**15 Aunt Janes Road**
**Mashpee, MA 02649**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.167 98**

**Nonpriority creditor's name and mailing address**

**Rita Hughes**
**3342 Greystone Way**
**Valdosta, GA 31605**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$633.00**

---

**3.167 99**

**Nonpriority creditor's name and mailing address**

**Rita Kennedy**
**1001 Madison St Apt 516**
**Hoboken, NJ 07030**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,363.00**

---

**3.168 00**

**Nonpriority creditor's name and mailing address**

**Rita Kocis**
**105 Arboreta Ave**
**Hilton, NY 14468**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$84.00**

---

**3.168 01**

**Nonpriority creditor's name and mailing address**

**Rita Michlitsch**
**500 Hidden Hollow Dr**
**Merritt Island, FL 32952**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,228.00**

---

**3.168 02**

**Nonpriority creditor's name and mailing address**

**Rita Petrossian**
**10 Carpenter Ave**
**Sea Cliff, NY 11579**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.168 03**

**Nonpriority creditor's name and mailing address**

**Ritesh Bansal**
**284 Quinnhill Rd**
**Los Altos, CA 94024**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$23,808.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_    _____
Name

| 3.168 04 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$10.00** |

**Nonpriority creditor's name and mailing address**
**Rivadavia F**
**9874 Namaste Loop Apt 4206**
**Orlando, FL 32836**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**Nonpriority creditor's name and mailing address**
3.168 05
**River I**
**722 Edgewater Blvd Apt 310**
**Foster City, CA 94404**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$1.08**

---

**Nonpriority creditor's name and mailing address**
3.168 06
**Riya Patel**
**3609 Wagner Ln**
**Chester Springs, PA 19425**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**Nonpriority creditor's name and mailing address**
3.168 07
**Rj Heller**
**42 W 33rd St Apt 35b**
**New York, NY 10001**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$36.00**

---

**Nonpriority creditor's name and mailing address**
3.168 08
**Rj Kimmer**
**6012 Ryland Dr.**
**Bethesda, MD 20817**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$353.00**

---

**Nonpriority creditor's name and mailing address**
3.168 09
**Rj M**
**17 Inwood Road**
**Chatham, NJ 07928**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**Nonpriority creditor's name and mailing address**
3.168 10
**Rj S**
**19860 Claremont**
**Huntington Beach, CA 92646**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$98.78**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
Name

| 3.168 11 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rj Shephard**
**19860 Claremont**
**Huntington Beach, CA 92646**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    **$96.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 12 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rob Ashley**
**5355 Los Monteros**
**Yorba Linda, CA 92887**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    **$349.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 13 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rob Barto**
**769 Marion Ave Se**
**Atlanta, GA 30312**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    **$175.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 14 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rob Clarke**
**16 Wildon Ct**
**Kingsville, MD 21087**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    **$9,624.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 15 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rob D**
**5112 Tennington Park**
**Dallas, TX 75287**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    **$30.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 16 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rob Diefenbach**
**71 Weetamoo Trail**
**Po Box 1629**
**Campton, NH 03223**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    **$1,993.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 17 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rob Dillenback**
**5112 Tennington Park**
**Dallas, TX 75287**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    **$23.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 3.168 18 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rob E**
**2373 Tulane Ct**
**Lewis Center, OH 43035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$11.00

---

| 3.168 19 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rob Elger**
**2373 Tulane Ct**
**Lewis Center, OH 43035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$28.00

---

| 3.168 20 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rob Ettinger**
**4 Nappa Dr**
**Westport, CT 06880**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$162.00

---

| 3.168 21 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rob F**
**915 Greenridge Lane**
**Castle Pines, CO 80108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.168 22 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rob Fraboni**
**340 Fish And Game Rd**
**Hudson, NY 12534**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,784.00

---

| 3.168 23 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rob H**
**14185 Dallas Parkway**
**Suite 1100**
**Dallas, TX 75254**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

| 3.168 24 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rob Halpin**
**17 Floyd Ave**
**Poquoson, VA 23662**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$395.00

---

Debtor **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

---

| 3.168 25 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rob Hannah**
**2619 Fairfield Ave**
**Chicago, IL 60647**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$728.00**

---

| 3.168 26 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rob Hawkins**
**856 Silverwood Dr**
**Lake Mary, FL 32746**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,149.00**

---

| 3.168 27 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rob Hubbard**
**2522 Miami Ave**
**Nashville, TN 37214**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

| 3.168 28 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rob Huting**
**1865 Duke Road**
**Atlanta, GA 30341**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$66.00**

---

| 3.168 29 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rob Kahlon**
**346 Dunsmuir Ter Unit 10**
**Sunnyvale, CA 94085**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

| 3.168 30 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rob Kerr**
**329 Sequoia St**
**Salinas, CA 93906**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$3.82**

---

| 3.168 31 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rob M**
**420 N Cache St**
**Box 67**
**Jackson, WY 83001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$10,834.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Name                                      Case number (if known) _____

---

| 3.168 | | |
|---|---|---|
| 32 | | |

**Nonpriority creditor's name and mailing address**

**Rob M**
**1401 S Bentley Ave**
**#203**
**Los Angeles, CA 90025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$24.00**

---

| 3.168 | | |
|---|---|---|
| 33 | | |

**Nonpriority creditor's name and mailing address**

**Rob Martin**
**1132 Highland Pointe Dr**
**Saint Louis, MO 63131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$142.00**

---

| 3.168 | | |
|---|---|---|
| 34 | | |

**Nonpriority creditor's name and mailing address**

**Rob Meriweather**
**6025 El Camino Dr**
**Plain City, OH 43064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.168 | | |
|---|---|---|
| 35 | | |

**Nonpriority creditor's name and mailing address**

**Rob Mirhadi**
**1401 S Bentley Ave**
**#203**
**Los Angeles, CA 90025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,450.00**

---

| 3.168 | | |
|---|---|---|
| 36 | | |

**Nonpriority creditor's name and mailing address**

**Rob Moss**
**141 Washington Street**
**Norwalk, CT 06854**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,201.00**

---

| 3.168 | | |
|---|---|---|
| 37 | | |

**Nonpriority creditor's name and mailing address**

**Rob N**
**545 S 16th St**
**San Jose, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.168 | | |
|---|---|---|
| 38 | | |

**Nonpriority creditor's name and mailing address**

**Rob N**
**65 Washington St Apt 10b**
**Brooklyn, NY 11201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$87.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.168
39**

**Nonpriority creditor's name and mailing address**

**Rob Nance
65 Washington St Apt 10b
Brooklyn, NY 11201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$746.00**

---

**3.168
40**

**Nonpriority creditor's name and mailing address**

**Rob Newberry
545 S 16th St
San Jose, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,024.00**

---

**3.168
41**

**Nonpriority creditor's name and mailing address**

**Rob R
1303 Summit Rd
Lafayette, CA 94549**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.168
42**

**Nonpriority creditor's name and mailing address**

**Rob R
21 Kingsbridge Dr
Edison, NJ 08820**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

**3.168
43**

**Nonpriority creditor's name and mailing address**

**Rob Rittenmeyer
178 Cinnabar Lane
Yardley, PA 19067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$203.00**

---

**3.168
44**

**Nonpriority creditor's name and mailing address**

**Rob Robichaud
3673 S Bullard Ave Ste 110
Goodyear, AZ 85338**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$7,680.00**

---

**3.168
45**

**Nonpriority creditor's name and mailing address**

**Rob Ruszala
21 Kingsbridge Dr
Edison, NJ 08820**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$98.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.168<br>46 | **Nonpriority creditor's name and mailing address**<br>**Rob Sackman**<br>**2621 NW 87th Lane**<br>**Sunrise, FL 33322** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$380.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168<br>47 | **Nonpriority creditor's name and mailing address**<br>**Rob T**<br>**28036 Sea Lane Dr.**<br>**Malibu, CA 90265** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168<br>48 | **Nonpriority creditor's name and mailing address**<br>**Rob Taylor**<br>**28036 Sea Lane Dr.**<br>**Malibu, CA 90265** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,101.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168<br>49 | **Nonpriority creditor's name and mailing address**<br>**Rob Vance**<br>**3630 Hastings Dr**<br>**Richmond, VA 23235** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$160.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168<br>50 | **Nonpriority creditor's name and mailing address**<br>**Rob Yagesh**<br>**333 S Downing St**<br>**Denver, CO 80209** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$873.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168<br>51 | **Nonpriority creditor's name and mailing address**<br>**Robb Corbo**<br>**22 Picasso Ct**<br>**East Windsor, NJ 08520** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$279.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168<br>52 | **Nonpriority creditor's name and mailing address**<br>**Robb Merritt**<br>**2066 Lord Baltimore Dr**<br>**Baltimore, MD 21244** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$567.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.168 53**

**Nonpriority creditor's name and mailing address**

**Robb W**
**24915 Palmilla Dr**
**Calabasas, CA 91302**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$42.00**

---

**3.168 54**

**Nonpriority creditor's name and mailing address**

**Robb Wiedrich**
**2373 Crimson Ridge Cir NW**
**Rochester, MN 55901**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$501.00**

---

**3.168 55**

**Nonpriority creditor's name and mailing address**

**Robbi Lumio**
**51 Annette Dr**
**Marlboro, NJ 07746**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

**3.168 56**

**Nonpriority creditor's name and mailing address**

**Robbie Shaw**
**4437 N 47th Pl**
**Phoenix, AZ 85018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$6,121.40**

---

**3.168 57**

**Nonpriority creditor's name and mailing address**

**Robbie W**
**7169 Brent Knoll**
**Victor, NY 14564**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.168 58**

**Nonpriority creditor's name and mailing address**

**Robbie Walker**
**947 Schooner Dr Unit 201**
**Ventura, CA 93001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$96.00**

---

**3.168 59**

**Nonpriority creditor's name and mailing address**

**Robby Towns**
**2513 W Linden Ave**
**Nashville, TN 37212**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$144.00**

---

Debtor   **Phoeno Wine Company, Inc.**                                Case number *(if known)* _____
_____
Name

| 3.168 60 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robbyn L**
**176 Elbert Clark Dr**
**Easley, SC 29640**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.168 61 |

**Nonpriority creditor's name and mailing address**
**Robbyn Linville**
**176 Elbert Clark Dr**
**Easley, SC 29640**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,091.00**

---

| 3.168 62 |

**Nonpriority creditor's name and mailing address**
**Robert A**
**166 Moore Dr**
**Castle Rock, CO 80104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$9.00**

---

| 3.168 63 |

**Nonpriority creditor's name and mailing address**
**Robert A**
**1741 Corporate Landing Pkwy**
**Virginia Beach, VA 23454**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$37.20**

---

| 3.168 64 |

**Nonpriority creditor's name and mailing address**
**Robert A**
**409 Preston St Apt 1003**
**Houston, TX 77002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.168 65 |

**Nonpriority creditor's name and mailing address**
**Robert A**
**601 E Beardsley Ave**
**Elkhart, IN 46514**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$4.00**

---

| 3.168 66 |

**Nonpriority creditor's name and mailing address**
**Robert Ackmann**
**10040 E Happy Valley Rd Unit 438**
**Scottsdale, AZ 85255**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$321.00**

---

Debtor    **Phoeno Wine Company, Inc.**                                  Case number *(if known)*    _____
_____
Name

| 3.168 67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30.00** |

**Nonpriority creditor's name and mailing address**
**Robert Albanese**
**28 Lilac Ln**
**Portsmouth, RI 02871**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☐ No ☐ Yes

**$30.00**

---

3.168 68
**Nonpriority creditor's name and mailing address**
**Robert Allen**
**409 Preston St Apt 1003**
**Houston, TX 77002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$105.00**

---

3.168 69
**Nonpriority creditor's name and mailing address**
**Robert Alvarado**
**1387 3rd St**
**La Verne, CA 91750**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$205.00**

---

3.168 70
**Nonpriority creditor's name and mailing address**
**Robert Annetta**
**601 E Beardsley Ave**
**Elkhart, IN 46514**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$244.00**

---

3.168 71
**Nonpriority creditor's name and mailing address**
**Robert Atchison**
**1741 Corporate Landing Pkwy**
**Virginia Beach, VA 23454**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

3.168 72
**Nonpriority creditor's name and mailing address**
**Robert Atkinson**
**1851 Steamboat Pkwy Unit 1204**
**Reno, NV 89521**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$693.00**

---

3.168 73
**Nonpriority creditor's name and mailing address**
**Robert Auhll**
**166 Moore Dr**
**Castle Rock, CO 80104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$921.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.168 74 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert Auletta**
**30 Tanwood Dr**
**Massapequa, NY 11758**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$595.00

---

| 3.168 75 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert B**
**1 Valero Way**
**San Antonio, TX 78249**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$4.00

---

| 3.168 76 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert B**
**6608 N Western Ave # 203**
**Oklahoma City, OK 73116**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| 3.168 77 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert B**
**736 Confederate Ave Se**
**Atlanta, GA 30312**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$80.00

---

| 3.168 78 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert B 13408405**
**5770 Christopher St.**
**San Bernardino, CA 92407**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$24.00

---

| 3.168 79 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert Bacigalupi**
**7263 General Haig St**
**New Orleans, LA 70124**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$555.00

---

| 3.168 80 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert Bai**
**928b Broadway E**
**Seattle, WA 98102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$990.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| | |
|---|---|
| 3.168<br>81 | **Nonpriority creditor's name and mailing address** |

**Robert Bailey**
**19700 Maddelena Cir**
**Estero, FL 33967**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$875.00**

---

| | |
|---|---|
| 3.168<br>82 | **Nonpriority creditor's name and mailing address** |

**Robert Baird**
**11813 Arran St**
**Austin, TX 78754**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

| | |
|---|---|
| 3.168<br>83 | **Nonpriority creditor's name and mailing address** |

**Robert Bass**
**4319 Marymont Springs Blvd**
**Murfreesboro, TN 37128**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$116.00**

---

| | |
|---|---|
| 3.168<br>84 | **Nonpriority creditor's name and mailing address** |

**Robert Bastida**
**978 Crestview Dr**
**San Carlos, CA 94070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

| | |
|---|---|
| 3.168<br>85 | **Nonpriority creditor's name and mailing address** |

**Robert Baumann**
**2535 Townsgate Rd Ste 110**
**Westlake Vlg, CA 91361**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$99.00**

---

| | |
|---|---|
| 3.168<br>86 | **Nonpriority creditor's name and mailing address** |

**Robert Beaversjr**
**13517 Highlandview Ave**
**Cleveland, OH 44135**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$66.00**

---

| | |
|---|---|
| 3.168<br>87 | **Nonpriority creditor's name and mailing address** |

**Robert Bentley**
**1078 Holford Dr**
**Frisco, TX 75036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,084.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.168 88 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert Bond**
**209 Newbury St**
**Boston, MA 02116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$449.00**

---

| 3.168 89 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert Bosetti**
**3324 Forest Rd**
**Bethel Park, PA 15102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$178.00**

---

| 3.168 90 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert Breaux**
**912 Forty Arpent Rd**
**Thibodaux, LA 70301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$370.00**

---

| 3.168 91 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert Brentson**
**3021 Mallory Ln**
**Fedex Office**
**Franklin, TN 37067**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$617.00**

---

| 3.168 92 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert Brewer**
**51 Secatogue Ln E**
**West Islip, NY 11795**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$140.00**

---

| 3.168 93 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert Bridges**
**496 S Hunt Club Blvd**
**Apopka, FL 32703**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,368.00**

---

| 3.168 94 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert Brous**
**21745 N 37th St**
**Phoenix, AZ 85050**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,655.00**

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.168 95 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert Brown**
**15914 Lakeview Dr**
**Jersey Village, TX 77040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,416.00**

---

| 3.168 96 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert Browne**
**1301 W Newport Center Dr**
**Deerfield Beach, FL 33442**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

| 3.168 97 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert Bruce**
**292 Gold Bullion Dr E**
**Dawsonville, GA 30534**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

| 3.168 98 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert Buchek**
**1 Valero Way**
**San Antonio, TX 78249**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$923.00**

---

| 3.168 99 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert Buff**
**232 Woodland Way**
**North Chatham, MA 02650**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$84.00**

---

| 3.169 00 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert Burns**
**736 Confederate Ave Se**
**Atlanta, GA 30312**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$9,298.00**

---

| 3.169 01 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert C**
**10376 Sager Ave**
**Fairfax, VA 22030**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

**3.169 02**

**Nonpriority creditor's name and mailing address**

**Robert C**
**105 Duane Street**
**32-F**
**New York, NY 10007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.169 03**

**Nonpriority creditor's name and mailing address**

**Robert C**
**4998 Longfield Street**
**Claremont, NC 28610**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.169 04**

**Nonpriority creditor's name and mailing address**

**Robert C 7161**
**5725 Heather Ridge Drive**
**Shoreview, MN 55126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$72.00**

---

**3.169 05**

**Nonpriority creditor's name and mailing address**

**Robert Cassidy**
**82 Amory Ave**
**Pearl River, NY 10965**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$303.00**

---

**3.169 06**

**Nonpriority creditor's name and mailing address**

**Robert Cecil**
**1430 Brickell Bay Dr Apt 703**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

**3.169 07**

**Nonpriority creditor's name and mailing address**

**Robert Clinton**
**1351 Tidalwalk Dr**
**Wilmington, NC 28409**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$12,458.00**

---

**3.169 08**

**Nonpriority creditor's name and mailing address**

**Robert Coda**
**1275 Bloomfield Ave Ste 7 Unit 41**
**Building 7,**
**Fairfield, NJ 07004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,139.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.169 09**

**Nonpriority creditor's name and mailing address**
**Robert Coleman**
**6815 Isaacs Orchard Rd Ste C**
**Springdale, AR 72762**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$830.00**

---

**3.169 10**

**Nonpriority creditor's name and mailing address**
**Robert Colhour**
**265 Pear Tree Point Rd**
**Chestertown, MD 21620**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$7,835.00**

---

**3.169 11**

**Nonpriority creditor's name and mailing address**
**Robert Considine**
**6 La Costa Way**
**Palm Coast, FL 32137**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$380.00**

---

**3.169 12**

**Nonpriority creditor's name and mailing address**
**Robert Cordeau**
**5087 Castlerock Way**
**Naples, FL 34112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,575.00**

---

**3.169 13**

**Nonpriority creditor's name and mailing address**
**Robert Creviston**
**1709 W 72nd St**
**Richfield, MN 55423**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$7,788.00**

---

**3.169 14**

**Nonpriority creditor's name and mailing address**
**Robert Creviston**
**1709 W 72nd St**
**Richfield, MN 55423**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.169 15**

**Nonpriority creditor's name and mailing address**
**Robert Crispin**
**5 Peppergrass Rd.**
**Cape Elizabeth, ME 04101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$218.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.169 16**

**Nonpriority creditor's name and mailing address**

**Robert Czajkowski**
**W2653 55th St**
**Lyndon Station, WI 53944**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,330.00**

---

**3.169 17**

**Nonpriority creditor's name and mailing address**

**Robert D**
**140 Garnet St**
**Broomfield, CO 80020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

**3.169 18**

**Nonpriority creditor's name and mailing address**

**Robert D**
**9 Broadway St., Unit 315**
**Saugus, MA 01906**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$92.00**

---

**3.169 19**

**Nonpriority creditor's name and mailing address**

**Robert Dalvano**
**220 Bayberry Ln**
**Sinking Spring, PA 19608**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$360.00**

---

**3.169 20**

**Nonpriority creditor's name and mailing address**

**Robert Deese**
**3476 Clifford Dugger Rd**
**Glen Saint Mary, FL 32040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$40.01**

---

**3.169 21**

**Nonpriority creditor's name and mailing address**

**Robert Delagarza**
**21710 Miranda HI**
**San Antonio, TX 78256**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.169 22**

**Nonpriority creditor's name and mailing address**

**Robert Deming**
**401 Rolling Hills Dr**
**Mound, MN 55364**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$670.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.169 23 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert Downing**
**6499 Winter Hazel Dr**
**Liberty Township, OH 45044**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$245.00

---

| 3.169 24 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert Driscoll**
**3740 Atlas Ave**
**Oakland, CA 94619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$8,322.00

---

| 3.169 25 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert Dunham**
**5212 Chichester Ave**
**Upper Chichester, PA 19014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$351.00

---

| 3.169 26 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert E**
**11013 Phoenix Way**
**Naples, FL 34119**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$14.00

---

| 3.169 27 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert E**
**712 Edmondson Pike**
**Brentwood, TN 37027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| 3.169 28 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert Easley**
**735 Marshview Close**
**Roswell, GA 30076**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.169 29 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert Ehrenspeck**
**593 Clawson St, 26, 26, 26**
**26**
**Staten Island, NY 10306**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$84.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
Name

| 3.169 30 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert F**
**3419 Brewers Green Way**
**Baltimore, MD 21224**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.169 31 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert F**
**803 Felicity St Apt 12**
**New Orleans, LA 70130**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| 3.169 32 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert F**
**9650 Justen Til N.**
**Mahtomedi, MN 55115**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$8.33**

---

| 3.169 33 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert Faller**
**8939 Silverthorn Rd**
**Largo, FL 33777**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$332.00**

---

| 3.169 34 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert Fehskens**
**285 Chukkar Drive**
**Glenbrook, NV 89413**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,158.00**

---

| 3.169 35 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert Fisher**
**1729 Hillcrest Dr**
**1729 Hillcrest Dr**
**Kingman, AZ 86409**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

| 3.169 36 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert Floyd**
**11307 Caladium Ln**
**Palm Beach Gardens, FL 33418**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$156,433.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.169 37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,842.00** |

**Robert Foss**
**2821 NE 55th Place**
**Fort Lauderdale, FL 33308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Customer__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.169 38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Robert Frankus**
**506 Hidden Manor Dr**
**Matthews, NC 28104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Customer__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.169 39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |

**Robert Frankus**
**506 Hidden Manor Dr**
**Matthews, NC 28104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.169 40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,533.00** |

**Robert Friedman**
**853 N Winchester Ave Apt 1r**
**Please Call 908-328-4097**
**Chicago, IL 60622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Customer__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.169 41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$91.00** |

**Robert Frisch**
**5825 N Bayt Ridge**
**Milwaukee, WI 53217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Customer__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.169 42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,178.00** |

**Robert Funk**
**2759 W Casas Cir**
**Tucson, AZ 85742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Customer__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.169 43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$70.00** |

**Robert G**
**108 Leigus Rd**
**Attn: Burns & Mcdonnell**
**Wallingford, CT 06492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
          _____
          Name                                          Case number (if known)    _____

| | | |
|---|---|---|

**3.169 44**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.    **$34.75**

**Robert G**
**1599 Felta Ridge Road**                                              ☐ Contingent
**Healdsburg, CA 95448**                                               ☐ Unliquidated
                                                                       ☐ Disputed

Date(s) debt was incurred _                                            Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _                                      Is the claim subject to offset? ■ No ☐ Yes

---

**3.169 45**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.    **$18.00**

**Robert G**
**6060 Domarray St**                                                   ☐ Contingent
**Coopersburg, PA 18036**                                              ☐ Unliquidated
                                                                       ☐ Disputed

Date(s) debt was incurred _                                            Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _                                      Is the claim subject to offset? ■ No ☐ Yes

---

**3.169 46**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.    **$20.00**

**Robert G**
**696 San Ramon Valley Bld**                                           ☐ Contingent
**#314**                                                               ☐ Unliquidated
**Danville, CA 94526**                                                 ☐ Disputed

Date(s) debt was incurred _                                            Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _                                      Is the claim subject to offset? ■ No ☐ Yes

---

**3.169 47**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.    **$460.00**

**Robert Gallagher**
**1599 Felta Ridge Road**                                              ☐ Contingent
**Healdsburg, CA 95448**                                               ☐ Unliquidated
                                                                       ☐ Disputed

Date(s) debt was incurred _                                            Basis for the claim:  **Customer**

Last 4 digits of account number _                                      Is the claim subject to offset? ■ No ☐ Yes

---

**3.169 48**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.    **$1,480.00**

**Robert Georgiou**
**4940 NW 110th Ter**                                                  ☐ Contingent
**Coral Springs, FL 33076**                                            ☐ Unliquidated
                                                                       ☐ Disputed

Date(s) debt was incurred _                                            Basis for the claim:  **Customer**

Last 4 digits of account number _                                      Is the claim subject to offset? ■ No ☐ Yes

---

**3.169 49**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.    **$656.00**

**Robert Gh**
**527 S. Fuller Ave.**                                                 ☐ Contingent
**Los Angeles, CA 90036**                                              ☐ Unliquidated
                                                                       ☐ Disputed

Date(s) debt was incurred _                                            Basis for the claim:  **Customer**

Last 4 digits of account number _                                      Is the claim subject to offset? ■ No ☐ Yes

---

**3.169 50**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.    **$229.00**

**Robert Gilligan**
**298 Lakeview Ave**                                                   ☐ Contingent
**Brevard, NC 28712**                                                  ☐ Unliquidated
                                                                       ☐ Disputed

Date(s) debt was incurred _                                            Basis for the claim:  **Customer**

Last 4 digits of account number _                                      Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known)    _____

| 3.169 51 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert Gordon**
**4791 Thornbury Dr**
**Fairfax, VA 22030**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,180.00**

---

| 3.169 52 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert Griffin**
**6060 Domarray St**
**Coopersburg, PA 18036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,576.00**

---

| 3.169 53 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert H**
**17120 Lake View Cir.**
**Northville, MI 48168**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$21.00**

---

| 3.169 54 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert H**
**2422 E Cinnabar Ave**
**Phoenix, AZ 85028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$103.00**

---

| 3.169 55 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert H**
**32c Sylvan Trl**
**Ballston Lake, NY 12019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.169 56 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert H**
**3480 Buskirk Ave Ste 250**
**Pleasant Hill, CA 94523**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.169 57 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert H**
**461 Alboran Sea Circle**
**Sacramento, CA 95834**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$12.16**

---

Debtor **Phoeno Wine Company, Inc.**
      Name                                Case number *(if known)*

---

**3.169 58**

**Nonpriority creditor's name and mailing address**
**Robert H**
**74 Country Club Dr**
**Thornhurst, PA 18424**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$16.00**

---

**3.169 59**

**Nonpriority creditor's name and mailing address**
**Robert H**
**7801 Mission Center Ct Ste 230**
**San Diego, CA 92108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$63.56**

---

**3.169 60**

**Nonpriority creditor's name and mailing address**
**Robert H Grover**
**9 East Zoller Road**
**East Brunswick, NJ 08816**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.169 61**

**Nonpriority creditor's name and mailing address**
**Robert Haack**
**4 Brown Ct**
**Holmdel, NJ 07733**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,922.00**

---

**3.169 62**

**Nonpriority creditor's name and mailing address**
**Robert Haas**
**74 Country Club Dr**
**Thornhurst, PA 18424**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,430.00**

---

**3.169 63**

**Nonpriority creditor's name and mailing address**
**Robert Haines**
**108 Whiting Way**
**Cape May Court House, NJ 08210**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.169 64**

**Nonpriority creditor's name and mailing address**
**Robert Hammon**
**480 N Oak St # 1611**
**Colorado City, AZ 86021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$140.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.169 65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $229.00 |
|---|---|---|---|

**Robert Hancock**
**6 Heatherstone Court**
**Trophy Club, TX 76262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.169 66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $712.00 |
|---|---|---|---|

**Robert Hatano**
**7801 Mission Center Ct Ste 230**
**San Diego, CA 92108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.169 67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $19.00 |
|---|---|---|---|

**Robert Hayman**
**4296 1/2 Vineland Ave**
**North Hollywood, CA 91602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.169 68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $139.00 |
|---|---|---|---|

**Robert Holt**
**2454 Fairoaks Rd**
**Decatur, GA 30033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.169 69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,596.00 |
|---|---|---|---|

**Robert Holzhauer**
**17120 Lake View Cir.**
**Northville, MI 48168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.169 70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,703.00 |
|---|---|---|---|

**Robert Huch**
**27579 Via Fortuna**
**San Juan Capistrano, CA 92675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.169 71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $29.00 |
|---|---|---|---|

**Robert Hughes**
**1580 Moss Rock Place**
**Boulder, CO 80304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                     Case number (if known) _____
         Name

---

| 3.169 | | |
|---|---|---|
| 72 | | |

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.          **$20.00**

**Robert Hugi**
**2422 E Cinnabar Ave**          ☐ Contingent
**Phoenix, AZ 85028**            ☐ Unliquidated
                                 ☐ Disputed

Date(s) debt was incurred _      **Basis for the claim:** __Customer__

Last 4 digits of account number _   Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | | |
|---|---|---|
| 73 | | |

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.          **$25.00**

**Robert J**
**11 Tanglewood Circle**         ☐ Contingent
**Briarcliff Manor, NY 10510**   ☐ Unliquidated
                                 ☐ Disputed

Date(s) debt was incurred _      **Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _   Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | | |
|---|---|---|
| 74 | | |

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.          **$20.00**

**Robert J**
**1517 Hess Street**             ☐ Contingent
**Suite 200**                    ☐ Unliquidated
**Columbus, OH 43212**           ☐ Disputed

Date(s) debt was incurred _      **Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _   Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | | |
|---|---|---|
| 75 | | |

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.          **$801.00**

**Robert Johnson**
**15 Beverly Rd**                ☐ Contingent
**Port Washington, NY 11050**    ☐ Unliquidated
                                 ☐ Disputed

Date(s) debt was incurred _      **Basis for the claim:** __Customer__

Last 4 digits of account number _   Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | | |
|---|---|---|
| 76 | | |

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Robert Johnson**
**2327 S Riverside Dr**          ☐ Contingent
**Beloit, WI 53511**             ☐ Unliquidated
                                 ☐ Disputed

Date(s) debt was incurred _      **Basis for the claim:** __Customer__

Last 4 digits of account number _   Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | | |
|---|---|---|
| 77 | | |

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.          **$120.00**

**Robert Johnson**
**280 Werner Way**               ☐ Contingent
**Senoia, GA 30276**             ☐ Unliquidated
                                 ☐ Disputed

Date(s) debt was incurred _      **Basis for the claim:** __Customer__

Last 4 digits of account number _   Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | | |
|---|---|---|
| 78 | | |

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.          **$1,405.00**

**Robert Johnson**
**900 Lake St.**                 ☐ Contingent
**Libertyville, IL 60048**       ☐ Unliquidated
                                 ☐ Disputed

Date(s) debt was incurred _      **Basis for the claim:** __Customer__

Last 4 digits of account number _   Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

**3.169 79**

**Nonpriority creditor's name and mailing address**

**Robert K**
**264 Hamilton Hls, Indpendence, Mn 55359**
**Maple Plain, MN 55359**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$46.00

---

**3.169 80**

**Nonpriority creditor's name and mailing address**

**Robert Kevitch**
**421 Indies Dr**
**Orchid, FL 32963**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$716.00

---

**3.169 81**

**Nonpriority creditor's name and mailing address**

**Robert Kimmel**
**27467 Palmwood Ave**
**Hayward, CA 94545**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$111.00

---

**3.169 82**

**Nonpriority creditor's name and mailing address**

**Robert Klipp**
**14 Glacier Street**
**Kenner, LA 70065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$3,905.00

---

**3.169 83**

**Nonpriority creditor's name and mailing address**

**Robert Knittel**
**701 A Route 73 S**
**Suite 120**
**Marlton, NJ 08053**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$58.00

---

**3.169 84**

**Nonpriority creditor's name and mailing address**

**Robert Kreuzer**
**19 Claire Vw**
**Diamond Point, NY 12824**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$26.00

---

**3.169 85**

**Nonpriority creditor's name and mailing address**

**Robert Kuehner**
**4231 Triland Way**
**Cary, NC 27518**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$316.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

| | | |
|---|---|---|
| 3.169 86 | **Nonpriority creditor's name and mailing address** **Robert L** 29071 Ellis Point Ct Dagsboro, DE 19939 | **$50.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.169 87 | **Nonpriority creditor's name and mailing address** **Robert L** 4223 Claremont Terrace Kennesaw, GA 30144 | **$12.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.169 88 | **Nonpriority creditor's name and mailing address** **Robert L** 7275 N Port Washington Rd Apt 512 Apt 512 Glendale, WI 53217 | **$25.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.169 89 | **Nonpriority creditor's name and mailing address** **Robert Lages** 26 N. Main St Allentown, NJ 08501 | **$0.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.169 90 | **Nonpriority creditor's name and mailing address** **Robert Lamar** 1144 Shelter Creek San Bruno, CA 94066 | **$869.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.169 91 | **Nonpriority creditor's name and mailing address** **Robert Lamell** 333 Marlberry Cir Jupiter, FL 33458 | **$37.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.169 92 | **Nonpriority creditor's name and mailing address** **Robert Laraia** 1633 Sager Way Batavia, IL 60510 | **$0.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.169 93 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert Laub**
**21 Shield Drive**
**Woodcliff Lake, NJ 07677**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

| 3.169 94 |
|---|

**Nonpriority creditor's name and mailing address**

**Robert Lee**
**2 Comet Rd.**
**Syosset, NY 11791**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$209.00**

---

| 3.169 95 |
|---|

**Nonpriority creditor's name and mailing address**

**Robert Leja**
**20 Pine Brook Road**
**Boulder, CO 80304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

| 3.169 96 |
|---|

**Nonpriority creditor's name and mailing address**

**Robert Levine**
**536 Winterburn Grv**
**Cliffside Park, NJ 07010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$458.00**

---

| 3.169 97 |
|---|

**Nonpriority creditor's name and mailing address**

**Robert Lewis**
**8674 Eagle Creek Cir**
**Nepsis**
**Savage, MN 55378**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,773.00**

---

| 3.169 98 |
|---|

**Nonpriority creditor's name and mailing address**

**Robert Light**
**1505 Linden Ave**
**Lynchburg, VA 24503**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

| 3.169 99 |
|---|

**Nonpriority creditor's name and mailing address**

**Robert Lindenberger**
**5 Hopkinson Ct**
**Titusville, NJ 08560**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$3,868.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_ _____
         Name

---

| 3.170 | | |
|-------|---|---|
| 00 | | |

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: _Check all that apply._        **$47.00**

**Robert Lombard**
**139 Coburn Woods**        ☐ Contingent
**Nashua, NH 03063**        ☐ Unliquidated
                           ☐ Disputed

Date(s) debt was incurred _        **Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _        Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | | |
|-------|---|---|
| 01 | | |

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: _Check all that apply._        **$19.00**

**Robert M**
**11721 Welebir St**        ☐ Contingent
**Loma Linda, CA 92354**        ☐ Unliquidated
                           ☐ Disputed

Date(s) debt was incurred _        **Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _        Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | | |
|-------|---|---|
| 02 | | |

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: _Check all that apply._        **$50.00**

**Robert M**
**1800 Nw 15th Ave**        ☐ Contingent
**Suite 130**        ☐ Unliquidated
**Pompano Beach, FL 33069**        ☐ Disputed

Date(s) debt was incurred _        **Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _        Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | | |
|-------|---|---|
| 03 | | |

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: _Check all that apply._        **$10.00**

**Robert M**
**24292 Songsparrow Ln.**        ☐ Contingent
**Temescal Valley, CA 92883**        ☐ Unliquidated
                           ☐ Disputed

Date(s) debt was incurred _        **Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _        Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | | |
|-------|---|---|
| 04 | | |

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: _Check all that apply._        **$25.00**

**Robert M**
**29 North Franklin Street**        ☐ Contingent
**Watkins Glen, NY 14891**        ☐ Unliquidated
                           ☐ Disputed

Date(s) debt was incurred _        **Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _        Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | | |
|-------|---|---|
| 05 | | |

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: _Check all that apply._        **$25.00**

**Robert M**
**401 Viera Dr**        ☐ Contingent
**Cedar Knolls, NJ 07927**        ☐ Unliquidated
                           ☐ Disputed

Date(s) debt was incurred _        **Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _        Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | | |
|-------|---|---|
| 06 | | |

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: _Check all that apply._        **$10.00**

**Robert M**
**751 North Church St.**        ☐ Contingent
**Hazleton, PA 18201**        ☐ Unliquidated
                           ☐ Disputed

Date(s) debt was incurred _        **Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _        Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

| | |
|---|---|
| 3.170 07 | |

**Nonpriority creditor's name and mailing address**

**Robert Maness**
**5440 Country Ln**
**Milford, OH 45150**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

| | |
|---|---|
| 3.170 08 | |

**Nonpriority creditor's name and mailing address**

**Robert Marsella**
**1 Oakland Ter**
**Maplewood, NJ 07040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$176.00**

---

| | |
|---|---|
| 3.170 09 | |

**Nonpriority creditor's name and mailing address**

**Robert Martin**
**11721 Welebir St**
**Loma Linda, CA 92354**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,363.00**

---

| | |
|---|---|
| 3.170 10 | |

**Nonpriority creditor's name and mailing address**

**Robert Martone**
**773 Snake Run Rd**
**Alderson, WV 24910**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| | |
|---|---|
| 3.170 11 | |

**Nonpriority creditor's name and mailing address**

**Robert Mason**
**19825 North Cove Rd**
**Suite B Postnet**
**Cornelius, NC 28031**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$12,200.00**

---

| | |
|---|---|
| 3.170 12 | |

**Nonpriority creditor's name and mailing address**

**Robert Mcdavid**
**10815 North Trailside Lane**
**Dunlap, IL 61525**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$281.00**

---

| | |
|---|---|
| 3.170 13 | |

**Nonpriority creditor's name and mailing address**

**Robert Mcgivney**
**1034 Roundstone Place**
**Palm Harbor, FL 34683**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,930.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.170 14**

**Nonpriority creditor's name and mailing address**

**Robert Mcmahon**
**420 N Cache St**
**Box 67**
**Jackson, WY 83001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$909.45**

---

**3.170 15**

**Nonpriority creditor's name and mailing address**

**Robert Mcmullan**
**401 Viera Dr**
**Cedar Knolls, NJ 07927**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$168.00**

---

**3.170 16**

**Nonpriority creditor's name and mailing address**

**Robert Mcmurtry**
**1110 Oak Hill Rd**
**Downers Grove, IL 60515**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$21.00**

---

**3.170 17**

**Nonpriority creditor's name and mailing address**

**Robert Mcnutt**
**32 Weathervane Cir**
**Cream Ridge, NJ 08514**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$790.00**

---

**3.170 18**

**Nonpriority creditor's name and mailing address**

**Robert Melnik**
**1800 NW 15th Ave**
**Suite 130**
**Pompano Beach, FL 33069**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,180.00**

---

**3.170 19**

**Nonpriority creditor's name and mailing address**

**Robert Miller**
**117 Sweet Blossom Way**
**Six Mile, SC 29682**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.170 20**

**Nonpriority creditor's name and mailing address**

**Robert Miller**
**1213 Sunset Ave**
**Richmond Heights, MO 63117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,093.00**

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.170 21 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$555.00** |
| **Robert Miller** **3 Mountain Laurel Ln** **Danbury, CT 06811** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.170 22 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$396.00** |
| **Robert Mondlock** **2308 West End Ave** **Fedex** **Nashville, TN 37203** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.170 23 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21.00** |
| **Robert Moore** **1926 Malabar Drive** **Germantown, TN 38138** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.170 24 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00** |
| **Robert Muldrow** **2716 Trophy Club Dr** **Roanoke, TX 76262** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.170 25 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$154.61** |
| **Robert Munroe** **1133 Folsom St** **San Francisco, CA 94103** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.170 26 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35.00** |
| **Robert Myers** **23402 Susana Ave** **Torrance, CA 90505** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.170 27 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$833.00** |
| **Robert Myers** **805 Sir Andred Ln** **Lewisville, TX 75056** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.170 28**

**Nonpriority creditor's name and mailing address**
**Robert N**
**6818 E Blue Sky Dr**
**Scottsdale, AZ 85266**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.170 29**

**Nonpriority creditor's name and mailing address**
**Robert Nance**
**4024 W 104th Pl**
**Westminster, CO 80031**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

**3.170 30**

**Nonpriority creditor's name and mailing address**
**Robert Neilson**
**626 Lincoln Way**
**Ames, IA 50010**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$868.00**

---

**3.170 31**

**Nonpriority creditor's name and mailing address**
**Robert Nelson**
**906 Arabian Ave**
**Winter Springs, FL 32708**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,021.00**

---

**3.170 32**

**Nonpriority creditor's name and mailing address**
**Robert Nix**
**1563 Capital Circle Se**
**Tallahassee, FL 32301**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$455.00**

---

**3.170 33**

**Nonpriority creditor's name and mailing address**
**Robert O**
**182 Endicott St Apt 6**
**Dracut, MA 01826**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$34.00**

---

**3.170 34**

**Nonpriority creditor's name and mailing address**
**Robert Obrien**
**44 Sanderson Ave**
**West Caldwell, NJ 07006**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

Debtor  **Phoeno Wine Company, Inc.**

  Name

Case number (if known) _____

---

**3.170**
**35**

**Nonpriority creditor's name and mailing address**
**Robert Olivas**
**6106 96th St**
**Lubbock, TX 79424**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$66.00

---

**3.170**
**36**

**Nonpriority creditor's name and mailing address**
**Robert Olthoff**
**182 Endicott St Apt 6**
**Dracut, MA 01826**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$12,530.00

---

**3.170**
**37**

**Nonpriority creditor's name and mailing address**
**Robert P**
**108 Far Reach Rd**
**Westwood, MA 02090**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

**3.170**
**38**

**Nonpriority creditor's name and mailing address**
**Robert P**
**4483 Hackberry Ct**
**Midland, TX 79707**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.170**
**39**

**Nonpriority creditor's name and mailing address**
**Robert P 5491**
**1403 S Lloyd St**
**Aberdeen, SD 57401**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$35,578.96

---

**3.170**
**40**

**Nonpriority creditor's name and mailing address**
**Robert Pagel**
**12201 N Fenton Rd**
**Fenton, MI 48430**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$375.00

---

**3.170**
**41**

**Nonpriority creditor's name and mailing address**
**Robert Painter**
**3701 NE West Park Dr**
**Kansas City, MO 64116**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$28.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_    _____
Name

| 3.170 42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$210.00** |

**Nonpriority creditor's name and mailing address**
**Robert Pasternack**
**1953 Grandon Loop Rd**
**Virginia Beach, VA 23456**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$210.00**

---

| 3.170 43 |

**Nonpriority creditor's name and mailing address**
**Robert Phelps**
**1027 Redstone Lane**
**Dunwoody, GA 30338**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$245.00**

---

| 3.170 44 |

**Nonpriority creditor's name and mailing address**
**Robert Popeo**
**108 Far Reach Rd**
**Westwood, MA 02090**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$106.00**

---

| 3.170 45 |

**Nonpriority creditor's name and mailing address**
**Robert Powers**
**14201 N Hayden Rd Ste C3**
**Scottsdale, AZ 85260**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$168.00**

---

| 3.170 46 |

**Nonpriority creditor's name and mailing address**
**Robert Price**
**4483 Hackberry Ct**
**Midland, TX 79707**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$7,178.00**

---

| 3.170 47 |

**Nonpriority creditor's name and mailing address**
**Robert R**
**105 Nw Lewis Drive**
**Lees Summit, MO 64081**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.170 48 |

**Nonpriority creditor's name and mailing address**
**Robert R**
**4575 Dean Martin Dr.**
**Unit 1806**
**Las Vegas, NV 89103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____     Case number (if known) _____
Name

| 3.170 49 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |
| **Robert Raley** | ☐ Contingent | |
| **1706 Clover Dr** | ☐ Unliquidated | |
| **Inverness, IL 60067** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.170 50 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$263.00** |
| **Robert Reff** | ☐ Contingent | |
| **102 Clinton Ave** | ☐ Unliquidated | |
| **Montclair, NJ 07042** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.170 51 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,769.00** |
| **Robert Robinson** | ☐ Contingent | |
| **10980 Courthouse Rd** | ☐ Unliquidated | |
| **C/O The UPS Store** | ☐ Disputed | |
| **Fredericksburg, VA 22408** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.170 52 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28.00** |
| **Robert Rodriguez** | ☐ Contingent | |
| **1841 Berryhill Dr.** | ☐ Unliquidated | |
| **Chino Hills, CA 91709** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.170 53 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$374.00** |
| **Robert Rozzi** | ☐ Contingent | |
| **22 Chagall Rd** | ☐ Unliquidated | |
| **Marlboro, NJ 07746** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.170 54 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10.00** |
| **Robert S** | ☐ Contingent | |
| **11121 Carmel Commons Blvd Ste 430** | ☐ Unliquidated | |
| **Charlotte, NC 28226** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.170 55 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8.00** |
| **Robert S** | ☐ Contingent | |
| **229 E 13th St Apt 3b** | ☐ Unliquidated | |
| **New York, NY 10003** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known)    _____
Name

| | |
|---|---|
| **3.170<br>56** | |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$15.00**

**Robert S**
**244 Donaldson Ave**
**Rutherford, NJ 07070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170<br>57**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$20.00**

**Robert S**
**3250 Rancho Viejo**
**Atascadero, CA 93422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170<br>58**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$25.00**

**Robert S**
**3276 Avenida Aragon**
**Carlsbad, CA 92009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170<br>59**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$25.00**

**Robert S**
**37 Harrison St Apt 410**
**Oak Park, IL 60304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170<br>60**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$25.00**

**Robert S**
**381 Park Ave. South**
**Suite 615**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170<br>61**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$20.00**

**Robert S**
**57665 Seminole Drive**
**La Quinta, CA 92253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170<br>62**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$47.00**

**Robert S**
**6641 Southcrest Drive**
**Edina, MN 55435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.170 63 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert Salmon**
**11121 Carmel Commons Blvd Ste 430**
**Charlotte, NC 28226**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$194.00**

---

| 3.170 64 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert Sasser**
**6641 Southcrest Drive**
**Edina, MN 55435**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,748.00**

---

| 3.170 65 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert Savage**
**603 Harbor Shore Drive**
**Nokomis, FL 34275**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,704.00**

---

| 3.170 66 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert Schmelzer**
**23038 N 25th Street**
**Phoenix, AZ 85024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$270.00**

---

| 3.170 67 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert Schmidt**
**7551 Founders Way**
**Ponte Vedra Beach, FL 32082**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$31.00**

---

| 3.170 68 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert Scott**
**2000 N Calhoun Rd**
**Brookfield, WI 53005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

| 3.170 69 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert Sedloff**
**24914 Shalford Ct**
**Spring, TX 77389**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,613.00**

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
       Name

---

| 3.170 |
|-------|
| 70    |

**Nonpriority creditor's name and mailing address**

**Robert Sein**
**244 Donaldson Ave**
**Rutherford, NJ 07070**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☐ No ☐ Yes

**$21.00**

---

| 3.170 |
|-------|
| 71    |

**Nonpriority creditor's name and mailing address**

**Robert Shaner**
**2644 Greenway Drive**
**Jupiter, FL 33458**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,231.00**

---

| 3.170 |
|-------|
| 72    |

**Nonpriority creditor's name and mailing address**

**Robert Shapiro**
**201 E 19th St Apt 9j**
**New York, NY 10003**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$33.00**

---

| 3.170 |
|-------|
| 73    |

**Nonpriority creditor's name and mailing address**

**Robert Sherrod**
**5185 New Haven Cir**
**Norton, OH 44203**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$23.00**

---

| 3.170 |
|-------|
| 74    |

**Nonpriority creditor's name and mailing address**

**Robert Snow**
**N112w19775 Goldendale Rd**
**Germantown, WI 53022**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

| 3.170 |
|-------|
| 75    |

**Nonpriority creditor's name and mailing address**

**Robert Stevens**
**1822 E 34th Ave**
**Spokane, WA 99203**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$87.00**

---

| 3.170 |
|-------|
| 76    |

**Nonpriority creditor's name and mailing address**

**Robert Stokes**
**211 Terrace View Dr**
**Acworth, GA 30101**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Phoeno Wine Company, Inc.**    Case number *(if known)* _____
_____
Name

---

| 3.170 77 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Robert Stover** | ☐ Contingent | |
| **568 Molly Ln** | ☐ Unliquidated | |
| **Chattanooga, TN 37402** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.170 78 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$96.00** |
| **Robert Swartzel** | ☐ Contingent | |
| **7295 Willowood Dr** | ☐ Unliquidated | |
| **West Chester, OH 45241** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.170 79 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$592.00** |
| **Robert Szuhany** | ☐ Contingent | |
| **228 Sarles Lane** | ☐ Unliquidated | |
| **Pleasantville, NY 10570** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.170 80 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |
| **Robert T** | ☐ Contingent | |
| **12632 Victoria Place Circle** | ☐ Unliquidated | |
| **Apt 10-110** | ☐ Disputed | |
| **Orlando, FL 32828** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.170 81 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44.00** |
| **Robert T 4691** | ☐ Contingent | |
| **5671 Peachtree Dunwoody Rd Ste 700** | ☐ Unliquidated | |
| **Atlanta, GA 30342** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.170 82 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48.00** |
| **Robert Thomas** | ☐ Contingent | |
| **24777 Valley Street** | ☐ Unliquidated | |
| **Saugus, CA 91350** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.170 83 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,583.00** |
| **Robert Thomas** | ☐ Contingent | |
| **2627 S Bayshore Dr** | ☐ Unliquidated | |
| **Apt 602** | ☐ Disputed | |
| **Miami, FL 33133** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                          Case number *(if known)* _____

| 3.170 84 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert Tosti**
**425 5th Ave**
**Apt 43d**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$270.00**

---

| 3.170 85 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert Tubik**
**123 Stewart Rd**
**Six Mile, SC 29682**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$116.00**

---

| 3.170 86 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert U**
**1912 Edgewood Drive**
**Leavenworth, KS 66048**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

| 3.170 87 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert Valentine**
**629 Cooper Valley Rd**
**Martin, GA 30557**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$462.00**

---

| 3.170 88 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert Valenza**
**85 Adams Ave**
**Hauppauge, NY 11788**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,397.00**

---

| 3.170 89 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert Vickers**
**6041 Windsor Drive**
**Fairway, KS 66205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$794.00**

---

| 3.170 90 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert W**
**10 Ledge Brook Rd**
**Stamford, CT 06903**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

---

| 3.170 91 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert W**
**1140 San Lucia Ave**
**Porterville, CA 93257**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.          **$30.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 92 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert W**
**1150 Nick Circle**
**Corona, CA 92881**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.          **$10.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 93 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert W**
**20 Leone Blvd**
**Jackson, NJ 08527**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.          **$1,407.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 94 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert W**
**4460  Brookhaven Dr**
**Watkinsville, GA 30677**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.          **$20.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 95 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert W**
**59 Stetson Way**
**Princeton, NJ 08540**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.          **$10.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 96 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert Wade**
**1370 Afton St Apt 622**
**Houston, TX 77055**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.          **$100.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 97 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert Walker**
**416 Boush St Apt 334**
**Norfolk, VA 23510**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.          **$99.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.170 98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,456.00** |

**Nonpriority creditor's name and mailing address**
**Robert Wallacecofedexstore**
**1688 Hummingbird Lane**
**Atlanta, GA 30307**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☐ No ☐ Yes

**$2,456.00**

---

| 3.170 99 |

**Nonpriority creditor's name and mailing address**
**Robert Walsh**
**10 Ledge Brook Rd**
**Stamford, CT 06903**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,159.00**

---

| 3.171 00 |

**Nonpriority creditor's name and mailing address**
**Robert Walsh**
**20 Leone Blvd**
**Jackson, NJ 08527**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,079.00**

---

| 3.171 01 |

**Nonpriority creditor's name and mailing address**
**Robert Ward**
**56 Littles Point Road**
**Swampscott, MA 01907**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,908.00**

---

| 3.171 02 |

**Nonpriority creditor's name and mailing address**
**Robert Watson**
**440 E 79th St Apt 9b**
**New York, NY 10075**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$17.00**

---

| 3.171 03 |

**Nonpriority creditor's name and mailing address**
**Robert Watson**
**712 W. Main St.**
**Blue Springs, MO 64015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$453.00**

---

| 3.171 04 |

**Nonpriority creditor's name and mailing address**
**Robert Wolfe**
**13332 Bondy Way**
**North Potomac, MD 20878**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$117.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.171 05 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28.00** |

**Robert Woods**
**2104 Ruhland Ave**
**Redondo Beach, CA 90278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 06 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30.00** |

**Robert Wuertz**
**59 Stetson Way**
**Princeton, NJ 08540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 07 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$270.00** |

**Robert Yates**
**12403 Central Ave # 113**
**Chino, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 08 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$67.00** |

**Robert Ydens**
**19191 Jasper Hill Rd**
**Trabuco Canyon, CA 92679**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 09 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11.00** |

**Robert Z**
**2944 Countryside Path**
**Seguin, TX 78155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 10 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$221.00** |

**Robert Zens**
**1493 E Philadelphia St**
**Ontario, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 11 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$76.00** |

**Robert Zupo**
**2944 Countryside Path**
**Seguin, TX 78155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
        _____       Case number *(if known)* _____
        Name

---

| 3.171 |
| 12 |

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$24.00**

**Robert Zwissler**                          ☐ Contingent
**11 Brooklyn Ave**                          ☐ Unliquidated
**Lavallette, NJ 08735**                     ☐ Disputed

Date(s) debt was incurred _                  **Basis for the claim:  Customer**
Last 4 digits of account number _
                                             Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 |
| 13 |

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$30.00**

**Roberta C**                                ☐ Contingent
**4015 Aspen Grove Dr Unit 3052**            ☐ Unliquidated
**Franklin, TN 37067**                       ☐ Disputed

Date(s) debt was incurred _                  **Basis for the claim:  Customers - Deferred Credit**
Last 4 digits of account number _
                                             Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 |
| 14 |

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$50.00**

**Roberta G**                                ☐ Contingent
**240 Thresher Drive**                       ☐ Unliquidated
**Vallejo, CA 95591**                        ☐ Disputed

Date(s) debt was incurred _                  **Basis for the claim:  Customers - Deferred Credit**
Last 4 digits of account number _
                                             Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 |
| 15 |

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$801.00**

**Roberta Howard**                           ☐ Contingent
**10 Cimarron Dr**                           ☐ Unliquidated
**Dalhart, TX 79022**                        ☐ Disputed

Date(s) debt was incurred _                  **Basis for the claim:  Customer**
Last 4 digits of account number _
                                             Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 |
| 16 |

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$11.00**

**Roberta P**                                ☐ Contingent
**230 Cypress Pl**                           ☐ Unliquidated
**Oldsmar, FL 34677**                        ☐ Disputed

Date(s) debt was incurred _                  **Basis for the claim:  Customers - Deferred Credit**
Last 4 digits of account number _
                                             Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 |
| 17 |

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$50.00**

**Roberta Sampaio**                          ☐ Contingent
**6157 NW 53rd Cir**                         ☐ Unliquidated
**Coral Springs, FL 33067**                  ☐ Disputed

Date(s) debt was incurred _                  **Basis for the claim:  Customer**
Last 4 digits of account number _
                                             Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 |
| 18 |

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$8.00**

**Robertd M**                                ☐ Contingent
**1069 Gauguin Ln**                          ☐ Unliquidated
**Tega Cay, SC 29708**                       ☐ Disputed

Date(s) debt was incurred _                  **Basis for the claim:  Customers - Deferred Credit**
Last 4 digits of account number _
                                             Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*   _____

---

| 3.171 19 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Roberte Bollengier**
**3210 Post Rd**
**Warwick, RI 02886**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$36.00**

---

| 3.171 20 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Roberth Borges**
**14205 Sw 103rd Ct**
**Miami, FL 33176**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$132.00**

---

| 3.171 21 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Roberto B**
**2093 Swan Lane**
**Palm Harbor, FL 34683**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.171 22 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Roberto Balderrama**
**Marino's Warehouse**
**180 N Freeport Dr W5 Cp**
**Nogales, AZ 85621**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

| 3.171 23 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Roberto Glenncardenas**
**900 Panorama Dr**
**Allen, TX 75013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$31.00**

---

| 3.171 24 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Roberto I**
**2664 California Street Apt.4**
**San Francisco, CA 94115**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

| 3.171 25 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Roberto Imperial**
**2664 California Street Apt.4**
**San Francisco, CA 94115**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$793.00**

---

Debtor   **Phoeno Wine Company, Inc.**                              Case number *(if known)* _____
_____
         Name

---

| 3.171 |
| 26 |

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*        **$60.00**
**Roberto O**                                                      ☐ Contingent
**432 Woodbridge Dr.**                                             ☐ Unliquidated
**Chesapeake, VA 23322**                                           ☐ Disputed

Date(s) debt was incurred _                                        **Basis for the claim:** __Customers - Deferred Credit__
Last 4 digits of account number _
                                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 |
| 27 |

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*        **$2,127.00**
**Roberto Ortiz**                                                  ☐ Contingent
**432 Woodbridge Dr.**                                             ☐ Unliquidated
**Chesapeake, VA 23322**                                           ☐ Disputed

Date(s) debt was incurred _                                        **Basis for the claim:** __Customer__
Last 4 digits of account number _
                                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 |
| 28 |

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*        **$25.00**
**Roberto Tinajero**                                               ☐ Contingent
**7343 Corona Del Sol**                                            ☐ Unliquidated
**El Paso, TX 79911**                                              ☐ Disputed

Date(s) debt was incurred _                                        **Basis for the claim:** __Customer__
Last 4 digits of account number _
                                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 |
| 29 |

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*        **$999.03**
**Robertpuglisi**                                                  ☐ Contingent
**2415 Bent Tree Rd**                                              ☐ Unliquidated
**Apt 2418**                                                       ☐ Disputed
**Palm Harbor, FL 34683**

Date(s) debt was incurred _                                        **Basis for the claim:** __Customers - Deferred Credit__
Last 4 digits of account number _
                                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 |
| 30 |

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*        **$100.00**
**Robie L**                                                        ☐ Contingent
**250 National Pl Unit 162**                                       ☐ Unliquidated
**(Blessed Bean Coffee Llc)**                                      ☐ Disputed
**Longwood, FL 32750**

Date(s) debt was incurred _                                        **Basis for the claim:** __Customers - Deferred Credit__
Last 4 digits of account number _
                                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 |
| 31 |

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*        **$55.00**
**Robin A**                                                        ☐ Contingent
**2419 Sellers Wau**                                               ☐ Unliquidated
**West Sacramento, CA 95691**                                      ☐ Disputed

Date(s) debt was incurred _                                        **Basis for the claim:** __Customers - Deferred Credit__
Last 4 digits of account number _
                                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 |
| 32 |

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*        **$32.00**
**Robin Allen**                                                    ☐ Contingent
**713 Carriage Hill Rd**                                           ☐ Unliquidated
**Melbourne, FL 32940**                                            ☐ Disputed

Date(s) debt was incurred _                                        **Basis for the claim:** __Customers - Deferred Credit__
Last 4 digits of account number _
                                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F              Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_    _____

Name

| | |
|---|---|
| 3.171 33 | |

**Nonpriority creditor's name and mailing address**                                                                $160.00

**Robin Cahall**
**65 Cliffside Xing**
**Atlanta, GA 30350**

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.171 34 | |

**Nonpriority creditor's name and mailing address**                                                                $208.00

**Robin Cessna**
**3454 N Barron**
**Mesa, AZ 85207**

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.171 35 | |

**Nonpriority creditor's name and mailing address**                                                                $202.00

**Robin Dyer**
**100 Oakmont Dr**
**Kernersville, NC 27284**

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.171 36 | |

**Nonpriority creditor's name and mailing address**                                                                $48.00

**Robin G**
**607 Sunnyside Road**
**Saint Helena, CA 94574**

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.171 37 | |

**Nonpriority creditor's name and mailing address**                                                                $90.00

**Robin H**
**5416 Cold Lake St**
**Las Vegas, NV 89148**

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.171 38 | |

**Nonpriority creditor's name and mailing address**                                                                $3,748.00

**Robin Hayde**
**5416 Cold Lake St**
**Las Vegas, NV 89148**

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.171 39 | |

**Nonpriority creditor's name and mailing address**                                                                $158.00

**Robin Howell**
**6227 Menger Ave**
**Dallas, TX 75227**

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.171 40 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robin Howell**
**6227 Menger Ave**
**Dallas, TX 75227**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$151.68

---

| 3.171 41 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robin Johnson**
**15179 W 50th Dr**
**Golden, CO 80403**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$630.00

---

| 3.171 42 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robin Martinezrogers**
**19857 25th Ave NE Apt 303**
**Shoreline, WA 98155**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.171 43 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robin Mendez**
**5806 Glenwood Ct**
**Export, PA 15632**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$153.00

---

| 3.171 44 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robin N**
**4 Turtle Beach**
**Kiawah Island, SC 29455**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$35.00

---

| 3.171 45 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robin N 13407916**
**130 Old Cloverhill Rd.**
**Maryville, TN 37803**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$23.00

---

| 3.171 46 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robin Q**
**30 Gladys Ct Apt 5**
**Mountain View, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
| | Name | | | |

---

**3.171 47**

**Nonpriority creditor's name and mailing address**

**Robin R**
**1206 Indian Lake Trl**
**0**
**Corinth, TX 76210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.171 48**

**Nonpriority creditor's name and mailing address**

**Robin Rawald**
**2444 Den St**
**St Augustime, FL 32092**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$336.00**

---

**3.171 49**

**Nonpriority creditor's name and mailing address**

**Robin Ross**
**6826 E 5th St**
**Scottsdale, AZ 85251**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$353.87**

---

**3.171 50**

**Nonpriority creditor's name and mailing address**

**Robin Rothstein**
**3566 Camino Arena**
**Carlsbad, CA 92009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$768.00**

---

**3.171 51**

**Nonpriority creditor's name and mailing address**

**Robin Schilling**
**1612 E Wood Oaks**
**Springfield, MO 65804**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$64.00**

---

**3.171 52**

**Nonpriority creditor's name and mailing address**

**Robin Warbey**
**1738 River City Way**
**Sacramento, CA 95833**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,201.00**

---

**3.171 53**

**Nonpriority creditor's name and mailing address**

**Robintom**
**100 Oakmont Dr**
**Kernersville, NC 27284**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$445.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name                                          Case number _(if known)_ _____

| 3.171 54 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robv**
**8550 Hudson Blvd N**
**Suite 120**
**Lake Elmo, MN 55042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$150.01**

---

| 3.171 55 |
|---|

**Nonpriority creditor's name and mailing address**

**Robyn M**
**3253 Woodview Dr**
**Lafayette, CA 94549**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.171 56 |
|---|

**Nonpriority creditor's name and mailing address**

**Robyn Miller**
**57 Shivertown Road**
**New Paltz, NY 12561**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,779.00**

---

| 3.171 57 |
|---|

**Nonpriority creditor's name and mailing address**

**Robyn Salisbury**
**7748 Rye Canyon Dr**
**Las Vegas, NV 89123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$68.00**

---

| 3.171 58 |
|---|

**Nonpriority creditor's name and mailing address**

**Robyn Scott**
**4522 Tello Path**
**Austin, TX 78749**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$17,224.00**

---

| 3.171 59 |
|---|

**Nonpriority creditor's name and mailing address**

**Robyn Vieth**
**101 Laguna Rd Ste 100**
**Fullerton, CA 92835**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$357.00**

---

| 3.171 60 |
|---|

**Nonpriority creditor's name and mailing address**

**Robyn Weller**
**13844 Sagewood Dr**
**Poway, CA 92064**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$403.00**

---

Debtor    **Phoeno Wine Company, Inc.**
Name

Case number *(if known)*

---

| 3.171 | | |
|---|---|---|
| 61 | | |

**Nonpriority creditor's name and mailing address**
**Robyn Wolf**
**435 E 79th St Apt 7n**
**New York, NY 10075**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$347.00**

---

| 3.171 | | |
|---|---|---|
| 62 | | |

**Nonpriority creditor's name and mailing address**
**Rocco Cozza**
**400 Holiday Dr Ste 210**
**Pittsburgh, PA 15220**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

| 3.171 | | |
|---|---|---|
| 63 | | |

**Nonpriority creditor's name and mailing address**
**Rocco L**
**10 Rodeo Dr**
**Jackson, NJ 08527**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$70.00**

---

| 3.171 | | |
|---|---|---|
| 64 | | |

**Nonpriority creditor's name and mailing address**
**Rocco Lavista**
**10 Rodeo Dr**
**Jackson, NJ 08527**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.171 | | |
|---|---|---|
| 65 | | |

**Nonpriority creditor's name and mailing address**
**Rocco Romatelli**
**918 Strafford Rd**
**Barrington, NH 03825**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$130.00**

---

| 3.171 | | |
|---|---|---|
| 66 | | |

**Nonpriority creditor's name and mailing address**
**Rocco Sansone**
**3391 Maple St NE**
**St. Petersburg, FL 33704**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

| 3.171 | | |
|---|---|---|
| 67 | | |

**Nonpriority creditor's name and mailing address**
**Rochelle Hoskins**
**7221 S Staples St Apt 426**
**Corpus Christi, TX 78413**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_ _____
Name

---

3.171
68

**Nonpriority creditor's name and mailing address**

**Rochelle Mcgill**
**110 W Reichmuth Rd**
**Po Box 677**
**Valley, NE 68064**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$168.00

---

3.171
69

**Nonpriority creditor's name and mailing address**

**Rocky Schneider**
**4170 28th Ave S**
**Fargo, ND 58104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$185.00

---

3.171
70

**Nonpriority creditor's name and mailing address**

**Rod Brown**
**245 Blackrock Trce**
**Milton, GA 30004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$165.00

---

3.171
71

**Nonpriority creditor's name and mailing address**

**Rod Sisson**
**786 Salisbury Park Rd**
**Hague, VA 22469**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$17.00

---

3.171
72

**Nonpriority creditor's name and mailing address**

**Rod W**
**27422 Via Amistoso**
**Mission Viejo, CA 92692**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$22.00

---

3.171
73

**Nonpriority creditor's name and mailing address**

**Rod Wekkin**
**4666 N Shore Dr**
**Eau Claire, WI 54703**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

3.171
74

**Nonpriority creditor's name and mailing address**

**Rod Wilbert**
**27422 Via Amistoso**
**Mission Viejo, CA 92692**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$553.00

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.171 75 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rod Wilson**
**1077 Pacific Coast Hwy # 194**
**Seal Beach, CA 90740**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$198.00**

---

| 3.171 76 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Roderic Miller**
**11408 Horsemans Trail**
**Raleigh, NC 27613**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,018.00**

---

| 3.171 77 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Roderick Luna**
**1862 Alta View Dr**
**San Diego, CA 92139**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$15,216.00**

---

| 3.171 78 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rodger C**
**725 Norland Avenue**
**Chambersburg, PA 17201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.171 79 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rodger Wheaton**
**1500 Oriole St**
**New Orleans, LA 70122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,594.00**

---

| 3.171 80 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rodina S**
**201 Lone Pine Dr**
**Palm Beach Gardens, FL 33410**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

| 3.171 81 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rodney Adams**
**15 Pond Cypress Way**
**Santa Rosa Beach, FL 32459**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$3,772.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.171 |
|-------|
| 82 |

**Nonpriority creditor's name and mailing address**
**Rodney Brown**
**245 Blackrock Trce**
**Milton, GA 30004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,791.00**

---

| 3.171 |
|-------|
| 83 |

**Nonpriority creditor's name and mailing address**
**Rodney C**
**4474 Dogwood Circle**
**Weston, FL 33331**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$3.00**

---

| 3.171 |
|-------|
| 84 |

**Nonpriority creditor's name and mailing address**
**Rodney Cabeza**
**4474 Dogwood Circle**
**Weston, FL 33331**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,273.00**

---

| 3.171 |
|-------|
| 85 |

**Nonpriority creditor's name and mailing address**
**Rodney Fielding**
**1210 William Crst**
**New Braunfels, TX 78130**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$666.00**

---

| 3.171 |
|-------|
| 86 |

**Nonpriority creditor's name and mailing address**
**Rodney Forbes**
**6840 Liberty St.**
**Rome, NY 13440**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.171 |
|-------|
| 87 |

**Nonpriority creditor's name and mailing address**
**Rodney I**
**944 Cherry St E**
**Canal Fulton, OH 44614**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$45.00**

---

| 3.171 |
|-------|
| 88 |

**Nonpriority creditor's name and mailing address**
**Rodney Ison**
**944 Cherry St E**
**Canal Fulton, OH 44614**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$506.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____     Case number *(if known)* _____
Name

| | |
|---|---|
| 3.171 89 | |

**Nonpriority creditor's name and mailing address**
**Rodney Lineberry**
**14729 Ballantyne Glen Way**
**Charlotte, NC 28277**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$577.00**

---

| | |
|---|---|
| 3.171 90 | |

**Nonpriority creditor's name and mailing address**
**Rodney Swikehardt**
**1060 E Ridge Rd**
**C/O UPS Access Point (In Advance Auto Pa**
**Rochester, NY 14621**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$33.00**

---

| | |
|---|---|
| 3.171 91 | |

**Nonpriority creditor's name and mailing address**
**Rods Fried**
**20400 W Country Club Dr Apt 411**
**Aventura, FL 33180**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$57.00**

---

| | |
|---|---|
| 3.171 92 | |

**Nonpriority creditor's name and mailing address**
**Rogel Reyes**
**1240 Buckeye Terrace**
**Clayton, CA 94517**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$38.00**

---

| | |
|---|---|
| 3.171 93 | |

**Nonpriority creditor's name and mailing address**
**Roger Anderson**
**887 Marshall Rd**
**Troy, VA 22974**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,585.00**

---

| | |
|---|---|
| 3.171 94 | |

**Nonpriority creditor's name and mailing address**
**Roger Dickman**
**13001 S Moody Ave**
**Palos Heights, IL 60463**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

| | |
|---|---|
| 3.171 95 | |

**Nonpriority creditor's name and mailing address**
**Roger Elliott**
**1870 Falcon Ridge Dr**
**Petaluma, CA 94954**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$69.00**

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

---

| 3.171 96 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Roger Eustance**
**6005 Hamman St Unit B**
**Houston, TX 77007**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,819.00**

---

| 3.171 97 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Roger Farley**
**7 Briar Brae Rd**
**Darien, CT 06820**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$414.00**

---

| 3.171 98 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Roger G**
**435 West 31st Street**
**New York, NY 10001**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

| 3.171 99 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Roger Gonzalez**
**5379 Ellery Ter**
**West Palm Beach, FL 33417**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$210.00**

---

| 3.172 00 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Roger Humeston**
**145 Private Road 52605**
**Gate Code #5263**
**Pittsburg, TX 75686**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

| 3.172 01 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Roger Kittredge**
**1667 Wyndham Way**
**El Dorado Hills, CA 95762**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$5,672.00**

---

| 3.172 02 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Roger Lachapelle**
**52 Queen St**
**Fall River, MA 02724**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$377.00**

---

Debtor     **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
           Name

| 3.172 03 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Roger Lombardi**
**17818 Clifton Blvd**
**Lakewood, OH 44107**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$113.00**

---

| 3.172 04 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Roger Michelson**
**50 Union Street**
**Andover, MA 01810**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,194.00**

---

| 3.172 05 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Roger Penrod**
**709 Elm St**
**Eldon, IA 52554**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,080.00**

---

| 3.172 06 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Roger Penrod**
**709 Elm St**
**Eldon, IA 52554**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$99.01**

---

| 3.172 07 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Roger Redmond**
**111 Cozens Pointe Cir**
**E-201**
**Fraser, CO 80442**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$456.00**

---

| 3.172 08 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Roger Smith**
**1477 W Lake St Unit 614**
**Minneapolis, MN 55408**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$96.00**

---

| 3.172 09 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Roger Wright**
**6899 Collins Ave**
**Unit 2607**
**M ami Beach, FL 33141**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$624.00**

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.172 10 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rohen Peterson**
**77 W 24th St Apt 26d**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$328.00

---

| 3.172 11 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rohit B**
**7 Presidents Dr Apt 4b**
**Port Jefferson, NY 11777**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| 3.172 12 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rohit S**
**6835 E Solcito Ln**
**Paradise Valley, AZ 85253**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$40.00

---

| 3.172 13 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Roland Hlawaty**
**333 Ridgewood Ave**
**Glen Ridge, NJ 07028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.172 14 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rolanda T**
**4808 Darling Drive**
**Florham Park, NJ 07932**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

| 3.172 15 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rolanda Tseo**
**4808 Darling Drive**
**Florham Park, NJ 07932**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$603.00

---

| 3.172 16 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rolando C**
**13261 Nw 9th Ter**
**Miami, FL 33182**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

**3.172 17**

**Nonpriority creditor's name and mailing address**

**Rolf Luukkonen**
**203 Silver Fox Ln**
**Downingtown, PA 19335**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ☐ No ☐ Yes

$216.00

---

**3.172 18**

**Nonpriority creditor's name and mailing address**

**Rollie Wright**
**2034 Rolling Hill Dr**
**Santa Rosa, CA 95404**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ☐ No ☐ Yes

$75.00

---

**3.172 19**

**Nonpriority creditor's name and mailing address**

**Rollin Say**
**211 W 102nd St Apt 4c**
**New York, NY 10025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ☐ No ☐ Yes

$17.00

---

**3.172 20**

**Nonpriority creditor's name and mailing address**

**Roman B**
**188 Federal Blvd**
**Denver, CO 80219**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ☐ No ☐ Yes

$29.00

---

**3.172 21**

**Nonpriority creditor's name and mailing address**

**Roman Bykov**
**188 Federal Blvd**
**Denver, CO 80219**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ☐ No ☐ Yes

$118.00

---

**3.172 22**

**Nonpriority creditor's name and mailing address**

**Roman Pohorecki**
**315 W 15th St**
**Liberal, KS 67901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ☐ No ☐ Yes

$24.00

---

**3.172 23**

**Nonpriority creditor's name and mailing address**

**Roman W**
**3564 W Fairview St**
**Miami, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ☐ No ☐ Yes

$25.00

---

| Debtor | Phoeno Wine Company, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.172 24**

**Nonpriority creditor's name and mailing address**
**Romney White**
**3951 Vestal Pkwy E**
**Fedex**
**Vestal, NY 13850**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

$118.00

---

**3.172 25**

**Nonpriority creditor's name and mailing address**
**Romulus T**
**3947 2nd St Dr Nw**
**Hickory, NC 28601**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

$10.00

---

**3.172 26**

**Nonpriority creditor's name and mailing address**
**Ron Anderson**
**2229 Placerwood Trail**
**Reno, NV 89523**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$238.00

---

**3.172 27**

**Nonpriority creditor's name and mailing address**
**Ron B**
**220 Signature Dr S**
**Xenia, OH 45385**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

$50.00

---

**3.172 28**

**Nonpriority creditor's name and mailing address**
**Ron Benitez**
**3543 Lower Honoapiilani Rd**
**Papakea Resort L-107 Check In 11/19**
**Lahaina, HI 96761**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$174.00

---

**3.172 29**

**Nonpriority creditor's name and mailing address**
**Ron C**
**5212 Miles Ave**
**Oakland, CA 94618**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

$50.00

---

**3.172 30**

**Nonpriority creditor's name and mailing address**
**Ron Chan**
**26 Blacksmith Ln**
**East Northport, NY 11731**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$79.00

---

Debtor  **Phoeno Wine Company, Inc.**                          Case number *(if known)* _____
         Name

| 3.172 31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$372.00** |
|---|---|---|---|

**Ron Charles**
**25 Colonial Woods Dr**
**West Orange, NJ 07052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |
|---|---|---|---|

**Ron Clarke**
**3723 Berrywood Dr**
**Dayton, OH 45424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$752.00** |
|---|---|---|---|

**Ron Coleman**
**7777 N Pierce Park Rd**
**Boise, ID 83714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$125.00** |
|---|---|---|---|

**Ron Coleman**
**7777 N Pierce Park Rd**
**Boise, ID 83714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60.00** |
|---|---|---|---|

**Ron D**
**1660 Orchard Hill Rd**
**Cheshire, CT 06410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$435.00** |
|---|---|---|---|

**Ron David**
**17696 Wren Dr.**
**Canyon Country, CA 91387**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,366.00** |
|---|---|---|---|

**Ron Dillon**
**2705 Telegraph Ave**
**Stockton, CA 95204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F                 Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.172 38 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ron Fillous**
**2393 Sw 67th Ave**
**Miami, FL 33155**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$18,305.00**

---

| 3.172 39 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ron Fritz**
**7729 Jacaranda Ln**
**Naples, FL 34114**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$174.00**

---

| 3.172 40 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ron Gillespie**
**34200 Rd 140**
**Visalia, CA 93292**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$362.00**

---

| 3.172 41 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ron H**
**2804 Six Mile Rd**
**Maryville, TN 37803**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$43.00**

---

| 3.172 42 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ron H**
**73185 Hwy 111, Ste D**
**Palm Desert, CA 92260**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.172 43 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ron Hager**
**6511 Runge Forest Drive**
**Barnhart, MO 63012**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$398.00**

---

| 3.172 44 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ron Hager**
**6511 Runge Forest Drive**
**Barnhart, MO 63012**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$201.00**

---

Debtor    **Phoeno Wine Company, Inc.**    Case number *(if known)* _____
_____
Name

---

| 3.172 45 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13.05** |
| **Ron I** | ☐ Contingent | |
| **21115 Oakleaf Canyon Dr** | ☐ Unliquidated | |
| **Newhall, CA 91321** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.172 46 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,118.00** |
| **Ron Isom** | ☐ Contingent | |
| **950 Avenue C Apt A** | ☐ Unliquidated | |
| **Ely, NV 89301** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.172 47 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$386.00** |
| **Ron Jaekle** | ☐ Contingent | |
| **12400 Ivy Lake Dr** | ☐ Unliquidated | |
| **Knoxville, TN 37934** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.172 48 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$117.00** |
| **Ron Koch** | ☐ Contingent | |
| **6057 Moore Dr** | ☐ Unliquidated | |
| **Sykesville, MD 21784** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.172 49 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28.00** |
| **Ron M** | ☐ Contingent | |
| **15954 Venito Trail** | ☐ Unliquidated | |
| **Fishers, IN 46037** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.172 50 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$796.00** |
| **Ron Orsini** | ☐ Contingent | |
| **8711 Sterling Gate Cir** | ☐ Unliquidated | |
| **Spring, TX 77379** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.172 51 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,537.00** |
| **Ron Peterson** | ☐ Contingent | |
| **12409 Allen Dr** | ☐ Unliquidated | |
| **Burnsville, MN 55337** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                                    Case number *(if known)* _____

| 3.172 52 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ron Petty**
**212 Night Harbor Dr**
**Chapin, SC 29036**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$116.00**

---

| 3.172 53 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ron Pinto**
**401 East 60th Street**
**17a**
**New York, NY 10022**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$635.00**

---

| 3.172 54 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ron Quillin**
**9562 Winter Gardens Blvd**
**C/O The UPS Store**
**Lakeside, CA 92040**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$292.00**

---

| 3.172 55 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ron Quillin**
**9562 Winter Gardens Blvd**
**C/O The Ups Store**
**Lakeside, CA 92040**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$76.35**

---

| 3.172 56 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ron Rodi**
**13265 Anne Dr**
**Lemont, IL 60439**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$374.00**

---

| 3.172 57 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ron S**
**345 Coronado Ave**
**Half Moon Bay, CA 94019**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$413.91**

---

| 3.172 58 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ron Sann**
**3425 N Seminary Ave**
**Chicago, IL 60657**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$994.00**

---

Debtor    **Phoeno Wine Company, Inc.**                          Case number *(if known)* _____
_____
Name

| 3.172 59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$279.00** |

**3.172**
**59**

**Nonpriority creditor's name and mailing address**
**Ron Sciandri**
**1065 Oakmont Ct**
**Napa, CA 94559**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$279.00**

---

**3.172**
**60**

**Nonpriority creditor's name and mailing address**
**Ron Smith**
**2950 North Loop W Ste 130**
**Houston, TX 77092**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$705.00**

---

**3.172**
**61**

**Nonpriority creditor's name and mailing address**
**Ron V**
**55 Oak Knoll**
**Trabuco Canyon, CA 92679**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.172**
**62**

**Nonpriority creditor's name and mailing address**
**Ron Weissmann**
**33 Stratford Ln**
**Holmdel, NJ 07733**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$257.00**

---

**3.172**
**63**

**Nonpriority creditor's name and mailing address**
**Ron Wolforth**
**5451 Honea Egypt Rd**
**Montgomery, TX 77316**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$54.00**

---

**3.172**
**64**

**Nonpriority creditor's name and mailing address**
**Ronald C**
**35371 Corte San Felipe**
**Winchester, CA 92596**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.172**
**65**

**Nonpriority creditor's name and mailing address**
**Ronald Cantalupo**
**2410 Highway 35**
**Manasquan, NJ 08736**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$112.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.172 66 | |

**Nonpriority creditor's name and mailing address**
**Ronald Devries**
**6910 W Winchester Dr**
**Baldwin, MI 49304**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

| | |
|---|---|
| 3.172 67 | |

**Nonpriority creditor's name and mailing address**
**Ronald F**
**205 County Road 17**
**Alco Tool Supply**
**Elkhart, IN 46516**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$48.00

---

| | |
|---|---|
| 3.172 68 | |

**Nonpriority creditor's name and mailing address**
**Ronald Foster**
**205 County Road 17**
**Alco Tool Supply**
**Elkhart, IN 46516**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,797.00

---

| | |
|---|---|
| 3.172 69 | |

**Nonpriority creditor's name and mailing address**
**Ronald Hammer**
**1516 Vonphister Street**
**Key West, FL 33040**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,602.00

---

| | |
|---|---|
| 3.172 70 | |

**Nonpriority creditor's name and mailing address**
**Ronald I**
**617 Ave E**
**Bayonne, NJ 07002**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

| | |
|---|---|
| 3.172 71 | |

**Nonpriority creditor's name and mailing address**
**Ronald M**
**309 Cove Lane**
**Beach Haven, NJ 08008**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| | |
|---|---|
| 3.172 72 | |

**Nonpriority creditor's name and mailing address**
**Ronald M**
**906 Windward Way**
**Weston, FL 33327**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 3.172 73 | **Nonpriority creditor's name and mailing address** | | **$122.00** |

**Nonpriority creditor's name and mailing address**
**Ronald Mendoza**
**31 Dawes Ct**
**Freehold, NJ 07728**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ☑ No ☐ Yes

**$122.00**

---

| 3.172 74 |

**Nonpriority creditor's name and mailing address**
**Ronald Pomerantz**
**3269 Hollywood Blvd**
**C/O Fedex Print And Ship Center**
**Hollywood, FL 33021**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ☑ No ☐ Yes

**$805.00**

---

| 3.172 75 |

**Nonpriority creditor's name and mailing address**
**Ronald Pursley**
**409 Bradley Dr**
**Vacaville, CA 95687**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ☑ No ☐ Yes

**$290.00**

---

| 3.172 76 |

**Nonpriority creditor's name and mailing address**
**Ronald Robins**
**4900 E Dublin Granville Rd**
**Big Lots, Inc**
**Columbus, OH 43081**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ☑ No ☐ Yes

**$104.00**

---

| 3.172 77 |

**Nonpriority creditor's name and mailing address**
**Ronald S**
**235 21st Ave**
**Vero Beach, FL 32962**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customers - Deferred Credit__

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

| 3.172 78 |

**Nonpriority creditor's name and mailing address**
**Ronald S**
**3109 N Thomas Rd**
**Freeland, MI 48623**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customers - Deferred Credit__

Is the claim subject to offset? ☑ No ☐ Yes

**$5.00**

---

| 3.172 79 |

**Nonpriority creditor's name and mailing address**
**Ronald Scherr**
**7459 Victory Lane Unit 8805**
**Delray Beach, FL 33446**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ☑ No ☐ Yes

**$720.00**

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.172 80 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ronald Scirrotto**
**860 Jupiter Park Dr Ste 1a**
**Jupiter, FL 33458**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$532.00**

---

| 3.172 81 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ronald Smith**
**1530 South State Street**
**807**
**Chicago, IL 60605**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

| 3.172 82 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ronald Solar**
**12495 Figtree St.**
**San Diego, CA 92131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$520.00**

---

| 3.172 83 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ronaldo Z**
**531 N Brink Ave**
**Sarasota, FL 34237**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.172 84 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ronda Sheffield**
**2788 Dahlonega Trail**
**Austell, GA 30106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$490.00**

---

| 3.172 85 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Roniel Singh**
**5361 Wadsworth Way**
**Sacramento, CA 95835**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,995.00**

---

| 3.172 86 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ronnie Cunningham**
**8504 Delmar Court**
**Fort Worth, TX 76123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$168.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_    _____
Name

| | |
|---|---|
| **3.172 87** | |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$54.00**

**Rony Morrison**
**14206 Ridgewater Way**
**Charlotte, NC 28278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.172 88** | |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$220.00**

**Rooks Teal**
**1036 Anchors Bend Way**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.172 89** | |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$15.00**

**Rory B**
**177 E 75th St**
**6d**
**New York, NY 10021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.172 90** | |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$100.00**

**Rory Bevins**
**177 E 75th St**
**6d**
**New York, NY 10021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.172 91** | |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$24.03**

**Rory C**
**201 S Ridge Ct**
**Danville, CA 94506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.172 92** | |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$19.34**

**Rory F**
**716 Gainsborough Place**
**Laguna Beach, CA 92651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.172 93** | |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$477.00**

**Rory Flynn**
**3456 Aultwoods Ln**
**Cincinnati, OH 45208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor　**Phoeno Wine Company, Inc.**　　　　　　　　　Case number *(if known)*　_____
　　　　　Name

---

**3.172 94**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$416.00** |

**Rory Keul**
**4666 Rhett Ln**
**Unit H**
**Carrollton, TX 75010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172 95**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,361.00** |

**Rory Mcnicholas**
**14309 Ballantyne Country Club Dr**
**Charlotte, NC 28277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172 96**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,545.00** |

**Rory Whalley**
**272 Shadybrook Lane**
**West Islip, NY 11795**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172 97**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |

**Rosa F**
**5001 Nw 24 Circle**
**Boca Raton, FL 33431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172 98**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.00** |

**Rosa M**
**10757 E 36th St**
**Yuma, AZ 85365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172 99**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$42.00** |

**Rosa Meza**
**10757 E 36th St**
**Yuma, AZ 85365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.173 00**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150.00** |

**Rosalie Nolan**
**18374 Phantom St Ste 11**
**Victorville, CA 92394**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F　　　　　Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

---

| 3.173 01 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$242.00** |

**Rosalie-Carissa**
**11041 Taft Dr**
**Port Richey, FL 34668**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 02 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**Rosanne H**
**1212 Woodlawn Park Drive**
**Flunt, MI 48503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 03 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$375.00** |

**Rosario Oyhanarte**
**4600 Mariners Cove Dr**
**Wellington, FL 33449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 04 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$186.00** |

**Rose Begalla**
**2635 E 127th St**
**Cleveland, OH 44120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 05 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23.00** |

**Rose Carver**
**224 Westline Dr**
**Hazleton, IA 50641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 06 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**Rose J**
**11002 Boca Woods Ln**
**Boca Raton, FL 33428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 07 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$130.00** |

**Rose Larraburu**
**10 Eagle Hill Ter**
**Redwood City, CA 94062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

---

**3.173 08**

**Nonpriority creditor's name and mailing address**
**Rose Walton**
**2020 Douglas Street Northeast**
**Washington, DC 20018**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☐ No ☐ Yes

**$189.00**

---

**3.173 09**

**Nonpriority creditor's name and mailing address**
**Roseann D**
**2250 Mickle Ave**
**Bronx, NY 10469**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.173 10**

**Nonpriority creditor's name and mailing address**
**Roseann Demers**
**2250 Mickle Ave**
**Bronx, NY 10469**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$719.00**

---

**3.173 11**

**Nonpriority creditor's name and mailing address**
**Roseann Stevenson**
**18128 Colchester Way**
**Northridge, CA 91326**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$474.00**

---

**3.173 12**

**Nonpriority creditor's name and mailing address**
**Rosemarie Rotondo**
**1078 Westminster Ave**
**Dix Hills, NY 11746**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$45.00**

---

**3.173 13**

**Nonpriority creditor's name and mailing address**
**Rosemary Larraburu**
**10 Eagle Hill Ter**
**Redwood City, CA 94062**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$555.00**

---

**3.173 14**

**Nonpriority creditor's name and mailing address**
**Rosemary Reilly**
**252 West 85th Street**
**Apt 6-D**
**Ny, NY 10024**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$196.00**

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.173 |
|-------|
| 15 |

**Nonpriority creditor's name and mailing address**
**Rosemary Selepena**
**8417 W Moreland Rd**
**Parma, OH 44129**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,133.00**

---

| 3.173 |
|-------|
| 16 |

**Nonpriority creditor's name and mailing address**
**Rosemary Selepena**
**8417 W Moreland Rd**
**Parma, OH 44129**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$190.02**

---

| 3.173 |
|-------|
| 17 |

**Nonpriority creditor's name and mailing address**
**Roslan Schofield**
**19 Mirror Ridge Dr**
**The Woodlands, TX 77382**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,384.00**

---

| 3.173 |
|-------|
| 18 |

**Nonpriority creditor's name and mailing address**
**Ross D**
**50 Clinton St.**
**Apt. 5a**
**New York, NY 10002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.173 |
|-------|
| 19 |

**Nonpriority creditor's name and mailing address**
**Ross E**
**5348 Mercer Dr**
**Langley, WA 98260**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| 3.173 |
|-------|
| 20 |

**Nonpriority creditor's name and mailing address**
**Ross Egge**
**5348 Mercer Dr**
**Langley, WA 98260**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,173.00**

---

| 3.173 |
|-------|
| 21 |

**Nonpriority creditor's name and mailing address**
**Ross Gibson**
**14533 Amelia Cove Dr**
**Jacksonville, FL 32226**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$455.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*   _____

| 3.173 22 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ross Harris**
**137 Cleo St**
**Laguna Beach, CA 92651**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.173 23 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ross Judy**
**343 Presidential Drive**
**Lebanon, NJ 08833**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

| 3.173 24 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ross Norcom**
**3031 Oliver St Apt 1717**
**Dallas, TX 75205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.173 25 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ross Porter**
**607 Rutgers Dr**
**Davis, CA 95616**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$12,032.00**

---

| 3.173 26 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ross R**
**1011 K St**
**Sacramento, CA 95814**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.173 27 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ross R**
**5800 Granite Parkway**
**Suite 260**
**Plano, TX 75024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$22.00**

---

| 3.173 28 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ross Rojek**
**1011 K St**
**Sacramento, CA 95814**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$179.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.173**
**29**

**Nonpriority creditor's name and mailing address**
**Ross S**
**612 Jefferson St Apt 3**
**Hoboken, NJ 07030**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

**3.173**
**30**

**Nonpriority creditor's name and mailing address**
**Ross Shelledy**
**1644 Misty Hollow Ct**
**Wildwood, MO 63038**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$436.00**

---

**3.173**
**31**

**Nonpriority creditor's name and mailing address**
**Ross W**
**5000 El Dorado Prkwy**
**Ups Store Hold For Pick Up**
**Frisco, TX 75033**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$13.00**

---

**3.173**
**32**

**Nonpriority creditor's name and mailing address**
**Rossana Carrillo**
**923 Peachtree Street NE Unit # 821**
**Atlanta, GA 30309**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$102.00**

---

**3.173**
**33**

**Nonpriority creditor's name and mailing address**
**Roveena J**
**1225 Candlewood Ct**
**Aurora, IL 60502**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$3.00**

---

**3.173**
**34**

**Nonpriority creditor's name and mailing address**
**Roxanne D**
**4885 Sierra Springs Dr**
**House**
**Pollock Pines, CA 95726**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.173**
**35**

**Nonpriority creditor's name and mailing address**
**Roxanne Miller**
**2742 50th St NE**
**Buffalo, MN 55313**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$783.00**

---

Debtor   **Phoeno Wine Company, Inc.**                    Case number *(if known)* _____
_____
Name

| | |
|---|---|
| **3.173**<br>**36** | |

**Nonpriority creditor's name and mailing address**
**Roxyn K**
**11672 Oak Knoll Ct**
**Fontana, CA 92337**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

| | |
|---|---|
| **3.173**<br>**37** | |

**Nonpriority creditor's name and mailing address**
**Roy E**
**5041 Upton Street Northwest**
**Washington, DC 20016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| | |
|---|---|
| **3.173**<br>**38** | |

**Nonpriority creditor's name and mailing address**
**Roy Fitzgerald**
**3315 Embassy Dr**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$102.00**

---

| | |
|---|---|
| **3.173**<br>**39** | |

**Nonpriority creditor's name and mailing address**
**Roy Lin**
**382 31st Ave**
**Apt 1**
**San Francisco, CA 94121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$110.00**

---

| | |
|---|---|
| **3.173**<br>**40** | |

**Nonpriority creditor's name and mailing address**
**Roy Michael**
**5791 Catoctin Vista Dr**
**Mount Airy, MD 21771**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,010.00**

---

| | |
|---|---|
| **3.173**<br>**41** | |

**Nonpriority creditor's name and mailing address**
**Roy Mitchell**
**2427 Teaberry Glen**
**Escondido, CA 92027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$24.00**

---

| | |
|---|---|
| **3.173**<br>**42** | |

**Nonpriority creditor's name and mailing address**
**Roy Morejon**
**173 Minnehonk Lake Road**
**Mount Vernon, ME 04352**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,558.00**

---

Debtor **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

---

| 3.173 43 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$78.00** |
|---|---|---|---|---|

**Roy Patel**
**2375 E Main St**
**A 106**
**Spartanburg, SC 29307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$336.00** |
|---|---|---|---|

**Roy Schmidt**
**513 Joe Sherrod Rd**
**Bells, TN 38006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$96.00** |
|---|---|---|---|

**Roy Wieland**
**4775 Allistair Dr**
**Cumming, GA 30040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$26.08** |
|---|---|---|---|

**Royah T**
**7555 Greenly Drive**
**Oakland, CA 94605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22.00** |
|---|---|---|---|

**Roz Baskerville**
**700 Woodbury Knolls Drive**
**Winston-Salem, NC 27104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |
|---|---|---|---|

**Roz Donagher**
**645 Bay Home Rd**
**Southold, NY 11971**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,085.00** |
|---|---|---|---|

**Ruben Echemendia**
**107 Picadilly Rd**
**Port Matilda, PA 16870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.173 50 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ruben Roy**
**171 High Ave**
**Nyack, NY 10960**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$83.00**

---

| 3.173 51 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ruben Shakhnazaryan**
**145 S Glenoaks Bl**
**126**
**Burbank, CA 91502**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$168.00**

---

| 3.173 52 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rubyj R**
**4880 Smoketalk Lane**
**Westerville, OH 43081**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$6.00**

---

| 3.173 53 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rubyj Ridinger**
**4880 Smoketalk Lane**
**Westerville, OH 43081**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$387.00**

---

| 3.173 54 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ruchi Bhabhra**
**11921 Timberlake Dr**
**Cincinnati, OH 45249**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

| 3.173 55 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rudolf R**
**3519 Flagler Ave**
**Key West, FL 33040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

| 3.173 56 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rudy Castellanos**
**2648 S Norfolk St**
**San Mateo, CA 94403**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

Debtor **Phoeno Wine Company, Inc.**

Name                                                    Case number *(if known)* _____

---

| 3.173 57 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rudy M**
**1324 Harvest View Xing**
**Loxahatchee, FL 33470**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$44.00**

---

| 3.173 58 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rudy Ratliff**
**25 Pacifica Apt 5437**
**Irvine, CA 92618**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.173 59 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rudy Y**
**5855 Horton Street**
**415**
**Emeryville, CA 94608**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$20.00**

---

| 3.173 60 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ruediger B**
**9457 S. University Blvd.**
**Highlands Ranch, CO 80126**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$366.00**

---

| 3.173 61 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rui Wang**
**2830 Jackson Ave Apt 46p**
**Long Island City, NY 11101**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$45.00**

---

| 3.173 62 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rupert R**
**4747 Research Forest Dr Ste 180**
**The Woodlands, TX 77381**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$228.00**

---

| 3.173 63 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rupert Raworth**
**4747 Research Forest Dr Ste 180**
**The Woodlands, TX 77381**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$238.00**

---

Debtor    **Phoeno Wine Company, Inc.**
　　　　　Name

Case number (if known) _____

---

| 3.173 64 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Russ A**
**27 Dintree Lane**
**Staten Island, NY 10307**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| 3.173 65 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Russ Aldrich**
**638 West Sunset Blvd**
**Fort Walton Beach, FL 32547**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$344.01

---

| 3.173 66 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Russ D 2718**
**35 Avalon Gardens Drive**
**Nanuet, NY 10954**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$144.00

---

| 3.173 67 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Russ D 4578**
**15837 Se 225th Stree**
**Hawthorne, FL 32640**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$428.00

---

| 3.173 68 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Russ Douglas**
**15837 Se 225th Stree**
**Hawthorne, FL 32640**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,878.00

---

| 3.173 69 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Russ Fitzpatrick**
**23 Cinnamon Hills Dr**
**Franklin, NC 28734**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,054.00

---

| 3.173 70 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Russ G**
**104 Spindale Place**
**Cameron, NC 28326**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$35.00

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.173
71**

**Nonpriority creditor's name and mailing address**

**Russ Lentz
1515 Parkside Dr
Prairie Du Sac, WI 53578**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$159.00

---

**3.173
72**

**Nonpriority creditor's name and mailing address**

**Russ W
4308 Tersher Dr
Doylestown, PA 18902**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

**3.173
73**

**Nonpriority creditor's name and mailing address**

**Russ Walton
4308 Tersher Dr
Doylestown, PA 18902**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$135.00

---

**3.173
74**

**Nonpriority creditor's name and mailing address**

**Russ Whitman
19307 88th Ave Se
Snohomish, WA 98296**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.173
75**

**Nonpriority creditor's name and mailing address**

**Russel Y
672a Stonehouse Drive
Napa, CA 94558**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

**3.173
76**

**Nonpriority creditor's name and mailing address**

**Russell B
308 Bridgeview Dr.
Poughkeepsie, NY 12601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.173
77**

**Nonpriority creditor's name and mailing address**

**Russell Best
1906 Windmill Drive
Sanford, NC 27330**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$199.00

---

Debtor **Phoeno Wine Company, Inc.**
_____  Case number (if known) _____
Name

| 3.173 78 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Russell Bittner**
**246 Allen Street**
**Apt. 1**
**Hudson, NY 12534**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,604.00**

---

| 3.173 79 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Russell Briggs**
**2413 NEver Bend Cove**
**Austin, TX 78746**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$382.00**

---

| 3.173 80 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Russell Doerk**
**5496 Benchmark Ln**
**Sanford, FL 32773**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$24,733.00**

---

| 3.173 81 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Russell Flock**
**4041 Payne Rd**
**Pleasanton, CA 94588**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$444.00**

---

| 3.173 82 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Russell Fowler**
**16102 Trivoli Cir**
**Bella Collina, FL 34756**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$211.00**

---

| 3.173 83 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Russell G**
**11 Hudson Road E**
**Irvington, NY 10533**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$16.00**

---

| 3.173 84 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Russell Gilbert**
**74 Mountainview Road**
**Millburn, NJ 07041**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$384.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 3.173 85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$163.00** |

**Russell Glickstern**
**11 Hudson Road E**
**Irvington, NY 10533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$170.00** |

**Russell Lamy**
**2733 Key Largo St**
**West Sacramento, CA 95691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,308.00** |

**Russell Lynde**
**951 Alvarado Rd**
**Berkeley, CA 94705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$168.00** |

**Russell Manas**
**216 W 14th St**
**Lobby / Front Desk**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,959.00** |

**Russell Marino Jr**
**4576 Joe Peay Rd**
**Spring Hill, TN 37174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20.00** |

**Russell N 13417**
**5123 N Apopka Vineland Rd**
**Orlando, FL 32818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$57.00** |

**Russell Nenon**
**399 Greenfield Rd**
**Memphis, TN 38117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

**3.173 92**

**Nonpriority creditor's name and mailing address**
**Russell Parrish**
**1420 Marina Bay Dr Apt 714**
**Kemah, TX 77565**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$242.00**

---

**3.173 93**

**Nonpriority creditor's name and mailing address**
**Russell Price**
**3986 Morris Burn Dr**
**Concord, NC 28027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$840.00**

---

**3.173 94**

**Nonpriority creditor's name and mailing address**
**Russell Williams**
**120 E Medical Ln**
**West Columbia, SC 29169**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.173 95**

**Nonpriority creditor's name and mailing address**
**Rustin R**
**40 Carson Way**
**Simsbury, CT 06070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$683.00**

---

**3.173 96**

**Nonpriority creditor's name and mailing address**
**Rusty C**
**39 Lily Lane**
**#7080**
**Ellijay, GA 30540**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.173 97**

**Nonpriority creditor's name and mailing address**
**Rusty Price**
**3986 Morris Burn Dr**
**Concord, NC 28027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,970.00**

---

**3.173 98**

**Nonpriority creditor's name and mailing address**
**Rusty Weekes**
**3301 Lake Lesina Dr**
**San Jose, CA 95135**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

Debtor **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

---

| 3.173 99 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ruth B**
**88 Orbit Lane**
**Ellijay, GA 30540**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.174 00 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ruth S**
**4228 El Mar Dr Apt 303**
**Lauderdale By The Sea, FL 33308**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.174 01 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ruth Tisdale**
**39 Killane St**
**Bear, DE 19701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,130.00**

---

| 3.174 02 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ruth U**
**1363 N 31st St Apt 3041c**
**Philadelphia, PA 19121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.174 03 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ruth Z**
**3113 Via Giorna**
**Palm Desert, CA 92260**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$44.00**

---

| 3.174 04 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ruthann Barbato**
**6108 Misty Meadow Dr**
**House Springs, MO 63051**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

| 3.174 05 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ruthie Giansante**
**11 Island Ave Apt 412**
**Miami Beach, Fl**
**Miami Beach, FL 33139**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$308.00**

---

Debtor    **Phoeno Wine Company, Inc.**    Case number (if known) _____
          _____
          Name

| 3.174 06 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11.00 |

**Ruthie T**
**1907 S Balsam St**
**Lakewood, CO 80227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 07 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66.00 |

**Ryan A**
**603 N Main St**
**Hailey, ID 83333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 08 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $378.00 |

**Ryan Ahern**
**14 Harborview Dr**
**Hingham, MA 02043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 09 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,973.00 |

**Ryan Allison**
**603 N Main St**
**Hailey, ID 83333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $420.00 |

**Ryan Armstrong**
**16806 Center Ridge Dr**
**Cypress, TX 77433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.00 |

**Ryan B**
**2733 Bluebonnet Lane**
**Fort Collins, CO 80525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9.01 |

**Ryan B**
**4071 Dobbins Loop**
**Dublin, CA 94568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                 Case number (if known) _____
_____
Name

---

| 3.174 |
|-------|
| 13    |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*        **$26.00**

**Ryan B**                                                             ☐ Contingent
**4200 San Juan Ave**                                                  ☐ Unliquidated
**Prosper, TX 75078**                                                  ☐ Disputed

Date(s) debt was incurred _                                            Basis for the claim:  **Customers - Deferred Credit**
Last 4 digits of account number _

                                                                       Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 |
|-------|
| 14    |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*        **$15.00**

**Ryan B**                                                             ☐ Contingent
**4216 Woodland Cove Pkwy**                                            ☐ Unliquidated
**Minnetrista, MN 55331**                                              ☐ Disputed

Date(s) debt was incurred _                                            Basis for the claim:  **Customers - Deferred Credit**
Last 4 digits of account number _

                                                                       Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 |
|-------|
| 15    |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*        **$6.00**

**Ryan B**                                                             ☐ Contingent
**58 Lakewood Dr**                                                     ☐ Unliquidated
**Chaffee, MO 63740**                                                  ☐ Disputed

Date(s) debt was incurred _                                            Basis for the claim:  **Customers - Deferred Credit**
Last 4 digits of account number _

                                                                       Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 |
|-------|
| 16    |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*        **$30.00**

**Ryan B**                                                             ☐ Contingent
**6504 N 21st Street**                                                 ☐ Unliquidated
**Tampa, FL 33610**                                                    ☐ Disputed

Date(s) debt was incurred _                                            Basis for the claim:  **Customers - Deferred Credit**
Last 4 digits of account number _

                                                                       Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 |
|-------|
| 17    |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*        **$10.00**

**Ryan B**                                                             ☐ Contingent
**659 9th Avenue**                                                     ☐ Unliquidated
**San Francisco, CA 94118**                                            ☐ Disputed

Date(s) debt was incurred _                                            Basis for the claim:  **Customers - Deferred Credit**
Last 4 digits of account number _

                                                                       Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 |
|-------|
| 18    |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*        **$21.00**

**Ryan B**                                                             ☐ Contingent
**9 Bridal Rose Court**                                                ☐ Unliquidated
**Newtown, PA 18940**                                                  ☐ Disputed

Date(s) debt was incurred _                                            Basis for the claim:  **Customers - Deferred Credit**
Last 4 digits of account number _

                                                                       Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 |
|-------|
| 19    |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*        **$10.00**

**Ryan B**                                                             ☐ Contingent
**9580 Sun Isle Dr Ne**                                                ☐ Unliquidated
**St. Petersburg, FL 33702**                                           ☐ Disputed

Date(s) debt was incurred _                                            Basis for the claim:  **Customers - Deferred Credit**
Last 4 digits of account number _

                                                                       Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
Name

| 3.174 20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22.01** |
|---|---|---|---|

**Ryan Baldwin**
**645 W 9th St**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.174 21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$308.00** |
|---|---|---|---|

**Ryan Barnett**
**4216 Woodland Cove Pkwy**
**Minnetrista, MN 55331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.174 22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$90.00** |
|---|---|---|---|

**Ryan Barry**
**4416 S Columbia Ave**
**Tulsa, OK 74105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.174 23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30.00** |
|---|---|---|---|

**Ryan Bear**
**General Delivery**
**Big Sky, MT 59716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.174 24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60.00** |
|---|---|---|---|

**Ryan Beard**
**1213 Woodlands Rd**
**Crownsville, MD 21032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.174 25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ryan Becker**
**9 Bridal Rose Court**
**Newtown, PA 18940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.174 26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$94.00** |
|---|---|---|---|

**Ryan Berlinsky**
**63 Wall St Apt 1207**
**New York, NY 10005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.174 27 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ryan Berneking**
**58 Lakewood Dr**
**Chaffee, MO 63740**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$122.00**

---

| 3.174 28 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ryan Browning**
**708 Sterling Reserve**
**Canton, GA 30115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$788.00**

---

| 3.174 29 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ryan Buckman**
**10950 Firefly Ln**
**Liberty, MO 64068**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,217.00**

---

| 3.174 30 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ryan Burks**
**920 Stetson St**
**Orlando, FL 32804**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

| 3.174 31 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ryan C**
**3867 Rains Ct**
**Brookhaven, GA 30319**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$4.00**

---

| 3.174 32 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ryan C**
**509 Mapleleaf Dr**
**Goc450-2**
**Nashville, TN 37210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$54.00**

---

| 3.174 33 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ryan C**
**7 Abierto Ct**
**Rancho Mission Viejo, CA 92694**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
Name

---

| 3.174 |
|-------|
| 34 |

**Nonpriority creditor's name and mailing address**                       As of the petition filing date, the claim is: *Check all that apply.*          **$10.00**

**Ryan C**
**C/O Tpc Twin Cities**                   ☐ Contingent
**11444 Tournament Players Pkwy**         ☐ Unliquidated
**Blaine, MN 55449**                      ☐ Disputed

Date(s) debt was incurred _               **Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _         Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 |
|-------|
| 35 |

**Nonpriority creditor's name and mailing address**                       As of the petition filing date, the claim is: *Check all that apply.*          **$168.00**

**Ryan Carver**
**2821 Amherst St**                       ☐ Contingent
**Houston, TX 77005**                     ☐ Unliquidated
                                          ☐ Disputed

Date(s) debt was incurred _               **Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _         Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 |
|-------|
| 36 |

**Nonpriority creditor's name and mailing address**                       As of the petition filing date, the claim is: *Check all that apply.*          **$3,872.00**

**Ryan Cmejrek**
**99 E 86th Ave Ste A**                    ☐ Contingent
**Merrillville, IN 46410**                 ☐ Unliquidated
                                          ☐ Disputed

Date(s) debt was incurred _               **Basis for the claim:  Customer**

Last 4 digits of account number _         Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 |
|-------|
| 37 |

**Nonpriority creditor's name and mailing address**                       As of the petition filing date, the claim is: *Check all that apply.*          **$1,101.00**

**Ryan Colker**
**345 Picea View Ct**                      ☐ Contingent
**Derwood, MD 20855**                      ☐ Unliquidated
                                          ☐ Disputed

Date(s) debt was incurred _               **Basis for the claim:  Customer**

Last 4 digits of account number _         Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 |
|-------|
| 38 |

**Nonpriority creditor's name and mailing address**                       As of the petition filing date, the claim is: *Check all that apply.*          **$304.00**

**Ryan Colkitt**
**12 Autumn Hill Ln**                      ☐ Contingent
**Southborough, MA 01772**                 ☐ Unliquidated
                                          ☐ Disputed

Date(s) debt was incurred _               **Basis for the claim:  Customer**

Last 4 digits of account number _         Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 |
|-------|
| 39 |

**Nonpriority creditor's name and mailing address**                       As of the petition filing date, the claim is: *Check all that apply.*          **$760.00**

**Ryan Cooper**
**509 Mapleleaf Dr**                       ☐ Contingent
**Goc450-2**                               ☐ Unliquidated
**Nashville, TN 37210**                    ☐ Disputed

Date(s) debt was incurred _               **Basis for the claim:  Customer**

Last 4 digits of account number _         Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 |
|-------|
| 40 |

**Nonpriority creditor's name and mailing address**                       As of the petition filing date, the claim is: *Check all that apply.*          **$225.00**

**Ryan Corbin**
**C/O Tpc Twin Cities**                    ☐ Contingent
**11444 Tournament Players Pkwy**          ☐ Unliquidated
**Blaine, MN 55449**                       ☐ Disputed

Date(s) debt was incurred _               **Basis for the claim:  Customer**

Last 4 digits of account number _         Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.174
41**

**Nonpriority creditor's name and mailing address**

**Ryan Cox**
**695 Town Center Dr Ste 1200**
**Costa Mesa, CA 92626**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,137.00**

---

**3.174
42**

**Nonpriority creditor's name and mailing address**

**Ryan D**
**38 Woodworth Ave**
**Clovis, CA 93612**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.174
43**

**Nonpriority creditor's name and mailing address**

**Ryan Davis**
**6464 Coach Light Circle**
**Hamilton, OH 45011**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.174
44**

**Nonpriority creditor's name and mailing address**

**Ryan Deffenbaugh**
**7240 N 143 Rd E**
**Wichita, KS 67228**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$198.00**

---

**3.174
45**

**Nonpriority creditor's name and mailing address**

**Ryan Dempster**
**4960 Noeline Ave**
**Encino, CA 91436**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,333.00**

---

**3.174
46**

**Nonpriority creditor's name and mailing address**

**Ryan Dixon**
**1161 Nw Overton Street**
**Apt 814**
**Portland, OR 97209**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$6.65**

---

**3.174
47**

**Nonpriority creditor's name and mailing address**

**Ryan Dobro**
**278 N Main St**
**Hudson, OH 44236**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.174 48 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Ryan Durbin**
**3008 El Camino St**
**Bay City, TX 77414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 49 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$316.00** |

**Ryan Evans**
**5306 Climber Ct**
**Houston, TX 77041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 50 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$599.00** |

**Ryan Flanagan**
**14 Abrahams Way**
**Ipswich, MA 01938**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 51 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,854.00** |

**Ryan Forbell**
**22 Barbados Ave**
**Toms River, NJ 08753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 52 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,526.00** |

**Ryan Fuerst**
**2285 S Woodshire Ct**
**New Berlin, WI 53151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 53 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7.00** |

**Ryan G**
**1910 Madison Ave # 86**
**Memphis, TN 38104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 54 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**Ryan G**
**379 Grand Blvd**
**Massapequa Park, NY 11762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

---

**3.174
55**

**Nonpriority creditor's name and mailing address**

**Ryan Gibbons**
**2012 Port Provence Pl**
**Newport Beach, CA 92660**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$312.00**

---

**3.174
56**

**Nonpriority creditor's name and mailing address**

**Ryan Golseth**
**5531 E Silver Mine Pl**
**Tucson, AZ 85750**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$385.00**

---

**3.174
57**

**Nonpriority creditor's name and mailing address**

**Ryan Gonzalez**
**413 E 18th St Apt 18**
**Weslaco, TX 78596**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,115.00**

---

**3.174
58**

**Nonpriority creditor's name and mailing address**

**Ryan Goodwin**
**4191 Lorain Ct**
**Cleveland, OH 44113**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$15.00**

---

**3.174
59**

**Nonpriority creditor's name and mailing address**

**Ryan Grant**
**4031 Haversack Dr**
**Spring Hill, TN 37174**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$289.00**

---

**3.174
60**

**Nonpriority creditor's name and mailing address**

**Ryan Grant**
**4031 Haversack Dr**
**Spring Hill, TN 37174**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$822.00**

---

**3.174
61**

**Nonpriority creditor's name and mailing address**

**Ryan Griego**
**10 W Buena Ventura St**
**Colorado Springs, CO 80907**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$109.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.174 62**

**Nonpriority creditor's name and mailing address**
**Ryan Griffin**
**623 N Pottstown Pike**
**Griffin & Von Urff Llc**
**Exton, PA 19341**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.174 63**

**Nonpriority creditor's name and mailing address**
**Ryan H**
**1601 Mariposa St Unit 428**
**San Francisco, CA 94107**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

**3.174 64**

**Nonpriority creditor's name and mailing address**
**Ryan H**
**4430 W 32nd Ave**
**Denver, CO 80212**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$332.00**

---

**3.174 65**

**Nonpriority creditor's name and mailing address**
**Ryan H**
**555 W 43rd St Apt 3f**
**New York, NY 10036**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.174 66**

**Nonpriority creditor's name and mailing address**
**Ryan Haddad**
**5600 Fair Oaks St**
**Pittsburgh, PA 15217**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.174 67**

**Nonpriority creditor's name and mailing address**
**Ryan Holmes**
**1016 West 58th Street**
**Kansas City, MO 64113**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$111.00**

---

**3.174 68**

**Nonpriority creditor's name and mailing address**
**Ryan Hyler**
**73 Cooper St**
**Charleston, SC 29403**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$165.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.174 69**

**Nonpriority creditor's name and mailing address**

**Ryan J**
**4414 Lobella Ct**
**Chester Springs, PA 19425**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.174 70**

**Nonpriority creditor's name and mailing address**

**Ryan Jesenik**
**6740 Shadow Creek Trail Apt 5210**
**Melbourne, FL 32940**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.174 71**

**Nonpriority creditor's name and mailing address**

**Ryan Jonas**
**4414 Lobella Ct**
**Chester Springs, PA 19425**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.174 72**

**Nonpriority creditor's name and mailing address**

**Ryan K**
**145 Ord St**
**San Francisco, CA 94114**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$131.25**

---

**3.174 73**

**Nonpriority creditor's name and mailing address**

**Ryan K**
**2651 Walnut Ave**
**Signal Hill, CA 90755**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.174 74**

**Nonpriority creditor's name and mailing address**

**Ryan Kennedy**
**7219 Autumn Ave Se**
**Snoqualmie, WA 98065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$781.00**

---

**3.174 75**

**Nonpriority creditor's name and mailing address**

**Ryan Killam**
**2651 Walnut Ave**
**Signal Hill, CA 90755**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$171.00**

---

Debtor  **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| 3.174 76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55.00 |
|---|---|---|---|

**Ryan Kirkman**
**410 S Jersey St**
**Denver, CO 80224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.174 77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55.00 |
|---|---|---|---|

**Ryan L**
**66 Cunningham Dr**
**South Hamilton, MA 01982**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.174 78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.00 |
|---|---|---|---|

**Ryan Lafler**
**2028 Palmer Dr**
**Naperville, IL 60564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.174 79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $422.00 |
|---|---|---|---|

**Ryan Lagomarsino**
**13273 Lagoon Way**
**Lathrop, CA 95330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.174 80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $394.00 |
|---|---|---|---|

**Ryan Lindgren**
**1845 N Halsted Street**
**Apt 3**
**Chicago, IL 60614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.174 81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|

**Ryan Luckin**
**8206 NE 159th St**
**Kenmore, WA 98028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.174 82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**Ryan Lucky**
**66 Cunningham Dr**
**South Hamilton, MA 01982**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
Name

| 3.174<br>83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19.00** |
|---|---|---|---|

**Ryan M**
**13516 Sw 62nd Ave**
**Portland, OR 97219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174<br>84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6.00** |
|---|---|---|---|

**Ryan M**
**197 Van Vorst St Apt 309**
**Jersey City, NJ 07302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174<br>85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |
|---|---|---|---|

**Ryan M**
**670 River Cove Dr**
**Dacula, GA 30019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174<br>86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
|---|---|---|---|

**Ryan M**
**90 New Montgomery St.**
**Suite 600**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174<br>87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40.00** |
|---|---|---|---|

**Ryan M**
**9319 Baltimore National Pike**
**Fedex Authorized Shipcenter**
**Ellicott City, MD 21042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174<br>88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52.00** |
|---|---|---|---|

**Ryan M**
**99 Sudden Valley Dr**
**Bellingham, WA 98229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174<br>89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,861.00** |
|---|---|---|---|

**Ryan Macfarlane**
**618 9th St NE**
**Washington, DC 20002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____          Case number *(if known)*    _____
Name

---

| 3.174 90 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ryan Magner**
**99 Sudden Valley Dr**
**Bellingham, WA 98229**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$96.00

---

| 3.174 91 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ryan Malone**
**197 Van Vorst St Apt 309**
**Jersey City, NJ 07302**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$395.00

---

| 3.174 92 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ryan Mannle**
**8 Highland Ave**
**Darien, CT 06820**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$560.00

---

| 3.174 93 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ryan Marchini**
**1049 Cherrywood Ave**
**Cumberland, MD 21502**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$61.00

---

| 3.174 94 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ryan May**
**60 Lincoln Ave**
**Westwood, NJ 07675**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$210.00

---

| 3.174 95 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ryan Mclaughlin**
**13516 Sw 62nd Ave**
**Portland, OR 97219**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$366.00

---

| 3.174 96 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ryan Mcnamara**
**9319 Baltimore National Pike**
**Fedex Authorized Shipcenter**
**Ellicott City, MD 21042**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$21.00

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**

Case number (*if known*) _____

Name

---

| 3.174 97 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ryan Meske**
**19214 Arrowhead Lake Dr**
**Cypress, TX 77433**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$168.00**

---

| 3.174 98 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ryan Meyer**
**3 Black Heath Ct**
**Winfield, KS 67156**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$383.00**

---

| 3.174 99 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ryan Miller**
**195 Mannaseh Dr W**
**Granville, OH 43023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$118.00**

---

| 3.175 00 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ryan Moss**
**1055 Piedmont Avenue**
**416**
**Atlanta, GA 30309**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

| 3.175 01 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ryan Moss**
**1055 Piedmont Avenue**
**416**
**Atlanta, GA 30309**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,877.00**

---

| 3.175 02 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ryan N**
**15354 Glenshire Dr**
**Truckee, CA 96161**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$253.00**

---

| 3.175 03 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ryan N**
**260 Sw Natura Ave, 2nd Floor**
**C/O Dna Labs International**
**Deerfield Beach, FL 33441**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$114.00**

---

Debtor   **Phoeno Wine Company, Inc.**                    Case number *(if known)* _____
         Name

---

| 3.175 04 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ryan Nedrow**
**561 Ravensburg St**
**Lake Sherwood, CA 91361**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$58.00**

---

| 3.175 05 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ryan Niles**
**1333 9th Ave N**
**Edmonds, WA 98020**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.175 06 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ryan Norine**
**3131 NE 188th St Apt 2701**
**Aventura, FL 33180**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,837.00**

---

| 3.175 07 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ryan Northup**
**15354 Glenshire Dr**
**Truckee, CA 96161**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,234.00**

---

| 3.175 08 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ryan O**
**180 Dakota Ave Unit C**
**Santa Cruz, CA 95060**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$21.00**

---

| 3.175 09 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ryan O'connell**
**222 Gateway Rd W**
**Napa, CA 94558**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$391.25**

---

| 3.175 10 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ryan Oconnor**
**180 Dakota Ave Unit C**
**Santa Cruz, CA 95060**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,046.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known)   _____
Name

---

| 3.175<br>11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$140.00** |

**Ryan Ohara**
**321 W 29th St Apt 2d**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175<br>12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$204.00** |

**Ryan Owens**
**124 Anthony Ln**
**Goldsboro, NC 27530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175<br>13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**Ryan P**
**623 Prosser Hill Rd**
**Jamestown, NY 14701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175<br>14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$175.00** |

**Ryan Pelerin**
**100 Larbre Croche**
**Harbor Springs, MI 49740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175<br>15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$109.00** |

**Ryan Piscovich**
**41 Federal St Unit 32**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175<br>16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$196.00** |

**Ryan Politowicz**
**3809 Fauquier Ave**
**Richmond, VA 23227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175<br>17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$174.00** |

**Ryan Powers**
**8 S Tudor Ln**
**Rogers, AR 72758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.175 18**

**Nonpriority creditor's name and mailing address**

**Ryan R**
**663 Polaris Dr**
**Encinitas, CA 92024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.175 19**

**Nonpriority creditor's name and mailing address**

**Ryan Rataj**
**2800 S Ocean Blvd**
**Four Seasons Resort Palm Beach**
**Palm Beach, FL 33480**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

**$63.00**

---

**3.175 20**

**Nonpriority creditor's name and mailing address**

**Ryan Regan**
**7144 N Overhill Ave**
**Chicago, IL 60631**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

**$38.00**

---

**3.175 21**

**Nonpriority creditor's name and mailing address**

**Ryan Renner**
**8107 W Bajada Rd**
**Peoria, AZ 85383**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

**$3,721.00**

---

**3.175 22**

**Nonpriority creditor's name and mailing address**

**Ryan Rey**
**23615 W Chicago St**
**Plainfield, IL 60544**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

**$1,771.00**

---

**3.175 23**

**Nonpriority creditor's name and mailing address**

**Ryan Rogers**
**114 Baltimore Blvd**
**Sea Girt, NJ 08750**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

**$93.00**

---

**3.175 24**

**Nonpriority creditor's name and mailing address**

**Ryan S**
**1581 E Normandy Blvd**
**Deltona, FL 32725**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$97.00**

---

Debtor **Phoeno Wine Company, Inc.**
　　　　Name

Case number *(if known)* _____

| 3.175 25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14.08** |

**Ryan S**
**1640 Park Newport**
**Newport Beach, CA 92694**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21.00** |

**Ryan S**
**239 Thurman Ave**
**Columbus, OH 43206**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22.00** |

**Ryan S**
**27023 Eastvale Road**
**Palos Verdes Peninsula, CA 90274**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**Ryan S**
**586 Franklin Ave Apt 1**
**Brooklyn, NY 11238**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$42.00** |

**Ryan S**
**610 Peruvian Ct**
**Nolensville, TN 37135**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**Ryan S**
**864 Tamalpais Ave**
**Apartment B**
**Novato, CA 94947**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$31.00** |

**Ryan Schell**
**5204 Mcclellan Dr**
**Frisco, TX 75036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name    Case number _(if known)_ _____

| 3.175<br>32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Ryan Schroeter**
**27023 Eastvale Road**
**Palos Verdes Peninsula, CA 90274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.175<br>33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $406.00 |

**Ryan Sciandri**
**1009 3rd Ave**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.175<br>34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $38.00 |

**Ryan Scott**
**1260 Epping Ln**
**Brookhaven, GA 30319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.175<br>35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $184.00 |

**Ryan Scott**
**406 Monegan Rd**
**Whitefish, MT 59937**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.175<br>36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $29.00 |

**Ryan Shields**
**239 Thurman Ave**
**Columbus, OH 43206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.175<br>37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $185.00 |

**Ryan Shoars**
**30 NEuchatel Ln**
**Fairport, NY 14450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.175<br>38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $20.00 |

**Ryan Siegrist**
**104 Telluride Ct**
**Dillon, CO 80435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
　　　　Name

Case number *(if known)* _____

---

| 3.175<br>39 | **Nonpriority creditor's name and mailing address**<br>**Ryan Soules**<br>**610 Peruvian Ct**<br>**Nolensville, TN 37135**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,164.00** |

---

| 3.175<br>40 | **Nonpriority creditor's name and mailing address**<br>**Ryan Spoon**<br>**41 Woodfield Dr**<br>**Short Hills, NJ 07078**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$171.00** |

---

| 3.175<br>41 | **Nonpriority creditor's name and mailing address**<br>**Ryan St.Amour**<br>**1022 Lakeside Dr**<br>**Mc Donald, PA 15057**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$57.00** |

---

| 3.175<br>42 | **Nonpriority creditor's name and mailing address**<br>**Ryan Stara**<br>**6925 Wildrye Road**<br>**Lincoln, NE 68521**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$64.00** |

---

| 3.175<br>43 | **Nonpriority creditor's name and mailing address**<br>**Ryan Starks**<br>**1581 E Normandy Blvd**<br>**Deltona, FL 32725**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$7,583.00** |

---

| 3.175<br>44 | **Nonpriority creditor's name and mailing address**<br>**Ryan Sutton-Gee**<br>**454 Shotwell Street**<br>**San Francisco, CA 94110**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$439.76** |

---

| 3.175<br>45 | **Nonpriority creditor's name and mailing address**<br>**Ryan Talley**<br>**5 Harrison St**<br>**Brentwood, NY 11717**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$503.00** |

---

Debtor **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

| 3.175 46 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ryan Taylor**
**2300 Bennett Springs Dr**
**Apr 213**
**Columbia, MO 65201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,688.00**

---

| 3.175 47 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ryan V**
**5975 Hansen Dr**
**Pleasanton, CA 94566**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.175 48 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ryan Vet**
**120 E Parrish St Ste 310**
**Durham, NC 27701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$431.00**

---

| 3.175 49 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ryan Vong**
**8729 Trailwood Ct**
**Keller, TX 76248**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$624.00**

---

| 3.175 50 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ryan Vu**
**5975 Hansen Dr**
**Pleasanton, CA 94566**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,927.00**

---

| 3.175 51 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ryan W**
**11165 Applevale Court**
**Las Vegas, NV 89138**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

| 3.175 52 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ryan W**
**2636 Bellevue Way Ne Ste A**
**Bellevue, WA 98004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$21.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name                                          Case number (if known) _____

| 3.175 53 | **Nonpriority creditor's name and mailing address** <br> **Ryan W** <br> **26941 Redwood Bluff Lane** <br> **Valencia, CA 91381** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  Customers - Deferred Credit <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$11.91** |
|---|---|---|

| 3.175 54 | **Nonpriority creditor's name and mailing address** <br> **Ryan W** <br> **436 Oliver Ave S** <br> **Minneapolis, MN 55405** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  Customers - Deferred Credit <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$9.00** |

| 3.175 55 | **Nonpriority creditor's name and mailing address** <br> **Ryan W** <br> **7123 Residencia** <br> **Newport Beach, CA 92660** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  Customers - Deferred Credit <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$10.00** |

| 3.175 56 | **Nonpriority creditor's name and mailing address** <br> **Ryan Watson** <br> **3725 Fenton Ave** <br> **Fort Worth, TX 76133** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  Customer <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$178.00** |

| 3.175 57 | **Nonpriority creditor's name and mailing address** <br> **Ryan Wautlet** <br> **5206 Wyoming Ave** <br> **Nashville, TN 37209** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  Customer <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$218.00** |

| 3.175 58 | **Nonpriority creditor's name and mailing address** <br> **Ryan Wautlet** <br> **5206 Wyoming Ave** <br> **Nashville, TN 37209** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  Customers - Deferred Credit <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$15,513.05** |

| 3.175 59 | **Nonpriority creditor's name and mailing address** <br> **Ryan Waxse** <br> **2636 Bellevue Way NE Ste A** <br> **Bellevue, WA 98004** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  Customer <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$63.00** |

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

---

| 3.175 |
|-------|
| 60 |

**Nonpriority creditor's name and mailing address**
**Ryan Wesley**
**2802 Independence Rd**
**Iowa City, IA 52240**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$133.00

---

| 3.175 |
|-------|
| 61 |

**Nonpriority creditor's name and mailing address**
**Ryan Winkler**
**7123 Residencia**
**Newport Beach, CA 92660**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,214.00

---

| 3.175 |
|-------|
| 62 |

**Nonpriority creditor's name and mailing address**
**Ryan Worley**
**436 Oliver Ave S**
**Minneapolis, MN 55405**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$358.00

---

| 3.175 |
|-------|
| 63 |

**Nonpriority creditor's name and mailing address**
**Ryan Worobel**
**26941 Redwood Bluff Lane**
**Valencia, CA 91381**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$5,000.00

---

| 3.175 |
|-------|
| 64 |

**Nonpriority creditor's name and mailing address**
**Ryon A**
**184 Pinebrook Blvd**
**New Rochelle, NY 10804**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

| 3.175 |
|-------|
| 65 |

**Nonpriority creditor's name and mailing address**
**Ryon Allen**
**184 Pinebrook Blvd**
**New Rochelle, NY 10804**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$27,951.00

---

| 3.175 |
|-------|
| 66 |

**Nonpriority creditor's name and mailing address**
**S Gould**
**571 Golden Harbour Dr**
**Boca Raton, FL 33432**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$33.00

---

Debtor    **Phoeno Wine Company, Inc.**    Case number *(if known)* _____
_____
Name

---

| 3.175<br>67 | **Nonpriority creditor's name and mailing address**<br>**S Reed**<br>**1875 Spokane Rd**<br>**West Sacramento, CA 95691**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$200.00** |

| 3.175<br>68 | **Nonpriority creditor's name and mailing address**<br>**S T**<br>**3243 Jordan St.**<br>**Flushing, NY 11358**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$601.00** |

| 3.175<br>69 | **Nonpriority creditor's name and mailing address**<br>**Saadi N**<br>**16077 Ashland Ave**<br>**San Lorenzo, CA 94580**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$100.00** |

| 3.175<br>70 | **Nonpriority creditor's name and mailing address**<br>**Sabine Zoelss**<br>**16 Bond St**<br>**Gloucester, MA 01930**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,195.00** |

| 3.175<br>71 | **Nonpriority creditor's name and mailing address**<br>**Sabrina B**<br>**20771 Alder St Ne**<br>**Indianola, WA 98342**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$30.00** |

| 3.175<br>72 | **Nonpriority creditor's name and mailing address**<br>**Sabrina Buerger**<br>**20771 Alder St NE**<br>**Indianola, WA 98342**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$834.00** |

| 3.175<br>73 | **Nonpriority creditor's name and mailing address**<br>**Sabrina S**<br>**4278 Carter Court**<br>**Concord, CA 94521**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$10.00** |

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.175 74 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sacha Urban**
**2221 Foxhill Court**
**St. Charles, IL 60174**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$123.00**

---

| 3.175 75 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Safiya Boucaud**
**1901 Risborough Ct**
**Bakersfield, CA 93311**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

| 3.175 76 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sagar P**
**3817 Zaharas Ln**
**Okemos, MI 48864**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$621.00**

---

| 3.175 77 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sagar Patel**
**3817 Zaharas Ln**
**Okemos, MI 48864**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$214.00**

---

| 3.175 78 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sage Ranallo**
**8614 Glenwood Ave**
**Oklahoma City, OK 73114**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

| 3.175 79 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sage Sudbury**
**1365 S Sherman St**
**Denver, CO 80210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$934.00**

---

| 3.175 80 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sai Konda**
**3682 Mossy Creek Ln**
**Tallahassee, FL 32311**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$84.00**

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

**3.175 81**

**Nonpriority creditor's name and mailing address**
**Sal Cerullo**
**526 W Manchester Rd**
**Syracuse, NY 13219**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? �too No ☐ Yes

**$325.00**

---

**3.175 82**

**Nonpriority creditor's name and mailing address**
**Sal Garfi**
**3190 Whitney Ave**
**Bldg 4**
**Hamden, CT 06518**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☐ No ☐ Yes

**$274.00**

---

**3.175 83**

**Nonpriority creditor's name and mailing address**
**Sallie C**
**3501 Mountain Cove Dr.**
**Charlotte, NC 28216**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☐ No ☐ Yes

**$10.00**

---

**3.175 84**

**Nonpriority creditor's name and mailing address**
**Sallie Exum**
**2122 Hwy 258 S**
**C/O Happy Jack, Inc**
**Snow Hill, NC 28580**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☐ No ☐ Yes

**$433.00**

---

**3.175 85**

**Nonpriority creditor's name and mailing address**
**Sallie Simmons**
**4159 Perry St**
**Denver, CO 80212**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☐ No ☐ Yes

**$35.00**

---

**3.175 86**

**Nonpriority creditor's name and mailing address**
**Sally Camachomueller**
**3606 Camino De La Cumbre**
**Sherman Oaks, CA 91423**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☐ No ☐ Yes

**$28.00**

---

**3.175 87**

**Nonpriority creditor's name and mailing address**
**Sally Garrison**
**1127 E Wesleyan Dr**
**Tempe, AZ 85282**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☐ No ☐ Yes

**$25.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____     Case number (if known) _____
        Name

| | |
|---|---|
| 3.175 88 | |

**Nonpriority creditor's name and mailing address**

**Sally L**
**12268 Keyridge Loop**
**Largo, FL 33778**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| | |
|---|---|
| 3.175 89 | |

**Nonpriority creditor's name and mailing address**

**Sally Roth**
**11117 Edgebrook Ln**
**Indian Head Park, IL 60525**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$140.00

---

| | |
|---|---|
| 3.175 90 | |

**Nonpriority creditor's name and mailing address**

**Sally Szydlowski**
**3301 Tivoli Drive**
**Dundalk, MD 21222**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$174.00

---

| | |
|---|---|
| 3.175 91 | |

**Nonpriority creditor's name and mailing address**

**Sally Taylor**
**608 Broadway Unit B**
**Lubbock, TX 79401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$392.00

---

| | |
|---|---|
| 3.175 92 | |

**Nonpriority creditor's name and mailing address**

**Sallyanne Roberts**
**4445 Highway 76**
**Cottontown, TN 37048**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$29.00

---

| | |
|---|---|
| 3.175 93 | |

**Nonpriority creditor's name and mailing address**

**Salona Spinks**
**6475 Bellhurst Ct**
**Castro Valley, CA 94552**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$112.00

---

| | |
|---|---|
| 3.175 94 | |

**Nonpriority creditor's name and mailing address**

**Salvador V**
**371 Channelside Walk Way**
**Suite 802**
**Tampa, FL 33602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$48.00

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

**3.175 95**

**Nonpriority creditor's name and mailing address**

**Salvador Villanueva**
**371 Channelside Walk Way**
**Suite 802**
**Tampa, FL 33602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$259.00

---

**3.175 96**

**Nonpriority creditor's name and mailing address**

**Salvatore Latorre**
**21 Sable Run**
**East Amherst, NY 14051**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,511.00

---

**3.175 97**

**Nonpriority creditor's name and mailing address**

**Salvatore Naso**
**1064 Queensdale Dr**
**Cary, NC 27519**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$80.00

---

**3.175 98**

**Nonpriority creditor's name and mailing address**

**Salvatore Trapani**
**212-35 42nd Ave**
**#610132**
**Bayside, NY 11361**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$99,887.00

---

**3.175 99**

**Nonpriority creditor's name and mailing address**

**Sam A**
**5863 E Hootowl Dr**
**Boise, ID 83716**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$14.00

---

**3.176 00**

**Nonpriority creditor's name and mailing address**

**Sam Austin**
**550 Walnut Avenue Sw**
**Roanoke, VA 24016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$326.00

---

**3.176 01**

**Nonpriority creditor's name and mailing address**

**Sam B**
**1118 Sir Francis Drake Blvd Apt 306**
**Kentfield, CA 94904**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$19.56

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.176 02 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $776.00 |

**Sam Blake**
**4749 Norwich Ave**
**Sherman Oaks, CA 91403**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 03 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,788.00 |

**Sam Cohen**
**234 Dean St**
**Brooklyn, NY 11217**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 04 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118.00 |

**Sam Formica**
**403 Cherry Rd**
**Syracuse, NY 13219**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 05 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $270.00 |

**Sam Goldberg**
**701 W Grand**
**Apt 401**
**Chicago, IL 60614**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 06 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.00 |

**Sam Hoerr**
**912 29th St**
**West Des Moines, IA 50265**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 07 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $369.00 |

**Sam Huang**
**1600 2nd Ave Apt 3503**
**Seattle, WA 98101**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 08 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $103.03 |

**Sam Kaspick**
**815 Berkeley Ave**
**Menlo Park, CA 94025**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 3.176 09 | **Nonpriority creditor's name and mailing address** | | $28.00 |

**Sam Kleckley**
**310 Byrd Blvd**
**Greenville, SC 29605**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 10 | **Nonpriority creditor's name and mailing address** | | $65.00 |

**Sam Lawhon**
**911 E 25th St**
**Houston, TX 77009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 11 | **Nonpriority creditor's name and mailing address** | | $0.00 |

**Sam Long**
**1584 Elm St**
**Denver, CO 80220**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 12 | **Nonpriority creditor's name and mailing address** | | $26.05 |

**Sam M**
**58 Woodland Ave**
**San Rafael, CA 94901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 13 | **Nonpriority creditor's name and mailing address** | | $33.00 |

**Sam M**
**617 7th St**
**Santa Monica, CA 90402**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 14 | **Nonpriority creditor's name and mailing address** | | $0.00 |

**Sam Meites**
**617 7th St**
**Santa Monica, CA 90402**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 15 | **Nonpriority creditor's name and mailing address** | | $62.00 |

**Sam Merandi**
**244 W Spring St**
**Columbus, OH 43215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.176 16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28.00** |
|---|---|---|---|

**Sam Montana**
**612 Regner Rd**
**Mchenry, IL 60051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$88.00** |
|---|---|---|---|

**Sam Ram**
**11427 Citra Cir Apt 301**
**Windermere, FL 34786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Sam S**
**3632 Burkins Rd**
**Street, MD 21154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$116.00** |
|---|---|---|---|

**Sam Stahl**
**263 Oenoke Rdg**
**New Canaan, CT 06840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Sam Stahl**
**263 Oenoke Rdg**
**New Canaan, CT 06840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Sam V**
**7925 Romaine Street Apt 203**
**West Hollywood, CA 90046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$75.00** |
|---|---|---|---|

**Sam W**
**407 Quartz Street**
**Redwood City, CA 94062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

**3.176 23**

**Nonpriority creditor's name and mailing address**

**Sam Webb**
**407 Quartz Street**
**Redwood City, CA 94062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$2,747.00**

---

**3.176 24**

**Nonpriority creditor's name and mailing address**

**Samantha Best**
**3602 Noble Ave**
**Richmond, VA 23222**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$365.00**

---

**3.176 25**

**Nonpriority creditor's name and mailing address**

**Samantha Cermak**
**1023 Norwood Ct**
**Norwalk, IA 50211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$260.00**

---

**3.176 26**

**Nonpriority creditor's name and mailing address**

**Samantha Chiang**
**850 Beech St Unit 501**
**San Diego, CA 92101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$116.00**

---

**3.176 27**

**Nonpriority creditor's name and mailing address**

**Samantha D**
**13202 Myford Rd**
**Ste 101**
**Tustin, CA 92780**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$25.00**

---

**3.176 28**

**Nonpriority creditor's name and mailing address**

**Samantha D**
**341 S. Sunrise Way, Apt P1**
**Palm Springs, CA 92262**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$50.00**

---

**3.176 29**

**Nonpriority creditor's name and mailing address**

**Samantha Denbow**
**301 Lauberge Ln**
**L'auberge De Sedona**
**Sedona, AZ 86336**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$58.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_ _____
Name

---

| 3.176 30 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Samantha Flanagan**
**7906 Dimmick Rd**
**West Chester, OH 45241**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$404.00**

---

| 3.176 31 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Samantha Holway**
**904 Blackbourne Pt**
**Oak Park, CA 91377**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.176 32 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Samantha J**
**2700 Oak Road**
**Apt. 29**
**Walnut Creek, CA 94597**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

| 3.176 33 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Samantha K**
**1006 Forbes Rd**
**Fort Mill, SC 29707**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

| 3.176 34 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Samantha Karustis**
**5 Candlewood Cir**
**Sudbury, MA 01776**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.176 35 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Samantha Klingelhofer**
**2243 Francisco St**
**San Francisco, CA 94123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.176 36 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Samantha Koschalk**
**1006 Forbes Rd**
**Fort Mill, SC 29707**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$406.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known)    _____

---

| 3.176 37 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Samantha Lefave**
**4411  N 47th Place**
**Phoenix, AZ 85018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

$1,305.50

---

| 3.176 38 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Samantha Schoech**
**1682 44th Ave**
**San Francisco, CA 94122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

$96.00

---

| 3.176 39 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Samantha Shattuck**
**450 W Kirkpatrick St # 2**
**Syracuse, NY 13204**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

$230.00

---

| 3.176 40 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Samantha Streepy**
**336 N Old Manor**
**Wichita, KS 67208**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

$22.00

---

| 3.176 41 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sameer Brahmavar**
**4616 W 70th St**
**Prairie Village, KS 66208**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

$275.00

---

| 3.176 42 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sameer Pandit**
**105 Yarrow Cir**
**Dayton, NJ 08810**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

$382.00

---

| 3.176 43 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sameer Shah**
**4382 Pepperdine Place**
**Yorba Linda, CA 92886**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

$1,198.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| | | |
|---|---|---|
| 3.176 44 | **Nonpriority creditor's name and mailing address**<br>**Sami Rusani**<br>**915 Cowper St**<br>**Palo Alto, CA 94301**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$328.00** |

| | | |
|---|---|---|
| 3.176 45 | **Nonpriority creditor's name and mailing address**<br>**Samir Yajnik**<br>**3952 Coral Heights Way**<br>**Oakland Park, FL 33308**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,371.00** |

| | | |
|---|---|---|
| 3.176 46 | **Nonpriority creditor's name and mailing address**<br>**Samiran Dwivedi**<br>**312 Dolcetto Ct**<br>**Lakeway, TX 78738**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$8,451.00** |

| | | |
|---|---|---|
| 3.176 47 | **Nonpriority creditor's name and mailing address**<br>**Sammy Salek**<br>**11802 Spruce Hill Dr**<br>**Houston, TX 77077**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,216.00** |

| | | |
|---|---|---|
| 3.176 48 | **Nonpriority creditor's name and mailing address**<br>**Samson Blevin**<br>**20 Crestwood Dr**<br>**Maplewood, NJ 07040**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$360.00** |

| | | |
|---|---|---|
| 3.176 49 | **Nonpriority creditor's name and mailing address**<br>**Samson Riel**<br>**510 Spring St**<br>**Sausalito, CA 94965**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,646.00** |

| | | |
|---|---|---|
| 3.176 50 | **Nonpriority creditor's name and mailing address**<br>**Samuel B**<br>**910 N Welo St Apt 311**<br>**Tioga, ND 58852**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customers - Deferred Credit__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$16.00** |

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.176 51 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Samuel Brown**
**910 N Welo St Apt 311**
**Tioga, ND 58852**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,415.00

---

| 3.176 52 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Samuel Costello**
**21450 Little Meadow Ln**
**Redding, CA 96002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$207.00

---

| 3.176 53 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Samuel G**
**398 Steele St**
**Denver, CO 80206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$48.00

---

| 3.176 54 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Samuel G**
**721 Gateway Ave**
**Fort Morgan, CO 80701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

| 3.176 55 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Samuel Goldberg**
**398 Steele St**
**Denver, CO 80206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

| 3.176 56 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Samuel K**
**3630 Mystic Point Drive.**
**#500, Apartment 3102**
**Aventura, FL 33180**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

| 3.176 57 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Samuel M**
**250 W Spring St Unit 244**
**Columbus, OH 43215**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$60.00

---

Debtor      **Phoeno Wine Company, Inc.**
            _____      Case number (if known)      _____
            Name

| 3.176 58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $19.00 |

**Samuel Merandi**
**250 W Spring St Unit 244**
**Columbus, OH 43215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.176 59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $28.00 |

**Samuel Morris**
**136 Saint Phillips Row**
**Summerville, SC 29485**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.176 60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $140.00 |

**Samuel Reiken**
**9036 Lakes Boulevard**
**West Palm Beach, FL 33412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.176 61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $210.00 |

**Samuel Violanti**
**19 Templeton Trail**
**Orchard Park, NY 14127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.176 62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,060.00 |

**Samuel Weeman**
**5700 Sw 107th St**
**Pinecrest, FL 33156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.176 63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,812.00 |

**Sanand Parikh**
**95 Goodwin Dr**
**North Brunswick, NJ 08902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.176 64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,383.00 |

**Sandeep Soin**
**127 Blazey Rd**
**Victor, NY 14564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (*if known*) _____

---

| 3.176 65 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sandford R**
**1 Gooseberry Lane**
**Cherry Hills Village, CO 80113**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$52.00

---

| 3.176 66 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sandi T**
**770 Cleopatra Court**
**Earlysville, VA 22936**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| 3.176 67 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sandie F**
**11734 Calle Albara**
**None**
**El Cajon, CA 92019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| 3.176 68 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sandra Betner**
**38 E Woods Rd**
**Roxbury, CT 06783**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$135.00

---

| 3.176 69 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sandra C**
**920 Franklin Avenue**
**Franklin Lakes, NJ 07417**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

| 3.176 70 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sandra C 13405773**
**10955 N 79th Ave**
**Lot 24**
**Peoria, AZ 85345**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$8.00

---

| 3.176 71 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sandra Chesnut**
**24910 Newberry Way**
**Plainfield, IL 60585**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$27.34

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|--------|-------------------------------|---|---------------------------|---|
| | Name | | | |

---

| 3.176 72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Sandra D**
**1450 Wynkoop Street**
**Apt 3i**
**Denver, CO 80202**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Sandra Decker**
**67 Westwood Dr**
**Easton, CT 06612**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$116.00** |
|---|---|---|---|

**Sandra Fite**
**2425 Holly Hall St Apt 107**
**Houston, TX 77054**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,325.00** |
|---|---|---|---|

**Sandra Hughes**
**5912 Spencer Hwy**
**Pasadena, TX 77505**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30.00** |
|---|---|---|---|

**Sandra Inwright**
**6112 Bendcreek Lane**
**Braselton, GA 30517**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,101.00** |
|---|---|---|---|

**Sandra Mann**
**476 Eastern Isle Avenue**
**Summerville, SC 29486**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,532.00** |
|---|---|---|---|

**Sandra Mcdowell**
**3131 County Road 1245**
**Savoy, TX 75479**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**
_____     Case number (if known) _____
Name

---

| 3.176 79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**Sandra P**
**1257 Wingdam Rd**
**Murphys, CA 95247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$679.00** |

**Sandra Ragsdale**
**573 Gresham Ave**
**Sunnyvale, CA 94085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30.00** |

**Sandra S**
**200 Cramer Mountain Rd**
**C/O Guard House Cramer Mtn**
**Cramerton, NC 28032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**Sandra S**
**24448 Crestley**
**Corona, CA 92883**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,303.00** |

**Sandra Schultz**
**200 Cramer Mountain Rd**
**C/O Guard House Cramer Mtn**
**Cramerton, NC 28032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$69.00** |

**Sandra Utter**
**6138 State Highway 41**
**Smithville Flats, NY 13841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$918.00** |

**Sandra Walston**
**934 Buckingham Rd**
**Trent Woods, NC 28562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.176 86 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sandra Z**
**1023 E Canton Rd**
**Edinburg, TX 78539**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$115.00**

---

| 3.176 87 |
|---|

**Nonpriority creditor's name and mailing address**
**Sandra Zamora**
**1023 E Canton Rd**
**Edinburg, TX 78539**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,275.00**

---

| 3.176 88 |
|---|

**Nonpriority creditor's name and mailing address**
**Sandy Crone**
**8044 Lafon Pl**
**Saint Louis, MO 63130**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$2,518.00**

---

| 3.176 89 |
|---|

**Nonpriority creditor's name and mailing address**
**Sandy Glovinsky**
**4008 Poor Ridge Rd**
**Kitty Hawk, NC 27949**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,839.00**

---

| 3.176 90 |
|---|

**Nonpriority creditor's name and mailing address**
**Sandy H**
**761 Katherine Ln.**
**Arcadica, CA 91006**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.176 91 |
|---|

**Nonpriority creditor's name and mailing address**
**Sandy H**
**969 W Placita El Cueto**
**Green Valley, AZ 85622**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.176 92 |
|---|

**Nonpriority creditor's name and mailing address**
**Sandy Hanover**
**969 W Placita El Cueto**
**Green Valley, AZ 85622**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Phoeno Wine Company, Inc.**                                  Case number *(if known)*
         _____                   _____
         Name

---

**3.176 93**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,350.00 |
|---|---|---|

**Sandy Hosford**
**505 Hager Dr**
**Ocoee, FL 34761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.176 94**

Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is: *Check all that apply.*        **$63.00**

**Sandy Jones**
**296 Rutledge Dr**
**Red Bank, NJ 07701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.176 95**

Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is: *Check all that apply.*        **$123.00**

**Sandy Mackie**
**8277 New Holland Ct NE**
**Bainbridge Island, WA 98110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.176 96**

Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is: *Check all that apply.*        **$25.00**

**Sandy P 13405886**
**9425 N. 3rd Avenue**
**Phoenix, AZ 85021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.176 97**

Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is: *Check all that apply.*        **$330.50**

**Sandy P 73**
**9425 N. 3rd Avenue**
**Phoenix, AZ 85021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.176 98**

Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is: *Check all that apply.*        **$221.00**

**Sanem Ahearn**
**2908 Sombrosa St**
**Carlsbad, CA 92009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.176 99**

Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is: *Check all that apply.*        **$14,591.00**

**Sanford Tavelli**
**13 Meadow Lane**
**Southwick, MA 01077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
Name

| 3.177 00 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sang Ha**
**10 Thunder Run**
**14c**
**Irvine, CA 92614**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$115.00**

---

| 3.177 01 |

**Nonpriority creditor's name and mailing address**

**Sang Yoo**
**13 Glamford Ave**
**Port Washington, NY 11050**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$370.00**

---

| 3.177 02 |

**Nonpriority creditor's name and mailing address**

**Sanggyu J**
**7011 Burnside Drive**
**San Jose, CA 95120**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

| 3.177 03 |

**Nonpriority creditor's name and mailing address**

**Sangita Kantharia**
**23 Monroe Lane**
**Flanders, NJ 07836**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$264.00**

---

| 3.177 04 |

**Nonpriority creditor's name and mailing address**

**Sangmin M**
**303 10th Ave Apt 10c**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

| 3.177 05 |

**Nonpriority creditor's name and mailing address**

**Sanjay Mehta**
**2156 Dogwood Ranch Ave**
**Henderson, NV 89052**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$246.00**

---

| 3.177 06 |

**Nonpriority creditor's name and mailing address**

**Sanjay Mirchandani**
**320 Woodcrest Road**
**Key Biscayne, FL 33149**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$82.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number _(if known)_ _____
Name

| 3.177 07 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$132.00** |

**Sanjeev Naidu**
**13233 Rolling Plains Ct**
**Herndon, VA 20171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 08 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$168.00** |

**Sanjib Mishra**
**1900 Pendleton Street**
**Columbia, SC 29201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 09 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$486.00** |

**Santhya Pillai**
**10143 Cypress Path**
**Missouri City, TX 77459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$316.00** |

**Santiago Formoso**
**6 Minor Ct**
**Denville, NJ 07834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$148.00** |

**Sapan Mehta**
**2634 Emmitsburg Rd**
**Aspire Hotel**
**Gettysburg, PA 17325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$67.00** |

**Sara**
**11583 Huston St**
**North Hollywood, CA 91601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$226.00** |

**Sara Carter**
**3929 Bagua Ct**
**Las Vegas, NV 89129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F        Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**

_____
Name

Case number (if known)   _____

---

**3.177 14**

**Nonpriority creditor's name and mailing address**
**Sara Chiarilli**
**2601 Crestfield Dr**
**Valrico, FL 33596**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$17.00**

---

**3.177 15**

**Nonpriority creditor's name and mailing address**
**Sara Clymer**
**1400 E Colonial Dr**
**Salisbury, NC 28144**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,134.00**

---

**3.177 16**

**Nonpriority creditor's name and mailing address**
**Sara D**
**4315 Griffin Park Dr**
**C/O Sara De La Rosa**
**San Antonio, TX 78251**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$24.00**

---

**3.177 17**

**Nonpriority creditor's name and mailing address**
**Sara Davenport**
**11583 Huston St**
**North Hollywood, CA 91601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,844.00**

---

**3.177 18**

**Nonpriority creditor's name and mailing address**
**Sara Delarosa**
**4315 Griffin Park Dr**
**C/O Sara De La Rosa**
**San Antonio, TX 78251**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$7,648.00**

---

**3.177 19**

**Nonpriority creditor's name and mailing address**
**Sara Frazier**
**4029 Cooper Ln**
**Cody, WY 82414**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,057.00**

---

**3.177 20**

**Nonpriority creditor's name and mailing address**
**Sara Friede**
**3919 Rose St**
**Houston, TX 77007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$359.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                        Case number _(if known)_    _____

| 3.177 21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$274.00** |
|---|---|---|---|

**Sara Guinea**
**1701 Hermann Dr Apt 18g**
**Houston, TX 77004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$10.00** |
|---|---|---|---|

**Sara H**
**6104 228street**
**Bayside, NY 11364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$102.00** |
|---|---|---|---|

**Sara Hutchinson**
**2472 Trio Falls Dr**
**Loveland, CO 80538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$34.00** |
|---|---|---|---|

**Sara Hyzer**
**1448 Santa Marta Ct**
**Solana Beach, CA 92075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$834.00** |
|---|---|---|---|

**Sara Kirkwood**
**36 Elberta Rd**
**Maplewood, NJ 07040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$95.00** |
|---|---|---|---|

**Sara Lafontaine**
**1713 S Shamrock Dr**
**Spokane Valley, WA 99016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$54.00** |
|---|---|---|---|

**Sara M**
**14662 Walcott Ave**
**Orlando, FL 32827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.177 28 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sara Mogensen**
**14662 Walcott Ave**
**Orlando, FL 32827**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$593.00**

---

| 3.177 29 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sara N**
**732 S Spring St Apt 1615**
**Los Angeles, CA 90014**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.177 30 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sara Oliveto**
**1155 Kingston Dr**
**Atlanta, GA 30342**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

| 3.177 31 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sara P**
**3101 Davis Ln  #8501**
**Austin, TX 78748**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.177 32 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sara R**
**367 Davis St**
**Northborough, MA 01532**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$57.00**

---

| 3.177 33 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sara R**
**531 Jefferson Street**
**Napa, CA 94559**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$22.80**

---

| 3.177 34 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sara Ross**
**367 Davis St**
**Northborough, MA 01532**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$245.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

---

| 3.177 35 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$546.00** |
| **Sara S** | ☐ Contingent | |
| **22835 N 20th Way** | ☐ Unliquidated | |
| **Phoenix, AZ 85024** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.177 36 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Sara Shillinglaw** | ☐ Contingent | |
| **15 Damaris Dr** | ☐ Unliquidated | |
| **Yarmouth Port, MA 02675** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.177 37 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$394.00** |
| **Sara Torres** | ☐ Contingent | |
| **334 Padre Blvd Apt 701** | ☐ Unliquidated | |
| **South Padre Island, TX 78597** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.177 38 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$39.00** |
| **Sara V** | ☐ Contingent | |
| **715 W State Road 434 Ste J** | ☐ Unliquidated | |
| **Longwood, FL 32750** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.177 39 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,655.00** |
| **Sara Vanmeter** | ☐ Contingent | |
| **715 W State Road 434 Ste J** | ☐ Unliquidated | |
| **Longwood, FL 32750** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.177 40 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22.00** |
| **Sarae Tucker** | ☐ Contingent | |
| **964 Rolling Dunes Way** | ☐ Unliquidated | |
| **San Diego, CA 92154** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.177 41 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20.00** |
| **Sarah A** | ☐ Contingent | |
| **6262 Fairbourne Ct.** | ☐ Unliquidated | |
| **Hanover, MD 21076** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)* _____

---

| 3.177 42 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sarah Arnold**
**5904 Lehman Way**
**Austin, TX 78747**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$68.00

---

| 3.177 43 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sarah B**
**122 Rosewood Dr**
**Cloverdale, CA 95425**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$47.07

---

| 3.177 44 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sarah B**
**200 Everglades Circle**
**Canton, GA 30114**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| 3.177 45 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sarah B**
**52 Maspeth Ave Apt 5**
**Brooklyn, NY 11211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$47.00

---

| 3.177 46 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sarah B**
**78499 Blackstone Court**
**Bermuda Dunes, CA 92203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$1,455.63

---

| 3.177 47 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sarah Barr**
**122 Rosewood Dr**
**Cloverdale, CA 95425**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.177 48 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sarah Benoit**
**78499 Blackstone Court**
**Bermuda Dunes, CA 92203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$2,156.00

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.177 49 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sarah Bluto**
**10924 Mobberley Cir**
**Orlando, FL 32832**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$502.00**

---

| 3.177 50 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sarah Bonebrake**
**29664 127th Pl Se**
**Auburn, WA 98092**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$192.00**

---

| 3.177 51 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sarah Bonebrake**
**29664 127th Pl Se**
**Auburn, WA 98092**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$36.00**

---

| 3.177 52 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sarah Boyd**
**550 N 800 E**
**Jerome, ID 83338**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$66.00**

---

| 3.177 53 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sarah Brunen**
**4192 Georgetown Rd**
**Cincinnati, OH 45236**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$17.01**

---

| 3.177 54 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sarah C**
**12588 Sagewood Dr**
**Venice, FL 34293**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$86.53**

---

| 3.177 55 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sarah Chapman**
**3586 Inverness Blvd**
**Carmel, IN 46032**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$494.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.177 | |
|-------|--|
| 56 | |

**Nonpriority creditor's name and mailing address**
**Sarah Comunale**
**16032 Enclaves Cove Dr**
**N Fort Myers, FL 33917**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$140.00**

---

| 3.177 | |
|-------|--|
| 57 | |

**Nonpriority creditor's name and mailing address**
**Sarah D**
**103 Patricia Rd**
**Georgetown, TX 78628**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$20.00**

---

| 3.177 | |
|-------|--|
| 58 | |

**Nonpriority creditor's name and mailing address**
**Sarah D**
**3727 Helena Circle**
**La Verne, CA 91750**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$10.00**

---

| 3.177 | |
|-------|--|
| 59 | |

**Nonpriority creditor's name and mailing address**
**Sarah D**
**515 W Market St**
**Hellam, PA 17406**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$30.00**

---

| 3.177 | |
|-------|--|
| 60 | |

**Nonpriority creditor's name and mailing address**
**Sarah D**
**801 W Clay St**
**Mt Pleasant, IA 52641**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$136.00**

---

| 3.177 | |
|-------|--|
| 61 | |

**Nonpriority creditor's name and mailing address**
**Sarah Daly**
**103 Patricia Rd**
**Georgetown, TX 78628**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$19.00**

---

| 3.177 | |
|-------|--|
| 62 | |

**Nonpriority creditor's name and mailing address**
**Sarah Dill**
**6315 17th Ave Sw**
**Seattle, WA 98106**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$4,761.00**

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
Name

---

**3.177 63**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | **$1,720.00** |

**Sarah Dill**
**6315 17th Ave Sw**
**Seattle, WA 98106**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.177 64**

Nonpriority creditor's name and mailing address    **$206.00**

**Sarah Donnolly**
**801 W Clay St**
**Mt Pleasant, IA 52641**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.177 65**

Nonpriority creditor's name and mailing address    **$128.00**

**Sarah Duncan**
**515 W Market St**
**Hellam, PA 17406**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.177 66**

Nonpriority creditor's name and mailing address    **$348.00**

**Sarah Dunster**
**3727 Helena Circle**
**La Verne, CA 91750**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.177 67**

Nonpriority creditor's name and mailing address    **$50.00**

**Sarah E**
**4912 Flanders Ave**
**Kensington, MD 20895**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.177 68**

Nonpriority creditor's name and mailing address    **$316.00**

**Sarah Earls-Cowart**
**8831 Bent Spur Ln**
**Houston, TX 77064**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.177 69**

Nonpriority creditor's name and mailing address    **$38.00**

**Sarah East**
**2041 Liberty Lane**
**Gallatin, TN 37066**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*    _____

---

| 3.177 70 | **Nonpriority creditor's name and mailing address**<br>**Sarah Egbert**<br>**2213 Hillsview Ct**<br>**Augusta, GA 30909**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,979.00** |

---

| 3.177 71 | **Nonpriority creditor's name and mailing address**<br>**Sarah Garratt**<br>**2412 Alsop Ct**<br>**Reston, VA 20191**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

---

| 3.177 72 | **Nonpriority creditor's name and mailing address**<br>**Sarah Gately**<br>**426 Hanover St Apt 2**<br>**Boston, MA 02113**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$144.00** |

---

| 3.177 73 | **Nonpriority creditor's name and mailing address**<br>**Sarah Gavin**<br>**4566 205th Pl NE**<br>**Sammamish, WA 98074**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$21.00** |

---

| 3.177 74 | **Nonpriority creditor's name and mailing address**<br>**Sarah Ghanta**<br>**282 S 5th St Apt 4f**<br>**Brooklyn, NY 11211**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,148.00** |

---

| 3.177 75 | **Nonpriority creditor's name and mailing address**<br>**Sarah Gillette**<br>**3659 Copper Oak Cir**<br>**Green Bay, WI 54313**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$260.00** |

---

| 3.177 76 | **Nonpriority creditor's name and mailing address**<br>**Sarah Greuter**<br>**5721 Louise Ln**<br>**Austin, TX 78757**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,046.00** |

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

---

**3.177 77**

**Nonpriority creditor's name and mailing address**
**Sarah H**
**21 Willow Wood Park S**
**Snyder, NY 14226**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.177 78**

**Nonpriority creditor's name and mailing address**
**Sarah Hakes**
**233 W Andrew Potter St**
**Corona De Tucson, AZ 85641**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.177 79**

**Nonpriority creditor's name and mailing address**
**Sarah Heavey**
**21 Willow Wood Park S**
**Snyder, NY 14226**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

**3.177 80**

**Nonpriority creditor's name and mailing address**
**Sarah Hnath**
**105 Harbor Dr**
**110**
**Stamford, CT 06902**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$779.00**

---

**3.177 81**

**Nonpriority creditor's name and mailing address**
**Sarah Hogan**
**3302 N Lafayette St**
**Denver, CO 80205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$330.00**

---

**3.177 82**

**Nonpriority creditor's name and mailing address**
**Sarah Hulsey**
**5625 Old Farm Ter**
**Colorado Springs, CO 80917**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$473.00**

---

**3.177 83**

**Nonpriority creditor's name and mailing address**
**Sarah J**
**4101 Baseline Rd. #1321**
**Gilbert, AZ 85234**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

Debtor **Phoeno Wine Company, Inc.**

_____
Name

Case number *(if known)* _____

| 3.177 84 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22.00** |

**Sarah Kahn**
**25 Pine Ridge Rd**
**Durango, CO 81301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 85 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$105.00** |

**Sarah Kowalczyk**
**962 Chamberlain Hwy**
**Berlin, CT 06037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 86 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$201.00** |

**Sarah Lephart**
**1426 Valencia Rd**
**Niskayuna, NY 12309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 87 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |

**Sarah M**
**2808 Lakecrest Drive**
**Las Vegas, NV 89128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 88 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6.00** |

**Sarah M**
**3 Ayreshire Court**
**Suffield, CT 06078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 89 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22.00** |

**Sarah M**
**8730 W 170th St**
**Stilwell, KS 66085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 90 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$410.00** |

**Sarah Macdonald**
**3 Ayreshire Court**
**Suffield, CT 06078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
Name

---

| 3.177 91 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sarah Mayes**
**706 Vanosdale Rd**
**Knoxville, TN 37909**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$68.00**

---

| 3.177 92 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sarah Oxholm**
**95 Wall St Apt 1604**
**New York, NY 10005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$959.00**

---

| 3.177 93 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sarah P**
**70 Euclid Ave**
**Mc Kees Rocks, PA 15136**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

| 3.177 94 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sarah Parker**
**3 Buckhorn Ct**
**San Rafael, CA 94903**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$563.08**

---

| 3.177 95 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sarah Peterson**
**1068 H Ave**
**Nevada, IA 50201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$112.00**

---

| 3.177 96 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sarah Replogle**
**3164 Atwater Ave**
**Los Angeles, CA 90039**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$79.62**

---

| 3.177 97 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sarah Roth**
**3125 Trafalgar St**
**New Orleans, LA 70119**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$7,996.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.177 98 | **Nonpriority creditor's name and mailing address** **Sarah S** **101 Hickory Spring Rd** **Greenville, DE 19807** | **$15.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.177 99 | **Nonpriority creditor's name and mailing address** **Sarah S** **2150 S Towne Centre Pl** **Suite 100** **Anaheim, CA 92806** | **$30.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.178 00 | **Nonpriority creditor's name and mailing address** **Sarah S** **3836 San Jacinto St** **Dallas, TX 75204** | **$60.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.178 01 | **Nonpriority creditor's name and mailing address** **Sarah S** **4605 Copper Mountain Trl** **Arlington, TX 76005** | **$10.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.178 02 | **Nonpriority creditor's name and mailing address** **Sarah Scalese** **4438 Sage Meadows Drive** **Marcellus, NY 13108** | **$72.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.178 03 | **Nonpriority creditor's name and mailing address** **Sarah Scherbring** **6004 Creek Ridge Ct** **Minnetonka, MN 55345** | **$202.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.178 04 | **Nonpriority creditor's name and mailing address** **Sarah Schindelar** **104 Us Highway 46** **Budd Lake, NJ 07828** | **$391.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.178 05**

**Nonpriority creditor's name and mailing address**
**Sarah Sheffler**
**3836 San Jacinto St**
**Dallas, TX 75204**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$177.00**

---

**3.178 06**

**Nonpriority creditor's name and mailing address**
**Sarah Sparks**
**4605 Copper Mountain Trl**
**Arlington, TX 76005**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$42.00**

---

**3.178 07**

**Nonpriority creditor's name and mailing address**
**Sarah Spratt**
**92 Cuyahoga Rd**
**Lake Worth, FL 33467**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$280.00**

---

**3.178 08**

**Nonpriority creditor's name and mailing address**
**Sarah Stuart**
**149 E Muriel St**
**Orlando, FL 32806**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

**3.178 09**

**Nonpriority creditor's name and mailing address**
**Sarah T**
**1241 Shrader Street**
**San Francisco, CA 94117**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.178 10**

**Nonpriority creditor's name and mailing address**
**Sarah T**
**14 Kempton Pl Apt 3**
**Saratoga Springs, NY 12866**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$4.00**

---

**3.178 11**

**Nonpriority creditor's name and mailing address**
**Sarah Thompson**
**8180 South Valdai Court**
**Aurora, CO 80016**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,714.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.178 12 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sarah Uhran**
**1004 S Pennsylvania St**
**Denver, CO 80209**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.178 13 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sarah Vahey**
**58 N Chicago St Ste 600**
**Joliet, IL 60432**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$198.00

---

| 3.178 14 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sarah Valencia**
**3703 W 47th Pl**
**Roeland Park, KS 66205**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$45.00

---

| 3.178 15 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sarah Vogel**
**305 Leah Miller Dr NW**
**Fort Walton Beach, FL 32548**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$7,753.00

---

| 3.178 16 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sarah W**
**3574 Desert Cliff St Unit 204**
**Las Vegas, NV 89129**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

| 3.178 17 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sarah White**
**3 Lawrence St**
**Cambridge, MA 02139**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$260.00

---

| 3.178 18 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sarah Wilbur**
**3574 Desert Cliff St Unit 204**
**Las Vegas, NV 89129**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$565.00

---

Official Form 206 E/F        Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____     Case number *(if known)*    _____
Name

---

| 3.178 | | |
|---|---|---|
| 19 | | |

**Nonpriority creditor's name and mailing address**
**Sarahl Stankey**
**2827 Charing Rd Apt C**
**Upper Arlington, OH 43221**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$401.00**

---

| 3.178 | | |
|---|---|---|
| 20 | | |

**Nonpriority creditor's name and mailing address**
**Sarahmorgan**
**7443 Bristol Village Curve**
**Bloomington, MN 55438**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$205.35**

---

| 3.178 | | |
|---|---|---|
| 21 | | |

**Nonpriority creditor's name and mailing address**
**Sarang Vora**
**456 Hartford Dr**
**Nutley, NJ 07110**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$145.00**

---

| 3.178 | | |
|---|---|---|
| 22 | | |

**Nonpriority creditor's name and mailing address**
**Sargam M**
**333 East 45th Street**
**Apt 24 A**
**Nyc, NY 10017**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

| 3.178 | | |
|---|---|---|
| 23 | | |

**Nonpriority creditor's name and mailing address**
**Sari Schulberg**
**24 E Sapphire Ln**
**Spokane, WA 99208**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$359.00**

---

| 3.178 | | |
|---|---|---|
| 24 | | |

**Nonpriority creditor's name and mailing address**
**Sariheidy Acuna**
**21 1st Ave Apt 123**
**Key Largo, FL 33037**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$130.00**

---

| 3.178 | | |
|---|---|---|
| 25 | | |

**Nonpriority creditor's name and mailing address**
**Sarita Dsouza**
**2841 Illinois Rd**
**Wilmette, IL 60091**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$337.00**

---

Debtor  **Phoeno Wine Company, Inc.**
_____  Case number (if known) _____
Name

---

| 3.178 26 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: Check all that apply.   **$74.00**

**Saroj Adhikari**
**401 Kingsland Ave**
**Lyndhurst, NJ 07071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 27 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: Check all that apply.   **$100.00**

**Sarrah B**
**320 53rd Street**
**Apt. 204**
**West New York, NJ 07093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 28 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: Check all that apply.   **$537.00**

**Sarrah Bechor**
**320 53rd Street**
**Apt. 204**
**West New York, NJ 07093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 29 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: Check all that apply.   **$333.00**

**Sascha Illyvich**
**3537 Clubhouse Cir E Apt F**
**Decatur, GA 30032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 30 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: Check all that apply.   **$2.00**

**Sascha Illyvich**
**3537 Clubhouse Cir E Apt F**
**Decatur, GA 30032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 31 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: Check all that apply.   **$170.00**

**Sascha Rizzo**
**1100 S Orlando Ave**
**Apt 456**
**Maitland, FL 32751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 32 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: Check all that apply.   **$27,818.00**

**Sasha Gustin**
**2030 Lombard St #1**
**Apt, Suite, Bldg. (Optional)**
**San Francisco, CA 94123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____

Name

| 3.178 33 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sasha R**
**2930 E Brown Rd**
**3**
**Mesa, AZ 85213**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$11.00**

---

| 3.178 34 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sasha Reyes**
**2930 E Brown Rd**
**3**
**Mesa, AZ 85213**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$54.00**

---

| 3.178 35 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Satish Kambalimath**
**9721 Cinnabar Trail**
**Austin, TX 78726**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$148.00**

---

| 3.178 36 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sattu M**
**639 Belvedere St**
**San Francisco, CA 94117**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.178 37 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sauce63**
**2757 Avalon Ave**
**Carlsbad, CA 92010**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.178 38 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Saul G**
**1325 Ozark Ave**
**Mcallen, TX 78504**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.178 39 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Saul Gruber**
**19972 NE 5th Court**
**Miami, FL 33179**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$58.00**

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
Name

| | |
|---|---|

**3.178 40**

**Nonpriority creditor's name and mailing address**                                    As of the petition filing date, the claim is: *Check all that apply.*    **$13.00**

**Saul U**
**506 Flora Springs Ct**
**Fairfield, CA 94534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.178 41**

**Nonpriority creditor's name and mailing address**                                    As of the petition filing date, the claim is: *Check all that apply.*    **$82.00**

**Savanna S**
**2311 Mid Ln Apt 710**
**Houston, TX 77027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.178 42**

**Nonpriority creditor's name and mailing address**                                    As of the petition filing date, the claim is: *Check all that apply.*    **$1,517.00**

**Savanna Speciale**
**2311 Mid Ln Apt 710**
**Houston, TX 77027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.178 43**

**Nonpriority creditor's name and mailing address**                                    As of the petition filing date, the claim is: *Check all that apply.*    **$58.00**

**Savannah Carr**
**20600 Ventura Blvd Unit 2339**
**Woodland Hills, CA 91364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.178 44**

**Nonpriority creditor's name and mailing address**                                    As of the petition filing date, the claim is: *Check all that apply.*    **$10.00**

**Savino S**
**1862 Woodside Road**
**Redwood City, CA 94061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.178 45**

**Nonpriority creditor's name and mailing address**                                    As of the petition filing date, the claim is: *Check all that apply.*    **$1,073.00**

**Scallon Jean**
**3419 N Jeralie Ct**
**Bloomington, IN 47404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.178 46**

**Nonpriority creditor's name and mailing address**                                    As of the petition filing date, the claim is: *Check all that apply.*    **$228.00**

**Schuetz Kelly**
**1124 N 99th St**
**Mesa, AZ 85207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __Phoeno Wine Company, Inc._____     Case number (if known) _____
     Name

---

| 3.178 47 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Schuyler H**
**2221 Charlotte Dr**
**Charlotte, NC 28203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$7.00

---

| 3.178 48 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scot Brown**
**2241 Country Cottage Ct**
**Las Vegas, NV 89117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.178 49 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scot Brown**
**2241 Country Cottage Ct**
**Las Vegas, NV 89117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$70.00

---

| 3.178 50 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scot Gillespie**
**875 10th St Nw**
**Washington, DC 20001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

| 3.178 51 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scot Mcnamara**
**9708 85th St S**
**Cottage Grove, MN 55016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$153.00

---

| 3.178 52 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott A**
**100 Chiswick Ct.**
**Hendersonville, TN 37075**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$16.00

---

| 3.178 53 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott A**
**1609 Whites Rd**
**Kalamazoo, MI 49008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$62.00

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

| 3.178 54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$75.00** |
|---|---|---|---|

**Scott A**
**5301 Legacy Drive**
**Ste. 2b.240**
**Plano, TX 75019**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,187.00** |
|---|---|---|---|

**Scott Adams**
**1150 Hungryneck Blvd Ste C153**
**Mt Pleasant, SC 29464**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,625.00** |
|---|---|---|---|

**Scott Alford**
**45 Round Hill Road**
**Boston, VA 22713**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$52.00** |
|---|---|---|---|

**Scott Almeda**
**154 Kensington Rd**
**Hampton Falls, NH 03844**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$212.00** |
|---|---|---|---|

**Scott Andersen**
**11721 Firefly Woods Dr Se**
**Lowell, MI 49331**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,576.00** |
|---|---|---|---|

**Scott Argentine**
**301 Mission Street**
**Unit 47f**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$380.00** |
|---|---|---|---|

**Scott Austin**
**1208 NE Leisure Street**
**Coupeville, WA 98239**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

_____
Name

Case number (*if known*) _____

| 3.178 61 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Bambic**
**175 Linden Dr**
**Painesville, OH 44077**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$224.00**

---

| 3.178 62 |
|---|

**Nonpriority creditor's name and mailing address**

**Scott Barker**
**845 N State St**
**Chicago, IL 60610**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,647.00**

---

| 3.178 63 |
|---|

**Nonpriority creditor's name and mailing address**

**Scott Barnes**
**108 Norton Pond Rd**
**Lincolnville, ME 04849**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$568.00**

---

| 3.178 64 |
|---|

**Nonpriority creditor's name and mailing address**

**Scott Bauer**
**1212 Del Monte Blvd.**
**Pacific Grove, CA 93950**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$846.00**

---

| 3.178 65 |
|---|

**Nonpriority creditor's name and mailing address**

**Scott Bauer**
**1212 Del Monte Blvd.**
**Pacific Grove, CA 93950**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

| 3.178 66 |
|---|

**Nonpriority creditor's name and mailing address**

**Scott Beatty**
**2113 Elm Creek Ln**
**Flower Mound, TX 75028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$9,230.00**

---

| 3.178 67 |
|---|

**Nonpriority creditor's name and mailing address**

**Scott Bennett**
**3377 S.W. 3 Avenue**
**Miami, FL 33145**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$158.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.178 68 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Bobbitt**
**126 Sperry Ln**
**Meriden, CT 06451**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☐ No ☐ Yes

**$95.00**

---

| 3.178 69 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Bowman**
**604 Medallion Dr**
**Waxhaw, NC 28173**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$242.00**

---

| 3.178 70 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Brewster**
**518 South 2nd St**
**Denton, MD 21629**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$451.00**

---

| 3.178 71 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Bruce**
**2757 Dolphin Bnd**
**Chico, CA 95973**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$484.00**

---

| 3.178 72 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Burrer**
**8600 Hempstead**
**Houston, TX 77008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

| 3.178 73 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott C**
**1340 Nw Milwaukee Ave**
**Bend, OR 97703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.178 74 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott C**
**3071 Calle Mariposa**
**Santa Barbara, CA 93105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$168.41**

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

**3.178 75**

**Nonpriority creditor's name and mailing address**

**Scott C**
**6101 Highland Place**
**West New York, NJ 07093**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.178 76**

**Nonpriority creditor's name and mailing address**

**Scott C**
**7169 Brecksville Rd**
**Independence, OH 44131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$163.00

---

**3.178 77**

**Nonpriority creditor's name and mailing address**

**Scott Call**
**Viz Media Llc**
**1355 Market Street,  Ste 200**
**San Francisco, CA 94103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,358.00

---

**3.178 78**

**Nonpriority creditor's name and mailing address**

**Scott Call**
**Viz Media LLC**
**1355 Market Street,  Ste 200**
**San Francisco, CA 94103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$949.02

---

**3.178 79**

**Nonpriority creditor's name and mailing address**

**Scott Campbell**
**628 1/2 Alarid St Rear**
**Santa Fe, NM 87505**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,181.00

---

**3.178 80**

**Nonpriority creditor's name and mailing address**

**Scott Candow**
**58 Pomfret St Apt 2408**
**Putnam, CT 06260**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$179.00

---

**3.178 81**

**Nonpriority creditor's name and mailing address**

**Scott Chapman**
**3071 Calle Mariposa**
**Santa Barbara, CA 93105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$13,233.00

---

Debtor     **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.178 82 |
|---|

**Nonpriority creditor's name and mailing address**

**Scott Collen**
**3714 Northview Ln**
**Dallas, TX 75229**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$24.00

---

| 3.178 83 |
|---|

**Nonpriority creditor's name and mailing address**

**Scott Coller**
**1104 Willow Dr**
**Delafield, WI 53018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$264.00

---

| 3.178 84 |
|---|

**Nonpriority creditor's name and mailing address**

**Scott Cowan**
**503 Red Coat Ln**
**Phoenixville, PA 19460**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$683.00

---

| 3.178 85 |
|---|

**Nonpriority creditor's name and mailing address**

**Scott Culbertson**
**8120 Dull Road**
**Clemmons, NC 27012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$6,012.00

---

| 3.178 86 |
|---|

**Nonpriority creditor's name and mailing address**

**Scott D**
**1405 N 98th Street**
**Kansas City, KS 66111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

| 3.178 87 |
|---|

**Nonpriority creditor's name and mailing address**

**Scott Darling**
**655 Merlot Ct**
**Pleasanton, CA 94566**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,097.00

---

| 3.178 88 |
|---|

**Nonpriority creditor's name and mailing address**

**Scott Davis**
**2017 S Parkwood Dr**
**Harlingen, TX 78550**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$170.00

---

Debtor **Phoeno Wine Company, Inc.**
        Name

Case number (*if known*) _____

| | |
|---|---|
| 3.178 89 | |

**Nonpriority creditor's name and mailing address**

**Scott Dclary**
**106 S Federal Hwy Apt 648**
**Fort Lauderdale, FL 33301**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$58.00

---

| | |
|---|---|
| 3.178 90 | |

**Nonpriority creditor's name and mailing address**

**Scott E**
**222 Broadway Ave E**
**Mattoon, IL 61938**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$16.00

---

| | |
|---|---|
| 3.178 91 | |

**Nonpriority creditor's name and mailing address**

**Scott E**
**98 Temple St**
**West Roxbury, MA 02132**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

| | |
|---|---|
| 3.178 92 | |

**Nonpriority creditor's name and mailing address**

**Scott Eads**
**470 Fillmore St.**
**Harpers Ferry, WV 25425**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$126.00

---

| | |
|---|---|
| 3.178 93 | |

**Nonpriority creditor's name and mailing address**

**Scott Eakin**
**98 Temple St**
**West Roxbury, MA 02132**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$170.00

---

| | |
|---|---|
| 3.178 94 | |

**Nonpriority creditor's name and mailing address**

**Scott Edwards**
**1846 W Amador Ave**
**Las Cruces, NM 88005**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$120.00

---

| | |
|---|---|
| 3.178 95 | |

**Nonpriority creditor's name and mailing address**

**Scott Eggleston**
**222 Broadway Ave E**
**Mattoon, IL 61938**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,111.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

**3.178 96**

**Nonpriority creditor's name and mailing address**
**Scott Eldridge**
**8907 Alendale Rd**
**Henrico, VA 23229**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$534.00**

---

**3.178 97**

**Nonpriority creditor's name and mailing address**
**Scott F**
**841 E Fort Ave**
**#146**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

**3.178 98**

**Nonpriority creditor's name and mailing address**
**Scott Fleckenstein**
**1530 E Williams Field Rd Ste 201**
**Gilbert, AZ 85295**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$118.00**

---

**3.178 99**

**Nonpriority creditor's name and mailing address**
**Scott Frymire**
**762 Adams Cir**
**Yardley, PA 19067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$87.00**

---

**3.179 00**

**Nonpriority creditor's name and mailing address**
**Scott G**
**127 West 79th St**
**Apt 8g**
**New York, NY 10024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$40.00**

---

**3.179 01**

**Nonpriority creditor's name and mailing address**
**Scott G**
**16641 Oldham Place**
**Encino, CA 91436**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$7.00**

---

**3.179 02**

**Nonpriority creditor's name and mailing address**
**Scott G**
**910 Hibiscus Lane**
**Delray Beach, FL 33444**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Name                                                    Case number (if known)   _____

---

**3.179 03**

**Nonpriority creditor's name and mailing address**

**Scott Gareiss**
**366 S Cross Creek Way**
**Columbia City, IN 46725**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.179 04**

**Nonpriority creditor's name and mailing address**

**Scott Genthner**
**2014 E Hickory Hill Rd Ste 35st**
**Argyle, TX 76226**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,266.00**

---

**3.179 05**

**Nonpriority creditor's name and mailing address**

**Scott Gold**
**140 E 56th St Apt 14f**
**New York, NY 10022**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,582.00**

---

**3.179 06**

**Nonpriority creditor's name and mailing address**

**Scott Griffin**
**124 Medearis Dr**
**Charlotte, NC 28211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,878.00**

---

**3.179 07**

**Nonpriority creditor's name and mailing address**

**Scott H**
**4115 Bella Isle Cir**
**Kissimmee, FL 34746**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.179 08**

**Nonpriority creditor's name and mailing address**

**Scott H**
**5363 Reds Way**
**Howell, MI 48855**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$22.00**

---

**3.179 09**

**Nonpriority creditor's name and mailing address**

**Scott H**
**8637 Olin St Apt 1**
**Los Angeles, CA 90034**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.179 10 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott H 13433663**
**3405 Oxfordshire Ln**
**Mt Pleasant, SC 29466**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$8.00**

---

| 3.179 11 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Hammer**
**521 S Patterson St**
**Gibsonburg, OH 43431**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$606.00**

---

| 3.179 12 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Havericak**
**5900 N Andrews Ave Ste 100**
**Fort Lauderdale, FL 33309**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$210.00**

---

| 3.179 13 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Hawker**
**10424 Mile Post Loop**
**Fountain, CO 80817**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$64.00**

---

| 3.179 14 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Haywood**
**C/O Vine Vault Llc**
**501 Congress Ave., Suite 100-A**
**Austin, TX 78750**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$411.36**

---

| 3.179 15 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Heckman**
**8637 Olin St Apt 1**
**Los Angeles, CA 90034**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$31,098.00**

---

| 3.179 16 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Herring**
**1744 Montgomery Cir**
**Longmont, CO 80504**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,843.00**

---

Debtor    **Phoeno Wine Company, Inc.**    Case number (if known) _____
_____
Name

| 3.179 17 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,290.00** |
| **Scott Hibner** | ☐ Contingent | |
| **5363 Reds Way** | ☐ Unliquidated | |
| **Howell, MI 48855** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.179 18 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$294.00** |
| **Scott Hines** | ☐ Contingent | |
| **12033 Hawthorn Ridge** | ☐ Unliquidated | |
| **None** | ☐ Disputed | |
| **Fishers, IN 46037** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.179 19 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$18.00** |
| **Scott Horner** | ☐ Contingent | |
| **4115 Bella Isle Cir** | ☐ Unliquidated | |
| **Kissimmee, FL 34746** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.179 20 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$361.00** |
| **Scott Horst** | ☐ Contingent | |
| **1005 Sitka Spruce Ln** | ☐ Unliquidated | |
| **Sykesville, MD 21784** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.179 21 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$440.00** |
| **Scott House** | ☐ Contingent | |
| **1305 Bocage Cv Apt 204** | ☐ Unliquidated | |
| **Memphis, TN 38103** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.179 22 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,407.00** |
| **Scott Hughes** | ☐ Contingent | |
| **4925 Girard Ave N** | ☐ Unliquidated | |
| **Minneapolis, MN 55430** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.179 23 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$21,263.00** |
| **Scott Humphrey** | ☐ Contingent | |
| **1279 Millcreek Run** | ☐ Unliquidated | |
| **Webster, NY 14580** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|
| Debtor | **Phoeno Wine Company, Inc.** |
| | Name |

Case number (if known) _____

---

**3.179 24**

**Nonpriority creditor's name and mailing address**
**Scott Jankowski**
**3413 Maple Ridge Drive**
**Wood River, IL 62095**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,280.00**

---

**3.179 25**

**Nonpriority creditor's name and mailing address**
**Scott Kater**
**1734 N Artesian Ave**
**Chicago, IL 60647**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$45.00**

---

**3.179 26**

**Nonpriority creditor's name and mailing address**
**Scott Kraege**
**5855 Brookwood Rd**
**Indianapolis, IN 46226**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,148.00**

---

**3.179 27**

**Nonpriority creditor's name and mailing address**
**Scott Kreger**
**29309 Rocky Pass**
**Pine Valley, CA 91962**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,468.00**

---

**3.179 28**

**Nonpriority creditor's name and mailing address**
**Scott Kreuzer**
**102 Cheesespring Road**
**Wilton, CT 06897**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$114.00**

---

**3.179 29**

**Nonpriority creditor's name and mailing address**
**Scott Kuehlewind**
**15 Hillside Pkwy**
**Lancaster, NY 14086**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$158.00**

---

**3.179 30**

**Nonpriority creditor's name and mailing address**
**Scott Kustarz**
**46832 Hampton Dr**
**Shelby Township, MI 48315**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$56.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known)    _____
Name

| 3.179 31 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott L**
**2016 Song Sparrow Ct**
**Hampstead, MD 21074**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$70.00**

---

| 3.179 32 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott L**
**464 Hill St**
**Dubuque, IA 52001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$287.00**

---

| 3.179 33 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Landstrom**
**1576 Oak Canyon Drive**
**San Jose, CA 95120**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$479.00**

---

| 3.179 34 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Lazarz**
**14 Masthead Ln**
**East Hampton, NY 11937**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$6,212.00**

---

| 3.179 35 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Lebeck**
**1464 Enterprise Blvd**
**West Sacramento, CA 95691**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| 3.179 36 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Lovett**
**464 Hill St**
**Dubuque, IA 52001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$240.00**

---

| 3.179 37 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Lukemire**
**5125 Romohr Rd Cinti Oh 45244**
**Cincinnati, OH 45244**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$2,025.00**

---

Official Form 206 E/F                 Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.179 38 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Scott M**
**15 Via Lampara**
**San Clemente, CA 92673**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.179 39 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Scott M**
**1505 Fieldspring Dr**
**Bakersfield, CA 93311**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.179 40 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Scott M**
**23 Hanover Pl Nw**
**Washington, DC 20001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| 3.179 41 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Scott M**
**9743 W Bray Creek Street**
**Star, ID 83669**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$6,776.56**

---

| 3.179 42 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Maidman**
**680 Country Club Dr**
**Pittsburgh, PA 15228**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

| 3.179 43 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Marks**
**1040 James Estate Ln**
**Hendersonville, NC 28739**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,071.00**

---

| 3.179 44 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Masarky**
**23 Hanover Pl NW**
**Washington, DC 20001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$901.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
         Name

---

| 3.179 |
| 45 |

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*        **$41.00**

**Scott Mcavoy**                ☐ Contingent
**268 Vermont Ave**                ☐ Unliquidated
**Moneta, VA 24121**                ☐ Disputed

Date(s) debt was incurred __                **Basis for the claim:** __Customer__

Last 4 digits of account number __                Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.179 |
| 46 |

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*        **$29.00**

**Scott Mccluney**                ☐ Contingent
**4538 Deer Run**                ☐ Unliquidated
**Evans, GA 30809**                ☐ Disputed

Date(s) debt was incurred __                **Basis for the claim:** __Customer__

Last 4 digits of account number __                Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.179 |
| 47 |

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*        **$124.00**

**Scott Mcguire**                ☐ Contingent
**8530 Veterans Hwy Ste 300**                ☐ Unliquidated
**Millersville, MD 21108**                ☐ Disputed

Date(s) debt was incurred __                **Basis for the claim:** __Customer__

Last 4 digits of account number __                Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.179 |
| 48 |

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*        **$984.00**

**Scott Mcmahon**                ☐ Contingent
**242 Roosevelt Way**                ☐ Unliquidated
**San Francisco, CA 94114**                ☐ Disputed

Date(s) debt was incurred __                **Basis for the claim:** __Customer__

Last 4 digits of account number __                Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.179 |
| 49 |

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*        **$28.00**

**Scott Mcpherson**                ☐ Contingent
**6131 Link Blvd**                ☐ Unliquidated
**Indian River, MI 49749**                ☐ Disputed

Date(s) debt was incurred __                **Basis for the claim:** __Customer__

Last 4 digits of account number __                Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.179 |
| 50 |

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*        **$15.00**

**Scott Mcreynolds**                ☐ Contingent
**1101 South Main St #314**                ☐ Unliquidated
**Milpitas, CA 95035**                ☐ Disputed

Date(s) debt was incurred __                **Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number __                Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.179 |
| 51 |

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*        **$1,543.00**

**Scott Mickle**                ☐ Contingent
**612 River Crane St**                ☐ Unliquidated
**Bradenton, FL 34212**                ☐ Disputed

Date(s) debt was incurred __                **Basis for the claim:** __Customer__

Last 4 digits of account number __                Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Name                                                          Case number *(if known)* _____

---

| 3.179 | | |
|---|---|---|
| 52 | | |

**Nonpriority creditor's name and mailing address**

**Scott Mikulecky**
**200 W County Line Rd Ste 240**
**Highlands Ranch, CO 80129**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$1,770.00**

---

| 3.179 | | |
|---|---|---|
| 53 | | |

**Nonpriority creditor's name and mailing address**

**Scott Mikulecky**
**6565 Steuben Way**
**Castle Pines, CO 80108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$540.00**

---

| 3.179 | | |
|---|---|---|
| 54 | | |

**Nonpriority creditor's name and mailing address**

**Scott Miller**
**3018 Prescott Falls Dr**
**Jacksonville, FL 32224**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$2,655.00**

---

| 3.179 | | |
|---|---|---|
| 55 | | |

**Nonpriority creditor's name and mailing address**

**Scott Montgomery**
**3303 Harbor Blvd Ste D12**
**Costa Mesa, CA 92626**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customers - Deferred Credit_

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

| 3.179 | | |
|---|---|---|
| 56 | | |

**Nonpriority creditor's name and mailing address**

**Scott Napolitano**
**300 E40th St.**
**19c**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customers - Deferred Credit_

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

| 3.179 | | |
|---|---|---|
| 57 | | |

**Nonpriority creditor's name and mailing address**

**Scott O**
**2845 Aspen Glow Ln**
**Redding, CA 96001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customers - Deferred Credit_

Is the claim subject to offset? ■ No ☐ Yes

**$76.00**

---

| 3.179 | | |
|---|---|---|
| 58 | | |

**Nonpriority creditor's name and mailing address**

**Scott Odell**
**2845 Aspen Glow Ln**
**Redding, CA 96001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$155.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.179 |
| 59 |

**Nonpriority creditor's name and mailing address**

**Scott Ovens**
**!0015 Wendy Way**
**Lyles, TN 37098**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$79.00**

---

| 3.179 |
| 60 |

**Nonpriority creditor's name and mailing address**

**Scott P**
**2575 Perryville Dr**
**Reno, NV 89521**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.179 |
| 61 |

**Nonpriority creditor's name and mailing address**

**Scott P**
**2648 N 100 W**
**Greenfield, IN 46140**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.179 |
| 62 |

**Nonpriority creditor's name and mailing address**

**Scott P**
**3023 Acorn Wood Way**
**Houston, TX 77059**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.179 |
| 63 |

**Nonpriority creditor's name and mailing address**

**Scott P**
**4440 Nouvel Ct**
**Palm Springs, CA 92262**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.179 |
| 64 |

**Nonpriority creditor's name and mailing address**

**Scott Parker**
**28364 S Western Ave**
**Pmb501**
**Rancho Palos Verdes, CA 90275**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$38.00**

---

| 3.179 |
| 65 |

**Nonpriority creditor's name and mailing address**

**Scott Pavletich**
**10910 W Harvard Ln**
**Wauwatosa, WI 53226**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$84.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.179 66 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Perry**
**2648 N 100 W**
**Greenfield, IN 46140**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$154.00**

---

| 3.179 67 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Poag**
**3335 Walton Way**
**Augusta, GA 30909**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$274.00**

---

| 3.179 68 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Prawalsky**
**25332 China Hollow Rd**
**Auburn, CA 95602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,910.00**

---

| 3.179 69 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Prulhiere**
**15475 N 84th St**
**Yam Managment, Llc**
**Scottsdale, AZ 85260**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,642.00**

---

| 3.179 70 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott R**
**10618 Hayden Hill**
**Saint Louis, MO 63123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.179 71 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott R**
**6932 Ohana Pl**
**Orangevale, CA 95662**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.179 72 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Rainey**
**1330 Prospect Rd**
**Pittsburgh, PA 15227**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$56.00**

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____     Case number *(if known)* _____
          Name

| | |
|---|---|
| **3.179 73** | |

**Nonpriority creditor's name and mailing address**
**Scott Reifenberger**
**540 N College Ave**
**Indianapolis, IN 46202**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.179 74** | |

**Nonpriority creditor's name and mailing address**
**Scott Rhoden**
**2563 Millburn Ave**
**Henderson, NV 89044**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$32.00**

---

| | |
|---|---|
| **3.179 75** | |

**Nonpriority creditor's name and mailing address**
**Scott Robertson**
**199 Freeman Farm Rd**
**Duncan, SC 29334**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$157.00**

---

| | |
|---|---|
| **3.179 76** | |

**Nonpriority creditor's name and mailing address**
**Scott Rognlie**
**3170 S Bay Star Way**
**Meridian, ID 83642**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$720.00**

---

| | |
|---|---|
| **3.179 77** | |

**Nonpriority creditor's name and mailing address**
**Scott Royle**
**133 Aberdeen Rd Apt 10**
**Aberdeen, NJ 07747**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$109.00**

---

| | |
|---|---|
| **3.179 78** | |

**Nonpriority creditor's name and mailing address**
**Scott S**
**10709 Goldsborough Circle**
**Oakdale, CA 95361**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| | |
|---|---|
| **3.179 79** | |

**Nonpriority creditor's name and mailing address**
**Scott S**
**14075 Sw 83rd Ct**
**Palmetto Bay, FL 33158**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$20.00**

---

Debtor  **Phoeno Wine Company, Inc.**
_____     Case number (if known)  _____
Name

| 3.179 80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15.00** |
|---|---|---|---|

**Scott S**
**3001 W 89th St**
**Leawood, KS 66206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12.00** |
|---|---|---|---|

**Scott S**
**4714 Foulk Ln**
**Saint Louis, MO 63128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15.60** |
|---|---|---|---|

**Scott S**
**556 Gatlin Creek Road**
**Dripping Springs, TX 78620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$32.00** |
|---|---|---|---|

**Scott S**
**6979 Brian Dr**
**Centerville, MN 55038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,483.00** |
|---|---|---|---|

**Scott Sanders**
**13201 Amelias Grove Ct**
**Bowie, MD 20720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,640.00** |
|---|---|---|---|

**Scott Schmeck**
**1738 Arthur St**
**Klamath Falls, OR 97603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$90.00** |
|---|---|---|---|

**Scott Schmidt**
**6979 Brian Dr**
**Centerville, MN 55038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.179<br>87 | **Nonpriority creditor's name and mailing address**<br>**Scott Schropp**<br>**556 Gatlin Creek Road**<br>**Dripping Springs, TX 78620** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$222.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.179<br>88 | **Nonpriority creditor's name and mailing address**<br>**Scott Scott**<br>**7323 Overhill Ln**<br>**Custer, WI 54423** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$646.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.179<br>89 | **Nonpriority creditor's name and mailing address**<br>**Scott Seaborn**<br>**4714 Foulk Ln**<br>**Saint Louis, MO 63128** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$91.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.179<br>90 | **Nonpriority creditor's name and mailing address**<br>**Scott Showers**<br>**10726 County Road 5280**<br>**Rolla, MO 65401** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$57.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.179<br>91 | **Nonpriority creditor's name and mailing address**<br>**Scott Siekawitch**<br>**6912 32nd Ave NW**<br>**Seattle, WA 98117** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$100.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.179<br>92 | **Nonpriority creditor's name and mailing address**<br>**Scott Smith**<br>**1835 Harnish Blvd**<br>**Billings, MT 59101** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$75.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.179<br>93 | **Nonpriority creditor's name and mailing address**<br>**Scott Smith**<br>**2086 Westville Lake Rd**<br>**Beloit, OH 44609** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$809.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| | |
|---|---|
| 3.179<br>94 | |

**Nonpriority creditor's name and mailing address**

**Scott Smith**
**74 Overlook Dr**
**New Canaan, CT 06840**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$777.00**

---

| | |
|---|---|
| 3.179<br>95 | |

**Nonpriority creditor's name and mailing address**

**Scott Snyder**
**371 Bair Rd**
**Berwyn, PA 19312**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

| | |
|---|---|
| 3.179<br>96 | |

**Nonpriority creditor's name and mailing address**

**Scott Steffan**
**4796 Edgewood Dr**
**Hamburg, NY 14075**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| | |
|---|---|
| 3.179<br>97 | |

**Nonpriority creditor's name and mailing address**

**Scott Stewart**
**9919 E Groner Ave**
**Baton Rouge, LA 70809**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$505.00**

---

| | |
|---|---|
| 3.179<br>98 | |

**Nonpriority creditor's name and mailing address**

**Scott Sulman**
**2916 Crosstie Ln**
**Chesapeake, VA 23323**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,255.00**

---

| | |
|---|---|
| 3.179<br>99 | |

**Nonpriority creditor's name and mailing address**

**Scott Sulman**
**2916 Crosstie Ln**
**Chesapeake, VA 23323**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$198.96**

---

| | |
|---|---|
| 3.180<br>00 | |

**Nonpriority creditor's name and mailing address**

**Scott Swanson**
**10133 62nd Dr NE**
**Marysville, WA 98270**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$240.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.180 01 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Scott T**
**444 E 86th St Apt 4d**
**New York, NY 10028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 02 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |
|---|---|---|---|

**Scott T**
**8941 Weaver Lake Dr**
**Pequot Lakes, MN 56472**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 03 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$728.00** |
|---|---|---|---|

**Scott Thompson**
**8941 Weaver Lake Dr**
**Pequot Lakes, MN 56472**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 04 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |
|---|---|---|---|

**Scott Tovsen**
**15 Jenna Ct**
**South Elgin, IL 60177**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 05 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$824.00** |
|---|---|---|---|

**Scott Underwood**
**4312 Union St**
**Raleigh, NC 27609**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 06 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$363.00** |
|---|---|---|---|

**Scott Underwood**
**5572 Rim View Pl**
**Parker, CO 80134**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 07 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$600.03** |
|---|---|---|---|

**Scott Underwood**
**4312 Union St**
**Raleigh, NC 27609**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.180
08**

**Nonpriority creditor's name and mailing address**

**Scott Vanpelt
5604 Clarion Cv
Austin, TX 78746**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$521.00**

---

**3.180
09**

**Nonpriority creditor's name and mailing address**

**Scott W
10502 Chelmsford Way
Tampa, FL 33626**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.180
10**

**Nonpriority creditor's name and mailing address**

**Scott W
5207 Airport Blvd
Austin, TX 78749**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$13.00**

---

**3.180
11**

**Nonpriority creditor's name and mailing address**

**Scott W
600 Celebrate Parkway North
Sharpsburg, GA 30265**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.180
12**

**Nonpriority creditor's name and mailing address**

**Scott Wagoner
2733 Windridge Ct
Fort Wayne, IN 46845**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

**3.180
13**

**Nonpriority creditor's name and mailing address**

**Scott Walton
10502 Chelmsford Way
Tampa, FL 33626**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$728.00**

---

**3.180
14**

**Nonpriority creditor's name and mailing address**

**Scott Wattenbarger
7801 Penny Marie Ave
Bakersfield, CA 93308**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.180 15 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Weinstein**
**2001 N Ocean Blvd Apt 902s**
**Boca Raton, FL 07647**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$350.00

---

| 3.180 16 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Welle**
**6870 E River Road**
**Tucson, AZ 85750**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$611.00

---

| 3.180 17 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott White**
**14625 E Killarney Cir**
**Wichita, KS 67230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$212.00

---

| 3.180 18 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Wuest**
**5207 Airport Blvd**
**Austin, TX 78749**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$324.00

---

| 3.180 19 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Y**
**48 Grant Ave Ste 100**
**Pittsburgh, PA 15223**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$41.00

---

| 3.180 20 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Yusavage**
**48 Grant Ave Ste 100**
**Pittsburgh, PA 15223**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$3,328.00

---

| 3.180 21 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Z**
**1833 Bardolino**
**New Braunfels, TX 78132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$6.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____
         Name

Case number *(if known)* _____

| | |
|---|---|

**3.180 22**

**Nonpriority creditor's name and mailing address**
**Scott Zimbelman**
**4229 S 252nd St**
**Kent, WA 98032**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$499.00**

---

**3.180 23**

**Nonpriority creditor's name and mailing address**
**Scottd Galkin**
**711 Amboy Avenue**
**Woodbridge, NJ 07095**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$311.00**

---

**3.180 24**

**Nonpriority creditor's name and mailing address**
**Scotty Pace**
**2507 Marsden Way**
**Waxhaw, NC 28173**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,256.00**

---

**3.180 25**

**Nonpriority creditor's name and mailing address**
**Scotty Taw**
**1133 Olive Dr Unit 324**
**Davis, CA 95616**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

**3.180 26**

**Nonpriority creditor's name and mailing address**
**Sea Santoro**
**2109 Emberwood Way**
**Escondido, CA 92029**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$32.00**

---

**3.180 27**

**Nonpriority creditor's name and mailing address**
**Sean A**
**7105 Azalea Garden Dr**
**Dunwoody, GA 30338**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.180 28**

**Nonpriority creditor's name and mailing address**
**Sean Arent**
**2615 Riverside Dr**
**Grand Island, NE 68801**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$95.00**

---

Debtor    **Phoeno Wine Company, Inc.**                              Case number (if known) _____
                 Name

| 3.180<br>29 | **Nonpriority creditor's name and mailing address**<br>**Sean B**<br>**8227 Ardleigh St**<br>**Philadelphia, PA 19118**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$20.00** |

| 3.180<br>30 | **Nonpriority creditor's name and mailing address**<br>**Sean B**<br>**The Conti Group**<br>**2045 Lincoln Highway**<br>**Edison, NJ 08817**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$25.00** |

| 3.180<br>31 | **Nonpriority creditor's name and mailing address**<br>**Sean Ballard**<br>**43430 State Highway 74 Ste F**<br>**Pmb 264**<br>**Hemet, CA 92544**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$219.00** |

| 3.180<br>32 | **Nonpriority creditor's name and mailing address**<br>**Sean Barrett**<br>**305 East 85th St**<br>**Apt 5b**<br>**New York, NY 10028**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$150.00** |

| 3.180<br>33 | **Nonpriority creditor's name and mailing address**<br>**Sean Bucalo**<br>**215 East 76th St**<br>**3d**<br>**New York, NY 10021**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$765.00** |

| 3.180<br>34 | **Nonpriority creditor's name and mailing address**<br>**Sean C**<br>**37192 Bachelor Flats Dr N**<br>**Creston, WA 99117**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$10.00** |

| 3.180<br>35 | **Nonpriority creditor's name and mailing address**<br>**Sean Cahoon**<br>**1655 Mission St Unit 1045**<br>**San Francisco, CA 94103**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$556.00** |

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.180
36**

**Nonpriority creditor's name and mailing address**

**Sean Carmody**
**363 West Rd**
**New Canaan, CT 06840**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.180
37**

**Nonpriority creditor's name and mailing address**

**Sean Clerget**
**4001 9th St. N. Apt. 1904**
**Arlington, VA 22203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$314.00**

---

**3.180
38**

**Nonpriority creditor's name and mailing address**

**Sean Conner**
**3825 Raney Rd**
**Titusville, FL 32780**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$376.00**

---

**3.180
39**

**Nonpriority creditor's name and mailing address**

**Sean Correa**
**2521 Deep Harbor Ln**
**Santa Rosa, CA 95407**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$132.00**

---

**3.180
40**

**Nonpriority creditor's name and mailing address**

**Sean Cox**
**191 Peachtree St NE Ste 2900**
**Atlanta, GA 30303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$281.00**

---

**3.180
41**

**Nonpriority creditor's name and mailing address**

**Sean Degon**
**6230 Abington Way**
**Houston, TX 77008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$626.00**

---

**3.180
42**

**Nonpriority creditor's name and mailing address**

**Sean Dillon**
**215 E 95th St Apt 11k**
**New York, NY 10128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.180 43**

**Nonpriority creditor's name and mailing address**

**Sean Donahue**
**518 Rosemont Dr**
**Charlottesville, VA 22903**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$84.00**

---

**3.180 44**

**Nonpriority creditor's name and mailing address**

**Sean F**
**1818 Thackeray Rd**
**Madison, WI 53704**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.180 45**

**Nonpriority creditor's name and mailing address**

**Sean Fogarty**
**1818 Thackeray Rd**
**Madison, WI 53704**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,866.00**

---

**3.180 46**

**Nonpriority creditor's name and mailing address**

**Sean H**
**3535 Griffith Park Blvd**
**Los Angeles, CA 90027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$101.88**

---

**3.180 47**

**Nonpriority creditor's name and mailing address**

**Sean Hennessy**
**3535 Griffith Park Blvd**
**Los Angeles, CA 90027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$477.00**

---

**3.180 48**

**Nonpriority creditor's name and mailing address**

**Sean Hogan**
**2066 Circle Place Drive**
**Lake Worth, FL 33462**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$867.00**

---

**3.180 49**

**Nonpriority creditor's name and mailing address**

**Sean Kenney**
**14302 N Coles Crossing Dr**
**Cypress, TX 77429**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.180 50**

**Nonpriority creditor's name and mailing address**

**Sean Kester**
**2150 Taylor St**
**#5**
**San Francisco, CA 94133**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$613.00**

---

**3.180 51**

**Nonpriority creditor's name and mailing address**

**Sean Kohler**
**1004 Marathon Key Way**
**Groveland, FL 34736**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.180 52**

**Nonpriority creditor's name and mailing address**

**Sean L**
**3160 36th Street, Apt 3c**
**Astoria, NY 11106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.180 53**

**Nonpriority creditor's name and mailing address**

**Sean L**
**6018 Lakefront Ave**
**Hilliard, OH 43026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$65.00**

---

**3.180 54**

**Nonpriority creditor's name and mailing address**

**Sean Lee**
**1035 Bedford Gardens Dr**
**Alpharetta, GA 30022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.180 55**

**Nonpriority creditor's name and mailing address**

**Sean Levesque**
**2006 Indian Creek Rd**
**Austin, TX 78734**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$878.00**

---

**3.180 56**

**Nonpriority creditor's name and mailing address**

**Sean Linehan**
**3160 36th Street, Apt 3c**
**Astoria, NY 11106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,011.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.180 57 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sean Ludlow**
**8166 Ludlow Dr**
**Cook, MN 55723**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,425.00**

---

| 3.180 58 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sean M**
**1391 W 5th Ave**
**Suite 167**
**Columbus, OH 43212**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| 3.180 59 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sean M**
**2805 Orion Dr**
**Sparks, NV 89436**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

| 3.180 60 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sean Mcclung**
**3080 Alum Creek Dr**
**American Signature**
**Columbus, OH 43207**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$177.00**

---

| 3.180 61 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sean Mcdermott**
**1330 Union**
**Apartment 2**
**San Francisco, CA 94109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,236.00**

---

| 3.180 62 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sean Mcelgunn**
**5605 Maple Brook Ct**
**Midlothian, VA 23112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

| 3.180 63 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sean Mcginley**
**150 Greenway Ter Apt 35e**
**Forest Hills, NY 11375**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.180 64 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sean Mcmulkin**
**125 Pinelawn Rd**
**Melville, NY 11747**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$299.00**

---

| 3.180 65 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sean Mercer**
**822 NE Hidden Valley Dr Unit 2**
**Bend, OR 97701**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$105.00**

---

| 3.180 66 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sean Murphy**
**29 Steeplechase**
**Avon, CT 06001**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$73.00**

---

| 3.180 67 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sean Nasiri**
**537 W 27th St Apt 5g**
**New York, NY 10001**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$187.00**

---

| 3.180 68 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sean Nelson**
**309 Lakeview Dr**
**Collingswood, NJ 08108**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$88.00**

---

| 3.180 69 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sean P**
**582 Bishops Gate**
**New Lenox, IL 60451**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.180 70 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sean P**
**5b Dundee St**
**Asheville, NC 28801**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$12.17**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.180 |
| 71 |

**Nonpriority creditor's name and mailing address**

**Sean P**
**625 Kimball Ave**
**Westfield, NJ 07090**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$16.00

---

| 3.180 |
| 72 |

**Nonpriority creditor's name and mailing address**

**Sean P**
**Episcopal Church Of St James**
**581 Valley Road**
**Upper Montclair, NJ 07043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$52.00

---

| 3.180 |
| 73 |

**Nonpriority creditor's name and mailing address**

**Sean Palumbo**
**582 Bishops Gate**
**New Lenox, IL 60451**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$15,342.00

---

| 3.180 |
| 74 |

**Nonpriority creditor's name and mailing address**

**Sean R**
**1520 Eastlake Ave East**
**719**
**Seattle, WA 98102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

| 3.180 |
| 75 |

**Nonpriority creditor's name and mailing address**

**Sean Rieber**
**390 Broadway**
**Monticello, NY 12701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$64.00

---

| 3.180 |
| 76 |

**Nonpriority creditor's name and mailing address**

**Sean Russell**
**16426 Forzando Ave**
**Brooksville, FL 34604**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$168.00

---

| 3.180 |
| 77 |

**Nonpriority creditor's name and mailing address**

**Sean Sutton**
**7 Cherry Tree Ln**
**North Attleboro, MA 02760**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$144.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

---

| 3.180 78 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sean T**
**6316 Pickens St**
**Houston, TX 77007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$27.00

---

| 3.180 79 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sean Theriault**
**6316 Pickens St**
**Houston, TX 77007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,435.00

---

| 3.180 80 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sean Trail**
**3940 Tartan Trl**
**Virginia Beach, VA 23456**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,002.00

---

| 3.180 81 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sean Turner**
**1700 Ocean Ave**
**Mittera Front Desk**
**Ronkonkoma, NY 11779**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$226.00

---

| 3.180 82 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sean Vonmanowski**
**333 W Hampden Ave Ste 600**
**Englewood, CO 80110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$75.00

---

| 3.180 83 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sean Willett**
**526 N Washington Ave**
**Park Ridge, IL 60068**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$32.00

---

| 3.180 84 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sean_Nasiri**
**537 W 27th St Apt 5g**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$40.00

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.180
85**

**Nonpriority creditor's name and mailing address**

**Sebasti n Tomich**
**20 Bayard St Apt 15b**
**Brooklyn, NY 11211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.180
86**

**Nonpriority creditor's name and mailing address**

**Sebastian Martinez-Christensen**
**8920 Sw 68 Street**
**Miami, FL 33173**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.180
87**

**Nonpriority creditor's name and mailing address**

**Sebastian O**
**21 Summer Street**
**Passaic, NJ 07055**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$7.00

---

**3.180
88**

**Nonpriority creditor's name and mailing address**

**Sebastian S**
**5206 Laree Ct**
**Missoula, MT 59803**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$12.00

---

**3.180
89**

**Nonpriority creditor's name and mailing address**

**Sebastian Skokan**
**5206 Laree Ct**
**Missoula, MT 59803**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$163.00

---

**3.180
90**

**Nonpriority creditor's name and mailing address**

**Sebastien Cotte**
**1862 Millstone Trail**
**Stone Mountain, GA 30087**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$158.00

---

**3.180
91**

**Nonpriority creditor's name and mailing address**

**Sebastien Lemercier**
**1347 Sutherland Street**
**Los Angeles, CA 90026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$988.00

---

Debtor    **Phoeno Wine Company, Inc.**
          _____          Case number (if known) _____
          Name

| 3.180 92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |

**Secheon O**
**4574 Flagstaff Drive**
**Folsom, CA 95630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$852.00** |

**Seema Harichand-Herdt**
**1792 S 40th Ct**
**West Des Moines, IA 50265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$314.00** |

**Seema Madhavan**
**235 W 103rd St**
**New York, NY 10025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$342.00** |

**Seema Mhatre**
**3718 37th Ave. S**
**Seattle, WA 98144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$405.00** |

**Seiji Liu**
**112 S 19th St Apt 707**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**Selena P**
**6 Hidden Greens Dr**
**Saco, ME 04072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$255.00** |

**Selena Proctor**
**6 Hidden Greens Dr**
**Saco, ME 04072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

**3.180
99**

**Nonpriority creditor's name and mailing address**

**Selena Stern**
**6 Hidden Greens Dr**
**Saco, ME 04072**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.181
00**

**Nonpriority creditor's name and mailing address**

**Selina Alvarez**
**3552 Kirkwood Dr # 2**
**San Jose, CA 95117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,040.00**

---

**3.181
01**

**Nonpriority creditor's name and mailing address**

**Selina G**
**1316 Volente Ln**
**Leander, TX 78641**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.181
02**

**Nonpriority creditor's name and mailing address**

**Sem Martinez**
**28210 Constellation Rd**
**Valencia, CA 91355**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$558.00**

---

**3.181
03**

**Nonpriority creditor's name and mailing address**

**Seni S**
**4960 Ne 27th Ave**
**Lighthouse Point, FL 33064**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$70.00**

---

**3.181
04**

**Nonpriority creditor's name and mailing address**

**Seongkee Yoon**
**262 Pinehurst Ave**
**Los Gatos, CA 95032**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$89.00**

---

**3.181
05**

**Nonpriority creditor's name and mailing address**

**Serena Kung**
**9126 S 5th Ave**
**Inglewood, CA 90305**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$109.00**

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | |
|---|---|
| 3.181 06 | |

**Nonpriority creditor's name and mailing address**

**Serge G**
**1517 Brookmeade Pl**
**Vienna, VA 22182**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| | |
|---|---|
| 3.181 07 | |

**Nonpriority creditor's name and mailing address**

**Serge Mihnovets**
**135 Minuteman Circle**
**Allentown, NJ 08501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$609.00**

---

| | |
|---|---|
| 3.181 08 | |

**Nonpriority creditor's name and mailing address**

**Sergei S**
**562 37th Ave**
**San Francisco, CA 94121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| | |
|---|---|
| 3.181 09 | |

**Nonpriority creditor's name and mailing address**

**Sergei Zaslavsky**
**11915 Renwood Ln**
**Rockville, MD 20852**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$16,203.00**

---

| | |
|---|---|
| 3.181 10 | |

**Nonpriority creditor's name and mailing address**

**Sergey Kutsaev**
**1717 Stewart St**
**Santa Monica, CA 90404**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$488.00**

---

| | |
|---|---|
| 3.181 11 | |

**Nonpriority creditor's name and mailing address**

**Sergey P**
**1101 North Fair Oaks Avenue**
**336**
**Sunnyvale, CA 94089**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$61.00**

---

| | |
|---|---|
| 3.181 12 | |

**Nonpriority creditor's name and mailing address**

**Sergio Avila**
**22314 Cameo Dr W**
**Boca Raton, FL 33433**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$24.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.181 13 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sergio Deoliveira**
**4 Big Oak Way**
**Califon, NJ 07830**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$112.00

---

| 3.181 14 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sergio Figueroa**
**13312 Sw 28th Ter**
**Miami, FL 33175**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$154.00

---

| 3.181 15 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sergio Laprade-Velasco**
**828 Osito Pl**
**Santa Fe, NM 87505**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$240.00

---

| 3.181 16 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sergio Letelier**
**5129 Longmont Drive**
**Houston, TX 77056**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,606.00

---

| 3.181 17 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sergio Suun**
**69 Spyglass Dr**
**Columbine Valley, CO 80123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$760.00

---

| 3.181 18 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sergio T**
**1836 Sw 166th Ave**
**Miramar, FL 33027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$78.00

---

| 3.181 19 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sergio T**
**16296 Phidias Ln**
**Chino Hills, CA 91709**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$36.00

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

**3.181 20**

**Nonpriority creditor's name and mailing address**

**Sergio Tovar**
**16296 Phidias Ln**
**Chino Hills, CA 91709**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$81.00**

---

**3.181 21**

**Nonpriority creditor's name and mailing address**

**Serhat A**
**11713 Wayneridge Street**
**Fulton, MD 20759**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

**3.181 22**

**Nonpriority creditor's name and mailing address**

**Serkan Y**
**3847 W College Avenue**
**Milwaukee, WI 53221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.181 23**

**Nonpriority creditor's name and mailing address**

**Setareh D**
**123 Edgewood Terrace**
**Lafayette, LA 70506**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$52.00**

---

**3.181 24**

**Nonpriority creditor's name and mailing address**

**Setareh Delcambre**
**123 Edgewood Terrace**
**Lafayette, LA 70506**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$491.00**

---

**3.181 25**

**Nonpriority creditor's name and mailing address**

**Seth Berger**
**9134 Cazador Street**
**Las Vegas, NV 89123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.181 26**

**Nonpriority creditor's name and mailing address**

**Seth Crowder**
**5833 Norwaldo Ave**
**Indianapolis, IN 46220**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,215.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                              Case number (if known)    _____

| 3.181 27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$203.46** |

**Seth Crowder**
**5833 Norwaldo Ave**
**Indianapolis, IN 46220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Customers - Deferred Credit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$356.00** |

**Seth Dorfman**
**10576 Cushdon Ave**
**Los Angeles, CA 90064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$19.00** |

**Seth G**
**635 True Wind Way Unit 515**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Customers - Deferred Credit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,853.00** |

**Seth Gould**
**635 True Wind Way Unit 515**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$273.00** |

**Seth Monroe**
**5549 Aryshire Drive**
**Dublin, OH 43017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$75.00** |

**Seth R**
**114 Ripley St**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Customers - Deferred Credit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,025.00** |

**Seth Robinson**
**3932 Medicine Hat**
**Leander, TX 78641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Case number *(if known)*

Name

---

**3.181 34**

**Nonpriority creditor's name and mailing address**

**Seth Tobey**
**480 Wildwood Forest Dr Ste 803**
**The Woodlands, TX 77380**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$668.00**

---

**3.181 35**

**Nonpriority creditor's name and mailing address**

**Seth Tucker**
**81 Central Rd**
**Rye, NH 03870**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$7,241.00**

---

**3.181 36**

**Nonpriority creditor's name and mailing address**

**Seth W**
**300 Morse St Ne Apt 228**
**Washington, DC 20002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$74.00**

---

**3.181 37**

**Nonpriority creditor's name and mailing address**

**Seth Waugh**
**300 Morse St NE Apt 228**
**Washington, DC 20002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,987.00**

---

**3.181 38**

**Nonpriority creditor's name and mailing address**

**Seung B**
**265 Valley Road**
**Cos Cob, CT 06807**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$4.00**

---

**3.181 39**

**Nonpriority creditor's name and mailing address**

**Seung L**
**C/O Intek America Inc.**
**18528 S. Dominguez Hills Dr**
**Rancho Dominguez, CA 90220**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$550.93**

---

**3.181 40**

**Nonpriority creditor's name and mailing address**

**Seungeun Song**
**20 Pine St Apt 1504**
**New York, NY 10005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$342.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| **3.181 41** | |

**Nonpriority creditor's name and mailing address**
**Seyed M**
**6644 Park Wood Road**
**Edina, MN 55436**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

| | |
|---|---|
| **3.181 42** | |

**Nonpriority creditor's name and mailing address**
**Seyi Badmus**
**7309 Barra Dr**
**Bethesda, MD 20817**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$21.00**

---

| | |
|---|---|
| **3.181 43** | |

**Nonpriority creditor's name and mailing address**
**Shad B**
**303 W Bedford**
**Fresno, CA 93711**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$27.03**

---

| | |
|---|---|
| **3.181 44** | |

**Nonpriority creditor's name and mailing address**
**Shadyne Nunley**
**4694 Cemetery Rd # 122**
**Hilliard, OH 43026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$222.00**

---

| | |
|---|---|
| **3.181 45** | |

**Nonpriority creditor's name and mailing address**
**Shah Amish**
**960 Rand Rd Ste 212**
**Des Plaines, IL 60016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$168.00**

---

| | |
|---|---|
| **3.181 46** | |

**Nonpriority creditor's name and mailing address**
**Shaheen M**
**2170 Century Park East**
**404**
**Los Angeles, CA 90067**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| | |
|---|---|
| **3.181 47** | |

**Nonpriority creditor's name and mailing address**
**Shahidur Malik**
**147 Orchard St # 1**
**New York, NY 10002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,216.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_    _____

Name

---

| 3.181 48 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shahzad H**
**43792 Grouse Drive**
**Clinton Township, MI 48038**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$75.00**

---

| 3.181 49 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shailinder Sodhi**
**15209 Se 80th St  Newcastle**
**Newcastle, WA 98059**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$19.00**

---

| 3.181 50 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shain Griffith**
**1300 Hemlock Dr**
**Marion, IL 62959**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$132.00**

---

| 3.181 51 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shake Seysyan**
**1050 E Angeleno Ave**
**Burbank, CA 91501**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$498.00**

---

| 3.181 52 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shan C**
**580 Howard St**
**Suite #500**
**San Francisco, CA 94105**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

| 3.181 53 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shan Patel**
**3210 E Bryce Ln**
**Phoenix, AZ 85050**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$887.00**

---

| 3.181 54 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shana Clarke**
**413 Grand St**
**Seward Park Package Room C/O H405**
**New York, NY 10002**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

---

| 3.181 55 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Shana L**
**1362 Us Highway 395 N**
**Gardnerville, NV 89410**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$9.00**

---

| 3.181 56 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Shana Lakso**
**1362 Us Highway 395 N**
**Gardnerville, NV 89410**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,139.00**

---

| 3.181 57 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Shana R**
**17502 Erin Court**
**Lake Oswego, OR 97035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.181 58 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Shanan Mckeaney**
**416 Kent Ave Apt 411**
**Brooklyn, NY 11249**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$63.00**

---

| 3.181 59 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Shane A**
**527 Edenderry Circle**
**Vacaville, CA 95688**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$28.53**

---

| 3.181 60 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Shane Armstrong**
**12126 S Belmont Dr**
**Olathe, KS 66061**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$240.00**

---

| 3.181 61 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Shane B**
**1210 Sw 9th Ave**
**Cape Coral, FL 33991**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

Debtor **Phoeno Wine Company, Inc.**

     Name

Case number (if known) _____

---

| 3.181 62 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shane B**
**2001 E 2nd Ave**
**Unit 17**
**Tampa, FL 33605**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

| 3.181 63 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shane B**
**2912 Bay Oaks Dr**
**Dallas, TX 75229**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

| 3.181 64 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shane B**
**615 Battles Rd.**
**Gates Mills, OH 44040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.181 65 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shane Bigelow**
**615 Battles Rd.**
**Gates Mills, OH 44040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$253.00**

---

| 3.181 66 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shane Bigelow**
**615 Battles Rd.**
**Gates Mills, OH 44040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.181 67 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shane Bishop**
**2912 Bay Oaks Dr**
**Dallas, TX 75229**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$109.00**

---

| 3.181 68 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shane Coyle**
**48 Pine St**
**Holbrook, NY 11741**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$255.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | |
|---|---|
| 3.181 69 | |

**Nonpriority creditor's name and mailing address**

**Shane Daly**
**23 Northern Cv**
**Jackson, TN 38305**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$137.00

---

| | |
|---|---|
| 3.181 70 | |

**Nonpriority creditor's name and mailing address**

**Shane Dinwiddie**
**225 Woodscape Ct**
**Johns Creek, GA 30022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$81.00

---

| | |
|---|---|
| 3.181 71 | |

**Nonpriority creditor's name and mailing address**

**Shane Edic**
**2411 N Acacia Way**
**Buckeye, AZ 85396**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$33.00

---

| | |
|---|---|
| 3.181 72 | |

**Nonpriority creditor's name and mailing address**

**Shane G**
**160 E 26th St Apt 5c**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$7.00

---

| | |
|---|---|
| 3.181 73 | |

**Nonpriority creditor's name and mailing address**

**Shane Johnston**
**33034 Sawgrass Ct**
**Magnolia, TX 77354**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$56.00

---

| | |
|---|---|
| 3.181 74 | |

**Nonpriority creditor's name and mailing address**

**Shane Joynes**
**8253 Mayo Dr Unit 303**
**Madison, WI 53719**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.181 75 | |

**Nonpriority creditor's name and mailing address**

**Shane K**
**28 Galloping Hill Circle**
**Holmdel, NJ 07733**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$7.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known)  _____

---

| 3.181 76 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shane M**
**213 N 11th St**
**Oakland, MD 21550**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No  ☐ Yes

**$33.00**

---

| 3.181 77 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shane Myers**
**213 N 11th St**
**Oakland, MD 21550**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

**$522.00**

---

| 3.181 78 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shane N**
**33 Chickadee Dr**
**Harmony, ME 04942**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No  ☐ Yes

**$35.00**

---

| 3.181 79 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shane Nickerson**
**33 Chickadee Dr**
**Harmony, ME 04942**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

**$3,154.00**

---

| 3.181 80 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shane Robinson**
**12924 Sw 136th Ter**
**Miami, FL 33186**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

**$58.00**

---

| 3.181 81 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shane S**
**2738 Hermosa Ave**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No  ☐ Yes

**$90.18**

---

| 3.181 82 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shane S**
**62 Lake Haven Drive**
**Cartersville, GA 30120**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No  ☐ Yes

**$7.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.181 83**

**Nonpriority creditor's name and mailing address**
**Shane Skubis**
**4203 Seaford Rd**
**Seaford, VA 23696**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$86.00**

---

**3.181 84**

**Nonpriority creditor's name and mailing address**
**Shane W**
**1426 W 21st St Unit B**
**Houston, TX 77008**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.181 85**

**Nonpriority creditor's name and mailing address**
**Shane Wood**
**1426 W 21st St Unit B**
**Houston, TX 77008**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,230.00**

---

**3.181 86**

**Nonpriority creditor's name and mailing address**
**Shanna Bishop**
**22 N Garner St**
**Brady, MT 59416**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$835.00**

---

**3.181 87**

**Nonpriority creditor's name and mailing address**
**Shanna C**
**3437 Presidio Ct**
**Simi Valley, CA 93063**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$4.00**

---

**3.181 88**

**Nonpriority creditor's name and mailing address**
**Shanna Craven**
**3437 Presidio Ct**
**Simi Valley, CA 93063**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$392.00**

---

**3.181 89**

**Nonpriority creditor's name and mailing address**
**Shanna Weaver**
**8313 E Sharon Dr**
**Scottsdale, AZ 85260**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

Debtor    **Phoeno Wine Company, Inc.**

      Name                                      Case number *(if known)*

---

**3.181 90**

**Nonpriority creditor's name and mailing address**                    $24.00

**Shannan Stephens**
**6578 Old Tipton Rd**
**Millington, TN 38053**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.181 91**

**Nonpriority creditor's name and mailing address**                    $26.00

**Shannon B**
**16613 Se Fisher Dr**
**Vancouver, WA 98683**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.181 92**

**Nonpriority creditor's name and mailing address**                    $30.00

**Shannon Bane**
**7161 E Rancho Vista Dr Unit 4014**
**Scottsdale, AZ 85251**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.181 93**

**Nonpriority creditor's name and mailing address**                    $1,500.00

**Shannon Beecher**
**16613 Se Fisher Dr**
**Vancouver, WA 98683**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.181 94**

**Nonpriority creditor's name and mailing address**                    $1,922.00

**Shannon Bol**
**6 North Rd**
**Boonton, NJ 07005**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.181 95**

**Nonpriority creditor's name and mailing address**                    $8.00

**Shannon C**
**2532 Dupont Drive**
**Irvine, CA 92612**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.181 96**

**Nonpriority creditor's name and mailing address**                    $118.00

**Shannon Campbell**
**3049 1/2 Westcoatt St**
**Acton, CA 93510**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

---

**3.181
97**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*                    **$180.00**

**Shannon Clemmons**                                                ☐ Contingent
**1125 Ridgeview Dr**                                               ☐ Unliquidated
**Nashville, TN 37220**                                             ☐ Disputed

Date(s) debt was incurred _                                         **Basis for the claim:**  __Customer__

Last 4 digits of account number _                                  Is the claim subject to offset? ■ No ☐ Yes

---

**3.181
98**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*                    **$90.00**

**Shannon Cook**                                                    ☐ Contingent
**2532 Dupont Drive**                                               ☐ Unliquidated
**Irvine, CA 92612**                                                ☐ Disputed

Date(s) debt was incurred _                                         **Basis for the claim:**  __Customer__

Last 4 digits of account number _                                  Is the claim subject to offset? ■ No ☐ Yes

---

**3.181
99**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*                    **$17.00**

**Shannon D**                                                       ☐ Contingent
**7027 N Moore Ave**                                                ☐ Unliquidated
**Portland, OR 97217**                                              ☐ Disputed

Date(s) debt was incurred _                                         **Basis for the claim:**  __Customers - Deferred Credit__

Last 4 digits of account number _                                  Is the claim subject to offset? ■ No ☐ Yes

---

**3.182
00**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*                    **$471.00**

**Shannon Dooley**                                                  ☐ Contingent
**7027 N Moore Ave**                                                ☐ Unliquidated
**Portland, OR 97217**                                              ☐ Disputed

Date(s) debt was incurred _                                         **Basis for the claim:**  __Customer__

Last 4 digits of account number _                                  Is the claim subject to offset? ■ No ☐ Yes

---

**3.182
01**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*                    **$1,114.03**

**Shannon Duncan**                                                  ☐ Contingent
**7828 134th Ave Ne**                                               ☐ Unliquidated
**Redmond, WA 98052**                                               ☐ Disputed

Date(s) debt was incurred _                                         **Basis for the claim:**  __Customers - Deferred Credit__

Last 4 digits of account number _                                  Is the claim subject to offset? ■ No ☐ Yes

---

**3.182
02**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*                    **$5.00**

**Shannon F**                                                       ☐ Contingent
**4132 Campus Ave Apt 5**                                           ☐ Unliquidated
**San Diego, CA 92103**                                             ☐ Disputed

Date(s) debt was incurred _                                         **Basis for the claim:**  __Customers - Deferred Credit__

Last 4 digits of account number _                                  Is the claim subject to offset? ■ No ☐ Yes

---

**3.182
03**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*                    **$310.00**

**Shannon Falkson**                                                 ☐ Contingent
**822 Boylston St**                                                 ☐ Unliquidated
**Newton Highlands, MA 02461**                                      ☐ Disputed

Date(s) debt was incurred _                                         **Basis for the claim:**  __Customer__

Last 4 digits of account number _                                  Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

---

**3.182
04**

**Nonpriority creditor's name and mailing address**

**Shannon Farr**
**4132 Campus Ave Apt 5**
**San Diego, CA 92103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$157.00**

---

**3.182
05**

**Nonpriority creditor's name and mailing address**

**Shannon Frame**
**409 Hills Cir**
**Pagosa Springs, CO 81147**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$663.00**

---

**3.182
06**

**Nonpriority creditor's name and mailing address**

**Shannon H**
**404 Atlantic Ave**
**Chesilhurst, NJ 08089**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.182
07**

**Nonpriority creditor's name and mailing address**

**Shannon Harnichar**
**165 E Park Ave**
**Cadence Care Network**
**Niles, OH 44446**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

**3.182
08**

**Nonpriority creditor's name and mailing address**

**Shannon Hughes**
**1802 Sage Lily Dr**
**Sidney, MT 59270**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$330.00**

---

**3.182
09**

**Nonpriority creditor's name and mailing address**

**Shannon J**
**1257 Maple St**
**Neenah, WI 54956**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$3.00**

---

**3.182
10**

**Nonpriority creditor's name and mailing address**

**Shannon Jenkins**
**13762 Cabells Mill Dr**
**Centreville, VA 20120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$252.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.182 |
| 11 |

**Nonpriority creditor's name and mailing address**

**Shannon Juneau**
**1257 Maple St**
**Neenah, WI 54956**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$182.00**

---

| 3.182 |
| 12 |

**Nonpriority creditor's name and mailing address**

**Shannon K**
**214 N Grant St**
**Brownsburg, IN 46112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.182 |
| 13 |

**Nonpriority creditor's name and mailing address**

**Shannon Kennedy**
**2221 Rio Grande Pl NW**
**Albuquerque, NM 87107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,674.00**

---

| 3.182 |
| 14 |

**Nonpriority creditor's name and mailing address**

**Shannon Knapp**
**214 N Grant St**
**Brownsburg, IN 46112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$309.00**

---

| 3.182 |
| 15 |

**Nonpriority creditor's name and mailing address**

**Shannon Koh**
**2590 120th Ave NE**
**Bellevue, WA 98005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$606.00**

---

| 3.182 |
| 16 |

**Nonpriority creditor's name and mailing address**

**Shannon Kueneke**
**336 Montclair St**
**Chula Vista, CA 91911**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$660.00**

---

| 3.182 |
| 17 |

**Nonpriority creditor's name and mailing address**

**Shannon Law**
**18148 195th Pl NE**
**Woodinville, WA 98077**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$56.00**

---

Debtor    **Phoeno Wine Company, Inc.**

_____
Name

Case number _(if known)_ _____

---

| 3.182 18 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shannon Levinski**
**6401 Mud Mill Rd**
**Brewerton, NY 13029**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

**$198.00**

---

| 3.182 19 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shannon M**
**960 13th St**
**Boulder, CO 80302**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ☒ No ☐ Yes

**$10.00**

---

| 3.182 20 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shannon Newnes**
**1130 Creekledge Ct**
**Streetsboro, OH 44241**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

**$493.00**

---

| 3.182 21 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shannon P**
**156 Deborah Dr**
**Rutland, VT 05701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ☒ No ☐ Yes

**$4.00**

---

| 3.182 22 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shannon Pierce**
**3602b Caldwell Ct**
**Nashville, TN 37204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

**$280.00**

---

| 3.182 23 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shannon R**
**13389 Riverhill Rd**
**Frisco, TX 75033**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ☒ No ☐ Yes

**$42.00**

---

| 3.182 24 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shannon R**
**314 Se 14th Ter**
**Cape Coral, FL 33990**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ☒ No ☐ Yes

**$25.00**

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| 3.182 25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 |
|---|---|---|---|

**Shannon Reagan**
**13389 Riverhill Rd**
**Frisco, TX 75033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $176.00 |
|---|---|---|---|

**Shannon Runyon**
**9245 Hummer Dr**
**Reno, NV 89521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Shannon Sawyer**
**1471 James View Dr**
**Lynchburg, VA 24503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $238.00 |
|---|---|---|---|

**Shannon Shields**
**1551 Union St Unit 407**
**San Diego, CA 92101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,735.00 |
|---|---|---|---|

**Shannon Stambersky**
**516 Nature Creek Ln**
**New Smyrna Beach, FL 32168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,448.00 |
|---|---|---|---|

**Shannon Sunday**
**91 Troxel Rd**
**Shoemakersville, PA 19555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 |
|---|---|---|---|

**Shannon Vanbuskirk**
**33 S Riverview Hts**
**Sioux Falls, SD 57105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*    _____

---

**3.182
32**

**Nonpriority creditor's name and mailing address**

**Shanon Otoole**
**3896 N. Us Hwy 41**
**Vincennes, IN 47591**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,204.00

---

**3.182
33**

**Nonpriority creditor's name and mailing address**

**Shara Madrid**
**4365 Cabot Dr**
**Corona, CA 92883**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.182
34**

**Nonpriority creditor's name and mailing address**

**Shari Iwaki**
**9531 Wells Knoll Ct**
**Las Vegas, NV 89178**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$19.00

---

**3.182
35**

**Nonpriority creditor's name and mailing address**

**Shari Levitt**
**24 Hemlock Street**
**Oakland, NJ 07436**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$23.00

---

**3.182
36**

**Nonpriority creditor's name and mailing address**

**Shari Mclaren**
**24218 Crystal Lake Rd**
**Woodinville, WA 98077**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,037.00

---

**3.182
37**

**Nonpriority creditor's name and mailing address**

**Sharla P**
**3939 N Webb Rd**
**Wichita, KS 67226**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

**3.182
38**

**Nonpriority creditor's name and mailing address**

**Sharla Pfeifer**
**3939 N Webb Rd**
**Wichita, KS 67226**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$269.00

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 3.182 39 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sharman Schubert**
**94099 Airport Ridge Lane**
**North Bend, OR 97459**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.182 40 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sharna S**
**9910 Cherry Ave**
**Rapid City, MI 49676**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

| 3.182 41 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sharna Sutherin**
**9910 Cherry Ave**
**Rapid City, MI 49676**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,009.00

---

| 3.182 42 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sharon Barto**
**20426 Prairie Meadows Place**
**Strongsville, OH 44149**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$732.00

---

| 3.182 43 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sharon Barto**
**20426 Prairie Meadows Place**
**Strongsville, OH 44149**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$31.70

---

| 3.182 44 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sharon Beck**
**2251 Bristol Rd**
**Warrington, PA 18976**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$125.00

---

| 3.182 45 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sharon C**
**58 North Street**
**Greenwich, CT 06830**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_ _____
Name

| 3.182 46 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$938.00**

**Sharon Casey**
**58 North Street**
**Greenwich, CT 06830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 47 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$34.00**

**Sharon Cerkan**
**1760 Yada Pl**
**Carlsbad, CA 92008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 48 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$3,299.00**

**Sharon Connolly**
**41 Colonial Way**
**New Providence, NJ 07974**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 49 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$8.33**

**Sharon Cullen**
**2163 Fieldcrest Drive**
**Milpitas, CA 95035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 50 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$337.00**

**Sharon Dhillon**
**1168 N Jefferson St**
**Unit 48**
**Medina, OH 44256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 51 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$35.00**

**Sharon Dobbin**
**5936 Brandon Ln**
**Port Orange, FL 32127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 52 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$29.00**

**Sharon Erickson**
**202 Andra Ave**
**Warner Robins, GA 31098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.182 53 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sharon Frazier**
**603 Baldwin Ave**
**UPS Access Store**
**Charlotte, NC 28204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

**$243.00**

---

| 3.182 54 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sharon Galicia**
**943 Chapel Lane**
**Lake Charles, LA 70611**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset?  ■ No  ☐ Yes

**$693.00**

---

| 3.182 55 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sharon Goepferich**
**19606 Reynolds Pkwy**
**Orlando, FL 32833**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

**$307.00**

---

| 3.182 56 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sharon Hamby**
**561 Garden Terrace Dr Unit 207**
**Wilmington, NC 28405**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

**$436.00**

---

| 3.182 57 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sharon Ho**
**9 Commodore Dr # 4**
**Emeryville, CA 94608**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

**$116.00**

---

| 3.182 58 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sharon J 12998**
**714 37th St W**
**Bradenton, FL 34205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset?  ■ No  ☐ Yes

**$356.05**

---

| 3.182 59 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sharon Kehnemui**
**2334 Martin Dr**
**Essex, MD 21221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

**$56.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.182 60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14,728.00** |
|---|---|---|---|

**Sharon Knitter**
**3009 35th St**
**Oak Brook, IL 60523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$280.00** |
|---|---|---|---|

**Sharon Mcgrath**
**710 Steamboat Rd**
**Indian Harbor Yacht Club**
**Greenwich, CT 06830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$319.00** |
|---|---|---|---|

**Sharon Morgan**
**4 Beechwood Cir**
**Chadds Ford, PA 19317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$63.00** |
|---|---|---|---|

**Sharon P**
**465 Brickell Ave**
**Unit 906**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$46.00** |
|---|---|---|---|

**Sharon Pevsner**
**273 Sturtevant Drive**
**Sierra Madre, CA 91024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$164.00** |
|---|---|---|---|

**Sharon Salathr**
**3630 Birkdale Dr**
**Carmel, IN 46033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$412.00** |
|---|---|---|---|

**Sharon Shively**
**242 East Tonto Place**
**Chandler, AZ 85249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number _(if known)_   _____
Name

| 3.182 67 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sharon Verrico**
**3620 Sheridan Dr**
**Suburban Women's Healthcare**
**Amherst, NY 14226**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$130.00**

---

| 3.182 68 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sharon Vrsansky**
**3581 Beaumont Drive**
**North Olmsted, OH 44070**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$289.00**

---

| 3.182 69 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sharon Williams**
**4902 Washington Ave**
**Federal Express**
**Houston, TX 77007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$278.00**

---

| 3.182 70 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shashi K**
**605 Phil Ct**
**Cupertino, CA 95014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$13.00**

---

| 3.182 71 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shashi Kedilaya**
**605 Phil Ct**
**Cupertino, CA 95014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$94.00**

---

| 3.182 72 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shastina Schwarz**
**9655 E Saguaro Summit Ct**
**Gold Canyon, AZ 85118**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$771.00**

---

| 3.182 73 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shastina Schwarz**
**9655 E Saguaro Summit Ct**
**Gold Canyon, AZ 85118**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$66.00**

---

Debtor    **Phoeno Wine Company, Inc.**
　　　　　Name                                                Case number *(if known)*

---

| 3.182 74 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$611.00** |

**Shaun Carcary**
**4708 W Oklahoma Ave**
**Tampa, FL 33616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.182 75 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,448.00** |

**Shaun Golden**
**288 King St**
**Cohasset, MA 02025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.182 76 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$678.00** |

**Shaun Hilton**
**3836 Muirwood Lane**
**Roseville, CA 95747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.182 77 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$552.00** |

**Shaun Hughbanks**
**117 Fairway Dr**
**Sequim, WA 98382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.182 78 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40.00** |

**Shaun Hughbanks**
**117 Fairway Dr**
**Sequim, WA 98382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.182 79 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52.00** |

**Shaun L**
**10 Rolling Ln**
**Framingham, MA 01701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.182 80 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$152.00** |

**Shaun Levine**
**10 Rolling Ln**
**Framingham, MA 01701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name _____    Case number *(if known)* _____

| 3.182 81 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$461.00** |

**Shaun Moxham**
**109 West Ave**
**Darien, CT 06820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 82 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7.00** |

**Shaun P**
**6134 Quartz Ln**
**Grand Blanc, MI 48439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 83 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$302.00** |

**Shauna Bivens**
**3400 Griffin Ave**
**lcpr**
**Pekin, IL 61554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 84 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30.00** |

**Shauna King**
**1151 Eagle Dr Pmb 103**
**Loveland, CO 80537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 85 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9.00** |

**Shauna L**
**10522 Jaguar Pt**
**Littleton, CO 80124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 86 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$425.00** |

**Shauna Lynn**
**10522 Jaguar Pt**
**Littleton, CO 80124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 87 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |

**Shauna T**
**1 Overlook Avenue**
**3n**
**Great Neck, NY 11021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.182 88 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shauna W**
**1258 Grandview Rd**
**Sebastopol, CA 95472**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

| 3.182 89 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shauna Weber**
**1258 Grandview Rd**
**Sebastopol, CA 95472**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$57.00**

---

| 3.182 90 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shaunalee Shipman**
**6700 N Linder Rd Ste 156a**
**Po Box 228**
**Meridian, ID 83646**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$302.00**

---

| 3.182 91 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shaunjurgemeyer**
**4214 14th Ave S**
**Minneapolis, MN 55407**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$37.00**

---

| 3.182 92 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shawn Allison**
**136 Old Sharon Rd**
**Jaffrey, NH 03452**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,907.00**

---

| 3.182 93 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shawn B**
**2845 Van Ness Ave**
**202**
**San Francisco, CA 94109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$45.32**

---

| 3.182 94 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shawn B**
**620 Eighth Ave**
**Sir Capital Management ; 22 Fl**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

---

**3.182 95**

**Nonpriority creditor's name and mailing address**

**Shawn Brady**
**6289 Hidden Hills Trail**
**Denmark, WI 54208**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$621.00**

---

**3.182 96**

**Nonpriority creditor's name and mailing address**

**Shawn C**
**141 Putnam Road**
**Apt B**
**Pomfret Center, CT 06259**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$53.00**

---

**3.182 97**

**Nonpriority creditor's name and mailing address**

**Shawn C**
**7420 Bennetts Valley Hwy**
**Dubois, PA 15881**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$41,018.62**

---

**3.182 98**

**Nonpriority creditor's name and mailing address**

**Shawn Campbell**
**413 Tracewood Pl**
**Aiken, SC 29803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$224.00**

---

**3.182 99**

**Nonpriority creditor's name and mailing address**

**Shawn Cantrell**
**1180 N Federal Highway**
**Unit 810**
**Fort Lauderdale, FL 33304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$681.00**

---

**3.183 00**

**Nonpriority creditor's name and mailing address**

**Shawn Conway**
**7420 Bennetts Valley Hwy**
**Dubois, PA 15881**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,006.00**

---

**3.183 01**

**Nonpriority creditor's name and mailing address**

**Shawn D**
**1049 Aledo Ridge Ct**
**Fort Worth, TX 76108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$14.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.183 02 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2.00** |

**Shawn D**
**2411 Ronan St**
**Pasco, WA 99301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** _Customers - Deferred Credit_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 03 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$225.02** |

**Shawn D 17013**
**10300 Jollyville Rd. Apt. 512**
**Austin, TX 78759**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** _Customers - Deferred Credit_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 04 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$935.00** |

**Shawn Dodd**
**2411 Ronan St**
**Pasco, WA 99301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 05 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150.00** |

**Shawn Fershtand**
**10125 Rolling Hills Court**
**10125 Rolling Hills Ct**
**Benbrook, TX 76126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 06 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,155.00** |

**Shawn Glass**
**26008 Crown Ranch Blvd**
**Montgomery, TX 77316**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 07 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$217.00** |

**Shawn Granger**
**327 Arlington St Apt 1**
**Watertown, MA 02472**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 08 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |

**Shawn H**
**1601 S Raccoon Rd**
**Youngstown, OH 44515**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** _Customers - Deferred Credit_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number _(if known)_ _____
Name

---

**3.183.09**

**Nonpriority creditor's name and mailing address**
**Shawn Healer**
**140 Penaranda Dr**
**Folsom, CA 95630**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$29.12**

---

**3.183.10**

**Nonpriority creditor's name and mailing address**
**Shawn Hellman**
**1054 Rolling Woods Way**
**Concord, CA 94521**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$6,068.00**

---

**3.183.11**

**Nonpriority creditor's name and mailing address**
**Shawn Hiers**
**806 Sandcastle Cir**
**Brandon, FL 33511**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,067.00**

---

**3.183.12**

**Nonpriority creditor's name and mailing address**
**Shawn Huckaby**
**4433 Prairie Trail Dr**
**Loveland, CO 80537**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$397.00**

---

**3.183.13**

**Nonpriority creditor's name and mailing address**
**Shawn Kelley**
**1367 Cherrywood Sq**
**San Jose, CA 95117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$171.26**

---

**3.183.14**

**Nonpriority creditor's name and mailing address**
**Shawn L**
**215 E Rosewood Ave**
**San Antonio, TX 78212**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.183.15**

**Nonpriority creditor's name and mailing address**
**Shawn Lafkowitz**
**15 Deerwood Trl**
**Warren, NJ 07059**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$360.00**

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.183<br>16 | **Nonpriority creditor's name and mailing address**<br><br>**Shawn Lagemann**<br>**215 E Rosewood Ave**<br>**San Antonio, TX 78212**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,089.00** |

| | | |
|---|---|---|
| 3.183<br>17 | **Nonpriority creditor's name and mailing address**<br><br>**Shawn M**<br>**53601 Avenida Villa**<br>**La Quinta, CA 92253**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$25.00** |

| | | |
|---|---|---|
| 3.183<br>18 | **Nonpriority creditor's name and mailing address**<br><br>**Shawn Mckendry**<br>**5716 S Kirkwood Ave**<br>**Cudahy, WI 53110**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$40.00** |

| | | |
|---|---|---|
| 3.183<br>19 | **Nonpriority creditor's name and mailing address**<br><br>**Shawn Moore**<br>**4801 Kenmore Ave Apt 1107**<br>**Alexandria, VA 22304**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$113.00** |

| | | |
|---|---|---|
| 3.183<br>20 | **Nonpriority creditor's name and mailing address**<br><br>**Shawn N**<br>**7 Golden Gate Cir**<br>**Napa, CA 94558**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$20.00** |

| | | |
|---|---|---|
| 3.183<br>21 | **Nonpriority creditor's name and mailing address**<br><br>**Shawn Oconnor**<br>**41930 Noel Cir**<br>**Temecula, CA 92592**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,928.00** |

| | | |
|---|---|---|
| 3.183<br>22 | **Nonpriority creditor's name and mailing address**<br><br>**Shawn R**<br>**130 S Main St**<br>**Na**<br>**Suffield, CT 06078**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$70.00** |

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
| | Name | | | |

---

**3.183 23**

**Nonpriority creditor's name and mailing address**

**Shawn Rich**
**629 Chambertin Dr**
**Kenner, LA 70065**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$7,998.00**

---

**3.183 24**

**Nonpriority creditor's name and mailing address**

**Shawn S**
**5200 100th St**
**Urbandale, IA 50322**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.183 25**

**Nonpriority creditor's name and mailing address**

**Shawn S 13436432**
**7331 E Osborn Drive**
**Ste 350**
**Scottsdale, AZ 85251**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.183 26**

**Nonpriority creditor's name and mailing address**

**Shawn Samuel**
**120 Westlake Ave North**
**Apt 1023**
**Seattle, WA 98109**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$705.00**

---

**3.183 27**

**Nonpriority creditor's name and mailing address**

**Shawn Spooner**
**5200 100th St**
**Urbandale, IA 50322**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$382.00**

---

**3.183 28**

**Nonpriority creditor's name and mailing address**

**Shawn Stuckey**
**14372 Proton Rd**
**Classic Wine Storage**
**Dallas, TX 75244**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$817.00**

---

**3.183 29**

**Nonpriority creditor's name and mailing address**

**Shawn T**
**4471 E Evans Ave**
**Denver, CO 80222**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor   **Phoeno Wine Company, Inc.**
         Name                                            Case number (if known) _____

---

3.183
30

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.          **$40.00**

**Shawn Tassone**                    ☐ Contingent
**3417 Foothill Terrace**            ☐ Unliquidated
**Austin, TX 78731**                 ☐ Disputed

Date(s) debt was incurred _          Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _    Is the claim subject to offset? ■ No  ☐ Yes

---

3.183
31

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.          **$396.00**

**Shawn Taylor**                     ☐ Contingent
**1507 Walnut Ave**                  ☐ Unliquidated
**Wilmette, IL 60091**               ☐ Disputed

Date(s) debt was incurred _          Basis for the claim:  **Customer**

Last 4 digits of account number _    Is the claim subject to offset? ■ No  ☐ Yes

---

3.183
32

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.          **$200.00**

**Shawn Tuggle**                     ☐ Contingent
**4471 E Evans Ave**                 ☐ Unliquidated
**Denver, CO 80222**                 ☐ Disputed

Date(s) debt was incurred _          Basis for the claim:  **Customer**

Last 4 digits of account number _    Is the claim subject to offset? ■ No  ☐ Yes

---

3.183
33

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.          **$112.00**

**Shawn Yuthsakdidecho**             ☐ Contingent
**7857 W Riverside Dr**              ☐ Unliquidated
**Pasadena, MD 21122**               ☐ Disputed

Date(s) debt was incurred _          Basis for the claim:  **Customer**

Last 4 digits of account number _    Is the claim subject to offset? ■ No  ☐ Yes

---

3.183
34

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.          **$103.00**

**Shawna Silcott**                   ☐ Contingent
**2016 Highlands Ridge Ln**          ☐ Unliquidated
**Knoxville, TN 37932**              ☐ Disputed

Date(s) debt was incurred _          Basis for the claim:  **Customer**

Last 4 digits of account number _    Is the claim subject to offset? ■ No  ☐ Yes

---

3.183
35

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.          **$22.00**

**Shawna Yonemura**                  ☐ Contingent
**73-4840 Kanalani St Ste X**        ☐ Unliquidated
**Kailua-Kona, HI 96740**            ☐ Disputed

Date(s) debt was incurred _          Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _    Is the claim subject to offset? ■ No  ☐ Yes

---

3.183
36

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.          **$55.00**

**Shawnlyon**                        ☐ Contingent
**3522 Greatbear Ct**                ☐ Unliquidated
**Orlando, FL 32810**                ☐ Disputed

Date(s) debt was incurred _          Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _    Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
　　　　Name

Case number *(if known)* _____

| | |
|---|---|
| 3.183<br>37 | **Nonpriority creditor's name and mailing address** |

**Shay H**
**494 Arapahoe Ave**
**Boulder, CO 80302**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$5.00

---

| | |
|---|---|
| 3.183<br>38 | **Nonpriority creditor's name and mailing address** |

**Shay Har-Noy**
**494 Arapahoe Ave**
**Boulder, CO 80302**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$231.00

---

| | |
|---|---|
| 3.183<br>39 | **Nonpriority creditor's name and mailing address** |

**Shayla Quach**
**10714 King St**
**Omaha, NE 68122**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$84.00

---

| | |
|---|---|
| 3.183<br>40 | **Nonpriority creditor's name and mailing address** |

**Shayne S**
**1768 Tank Rd**
**Finksburg, MD 21048**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$12.00

---

| | |
|---|---|
| 3.183<br>41 | **Nonpriority creditor's name and mailing address** |

**Shayne Stewart**
**1768 Tank Rd**
**Finksburg, MD 21048**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,659.00

---

| | |
|---|---|
| 3.183<br>42 | **Nonpriority creditor's name and mailing address** |

**Shea E**
**2221 Highview Rd Sw**
**Atlanta, GA 30311**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| | |
|---|---|
| 3.183<br>43 | **Nonpriority creditor's name and mailing address** |

**Sheila Fernandez**
**5914 W School St**
**Chicago, IL 60634**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$231.00

---

Debtor   **Phoeno Wine Company, Inc.**
         _____
         Name                                        Case number *(if known)*   _____

---

| 3.183 44 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sheila Haluda**
**840 United Dr**
**South Bend, IN 46601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

| 3.183 45 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sheila King**
**856 Beach Dr NE**
**St Petersburg, FL 33701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.183 46 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sheila Shoemake**
**9316 Hunters Creek Drive**
**Dallas, TX 75243**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,570.00**

---

| 3.183 47 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sheila Weitnauer**
**3473 Sheridan Chase Se**
**Marietta, GA 30067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$626.00**

---

| 3.183 48 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sheila Wood**
**21927 Matthew Lane**
**Saegertown, PA 16433**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.183 49 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shekar Eswarakrishnan**
**4139 Timber Ln**
**Philadelphia, PA 19129**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$19,885.00**

---

| 3.183 50 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shelbie Johnston**
**3191 Impala Dr Apt 5**
**San Jose, CA 95117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

Debtor **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

| 3.183 51 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31.00** |
| **Shelby D** | ☐ Contingent | |
| **1641 3rd Ave Apt 11h** | ☐ Unliquidated | |
| **New York, NY 10128** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.183 52 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$107.00** |
| **Shelby Davidson** | ☐ Contingent | |
| **1641 3rd Ave Apt 11h** | ☐ Unliquidated | |
| **New York, NY 10128** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.183 53 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$292.00** |
| **Shelby Norman** | ☐ Contingent | |
| **5555 S Broadway Ave** | ☐ Unliquidated | |
| **Wichita, KS 67216** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.183 54 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30.00** |
| **Shelby Smith** | ☐ Contingent | |
| **16101 White River Blvd 24304** | ☐ Unliquidated | |
| **Pflugerville, TX 78660** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.183 55 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$202.00** |
| **Shelby White** | ☐ Contingent | |
| **1200 Buck Ave** | ☐ Unliquidated | |
| **Fort Worth, TX 76110** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.183 56 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,787.00** |
| **Sheldon Harris** | ☐ Contingent | |
| **114 Crestview Ter Apt 2** | ☐ Unliquidated | |
| **Bridgeport, WV 26330** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.183 57 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$192.00** |
| **Shelia Burchess** | ☐ Contingent | |
| **232 S 5th St Apt G** | ☐ Unliquidated | |
| **Springfield, IL 62701** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Phoeno Wine Company, Inc.**

Name                                                    Case number *(if known)*

---

| 3.183 |
|-------|
| 58 |

**Nonpriority creditor's name and mailing address**

**Shelley B**
**14103 Bauer Dr**
**Rockville, MD 20853**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

| 3.183 |
|-------|
| 59 |

**Nonpriority creditor's name and mailing address**

**Shelley K**
**111 Dusty Ln**
**Branson, MO 65616**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

| 3.183 |
|-------|
| 60 |

**Nonpriority creditor's name and mailing address**

**Shelley M**
**20797 State Road 120**
**Bristol, IN 46507**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$18.00

---

| 3.183 |
|-------|
| 61 |

**Nonpriority creditor's name and mailing address**

**Shelley M**
**2700 Chowen Ave South**
**Minneapolis, MN 55416**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.183 |
|-------|
| 62 |

**Nonpriority creditor's name and mailing address**

**Shelley Morgan**
**20797 State Road 120**
**Bristol, IN 46507**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$70.00

---

| 3.183 |
|-------|
| 63 |

**Nonpriority creditor's name and mailing address**

**Shelley N**
**265 N Main St**
**1st Floor**
**Wallingford, CT 06492**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

| 3.183 |
|-------|
| 64 |

**Nonpriority creditor's name and mailing address**

**Shelley Terpenning**
**7924 Jolliet Dr**
**Jacksonville, FL 32217**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$56.00

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.183 65**

**Nonpriority creditor's name and mailing address**

**Shelli Vinturella**
**6326 Fleur De Lis Drive**
**New Orleans, LA 70124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$84.00**

---

**3.183 66**

**Nonpriority creditor's name and mailing address**

**Shellie Carson**
**14 Winter Hill Crt.**
**O'fallon, MO 63366**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$23.00**

---

**3.183 67**

**Nonpriority creditor's name and mailing address**

**Shellie Kappelman**
**3300 Berringer Rd**
**Two Rivers, WI 54241**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$177.00**

---

**3.183 68**

**Nonpriority creditor's name and mailing address**

**Shelly Book**
**4400 Holly Lane**
**4400 Holly Lane**
**Plymouth, MN 55446**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$224.00**

---

**3.183 69**

**Nonpriority creditor's name and mailing address**

**Shelly Candler**
**1467 Alpowa Ave**
**Moscow, ID 83843**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$152.00**

---

**3.183 70**

**Nonpriority creditor's name and mailing address**

**Shelly F**
**2522 Sw 27th Place**
**Cape Coral, FL 33914**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.183 71**

**Nonpriority creditor's name and mailing address**

**Shelly G**
**1314 Paloma Avenue**
**Stockton, CA 95209**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.183<br>72 | **Nonpriority creditor's name and mailing address**<br><br>**Shelly Greenfield**<br>**4670 White Oak Ave**<br>**Encino, CA 91316**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$788.00** |
|---|---|---|---|

| 3.183<br>73 | **Nonpriority creditor's name and mailing address**<br><br>**Shelly Hellmann**<br>**8180 Country Club Pl**<br>**Indianapolis, IN 46214**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$104.00** |

| 3.183<br>74 | **Nonpriority creditor's name and mailing address**<br><br>**Shelly Kleinhenz**<br>**8372 Center Dr**<br>**La Mesa, CA 91942**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$154.00** |

| 3.183<br>75 | **Nonpriority creditor's name and mailing address**<br><br>**Shelly L**<br>**1650 Village Green Dr # 1650**<br>**Jefferson Hills, PA 15025**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$25.00** |

| 3.183<br>76 | **Nonpriority creditor's name and mailing address**<br><br>**Shelly Pelphrey**<br>**584 Drop Tine Rd**<br>**Eureka, MT 59917**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,492.00** |

| 3.183<br>77 | **Nonpriority creditor's name and mailing address**<br><br>**Shelly Peppe-Nani**<br>**31460 Cottontail Ln**<br>**Bonsall, CA 92003**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$40.00** |

| 3.183<br>78 | **Nonpriority creditor's name and mailing address**<br><br>**Shelly Sander**<br>**2060 Westwood Dr**<br>**Carlsbad, CA 92008**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$155.00** |

Debtor    **Phoeno Wine Company, Inc.**

_____    Case number _(if known)_ _____
Name

| 3.183 79 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$180.00** |
| **Shelly Seltzer** | ☐ Contingent | |
| **8828 Grenore Dr** | ☐ Unliquidated | |
| **Dallas, TX 75218** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.183 80 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$320.00** |
| **Shelly Sullivan** | ☐ Contingent | |
| **3 Buckhorn Ct** | ☐ Unliquidated | |
| **San Rafael, CA 94903** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.183 81 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$608.00** |
| **Sherelle Pyfrom** | ☐ Contingent | |
| **2107 Faulkner Rd NE # Bbh305-1** | ☐ Unliquidated | |
| **Bbh305-1** | ☐ Disputed | |
| **Atlanta, GA 30324** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.183 82 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
| **Sheri Finneran** | ☐ Contingent | |
| **11475 Silverado Way** | ☐ Unliquidated | |
| **Yucaipa, CA 92399** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.183 83 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$27.00** |
| **Sheri Kielian** | ☐ Contingent | |
| **7183 Mojave St.** | ☐ Unliquidated | |
| **Dublin, OH 43017** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.183 84 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$100.00** |
| **Sheri P** | ☐ Contingent | |
| **1695 Mountain Laurel** | ☐ Unliquidated | |
| **Kerrville, TX 78028** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.183 85 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$7,710.00** |
| **Sheridan Fitzgerald** | ☐ Contingent | |
| **821 Lakeway Dr** | ☐ Unliquidated | |
| **El Paso, TX 79932** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Phoeno Wine Company, Inc.**

_____          Case number (*if known*)    _____

Name

| 3.183 86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13.00** |
|---|---|---|---|

**Sherri D**
**304 Owen Ave**
**Lansdowne, PA 19050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18.00** |
|---|---|---|---|

**Sherri Dishaw**
**710 N Harrison St**
**Saginaw, MI 48602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$271.00** |
|---|---|---|---|

**Sherri Duarte**
**304 Owen Ave**
**Lansdowne, PA 19050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$27.00** |
|---|---|---|---|

**Sherri G**
**85 Hamlet Dr**
**Commack, NY 11725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$569.00** |
|---|---|---|---|

**Sherri Goldgrub**
**85 Hamlet Dr**
**Commack, NY 11725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$70.00** |
|---|---|---|---|

**Sherri Hurley**
**10013 Kendall Canyon**
**San Antonio, TX 78255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$57.00** |
|---|---|---|---|

**Sherri Kellner**
**2030 Warrendale-Bayne Road**
**Baden, PA 15005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.183 93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8.00** |
|---|---|---|---|

**Sherri Kellner**
**2030 Warrendale-Bayne Road**
**Baden, PA 15005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.183 94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |
|---|---|---|---|

**Sherri S**
**23252 Virginia Trail**
**Bristol, VA 24202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.183 95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$175.00** |
|---|---|---|---|

**Sherrie Laporta**
**741 Wyndamere Road**
**Lewisberry, PA 17339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.183 96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18.00** |
|---|---|---|---|

**Sherrie V**
**5004 Nw 51st Ct**
**Tamarac, FL 33319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.183 97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$441.00** |
|---|---|---|---|

**Sherrill Yurth**
**1436 Dandelion Way**
**Petaluma, CA 94954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.183 98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22.00** |
|---|---|---|---|

**Sherry Boaz**
**229 Blum View Dr**
**Martinez, CA 94553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.183 99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21.00** |
|---|---|---|---|

**Sherry G**
**W380n6391 Florence Ln**
**Oconomowoc, WI 53066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
Name

| | |
|---|---|

**3.184 00**

**Nonpriority creditor's name and mailing address**

**Sherry Garvens**
**W380n6391 Florence Ln**
**Oconomowoc, WI 53066**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,199.00**

---

**3.184 01**

**Nonpriority creditor's name and mailing address**

**Sherry Labate**
**341 Green Field Cir**
**Santa Rosa, CA 95409**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$81.00**

---

**3.184 02**

**Nonpriority creditor's name and mailing address**

**Sherry Luke**
**10179 Camino Ruiz Apt 75**
**San Diego, CA 92126**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$3.49**

---

**3.184 03**

**Nonpriority creditor's name and mailing address**

**Sherry Vanillo**
**11286 I Ave**
**Hesperia, CA 92345**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$192.00**

---

**3.184 04**

**Nonpriority creditor's name and mailing address**

**Sherry Vanillo**
**11286 I Ave**
**Hesperia, CA 92345**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$134.02**

---

**3.184 05**

**Nonpriority creditor's name and mailing address**

**Sherry Varrelman**
**118 Burgins Ln**
**West Cape May, NJ 08204**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$335.00**

---

**3.184 06**

**Nonpriority creditor's name and mailing address**

**Sherwood K**
**6447 Holiday Valley Rd**
**Ellicottville Oasis Spa**
**Ellicottville, NY 14731**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.184 07**

**Nonpriority creditor's name and mailing address**

**Sherwood Klein**
**6447 Holiday Valley Rd**
**Ellicottville Oasis Spa**
**Ellicottville, NY 14731**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

**3.184 08**

**Nonpriority creditor's name and mailing address**

**Sherwood M**
**24 Depew Ave Apt 11**
**Basement**
**Nyack, NY 10960**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.184 09**

**Nonpriority creditor's name and mailing address**

**Sheryl Beyersdorfer**
**7770 Rock Hill Lane**
**Cincinnati, OH 45243**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,719.00**

---

**3.184 10**

**Nonpriority creditor's name and mailing address**

**Sheryl C**
**6541 Glen Oak Ne**
**Albuquerque, NM 87111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

**3.184 11**

**Nonpriority creditor's name and mailing address**

**Shihab Rattansi**
**1217 22nd St NW**
**Wallgreens Fedex Pickup**
**Washington, DC 20037**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$582.00**

---

**3.184 12**

**Nonpriority creditor's name and mailing address**

**Shikha Khurana**
**12 Timber Ridge Dr**
**Oyster Bay, NY 11771**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$756.00**

---

**3.184 13**

**Nonpriority creditor's name and mailing address**

**Shimon C**
**436 Compass Drive**
**Redwood City, CA 94065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known)   _____
Name

| 3.184 14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,734.00 |

**Shingo Sato**
**611 Creekside Lane**
**Wallingford, PA 19086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,398.50 |

**Shirish Sane**
**1 Warren Ct**
**Dayton, NJ 08810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.00 |

**Shirley Wood**
**18119 Settlement Way**
**San Antonio, TX 78258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |

**Shiva R**
**1364 Vancouver Ave**
**Burlingame, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,228.00 |

**Shiva Rajaraman**
**1364 Vancouver Ave**
**Burlingame, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**Shivani B**
**10201 Norton Road**
**Potomac, MD 20854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**Shkelzen S**
**4 Hanfling Rd**
**Scarsdale, NY 10583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____

     Name

| 3.184 21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$196.00** |
|---|---|---|---|

**Shobhit Thapar**
**1400 Hudson Street**
**1006**
**Hoboken, NJ 07030**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
|---|---|---|---|

**Shon K**
**12105 Richland Lane**
**Herndon, VA 20171**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$192.00** |
|---|---|---|---|

**Showalee Phrawphraikul**
**2900 Main Line Blvd Apt 406**
**Alexandria, VA 22301**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$342.00** |
|---|---|---|---|

**Shreya Mehta**
**2156a Dogwood Ranch Ave**
**Henderson, NV 89052**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$223.00** |
|---|---|---|---|

**Shri Peterzeil**
**2869 Valley Park Dr**
**Larkspur, CO 80118**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$58.00** |
|---|---|---|---|

**Shuai Liu**
**4139 Lincoln Way**
**San Francisco, CA 94122**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$239.00** |
|---|---|---|---|

**Shun Johnson**
**13428 Swift Creek Drive**
**Pearland, TX 77584**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**            

Debtor   **Phoeno Wine Company, Inc.**
_____
          Name

Case number *(if known)*   _____

---

**3.184**
**28**

**Nonpriority creditor's name and mailing address**

**Shuping Y**
**1005 Secretariat Circle**
**Costa Mesa, CA 92551**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

**3.184**
**29**

**Nonpriority creditor's name and mailing address**

**Shutters Chris**
**3831 Bowen Rd**
**Toledo, OH 43613**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$111.00**

---

**3.184**
**30**

**Nonpriority creditor's name and mailing address**

**Shy G**
**2602 122nd Pl Se**
**Everett, WA 98208**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$35.00**

---

**3.184**
**31**

**Nonpriority creditor's name and mailing address**

**Sia Battle**
**239 W 148th St Apt 1c**
**New York, NY 10039**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$99.00**

---

**3.184**
**32**

**Nonpriority creditor's name and mailing address**

**Siby S**
**8 Park Ln**
**Brookfield, CT 06804**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.184**
**33**

**Nonpriority creditor's name and mailing address**

**Sid Dave**
**4431 Woodward Ave**
**Downers Grove, IL 60515**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,269.00**

---

**3.184**
**34**

**Nonpriority creditor's name and mailing address**

**Siddartha Naidu**
**1705 W 29th St**
**Austin, TX 78703**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$922.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

**3.184 35**

**Nonpriority creditor's name and mailing address**
**Siddharth K**
**460 Saratoga Ave Apt 106**
**San Jose, CA 95129**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.184 36**

**Nonpriority creditor's name and mailing address**
**Siddharth Kishore**
**460 Saratoga Ave Apt 106**
**San Jose, CA 95129**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$274.00**

---

**3.184 37**

**Nonpriority creditor's name and mailing address**
**Sidney S**
**427 Scripps Ranch Road**
**Kissimmee, FL 34759**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

**3.184 38**

**Nonpriority creditor's name and mailing address**
**Sierra K**
**747 Ralph Mcgill Blvd Ne**
**Unit 133**
**Atlanta, GA 30312**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$110.00**

---

**3.184 39**

**Nonpriority creditor's name and mailing address**
**Sierra Law**
**215 Fremont St**
**Supercuts Suite 5a**
**San Francisco, CA 94105**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$1.64**

---

**3.184 40**

**Nonpriority creditor's name and mailing address**
**Signe J**
**5404 W Dimond Blvd Apt 1**
**Anchorage, AK 99502**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

**3.184 41**

**Nonpriority creditor's name and mailing address**
**Signe Johannes**
**5404 W Dimond Blvd Apt 1**
**Anchorage, AK 99502**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,137.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.184 42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2.00** |

**Sim Lazar**
4128 N 36th St
C/O Decot Hywyd
Phoeinx, AZ 85018

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30.00** |

**Simeon Dimitrov**
1874 Hyacinth Ave E
Saint Paul, MN 55119

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$36.00** |

**Simon C**
2350 State Route 10 Apt D32
Morris Plains, NJ 07950

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$67.28** |

**Simon C**
6994 Caminito Perico
San Diego, CA 92119

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,024.00** |

**Simon Cooper**
2350 State Route 10 Apt D32
Morris Plains, NJ 07950

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |

**Simon D 13418853**
8952 Faust Cir
Huntington Beach, CA 92646

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$594.00** |

**Simon Goodman**
301 East 22nd Street
6e
New York, NY 10010

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

---

**3.184 49**

**Nonpriority creditor's name and mailing address**

**Simon Grant**
**70 Landon Cir**
**Wheaton, IL 60189**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,119.00**

---

**3.184 50**

**Nonpriority creditor's name and mailing address**

**Simon H**
**2025 E Campbell Ave Unit 325**
**Phoenix, AZ 85016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$27.00**

---

**3.184 51**

**Nonpriority creditor's name and mailing address**

**Simon Heppell**
**2025 E Campbell Ave Unit 325**
**Phoenix, AZ 85016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$72.00**

---

**3.184 52**

**Nonpriority creditor's name and mailing address**

**Simon I**
**6621 Cape Haven Drive**
**Harrison, TN 37341**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$88.00**

---

**3.184 53**

**Nonpriority creditor's name and mailing address**

**Simon Isanhart**
**6621 Cape Haven Drive**
**Harrison, TN 37341**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$345.00**

---

**3.184 54**

**Nonpriority creditor's name and mailing address**

**Simon Krawczyk**
**7133 Juno Street**
**Forest Hills, NY 11375**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,479.00**

---

**3.184 55**

**Nonpriority creditor's name and mailing address**

**Simon Lopez**
**13117 Bright Sky Overlook**
**Austin, TX 78732**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$420.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

---

| 3.184 56 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Simon Nguyen**
**422 City Line Ave**
**Phoenixville, PA 19460**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$111.00**

---

| 3.184 57 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Simon P**
**250a Twin Dolphin Dr**
**Redwood City, CA 94065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.70**

---

| 3.184 58 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Simon Seidler**
**1641 Koch Ln.**
**San Jose, CA 95125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,127.00**

---

| 3.184 59 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Simon Seidler**
**1641 Koch Ln.**
**San Jose, CA 95125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$68.00**

---

| 3.184 60 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Simon T**
**1271 3rd Ave**
**San Francisco, CA 94122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.184 61 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Simon Yang**
**1955 Brigden Rd**
**Pasadena, CA 91104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

| 3.184 62 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Simone Press**
**12665 Village Ln Apt 2333**
**Playa Vista, CA 90094**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$240.00**

---

Debtor    **Phoeno Wine Company, Inc.**    Case number (if known) _____
_____
Name

---

**3.184 63**

**Nonpriority creditor's name and mailing address**

**Simone Theus**
**12510 S Wentworth Ave**
**Chicago, IL 60628**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$21.00**

---

**3.184 64**

**Nonpriority creditor's name and mailing address**

**Sinead Hayes**
**948 Chenery St**
**San Francisco, CA 94131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$281.00**

---

**3.184 65**

**Nonpriority creditor's name and mailing address**

**Sirirat Prudhiphaithoon**
**14041 N. Branch Rd.**
**Sarasota, FL 34240**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$208.00**

---

**3.184 66**

**Nonpriority creditor's name and mailing address**

**Siu C**
**1136 Immaculate Ln**
**Cincinnati, OH 45255**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.184 67**

**Nonpriority creditor's name and mailing address**

**Siu Chiang**
**1136 Immaculate Ln**
**Cincinnati, OH 45255**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,540.00**

---

**3.184 68**

**Nonpriority creditor's name and mailing address**

**Skip Clark**
**16350 Ventura Blvd**
**Suite D-311**
**Encino, CA 91436**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$763.00**

---

**3.184 69**

**Nonpriority creditor's name and mailing address**

**Skip V**
**5900 Wessex Court**
**Parker, TX 75002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

---

| 3.184 70 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Skyla Hall**
**7241 Kelly Pl.**
**Downers Grove, IL 60516**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,142.00**

---

| 3.184 71 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Skylar Cushing**
**1900 S Eads St**
**Apt 1030**
**Arlington, VA 22202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$559.00**

---

| 3.184 72 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Skylar S**
**1607 Rayon Dr**
**Parkersburg, WV 26101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$9.00**

---

| 3.184 73 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Skylar Skylarmontgomery**
**1607 Rayon Dr**
**Parkersburg, WV 26101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$55.00**

---

| 3.184 74 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Skyler Stokes**
**1166 Aloha Dr**
**Encinitas, CA 92024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$528.00**

---

| 3.184 75 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sl Spann**
**7619 Mulberry Street**
**Fulton, MD 20759**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,235.00**

---

| 3.184 76 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Slav G**
**114 Admiralty Loop**
**Staten Island, NY 10309**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$59.00**

---

Debtor    **Phoeno Wine Company, Inc.**                              Case number *(if known)* _____
_____
Name

| 3.184 77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,497.00** |

**Slava G**
**114 Admiralty Loop**
**Staten Island, NY 10309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,132.00** |

**Slava Gilman**
**114 Admiralty Loop**
**Staten Island, NY 10309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$24.00** |

**Slavik G**
**114 Admiralty Loop**
**Staten Island, NY 10309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$184.00** |

**Sloane Buckley**
**258 Shipley St Apt 2**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$174.00** |

**Sm Hedges**
**3104 Garfield St NW**
**Washington, DC 20008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |

**Smari A**
**321 Liberty St**
**Petaluma, CA 94952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$76.00** |

**Smirna Hache**
**635 E New Haven Ave Ste 506**
**Melbourne, FL 32901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
　　　　　Name

Case number *(if known)* _____

---

**3.184
84**

**Nonpriority creditor's name and mailing address**

**Smith K
81060 Kingston Heath
La Quinta, CA 92253**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

**3.184
85**

**Nonpriority creditor's name and mailing address**

**Smoothcep
10402 Astoria Blvd
Flushing, NY 11369**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$17.00**

---

**3.184
86**

**Nonpriority creditor's name and mailing address**

**Sofia Fransson
222 Blue Creek Dr
Winter Springs, FL 32708**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,297.00**

---

**3.184
87**

**Nonpriority creditor's name and mailing address**

**Sofia Ramunno
903 N French St
Wilmington, DE 19801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$57.00**

---

**3.184
88**

**Nonpriority creditor's name and mailing address**

**Sofya S
114 Drake Drive
Wexford, PA 15090**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.184
89**

**Nonpriority creditor's name and mailing address**

**Sohyoun Suh
2900 S Sepulveda Blvd Unit 505
Los Angeles, CA 90064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.184
90**

**Nonpriority creditor's name and mailing address**

**Sokol N
408 Knickerbocker Rd
Englewood, NJ 07631**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| **3.184 91** | |

**Nonpriority creditor's name and mailing address**

**Sokols Hasaj**
**51720 Woodside Dr**
**Macomb, MI 48042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$28.00

---

| | |
|---|---|
| **3.184 92** | |

**Nonpriority creditor's name and mailing address**

**Soma Tharakan**
**2104 Gunnell Farms Dr**
**Vienna, VA 22181**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$328.00

---

| | |
|---|---|
| **3.184 93** | |

**Nonpriority creditor's name and mailing address**

**Sommer Mueller**
**218 Marvel Dr**
**Lancaster, OH 43130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$858.00

---

| | |
|---|---|
| **3.184 94** | |

**Nonpriority creditor's name and mailing address**

**Son T**
**10362 Tennyson Ave**
**Westminster, CA 92683**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| | |
|---|---|
| **3.184 95** | |

**Nonpriority creditor's name and mailing address**

**Sondra Elias**
**13 Straight Rd**
**4292 Spring Island**
**Okatie, SC 29909**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$308.00

---

| | |
|---|---|
| **3.184 96** | |

**Nonpriority creditor's name and mailing address**

**Song-Min Wang**
**11111 Santa Teresa Dr**
**Cupertino, CA 95014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,026.00

---

| | |
|---|---|
| **3.184 97** | |

**Nonpriority creditor's name and mailing address**

**Sonia B**
**3504 Gardenia Dr**
**Arlington, TX 76016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**                                     Case number *(if known)* _____

Name

---

| 3.184 98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$132.00** |

**Sonia Medina**
**5228 Tapestry Ct**
**Fairfield, CA 94534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.60** |

**Sonia O**
**1042 Craftsman Drive**
**Hercules, CA 94547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 00 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Sonja Jensen**
**1316 E Club Ct**
**Spokane, WA 99203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 01 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$601.00** |

**Sonny Dukes**
**15519 West Us Highway 441**
**Suite A101**
**Eustis, FL 32726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 02 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$285.00** |

**Sonny Underwood**
**1930 NW 23rd Place**
**Willamette Wine Sitrage**
**Portland, OR 95355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 03 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7.00** |

**Sonya H**
**2608 Spalding Drive**
**Las Vegas, NV 89134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 04 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |

**Sonya N**
**80 Island View Ave**
**Mystic, CT 06355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.185 05 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sonya O**
**5101 Audrey Drive**
**Huntington Beach, CA 92649**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.    **$13.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 06 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sonya Ottaway**
**5101 Audrey Drive**
**Huntington Beach, CA 92649**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.    **$342.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 07 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sootong Yap**
**14061 S. Summit St.**
**Olathe, KS 66062**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.    **$32.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 08 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sooyoung Lee**
**2601 Cortez Dr Unit 5209**
**Santa Clara, CA 95051**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.    **$29,399.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 09 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sophia Airhart**
**4135 Hawkeye Pl**
**Boise, ID 83703**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.    **$262.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 10 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sophia Antzoulatos**
**1909 Foxhall Rd**
**Mclean, VA 22101**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.    **$60.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 11 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sophia Govorov**
**550 Reeds Rd**
**Downingtown, PA 19335**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.    **$34.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)*

---

**3.185 12**

**Nonpriority creditor's name and mailing address**

**Sophia Hesse**
**3338 Se 18th Place**
**Cape Coral, FL 33904**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? �■ No ☐ Yes

$60.00

---

**3.185 13**

**Nonpriority creditor's name and mailing address**

**Sophia Spadafore**
**309 E 87th St Apt 4k**
**New York, NY 10128**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$976.04

---

**3.185 14**

**Nonpriority creditor's name and mailing address**

**Sophia Z**
**84 Gros Ventre Trail**
**Driggs, ID 83422**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$60.00

---

**3.185 15**

**Nonpriority creditor's name and mailing address**

**Sophie C**
**40853 Townsend Ter**
**Fremont, CA 94538**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.185 16**

**Nonpriority creditor's name and mailing address**

**Soren Olsen**
**3030 N Rocky Point Dr W Ste 350**
**Tampa, FL 33607**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,480.00

---

**3.185 17**

**Nonpriority creditor's name and mailing address**

**Sorrel Peterson**
**1914 Estin Xing**
**San Antonio, TX 78260**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$129.00

---

**3.185 18**

**Nonpriority creditor's name and mailing address**

**Sothon Ros**
**295 Simsbury Rd**
**West Hartford, CT 06117**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$174.00

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.185 19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.00 |

**Soyoung Chin**
**16806 19th Ave**
**Whitestone, NY 11357**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Spencer Allen**
**3612 Ebro Dr**
**Edinburg, TX 78539**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $426.00 |

**Spencer Bork**
**513 1/2 Larkspur Ave**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |

**Spencer Countiss**
**4158 Fish Hatchery Rd**
**Grants Pass, OR 97527**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $346.00 |

**Spencer Elliott**
**16 Mcnabb Rd**
**Lake Hopatcong, NJ 07849**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31.00 |

**Spencer Ferguson**
**603 Seven Oaks Dr**
**Greensboro, NC 27410**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19.00 |

**Spencer Hendriks**
**20 Broadlawn Dr**
**Central Islip, NY 11722**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 3.185 26 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Spencer Kendle**
**857 Grand Ave**
**San Diego, CA 92109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,533.00**

---

| 3.185 27 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Spencer Knickerbocker**
**24001 Via Castella Dr Apt 3201**
**Bonita Springs, FL 34134**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$310.00**

---

| 3.185 28 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Spencer Mcnichols**
**3600 Park East Dr Apt 336**
**Beachwood, OH 44122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$140.00**

---

| 3.185 29 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Spencer N**
**4903 Battery Ln Apt 103**
**Bethesda, MD 20814**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

| 3.185 30 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Spencer Nord**
**70 Pine St Apt 2508**
**New York, NY 10005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$452.00**

---

| 3.185 31 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Spencer S**
**5955 Linda Vista Road**
**3220**
**San Diego, CA 92110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$6.21**

---

| 3.185 32 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Spencer W**
**301 Lauberge Ln**
**L'auberge De Sedona**
**Sedona, AZ 86336**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 3.185 33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$140.00** |

**Spurlock Nicole**
**1101 Beaver Rd**
**Stratford, TX 79084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$874.00** |

**Sriharsha Yadlapalli**
**300 W 11th Ave, Unit 4i**
**Denver, CO 80204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$800.00** |

**Srinivas Dandu**
**124 Plymouth Ave**
**San Carlos, CA 94070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$513.00** |

**Srinivas Madabushi**
**9209 Ardrey Woods Dr**
**Charlotte, NC 28277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**Srinivasa L**
**6125 Millwick Drive**
**Alpharetta, GA 30005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$264.00** |

**Srinivasan Packirisamy**
**141 Mission Rd**
**Fremont, CA 94539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |

**Stacey B**
**3804 Appleton Ln**
**Flower Mound, TX 75022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                        Case number *(if known)* _____

_____
Name

---

| 3.185<br>40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$240.00** |

**Stacey Flaherty**
**101 Juarez Court**
**Columbia, SC 29206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185<br>41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$64.00** |

**Stacey Golden**
**474 Somerset St**
**Farmers Insurance**
**North Plainfield, NJ 07060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185<br>42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$114.71** |

**Stacey Griffith**
**12412 Gunstock Ln**
**Hudson, FL 34667**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185<br>43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$120.00** |

**Stacey Grote**
**7800 Forsyth Blvd Ste 300**
**Clayton, MO 63105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185<br>44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$168.00** |

**Stacey Guerra**
**4008 Treadwater Ct**
**Naples, FL 34109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185<br>45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |

**Stacey H**
**W7500 County Road E**
**Beaver Dam, WI 53916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185<br>46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$400.00** |

**Stacey Kolasa**
**6978 S Swadley Ct**
**Littleton, CO 80127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 3.185 47 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stacey Morrow**
**816 Stanly House St**
**Wake Forest, NC 27587**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$225.00

---

| 3.185 48 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stacey S**
**364 Stone Mountain Rd**
**Cresson, TX 76035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$1.05

---

| 3.185 49 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stacey S**
**7720 Marsh Ct**
**Sandy Springs, GA 30328**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.185 50 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stacey S**
**8090 Broad Ave Ne**
**Minneapolis, MN 55432**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$11.00

---

| 3.185 51 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stacey Schafer**
**13718 Newmansville Ave**
**Petersburg, IL 62675**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.185 52 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stacey Shokri**
**6139 E. Camino Correr**
**Anaheim, CA 92807**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$60.00

---

| 3.185 53 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stacey Stockhaus**
**364 Stone Mountain Rd**
**Cresson, TX 76035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,143.00

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.185 54 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stacey Tashjian**
**3 Pocahontas Way**
**Hackettstown, NJ 07840**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$116.00

---

| 3.185 55 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stacey V**
**1010 West 11th Street**
**Panama City, FL 32401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$490.00

---

| 3.185 56 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stacey Vosinas**
**6 English Lane**
**Princeton, NJ 08540**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,320.00

---

| 3.185 57 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Staci Borowsky**
**308 Monastery Pl Apt 1**
**Union City, NJ 07087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$198.00

---

| 3.185 58 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stacie B**
**26502 221st Ct Se**
**Maple Valley, WA 98038**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$39.00

---

| 3.185 59 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stacie Baker**
**26502 221st Ct Se**
**Maple Valley, WA 98038**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$328.00

---

| 3.185 60 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stacie Lilien**
**2710 Astoria Blvd Apt 6b**
**Astoria, NY 11102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$512.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*    _____

---

| 3.185 | |
|---|---|
| 61 | |

**Nonpriority creditor's name and mailing address**
**Stacie Linebaugh**
**201 Back Bayroad**
**Pike, NH 03780**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$84.00**

---

| 3.185 | |
|---|---|
| 62 | |

**Nonpriority creditor's name and mailing address**
**Stacie S 13434761**
**38725 Aurora Terrace**
**Fremont, CA 94536**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.185 | |
|---|---|
| 63 | |

**Nonpriority creditor's name and mailing address**
**Stacie Short**
**38725 Aurora Terrace**
**Fremont, CA 94536**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$888.00**

---

| 3.185 | |
|---|---|
| 64 | |

**Nonpriority creditor's name and mailing address**
**Stacie V**
**16772 George Gang Blvd**
**Westfield, IN 46062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.185 | |
|---|---|
| 65 | |

**Nonpriority creditor's name and mailing address**
**Stacy B**
**8107 E. Via Del Valle**
**Scottsdale, AZ 85258**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$2.00**

---

| 3.185 | |
|---|---|
| 66 | |

**Nonpriority creditor's name and mailing address**
**Stacy Bresler**
**10195 Se Terra Linda Ct**
**Happy Valley, OR 97086**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$24.00**

---

| 3.185 | |
|---|---|
| 67 | |

**Nonpriority creditor's name and mailing address**
**Stacy Brown**
**520 W Valley Pkwy Ste A**
**Escondido, CA 92025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$437.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.185 68 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Stacy Davidson**
**1118 South 12 St,**
**Hamilton, OH 45011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.185 69 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Stacy Denney**
**438 Oakdale Ave**
**Corte Madera, CA 94925**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$45.00**

---

| 3.185 70 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Stacy Do**
**6334 Holly Hill Lane**
**West Chester, OH 45069**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$132.00**

---

| 3.185 71 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Stacy Liu**
**2786 Sw 33rd Ave Unit B**
**Miami, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$205.00**

---

| 3.185 72 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Stacy Liu**
**2786 Sw 33rd Ave Unit B**
**Miami, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$60.61**

---

| 3.185 73 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Stacy M**
**4031 London Rd**
**Duluth, MN 55804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.185 74 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Stacy Meyer**
**7993 Dorsetshire Drive**
**West Chester, OH 45069**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$164.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.185 75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29.00** |
|---|---|---|---|

**Stacy Miles**
**2216 Padre Blvd Ste B**
**Pmb 159**
**South Padre Island, TX 78597**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00** |
|---|---|---|---|

**Stacy Moses**
**831 Lincoln Ave Unit 7**
**West Chester, PA 19380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,653.00** |
|---|---|---|---|

**Stacy Musel**
**4031 London Rd**
**Duluth, MN 55804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Stacy W**
**2301 S 5th St**
**Apt 13**
**Austin, TX 78704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Stacy W**
**600 Yosemite Blvd**
**Dry Creek Building**
**Modesto, CA 95354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Stan G**
**12721 Chalon Rd**
**Los Angeles, CA 90049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13.00** |
|---|---|---|---|

**Stan G**
**55 Merrick Way**
**612**
**Coral Gables, FL 33134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                        Case number (if known) _____

| 3.185 82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$339.00** |

**Stan Gryczko**
**1848 Greengate St**
**Yuba City, CA 95991**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11.94** |

**Stan L**
**104 Channi Loop**
**Danville, CA 94506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,072.00** |

**Stan Moffatt**
**108 N Merlin Dr**
**Mabank, TX 75156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$90.00** |

**Stan Schoonover**
**7306 Inzer Street**
**Springfield, VA 22151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,311.00** |

**Stan Tezyk**
**18 Paladine Road**
**Rochester, NY 14617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$66.00** |

**Stan Thompson**
**28234 N Via Sonata Dr**
**Valencia, CA 91354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33.00** |

**Stan Vassilev**
**17122 Tassajara Cir**
**Morgan Hill, CA 95037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

_____    Case number *(if known)* _____

Name

| | |
|---|---|
| 3.185 89 | **Nonpriority creditor's name and mailing address**<br>**Stanford Holmgren**<br>**250 W San Juan Ave**<br>**Telluride, CO 81435** |

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$971.00**

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.185 90 | **Nonpriority creditor's name and mailing address**<br>**Stanley F**<br>**5 Glen Airlee Ct**<br>**Morristown, NJ 07960** |

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$308.00**

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.185 91 | **Nonpriority creditor's name and mailing address**<br>**Stanley France**<br>**5 Glen Airlee Ct**<br>**Morristown, NJ 07960** |

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,886.00**

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.185 92 | **Nonpriority creditor's name and mailing address**<br>**Stanley G**<br>**670 Frying Pan Rd**<br>**Basalt, CO 81621** |

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$15.00**

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.185 93 | **Nonpriority creditor's name and mailing address**<br>**Stanley R**<br>**1349 Biltmore Dr.**<br>**Charlotte, NC 28207** |

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$20.00**

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.185 94 | **Nonpriority creditor's name and mailing address**<br>**Stanley Yeh**<br>**2760 Bette St**<br>**Alameda, CA 94501** |

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.185 95 | **Nonpriority creditor's name and mailing address**<br>**Stanton Brownm**<br>**2831 232nd St Sw**<br>**Brier, WA 98036** |

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

---

| 3.185 96 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Stanton Yuri**
**20 Butler St Apt 2**
**Pittsburgh, PA 15209**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$495.00**

---

| 3.185 97 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Star L**
**3915 214th St Se**
**Bothell, WA 98021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| 3.185 98 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Starla Pugh**
**66-1223 Ko Uka Ln**
**Kamuela, HI 96743**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$768.00**

---

| 3.185 99 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Stas K**
**417 Clarence Julian Ave**
**Fort Mill, SC 29708**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$135.00**

---

| 3.186 00 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Stas Kotula**
**417 Clarence Julian Ave**
**Fort Mill, SC 29708**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$27,905.00**

---

| 3.186 01 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Stay Utz**
**10948 E Crystal Falls Pkwy**
**Leander, TX 78641**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$93.00**

---

| 3.186 02 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Stefan Backstrom**
**22 Odara Dr Apt 108**
**Forest, VA 24551**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$619.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known)    _____
Name

| | | |
|---|---|---|
| 3.186 03 | **Nonpriority creditor's name and mailing address**<br><br>**Stefan G**<br>**105 Bearclaw Circle**<br>**Aledo, TX 76008**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

**$5.00**

| | | |
|---|---|---|
| 3.186 04 | **Nonpriority creditor's name and mailing address**<br><br>**Stefan J**<br>**3311 Mission St. #7**<br>**San Francisco, CA 94110**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

**$28.48**

| | | |
|---|---|---|
| 3.186 05 | **Nonpriority creditor's name and mailing address**<br><br>**Stefan M**<br>**17320 Timothy Way**<br>**Gladstone, OR 97027**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

**$50.00**

| | | |
|---|---|---|
| 3.186 06 | **Nonpriority creditor's name and mailing address**<br><br>**Stefan Mroczkiiewicz**<br>**17320 Timothy Way**<br>**Gladstone, OR 97027**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

**$3,407.00**

| | | |
|---|---|---|
| 3.186 07 | **Nonpriority creditor's name and mailing address**<br><br>**Stefan Ornelaz**<br>**3460 Tivola Street**<br>**Santa Ynez, CA 93460**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

**$2.19**

| | | |
|---|---|---|
| 3.186 08 | **Nonpriority creditor's name and mailing address**<br><br>**Stefan Szygiel**<br>**3611 Jacob Stout Rd Unit 2**<br>**Doylestown, PA 18902**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

**$593.00**

| | | |
|---|---|---|
| 3.186 09 | **Nonpriority creditor's name and mailing address**<br><br>**Stefana Klipa**<br>**3226 41st St Unit B**<br>**San Diego, CA 92105**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

**$0.00**

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|--------|------------------------------|--------------------------|--|
| | Name | | |

---

**3.186 10**

**Nonpriority creditor's name and mailing address**

**Stefanie Ewing**
**2504 Navarra Dr**
**202**
**Carlsbad, CA 92009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$1,040.00**

---

**3.186 11**

**Nonpriority creditor's name and mailing address**

**Stefanie H**
**378 Market Place Mall**
**Weston, WV 26452**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customers - Deferred Credit_

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.186 12**

**Nonpriority creditor's name and mailing address**

**Stefanie Keese**
**7467 S Ames Ct**
**Littleton, CO 80128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$787.00**

---

**3.186 13**

**Nonpriority creditor's name and mailing address**

**Stefanie W**
**66 Cross Creek Dr**
**Berlin, CT 06037**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customers - Deferred Credit_

Is the claim subject to offset? ■ No ☐ Yes

**$85.80**

---

**3.186 14**

**Nonpriority creditor's name and mailing address**

**Stefanie Yuhas**
**3801 Evergreen Pkwy**
**Bowie, MD 20716**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$88.00**

---

**3.186 15**

**Nonpriority creditor's name and mailing address**

**Stefano Bozzo**
**245 East 63rd Apt 601**
**New York, NY 10065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$969.00**

---

**3.186 16**

**Nonpriority creditor's name and mailing address**

**Stefano Cugno**
**10008 E Winter Sun Dr**
**Scottsdale, AZ 85262**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$740.00**

---

Debtor   **Phoeno Wine Company, Inc.**

_____   Case number _(if known)_ _____

Name

---

| 3.186 17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$21.00** |

**Stefano Giaconi**
**7310 Miramar Rd Ste 410**
**San Diego, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.186 18 | **Nonpriority creditor's name and mailing address** | | **$1.00** |

**Steffan K**
**25268 N 74th Ave.**
**Peoria, AZ 85383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.186 19 | **Nonpriority creditor's name and mailing address** | | **$7.00** |

**Stella F**
**1402 Turtle Creek**
**Lufkin, TX 75904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.186 20 | **Nonpriority creditor's name and mailing address** | | **$20.00** |

**Stella I**
**4946 Spruce Pine Lane**
**Sacramento, CA 95842**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.186 21 | **Nonpriority creditor's name and mailing address** | | **$178.00** |

**Stella N**
**219 Angela Ln**
**Stafford, TX 77477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.186 22 | **Nonpriority creditor's name and mailing address** | | **$75.00** |

**Stella Ng**
**219 Angela Ln**
**Stafford, TX 77477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.186 23 | **Nonpriority creditor's name and mailing address** | | **$1,547.00** |

**Stella Paschover**
**661 Darian Dr**
**Prosper, TX 75078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

_____

Name

Case number *(if known)* _____

---

**3.186**
**24**

**Nonpriority creditor's name and mailing address**
**Stella R**
**1422 Ash St**
**Lake Oswego, OR 97034**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.186**
**25**

**Nonpriority creditor's name and mailing address**
**Stepan Sementukh**
**816 N Tamarac Blvd**
**Apt**
**Addison, IL 60101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$126.00**

---

**3.186**
**26**

**Nonpriority creditor's name and mailing address**
**Stepfanie Aoyama**
**1341 Parsons Ave**
**Campbell, CA 95008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$27.00**

---

**3.186**
**27**

**Nonpriority creditor's name and mailing address**
**Steph Cavender**
**201 Devine Road**
**San Antonio, TX 78212**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$25,802.00**

---

**3.186**
**28**

**Nonpriority creditor's name and mailing address**
**Steph Goldschmidt**
**201 E 62nd St Apt 6c**
**New York, NY 10065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$207.00**

---

**3.186**
**29**

**Nonpriority creditor's name and mailing address**
**Stephan Boeker**
**30 Lino Pl**
**Makawao, HI 96768**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$174.00**

---

**3.186**
**30**

**Nonpriority creditor's name and mailing address**
**Stephan D**
**95 Pinecrest Ter**
**Wayne, NJ 07470**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$32.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Name                                                    Case number (if known)

| | |
|---|---|
| 3.186<br>31 | |

**Nonpriority creditor's name and mailing address**

**Stephan Stemmer**
**2902 Meadow Ln**
**Falls Church, VA 22042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$36.72**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.186<br>32 | |

**Nonpriority creditor's name and mailing address**

**Stephan Z**
**2 North Euclid Avenue #3s**
**Saint Louis, MO 63108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$50.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.186<br>33 | |

**Nonpriority creditor's name and mailing address**

**Stephane Chance**
**185 Park Row Apt 7a**
**New York, NY 10038**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$7,137.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.186<br>34 | |

**Nonpriority creditor's name and mailing address**

**Stephane Chartrand**
**2759 Windcrest Falls Dr**
**Las Vegas, NV 89135**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$302.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.186<br>35 | |

**Nonpriority creditor's name and mailing address**

**Stephanie A**
**11201 Outlook St # 2173**
**Overland Park, KS 66211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$10.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.186<br>36 | |

**Nonpriority creditor's name and mailing address**

**Stephanie Antrim**
**11201 Outlook St # 2173**
**Overland Park, KS 66211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$22.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.186<br>37 | |

**Nonpriority creditor's name and mailing address**

**Stephanie B**
**5516 Forest Ln**
**Brecksville, OH 44141**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

---

**3.186 38**

**Nonpriority creditor's name and mailing address**
**Stephanie B 13408754**
**502 N. Chicago Ave**
**Rockford, IL 61107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$23.00**

---

**3.186 39**

**Nonpriority creditor's name and mailing address**
**Stephanie B 13431155**
**211-19 41st Ave**
**3rd Flr**
**Bayside, NY 11361**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,148.00**

---

**3.186 40**

**Nonpriority creditor's name and mailing address**
**Stephanie Bartos**
**5516 Forest Ln**
**Brecksville, OH 44141**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$138.00**

---

**3.186 41**

**Nonpriority creditor's name and mailing address**
**Stephanie Becerra**
**120 Edgeview Drive**
**Apt 2504**
**Broomfield, CO 80021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$468.00**

---

**3.186 42**

**Nonpriority creditor's name and mailing address**
**Stephanie Bergman**
**377 Rector Place**
**3g**
**New York, NY 10280**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$103.49**

---

**3.186 43**

**Nonpriority creditor's name and mailing address**
**Stephanie C**
**400 N Park Ave Ste 12-B**
**Breckenridge, CO 80424**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$21.91**

---

**3.186 44**

**Nonpriority creditor's name and mailing address**
**Stephanie Collin**
**9306 Sapphireberry Lane**
**Riverview, FL 33578**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$719.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

---

| 3.186 45 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephanie D**
**10021 Burgundy Lane**
**Woodway, TX 76712**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.186 46 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephanie D 15075**
**257 Walnut Street**
**Suite A**
**Napa, CA 94559**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$203.12**

---

| 3.186 47 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephanie Dyer**
**1625 Beach Dr NE**
**Saint Petersburg, FL 33704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$410.00**

---

| 3.186 48 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephanie F**
**2200 Wood Dale Ridge Court**
**Wildwood, MO 63011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.186 49 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephanie G**
**40 Church Road**
**Horsham, PA 19044**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.186 50 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephanie Gafford**
**16122 E Moss Loop**
**Cypress, TX 77433**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

| 3.186 51 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephanie Giannini**
**10 Cooper Ln**
**Chester, NJ 07930**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,477.00**

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

---

| 3.186 |
| 52 |

**Nonpriority creditor's name and mailing address**

**Stephanie Glass**
**13133 Bravo Pl**
**Kuna, ID 83634**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$32.00**

---

| 3.186 |
| 53 |

**Nonpriority creditor's name and mailing address**

**Stephanie Griffith**
**300 Morgan St. Trlr 1**
**Kingwood, WV 26537**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$22.00**

---

| 3.186 |
| 54 |

**Nonpriority creditor's name and mailing address**

**Stephanie Hawk**
**1407 W Gardenia Ave**
**Mcallen, TX 78501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$47.00**

---

| 3.186 |
| 55 |

**Nonpriority creditor's name and mailing address**

**Stephanie Hopson**
**3920 Alafia Blvd**
**Brandon, FL 33511**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$145.00**

---

| 3.186 |
| 56 |

**Nonpriority creditor's name and mailing address**

**Stephanie Jell**
**3421 Harbison St**
**Pittsburgh, PA 15212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$66.00**

---

| 3.186 |
| 57 |

**Nonpriority creditor's name and mailing address**

**Stephanie Krick**
**13031 Adobe Walls Drive**
**Helotes, TX 78023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$384.00**

---

| 3.186 |
| 58 |

**Nonpriority creditor's name and mailing address**

**Stephanie Losee**
**1180 Fulton St**
**San Francisco, CA 94117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$138.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.186 59 | |

**Nonpriority creditor's name and mailing address**

**Stephanie M**
**7101 Stewart Ln**
**Benbrook, TX 76126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$17.00**

---

| | |
|---|---|
| 3.186 60 | |

**Nonpriority creditor's name and mailing address**

**Stephanie Martinelli**
**310 Linwood Ave**
**Monrovia, CA 91016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

| | |
|---|---|
| 3.186 61 | |

**Nonpriority creditor's name and mailing address**

**Stephanie Melcher**
**7130 Deerhill Dr**
**Clarkston, MI 48346**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.186 62 | |

**Nonpriority creditor's name and mailing address**

**Stephanie N**
**5652 S Shelby Way**
**Gilbert, AZ 85298**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| | |
|---|---|
| 3.186 63 | |

**Nonpriority creditor's name and mailing address**

**Stephanie Nunn**
**801 Hartness Ave**
**Charlotte, NC 28211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$162.00**

---

| | |
|---|---|
| 3.186 64 | |

**Nonpriority creditor's name and mailing address**

**Stephanie O**
**5780annmary Rd**
**Hilliard, OH 43026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

| | |
|---|---|
| 3.186 65 | |

**Nonpriority creditor's name and mailing address**

**Stephanie Olson**
**5780annmary Rd**
**Hilliard, OH 43026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

**3.186 66**

**Nonpriority creditor's name and mailing address**

**Stephanie P**
**1206 N Jack Nicklaus**
**Wasilla, AK 99623**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

**3.186 67**

**Nonpriority creditor's name and mailing address**

**Stephanie P**
**66 Pine Knolls Dr.**
**Dayville, CT 06241**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.186 68**

**Nonpriority creditor's name and mailing address**

**Stephanie Peevey**
**1206 N Jack Nicklaus**
**Wasilla, AK 99623**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

**3.186 69**

**Nonpriority creditor's name and mailing address**

**Stephanie Pino**
**66 Pine Knolls Dr.**
**Dayville, CT 06241**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$195.00

---

**3.186 70**

**Nonpriority creditor's name and mailing address**

**Stephanie Platenkamp**
**5410 Ethel Way**
**Sacramento, CA 95820**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$79.00

---

**3.186 71**

**Nonpriority creditor's name and mailing address**

**Stephanie Pompeo**
**421 Maya St**
**Lake Mary, FL 32746**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$93.00

---

**3.186 72**

**Nonpriority creditor's name and mailing address**

**Stephanie R**
**4141 Southwest Fwy Ste 250**
**Houston, TX 77027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

Debtor     **Phoeno Wine Company, Inc.**
_____     Case number _(if known)_   _____
Name

---

**3.186 73**

**Nonpriority creditor's name and mailing address**
**Stephanie Reffey**
**2600 W 7th St Apt 1705**
**Fort Worth, TX 76107**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,516.00**

---

**3.186 74**

**Nonpriority creditor's name and mailing address**
**Stephanie Ruddy**
**2029 Lariat Ct**
**Dayton, OH 45458**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$22.00**

---

**3.186 75**

**Nonpriority creditor's name and mailing address**
**Stephanie S**
**47 Fredrick Blvd**
**Swedesboro, NJ 08085**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$20.00**

---

**3.186 76**

**Nonpriority creditor's name and mailing address**
**Stephanie Santoro**
**47 Fredrick Blvd**
**Swedesboro, NJ 08085**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.186 77**

**Nonpriority creditor's name and mailing address**
**Stephanie Solomon**
**3308 NE 142**
**Portland, OR 97230**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,476.00**

---

**3.186 78**

**Nonpriority creditor's name and mailing address**
**Stephanie Strength**
**27 Songbird Ln**
**Durango, CO 81301**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$166.04**

---

**3.186 79**

**Nonpriority creditor's name and mailing address**
**Stephanie Sullens**
**6274 4th Ave S**
**St. Petersburg, FL 33707**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$210.00**

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.186 80 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephanie T**
**47 Cross Country Court**
**Gaithersburg, MD 20879**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.186 81 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephanie T**
**940 Ventana Ct**
**Windsor, CO 80550**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.186 82 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephanie Tannel**
**940 Ventana Ct**
**Windsor, CO 80550**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

| 3.186 83 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephanie V 10191**
**444 Via Colinas**
**Westlake Village, CA 91362**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$18,689.44**

---

| 3.186 84 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephanie Varner**
**1819 Ballard Canyon Rd**
**Rusack Vineyards**
**Solvang, CA 93463**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$171.00**

---

| 3.186 85 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephanie Vega**
**6610 S Kostner Ave**
**Chicago, IL 60629**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

| 3.186 86 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephanie Vogel**
**6 Rutgers Ct**
**Wayne, NJ 07470**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$223.00**

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| 3.186 87 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,943.00** |

**Stephanie Vollowitz**
**444 Via Colinas**
**Westlake Village, CA 91362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 88 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,226.00** |

**Stephanie Whitehead**
**1606 Palomino Ln**
**Escondido, CA 92025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 89 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16.67** |

**Stephanie Wood**
**2665 Franklin Streeet**
**Apt. 4**
**San Francisco, CA 94123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 90 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$95.00** |

**Stephaniestence Stence**
**400 Rupley Rd**
**Camp Hill, PA 17011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 91 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$268.00** |

**Stephanos Frangos**
**711 Main St**
**Single Family Home With Red Door**
**Little Falls, NJ 07424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 92 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20.00** |

**Stephen A**
**1109 Garrett Way**
**Mt Juliet, TN 37122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 93 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,017.00** |

**Stephen Alder**
**1011 1st St Se Apt 401**
**Washington, DC 20003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.186 94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7.00** |
|---|---|---|---|

**Stephen B**
**41468 Blincoe Ct**
**Leesburg, VA 20175**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$554.00** |
|---|---|---|---|

**Stephen Baroni**
**354 N Union Ave Apt 1205**
**Chicago, IL 60661**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$207.00** |
|---|---|---|---|

**Stephen Berardino**
**7274 Highfield Dr**
**Plain City, OH 43064**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$63.00** |
|---|---|---|---|

**Stephen Bird**
**416 Wanderview Ln**
**Holly Springs, NC 27540**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$508.00** |
|---|---|---|---|

**Stephen Bloom**
**1202 Lake Falls Rd**
**Baltimore, MD 21210**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,029.00** |
|---|---|---|---|

**Stephen Bryant**
**709 Graham St**
**Raleigh, NC 27605**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 00 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7.00** |
|---|---|---|---|

**Stephen C**
**12014 Riverhills Dr**
**Tampa, FL 33617**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.187**
**01**

**Nonpriority creditor's name and mailing address**

**Stephen Canty**
**13805 County Road 13 N**
**Saint Augustine, FL 32092**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$925.00**

---

**3.187**
**02**

**Nonpriority creditor's name and mailing address**

**Stephen Caruso**
**384 7th Street**
**Apt 4**
**Jersey City, NJ 07302**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$7,143.00**

---

**3.187**
**03**

**Nonpriority creditor's name and mailing address**

**Stephen Chen**
**4907 Main St Unit 518**
**Tacoma, WA 98407**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$680.00**

---

**3.187**
**04**

**Nonpriority creditor's name and mailing address**

**Stephen Chewning**
**12014 Riverhills Dr**
**Tampa, FL 33617**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$843.00**

---

**3.187**
**05**

**Nonpriority creditor's name and mailing address**

**Stephen Clough**
**7842 College Rd**
**Just For Kix**
**Baxter, MN 56425**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,585.00**

---

**3.187**
**06**

**Nonpriority creditor's name and mailing address**

**Stephen Cox**
**128 Ellita Place**
**Los Angeles, CA 90042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$236.32**

---

**3.187**
**07**

**Nonpriority creditor's name and mailing address**

**Stephen Crane**
**7950 Bligh Ct.**
**Riverside, CA 92506**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$367.26**

---

Debtor    **Phoeno Wine Company, Inc.**                              Case number *(if known)* _____
                   Name

| 3.187 08 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**Stephen Cullen**
**40 Corne St Apt B**
**Newport, RI 02840**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 09 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40.00** |

**Stephen D**
**400 E  Colonial Dr**
**Unit 905**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,625.00** |

**Stephen Dagostino**
**5508 Winter Haven Bend**
**Flower Mound, TX 75028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,523.00** |

**Stephen Dalton**
**7101 Golf Colony Ct Apt 102**
**Lake Worth, FL 33467**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,868.00** |

**Stephen Davidson**
**7777 N Wickham Rd Ste 12**
**UPS Store Suntree**
**Melbourne, FL 32940**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$396.00** |

**Stephen Davis**
**245 E 93rd St Apt 23g**
**New York, NY 10128**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,766.00** |

**Stephen Dawson**
**334 Fontana Ln**
**Fontana, WI 53125**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F              Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

| | |
|---|---|
| **3.187 15** | |

**Nonpriority creditor's name and mailing address**

**Stephen Denby**
**1419 Basswood Springs Ct**
**Houston, TX 77062**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$581.00**

---

| | |
|---|---|
| **3.187 16** | |

**Nonpriority creditor's name and mailing address**

**Stephen Eckstone**
**216 S 12th St**
**San Jose, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$103.00**

---

| | |
|---|---|
| **3.187 17** | |

**Nonpriority creditor's name and mailing address**

**Stephen Fakan**
**4014 Junco Rd**
**Greenbank, WA 98253**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

| | |
|---|---|
| **3.187 18** | |

**Nonpriority creditor's name and mailing address**

**Stephen Foos**
**2865 E Lake Ridge Shrs**
**Reno, NV 89519**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$206.00**

---

| | |
|---|---|
| **3.187 19** | |

**Nonpriority creditor's name and mailing address**

**Stephen G**
**580 Howard St**
**#500**
**San Francisco, CA 94105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| | |
|---|---|
| **3.187 20** | |

**Nonpriority creditor's name and mailing address**

**Stephen G**
**6 Whippoorwill Ln**
**Trumbull, CT 06611**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| | |
|---|---|
| **3.187 21** | |

**Nonpriority creditor's name and mailing address**

**Stephen Gelina**
**9104 West Bluff Pl**
**Santee, CA 92071**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$213.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.187 22 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephen Giannotti**
**770 Jackson St Apt 1125**
**Hoboken, NJ 07030**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$395.00**

---

| 3.187 23 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephen Gilbert**
**734 Spring City Rd**
**Cleveland, VA 24225**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.187 24 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephen Griffin**
**10306 N. Garfield Ave.**
**Kansas City, MO 64155**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.187 25 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephen Grutzius**
**1565 N Page Springs Rd**
**Cornville, AZ 86325**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$7,231.00**

---

| 3.187 26 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephen Gulsvig**
**18401 Old Lamplighter Cir**
**Villa Park, CA 92861**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$759.00**

---

| 3.187 27 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephen Harrison**
**1506 Palmer View**
**San Antonio, TX 78260**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$15,589.00**

---

| 3.187 28 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephen Hawk**
**2472 Cambridge Dr**
**Aurora, IL 60506**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*   _____

| | |
|---|---|
| 3.187 29 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

**Stephen Heitzman**
**8619 Connemara Dr**
**Fair Oaks Ranch, TX 78015**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,438.00**

---

3.187 30

**Nonpriority creditor's name and mailing address**

**Stephen Infantino**
**283 Riverside Dr**
**Ormond Beach, FL 32176**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$14,516.00**

---

3.187 31

**Nonpriority creditor's name and mailing address**

**Stephen Ippolito**
**4161 S Us Highway 1 Apt F3**
**Jupiter, FL 33477**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$113.00**

---

3.187 32

**Nonpriority creditor's name and mailing address**

**Stephen J**
**1181 Yount Mill Rd**
**Napa, CA 94558**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

3.187 33

**Nonpriority creditor's name and mailing address**

**Stephen Johnson**
**102 N South Rd Fl B**
**UPS Access Point (Michaels Store #1318)**
**North Conway, NH 03860**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$192.00**

---

3.187 34

**Nonpriority creditor's name and mailing address**

**Stephen Johnston**
**3500 Amherst Ave**
**Dallas, TX 75225**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

3.187 35

**Nonpriority creditor's name and mailing address**

**Stephen K**
**1407 Emerson Ave N**
**Minneapolis, MN 55411**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_  _____

---

**3.187
36**

**Nonpriority creditor's name and mailing address**

**Stephen Kaplan**
**74 Country Club Dr**
**Port Washington, NY 11050**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$938.00**

---

**3.187
37**

**Nonpriority creditor's name and mailing address**

**Stephen Klimek**
**1407 Emerson Ave N**
**Minneapolis, MN 55411**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$66.00**

---

**3.187
38**

**Nonpriority creditor's name and mailing address**

**Stephen L**
**1212 Omeara Ct**
**Trinity, FL 34655**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$30.00**

---

**3.187
39**

**Nonpriority creditor's name and mailing address**

**Stephen Laughlin**
**2830 Epaulette St.**
**San Diego, CA 92123**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$896.00**

---

**3.187
40**

**Nonpriority creditor's name and mailing address**

**Stephen Loo**
**164 Hokulani St**
**Hilo, HI 96720**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,747.00**

---

**3.187
41**

**Nonpriority creditor's name and mailing address**

**Stephen M**
**11 Elderfields Road**
**Manhasset, NY 11030**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$296.00**

---

**3.187
42**

**Nonpriority creditor's name and mailing address**

**Stephen M**
**182 Palmer Neck Rd**
**Pawcatuck, CT 06379**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$13.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Name   Case number *(if known)*

---

**3.187 43**

**Nonpriority creditor's name and mailing address**

**Stephen M
2007 Nina Lee Ln
Houston, TX 77018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,600.00**

---

**3.187 44**

**Nonpriority creditor's name and mailing address**

**Stephen M
269 Community Dr
Smithtown, NY 11787**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$30.00**

---

**3.187 45**

**Nonpriority creditor's name and mailing address**

**Stephen M
30 Christina Dr
Bridgewater, MA 02324**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$20.00**

---

**3.187 46**

**Nonpriority creditor's name and mailing address**

**Stephen M
501 W 24th Place
Apt 505
Chicago, IL 60616**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$2.00**

---

**3.187 47**

**Nonpriority creditor's name and mailing address**

**Stephen Matassa
384 Drum Ave
Somerset, PA 15501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$416.00**

---

**3.187 48**

**Nonpriority creditor's name and mailing address**

**Stephen Mcilwraith
4312 Verano Dr
Austin, TX 78735**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$296.00**

---

**3.187 49**

**Nonpriority creditor's name and mailing address**

**Stephen Mitchell
520 Westgate St
Pasadena, CA 91103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$33.00**

---

Debtor   **Phoeno Wine Company, Inc.**
    Name                                          Case number *(if known)*

---

**3.187 50**

**Nonpriority creditor's name and mailing address**

**Stephen Mui**
**1610 Notre Dame Ave**
**Belmont, CA 94002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$135.00**

---

**3.187 51**

**Nonpriority creditor's name and mailing address**

**Stephen Murrill**
**1932 Kenilworth Ave**
**Wilmette, IL 60091**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$212.00**

---

**3.187 52**

**Nonpriority creditor's name and mailing address**

**Stephen Newson**
**116 Delay Street**
**Woodstock, GA 30189**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$207.00**

---

**3.187 53**

**Nonpriority creditor's name and mailing address**

**Stephen Odom**
**3550 George Busbee Pkwy**
**4th Floor**
**Kennesaw, GA 30144**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$42.00**

---

**3.187 54**

**Nonpriority creditor's name and mailing address**

**Stephen P**
**6035 Sw 66th Ct**
**Portland, OR 97223**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

**3.187 55**

**Nonpriority creditor's name and mailing address**

**Stephen P**
**809 Kilkinny Cir**
**Papillion, NE 68046**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.187 56**

**Nonpriority creditor's name and mailing address**

**Stephen Paczkowski**
**720 Page Ave**
**Lyndhurst, NJ 07071**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$861.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.187 57 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephen Pelletier**
**5 Cooper Ct**
**Suffern, NY 10901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$336.00**

---

| 3.187 58 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephen Pettibone**
**1592 Milton Rd**
**Napa, CA 94559**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$450.00**

---

| 3.187 59 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephen Philipson**
**3520 Blackhorse Ln**
**Charlotte, NC 28210**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

| 3.187 60 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephen R**
**1766 Meadowcrest Drive**
**Pittsburgh, PA 15241**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$171.00**

---

| 3.187 61 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephen Replogle**
**5407 Macomb Street NW**
**Washington, DC 20017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$319.00**

---

| 3.187 62 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephen Reynolds**
**905 Vista Del Monte Way**
**El Cajon, CA 92020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.187 63 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephen Rinaldi**
**4040 Wilton Woods Place**
**Cary, NC 27519**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$33.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.187 64 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephen Rothermel**
**720 Spring Crest Ct.**
**Fenton, MO 63026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$214.00**

---

| 3.187 65 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephen Ryan**
**901 E Washington St**
**Petaluma, CA 94952**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$93.00**

---

| 3.187 66 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephen S**
**785 Locust St**
**Redding, CA 96001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

| 3.187 67 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephen S**
**86 Rand Court**
**Lido Beach, NY 11561**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.187 68 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephen Scott**
**12 Randolph Pl**
**Cos Cob, CT 06807**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.187 69 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephen Sellers**
**566 Terlun Dr**
**Durango, CO 81301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

| 3.187 70 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephen Smith**
**469 36th Street**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$793.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known)    _____

| | |
|---|---|
| 3.187 71 | |

**Nonpriority creditor's name and mailing address**

**Stephen Stocklin**
**785 Locust St**
**Redding, CA 96001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,868.00**

---

| | |
|---|---|
| 3.187 72 | |

**Nonpriority creditor's name and mailing address**

**Stephen Wasserman**
**4206 Zermatt Dr Se**
**Smyrna, GA 30080**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$92.00**

---

| | |
|---|---|
| 3.187 73 | |

**Nonpriority creditor's name and mailing address**

**Stephen Westhead**
**4741 Central St**
**Pmb 243**
**Kansas City, MO 64112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

| | |
|---|---|
| 3.187 74 | |

**Nonpriority creditor's name and mailing address**

**Stephen Y**
**43 Bluejay Way**
**Pembroke, MA 02359**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| | |
|---|---|
| 3.187 75 | |

**Nonpriority creditor's name and mailing address**

**Stephen Yates**
**43 Bluejay Way**
**Pembroke, MA 02359**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$324.00**

---

| | |
|---|---|
| 3.187 76 | |

**Nonpriority creditor's name and mailing address**

**Stephendawson**
**334 Fontana Ln**
**Fontana, WI 53125**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$224.53**

---

| | |
|---|---|
| 3.187 77 | |

**Nonpriority creditor's name and mailing address**

**Stern Matthew**
**55 Hawthorne Road**
**Rock Island, IL 61201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Phoeno Wine Company, Inc.**
　　　　　Name
　　　　　　　　　　　　　　　　　　　　　　　　　Case number (if known) ＿＿＿＿＿＿＿＿＿＿＿＿

| 3.187 78 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59.00** |

**Steve Allen**
**17976 Judicial Rd**
**Lakeville, MN 55044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ＿
Last 4 digits of account number ＿

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 79 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,229.04** |

**Steve Asam**
**48581 Wicker Creel Dr**
**Northville, MI 48168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ＿
Last 4 digits of account number ＿

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 80 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$99.01** |

**Steve Atkin**
**8529 Acorn Ridge Ct.**
**Tampa, FL 33625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ＿
Last 4 digits of account number ＿

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 81 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |

**Steve B**
**10 Ginger Bay Place**
**Spring, TX 77382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ＿
Last 4 digits of account number ＿

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 82 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00** |

**Steve B**
**1062 E Mentor St**
**Springfield, MO 65810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ＿
Last 4 digits of account number ＿

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 83 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |

**Steve B**
**15789 Virginia Point Rd Ne**
**Poulsbo, WA 98370**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ＿
Last 4 digits of account number ＿

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 84 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**Steve B**
**1908 Hillside Drive**
**Delafield, WI 53018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ＿
Last 4 digits of account number ＿

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.187 85 | |

**Nonpriority creditor's name and mailing address**

**Steve B**
**4104 Bunting Ave**
**Ft Worth, TX 76107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.60**

---

| | |
|---|---|
| 3.187 86 | |

**Nonpriority creditor's name and mailing address**

**Steve Banales**
**14679 Canopy Drive**
**Tampa, FL 33626**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$653.00**

---

| | |
|---|---|
| 3.187 87 | |

**Nonpriority creditor's name and mailing address**

**Steve Bearcat**
**5200 White Oak Ave**
**Unit 57**
**Encino, CA 91316**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| | |
|---|---|
| 3.187 88 | |

**Nonpriority creditor's name and mailing address**

**Steve Bennett**
**17876 N Streams Edge Way**
**Boise, ID 83714**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$282.00**

---

| | |
|---|---|
| 3.187 89 | |

**Nonpriority creditor's name and mailing address**

**Steve Berberich**
**5948 Boggs Ford Rd**
**Port Orange, FL 32127**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,821.00**

---

| | |
|---|---|
| 3.187 90 | |

**Nonpriority creditor's name and mailing address**

**Steve Birkett**
**6300 Blue Stone Rd Unit 5007**
**Sandy Springs, GA 30328**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.187 91 | |

**Nonpriority creditor's name and mailing address**

**Steve Brady**
**11789 N Barn Owl Way**
**Boise, ID 83714**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$107.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known)    _____

---

**3.187 92**

**Nonpriority creditor's name and mailing address**
**Steve Brown**
**6034 Lake Shore Dr S**
**Seattle, WA 98118**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$3,273.00**

---

**3.187 93**

**Nonpriority creditor's name and mailing address**
**Steve Bruce**
**1759 Heffington Dr.**
**Chesterfield, MO 63017**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.187 94**

**Nonpriority creditor's name and mailing address**
**Steve Budsberg**
**1746 Cambridge Square**
**Watkinsville, GA 30677**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.187 95**

**Nonpriority creditor's name and mailing address**
**Steve Burggraaf**
**2164 New Town Dr NE**
**Grand Rapids, MI 49525**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

**3.187 96**

**Nonpriority creditor's name and mailing address**
**Steve C**
**183 Commodore Dr**
**Jupiter, FL 33477**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

**3.187 97**

**Nonpriority creditor's name and mailing address**
**Steve C**
**5726 Calle Polvorosa**
**San Clemente, CA 92673**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$33.00**

---

**3.187 98**

**Nonpriority creditor's name and mailing address**
**Steve C**
**5932 Rockhold Dr**
**Deale, MD 20751**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.187 99 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steve Carlin**
**657 16th Ave**
**San Francisco, CA 94118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$387.00**

---

| 3.188 00 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steve Carver**
**4241 21st Ave W Ste 100**
**Seattle, WA 98199**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$330.00**

---

| 3.188 01 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steve Carver**
**4241 21st Ave W Ste 100**
**Seattle, WA 98199**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$67.00**

---

| 3.188 02 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steve Chamraz**
**1211 E Courtland Pl**
**Whitefish Bay, WI 53211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$309.00**

---

| 3.188 03 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steve D**
**5411alder Cir**
**Bellaire, TX 77401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

| 3.188 04 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steve Davey**
**2410 Lancaster Dr Se Unit 346**
**Salem, OR 97317**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,111.00**

---

| 3.188 05 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steve Deitz**
**20829 Ave 380**
**Woodlake, CA 93286**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$230.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
Name

| 3.188 06 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$565.00** |
|---|---|---|---|

**Steve Delaveaga**
**4610 E Meadowview Dr**
**Gilbert, AZ 85298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 07 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$245.00** |
|---|---|---|---|

**Steve Drda**
**12747 Olive Blvd Ste 200**
**Creve Coeur, MO 63141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 08 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$45.00** |
|---|---|---|---|

**Steve Dresp**
**4735 W. Redding Ave**
**Visalia, CA 93277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 09 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30.00** |
|---|---|---|---|

**Steve E**
**8201 Painted Tree Trail**
**Fort Worth, TX 76131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$49.00** |
|---|---|---|---|

**Steve F**
**3 Alza St**
**Ladera Ranch, CA 92694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18.00** |
|---|---|---|---|

**Steve F**
**3515 Berry St**
**Crystal Lake, IL 60012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,032.00** |
|---|---|---|---|

**Steve Fenn**
**15040 W Double Tree Way**
**Surprise, AZ 85374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*   _____

---

| 3.188<br>13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$132.00** |

**Steve Fetterhoff**
**4 Lemoyne Dr Ste 103**
**Lemoyne, PA 17043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188<br>14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$594.00** |

**Steve Fireng**
**3515 Berry St**
**Crystal Lake, IL 60012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188<br>15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,568.00** |

**Steve Ford**
**1661 International Dr Ste 400**
**Memphis, TN 38120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188<br>16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$129.00** |

**Steve Frace**
**1502 Ferry Cir**
**Folsom, CA 95630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188<br>17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14,832.00** |

**Steve Frederick**
**1601 Winston Rd**
**Gladwyne, PA 19035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188<br>18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$63,208.00** |

**Steve Freeburg**
**550 Quiet Way Se**
**Salem, OR 97306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188<br>19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$595.00** |

**Steve Fried**
**3 Alza St**
**Ladera Ranch, CA 92694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.188 20 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steve G**
**5725 Katherine Ave**
**Van Nuys, CA 91401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

| 3.188 21 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steve G**
**892 Lynch Drive**
**Arnold, MD 21012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

| 3.188 22 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steve Geary**
**1550 E Campbell Ave Apt 3041**
**Phoenix, AZ 85014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,406.00**

---

| 3.188 23 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steve Geer**
**3024 Idas Ln**
**Caledonia, NY 14423**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,845.00**

---

| 3.188 24 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steve Georgy**
**7321 Hillside Rd**
**Crystal Lake, IL 60012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,176.00**

---

| 3.188 25 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steve Gillis**
**3511 N Brookhaven Ln**
**Tucson, AZ 85712**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$20.00**

---

| 3.188 26 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steve Gilmore**
**19874 Deer Valley Dr**
**Cornelius, NC 28031**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$56.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
　　　　　Name

Case number *(if known)*   _____

| | |
|---|---|
| **3.188 27** | |

**Nonpriority creditor's name and mailing address**
**Steve Grimm**
**2572 Riva Rd Unit 11b**
**Annapolis, MD 21401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$56.00**

---

| | |
|---|---|
| **3.188 28** | |

**Nonpriority creditor's name and mailing address**
**Steve Gugan**
**23719 Sunset Peak**
**San Antonio, TX 78258**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$428.00**

---

| | |
|---|---|
| **3.188 29** | |

**Nonpriority creditor's name and mailing address**
**Steve H**
**12030 Sunrise Valley Dr**
**Suite 300**
**Reston, VA 20191**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| | |
|---|---|
| **3.188 30** | |

**Nonpriority creditor's name and mailing address**
**Steve H**
**42215 N Anthem Creek Dr**
**Anthem, AZ 85086**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

| | |
|---|---|
| **3.188 31** | |

**Nonpriority creditor's name and mailing address**
**Steve H**
**702 Camino Militar**
**Santa Fe, NM 87501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| | |
|---|---|
| **3.188 32** | |

**Nonpriority creditor's name and mailing address**
**Steve H 13430687**
**12936 Ne 198th Pl**
**Woodinville, WA 98072**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

| | |
|---|---|
| **3.188 33** | |

**Nonpriority creditor's name and mailing address**
**Steve Harrington**
**315 Claremont Ct**
**Naperville, IL 60540**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.188 34 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steve Hartsell**
**621 Heartland Ave NE**
**Concord, NC 28025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,584.00**

---

| 3.188 35 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steve Holm**
**42215 N Anthem Creek Dr**
**Anthem, AZ 85086**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$153.00**

---

| 3.188 36 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steve Hong**
**55 Amity Street**
**Jersey City, NJ 07304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,106.00**

---

| 3.188 37 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steve Hoover**
**505 Ivy Farm Dr**
**Charlottesville, VA 22901**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$280.00**

---

| 3.188 38 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steve J**
**1055 Neill Ave**
**Apt 1**
**Bronx, NY 10461**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$226.00**

---

| 3.188 39 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steve J**
**263 Farmer St**
**Plymouth, MI 48170**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.188 40 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steve Joyner**
**263 Farmer St**
**Plymouth, MI 48170**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$34.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

| 3.188 41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |

**Steve K**
**19094 Parallel Bluffs Ct**
**Leesburg, VA 20176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |

**Steve K**
**308a Locust St Se**
**Vienna, VA 22180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6.00** |

**Steve K**
**5114 Royal Coachmen Dr**
**Wake Forest, NC 27587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$465.00** |

**Steve Kelley**
**3620 Gaitland Cir**
**Flower Mound, TX 75022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$464.00** |

**Steve Kent**
**5114 Royal Coachmen Dr**
**Wake Forest, NC 27587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$531.00** |

**Steve Kim**
**220 Tennessee Ave**
**Alexandria, VA 22305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$382.00** |

**Steve Kinaman**
**19094 Parallel Bluffs Ct**
**Leesburg, VA 20176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)*

---

| 3.188 48 |
|---|

**Nonpriority creditor's name and mailing address**
**Steve Knott**
**308a Locust St Se**
**Vienna, VA 22180**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$3,060.00

---

| 3.188 49 |
|---|

**Nonpriority creditor's name and mailing address**
**Steve L**
**11554 Acama St.**
**Studio City, CA 91604**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$7.00

---

| 3.188 50 |
|---|

**Nonpriority creditor's name and mailing address**
**Steve L**
**11962 Easy Way**
**Garden Grove, CA 92840**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$1,557.89

---

| 3.188 51 |
|---|

**Nonpriority creditor's name and mailing address**
**Steve L**
**16675 Quayside Drive**
**Milton, GA 30004**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$51.00

---

| 3.188 52 |
|---|

**Nonpriority creditor's name and mailing address**
**Steve Leffin**
**16675 Quayside Drive**
**Milton, GA 30004**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

| 3.188 53 |
|---|

**Nonpriority creditor's name and mailing address**
**Steve Leifker**
**6116 Valley Wood Ct**
**Asbury, IA 52002**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

| 3.188 54 |
|---|

**Nonpriority creditor's name and mailing address**
**Steve M**
**16125 Juanita Woodinville Way Ne Unit 19**
**Bothell, WA 98011**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$41.00

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)*  _____
     Name

---

**3.188 55**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$40.00**

**Steve M**                                                            ☐ Contingent
**21866 Prospect St**                                                  ☐ Unliquidated
**Hayward, CA 94541**                                                  ☐ Disputed

Date(s) debt was incurred _                                            **Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _                                      Is the claim subject to offset? ■ No  ☐ Yes

---

**3.188 56**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$334.01**

**Steve Martin**                                                       ☐ Contingent
**2825 Ne 40th Ave**                                                   ☐ Unliquidated
**Portland, OR 97212**                                                 ☐ Disputed

Date(s) debt was incurred _                                            **Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _                                      Is the claim subject to offset? ■ No  ☐ Yes

---

**3.188 57**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$27,118.00**

**Steve Matthews**                                                     ☐ Contingent
**4741 Sweetmeadow Cir**                                               ☐ Unliquidated
**Sarasota, FL 34238**                                                 ☐ Disputed

Date(s) debt was incurred _                                            **Basis for the claim:  Customer**

Last 4 digits of account number _                                      Is the claim subject to offset? ■ No  ☐ Yes

---

**3.188 58**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$401.00**

**Steve Matthews**                                                     ☐ Contingent
**4741 Sweetmeadow Cir**                                               ☐ Unliquidated
**Sarasota, FL 34238**                                                 ☐ Disputed

Date(s) debt was incurred _                                            **Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _                                      Is the claim subject to offset? ■ No  ☐ Yes

---

**3.188 59**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$1,949.00**

**Steve Maxwell**                                                      ☐ Contingent
**16125 Juanita Woodinville Way NE Unit 19**                           ☐ Unliquidated
**Bothell, WA 98011**                                                  ☐ Disputed

Date(s) debt was incurred _                                            **Basis for the claim:  Customer**

Last 4 digits of account number _                                      Is the claim subject to offset? ■ No  ☐ Yes

---

**3.188 60**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$70.00**

**Steve Mccoll**                                                       ☐ Contingent
**21866 Prospect St**                                                  ☐ Unliquidated
**Hayward, CA 94541**                                                  ☐ Disputed

Date(s) debt was incurred _                                            **Basis for the claim:  Customer**

Last 4 digits of account number _                                      Is the claim subject to offset? ■ No  ☐ Yes

---

**3.188 61**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$3,976.00**

**Steve Mcmillan**                                                     ☐ Contingent
**8622 Vinup Rd**                                                      ☐ Unliquidated
**Lynden, WA 98264**                                                   ☐ Disputed

Date(s) debt was incurred _                                            **Basis for the claim:  Customer**

Last 4 digits of account number _                                      Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 3.188 62 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Steve Merritt**
**200 Dawson Dr**
**Seaford, VA 23696**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$474.00**

---

| 3.188 63 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Steve Mount**
**4705 Center Blvd Apt 2309**
**Long Island City, NY 11109**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,283.00**

---

| 3.188 64 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Steve Murphey**
**6905 Wickliff Trail**
**Plano, TX 75023**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$217.00**

---

| 3.188 65 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Steve Murphey**
**6905 Wickliff Trail**
**Plano, TX 75023**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$37.00**

---

| 3.188 66 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Steve Noga**
**4326 Talcott Dr**
**Durham, NC 27705**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$135.00**

---

| 3.188 67 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Steve O'brien**
**422 Heliotrope Ave**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$2,067.88**

---

| 3.188 68 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Steve Obrien**
**422 Heliotrope Ave**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,933.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.188 69 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Steve Olson**
**809 W Jefferson St**
**Kouts, IN 46347**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$554.00**

---

| 3.188 70 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Steve Olson**
**8302 Cameron Ct**
**Royersford, PA 19468**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$24.00**

---

| 3.188 71 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Steve P**
**2945 Fillmore St**
**San Francisco, CA 94123**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$46.73**

---

| 3.188 72 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Steve P**
**3726 Corbin Drive**
**Billings, MT 59102**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$70.00**

---

| 3.188 73 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Steve P**
**5998 Mcjessy Dr**
**Westerville Oh 43081**
**Westerville, OH 43081**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$6.00**

---

| 3.188 74 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Steve Paroda**
**5209 Craftsman Dr Unit 407**
**Indian Land, SC 29707**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$203.00**

---

| 3.188 75 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Steve Payne**
**7337 S 18th St**
**Lincoln, NE 68512**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$3,465.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.188 76 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Steve Pieratt**
**9 Anchor Cove Court**
**Bluffton, SC 29910**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$58.00**

---

| 3.188 77 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Steve Pierce**
**5998 Mcjessy Dr**
**Westerville Oh 43081**
**Westerville, OH 43081**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$263.00**

---

| 3.188 78 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Steve R**
**19 Oakridge Ave**
**Natick, MA 01760**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.188 79 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Steve Reardon**
**114 La Sonoma Way**
**Alamo, CA 94507**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

| 3.188 80 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Steve Reuter**
**1301 Ridgemoor Trail**
**Bull Valley, IL 60098**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$567.00**

---

| 3.188 81 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Steve Roberts**
**19 Oakridge Ave**
**Natick, MA 01760**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$64.00**

---

| 3.188 82 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Steve Rodichok**
**302 N Beverly Ln**
**Arlington Heights, IL 60004**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$354.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.188 83**

**Nonpriority creditor's name and mailing address**

**Steve Rosenman**
**4 Baltusrol Ter**
**Moorestown, NJ 08057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.188 84**

**Nonpriority creditor's name and mailing address**

**Steve S**
**24 Beaverdam Knoll Road**
**Asheville, NC 28804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.188 85**

**Nonpriority creditor's name and mailing address**

**Steve S**
**34100 Brooten Rd**
**Pacific City, OR 97135**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$438.00**

---

**3.188 86**

**Nonpriority creditor's name and mailing address**

**Steve S**
**5742 Lonetree Blvd**
**Rocklin, CA 95765**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.188 87**

**Nonpriority creditor's name and mailing address**

**Steve S**
**6281 N Gateway Dr**
**Marion, IA 52302**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$78.00**

---

**3.188 88**

**Nonpriority creditor's name and mailing address**

**Steve Schember**
**4828 Ocean Blvd**
**Sarasota, FL 34242**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$126.00**

---

**3.188 89**

**Nonpriority creditor's name and mailing address**

**Steve Shannon**
**34100 Brooten Rd**
**Pacific City, OR 97135**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,805.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.188 90 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steve Simon**
**24 Beaverdam Knoll Road**
**Asheville, NC 28804**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$72.00**

---

| 3.188 91 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steve Skidmore**
**6281 N Gateway Dr**
**Marion, IA 52302**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$3,573.00**

---

| 3.188 92 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steve Slobodski**
**377 Rector Pl**
**New York, NY 10280**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$22.00**

---

| 3.188 93 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steve Smith**
**1500 S Arrawana Ave**
**Tampa, FL 33629**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

| 3.188 94 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steve Stec**
**6242 South Picadilly Street**
**Centennial, CO 80016**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,939.00**

---

| 3.188 95 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steve Striffler**
**200 Broad St Apt 2454**
**Stamford, CT 06901**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,288.00**

---

| 3.188 96 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steve Sumpter**
**2973 Harbor Blvd**
**Costa Mesa, CA 92626**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$384.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.18897**

**Nonpriority creditor's name and mailing address**

**Steve T**
**26 Ridge St, Apt 3**
**Glens Falls, NY 12801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

**3.18898**

**Nonpriority creditor's name and mailing address**

**Steve Thornburg**
**10 Fair Elms**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer

Is the claim subject to offset? ■ No ☐ Yes

$468.00

---

**3.18899**

**Nonpriority creditor's name and mailing address**

**Steve Trujillo**
**467 S. Maher Dr.**
**Pueblo West, CO 81007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

$23.00

---

**3.18900**

**Nonpriority creditor's name and mailing address**

**Steve V**
**6319 E Montreal Place**
**Scottsdale, AZ 85254**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

$40.00

---

**3.18901**

**Nonpriority creditor's name and mailing address**

**Steve Vaillancourt**
**1180 California Ave Suite A**
**Corona, CA 92881**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

$112.00

---

**3.18902**

**Nonpriority creditor's name and mailing address**

**Steve Vanholstyn**
**545 Apple Tree Dr**
**Ionia, MI 48846**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

$93.00

---

**3.18903**

**Nonpriority creditor's name and mailing address**

**Steve Vanhorn**
**1275 Pickett St**
**Sonoma, CA 95476**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer

Is the claim subject to offset? ■ No ☐ Yes

$2,214.00

---

Debtor **Phoeno Wine Company, Inc.**
_____     Case number *(if known)* _____
Name

| | |
|---|---|
| 3.189 04 | |

**Nonpriority creditor's name and mailing address**
**Steve Varckette**
**5013 State Rt. 307 East**
**Geneva, OH 44041**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$627.00**

---

| | |
|---|---|
| 3.189 05 | |

**Nonpriority creditor's name and mailing address**
**Steve Virkus**
**3980 Mt. Zion Rd**
**Carrollton, GA 30117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,331.00**

---

| | |
|---|---|
| 3.189 06 | |

**Nonpriority creditor's name and mailing address**
**Steve W**
**1825 W King St**
**Cocoa Hyundai**
**Cocoa, FL 32926**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| | |
|---|---|
| 3.189 07 | |

**Nonpriority creditor's name and mailing address**
**Steve W**
**9502 Park Dr**
**Apt 302**
**Omaha, NE 68127**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| | |
|---|---|
| 3.189 08 | |

**Nonpriority creditor's name and mailing address**
**Steve W 13435581**
**401 Warren Circle**
**Clarksville, TN 37040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

| | |
|---|---|
| 3.189 09 | |

**Nonpriority creditor's name and mailing address**
**Steve Winner**
**4242 Gigling Rd**
**Central Coast Federal Credit Union**
**Seaside, CA 93955**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$13,988.00**

---

| | |
|---|---|
| 3.189 10 | |

**Nonpriority creditor's name and mailing address**
**Steve Winterfeldt**
**1825 W King St**
**Cocoa Hyundai**
**Cocoa, FL 32926**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$439.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.189 11 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,243.00 |

**Steve Withington**
**1563 N 122nd St**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 12 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $254.00 |

**Steve Wyble**
**3603 Tournament Dr**
**Elgin, IL 60124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 13 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $646.00 |

**Steve Wyrick**
**9502 Park Dr**
**Apt 302**
**Omaha, NE 68127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 14 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15.00 |

**Steve Y**
**690 Island Way Apt 203**
**Clearwater Beach, FL 33767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 15 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $519.00 |

**Steve Yaymayan**
**6406 Day St**
**Tujunga, CA 91042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 16 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $772.00 |

**Steve Zimmermann**
**9762 210th St. Ct. N.**
**Forest Lake, MN 55025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 17 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $180.00 |

**Stevemoore Copilsburywinthropllp**
**4600 Spicewood Dr**
**Charlotte, NC 28227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.189 18**

**Nonpriority creditor's name and mailing address**

**Steven A**
**35 Glen Dr**
**Yardley, PA 19067**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$33,446.00**

---

**3.189 19**

**Nonpriority creditor's name and mailing address**

**Steven Aaron**
**35 Glen Dr**
**Yardley, PA 19067**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.189 20**

**Nonpriority creditor's name and mailing address**

**Steven Azzara**
**627 Meade Dr Sw**
**Leesburg, VA 20175**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

**$220.00**

---

**3.189 21**

**Nonpriority creditor's name and mailing address**

**Steven Battles**
**48 Haskins Ranch Cir**
**Danville, CA 94506**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$53.33**

---

**3.189 22**

**Nonpriority creditor's name and mailing address**

**Steven Bernstein**
**7798 Solitude Ct**
**Mclean, VA 22102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.189 23**

**Nonpriority creditor's name and mailing address**

**Steven Bertoni**
**8 N Cherry Ln**
**Rumson, NJ 07760**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

**$56.00**

---

**3.189 24**

**Nonpriority creditor's name and mailing address**

**Steven Bourn**
**11501 W 81st St Apt 118**
**Lenexa, KS 66214**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

Is the claim subject to offset? ■ No ☐ Yes

**$1,950.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 3.189 25 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$164.00** |

**Steven Brown**
**15305 Bowsprit Ct**
**Corpus Christi, TX 78418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Customer_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 26 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$98.00** |

**Steven Brown**
**5024 Elmdale Dr**
**Rolling Hills Estates, CA 90274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Customer_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 27 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |

**Steven Bruner**
**10481 Randall St**
**Orange, CA 92689**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Customers - Deferred Credit_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 28 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22.00** |

**Steven C**
**4206 Sw 12th Pl**
**Cape Coral, FL 33914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Customers - Deferred Credit_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 29 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9.00** |

**Steven C**
**6525 E Cave Creek Rd**
**Unit 3**
**Cave Creek, AZ 85331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Customers - Deferred Credit_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 30 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$71.80** |

**Steven C 18333**
**22979 Canyon Terrace Dr**
**Castro Valley, CA 94552**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Customers - Deferred Credit_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 31 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55.00** |

**Steven Cardello**
**230 14th Pl NE**
**Washington, DC 20002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Customer_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_   _____

---

| 3.189 32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$118.00** |
|---|---|---|---|

**Steven Carroll**
**6525 E Cave Creek Rd**
**Unit 3**
**Cave Creek, AZ 85331**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$29.00** |
|---|---|---|---|

**Steven Castro**
**27718 Wilson Run Ln**
**Fulshear, TX 77441**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$808.00** |
|---|---|---|---|

**Steven Cowan**
**2218 Eagle Bluff Dr**
**Valrico, FL 33596**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$573.00** |
|---|---|---|---|

**Steven Cox**
**4206 Sw 12th Pl**
**Cape Coral, FL 33914**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$120.00** |
|---|---|---|---|

**Steven Davison**
**5641 Gross Ave NE**
**Canton, OH 44721**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$30.00** |
|---|---|---|---|

**Steven Delaroche**
**300 Belleview Unit 1**
**Crested Butte, CO 81224**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$3,945.00** |
|---|---|---|---|

**Steven Dowgielewicz**
**10 Sylvia Ln**
**Amsterdam, NY 12010**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

**3.189 39**

**Nonpriority creditor's name and mailing address**

**Steven Dzilvelis**
**5690 Steeplechase Dr**
**Longmont, CO 80503**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$396.00**

---

**3.189 40**

**Nonpriority creditor's name and mailing address**

**Steven E**
**1025 Leah Ln Se**
**Atlanta, GA 30316**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

**3.189 41**

**Nonpriority creditor's name and mailing address**

**Steven E**
**8425 S Valadez St**
**Las Vegas, NV 89113**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.189 42**

**Nonpriority creditor's name and mailing address**

**Steven Eckert**
**8425 S Valadez St**
**Las Vegas, NV 89113**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,375.00**

---

**3.189 43**

**Nonpriority creditor's name and mailing address**

**Steven Eiss**
**2745 E Powell Way**
**Gilbert, AZ 85298**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$144.00**

---

**3.189 44**

**Nonpriority creditor's name and mailing address**

**Steven Epstein**
**294 Beach Ave**
**1st Fl**
**Staten Island, NY 10306**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$8.75**

---

**3.189 45**

**Nonpriority creditor's name and mailing address**

**Steven F**
**429 S Webster Ave**
**Omro, WI 54963**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number _(if known)_   _____
Name

| 3.189 46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $530.00 |
|---|---|---|---|

**Steven Farkas**
**700 W Norvell Bryant Hwy**
**Citrus Hills, FL 34442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $28.00 |
|---|---|---|---|

**Steven Foertsch**
**12212 S 69th Ave**
**Palos Heights, IL 60463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $42.00 |
|---|---|---|---|

**Steven G**
**20 Crisileo Way**
**Canton, MA 02021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $140.00 |
|---|---|---|---|

**Steven Gaines**
**7672 Jones Rd**
**White House, TN 37188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $35.00 |
|---|---|---|---|

**Steven Gaudreau**
**1768 E 700th Rd**
**Lawrence, KS 66049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $69.00 |
|---|---|---|---|

**Steven Gaziano**
**20 Crisileo Way**
**Canton, MA 02021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $998.00 |
|---|---|---|---|

**Steven Golinowski**
**35 Pheasant Run Lane**
**Dix Hills, NY 11746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
         Name

---

| 3.189 53 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Steven H**
**240 Carpenter Ct**
**Dixon, CA 95620**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,789.00**

---

| 3.189 54 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Steven H**
**31 Ridgeway Street**
**Depew, NY 14043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$40.00**

---

| 3.189 55 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Steven Han**
**14130 Noblewood Plz Ste 204**
**Woodbridge, VA 22193**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$310.00**

---

| 3.189 56 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Steven Hassett**
**3092 Novus St**
**Sarasota, FL 34237**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$597.00**

---

| 3.189 57 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Steven Heintz**
**4911 E Inverness Drive**
**Post Falls, ID 83854**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$156.00**

---

| 3.189 58 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Steven Hixenbaugh**
**180 West Lakeview Ave**
**Columbus, OH 43202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$5,109.00**

---

| 3.189 59 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Steven Hoffer**
**4735 Olde Village Ln**
**Dunwoody, GA 30338**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$465.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.189 60 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Steven Johnson**
**2751 Debarr Rd Ste 310**
**Anchorage, AK 99508**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

| 3.189 61 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Steven K**
**4051 Green Pond Rd**
**Easton, PA 18045**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.189 62 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Steven K**
**4126 Monticello Blvd**
**Youngstown, OH 44505**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.189 63 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Steven Kennel**
**4126 Monticello Blvd**
**Youngstown, OH 44505**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,849.00**

---

| 3.189 64 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Steven Kinnally**
**7 Camelot Way**
**Oraangeburg, NY 10962**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$859.00**

---

| 3.189 65 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Steven L**
**1700 Jalisco Ct**
**San Luis Obispo, CA 93405**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.189 66 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Steven M**
**21 Oak Leaf Cir**
**Crossville, TN 38558**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (*if known*) _____

---

| 3.189 67 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**Steven M**
8038 Rockford Pl
Pleasanton, CA 94566

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 68 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,700.00** |

**Steven Mckinnon**
23790 Farmington Hills Ct
Aldie, VA 20105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 69 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29.00** |

**Steven Morris**
1295 Cambridge Rd
Berkley, MI 48072

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 70 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,822.00** |

**Steven Moser**
1012 Via Romero
Palos Verdes Estates, CA 90274

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 71 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$259.00** |

**Steven Mowal**
21901 Lassen St Unit 91
Chatsworth, CA 91311

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 72 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17.00** |

**Steven N**
2952 Lonni Ln
Merrick, NY 11566

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 73 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$340.00** |

**Steven Nash**
24 Nassau Rd
Verona, NJ 07044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **Phoeno Wine Company, Inc.**
_____     Case number (if known) _____
Name

---

**3.189 74**

**Nonpriority creditor's name and mailing address**

**Steven Neel**
**4700 Lakeshore Court**
**Colleyville, TX 76034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,804.00**

---

**3.189 75**

**Nonpriority creditor's name and mailing address**

**Steven Ortiz**
**1907 W California St**
**San Diego, CA 92110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$105.00**

---

**3.189 76**

**Nonpriority creditor's name and mailing address**

**Steven Panowyk**
**15904 E Cholla Dr**
**Fountain Hills, AZ 85268**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$135.00**

---

**3.189 77**

**Nonpriority creditor's name and mailing address**

**Steven Peralta**
**2055 E Sahara Ave**
**Las Vegas, NV 89104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

**3.189 78**

**Nonpriority creditor's name and mailing address**

**Steven Perrins**
**7505 Queens Ct**
**Downers Grove, IL 60516**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$223.00**

---

**3.189 79**

**Nonpriority creditor's name and mailing address**

**Steven Perrotta**
**142 Roosevelt Dr**
**Trumbull, CT 06611**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$216.00**

---

**3.189 80**

**Nonpriority creditor's name and mailing address**

**Steven Phillips**
**1359 N Westwood Blvd**
**Poplar Bluff, MO 63901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$854.00**

---

Debtor  **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 3.189 81 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,143.00** |

**Steven Piercy**
**134 Manns Hill Rd**
**Littleton, NH 03561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 82 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$199.00** |

**Steven Poirier**
**700 Lancaster Ave**
**Malvern, PA 19355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 83 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27.67** |

**Steven Q**
**1281 Lucinda Way**
**Tustin, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 84 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$132.00** |

**Steven Quartly**
**1281 Lucinda Way**
**Tustin, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 85 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31.49** |

**Steven R**
**1000 Cherry Ave**
**San Bruno, CA 94066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 86 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$279.00** |

**Steven R**
**3300 S Treasure Cove Pl**
**Tucson, AZ 85713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 87 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,782.00** |

**Steven Reynolds**
**13154 State Highway 155 S Ste A**
**Tyler, TX 75703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.189 88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,401.00** |

**Steven Rheaume**
**3300 S Treasure Cove Pl**
**Tucson, AZ 85713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$112.00** |

**Steven Rossi**
**800 Collany Rd Unit 305**
**Tierra Verde, FL 33715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,158.00** |

**Steven Rutenberg**
**160 Fountain Pkwy N Ste 210**
**St Petersburg, FL 33716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**Steven S**
**1300 Rimer Dr**
**Moraga, CA 94556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20.00** |

**Steven S**
**3702 N Highway A1a Apt 804**
**Hutchinson Island, FL 34949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**Steven S**
**375 Clubhouse Fork**
**Ste 161597**
**Big Sky, MT 59716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$579.00** |

**Steven S**
**4957 Lakemont Blvd Se**
**C4-292**
**Bellevue, WA 98006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
         _____
         Name

Case number *(if known)* _____

---

**3.189 95**

**Nonpriority creditor's name and mailing address**

**Steven S**
**560 Gatlin Creek Rd**
**Dripping Springs, TX 78620**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$9.00

---

**3.189 96**

**Nonpriority creditor's name and mailing address**

**Steven S**
**708 Main Street**
**10th Floor**
**Houston, TX 77002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$36.00

---

**3.189 97**

**Nonpriority creditor's name and mailing address**

**Steven S**
**7211 Fiesta Flower**
**Katy, TX 77494**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

**3.189 98**

**Nonpriority creditor's name and mailing address**

**Steven S**
**8 Valleys Crest Court**
**Owings Mills, MD 21117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.189 99**

**Nonpriority creditor's name and mailing address**

**Steven Sanchez**
**5801 W Park Dr**
**Ione, CA 95640**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$68.00

---

**3.190 00**

**Nonpriority creditor's name and mailing address**

**Steven Schropp**
**560 Gatlin Creek Rd**
**Dripping Springs, TX 78620**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$170.00

---

**3.190 01**

**Nonpriority creditor's name and mailing address**

**Steven Seigworth**
**7211 Fiesta Flower**
**Katy, TX 77494**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$246.00

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Phoeno Wine Company, Inc.**

_____

Name

Case number *(if known)* _____

---

| 3.190 |
| 02 |

**Nonpriority creditor's name and mailing address**

**Steven Slead**
**13361 Laurinda Way**
**North Tustin, CA 92705**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,656.00**

---

| 3.190 |
| 03 |

**Nonpriority creditor's name and mailing address**

**Steven Slon**
**21729 Juego Cir Unit Ic**
**Boca Raton, FL 33433**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,514.00**

---

| 3.190 |
| 04 |

**Nonpriority creditor's name and mailing address**

**Steven Sodders**
**202 5th Ave Se**
**State Center, IA 50247**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$735.00**

---

| 3.190 |
| 05 |

**Nonpriority creditor's name and mailing address**

**Steven Swengel**
**800 Pollard Rd Ste A**
**Los Gatos, CA 95032**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$222.00**

---

| 3.190 |
| 06 |

**Nonpriority creditor's name and mailing address**

**Steven T**
**1190 Bridge St**
**C/O Ups Acc Pt : Advanced Auto Parts**
**Lowell, MA 01850**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

| 3.190 |
| 07 |

**Nonpriority creditor's name and mailing address**

**Steven Tague**
**1190 Bridge St**
**C/O UPS Acc Pt : Advanced Auto Parts**
**Lowell, MA 01850**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,917.00**

---

| 3.190 |
| 08 |

**Nonpriority creditor's name and mailing address**

**Steven Telford**
**31 Home Depot Dr**
**Plymouth, MA 02360**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.190**
**09**

**Nonpriority creditor's name and mailing address**

**Steven Tosti**
**425 5th Avenue**
**Apt 43d**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.190**
**10**

**Nonpriority creditor's name and mailing address**

**Steven V**
**16600 Mark Rd**
**Madera, CA 93636**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$6.00**

---

**3.190**
**11**

**Nonpriority creditor's name and mailing address**

**Steven Valentine**
**51755 Washington**
**New Baltimore, MI 48047**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$658.00**

---

**3.190**
**12**

**Nonpriority creditor's name and mailing address**

**Steven Vitali**
**915 Sidehill Drive**
**Bel Air, MD 21015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$131.00**

---

**3.190**
**13**

**Nonpriority creditor's name and mailing address**

**Steven Vonfrolio**
**10400 Devon Ct**
**Newburgh, IN 47630**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$505.00**

---

**3.190**
**14**

**Nonpriority creditor's name and mailing address**

**Steven W**
**5 Apple Hill Dr**
**Cromwell, CT 06416**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

**3.190**
**15**

**Nonpriority creditor's name and mailing address**

**Steven Wagner**
**1716 Richard Ervin Pkwy**
**Tarpon Springs, FL 34688**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,661.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name                                                    Case number (if known)

---

| 3.190 16 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steven Warfe**
**908 Niagara Falls Blvd**
**Events At The Wurlitzer**
**North Tonawanda, NY 14120**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$84.00**

---

| 3.190 17 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steven Warnerjr.**
**5 Apple Hill Dr**
**Cromwell, CT 06416**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$662.00**

---

| 3.190 18 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steven Wescott**
**679 Lebanon Road**
**North Berwick, ME 03906**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$3,376.00**

---

| 3.190 19 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steven Zabel**
**1275 Enclave Rd**
**Chattanooga, TN 37415**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$5,342.00**

---

| 3.190 20 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stevie H**
**1907 Hamilton Ave**
**Austin, TX 78702**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$79.00**

---

| 3.190 21 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stewart Craig**
**17 5th St**
**Cambridge, MA 02141**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.190 22 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stewart Higgins**
**237 Tarracina Way**
**Daytona Beach, FL 32117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,153.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known)    _____

---

| 3.190 23 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Stewart J 13426239**
**4777 Linda Vista Ave**
**Napa, CA 94558**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,402.00**

---

| 3.190 24 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Stewart Jagoda**
**4777 Linda Vista Ave**
**Napa, CA 94558**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.190 25 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Stewart M**
**110 Maple Brook Ct**
**Simpsonville, SC 29681**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.190 26 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Stewart Mcnutt**
**30 Edgewater Ave**
**North East, MD 21901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$953.00**

---

| 3.190 27 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Stewart Stephen**
**7225 Pelican Bay Blvd Unit 2105**
**Naples, FL 34108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,195.00**

---

| 3.190 28 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sthisavannah Siwinile**
**3217 Curtis St Unit B**
**Nashville, TN 37218**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$590.00**

---

| 3.190 29 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Stig Soerensen**
**330 E 38th St Apt 34d**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$21,755.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Case number *(if known)*

Name

| 3.190 30 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |

**Stinson C**
**813 Rutledge Ave**
**Charleston, SC 29403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 31 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$145.00** |

**Stuart Donnett**
**3781 Isabella Ave**
**Cincinnati, OH 45209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 32 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$312.00** |

**Stuart Farb**
**4801 Sherman Blvd**
**Galveston, TX 77551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 33 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$108.00** |

**Stuart Faucheux**
**418 Plater Dr**
**Thibodaux, LA 70301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 34 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,012.00** |

**Stuart Fricke**
**1519 W Nottingham Ln**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 35 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$58.00** |

**Stuart Greenberg**
**12631 Bahia Ct**
**Pensacola, FL 32507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 36 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**Stuart H**
**6102 Galahad**
**Malibu, CA 90265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **Phoeno Wine Company, Inc.**
_____     Case number _(if known)_    _____
Name

| 3.190 37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$18.00** |
|---|---|---|---|

**Stuart K**
**448 W 25th St**
**Upland, CA 91784**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Customers - Deferred Credit_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.190 38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$498.00** |
|---|---|---|---|

**Stuart Kessler**
**5550 W Executive Dr Ste 550**
**Tampa, FL 33609**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Customer_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.190 39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$837.00** |
|---|---|---|---|

**Stuart Lindeman**
**394 Nortontown Rd**
**Guilford, CT 06437**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Customer_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.190 40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$802.00** |
|---|---|---|---|

**Stuart Mcmahen**
**1499 Frenchmans Bend Rd**
**Monroe, LA 71203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Customer_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.190 41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$25.00** |
|---|---|---|---|

**Stuart Murray**
**3358 Sloat Run**
**Chico, CA 95973**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Customer_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.190 42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$628.00** |
|---|---|---|---|

**Stuart Nayman**
**303 E 83rd St Apt 7a**
**New York, NY 10028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Customer_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.190 43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$12,565.00** |
|---|---|---|---|

**Stuart Ridge**
**2413 Plaza Eva**
**Chula Vista, CA 91914**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Customer_

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.190 44 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stuart Thompson**
**2324 Chace Ct**
**Plano, TX 75023**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.190 45 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Su Spencer**
**2706 Ave J**
**Council Bluffs, IA 51501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$45.00**

---

| 3.190 46 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Subhash Kothari**
**5 Warrenton Ln**
**Colts Neck, NJ 07722**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$156.00**

---

| 3.190 47 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Subrosaetvinum**
**2789 Haverhill Dr**
**Clearwater, FL 33761**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$2,940.00**

---

| 3.190 48 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sudad Shaoo**
**3317 Wentworth Dr**
**Jamul, CA 91935**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$134.00**

---

| 3.190 49 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sudha T**
**7910 E Hartmoor St**
**Wichita, KS 67206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.190 50 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sudhir Sudhir**
**2512 Nottingham Ln**
**Naperville, IL 60565**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$272.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.190 51 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sue Bubel**
**85 Cox Road**
**Santa Rosa Beach, FL 32459**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$204.00**

---

| 3.190 52 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sue G**
**94 N Lake Shore Dr**
**Brookfield, CT 06804**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| 3.190 53 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sue K**
**9008 Home Guard Dr**
**Burke, VA 22015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.190 54 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sue Linder**
**2805 S La Brea Ave**
**Los Angeles, CA 90016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$31,040.00**

---

| 3.190 55 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sue Reitz**
**2528 Longfellow Pl**
**Billings, MT 59102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$532.00**

---

| 3.190 56 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sue S**
**312 New York Ave Apt 2**
**Jersey City, NJ 07307**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$172.00**

---

| 3.190 57 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sue Shankar**
**312 New York Ave Apt 2**
**Jersey City, NJ 07307**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$666.00**

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.190 58 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sue Sloan**
**2243 Pacific Ave. B104**
**Costa Mesa, CA 92927**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$231.00**

---

| 3.190 59 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sue T**
**820 Riverwood Pl Sw**
**Owatonna, MN 55060**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$3,792.00**

---

| 3.190 60 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sue Tuma**
**820 Riverwood Pl Sw**
**Owatonna, MN 55060**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,997.00**

---

| 3.190 61 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sue Viila**
**25632 Ashby Way**
**Lake Forest, CA 92630**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$56.00**

---

| 3.190 62 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sue Wolfe**
**2156 Harvest Pl**
**Livermore, CA 94550**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$875.00**

---

| 3.190 63 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Suerische Villarosa**
**6721 Forbes Avenue**
**Lake Balboa, CA 91406**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$516.00**

---

| 3.190 64 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Suketu Upadhyay**
**1809 Cold Springs Dr**
**West Chester, PA 19382**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$690.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

---

| 3.190 65 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sukhmani Jassar**
**268 Sw 297th Street**
**Federal Way, WA 98023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$38.00

---

| 3.190 66 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sukhveersingh**
**355 Mindanao Dr**
**Redwood City, CA 94065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$169.71

---

| 3.190 67 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sumer Sareen**
**435 W 31st St Apt 52d**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$93.00

---

| 3.190 68 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sumit C**
**2541 California Street**
**Unit 2**
**San Francisco, CA 94115**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| 3.190 69 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sumit Chachra**
**2541 California Street**
**Unit 2**
**San Francisco, CA 94115**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.190 70 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sumit Sheth**
**671 Sandy NEck Ln Apt 201**
**Altamonte Springs, FL 32714**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$782.00

---

| 3.190 71 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Summer Patmor**
**19 Homestead Street**
**San Francisco, CA 94114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$65.22

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.190 |
|-------|
| 72 |

**Nonpriority creditor's name and mailing address**

**Sun K**
**230 Central Park W Apt 6d**
**New York, NY 10024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.190 |
|-------|
| 73 |

**Nonpriority creditor's name and mailing address**

**Sunday Woods**
**1714 Ashley Dr.**
**Lebanon, IN 46052**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$180.00

---

| 3.190 |
|-------|
| 74 |

**Nonpriority creditor's name and mailing address**

**Sundeep Lal**
**64 Bergen Ridge Rd Unit 1**
**North Bergen, NJ 07047**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.190 |
|-------|
| 75 |

**Nonpriority creditor's name and mailing address**

**Sunguk Jang**
**3255 Legends Way**
**Pepper Pike, OH 44124**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.190 |
|-------|
| 76 |

**Nonpriority creditor's name and mailing address**

**Sunil C**
**923 Theresa Court**
**Menlo Park, CA 94025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| 3.190 |
|-------|
| 77 |

**Nonpriority creditor's name and mailing address**

**Sunil R**
**One Sandy Court**
**Garden City, NY 11530**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

| 3.190 |
|-------|
| 78 |

**Nonpriority creditor's name and mailing address**

**Sunilvarma Chiluvuri**
**4101 Laclede Ave Unit 503**
**Saint Louis, MO 63108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$153.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
Name

| | |
|---|---|
| **3.190 79** | |

**Nonpriority creditor's name and mailing address**

**Sunita P**
**546 34th Avenue**
**San Francisco, CA 94121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| | |
|---|---|
| **3.190 80** | |

**Nonpriority creditor's name and mailing address**

**Suniti Ponkshe**
**12 Exeter Ln**
**Hamburg, NJ 07419**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer

Is the claim subject to offset? ■ No ☐ Yes

**$462.00**

---

| | |
|---|---|
| **3.190 81** | |

**Nonpriority creditor's name and mailing address**

**Sunni Turner**
**655 Yale St, Apt 456**
**Houston, TX 77007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| | |
|---|---|
| **3.190 82** | |

**Nonpriority creditor's name and mailing address**

**Sunny Mathur**
**6837 NEedwood Road**
**Rockville, MD 20855**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer

Is the claim subject to offset? ■ No ☐ Yes

**$112.00**

---

| | |
|---|---|
| **3.190 83** | |

**Nonpriority creditor's name and mailing address**

**Surbhi D**
**2 Leighton St Apt 339**
**Cambridge, MA 02141**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| | |
|---|---|
| **3.190 84** | |

**Nonpriority creditor's name and mailing address**

**Suresh M**
**30 Saint Felix St Apt 1a**
**Brooklyn, NY 11217**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| | |
|---|---|
| **3.190 85** | |

**Nonpriority creditor's name and mailing address**

**Suresh P**
**7089 Inverness Drive**
**Kalamazoo, MI 49009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers - Deferred Credit

Is the claim subject to offset? ■ No ☐ Yes

**$48.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.190 86**

**Nonpriority creditor's name and mailing address**

**Suresh Potluri**
**7089 Inverness Drive**
**Kalamazoo, MI 49009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,628.00**

---

**3.190 87**

**Nonpriority creditor's name and mailing address**

**Susan A**
**139 Peach Road**
**Milton, NY 12547**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.190 88**

**Nonpriority creditor's name and mailing address**

**Susan A**
**340 Eagle Point Drive**
**Lyndhurst, OH 44124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$33.00**

---

**3.190 89**

**Nonpriority creditor's name and mailing address**

**Susan Aluzri**
**340 Eagle Point Drive**
**Lyndhurst, OH 44124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$31.00**

---

**3.190 90**

**Nonpriority creditor's name and mailing address**

**Susan Anderson**
**9289 Hanover Crossing Dr**
**Apt E**
**Mechanicsville, VA 23116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.190 91**

**Nonpriority creditor's name and mailing address**

**Susan Andrews**
**1756 N Mohawk St Apt 2e**
**Chicago, IL 60614**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,552.00**

---

**3.190 92**

**Nonpriority creditor's name and mailing address**

**Susan B**
**542 Oxford St**
**Houston, TX 77007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

Debtor   **Phoeno Wine Company, Inc.**

     Name

Case number *(if known)*

---

**3.190 93**

**Nonpriority creditor's name and mailing address**

**Susan Bennett**
**123 W Delaware Place**
**Chicago, IL 60610**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$359.00**

---

**3.190 94**

**Nonpriority creditor's name and mailing address**

**Susan Block**
**800 J St Unit 315**
**Sacramento, CA 95814**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$314.00**

---

**3.190 95**

**Nonpriority creditor's name and mailing address**

**Susan Bombard**
**16529 S 179th Ln**
**Goodyear, AZ 85338**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$773.00**

---

**3.190 96**

**Nonpriority creditor's name and mailing address**

**Susan Brienxagordon**
**2 Autumn Ln**
**Apt, Suite, Floor, Etc**
**Saratoga Springs, NY 12866**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$290.00**

---

**3.190 97**

**Nonpriority creditor's name and mailing address**

**Susan C**
**303 Carina Drive**
**Jupiter, FL 33478**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.190 98**

**Nonpriority creditor's name and mailing address**

**Susan C**
**304 10th Ave N**
**North Myrtle Beach, SC 29582**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.190 99**

**Nonpriority creditor's name and mailing address**

**Susan Canham**
**4416 Sw 20th Ave**
**Cape Coral, FL 33914**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,763.00**

---

Official Form 206 E/F

Debtor   **Phoeno Wine Company, Inc.**

_____
Name

Case number _(if known)_   _____

---

| 3.191 00 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $194.00 |

**Susan Castro**
**6502 Collingwood Dr.**
**Westerville, OH 43082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.191 01 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $80.00 |

**Susan Cherches**
**12922 W Bent Tree Dr**
**Peoria, AZ 85383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.191 02 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $211.00 |

**Susan Chiera**
**10937 NW 61st Ct**
**Parkland, FL 33076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.191 03 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $90.00 |

**Susan Cimini**
**205 Stella St**
**Metairie, LA 70005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.191 04 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Susan Collins**
**22800 Bulverde Rd Apt 1604**
**San Antonio, TX 78261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.191 05 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $10.00 |

**Susan E**
**16578 Lower Colfax Road**
**Grass Valley, CA 95945**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.191 06 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $14.86 |

**Susan E 13430429**
**14811 Springfield Road**
**Darnestown, MD 20874**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                      Case number *(if known)*
          Name

---

**3.191**
**07**

**Nonpriority creditor's name and mailing address**

**Susan Finkelstein**
**5574 Knoxboro Rd**
**Munnsville, NY 13409**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$70.00**

---

**3.191**
**08**

**Nonpriority creditor's name and mailing address**

**Susan Gatta**
**32 Rush West Rush Rd**
**Rush, NY 14543**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$314.00**

---

**3.191**
**09**

**Nonpriority creditor's name and mailing address**

**Susan Guzzo**
**3131 Corlear Dr**
**Baldwinsville, NY 13027**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$247.00**

---

**3.191**
**10**

**Nonpriority creditor's name and mailing address**

**Susan Hart**
**2452 Club Rd**
**Columbus, OH 43221**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$272.00**

---

**3.191**
**11**

**Nonpriority creditor's name and mailing address**

**Susan Hill**
**8124 Blue NEedle Ln**
**Apex, NC 27539**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

**3.191**
**12**

**Nonpriority creditor's name and mailing address**

**Susan Hoffberg**
**4841 Willows Rd**
**Chesapeake Beach, MD 20732**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,349.00**

---

**3.191**
**13**

**Nonpriority creditor's name and mailing address**

**Susan Honey**
**112 Ivy Ln**
**Albany, GA 31721**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$494.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.191 14 | **Nonpriority creditor's name and mailing address** **Susan J** **1942 Lago Vista Blvd** **Palm Harbor, FL 34685** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **Customers - Deferred Credit** Is the claim subject to offset? ■ No ☐ Yes | **$50.00** |

| | | |
|---|---|---|
| 3.191 15 | **Nonpriority creditor's name and mailing address** **Susan Knapp** **2574 Appian Way** **Pinole, CA 94564** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **Customer** Is the claim subject to offset? ■ No ☐ Yes | **$196.00** |

| | | |
|---|---|---|
| 3.191 16 | **Nonpriority creditor's name and mailing address** **Susan Laine** **4912 Long Shadow Ter** **Midlothian, VA 23112** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **Customer** Is the claim subject to offset? ■ No ☐ Yes | **$670.00** |

| | | |
|---|---|---|
| 3.191 17 | **Nonpriority creditor's name and mailing address** **Susan M** **336 North Ave** **Hilton, NY 14468** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **Customers - Deferred Credit** Is the claim subject to offset? ■ No ☐ Yes | **$10.00** |

| | | |
|---|---|---|
| 3.191 18 | **Nonpriority creditor's name and mailing address** **Susan M** **4408 W Dale Ave** **Tampa, FL 33609** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **Customers - Deferred Credit** Is the claim subject to offset? ■ No ☐ Yes | **$20.00** |

| | | |
|---|---|---|
| 3.191 19 | **Nonpriority creditor's name and mailing address** **Susan M** **837 N 27th St** **Philadelphia, PA 19130** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **Customers - Deferred Credit** Is the claim subject to offset? ■ No ☐ Yes | **$4.00** |

| | | |
|---|---|---|
| 3.191 20 | **Nonpriority creditor's name and mailing address** **Susan Malandra** **1 Romopock Court** **Mahwah, NJ 07430** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **Customer** Is the claim subject to offset? ■ No ☐ Yes | **$214.00** |

Debtor   **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

---

**3.191
21**

**Nonpriority creditor's name and mailing address**

**Susan Mays**
**1211 Hall Johnson Rd**
**Colleyville, TX 76034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$375.00**

---

**3.191
22**

**Nonpriority creditor's name and mailing address**

**Susan Mcpherson**
**2938 Boies Drive**
**2938 Boies Drive**
**Pleasant Hill, CA 94523**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,848.00**

---

**3.191
23**

**Nonpriority creditor's name and mailing address**

**Susan Montenegro**
**837 N 27th St**
**Philadelphia, PA 19130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$49.00**

---

**3.191
24**

**Nonpriority creditor's name and mailing address**

**Susan N**
**713 Andover Boulevard**
**Knoxville, TN 37934**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.191
25**

**Nonpriority creditor's name and mailing address**

**Susan Nugent**
**51 Perona Ln**
**Staten Island, NY 10308**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.191
26**

**Nonpriority creditor's name and mailing address**

**Susan Okeefe**
**5202 Pine Forest Rd**
**Houston, TX 77056**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$155.00**

---

**3.191
27**

**Nonpriority creditor's name and mailing address**

**Susan P**
**10982 Coventry Place**
**Santa Ana, CA 92705**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.191
28**

**Nonpriority creditor's name and mailing address**

**Susan P**
**8904 Chalk Knoll Dr**
**Austin, TX 78735**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$23.00

---

**3.191
29**

**Nonpriority creditor's name and mailing address**

**Susan Pallace**
**2433 Hess Rd**
**Fallston, MD 21047**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$19.00

---

**3.191
30**

**Nonpriority creditor's name and mailing address**

**Susan Pan**
**7651 Las Brisas Ct**
**Eastvale, CA 92880**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$29.00

---

**3.191
31**

**Nonpriority creditor's name and mailing address**

**Susan Pattonbrown**
**3900 NE 16th Ter**
**Oakland Park, FL 33334**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$298.00

---

**3.191
32**

**Nonpriority creditor's name and mailing address**

**Susan Pedone**
**8904 Chalk Knoll Dr**
**Austin, TX 78735**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,090.00

---

**3.191
33**

**Nonpriority creditor's name and mailing address**

**Susan Penney**
**4104 Ramsey Rd**
**Yukon, OK 73099**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$145.00

---

**3.191
34**

**Nonpriority creditor's name and mailing address**

**Susan Pursche**
**22 Vermilion Clfs**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$210.00

---

Debtor    **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

---

**3.191**
**35**

**Nonpriority creditor's name and mailing address**

**Susan Query**
**24 Beaverdam Knoll Rd**
**Asheville, NC 28804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$186.00

---

**3.191**
**36**

**Nonpriority creditor's name and mailing address**

**Susan R**
**1533 England Dr**
**Columbus, OH 43240**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$26.00

---

**3.191**
**37**

**Nonpriority creditor's name and mailing address**

**Susan Ristow**
**1533 England Dr**
**Columbus, OH 43240**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$880.00

---

**3.191**
**38**

**Nonpriority creditor's name and mailing address**

**Susan Robinson**
**624 Vesper Trl**
**Queen Creek, AZ 85140**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$108.00

---

**3.191**
**39**

**Nonpriority creditor's name and mailing address**

**Susan Rocha**
**3120 Rubino Dr Apt 107**
**San Jose, CA 95125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$32.00

---

**3.191**
**40**

**Nonpriority creditor's name and mailing address**

**Susan Schoettle-Gumm**
**18099 Deer Prairie Drive**
**Sarasota, FL 34240**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$1,822.00

---

**3.191**
**41**

**Nonpriority creditor's name and mailing address**

**Susan Shorey**
**2350 Wailea Pl**
**Sacramento, CA 95833**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$85.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_    _____
Name

| | |
|---|---|
| 3.191 42 | |

**Nonpriority creditor's name and mailing address**
**Susan Smith**
**3 Norman Lane**
**Philadlephia, PA 19118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,688.00**

---

| | |
|---|---|
| 3.191 43 | |

**Nonpriority creditor's name and mailing address**
**Susan T**
**6347 N Del Mar Ave**
**Fresno, CA 93704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$20.00**

---

| | |
|---|---|
| 3.191 44 | |

**Nonpriority creditor's name and mailing address**
**Susan Taylor**
**340 E Randolph St Unit 4306**
**Chicago, IL 60601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$652.00**

---

| | |
|---|---|
| 3.191 45 | |

**Nonpriority creditor's name and mailing address**
**Susan Torchio**
**630 Landis Rd**
**Harleysville, PA 19438**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$2,134.00**

---

| | |
|---|---|
| 3.191 46 | |

**Nonpriority creditor's name and mailing address**
**Susan W**
**137 Farmington Falls Rd**
**Wiles Funeral Home**
**Farmington, ME 04938**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$51.00**

---

| | |
|---|---|
| 3.191 47 | |

**Nonpriority creditor's name and mailing address**
**Susan W**
**15635 James Lane**
**Homer Glen, IL 60491**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$25.00**

---

| | |
|---|---|
| 3.191 48 | |

**Nonpriority creditor's name and mailing address**
**Susan W**
**6443 Lake Trail Dr**
**Westerville, OH 43082**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$12.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____

Name

---

| 3.191 49 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Susan Waha**
**54 Avenue A**
**Bloomington, IL 61704**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$35.01**

---

| 3.191 50 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Susan Waterd**
**12132 Morrie Lane**
**Garden Grove, CA 92840**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$688.00**

---

| 3.191 51 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Susan Whitten**
**5303 Cowhorn Creek Rd**
**Texarkana, TX 75503**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$165.00**

---

| 3.191 52 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Susan Wiles**
**137 Farmington Falls Rd**
**Wiles Funeral Home**
**Farmington, ME 04938**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$613.00**

---

| 3.191 53 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Susan Winckler**
**1350 Olde Towne Rd**
**Alexandria, VA 22307**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$461.00**

---

| 3.191 54 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Susan Winfrey**
**3155 State St**
**Blacksburg, VA 24060**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$309.00**

---

| 3.191 55 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Susan Zaremba**
**251 S Mcculloch Blvd**
**Pueblo West, CO 81007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|--------|------|------|------|
| | Name | | |

**3.191**
**56**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.00 |
|---|---|---|
| **Susan-Crabtree-Fitzpatrick**<br>**3504 Viewell Ave**<br>**Dayton, OH 45414** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.191**
**57**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.00 |
|---|---|---|
| **Susana S**<br>**4711 Pine Circle**<br>**Bellaire, TX 77401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.191**
**58**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180.00 |
|---|---|---|
| **Susanne Kurisu**<br>**1269 Kahili St**<br>**Kailua, HI 96734** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.191**
**59**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $201.00 |
|---|---|---|
| **Susanne Lee**<br>**200 Grand Panama Cir Apt 312**<br>**Panama City Beach, FL 32407** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.191**
**60**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|
| **Susanne S**<br>**18 Delgado Place**<br>**San Francisco, CA 94109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.191**
**61**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $658.00 |
|---|---|---|
| **Susy Zimny**<br>**92 Reads Way Ste 104**<br>**New Castle, DE 19720** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.191**
**62**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.00 |
|---|---|---|
| **Suthitham Kusolasak**<br>**916 Baird Ave**<br>**Santa Clara, CA 95054** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.191 63 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Suzan P**
**2 Windsor**
**Newport Beach, CA 92660**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.191 64 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Suzane Doucette**
**1555 W Dusk Glow Loop**
**Tucson, AZ 85704**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$7,871.00**

---

| 3.191 65 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Suzanne Coca**
**442 Sycamore St**
**Staten Island, NY 10312**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$211.00**

---

| 3.191 66 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Suzanne Crowley**
**19 Elm St**
**Auburn, NY 13021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,012.00**

---

| 3.191 67 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Suzanne Fetter**
**62 Spring St**
**Chester, CT 06412**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

| 3.191 68 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Suzanne Fiorino**
**40 Edisto Dr**
**Bluffton, SC 29910**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.191 69 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Suzanne Gammage**
**4115 E Colter St**
**Phoenix, AZ 85018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,034.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 3.191 70 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Suzanne Graboski**
**748 County Road 642**
**Mentone, AL 35984**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$112.00

---

| 3.191 71 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Suzanne Haining**
**1103 Broadhurst Dr**
**Manchester, MO 63021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$771.00

---

| 3.191 72 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Suzanne Lindsey**
**327 Evans Rd**
**Winchester, TN 37398**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$150.00

---

| 3.191 73 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Suzanne Lucot**
**127 Averys Way**
**Cranberry Township, PA 16066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.191 74 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Suzanne M**
**10055 E Mountainview Lake Drive**
**Unit 1012**
**Scottsdale, AZ 85258**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$5.00

---

| 3.191 75 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Suzanne Marsh**
**121 S Third Street**
**Clarksville, TN 37040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$524.00

---

| 3.191 76 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Suzanne N**
**10930 A P Hill Ct**
**Bristow, VA 20136**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$6.00

---

Debtor   **Phoeno Wine Company, Inc.**
         Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.191 77 | | |

**Nonpriority creditor's name and mailing address**
**Suzanne Naylor**
**10930 A P Hill Ct**
**Bristow, VA 20136**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$372.00**

---

| | |
|---|---|
| 3.191 78 | |

**Nonpriority creditor's name and mailing address**
**Suzanne S**
**21211 Old Ranch Rd**
**Houston, TX 77073**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| | |
|---|---|
| 3.191 79 | |

**Nonpriority creditor's name and mailing address**
**Suzanne Skinner**
**4072 N Sheridan Rd Apt 3a**
**Chicago, IL 60613**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$201.00**

---

| | |
|---|---|
| 3.191 80 | |

**Nonpriority creditor's name and mailing address**
**Suzanne Williams**
**4979 Williams Dr**
**Carmel, IN 46033**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$354.00**

---

| | |
|---|---|
| 3.191 81 | |

**Nonpriority creditor's name and mailing address**
**Suzette C**
**15172 Leipzig Circle**
**Port Charlotte, FL 33981**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

| | |
|---|---|
| 3.191 82 | |

**Nonpriority creditor's name and mailing address**
**Suzie H**
**11373 Mandrake Pt**
**San Diego, CA 92131**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| | |
|---|---|
| 3.191 83 | |

**Nonpriority creditor's name and mailing address**
**Suzy Good**
**3700 Templeton Gap Rd**
**Colorado Springs, CO 80907**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,147.00**

---

Debtor   **Phoeno Wine Company, Inc.**
　　　　　Name

Case number *(if known)*　_____

| | |
|---|---|
| **3.191 84** | |

**Nonpriority creditor's name and mailing address**

**Suzy N**
**2667 Market Center Dr**
**Rockwall, TX 75032**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$9.00**

---

**3.191 85**

**Nonpriority creditor's name and mailing address**

**Suzy Roche**
**6302 NW 77th Street**
**Gainesville, FL 32653**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$33.00**

---

**3.191 86**

**Nonpriority creditor's name and mailing address**

**Svetlana Taskayeva**
**4 Hubbell Ct**
**San Rafael, CA 94901**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$132.00**

---

**3.191 87**

**Nonpriority creditor's name and mailing address**

**Swapan D**
**21 Clarence Place**
**#218**
**San Francisco, CA 94107**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$15.00**

---

**3.191 88**

**Nonpriority creditor's name and mailing address**

**Sydney Evans**
**755 Plum Creek Ct**
**Brighton, CO 80601**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$31.00**

---

**3.191 89**

**Nonpriority creditor's name and mailing address**

**Sydney L**
**3930 Irwin Simpson Rd**
**Mason, OH 45040**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.191 90**

**Nonpriority creditor's name and mailing address**

**Sydney Stuart**
**406 E 18th St**
**Hope, AR 71801**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$307.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.191 91**

**Nonpriority creditor's name and mailing address**

**Sylvain Mirochnikoff**
**898 Park Ave Fl 3**
**New York, NY 10075**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.191 92**

**Nonpriority creditor's name and mailing address**

**Sylvia A**
**175 Lake Destiny Trail**
**Altamonte Springs, FL 32714**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.191 93**

**Nonpriority creditor's name and mailing address**

**Sylvia A**
**443 Spanish View Ln**
**Las Vegas, NV 89110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.191 94**

**Nonpriority creditor's name and mailing address**

**Sylvia Adams**
**175 Lake Destiny Trail**
**Altamonte Springs, FL 32714**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$647.00**

---

**3.191 95**

**Nonpriority creditor's name and mailing address**

**Sylvia Chen**
**325 E Middlefield Rd**
**C/O Igm Biosciences**
**Mountain View, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,505.00**

---

**3.191 96**

**Nonpriority creditor's name and mailing address**

**Sylvia Chen**
**325 E Middlefield Rd**
**C/O Igm Biosciences**
**Mountain View, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$96.26**

---

**3.191 97**

**Nonpriority creditor's name and mailing address**

**Sylvia Saenz**
**16150 Little Cypress Ln**
**Cypress, TX 77429**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

Debtor     **Phoeno Wine Company, Inc.**

       Name

Case number (if known) _____

---

**3.191 98**

**Nonpriority creditor's name and mailing address**

**Sylvia Steinheiser**
**16433 Monocacy Blvd**
**Huntersville, NC 28078**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,356.00**

---

**3.191 99**

**Nonpriority creditor's name and mailing address**

**T Tong**
**71 Lexington Gdns**
**Apt, Suite, Floor, Etc**
**North Haven, CT 06473**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.192 00**

**Nonpriority creditor's name and mailing address**

**T W**
**1935 Stone Valley Dr**
**North Liberty, IA 52317**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.192 01**

**Nonpriority creditor's name and mailing address**

**T Womack**
**604 N Crest Road**
**Chattanooga, TN 37404**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$618.00**

---

**3.192 02**

**Nonpriority creditor's name and mailing address**

**Tab Burkhalter**
**1500 W Broadway Ave**
**Maryville, TN 37801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,328.00**

---

**3.192 03**

**Nonpriority creditor's name and mailing address**

**Tabitha D**
**1 Us Bank Plz**
**Thompson Coburn Llp**
**Saint Louis, MO 63101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$863.00**

---

**3.192 04**

**Nonpriority creditor's name and mailing address**

**Tabitha Davisson**
**1 Us Bank Plz**
**Thompson Coburn Llp**
**Saint Louis, MO 63101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$365.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

**3.192 05**

**Nonpriority creditor's name and mailing address**

**Tad Wiser**
**18666 E Vassar Dr**
**Aurora, CO 80013**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$76.00**

---

**3.192 06**

**Nonpriority creditor's name and mailing address**

**Tadeu Ferreira**
**333 Se 2nd Ave Ste 2510**
**#NAME?**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$932.00**

---

**3.192 07**

**Nonpriority creditor's name and mailing address**

**Taewoong Y**
**2510 Secretariat Dr**
**Pleasanton, CA 94566**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customers - Deferred Credit_

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.192 08**

**Nonpriority creditor's name and mailing address**

**Taffie Hale**
**149 Timberwood Dr**
**Horseshoe Bend, ID 83629**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$26,415.00**

---

**3.192 09**

**Nonpriority creditor's name and mailing address**

**Tai Tran**
**7 Rose Terrace St**
**Grosse Pointe Farms, MI 48236**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$110.00**

---

**3.192 10**

**Nonpriority creditor's name and mailing address**

**Taia Schreiner**
**1335 Bible Hill Rd**
**Francestown, NH 03043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.192 11**

**Nonpriority creditor's name and mailing address**

**Tait Cruse**
**2961 Belclaire Dr**
**Frisco, TX 75034**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$1,208.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.192 12 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Takahiro Iwabuchi**
**1900 Alaskan Way Apt 302**
**Seattle, WA 98101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$225.00**

---

| 3.192 13 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Takao Saito**
**226 Pacific Street**
**Brooklyn, NY 11201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$197.00**

---

| 3.192 14 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Takashi Nishizaki**
**7200 Grayson Drive**
**Plano, TX 75025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,449.00**

---

| 3.192 15 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Talerico G**
**1828 Kent Rd**
**Pittsburgh, PA 15241**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.192 16 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tam Nguyen**
**4945 Palemetto Dunes Ct**
**San Jose, CA 95138**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$56.00**

---

| 3.192 17 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tam T**
**29000 Tern Place**
**Hayward, CA 94545**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$23.26**

---

| 3.192 18 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tam Tran**
**29000 Tern Place**
**Hayward, CA 94545**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$203.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

---

**3.192**
**19**

**Nonpriority creditor's name and mailing address**

**Tamar Amoyal**
**80 Sullivan Dr**
**West Orange, NJ 07052**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$201.00

---

**3.192**
**20**

**Nonpriority creditor's name and mailing address**

**Tamar H**
**1020 Warburton Ave Apt 11a**
**Yonkers, NY 10701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

**3.192**
**21**

**Nonpriority creditor's name and mailing address**

**Tamar S**
**300 E Shell Rd**
**Ventura, CA 93001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$14.00

---

**3.192**
**22**

**Nonpriority creditor's name and mailing address**

**Tamar Swan**
**300 E Shell Rd**
**Ventura, CA 93001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$42.00

---

**3.192**
**23**

**Nonpriority creditor's name and mailing address**

**Tamara Berlik**
**217 5th Ave**
**Lewiston, ID 83501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$46.00

---

**3.192**
**24**

**Nonpriority creditor's name and mailing address**

**Tamara C**
**514 N Hawthorn Dr**
**Nixa, MO 65714**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$17.00

---

**3.192**
**25**

**Nonpriority creditor's name and mailing address**

**Tamara C**
**835 Orchid Hill Lane**
**Argyle, TX 76226**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$75.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)*   _____
Name

| | | |
|---|---|---|
| 3.192 26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Nonpriority creditor's name and mailing address**
**Tamara Conn**
**514 N Hawthorn Dr**
**Nixa, MO 65714**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,179.00**

---

3.192 27

**Nonpriority creditor's name and mailing address**
**Tamara Hambrick**
**1735 NE 14th St**
**Oklahoma City, OK 73117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.192 28

**Nonpriority creditor's name and mailing address**
**Tamara P**
**2107 Mountain Lake Dr**
**Kingwood, TX 77345**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

3.192 29

**Nonpriority creditor's name and mailing address**
**Tamara R**
**37 Pine Ridge Rd**
**Saratoga Springs, NY 12866**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$31.00**

---

3.192 30

**Nonpriority creditor's name and mailing address**
**Tamara Ryder**
**37 Pine Ridge Rd**
**Saratoga Springs, NY 12866**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$3,446.00**

---

3.192 31

**Nonpriority creditor's name and mailing address**
**Tamara Skinner**
**1001 S Woodbury St**
**Independence, MO 64050**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$3,849.00**

---

3.192 32

**Nonpriority creditor's name and mailing address**
**Tamara Teague**
**14450 Auburn Rd**
**Newbury, OH 44065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,854.00**

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

---

| 3.192 33 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tamas B**
**2821 Wesleyan Lane**
**Winston-Salem, NC 57106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| 3.192 34 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tamas Bathory**
**2821 Wesleyan Lane**
**Winston-Salem, NC 57106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,610.00**

---

| 3.192 35 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tamas K**
**8020 Avenida Navidad Apt 45**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$79.13**

---

| 3.192 36 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tameka H**
**3901 Independence Ave Apt 3n**
**Bronx, NY 10463**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

| 3.192 37 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tameka Howe**
**3901 Independence Ave Apt 3n**
**Bronx, NY 10463**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$427.00**

---

| 3.192 38 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tamer E**
**9724 Penfield Ave**
**Chatsworth, CA 91311**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$36.00**

---

| 3.192 39 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tami Burns**
**8 South Stonington Rd.**
**Laguna Beach, CA 92651**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$1,007.58**

---

Debtor    **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

---

**3.192**
**40**

**Nonpriority creditor's name and mailing address**

**Tamie Gutka**
**9622 Barcelona St**
**San Antonio, TX 78230**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

$168.00

---

**3.192**
**41**

**Nonpriority creditor's name and mailing address**

**Tammy Barnette**
**334 E. Pine Street**
**Rockmart, GA 30153**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ☒ No ☐ Yes

$23.00

---

**3.192**
**42**

**Nonpriority creditor's name and mailing address**

**Tammy Burnside**
**1712 E Wildcat Ln**
**Moses Lake, WA 98837**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ☒ No ☐ Yes

$2.00

---

**3.192**
**43**

**Nonpriority creditor's name and mailing address**

**Tammy C**
**2535 Duncan St**
**Dixon, CA 95620**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ☒ No ☐ Yes

$50.00

---

**3.192**
**44**

**Nonpriority creditor's name and mailing address**

**Tammy H**
**2414 Deep Lake Dr**
**Kingwood, TX 77345**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ☒ No ☐ Yes

$42.00

---

**3.192**
**45**

**Nonpriority creditor's name and mailing address**

**Tammy Hemphill**
**2414 Deep Lake Dr**
**Kingwood, TX 77345**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

$267.00

---

**3.192**
**46**

**Nonpriority creditor's name and mailing address**

**Tammy Johnson**
**422 Ford St E**
**Northfield, MN 55057**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

$6,608.00

---

Debtor **Phoeno Wine Company, Inc.**
_____     Case number (if known) _____
Name

| 3.192 47 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
| **Tammy K** | ☐ Contingent | |
| **60 Wicklow Drive** | ☐ Unliquidated | |
| **Richmond Hill, GA 31324** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.192 48 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$139.00** |
| **Tammy King** | ☐ Contingent | |
| **16412 Martel Rd** | ☐ Unliquidated | |
| **Lenoir City, TN 37772** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.192 49 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$63.00** |
| **Tammy Kolosso** | ☐ Contingent | |
| **13951 Beach Blvd** | ☐ Unliquidated | |
| **Jacksonville, FL 32224** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.192 50 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$902.00** |
| **Tammy Mangan** | ☐ Contingent | |
| **3142 Old Taneytown Rd** | ☐ Unliquidated | |
| **Westminster, MD 21158** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.192 51 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,078.00** |
| **Tammy Mcmahon** | ☐ Contingent | |
| **218 Castle Creek Pl** | ☐ Unliquidated | |
| **Alamo, CA 94507** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.192 52 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$170.00** |
| **Tammy Meyerholt** | ☐ Contingent | |
| **1720 Stillwater Ct** | ☐ Unliquidated | |
| **Cumming, GA 30041** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.192 53 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$234.00** |
| **Tammy Newland-Shishido** | ☐ Contingent | |
| **5856 Corporate Ave Ste 110** | ☐ Unliquidated | |
| **Keller Williams Realty** | ☐ Disputed | |
| **Cypress, CA 90630** | | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Phoeno Wine Company, Inc.**
_____     Case number *(if known)*    _____
Name

| 3.192 54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$921.00** |

**Tammy Sparks**
**624 E Reelfoot Ave**
**Union City, TN 38261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$264.00** |

**Tammy Walsh**
**3300 Alt 19 Lot 180**
**Dunedin, FL 34698**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**Tammy Y**
**18902 Saint Laurent Drive**
**Lutz, FL 33558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |

**Tamra Johnson**
**2620 Pacific Ave # B**
**Venice, CA 90291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |

**Tamson O**
**3701 N Graham Street**
**Charlotte, NC 28206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |

**Tana D**
**6715 Paxson Rd**
**New Hope, PA 18938**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$203.00** |

**Tana Dimino**
**6715 Paxson Rd**
**New Hope, PA 18938**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

**3.192 61**

**Nonpriority creditor's name and mailing address**

**Tania Dipietro**
**9 Laurel Dr**
**Wrightstown, NJ 08562**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

**3.192 62**

**Nonpriority creditor's name and mailing address**

**Tania Westphal**
**8337 61st Pl NE**
**Marysville, WA 98270**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.192 63**

**Nonpriority creditor's name and mailing address**

**Tanner Augustin**
**147 Hope St**
**Apt 3j**
**Brooklyn, NY 11211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$168.00**

---

**3.192 64**

**Nonpriority creditor's name and mailing address**

**Tanner Holland**
**15901 Hawthorne Blvd Ste 490**
**Lawndale, CA 90260**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$186.00**

---

**3.192 65**

**Nonpriority creditor's name and mailing address**

**Tanya Garrett**
**1210 Park Newport #310**
**Newport Beach, CA 92660**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$528.00**

---

**3.192 66**

**Nonpriority creditor's name and mailing address**

**Tanya H**
**800 Mariners Dr # 17-26**
**Kemah, TX 77565**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$66.00**

---

**3.192 67**

**Nonpriority creditor's name and mailing address**

**Tanya Hamilton**
**1812 Speyer Ln**
**Redondo Beach, CA 90278**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$129.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.192 68 | **Nonpriority creditor's name and mailing address** | **$85.02** |

**Tanya Mcmann**
**2958 Shannon Circle**
**Palm Harbor, FL 34684**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.192 69 | **Nonpriority creditor's name and mailing address** | **$25.00** |

**Tanya Smith**
**3360 E 147th St**
**Cleveland, OH 44120**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.192 70 | **Nonpriority creditor's name and mailing address** | **$7.00** |

**Tanya V**
**720 Cole**
**San Francisco, CA 94117**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.192 71 | **Nonpriority creditor's name and mailing address** | **$2.00** |

**Tao W**
**856 Carriage Cove Ct**
**Saint Charles, MO 63304**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.192 72 | **Nonpriority creditor's name and mailing address** | **$927.00** |

**Tao Wang**
**856 Carriage Cove Ct**
**Saint Charles, MO 63304**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.192 73 | **Nonpriority creditor's name and mailing address** | **$35.00** |

**Taonaya F**
**4073 Trenton Ave**
**Hollywood, FL 33026**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.192 74 | **Nonpriority creditor's name and mailing address** | **$238.00** |

**Taonaya Fleury**
**4073 Trenton Ave**
**Hollywood, FL 33026**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| 3.192<br>75 | **Nonpriority creditor's name and mailing address**<br>**Tara Cunningham**<br>**3314 W Dorchester St**<br>**Tampa, FL 33611** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$58.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192<br>76 | **Nonpriority creditor's name and mailing address**<br>**Tara Dietz**<br>**62 Kathleen Ln.**<br>**Mount Kisco, NY 10549** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,050.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192<br>77 | **Nonpriority creditor's name and mailing address**<br>**Tara Gibson**<br>**1305 N 29th St**<br>**Richmond, VA 23223** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$334.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192<br>78 | **Nonpriority creditor's name and mailing address**<br>**Tara Goldman**<br>**67 Oakley Ct**<br>**Santa Rosa Beach, FL 32459** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$13.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192<br>79 | **Nonpriority creditor's name and mailing address**<br>**Tara Grinna**<br>**3845 Waterford Dr**<br>**Myrtle Beach, SC 29577** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$38.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192<br>80 | **Nonpriority creditor's name and mailing address**<br>**Tara Humphreys**<br>**677 Ala Moana Blvd Ste 500**<br>**Honolulu, HI 96813** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,771.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192<br>81 | **Nonpriority creditor's name and mailing address**<br>**Tara Jones**<br>**1891 Reidsville Rd**<br>**Southport, NC 28461** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$200.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.192 82 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

**Tara Jones**
**1891 Reidsville Rd**
**Southport, NC 28461**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

| 3.192 83 |

**Nonpriority creditor's name and mailing address**

**Tara L**
**45862 Shadow Mountain Dr**
**Palm Desert, CA 92260**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

| 3.192 84 |

**Nonpriority creditor's name and mailing address**

**Tara L**
**6 Bee St**
**Apt B**
**Charleston, SC 29403**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.192 85 |

**Nonpriority creditor's name and mailing address**

**Tara Lipari**
**6215 Bent Oak Ln**
**New Iberia, LA 70560**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$56.00**

---

| 3.192 86 |

**Nonpriority creditor's name and mailing address**

**Tara Mikolay**
**51 Laurel Mountain Ct**
**Carmel, NY 10512**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.192 87 |

**Nonpriority creditor's name and mailing address**

**Tara Oconnor**
**2264 E Isaiah Ave**
**Gilbert, AZ 85298**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$565.00**

---

| 3.192 88 |

**Nonpriority creditor's name and mailing address**

**Tara R**
**47 Tobin Ct**
**Oroville, CA 95965**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.192
89**

**Nonpriority creditor's name and mailing address**

**Tara Rodoni**
**10422 Rhapsody Dr**
**Baton Rouge, LA 70815**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$322.00

---

**3.192
90**

**Nonpriority creditor's name and mailing address**

**Tara S**
**47 Quaker Path**
**Stony Brook, NY 11790**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.192
91**

**Nonpriority creditor's name and mailing address**

**Tara Snow**
**25 Dove Drake Dr**
**Richmond Hill, GA 31324**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$193.00

---

**3.192
92**

**Nonpriority creditor's name and mailing address**

**Taras Dembereckyj**
**2235 W Huron St**
**Chicago, IL 60612**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$33.00

---

**3.192
93**

**Nonpriority creditor's name and mailing address**

**Tarek Fadel**
**1 Flagler Dr**
**Rye, NY 10580**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$55.00

---

**3.192
94**

**Nonpriority creditor's name and mailing address**

**Tari Stull**
**15294 101st Trl N**
**Jupiter, FL 33478**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$78.08

---

**3.192
95**

**Nonpriority creditor's name and mailing address**

**Tarik Carter**
**5601 Brodie Ln Ste 1210**
**Sunset Valley, TX 78745**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$576.00

---

Debtor   **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.192 96 | **Nonpriority creditor's name and mailing address**<br>**Tariq Abbasi**<br>**3941 Park Drive Ste 20**<br>**UPS Store**<br>**El Dorado Hills, CA 95762** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$20.00** |

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.192 97 | **Nonpriority creditor's name and mailing address**<br>**Tarjei J**<br>**1414 Wood Hollow Dr**<br>**Apt 423**<br>**Houston, TX 77057** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$8.00** |

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.192 98 | **Nonpriority creditor's name and mailing address**<br>**Tarrah Lowry**<br>**3056 El Camino Real**<br>**West Palm Beach, FL 33409** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$174.00** |

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.192 99 | **Nonpriority creditor's name and mailing address**<br>**Tarun Gursahani**<br>**765 Hardscrabble Rd**<br>**Chappaqua, NY 10514** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$17.00** |

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.193 00 | **Nonpriority creditor's name and mailing address**<br>**Tarun P**<br>**8705 Wethered Dr**<br>**Ellicott City, MD 21043** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$50.00** |

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.193 01 | **Nonpriority creditor's name and mailing address**<br>**Taryn Hanley**<br>**2237 12th St NW Unit 5**<br>**Washington, DC 20009** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$710.00** |

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.193 02 | **Nonpriority creditor's name and mailing address**<br>**Taryn Simm**<br>**207 Colbert Way**<br>**Nashville, TN 37206** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$19.00** |

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F     Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

| | |
|---|---|
| **3.193 03** | |

**Nonpriority creditor's name and mailing address**
**Tasha Williams**
**1122 W 59th St**
**Davenport, IA 52806**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$211.00**

---

| | |
|---|---|
| **3.193 04** | |

**Nonpriority creditor's name and mailing address**
**Tate M**
**3457 Soo St**
**Saint Paul, MN 55126**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,636.00**

---

| | |
|---|---|
| **3.193 05** | |

**Nonpriority creditor's name and mailing address**
**Tate R**
**3299 Lowell Blvd Unit 302**
**Denver, CO 80211**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$9.00**

---

| | |
|---|---|
| **3.193 06** | |

**Nonpriority creditor's name and mailing address**
**Tate R**
**3350 Summerfield Dr**
**Grapevine, TX 76051**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$6.00**

---

| | |
|---|---|
| **3.193 07** | |

**Nonpriority creditor's name and mailing address**
**Tatiana Byzova**
**25400 Hilltop Dr**
**Beachwood, OH 44122**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

| | |
|---|---|
| **3.193 08** | |

**Nonpriority creditor's name and mailing address**
**Tatiana K**
**310 Keswick Dr**
**Woolwich Township, NJ 08085**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$9.00**

---

| | |
|---|---|
| **3.193 09** | |

**Nonpriority creditor's name and mailing address**
**Tatiana Khitrovo-Maldener**
**310 Keswick Dr**
**Woolwich Township, NJ 08085**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$213.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.193 10 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tatro Joey**
**78 Ocean Park Loop**
**Georgetown, SC 29440**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$476.00**

---

| 3.193 11 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tatum Enslin**
**435 W. 31st St**
**Apt 50p**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$629.00**

---

| 3.193 12 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Taura V**
**2221 Creek View Ct.**
**Indian Land, SC 29707**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,445.00**

---

| 3.193 13 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Taura Vulcano**
**2221 Creek View Ct.**
**Indian Land, SC 29707**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$945.00**

---

| 3.193 14 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tawna Turner**
**22024 N Honcho Ct**
**Sun City, AZ 85373**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.193 15 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tawni Cranz**
**24808 Carbon Ln**
**Valencia, CA 91354**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,639.00**

---

| 3.193 16 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tawnya Skinner**
**2630 Puuone St**
**Koloa, HI 96756**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$385.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

| | |
|---|---|
| 3.193 17 | |

**Nonpriority creditor's name and mailing address**

**Taylor Armstrong**
**161 Mclain Street**
**Bedford Corners, NY 10549**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$15,210.00**

---

| | |
|---|---|
| 3.193 18 | |

**Nonpriority creditor's name and mailing address**

**Taylor Baccili**
**9323 Cerulean Dr Apt 106**
**Riverview, FL 33578**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$145.00**

---

| | |
|---|---|
| 3.193 19 | |

**Nonpriority creditor's name and mailing address**

**Taylor Blackman**
**14542 Drafthorse Lane**
**Wellington, FL 33414**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$220.00**

---

| | |
|---|---|
| 3.193 20 | |

**Nonpriority creditor's name and mailing address**

**Taylor Combes**
**5525 Petty St Unit B**
**Houston, TX 77007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$225.00**

---

| | |
|---|---|
| 3.193 21 | |

**Nonpriority creditor's name and mailing address**

**Taylor Compton**
**508 West 5th Street Suite 250**
**Charlotte, NC 28202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| | |
|---|---|
| 3.193 22 | |

**Nonpriority creditor's name and mailing address**

**Taylor Cwikla**
**8105 Moores Ln Ste 1700**
**UPS Access Point Michaels Store # 9808**
**Brentwood, TN 37027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$27.00**

---

| | |
|---|---|
| 3.193 23 | |

**Nonpriority creditor's name and mailing address**

**Taylor Dickson**
**2 S Willow St Apt 531**
**Montclair, NJ 07042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name                                                    Case number (if known)

---

| 3.193 |
| 24 |

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.                    **$68.00**

**Taylor Graeber**
**2323 Florida Blvd Apt B**                   ☐ Contingent
**Delray Beach, FL 33483**                    ☐ Unliquidated
                                              ☐ Disputed
Date(s) debt was incurred _
                                              **Basis for the claim:** __Customer__
Last 4 digits of account number _
                                              Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 |
| 25 |

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.                    **$96.00**

**Taylor Greenwood**
**1305 Cardinal Road**                        ☐ Contingent
**Orlando, FL 32803**                         ☐ Unliquidated
                                              ☐ Disputed
Date(s) debt was incurred _
                                              **Basis for the claim:** __Customer__
Last 4 digits of account number _
                                              Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 |
| 26 |

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.                    **$28.00**

**Taylor Hamon**
**2751 Waterhaven Drive**                     ☐ Contingent
**Chattanooga, TN 37406**                     ☐ Unliquidated
                                              ☐ Disputed
Date(s) debt was incurred _
                                              **Basis for the claim:** __Customer__
Last 4 digits of account number _
                                              Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 |
| 27 |

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.                    **$23.00**

**Taylor Hasler**
**1451 N. Colorado Ave.**                     ☐ Contingent
**Indianapolis, IN 46201**                    ☐ Unliquidated
                                              ☐ Disputed
Date(s) debt was incurred _
                                              **Basis for the claim:** __Customers - Deferred Credit__
Last 4 digits of account number _
                                              Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 |
| 28 |

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.                    **$32.00**

**Taylor Justice**
**518 Coral Dr**                              ☐ Contingent
**Cape Coral, FL 33904**                      ☐ Unliquidated
                                              ☐ Disputed
Date(s) debt was incurred _
                                              **Basis for the claim:** __Customer__
Last 4 digits of account number _
                                              Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 |
| 29 |

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.                    **$147.00**

**Taylor Osborne**
**7920 E Chaparral Rd**                       ☐ Contingent
**Scottsdale, AZ 85250**                      ☐ Unliquidated
                                              ☐ Disputed
Date(s) debt was incurred _
                                              **Basis for the claim:** __Customer__
Last 4 digits of account number _
                                              Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 |
| 30 |

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.                    **$31.00**

**Taylor P**
**5276 Cambridge Ct**                         ☐ Contingent
**Palm Beach Gardens, FL 33418**              ☐ Unliquidated
                                              ☐ Disputed
Date(s) debt was incurred _
                                              **Basis for the claim:** __Customers - Deferred Credit__
Last 4 digits of account number _
                                              Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **Phoeno Wine Company, Inc.**
_____     Case number (if known) _____
Name

| 3.193 31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$481.00** |
|---|---|---|---|

**Taylor Pendrith**
**5276 Cambridge Ct**
**Palm Beach Gardens, FL 33418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.193 32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$292.00** |
|---|---|---|---|

**Taylor Richardson**
**3312 W Price Ave**
**Tampa, FL 33611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.193 33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$331.00** |
|---|---|---|---|

**Taylor Schrock**
**5000 Estate Enighed Pmb 391**
**St John, VI 00830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.193 34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$144.00** |
|---|---|---|---|

**Taylor Telling**
**126 Riverfront Ln**
**Avon, CO 81620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.193 35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18.00** |
|---|---|---|---|

**Taylor Y**
**301 Silverado Trl**
**Keller, TX 76248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.193 36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$469.00** |
|---|---|---|---|

**Taylor Young**
**301 Silverado Trl**
**Keller, TX 76248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.193 37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
|---|---|---|---|

**Taysia Pimentel**
**5033 63rd St**
**San Diego, CA 92115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
　　　　Name

Case number (if known) _____

---

| 3.193 38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$65.25** |

**Taz Tazmenian**
**3707 Calle Jazmin**
**Calabasas, CA 91302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$52.00** |

**Teala Thomas**
**224 Brantley Harbor Drive**
**Saint Augustine, FL 32086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$36.00** |

**Ted F**
**49 Fiske Rd**
**Wellesley Hills, MA 02481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,789.00** |

**Ted Finnerty**
**49 Fiske Rd**
**Wellesley Hills, MA 02481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,319.00** |

**Ted Gaasche**
**126 Waring Dr**
**Downingtown, PA 19335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$402.00** |

**Ted Glickley**
**9220 Marshall Dr**
**Lenexa, KS 66215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |

**Ted H**
**1071 Fm 2664**
**Nacogdoches, TX 75965**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.193
45**

**Nonpriority creditor's name and mailing address**

**Ted Hollander**
**15 Pheasant Lane**
**Easton, CT 06612**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$533.00**

---

**3.193
46**

**Nonpriority creditor's name and mailing address**

**Ted K**
**1121 Berwick Ct.**
**Marvin, NC 28173**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.193
47**

**Nonpriority creditor's name and mailing address**

**Ted Keating**
**2414 Ash Te Wette Beach Dr**
**Hillsdale, MI 49242**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$56.00**

---

**3.193
48**

**Nonpriority creditor's name and mailing address**

**Ted Orr**
**59 Gentry Ct**
**Annapolis, MD 21403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$131.00**

---

**3.193
49**

**Nonpriority creditor's name and mailing address**

**Ted Owen**
**2401 Saddlewood Blvd**
**Kerrville, TX 78028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$65.00**

---

**3.193
50**

**Nonpriority creditor's name and mailing address**

**Ted Owens**
**12714 S Rene St**
**Olathe, KS 66062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$319.00**

---

**3.193
51**

**Nonpriority creditor's name and mailing address**

**Ted Schupbach**
**41 Nm Hwy 522**
**Taos, NM 87571**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,497.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.193 52 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ted Vaughn**
**105 Tall Pines Trl**
**Greenwood, SC 29646**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$640.00**

---

| 3.193 53 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ted Winters**
**610 21st St S**
**Arlington, VA 22202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,863.00**

---

| 3.193 54 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Teddy Errico**
**240 Mahoney Dr # 9**
**Telluride, CO 81435**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$727.00**

---

| 3.193 55 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Teena Collette**
**53 Depot Street**
**Mooers, NY 12958**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$23.00**

---

| 3.193 56 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tejal Mistry**
**1745 Eado Point Ln**
**Houston, TX 77003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.193 57 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tejus Menon**
**261 Hudson Street**
**10r**
**New York, NY 10013**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$142.00**

---

| 3.193 58 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Telaireus Herrin**
**2209 Bay View Drive**
**Signal Hill, CA 90755**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$730.00**

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.193 59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$99.01** |

**Tell Howson**
**6679 S Sullivan St**
**Terre Haute, IN 47802**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31.50** |

**Tenbit D**
**One Apple Park Way**
**Ms 110-2cgs**
**Cupertino, CA 95014**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,511.00** |

**Terance Kinsky**
**2611 S. Ong St**
**Amarillo, TX 79109**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15.03** |

**Terena C**
**200 Continental Blvd**
**Floor 2**
**El Segundo, CA 90245**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$180.00** |

**Terence Brennan**
**735 University Ave**
**Selinsgrove, PA 17870**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15.00** |

**Teresa B**
**146 Cherry Ln**
**Dawsonville, GA 30534**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$360.00** |

**Teresa Beacham**
**103 Warlick St**
**Jacksonville, NC 28540**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                              Case number *(if known)* _____
_____
Name

| 3.193 66 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$232.00** |
| **Teresa Blackburn-Korn** | ☐ Contingent | |
| **8912 Landmark Ln** | ☐ Unliquidated | |
| **Denton, TX 76207** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim: Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.193 67 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$178.00** |
| **Teresa Butler** | ☐ Contingent | |
| **146 Cherry Ln** | ☐ Unliquidated | |
| **Dawsonville, GA 30534** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim: Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.193 68 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Teresa Deppner** | ☐ Contingent | |
| **335 Woodland Dr** | ☐ Unliquidated | |
| **Huntington, WV 25705** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim: Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.193 69 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
| **Teresa Frisina** | ☐ Contingent | |
| **95 Horseblock Rd Unit 9** | ☐ Unliquidated | |
| **Yaphank, NY 11980** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim: Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.193 70 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
| **Teresa H** | ☐ Contingent | |
| **7004 Church Park Dr.** | ☐ Unliquidated | |
| **Ft. Worth, TX 76133** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim: Customers - Deferred Credit** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.193 71 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,225.00** |
| **Teresa Hammer** | ☐ Contingent | |
| **9079 4th St N** | ☐ Unliquidated | |
| **St Petersburg, FL 33702** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim: Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.193 72 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$86.01** |
| **Teresa Hartman** | ☐ Contingent | |
| **2440 Sentry Drive** | ☐ Unliquidated | |
| **A104** | ☐ Disputed | |
| **Anchorage, AK 99507** | | |
| Date(s) debt was incurred __ | **Basis for the claim: Customers - Deferred Credit** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.193 73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$886.00** |

**Teresa Hitchcock**
**2200 El Portal Drive #32**
**Bakersfield, CA 93309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |

**Teresa J**
**2405 Aspen Rd**
**Highlandville, MO 65669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Customers - Deferred Credit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$140.00** |

**Teresa K**
**1211 Hollow Ridge Ln**
**Knoxville, TN 37931**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Customers - Deferred Credit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$491.00** |

**Teresa Martin**
**1599 Kestrel Dr**
**Clarkston, WA 99403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$219.00** |

**Teresa Mchugh**
**154 Keep Hill Rd**
**Williamstown, MA 01267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$27.00** |

**Teresa Mchugh**
**154 Keep Hill Rd**
**Williamstown, MA 01267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Customers - Deferred Credit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$477.00** |

**Teresa Mcmonagle**
**6702 Spruce Mill Dr**
**Morrisville, PA 19067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number (if known) _____
_____
Name

| 3.193 80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,467.00** |

**Nonpriority creditor's name and mailing address**
**Teresa Moyer**
**310 Motley Street**
**P.O. Box 124**
**Essex, IA 51638**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,467.00**

---

**Nonpriority creditor's name and mailing address**
3.193 81
**Teresa Nable**
**338 Creek Side Rd**
**Ellijay, GA 30540**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**Nonpriority creditor's name and mailing address**
3.193 82
**Teresa Nguyen-Wallace**
**9302 Asbury Cir**
**Westminster, CA 92683**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$581.00**

---

**Nonpriority creditor's name and mailing address**
3.193 83
**Teresa Null**
**1307 New Bethel Road**
**Selmer, TN 38375**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$23.00**

---

**Nonpriority creditor's name and mailing address**
3.193 84
**Teresa S**
**9722 Therrell Dr**
**Houston, TX 77064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**Nonpriority creditor's name and mailing address**
3.193 85
**Teresa Scott**
**1703 Wild Horse Cyn**
**Katy, TX 77493**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$780.00**

---

**Nonpriority creditor's name and mailing address**
3.193 86
**Teresa Thake**
**3607 Bryant Avenue South**
**Golden Valley Products, Inc.**
**Minneapolis, MN 55409**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$608.00**

---

Debtor    **Phoeno Wine Company, Inc.**                        Case number (if known) _____
          Name

---

| 3.193<br>87 | **Nonpriority creditor's name and mailing address**<br>**Teresa Theilman**<br>**3236 S Green Bay Rd**<br>**Mount Pleasant, WI 53403** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$357.00** |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193<br>88 | **Nonpriority creditor's name and mailing address**<br>**Teresar Conway**<br>**12930 Regan Ln**<br>**Saratoga, CA 95070** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$132.00** |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193<br>89 | **Nonpriority creditor's name and mailing address**<br>**Teri D**<br>**10104 Kistler Cove**<br>**Austin, TX 78459** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$27.00** |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193<br>90 | **Nonpriority creditor's name and mailing address**<br>**Teri Dewalt**<br>**10104 Kistler Cove**<br>**Austin, TX 78459** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,252.00** |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193<br>91 | **Nonpriority creditor's name and mailing address**<br>**Teri Johnson**<br>**10611 Fountainbleu Circle**<br>**Austin, TX 78750** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$286.00** |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193<br>92 | **Nonpriority creditor's name and mailing address**<br>**Teri Ross**<br>**6231 Se 6th Ave**<br>**Pleasant Hill, IA 50327** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$87.00** |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193<br>93 | **Nonpriority creditor's name and mailing address**<br>**Teri Stratton**<br>**217 S. Aviation Blvd.**<br>**Manhattan Beach, CA 90266** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.193 94 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$347.00** |
| **Teri Thomas** | ☐ Contingent | |
| **4220 Herschel Ave Apt 801** | ☐ Unliquidated | |
| **Dallas, TX 75219** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.193 95 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Teri Wood** | ☐ Contingent | |
| **1655 Private Road 4011** | ☐ Unliquidated | |
| **Decatur, TX 76234** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.193 96 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$185.00** |
| **Terra Barkman** | ☐ Contingent | |
| **8513 W 144th Pl** | ☐ Unliquidated | |
| **Overland Park, KS 66223** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.193 97 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13.00** |
| **Terrance H** | ☐ Contingent | |
| **8910 University Center Lane** | ☐ Unliquidated | |
| **Suite 620** | ☐ Disputed | |
| **San Diego, CA 92122** | | |
| Date(s) debt was incurred _ | Basis for the claim: **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.193 98 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,184.00** |
| **Terrance Hadden** | ☐ Contingent | |
| **8910 University Center Lane** | ☐ Unliquidated | |
| **Suite 620** | ☐ Disputed | |
| **San Diego, CA 92122** | | |
| Date(s) debt was incurred _ | Basis for the claim: **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.193 99 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20.00** |
| **Terrance Menefee** | ☐ Contingent | |
| **2427 Roxboro Rd.** | ☐ Unliquidated | |
| **Cleveland Heights, OH 44106** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.194 00 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,700.00** |
| **Terrance Obrien** | ☐ Contingent | |
| **6823 Patayan Rd.** | ☐ Unliquidated | |
| **Las Vegas, NV 89146** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Phoeno Wine Company, Inc.**
_____     Case number _(if known)_ _____
Name

| 3.194 01 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$50.00** |
|---|---|---|---|

**Terrell Washington**
**5632 N 35th Ave**
**N/A**
**Phoenix, AZ 85017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.194 02 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$8,897.00** |
|---|---|---|---|

**Terrence Casey**
**60 Public Sq Ste 600**
**Wilkes Barre, PA 18701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.194 03 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,778.00** |
|---|---|---|---|

**Terrence Everson**
**6441 Inspire Cir S**
**Cottage Grove, MN 55016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.194 04 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$50.00** |
|---|---|---|---|

**Terrence G**
**31 N Kenwood Ave**
**Baltimore, MD 21224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.194 05 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$160.00** |
|---|---|---|---|

**Terrence Hatcher**
**2230 16th St NE**
**Washington, DC 20018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.194 06 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$30.00** |
|---|---|---|---|

**Terrence Mcintosh**
**45 Donna Dr Unit C8**
**New Haven, CT 06513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.194 07 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$19.00** |
|---|---|---|---|

**Terrence Sabol**
**2124 Riding Ridge Road**
**Columbia, SC 29223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.194 08**

**Nonpriority creditor's name and mailing address**
**Terrence Wagner**
**1975 Nocturne Dr Unit 2205**
**Alpharetta, GA 30009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$976.00**

---

**3.194 09**

**Nonpriority creditor's name and mailing address**
**Terrence Won**
**1360 S Beretania Street #300**
**Honolulu, HI 96814**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$117.00**

---

**3.194 10**

**Nonpriority creditor's name and mailing address**
**Terrence Word**
**667 County Road 206**
**Durango, CO 81301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$226.00**

---

**3.194 11**

**Nonpriority creditor's name and mailing address**
**Terri D**
**883 S Birch Cir**
**Boyne Falls, MI 49713**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$27.00**

---

**3.194 12**

**Nonpriority creditor's name and mailing address**
**Terri Denhof**
**883 S Birch Cir**
**Boyne Falls, MI 49713**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$584.00**

---

**3.194 13**

**Nonpriority creditor's name and mailing address**
**Terri Mucha**
**3043 NW Tharp Ave**
**Bend, OR 97703**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$556.00**

---

**3.194 14**

**Nonpriority creditor's name and mailing address**
**Terri N**
**5727 Summit Dr**
**Rocklin, CA 95765**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$31.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.194 15 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Terri Odom**
**1700 Emerson Ave**
**Oxnard, CA 93033**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$376.00**

---

| 3.194 16 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Terri P**
**1120 W Lincoln Blvd**
**Spokane, WA 99224**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$9.00**

---

| 3.194 17 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Terri P**
**161 Tampa Avenue**
**Indialantic, FL 32903**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

| 3.194 18 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Terri Paul**
**1120 W Lincoln Blvd**
**Spokane, WA 99224**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$298.00**

---

| 3.194 19 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Terri Sanders**
**24570 Himark Way**
**Caldwell, ID 83607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,396.00**

---

| 3.194 20 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Terri Schaefer**
**2504 W Owen K Garriott Rd**
**Enid, OK 73703**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,031.00**

---

| 3.194 21 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Terri T**
**2761 W. 120th Avenue**
**Suite 200**
**Westminster, CO 80023**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____ Case number _(if known)_ _____
Name

---

| 3.194 22 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Terron Phillips**
**396 Piedmont Ave NE Apt 4030**
**Atlanta, GA 30308**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$74.00**

---

| 3.194 23 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Terry Bliesner**
**60 Siegmund Place**
**Yakima, WA 98901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$23.00**

---

| 3.194 24 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Terry Bounds**
**44 Cassine Garden Cir**
**Santa Rosa Beach, FL 32459**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$889.00**

---

| 3.194 25 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Terry Branoff**
**303 N. Harris St.**
**Saline, MI 48176**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$305.00**

---

| 3.194 26 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Terry D**
**182 April Waters West**
**Montgomery, TX 77356**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$17.00**

---

| 3.194 27 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Terry Decio**
**1108 Lions Park Dr**
**Saint Joseph, MI 49085**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$516.00**

---

| 3.194 28 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Terry E**
**5218 Berkshire Drive**
**North Prince George, VA 23860**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.194<br>29 | **Nonpriority creditor's name and mailing address**<br>**Terry Griswold**<br>**108 South Belt Line**<br>**Irving, TX 75060**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$75.00** |
|---|---|---|---|

| 3.194<br>30 | **Nonpriority creditor's name and mailing address**<br>**Terry H**<br>**1311 Sw 37th St**<br>**Cape Coral, FL 33914**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$22.00** |
|---|---|---|---|

| 3.194<br>31 | **Nonpriority creditor's name and mailing address**<br>**Terry H**<br>**45977 Paseo Padre Pkway**<br>**Fremont, CA 94539**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$25.00** |
|---|---|---|---|

| 3.194<br>32 | **Nonpriority creditor's name and mailing address**<br>**Terry Hickey**<br>**3 White Oak Court**<br>**Severna Park, MD 21146**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$486.00** |
|---|---|---|---|

| 3.194<br>33 | **Nonpriority creditor's name and mailing address**<br>**Terry Hsiang**<br>**45977 Paseo Padre Pkway**<br>**Fremont, CA 94539**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$812.00** |
|---|---|---|---|

| 3.194<br>34 | **Nonpriority creditor's name and mailing address**<br>**Terry J**<br>**12189 7th St.**<br>**Suite 6**<br>**Yucaipa, CA 92399**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$18.55** |
|---|---|---|---|

| 3.194<br>35 | **Nonpriority creditor's name and mailing address**<br>**Terry K**<br>**2053 Wisteria Ln**<br>**Lafayette Hill, PA 19444**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$18.00** |
|---|---|---|---|

Debtor    **Phoeno Wine Company, Inc.**
         _____        Case number (if known) _____
         Name

| 3.194 36 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Terry M**
**5 Scenic Dr**
**Bluffton, SC 29909**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                    **$50.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 37 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Terry Moore**
**4610 NE 89th St**
**Seattle, WA 98115**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                    **$393.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 38 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Terry Munoz**
**188 Mount Zion Rd**
**New Waverly, TX 77358**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                    **$75.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 39 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Terry Noyd**
**7535 Shedhorn Dr**
**C/O Vemco**
**Bozeman, MT 59718**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                    **$5,539.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 40 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Terry P**
**90 Center Street**
**Angola, NY 14006**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                    **$55.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 41 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Terry Pereira**
**90 Center Street**
**Angola, NY 14006**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                    **$5.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 42 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Terry Purvis**
**16259 Winchester Club Drive**
**Meadow Vista, CA 95722**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                    **$2,330.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.194 43 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Terry Riely**
**680 E Basse Rd Apt 436**
**San Antonio, TX 78209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$979.00**

---

| 3.194 44 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Terry Root**
**9815 E Allison Way**
**Scottsdale, AZ 85262**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$703.00**

---

| 3.194 45 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Terry Sorum**
**1899 Mapleway Dr**
**Columbus, OH 43204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$142.00**

---

| 3.194 46 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Terry South**
**3118 Old Niles Ferry Rd**
**Maryville, TN 37803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$88.00**

---

| 3.194 47 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Terry T**
**829 N Humboldt St**
**San Mateo, CA 94401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.194 48 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Terry Trainor**
**2033 2nd Ave Apt 911**
**Seattle, WA 98121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$578.00**

---

| 3.194 49 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Terry Whittier**
**57 Harrison Point Ln**
**Eastsound, WA 98245**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$188.84**

---

Official Form 206 E/F                     Schedule E/F: Creditors Who Have Unsecured Claims                     Page 5043 of 5261

Debtor    **Phoeno Wine Company, Inc.**                                  Case number *(if known)*
          _____
          Name

| 3.194 50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30.00** |
|---|---|---|---|

**Teshanik Mckenney**
**14500 Mcnab Ave**
**Apt 1905**
**Bellflower, CA 90706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$222.00** |
|---|---|---|---|

**Tess Jennison**
**10503 Trowbridge Ct**
**Fairfax, VA 22030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$180.00** |
|---|---|---|---|

**Tess Jung**
**525 S Elmridge Ave**
**Brookfield, WI 53005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$165.00** |
|---|---|---|---|

**Tess Wendelken**
**3600 Park East Dr Apt 529**
**Beachwood, OH 44122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$416.00** |
|---|---|---|---|

**Tessie Massa**
**100 Riverside Blvd Apt 25e**
**New York, NY 10069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$210.78** |
|---|---|---|---|

**Test A**
**580 Howard St**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |
|---|---|---|---|

**Test A**
**580 Howard St**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.194 57 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Test P**
**Carrera 19 #31n -91 Conjunto Torre Verde**
**Torre A, 702**
**Armenia, CA 63000**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset?  ■ No  ☐ Yes

**$26.00**

---

| 3.194 58 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Test User5**
**6826 E 5th St**
**Scottsdale, AZ 85251**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset?  ■ No  ☐ Yes

**$5.00**

---

| 3.194 59 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tetz**
**2172 De Narvik Drive**
**Henderson, NV 89044**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset?  ■ No  ☐ Yes

**$200.00**

---

| 3.194 60 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thach Ta**
**14290 Santa Fe St**
**Westminster, CO 80023**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

**$283.00**

---

| 3.194 61 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thad Minyard**
**131 River Xing**
**Boerne, TX 78006**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

**$28.00**

---

| 3.194 62 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thai N**
**555 Parkcenter Dr**
**Suite 110**
**Santa Ana, CA 92705**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset?  ■ No  ☐ Yes

**$142.83**

---

| 3.194 63 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thaine W**
**4605 Spur Ct**
**Gillette, WY 82718**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset?  ■ No  ☐ Yes

**$15.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____     Case number (if known) _____
          Name

---

| 3.194 64 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Thalita Zarouk**
**9357 Sw 77th Ave Apt 804**
**Miami, FL 33156**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.        $84.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 65 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tham N**
**Please Click Add A New Address Above To**
**Then Enter Full Name, Shipping Address A**
**Click Continue., CA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.        $50.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 66 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Thang Nguyen**
**2017 Laird Cir**
**Santa Ana, CA 92706**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.        $199.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 67 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Thang Nguyen**
**901 S Bewley St**
**Santa Ana, CA 92704**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.        $283.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 68 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Thatcher F**
**526 19th Avenue E**
**301**
**Seattle, WA 98112**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.        $10.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 69 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Theo Leriotis**
**2 Buck Run**
**Thornton, PA 19373**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.        $58.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 70 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Theo Leriotis**
**2 Buck Run**
**Thornton, PA 19373**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.        $104.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 3.194 71 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Theo P**
**129 Market St**
**New Haven, CT 06513**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.194 72 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Theodore Brown**
**26455 S Tamiami Trail**
**Apt 5208**
**Bonita Springs, FL 34134**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

| 3.194 73 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Theodore Fredrick**
**712 Tamani Drive**
**Herndon, VA 20170**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$11,733.00**

---

| 3.194 74 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Theodore Mattis**
**1403 Riverwood Lane**
**Powell, OH 43065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

| 3.194 75 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Theodore P**
**6344 Keeneland Drive**
**Carlsbad, CA 92009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$311.16**

---

| 3.194 76 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Theodore Pawela**
**2317 Cambridge Ave**
**Cardiff By The Sea, CA 92007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,162.00**

---

| 3.194 77 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Theodore Shogry**
**2208 Cebolla Creek Way NW**
**Albuquerque, NM 87120**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$799.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.194 78**

**Nonpriority creditor's name and mailing address**

**Theodore Stranz**
**54379 Shoal Crk**
**La Quinta, CA 92253**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$165.00**

---

**3.194 79**

**Nonpriority creditor's name and mailing address**

**Theofanis K**
**101 Lower Terrace**
**San Francisco, CA 94114**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.194 80**

**Nonpriority creditor's name and mailing address**

**Theofanis Karaletsos**
**101 Lower Terrace**
**San Francisco, CA 94114**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,954.00**

---

**3.194 81**

**Nonpriority creditor's name and mailing address**

**Theophilus Ekwem**
**5326 Priamus Dr**
**Missouri City, TX 77459**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

**3.194 82**

**Nonpriority creditor's name and mailing address**

**Theresa Appelbaum**
**1926 Chouteau Ave**
**Saint Louis, MO 63103**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$96.00**

---

**3.194 83**

**Nonpriority creditor's name and mailing address**

**Theresa B**
**4215 Se Centerboard Lane**
**Stuart, FL 34997**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

**3.194 84**

**Nonpriority creditor's name and mailing address**

**Theresa Beditz**
**4215 Se Centerboard Lane**
**Stuart, FL 34997**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,948.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

| | | |
|---|---|---|
| 3.194<br>85 | **Nonpriority creditor's name and mailing address** | **$192.00** |

**Theresa Benavidez**
**2538 San Anselmo St**
**San Diego, CA 92109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.194<br>86 | **Nonpriority creditor's name and mailing address** | **$543.00** |

**Theresa Brignac**
**15745 Long Farm Road**
**Baton Rouge, LA 70817**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.194<br>87 | **Nonpriority creditor's name and mailing address** | **$10.00** |

**Theresa C**
**4032 23rd St**
**San Francisco, CA 94114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.194<br>88 | **Nonpriority creditor's name and mailing address** | **$114.00** |

**Theresa Demichele**
**8 Round HI**
**Holmdel, NJ 07733**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.194<br>89 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Theresa Demichele**
**8 Round HI**
**Holmdel, NJ 07733**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.194<br>90 | **Nonpriority creditor's name and mailing address** | **$23.00** |

**Theresa Evans**
**8316 Zephyr St**
**Arvada, CO 80005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.194<br>91 | **Nonpriority creditor's name and mailing address** | **$84.00** |

**Theresa Garrido**
**1501 Venera Ave Ste 300**
**Coral Gables, FL 33146**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                                      Case number *(if known)*    _____

| | | |
|---|---|---|
| **3.194 92** | **Nonpriority creditor's name and mailing address**<br>**Theresa Jackson**<br>**15 Brandywine Cir**<br>**Brownsburg, IN 46112**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes    **$254.00** |

| | | |
|---|---|---|
| **3.194 93** | **Nonpriority creditor's name and mailing address**<br>**Theresa Larrigan**<br>**30 Muhm Ctr**<br>**New Melle, MO 63365**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes    **$180.00** |

| | | |
|---|---|---|
| **3.194 94** | **Nonpriority creditor's name and mailing address**<br>**Theresa Lee**<br>**169 12th Ave**<br>**Apt 1**<br>**San Francisco, CA 94118**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes    **$42.00** |

| | | |
|---|---|---|
| **3.194 95** | **Nonpriority creditor's name and mailing address**<br>**Theresa Nguyen**<br>**1432 Cerro Verde**<br>**San Jose, CA 95120**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes    **$3,010.00** |

| | | |
|---|---|---|
| **3.194 96** | **Nonpriority creditor's name and mailing address**<br>**Theresa Osredker**<br>**28 Woodbridge Ln**<br>**Kansas City, MO 64145**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes    **$1,003.00** |

| | | |
|---|---|---|
| **3.194 97** | **Nonpriority creditor's name and mailing address**<br>**Theresa Redfern**<br>**221 Cornwall Dr**<br>**Pittsburgh, PA 15238**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes    **$759.00** |

| | | |
|---|---|---|
| **3.194 98** | **Nonpriority creditor's name and mailing address**<br>**Theresa S**<br>**418 N. Howard St**<br>**Union City, IN 47390**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes    **$20.00** |

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.194 99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Theresa Schneider**
**816 Woodland Dr.**
**Woodstock, IL 60098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 00 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $719.00 |

**Therese Lucietto**
**506 Trumans Ct**
**Belvidere, IL 61008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 01 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,999.00 |

**Therese Rubin**
**5188 Happy Hollow Rd**
**Doraville, GA 30360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 02 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $82.00 |

**Therese S**
**14644 N Coral Gables Dr**
**Phoenix, AZ 85023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 03 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,060.00 |

**Therese Sargent**
**14644 N Coral Gables Dr**
**Phoenix, AZ 85023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 04 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $35.00 |

**Thericker Voytas**
**2912 Woodbridge Creek Dr**
**Saint Louis, MO 63129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 05 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $32.00 |

**Thi B**
**1785 3rd St.**
**Napa, CA 94559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)* _____

---

| 3.195 06 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**Thibault D**
166 Sanchez St
1
San Francisco, CA 94114

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 07 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$381.00** |

**Thien Huynh**
1 Bainbridge Pl Unit 105
Newburgh, NY 12550

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 08 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21.72** |

**Thinas B**
4821 Winona Ave
San Diego, CA 92115

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 09 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$109.00** |

**Thom Gearig-Howe**
925 W Randolph St
Chicago, IL 60607

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,837.00** |

**Thomas Alfonso**
1370 Howard Ln
Easton, PA 18045

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$269.00** |

**Thomas Antoshak**
335 High St
Closter, NJ 07624

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |

**Thomas B**
23185 Schussmark Trl Unit C
Oak Creek, CO 80467

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.195
13**

**Nonpriority creditor's name and mailing address**

**Thomas B
311 N Bayshore Dr
Safety Harbor, FL 34695**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$39.00**

---

**3.195
14**

**Nonpriority creditor's name and mailing address**

**Thomas B
514 Catalina Dr
Nashville, TN 37217**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$36.00**

---

**3.195
15**

**Nonpriority creditor's name and mailing address**

**Thomas B
740 Ladner Dr
Pensacola, FL 32505**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$62.00**

---

**3.195
16**

**Nonpriority creditor's name and mailing address**

**Thomas Baker
7900 Tysons One Pl Ste 420
Tysons, VA 22102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

**3.195
17**

**Nonpriority creditor's name and mailing address**

**Thomas Baney
572 W Mcmurray Rd
Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$34.00**

---

**3.195
18**

**Nonpriority creditor's name and mailing address**

**Thomas Bartlett
514 Catalina Dr
Nashville, TN 37217**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$25,058.00**

---

**3.195
19**

**Nonpriority creditor's name and mailing address**

**Thomas Baxter
3 Camino De Colores
Santa Fe, NM 87506**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$439.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

---

| 3.195 20 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Becker**
**3451 Wainwright St**
**Saint Charles, MO 63301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☑ No ☐ Yes

**$2,108.00**

---

| 3.195 21 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Benson**
**7954 Glade Creek Ct**
**Dallas, TX 75218**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☑ No ☐ Yes

**$150.00**

---

| 3.195 22 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Bernier**
**431 Asbury Rdg**
**Shelton, CT 06484**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☑ No ☐ Yes

**$271.00**

---

| 3.195 23 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Biddinger**
**311 N Bayshore Dr**
**Safety Harbor, FL 34695**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☑ No ☐ Yes

**$285.00**

---

| 3.195 24 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Bissell**
**110 Vera Street**
**West Hartford, CT 06119**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.195 25 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Blanton**
**625 Ottawa St**
**Montpelier, OH 43543**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ☑ No ☐ Yes

**$23.00**

---

| 3.195 26 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Bradley**
**363 Woodbine Ocean View Rd**
**Conover-Swanson**
**Ocean View, NJ 08230**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☑ No ☐ Yes

**$211.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.195 27 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,556.00** |

**Thomas Brady**
**740 Ladner Dr**
**Pensacola, FL 32505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 28 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,320.00** |

**Thomas Bucholtz**
**3708 Wycliff Ave**
**Dallas, TX 75219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 29 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$148.00** |

**Thomas Buske**
**8 Northbridge Cir**
**Edwardsville, IL 62025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 30 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,395.00** |

**Thomas Butler**
**140 James Drive**
**Ringwood, NJ 07456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 31 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00** |

**Thomas C**
**1642 Old Black Horse Pike**
**Blackwood, NJ 08012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 32 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**Thomas C**
**47 Arlene Court**
**Pearl River, NY 10965**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 33 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23.00** |

**Thomas Cali**
**319 Britton Road**
**Rochester, NY 14616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.195**
**34**

**Nonpriority creditor's name and mailing address**

**Thomas Carmody**
**S7610 S Davis Dr**
**Eau Claire, WI 54701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$769.00

---

**3.195**
**35**

**Nonpriority creditor's name and mailing address**

**Thomas Carter**
**2008 Westlund Dr**
**Las Vegas, NV 89102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$110.00

---

**3.195**
**36**

**Nonpriority creditor's name and mailing address**

**Thomas Chiappini**
**9500 Chelford Ct**
**Naples, FL 34109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$763.00

---

**3.195**
**37**

**Nonpriority creditor's name and mailing address**

**Thomas Clayton**
**660 Easton Road**
**Horsham, PA 19044**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$150.00

---

**3.195**
**38**

**Nonpriority creditor's name and mailing address**

**Thomas Clementi**
**American Union Risk Associates, Llc**
**1250 E. Hallandale Beach Blvd., Suite 10**
**Hallandale Beach, FL 33009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$765.00

---

**3.195**
**39**

**Nonpriority creditor's name and mailing address**

**Thomas Couch**
**1642 Old Black Horse Pike**
**Blackwood, NJ 08012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.195**
**40**

**Nonpriority creditor's name and mailing address**

**Thomas Cunningham**
**2300 South Miami Avenue**
**Miami, FL 33129**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$7,572.00

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known)

| 3.195 41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,006.00 |
|---|---|---|---|

**Thomas Cushing**
**1145 Essington Lane**
**Roseville, CA 95717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $687.00 |
|---|---|---|---|

**Thomas D**
**4739 48th Ave Sw**
**Seattle, WA 98116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.00 |
|---|---|---|---|

**Thomas D**
**52 Twin Maple Ln # 156**
**Olga, WA 98279**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41.00 |
|---|---|---|---|

**Thomas D**
**739 E Navilla Pl**
**Covina, CA 91723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.00 |
|---|---|---|---|

**Thomas D**
**7712 Paseo Del Rey**
**Apt 9**
**Playa Del Rey, OH 90293**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Thomas Dan**
**739 E Navilla Pl**
**Covina, CA 91723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,785.00 |
|---|---|---|---|

**Thomas Daniels**
**3013 West Overland Park Road**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page 5057 of 5261

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

---

| 3.195 48 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Thomas Davies**
**52 Twin Maple Ln # 156**
**Olga, WA 98279**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$2,784.00**

---

| 3.195 49 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Thomas Davis**
**4739 48th Ave Sw**
**Seattle, WA 98116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$2,454.00**

---

| 3.195 50 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Thomas Davis**
**3 S Gate**
**Garden City, NY 11530**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$119.01**

---

| 3.195 51 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Thomas Dix**
**541 Marshgrass**
**Mt. Pleasant, SC 29464**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$245.00**

---

| 3.195 52 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Thomas Downie**
**6 Chowning Cir**
**Horsham, PA 19044**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$73.00**

---

| 3.195 53 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Thomas Dulin**
**2871 N Ocean Blvd**
**D-408**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$115.00**

---

| 3.195 54 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Thomas Dunne**
**8154 W Balmoral Ave**
**Chicago, IL 60656**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$417.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.195 55**

**Nonpriority creditor's name and mailing address**

**Thomas Eaton**
**3919 Holland Avenue**
**Unit 102**
**Dallas, TX 75219**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

**3.195 56**

**Nonpriority creditor's name and mailing address**

**Thomas Ehrman**
**3700 Legacy Dr Apt 12103**
**Frisco, TX 75034**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,258.00**

---

**3.195 57**

**Nonpriority creditor's name and mailing address**

**Thomas Elchenko**
**5221 Wildridge Rd. E**
**Unit B**
**Avon, CO 81620**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,193.00**

---

**3.195 58**

**Nonpriority creditor's name and mailing address**

**Thomas Emanuele**
**1100 S Technology Cir Ste B**
**Anaheim, CA 92805**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$228.00**

---

**3.195 59**

**Nonpriority creditor's name and mailing address**

**Thomas F**
**1350 Concourse Ave Ste 103**
**Memphis, TN 38104**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$57.00**

---

**3.195 60**

**Nonpriority creditor's name and mailing address**

**Thomas F**
**1700 San Pablo Rd S Apt 306**
**Jacksonville, FL 32224**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

**3.195 61**

**Nonpriority creditor's name and mailing address**

**Thomas Farnsworth**
**5111 Teakwood Trce**
**Midland, TX 79707**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$523.00**

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.195 62 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Feraco**
**12 Acorn Dr**
**Holden, MA 01520**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$168.00

---

| 3.195 63 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Furstenberg**
**399 Wedgewood Dr**
**Turnersville, NJ 08012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$242.00

---

| 3.195 64 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas G**
**350 Irving Park Blvd**
**Apt N-10**
**Sheffield Lake, OH 44054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

| 3.195 65 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas G**
**3762 Bolivar Dr**
**Dallas, TX 75220**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$51.00

---

| 3.195 66 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas G**
**5908 Esker Falls Ln**
**Lithia, FL 33547**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| 3.195 67 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Gamblin**
**1901 E Lake Bluff Blvd**
**Shorewood, WI 53211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$348.00

---

| 3.195 68 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Geiger**
**403 Mahogany Walk**
**Newtown, PA 18940**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,373.00

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.195
69**

**Nonpriority creditor's name and mailing address**

**Thomas Gore
510 Lexington Ave.
Suite 101
Chapin, SC 29036**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$330.00**

---

**3.195
70**

**Nonpriority creditor's name and mailing address**

**Thomas Grohan
98-1424a Koaheahe St
Pearl City, HI 96782**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,081.00**

---

**3.195
71**

**Nonpriority creditor's name and mailing address**

**Thomas H
407 E 91 St
5a
New York, NY 10128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.195
72**

**Nonpriority creditor's name and mailing address**

**Thomas Hatfield
4040 Koehler St Apt 3049
Houston, TX 77007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$210.00**

---

**3.195
73**

**Nonpriority creditor's name and mailing address**

**Thomas Headstream
1665 Antilley Rd Ste 200
Abilene, TX 79606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$137.00**

---

**3.195
74**

**Nonpriority creditor's name and mailing address**

**Thomas Herrin
1750 Camden Rd Apt 256
Charlotte, NC 28203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$232.00**

---

**3.195
75**

**Nonpriority creditor's name and mailing address**

**Thomas Herrman
90 Fair Meadows Ln
Eads, TN 38028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$931.00**

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____

_____
Name

| | | |
|---|---|---|
| 3.195 76 | **Nonpriority creditor's name and mailing address** | **$102.00** |

**Thomas Hontz**
**10220 Borah Peak**
**Las Vegas, NV 89166**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.195 77 | **Nonpriority creditor's name and mailing address** | **$253.00** |

**Thomas Hotard**
**10029 Affton Pl.**
**St. Louis, MO 63123**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.195 78 | **Nonpriority creditor's name and mailing address** | **$6,409.00** |

**Thomas Hummel**
**751 Newark Ave**
**Kenilworth, NJ 07033**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.195 79 | **Nonpriority creditor's name and mailing address** | **$57.00** |

**Thomas I**
**9 Brookwood Rd**
**Towaco, NJ 07082**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.195 80 | **Nonpriority creditor's name and mailing address** | **$30.00** |

**Thomas K**
**6 Agawam Rd**
**Winchester, MA 01890**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.195 81 | **Nonpriority creditor's name and mailing address** | **$121.00** |

**Thomas K**
**8a Berkley Dr**
**Rye Brook, NY 10573**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.195 82 | **Nonpriority creditor's name and mailing address** | **$507.00** |

**Thomas Kanesaki**
**2121 W Bullard Ave**
**Fresno, CA 93711**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*    _____

---

| 3.195 83 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Kelly**
**2294 Sonoma Dr E**
**Nokomis, FL 34275**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,130.00**

---

| 3.195 84 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Kendrick**
**1600 Garfield Ave**
**San Marino, CA 91108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.195 85 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas King**
**9619 Fair Oaks Dr**
**Powell, OH 43065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.195 86 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Kingsley**
**4211 Forthlin Cir**
**Katy, TX 77494**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,515.00**

---

| 3.195 87 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Kotwica**
**24 Saddlebrook Ct**
**Orchard Park, NY 14127**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,245.00**

---

| 3.195 88 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Kriese**
**740 Bair Island Rd Apt 302**
**Redwood City, CA 94063**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.195 89 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas L**
**145 West 12th St**
**Apt 5-6**
**New York City, NY 11214**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$114.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.195<br>90 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

**Thomas Larossa**
**145 West 12th St**
**Apt 5-6**
**New York City, NY 11214**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$254.00**

---

| 3.195<br>91 |

**Nonpriority creditor's name and mailing address**

**Thomas Larsen**
**1928 235th Ct NE**
**Sammamish, WA 98074**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

| 3.195<br>92 |

**Nonpriority creditor's name and mailing address**

**Thomas Liebermann**
**36655 Blue Palm Dr**
**Palm Desert, CA 92211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$133.00**

---

| 3.195<br>93 |

**Nonpriority creditor's name and mailing address**

**Thomas M**
**4200 Gregg Ward Ln**
**Austin, TX 78744**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$63.00**

---

| 3.195<br>94 |

**Nonpriority creditor's name and mailing address**

**Thomas M**
**7886 N Woodbridge Rd**
**Monclova, OH 43542**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$148.00**

---

| 3.195<br>95 |

**Nonpriority creditor's name and mailing address**

**Thomas M**
**809 E Ellsworth Ln**
**Bayside, WI 53217**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.195<br>96 |

**Nonpriority creditor's name and mailing address**

**Thomas M**
**9115 Sw Oleson Rd Ste 205**
**Tigard, OR 97223**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.195 97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,594.00** |
|---|---|---|---|

**Thomas Mcarthur**
**110 Van Houton Ave**
**Chatham, NJ 07928**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$156.00** |
|---|---|---|---|

**Thomas Mccaully**
**3110 Cove Rd Fl 1**
**Pennsauken, NJ 08109**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,038.00** |
|---|---|---|---|

**Thomas Mcdougall**
**36618 Sevilla Way**
**Beaumont, CA 92223**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 00 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$236.00** |
|---|---|---|---|

**Thomas Mcmanus**
**4849 E Links Drive**
**Centennial, CO 80122**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 01 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,077.00** |
|---|---|---|---|

**Thomas Melillo**
**9115 Sw Oleson Rd Ste 205**
**Tigard, OR 97223**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 02 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |
|---|---|---|---|

**Thomas Mendoza**
**520 Eloise Dr**
**Heath, TX 75032**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 03 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,952.00** |
|---|---|---|---|

**Thomas Miller**
**4061 Lake Tahoe Blvd**
**C/O Stardust Lodge**
**South Lake Tahoe, CA 96150**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.196 04**

**Nonpriority creditor's name and mailing address**

**Thomas Morr**
**1 Columbus Pl Apt S31b**
**New York, NY 10019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,065.00**

---

**3.196 05**

**Nonpriority creditor's name and mailing address**

**Thomas Mox**
**4834 Saint Andrews Dr**
**Grove City, OH 43123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$76.00**

---

**3.196 06**

**Nonpriority creditor's name and mailing address**

**Thomas Moysak**
**5 Century Trl**
**Harrison, NY 10528**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

**3.196 07**

**Nonpriority creditor's name and mailing address**

**Thomas Moysey**
**222 Roxbury Rd**
**Niantic, CT 06357**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$87.00**

---

**3.196 08**

**Nonpriority creditor's name and mailing address**

**Thomas Musci**
**3632 Altamont Way**
**Redwood City, CA 94062**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$360.00**

---

**3.196 09**

**Nonpriority creditor's name and mailing address**

**Thomas N**
**510 Grant St**
**Fort Atkinson, WI 53538**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$14.00**

---

**3.196 10**

**Nonpriority creditor's name and mailing address**

**Thomas Newton**
**2029 Country Meadows Ct**
**Grand Junction, CO 81507**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,521.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
Name

| | |
|---|---|

**3.196**
**11**

**Nonpriority creditor's name and mailing address**

**Thomas Nime**
**2121 E Sahara Ave**
**Las Vegas, NV 89104**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$9,148.00**

---

**3.196**
**12**

**Nonpriority creditor's name and mailing address**

**Thomas Oneill**
**15865 E Cornell Pl**
**Aurora, CO 80013**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$16,121.00**

---

**3.196**
**13**

**Nonpriority creditor's name and mailing address**

**Thomas Oshane**
**9600 Eagle Preserve Dr**
**Englewood, FL 34224**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

**3.196**
**14**

**Nonpriority creditor's name and mailing address**

**Thomas P**
**2033 North Honore Street**
**Chicago, IL 60614**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.196**
**15**

**Nonpriority creditor's name and mailing address**

**Thomas P**
**29793 W. Laguna Drive**
**Cathedral City, CA 92234**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.196**
**16**

**Nonpriority creditor's name and mailing address**

**Thomas P**
**38 Dorothy Drive**
**North Haledon, NJ 07508**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$52.00**

---

**3.196**
**17**

**Nonpriority creditor's name and mailing address**

**Thomas Peitler**
**15435 Papillon Pl**
**Woodbridge, VA 22193**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$800.00**

---

Debtor    **Phoeno Wine Company, Inc.**                          Case number *(if known)* _____
            Name

| 3.196 18 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Piazza**
**2033 North Honore Street**
**Chicago, IL 60614**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,477.00

---

| 3.196 19 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Pirrojr**
**3401 Vickery Rd**
**Syracuse, NY 13212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$6,808.00

---

| 3.196 20 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Pontone**
**1 Bucks Mill Ln**
**Holmdel, NJ 07733**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$255.00

---

| 3.196 21 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Prescott**
**2200 N Ursula St Apt 334**
**Aurora, CO 80045**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$4,987.00

---

| 3.196 22 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas R**
**436 Pearre Springs Way**
**Franklin, TN 37064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$7.00

---

| 3.196 23 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Ray**
**38950 Trinidad Cir.**
**Palm Springs, CA 92264**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$116.00

---

| 3.196 24 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Reynolds**
**1200 W Mill Rd**
**Northfield, NJ 08225**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$148.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____
　　　　　Name

Case number (if known) _____

---

| 3.196 25 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Robes**
**245 Poverty Branch Rd**
**Barnardsville, NC 28709**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ☐ No ☐ Yes

**$1,985.00**

---

| 3.196 26 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas S**
**1330 Post Oak Blvd Ste 800**
**Houston, TX 77056**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.196 27 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas S**
**138 Harborview Dr.**
**Tavernier, FL 33070**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.196 28 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas S**
**1540 Flint Hill Hwy**
**Shiloh, GA 31826**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$4.00**

---

| 3.196 29 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas S**
**2145 Luray Ave #4s**
**Cincinnati, OH 45206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.196 30 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas S**
**5628 Petty St**
**Houston, TX 77007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.196 31 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas S**
**730 Lark Dr**
**Sebastian, FL 32976**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$9.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.196<br>32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,511.00 |
|---|---|---|---|

**Thomas Sankey**
**1330 Post Oak Blvd Ste 800**
**Houston, TX 77056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196<br>33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $190.00 |
|---|---|---|---|

**Thomas Savarino**
**1087 Cherry Ave**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196<br>34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,368.00 |
|---|---|---|---|

**Thomas Schraudenbach**
**226 Windermere Avenue**
**Wayne, PA 19087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196<br>35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $233.00 |
|---|---|---|---|

**Thomas Schwaab**
**51 Eltham Dr**
**Amherst, NY 14226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196<br>36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Thomas Scott**
**217 Arguello Boulevard**
**San Francisco, CA 94118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196<br>37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.00 |
|---|---|---|---|

**Thomas Scott**
**2308 Foliage Oak Ter**
**Oviedo, FL 32766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196<br>38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,161.00 |
|---|---|---|---|

**Thomas Shaffer**
**806 Land Grant Ct**
**York, SC 29745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.196 39 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Thomas Sigler**
**1150 Reef Rd Apt 18**
**Vero Beach, FL 32963**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$29.00**

---

| 3.196 40 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Thomas Spitzer**
**136 Briarwood Dr**
**Holland, PA 18966**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

| 3.196 41 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Thomas Starnes**
**29834 Masters Dr**
**Murrieta, CA 92563**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$58.00**

---

| 3.196 42 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Thomas Stukas**
**730 Lark Dr**
**Sebastian, FL 32976**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,266.00**

---

| 3.196 43 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Thomas Stus**
**5628 Petty St**
**Houston, TX 77007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$280.00**

---

| 3.196 44 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Thomas Sweeney**
**55 Castro Road**
**Monterey, CA 93940**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$436.00**

---

| 3.196 45 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Thomas T**
**3636 Taliluna Ave Apt 139**
**Knoxville, TN 37919**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$15.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*    _____
Name

| | |
|---|---|
| 3.196 46 | **Nonpriority creditor's name and mailing address**<br>**Thomas T**<br>**7818 East Rovey Avenue**<br>**Scottsdale, AZ 85250** |

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$5.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.196 47 | **Nonpriority creditor's name and mailing address**<br>**Thomas T 6900**<br>**92-218 Opuakii Place**<br>**Kapolei, HI 96707** |

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$1,005.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.196 48 | **Nonpriority creditor's name and mailing address**<br>**Thomas Tate**<br>**321 S Boston Ave**<br>**Suite 200**<br>**Tulsa, OK 74103** |

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$305.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.196 49 | **Nonpriority creditor's name and mailing address**<br>**Thomas Traylor**<br>**3636 Taliluna Ave Apt 139**<br>**Knoxville, TN 37919** |

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$981.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.196 50 | **Nonpriority creditor's name and mailing address**<br>**Thomas Velenovsky**<br>**81 Stonebridge Rd**<br>**Wilton, CT 06897** |

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$30.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.196 51 | **Nonpriority creditor's name and mailing address**<br>**Thomas W**<br>**114 N Creek Ln**<br>**Hailey, ID 83333** |

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$36.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.196 52 | **Nonpriority creditor's name and mailing address**<br>**Thomas W**<br>**170 West Newell Ave**<br>**Rutherford, NJ 07070** |

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$31.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.196<br>53 | **Nonpriority creditor's name and mailing address** | **$100.00** |

**Thomas Walton**
**3607 Blue Ridge Road**
**Raleigh, NC 27612**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.196<br>54 | **Nonpriority creditor's name and mailing address** | **$12,546.00** |

**Thomas Wartman**
**28120 Boulder Bridge Dr**
**Excelsior, MN 55331**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.196<br>55 | **Nonpriority creditor's name and mailing address** | **$1,406.00** |

**Thomas Washbush**
**4369 Clark St**
**Dublin, OH 43017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.196<br>56 | **Nonpriority creditor's name and mailing address** | **$63.00** |

**Thomas Watson**
**387 Red Rock Ranch Rd**
**Red Rock, TX 78662**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.196<br>57 | **Nonpriority creditor's name and mailing address** | **$281.00** |

**Thomas Weber**
**170 West Newell Ave**
**Rutherford, NJ 07070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.196<br>58 | **Nonpriority creditor's name and mailing address** | **$251.00** |

**Thomas White**
**308 Meadowbrook Terrace**
**Greensboro, NC 27408**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.196<br>59 | **Nonpriority creditor's name and mailing address** | **$279.00** |

**Thomas Williford**
**29969 Loy Dr**
**Menifee, CA 92585**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.196 60 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Wirth**
**114 N Creek Ln**
**Hailey, ID 83333**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,958.00**

---

| 3.196 61 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Wolf**
**997 Us Highway 70 Ste A**
**Black Mountain, NC 28711**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,668.00**

---

| 3.196 62 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Wulderk**
**528 Highland Ave**
**Glenside, PA 19038**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$452.00**

---

| 3.196 63 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Yi**
**1520 Monterey Blvd**
**San Francisco, CA 94127**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$140.00**

---

| 3.196 64 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Z**
**5073 Fields Pond Close**
**Marietta, GA 30068**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| 3.196 65 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomasheikkinen**
**18459 Pines Blvd, Pmb 176**
**Pembroke Pines, FL 33029**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

| 3.196 66 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomasmcnally**
**6110 Pacific Ave Se Apt 139**
**Lacey, WA 98503**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$36,979.53**

---

Debtor    **Phoeno Wine Company, Inc.**                          Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.196 67 | **Nonpriority creditor's name and mailing address** | **$168.00** |

**Thomast Bennettb**
**1418 Bobbins Rdg # Ridge1**
**San Antonio, TX 78260**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.196 68 | **Nonpriority creditor's name and mailing address** | **$117.00** |

**Three Jones**
**1477 N Donahue Dr**
**Apt 1902**
**Auburn, AL 36830**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.196 69 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Thu Le**
**1107 Veterans Memorial Blvd Ste 2b**
**Instabeauty Salon & Spa**
**Metairie, LA 70005**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.196 70 | **Nonpriority creditor's name and mailing address** | **$7.00** |

**Thucuyen N**
**3140 Mills Dr**
**Brentwood, CA 94513**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.196 71 | **Nonpriority creditor's name and mailing address** | **$75.00** |

**Thuy Huynh**
**8914 La Stella Ave**
**Fountain Valley, CA 92708**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.196 72 | **Nonpriority creditor's name and mailing address** | **$297.00** |

**Tia Vote**
**15921 Oakhurst Ln**
**Fishers, IN 46040**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.196 73 | **Nonpriority creditor's name and mailing address** | **$59.00** |

**Tia W**
**7685 Bitterbush**
**Clarkston, MI 48348**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

| | |
|---|---|
| **3.196**<br>**74** | |

**Nonpriority creditor's name and mailing address**

**Tiberiu Hrihorciuc**
**4709 Dundee Street**
**Antioch, CA 94531**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Customer**__

Is the claim subject to offset? ■ No ☐ Yes

**$1,507.00**

---

| | |
|---|---|
| **3.196**<br>**75** | |

**Nonpriority creditor's name and mailing address**

**Tiffany A**
**26801 Lariat Cir**
**San Juan Capistrano, CA 92675**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Customer**__

Is the claim subject to offset? ■ No ☐ Yes

**$290.00**

---

| | |
|---|---|
| **3.196**<br>**76** | |

**Nonpriority creditor's name and mailing address**

**Tiffany Chan**
**4641 Montrose Blvd Apt 733**
**Houston, TX 77006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Customer**__

Is the claim subject to offset? ■ No ☐ Yes

**$165.00**

---

| | |
|---|---|
| **3.196**<br>**77** | |

**Nonpriority creditor's name and mailing address**

**Tiffany Cohen**
**3772 Se Centifolia Ave**
**Hillsboro, OR 97123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Customer**__

Is the claim subject to offset? ■ No ☐ Yes

**$3,389.00**

---

| | |
|---|---|
| **3.196**<br>**78** | |

**Nonpriority creditor's name and mailing address**

**Tiffany Dodge**
**120 Drayton Downs**
**Gallatin, TN 37066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Customer**__

Is the claim subject to offset? ■ No ☐ Yes

**$2,110.00**

---

| | |
|---|---|
| **3.196**<br>**79** | |

**Nonpriority creditor's name and mailing address**

**Tiffany Downing**
**5843 Reed Ln Se Apt 107**
**Salem, OR 97306**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Customer**__

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| | |
|---|---|
| **3.196**<br>**80** | |

**Nonpriority creditor's name and mailing address**

**Tiffany Farmer**
**2043 Belshire Way**
**Spring Hill, TN 37174**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Customer**__

Is the claim subject to offset? ■ No ☐ Yes

**$1,271.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

---

| 3.196 81 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tiffany Faulkner**
**2880 Knight Rd**
**Reno, NV 89509**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$837.00

---

| 3.196 82 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tiffany Ferguson**
**2880 Beacon Hill Dr.**
**West Linn, OR 97068**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$715.00

---

| 3.196 83 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tiffany G**
**500 Pipeline Rd**
**Na**
**Sulphur Springs, TX 75482**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| 3.196 84 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tiffany Gebel**
**500 Pipeline Rd**
**Na**
**Sulphur Springs, TX 75482**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$84.00

---

| 3.196 85 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tiffany Gilbert**
**847 Virginia Cir NE**
**Atlanta, GA 30306**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.196 86 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tiffany Gorski**
**320 N Bywood**
**Clawson, MI 48017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$2,191.00

---

| 3.196 87 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tiffany L**
**6721 213th St**
**Oakland Gardens, NY 11364**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
        Name

---

| 3.196 | | |
|---|---|---|
| 88 | | |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$1,364.00**

**Tiffany Lemos**
**11826 W 39th Place**
**Wheat Ridge, CO 80033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | |
|---|---|
| 89 | |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$409.00**

**Tiffany Lin**
**6721 213th St**
**Oakland Gardens, NY 11364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | |
|---|---|
| 90 | |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$33.00**

**Tiffany Powers**
**96 Chestnut St**
**Foxboro, MA 02035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | |
|---|---|
| 91 | |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$25.00**

**Tiffany S**
**2 Barnes Lane**
**Garden City, NY 11530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | |
|---|---|
| 92 | |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$25.00**

**Tiffany Schramm**
**201 Lone Pine Dr**
**Palm Beach Gardens, FL 33410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | |
|---|---|
| 93 | |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$23.00**

**Tiffany T**
**9121 Ptarmigan St**
**Bethel, AK 99559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | |
|---|---|
| 94 | |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$362.00**

**Tiffany Tony**
**9121 Ptarmigan St**
**Bethel, AK 99559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.196 95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Tiffany V**
**8210 Village Plaza Drive**
**Apt 2c**
**Baton Rouge, LA 70810**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,105.00 |

**Tiffany Villines**
**3912 Sidney St. Se**
**Lacey, WA 98503**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |

**Tiffany Winters**
**7223 Tree Line Ave NW**
**Albuquerque, NM 87114**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $454.58 |

**Tiffany Yu**
**88 Howard St, Apt 1604**
**San Francisco, CA 94105**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $154.00 |

**Tiffanyvillines**
**3912 Sidney St. Se**
**Lacey, WA 98503**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 00 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $87.00 |

**Tiffinie Martin**
**9267 Charles Smith Ave**
**Rancho Cucamonga, CA 91730**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 01 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48.00 |

**Tiffinie Martin**
**9267 Charles Smith Ave**
**Rancho Cucamonga, CA 91730**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name
Case number _(if known)_ _____

---

| 3.197 02 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$488.00** |

**Tilden Moschetti**
**8480 Honeycutt Rd Ste 232**
**Raleigh, NC 27615**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 03 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$34.00** |

**Tim Aldridgealdridge**
**133 E. Park St.**
**Lakeland, FL 33803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 04 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$30.00** |

**Tim Austin**
**130 Kellogg Ln**
**Bastrop, TX 78602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 05 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$459.00** |

**Tim Besgrove**
**142 W Fremont Ave**
**Littleton, CO 80120**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 06 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$360.00** |

**Tim Brandt**
**933 Foliage Lane**
**Charleston, SC 29412**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 07 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$107.00** |

**Tim C**
**2082 Celadon Drive Ne**
**Grand Rapids, MI 49525**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 08 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$415.00** |

**Tim Cairns**
**240 E 86th St Apt 10b**
**New York, NY 10028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| | |
|---|---|

**3.197 09**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$1,736.00**

**Tim Canning**
**2082 Celadon Drive NE**    ☐ Contingent
**Grand Rapids, MI 49525**    ☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _    **Basis for the claim:** __Customer__
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197 10**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$1,361.00**

**Tim Connolly**
**4407 Brookfield Dr**    ☐ Contingent
**Kensington, MD 20895**    ☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _    **Basis for the claim:** __Customer__
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197 11**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$178.00**

**Tim Cook**
**13435 S View Rd**    ☐ Contingent
**Newburg, MD 20664**    ☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _    **Basis for the claim:** __Customer__
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197 12**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$310.00**

**Tim Corley**
**3348 Malcom Ct Sw**    ☐ Contingent
**Prior Lake, MN 55372**    ☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _    **Basis for the claim:** __Customer__
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197 13**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$1,371.00**

**Tim Cyrol**
**11198 Spruce Ct**    ☐ Contingent
**Washington Twp, MI 48094**    ☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _    **Basis for the claim:** __Customer__
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197 14**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$50.00**

**Tim D**
**17047 Navajo St.**    ☐ Contingent
**Broomfield, CO 80023**    ☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _    **Basis for the claim:** __Customers - Deferred Credit__
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197 15**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$9.00**

**Tim D**
**457 Feather Ct.**    ☐ Contingent
**Grand Junction, CO 81507**    ☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _    **Basis for the claim:** __Customers - Deferred Credit__
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.197 16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$260.00** |

**Tim Dalpiaz**
**1750 Old Gray Station Rd**
**Johnson City, TN 37615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$679.00** |

**Tim Delbozquesr**
**9705 W 25th Ave**
**Lakewood, CO 80215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$534.00** |

**Tim Dereberry**
**2153 Turquoise Ridge Street**
**#103**
**Las Vegas, NV 89117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,234.00** |

**Tim Donovan**
**457 Feather Ct.**
**Grand Junction, CO 81507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,155.00** |

**Tim Dowe**
**416 Morgan Dr**
**Lewiston, NY 14092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,999.00** |

**Tim England**
**20 Malvern Walk**
**Asheville, NC 28806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Tim Fitzpatrick**
**10457 E Pivitol Ave**
**Mesa, AZ 85212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
      Name

Case number (if known) _____

---

**3.197 23**

**Nonpriority creditor's name and mailing address**
**Tim G**
**2710 Clinton Street**
**Denver, CO 80238**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$22.00

---

**3.197 24**

**Nonpriority creditor's name and mailing address**
**Tim Granfield**
**75 Hidden Valley Dr**
**Dover, NH 03820**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$871.00

---

**3.197 25**

**Nonpriority creditor's name and mailing address**
**Tim Hale**
**10740 Hellman St**
**Oakland, CA 94605**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$318.00

---

**3.197 26**

**Nonpriority creditor's name and mailing address**
**Tim Harvey**
**35 Via Timon**
**San Clemente, CA 92673**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$96.00

---

**3.197 27**

**Nonpriority creditor's name and mailing address**
**Tim Hicks**
**4315 Snowgoose Dr**
**Marion, IA 52302**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$580.00

---

**3.197 28**

**Nonpriority creditor's name and mailing address**
**Tim Hill**
**4901 Pennyroyal Court**
**Rockville, MD 20853**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.197 29**

**Nonpriority creditor's name and mailing address**
**Tim Hillebrand**
**251 Bilmar Dr**
**Pittsburgh, PA 15205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$28.00

---

Debtor **Phoeno Wine Company, Inc.**
_____Name_____

Case number (if known) _____

| 3.197 30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $92.00 |

**Tim Hoover**
**229 NE 185th**
**Shoreline, WA 98155**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $122.00 |

**Tim Horny**
**30616 Setterfeld Cir**
**Fair Oaks Ranch, TX 78015**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $123.00 |

**Tim Hubar**
**550 S Barrington Ave Apt 2229**
**Los Angeles, CA 90049**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.00 |

**Tim Jacobsen**
**2316 West Victory Blvd.**
**Burbank, CA 91506**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |

**Tim K**
**27495 Diaz Rd**
**Temecula, CA 92590**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.00 |

**Tim K**
**9950 N 225 Th St**
**Elkhorn, NE 68022**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $409.00 |

**Tim Kaneda**
**2001 Le Droit Dr**
**South Pasadena, CA 91030**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

---

| 3.197<br>37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$81.00** |
|---|---|---|---|

**Tim Kappel**
**113 Old Stable Rd**
**Lynchburg, VA 24503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197<br>38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$330.00** |
|---|---|---|---|

**Tim Kilgore**
**7804 Riverside Dr**
**A28**
**Parker, AZ 85344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197<br>39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29.00** |
|---|---|---|---|

**Tim Koeneman**
**8816 Osceola St**
**Westminster, CO 80031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197<br>40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,415.00** |
|---|---|---|---|

**Tim Kremer**
**9950 N 225 Th St**
**Elkhorn, NE 68022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197<br>41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$120.00** |
|---|---|---|---|

**Tim L**
**377 Lake Valley Drive**
**Franklin, TN 37069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197<br>42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28.00** |
|---|---|---|---|

**Tim L**
**7350 Dublin Blvd**
**Dublin, CA 94568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197<br>43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22.00** |
|---|---|---|---|

**Tim Lavender**
**2223 Kessler Woods Ct**
**Dallas, TX 75208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_ _____
Name

| 3.197 44 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$4,302.00** |
| **Tim Locker** | ☐ Contingent | |
| **2686 Co Route 57** | ☐ Unliquidated | |
| **Fulton, NY 13069** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.197 45 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$414.00** |
| **Tim Ludden** | ☐ Contingent | |
| **7350 Dublin Blvd** | ☐ Unliquidated | |
| **Dublin, CA 94568** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.197 46 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$50.00** |
| **Tim M** | ☐ Contingent | |
| **10 Hill Dale Rd** | ☐ Unliquidated | |
| **Plymouth, MA 02360** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.197 47 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$25.00** |
| **Tim M** | ☐ Contingent | |
| **115 N Cottages Dr** | ☐ Unliquidated | |
| **St Simons Island, GA 31522** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.197 48 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$15.00** |
| **Tim M** | ☐ Contingent | |
| **1600 Barton Springs Road #1102** | ☐ Unliquidated | |
| **Austin, Tx, TX 78704** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.197 49 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$18.00** |
| **Tim M** | ☐ Contingent | |
| **32 Outpost Lane** | ☐ Unliquidated | |
| **Hilton Head Idland, SC 29928** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.197 50 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$55.15** |
| **Tim M** | ☐ Contingent | |
| **425 S. Orchard Dr.** | ☐ Unliquidated | |
| **Burbank, CA 91506** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customers - Deferred Credit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Phoeno Wine Company, Inc.**                        Case number *(if known)* _____
_____
Name

| 3.197 51 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tim Malinosky**
**10 Hill Dale Rd**
**Plymouth, MA 02360**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$19.00

---

| 3.197 52 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tim Maudlin**
**29 Washington Sq. W.**
**Apt. 5a**
**New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,101.00

---

| 3.197 53 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tim Mclaughlin**
**4716 Portobello Cir**
**Valrico, FL 33596**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$886.00

---

| 3.197 54 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tim Morris**
**115 N Cottages Dr**
**St Simons Island, GA 31522**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$651.00

---

| 3.197 55 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tim Moynihan**
**2 Sandy Pond Rd**
**Lincoln, MA 01773**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$708.00

---

| 3.197 56 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tim Mullane**
**32 Outpost Lane**
**Hilton Head Idland, SC 29928**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

| 3.197 57 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tim Murphy**
**425 S. Orchard Dr.**
**Burbank, CA 91506**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$133.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_    _____
Name

---

| 3.197 |
| 58 |

**Nonpriority creditor's name and mailing address**
**Tim Nemes**
**40 Harriss Ct**
**Abington, MA 02351**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$114.00**

---

| 3.197 |
| 59 |

**Nonpriority creditor's name and mailing address**
**Tim Nugent**
**3157 Pleasantville Bridge Rd**
**Thompsons Station, TN 37179**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$212.00**

---

| 3.197 |
| 60 |

**Nonpriority creditor's name and mailing address**
**Tim O**
**2070 Tatton Hall Rd**
**Fort Mill, SC 29715**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.197 |
| 61 |

**Nonpriority creditor's name and mailing address**
**Tim Oneil**
**5227 Carpenter Street**
**Downers Grove, IL 60515**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,178.00**

---

| 3.197 |
| 62 |

**Nonpriority creditor's name and mailing address**
**Tim Osborne**
**213 Harmony Road**
**Mickleton, NJ 08056**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$96.00**

---

| 3.197 |
| 63 |

**Nonpriority creditor's name and mailing address**
**Tim P**
**18001 Ne Union Hill Rd**
**Ups Hold For Pick-Up**
**Redmond, WA 98052**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.197 |
| 64 |

**Nonpriority creditor's name and mailing address**
**Tim Pearson**
**10702 NE Red Cedar Way**
**Kingston, WA 98346**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,294.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

---

| 3.197 65 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tim R**
**17976 Judicial Rd**
**Lakeville, MN 55044**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$36.00

---

| 3.197 66 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tim Rockwell**
**20 Trailside Dr**
**Lake Saint Louis, MO 63367**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$90.00

---

| 3.197 67 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tim Sanchez**
**12121 Sw 94th St**
**Miami, FL 33186**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$31.00

---

| 3.197 68 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tim Scheuers**
**6159 Riverside Dr**
**Chino, CA 91710**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$115.00

---

| 3.197 69 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tim Shaw**
**72 Stable Ridge Rd.**
**Monroe, CT 06468**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$104.00

---

| 3.197 70 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tim Smeal**
**11517 Howe Road**
**Akron, NY 14001**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$774.00

---

| 3.197 71 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tim Smith**
**2812 Anysa Ln**
**Denton, TX 76209**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$89.00

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known)

---

| 3.197 72 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tim Swiger**
**10448 Hunters Creek Court**
**Jacksonville, FL 32256**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,810.00**

---

| 3.197 73 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tim T**
**7430 Harrisonwoods Pl**
**Charlotte, NC 28270**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

| 3.197 74 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tim Vanhorn**
**7314 Hunt Club Ln**
**Seminole, FL 33776**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,393.00**

---

| 3.197 75 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tim W**
**1238 Veterans Memorial Hwy Sw**
**Mableton, GA 30126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.197 76 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tim W**
**2642 N 73rd Pl**
**Scottsdale, AZ 85257**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$51.00**

---

| 3.197 77 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tim W**
**7256 Augusta Dr**
**Boulder, CO 80301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$2,291.00**

---

| 3.197 78 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tim Ward**
**21 Old Rodgers Ranch Ct**
**Pleasant Hill, CA 94523**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$462.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.197 79**

**Nonpriority creditor's name and mailing address**

**Tim Ward**
**2642 N 73rd Pl**
**Scottsdale, AZ 85257**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,875.00**

---

**3.197 80**

**Nonpriority creditor's name and mailing address**

**Tim Williamson**
**1 Lakewood Ln**
**Larchmont, NY 10538**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$87.00**

---

**3.197 81**

**Nonpriority creditor's name and mailing address**

**Tim Wills**
**339 Delaware Dr**
**Maineville, OH 45039**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$234.00**

---

**3.197 82**

**Nonpriority creditor's name and mailing address**

**Tim Wojcik**
**510 Fairway Court**
**Glen Ellyn, IL 60137**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

**3.197 83**

**Nonpriority creditor's name and mailing address**

**Tim Zillges**
**8699 NEuman Ln**
**Larson, WI 54947**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$31.00**

---

**3.197 84**

**Nonpriority creditor's name and mailing address**

**Timia Bennett**
**11833 Tower Hamlets Pl**
**Waldorf, MD 20602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$237.00**

---

**3.197 85**

**Nonpriority creditor's name and mailing address**

**Timmy Liu**
**359 Toftrees Ave Apt 203**
**State College, PA 16803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$191.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

---

**3.197 86**

**Nonpriority creditor's name and mailing address**

**Timo'brien**
**240 Rogers Pl**
**Clarkdale, AZ 86324**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$39.00

---

**3.197 87**

**Nonpriority creditor's name and mailing address**

**Timothy A**
**1360 Wind Castle Trail**
**Carmel, IN 46280**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$7.00

---

**3.197 88**

**Nonpriority creditor's name and mailing address**

**Timothy Abbott**
**1814 N Lincoln St**
**Arlington, VA 22207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$172.00

---

**3.197 89**

**Nonpriority creditor's name and mailing address**

**Timothy Andersen**
**203 Fayette St**
**Cumberland, MD 21502**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$693.00

---

**3.197 90**

**Nonpriority creditor's name and mailing address**

**Timothy Anderson**
**11752 W 71st Ave**
**Arvada, CO 80004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,745.00

---

**3.197 91**

**Nonpriority creditor's name and mailing address**

**Timothy B**
**4617 Cheltenham Dr**
**Bethesda, MD 20814**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.197 92**

**Nonpriority creditor's name and mailing address**

**Timothy B**
**N51w34987 Lake Dr**
**Okauchee, WI 53069**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$18.00

---

Debtor    **Phoeno Wine Company, Inc.**                                        Case number *(if known)* _____
_____
Name

| 3.197 93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,022.00** |
|---|---|---|---|

**Timothy Bluto**
**124 Northside Dr**
**C/O Bennington Car Wash**
**Bennington, VT 05201**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,964.00** |
|---|---|---|---|

**Timothy Boulton**
**N51w34987 Lake Dr**
**Okauchee, WI 53069**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33.00** |
|---|---|---|---|

**Timothy Brindle**
**4617 Cheltenham Dr**
**Bethesda, MD 20814**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00** |
|---|---|---|---|

**Timothy Brittain**
**39326 Little Fall Creek Rd**
**Jasper, OR 97438**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Timothy C**
**341 Marion Ave**
**Glen Ellyn, IL 60137**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$74.00** |
|---|---|---|---|

**Timothy C**
**6931 Signature St**
**San Antonio, TX 78263**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$335.00** |
|---|---|---|---|

**Timothy Chisholm**
**500 Crawford St**
**Apt #122**
**Houston, TX 77002**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

_____
Name

Case number (if known) _____

---

| 3.198 00 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Timothy Coffey**
**6931 Signature St**
**San Antonio, TX 78263**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$176.00**

---

| 3.198 01 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Timothy Cowan**
**349 W 29th St Apt 2b**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,501.00**

---

| 3.198 02 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Timothy Delrosario**
**614 Arrington Ave**
**North Augusta, SC 29841**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$40.00**

---

| 3.198 03 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Timothy Draper**
**34 Forge Pkwy**
**Franklin, MA 02038**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$418.00**

---

| 3.198 04 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Timothy Dunagan**
**3144 Briarwood Blvd**
**Grand Island, NE 68801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,660.00**

---

| 3.198 05 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Timothy Elwell**
**3851 Woodstock Rd**
**Santa Ynez, CA 93460**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,603.00**

---

| 3.198 06 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Timothy Eydelnant**
**516 N Montague St**
**Arlington, VA 22203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number (if known) _____

---

| 3.198 07 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**Timothy F**
**35 Dale Avenue**
**Leominster, MA 01453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 08 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$685.00** |

**Timothy Ferriter**
**700 Cheltenham Rd**
**Wilmington, DE 19808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 09 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$142.00** |

**Timothy Flannagan**
**35 Dale Avenue**
**Leominster, MA 01453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$18.00** |

**Timothy G**
**21 Capitol Ave**
**C**
**Hartford, CT 06106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$320.00** |

**Timothy G**
**41 Rural Lane**
**East Longmeadow, MA 01028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,093.00** |

**Timothy Gablehouse**
**410 17th St**
**Ste 275**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$320.00** |

**Timothy Garner**
**702 Tuscan Hills Blvd**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.198 14 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Timothy Gibson**
**333 Emerson Ave W**
**West St Paul, MN 55118**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$3,391.00**

---

| 3.198 15 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Timothy Gieske**
**1240 Park St**
**Saint Paul, MN 55117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$8,199.00**

---

| 3.198 16 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Timothy Giguere**
**41 Rural Lane**
**East Longmeadow, MA 01028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

| 3.198 17 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Timothy Glasby**
**21 Capitol Ave**
**C**
**Hartford, CT 06106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| 3.198 18 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Timothy Groudle**
**5839 Beacon Falls Dr**
**Kingwood, TX 77345**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$83.00**

---

| 3.198 19 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Timothy Howard**
**2733 Slate Court**
**Superior, CO 80027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

| 3.198 20 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Timothy I**
**9801 Shore Rd**
**4j**
**Brooklyn, NY 11209**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
         Name                                          Case number *(if known)*   _____

| 3.198<br>21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,208.00** |
|---|---|---|---|

**Timothy Irwin**
**1340 W Thorndale Ave**
**Chicago, IL 60660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.198<br>22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |
|---|---|---|---|

**Timothy J**
**2606 National Rd**
**Wheeling, WV 26003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.198<br>23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,158.00** |
|---|---|---|---|

**Timothy Johnson**
**3845 Cranbrook Hill St**
**Las Vegas, NV 89129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.198<br>24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Timothy K**
**269 Besame Ct**
**Las Vegas, NV 89138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.198<br>25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$98.00** |
|---|---|---|---|

**Timothy L**
**10999 New Halls Ferry Rd.**
**Ste J. Box 161**
**St Louis, MO 63136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.198<br>26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13.00** |
|---|---|---|---|

**Timothy L**
**14082 Susie Circle**
**Tyler, TX 75703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.198<br>27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$298.00** |
|---|---|---|---|

**Timothy Leslie**
**7970 Landowne Drive**
**Atlanta, GA 30350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

---

| 3.198 28 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Timothy Maher**
**76 Davis Pkwy**
**Buford, WY 82052**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.198 29 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Timothy Mcclure**
**69391 Crestview Dr**
**Desert Hot Springs, CA 92241**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$66.00

---

| 3.198 30 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Timothy Mclean**
**856 3rd Ave S**
**Seacoast Bank**
**Naples, FL 34102**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$109.00

---

| 3.198 31 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Timothy Miller**
**3500 W Manchester Blvd Unit 257**
**Inglewood, CA 90305**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$66.00

---

| 3.198 32 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Timothy N**
**5202 Deerwood Ct**
**Austin, TX 78730**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$34.00

---

| 3.198 33 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Timothy Neville**
**5202 Deerwood Ct**
**Austin, TX 78730**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

$70.00

---

| 3.198 34 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Timothy P**
**365 S End Ave Apt 6b**
**New York, NY 10280**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

$27.00

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

---

| 3.198 35 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,360.00** |

**Timothy Petersen**
**365 S End Ave Apt 6b**
**New York, NY 10280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 36 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,567.00** |

**Timothy Postufka**
**269 Hickory Heights Dr**
**Bridgeville, PA 15017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 37 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |

**Timothy R**
**11335 Ellison Wilson Rd**
**North Palm Beach, FL 33408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 38 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$368.00** |

**Timothy Ramsay**
**130 Heights Ave**
**Inverness, FL 34452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 39 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$99.00** |

**Timothy Rancourt**
**96 Lakeshore Dr**
**Dracut, MA 01826**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 40 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46.01** |

**Timothy Rand**
**23 Ravenwood Dr**
**Bayville, NJ 08721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 41 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,334.00** |

**Timothy Redshaw**
**223 Disc Dr**
**Boynton Beach, FL 33436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

| | |
|---|---|
| **3.198 42** | |

**Nonpriority creditor's name and mailing address**

**Timothy Reggione**
**5151 Hidalgo St Apt 575**
**Houston, TX 77056**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,806.00**

---

| | |
|---|---|
| **3.198 43** | |

**Nonpriority creditor's name and mailing address**

**Timothy Ritsema**
**22526 Se 64th Pl Ste 220**
**Issaquah, WA 98027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$10,749.00**

---

| | |
|---|---|
| **3.198 44** | |

**Nonpriority creditor's name and mailing address**

**Timothy Ritsema**
**22526 Se 64th Pl Ste 220**
**Issaquah, WA 98027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,849.00**

---

| | |
|---|---|
| **3.198 45** | |

**Nonpriority creditor's name and mailing address**

**Timothy S**
**572 Avenue Del Oro**
**Sonoma, CA 95476**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$57.00**

---

| | |
|---|---|
| **3.198 46** | |

**Nonpriority creditor's name and mailing address**

**Timothy Sanchez**
**11236 NW 74th Ter**
**Doral, FL 33178**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$375.00**

---

| | |
|---|---|
| **3.198 47** | |

**Nonpriority creditor's name and mailing address**

**Timothy Schendt**
**6131 W 86th Ter**
**Overland Park, KS 66207**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$470.00**

---

| | |
|---|---|
| **3.198 48** | |

**Nonpriority creditor's name and mailing address**

**Timothy Schniepp**
**13029 Highgrove Rd**
**Highland, MD 20777**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,223.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
    Name

| | |
|---|---|
| **3.198** **49** | **Nonpriority creditor's name and mailing address** |

**$110.00**

**Nonpriority creditor's name and mailing address**

**Timothy Scurlock**
**1114 Newman St**
**Indianapolis, IN 46201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.198**
**50**

**$1,145.00**

**Nonpriority creditor's name and mailing address**

**Timothy Sparks**
**9313 E 34th St. N**
**Suite 100**
**Wichita, KS 67226**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.198**
**51**

**$1,676.00**

**Nonpriority creditor's name and mailing address**

**Timothy Stasinoulias**
**1208 State Road 83**
**Hartland, WI 53029**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.198**
**52**

**$282.00**

**Nonpriority creditor's name and mailing address**

**Timothy Stephani**
**14 Beverly Ave**
**East Patchogue, NY 11772**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.198**
**53**

**$9.81**

**Nonpriority creditor's name and mailing address**

**Timothy Thomson**
**207 Whiting St. Apt. E**
**El Segundo, CA 90245**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.198**
**54**

**$2,315.00**

**Nonpriority creditor's name and mailing address**

**Timothy Truesdell**
**2 Roosevelt Ave**
**Peabody, MA 01960**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.198**
**55**

**$2,583.00**

**Nonpriority creditor's name and mailing address**

**Timothy Vanname**
**31 Wintermist Ct**
**Sacramento, CA 95831**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | |
|---|---|
| 3.198<br>56 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

**Timothy W**
**1380 Sweetwater Cv Unit 204**
**Naples, FL 34110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

3.198
57

**Nonpriority creditor's name and mailing address**

**Timothy W**
**151 Hamilton Road**
**Landenberg, PA 19350**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

3.198
58

**Nonpriority creditor's name and mailing address**

**Timothy Wall**
**15 Stubwoode Dr**
**East Amherst, NY 14051**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$77.00**

---

3.198
59

**Nonpriority creditor's name and mailing address**

**Timothy Watkins**
**2995 Courtenay Glen Way**
**Charlottesville, VA 22902**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$845.00**

---

3.198
60

**Nonpriority creditor's name and mailing address**

**Timothy Wills**
**1380 Sweetwater Cv Unit 204**
**Naples, FL 34110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$697.00**

---

3.198
61

**Nonpriority creditor's name and mailing address**

**Timothy World**
**5449 College Ave**
**Rockridge Masonic Hall**
**Oakland, CA 94618**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

3.198
62

**Nonpriority creditor's name and mailing address**

**Timothy Yee**
**1122 Willow St Ste 100**
**San Jose, CA 95125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,310.00**

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.198 63 | **Nonpriority creditor's name and mailing address** | **$513.00** |

**Nonpriority creditor's name and mailing address**
**Timothyp Broglio**
**1025 Michigan Ave NE**
**Archdiocese For The Military Services, U**
**Washington, DC 20017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$513.00

---

3.198 64

**Nonpriority creditor's name and mailing address**
**Tina A**
**633 Cyril Ave**
**Pasadena, MD 21122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

3.198 65

**Nonpriority creditor's name and mailing address**
**Tina Aquilla**
**633 Cyril Ave**
**Pasadena, MD 21122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,293.00

---

3.198 66

**Nonpriority creditor's name and mailing address**
**Tina B 13409276**
**10314joan Ave**
**Cleveland, OH 44111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$23.00

---

3.198 67

**Nonpriority creditor's name and mailing address**
**Tina C**
**580 Howard Street**
**Unit 500**
**San Francisco, CA 94105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$32.00

---

3.198 68

**Nonpriority creditor's name and mailing address**
**Tina Dugan**
**475 Tequesta Dr Apt 8**
**Tequesta, FL 33469**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,370.00

---

3.198 69

**Nonpriority creditor's name and mailing address**
**Tina Grover**
**1112 Tara Ln**
**Waunakee, WI 53597**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,097.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
Name

---

| 3.198 70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$199.00** |

**Tina Hepp**
**13937 Lexington Pl**
**Westminster, CO 80023**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Tina Hodgson**
**19506 Bradford Pines Court**
**Cypress, TX 77433**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$224.00** |

**Tina Morales**
**7217 Hinton Dr**
**Mansfield, TX 76063**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15.00** |

**Tina Moyer**
**4 Cypress Drive**
**Rio Grande, NJ 08242**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$289.00** |

**Tina Oconnor**
**332 Merrimont Dr**
**Winston Salem, NC 27106**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$93.00** |

**Tina R**
**11177 Harrison Dr**
**Fishers, IN 46037**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$396.00** |

**Tina Richter**
**11177 Harrison Dr**
**Fishers, IN 46037**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

**3.198 77**

**Nonpriority creditor's name and mailing address**

**Tina Stinson**
**1208 East Glen Echo Lane**
**Delaware Ohio**
**Loveland, OH 45140**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$288.00**

---

**3.198 78**

**Nonpriority creditor's name and mailing address**

**Tina Tipps**
**6006 Balcones Ct Apt 20**
**El Paso, TX 79912**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$643.00**

---

**3.198 79**

**Nonpriority creditor's name and mailing address**

**Tina W**
**203 Vaughn Rd**
**Homer, GA 30547**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.198 80**

**Nonpriority creditor's name and mailing address**

**Tina W**
**3729 Marina Boulevad**
**Galveston, TX 77554**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.198 81**

**Nonpriority creditor's name and mailing address**

**Tj Alfonso**
**1370 Howard Ln**
**Easton, PA 18045**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$372.00**

---

**3.198 82**

**Nonpriority creditor's name and mailing address**

**Tj B**
**10882 E Fanfol Ln**
**Scottsdale, AZ 85259**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

**3.198 83**

**Nonpriority creditor's name and mailing address**

**Tj Boer**
**10882 E Fanfol Ln**
**Scottsdale, AZ 85259**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$249.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.198 84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$120.00** |
|---|---|---|---|

**Tj Majeske**
**4179 Terry St**
**Oceanside, CA 92056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$152.00** |
|---|---|---|---|

**Tj Oman**
**83 East Rocks Rd**
**Norwalk, CT 06851**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14.00** |
|---|---|---|---|

**Tj S**
**15 Linda Ln**
**Spring City, PA 19475**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |
|---|---|---|---|

**Tjader G**
**3050 Union Lake Rd Ste 8f**
**Commerce Township, MI 48382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$838.00** |
|---|---|---|---|

**Tjader Gerdom**
**3050 Union Lake Rd Ste 8f**
**Commerce Township, MI 48382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,918.00** |
|---|---|---|---|

**Tjswinelivery Cochipoconnell**
**5309 Schuler St**
**Houston, TX 77007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$884.00** |
|---|---|---|---|

**Tobey Layne**
**4776 Cobble Way**
**Ferndale, WA 98248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                            Case number (if known)    _____

| 3.198 91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10.00** |

**Tobias B**
**500 Pine Tree Drive**
**Severna Park, MD 21146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |

**Tobias B**
**767 North M Street**
**Livermore, CA 94551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |

**Toby L**
**467 Springs Fireplace Road**
**East Hampton, NY 11937**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00** |

**Todd A**
**3734 Van Lanen Road**
**Green Bay, WI 54311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$58.00** |

**Todd Alexander**
**6453 Penrose Dr**
**Brentwood, TN 37027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30.00** |

**Todd Arend**
**2448 Wenbury Rd.**
**Columbus, OH 43220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,534.00** |

**Todd Arendt**
**3734 Van Lanen Road**
**Green Bay, WI 54311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.198 98 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Todd B**
**10910 Scouts Way**
**Evansville, IN 47725**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$45.00**

---

| 3.198 99 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Todd Beurman**
**10910 Scouts Way**
**Evansville, IN 47725**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$81.00**

---

| 3.199 00 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Todd Boerger**
**39 Calle Vista Del Sol**
**San Clemente, CA 92673**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$96.00**

---

| 3.199 01 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Todd C**
**2258 Old Beaver Rd**
**Kawkawlin, MI 48631**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$152.00**

---

| 3.199 02 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Todd Cunningham**
**5n107 Burr Rd**
**St Charles, IL 60175**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$385.00**

---

| 3.199 03 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Todd Fishman**
**2559 Crestmont Pl W**
**Seattle, WA 98199**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$156.00**

---

| 3.199 04 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Todd Gelbaugh**
**111 N 12th St Unit 1810**
**Tampa, FL 33602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$19.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.199 05 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$87.00** |

**Todd Greco**
**4853 La Canada Blvd**
**La Canada Flintridge, CA 91011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 06 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5.00** |

**Todd Hamburg**
**2336 Peach Tree Ln**
**Dyer, IN 46311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 07 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$258.00** |

**Todd Heenan**
**3500 Swantone Dr.**
**30**
**Fort Collins, CO 80525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 08 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$418.00** |

**Todd Heflin**
**3921 Camden Ct**
**Gainesville, GA 30506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 09 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |

**Todd Holling**
**571 Englewood Ln**
**Castroville, TX 78009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,615.00** |

**Todd Hopkins**
**1724 Brookdale Rd Apt 14**
**Naperville, IL 60563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |

**Todd J**
**364 Thornbrook Ave.**
**Bryn Mawr, PA 19010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                   Case number *(if known)* _____

Name

---

| 3.199 12 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$904.00** |
| **Todd Johnson** **364 Thornbrook Ave.** **Bryn Mawr, PA 19010** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.199 13 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43.00** |
| **Todd K** **8323 Chagrin Mills Rd** **Novelty, OH 44072** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.199 14 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$126.00** |
| **Todd Kinley** **8323 Chagrin Mills Rd** **Novelty, OH 44072** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.199 15 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$411.00** |
| **Todd Kollker** **8424 Chestnut Grove Rd** **Esmont, VA 22937** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.199 16 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$213.00** |
| **Todd Kowalski** **110 Fortress Ave** **Ponte Vedra, FL 32081** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.199 17 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$272.00** |
| **Todd Krumholz** **7291 Williamson Road** **Dallas, TX 75214** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.199 18 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80.00** |
| **Todd Krumholz** **7291 Williamson Road** **Dallas, TX 75214** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Phoeno Wine Company, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

---

**3.199 19**

**Nonpriority creditor's name and mailing address**

**Todd M**
**2124 Peach Ln Se**
**Smyrna, GA 30080**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.199 20**

**Nonpriority creditor's name and mailing address**

**Todd M**
**24513 Stargazer Way**
**Menifee, CA 92584**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$20.00**

---

**3.199 21**

**Nonpriority creditor's name and mailing address**

**Todd M**
**2550 N. Lakeview Ave Unit S-2401**
**Chicago, IL 60614**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.199 22**

**Nonpriority creditor's name and mailing address**

**Todd M**
**2629 Foothill Blvd. #190**
**La Crescenta, CA 91214**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$35.00**

---

**3.199 23**

**Nonpriority creditor's name and mailing address**

**Todd M**
**551 Technology Way**
**Napa, CA 94558**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$227.00**

---

**3.199 24**

**Nonpriority creditor's name and mailing address**

**Todd Mann**
**34 Aspen Park Blvd**
**East Syracuse, NY 13057**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.199 25**

**Nonpriority creditor's name and mailing address**

**Todd Marmorstein**
**2629 Foothill Blvd. #190**
**La Crescenta, CA 91214**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,620.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.199 26 | |

**Nonpriority creditor's name and mailing address**

**Todd Martinez**
**24513 Stargazer Way**
**Menifee, CA 92584**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,494.00**

---

| | |
|---|---|
| 3.199 27 | |

**Nonpriority creditor's name and mailing address**

**Todd Mccullough**
**404 W Island View Dr**
**Hampstead, NC 28443**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

| | |
|---|---|
| 3.199 28 | |

**Nonpriority creditor's name and mailing address**

**Todd Mellon**
**514 Overlook Park Dr**
**Oxon Hill, MD 20745**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,196.00**

---

| | |
|---|---|
| 3.199 29 | |

**Nonpriority creditor's name and mailing address**

**Todd Metcalf**
**2030 8th Street NW**
**Unit 507**
**Washington, DC 20001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$910.00**

---

| | |
|---|---|
| 3.199 30 | |

**Nonpriority creditor's name and mailing address**

**Todd Moffitt**
**1886 Stageline Circle**
**Rocklin, CA 95765**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$207.00**

---

| | |
|---|---|
| 3.199 31 | |

**Nonpriority creditor's name and mailing address**

**Todd Morgan**
**551 Technology Way**
**Napa, CA 94558**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$744.00**

---

| | |
|---|---|
| 3.199 32 | |

**Nonpriority creditor's name and mailing address**

**Todd Nathan**
**6615 W. Glasgow Ave**
**Littleton, CO 80128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$514.00**

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 5112 of 5261

Debtor    **Phoeno Wine Company, Inc.**
      Name
                                          Case number (if known)

---

**3.199 33**

**Nonpriority creditor's name and mailing address**

**Todd Nelson**
**765 N Tatum Ln**
**Gilbert, AZ 85234**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$38.00**

---

**3.199 34**

**Nonpriority creditor's name and mailing address**

**Todd Oosterhouse**
**12011 Center Rd**
**Traverse City, MI 49686**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$132.00**

---

**3.199 35**

**Nonpriority creditor's name and mailing address**

**Todd P**
**2271 Soto St**
**San Diego, CA 92107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$20.00**

---

**3.199 36**

**Nonpriority creditor's name and mailing address**

**Todd Robichaud**
**326 East Lincoln Ave**
**New Castle, PA 16101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$22.00**

---

**3.199 37**

**Nonpriority creditor's name and mailing address**

**Todd S**
**15631 Swift Current Ct.**
**Perrysburg, OH 43551**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$21.00**

---

**3.199 38**

**Nonpriority creditor's name and mailing address**

**Todd Sands**
**2518 Superior Dr NW Ste 101b**
**Rochester, MN 55901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$592.00**

---

**3.199 39**

**Nonpriority creditor's name and mailing address**

**Todd Schaefer**
**5 Oxford Ave**
**Clarendon Hills, IL 60514**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$825.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.199 40 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Todd Schlemmer**
**5173 Shadowlawn Ave**
**Tampa, FL 33610**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$869.00**

---

3.199 41

**Nonpriority creditor's name and mailing address**
**Todd Shimirak**
**6148 E County Line Rd**
**UPS Access Point   Advance Auto Parts S**
**Highlands Ranch, CO 80126-3940**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,332.00**

---

3.199 42

**Nonpriority creditor's name and mailing address**
**Todd Smith**
**1132 Chemung**
**Howell, MI 48843**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$78.00**

---

3.199 43

**Nonpriority creditor's name and mailing address**
**Todd Smith**
**1903 E York Ln**
**Wheaton, IL 60187**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

3.199 44

**Nonpriority creditor's name and mailing address**
**Todd T**
**11 Greenway Plz Ste 2400**
**Houston, TX 77046**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$296.00**

---

3.199 45

**Nonpriority creditor's name and mailing address**
**Todd T**
**1717 Canoe Creek Rd**
**Oviedo, FL 32766**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

3.199 46

**Nonpriority creditor's name and mailing address**
**Todd T**
**575 56th St Sw**
**Grand Rapids, MI 49548**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.199 47**

**Nonpriority creditor's name and mailing address**

**Todd Trobough**
**2830 Sw Urish Rd**
**Topeka, KS 66614**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

**3.199 48**

**Nonpriority creditor's name and mailing address**

**Todd W**
**604 N Crest Road**
**Chattanooga, TN 37410**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$6.00**

---

**3.199 49**

**Nonpriority creditor's name and mailing address**

**Todd Wagner**
**4502 Bowie**
**Claremont, CA 91711**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$984.00**

---

**3.199 50**

**Nonpriority creditor's name and mailing address**

**Todd Wild**
**1022 Waterview Ct**
**Carolina Beach, NC 28428**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$32.00**

---

**3.199 51**

**Nonpriority creditor's name and mailing address**

**Todd Wilson**
**114 W Calle Tierra Sandia**
**Sahuarita, AZ 85629**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

**3.199 52**

**Nonpriority creditor's name and mailing address**

**Todd Womack**
**604 N Crest Road**
**Chattanooga, TN 37404**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$308.00**

---

**3.199 53**

**Nonpriority creditor's name and mailing address**

**Todd Womack**
**604 N Crest Road**
**Chattanooga, TN 37410**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$186.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| | |
|---|---|
| **3.199 54** | |

**Nonpriority creditor's name and mailing address**

**Tolga Sevdik**
**152 Kenyon Rd**
**Pittsburgh, PA 15205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,060.00**

---

| | |
|---|---|
| **3.199 55** | |

**Nonpriority creditor's name and mailing address**

**Toli P**
**9724 Penfield Ave**
**Chatsworth, CA 91311**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$39.00**

---

| | |
|---|---|
| **3.199 56** | |

**Nonpriority creditor's name and mailing address**

**Tolki L**
**9724 Penfield Ave, Penfield**
**Penfield**
**Chatsworth, CA 91311**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$92.00**

---

| | |
|---|---|
| **3.199 57** | |

**Nonpriority creditor's name and mailing address**

**Tollie Stephenson**
**103 Bristol Ct**
**Coppell, TX 75019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$174.00**

---

| | |
|---|---|
| **3.199 58** | |

**Nonpriority creditor's name and mailing address**

**Tom Aldi**
**6 Perkins St**
**Amsterdam, NY 12010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$108.00**

---

| | |
|---|---|
| **3.199 59** | |

**Nonpriority creditor's name and mailing address**

**Tom Anderschat**
**8048 Bowfin Rd**
**Blacklick, OH 43004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$345.00**

---

| | |
|---|---|
| **3.199 60** | |

**Nonpriority creditor's name and mailing address**

**Tom B**
**5006 Durham Rd W**
**Columbia, MD 21044**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$41.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| | | |
|---|---|---|
| 3.199 61 | **Nonpriority creditor's name and mailing address**<br>**Tom Barbier**<br>**2270 Dobler Rd**<br>**Sterling, MI 48659**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes    **$0.00** |

| | | |
|---|---|---|
| 3.199 62 | **Nonpriority creditor's name and mailing address**<br>**Tom Besselman**<br>**2640 Pinewood Rd**<br>**Gastonia, NC 28054**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes    **$99.00** |

| | | |
|---|---|---|
| 3.199 63 | **Nonpriority creditor's name and mailing address**<br>**Tom Blinn**<br>**401 Latimer St**<br>**Woodstock, GA 30188**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes    **$0.00** |

| | | |
|---|---|---|
| 3.199 64 | **Nonpriority creditor's name and mailing address**<br>**Tom Brodmerkel**<br>**6368 Huntington Lakes Cir**<br>**Condo 203**<br>**Naples, FL 34119**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes    **$536.00** |

| | | |
|---|---|---|
| 3.199 65 | **Nonpriority creditor's name and mailing address**<br>**Tom Brown**<br>**5006 Durham Rd W**<br>**Columbia, MD 21044**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes    **$125.00** |

| | | |
|---|---|---|
| 3.199 66 | **Nonpriority creditor's name and mailing address**<br>**Tom Burkett**<br>**1012 W Old Plank Rd**<br>**Columbia, MO 65203**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes    **$239.00** |

| | | |
|---|---|---|
| 3.199 67 | **Nonpriority creditor's name and mailing address**<br>**Tom C**<br>**139 Anita Ct**<br>**Redlands, CA 92373**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customers - Deferred Credit__<br><br>Is the claim subject to offset? ■ No ☐ Yes    **$90.00** |

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.199 68 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19.00** |
| **Tom C** | ☐ Contingent | |
| **1543 W Cass St** | ☐ Unliquidated | |
| **Tampa, FL 33606** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.199 69 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
| **Tom C** | ☐ Contingent | |
| **40 Van Terrace** | ☐ Unliquidated | |
| **Sparkill, NY 10976** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.199 70 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$435.00** |
| **Tom Cain** | ☐ Contingent | |
| **2 Good Samaritan Way** | ☐ Unliquidated | |
| **Suite 200** | ☐ Disputed | |
| **Mount Vernon, IL 62864** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.199 71 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$220.00** |
| **Tom Connors** | ☐ Contingent | |
| **23w380 Foxwood Court** | ☐ Unliquidated | |
| **Naperville, IL 60540** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.199 72 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18.00** |
| **Tom D** | ☐ Contingent | |
| **410 E Hollywood Ave** | ☐ Unliquidated | |
| **Wildwood Crest, NJ 08260** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.199 73 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,573.00** |
| **Tom Daley** | ☐ Contingent | |
| **410 E Hollywood Ave** | ☐ Unliquidated | |
| **Wildwood Crest, NJ 08260** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.199 74 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$140.00** |
| **Tom Danchik** | ☐ Contingent | |
| **126 Daniel Dr** | ☐ Unliquidated | |
| **Avondale, PA 19311** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **Phoeno Wine Company, Inc.**

Name                                                           Case number *(if known)*

---

| 3.199 75 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Tom Driscoll**
**4917 4th Ave S**
**Minneapolis, MN 55419**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 76 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Tom Erb**
**803 E Washington St Ste 110**
**Medina, OH 44256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 77 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Tom Finneran**
**1301 Grandview Ave Ste 400**
**Trimont Plaza**
**Pittsburgh, PA 15211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 78 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,549.00** |

**Tom G**
**1114 Brawley School Rd**
**Mooresville, NC 28117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 79 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33.00** |

**Tom Galbo**
**1114 Brawley School Rd**
**Mooresville, NC 28117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 80 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$110.02** |

**Tom Giffen**
**14721 Eagles Lookout Court**
**Fort Myers, FL 33912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 81 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$120.00** |

**Tom Griffith**
**479 Ne 20th Street**
**Boca Raton, FL 33431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.199 82 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tom H**
**2333 Kapiolani Blvd #509**
**Honolulu, HI 96826**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.199 83 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tom Hanna**
**11954 W Creosote Dr**
**Peoria, AZ 85383**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$845.00**

---

| 3.199 84 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tom Hartzell**
**521 Oxford**
**Grosse Pointe Woods, MI 48236**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$138.00**

---

| 3.199 85 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tom Heggen**
**724 S Adams**
**Po Box 132**
**Red Lodge, MT 59068**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

| 3.199 86 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tom Hodge**
**10111 Meadow Lake Ln**
**Houston, TX 77042**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,349.00**

---

| 3.199 87 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tom Hui**
**8730 19th Ave Fl 1**
**Brooklyn, NY 11214**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$486.00**

---

| 3.199 88 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tom Izzo**
**4 Richardson Ln**
**Georgetown, MA 01833**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$255.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.199 89**

**Nonpriority creditor's name and mailing address**

**Tom Johnson**
**108 West Rd**
**Londonderry, NH 03053**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$196.00**

---

**3.199 90**

**Nonpriority creditor's name and mailing address**

**Tom Johnson**
**3845 Cranbrook Hill St**
**Las Vegas, NV 89129**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$101.00**

---

**3.199 91**

**Nonpriority creditor's name and mailing address**

**Tom Jordan**
**6051 Crab Orchard Rd**
**Houston, TX 77057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

**3.199 92**

**Nonpriority creditor's name and mailing address**

**Tom K**
**4408 W 91st St**
**Prairie Village, KS 66207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.199 93**

**Nonpriority creditor's name and mailing address**

**Tom K**
**686 Mila Dr**
**Peosta, IA 52068**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$13.00**

---

**3.199 94**

**Nonpriority creditor's name and mailing address**

**Tom Klein**
**3663 West Sexton**
**Springfield, MO 65810**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$6,461.00**

---

**3.199 95**

**Nonpriority creditor's name and mailing address**

**Tom Klein**
**3663 West Sexton**
**Springfield, MO 65810**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.199 96 | **Nonpriority creditor's name and mailing address**<br>**Tom Klein**<br>**3663 West Sexton**<br>**Springfield, MO 65810**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

$15,193.71

| | | |
|---|---|---|
| 3.199 97 | **Nonpriority creditor's name and mailing address**<br>**Tom Kuchan**<br>**245 Country Club**<br>**Chalfont, PA 18914**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

$140.00

| | | |
|---|---|---|
| 3.199 98 | **Nonpriority creditor's name and mailing address**<br>**Tom L**<br>**13116 N 104th St**<br>**Scottsdale, AZ 85260**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

$22.00

| | | |
|---|---|---|
| 3.199 99 | **Nonpriority creditor's name and mailing address**<br>**Tom L**<br>**2501 Caparzo Drive**<br>**Cedar Park, TX 78613**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

$22.00

| | | |
|---|---|---|
| 3.200 00 | **Nonpriority creditor's name and mailing address**<br>**Tom Lewis**<br>**435 3rd Ave**<br>**Haddon Heights, NJ 08035**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

$121.00

| | | |
|---|---|---|
| 3.200 01 | **Nonpriority creditor's name and mailing address**<br>**Tom Luther**<br>**6350 Brookline Ct.**<br>**Cumming, GA 30040**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

$140.00

| | | |
|---|---|---|
| 3.200 02 | **Nonpriority creditor's name and mailing address**<br>**Tom Maguire**<br>**18 Coventry Ln**<br>**Brewster, NY 10509**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

$16.32

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

| 3.200 03 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$304.00** |

**Tom Matthews**
**177 Maple St**
**Blowing Rock, NC 28605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 04 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,266.00** |

**Tom Mcmillen**
**8765 Derby Farms Dr**
**Rancho Cucamonga, CA 91701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 05 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$102.00** |

**Tom Metcalfe**
**4625 Penbrook Ct**
**Plano, TX 75024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 06 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$811.00** |

**Tom Mitchell**
**1133 Brook Rd**
**Milton, MA 02186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 07 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,531.00** |

**Tom Nohr**
**20632 Redwood Rd Ste E**
**Castro Valley, CA 94546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 08 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7.00** |

**Tom P**
**231 W 3rd St**
**Austin, TX 78701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 09 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11.00** |

**Tom P**
**80 W Lakewood Blvd**
**Holland, MI 49424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
Name

Case number *(if known)*

---

| 3.200 10 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tom Paese**
**14400 47th Ave. N.**
**Plymouth, MN 55446**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,773.00**

---

| 3.200 11 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tom Pak**
**2676 Giorno Way**
**El Dorado Hills, CA 95762**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$75.00**

---

| 3.200 12 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tom Philipp**
**554 Forty Eight Creek Rd**
**Waynesboro, TN 38485**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$20.00**

---

| 3.200 13 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tom Plant**
**26171 Castle Lane**
**Murrieta, CA 92563**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$230.02**

---

| 3.200 14 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tom Proebstle**
**1615 Baltimore Ave**
**Kansas City, MO 64108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$62.00**

---

| 3.200 15 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tom Robinson**
**131 Country Club Dr W**
**Destin, FL 32541**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,405.00**

---

| 3.200 16 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tom S**
**1850 Timberline Dr**
**Duncanville, TX 75137**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$40.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.200 17 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60.00** |
| **Tom S** | ☐ Contingent | |
| **20337 Lea Rd.** | ☐ Unliquidated | |
| **Deer Park, IL 60010** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.200 18 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60.00** |
| **Tom Schaul** | ☐ Contingent | |
| **626 Overhill Ave** | ☐ Unliquidated | |
| **Park Ridge, IL 60068** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.200 19 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$186.00** |
| **Tom Schultz** | ☐ Contingent | |
| **221 Wainscott Harbor Rd** | ☐ Unliquidated | |
| **Sagaponack, NY 11962** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.200 20 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$168.00** |
| **Tom Smith** | ☐ Contingent | |
| **12 Dunmoor Court South** | ☐ Unliquidated | |
| **Hamilton Township, NJ 08690** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.200 21 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27.38** |
| **Tom Spoja** | ☐ Contingent | |
| **4301 26th Street** | ☐ Unliquidated | |
| **San Francisco, CA 94131** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.200 22 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,899.00** |
| **Tom Sudyka** | ☐ Contingent | |
| **1926 S 67th St Ste 201** | ☐ Unliquidated | |
| **Lawson Kroeker** | ☐ Disputed | |
| **Omaha, NE 68106** | | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.200 23 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$85.00** |
| **Tom Thornton** | ☐ Contingent | |
| **6012 Kelsing Cove** | ☐ Unliquidated | |
| **Austin, TX 78735** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
Name

| | |
|---|---|
| 3.200<br>24 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

**Tom Trisdale**
**12946 Terlingua Creek Drive**
**Frisco, TX 75033**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,350.00**

---

**3.200 25**

**Nonpriority creditor's name and mailing address**

**Tom V**
**905 Rocky Branch Rd**
**Baker, WV 26801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.200 26**

**Nonpriority creditor's name and mailing address**

**Tom Velken**
**Gabarda**
**Lafayette, CA 94549**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.200 27**

**Nonpriority creditor's name and mailing address**

**Tom Vella**
**4 Beaver Brook Road**
**#155**
**Lincoln Park, NJ 07035**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.200 28**

**Nonpriority creditor's name and mailing address**

**Tom W**
**15205 Highgrove Rd**
**Milton, GA 30004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

**3.200 29**

**Nonpriority creditor's name and mailing address**

**Tom Walther**
**52 Silo Ridge Rd E**
**Orland Park, IL 60467**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$679.00**

---

**3.200 30**

**Nonpriority creditor's name and mailing address**

**Tom Wildman**
**444 NE Royal Ct**
**Portland, OR 97232**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.200 31 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Tom Woolsey**
**302 Leafy Hollow Lane**
**Mcgregor, TX 76657**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$264.00

---

| 3.200 32 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Tomas Bruzzo**
**506 Potomac Valley Dr**
**Fort Washington, MD 20744**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$156.00

---

| 3.200 33 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Tomesha Farris**
**165 Saint Andrews Dr**
**Alexandria, LA 71303**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$195.00

---

| 3.200 34 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Tomeyjean Swan**
**3340 Webster Ave S**
**C/O Dan Kjorsvik**
**St Louis Park, MN 55416**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$526.00

---

| 3.200 35 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Tomlark**
**15711 Robles Del Oro**
**Saratoga, CA 95070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$47.00

---

| 3.200 36 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Tommy B**
**350 S Old Bridge Rd**
**Anaheim, CA 92808**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$114.00

---

| 3.200 37 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Tommy Boehm**
**2825 Orchid St**
**New Orleans, LA 70119**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$26.00

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.200 38 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tommy Boyle**
**350 S Old Bridge Rd**
**Anaheim, CA 92808**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.200 39 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tommy Burbage**
**64 Harbor Club Drive**
**Pawleys Island, SC 29585**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.200 40 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tommy C**
**2017 Garrett Farms Row**
**Shreveport, LA 71106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.200 41 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tommy Clark**
**2017 Garrett Farms Row**
**Shreveport, LA 71106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,959.00**

---

| 3.200 42 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tommy Firth**
**745 745 7th St E**
**Boca Grande, FL 33921**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.200 43 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tommy G**
**2096 North Ponce De Leon Avenue**
**Atlanta, GA 30307**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.200 44 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tommy Henry**
**2999 Brynmawr Dr**
**Portage, MI 49024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

| | |
|---|---|
| 3.200 45 | |

**Nonpriority creditor's name and mailing address**

**Tommy Linstroth**
**306 W Waldburg St**
**Savannah, GA 31401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

| | |
|---|---|
| 3.200 46 | |

**Nonpriority creditor's name and mailing address**

**Tommy Marini**
**1379 Miller Dr**
**Los Angeles, CA 90069**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| | |
|---|---|
| 3.200 47 | |

**Nonpriority creditor's name and mailing address**

**Tommy Mccafferty**
**705 Acorn Ln**
**Jefferson Hills, PA 15025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$328.00**

---

| | |
|---|---|
| 3.200 48 | |

**Nonpriority creditor's name and mailing address**

**Tommy S**
**3968 Steeplechase Pl**
**Wooster, OH 44691**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$39.00**

---

| | |
|---|---|
| 3.200 49 | |

**Nonpriority creditor's name and mailing address**

**Tommy Smith**
**3968 Steeplechase Pl**
**Wooster, OH 44691**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

| | |
|---|---|
| 3.200 50 | |

**Nonpriority creditor's name and mailing address**

**Tommy Taylor**
**116 Lake Mineral Wells Dr**
**Georgetown, TX 78628**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

| | |
|---|---|
| 3.200 51 | |

**Nonpriority creditor's name and mailing address**

**Tommy Y**
**91-1153 Kumulipo St.**
**Kapolei, HI 96707**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$9.05**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.200 52 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Toni Collis**
**3758 Bay Rd**
**Street, MD 21154**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$238.00**

---

| 3.200 53 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Toni Dicarlo**
**1311 Main St**
**Wheeling, WV 26003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,033.00**

---

| 3.200 54 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Toni Edmiston**
**12484 Warwick Blvd Unit A**
**Newport News, VA 23606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$98.00**

---

| 3.200 55 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Toni Paterakis**
**14 Brookstone Ct**
**Lutherville, MD 21093**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$302.00**

---

| 3.200 56 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Tonilyn Guidry**
**7253 Morganza Highway**
**Morganza, LA 70759**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$70.00**

---

| 3.200 57 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Tony Clevenger**
**8600 Balcones Club Dr**
**Austin, TX 78750**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,494.00**

---

| 3.200 58 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Tony Coleman**
**11 S Palomar Dr**
**Palomar Park, CA 94062**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$25.00**

---

Debtor      **Phoeno Wine Company, Inc.**
     Name                                            Case number *(if known)*

---

**3.200 59**

**Nonpriority creditor's name and mailing address**
**Tony Edwards**
**1235 Smoky Loop Rd**
**New Braunfels, TX 78132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$166.00**

---

**3.200 60**

**Nonpriority creditor's name and mailing address**
**Tony F**
**1250 N Wenatchee Ave**
**Suite H320**
**Wenatchee, WA 98801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.200 61**

**Nonpriority creditor's name and mailing address**
**Tony F**
**7610 Quail Creek Circle**
**Dublin, CA 94568**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$75.34**

---

**3.200 62**

**Nonpriority creditor's name and mailing address**
**Tony Ferullo**
**8 Old Stagecoach Rd**
**Old Lyme, CT 06371**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$78.00**

---

**3.200 63**

**Nonpriority creditor's name and mailing address**
**Tony G**
**161 Attorney St Apt 2b**
**New York, NY 10002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.200 64**

**Nonpriority creditor's name and mailing address**
**Tony Hill**
**730 Saldano Ave**
**Miami, FL 33143**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$550.00**

---

**3.200 65**

**Nonpriority creditor's name and mailing address**
**Tony K**
**5326 E. Cactus Rd**
**Scottsdale, AZ 85254**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

---

| 3.200 66 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tony L**
**13816 Bora Bora Way**
**#114**
**Marina Del Rey, CA 90292**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$52.59**

---

| 3.200 67 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tony Lima**
**80 Leavitt St**
**Seekonk, MA 02771**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$24.00**

---

| 3.200 68 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tony Lodovico**
**950 NE 27th Ave**
**Pompano Beach, FL 33062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$160.00**

---

| 3.200 69 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tony Mistretta**
**2625 Byberry Road**
**Bensalem, PA 19020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$495.00**

---

| 3.200 70 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tony Petruzzello**
**930 Aurora Way**
**Wheaton, IL 60189**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,068.00**

---

| 3.200 71 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tony Piraneo**
**12149 E Mission Ln**
**Scottsdale, AZ 85259**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$117.00**

---

| 3.200 72 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tony Ristaino**
**11350 Mccormick Rd, Ep Iii**
**Suite 907**
**Hunt Valley, MD 21031**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,685.00**

---

Official Form 206 E/F        Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
Name

| 3.200 73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$144.00** |
|---|---|---|---|

**Tony Rodrigue**
**4524 Kent Ave**
**Metairie, LA 70006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$19.00** |
|---|---|---|---|

**Tony S**
**27 Carolyn Ct**
**Lake Zurich, IL 60047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,502.00** |
|---|---|---|---|

**Tony Salsaa**
**7930 W Warm Springs Rd Ste 170**
**Las Vegas, NV 89113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$656.00** |
|---|---|---|---|

**Tony Santiago**
**201 Se 2nd Ave Apt 3003**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$288.00** |
|---|---|---|---|

**Tony Sterling**
**5545 Plata Ln**
**Benbrook, TX 76126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$180.00** |
|---|---|---|---|

**Tony Tong**
**500 Middletown Ave**
**North Haven, CT 06473**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$28.00** |
|---|---|---|---|

**Tony Wang**
**1275 Via Landeta**
**Palos Verdes Estates, CA 90274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____          Case number (if known) _____
Name

| 3.200 80 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tony Weston**
**5660 Via Callisto**
**Riverside, CA 92506**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

| 3.200 81 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tony Wood**
**190 Shadow Pond Ln**
**Suffield, CT 06078**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$621.00**

---

| 3.200 82 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tonya Thurston**
**7492 Township Road 29**
**Somerset, OH 43783**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$23.00**

---

| 3.200 83 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tor Friedman**
**179 Rosehill Dr W**
**Tallahassee, FL 32312**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$53.00**

---

| 3.200 84 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tor Sharrard**
**4324 S 284th St**
**Auburn, WA 98001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$198.00**

---

| 3.200 85 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Toren Ajk**
**22042 Malibu Ln**
**Huntingtonb Beach, CA 92646**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,034.00**

---

| 3.200 86 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tori Bender**
**4745 N Scottsdale Rd Ste 4005**
**Scottsdale, AZ 85251**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

---

| 3.200 87 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tori Harding**
**1121 Kings Way Dr**
**Virginia Beach, VA 23455**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$97.00

---

| 3.200 88 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Torie Greenberg**
**4271 Mooncrest Pl**
**Encino, CA 91436**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$33.00

---

| 3.200 89 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Torie Wilson**
**2549 W Shinnecock Way**
**Anthem, AZ 85086**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$223.00

---

| 3.200 90 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tory Flynn**
**8343 Buchanan Trl**
**Norwalk, IA 50211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$128.00

---

| 3.200 91 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tr Cooper**
**Pingry-Caswell**
**522 W.6th Ave.**
**Oshkosh, WI 54902**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$50.00

---

| 3.200 92 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Trace Chrisman**
**2430 Tamarin Ridge Rd Apt 115**
**Lincoln, NE 68512**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$66.00

---

| 3.200 93 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Trace Crowe**
**905 Kenilworth Ave**
**Charlotte, NC 28204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$84.00

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 3.200 94 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56.00** |
| **Tracey Fenstermacher** | ☐ Contingent | |
| **201 Norwegian Woods Dr** | ☐ Unliquidated | |
| **Pottsville, PA 17901** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.200 95 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28.00** |
| **Tracey Ginger** | ☐ Contingent | |
| **805 Magnolia Dr** | ☐ Unliquidated | |
| **Papillion, NE 68046** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.200 96 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,385.00** |
| **Tracey Leaphart** | ☐ Contingent | |
| **105 Stoneybrook Lane** | ☐ Unliquidated | |
| **Lexington, SC 29072** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.200 97 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |
| **Tracey W** | ☐ Contingent | |
| **18 Elizabeth Ct** | ☐ Unliquidated | |
| **Secaucus, NJ 07094** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.200 98 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36.00** |
| **Traci Brown** | ☐ Contingent | |
| **11216 Deprise Cv** | ☐ Unliquidated | |
| **San Diego, CA 92131** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.200 99 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$66.00** |
| **Traci Campbell** | ☐ Contingent | |
| **7609 Clairmont Ave** | ☐ Unliquidated | |
| **Rowlett, TX 75089** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.201 00 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,321.00** |
| **Traci Mach** | ☐ Contingent | |
| **3125 Flintlock Rd** | ☐ Unliquidated | |
| **Fairfax, VA 22030** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Phoeno Wine Company, Inc.**

Case number (if known) _____

Name

| 3.201 01 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.00 |
|---|---|---|---|

**Traci Pawlowski**
**2820 Rancho Costero**
**Carlsbad, CA 92009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 02 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**Traci S**
**1112 Mariposa Dr**
**Austin, TX 78704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 03 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Traci T**
**536 Rock Springs Road Ne**
**Atlanta, GA 30324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 04 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112.00 |
|---|---|---|---|

**Traci-Levine**
**10925 Bells Ridge Drive**
**Potomac, MD 20854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 05 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**Tracie K**
**24 Carrie Lynn Ln**
**York, ME 03909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 06 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $330.00 |
|---|---|---|---|

**Tracie Pabst**
**5691 Windmill Dr**
**White Bear Township, MN 55110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 07 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |
|---|---|---|---|

**Tracy A**
**11625 Loweswater Ln**
**Austin, TX 78754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.201 08 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Tracy B**
**7313 Edwards Rd**
**Denton, TX 76208**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.201 09 |

**Nonpriority creditor's name and mailing address**
**Tracy Buse**
**26 W Broadway St**
**Tipp City, OH 45371**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,490.24**

---

| 3.201 10 |

**Nonpriority creditor's name and mailing address**
**Tracy Conrad**
**3721 Maplewood Ave**
**Dallas, TX 75205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$32,000.00**

---

| 3.201 11 |

**Nonpriority creditor's name and mailing address**
**Tracy Conrad**
**3721 Maplewood Ave**
**Dallas, TX 75205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$9,237.86**

---

| 3.201 12 |

**Nonpriority creditor's name and mailing address**
**Tracy E**
**13889 N. Rim Trail**
**Marana, AZ 85658**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

| 3.201 13 |

**Nonpriority creditor's name and mailing address**
**Tracy E**
**297 Cricklewood Drive**
**Cortland, OH 44410**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

| 3.201 14 |

**Nonpriority creditor's name and mailing address**
**Tracy Egan**
**4510 California Ave**
**Norco, CA 92860**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$1.10**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name                                              Case number (if known) _____

| 3.201 15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$28.00** |
|---|---|---|---|

**Tracy Frentz**
**203 Princeton Woods Loop**
**Lafayette, LA 70508**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$124.00** |
|---|---|---|---|

**Tracy Hines**
**8035 Mitchell Loop Sw**
**Bolling Afb, DC 20032**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$261.00** |
|---|---|---|---|

**Tracy Igo**
**1045 Hibiscus St**
**Atlantic Beach, FL 32233**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,896.00** |
|---|---|---|---|

**Tracy Isacco**
**2512 Stafford Avenue**
**Raleigh, NC 27607**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,081.00** |
|---|---|---|---|

**Tracy Jackson**
**6145 Bluebell Ave**
**North Hollywood, CA 91606**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,402.00** |
|---|---|---|---|

**Tracy Jong**
**216 King Road**
**Churchville, NY 14428**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$954.00** |
|---|---|---|---|

**Tracy M**
**38 Maple Parkway**
**Sparta, NJ 07871**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

**3.201 22**

**Nonpriority creditor's name and mailing address**

**Tracy Mangels**
**6712 N Gower Dr**
**Kansas City, MO 64151**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$27.00

---

**3.201 23**

**Nonpriority creditor's name and mailing address**

**Tracy Meehan**
**38 Maple Parkway**
**Sparta, NJ 07871**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$13,791.00

---

**3.201 24**

**Nonpriority creditor's name and mailing address**

**Tracy Mouren-Laurens**
**5816 Corporate Ave Ste 100**
**Cypress, CA 90630**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$366.00

---

**3.201 25**

**Nonpriority creditor's name and mailing address**

**Tracy Ohmart**
**18106 Bayou Mead Trl**
**Humble, TX 77346**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$681.00

---

**3.201 26**

**Nonpriority creditor's name and mailing address**

**Tracy P**
**407 E Silver Spring Drive**
**Whitefish Bay, WI 53217**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

**3.201 27**

**Nonpriority creditor's name and mailing address**

**Tracy Pawlak**
**N118w15462 Catherine Court**
**Germantown, WI 53022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$79.00

---

**3.201 28**

**Nonpriority creditor's name and mailing address**

**Tracy Pohlkamp**
**407 E Silver Spring Drive**
**Whitefish Bay, WI 53217**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$309.00

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor     **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known)    _____

---

| 3.201 29 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tracy Ryan**
**220 Bay St**
**Osterville, MA 02655**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ☒ No  ☐ Yes

$309.00

---

| 3.201 30 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tracy S**
**2526 Oak Ct**
**Seaford, NY 11783**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ☒ No  ☐ Yes

$130.00

---

| 3.201 31 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tracy S**
**2728 Merrimac St.**
**Fort Worth, TX 76107**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ☒ No  ☐ Yes

$1,554.00

---

| 3.201 32 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tracy Seaver**
**2526 Oak Ct**
**Seaford, NY 11783**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ☒ No  ☐ Yes

$16,897.00

---

| 3.201 33 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tracy T**
**6303 Constitution Dr**
**Attn: Tracy Troyer - Personal**
**Fort Wayne, IN 46804**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ☒ No  ☐ Yes

$30.00

---

| 3.201 34 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tracy Troyer**
**6303 Constitution Dr**
**Attn: Tracy Troyer - Personal**
**Fort Wayne, IN 46804**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ☒ No  ☐ Yes

$28.00

---

| 3.201 35 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tracy Trunko**
**28770 Prince Edward Hwy**
**Burkeville, VA 23922**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customers - Deferred Credit__

Is the claim subject to offset? ☒ No  ☐ Yes

$1.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
Name

| 3.201 36 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tracy Valorie**
**6 Coveside Lane**
**Stonington, CT 06378**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$607.00**

---

| 3.201 37 |

**Nonpriority creditor's name and mailing address**
**Tracy Weiss**
**141 5th Ave**
**5b**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.201 38 |

**Nonpriority creditor's name and mailing address**
**Tracypawlak**
**N118w15462 Catherine Court**
**Germantown, WI 53022**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| 3.201 39 |

**Nonpriority creditor's name and mailing address**
**Travis B**
**21 Ferry Landing Ln Nw Unit 1509**
**Atlanta, GA 30305**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.201 40 |

**Nonpriority creditor's name and mailing address**
**Travis Baker**
**21 Ferry Landing Ln NW Unit 1509**
**Atlanta, GA 30305**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

| 3.201 41 |

**Nonpriority creditor's name and mailing address**
**Travis Bredeson**
**137 Eastwood Ct**
**Indiana, PA 15701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$780.00**

---

| 3.201 42 |

**Nonpriority creditor's name and mailing address**
**Travis Brooks**
**7071 Convoy Ct Ste 300**
**San Diego, CA 92111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$467.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.201 43**

**Nonpriority creditor's name and mailing address**

**Travis Brown**
**1142 Turquoise St**
**San Diego, CA 92109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$33.00**

---

**3.201 44**

**Nonpriority creditor's name and mailing address**

**Travis Bussey**
**883 Island Dr Ste G**
**C/O Placer Title Co**
**Alameda, CA 94502**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$161.00**

---

**3.201 45**

**Nonpriority creditor's name and mailing address**

**Travis C**
**4904 Los Alamitos Dr**
**Midland, TX 79705**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.201 46**

**Nonpriority creditor's name and mailing address**

**Travis Comer**
**2666 Beaver Ln**
**New Braunfels, TX 78132**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

**3.201 47**

**Nonpriority creditor's name and mailing address**

**Travis Feezell**
**905 Garden District Dr**
**Charlotte, NC 28202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$357.00**

---

**3.201 48**

**Nonpriority creditor's name and mailing address**

**Travis Fitzpatrick**
**1122 Sweet Hill Dr**
**Jupiter, FL 33458**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$168.00**

---

**3.201 49**

**Nonpriority creditor's name and mailing address**

**Travis G**
**3400 Columbia Pike Apt 446**
**Arlington, VA 22204**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$4.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.201 50**

**Nonpriority creditor's name and mailing address**

**Travis G**
**930 Palm**
**West Hollywood, CA 90069**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

**3.201 51**

**Nonpriority creditor's name and mailing address**

**Travis Green**
**7000 Lanier Islands Pkwy**
**Buford, GA 30518**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$914.00**

---

**3.201 52**

**Nonpriority creditor's name and mailing address**

**Travis Hatcher**
**8777 N Hull**
**Kansas City, MO 64154**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$682.00**

---

**3.201 53**

**Nonpriority creditor's name and mailing address**

**Travis Krant**
**3125 Fairview Ave E Unit B**
**Seattle, WA 98102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$714.00**

---

**3.201 54**

**Nonpriority creditor's name and mailing address**

**Travis Kuch**
**533 E 11th St.**
**Port Angeles, WA 98362**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$148.00**

---

**3.201 55**

**Nonpriority creditor's name and mailing address**

**Travis Loeffler**
**65 Olive Ct.**
**Mountain View, CA 94041**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$460.00**

---

**3.201 56**

**Nonpriority creditor's name and mailing address**

**Travis Morgan**
**1321 S Tetonia Dr**
**Boise, ID 83705**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$183.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known)   _____
Name

---

| 3.201 57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15.00** |
|---|---|---|---|

**Travis R**
**4747 Old Cheney Rd Ste A**
**Fedex Office**
**Lincoln, NE 68516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$615.00** |
|---|---|---|---|

**Travis Rogers**
**112 Moss Lane**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60.00** |
|---|---|---|---|

**Travis S**
**2890 S Tenaya Way**
**Las Vegas, NV 89117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Travis Sartain**
**6811 Dartbrook Dr**
**Dallas, TX 75254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$119.00** |
|---|---|---|---|

**Travis Shield**
**660 Eastbury Dr Unit 3**
**Iowa City, IA 52245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32.00** |
|---|---|---|---|

**Travis Smith**
**1257 N Campbell Ave**
**#4**
**Chicago, IL 60622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$85.00** |
|---|---|---|---|

**Travis Smith**
**14016 Noland St**
**Overland Park, KS 66221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.201** **64**

**Nonpriority creditor's name and mailing address**

**Travis Szabo**
**6727 Langston Blvd**
**Arlington, VA 22205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$995.00**

---

**3.201** **65**

**Nonpriority creditor's name and mailing address**

**Travis Taylor**
**23839 Iron Horse**
**San Antonio, TX 78255**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$254.00**

---

**3.201** **66**

**Nonpriority creditor's name and mailing address**

**Trent Buglewicz**
**2545 Prairie Hill Dr**
**#12**
**Marion, IA 52302**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$225.00**

---

**3.201** **67**

**Nonpriority creditor's name and mailing address**

**Trent Kelly**
**2650 Midway Rd**
**C/O Advance Auto Parts Store 7756**
**Carrollton, TX 75006**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$192.00**

---

**3.201** **68**

**Nonpriority creditor's name and mailing address**

**Trent M**
**400 E. Weatherford Street**
**Fort Worth, TX 76102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.201** **69**

**Nonpriority creditor's name and mailing address**

**Trent S**
**1100 Lincoln Ave Ste 202b**
**Napa, CA 94558**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$148.00**

---

**3.201** **70**

**Nonpriority creditor's name and mailing address**

**Trent Sommers**
**1100 Lincoln Ave Ste 202b**
**Napa, CA 94558**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,824.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.201
71**

**Nonpriority creditor's name and mailing address**

**Trenton P**
**2115 E Grand Ledge Hwy**
**Grand Ledge, MI 48837**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

**3.201
72**

**Nonpriority creditor's name and mailing address**

**Tresha D**
**968 Arundel Dr**
**Arnold, MD 21012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$67.00

---

**3.201
73**

**Nonpriority creditor's name and mailing address**

**Tresha Davis**
**968 Arundel Dr**
**Arnold, MD 21012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$163.00

---

**3.201
74**

**Nonpriority creditor's name and mailing address**

**Trevor Crandall**
**3815 Nicole Ln**
**Alpharetta, GA 30004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$210.00

---

**3.201
75**

**Nonpriority creditor's name and mailing address**

**Trevor G**
**19615 Eagle Crest Dr**
**Lutz, FL 33549**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$22.00

---

**3.201
76**

**Nonpriority creditor's name and mailing address**

**Trevor Galko**
**822 N Jackson St.**
**Arlington, VA 22201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

**3.201
77**

**Nonpriority creditor's name and mailing address**

**Trevor Green**
**19615 Eagle Crest Dr**
**Lutz, FL 33549**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$38.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
          Name

| 3.201 78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |

**Trevor J**
**2202 Imperial Golf Course Blvd**
**Naples, FL 34110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,315.00** |

**Trevor Langford**
**1902 Memorial Dr Se**
**Atlanta, GA 30317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$83.00** |

**Trevor M**
**411 North Cypress**
**Pearsall, TX 78061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$502.00** |

**Trevor Mason**
**411 North Cypress**
**Pearsall, TX 78061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Trevor Nesbit**
**27 Maple Ridge Ln**
**South Hero, VT 05486**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |

**Trevor S**
**363 N Sam Houston Pkwy E**
**Ste 1200**
**Houston, TX 77060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$816.00** |

**Trevor Wood**
**1721 Matheson Ave**
**Charlotte, NC 28205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **Phoeno Wine Company, Inc.**
_____
　　　　　Name

Case number (if known) _____

---

| 3.201 85 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Trevor Young**
**102 S Tejon St Ste 900**
**Colorado Springs, CO 80903**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$4,587.00**

---

| 3.201 86 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Trevor Ziebarth**
**11846 Brigadoon Dr**
**Las Vegas, NV 89141**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

| 3.201 87 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Trey B**
**2015 N Houston Ave**
**Humble, TX 77338**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$51.00**

---

| 3.201 88 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Trey B**
**215 Center St**
**310**
**San Antonio, TX 78202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.201 89 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Trey H**
**6780 W Flamingo Way S**
**St Petersburg, FL 33707**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$37.00**

---

| 3.201 90 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Trey Ikard**
**3806 Bailey Ln # 1**
**Austin, TX 78756**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$81.00**

---

| 3.201 91 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Trey Marler**
**4809 Alf Ave Unit B**
**Austin, TX 78721**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,855.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.201 92 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Trey Martin**
**608 S Bryan Ave**
**Bryan, TX 77803**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$28.00**

---

| 3.201 93 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Trey Moskal**
**3435 Dickason Ave**
**Dallas, TX 75219**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$525.00**

---

| 3.201 94 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Trey P**
**3610 Detrick Dr. Unit 115**
**Raleigh, NC 27609**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$49.00**

---

| 3.201 95 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Trey Willbanks**
**3503 Lindhaven Dr**
**Pearland, TX 77584**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$682.00**

---

| 3.201 96 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tri Dung Le**
**2735 Whitinham Dr**
**Houston, TX 77067**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$383.00**

---

| 3.201 97 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tricia Bell**
**7104 Ridge Line Cir**
**Dexter, MI 48130**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$304.00**

---

| 3.201 98 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tricia Boutte**
**1209 Kingswood Dr**
**Westwego, LA 70094**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$270.00**

---

Debtor    **Phoeno Wine Company, Inc.**                                Case number *(if known)* _____
_____
Name

| 3.201 99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$136.00** |
|---|---|---|---|

**Tricia Carrigan**
**605 Heron Dr**
**Huron, OH 44839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 00 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38.00** |
|---|---|---|---|

**Tricia Cramer**
**1737 Red Bud Rd**
**Bolingbrook, IL 60490**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 01 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$264.00** |
|---|---|---|---|

**Tricia E**
**701 Etheridge Rd**
**Chesapeake, VA 23322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 02 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18.00** |
|---|---|---|---|

**Tricia K**
**114 Kingstown Rd**
**Wyoming, RI 02898**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 03 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$147.00** |
|---|---|---|---|

**Tricia Sanders**
**831 Ellis St.**
**Pickerington, OH 43147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 04 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$901.00** |
|---|---|---|---|

**Trina Trainor**
**20579 Berry Rd**
**Mount Vernon, OH 43050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 05 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Trip S**
**3939 Tulane Ave**
**3rd Floor**
**New Orleans, LA 70119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

| | |
|---|---|
| 3.202 06 | |

**Nonpriority creditor's name and mailing address**

**Tris Korol**
**201 Plaza Rd**
**Walgreens**
**Kingston, NY 12401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

| | |
|---|---|
| 3.202 07 | |

**Nonpriority creditor's name and mailing address**

**Trish S**
**11705 Joan Of Arc Dr**
**Houston, TX 77024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| | |
|---|---|
| 3.202 08 | |

**Nonpriority creditor's name and mailing address**

**Trish Tobin**
**6848 Cumbre Vista Way**
**Colorado Springs, CO 80924**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.202 09 | |

**Nonpriority creditor's name and mailing address**

**Trista Crowe**
**1796 Equestrian Dr.**
**Pleasanton, CA 94588**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$425.00**

---

| | |
|---|---|
| 3.202 10 | |

**Nonpriority creditor's name and mailing address**

**Trista N**
**13890 Beech Ct.**
**Sultan, WA 98294**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| | |
|---|---|
| 3.202 11 | |

**Nonpriority creditor's name and mailing address**

**Tristam P**
**45 Lansing St Apt 1605**
**San Francisco, CA 94105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| | |
|---|---|
| 3.202 12 | |

**Nonpriority creditor's name and mailing address**

**Troi S**
**2684 75th Ave**
**Oakland, CA 94605**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$2.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

**3.202 13**

**Nonpriority creditor's name and mailing address**
**Troi Swithers**
**2684 75th Ave**
**Oakland, CA 94605**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,133.00**

---

**3.202 14**

**Nonpriority creditor's name and mailing address**
**Troy Benson**
**5657 N Waterman Dr**
**Milton, WI 53563**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.202 15**

**Nonpriority creditor's name and mailing address**
**Troy Blessing**
**3655 Brighton Blvd**
**Denver, CO 80216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$7,635.00**

---

**3.202 16**

**Nonpriority creditor's name and mailing address**
**Troy Brekke**
**6850 Broadway**
**Suite F Met #1143**
**Denver, CO 80221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$15,536.00**

---

**3.202 17**

**Nonpriority creditor's name and mailing address**
**Troy D**
**6160 Vickery Blvd**
**Dallas, TX 75214**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$36.68**

---

**3.202 18**

**Nonpriority creditor's name and mailing address**
**Troy Dryer**
**6160 Vickery Blvd**
**Dallas, TX 75214**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$168.00**

---

**3.202 19**

**Nonpriority creditor's name and mailing address**
**Troy E**
**2961 Donnell Drive**
**Round Rock, TX 78664**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*    _____

---

| 3.202 20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$234.00** |

**Troy Erickson**
**2877 Forbes St**
**Jacksonville, FL 32205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$477.00** |

**Troy Evanovich**
**2961 Donnell Drive**
**Round Rock, TX 78664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$390.00** |

**Troy Hampe**
**28204 Mallard Reach Dr**
**Spring, TX 77386**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,161.00** |

**Troy Jelinek**
**170 S Independence Mall W Apt 1124**
**Philadelphia, PA 19106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30.00** |

**Troy Jordan**
**1121 Johns Rd**
**Augusta, GA 30904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |

**Troy K**
**42 Hale Lio Pl**
**Haiku, HI 96708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,276.00** |

**Troy Kanuha**
**42 Hale Lio Pl**
**Haiku, HI 96708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
     Name

Case number *(if known)*

---

| 3.202 27 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Troy Kyle**
**4905 70th Ave W**
**University Place, WA 98467**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$11,341.00**

---

| 3.202 28 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Troy Leblanc**
**8139 Island Rd**
**Ventress, LA 70783**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$220.00**

---

| 3.202 29 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Troy M**
**329 Whipple Ln**
**Rochester, NY 14622**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$123.00**

---

| 3.202 30 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Troy Meyer**
**916 Prescott Lane**
**Springfield, OR 97477**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$367.00**

---

| 3.202 31 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Troy N**
**57 Bluestem Ln**
**Hardeeville, SC 29927**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$9.00**

---

| 3.202 32 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Troy Nihart**
**57 Bluestem Ln**
**Hardeeville, SC 29927**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$160.00**

---

| 3.202 33 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Troy Ovitsky**
**Attn: Troy Ovitsky (Wine Storage)**
**100 Bachelor Ridge Trail**
**Avon, CO 81620**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$119.00**

---

Debtor    **Phoeno Wine Company, Inc.**

_____
Name

Case number (if known)    _____

---

| 3.202 34 |
|----------|

**Nonpriority creditor's name and mailing address**
**Troy S**
**24871 Hon Ave**
**Laguna Hills, CA 92653**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$19.00

---

| 3.202 35 |
|----------|

**Nonpriority creditor's name and mailing address**
**Troy S 6817**
**301 Mission Street**
**San Francisco, CA 94105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$35.60

---

| 3.202 36 |
|----------|

**Nonpriority creditor's name and mailing address**
**Troy Shamos**
**2406 Mathews Ave Unit B**
**Redondo Beach, CA 90278**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,019.00

---

| 3.202 37 |
|----------|

**Nonpriority creditor's name and mailing address**
**Troy Steen**
**24871 Hon Ave**
**Laguna Hills, CA 92653**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,316.00

---

| 3.202 38 |
|----------|

**Nonpriority creditor's name and mailing address**
**Troy Taylor**
**5120 Lafitte Dr.**
**Oak Park, CA 91377**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$29.01

---

| 3.202 39 |
|----------|

**Nonpriority creditor's name and mailing address**
**Trung Doan**
**10171 Stonehaven Ave**
**Baton Rouge, LA 70810**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,390.00

---

| 3.202 40 |
|----------|

**Nonpriority creditor's name and mailing address**
**Trung N**
**3009 Chase Wood Way**
**Longview, TX 75605**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.202 41**

**Nonpriority creditor's name and mailing address**

**Tsubasa Inagaki**
**525 11th Ave Unit 1516**
**San Diego, CA 92101**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.202 42**

**Nonpriority creditor's name and mailing address**

**Tuan Nguyen**
**12813 Conifer Ln**
**Euless, TX 76040**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

**3.202 43**

**Nonpriority creditor's name and mailing address**

**Tuan T**
**3203 Pinegate Way**
**San Jose, CA 95148**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

**3.202 44**

**Nonpriority creditor's name and mailing address**

**Tucker Laurens**
**3318 Broderick St.**
**San Francisco, CA 94123**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$250.01**

---

**3.202 45**

**Nonpriority creditor's name and mailing address**

**Tung B**
**7480 Birdwood Ave Apt 1027**
**Mclean, VA 22102**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

**3.202 46**

**Nonpriority creditor's name and mailing address**

**Tushar Trivedi**
**2328 Homestead Ln**
**Plano, TX 75025**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$446.00**

---

**3.202 47**

**Nonpriority creditor's name and mailing address**

**Tuyen N**
**128 Brendan Woods Ln**
**Conroe, TX 77384**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.202 48 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ty Buckelew**
**430 Mount Merino Road**
**Hudson, NY 12534**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$120.00

---

| 3.202 49 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ty C**
**2 Ocean Course Drive**
**Kiawah Island, SC 29455**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

| 3.202 50 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ty R**
**4348 E Coolbrook Ave**
**Phoenix, AZ 85032**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| 3.202 51 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tyajah Patrick**
**853 Dana Point Way**
**Oceanside, CA 92058**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$120.00

---

| 3.202 52 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tybalt Whitney**
**443 14th St**
**Santa Monica, CA 90402**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$376.00

---

| 3.202 53 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tyler Avery-Miller**
**18706 Leonard Ct**
**New Buffalo, MI 49117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$90.00

---

| 3.202 54 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tyler B**
**5415 Makena Alanui**
**Kihei, HI 96753**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$182.00

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.202 55**

**Nonpriority creditor's name and mailing address**

**Tyler B**
**965 S. University Blvd.**
**Denver, CO 80209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.202 56**

**Nonpriority creditor's name and mailing address**

**Tyler Badgley**
**2575 Shanklin Ln S**
**Denver, NC 28037**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,002.00**

---

**3.202 57**

**Nonpriority creditor's name and mailing address**

**Tyler Beins**
**965 S. University Blvd.**
**Denver, CO 80209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$245.00**

---

**3.202 58**

**Nonpriority creditor's name and mailing address**

**Tyler Burd**
**718 May St**
**Hood River, OR 97031**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

**3.202 59**

**Nonpriority creditor's name and mailing address**

**Tyler C**
**10210 66th Rd Apt 20h**
**Forest Hills, NY 11375**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.202 60**

**Nonpriority creditor's name and mailing address**

**Tyler Coates**
**2730 King St**
**Denver, CO 80211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

**3.202 61**

**Nonpriority creditor's name and mailing address**

**Tyler Endsley**
**7111 Santa Monica Blvd Apt 318**
**West Hollywood, CA 90046**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,086.00**

---

Debtor   **Phoeno Wine Company, Inc.**                          Case number *(if known)* _____
         _____
         Name

| 3.202 62 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31.00** |
| **Tyler F** **7308 Glendora Ave** **Dallas, Tx 75230** **Dallas, TX 75230** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** **Customers - Deferred Credit** | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.202 63 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$325.00** |
| **Tyler Funk** **7308 Glendora Ave** **Dallas, Tx 75230** **Dallas, TX 75230** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** **Customer** | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.202 64 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
| **Tyler H** **2267 Bristol Avenue** **None** **State College, PA 16801** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** **Customers - Deferred Credit** | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.202 65 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
| **Tyler Hartman** **1848 Twin Coves Circle** **Lenoir City, TN 37772** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** **Customer** | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.202 66 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$957.00** |
| **Tyler Hendershot** **36 Hale St** **San Francisco, CA 94134** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** **Customer** | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.202 67 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$339.00** |
| **Tyler Jay** **1405 E 132nd St** **Burnsville, MN 55337** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** **Customer** | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.202 68 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$58.28** |
| **Tyler K** **13 Reidsville Dr** **Palm Coast, FL 32164** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** **Customers - Deferred Credit** | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

| | |
|---|---|
| **3.202 69** | **Nonpriority creditor's name and mailing address** |

**Tyler Kron**
**27165 E Costilla Dr**
**Aurora, CO 80016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$101.00**

---

| | |
|---|---|
| **3.202 70** | **Nonpriority creditor's name and mailing address** |

**Tyler L**
**1450 E Cindy St**
**Chandler, AZ 85225**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$10.00**

---

| | |
|---|---|
| **3.202 71** | **Nonpriority creditor's name and mailing address** |

**Tyler Langdon**
**22870 Carriage Dr**
**Reno, NV 89521**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,700.00**

---

| | |
|---|---|
| **3.202 72** | **Nonpriority creditor's name and mailing address** |

**Tyler Lawson**
**3317 Riviera Dr**
**Key West, FL 33040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$250.00**

---

| | |
|---|---|
| **3.202 73** | **Nonpriority creditor's name and mailing address** |

**Tyler M**
**1126 Adams St**
**Denver, CO 80206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$7.00**

---

| | |
|---|---|
| **3.202 74** | **Nonpriority creditor's name and mailing address** |

**Tyler Matisse**
**617 Haldeman Blvd**
**New Cumberland, PA 17070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$87.00**

---

| | |
|---|---|
| **3.202 75** | **Nonpriority creditor's name and mailing address** |

**Tyler Mcdonald**
**1126 Adams St**
**Denver, CO 80206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$546.00**

---

Debtor    **Phoeno Wine Company, Inc.**
      Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.202<br>76 | **Nonpriority creditor's name and mailing address**<br>**Tyler N**<br>**2401 Port Orford Ln**<br>**Rock Springs, WY 82901** | **$22.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.202<br>77 | **Nonpriority creditor's name and mailing address**<br>**Tyler Nazelrod**<br>**2401 Port Orford Ln**<br>**Rock Springs, WY 82901** | **$2,664.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.202<br>78 | **Nonpriority creditor's name and mailing address**<br>**Tyler Page**<br>**101 Barbuda Dr**<br>**Austin, TX 78734** | **$1,973.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.202<br>79 | **Nonpriority creditor's name and mailing address**<br>**Tyler Pasher**<br>**1058 Valentine Ln**<br>**Carmel, IN 46032** | **$28.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.202<br>80 | **Nonpriority creditor's name and mailing address**<br>**Tyler Patzkowsky**<br>**1800 S Main St**<br>**Perryton, TX 79070** | **$838.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.202<br>81 | **Nonpriority creditor's name and mailing address**<br>**Tyler Quillico**<br>**3225 Georgia Ave NW Apt 201**<br>**Washington, DC 20010** | **$2,022.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.202<br>82 | **Nonpriority creditor's name and mailing address**<br>**Tyler R**<br>**1123 Fox Orchard Run**<br>**Fort Wayne, IN 46825** | **$30.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 3.202 83 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,985.00** |

**Tyler Rice**
**1123 Fox Orchard Run**
**Fort Wayne, IN 46825**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 84 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$423.00** |

**Tyler Shea**
**2515 Chartiers Street**
**Altoona, PA 16601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 85 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$215.00** |

**Tyler Stoll**
**4450 S Huron St**
**Englewood, CO 80110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 86 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |

**Tyler Troiano**
**262 Franklin Terrace**
**Washington, PA 15301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 87 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00** |

**Tyler Winkowski**
**878 Falcon Drive**
**Depew, NY 14043**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 88 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00** |

**Tyner Holmes**
**1891 Fort Valley Drive Southwest**
**Atlanta, GA 30311**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 89 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$120.00** |

**Tyson Brown**
**72 Yolanda Dr**
**San Anselmo, CA 94960**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

_____
Name

Case number *(if known)* _____

---

| 3.202 90 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tyson Hughes**
**111 Apricot Street**
**Livermore, CA 94551**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,695.00**

---

| 3.202 91 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tyson Mceldowney**
**2522 Summerdale Ct**
**Clearwater, FL 33761**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$140.00**

---

| 3.202 92 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tyson Streeter**
**83 Magnolia Ter**
**Springfield, MA 01108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$133.00**

---

| 3.202 93 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tzuhsun Lin**
**804 Duncardine Way**
**Sunnyvale, CA 94087**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$412.00**

---

| 3.202 94 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**U L**
**24 Ave At Port Imperial**
**Apt 403**
**West New York, NJ 07093**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$36.00**

---

| 3.202 95 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**U Longoni**
**24 Ave At Port Imperial**
**Apt 403**
**West New York, NJ 07093**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.202 96 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ubaldo H**
**14307 Floret Estates Ct**
**Cypress, TX 77429**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number _(if known)_   _____
Name

| 3.202 97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$760.00** |
|---|---|---|---|

**Ukallaysaaq Okleasik**
**68-1821 Puu Nui St**
**Waikoloa, HI 96738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Ulrich Homann**
**203 4th Ct. S.**
**Kirkland, WA 98033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$7.74** |
|---|---|---|---|

**Ulrich Homann**
**203 4th Ct. S.**
**Kirkland, WA 98033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 00 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Undergroundcellar Shipping**
**36 56th St.**
**Oakland, CA 94609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 01 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$20,702.85** |
|---|---|---|---|

**Unknown**
**1 Polk St Unit 1005**
**San Francisco, CA 94102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 02 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$369.00** |
|---|---|---|---|

**Unknown**
**11 Greenview Drive**
**Chesterfield, NJ 08515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 03 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$20.00** |
|---|---|---|---|

**Unknown**
**176 Lake Rd**
**Basking Ridge, NJ 07920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
Name

---

| 3.203 04 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Unknown**
**19 Homestead Street, Apt B**
**San Francisco, CA 94114**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,087.69**

---

| 3.203 05 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Unknown**
**1992 Canyon Highlands Dr**
**Henderson, NV 89052**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$336.16**

---

| 3.203 06 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Unknown**
**20 N Blair St**
**Apt 208**
**Madison, WI 53703**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$4.00**

---

| 3.203 07 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Unknown**
**5045 W 129th Ter**
**Leawood, KS 66209**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$55.00**

---

| 3.203 08 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Unknown**
**555 South Avenue East**
**Unit 108**
**Cranford, NJ 07016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$17.00**

---

| 3.203 09 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Unknown**
**740 Sanchez Street**
**San Francisco, CA 94114**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$72.00**

---

| 3.203 10 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Unknown**
**82 Apple Lane**
**Briarcliff Manor, NY 10510**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
                Name

| 3.203 11 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Unknown**
**8537 Briar Lane**
**Prairie Village, KS 66207**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$104.00**

---

| 3.203 12 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Unknown**
**W 7844 State Road 106**
**Fort Atkinson, WI 53538**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$73.00**

---

| 3.203 13 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ursula Poydras**
**3005 Westbrook Ln**
**Bowie, MD 20721**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$941.00**

---

| 3.203 14 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Utpal Shah**
**2210 Reddfield Dr**
**Falls Church, VA 22043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$260.00**

---

| 3.203 15 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**V Chandrashekhar**
**30 Hawthorn Dr**
**Westfield, NJ 07090**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$785.00**

---

| 3.203 16 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**V6 Klakken**
**7620 Valley Drive**
**Eureka, CA 95503**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$84.00**

---

| 3.203 17 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vaclav Ruzicka**
**705 N Easy St**
**Payson, AZ 85541**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.203 18 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2.00** |
| **Vadim S 13410259** | ☐ Contingent | |
| **355 1st St Unit 2206** | ☐ Unliquidated | |
| **San Francisco, CA 94105** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.203 19 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60.00** |
| **Vadim Slavin** | ☐ Contingent | |
| **355 1st St Unit 2206** | ☐ Unliquidated | |
| **San Francisco, CA 94105** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.203 20 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$270.00** |
| **Vadim Zlotnikov** | ☐ Contingent | |
| **34 Greenacres Ave** | ☐ Unliquidated | |
| **Scarsdale, NY 10583** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.203 21 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
| **Vaibhav Patel** | ☐ Contingent | |
| **34 Trapping Way** | ☐ Unliquidated | |
| **Pleasantville, NY 10570** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.203 22 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,395.00** |
| **Vail Harding** | ☐ Contingent | |
| **5221 Washington Avenue** | ☐ Unliquidated | |
| **Saint Joseph, MI 49085** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.203 23 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$895.00** |
| **Val Grondy** | ☐ Contingent | |
| **1840 W Eddy St** | ☐ Unliquidated | |
| **Chicago, IL 60657** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.203 24 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7.00** |
| **Val S** | ☐ Contingent | |
| **191 Clyburn St** | ☐ Unliquidated | |
| **Marco Island, FL 34145** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.203
25**

**Nonpriority creditor's name and mailing address**

**Valeri Lennon
123 Stout Dr
Crossville, TN 38555**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$256.00**

---

**3.203
26**

**Nonpriority creditor's name and mailing address**

**Valeri R
526 Via Del Rey
Angel Fire, NM 87710**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$9.00**

---

**3.203
27**

**Nonpriority creditor's name and mailing address**

**Valeri Reeder
526 Via Del Rey
Angel Fire, NM 87710**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$960.00**

---

**3.203
28**

**Nonpriority creditor's name and mailing address**

**Valeria Buck
427 Van Hook Dr
Ashland City, TN 37015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$384.00**

---

**3.203
29**

**Nonpriority creditor's name and mailing address**

**Valeria Buck
427 Van Hook Dr
Ashland City, TN 37015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$11.00**

---

**3.203
30**

**Nonpriority creditor's name and mailing address**

**Valerie J
130 Lincoln Sq # 1092
Michael S Store #1092
Arlington, TX 76011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.203
31**

**Nonpriority creditor's name and mailing address**

**Valerie Jenninfgs
5015 Arapahoe St
Shawnee, KS 66226**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
Name

| 3.203 32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,362.00** |
|---|---|---|---|

**Valerie Jopling**
**130 Lincoln Sq # 1092**
**Michael S Store #1092**
**Arlington, TX 76011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$686.00** |
|---|---|---|---|

**Valerie King**
**798 Heyford View**
**Austell, GA 30106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$285.00** |
|---|---|---|---|

**Valerie Lapehandy**
**504 Bear Gulch Rd**
**Richmondville, NY 12149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Valerie Reilly**
**2947 Clay Street**
**San Francisco, CA 94115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,100.00** |
|---|---|---|---|

**Valerie Siciliano**
**750 Chandler Ave**
**Geneva, IL 60134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Valerie T**
**493 Chapman Lane**
**Blairsville, GA 30512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Valerie Toth**
**493 Chapman Lane**
**Blairsville, GA 30512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**

Name                                             Case number (if known)   _____

---

| 3.203 39 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19.00** |
| **Valorie Freeman** | ☐ Contingent | |
| **16042 S Highway 11** | ☐ Unliquidated | |
| **Fair Play, SC 29643** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.203 40 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$96.00** |
| **Van Hornbeck** | ☐ Contingent | |
| **1004 Oak Park Dr** | ☐ Unliquidated | |
| **Durham, NC 27703** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.203 41 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
| **Van N** | ☐ Contingent | |
| **2260 Terrace Ave** | ☐ Unliquidated | |
| **Baton Rouge, LA 70806** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.203 42 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$393.00** |
| **Vance Hendrix** | ☐ Contingent | |
| **16039 Haley Way** | ☐ Unliquidated | |
| **Flint, TX 75762** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.203 43 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10.00** |
| **Vance V** | ☐ Contingent | |
| **306 Pinckney** | ☐ Unliquidated | |
| **San Antonio, TX 78209** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customers - Deferred Credit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.203 44 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28.00** |
| **Vance Vandrake** | ☐ Contingent | |
| **8000 Innsbrook Pl** | ☐ Unliquidated | |
| **Cincinnati, OH 45244** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.203 45 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$180,931.00** |
| **Vandy Yun** | ☐ Contingent | |
| **3931 25th St** | ☐ Unliquidated | |
| **San Francisco, CA 94114** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.203 46 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Vanessa B**
**8934 Aberdeen Creek Cir**
**Riverview, FL 33569**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

| 3.203 47 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Vanessa Barsness**
**188 Octavia St Apt 201**
**San Francisco, CA 94102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$294.00**

---

| 3.203 48 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Vanessa F**
**1395 22nd Street**
**Unit 743**
**San Francisco, CA 94107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.203 49 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Vanessa Farentinos**
**318 Avenue I**
**Unite 502**
**Redondo Beach, CA 90277**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$21.00**

---

| 3.203 50 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Vanessa Howe**
**1625 E Primrose St**
**Springfield, MO 65804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

| 3.203 51 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Vanessa Marin**
**4343 Altura Ave NE**
**Albuquerque, NM 87110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$877.00**

---

| 3.203 52 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Vanessa Vacratsas**
**4340 Trickum Rd NE**
**Marietta, GA 30066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,777.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known)
_____

| 3.203 53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$67.00** |

**Vanessa Vera**
**423 Union Ave**
**Rutherford, NJ 07070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9.00** |

**Vann M**
**27-01 168 Street**
**Flushing, NY 11358**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$515.00** |

**Vann Maimos**
**27-01 168 Street**
**Flushing, NY 11358**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$239.00** |

**Vanna Temares**
**31 Casino Street Apt 1c**
**Apt 1c**
**Freeport, NY 11520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19.00** |

**Vara Vanessa**
**652 Hilton Ave**
**Lawrenceville, GA 30044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$233.00** |

**Varun Sharma**
**15017 Se 80 Th St**
**Newcastle, WA 98059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |

**Vasileios T**
**757 Brookberry Farm Circle**
**Winston Salem, NC 27106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____         Case number _(if known)_ _____
         Name

---

| 3.203<br>60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$25.00** |
|---|---|---|---|

**Vaughn M**
**2920 Carlisle Street**
**Apt 1108**
**Dallas, TX 75204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203<br>61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$746.00** |
|---|---|---|---|

**Vayoula Tourlis**
**1005 Arbor Ct**
**Mount Prospect, IL 60056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203<br>62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$617.00** |
|---|---|---|---|

**Velaine Pfund**
**22 Frederick Court**
**Montauk, NY 11954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203<br>63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Velmary Irizarry**
**9304 Firenze Dr Apt 104**
**Palm Beach Gardens, FL 33418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203<br>64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$920.00** |
|---|---|---|---|

**Venessa Schwarz**
**1111 Sawmill Gulch Rd**
**Pebble Beach, CA 93953**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203<br>65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$180.00** |
|---|---|---|---|

**Venkat Mangunta**
**5925 Westhall Dr**
**Crozet, VA 22932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203<br>66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$21.00** |
|---|---|---|---|

**Venus Lopez-Salinas**
**30233 Setterfeld Cir**
**Fair Oaks Ranch, TX 78015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.203 67 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Verde Advantagellc**
**5242 Cattle Crossing Way**
**Jacksonville, FL 32226**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$269.00**

---

| 3.203 68 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Verdie Bowen**
**22807 Fossil Peak**
**San Antonio, TX 78261**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,421.00**

---

| 3.203 69 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Vern Lakusta**
**1 Main St**
**Saint Helena, CA 94574**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$383.27**

---

| 3.203 70 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Vern Oakley**
**310 Main St**
**Chatham, NJ 07928**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$632.00**

---

| 3.203 71 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Vernon Hernandez**
**834 San Antonio Ave Apt B**
**Alameda, CA 94501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$132.00**

---

| 3.203 72 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Vernon L**
**24669 Woodward Avenue**
**Lomita, CA 90717**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$55.41**

---

| 3.203 73 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Vernon Watt**
**18640 Shady View Lane**
**Brookeville, MD 20833**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,141.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

| 3.203 74 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Veronica Hosfeld**
**10 East Main Street**
**Walla Walla, WA 99362**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☐ No ☐ Yes

**$108.00**

---

| 3.203 75 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Veronica M**
**520 S. Jefferson Avenue**
**Saint Louis, MO 63103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

| 3.203 76 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Veronica Mendoza**
**1748 Lakeview Dr**
**Desoto, TX 75115**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$56.00**

---

| 3.203 77 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Veronika G**
**200 6th Street**
**Wheeling, IL 60090**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.203 78 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Versluis Joseph**
**300 Heathwood Drive**
**Clayton, NC 27527**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.203 79 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Vi Q**
**2557 Jameswood Ct**
**Holland, MI 49424**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.203 80 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Vickey Maples**
**437 Focis St**
**Metairie, LA 70005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,781.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (*if known*) _____

---

| 3.203 81 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vicki B**
**4564 Foxfire Trl**
**Portage, MI 49024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$2.00**

---

| 3.203 82 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vicki Brown**
**4564 Foxfire Trl**
**Portage, MI 49024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,246.00**

---

| 3.203 83 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vicki Krasniqi**
**214 Villa Ave**
**Fairfield, CT 06825**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

| 3.203 84 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vicki L**
**1185 Mountain Creek Rd**
**1402**
**Chattanooga, TN 37405**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$24.00**

---

| 3.203 85 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vicki M**
**1039 E Caroline Ln**
**Tempe, AZ 85284**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$98.00**

---

| 3.203 86 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vicki M**
**3801 Azure Rd**
**Bozeman, MT 59718**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.203 87 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vicki Montana**
**1039 E Caroline Ln**
**Tempe, AZ 85284**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,675.00**

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
Name                                                    Case number (if known)

---

| 3.203 88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$717.00** |

**Vicki Therrian**
**120 Shiloh Creek Way**
**Indianapolis, IN 46234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10.00** |

**Vicky K**
**10366 Ardyce**
**Boise, ID 83704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |

**Vicky K**
**77 Central Ave**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$160.00** |

**Victor Aul**
**225 2nd St E Apt 35**
**Sonoma, CA 95476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Victor Berisha**
**410 E89th ,2d**
**New York, NY 10128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,449.00** |

**Victor Bizzarri**
**31 Ranch Way**
**Bailey, CO 80421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,126.00** |

**Victor Culatta**
**4358 Indigo Street**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

---

| 3.203 95 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$76.00** |

**Victor Dawkes**
**802 Coleman Blvd**
**Suite 2020**
**Mount Pleasant, SC 29466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 96 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35.00** |

**Victor Dellabella**
**3 Carole Ct**
**Manalapan, NJ 07726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 97 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$93.00** |

**Victor Guerrieri**
**4520 N Forestview**
**Chicago, IL 60656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 98 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**Victor K**
**23357 Mulholland Dr**
**Woodland Hills, CA 91364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 99 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |

**Victor Sansanese**
**98 Lovering Ave**
**Buffalo, NY 14216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 00 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38.00** |

**Victor Vazquez**
**64 Page Dr**
**Oakland, NJ 07436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 01 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |

**Victor W**
**104 Waldorf Pl**
**Vauxhall, NJ 07088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.204<br>02 | |

**Nonpriority creditor's name and mailing address**

**Victor Yanchick**
**3901 Reed's Landing Circle**
**Midlothian, VA 23113**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$420.00**

---

| |
|---|
| 3.204<br>03 |

**Nonpriority creditor's name and mailing address**

**Victoria Beck**
**401 Main St**
**Harlan, IA 51537**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$5,069.99**

---

| |
|---|
| 3.204<br>04 |

**Nonpriority creditor's name and mailing address**

**Victoria Chastain**
**23 Cats Den Dr Apt 132**
**Cullowhee, NC 28723**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$67.02**

---

| |
|---|
| 3.204<br>05 |

**Nonpriority creditor's name and mailing address**

**Victoria Coxon**
**150 Black Mountain Road**
**Manchester Center, VT 05255**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$907.00**

---

| |
|---|
| 3.204<br>06 |

**Nonpriority creditor's name and mailing address**

**Victoria Fernanxrzsastre**
**13025 Sw 107th Ct**
**Miami, FL 33176**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$48.00**

---

| |
|---|
| 3.204<br>07 |

**Nonpriority creditor's name and mailing address**

**Victoria Gardner**
**507 Hidden Harbor St**
**Houston, TX 77079**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$310.00**

---

| |
|---|
| 3.204<br>08 |

**Nonpriority creditor's name and mailing address**

**Victoria Goodsell**
**285 Highcrest Rd**
**Wethersfield, CT 06109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$352.00**

---

Debtor     **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
           Name

| 3.204 09 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |

**Victoria L**
**500 E 83rd St**
**3j**
**New York, NY 10028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60.00** |

**Victoria Little**
**845 Lewis Dr**
**Leavenworth, KS 66048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$640.00** |

**Victoria Luo**
**13711 Slate Creek Ln**
**Houston, TX 77077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$902.00** |

**Victoria Martin**
**5422 De Lange Ln**
**Houston, TX 77092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$618.00** |

**Victoria May**
**11 Lone Peak Dr**
**Suit 207**
**Big Sky, MT 59716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$26.00** |

**Victoria Nguyen**
**2702 Ladrillo Aisle**
**Irvine, CA 92606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**Victoria Reilly**
**1806 Berkeley Way**
**7**
**Berkeley, CA 94703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

---

| 3.204 16 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Victoria S**
**51c Queen Caroline Ct**
**Chester, MD 21619**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.204 17 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Victoria Shakhnovich**
**16 Juliean Coury**
**Staten Island, NY 10304**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$112.00**

---

| 3.204 18 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Victoria Thompson**
**3 Live Oak Trail**
**Cypress, TX 77429**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$160.00**

---

| 3.204 19 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vienna Harvey**
**500 Botetourt St Apt 705**
**Norfolk, VA 23510**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

| 3.204 20 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vijay D**
**17136 Ne 120th St.**
**Redmond, WA 98052**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.204 21 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vijay P**
**3 Twins Ct**
**Randolph, NJ 07869**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

| 3.204 22 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vijay Peruvemba**
**3 Twins Ct**
**Randolph, NJ 07869**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,230.00**

---

Debtor **Phoeno Wine Company, Inc.**
Name

Case number *(if known)*

---

**3.204**
**23**

**Nonpriority creditor's name and mailing address**

**Viji Samikannu**
**7309 Drexel Drive**
**University City, MO 63130**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$644.00**

---

**3.204**
**24**

**Nonpriority creditor's name and mailing address**

**Vikas Patel**
**1907 E 8th St Unit 1**
**Austin, TX 78702**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

**3.204**
**25**

**Nonpriority creditor's name and mailing address**

**Vikram Patel**
**5766 Glenwood Dr**
**Canton, MI 48187**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$56.00**

---

**3.204**
**26**

**Nonpriority creditor's name and mailing address**

**Vil Ara**
**11737 Crescenda St**
**Los Angeles, CA 90049**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

**3.204**
**27**

**Nonpriority creditor's name and mailing address**

**Vila S**
**21117 W 95th Street**
**Lenexa, KS 66220**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.204**
**28**

**Nonpriority creditor's name and mailing address**

**Vinay Jain**
**450 Lake Approach Dr**
**Johnson City, TN 37601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,518.00**

---

**3.204**
**29**

**Nonpriority creditor's name and mailing address**

**Vince Bobba**
**2935 Liberty Drive**
**Pleasanton, CA 94566**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,514.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.204 30 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vince Carone**
**10357 Ashley Street**
**Huntley, IL 60142**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$460.00

---

| 3.204 31 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vince Jewell**
**564 San Dieguito Dr**
**Encinitas, CA 92024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$517.00

---

| 3.204 32 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vince L**
**132 S Crescent Dr Apt 103**
**Beverly Hills, CA 90212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

| 3.204 33 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vince Lasalvia**
**132 S Crescent Dr Apt 103**
**Beverly Hills, CA 90212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

| 3.204 34 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vince Maggio**
**1691 Swanson Lane**
**Pittsburgh, PA 15241**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$500.00

---

| 3.204 35 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vince Vismara**
**115 Midlands Ct**
**West Columbia, SC 29169**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$589.00

---

| 3.204 36 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vince Whaley**
**11830 Leeward Walk Cir**
**Alpharetta, GA 30005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$440.00

---

Debtor   **Phoeno Wine Company, Inc.**                                   Case number *(if known)* _____
_____
         Name

| 3.204 37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.00** |

**Vincent Assad**
**14220 Provim Forest Ct.**
**Shelby Twp, MI 48315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,448.00** |

**Vincent Bahk**
**345 East 80th Street**
**19c**
**New York, NY 10075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$174.00** |

**Vincent Flores**
**9235 Shoshone Rd**
**Cascade, CO 80809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$154.00** |

**Vincent Jacobellis**
**1403 Brockton Ave**
**Los Angeles, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,604.00** |

**Vincent Lovettojr.**
**8033 Vera Cruz Way**
**Naples, FL 34109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28.00** |

**Vincent Mastro**
**7088 Thunder Bay Dr**
**Lake Worth, FL 33467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$119.00** |

**Vincent Obrien**
**6302 Wingate St Apt 104**
**Alexandria, VA 22312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
    Name
Case number *(if known)* _____

---

| 3.204 44 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vincent Odonnell**
**426 W Oak Ave**
**Wildwood, NJ 08260**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,119.00**

---

| 3.204 45 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vincent S**
**5634 Sunbury Loop**
**Evans, GA 30809**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.204 46 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vincent S**
**6003 Cadence Lane**
**Fort Mill, SC 29707**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.204 47 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vincent Serock**
**6003 Cadence Lane**
**Fort Mill, SC 29707**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$293.00**

---

| 3.204 48 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vincent Servello**
**30744 N 127th Dr**
**Peoria, AZ 85383**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$194.00**

---

| 3.204 49 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vincent T**
**201 Temelec Circle**
**Sonoma, CA 95476**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.204 50 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vincent T**
**202 Greenhow Ct Se**
**Leesburg, VA 20175**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                                                                      Case number (*if known*) _____

| 3.204 51 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vincent Tiberi**
**1101 Devon Drive**
**Freehold, NJ 07728**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$67.00**

---

| 3.204 52 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vincent Tran**
**202 Greenhow Ct Se**
**Leesburg, VA 20175**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$205.00**

---

| 3.204 53 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vincent Uibel**
**203 Tiburon Blvd**
**San Rafael, CA 94901**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,691.00**

---

| 3.204 54 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vincent Uibel**
**203 Tiburon Blvd**
**San Rafael, CA 94901**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

| 3.204 55 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vincent Y**
**2760 Bette St**
**Alameda, CA 94501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$16.00**

---

| 3.204 56 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vincenzo Cirulli**
**8821 Nottingham Pl**
**La Jolla, CA 92037**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

| 3.204 57 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vinnie B**
**2626 Tunnel Blvd Apt 155**
**Pittsburgh, PA 15203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$22.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.204**
**58**

**Nonpriority creditor's name and mailing address**

**Vinod N**
**2825 Oak Creek**
**Mesquite, TX 75181**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.204**
**59**

**Nonpriority creditor's name and mailing address**

**Vinod Pilla**
**26 Mountain Rd**
**Wilton, CT 06897**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,089.00**

---

**3.204**
**60**

**Nonpriority creditor's name and mailing address**

**Vinod Rustgi**
**10 Dean Ct**
**Princeton Junction, NJ 08550**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.204**
**61**

**Nonpriority creditor's name and mailing address**

**Vinsen F**
**106 E. Kilpatrick**
**Cleburne, TX 76031**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.204**
**62**

**Nonpriority creditor's name and mailing address**

**Vinum55wine Coanthonywilliams**
**11616 S. Tusayan Ct.**
**Phoenix, AZ 85044**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$375.00**

---

**3.204**
**63**

**Nonpriority creditor's name and mailing address**

**Violetta Klimek**
**1020 Waite Dr.**
**Boulder, CO 80303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$270.00**

---

**3.204**
**64**

**Nonpriority creditor's name and mailing address**

**Vip G 4078**
**80 Palm Ave**
**San Francisco, CA 94118**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| **3.204** **65** | |

**Nonpriority creditor's name and mailing address**

**Vipul Desai**
**15 Maymont Way**
**The Woodlands, TX 77382**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$112.00**

---

| | |
|---|---|
| **3.204** **66** | |

**Nonpriority creditor's name and mailing address**

**Virgilio Arenas**
**546 Franklin Ave**
**River Forest, IL 60305**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$212.00**

---

| | |
|---|---|
| **3.204** **67** | |

**Nonpriority creditor's name and mailing address**

**Virginia Bowen**
**350 Valient Wills Rd**
**Bruceville, TX 76630**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

| | |
|---|---|
| **3.204** **68** | |

**Nonpriority creditor's name and mailing address**

**Virginia Fitt**
**2555 Pennsylvania Ave NW Apt 812**
**Washington, DC 20037**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$821.00**

---

| | |
|---|---|
| **3.204** **69** | |

**Nonpriority creditor's name and mailing address**

**Virginia Jurist**
**6601 Blue Oaks Blvd Apt 3905**
**Rocklin, CA 95765**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$109.00**

---

| | |
|---|---|
| **3.204** **70** | |

**Nonpriority creditor's name and mailing address**

**Virginia L**
**551 Almena**
**Ardsley, NY 10502**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| | |
|---|---|
| **3.204** **71** | |

**Nonpriority creditor's name and mailing address**

**Virginia Lincoln**
**182 Spellman Rd Apt B**
**Plattsburgh, NY 12901**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,659.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_    _____
Name

---

| 3.204 72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$15.00** |

**Virginia P**
**4449 Hope Plantation Dr**
**Johns Island, SC 29455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$3,898.00** |

**Virginia Pannill**
**4449 Hope Plantation Dr**
**Johns Island, SC 29455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$23.00** |

**Virginia Richards**
**200 Windsor Place**
**201**
**Jacksonville, NC 28546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$9,675.00** |

**Virginia Robinson**
**9812 S Longwood**
**Chicago, IL 60643**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$3,233.00** |

**Virginia Wilson**
**260 Anderson Rd**
**Clinton, NJ 08809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$94.00** |

**Vishaal P**
**31 Magnolia Ct**
**Lawrenceville, NJ 08648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$527.00** |

**Vishaal Patil**
**31 Magnolia Ct**
**Lawrenceville, NJ 08648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                          Case number *(if known)* _____

         Name

---

| 3.204 79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$58.00** |

**Vishang Patel**
**1592 Forest Hill Rd**
**Macon, GA 31210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34.00** |

**Vitalii W**
**654 Chamberlain Way**
**Highlands Ranch, CO 80126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$261.00** |

**Vitalii Walle**
**654 Chamberlain Way**
**Highlands Ranch, CO 80126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |

**Vitaliy M**
**8687 Bay Pkwy,Apt A3**
**Brooklyn, NY 11214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29.46** |

**Vitaly G**
**35 Winding Way**
**San Carlos, CA 94070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$328.00** |

**Vito Clavelli**
**24 Abeel Rd**
**Monroe Twp, NJ 08831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |

**Vito Digiorgio**
**229 Canada Dr**
**Statesville, NC 28677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
Name
Case number (if known) _____

| | | |
|---|---|---|
| 3.204 86 | **Nonpriority creditor's name and mailing address** **Vito Maranzano** **760 Central Ave** **Woodmere, NY 11598** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Customer** Is the claim subject to offset? ■ No ☐ Yes — **$140.00** |
| 3.204 87 | **Nonpriority creditor's name and mailing address** **Vittorio Bertuzzelli** **818 Us Highway 1 Ste 1** **North Palm Beach, FL 33408** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Customer** Is the claim subject to offset? ■ No ☐ Yes — **$80.00** |
| 3.204 88 | **Nonpriority creditor's name and mailing address** **Viv ank G** **531 East 20th Street** **2f** **New York, NY 10010** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Customers - Deferred Credit** Is the claim subject to offset? ■ No ☐ Yes — **$21.00** |
| 3.204 89 | **Nonpriority creditor's name and mailing address** **Vivek Vinodh** **3128 Curts Ave** **Los Angeles, CA 90034** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Customer** Is the claim subject to offset? ■ No ☐ Yes — **$944.00** |
| 3.204 90 | **Nonpriority creditor's name and mailing address** **Vivien M** **234 S Tower Dr Apt 4** **Beverly Hills, CA 90211** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Customers - Deferred Credit** Is the claim subject to offset? ■ No ☐ Yes — **$20.00** |
| 3.204 91 | **Nonpriority creditor's name and mailing address** **Vlad Kim** **13665 Braeburn Ln** **Novelty, OH 44072** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Customer** Is the claim subject to offset? ■ No ☐ Yes — **$25.00** |
| 3.204 92 | **Nonpriority creditor's name and mailing address** **Vladimir E** **12-52 Lyle Terrace** **Fair Lawn, NJ 07410** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Customers - Deferred Credit** Is the claim subject to offset? ■ No ☐ Yes — **$30.00** |

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.204 93 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vladimir Kotov**
**390 Cognewaugh Rd**
**Cos Cob, CT 06807**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.204 94 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vladimir Lapkin**
**1664 Silver Birch Rd**
**Huntingdon Valley, PA 19006**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

| 3.204 95 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vlasta Berry**
**402 Madison St**
**#**
**Carlstadt, NJ 07072**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$676.00**

---

| 3.204 96 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vonnie Craig-Parker**
**550 W B St Ste 330**
**San Diego, CA 92101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$285.00**

---

| 3.204 97 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vu L**
**7851 21st St**
**Westminster, CA 92683**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$13.65**

---

| 3.204 98 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vu Nguyen**
**200 N 66th St Ste 10**
**Lincoln, NE 68505**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.204 99 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vu T**
**3141 Barkley Square Drive**
**Duluth, GA 30097**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
          Name

| 3.205 00 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$428.00**

**Vuday Nandur**
**4135 Se 39th Circle**                    ☐ Contingent
**Ocala, FL 34480**                    ☐ Unliquidated
                                   ☐ Disputed

Date(s) debt was incurred _                    **Basis for the claim:** __Customer__

Last 4 digits of account number _                    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 01 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$50.00**

**Vuttikai Sereewattanavut**
**1191 Buttercup Ter**                    ☐ Contingent
**Sunnyvale, CA 94086**                    ☐ Unliquidated
                                   ☐ Disputed

Date(s) debt was incurred _                    **Basis for the claim:** __Customer__

Last 4 digits of account number _                    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 02 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$1,536.00**

**Vyanh Mai**
**416 N Miro**                    ☐ Contingent
**New Orleans, LA 70119**                    ☐ Unliquidated
                                   ☐ Disputed

Date(s) debt was incurred _                    **Basis for the claim:** __Customer__

Last 4 digits of account number _                    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 03 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$269.00**

**W.D. Humphrey**
**603 N Maple Dr**                    ☐ Contingent
**Beverly Hills, CA 90210**                    ☐ Unliquidated
                                   ☐ Disputed

Date(s) debt was incurred _                    **Basis for the claim:** __Customer__

Last 4 digits of account number _                    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 04 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$4.00**

**Wade F**
**13614 Lindendale Rd**                    ☐ Contingent
**Woodbridge, VA 22193**                    ☐ Unliquidated
                                   ☐ Disputed

Date(s) debt was incurred _                    **Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _                    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 05 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$33.00**

**Wade H**
**26 Ridge View Ct**                    ☐ Contingent
**11805 Big Canoe**                    ☐ Unliquidated
**Jasper, GA 30143**                    ☐ Disputed

Date(s) debt was incurred _                    **Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _                    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 06 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$20.00**

**Wade H**
**4536 Birchman Ave.**                    ☐ Contingent
**Ft. Worth, TX 76107**                    ☐ Unliquidated
                                   ☐ Disputed

Date(s) debt was incurred _                    **Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _                    Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **Phoeno Wine Company, Inc.**
                   Name                                              Case number *(if known)*

| 3.205 07 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.00 |

**Wade J**
**400 E Pike St**
**Crawfordsville, IN 47933**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 08 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $574.00 |

**Wade Janssen**
**400 E Pike St**
**Crawfordsville, IN 47933**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 09 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $305.00 |

**Wade Plummer**
**330 W Diversey Pkwy Apt 2607**
**Chicago, IL 60657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 |

**Wade Reich**
**1114 Truman Ave**
**C/O Cupcake Sushi**
**Key West, FL 33040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51.00 |

**Wade Schulz**
**11 Saint Andrews Cir, Unit 1**
**Wallingford, CT 06492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52.00 |

**Wadeschulz**
**11 Saint Andrews Cir, Unit 1**
**Wallingford, CT 06492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26.00 |

**Wadih Chakkour**
**937 NW Glisan St Unit 1430**
**Portland, OR 97209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                                    Case number (if known) _____

---

| 3.205 14 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Wai Tong**
**658 S Ynez Ave**
**Monterey Park, CA 91754**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$470.00**

---

| 3.205 15 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Walid Ramadan**
**239 Pop Castle Rd**
**The Fountains At Washington House**
**White Stone, VA 22578**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

| 3.205 16 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Walid S**
**235 W 71st St Apt 8c**
**New York, NY 10023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.205 17 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Walker Person**
**515 Congress Ave Ste 2500**
**Austin, TX 78701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$413.00**

---

| 3.205 18 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Wallace L**
**8323 Suffolk Way**
**Gainesville, VA 20155**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$48.00**

---

| 3.205 19 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Wallace Lawson**
**8323 Suffolk Way**
**Gainesville, VA 20155**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$853.00**

---

| 3.205 20 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Walt Ebell**
**13118 Vashon Hwy Sw**
**Vashon, WA 98070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$96.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*    _____

| 3.205 21 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Walt Lashno**
**604 Peace Chance Dr**
**Havre De Grace, MD 21078**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$20.00**

| 3.205 22 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Walt Packard**
**1376 Elizabeth Ct**
**Walnut Creek, CA 94596**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$105.00**

| 3.205 23 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Walter Benjamin**
**4713 Snake Eagle Cove**
**Austin, TX 78738**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$89.00**

| 3.205 24 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Walter Kinney**
**6834 Slate Ct**
**West Richland, WA 99353**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,463.00**

| 3.205 25 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Walter Melnik**
**485 New Park Ave**
**C/O F3 Technology Partners**
**West Hartford, CT 06110**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$588.00**

| 3.205 26 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Walter Mendenhall**
**1943 Pahoehoe St**
**Koloa, HI 96756**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$63.00**

| 3.205 27 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Walter Nirenberg**
**10129 Westpark Preserve Blvd**
**Tampa, FL 33625**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$28.00**

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

| 3.205 28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16,146.00** |
|---|---|---|---|

**Walter Nollmann**
**5 Echo Dr**
**New Milford, CT 06776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.205 29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**Walter P Murphy**
**270 Prospect Street**
**Barre, VT 05641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.205 30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$397.00** |
|---|---|---|---|

**Walter Pancewicz**
**830 North Blvd Ste 2**
**830 North Blvd**
**Oak Park, IL 60301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.205 31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$112.00** |
|---|---|---|---|

**Walter Silva**
**16101 Opal Creek Dr**
**Weston, FL 33331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.205 32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,674.00** |
|---|---|---|---|

**Walter Simon**
**8775 Lakeside Blvd**
**Vero Beach, FL 32963**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.205 33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15.00** |
|---|---|---|---|

**Ward S**
**5217 Londonderry Rd**
**Charlotte, NC 28210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customers - Deferred Credit__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.205 34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$114.00** |
|---|---|---|---|

**Ward Sylvester**
**5217 Londonderry Rd**
**Charlotte, NC 28210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customer__

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 3.205 35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$310.00** |

**Warlito Bolisay**
**2701 Ice House Ct**
**Freehold, NJ 07728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.205 36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$220.00** |

**Warner Leedy**
**313 W Wolf Point Plz Unit 2101**
**Chicago, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.205 37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$615.00** |

**Warren Binderman**
**2090 Dunwoody Club Drive**
**Ste 106-215**
**Atlanta, GA 30350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.205 38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |

**Warren D**
**10211 Siegen Ln Bldg 1**
**Baton Rouge, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.205 39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10.00** |

**Warren F**
**4709 Marseilles Pl.**
**Metairie, LA 70002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.205 40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20.00** |

**Warren H**
**7831 W Oxford Circle**
**Lakewood, CO 80235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.205 41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$496.00** |

**Warren Ratcliff**
**800 Old Chicken Farm Rd**
**Young Harris, GA 30582**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

**3.205 42**

**Nonpriority creditor's name and mailing address**

**Warren Sutherland**
**10071 Bristol Park Rd**
**Cantonment, FL 32533**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,464.00**

---

**3.205 43**

**Nonpriority creditor's name and mailing address**

**Waseem Nabulsi**
**10 Holyoke Pl**
**305 Lowell Mail Ctr**
**Cambridge, MA 02138**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$80.00**

---

**3.205 44**

**Nonpriority creditor's name and mailing address**

**Washington Burpee**
**408 Hallman Avenue**
**Conshohocken, PA 19428**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$607.00**

---

**3.205 45**

**Nonpriority creditor's name and mailing address**

**Wataru I**
**850 S Broadway Ste 604**
**Los Angeles, CA 90014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$229.00**

---

**3.205 46**

**Nonpriority creditor's name and mailing address**

**Wayne Bennett**
**2827 NE Cold Spring Dr.**
**Jensen Beach, FL 34957**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$17,574.00**

---

**3.205 47**

**Nonpriority creditor's name and mailing address**

**Wayne C**
**7667 Buckeye Court**
**Dublin, CA 94568**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.205 48**

**Nonpriority creditor's name and mailing address**

**Wayne Eisenberg**
**46272 Point Happy Way**
**La Quinta, CA 92253**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$662.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Case number *(if known)* _____

Name

---

| 3.205 49 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$270.00** |

**Wayne Fox**
**3625 Chevy Chase Drive**
**Houston, TX 77019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.205 50 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18.00** |

**Wayne G**
**1064 Walnut Avenue**
**Bohemia, NY 11716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.205 51 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$715.00** |

**Wayne Hall**
**9925 Grandview Dr**
**Denton, TX 76207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.205 52 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$346.00** |

**Wayne Handley**
**55 Running Cedar Ln**
**Fairfield, VA 24435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.205 53 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80.00** |

**Wayne Johnson**
**190 Wilmington W Chester Pike**
**Walgreens - Fedex Onsite**
**Chadds Ford, PA 19317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.205 54 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$468.00** |

**Wayne Lloyd**
**3610 Ensign Rd NE**
**Olympia, WA 98506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.205 55 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,691.26** |

**Wayne M 4248**
**113 Peterson Ln**
**Lavallette, NJ 08735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_  _____
        Name

---

| 3.205 |
| 56 |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$60.00**

**Wayne Maxey**
**1581 Tampa Court**
**Bonita, CA 91902**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 |
| 57 |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$3,062.00**

**Wayne Mccaughey**
**113 Peterson Ln**
**Lavallette, NJ 08735**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 |
| 58 |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$1,027.00**

**Wayne S**
**327 9th St.**
**Carlstadt, NJ 07072**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 |
| 59 |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$12.00**

**Wayne S**
**11303 Chevy Chase Dr**
**Houston, TX 77077**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 |
| 60 |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$230.00**

**Wei Shissler**
**714 Weaver Ct**
**Wheaton, IL 60189**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 |
| 61 |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$15.00**

**Weizeng Q**
**909 Jefferson Ln**
**Eagan, MN 55123**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 |
| 62 |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$131.00**

**Weizeng Qian**
**909 Jefferson Ln**
**Eagan, MN 55123**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)*  _____
          Name

---

| 3.205 63 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Welcome1 French**
**4620 Wieuca Rd NE Apt 16**
**Atlanta, GA 30342**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.205 64 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Wende Sinnaeve**
**908 NE Alexander Street**
**Coupeville, WA 98239**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$155.00**

---

| 3.205 65 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Wendell L**
**100 Auburn Park Dr**
**Auburn, GA 30011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

| 3.205 66 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Wendellp Alexis**
**24 W Cliff St**
**Somerville, NJ 08876**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$239.00**

---

| 3.205 67 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Wendi K**
**224 A Mt Hermon Rd**
**A**
**Scotts Valley, CA 95066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.205 68 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Wendi Vineyard**
**6851 Cardigan Way**
**Rockford, IL 61114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$70.00**

---

| 3.205 69 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Wendi Whitney**
**3119 Hitchings Rd**
**Nedrow, NY 13120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$23.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.205
70**

**Nonpriority creditor's name and mailing address**

**Wendryn Barnhart
810 S Franklin St
Fort Bragg, CA 95437**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$168.00**

---

**3.205
71**

**Nonpriority creditor's name and mailing address**

**Wendryn Barnhart
810 S Franklin St
Fort Bragg, CA 95437**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$316.00**

---

**3.205
72**

**Nonpriority creditor's name and mailing address**

**Wendy Allen
1917 Conifer Ct
Winter Park, FL 32792**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$28.00**

---

**3.205
73**

**Nonpriority creditor's name and mailing address**

**Wendy Bahnsen
3087 Wilson Rd
Decatur, GA 30033**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,904.00**

---

**3.205
74**

**Nonpriority creditor's name and mailing address**

**Wendy Buck
C/O Melissa David Salon
25 B Washington St
Nantucket, MA 02554**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$299.00**

---

**3.205
75**

**Nonpriority creditor's name and mailing address**

**Wendy C
2451 Berkeley St
Klamath Falls, OR 97601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$22.00**

---

**3.205
76**

**Nonpriority creditor's name and mailing address**

**Wendy C
9726 R Ave
Mattawan, MI 49071**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$9.00**

---

Debtor   **Phoeno Wine Company, Inc.**
         _____        Case number *(if known)* _____
         Name

| 3.205 77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**Wendy Campbell**
**5410 Rhodes Avenue**
**Unit 206**
**Valley Village, CA 91607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30.00** |

**Wendy Clark**
**2451 Berkeley St**
**Klamath Falls, OR 97601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$241.00** |

**Wendy Domreis**
**11025 S Esquiline Ave**
**Portland, OR 97219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Wendy Doran**
**227 S Baxter Ave**
**Holyoke, CO 80734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$57.00** |

**Wendy Eads**
**8531 Calistoga Way**
**Brentwood, TN 37027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**Wendy F**
**1122 Colorado St Ste 2399**
**Austin, TX 78701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18.00** |

**Wendy F**
**24612 South 4100 Road**
**Claremore, OK 74019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
     Name

Case number (if known) _____

---

**3.205 84**

**Nonpriority creditor's name and mailing address**
**Wendy Feeley**
**24612 South 4100 Road**
**Claremore, OK 74019**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,628.00**

---

**3.205 85**

**Nonpriority creditor's name and mailing address**
**Wendy Foster**
**1122 Colorado St Ste 2399**
**Austin, TX 78701**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.205 86**

**Nonpriority creditor's name and mailing address**
**Wendy Fritz**
**1 Benscoter Ave**
**Hunlock Creek, PA 18621**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

**3.205 87**

**Nonpriority creditor's name and mailing address**
**Wendy H**
**519 Chester Dr**
**Lakeland, FL 33803**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.205 88**

**Nonpriority creditor's name and mailing address**
**Wendy Hennessy**
**87 Dracut Rd**
**Hudson, NH 03051**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,938.00**

---

**3.205 89**

**Nonpriority creditor's name and mailing address**
**Wendy M**
**800 Sextant Dr Apt 2**
**Sanibel, FL 33957**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.205 90**

**Nonpriority creditor's name and mailing address**
**Wendy O**
**10200 Nigh Rd**
**Anchorage, AK 99515**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)* _____
Name

| | |
|---|---|
| 3.205 91 | |

**Nonpriority creditor's name and mailing address**
**Wendy Oliva**
**10200 Nigh Rd**
**Anchorage, AK 99515**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,925.00**

---

| | |
|---|---|
| 3.205 92 | |

**Nonpriority creditor's name and mailing address**
**Wendy Vogel**
**4204 Pommard Dr**
**Kenner, LA 70065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

| | |
|---|---|
| 3.205 93 | |

**Nonpriority creditor's name and mailing address**
**Wendy Weiner**
**4257 Brunswick Ave # A**
**N/A**
**Los Angeles, CA 90039**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$281.00**

---

| | |
|---|---|
| 3.205 94 | |

**Nonpriority creditor's name and mailing address**
**Wenhong Peng**
**1700 W Gardena Blvd**
**Gardena, CA 90247**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$396.00**

---

| | |
|---|---|
| 3.205 95 | |

**Nonpriority creditor's name and mailing address**
**Wenhong Peng**
**1700 W Gardena Blvd**
**Gardena, CA 90247**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$9.00**

---

| | |
|---|---|
| 3.205 96 | |

**Nonpriority creditor's name and mailing address**
**Wenyan Du**
**1545 Meadow Glen Way**
**Hacienda Heights, CA 91745**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$322.00**

---

| | |
|---|---|
| 3.205 97 | |

**Nonpriority creditor's name and mailing address**
**Wes Covert**
**1929 Foster Ave**
**Ventura, CA 93001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$77.00**

---

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

---

| 3.205 98 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Wes Z**
**13902 Calvert St**
**Valley Glen, CA 91401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

| 3.205 99 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Wesley Clark**
**4425 Sharon Rd Unit S1014**
**Charlotte, NC 28211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$66.00

---

| 3.206 00 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Wesley E**
**3945 44th Street**
**Sunnyside, NY 11104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$18.00

---

| 3.206 01 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Wesley Hester**
**27520 Sierra Hwy**
**H-202**
**Canyon Country, CA 91351**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$17.00

---

| 3.206 02 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Wesley Knight**
**4315 Sage Glen Ln**
**Fulshear, TX 77441**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$78.00

---

| 3.206 03 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Wesley Vandenheuvel**
**50 Brookdale Way**
**Chesterfield, NJ 08515**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,505.00

---

| 3.206 04 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Wesley W**
**1 Myrtle Ct.**
**Columbia, SC 29205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$36.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                                      Case number *(if known)*    _____

---

| 3.206 05 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,651.00 |

**Wesley Walker**
**1 Myrtle Ct.**
**Columbia, SC 29205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.206 06 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68.00 |

**Westley Belcher**
**7910 Valtourmanche Dr**
**Corpus Christi, TX 78414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.206 07 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |

**Whit Broders**
**5501 Porsche Ln**
**Austin, TX 78749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.206 08 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $116.00 |

**Whiteside Hillary**
**332 Dewitt Ct**
**El Cajon, CA 92020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.206 09 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $243.00 |

**Whitney A**
**23335 Sw Orchard Heights Place**
**Sherwood, OR 97140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.206 10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53.00 |

**Whitney Aguilar**
**23335 Sw Orchard Heights Place**
**Sherwood, OR 97140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.206 11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $81.00 |

**Whitney Drillot**
**325 Lamon Ave Se**
**Atlanta, GA 30316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known) _____
Name

---

| 3.206 12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44.00** |

**Whitney Hughley**
**3800 N El Mirage Dr Apt 3032**
**Avondale, AZ 85392**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.206 13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$938.00** |

**Whitney Kaczor**
**911 Manor Lane**
**Unit C**
**Columbus, OH 43221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.206 14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$156.00** |

**Whitney Wilson**
**6880 Sw Gator Trl**
**Palm City, FL 34990**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.206 15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$58.00** |

**Wilcox Melvin**
**708 Tomoka Rd**
**Daytona Beach, FL 32114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.206 16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |

**Wiley Foil**
**2182 Miriam Ln**
**Decatur, GA 30032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.206 17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18.00** |

**Wilfredo R**
**7866 Eisenhower St**
**Ventura, CA 93003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.206 18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$146.00** |

**Wilhelmina Mcewan**
**383 Sweet St**
**Rembert, SC 29128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

| 3.206 19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$71.00** |

**Will Adair**
**811 E Main St**
**A**
**Spartanburg, SC 29302**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$238.00** |

**Will Arendt**
**710 Pine Leaf Court**
**Johns Creek, GA 30022**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$344.00** |

**Will Crowthers**
**11210 Minnetta Ct**
**Jacksonville, FL 32256**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$279.00** |

**Will Deupree**
**744 Pitt St**
**Mount Pleasant, SC 29464**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,839.00** |

**Will Frame**
**925 Greenwood Ave**
**Wilmette, IL 60091**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$58.00** |

**Will Gerlach**
**1950 Tamarind Ave Apt 408**
**Los Angeles, CA 90068**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$38.00** |

**Will Griffiths**
**2111 NW 79th Ave**
**212639 Tropical 024**
**Doral, FL 33122**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.206 26 | **Nonpriority creditor's name and mailing address**<br>**Will Hargreaves**<br>**6888 Upper York Rd**<br>**New Hope, PA 18938**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

$33,114.00

| | | |
|---|---|---|
| 3.206 27 | **Nonpriority creditor's name and mailing address**<br>**Will Helm**<br>**675 W 59th St Apt 1906**<br>**New York, NY 10019**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

$559.00

| | | |
|---|---|---|
| 3.206 28 | **Nonpriority creditor's name and mailing address**<br>**Will Johnson**<br>**1710 E Arlington Rd**<br>**Springfield, MO 65804**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

$0.00

| | | |
|---|---|---|
| 3.206 29 | **Nonpriority creditor's name and mailing address**<br>**Will K**<br>**2975 Treat Blvd Ste E-7**<br>**Concord, CA 94518**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

$806.66

| | | |
|---|---|---|
| 3.206 30 | **Nonpriority creditor's name and mailing address**<br>**Will Kim**<br>**2975 Treat Blvd Ste E-7**<br>**Concord, CA 94518**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

$11,430.00

| | | |
|---|---|---|
| 3.206 31 | **Nonpriority creditor's name and mailing address**<br>**Will L**<br>**944 Bloomfield St**<br>**Hoboken, NJ 07030**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customers - Deferred Credit**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

$48.00

| | | |
|---|---|---|
| 3.206 32 | **Nonpriority creditor's name and mailing address**<br>**Will Landers**<br>**944 Bloomfield St**<br>**Hoboken, NJ 07030**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

$5,442.00

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.206 33 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Will Lino**
**3300 NE 192nd St Apt 1401**
**Aventura, FL 33180**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.206 34 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Will Mcdouglas**
**199 Woodcliff Dr**
**Fairport, NY 14450**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$13.00**

---

| 3.206 35 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Will Mcneely**
**22 Homestead Terrace**
**Scotch Plains, NJ 07076**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$388.00**

---

| 3.206 36 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Will P**
**15275 Collier Boulevard**
**Unit 201**
**Naples, FL 34119**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.206 37 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Will Pappa**
**2403 Monmouth Ct**
**Point Pleasant Boro, NJ 08742**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,083.00**

---

| 3.206 38 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Will Partin**
**540 39th St Apt 539**
**Oakland, CA 94609**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

| 3.206 39 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Will S**
**1024 N Utah St Apt 819**
**Arlington, VA 22201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$6.00**

---

Debtor    **Phoeno Wine Company, Inc.**

 _____
 Name

Case number *(if known)* _____

---

| 3.206 40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60.00** |

**Will S**
**15 Yearling Lane**
**Tolland, CT 06084**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150.00** |

**Will Truong**
**1485 Padres Dr**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,256.00** |

**Will Wittmann**
**4606 Cedar Springs Rd**
**Apt 622**
**Dallas, TX 75219**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$190.00** |

**Willa Flemate**
**112 Campo Ct**
**Livermore, CA 94550**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |

**Willem Campagne**
**5 Acadia Ct**
**Lake Forest, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,323.90** |

**William Andrew**
**14004 S. Rockhill Road**
**Gate Code #7828**
**Phoenix, AZ 85048**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$198.00** |

**William Ayers**
**3603 North Point Road**
**Unit # 703**
**Osprey, FL 34229**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)*   _____
Name

---

| 3.206 47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**Nonpriority creditor's name and mailing address**

**William B**
**12241  Million Dollar Highway**
**Medina, NY 14103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$25.00**

---

3.206 48

**Nonpriority creditor's name and mailing address**

**William B**
**2354 Sanders Ridge Lane**
**Germantown, TN 38138**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$50.00**

---

3.206 49

**Nonpriority creditor's name and mailing address**

**William B**
**4707 Willow Springs Rd**
**Ste 208**
**La Grange, IL 60525**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$50.00**

---

3.206 50

**Nonpriority creditor's name and mailing address**

**William B**
**6956 Dada Dr**
**Gurnee, IL 60031**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$11.00**

---

3.206 51

**Nonpriority creditor's name and mailing address**

**William Bacigalupo**
**1813 Glen Oaks Ln**
**Dyersburg, TN 38024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$5,769.00**

---

3.206 52

**Nonpriority creditor's name and mailing address**

**William Bader**
**102 Broadway St**
**Carnegie, PA 15106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,013.00**

---

3.206 53

**Nonpriority creditor's name and mailing address**

**William Baker**
**6416 Lakeview Rd**
**Charlotte, NC 28269**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$5,704.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name                                                   Case number (if known) _____

| 3.206 54 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Beach**
**11990 Ashdown Oaks Ct**
**Glen Allen, VA 23059**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$112.00**

---

| 3.206 55 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Bellatty**
**212 11th St**
**Pacific Grove, CA 93950**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$22.00**

---

| 3.206 56 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Beloe**
**305 N Lee St**
**Falls Church, VA 22046**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.206 57 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Benson**
**2700 Columbia St**
**Eugene, OR 97403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$893.00**

---

| 3.206 58 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Bertrand**
**717 S Columbus Blvd Unit 1602**
**Philadelphia, PA 19147**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,044.00**

---

| 3.206 59 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Blankenship**
**2931 Se 49th Ave # 49**
**Ocala, FL 34480**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$337.00**

---

| 3.206 60 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Brown**
**6956 Dada Dr**
**Gurnee, IL 60031**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$380.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.206 |
|-------|
| 61 |

**Nonpriority creditor's name and mailing address**

**William Brunner**
**8314 Sorrel Leaf Ln**
**Houston, TX 77055**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,207.00**

---

| 3.206 |
|-------|
| 62 |

**Nonpriority creditor's name and mailing address**

**William Buchan**
**7502 Lupine Ct**
**Arvada, CO 80007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$122.00**

---

| 3.206 |
|-------|
| 63 |

**Nonpriority creditor's name and mailing address**

**William Burke**
**352 5th St NE Uppr**
**Atlanta, GA 30308**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,114.00**

---

| 3.206 |
|-------|
| 64 |

**Nonpriority creditor's name and mailing address**

**William Burns**
**201 Lennox Avenue**
**Severna Park, MD 21146**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$571.00**

---

| 3.206 |
|-------|
| 65 |

**Nonpriority creditor's name and mailing address**

**William C**
**11701 Sundance Trl**
**Mokena, IL 60448**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$90.00**

---

| 3.206 |
|-------|
| 66 |

**Nonpriority creditor's name and mailing address**

**William C**
**902 Esther Blvd**
**Bryan, TX 77802**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$12.00**

---

| 3.206 |
|-------|
| 67 |

**Nonpriority creditor's name and mailing address**

**William Campbell**
**11701 Sundance Trl**
**Mokena, IL 60448**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$12,978.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number _(if known)_ _____
Name

| 3.206 68 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**William Carter**
**1232 S Mullen Ave**
**Los Angeles, CA 90019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$2,869.00**

---

| 3.206 69 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**William Castillojr.**
**902 Esther Blvd**
**Bryan, TX 77802**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$1,767.00**

---

| 3.206 70 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**William Clarke**
**205 W End Ave Apt 1b**
**New York, NY 10023**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$388.00**

---

| 3.206 71 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**William Collis**
**48 Grotto Ave**
**Providence, RI 02906**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$2,369.00**

---

| 3.206 72 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**William Cooney**
**15596 Woodland Beach Ln**
**Woodland Beach Report**
**Deerwood, MN 56444**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.206 73 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**William Crews**
**2974 Wagonwheel Drive**
**Troy, MI 48085**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

| 3.206 74 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**William Cripe**
**911 Saddlebrook Pass**
**Chanhassen, MN 55317**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$1,193.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| **3.206** **75** | |

**Nonpriority creditor's name and mailing address**

**William Critser**
**4401 Gulf Shore Blvd N Unit 303**
**Naples, FL 34103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

| | |
|---|---|
| **3.206** **76** | |

**Nonpriority creditor's name and mailing address**

**William D**
**3411 N 29th St**
**Tampa, FL 33605**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$58.00**

---

| | |
|---|---|
| **3.206** **77** | |

**Nonpriority creditor's name and mailing address**

**William D**
**42 Shilling Road**
**Manalapan, NJ 07726**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

| | |
|---|---|
| **3.206** **78** | |

**Nonpriority creditor's name and mailing address**

**William D**
**4312 Jacob Patrick Ct**
**Sparks, NV 89436**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| | |
|---|---|
| **3.206** **79** | |

**Nonpriority creditor's name and mailing address**

**William Daly**
**300 Monroe Ave**
**River Edge, NJ 07661**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,497.00**

---

| | |
|---|---|
| **3.206** **80** | |

**Nonpriority creditor's name and mailing address**

**William Damis**
**42 Shilling Road**
**Manalapan, NJ 07726**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.206** **81** | |

**Nonpriority creditor's name and mailing address**

**William Dunn**
**227 Mill St**
**Bristol, PA 19007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____     Case number _(if known)_ _____
Name

---

| 3.206 82 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**William Dwyer**
**1248 S La Jolla Ave**
**Los Angeles, CA 90035**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,730.00**

---

| 3.206 83 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**William E**
**1511 Ne Vista Fe Court**
**Roseburg, OR 97470**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$22.00**

---

| 3.206 84 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**William E**
**4213 Southwest 6th Avenue**
**Cape Coral, FL 33914**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$9.00**

---

| 3.206 85 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**William Egan**
**Eganlynch**
**1821 Route 71 First Floor North**
**Wall, NJ 07719**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

| 3.206 86 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**William Estell**
**11 Laurel Ln**
**Simsbury, CT 06070**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$541.00**

---

| 3.206 87 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**William F**
**768 Mueller Drive**
**Highlands Ranch, CO 80129**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| 3.206 88 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**William Falcone**
**104 Village Pl Ste 6**
**Dillon, CO 80435**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$857.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.206 89 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Forsythe**
**1910 South Zinser Street**
**Kennewick, WA 99338**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$297.00**

---

| 3.206 90 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Francis**
**5067 Overcrest Drive**
**Kannapolis, NC 28081**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,484.00**

---

| 3.206 91 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Fuller**
**3114 Enclave Bay Dr**
**Chattanooga, TN 37415**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$3,438.00**

---

| 3.206 92 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William G**
**74 Lincoln Ave**
**Staten Island, NY 10306**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.206 93 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Ganger**
**8446 E 163rd Ave**
**Brighton, CO 80602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$114.00**

---

| 3.206 94 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Gearity**
**104 Great Hollow Rd**
**Woodbury, CT 06798**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$168.00**

---

| 3.206 95 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Geiler**
**5603 Sea Grapes Way**
**The Villages, FL 32163**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$45.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Name    Case number *(if known)*

---

| 3.206 96 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**William Gideon**
**813 Buena Vista Ave**
**Arnold, MD 21012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.206 97 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**William Gregg**
**7692 E Whistling Wind Way**
**Scottsdale, AZ 85255**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,246.00**

---

| 3.206 98 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**William Griffin**
**22626 Union Tpke 5p**
**Oakland Gardens, NY 11364**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$5,366.00**

---

| 3.206 99 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**William Gump**
**23800 Hamilton Pool Rd**
**Dripping Springs, TX 78620**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,569.00**

---

| 3.207 00 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**William H**
**100 Audubon Blvd**
**New Orleans, LA 70118**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| 3.207 01 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**William H**
**1408 Arch Street**
**Berkeley, CA 94708**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.207 02 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**William H**
**16 Old Track Rd Unit 212**
**Greenwich, CT 06830**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$6.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.207 03 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**William H**
**4400 Nw Royal Oak Dr**
**Jensen Beach, FL 34957**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$72.00**

---

| 3.207 04 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**William H 13436864**
**6324 E Monterosa St**
**Scottsdale, AZ 85251**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$45.00**

---

| 3.207 05 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**William Haigney**
**9 Rivercrest Rd Apt 3**
**Highland Falls, NY 10928**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$145.00**

---

| 3.207 06 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**William Hartz**
**1768 Whiskey Creek Dr**
**Fort Myers, FL 33919**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$14,096.00**

---

| 3.207 07 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**William Henderson**
**6182 Ferry Dr**
**Sandy Springs, GA 30328**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$170.00**

---

| 3.207 08 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**William Hines**
**100 Audubon Blvd**
**New Orleans, LA 70118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$935.00**

---

| 3.207 09 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**William Hinson**
**3102 Eisenhauer Rd**
**C25**
**San Antonio, TX 78209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$292.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name                                              Case number (if known)  _____

| 3.207 10 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Hoolihan**
**6065 Bourbon Lane**
**Pequot Lakes, MN 56472**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.             $90.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 11 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Horne**
**4870 Exeter Estate Ln**
**Wellington, FL 33449**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.           $1,857.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 12 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Huff**
**210 W Cypress Ave**
**Redlands, CA 92373**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.             $25.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 13 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Hughes**
**163 Central Ave**
**Old Tappan, NJ 07675**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.            $261.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 14 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Hussey**
**17 Sheffield**
**Jackson, MS 39211**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.            $348.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 15 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Ische**
**3881 Palisade Way**
**Eagan, MN 55122**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.          $1,484.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 16 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William J**
**45 Parkford Drive**
**Clifton Park, NY 12065**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.             $10.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.207 17 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William James**
**4447 Old Saucon Rd**
**Bethlehem, PA 18015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$551.00

---

| 3.207 18 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Jennings**
**30 Roxbury Rd**
**Garden City, NY 11530**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$460.00

---

| 3.207 19 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William K**
**800 E Washington St**
**Unit 200**
**Greenville, SC 29601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

| 3.207 20 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William K**
**905 30th St Ne #B**
**Auburn, WA 98002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

| 3.207 21 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Ketcham**
**425 Hillcrest View Dr**
**Suwanee, GA 30024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$3,038.00

---

| 3.207 22 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William King**
**530 Tod Ln**
**Youngstown, OH 44504**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,891.00

---

| 3.207 23 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Knopf**
**800 E Washington St**
**Unit 200**
**Greenville, SC 29601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$826.00

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)*    _____

| | |
|---|---|

**3.207 24**

**Nonpriority creditor's name and mailing address**

**William Korthalsiii**
**250 Southern Breezes Cir**
**Murrells Inlet, SC 29576**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ◼ No ☐ Yes

**$24.00**

---

**3.207 25**

**Nonpriority creditor's name and mailing address**

**William Krogman**
**4517 Nc Hwy 22 S**
**Ramseur, NC 27316**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ◼ No ☐ Yes

**$2,364.00**

---

**3.207 26**

**Nonpriority creditor's name and mailing address**

**William L**
**1237 Palo Alto Street**
**Apartment 2**
**Pittsburgh, PA 15212**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ◼ No ☐ Yes

**$7.00**

---

**3.207 27**

**Nonpriority creditor's name and mailing address**

**William Ladd**
**6810 Chauncey Drive**
**Indianapolis, IN 46221**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ◼ No ☐ Yes

**$796.00**

---

**3.207 28**

**Nonpriority creditor's name and mailing address**

**William Leebern**
**4210 Cordgrass Inlet Dr**
**Jacksonville Beach, FL 32250**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ◼ No ☐ Yes

**$60.00**

---

**3.207 29**

**Nonpriority creditor's name and mailing address**

**William Leejr**
**6040 Bear Creek Ct**
**Columbus, GA 31909**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ◼ No ☐ Yes

**$318.00**

---

**3.207 30**

**Nonpriority creditor's name and mailing address**

**William Lenssen**
**1311 N Woodland Blvd**
**UPS Access Point (Advance Auto Parts Sto**
**Deland, FL 32720**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ◼ No ☐ Yes

**$1,497.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.207
31**

**Nonpriority creditor's name and mailing address**

**William Lucas
17407 Masemore Rd
Parkton, MD 21120**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$331.00**

---

**3.207
32**

**Nonpriority creditor's name and mailing address**

**William M
12816 Cadgwith Cove Dr
Huntersville, NC 28078**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.207
33**

**Nonpriority creditor's name and mailing address**

**William M
612 Coate Ct
Altadena, CA 91001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.207
34**

**Nonpriority creditor's name and mailing address**

**William Maier
507 Silvermine Rd
New Canaan, CT 06840**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$550.00**

---

**3.207
35**

**Nonpriority creditor's name and mailing address**

**William Marion
1507 Pheasant Ln
Glen Mills, PA 19342**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.207
36**

**Nonpriority creditor's name and mailing address**

**William Martin
1530 Key Blvd Apt 724
Arlington, VA 22209**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$42.00**

---

**3.207
37**

**Nonpriority creditor's name and mailing address**

**William Matsuzaki
9700 Saints Cir
Fort Worth, TX 76108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Phoeno Wine Company, Inc.**

Name

Case number *(if known)*

---

**3.207 38**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,450.00** |
|---|---|---|

**William Mcclain**
**1658 N Milwaukee Ave**
**C/O UPS Store**
**Chicago, IL 60647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.207 39**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17.00** |
|---|---|---|

**William Mchenry**
**3124 W Hwy 22**
**Corsicana, TX 75110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.207 40**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$759.00** |
|---|---|---|

**William Mcleod**
**60 Labelle Rd Phph**
**Ph**
**Mount Vernon, NY 10552**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.207 41**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,479.00** |
|---|---|---|

**William Melamed**
**632 W. Wellington Ave**
**2w**
**Chicago, IL 60657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.207 42**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|

**William Mis**
**15 Bonna Street**
**Beacon Falls, CT 06403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.207 43**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|

**William Moran**
**9218 Migue Cir**
**Pt Charlotte, FL 33981**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.207 44**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00** |
|---|---|---|

**William Moyer**
**12816 Cadgwith Cove Dr**
**Huntersville, NC 28078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

| 3.207 45 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**William North**
**121 Sw 8th St**
**Ocala, FL 34471**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$87.00**

---

| 3.207 46 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**William O**
**420 5th Ave W Ste 300**
**Hendersonville, NC 28739**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.207 47 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**William Oakland**
**4934 S Galvez St**
**New Orleans, LA 70125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$440.00**

---

| 3.207 48 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**William P**
**3022 Via Borica**
**Palos Verdes Estates, CA 90274**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.207 49 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**William P**
**3247 Rockbridge Rd**
**Avondale Estates, GA 30002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.207 50 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**William Pace**
**620 W Santa Inez Ave**
**Hillsborough, CA 94010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$182.00**

---

| 3.207 51 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**William Page**
**4253 Vincent Dr**
**Seven Hills, OH 44131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

Debtor     **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.207 52 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Parsons**
**36 Sportsman Ct**
**Rotonda West, FL 33947**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$880.00**

---

| 3.207 53 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Pasos**
**240 N Miami Ave Apt 2111**
**Miami, FL 33128**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$274.00**

---

| 3.207 54 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Pastras**
**9 Juniper Ln**
**Piscataway, NJ 08854**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$225.00**

---

| 3.207 55 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Pawlowsky**
**207 East 74th Street**
**Apartment #5a**
**New York, NY 10021**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$120.00**

---

| 3.207 56 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Porter**
**22 Wild Dunes Ct**
**Las Vegas, NV 89113**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,041.00**

---

| 3.207 57 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Prete**
**3113 State Road 580 Lot 77**
**Safety Harbor, FL 34695**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$427.00**

---

| 3.207 58 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William R**
**5428 Barrister Place**
**Alexandria, VA 22304**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| **3.207 59** | |

**Nonpriority creditor's name and mailing address**
**William R**
**8325 Thornhill Dr**
**North Richland Hills, TX 76182**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$9.00**

---

| | |
|---|---|
| **3.207 60** | |

**Nonpriority creditor's name and mailing address**
**William Ransom**
**13901 Midway Rd Ste 102**
**UPS Store**
**Farmers Branch, TX 75244**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$217.00**

---

| | |
|---|---|
| **3.207 61** | |

**Nonpriority creditor's name and mailing address**
**William Reagan**
**8325 Thornhill Dr**
**North Richland Hills, TX 76182**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,212.00**

---

| | |
|---|---|
| **3.207 62** | |

**Nonpriority creditor's name and mailing address**
**William Reilly**
**4108 Sw 16th Pl**
**Cape Coral, FL 33914**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$385.00**

---

| | |
|---|---|
| **3.207 63** | |

**Nonpriority creditor's name and mailing address**
**William Richardson**
**306 Seabury Dr**
**Greenville, SC 29615**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$140.00**

---

| | |
|---|---|
| **3.207 64** | |

**Nonpriority creditor's name and mailing address**
**William Rivers**
**1338 Mcgee Ave**
**Berkeley, CA 94703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$984.00**

---

| | |
|---|---|
| **3.207 65** | |

**Nonpriority creditor's name and mailing address**
**William Rogers**
**21 Ferry Landing Ln NW Unit 1211**
**Atlanta, GA 30305**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$499.00**

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| **3.207 66** | |

**Nonpriority creditor's name and mailing address**
**William Rougle**
**5428 Barrister Place**
**Alexandria, VA 22304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,434.00**

---

| | |
|---|---|
| **3.207 67** | |

**Nonpriority creditor's name and mailing address**
**William Rury**
**9110 Chapel Valley Rd**
**Dallas, TX 75220**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$257.00**

---

| | |
|---|---|
| **3.207 68** | |

**Nonpriority creditor's name and mailing address**
**William S**
**1331 4th St Se**
**Apt. 720**
**Washington, DC 20003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| | |
|---|---|
| **3.207 69** | |

**Nonpriority creditor's name and mailing address**
**William S**
**17902 Landseer Rd**
**Cleveland, OH 44119**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| | |
|---|---|
| **3.207 70** | |

**Nonpriority creditor's name and mailing address**
**William S**
**2062 Hidden Forge Dr**
**Fayetteville, NC 28304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$1,022.00**

---

| | |
|---|---|
| **3.207 71** | |

**Nonpriority creditor's name and mailing address**
**William S**
**213 Baltimore Rd**
**Rockville, MD 20850**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| | |
|---|---|
| **3.207 72** | |

**Nonpriority creditor's name and mailing address**
**William S**
**2300 Rosendale Village Avenue**
**Henderson, NV 89052**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

Debtor      **Phoeno Wine Company, Inc.**                                        Case number *(if known)* _____
       Name

| 3.207 73 | **Nonpriority creditor's name and mailing address**<br>**William S**<br>**2375 Tamiami Trl N Ste 208**<br>**Naples, FL 34103** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$60.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 74 | **Nonpriority creditor's name and mailing address**<br>**William S**<br>**3320 Canon Bay Dr**<br>**Cumming, GA 30041** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$20.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 75 | **Nonpriority creditor's name and mailing address**<br>**William S**<br>**8953 Krueger St**<br>**Culver City, CA 90232** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$54.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 76 | **Nonpriority creditor's name and mailing address**<br>**William Scaringe**<br>**8953 Krueger St**<br>**Culver City, CA 90232** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,523.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 77 | **Nonpriority creditor's name and mailing address**<br>**William Schafernak**<br>**450 N Seymour Ave**<br>**Mundelein, IL 60060** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$142.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 78 | **Nonpriority creditor's name and mailing address**<br>**William Scott**<br>**665 Rainbow Creek Rd**<br>**Clayton, GA 30525** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$8,248.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 79 | **Nonpriority creditor's name and mailing address**<br>**William Sewell**<br>**4615 Mystic Dr**<br>**Atlanta, GA 30342** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$174.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.207 80 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**William Shankel**
**2300 Rosendale Village Avenue**
**Henderson, NV 89052**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,833.00**

---

| 3.207 81 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**William Shepler**
**2603 NW 69th Ter**
**Gainesville, FL 32606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

| 3.207 82 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**William Sherman**
**2062 Hidden Forge Dr**
**Fayetteville, NC 28304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$25,174.00**

---

| 3.207 83 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**William Sherman**
**4520 Foxgrove Dr**
**St Charles, IL 60175**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,855.00**

---

| 3.207 84 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**William Smith**
**1807 Arroyo Chamiso**
**Santa Fe, NM 87505**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$519.00**

---

| 3.207 85 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**William Smith**
**12647 Pawnee Lane**
**Leawood, KS 66209**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

| 3.207 86 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**William Snodgrass**
**17902 Landseer Rd**
**Cleveland, OH 44119**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$32.00**

---

Debtor  **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.207 87 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Sorensen**
**25775 Valley View Rd.**
**Apple Valley, CA 92308**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,366.00**

---

| 3.207 88 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Strain**
**14519 Diamondhead N**
**Montgomery, TX 77356**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,514.00**

---

| 3.207 89 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Sullivan**
**852 W Bartlett Rd**
**Bartlett, IL 60103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,462.00**

---

| 3.207 90 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William T**
**493 Dansby Rd**
**Wauchula, FL 33873**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$9.00**

---

| 3.207 91 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William T**
**5775 Greenton Way**
**St. Louis, MO 63128**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$24.00**

---

| 3.207 92 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William T**
**816 Reddoch St**
**Memphis, TN 38120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$36.00**

---

| 3.207 93 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Tamme**
**25 Old Kings Hwy N Ste 13**
**Darien, CT 06820**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,131.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                              Case number *(if known)*    _____

---

| 3.207 94 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Taylor**
**3724 Hilltop Rd**
**Fort Worth, TX 76109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$1,550.00**

---

| 3.207 95 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Tewksbury**
**493 Dansby Rd**
**Wauchula, FL 33873**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$64.00**

---

| 3.207 96 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Thompson**
**3001 Rush St Apt 3401**
**Franklin, TN 37067**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$216.00**

---

| 3.207 97 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Thrift**
**816 W West St**
**Tampa, FL 33602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$42.00**

---

| 3.207 98 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Towler**
**816 Reddoch St**
**Memphis, TN 38120**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$360.00**

---

| 3.207 99 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William V**
**325 Front St**
**Hold For Pickup**
**Evanston, WY 82930**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| 3.208 00 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Vacek**
**280 Wyoming St**
**Lander, WY 82520**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

Debtor    **Phoeno Wine Company, Inc.**

Case number *(if known)*

Name

---

| 3.208 01 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,755.00** |

**William Vanderbloemen**
**325 Front St**
**Hold For Pickup**
**Evanston, WY 82930**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 02 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |

**William W**
**2086 Lake Shore Road**
**Grafton, WI 53024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 03 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |

**William W**
**251 81st St**
**Brooklyn, NY 11209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 04 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$241.00** |

**William Walker**
**Moose Cafe**
**570 Brevard Road**
**Ashevill, NC 28806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 05 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,942.00** |

**William Walsh**
**104, Chicago Blvd**
**Sea Girt, NJ 08750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 06 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**William Wennberg**
**506 Rothbury Rd**
**Wilmington, DE 19803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 07 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$246.00** |

**William West**
**1 Center St**
**Gloucester, MA 01930**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**                                   Case number (if known) _____

_____Name_____

| | |
|---|---|

**3.208 08**

**Nonpriority creditor's name and mailing address**

**William Wiebell**
**1505 Plumway Ln**
**Lewis Center, OH 43035**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$210.00

---

**3.208 09**

**Nonpriority creditor's name and mailing address**

**William Wilhelm**
**C/O Bingham Mccutchen**
**2020 K St Nw**
**Washington, DC 20006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$5.00

---

**3.208 10**

**Nonpriority creditor's name and mailing address**

**William Wordell**
**11 S Orleans Rd**
**Orleans, MA 02653**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,360.00

---

**3.208 11**

**Nonpriority creditor's name and mailing address**

**William Z**
**814 Nesbitt Rd**
**Maple Glen, PA 19002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.208 12**

**Nonpriority creditor's name and mailing address**

**William Zeitz**
**570 Sheepscot Road**
**Newcastle, ME 04553**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$533.00

---

**3.208 13**

**Nonpriority creditor's name and mailing address**

**Williamj S**
**4133 Greens Pl**
**Longmont, CO 80503**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$39.00

---

**3.208 14**

**Nonpriority creditor's name and mailing address**

**Williamj Schwamle**
**4133 Greens Pl**
**Longmont, CO 80503**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$32.00

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number *(if known)*   _____

Name

---

| 3.208 15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$94.00** |

**Willliam Piper**
**709 Evans Manor Dr**
**Weddington, NC 28104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.208 16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$593.00** |

**Wilson Hunt**
**980 12th St**
**Idaho Falls, ID 83404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.208 17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**Wind W**
**7786 Rush Creek Road**
**7786 Rush Creek**
**Lewiston, CA 96052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.208 18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$719.06** |

**Winemaster**
**2577 W. Queen Creek Rd. #112**
**Suite 112**
**Chandler, AZ 85248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.208 19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$360.00** |

**Winfield Smathers**
**7001 Oak Park Dr**
**Gibsonia, PA 15044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.208 20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |

**Winnie K**
**33 Prospect St**
**Williston Park, NY 11596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.208 21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$156.00** |

**Winnie Kwok**
**33 Prospect St**
**Williston Park, NY 11596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| **3.208 22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Winston C**
**9737 E 61st Ave**
**Denver, CO 80238**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$30.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.208 23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Winston Crowley**
**9737 E 61st Ave**
**Denver, CO 80238**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$370.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.208 24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Winston Mar**
**338 W 19th St**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.208 25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Winthrop Fowlerjr**
**16436 Betty St**
**Anchorage, AK 99516**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$39.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.208 26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Wj Frazier**
**650 N. Rose Dr, #518**
**Placentia, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.208 27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Wjf**
**650 N. Rose Dr, #518**
**Placentia, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$392.44**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.208 28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Wyatt Baron**
**2917 Johnson Road**
**Falls Church, VA 22042**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,530.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.208 29 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Wyatt Bradford**
**2023 Hidden Ranch Loop**
**Jackson, WY 83001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,256.00**

---

| 3.208 30 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Wyatt Bradford**
**2023 Hidden Ranch Loop**
**Jackson, WY 83001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

| 3.208 31 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Wyatt Shodeen**
**159 W North Avenue, Unit 201**
**Chicago, IL 60610**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$545.00**

---

| 3.208 32 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Xiao Lin**
**904 Dover Center Rd**
**Westlake, OH 44145**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$820.00**

---

| 3.208 33 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Xiaomou Zhang**
**22 Vintage Ridge Dr**
**Las Vegas, NV 89141**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$204.00**

---

| 3.208 34 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Yael Maxwell**
**135 Knollwood Dr**
**Fairfield, CT 06824**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$2,511.00**

---

| 3.208 35 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Yael Maxwell**
**135 Knollwood Dr**
**Fairfield, CT 06824**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$7,039.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number *(if known)* _____
Name

| 3.208 36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Yami G**
**13921 Sw 12th St**
**Miami, FL 33184**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$230.00** |
|---|---|---|---|

**Yana Grodskaya**
**575 4th Ave Apt 5h**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,178.00** |
|---|---|---|---|

**Yana Sanders**
**256 Nahum Rd**
**Moravian Falls, NC 28654**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$58.00** |
|---|---|---|---|

**Yangdy Chen**
**61 Rome St**
**San Francisco, CA 94112**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|---|

**Yanina G**
**4024 Thornhill Way**
**Modesto, CA 95356**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Customers - Deferred Credit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,825.00** |
|---|---|---|---|

**Yann Camus**
**Hbs Mail Center 700 Soldiers Field Road**
**Yann Camus 2023**
**Boston, MA 02163**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$716.00** |
|---|---|---|---|

**Yann Legouellec**
**105 Southpoint Dr**
**Williamsburg, VA 23185**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Phoeno Wine Company, Inc.**
_____   Case number (if known) _____
Name

| 3.208 43 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Yao C**
**1505 Nw 191st St**
**Edmond, OK 73012**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

| 3.208 44 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Yao Chen**
**1505 NW 191st St**
**Edmond, OK 73012**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$2,913.00

---

| 3.208 45 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Yarona Yieh**
**22 Mackenzie Ct**
**Freehold, NJ 07728**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$28.00

---

| 3.208 46 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Yarrow D**
**2 Hillhouse Avenue**
**New Haven, CT 06511**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$28.00

---

| 3.208 47 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Yarrow Dunham**
**2 Hillhouse Avenue**
**New Haven, CT 06511**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$38.00

---

| 3.208 48 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Yash C**
**4713 Atlantic Brigantine Blvd**
**Brigantine, NJ 08203**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| 3.208 49 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Yehonatan Koenig**
**16680 128th Pl NE**
**Woodinville, WA 98072**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$303.00

---

Debtor    **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

| 3.208 |
| 50 |

**Nonpriority creditor's name and mailing address**

**Yeida R**
**425 5th Ave Apt 43d**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

| 3.208 |
| 51 |

**Nonpriority creditor's name and mailing address**

**Yeida Reyes**
**425 5th Ave Apt 43d**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

| 3.208 |
| 52 |

**Nonpriority creditor's name and mailing address**

**Yelena Chianurov**
**422 Nimitz Ave**
**Redwood City, CA 94061**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.208 |
| 53 |

**Nonpriority creditor's name and mailing address**

**Yelena Lapkin**
**108 N Jasper Ave # 2b**
**Margate City, NJ 08402**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$970.00**

---

| 3.208 |
| 54 |

**Nonpriority creditor's name and mailing address**

**Yenpang Lin**
**1438 York Ave**
**Campbell, CA 95008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,079.00**

---

| 3.208 |
| 55 |

**Nonpriority creditor's name and mailing address**

**Yenyi Fu**
**1824 Valdez Ave**
**Belmont, CA 94002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$805.00**

---

| 3.208 |
| 56 |

**Nonpriority creditor's name and mailing address**

**Yevgeniy Segal**
**5200 White Oak Ave.**
**Unit 57**
**Encino, CA 91316**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$141.00**

---

Debtor     **Phoeno Wine Company, Inc.**
_____          Case number *(if known)*  _____
Name

| 3.208 57 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$165.00** |

**Yevsey Kogan**
**723 Walnut Ave**
**Walnut Creek, CA 94598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 58 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26.00** |

**Yilian Rodriguez**
**8000 W 28 Ct**
**Unit 204**
**Hialeah, FL 33018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 59 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$92.00** |

**Yoaav Krauthammer**
**9190 W Sands Dr**
**Peoria, AZ 85383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 60 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$120.00** |

**Yolanda Iloski**
**1219 Barham Dr**
**#177**
**San Marcos, CA 92078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 61 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**Yolanda K**
**81 Preserve Rd**
**Sylva, NC 28779**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 62 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$361.00** |

**Yon Lai**
**72 Stillwell Ln**
**Woodbury, NY 11797**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 63 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$112.00** |

**Yonghao Ma**
**1922 Lake Winds Dr**
**Missouri City, TX 77459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.208 64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10.00** |

**Yoni S**
**9027 Norma Pl**
**West Hollywood, CA 90069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$174.00** |

**Yoon Shim**
**400 Blue Heron Cir**
**Blue Bell, PA 19422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |

**Yosi S**
**5302 W University Blvd**
**Dallas, TX 75209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,463.00** |

**Yosuke Toyama**
**2117 Cannes Dr**
**Plano, TX 75025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$56.00** |

**Yousef Abudayyeh**
**871 Singing Heights Dr**
**El Cajon, CA 92019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$220.00** |

**Yovita Widyadharma**
**2125 E Duell St**
**Glendora, CA 91740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$465.00** |

**Yuan Ge**
**2051 Fannin Sta N**
**Houston, TX 77045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name                                    Case number *(if known)* _____

---

| 3.208 71 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Yue Dong**
**1771 N Pierce St Apt 1417**
**Arlington, VA 22209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **$96.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 72 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Yuki Rosene**
**11898 E Via Loma Vis**
**Yuma, AZ 85367**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **$309.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 73 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Yulia Lukash**
**129 Cameron Parke Pl.**
**Alexandria, VA 22304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **$78.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 74 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Yulia Skurikhina**
**15051 Royal Oaks Ln Apt 2402**
**North Miami, FL 33181**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **$237.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 75 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Yun C**
**1152 Harwell Loop**
**Kyle, TX 78640**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **$37.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 76 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Yun Choi**
**1152 Harwell Loop**
**Kyle, TX 78640**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **$958.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 77 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Yun-Kyung H**
**Box 980709**
**Richmond, VA 23298**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **$5.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.208 78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$228.00** |

**Yun-Kyung Hahn**
**Box 980709**
**Richmond, VA 23298**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$402.00** |

**Yunchun Han**
**3613 Falcon Way**
**Brea, CA 92823**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18.50** |

**Yunpeng D**
**288 106th Ave Ne Unit 1901**
**Bellevue, WA 98004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$39.00** |

**Yuri Artov**
**3325 Bellwood Ln**
**Glenview, IL 60026**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.50** |

**Yurij R**
**2340 Westcliffe Ln Apt Q**
**Walnut Creek, CA 94597**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**Yuriy B**
**200 Winston Drive**
**909**
**Cliffside Park, NJ 07010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,039.00** |

**Yuriy Gerzon**
**19 Riverside Terrace**
**North Easton, MA 02356**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F        Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.208 85 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Yuriy Gerzon**
**19 Riverside Terrace**
**North Easton, MA 02356**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$1,122.00

---

| 3.208 86 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Yury Fern ndezespinosa**
**20730 Sw 86 Pl**
**Cutler Bay, FL 33189**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$35.00

---

| 3.208 87 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Yusef Carrillo**
**205 Oneida St**
**Saint Paul, MN 55102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,266.00

---

| 3.208 88 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Yuzhao Ai**
**320 Adolphus Ave**
**Apt 419**
**Cliffside Park, NJ 07010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$1,945.00

---

| 3.208 89 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Yvette Delisio**
**5708 Decker Dr**
**New Albany, OH 43054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$308.00

---

| 3.208 90 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Yvette Hamacek**
**7819 Jacinto Avenue**
**Sparks, NV 89436**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$70.00

---

| 3.208 91 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Yvette R**
**18 Brandenberry Court**
**Spring, TX 77381**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

$55.00

---

Debtor  **Phoeno Wine Company, Inc.**
        _____        Case number (if known) _____
        Name

| 3.208 92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |

**Yvette W**
**2216 Loreines Landing Ct**
**Richmond, VA 23233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customers - Deferred Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $326.00 |

**Yvette Wolfe**
**2216 Loreines Landing Ct**
**Richmond, VA 23233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64.00 |

**Yvonne County**
**1013 Meadowbrooke Lane**
**Junction City, KS 66441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97.00 |

**Yvonne Durham**
**486 Ford St**
**Bridgeport, PA 19405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59.00 |

**Yvonne Lee**
**1906 Berkshire Dr**
**Fullerton, CA 92833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $332.00 |

**Yvonne Low**
**7841 Hamilton Pool Drive**
**Las Vegas, NV 89113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65.00 |

**Yvonne Schleyer**
**8 Donald Street**
**Manchester, NH 03102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Phoeno Wine Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.208 99 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Yvonne W**
**14437 S Dixie Hwy**
**Miami, FL 33176**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.209 00 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Yzmira Andujo**
**2444 N Morrison Ave**
**Casa Grande, AZ 85122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.209 01 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Z L**
**504 E 63rd St Apt 27o**
**New York, NY 10065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.209 02 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Zac Hunt**
**6143 Bordley Dr**
**Houston, TX 77057**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$118.00**

---

| 3.209 03 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Zac Whitley**
**3501 Denbar Court**
**Austin, TX 78739**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,130.00**

---

| 3.209 04 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Zach Barr**
**4 White Birch Ct**
**Wayne, NJ 07470**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.209 05 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Zach Carter**
**360 Barclay Rd**
**Newport News, VA 23606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Phoeno Wine Company, Inc.**

Name

Case number (if known) _____

| | |
|---|---|
| 3.209<br>06 | |

**Nonpriority creditor's name and mailing address**

**Zach Eckler**
**1731 Powell St Unit 406**
**San Francisco, CA 94133**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,504.00**

---

| | |
|---|---|
| 3.209<br>07 | |

**Nonpriority creditor's name and mailing address**

**Zach Fein**
**6070 S Yampa St**
**Aurora, CO 80016**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$37.00**

---

| | |
|---|---|
| 3.209<br>08 | |

**Nonpriority creditor's name and mailing address**

**Zach Forrer**
**5934 Sandhurst Ln Apt 109**
**Dallas, TX 75206**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$87.00**

---

| | |
|---|---|
| 3.209<br>09 | |

**Nonpriority creditor's name and mailing address**

**Zach Gross**
**1500 Lexington Ave**
**14k**
**New York, NY 10029**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$336.00**

---

| | |
|---|---|
| 3.209<br>10 | |

**Nonpriority creditor's name and mailing address**

**Zach Harmon**
**352 Strong Rd**
**Waitsfield, VT 05673**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

| | |
|---|---|
| 3.209<br>11 | |

**Nonpriority creditor's name and mailing address**

**Zach Kalkwarf**
**4614 Wakeley St**
**Omaha, NE 68132**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,005.00**

---

| | |
|---|---|
| 3.209<br>12 | |

**Nonpriority creditor's name and mailing address**

**Zach L**
**902 Naomi Drive**
**Maryville, TN 37804**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$8.00**

---

Debtor    **Phoeno Wine Company, Inc.**
_____    Case number (if known)    _____
Name

---

| 3.209 13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56.00 |

**Zach Mason**
**5070 S Ponderosa Dr**
**Gilbert, AZ 85298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58.00 |

**Zach Mentzer**
**444 W Fullerton Pkwy**
**Chicago, IL 60614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69.00 |

**Zach N**
**5 Cervantes Court**
**Irvine, CA 92617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.00 |

**Zach Nelson**
**5 Cervantes Court**
**Irvine, CA 92617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58.00 |

**Zach Pizzey**
**3344 University Park Ln**
**Irving, TX 75062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Zach Rubin**
**73 Hillyer Cir**
**Middletown, NJ 07748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.00 |

**Zach S**
**5611 La Foy Blvd**
**Dallas, TX 75209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Phoeno Wine Company, Inc.**
_____
        Name

Case number (*if known*) _____

---

**3.209
20**

**Nonpriority creditor's name and mailing address**

**Zach Schiller
551 Franklin Ave Unit A
Kent, OH 44240**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$845.00**

---

**3.209
21**

**Nonpriority creditor's name and mailing address**

**Zach Shank
1806 Nina Lee Ln
Houston, TX 77018**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$271.00**

---

**3.209
22**

**Nonpriority creditor's name and mailing address**

**Zach Theis
6400 Chanhassen Rd
Chanhassen, MN 55317**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$668.00**

---

**3.209
23**

**Nonpriority creditor's name and mailing address**

**Zach Tubb
169 Avie Ln
West Monroe, LA 71291**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$2,980.00**

---

**3.209
24**

**Nonpriority creditor's name and mailing address**

**Zach Wallace
3501 Ames St
Wheat Ridge, CO 80212**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$140.00**

---

**3.209
25**

**Nonpriority creditor's name and mailing address**

**Zach Woodie
4136 Billy Mitchell Dr
Mdm212-1
Addison, TX 75001**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.209
26**

**Nonpriority creditor's name and mailing address**

**Zachary Bautzer
2920 Augusta Dr
Las Vegas, NV 89109**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$228.00**

---

Debtor **Phoeno Wine Company, Inc.**                                      Case number (if known) _____
　　　　　Name

---

| 3.209 27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47.00** |

**Zachary Cahill**
**6210 Christine Dr.**
**Marion, IA 52302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.209 28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$470.00** |

**Zachary Conaway**
**607 Westfield Dr**
**Pearl, MS 39208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.209 29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |

**Zachary D**
**1201 10th Ave**
**Columbus, GA 31901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.209 30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,612.00** |

**Zachary Dumont**
**4745 N Scottsdale Rd Ste 4005**
**Scottsdale, AZ 85251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.209 31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |

**Zachary K**
**2000 Engel St Ste 101**
**Monona, WI 53713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.209 32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |

**Zachary K**
**204 Brouse Dr**
**Wadsworth, OH 44281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.209 33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |

**Zachary K**
**50 May Street**
**Unit 207**
**Hawthorne, NJ 07506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor **Phoeno Wine Company, Inc.**

Name

Case number *(if known)* _____

---

**3.209 34**

**Nonpriority creditor's name and mailing address**
**Zachary Kallai**
**204 Brouse Dr**
**Wadsworth, OH 44281**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$187.00**

---

**3.209 35**

**Nonpriority creditor's name and mailing address**
**Zachary M**
**70 Greene St Apt 602**
**Jersey City, NJ 07302**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$8.00**

---

**3.209 36**

**Nonpriority creditor's name and mailing address**
**Zachary Mcclure**
**70 Greene St Apt 602**
**Jersey City, NJ 07302**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$879.00**

---

**3.209 37**

**Nonpriority creditor's name and mailing address**
**Zachary Mulford**
**1241 John Q Hammons Dr Ste 501**
**#NAME?**
**Madison, WI 53717**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$80.00**

---

**3.209 38**

**Nonpriority creditor's name and mailing address**
**Zachary Murdock**
**3395 Michelson Dr Apt 4459**
**Irvine, CA 92612**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$708.00**

---

**3.209 39**

**Nonpriority creditor's name and mailing address**
**Zachary Pearson**
**W9682 770th Ave**
**River Falls, WI 54022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$113.00**

---

**3.209 40**

**Nonpriority creditor's name and mailing address**
**Zachary Rozenberg**
**61 Exeter Street**
**Brooklyn, NY 11235**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$427.00**

---

Debtor   **Phoeno Wine Company, Inc.**
_____
Name

Case number _(if known)_ _____

---

| 3.209 41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$30.00** |
|---|---|---|---|

**Zachary Sherman**
**55 Sw 9th St Apt 4204**
**Miami, FL 33130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$75.00** |
|---|---|---|---|

**Zachary Sumskoy**
**1300 Crossing Pl Apt 2134**
**Austin, TX 78741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$222.00** |
|---|---|---|---|

**Zachary Szczerbinski**
**17 Sorrel Run**
**Mount Laurel, NJ 08054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$306.00** |
|---|---|---|---|

**Zachary Zoll**
**1128 S Lopez St**
**New Orleans, LA 70125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$2,644.03** |
|---|---|---|---|

**Zachramsay**
**837 Santmyer Drive Se**
**Leesburg, VA 20175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$130.00** |
|---|---|---|---|

**Zack Gaskell**
**4262 Elenda St**
**Culver City, CA 90230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$10.00** |
|---|---|---|---|

**Zackary G**
**12112 44th Ave W Unit 766**
**Cortez, FL 34215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customers - Deferred Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.209**
**48**

**Nonpriority creditor's name and mailing address**
**Zahavah H**
**13 Mott Dr**
**Bellport, NY 11713**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☐ No  ☐ Yes

$25.00

---

**3.209**
**49**

**Nonpriority creditor's name and mailing address**
**Zak Amchislavsky**
**Unit 7100 Box 2927**
**Dpo, DC 09842**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☐ No  ☐ Yes

$1,784.00

---

**3.209**
**50**

**Nonpriority creditor's name and mailing address**
**Zander B**
**13420 W 26th Ave**
**Golden, CO 80401**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☐ No  ☐ Yes

$50.00

---

**3.209**
**51**

**Nonpriority creditor's name and mailing address**
**Zane T**
**741 Creighton Rd**
**Fleming Island, FL 32003**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ☐ No  ☐ Yes

$100.00

---

**3.209**
**52**

**Nonpriority creditor's name and mailing address**
**Zarina Smirnova**
**26 Landing Dr**
**Dobbs Ferry, NY 10522**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☐ No  ☐ Yes

$100.00

---

**3.209**
**53**

**Nonpriority creditor's name and mailing address**
**Zeenal Amin**
**9062 N Clifton Ave**
**Niles, IL 60714**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☐ No  ☐ Yes

$114.00

---

**3.209**
**54**

**Nonpriority creditor's name and mailing address**
**Zemo Trevathan**
**545 Foster St Unit 425**
**Durham, NC 27701**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☐ No  ☐ Yes

$168.00

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.209 55**

**Nonpriority creditor's name and mailing address**

**Zev Keppleman**
**4833 White Rock Cir Apt C**
**Boulder, CO 80301**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$73.92**

---

**3.209 56**

**Nonpriority creditor's name and mailing address**

**Zhan D**
**1 Bayside Village Pl Apt 405**
**San Francisco, CA 94107**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$19.10**

---

**3.209 57**

**Nonpriority creditor's name and mailing address**

**Zhann G**
**631 Clawson Street**
**Staten Island, NY 10306**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.209 58**

**Nonpriority creditor's name and mailing address**

**Zhentu Li**
**431 Lake Rd**
**Wyckoff, NJ 07481**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$287.00**

---

**3.209 59**

**Nonpriority creditor's name and mailing address**

**Zhicong Jin**
**2513 E Marlena St**
**West Covina, CA 91792**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.209 60**

**Nonpriority creditor's name and mailing address**

**Ziegler Kevin**
**15150 Shoreline Dr W**
**Thornville, OH 43076**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$3,500.00**

---

**3.209 61**

**Nonpriority creditor's name and mailing address**

**Zoe R**
**8 E Haddon Ave**
**Oaklyn, NJ 08107**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customers - Deferred Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

Debtor   **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____
_____
Name

| 3.209 62 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Zoe Rosenberg**
**8 E Haddon Ave**
**Oaklyn, NJ 08107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No  ☐ Yes

**$203.00**

---

| 3.209 63 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Zoe Stover**
**2310 N Hendrickson Dr**
**Kalama, WA 98625**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| 3.209 64 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Zoltan Gombosi**
**1709 Los Altos Drive**
**San Mateo, CA 94402**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No  ☐ Yes

**$1,139.00**

---

| 3.209 65 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Zondra R**
**36 Grasmere Dr**
**Falmouth, MA 02540**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No  ☐ Yes

**$7.00**

---

| 3.209 66 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Zoran Mitrovski**
**22 Eli Bunker Rd**
**Goshen, CT 06756**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No  ☐ Yes

**$360.00**

---

| 3.209 67 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Zuzana Rehm**
**4344 Annandale Dr**
**Schwenksville, PA 19473**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No  ☐ Yes

**$158.00**

---

| 3.209 68 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Zykia C**
**457 Shepherd Ave**
**2**
**Brooklyn, NY 11208**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customers - Deferred Credit__

Is the claim subject to offset? ■ No  ☐ Yes

**$20.00**

---

| Debtor | **Phoeno Wine Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 2,694,683.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | 22,350,004.59 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 25,044,687.59 |

Phoeno Wine Company, Inc.

Schedule E - Deficit Customers - No Address

| Name | E-mail | ClaimAmt | PriorityAmt |
|---|---|---|---|
| A Jayneterrago | jterrago1@gmail.com | 112.00 | 112.00 |
| A L | bookworm07@gmail.com | 79.00 | 79.00 |
| Abdul Rahkem | business808man@gmail.com | 66.00 | 66.00 |
| Adam Wedekind | acwedekind@gmail.com | 145.00 | 145.00 |
| Adeleke Adeneye | adeowonola@gmail.com | 66.00 | 66.00 |
| Adelita Ferrell | drandmrsferrell@gmail.com | 56.00 | 56.00 |
| Adriana Keiser | colombiantiger@gmail.com | 122.00 | 122.00 |
| Adriana Marian | adrianam117@aol.com | 56.00 | 56.00 |
| Adrianna Mason | adrianna.n.mason@gmail.com | 99.00 | 99.00 |
| Agenor Santos | asgeneralconstruction@hotmail. | 56.00 | 56.00 |
| Aggie Eckert | adziedziech@yahoo.com | 49.00 | 49.00 |
| Agnieszka Sadkowska | magicaga@aol.com | 56.00 | 56.00 |
| Aishi Liang | cloverl@126.com | 29.00 | 29.00 |
| Alan Dancyger | dancyger.alan@gmail.com | 58.00 | 58.00 |
| Alan Giroux | alang@fsgi.com | 31.00 | 31.00 |
| Alan Peters | alan@tarponindustries.com | 242.00 | 242.00 |
| Alane Ounjian | babyalane@gmail.com | 56.00 | 56.00 |
| Albert Fuhrman | arleon143@yahoo.com | 56.00 | 56.00 |
| Alberto Macario | almac@att.net | 178.00 | 178.00 |
| Alberto Ruiz | ravenromeoruiz@gmail.com | 28.00 | 28.00 |
| Alethea Biondi | teabiondi@hotmail.com | 84.00 | 84.00 |
| Alex Chavez | alexchavez1010@hotmail.com | 57.00 | 57.00 |
| Alex Clark | aaclark12@gmail.com | 29.00 | 29.00 |
| Alex Economos | alexeconomos@gmail.com | 646.00 | 646.00 |
| Alex Gogus | synergyvape@gmail.com | 130.00 | 130.00 |
| Alex Song | ssong1030@yahoo.com | 29.00 | 29.00 |
| Alexander Guerrero | anisley82@hotmail.com | 28.00 | 28.00 |
| Alexander Morris | morris.alexanderw@gmail.com | 55.00 | 55.00 |
| Alexandra Elenis | alexandraelenis@yahoo.com | 112.00 | 112.00 |
| Alexandra Parish | parishclan@gmail.com | 70.00 | 70.00 |
| Alexandra Rodriguez | alexandraxrodriguez1@gmail.co | 84.00 | 84.00 |
| Alexandra Whitford | alexwhitford92@gmail.com | 56.00 | 56.00 |
| Alexis Cespedes | alexis11.ac@gmail.com | 30.00 | 30.00 |
| Alexis Sizemore | asizemore76@sbcglobal.net | 66.00 | 66.00 |
| Alfred Enoch | enochtex@gmail.com | 28.00 | 28.00 |
| Ali Searls | alisearls@gmail.com | 28.00 | 28.00 |
| Alice Henshaw | avhenshaw@gmail.com | 74.00 | 74.00 |
| Alicia Kish | alicialkish@icloud.com | 180.00 | 180.00 |
| Alisha Fournier | fourniera1021@gmail.com | 107.00 | 107.00 |
| Alison Messerle | almess224@gmail.com | 76.00 | 76.00 |
| Allan Ota | oceans111955@yahoo.com | 143.00 | 143.00 |
| Allen Haff | allenhaff@outlook.com | 34.00 | 34.00 |
| Allison Lanzi | adowgielewicz@hotmail.com | 28.00 | 28.00 |
| Allison Zimmer | alzimmer@gmail.com | 56.00 | 56.00 |
| Alma Franzoy | alma-franzoy@leavitt.com | 128.00 | 128.00 |
| Amanda Fried | amandafried2044@gmail.com | 50.00 | 50.00 |

Phoeno Wine Company, Inc.

Schedule E - Deficit Customers - No Address

| Name | E-mail | ClaimAmt | PriorityAmt |
|------|--------|----------|-------------|
| Amanda Mckinnon | amshilling22@gmail.com | 84.00 | 84.00 |
| Amber Crow | amber.crow73@gmail.com | 40.00 | 40.00 |
| Amber Klink | amberharrisonklink@gmail.com | 60.00 | 60.00 |
| Amber Moyse | ambermoyse@sbcglobal.net | 84.00 | 84.00 |
| Amber Randon | arandon85@gmail.com | 107.00 | 107.00 |
| Amie Milan | amiemmilan@gmail.com | 60.00 | 60.00 |
| Amit G | gulamit77@gmail.com | 30.00 | 30.00 |
| Amon Nickerson | amonjamal312@gmail.com | 30.00 | 30.00 |
| Amy Barnes | amybarnes379@gmail.com | 33.00 | 33.00 |
| Amy Chambers | amychambers1973@gmail.com | 35.00 | 35.00 |
| Amy Hawkins | amykhawkins84@gmail.com | 56.00 | 56.00 |
| Amy Iannelli | fantasticfinishes13@yahoo.com | 28.00 | 28.00 |
| Amy Sprengel | amysprengel@realtyexecutives.c | 56.00 | 56.00 |
| Amy Strassburger | amydstrass@hotmail.com | 56.00 | 56.00 |
| Amy Strausser | ibamy777@hotmail.com | 84.00 | 84.00 |
| Amy Tornquist | amy@wattsgrocery.com | 33.00 | 33.00 |
| Amy Viera | amygonzalez06@hotmail.com | 112.00 | 112.00 |
| Ana Stasinoulias | tims@aegiswi.com | 56.00 | 56.00 |
| Ana Vidal | vidalana1@hotmail.com | 84.00 | 84.00 |
| Anand Sharma | asharma19737578@gmail.com | 90.00 | 90.00 |
| Anderson Jessica | jande315@gmail.com | 132.00 | 132.00 |
| Andra Carlson | andracarlson@hotmail.com | 54.00 | 54.00 |
| Andrea Davis | ajdavis1120@gmail.com | 180.00 | 180.00 |
| Andrea Schultz | tietjana@aol.com | 331.00 | 331.00 |
| Andrea Tauber | aragland71@gmail.com | 84.00 | 84.00 |
| Andrew Andrews-Ramirez | andrew.p.andrews@gmail.com | 84.00 | 84.00 |
| Andrew Blum | ablum14@gmail.com | 56.00 | 56.00 |
| Andrew Cha | andrew.cha@live.com | 22.00 | 22.00 |
| Andrew Ciavarelli | andrewciavarelli@gmail.com | 28.00 | 28.00 |
| Andrew Dodge | andrew@pfamerica.us | 187.00 | 187.00 |
| Andrew Dreisiger | andrew.dreisiger@gmail.com | 87.00 | 87.00 |
| Andrew Hartsel | andrewhartsel@gmail.com | 28.00 | 28.00 |
| Andrew Kasper | 00drew@gmail.com | 56.00 | 56.00 |
| Andrew Kelly | andrew.w.kelly1@gmail.com | 740.00 | 740.00 |
| Andrew Levine | andrewlevine9@gmail.com | 49.00 | 49.00 |
| Andrew Magdy | magdyand@gmail.com | 28.00 | 28.00 |
| Andrew Mccoy | andrewfmccoy@gmail.com | 133.00 | 133.00 |
| Andrew Parsell | andrew@parsellfuneralhomes.cc | 28.00 | 28.00 |
| Andrew Perry | acperry1315@yahoo.com | 28.00 | 28.00 |
| Andrew Tikofsky | atikofsky@gmail.com | 30.00 | 30.00 |
| Andrew Wiedhopf | awiedhopf@gmail.com | 28.00 | 28.00 |
| Andrey Bukati | andrey@bukati.me | 33.00 | 33.00 |
| Andy Chou | andy.j.chou@gmail.com | 130.00 | 130.00 |
| Andy Funez | andyfunez75@gmail.com | 28.00 | 28.00 |
| Andy Lam | lamandy207@gmail.com | 56.00 | 56.00 |
| Andy Ray | andy.hortons@sbcglobal.net | 96.00 | 96.00 |

Phoeno Wine Company, Inc.

Schedule E - Deficit Customers - No Address

| Name | E-mail | ClaimAmt | PriorityAmt |
| --- | --- | --- | --- |
| Angel Kardaschow | angel@kardsinc.com | 60.00 | 60.00 |
| Angel Krusell | angel.krussell@gmail.com | 99.00 | 99.00 |
| Angel Mcanabal | angel_canabal@yahoo.com | 168.00 | 168.00 |
| Angel Santana | angelsantana641@gmail.com | 28.00 | 28.00 |
| Angela Dockendorf | amd7408@gmail.com | 28.00 | 28.00 |
| Angela Lee | akimlee1@gmail.com | 76.00 | 76.00 |
| Angela Reddenjansen | amredden@swbell.net | 75.00 | 75.00 |
| Angelbert N. | anyuydze@yahoo.com | 33.00 | 33.00 |
| Angelique Fregoso | angeliquefregoso@yahoo.com | 169.00 | 169.00 |
| Anh Kent | annrph@gmail.com | 56.00 | 56.00 |
| Anil Arora | anilxarora@yahoo.com | 50.00 | 50.00 |
| Anis Chowdhury | anisrchy@yahoo.com | 28.00 | 28.00 |
| Ann Cheney | ann.m.cheney@gmail.com | 28.00 | 28.00 |
| Ann Gowgiel | agowgiel@tampabay.rr.com | 285.00 | 285.00 |
| Annabelle Bosch | anniekbosch@gmail.com | 28.00 | 28.00 |
| Annalisa Perez | annabperez72@gmail.com | 126.00 | 126.00 |
| Anne Grenier | agrenier13@yahoo.com | 58.00 | 58.00 |
| Anne Mahoney | bethmahoney@bellsouth.net | 84.00 | 84.00 |
| Anne Mccormick | annewesberry@gmail.com | 44.00 | 44.00 |
| Anne Walker | annewalker89@yahoo.com | 28.00 | 28.00 |
| Annie Lee | aychen98@yahoo.com | 28.00 | 28.00 |
| Annie Rousseau | black.flamingo@gmail.com | 33.00 | 33.00 |
| Anthony Arrighi | a.arrighi@yahoo.com | 28.00 | 28.00 |
| Anthony Bains | anthonybains@gmail.com | 112.00 | 112.00 |
| Anthony Barnes | chasewayint@mac.com | 33.00 | 33.00 |
| Anthony Brown | ajbrownie05@gmail.com | 56.00 | 56.00 |
| Anthony Dimatteo | tony_d@bellsouth.net | 59.00 | 59.00 |
| Anthony Jacobin | ajacobin@gmail.com | 89.00 | 89.00 |
| Antoine Roberson | antoineroberson61@gmail.com | 28.00 | 28.00 |
| Antonio Rodriguez | tony@sunshineroofers.com | 84.00 | 84.00 |
| Aqeelah Rahim | aqeelahrahim@gmail.com | 66.00 | 66.00 |
| Arbie Nguyen | arbienguyen@yahoo.com | 56.00 | 56.00 |
| Archibald Glover | ayeyours@aol.com | 223.00 | 223.00 |
| Ardel Reyes | reyesa31@gmail.com | 28.00 | 28.00 |
| Arielle Forbes | ariforbes11@gmail.com | 28.00 | 28.00 |
| Aries Calingo | aries.calingo@gmail.com | 33.00 | 33.00 |
| Aristides Polanco | mrpolancoaffiliates@gmail.com | 33.00 | 33.00 |
| Arjun Singh | arjunsingh497@gmail.com | 87.00 | 87.00 |
| Armand Zaharian | az1770@icloud.com | 58.00 | 58.00 |
| Art Benson | artbenson@aol.com | 112.00 | 112.00 |
| Arvind Trindade | arvind.trindade@gmail.com | 84.00 | 84.00 |
| Arvydas Saffari | axtreme7@gmail.com | 1,081.00 | 1,081.00 |
| Asa Brown | asa_brown@icloud.com | 116.00 | 116.00 |
| Ashenafi Demissie | ash@winnerlimo.com | 32.00 | 32.00 |
| Ashley Boyle | ashley@sonomawine.com | 29.00 | 29.00 |
| Ashley Mac | ashleymac2044@gmail.com | 27.00 | 27.00 |

Phoeno Wine Company, Inc.

Schedule E - Deficit Customers - No Address

| Name | E-mail | ClaimAmt | PriorityAmt |
|------|--------|----------|-------------|
| Ashley Moore | ashmcooper@gmail.com | 112.00 | 112.00 |
| Ashley Steven | ashleysteven2088@gmail.com | 50.00 | 50.00 |
| Ashley Viergever | aviergever@gmail.com | 28.00 | 28.00 |
| Ashley Wyatt | ashdwyatt@gmail.com | 34.00 | 34.00 |
| Ashlie Deilgat | ashliedm@hotmail.com | 25.00 | 25.00 |
| Ashok Kunver | ashokkunver@gmail.com | 132.00 | 132.00 |
| Athena Encarnacion | eytens18@yahoo.com | 19.00 | 19.00 |
| Aura Valdez | amvp123@gmail.com | 99.00 | 99.00 |
| Aza Archakova | aza961@gmail.com | 66.00 | 66.00 |
| Ba Mckee | bookplates@hullabaloobookco.c | 20.00 | 20.00 |
| Baraka Nevels | bneve1970@gmail.com | 278.00 | 278.00 |
| Barbara Cavinessowens | barowens828@aol.com | 28.00 | 28.00 |
| Barbara Holthaus | bdholthaus@yahoo.com | 33.00 | 33.00 |
| Barbara Posillico | barbaraposillico@yahoo.com | 28.00 | 28.00 |
| Barbara Richards | brichards6960@gmail.com | 56.00 | 56.00 |
| Barry Ryan | barry@associatesins.com | 28.00 | 28.00 |
| Barry Young | byoung1652@aol.com | 28.00 | 28.00 |
| Beatrice Fu | vs15gs@hotmail.com | 145.00 | 145.00 |
| Becky Bush | curveheater2@yahoo.com | 60.00 | 60.00 |
| Ben Nardella | bennardella@hotmail.com | 28.00 | 28.00 |
| Benjamin Chevere | bcheverem5@yahoo.com | 84.00 | 84.00 |
| Berenice Tow | berenicetow@gmail.com | 28.00 | 28.00 |
| Bernard Going | bernardgoing01@gmail.com | 140.00 | 140.00 |
| Bernard Williams | bernardwilliams1969@gmail.cor | 66.00 | 66.00 |
| Bert Tatsuta | b808777808@aol.com | 30.00 | 30.00 |
| Beth Meek | bethmeek@comcast.net | 112.00 | 112.00 |
| Beth Perkins | bperk2016@yahoo.com | 28.00 | 28.00 |
| Betsy Rothwell | rothwellslikewine@gmail.com | 100.00 | 100.00 |
| Better Booze | betterboozeandbourbon@gmail | 405.00 | 405.00 |
| Beverly Anderson | alaskabeverly65@gmail.com | 28.00 | 28.00 |
| Billie Groff | billie.groff@aol.com | 129.00 | 129.00 |
| Bin Zhong | lbzhong@sbcglobal.net | 58.00 | 58.00 |
| Blair Allison | ballison@cbboise.com | 84.00 | 84.00 |
| Blake Riber | blake@seelbachs.com | 90.00 | 90.00 |
| Bo Trasada | ttrasada@gmail.com | 66.00 | 66.00 |
| Bob Baker | b.baker@lagunaproperties.org | 84.00 | 84.00 |
| Bob Marsh | marshrig@gmail.com | 29.00 | 29.00 |
| Bob Nichols | nichols1654@netzero.com | 59.00 | 59.00 |
| Bob Pillsbury | bpillsbury@lamoureuxford.com | 174.00 | 174.00 |
| Bob Severson | blsev6@yahoo.com | 28.00 | 28.00 |
| Bob Smith | bsmith2020@gmail.com | 25.00 | 25.00 |
| Bob Sullivan | sulfarms@aol.com | 140.00 | 140.00 |
| Bobby Scarborough | bobbyscarb62@gmail.com | 30.00 | 30.00 |
| Bozenna Woynarowska | bkrealnet@yahoo.com | 56.00 | 56.00 |
| Brad Airing | brad21ta@gmail.com | 28.00 | 28.00 |
| Brad Hoyt | b.hoyt@mchsi.com | 84.00 | 84.00 |

Phoeno Wine Company, Inc.

Schedule E - Deficit Customers - No Address

| Name | E-mail | ClaimAmt | PriorityAmt |
|------|--------|----------|-------------|
| Brad Mclain | bradmc18@hotmail.com | 112.00 | 112.00 |
| Bradley Harmon | bradley.harmon.jr@gmail.com | 33.00 | 33.00 |
| Bradley Schwertner | bradley.schwertner@gmail.com | 100.00 | 100.00 |
| Brady Ballard | bradyaballard@yahoo.com | 29.00 | 29.00 |
| Brady Ohr | bradyohr@gmail.com | 258.00 | 258.00 |
| Brando Medina | brandomedina@mac.com | 66.00 | 66.00 |
| Brandon Dannog | bdannog@gmail.com | 246.00 | 246.00 |
| Brandon Sellam | mastkaizer@gmail.com | 33.00 | 33.00 |
| Brannon Wickham | brannon.wickham@gmail.com | 90.00 | 90.00 |
| Breanna Parrottino | breannapollum@gmail.com | 56.00 | 56.00 |
| Brenda Shine | brendashine@me.com | 62.00 | 62.00 |
| Brendan Colford | brcolford@gmail.com | 31.00 | 31.00 |
| Brendan Emerson | brendan.emerson@gmail.com | 28.00 | 28.00 |
| Brent Stiles | beestiles@gmail.com | 66.00 | 66.00 |
| Brent Zambon | zbone11@yahoo.com | 141.00 | 141.00 |
| Brett Beal | brett-beal@sandhills.com | 60.00 | 60.00 |
| Brett Cohen | cohen.brett.22@gmail.com | 119.00 | 119.00 |
| Brett Goodman | brettdgoodman@gmail.com | 47.00 | 47.00 |
| Brian Brennan | bbrennan4151@yahoo.com | 28.00 | 28.00 |
| Brian Cunningham | bc@thebriancunningham.com | 144.00 | 144.00 |
| Brian Devine | briankdevine@hotmail.com | 33.00 | 33.00 |
| Brian Donahue | bdabbey@verizon.net | 76.00 | 76.00 |
| Brian Douglas | brianpdouglas@yahoo.com | 179.00 | 179.00 |
| Brian Feldman | brian@powermedia.net | 92.00 | 92.00 |
| Brian Gourley | bpgourley@yahoo.com | 62.00 | 62.00 |
| Brian Henley | drago2388@yahoo.com | 79.00 | 79.00 |
| Brian Hesseltine | bhesseltine@gohogwild.com | 55.00 | 55.00 |
| Brian Mott | bmott@kearncreekholdings.com | 50.00 | 50.00 |
| Brian Nurse | brianknurse@gmail.com | 99.00 | 99.00 |
| Brian Shea | bshea127@gmail.com | 56.00 | 56.00 |
| Brian Shorthouse | briantshorthouse@gmail.com | 84.00 | 84.00 |
| Brian Stevenson | blstevenson17@gmail.com | 20.00 | 20.00 |
| Brian Toto | briantoto1966@gmail.com | 84.00 | 84.00 |
| Brian Zeiler | brian.zeiler18@gmail.com | 57.00 | 57.00 |
| Brigitte Kellar | kellabr1@gmail.com | 99.00 | 99.00 |
| Brindha Sridhar | brinsvll@gmail.com | 64.00 | 64.00 |
| Brittney Simon | b.2252@yahoo.com | 56.00 | 56.00 |
| Brooke Doerler | doerlerbrooke@gmail.com | 116.00 | 116.00 |
| Bruce Baker | bruce@brucebakermba.com | 25.00 | 25.00 |
| Bruce Bowen | ojaniozmel12@gmail.com | 56.00 | 56.00 |
| Bruce Droste | bdvoltt@gmail.com | 377.00 | 377.00 |
| Bruce Droste | bruce@voltt.org | 351.00 | 351.00 |
| Bruce Halpern | brucehalp@att.net | 19.00 | 19.00 |
| Bruce Mullen | bmullen_ampf@yahoo.com | 56.00 | 56.00 |
| Bruce Pecaro | bp60045@gmail.com | 42.00 | 42.00 |
| Bruce Shaver | tbsusmc1110@yahoo.com | 43.00 | 43.00 |

Phoeno Wine Company, Inc.

Schedule E - Deficit Customers - No Address

| Name | E-mail | ClaimAmt | PriorityAmt |
|---|---|---|---|
| Bryan Loughney | bryanloughney@me.com | 84.00 | 84.00 |
| Bryan Shanahan | bjshanahan1965@gmail.com | 173.00 | 173.00 |
| Bryce Sartin | brycejsartin@gmail.com | 30.00 | 30.00 |
| Buren Crawford | burencrawford@gmail.com | 117.00 | 117.00 |
| Burney Hiers | dhiers3@gmail.com | 56.00 | 56.00 |
| Cade White | cade.white@hfw.com | 56.00 | 56.00 |
| Cali Ye | xwy1216@gmail.com | 29.00 | 29.00 |
| Cameron Capel | ccapel@capel.net | 45.00 | 45.00 |
| Cameron Demarche | cdemarche@comcast.net | 31.00 | 31.00 |
| Cameron Lee | cplee90@gmail.com | 32.00 | 32.00 |
| Camilla Rogers | cjrogers.law@gmail.com | 84.00 | 84.00 |
| Cara Chernoff | carachernoff@yahoo.com | 174.00 | 174.00 |
| Carey Aiossa | careyaiossa@gmail.com | 276.00 | 276.00 |
| Carissa Kozacek | ckozacek@shrwood.com | 18.00 | 18.00 |
| Carl Konecny | cmkonecny@cox.net | 84.00 | 84.00 |
| Carla Woodburne | cwoodburne@hotmail.com | 168.00 | 168.00 |
| Carley Bria | carley.bria@gmail.com | 30.00 | 30.00 |
| Carlos Broadbelt | carlosrbroadbelt@gmail.com | 66.00 | 66.00 |
| Carlos Cortez | carlos.cortezdds@yahoo.com | 66.00 | 66.00 |
| Carlos Velez | carvellaw39@yahoo.com | 33.00 | 33.00 |
| Carmen Datorre | cochi402008@hotmail.com | 33.00 | 33.00 |
| Carmina Aguiree | carminaaguirre@yahoo.com | 76.00 | 76.00 |
| Carnie Carpenter | carnie@willowbendranch.com | 56.00 | 56.00 |
| Carol Lydiatt | calydiatt@gmail.com | 60.00 | 60.00 |
| Carol Mccarthy | carol.mccarthy1@gmail.com | 66.00 | 66.00 |
| Carol Meharry | cmeharry@schweigercc.com | 29.00 | 29.00 |
| Carol Ong | ccline-ong@mdlgroup.com | 84.00 | 84.00 |
| Carole Warren | carolewoil@yahoo.com | 20.00 | 20.00 |
| Carole Wilson | chase.2041@yahoo.com | 38.00 | 38.00 |
| Carolyn Manel | bunmaker2001@netscape.net | 106.00 | 106.00 |
| Carrie Difranco | difrancocarrie@gmail.com | 56.00 | 56.00 |
| Carroll Decarle | cdecarle@verizon.net | 60.00 | 60.00 |
| Caryn Pace | caryn.pace@gmail.com | 25.00 | 25.00 |
| Cassi Hilton | cassicover@gmail.com | 59.00 | 59.00 |
| Cassidy Bayes | cassidybayes@icloud.com | 33.00 | 33.00 |
| Catharine Schubert | cathyschubert6@gmail.com | 28.00 | 28.00 |
| Catherine Durand | cmd9114@icloud.com | 96.00 | 96.00 |
| Catherine Dworaczyk | catlbusby@gmail.com | 29.00 | 29.00 |
| Catherine Frantz | cfrantz@nationalmaintsvc.com | 28.00 | 28.00 |
| Catherine Lees | clees2014@gmail.com | 32.00 | 32.00 |
| Catherine Moreland | wmore82998@q.com | 20.00 | 20.00 |
| Catherine Tomezsko | learyc@gmail.com | 178.00 | 178.00 |
| Catherine Vaughan | cathy@homeoffice.management | 56.00 | 56.00 |
| Cathy Hill | cathytighe@hotmail.com | 57.00 | 57.00 |
| Cathy Kenton | cathy@kentonproperties.com | 90.00 | 90.00 |
| Cecil Moore | cmoore4@amfam.com | 132.00 | 132.00 |

Phoeno Wine Company, Inc.

Schedule E - Deficit Customers - No Address

| Name | E-mail | ClaimAmt | PriorityAmt |
|---|---|---|---|
| Celeste Fobia | cfobia3@msn.com | 33.00 | 33.00 |
| Chad Wilhelm | chad.wilhelm@hotmail.com | 603.00 | 603.00 |
| Chao Koemheng | chaoheng_009@yahoo.com | 56.00 | 56.00 |
| Chara Mcmichael | charamac1@yahoo.com | 112.00 | 112.00 |
| Charity Candiotto | cacandiotto@yahoo.comt | 38.00 | 38.00 |
| Charles Benevento | encore3@aol.com | 28.00 | 28.00 |
| Charles Bosworth | cbosworth@bosworthcompanies | 28.00 | 28.00 |
| Charles Glazer | charlie.glazer@gmail.com | 35.00 | 35.00 |
| Charles Harring | charlesharring3@gmail.com | 116.00 | 116.00 |
| Charles Turner | cat201@comcast.net | 28.00 | 28.00 |
| Chase Clarke | chsclarke11@gmail.com | 107.00 | 107.00 |
| Chase Graham | graysock09@gmail.com | 130.00 | 130.00 |
| Chase Laplace | chaselaplace@live.com | 60.00 | 60.00 |
| Cheis Wood | cheiswood42@outlook.com | 26.00 | 26.00 |
| Chelsea Ferruzzi | chelsea.ferruzzi@gmail.com | 56.00 | 56.00 |
| Chelsea Hermann | cherm4@gmail.com | 30.00 | 30.00 |
| Chelsea Robinson | chelsea.robinson@gibsonsir.com | 84.00 | 84.00 |
| Chery Cator | cherylabc@aol.com | 27.00 | 27.00 |
| Cheryla Petry | nag3132@aol.com | 56.00 | 56.00 |
| Chetarra Jenkins | chetarra@gmail.com | 66.00 | 66.00 |
| Chris Barkhordar | chrisbarkhordar@gmail.com | 66.00 | 66.00 |
| Chris Baxla | chrisbaxla2382@gmail.com | 50.00 | 50.00 |
| Chris Bouras | csbouras2017@gmail.com | 95.00 | 95.00 |
| Chris Coates | ccoates3@me.com | 99.00 | 99.00 |
| Chris Conklin | conklincc@gmail.com | 28.00 | 28.00 |
| Chris Eddleman | chriseddleman3@gmail.com | 33.00 | 33.00 |
| Chris Fricke | frichris@gmail.com | 75.00 | 75.00 |
| Chris Hecht | christopherjhecht@gmail.com | 370.00 | 370.00 |
| Chris Hogan | chrishogan19@gmail.com | 29.00 | 29.00 |
| Chris Kassity | ckassity@mcdnv.com | 28.00 | 28.00 |
| Chris Mcgee | geetcity3@gmail.com | 57.00 | 57.00 |
| Chris Roth | chrisdroth@yahoo.com | 116.00 | 116.00 |
| Chris Teachout | csteachout@gmail.com | 180.00 | 180.00 |
| Chris Williams | cjwilliams0013@gmail.com | 28.00 | 28.00 |
| Christen Maresma | christenceleste@gmail.com | 28.00 | 28.00 |
| Christine Choi | cchoi224@gmail.com | 140.00 | 140.00 |
| Christine Day | c2day@icloud.com | 56.00 | 56.00 |
| Christine Diller | chrissie.diller@gmail.com | 53.00 | 53.00 |
| Christine Keihm | ckeihm@gmail.com | 165.00 | 165.00 |
| Christine Schrempf | cnyoon24@gmail.com | 56.00 | 56.00 |
| Christine Stevens | gabi34@aol.com | 28.00 | 28.00 |
| Christopher Angel | chrisangel65@yahoo.com | 105.00 | 105.00 |
| Christopher Apostle | cgapostle@me.com | 28.00 | 28.00 |
| Christopher Broich | christopherbroich@gmail.com | 29.00 | 29.00 |
| Christopher Bunn | cwbunn@att.net | 131.00 | 131.00 |
| Christopher Carroll | cscarroll@gmail.com | 56.00 | 56.00 |

Phoeno Wine Company, Inc.

Schedule E - Deficit Customers - No Address

| Name | E-mail | ClaimAmt | PriorityAmt |
|------|--------|----------|-------------|
| Christopher Carter | ccart1972@gmail.com | 28.00 | 28.00 |
| Christopher Egan | chris@chrisegan.com | 333.00 | 333.00 |
| Christopher Gordon | cleegord@umich.edu | 58.00 | 58.00 |
| Christopher Koehler | ckoehler917@gmail.com | 34.00 | 34.00 |
| Christopher Melnick | cjm77975@gmail.com | 26.00 | 26.00 |
| Christopher Petrancosta | christopher.petrancosta@gmail. | 30.00 | 30.00 |
| Christopher Thomas | ct92109@att.net | 90.00 | 90.00 |
| Christy Austin | christyaustin8888@gmail.com | 99.00 | 99.00 |
| Christy Perez | christyias@aol.com | 64.00 | 64.00 |
| Cindy Creason | cindy.green26@yahoo.com | 55.00 | 55.00 |
| Cindy Kleinhans | cindy@kleinhansgroup.com | 56.00 | 56.00 |
| Cindy Pham | cindypham009@yahoo.com | 28.00 | 28.00 |
| Cindy Rutherford | cindyannrutherford@yahoo.com | 28.00 | 28.00 |
| Claire Eng | clairecruce25@gmail.com | 21.00 | 21.00 |
| Clarice Berkowitz | ccberky@gmail.com | 96.00 | 96.00 |
| Clarke Oreilly | cforeilly@mac.com | 66.00 | 66.00 |
| Claude Dupuis | dupuislc@bellsouth.net | 56.00 | 56.00 |
| Clayton Dornhorst | cdornhorst@gmail.com | 26.00 | 26.00 |
| Clydie Williams | clydiewilliams18@gmail.com | 26.00 | 26.00 |
| Colin Davis | cbdavis.10@gmail.com | 42.00 | 42.00 |
| Collin Fingon | fingoncr@gmail.com | 171.00 | 171.00 |
| Collin Woods | collinwoodsexp@gmail.com | 62.00 | 62.00 |
| Connie Johnson | connie@findbigfish.net | 30.00 | 30.00 |
| Corey Mims | coreymims@gmail.com | 33.00 | 33.00 |
| Courtney Casterlin | casterlin123@gmail.com | 50.00 | 50.00 |
| Courtney Gabriel | courtneygab@gmail.com | 28.00 | 28.00 |
| Courtney Smith | arizonacourtneysmith@gmail.co | 50.00 | 50.00 |
| Craig Butler | cmbutler111@gmail.com | 98.00 | 98.00 |
| Craig Schwartz | craigs@premiervb.com | 105.00 | 105.00 |
| Crosby Ritter | crosbyritter@gmail.com | 20.00 | 20.00 |
| Crystal Dickerson | mrs.c.dickerson@gmail.com | 28.00 | 28.00 |
| Cullen Clark | cullenrclark@gmail.com | 121.00 | 121.00 |
| Cuppy Connors | cathyconnorscrp@gmail.com | 171.00 | 171.00 |
| Cynthia Ananian | cindy.ananian@gmail.com | 33.00 | 33.00 |
| Cynthia Kidwell | cindykidwell70@gmail.com | 246.00 | 246.00 |
| Cynthia Oneal | cindyoneal01@gmail.com | 63.00 | 63.00 |
| Cynthia Roesler | d76c78@aol.com | 28.00 | 28.00 |
| D Woo | d.h.woo@sbcglobal.net | 84.00 | 84.00 |
| Daena Larson | dgl345@yahoo.com | 50.00 | 50.00 |
| Daisy Hui | daisymay226@gmail.com | 33.00 | 33.00 |
| Dale Hanson | dpchanson2@att.net | 84.00 | 84.00 |
| Damian Alanis | alanis.engr@gmail.com | 28.00 | 28.00 |
| Damon Moore | ddmtwothree@gmail.com | 25.00 | 25.00 |
| Dan Pisikian | danpisikian@gmail.com | 140.00 | 140.00 |
| Dana Moreno | danalovely@gmail.com | 20.00 | 20.00 |
| Daniel Alonso | dafilippis@yahoo.com | 70.00 | 70.00 |

Phoeno Wine Company, Inc.

Schedule E - Deficit Customers - No Address

| Name | E-mail | ClaimAmt | PriorityAmt |
|------|--------|----------|-------------|
| Daniel Canty | dan@ellipsissecurity.com | 25.00 | 25.00 |
| Daniel Formsma | dformsma@msn.com | 168.00 | 168.00 |
| Daniel Kim | dyskim21@gmail.com | 40.00 | 40.00 |
| Daniel Lambrecht | lambrecht_dan@yahoo.com | 45.00 | 45.00 |
| Daniel Lehane | dlehane4@gmail.com | 32.00 | 32.00 |
| Daniel Malek | daniel.malek@icloud.com | 58.00 | 58.00 |
| Daniel Mccoy | dmccoy016@gmail.com | 164.00 | 164.00 |
| Daniel Morrison | gillettedental@yahoo.com | 27.00 | 27.00 |
| Daniel Onyema | duonyema@yahoo.com | 19.00 | 19.00 |
| Daniel Smith | dansmithpwm@gmai.com | 19.00 | 19.00 |
| Daniel Turner | turnerdan1958@gmail.com | 84.00 | 84.00 |
| Danielle Kanegai | d.kanegai.ms@gmail.com | 64.00 | 64.00 |
| Danielle Pray | daniellenpray07@yahoo.com | 29.00 | 29.00 |
| Danilo Coimbra | coimbracpi34@gmail.com | 84.00 | 84.00 |
| Dar Weiss | dar.weiss@yale.edu | 32.00 | 32.00 |
| Dara Behjat | darabehjat@comcast.net | 35.00 | 35.00 |
| Darren Foreaker | idjfi@me.com | 33.00 | 33.00 |
| Darrius Peoples | darriusp2002@yahoo.com | 99.00 | 99.00 |
| Daryl Spacciapolli | dspacc@netsync.net | 84.00 | 84.00 |
| Dave Lundstedt | dave.lundstedt@gmail.com | 28.00 | 28.00 |
| Dave Secrest | dsecrest49@hotmail.com | 61.00 | 61.00 |
| Dave Wesolowski | wpbdavid10725@gmail.com | 50.00 | 50.00 |
| David Ayre | ayrefam@sbcglobal.net | 84.00 | 84.00 |
| David Baxter | david@baxtercos.com | 59.00 | 59.00 |
| David Braun | dave.braun@nexsyis.com | 56.00 | 56.00 |
| David Catania | pnt325@hotmail.com | 60.00 | 60.00 |
| David Catania | dcatania65@gmail.com | 58.00 | 58.00 |
| David Cox | dj.cox@hotmail.com | 112.00 | 112.00 |
| David Deinzer | dave-steelaway@comcast.net | 56.00 | 56.00 |
| David Gracia | david.gracia1@icloud.com | 28.00 | 28.00 |
| David Helmbrecht | sobflochaching2@gmail.com | 58.00 | 58.00 |
| David Krier | q9m7yf6rz1@outlook.com | 28.00 | 28.00 |
| David Kuntz | dtkuntz@westriv.com | 28.00 | 28.00 |
| David Looman | dlooman@sbcglobal.net | 28.00 | 28.00 |
| David Marcum | d_marcum@att.net | 56.00 | 56.00 |
| David Meleca | dmeleca@meleca.com | 155.00 | 155.00 |
| David Michels | ultimate12006@yahoo.com | 140.00 | 140.00 |
| David Palumbo | david@iceandfirekennels.com | 45.00 | 45.00 |
| David Pratson | daveriverside@comcast.net | 81.00 | 81.00 |
| David Radford | hifiguytn60@yahoo.com | 25.00 | 25.00 |
| David Rohlfing | david@davidrohlfing.com | 56.00 | 56.00 |
| David Russell | davidzrussell@gmail.com | 54.00 | 54.00 |
| David Sylvester | tuckedawayantiques@gmail.com | 787.00 | 787.00 |
| David Thielen | dthielen73@yahoo.com | 28.00 | 28.00 |
| David Ward | davidward417@gmail.com | 29.00 | 29.00 |
| David Watson | dbw313@outlook.com | 99.00 | 99.00 |

Phoeno Wine Company, Inc.

Schedule E - Deficit Customers - No Address

| Name | E-mail | ClaimAmt | PriorityAmt |
| --- | --- | --- | --- |
| David Williams | dkw002@aol.com | 66.00 | 66.00 |
| Dawn Bishop | bishopdawn71@gmail.com | 56.00 | 56.00 |
| Dawn Licker | quilterprincess@comcast.net | 28.00 | 28.00 |
| Dayce Schrieber | dayceonline@gmail.com | 162.00 | 162.00 |
| Dean Piger | dtiger12c@gmail.com | 56.00 | 56.00 |
| Deanna Puddy | deanna.puddy@gmail.com | 180.00 | 180.00 |
| Deb Bourke | debbi.bourke@gmail.com | 56.00 | 56.00 |
| Deb Johnson | debj1214@gmail.com | 28.00 | 28.00 |
| Debbie Clague | debbieclague@yahoo.com | 99.00 | 99.00 |
| Debbie Joaquin | dj091310@yahoo.com | 30.00 | 30.00 |
| Debbie Lemons-Hall | dlemonshall@gmail.com | 56.00 | 56.00 |
| Debbie Mckee | dmckee08@mac.com | 56.00 | 56.00 |
| Debbie Wald | jdawald@msn.com | 56.00 | 56.00 |
| Debby Mcgrath | dam0821@yahoo.com | 28.00 | 28.00 |
| Debi Ellingsworth | d39e@aol.com | 84.00 | 84.00 |
| Deborah Kreiger | dkreiger1@yahoo.com | 57.00 | 57.00 |
| Deborah Thomas | mifriend03@yahoo.com | 140.00 | 140.00 |
| Deborah Tracey | dtracey206@gmail.com | 33.00 | 33.00 |
| Debra Barlow | lowbarprods@gmail.com | 60.00 | 60.00 |
| Debra Kidney | debykidney@gmail.com | 33.00 | 33.00 |
| Debra Wallace | debjcwall@aol.com | 84.00 | 84.00 |
| Deepak Talwar | deepaktalwarsr@gmail.com | 25.00 | 25.00 |
| Denice Walker | denicem94@aol.com | 40.00 | 40.00 |
| Denisabel Deleon | denisabel01@gmail.com | 52.00 | 52.00 |
| Denise Brooks | d2brooks@comcast.net | 84.00 | 84.00 |
| Dennis Murray | dennisamurray7@gmail.com | 28.00 | 28.00 |
| Dennis Novello | dpnovello@gmail.com | 30.00 | 30.00 |
| Dennis Zackerman | dhzackman@hotmail.com | 33.00 | 33.00 |
| Derek Valencia | derekv1785@gmail.com | 66.00 | 66.00 |
| Devon Howard | devon.howard@firemancapital.c | 56.00 | 56.00 |
| Devon Roeshot | roeshotd@me.com | 66.00 | 66.00 |
| Dhaval Moogimane | moogimane@gmail.com | 25.00 | 25.00 |
| Dheeraj Soni | dheerajsoni@gmail.com | 122.00 | 122.00 |
| Diana Chen | miszde@gmail.com | 84.00 | 84.00 |
| Diane Finne | dcpolise@hotmail.com | 28.00 | 28.00 |
| Diane Mcgrath | dilekas@hotmail.com | 28.00 | 28.00 |
| Diane Paton | kittyanddi@yahoo.com | 89.00 | 89.00 |
| Dimitroff Mark | mdimitroff00@gmail.com | 30.00 | 30.00 |
| Dinesh Goyal | dgoyal5055@gmail.com | 28.00 | 28.00 |
| Dirk Koopman | dirk@koopmanlumber.com | 156.00 | 156.00 |
| Dmitry Epelboym | dmitryww@yahoo.com | 29.00 | 29.00 |
| Domenico Perri | domenicoper818@gmail.com | 249.00 | 249.00 |
| Domingo Villarreal | mingo146@yahoo.com | 28.00 | 28.00 |
| Dominic O'reilly | dominic@annascider.com | 453.00 | 453.00 |
| Dominica Wambold | dywpromo@gmail.com | 132.00 | 132.00 |
| Don Owen | ddowen1@gmail.com | 224.00 | 224.00 |

Phoeno Wine Company, Inc.

Schedule E - Deficit Customers - No Address

| Name | E-mail | ClaimAmt | PriorityAmt |
| --- | --- | --- | --- |
| Donald Burns | deburnsjr@gmail.com | 32.00 | 32.00 |
| Donald Danielson | dcd9086@aol.com | 28.00 | 28.00 |
| Donald Fischer | donfischer55@gmail.com | 28.00 | 28.00 |
| Donald Johnson | dojcmm@yahoo.com | 56.00 | 56.00 |
| Donald Pennington | drp@tpins.com | 28.00 | 28.00 |
| Donald Spitzenberger | don.spitzenberger@gmail.com | 56.00 | 56.00 |
| Donna Sanchez | dksanchez55@yahoo.com | 56.00 | 56.00 |
| Doug Robinson | djrobinson6@msn.com | 50.00 | 50.00 |
| Drew Amnay | drew.amnay@gmail.com | 177.00 | 177.00 |
| Dries Molkens | dries.m@icloud.com | 141.00 | 141.00 |
| Duana Franco | francologistics@outlook.com | 33.00 | 33.00 |
| Duane Piguet | craig4@thepiguets.com | 62.00 | 62.00 |
| Duane Piguet | duane1@thepiguets.com | 60.00 | 60.00 |
| Dylan Penn | dylan.b.penn@gmail.com | 55.00 | 55.00 |
| Earl Lovell | earllovell@sbcglobal.net | 28.00 | 28.00 |
| Earl Lyons | earlflyons@gmail.com | 84.00 | 84.00 |
| Ed Danieli | eddanieli@yahoo.com | 24.00 | 24.00 |
| Ed Farrell | ejfarrell25@gmail.com | 284.00 | 284.00 |
| Ed Halpin | edhalpin@msn.com | 56.00 | 56.00 |
| Ed Slezinger | eslezinger@gmail.com | 288.00 | 288.00 |
| Eddie Wilbanks | ewilbank@bellsouth.net | 85.00 | 85.00 |
| Eddy Chavartia | echavarria@beverlyhillslexus.cor | 84.00 | 84.00 |
| Edgar Acuna | eacuna@aol.com | 28.00 | 28.00 |
| Edgar Randol | ed.randol@shimmick.com | 28.00 | 28.00 |
| Edith Almidani | ealmidani@yahoo.com | 84.00 | 84.00 |
| Eduardo Salazar | edsalazar1@yahoo.com | 387.00 | 387.00 |
| Eduardo Santos | egs1957@gmail.com | 99.00 | 99.00 |
| Edward Burke | eburke2@bellsouth.net | 56.00 | 56.00 |
| Edward Flanagan | edwardrobertflanagan@gmail.cc | 85.00 | 85.00 |
| Edward Guanill | edguanill@gmail.com | 28.00 | 28.00 |
| Edward Havlik | havlik@midstatesd.net | 56.00 | 56.00 |
| Edward Selby | eddieselby@msn.com | 56.00 | 56.00 |
| Edwin Bransome | edbbear@gmail.com | 33.00 | 33.00 |
| Ekaterina Snisar | ekaterina_snisar@mail.ru | 28.00 | 28.00 |
| Elaine Danilowicz | efdanilowicz@gmail.com | 20.00 | 20.00 |
| Elisabeth Agbor-Tabi | etabi@yahoo.com | 99.00 | 99.00 |
| Elisha Ogburn | elishaajo@yahoo.com | 56.00 | 56.00 |
| Elizabeth Destefano | wagliz@gmail.com | 56.00 | 56.00 |
| Elizabeth Grant | cupe44@aol.com | 28.00 | 28.00 |
| Elizabeth Hall | espellmanhall@gmail.com | 29.00 | 29.00 |
| Elizabeth Iglesias | elizabeth_iglesias@me.com | 30.00 | 30.00 |
| Elizabeth Musto | emusto@gmail.com | 56.00 | 56.00 |
| Elizabeth Okrepki | bethhagan19@gmail.com | 84.00 | 84.00 |
| Ellen David | ellendav@yahoo.com | 56.00 | 56.00 |
| Ellen Doiron | ellen39forever@gmail.com | 148.00 | 148.00 |
| Ellen Driggin | ebaron716@gmail.com | 28.00 | 28.00 |

Phoeno Wine Company, Inc.

Schedule E - Deficit Customers - No Address

| Name | E-mail | ClaimAmt | PriorityAmt |
|------|--------|----------|-------------|
| Ellen White | kansasedubs@gmail.com | 56.00 | 56.00 |
| Ellyn Thompson | ellyn.thompson@gmail.com | 84.00 | 84.00 |
| Elma Neudorf | elmaneudorf@hotmail.com | 28.00 | 28.00 |
| Elroy Lazaro | venuslaz@comcast.net | 28.00 | 28.00 |
| Emil Lee | uciehlee@gmail.com | 58.00 | 58.00 |
| Emilio Digitale | emiliodig27@gmail.com | 27.00 | 27.00 |
| Emily Beesley | ebatzer@gmail.com | 132.00 | 132.00 |
| Emily Hough | emhough0429@gmail.com | 56.00 | 56.00 |
| Emily Velez | emilytvelez@gmail.com | 30.00 | 30.00 |
| Emma Baly | emmabaly@hotmail.com | 33.00 | 33.00 |
| Emma Kemble | emmakemble1@gmail.com | 87.00 | 87.00 |
| Er Jones | ejones3333@gmail.com | 50.00 | 50.00 |
| Eric Cabral | ericjcabral@yahoo.com | 196.00 | 196.00 |
| Eric Harris | eaharrisenterprise@gmail.com | 66.00 | 66.00 |
| Eric Hogan | eric.t.hogan@gmail.com | 56.00 | 56.00 |
| Eric Kirszenstein | eric3737@hotmail.com | 33.00 | 33.00 |
| Eric Klein | eklein82@gmail.com | 66.00 | 66.00 |
| Eric Knight | azknight@gmail.com | 38.00 | 38.00 |
| Eric Lind | lupis01@aol.com | 490.00 | 490.00 |
| Eric Morrison | ericmorrison_72@hotmail.com | 56.00 | 56.00 |
| Eric Otten | ericwotten@gmail.com | 21.00 | 21.00 |
| Eric Peters | erictoddpeters@gmail.com | 28.00 | 28.00 |
| Eric Schroeder | ersbizmail@gmail.cm | 28.00 | 28.00 |
| Eric Unsinn | eric@lexinc.com | 84.00 | 84.00 |
| Erica Collins | elynnc1@gmail.com | 18.00 | 18.00 |
| Erica White | ericarwhite@hotmail.com | 56.00 | 56.00 |
| Erick Brehob | brehoberick@gmail.com | 38.00 | 38.00 |
| Erik Larson | eriklarson5@gmail.com | 84.00 | 84.00 |
| Erika Jordan | erikajordan1612@gmail.com | 30.00 | 30.00 |
| Erika Rich | elrich@ruwebby.com | 100.00 | 100.00 |
| Erin Cullen | ecullen8@gmail.com | 206.00 | 206.00 |
| Erin Lemmons | lemmonserin@gmail.com | 120.00 | 120.00 |
| Erin Scruggs | scruggs.erin@gmail.com | 66.00 | 66.00 |
| Erin Trueblood | erin_t22@yahoo.com | 28.00 | 28.00 |
| Esfandiar Akbarian | e.robert.akbarian@gmail.com | 56.00 | 56.00 |
| Esther Ndichu | endichu@gmail.com | 33.00 | 33.00 |
| Ethan Lubka | ethan.lubka@gmail.com | 20.00 | 20.00 |
| Ethan Olson | ethan.olson1@gmail.com | 78.00 | 78.00 |
| Eugene Krofah | ekrofah@me.com | 56.00 | 56.00 |
| Eugene Ng | zunoproductions@yahoo.com | 60.00 | 60.00 |
| Eurel Tobias | eureltobias@gmail.com | 28.00 | 28.00 |
| Eva Hagg | eva.withers@gmail.com | 56.00 | 56.00 |
| Evan Bledsoe | web9969@gmail.com | 104.00 | 104.00 |
| Evan Gutoff | evan.gutoff@gmail.com | 32.00 | 32.00 |
| Evan Okeefe | epo127@yahoo.com | 56.00 | 56.00 |
| Evelyn Fallassalese | eve11faro@hotmail.com | 56.00 | 56.00 |

Phoeno Wine Company, Inc.

Schedule E - Deficit Customers - No Address

| Name | E-mail | ClaimAmt | PriorityAmt |
| --- | --- | --- | --- |
| Evelyn Hayle | thehaylegroup@yahoo.com | 66.00 | 66.00 |
| Evelyn Navarro | evelynnavarro833@hotmail.com | 33.00 | 33.00 |
| Faith Roland | faithroland@live.com | 57.00 | 57.00 |
| Fareeha Arshad | fari324@comcast.net | 30.00 | 30.00 |
| Farhan Ahmed | fahmed1226@gmail.com | 40.00 | 40.00 |
| Fatema Arande | farande@gmail.com | 140.00 | 140.00 |
| Fatos Dervishi | fdervishi@dervishilaw.com | 168.00 | 168.00 |
| Federico Montero | montero.fj@gmail.com | 66.00 | 66.00 |
| Fidencio Flores | jr@daneliace.com | 26.00 | 26.00 |
| Francine Cohn | mummum529@hotmail.com | 99.00 | 99.00 |
| Francis Hughes | francis21@duck.com | 159.00 | 159.00 |
| Frank Bao | windybao@hotmail.com | 19.00 | 19.00 |
| Frank Cleary | clearyfp62@gmail.com | 145.00 | 145.00 |
| Frank Garcia | eltigrillo2011@gmail.com | 56.00 | 56.00 |
| Frank Loughlin | peakfundingny@aol.com | 66.00 | 66.00 |
| Frank Moore | fmoore2@gmail.com | 15.00 | 15.00 |
| Frank Pena | fpena@aol.com | 56.00 | 56.00 |
| Frank Wilcox | jester306aa@hotmail.com | 56.00 | 56.00 |
| Frankie Ragets | f.ragets@gmail.com | 104.00 | 104.00 |
| Fred Odendahl | fromaco1380@gmail.com | 84.00 | 84.00 |
| Freddy Lewis | freddtplewis@gmail.com | 112.00 | 112.00 |
| Frederick Aguado | fredagguado@gmail.com | 112.00 | 112.00 |
| Frederico Gomes | fbediaga@gmail.com | 56.00 | 56.00 |
| Gabe Pimenta | gabe.pimenta@gmail.com | 56.00 | 56.00 |
| Gabrielle Goerke | gabriellegoerke@gmail.com | 30.00 | 30.00 |
| Gail Rosenthal | gail.rosenthal@gmail.com | 1,246.00 | 1,246.00 |
| Ganley Sandra | skymom1963@gmail.com | 84.00 | 84.00 |
| Garfield Persley | shongoto@bellsouth.net | 28.00 | 28.00 |
| Garrett Roscoe | gsroscoe@gmail.com | 124.00 | 124.00 |
| Garrick Tiplady | gtiplady@me.com | 55.00 | 55.00 |
| Gary Kaatz | gekaatz@gmail.com | 166.00 | 166.00 |
| Gary Owen | gary@oweninsurancegroup.net | 168.00 | 168.00 |
| Gary Patterson | garypattersonjr@att.net | 45.00 | 45.00 |
| Gary Smith | garycsmith@me.com | 84.00 | 84.00 |
| Gary Stamler | garystamler@me.com | 44.00 | 44.00 |
| Gary Stewart | bertrandbartok@gmail.com | 56.00 | 56.00 |
| Gary Whitaker | grwhitaker@gmail.com | 28.00 | 28.00 |
| Gauri Savant | gsavant@hotmail.com | 110.00 | 110.00 |
| Gene Vernik | genevernik@sbcglobal.net | 56.00 | 56.00 |
| Genett Louis | pruone@aol.com | 84.00 | 84.00 |
| Genevieve Poppe | genipoppe@gmail.com | 124.00 | 124.00 |
| Geoff Ford | geford@gmail.com | 133.00 | 133.00 |
| Geoffrey Pryka | geoff859112@gmail.com | 84.00 | 84.00 |
| George Gary | k.apanaschik@gmail.com | 50.00 | 50.00 |
| George Lee | gylee1@gmail.com | 50.00 | 50.00 |
| George Montowski | gmontowski@underwritingpros. | 1,679.00 | 1,679.00 |

Phoeno Wine Company, Inc.

Schedule E - Deficit Customers - No Address

| Name | E-mail | ClaimAmt | PriorityAmt |
| --- | --- | --- | --- |
| George Starkweather | kgstarkweather@hotmail.com | 210.00 | 210.00 |
| George Watts | gbwatts59@charter.net | 56.00 | 56.00 |
| George Young | uclagy@aol.com | 33.00 | 33.00 |
| Georgina Kesterson | drkesterson@pediatricsedation.( | 28.00 | 28.00 |
| Gerald Benjamin | geraldben@msn.com | 84.00 | 84.00 |
| Gerald Cattaneo | gercat02@yahoo.com | 28.00 | 28.00 |
| Gerald Dunne | gdunne@bellsouth.net | 116.00 | 116.00 |
| Gerard Hickey | ghickey9@gmail.com | 128.00 | 128.00 |
| Gerardo Dona | gerardorafaeldona@gmail.com | 200.00 | 200.00 |
| Gian Rodriguez | rodriguez.gian.c@gmail.com | 112.00 | 112.00 |
| Giancarlo Ramirez | giancarlosrm@gmail.com | 58.00 | 58.00 |
| Gigi Hafizi | gghafizi5@aol.com | 28.00 | 28.00 |
| Gina Tartaglia | drt@drtfamilymedicine.com | 15.00 | 15.00 |
| Ginette Beltre | gbeltre527@gmail.com | 20.00 | 20.00 |
| Giometti April | aprilgiometti@gmail.com | 82.00 | 82.00 |
| Glodek Kevin | kevinglodek@aol.com | 112.00 | 112.00 |
| Gordon Hamm | ghamm98290@aol.com | 56.00 | 56.00 |
| Grace Moon | egraceny@gmail.com | 56.00 | 56.00 |
| Grace Wakamoto | grace_wakamoto@yahoo.com | 56.00 | 56.00 |
| Grant Davis | ghdavis1@att.net | 452.00 | 452.00 |
| Gray Farley | grayfarley@aol.com | 140.00 | 140.00 |
| Grazyna Wnuk | grazyna.wnuk@comcast.net | 33.00 | 33.00 |
| Greg Gomolka | greggomolka@gmail.com | 56.00 | 56.00 |
| Greg Tofte | grtofte@icloud.com | 33.00 | 33.00 |
| Greg Young | grkuy19@yahoo.com | 25.00 | 25.00 |
| Gregorio Carino | gregjcarinojr@aol.com | 50.00 | 50.00 |
| Gregpry Hughesgriffin | greg.griffin0918@gmail.com | 56.00 | 56.00 |
| Greta Stogner | greta@stognerinsurance.com | 33.00 | 33.00 |
| Gustavo Caldera | pokerkid3300@gmail.com | 64.00 | 64.00 |
| H.Dwain Riney | dwainandsandy@hotmail.com | 280.00 | 280.00 |
| Hamilton Houston | houston@colonialtx.com | 105.00 | 105.00 |
| Haneka Goto | hanekainusa@gmail.com | 56.00 | 56.00 |
| Hank Lane | hlane@hanklane.com | 28.00 | 28.00 |
| Harold Archer | deleted-indygramps57@gmail.cc | 84.00 | 84.00 |
| Harris Tulchin | harris@medialawyer.com | 40.00 | 40.00 |
| Heath Martin | heathmartin2001@gmail.com | 177.00 | 177.00 |
| Heather Allor | hmallor@gmail.com | 56.00 | 56.00 |
| Heather Coulter | heather.jill.coulter@gmail.com | 33.00 | 33.00 |
| Heather Dixon | heatherdixon@me.com | 210.00 | 210.00 |
| Heather Hatch | hhatch@bellsouth.net | 140.00 | 140.00 |
| Heather Held | hheld221@gmail.com | 28.00 | 28.00 |
| Heather Horen | hstone75@gmail.com | 56.00 | 56.00 |
| Heather Louviere | hplatt82@gmail.com | 30.00 | 30.00 |
| Heather Mclay | heathermclay@hotmail.com | 28.00 | 28.00 |
| Heather Slivko-Bathurst | hss2132@gmail.com | 32.00 | 32.00 |
| Heather Versfeld | hlversfeld@gmail.com | 28.00 | 28.00 |

Phoeno Wine Company, Inc.

Schedule E - Deficit Customers - No Address

| Name | E-mail | ClaimAmt | PriorityAmt |
|---|---|---|---|
| Hector Escardo | hes@startdesigngroup.com | 33.00 | 33.00 |
| Heidi Fitzgerald | heidi_fitzgerald@urmc.rochester | 28.00 | 28.00 |
| Heidi Gehart | heidigehart@gmail.com | 56.00 | 56.00 |
| Helen Mcdevitt | h.mcdevitt@sbcglobal.net | 84.00 | 84.00 |
| Henry Kennedy | hkennedy280@gmail.com | 264.00 | 264.00 |
| Henry Li | henrytheli@gmail.com | 99.00 | 99.00 |
| HernÃ¡n Delgado | hdelgad99@gmail.com | 56.00 | 56.00 |
| Hersh Narola | hersh.narola@yahoo.com | 110.00 | 110.00 |
| Hezekiah Griffiths | pulpitinntouch@yahoo.com | 112.00 | 112.00 |
| Hilary Orillion | h.a.orillion@gmail.com | 120.00 | 120.00 |
| Hilary Roschke | hilary.m.roschke@gmail.com | 30.00 | 30.00 |
| Hillary Nagy | hillary.a.nagy@gmail.com | 56.00 | 56.00 |
| Hoekzema Daniel | dhoekzema1@yahoo.com | 28.00 | 28.00 |
| Hohlbein Norbert | n.hohlbein@me.com | 56.00 | 56.00 |
| Holly Curley | smchrc80@aol.com | 28.00 | 28.00 |
| Homero Baeza | hbaeza07@aol.com | 90.00 | 90.00 |
| Hugh Hopkins | hdha320@mac.com | 140.00 | 140.00 |
| Hunica Melonson | hmelonson@yahoo.com | 33.00 | 33.00 |
| Huy Le | chic_man2001@yahoo.com | 28.00 | 28.00 |
| Huynh Nguyen | hnn_303@yahoo.com | 28.00 | 28.00 |
| Hyun Hong | ellison.h2m@gmail.com | 56.00 | 56.00 |
| Ian Machuca | imac0.13@gmail.com | 57.00 | 57.00 |
| Ian Peckage | ipeckag@yahoo.com | 26.00 | 26.00 |
| Ian Woie | ian.woie@gmail.com | 28.00 | 28.00 |
| Ingrid Hernandez | ihernandez65@msn.com | 28.00 | 28.00 |
| Irene Gatt | igatt@aol.com | 56.00 | 56.00 |
| Irene Hardenbol | nienekeh@att.net | 33.00 | 33.00 |
| Irvilene Gardner | irvgardner@gmail.com | 38.00 | 38.00 |
| Jachin Jenkins | jockandcrystal2022@gmail.com | 21.00 | 21.00 |
| Jacie Nguyen | jacie.t.nguyen@gmail.com | 112.00 | 112.00 |
| Jack Atkinson | jack@artsandfood.com | 33.00 | 33.00 |
| Jack Martin | jlmartin@eliteadvisorgroup.com | 124.00 | 124.00 |
| Jack Ward | ejthree1949@live.com | 84.00 | 84.00 |
| Jack Wise | drswise@bellsouth.net | 28.00 | 28.00 |
| Jacob Escobar | jacobescobar417@gmail.com | 100.00 | 100.00 |
| Jacob Hopp | hoppy5802.jh@gmail.com | 56.00 | 56.00 |
| Jacob Reynolds | jacob.reynolds@caremax.com | 150.00 | 150.00 |
| Jacqueline Dioguardi | jtd999@yahoo.com | 56.00 | 56.00 |
| Jacqueline Gillman | jgillman18@gnail.com | 84.00 | 84.00 |
| Jacqueline Perkins | jk.nash@yahoo.com | 29.00 | 29.00 |
| Jada Holt | jadavholt@gmail.com | 56.00 | 56.00 |
| Jaeseok Lee | jaylee.boston@gmail.com | 42.00 | 42.00 |
| Jake Lenchanko | jrlenchanko@gmail.com | 66.00 | 66.00 |
| James Barbieri | jbrefu@gmail.com | 58.00 | 58.00 |
| James Cole | jamescole.law@gmail.com | 244.00 | 244.00 |
| James Cooper | jim@peritus-ventures.com | 56.00 | 56.00 |

Phoeno Wine Company, Inc.

Schedule E - Deficit Customers - No Address

| Name | E-mail | ClaimAmt | PriorityAmt |
|------|--------|----------|-------------|
| James Croul | jfcroul@aol.com | 56.00 | 56.00 |
| James Dake | jmdake@yahoo.com | 28.00 | 28.00 |
| James Downey | jdowney1216@gmail.com | 150.00 | 150.00 |
| James Farra | jamesfarra@yahoo.com | 28.00 | 28.00 |
| James Gray | jrgray1022@gmail.com | 28.00 | 28.00 |
| James Henry | jameshenryea@yahoo.com | 28.00 | 28.00 |
| James Mathews | kirkmathews@gmail.com | 56.00 | 56.00 |
| James Mcchesney | bwanadoc2000@yahoo.com | 20.00 | 20.00 |
| James Ming | jimming@comcast.net | 25.00 | 25.00 |
| James Morin | smorin@cmsprimary.com | 1,755.00 | 1,755.00 |
| James Sanford | dallarjim@icloud.com | 35.00 | 35.00 |
| James St John | jcstj94@gmail.com | 29.00 | 29.00 |
| James Vanhook | kirk0290@gmail.com | 502.00 | 502.00 |
| James White | james.white53@comcast.net | 28.00 | 28.00 |
| Jamese Warren | fitguru@earthlink.net | 28.00 | 28.00 |
| Jamison Clouthier | sportzkido19@hotmail.com | 30.00 | 30.00 |
| Jamison Cronk | cronk_ffl@yahoo.com | 29.00 | 29.00 |
| Jana Iyer | iyer.n.jana@gmail.com | 84.00 | 84.00 |
| Jane Bohrer | bohrerbc2@gmail.com | 33.00 | 33.00 |
| Janet Lair | pdlair77@sbcglobal.net | 56.00 | 56.00 |
| Janet Marotta | marottafive@gmail.com | 56.00 | 56.00 |
| Janice Desir | jtdesir@gmail.com | 226.00 | 226.00 |
| Janice Siegmundt | janice.actor@gmail.com | 132.00 | 132.00 |
| Janice Yates | janicerteacher@gmail.com | 28.00 | 28.00 |
| Jansen Klefeker | jansen@rogershealy.com | 56.00 | 56.00 |
| Jared Givens | koreanjared@gmail.com | 84.00 | 84.00 |
| Jared Hires | strawberryoptimo@yahoo.com | 66.00 | 66.00 |
| Jared Wilkinson | wilkinja5@gmail.com | 240.00 | 240.00 |
| Jarret Kenning | mst3kenning@yahoo.com | 30.00 | 30.00 |
| Jarrod Imdacha | imdacha@msn.com | 32.00 | 32.00 |
| Jasmine Regerraia | yasminereger@hotmail.com | 199.00 | 199.00 |
| Jason Anucinski | 7985jmah@gmail.com | 56.00 | 56.00 |
| Jason Baran | jbaran1015@gmail.com | 19.00 | 19.00 |
| Jason Bell | jbell21@hotmail.com | 48.00 | 48.00 |
| Jason Cass | drjasoncass@yahoo.com | 28.00 | 28.00 |
| Jason Cohen | jcohen628@gmail.com | 84.00 | 84.00 |
| Jason Kiolbasa | jkiolbasa88@gmail.com | 118.00 | 118.00 |
| Jason Ray | jasontray84@gmail.com | 56.00 | 56.00 |
| Jason Rossman | jasonrossman@verizon.net | 95.00 | 95.00 |
| Jason Shultz | jasshultz@gmail.com | 22.00 | 22.00 |
| Jason Smith | jdsmth@gmail.com | 84.00 | 84.00 |
| Jason Ziess | jasonrziess@gmail.com | 26.00 | 26.00 |
| Jay Andersen | jay_andersen@yahoo.com | 30.00 | 30.00 |
| Jay Calloway | jayc911@icloud.com | 56.00 | 56.00 |
| Jay Gottleber | jgott77@gmail.com | 126.00 | 126.00 |
| Jay Mayi | mayione15@gmail.com | 22.00 | 22.00 |

Phoeno Wine Company, Inc.

Schedule E - Deficit Customers - No Address

| Name | E-mail | ClaimAmt | PriorityAmt |
|---|---|---|---|
| Jay Wickham | genuindesign@gmail.com | 175.00 | 175.00 |
| Jayakumar Chelladurai | jkchelladurai@yahoo.com | 58.00 | 58.00 |
| Jean Karavidas | vintagebluejean@gmail.com | 51.00 | 51.00 |
| Jean Mckeen | mckeenlaw30@gmail.com | 56.00 | 56.00 |
| Jean-Daniel Bourgeacq | jdbourgeacq@yahoo.com | 112.00 | 112.00 |
| Jeannie Kim | jjinny@me.com | 85.00 | 85.00 |
| Jeff Bolton | jeffbolton@hotmail.com | 40.00 | 40.00 |
| Jeff Cook | jeffcook24@gmail.com | 58.00 | 58.00 |
| Jeff Cory | jeffcory39@yahoo.com | 52.00 | 52.00 |
| Jeff Green | greendaddy0211@yahoo.com | 56.00 | 56.00 |
| Jeff Jackson | jrjackson1808@gmail.com | 662.00 | 662.00 |
| Jeff Mikesch | jeff@tervoagency.com | 28.00 | 28.00 |
| Jeff Ross | jross.next@gmail.com | 30.00 | 30.00 |
| Jeff Vandertoll | milinda0@aol.com | 56.00 | 56.00 |
| Jeffery Hellstrom | jhpsivtx@aol.com | 112.00 | 112.00 |
| Jeffery Newman | jeff@forkeddeer.com | 28.00 | 28.00 |
| Jeffrey Baldwin | chef.jeff.baldwin@comcast.net | 28.00 | 28.00 |
| Jeffrey Ehart | jeff165@outlook.com | 56.00 | 56.00 |
| Jeffrey Field | jeff@fieldentertainment.net | 40.00 | 40.00 |
| Jeffrey Lewis | jeffreylewis5@icloud.com | 31.00 | 31.00 |
| Jeffrey Licato | jr.licatoagency@gmail.com | 28.00 | 28.00 |
| Jeffrey Reed | jareedgoliath@yahoo.com | 28.00 | 28.00 |
| Jeffrey Schumacher | jschu2000@gmail.com | 50.00 | 50.00 |
| Jeffrey State | jeffreystate45@gmail.com | 26.00 | 26.00 |
| Jeffrey Weiner | nuwammer@gmail.com | 38.00 | 38.00 |
| Jenna Clayborn | jennaclayborn@gmail.com | 32.00 | 32.00 |
| Jenna Harmon | wigglesthepig@gmail.com | 28.00 | 28.00 |
| Jennifer Gateley | jkgateley@hotmail.com | 29.00 | 29.00 |
| Jennifer Gorky | jennifergorky@gmail.com | 33.00 | 33.00 |
| Jennifer Kepus | jennifer.kepus13@gmail.com | 20.00 | 20.00 |
| Jennifer Kosmas | jlkosmas@gmail.com | 56.00 | 56.00 |
| Jennifer Lenzo | jen1mortgage@yahoo.com | 56.00 | 56.00 |
| Jennifer Mcgurty | jennmcgurty@yahoo.com | 19.00 | 19.00 |
| Jennifer Mitchell | jennyblackall@yahoo.com | 25.00 | 25.00 |
| Jennifer Schupmann | david.schupmann@att.net | 486.00 | 486.00 |
| Jennifer Sokira | nancydoback@gmail.com | 28.00 | 28.00 |
| Jennifer Vital | jenn.vital7@gmail.com | 30.00 | 30.00 |
| Jeremy Davis | info@uedstudios.com | 33.00 | 33.00 |
| Jeremy Evans | jeremyevans1978@gmail.com | 223.00 | 223.00 |
| Jeremy Shank | jpshank80@yahoo.com | 69.00 | 69.00 |
| Jeremy Stein | jerem0028@aol.com | 29.00 | 29.00 |
| Jeremy Yeung | jeremy.yeung@gmail.com | 29.00 | 29.00 |
| Jerome Silverman | siincno1@aol.com | 80.00 | 80.00 |
| Jerry Niswander | jnonfire@gmail.com | 29.00 | 29.00 |
| Jesse Riewe | jdriewe@gmail.com | 112.00 | 112.00 |
| Jessica Ambrogi | jessica.ambrogi@gmail.com | 120.00 | 120.00 |

Phoeno Wine Company, Inc.

Schedule E - Deficit Customers - No Address

| Name | E-mail | ClaimAmt | PriorityAmt |
|------|--------|----------|-------------|
| Jessica Gerard | jessicagerard@rocketmail.com | 30.00 | 30.00 |
| Jessica Hernandez | jhdzmail@icloud.com | 56.00 | 56.00 |
| Jessica Knapp | jessica.knapp10@gmail.com | 56.00 | 56.00 |
| Jessica Le | jessicangocle86@gmail.com | 28.00 | 28.00 |
| Jessica Long | jlong294@gmail.com | 25.00 | 25.00 |
| Jessica Nemani | jjonemani@gmail.com | 87.00 | 87.00 |
| Jessica Rabbit | jessicarabbit544@gmail.com | 27.00 | 27.00 |
| Jesus Garcia | jesusgarcia.springs@gmail.com | 99.00 | 99.00 |
| Jian Zhuang | jian1688@hotmail.com | 28.00 | 28.00 |
| Jianwei Feng | dasheng98@gmail.com | 112.00 | 112.00 |
| Jill Clark | jill@pnwr.com | 56.00 | 56.00 |
| Jill Estrada | jckorzep@msn.com | 26.00 | 26.00 |
| Jim Mcgarry | jpmcgarry@optonline.net | 84.00 | 84.00 |
| Jim Peters | jimbpeters@gmail.com | 28.00 | 28.00 |
| Jim Snider | neuroexplosion@gmail.com | 28.00 | 28.00 |
| Jimmy Leiva | jimmyleiva13@yahoo.com | 116.00 | 116.00 |
| Jimmy Saporito | jimmysaporito@gmail.com | 56.00 | 56.00 |
| Jineane Ali | jineaneali@gmail.com | 28.00 | 28.00 |
| Jing Wang | mby2000_66@hotmail.com | 84.00 | 84.00 |
| Jj Bausch | joannabausch@yahoo.com | 29.00 | 29.00 |
| Jo Frederiksen | jofrederiksen@yahoo.com | 129.00 | 129.00 |
| Jo Neau | janeau@comcast.net | 87.00 | 87.00 |
| Joan Mbrown | joan40luv@hotmail.com | 89.00 | 89.00 |
| Joanna Colella | jrohl94474@aol.com | 112.00 | 112.00 |
| Joanna Nelms | jmfunkmd@gmail.com | 137.00 | 137.00 |
| Joanne Gambacorta | joannegambacorta@aol.com | 116.00 | 116.00 |
| Joanne Kinyon | joannedkinyon@yahoo.com | 53.00 | 53.00 |
| Joanne Polanowski | jkpolano@hotmail.com | 60.00 | 60.00 |
| Jody Pahlavan | jpahlavan@hotmail.com | 56.00 | 56.00 |
| Joe Ditchett | pjditchett@hotmail.com | 56.00 | 56.00 |
| Joe Ganobsik | notredamejoeg@gmail.com | 44.00 | 44.00 |
| Joe Garvens | garvensheating@hotmail.com | 58.00 | 58.00 |
| Joe Hexom | jwhexom@yahoo.com | 355.00 | 355.00 |
| Joe Talor | josephdavidtaylor@yahoo.com | 84.00 | 84.00 |
| Joel Tornabeni | joeltornabeni@gmail.com | 38.00 | 38.00 |
| Joey Ye | joeyye33@gmail.com | 84.00 | 84.00 |
| John Amme | johnra1095@gmail.com | 200.00 | 200.00 |
| John Baker | primebaker@gmail.com | 84.00 | 84.00 |
| John Balestriere | johnnybal81@yahoo.com | 28.00 | 28.00 |
| John Barksdale | john.barksdale@cbre.com | 110.00 | 110.00 |
| John Bernatz | armorjohn2@comcast.net | 78.00 | 78.00 |
| John Chong | johnchong1888@gmail.com | 84.00 | 84.00 |
| John Clark | robclark79@gmail.com | 87.00 | 87.00 |
| John Colfer | jcolfer@uslogisticsnj.com | 112.00 | 112.00 |
| John Dailey | dailem41@gmail.com | 56.00 | 56.00 |
| John Doe | tinderdoe90@gmail.com | 56.00 | 56.00 |

Phoeno Wine Company, Inc.

Schedule E - Deficit Customers - No Address

| Name | E-mail | ClaimAmt | PriorityAmt |
|---|---|---|---|
| John Donaghy | jtdonaghy@msn.com | 123.00 | 123.00 |
| John Donnelly | johncdonnelly@gmail.com | 98.00 | 98.00 |
| John Edwards | johnedwards@unitedbank.net | 28.00 | 28.00 |
| John Fiacco | johnfiacco@gmail.com | 110.00 | 110.00 |
| John Flink | john@j2op.com | 56.00 | 56.00 |
| John Fraser | jackfraser@comcast.net | 131.00 | 131.00 |
| John Gagne | jgagne0677@gmail.com | 140.00 | 140.00 |
| John Gagnon | a1paintingcontractors@gmail.co | 76.00 | 76.00 |
| John Hsiao | jungjohnhsiao@gmail.com | 38.00 | 38.00 |
| John Keiter | johnkeiter@me.com | 28.00 | 28.00 |
| John Kirwan | jkirwan@houstonian.com | 64.00 | 64.00 |
| John Lord | johnlord@rhlco.com | 72.00 | 72.00 |
| John Macavoy | dmnono92@aim.com | 25.00 | 25.00 |
| John Macfarlane | 00.frolic-earful@icloud.com | 56.00 | 56.00 |
| John Mccormac | jemccormac@gmail.com | 144.00 | 144.00 |
| John Mccormac | jemccormac@yahoo.com | 56.00 | 56.00 |
| John Mei | johnmei@yahoo.com | 139.00 | 139.00 |
| John Moody | jmomoods@yahoo.com | 56.00 | 56.00 |
| John Scott | wow.monkeys@gmail.com | 33.00 | 33.00 |
| John Self | jbself@outlook.com | 56.00 | 56.00 |
| John Stern | jaystern@mac.com | 28.00 | 28.00 |
| John Tarvin | jtarvin@culliganbloomington.cor | 28.00 | 28.00 |
| John Thall | jathall@yahoo.com | 62.00 | 62.00 |
| John Varghese | johnvvarghese@aol.com | 48.00 | 48.00 |
| John-Harvard Reid | jhr212@yahoo.com | 26.00 | 26.00 |
| Johnnie Cisneros | johnniecisneros@gmail.com | 28.00 | 28.00 |
| Jon Duda | jonduda4@gmail.com | 87.00 | 87.00 |
| Jon Spheeris | jon@cb-elite.com | 112.00 | 112.00 |
| Jonathan Crain | crain.jonathan@gmail.com | 202.00 | 202.00 |
| Jonathan Hartofilis | hartofilis@gmail.com | 50.00 | 50.00 |
| Jonathan Kline | jonathan.b.kline@gmail.com | 84.00 | 84.00 |
| Jonathan Mason | nosam42@att.net | 28.00 | 28.00 |
| Jonathan Quinn | jonathanquinn2.0@gmail.com | 30.00 | 30.00 |
| Jonathan Schoeff | jonschoeff@gmail.com | 316.00 | 316.00 |
| Jonathon Evans | jonathon.evans.45@gmail.com | 99.00 | 99.00 |
| Jordan Adams | adamsjordan78@yahoo.com | 30.00 | 30.00 |
| Jordan Mersky | jsmersky@aol.com | 116.00 | 116.00 |
| Jordan Page | jordan.andrew.page@gmail.com | 73.00 | 73.00 |
| Jordana Greggilbert | jordanapg@yahoo.com | 112.00 | 112.00 |
| Jorge Morales | jorgeom@earthlink.net | 66.00 | 66.00 |
| Jorge Solino | jorgesolino@yahoo.com | 56.00 | 56.00 |
| Jose Barreto | felgratransportation@gmail.com | 90.00 | 90.00 |
| Josec Gonzalez | smk201@msn.com | 28.00 | 28.00 |
| Joseph Bonafide | joebonafide@hotmail.com | 32.00 | 32.00 |
| Joseph Cronn | cronn12@hotmail.com | 35.00 | 35.00 |
| Joseph Dollak | su6jd@aol.com | 112.00 | 112.00 |

Phoeno Wine Company, Inc.

Schedule E - Deficit Customers - No Address

| Name | E-mail | ClaimAmt | PriorityAmt |
|---|---|---|---|
| Joseph Foran | joseph.a.foran@gmail.com | 74.00 | 74.00 |
| Joseph Gibbs | topher.gibbs@gmail.com | 25.00 | 25.00 |
| Joseph Guiliano | jguiliano@twc.com | 60.00 | 60.00 |
| Joseph Kelly | djkellytarz@earthlink.net | 40.00 | 40.00 |
| Joseph Sabo | josephsabo100@gmail.com | 70.00 | 70.00 |
| Joseph Saladino | reliablehomeinspection@outloo | 33.00 | 33.00 |
| Joseph Shirtz | jshirtz2012@gmail.com | 71.00 | 71.00 |
| Joseph Tello | joetello51@yahoo.com | 149.00 | 149.00 |
| Joseph Tutrone | joet@emtexinc.com | 28.00 | 28.00 |
| Joseph Valandra | jmv1956@gmail.com | 56.00 | 56.00 |
| Josephine Kriley | j.kriley@comcast.net | 18.00 | 18.00 |
| Josephm Spillanejr | spills1117@yahoo.com | 148.00 | 148.00 |
| Josh Cohen | joshco77@gmail.com | 28.00 | 28.00 |
| Josh Fitzhugh | jmfitzhugh@gmail.com | 29.00 | 29.00 |
| Josh Kretman | jkretman@gmail.com | 25.00 | 25.00 |
| Joshua Taylor | taylo81@hotmail.com | 28.00 | 28.00 |
| Joy Ross | joy@styleitsalon.com | 28.00 | 28.00 |
| Joyce Thomas | gailthomasadams@yahoo.com | 90.00 | 90.00 |
| Joyce Toth | joycerx@hotmail.com | 152.00 | 152.00 |
| Judson Fisher | judfisher@ymail.com | 214.00 | 214.00 |
| Judy Bradicich | jmbradicich@yahoo.com | 84.00 | 84.00 |
| Judy Rokoff | judyrokoff@icloud.com | 66.00 | 66.00 |
| Jules Dumais | julesdumais@hotmail.com | 56.00 | 56.00 |
| Julia Danzl | jdanzl2020@gmail.com | 56.00 | 56.00 |
| Julia Mulholland | jandjmulholland@msn.com | 78.00 | 78.00 |
| Julian Tan | jtsh88@yahoo.com | 38.00 | 38.00 |
| Juliana Dilloway | jedilloway22@gmail.com | 152.00 | 152.00 |
| Julie Ingram | julieingram@gmail.com | 58.00 | 58.00 |
| Julie Martz | martz.m@sbcglobal.net | 44.00 | 44.00 |
| Julie Moradi | jamoradi@gmail.com | 178.00 | 178.00 |
| Julie Wilcox | juliewilcoxlv@gmail.com | 501.00 | 501.00 |
| Julien Marot | marotjulien0@gmail.com | 168.00 | 168.00 |
| Julien Nassini | nassinijulien@gmail.com | 33.00 | 33.00 |
| Julien Neals | j.neals99@yahoo.com | 56.00 | 56.00 |
| Julio Matheus | julio@panamimport.com | 192.00 | 192.00 |
| Jumar Jones | jumarjones4@gmail.com | 33.00 | 33.00 |
| Justin Christy | justinchristy30@gmail.com | 63.00 | 63.00 |
| Justin Cook | thesnowassassin@gmail.com | 570.00 | 570.00 |
| Justin Demps | justin.demps@gmail.com | 66.00 | 66.00 |
| Justin Kulovsek | jkulovsek@gmail.com | 820.00 | 820.00 |
| Justin Martin | jrmartin0313@gmail.com | 52.00 | 52.00 |
| Justin Snider | justin.snider@gmail.com | 270.00 | 270.00 |
| Justin Willis | jmw80_99@yahoo.com | 32.00 | 32.00 |
| Justin Zoellner | sehnsuchtengeltier@msn.com | 84.00 | 84.00 |
| K Biz | kosarbishop@gmail.com | 28.00 | 28.00 |
| Kai Lei | maggielei1990@gmail.com | 32.00 | 32.00 |

Phoeno Wine Company, Inc.

Schedule E - Deficit Customers - No Address

| Name | E-mail | ClaimAmt | PriorityAmt |
|------|--------|----------|-------------|
| Kaina Lavallart | kaina@kaina.com | 66.00 | 66.00 |
| Kandie Vo | ktvo1980@yahoo.com | 28.00 | 28.00 |
| Kara Johnson | karaannaleigh@gmail.com | 29.00 | 29.00 |
| Kara Walsh | karaellen23@yahoo.com | 90.00 | 90.00 |
| Karen Kobza | kkobza72@gmail.com | 28.00 | 28.00 |
| Karen Kubsch | kubschkaren@gmail.com | 84.00 | 84.00 |
| Karen Meenaghan | kmeenaghan@yahoo.com | 85.00 | 85.00 |
| Karen Merrill | karen.l.merrill@att.net | 138.00 | 138.00 |
| Karen Spencer | spencerdk6@aol.com | 56.00 | 56.00 |
| Kari Felde | kfelde2@gmail.com | 33.00 | 33.00 |
| Karl Kauffmann | kman34hof@gmail.com | 114.00 | 114.00 |
| Karl King | kking3156@gmail.com | 19.00 | 19.00 |
| Kat Marckesano | npb.kmm@gmail.com | 165.00 | 165.00 |
| Kateryna Pivtoran | hp33313@hotmail.com | 66.00 | 66.00 |
| Katherine Bartasevich | kbartasevich@gmail.com | 164.00 | 164.00 |
| Katherine Bouwer | katelbouwer@gmail.com | 28.00 | 28.00 |
| Katherine Doupe | msktrox@gmail.com | 121.00 | 121.00 |
| Katherine Hagg | katherinehagg@gmail.com | 92.00 | 92.00 |
| Kathleen Bowen | kathleen_bowen5@yahoo.com | 56.00 | 56.00 |
| Kathleen Brannigan | kbrannigan3401@gmail.com | 84.00 | 84.00 |
| Kathleen Conroy | katthy.conroy@gmail.com | 60.00 | 60.00 |
| Kathleen Hebert | chickee824@gmail.com | 56.00 | 56.00 |
| Kathleen Oleary | okathy@msn.com | 358.00 | 358.00 |
| Kathryn Daw | kt.a.daw@gmail.com | 82.00 | 82.00 |
| Kathryn Degraaff | kathryn.degraaff@gmail.com | 56.00 | 56.00 |
| Kathryn Shafer | katshafer@gmail.com | 25.00 | 25.00 |
| Kathryn Smith | kleith1@comcast.net | 56.00 | 56.00 |
| Kathy Emansfield | dr.kathy65@gmail.com | 56.00 | 56.00 |
| Kathy Ross | ksrossbus@gmail.com | 60.00 | 60.00 |
| Katie Bachinski | kovatch9@gmail.com | 56.00 | 56.00 |
| Katie Cwikla | cwiklakatie@gmail.com | 62.00 | 62.00 |
| Katie Denglere | kyenns@hotmail.com | 80.00 | 80.00 |
| Katie Feagans | katie@feaganslawgroup.com | 33.00 | 33.00 |
| Katie Hamister | katie@hamistergroup.com | 56.00 | 56.00 |
| Katie Rehmert | crazykt@gmail.com | 33.00 | 33.00 |
| Katie Waltrip | ksotiropoulos4@yahoo.com | 110.00 | 110.00 |
| Katy Solberg | jmsjs@ymail.com | 30.00 | 30.00 |
| Kay Allen | tropix1967@gmail.com | 28.00 | 28.00 |
| Kay Collier | hubbel.missy@yahoo.com | 28.00 | 28.00 |
| Kay Enfield | kayenfield@msn.com | 56.00 | 56.00 |
| Kaylee Casanova | kaylee_casanova@yahoo.com | 28.00 | 28.00 |
| Kayleigh Prophitt | kiprophitt@gmail.com | 84.00 | 84.00 |
| Keith Berglund | keith@berglundgroup.com | 203.00 | 203.00 |
| Keith Jackson | keithjackson@roadrunner.com | 29.00 | 29.00 |
| Keith Lloyd | keith_rl@msn.com | 91.00 | 91.00 |
| Keith Mitchell | loudinla@gmail.com | 33.00 | 33.00 |

Phoeno Wine Company, Inc.

Schedule E - Deficit Customers - No Address

| Name | E-mail | ClaimAmt | PriorityAmt |
|---|---|---|---|
| Keith Oâ€™connor | k.hurricanes@gmail.com | 28.00 | 28.00 |
| Keith Van Kerckhove | rvk@cinci.rr.com | 32.00 | 32.00 |
| Kelle Sewell | kellesewell712@att.net | 140.00 | 140.00 |
| Kelli Brown | kelli.castleberry@gmail.com | 19.00 | 19.00 |
| Kelly Cederstrom | kelly195@comcast.net | 28.00 | 28.00 |
| Kelsey Raymond | kelsey@influenceandco.com | 28.00 | 28.00 |
| Kelsey323 Jackson | kjacks427@gmail.com | 698.00 | 698.00 |
| Kelso Ballantyne | kelso50onsunrise@gmail.com | 29.00 | 29.00 |
| Ken White | kenw1107@mindspring.com | 28.00 | 28.00 |
| Kendall Ford | kendall.v.ford@gmail.com | 93.00 | 93.00 |
| Kendall Zoll | kendallz_2012@hotmail.com | 58.00 | 58.00 |
| Kenn Frantz | kenn@sunken3.com | 467.00 | 467.00 |
| Kenneth Jharvey | kenharvey1@ameritech.net | 84.00 | 84.00 |
| Kenneth Miller | kenmiller44@mac.com | 66.00 | 66.00 |
| Kenneth Robertson | kennethsrobertson@gmail.com | 30.00 | 30.00 |
| Kerry Grady | kgrady@gradycampbell.com | 84.00 | 84.00 |
| Kerry Macdonald | kmac3690@aol.com | 28.00 | 28.00 |
| Kevin Arbeiter | kevinarbeiter@yahoo.com | 132.00 | 132.00 |
| Kevin Ashby | kevinashbymd@gmail.com | 104.00 | 104.00 |
| Kevin Bird | ksbird@wanasek.com | 56.00 | 56.00 |
| Kevin Choy | kwceye@yahoo.com | 84.00 | 84.00 |
| Kevin Cooke | cacooke96@yahoo.com | 32.00 | 32.00 |
| Kevin Dillon | kdillon10@cox.net | 35.00 | 35.00 |
| Kevin Fiske | kevfiske@gmail.com | 50.00 | 50.00 |
| Kevin Hinkle | hinklefinancial@yahoo.com | 55.00 | 55.00 |
| Kevin Leung | buh_buh@hotmail.com | 50.00 | 50.00 |
| Kevin Marshall | kmarshall@mutualperformancel | 28.00 | 28.00 |
| Kevin Mitchell | kdmitchell1992@hotmail.com | 28.00 | 28.00 |
| Kevin Pifer | kpifer@pifers.com | 28.00 | 28.00 |
| Kevin Snider | kippmason@aol.com | 66.00 | 66.00 |
| Kevin Taparausky | ktap458@gmail.com | 56.00 | 56.00 |
| Kevin Vandenheuvel | klvan01@hotmail.com | 87.00 | 87.00 |
| Keylla King | keyllaking@yahoo.com | 28.00 | 28.00 |
| Khai Pham | khaidinhpham@gmail.com | 34.00 | 34.00 |
| Khris Sorgenfrei | knedam@yahoo.com | 87.00 | 87.00 |
| Khuong Luu | khuongluu99019@yahoo.com | 56.00 | 56.00 |
| Kim Hansard | twinswing2@yahoo.com | 28.00 | 28.00 |
| Kim Kully | kimupcraft@gmail.com | 34.00 | 34.00 |
| Kim Swagger | karbizme@aol.com | 28.00 | 28.00 |
| Kimberly Gross | kblair91070@yahoo.com | 78.00 | 78.00 |
| Kimberly Mclaughlin | kimberlylmcl@gmail.com | 84.00 | 84.00 |
| Kimberly Sanders | kimmysan14@gmail.com | 50.00 | 50.00 |
| Kimberly Simmons | kmbrlysmmns@gmail.com | 58.00 | 58.00 |
| Kimberly Wasson | kimberlyrwasson@gmail.com | 84.00 | 84.00 |
| Kirian Muran-Deassereto | bella2619@hotmail.com | 32.00 | 32.00 |
| Klevis Tana | ktana25@yahoo.com | 29.00 | 29.00 |

Phoeno Wine Company, Inc.

Schedule E - Deficit Customers - No Address

| Name | E-mail | ClaimAmt | PriorityAmt |
|------|--------|----------|-------------|
| Konrad Jochum | krautiman@aol.com | 28.00 | 28.00 |
| Kris Wilson | kriswilson1977@gmail.com | 29.00 | 29.00 |
| Kristen Apanaschik | kristenapanaschik@gmail.com | 25.00 | 25.00 |
| Kristen Decato | kristen_decato@yahoo.com | 90.00 | 90.00 |
| Kristen Troesch | ktroesch1211@hotmail.com | 28.00 | 28.00 |
| Kristi Mathis | kristimariemathis@gmail.com | 76.00 | 76.00 |
| Kristianna Lee | tmmhkcs@gmail.com | 54.00 | 54.00 |
| Kristin Ciccarelli | kristin@ciccarelli.us | 69.00 | 69.00 |
| Kristin Maggi | maggi11715@gmail.com | 50.00 | 50.00 |
| Kristin Ngo | prokristination@gmail.com | 26.00 | 26.00 |
| Kristina Carper | tudyorme@gmail.com | 56.00 | 56.00 |
| Kunal Jariwala | kunalmj@hotmail.com | 88.00 | 88.00 |
| Kurt Doyle | kurtdoyle_2000@yahoo.com | 31.00 | 31.00 |
| Kurtis Bowman | bowmangolfdesign@gmail.com | 56.00 | 56.00 |
| Kyle Anderson | kyle@ssw77.com | 29.00 | 29.00 |
| Kyle Weaver | aigkyle@gmail.com | 34.00 | 34.00 |
| Kym Sorenson | kelso629@gmail.com | 84.00 | 84.00 |
| Laishan Leung | lleun321@gmail.com | 86.00 | 86.00 |
| Lamont Jessop | savvy190@gmail.com | 147.00 | 147.00 |
| Lara Olinger | lara_olinger@hotmail.com | 60.00 | 60.00 |
| Larry Hall | larryhallcarguy@gmail.com | 28.00 | 28.00 |
| Larry Hanson | lhhanson@bellsouth.net | 190.00 | 190.00 |
| Larry Orecklin | lmorecklin@yahoo.com | 70.00 | 70.00 |
| Larry Phillips | larryp07@comcast.net | 107.00 | 107.00 |
| Larry Vines | larryvines7@gmail.com | 56.00 | 56.00 |
| Lasonya Natividad | lasonyafleming@gmail.com | 56.00 | 56.00 |
| Laura Bauer | noon.laura@gmail.com | 175.00 | 175.00 |
| Laura Shields | 1thankfulgal@gmail.com | 84.00 | 84.00 |
| Laurence Dimauro | larrybeta@yahoo.com | 56.00 | 56.00 |
| Laurie Garcia | laurielucas143@gmail.com | 84.00 | 84.00 |
| Laurie Lach | lauriesheridan.lach@gmail.com | 28.00 | 28.00 |
| Lawrence Munger | larbear7645@gmail.com | 30.00 | 30.00 |
| Lawrence Pleis | ljpleis3@gmail.com | 62.00 | 62.00 |
| Lawrence Sparks | larrysparks12@yahoo.com | 56.00 | 56.00 |
| Lawrence Tang | superslug2@gmail.com | 56.00 | 56.00 |
| Leah Richardson | leahdrichardson18@gmail.com | 116.00 | 116.00 |
| Leigh Fletcher | leighfletcher530@yahoo.com | 101.00 | 101.00 |
| Leighanne Self | leighanneanne@yahoo.com | 56.00 | 56.00 |
| Leila Aboujokh | jokhleila20@gmail.com | 66.00 | 66.00 |
| Leila Cruz | leilacruz1@hotmail.com | 28.00 | 28.00 |
| Leila Lewkowitz | leila_lewkowitz@hotmail.com | 84.00 | 84.00 |
| Leisha Evangelho | leisha279@gmail.com | 130.00 | 130.00 |
| Leov. Shebalin | leovshebalin@yahoo.com | 56.00 | 56.00 |
| Lesha Zimmerman | lzimmerman17@yahoo.com | 25.00 | 25.00 |
| Leslie James | leslie_moniz@yahoo.com | 20.00 | 20.00 |
| Leslie Julian | lesjulian@comcast.net | 33.00 | 33.00 |

Phoeno Wine Company, Inc.

Schedule E - Deficit Customers - No Address

| Name | E-mail | ClaimAmt | PriorityAmt |
|------|--------|----------|-------------|
| Leslie Norman | norman.leslie@sbcglobal.net | 112.00 | 112.00 |
| Lev Khalfin | lionofriga1@gmail.com | 56.00 | 56.00 |
| Levbanker Levbanker | nbclubevents@gmail.com | 25.00 | 25.00 |
| Linda Akerson | lindaakerson@outlook.com | 158.00 | 158.00 |
| Linda Corpuz | lchomes@yahoo.com | 114.00 | 114.00 |
| Lindsey Brown | lbrown2996@gmail.com | 104.00 | 104.00 |
| Lindsley Schutz | minute-04tendril@icloud.com | 33.00 | 33.00 |
| Linh Nguyen | linhtuannguyen@yahoo.com | 84.00 | 84.00 |
| Linton Goodly | lkgoodly@yahoo.com | 28.00 | 28.00 |
| Lisa Clemnts | lisaclements2015@gmail.com | 84.00 | 84.00 |
| Lisa Eppel | lisa@uncorkwithlisa.com | 33.00 | 33.00 |
| Lisa Galvan | rljones6569@gmail.com | 143.00 | 143.00 |
| Lisa Garibay | lisagaribay33@icloud.com | 33.00 | 33.00 |
| Lisa Marzano | lisam2636@gmail.com | 112.00 | 112.00 |
| Lisa Mccullough | lmcculli@outlook.com | 86.00 | 86.00 |
| Lisa Roll | lisaroll07@yahoo.com | 114.00 | 114.00 |
| Lisa Severseike | lseverseike@me.com | 84.00 | 84.00 |
| Liyu Lo | loliyu0704@gmail.com | 29.00 | 29.00 |
| Liza Labollita | lizalabo@gmail.com | 33.00 | 33.00 |
| Loren Dinger | loren.dinger@gmail.com | 56.00 | 56.00 |
| Lorena Garner | lorena.garner@hilton.com | 96.00 | 96.00 |
| Lorena Olson | loreca68@msn.com | 99.00 | 99.00 |
| Lorenzo GonzÃ¡lez | lorenzog1@aol.com | 35.00 | 35.00 |
| Lori Bertone | laber521@comcast.net | 56.00 | 56.00 |
| Lori Fuller | fullerla1@gmail.com | 112.00 | 112.00 |
| Lori Reynolds | hlreynolds4@yahoo.com | 252.00 | 252.00 |
| Lriskas Riskas | lriskas@cox.net | 26.00 | 26.00 |
| Luca Derito | lucaderito@gmail.com | 84.00 | 84.00 |
| Lucas Kemp | kemper0161@gmail.com | 60.00 | 60.00 |
| Ludmila Zagori | ludmilazagori@gmail.com | 28.00 | 28.00 |
| Luis Garcia | osirisgarcia321@hotmail.com | 28.00 | 28.00 |
| Luis Mancha | lmtexusa@yahoo.com | 189.00 | 189.00 |
| Luis Miramontes | luis_miramontes32@yahoo.com | 32.00 | 32.00 |
| Lyle Hagedorn | tractcountrygirl@gmail.com | 28.00 | 28.00 |
| Lynn Altonen | lmaltonen@gmail.com | 28.00 | 28.00 |
| Lynn Bushey | typob@earthlink.net | 121.00 | 121.00 |
| Lynn Hackel | lindyhackel@gmail.com | 30.00 | 30.00 |
| Lynn Rousseau | lynnrousseau50@gmail.com | 112.00 | 112.00 |
| Lynne Fahey | lynfahey@gmail.com | 33.00 | 33.00 |
| Lyvonn Reese | lreese19@comcast.net | 30.00 | 30.00 |
| Madelyn Palomeque | madelyn.palomeque@gmail.com | 33.00 | 33.00 |
| Madison Miller | mgm1011@icloud.com | 150.00 | 150.00 |
| Maelyn Siegmann | maelyn.c.siegmann@gmail.com | 56.00 | 56.00 |
| Magdiel Carreras | magdielcarreras@yahoo.com | 28.00 | 28.00 |
| Maggie Pena | mggs414@msn.com | 66.00 | 66.00 |
| Malcolm Coffee | mcoffee.5554@gmail.com | 57.00 | 57.00 |

Phoeno Wine Company, Inc.

Schedule E - Deficit Customers - No Address

| Name | E-mail | ClaimAmt | PriorityAmt |
|------|--------|----------|-------------|
| Mallory Valentine | valentine.mallory@gmail.com | 33.00 | 33.00 |
| Malynda Gardner | lynvirtues@gmail.com | 30.00 | 30.00 |
| Mandy Ballenger | mnmmom25@gmail.com | 27.00 | 27.00 |
| Manny Rodriguez | mrod.nj@gmail.com | 28.00 | 28.00 |
| Manuel Villar | mevillar3@hotmail.com | 112.00 | 112.00 |
| Marc Gerstel | mg@agaltd.com | 56.00 | 56.00 |
| Marc Pudlowski | marcp33333@aol.com | 66.00 | 66.00 |
| Marc Zorn | foodanddrink@ezorn.com | 84.00 | 84.00 |
| Marcello Subashi | marcellosubashi2@gmail.com | 33.00 | 33.00 |
| Marcelo Siqueira | bmacboston@hotmail.com | 56.00 | 56.00 |
| Marci Brannon | gwapa1970@gmail.com | 33.00 | 33.00 |
| Marcia Camp | marcy5200@yahoo.com | 90.00 | 90.00 |
| Marco Coronado | drcoronado@cvets.com | 33.00 | 33.00 |
| Marco Huerta | marcomixtle@gmail.com | 32.00 | 32.00 |
| Marcus Winters | marcus@sunpubs.com | 3,355.00 | 3,350.00 |
| Margaret Armbruster | mar2arm6@yahoo.com | 33.00 | 33.00 |
| Margaret Mcrae | mplmcrae1@aol.com | 56.00 | 56.00 |
| Maria Pena | penarealtor@gmail.com | 33.00 | 33.00 |
| Mariann Herington | mariannswenson@yahoo.com | 110.00 | 110.00 |
| Maricela Angulo | maricelaangulo1@hotmail.com | 114.00 | 114.00 |
| Marie Piguet | craig5@thepiguets.com | 60.00 | 60.00 |
| Mariel Lacina | mariellacina@gmail.com | 387.00 | 387.00 |
| Marina Rolfes | bradley_j_rolfes@icloud.com | 19.00 | 19.00 |
| Marinus Vanooyen | mavan10@comcast.net | 48.00 | 48.00 |
| Mario Arredondo | mario_arredondo1@yahoo.com | 372.00 | 372.00 |
| Mario Perez | mperez@suncoastpremiermedic | 84.00 | 84.00 |
| Marjorie Mehney | marjoriemehney802@gmail.com | 28.00 | 28.00 |
| Mark Barry | mark_a_barry@yahoo.com | 707.00 | 707.00 |
| Mark Chaconas | markchaconas@gmail.com | 140.00 | 140.00 |
| Mark Connolly | mcpositive0@gmail.com | 28.00 | 28.00 |
| Mark Daley | daleymarkr@gmail.com | 64.00 | 64.00 |
| Mark Dao | mark.dao@gmail.com | 84.00 | 84.00 |
| Mark Denny | treemfarms@gmail.com | 237.00 | 237.00 |
| Mark Edwards | rvette92@hotmail.com | 66.00 | 66.00 |
| Mark Elias | mark@hiskin.care | 142.00 | 142.00 |
| Mark Heath | mheath4@yahoo.com | 119.00 | 119.00 |
| Mark Higgins | m.k.higgins@gmail.com | 22.00 | 22.00 |
| Mark Jennings | jenningsmark91@gmail.com | 155.00 | 155.00 |
| Mark Mcewen | mmcewen13@gmail.com | 84.00 | 84.00 |
| Mark Raiche | markr@signimages.com | 84.00 | 84.00 |
| Mark Randolph | mark.b.randolph@gmail.com | 29.00 | 29.00 |
| Mark Treadwell | wmt1159@hotmail.com | 28.00 | 28.00 |
| Mark Vanwormermd | vanwormermd@gmail.com | 56.00 | 56.00 |
| Marko Desnica | desnicam11@gmail.com | 99.00 | 99.00 |
| Marllon Lucero | enyna5@yahoo.com | 99.00 | 99.00 |
| Martin Ferreira | rrkhoper@gmail.com | 19.00 | 19.00 |

Phoeno Wine Company, Inc.

Schedule E - Deficit Customers - No Address

| Name | E-mail | ClaimAmt | PriorityAmt |
| --- | --- | --- | --- |
| Martin Nance | martin.nance@quadrantdpc.com | 100.00 | 100.00 |
| Martin Vell | mtbell66@gmail.com | 30.00 | 30.00 |
| Mary Davie | trixiesmom51@gmail.com | 66.00 | 66.00 |
| Mary Hutchinson | marychutchinson@gmail.com | 56.00 | 56.00 |
| Mary Kelly | mkelly@mylegacymarketing.com | 56.00 | 56.00 |
| Mary Mcdonald | signup@mcdcg.com | 191.00 | 191.00 |
| Mary Vince | rnmvince1@verizon.net | 56.00 | 56.00 |
| Maryann Kellam | maryann.kellam@irvinghcc.com | 84.00 | 84.00 |
| Maryjo Cote | auntdjo@aol.com | 56.00 | 56.00 |
| Matt Annese | mannesedmd@gmail.com | 6,981.00 | 3,350.00 |
| Matt Edgington | edge2525@gmail.com | 28.00 | 28.00 |
| Matt Egalka | egalka@me.com | 50.00 | 50.00 |
| Matt Kirkwood | wood21mk@yahoo.com | 28.00 | 28.00 |
| Matthew Azzara | e22da125-8763-42db-bcfb-5e58 | 44.00 | 44.00 |
| Matthew Beals | mbeals@aol.com | 28.00 | 28.00 |
| Matthew Belkin | mattbelkin@me.com | 66.00 | 66.00 |
| Matthew Blaber | matthew.blaber05@gmail.com | 60.00 | 60.00 |
| Matthew Butler | matt@butlermethod.com | 56.00 | 56.00 |
| Matthew Creasman | creasy10@att.net | 30.00 | 30.00 |
| Matthew Eriksen | eriksenmw@gmail.com | 27.00 | 27.00 |
| Matthew French | iswimfast@cox.net | 68.00 | 68.00 |
| Matthew Greene | matt@mattgreene.info | 30.00 | 30.00 |
| Matthew Kennedy | kennedml04@gmail.com | 60.00 | 60.00 |
| Matthew Lambert | matlambrt@gmail.com | 64.00 | 64.00 |
| Matthew Novakovich | matt@tier1builders.com | 30.00 | 30.00 |
| Maureen Fessler | maureenfessler@yahoo.com | 28.00 | 28.00 |
| Maureen Filmer | filmermaureen@gmil.com | 21.00 | 21.00 |
| Maureen Kitson | mkitson02@gmail.com | 112.00 | 112.00 |
| Maureen Pikarski | pikarski2020@gmail.com | 56.00 | 56.00 |
| Max Mohrmann | maxmohrmann@gmail.com | 29.00 | 29.00 |
| Max Vallejo | maxvallejo@gmail.com | 180.00 | 180.00 |
| Maxwell Shari | shari.maxwell@beaumont.org | 33.00 | 33.00 |
| Megan Schauff | megans329@aol.com | 80.00 | 80.00 |
| Megan Sechowski | msechowski@gmail.com | 173.00 | 173.00 |
| Megan Smalley | meganschuler@me.com | 80.00 | 80.00 |
| Megan Winters | megalexwinters@gmail.com | 101.00 | 101.00 |
| Meggan Phillips | meggganphillips57@outlook.com | 112.00 | 112.00 |
| Meghan Timm | mkmtimm@gmail.com | 109.00 | 109.00 |
| Mehrdad Farkhan | mfarkhan@cybertechconstructic | 40.00 | 40.00 |
| Meir Friedlander | meirf@comcast.net | 75.00 | 75.00 |
| Melanie Proffitt | stewartmelanie@gmail.com | 84.00 | 84.00 |
| Melinda Mclane | melinda4365@aol.com | 473.00 | 473.00 |
| Melissa Beriker | melissa@beriker.com | 34.00 | 34.00 |
| Melissa Lemkuil | mlemkuil@gmail.com | 84.00 | 84.00 |
| Melissa Parker | missyparker1@mac.com | 21.00 | 21.00 |
| Melissa Smith | melissastowle@gmail.com | 197.00 | 197.00 |

Phoeno Wine Company, Inc.

Schedule E - Deficit Customers - No Address

| Name | E-mail | ClaimAmt | PriorityAmt |
|------|--------|----------|-------------|
| Merritt Koller | merrittkoller@icloud.com | 28.00 | 28.00 |
| Michael Cao | libertyplus2000@gmail.com | 75.00 | 75.00 |
| Michael Castine | mpcastine@me.com | 28.00 | 28.00 |
| Michael Crisafulli | mike_crisafulli@yahoo.com | 58.00 | 58.00 |
| Michael Deloian | mdeloian@gmail.com | 28.00 | 28.00 |
| Michael Dowling | dowlingm@centenaryuniversity. | 28.00 | 28.00 |
| Michael Dumoulin | michaelrxiv@msn.com | 84.00 | 84.00 |
| Michael Edwards | michaeledwards51659@gmail.cc | 99.00 | 99.00 |
| Michael Ford | michaelcolinford@gmail.com | 84.00 | 84.00 |
| Michael Gagliardi | mpg09c@gmail.com | 155.00 | 155.00 |
| Michael Hartley | mike@bedrockeng.com | 28.00 | 28.00 |
| Michael Hawkinberry | msh84281@gmail.com | 29.00 | 29.00 |
| Michael Hood | mhood555@yahoo.com | 391.00 | 391.00 |
| Michael Kimm | okbabbo@gmail.com | 25.00 | 25.00 |
| Michael Klein | mikek3937@aol.com | 40.00 | 40.00 |
| Michael Lester | michaeljlester@gmail.com | 255.00 | 255.00 |
| Michael M | michaeldanielmckay@gmail.com | 58.00 | 58.00 |
| Michael Marmolejos | mrmikey171@yahoo.com | 33.00 | 33.00 |
| Michael Mcnulty | mcnultym019@gmail.com | 28.00 | 28.00 |
| Michael Messeri | mdm5384@gmail.com | 84.00 | 84.00 |
| Michael Montondon | caroline.montondon@fourseaso | 24.00 | 24.00 |
| Michael Omara | mjo.iprop@gmail.com | 56.00 | 56.00 |
| Michael Orourke | orourke8326@icloud.com | 141.00 | 141.00 |
| Michael Parsons | mpnolefan@yahoo.com | 249.00 | 249.00 |
| Michael Pettit | m.pettit@comcast.net | 56.00 | 56.00 |
| Michael Pierce | denial071@gmail.com | 232.00 | 232.00 |
| Michael Polyakov | mpolyakov@roofstock.com | 17.00 | 17.00 |
| Michael Portland | mportland@hotmail.com | 84.00 | 84.00 |
| Michael Robichaud | mrobichaud@meredithbaynh.co | 28.00 | 28.00 |
| Michael Samsing | mikesamsing@gmail.com | 90.00 | 90.00 |
| Michael Sands | michaelsands21@yahoo.com | 28.00 | 28.00 |
| Michael Schietroma | mpschjr@gmail.com | 106.00 | 106.00 |
| Michael Seaman | mseaman6279@gmail.com | 110.00 | 110.00 |
| Michael Stann | mikestann2@gmail.com | 28.00 | 28.00 |
| Michael Stein | ug@noworry.ca | 57.00 | 57.00 |
| Michael Trujillo | michaeltru30@gmail.com | 84.00 | 84.00 |
| Michael Umanoff | mumanoff@gmail.com | 90.00 | 90.00 |
| Michael Villa | mikevilla8285@yahoo.com | 66.00 | 66.00 |
| Michael Zaitsev | michael.zaitsev@gmail.com | 60.00 | 60.00 |
| Michael Zonkowski | mzonkowski@gmail.com | 93.00 | 93.00 |
| Michaela Billman | mm.billman@gmail.com | 30.00 | 30.00 |
| Michaelr Robinson | mikerobinson77@yahoo.com | 56.00 | 56.00 |
| Michele Williams | miche3810@icloud.com | 28.00 | 28.00 |
| Michelle Beadle | michelle.beadle@icloud.com | 171.00 | 171.00 |
| Michelle Haley | myhalo73@yahoo.com | 66.00 | 66.00 |
| Michelle Lsimmons | simmonscatering@tds.net | 33.00 | 33.00 |

Phoeno Wine Company, Inc.

Schedule E - Deficit Customers - No Address

| Name | E-mail | ClaimAmt | PriorityAmt |
| --- | --- | --- | --- |
| Michelle Marrapodi | mzmarrapodi@gmail.com | 56.00 | 56.00 |
| Michelle Oliver | azprimerealestate@cox.net | 56.00 | 56.00 |
| Michelle Poleyumptewa | bahanmana@gmail.com | 128.00 | 128.00 |
| Michelle Rozenblyum | michellerozenblyum@gmail.com | 28.00 | 28.00 |
| Michelle Williams | mia46176@me.com | 33.00 | 33.00 |
| Mici Dinsmore | mic.dinsmore@gmail.com | 28.00 | 28.00 |
| Miguel Galarza | mikegalar@gmail.com | 26.00 | 26.00 |
| Mihail Cotzas | mcotzas718@aol.com | 84.00 | 84.00 |
| Mikaela Lam | mikatlam9@gmail.com | 84.00 | 84.00 |
| Mike Andrews | mikejandrews70@gmail.com | 280.00 | 280.00 |
| Mike Berg | berg112795@gmail.com | 732.00 | 732.00 |
| Mike Conrad | mconrad@wesleyan.edu | 33.00 | 33.00 |
| Mike Dicicco | mdicicco176@comcast.net | 19.00 | 19.00 |
| Mike Faulkner | mfaulkner88@me.com | 82.00 | 82.00 |
| Mike Finke | cycletahoe@yahoo.com | 56.00 | 56.00 |
| Mike Gordon | mikegordon79@gmail.com | 160.00 | 160.00 |
| Mike Hoffman | quincefarmer@yahoo.com | 30.00 | 30.00 |
| Mike Kempe | mike@kempecabinets.com | 120.00 | 120.00 |
| Mike Mycoskie | mmycoskie@gmail.com | 56.00 | 56.00 |
| Mike Sewell | mikes@jmstransllc.com | 84.00 | 84.00 |
| Mike Steele | mike@steelesolutionsus.com | 56.00 | 56.00 |
| Mike Vargas | mikedenali@aol.com | 545.00 | 545.00 |
| Miriam Garcia | miriamg@rnmconstruction.com | 56.00 | 56.00 |
| Mirko Chardin | mjc14@mac.com | 153.00 | 153.00 |
| Misty Fisher | misty.young.fisher@gmail.com | 28.00 | 28.00 |
| Mitchell Hodges | mitchellhodges@yahoo.com | 50.00 | 50.00 |
| Mitzi Dedios | mitzi.dedios@clsa.com | 29.00 | 29.00 |
| Mohamed Poonja | mp@poonja.us | 28.00 | 28.00 |
| Monique Ribeiro | moniquerararaujo@gmail.com | 1,430.00 | 1,430.00 |
| Muni Reyy | muni@munidesigns.com | 168.00 | 168.00 |
| Munyei Ching | mun_ching26@icloud.com | 28.00 | 28.00 |
| Nadine Garvin | tngarv@comcast.net | 58.00 | 58.00 |
| Nancy Ashby | nanc11@aol.com | 130.00 | 130.00 |
| Nancy Dejesus | ohsofancylashes@gmail.com | 20.00 | 20.00 |
| Nancy Risley | beachbabe8811@gmail.com | 33.00 | 33.00 |
| Nancy Titus | sunglonjt@charter.net | 28.00 | 28.00 |
| Naren Yadav | nyadav@hotmail.com | 56.00 | 56.00 |
| Natalea Goecking | natalea34@aol.com | 28.00 | 28.00 |
| Natalia Vedernikova | natalieistyping27@gmail.com | 99.00 | 99.00 |
| Natalie Zaher | natalie.j.zaher@gmail.com | 136.00 | 136.00 |
| Nathan Donnelly | nathansmellsbacon@gmail.com | 25.00 | 25.00 |
| Nathan Franks | nathanfranks9@gmail.com | 38.00 | 38.00 |
| Nathan Kegel | nkegel@gmail.com | 115.00 | 115.00 |
| Nathan Kohn | nkohn61@comcast.net | 150.00 | 150.00 |
| Nathan Kohn | nkohn27@gmail.com | 120.00 | 120.00 |
| Nathan Wacker | n.wacker@gmail.com | 98.00 | 98.00 |

Phoeno Wine Company, Inc.

Schedule E - Deficit Customers - No Address

| Name | E-mail | ClaimAmt | PriorityAmt |
|------|--------|----------|-------------|
| Nathaniel Schaffer | nats@duck.com | 251.00 | 251.00 |
| Nathaniel Spears | nspears89@yahoo.com | 48.00 | 48.00 |
| Neal Del Valle | delroseinsurance@att.net | 28.00 | 28.00 |
| Neeraj Kohli | nkohlimd@gmail.com | 112.00 | 112.00 |
| Nelson Kortright | nelsonkort10@gmail.com | 56.00 | 56.00 |
| Niall Quaid | niallcquaid@gmail.com | 30.00 | 30.00 |
| Nicholas Granato | nickgranato@gmail.com | 28.00 | 28.00 |
| Nicholas Hauser | nickhauser51234@gmail.com | 29.00 | 29.00 |
| Nicholas Lane | nicklane29@gmail.com | 213.00 | 213.00 |
| Nicholas Lockwood | nick@lockwoodbuilders.net | 290.00 | 290.00 |
| Nicholas Marchase | nicholas.marchase@gmail.com | 108.00 | 108.00 |
| Nicholas Yoswa | nyoswa@gmail.com | 95.00 | 95.00 |
| Nichole Amberg | nicholeamberg@gmail.com | 30.00 | 30.00 |
| Nichole Ramirez | nicholejramirez@hotmail.com | 28.00 | 28.00 |
| Nick Lucock | nlucock@gmail.com | 84.00 | 84.00 |
| Nick Volpe | n_volpe5@yahoo.com | 26.00 | 26.00 |
| Nick Yarbrough | nyarbr2@gmail.com | 56.00 | 56.00 |
| Nicole Abiouness | nicole@abiounesswines.com | 60.00 | 60.00 |
| Nicole Guarino | ncalisi10@yahoo.com | 30.00 | 30.00 |
| Nicole Koviak | nickoviak@gmail.com | 57.00 | 57.00 |
| Nicole Trujillo | carrubba@me.com | 112.00 | 112.00 |
| Nigel Winsor | nhwinsor@att.net | 93.00 | 93.00 |
| Nikki Glenn | nikki-glenn@sbcglobal.net | 97.00 | 97.00 |
| Nitn Kumar | fairhandsomeguy-101@yahoo.co | 30.00 | 30.00 |
| Nivedita Roberts | nivie.roberts13@gmail.com | 64.00 | 64.00 |
| Noland Lem | nolandlem@rocketmail.com | 112.00 | 112.00 |
| Nyein Tun | nwctun@gmail.com | 100.00 | 100.00 |
| Oleg Volkov | oleg.volkov1963@gmail.com | 140.00 | 140.00 |
| Olga Guzman | olguz37@gmail.com | 22.00 | 22.00 |
| Orion Parrott | orionparrott@gmail.com | 220.00 | 220.00 |
| Oscar Bakhtiari | oscarbakhtiari@aol.com | 168.00 | 168.00 |
| Oscar Stone | oscarstone2524@gmail.com | 50.00 | 50.00 |
| Otis Mcduffie | juice2481@aol.com | 28.00 | 28.00 |
| Ouida Crawford | ouidacrawford@gmail.com | 33.00 | 33.00 |
| Owen M. | otmccabe@gmail.com | 28.00 | 28.00 |
| Palavi Jan | pallavijain99@gmail.com | 50.00 | 50.00 |
| Pamala Thompson | pamala.thompson@gmail.com | 28.00 | 28.00 |
| Pamela Stella | pastella1@gmail.com | 56.00 | 56.00 |
| Pamela Stockman | rodrunners@msn.com | 28.00 | 28.00 |
| Pasquale Nocito | pat@qs.digital | 59.00 | 59.00 |
| Pat Baldwin | j.patbaldwin23@gmail.com | 28.00 | 28.00 |
| Patrice Pandick | kim.pandick@gmail.com | 33.00 | 33.00 |
| Patricia Basulto | patrybasulto10@gmail.com | 56.00 | 56.00 |
| Patricia Lawler | gobums@gmail.com | 287.00 | 287.00 |
| Patricia Reni | pattyreni@gmail.com | 201.00 | 201.00 |
| Patricia Zavalza | patricia.zavalza29@gmail.com | 20.00 | 20.00 |

Phoeno Wine Company, Inc.

Schedule E - Deficit Customers - No Address

| Name | E-mail | ClaimAmt | PriorityAmt |
|------|--------|----------|-------------|
| Patrick Lim | patrick.lim3f@gmail.com | 29.00 | 29.00 |
| Patrick Moran | pmoran3@att.net | 28.00 | 28.00 |
| Patrick Mueller | patmueller93@gmail.com | 28.00 | 28.00 |
| Patty Hayes | patty.hayes@roadrunner.com | 84.00 | 84.00 |
| Paul Caldwell | plumcald@aol.com | 56.00 | 56.00 |
| Paul Dougherty | paul@doughertydental.net | 56.00 | 56.00 |
| Paul Ellis | ple777@gmail.com | 29.00 | 29.00 |
| Paul Fauser | pfauser@keystonefulton.com | 90.00 | 90.00 |
| Paul Jurgelewicz | pljbread@yahoo.com | 56.00 | 56.00 |
| Paul Meinville | paulmeinville@hotmail.com | 30.00 | 30.00 |
| Paul Schwartz | pmsmd1@gmail.com | 168.00 | 168.00 |
| Paul Wellhausen | pwellhausen@gmail.com | 28.00 | 28.00 |
| Paul Wessel | phwessel@gmail.com | 56.00 | 56.00 |
| Pauline Gray | paulinegrayp@aol.com | 56.00 | 56.00 |
| Paul-Michael Dimeglio | pmdimeglio@me.com | 84.00 | 84.00 |
| Pedro Correa | willymcorrea@gmail.com | 28.00 | 28.00 |
| Pedro Diaz | pedrodiaz1977@gmail.com | 29.00 | 29.00 |
| Peggy Jorquera | vakshns@aol.com | 38.00 | 38.00 |
| Peter Curtis | petejcurtis@gmail.com | 56.00 | 56.00 |
| Peter Hutcheson | p.a.hutcheson@gmail.com | 50.00 | 50.00 |
| Peter Isaac | peter@pi-international.net | 132.00 | 132.00 |
| Peter Jones | peter@glforge.com | 28.00 | 28.00 |
| Peter Kim | pdkim1670@gmail.com | 95.00 | 95.00 |
| Peter Mancuso | pjmancuso10@gmail.com | 66.00 | 66.00 |
| Peter Myers | myerslawfirm@aol.com | 84.00 | 84.00 |
| Peter Patino | ppatino93@gmail.com | 101.00 | 101.00 |
| Peter Petras | ppetras23@gmail.com | 20.00 | 20.00 |
| Peter Supino | psupino@yahoo.com | 56.00 | 56.00 |
| Peter Vaneyck | vaneyckpj@gmail.com | 28.00 | 28.00 |
| Petros Stellatos | pstellatos@gmail.com | 135.00 | 135.00 |
| Philip Brach | philipbrach01@gmail.com | 195.00 | 195.00 |
| Philip Frengs | pfrengs@copi.net | 199.00 | 199.00 |
| Philip Pierce | philippierce@gmail.com | 112.00 | 112.00 |
| Phillip Truong | philtruong@yahoo.com | 28.00 | 28.00 |
| Phuong Bui | galleriajc@gmail.com | 84.00 | 84.00 |
| Phyllis Davis | davisgolfne1@bellsouth.net | 28.00 | 28.00 |
| Pincess Sia | princessacutie77@yahoo.com | 165.00 | 165.00 |
| Pj Rosch | pj@thelittlereddog.org | 66.00 | 66.00 |
| Pk List | pklist@gmail.com | 29.00 | 29.00 |
| Prasanth Gudisa | emailgpcin@gmail.com | 30.00 | 30.00 |
| Prater Kevin | kpraterpa@gmail.com | 26.00 | 26.00 |
| Rachael James | rachaeljad@gmail.com | 33.00 | 33.00 |
| Rachel Epstein | epstein.rachel@gmail.com | 25.00 | 25.00 |
| Rachel Gaylord | rachel.egaylord@yahoo.com | 40.00 | 40.00 |
| Rachel Karlnoski | rachellovesresearch@gmail.com | 28.00 | 28.00 |
| Rachel Kau-Taylor | rachel.kau.taylor@gmail.com | 22.00 | 22.00 |

Phoeno Wine Company, Inc.

Schedule E - Deficit Customers - No Address

| Name | E-mail | ClaimAmt | PriorityAmt |
|------|--------|----------|-------------|
| Rachel Meranus | rmeranus@gmail.com | 28.00 | 28.00 |
| Rachel Tieman | rachel.tieman@hotairmedia.com | 28.00 | 28.00 |
| Rachelle Tuls | rachelletuls@yahoo.com | 129.00 | 129.00 |
| Rafael Souza | dapsouza@me.com | 28.00 | 28.00 |
| Raj Shah | shahraj1964@yahoo.com | 84.00 | 84.00 |
| Rakesh Kilaru | rakeshkilaru@gmail.com | 175.00 | 175.00 |
| Rakesh Tondon | tondon@gmail.com | 68.00 | 68.00 |
| Ralph Eugene | mr.ralpheugene@gmail.com | 28.00 | 28.00 |
| Ralph Salvagno | dochipknee@gmail.com | 249.00 | 249.00 |
| Ramez Suliman | 9973517@gmail.com | 28.00 | 28.00 |
| Rami Fakhoury | rami@employmentimmigration. | 36.00 | 36.00 |
| Ramon Luna | rayjayharley@gmail.com | 99.00 | 99.00 |
| Randall Wright | randalljwright@gmail.com | 28.00 | 28.00 |
| Randi Gause | randi_4@hotmail.com | 33.00 | 33.00 |
| Randi Maclaren | rmac_001@yahoo.com | 84.00 | 84.00 |
| Randolph Ramirez | randolphrr@gmail.com | 33.00 | 33.00 |
| Randy Bongo | randy_bongo@yahoo.com | 99.00 | 99.00 |
| Randy Jackson | jettbuff50@gmail.com | 33.00 | 33.00 |
| Randy Packett | packett1@aol.com | 56.00 | 56.00 |
| Randy Shank | shank939@gmail.com | 28.00 | 28.00 |
| Raquel Hyatt | hyatt00@comcast.net | 152.00 | 152.00 |
| Raulee Marcus | rauleem@aol.com | 64.00 | 64.00 |
| Ravi Swamy | raviswamymd@gmail.com | 80.00 | 80.00 |
| Ray Patel | rilesh@gmail.com | 405.00 | 405.00 |
| Raymond Flowers | rflowers36@gmail.com | 204.00 | 204.00 |
| Raymond Tang | raymondtang13@gmail.com | 70.00 | 70.00 |
| Rebecca Jones | r3b3cca123@yahoo.com | 56.00 | 56.00 |
| Rebecca Mcateer | beccamac108@gmail.com | 29.00 | 29.00 |
| Rebecca Simpson | rebeccareedsledge1979@gmail. | 28.00 | 28.00 |
| Renan Rodrigues | renan.luiz.1983@gmail.com | 132.00 | 132.00 |
| Renee Vanschoor | gilvs@aol.com | 168.00 | 168.00 |
| Renuka Gujral | grenuka01@yahoo.com | 120.00 | 120.00 |
| Reynolds Rowe | will@rowe-colaw.com | 32.00 | 32.00 |
| Rhonda Dessert | rhonda.v.dessert@gmail.com | 112.00 | 112.00 |
| Rhonda Grady | rhglifeline@comcast.net | 88.00 | 88.00 |
| Rhonda Smiley | smiley@smileyadr.com | 67.00 | 67.00 |
| Ricardo Martinez | ricardoprudential@gmail.com | 20.00 | 20.00 |
| Ricardo Montesdeoca | ricardodmd@bellsouth.net | 29.00 | 29.00 |
| Ricardo Smith | steelyban2013@gmail.com | 112.00 | 112.00 |
| Richard Alaimo | ralaimo01@outlook.com | 145.00 | 145.00 |
| Richard Conie | rich@rjc-company.com | 28.00 | 28.00 |
| Richard Guidry | rguidry007@gmail.com | 63.00 | 63.00 |
| Richard Hernandez | rfhwc@aol.com | 33.00 | 33.00 |
| Richard Innes | rinnes@bellsouth.net | 28.00 | 28.00 |
| Richard Myslinski | rjmyslinski@yahoo.com | 60.00 | 60.00 |
| Richard Renton | rm.renton@gmail.com | 84.00 | 84.00 |

Phoeno Wine Company, Inc.

Schedule E - Deficit Customers - No Address

| Name | E-mail | ClaimAmt | PriorityAmt |
|---|---|---|---|
| Rick Carroll | pecarroll@sbcglobal.net | 28.00 | 28.00 |
| Rick Covington | rickcovington@yahoo.com | 112.00 | 112.00 |
| Rick Ferretti | rferretti@pursuit.group | 120.00 | 120.00 |
| Rick Goulding | runningwild72@sbcglobal.net | 40.00 | 40.00 |
| Rick Mersereau | rick722@aol.com | 33.00 | 33.00 |
| Ricky Cannon | rickycannon_dmp@yahoo.com | 172.00 | 172.00 |
| Riley Workman | riley.a.workman@gmail.com | 39.00 | 39.00 |
| Rita Pettinaro | rita.pettinaro@gmail.com | 84.00 | 84.00 |
| Rita Smith | ritaann1969@gmail.com | 84.00 | 84.00 |
| Ritchie French | rfrenchd2@gmail.com | 223.00 | 223.00 |
| Rob Heskett | robzaragosa@gmail.com | 50.00 | 50.00 |
| Rob Singleton | rob_singleton@yahoo.com | 78.00 | 78.00 |
| Rob Stokes | stokescabinets@gmail.com | 224.00 | 224.00 |
| Robby Thind | robbythind07@gmail.com | 33.00 | 33.00 |
| Robert Bohny | bohny@mac.com | 55.00 | 55.00 |
| Robert Bolden | robertjbolden@yahoo.com | 66.00 | 66.00 |
| Robert Bonahoom | eliasbono@aol.com | 28.00 | 28.00 |
| Robert Dreesch | dreesch@braceint.com | 188.00 | 188.00 |
| Robert Duphiney | mbduph@aol.com | 28.00 | 28.00 |
| Robert Easterlin | bobe@electrasales.net | 100.00 | 100.00 |
| Robert Ervin | bobervin@gmail.com | 56.00 | 56.00 |
| Robert Farrell | bobert13131@gmail.com | 99.00 | 99.00 |
| Robert Faust | bobf1229@hotmail.com | 75.00 | 75.00 |
| Robert French | mr.french.r@gmail.com | 60.00 | 60.00 |
| Robert Frye | rfryecec@gmail.com | 93.00 | 93.00 |
| Robert Grant | robert.grant@selectquote.com | 190.00 | 190.00 |
| Robert Heilbrun | robert.heilbrun@gmail.com | 339.00 | 339.00 |
| Robert Joplin | bobpacwest@yahoo.com | 30.00 | 30.00 |
| Robert Kampen | bmxguy1@msn.com | 56.00 | 56.00 |
| Robert Newell | robertnewell37@icloud.com | 28.00 | 28.00 |
| Robert Peterson | bbqboys1989@gmail.com | 38.00 | 38.00 |
| Robert Spoto | rspoto@aol.com | 100.00 | 100.00 |
| Robert Vitro | info@truelifetaxidermy.com | 112.00 | 112.00 |
| Roberte Leeiii | relee902@gmail.com | 112.00 | 112.00 |
| Roberto Romeo | robirom@mac.com | 66.00 | 66.00 |
| Robin Benfer | benrob@verizon.net | 56.00 | 56.00 |
| Robin Cessna | robinnicole333@msn.com | 66.00 | 66.00 |
| Robin Steward | lilstewg@aol.com | 213.00 | 213.00 |
| Robyn Eichenbaum | reichenbaum31@yahoo.com | 29.00 | 29.00 |
| Rod Giess | rgiess@speedbuildersystems.cor | 56.00 | 56.00 |
| Rodney Sichel | rodneyempire@att.net | 28.00 | 28.00 |
| Rogelio Sanchez | freedomroy2018@gmail.com | 28.00 | 28.00 |
| Roger Flowers | rogertoo@ftc.net | 28.00 | 28.00 |
| Roger Glickman | glickman@mac.com | 295.00 | 295.00 |
| Roger Kohlbecker | rkohlbecker@gmail.com | 216.00 | 216.00 |
| Roger Schur | rogerschur@yahoo.com | 280.00 | 280.00 |

Phoeno Wine Company, Inc.

Schedule E - Deficit Customers - No Address

| Name | E-mail | ClaimAmt | PriorityAmt |
|------|--------|----------|-------------|
| Roman Kolodchin | roman@drk123.com | 33.00 | 33.00 |
| Romanita Nica | rnica@akdhc.com | 29.00 | 29.00 |
| Ron Messenger | rmessenger@yahoo.com | 168.00 | 168.00 |
| Ron Stone | rstoneny65@yahoo.com | 168.00 | 168.00 |
| Ronald Laconi | ron.laconi@gmail.com | 64.00 | 64.00 |
| Ronald Stack | rstackjr@gmail.com | 154.00 | 154.00 |
| Rose Perkins | cherisheddays@gmail.com | 84.00 | 84.00 |
| Roseann Mendoza | roseann_estrada@hotmail.com | 29.00 | 29.00 |
| Rosemary Cowen-Knight | lewisrosemaryknight@mac.com | 56.00 | 56.00 |
| Ross Tawil | rosstawil@gmail.com | 49.00 | 49.00 |
| Roxanne Delgado | roxanne_delgado@hotmail.com | 56.00 | 56.00 |
| Roy Steinmetz | rasteinmetz@hotmail.com | 28.00 | 28.00 |
| Ruben Cordero | rubencordero@me.com | 140.00 | 140.00 |
| Rui Silva | rui@statechoice.com | 398.00 | 398.00 |
| Russell Gibson | gibsonr252@gmail.com | 33.00 | 33.00 |
| Russell Greenman | russellgreenman@gmail.com | 52.00 | 52.00 |
| Russell Noe | russellnoelawoffice@gmail.com | 140.00 | 140.00 |
| Russell Thompson | russjerky@yahoo.com | 84.00 | 84.00 |
| Russell Torrison | russtorrison@hotmail.com | 62.00 | 62.00 |
| Ruthanne Drew | ruthannedrew@gmail.com | 140.00 | 140.00 |
| Ryan Frank | rfrank1794@gmail.com | 55.00 | 55.00 |
| Ryan Krueger | ryan@freedomdaysolutions.com | 240.00 | 240.00 |
| Ryan Kuschman | kuschman93@gmail.com | 224.00 | 224.00 |
| Ryan Vandam | vandamr18@gmail.com | 28.00 | 28.00 |
| Ryan Youngman | ryan.billy.y@gmail.com | 228.00 | 228.00 |
| S.Thomas Grunnah | sgrunnah@aol.com | 28.00 | 28.00 |
| Sabina Sulat | ssulatsjc@gmail.com | 66.00 | 66.00 |
| Sagar Lunagaria | sagar.lunagaria.dmd@gmail.com | 66.00 | 66.00 |
| Sally Chaytor | schaytor@aol.com | 28.00 | 28.00 |
| Sam Chretien | schretien92@gmail.com | 112.00 | 112.00 |
| Sam Lee | gleeshoppingdeals@gmail.com | 100.00 | 100.00 |
| Sam Marton | sam.marton@gmail.com | 114.00 | 114.00 |
| Sam Scott | samzscott55@gmail.com | 124.00 | 124.00 |
| Samantha Fisher | samantha335@gmail.com | 28.00 | 28.00 |
| Sameet Koppikar | sameetk2000@gmail.com | 84.00 | 84.00 |
| Samitkumar Patel | patelsig@gmail.com | 154.00 | 154.00 |
| Samuel Gillespie | samuelhgillespie@yahoo.com | 56.00 | 56.00 |
| Samuel Patton | sambopatton@gmail.com | 28.00 | 28.00 |
| Sandra Donatelli | sandrahdonatelli@gmail.com | 50.00 | 50.00 |
| Sandra Jones | sandrabethjones@gmail.com | 28.00 | 28.00 |
| Sanjay Patel | sanj272@yahoo.com | 27.00 | 27.00 |
| Sara Lawrence | saralawrence73@gmail.com | 104.00 | 104.00 |
| Sarah Duncan | sarahduncan515@gmail.com | 30.00 | 30.00 |
| Sarah Forsman | sforsman@gvtc.com | 56.00 | 56.00 |
| Sarah Howell | showell41@hotmail.com | 66.00 | 66.00 |
| Sarah Lewis | adgerfarms@hotmail.com | 28.00 | 28.00 |

Phoeno Wine Company, Inc.

Schedule E - Deficit Customers - No Address

| Name | E-mail | ClaimAmt | PriorityAmt |
|---|---|---|---|
| Sarah Macko | sgmmartin@gmail.com | 25.00 | 25.00 |
| Sarah Schick | sthompsonschick@gmail.com | 66.00 | 66.00 |
| Sarah Wilson | wilson.sarahelizabeth@gmail.co | 49.00 | 49.00 |
| Satyam Kantamneni | satyam@nenicorp.com | 38.00 | 38.00 |
| Savannah Hester | savkait@gmail.com | 99.00 | 99.00 |
| Scot Hutton | flynjarhead@gmail.com | 215.00 | 215.00 |
| Scott Allen | sallen@allpaks.com | 84.00 | 84.00 |
| Scott Christman | espwinsforyou@gmail.com | 84.00 | 84.00 |
| Scott Feldman | patentesquire@gmail.com | 32.00 | 32.00 |
| Scott Hammack | 1scoman@sbcglobal.net | 38.00 | 38.00 |
| Scott Hartwig | hartwigs4@me.com | 102.00 | 102.00 |
| Scott Horsfield | horsegolf63@me.com | 56.00 | 56.00 |
| Scott Keogh | scottk@aladdincap.com | 66.00 | 66.00 |
| Scott Kindelmann | scott@alturna-tech.com | 206.00 | 206.00 |
| Scott Mcginn | slmcginn@hotmail.com | 56.00 | 56.00 |
| Scott Mcmorran | scottmcmorran@yahoo.com | 56.00 | 56.00 |
| Scott Ovens | sovens8@juno.com | 35.00 | 35.00 |
| Scott Pospichel | scott_pospichel@yahoo.com | 100.00 | 100.00 |
| Scott Provaznik | sprovaznik@gmail.com | 36.00 | 36.00 |
| Scott Sylvester | scottiesly@gmail.com | 80.00 | 80.00 |
| Sead Mehmedovic | seadm1422@gmail.com | 38.00 | 38.00 |
| Sean Chugh | scdvm@yahoo.com | 39.00 | 39.00 |
| Sean Grambart | stgfacfas@gmail.com | 28.00 | 28.00 |
| Sean Oconnor | stephoconnor4@gmail.com | 28.00 | 28.00 |
| Seth Katz | sekatz1965@yahoo.com | 124.00 | 124.00 |
| Shaena Tuohy | shaena.tuohy@gmail.com | 140.00 | 140.00 |
| Shana Vandertoll | svandertoll@yahoo.com | 58.00 | 58.00 |
| Shane Mayer | shanefmayer@gmail.com | 28.00 | 28.00 |
| Shannon Cook | scook9975@hotmail.com | 117.00 | 117.00 |
| Sharon Adams | sharonadams6031@att.net | 15.00 | 15.00 |
| Sharon Harness Ilseman | sharon.ilseman@gmail.com | 130.00 | 130.00 |
| Sharon Voelz | svoelz@pizzaproperties.com | 84.00 | 84.00 |
| Shauna Zarrin | szarrin@gmail.com | 57.00 | 57.00 |
| Shawn Duhamel | shawnduhamel@gmail.com | 28.00 | 28.00 |
| Shawn Fellows | sfellows@nutechpromos.com | 56.00 | 56.00 |
| Shawn Richardson | srichardson1465@gmail.com | 66.00 | 66.00 |
| Shawndra Kortum | shawndra.kortum@gmail.com | 35.00 | 35.00 |
| Shawnie Echeverry | shawniegarcia3@gmail.com | 33.00 | 33.00 |
| Shaz Depinto | shaleendp@yahoo.com | 52.00 | 52.00 |
| Sheila Tonemah | sheilae03@gmail.com | 32.00 | 32.00 |
| Shelby Dart | shelby@godartrealty.com | 99.00 | 99.00 |
| Shelley Colangelo | michele.colangelo28@gmail.com | 102.00 | 102.00 |
| Sheri Sokoloff | mssoks@yahoo.com | 93.00 | 93.00 |
| Sheridan Conrad | ajewelersart@gmail.com | 33.00 | 33.00 |
| Shivraj Desai | shivrajd@yahoo.com | 70.00 | 70.00 |
| Shiying Wang | shiyingsunnywang@gmail.com | 90.00 | 90.00 |

Phoeno Wine Company, Inc.

Schedule E - Deficit Customers - No Address

| Name | E-mail | ClaimAmt | PriorityAmt |
|------|--------|----------|-------------|
| Shriram Parikh | skparikh@yahoo.com | 56.00 | 56.00 |
| Silvester Ramirez | silvestreton@hotmail.com | 128.00 | 128.00 |
| Sindhu Murthy | sindhu.murthy@gmail.com | 56.00 | 56.00 |
| Sirvard Pilossyan | silvavagarshak@hotmail.com | 28.00 | 28.00 |
| Smita Savant | smitasavant1@gmail.com | 60.00 | 60.00 |
| Sofia Thai | sofiathai.urbanedge@gmail.com | 56.00 | 56.00 |
| Somay Farias | somayfarias@aol.com | 56.00 | 56.00 |
| Song Han | hansongyi0419@hotmail.com | 33.00 | 33.00 |
| Soni Desouza | sonidesouza@hotmail.com | 28.00 | 28.00 |
| Sonia Salvino | ssalvino@mac.com | 28.00 | 28.00 |
| Sophia Aslanis | sophia@nutrition4life.com | 28.00 | 28.00 |
| Sophia Sto | sophia.ksmdr@gmail.com | 21.00 | 21.00 |
| Spencer Harris | sh48220@yahoo.com | 140.00 | 140.00 |
| Stacey Thompson | sthompson121@sbcglobal.net | 28.00 | 28.00 |
| Stacey Wisniewski | sblondie64@yahoo.com | 84.00 | 84.00 |
| Stacey Wynn | staceyreneewynn603@gmail.cor | 66.00 | 66.00 |
| Staci Dill | stacidill207@gmail.com | 56.00 | 56.00 |
| Stacy Brannon | okkiteboarder@gmail.com | 54.00 | 54.00 |
| Stacy Froemming | froemming@irby.com | 28.00 | 28.00 |
| Stacy Lawson | stacy.lawson@hotmail.com | 33.00 | 33.00 |
| Stacy Lewis | sklewismd@gmail.com | 75.00 | 75.00 |
| Staley Crawford | swrice25@gmail.com | 66.00 | 66.00 |
| Stan Buxa | sjbuxa@gondtc.com | 84.00 | 84.00 |
| Stanley Fells | jr.fells07@gmail.com | 200.00 | 200.00 |
| Stanley Marte | eddyace15@yahoo.com | 20.00 | 20.00 |
| Star Fox | starfoxscents@gmail.com | 20.00 | 20.00 |
| Stephanie Acosta | stephacosta@gmail.com | 19.00 | 19.00 |
| Stephanie Arculli | stephanie.arculli@mac.com | 15.00 | 15.00 |
| Stephanie Demello | steph.l.demello@gmail.com | 84.00 | 84.00 |
| Stephanie Hudson | stephanielhudson@gmail.com | 35.00 | 35.00 |
| Stephanie Jones-Gomez | stephaniejonesgomez@gmail.co | 32.00 | 32.00 |
| Stephanie Lcornette | slcornette@yahoo.com | 29.00 | 29.00 |
| Stephanie Lue | stephanie.lue@gmail.com | 61.00 | 61.00 |
| Stephanie Peterson | littlepep3070@gmail.com | 25.00 | 25.00 |
| Stephen Bell | rbadjuster@yahoo.com | 56.00 | 56.00 |
| Stephen Cooper | cooper2@att.net | 84.00 | 84.00 |
| Stephen Gill | sgill18@gmail.com | 28.00 | 28.00 |
| Stephen Hutchinson | shutch122@gmail.com | 258.00 | 258.00 |
| Stephen Leidner | steve9800@gmail.com | 34.00 | 34.00 |
| Stephen Spencer | spen5153@pacbell.net | 28.00 | 28.00 |
| Stephen West | stephenwwest@icloud.com | 137.00 | 137.00 |
| Stephen Wolfe | stephen.wolfe@icloud.com | 56.00 | 56.00 |
| Steve Barnes | billstowing1968@gmail.com | 56.00 | 56.00 |
| Steve Kopelman | sk1992@aol.com | 89.00 | 89.00 |
| Steve Leary | sleary@pmhcc.com | 56.00 | 56.00 |
| Steve Muhlbaum | steve.muhlbaum@gmail.com | 28.00 | 28.00 |

Phoeno Wine Company, Inc.

Schedule E - Deficit Customers - No Address

| Name | E-mail | ClaimAmt | PriorityAmt |
|------|--------|----------|-------------|
| Steve Wolff | steve.wolff@att.net | 56.00 | 56.00 |
| Steven Ellis | entdrellis@gmail.com | 56.00 | 56.00 |
| Steven Lawrence | stevenjl78@gmail.com | 102.00 | 102.00 |
| Steven Lowenstein | stevenlow@amshalom.com | 99.00 | 99.00 |
| Steven Mckinnon | steven@crowntechgroup.com | 29.00 | 29.00 |
| Steven Vazquez | vazstev@yahoo.com | 92.00 | 92.00 |
| Steven Weisfeld | scweisfeld@gmail.com | 56.00 | 56.00 |
| Steven Whelpley | steven.whelpley@gmail.com | 145.00 | 145.00 |
| Steven White | stevenwhite88@icloud.com | 112.00 | 112.00 |
| Steven Wieder | wmpcsteve@aol.com | 936.00 | 936.00 |
| Sue Creehan | sue.creehan@live.com | 64.00 | 64.00 |
| Sue Tsao | tsao888@earthlink.net | 165.00 | 165.00 |
| Susan Carnegie | susan.carnegie@me.com | 193.00 | 193.00 |
| Susan Jackson | quaker.susan@gmail.com | 29.00 | 29.00 |
| Susan Kliesen | susankliesen@remax.net | 32.00 | 32.00 |
| Susan Leone | sueleone999@gmail.com | 56.00 | 56.00 |
| Susan Lietz-Davis | sueldavis@gmail.com | 140.00 | 140.00 |
| Susan Mandarino | susanmmandarino@yahoo.com | 50.00 | 50.00 |
| Susan Marr | susanemarr@aol.com | 259.00 | 259.00 |
| Susan Neumann | susneumann81@gmail.com | 225.00 | 225.00 |
| Susan White | whitesusan511@gmail.com | 32.00 | 32.00 |
| Susanbuchanan Woodson | sbj@athenamagine.com | 25.00 | 25.00 |
| Susannah Whipps | susie@whipps.com | 28.00 | 28.00 |
| Suzanne Payne | suzannepayne66@gmail.com | 28.00 | 28.00 |
| Suzanne Sakiewicz | sewziq@gmail.com | 112.00 | 112.00 |
| Tadd Russikoff | trussikoff@gmail.com | 99.00 | 99.00 |
| Taiyo Yamaguchi | taiyosoleilsunnysolis@gmail.com | 57.00 | 57.00 |
| Tal Weatherly | tweatherly80@gmail.com | 28.00 | 28.00 |
| Tamara Smith | sastls@yahoo.com | 30.00 | 30.00 |
| Tammy Mackanic | tammy@livetheeasylife.com | 29.00 | 29.00 |
| Tania Fabiani | taniafabi1@gmail.com | 28.00 | 28.00 |
| Tanya Borsuk | tanyaborsuk@hotmail.com | 33.00 | 33.00 |
| Tanya Krueger | alextanyak@hotmail.com | 28.00 | 28.00 |
| Tate Duffy | smokedeville@gmail.com | 66.00 | 66.00 |
| Tavis Gaudet | tavisghl@gmail.com | 28.00 | 28.00 |
| Tawnya Skinner | tawnyasmiles88@live.com | 77.00 | 77.00 |
| Taylor Antonczyk | tkmarkham21@gmail.com | 226.00 | 226.00 |
| Ted Foundas | tedgolfs1@gmail.com | 86.00 | 86.00 |
| Teejay Li | yangolian1@yahoo.com | 56.00 | 56.00 |
| Tena Tanner | tenatans@aol.com | 60.00 | 60.00 |
| Terence Milaney | milaneyt@yahoo.com | 28.00 | 28.00 |
| Teresa Brown | tish186@gmail.com | 58.00 | 58.00 |
| Teresa Lehr | tpointer1@prodigy.net | 84.00 | 84.00 |
| Teresa Oliveria | toliveria09@gmail.com | 57.00 | 57.00 |
| Teresa Sachs | tsachs75@verizon.net | 78.00 | 78.00 |
| Terrance Hatcher | terry.84.hatcher@gmail.com | 25.00 | 25.00 |

Phoeno Wine Company, Inc.

Schedule E - Deficit Customers - No Address

| Name | E-mail | ClaimAmt | PriorityAmt |
|---|---|---|---|
| Terri Price | tprice2078@yahoo.com | 84.00 | 84.00 |
| Tess Cameron | cameron.tess@gmail.com | 30.00 | 30.00 |
| Tess Wallace | tesslcoon@gmail.com | 216.00 | 216.00 |
| Thais Mcavinatto | t.cavinatto@gmail.com | 155.00 | 155.00 |
| Thao Nguyen | goodhomes4us@gmail.com | 56.00 | 56.00 |
| Thomas Bowling | tbowling@frostburg.edu | 28.00 | 28.00 |
| Thomas Carignan | junkmanrt2@aol.com | 84.00 | 84.00 |
| Thomas Dickey | bridgesdickey@gmail.com | 252.00 | 252.00 |
| Thomas Gallagher | thomas@sweatnet.com | 84.00 | 84.00 |
| Thomas Gregg | agregg@sc.rr.com | 56.00 | 56.00 |
| Thomas Gworek | quesograndetomaso@yahoo.cor | 56.00 | 56.00 |
| Thomas Hopper | thomas.warren.hopper@gmail.c | 50.00 | 50.00 |
| Thomas Kennedy | tk071662@yahoo.com | 28.00 | 28.00 |
| Thomas Mccarthy | tmccarthy406@hotmail.com | 84.00 | 84.00 |
| Thomas Pacicco | tpacicco@aol.com | 79.00 | 79.00 |
| Thomas Watson | tom@watsonproperties.us | 30.00 | 30.00 |
| Tiffany Chavez | pretrc@gmail.com | 119.00 | 119.00 |
| Tiffany Rogers | tiffanyrogers@comcast.net | 33.00 | 33.00 |
| Tim Brown | brownt@stonybrookwater.com | 56.00 | 56.00 |
| Tim Burns | tgburns@cox.net | 50.00 | 50.00 |
| Tim Delfield | tdelfi01@yahoo.com | 299.00 | 299.00 |
| Tim Hill | emailtimhill@yahoo.com | 28.00 | 28.00 |
| Tim Martz | tmartz54@hotmail.com | 58.00 | 58.00 |
| Tim Ramsay | abetr@aol.com | 28.00 | 28.00 |
| Tim Williamson | tim.williamson@hotmail.com | 19.00 | 19.00 |
| Timm Hamm | timhamm7@gmail.com | 21.00 | 21.00 |
| Timm Vedder | tvedder@mac.com | 15.00 | 15.00 |
| Timothy Kenney | timkenney@comcast.net | 57.00 | 57.00 |
| Timothy Kosinski | tjkosinski@charter.net | 168.00 | 168.00 |
| Timothy Persico | tpersico@gmail.com | 200.00 | 200.00 |
| Timothy Walsh | tjvwalsh@gmail.com | 100.00 | 100.00 |
| Tina Barrett | tinabarrett1207@yahoo.com | 28.00 | 28.00 |
| Tina Bruns | tina.bruns7@gmail.com | 217.00 | 217.00 |
| Tina Christiansen | tinachristiansen@comcast.net | 84.00 | 84.00 |
| Tina Filary | christinefilary@comcast.net | 20.00 | 20.00 |
| Tishawnt Jenkins | jenkinstishawn@gmail.com | 33.00 | 33.00 |
| Tj Balous | tbalous@yahoo.com | 99.00 | 99.00 |
| Tom Burish | thomasburish@gmail.com | 130.00 | 130.00 |
| Tom Danielson | svhsv76@gmail.com | 88.00 | 88.00 |
| Tom Elchenko | telchenko@aol.com | 76.00 | 76.00 |
| Tom Kolenic | tk@seasidelending.com | 80.00 | 80.00 |
| Tom Lawson | icewolf333@aol.com | 56.00 | 56.00 |
| Tom Ponder | ponder.blaine.tom@gmail.com | 27.00 | 27.00 |
| Tom Raycraft | traycraft@yahoo.com | 15.00 | 15.00 |
| Tom Senker | tomsenker@yahoo.com | 28.00 | 28.00 |
| Tom Snyder | tomsnyder40@aol.com | 61.00 | 61.00 |

Phoeno Wine Company, Inc.

Schedule E - Deficit Customers - No Address

| Name | E-mail | ClaimAmt | PriorityAmt |
|---|---|---|---|
| Tom Toy | ttoy1622@gmail.com | 52.00 | 52.00 |
| Tom Westbrook | westbrook.thomasg@gmail.com | 56.00 | 56.00 |
| Tommy Frankel | frankel280@aol.com | 56.00 | 56.00 |
| Tony Hiller | tonyhiller@gmail.com | 359.00 | 359.00 |
| Tony Marinello | ammarinellonola@gmail.com | 25.00 | 25.00 |
| Tony Pater | tpater9@gmail.com | 87.00 | 87.00 |
| Toya Jenkins | toyaj@me.com | 28.00 | 28.00 |
| Trace Johannesen | trace.johannesen@gmail.com | 100.00 | 100.00 |
| Tracey Singer | tracey.singer@yahoo.com | 28.00 | 28.00 |
| Tracy Dasgupta | tracy.dasgupta@gmail.com | 68.00 | 68.00 |
| Tracy Liberatore | tracyliberatore@gmail.com | 28.00 | 28.00 |
| Tracy Mantel | italian_gem@hotmail.com | 100.00 | 100.00 |
| Tracy Peterson | tracypeterson2016@gmail.com | 145.00 | 145.00 |
| Tracy Schneider | tms1160@yahoo.com | 28.00 | 28.00 |
| Travis Smith | travis8000@gmail.com | 163.00 | 163.00 |
| Trestika Wilson | trestikawilson.tw@gmail.com | 33.00 | 33.00 |
| Trev Dearstyne | trevdear@udel.edu | 27.00 | 27.00 |
| Trevor Wood | tgwsixers@gmail.com | 33.00 | 33.00 |
| Tricia Bell | clarketricia@yahoo.com | 195.00 | 195.00 |
| Tricia Poindexter | tricia0113@yahoo.com | 22.00 | 22.00 |
| Tricia Stimac-Gartelmann | triciastimac@dvm.com | 28.00 | 28.00 |
| Tripti Ajgaonkar | itpirt@hotmail.com | 30.00 | 30.00 |
| Tristan Dixon | dixontristan8@gmail.com | 107.00 | 107.00 |
| Tung Tran | photimore@gmail.com | 59.00 | 59.00 |
| Tunisha Tandon | tunisha7000@yahoo.com | 66.00 | 66.00 |
| Tyler Girouard | tylerg0405@gmail.com | 418.00 | 418.00 |
| Tyler Keena | tkeena1@gmail.com | 124.00 | 124.00 |
| Udeni Moonesinghe | nareshmoon@aol.com | 28.00 | 28.00 |
| Urmil Shah | udshah@gmail.com | 50.00 | 50.00 |
| Urvana Traceymorse | urvana3@gmail.com | 22.00 | 22.00 |
| Valerie Simmons | valerie.simmons@hotmail.com | 66.00 | 66.00 |
| Valerie Strickland | valeriecstrickland@icloud.com | 20.00 | 20.00 |
| Vanessa Monico | monico.vanessa.m@gmail.com | 72.00 | 72.00 |
| Vas Vasiliadis | vas@exordium.com | 28.00 | 28.00 |
| Veling Tsai | velingtsai@gmail.com | 56.00 | 56.00 |
| Vicki Cohen | vkarasik08@gmail.com | 40.00 | 40.00 |
| Vicki Lynch | vicki4loans@sbcglobal.net | 56.00 | 56.00 |
| Vickie Lovin | vlovin54@gmail.com | 62.00 | 62.00 |
| Victor Lukyanov | vicluk887@gmail.com | 33.00 | 33.00 |
| Victor Oyadiji | voyadiji@gmail.com | 99.00 | 99.00 |
| Victoria Benden | v.benden@gmail.com | 29.00 | 29.00 |
| Victoria Bradford | vbradford.comfort@gmail.com | 70.00 | 70.00 |
| Victoria Mansoor | victoria.mansoor@gmail.com | 64.00 | 64.00 |
| Vikram Bellapravalu | vikram.bellapravalu@gmail.com | 95.00 | 95.00 |
| Vikram Marfatia | vsmarfatia@yahoo.com | 114.00 | 114.00 |
| Vikram Raj | vikram81087@gmail.com | 49.00 | 49.00 |

Phoeno Wine Company, Inc.

Schedule E - Deficit Customers - No Address

| Name | E-mail | ClaimAmt | PriorityAmt |
|------|--------|----------|-------------|
| Vincent Molinari | vmolinari730@gmail.com | 32.00 | 32.00 |
| Vinny Candela | vlme98@yahoo.it | 112.00 | 112.00 |
| Virginia Whitsitt | vwflightmemphis@gmail.com | 159.00 | 159.00 |
| Vu Nguy | nguyvuradio@gmail.com | 56.00 | 56.00 |
| Walter Mikulik | waltermikulik@sbcglobal.net | 84.00 | 84.00 |
| Wayne Powell | wayne.powell@noblenewyork.o | 76.00 | 76.00 |
| Wayne Reynolds | wc_reynolds@yahoo.com | 25.00 | 25.00 |
| Wehmeyer Wehmeyer | pwehmeyer@aol.com | 28.00 | 28.00 |
| Weiqian Ou | wei008@aol.com | 112.00 | 112.00 |
| Wendy Caperonis | wow1983@gmail.com | 28.00 | 28.00 |
| Wes Gotschall | wgotsch2@gmail.com | 20.00 | 20.00 |
| Wesley Kasubuchi | kasubuchi1@icloud.com | 32.00 | 32.00 |
| Westley Vermillion | wvermillion@gmail.com | 29.00 | 29.00 |
| Whit Pritchett | whitpritchett@gmail.com | 66.00 | 66.00 |
| Wilbur Lewis | windellao3@gmail.com | 30.00 | 30.00 |
| William Allen | newyorkbill194443@gmail.com | 33.00 | 33.00 |
| William Arata | aratalaw@bellsouth.net | 172.00 | 172.00 |
| William Brockett | wcbrockett@gmail.com | 56.00 | 56.00 |
| William Chang | williamhchang@mac.com | 139.00 | 139.00 |
| William Chang | drsbill@aol.com | 28.00 | 28.00 |
| William Dalton | daltonbill40@yahoo.com | 28.00 | 28.00 |
| William Frattalone | tadfrattalone@gmail.com | 28.00 | 28.00 |
| William Green | greenortho@mindspring.com | 28.00 | 28.00 |
| William Lavigne | wlavignemd@aol.com | 110.00 | 110.00 |
| William Lemaster | billlemaster21@icloud.com | 69.00 | 69.00 |
| William Liu | william@flyingkingus.com | 28.00 | 28.00 |
| William Mcbride | williamtymcbride@gmail.com | 28.00 | 28.00 |
| William Mulkeen | bill.mulkeen@gmail.com | 28.00 | 28.00 |
| William Otto | billybilt1@gmail.com | 99.00 | 99.00 |
| William Posey | bill_posey_7@msn.com | 56.00 | 56.00 |
| William Rapp | williamjrapp@yahoo.com | 56.00 | 56.00 |
| William Rehrig | ihategbugz@hotmail.com | 58.00 | 58.00 |
| William Schell | wjschell1@gmail.com | 28.00 | 28.00 |
| William Shaheen | billy@telesero.com | 56.00 | 56.00 |
| William Shiner | wshiner@shinergrp.com | 55.00 | 55.00 |
| William Slater | bslater58@gmail.com | 28.00 | 28.00 |
| William Urbanus | wfurbanus@comcast.net | 28.00 | 28.00 |
| William White | billwhite1479@yahoo.com | 140.00 | 140.00 |
| Winenot 519 | winenot519@gmail.com | 140.00 | 140.00 |
| Wray Tsuzaki | wtsuzaki@yahoo.com | 56.00 | 56.00 |
| Xanthe Ranger | xanthe.ranger@gmail.com | 33.00 | 33.00 |
| Xiangke Liu | liukier@hotmail.com | 87.00 | 87.00 |
| Xiaowei Liu | xiaoweiliumd@gmail.com | 29.00 | 29.00 |
| Yana Saavedra | yana_oe@hotmail.com | 56.00 | 56.00 |
| Yang Han | hhan2006@gmail.com | 56.00 | 56.00 |
| Yasmeen Neal | yasmeen.iqbal01@gmail.com | 60.00 | 60.00 |

Phoeno Wine Company, Inc.

Schedule E - Deficit Customers - No Address

| Name | E-mail | ClaimAmt | PriorityAmt |
|------|--------|----------|-------------|
| Yasmim Dukle | yasmim@maisweb.org | 84.00 | 84.00 |
| Yerbol Nurbatsin | yerbol@hotmail.com | 28.00 | 28.00 |
| Yingying Chen | yinging17@yahoo.com | 28.00 | 28.00 |
| Young Gary | iambrazenyoungs@aol.com | 132.00 | 132.00 |
| Yraika Avila | alex30davila@gmail.com | 28.00 | 28.00 |
| Yu Tanouchi | tano321@gmail.com | 156.00 | 156.00 |
| Yukiko Tsuda | yukiko881804@gmail.com | 56.00 | 56.00 |
| Yvonne Davis | yvonnedper@aol.com | 56.00 | 56.00 |
| Zac Minnix | xtwosixshootersx@aol.com | 66.00 | 66.00 |
| Zach Downtain | ucanfindzach@gmail.com | 112.00 | 112.00 |
| Zach Ewing | zewing77@gmail.com | 29.00 | 29.00 |
| Zach Roozeboom | zakatak222@gmail.com | 33.00 | 33.00 |
| Zach Sturm | zjsturm@gmail.com | 56.00 | 56.00 |
| Zane Gober | gobers7301@sbcglobal.net | 28.00 | 28.00 |
| Zhaotianren Yi | yutonaruu@gmail.com | 68.00 | 68.00 |
| Zhu Tailin | zhutailinapply@163.com | 33.00 | 33.00 |
| Zhuxuan Dong | carterdong@icloud.com | 140.00 | 140.00 |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|------|--------|----------|---------------|
| A Jayneterrago | jterrago1@gmail.com | 56.00 | Customer |
| A L | bookworm07@gmail.com | 129.00 | Customer |
| Aaron Babcock | akbabcock81@gmail.com | 28.00 | Customer |
| Aaron Marzwell | aaron.marzwell@gmail.com | 168.00 | Customer |
| Aaron Smith | asmith@aasmithcpa.com | 168.00 | Customer |
| Aaron Young | aaronyou22@yahoo.com | 384.00 | Customer |
| Abdul Rahkem | business808man@gmail.com | 132.00 | Customer |
| Adam Ainslie | adamainslie198907@gmail.com | 58.00 | Customer |
| Adam Amontea | cafcoadam@gmail.com | 300.00 | Customer |
| Adam Core | adamcore20@outlook.com | 50.00 | Customer |
| Adam Famularo | adam.famularo@gmail.com | 180.00 | Customer |
| Adam Wedekind | acwedekind@gmail.com | 29.00 | Customer |
| Adan Sprague | sprague ps@gmail.com | 336.00 | Customer |
| Adeleke Adeneye | adeowonola@gmail.com | 132.00 | Customer |
| Adelita Ferrell | drandmrsferrell@gmail.com | 112.00 | Customer |
| Adriana Keiser | colombiantiger@gmail.com | 580.00 | Customer |
| Adriana Marian | adrianam117@aol.com | 112.00 | Customer |
| Adriane Wright | bcadriane@yahoo.com | 99.00 | Customer |
| Adrianna Mason | adrianna.n.mason@gmail.com | 231.00 | Customer |
| Adrianne Shimek | adrianneshimek@sbcglobal.net | 112.00 | Customer |
| Aerial Adams | plight.nougat0c@icloud.com | 168.00 | Customer |
| Aerin Leland | aerin1234@hotmail.com | 198.00 | Customer |
| Agenor Santos | asgeneralconstruction@hotmail.com | 112.00 | Customer |
| Aggie Eckert | adziedziech@yahoo.com | 98.00 | Customer |
| Agnieszka Sadkowska | magicaga@aol.com | 112.00 | Customer |
| Aishi Liang | cloverl@126.com | 145.00 | Customer |
| Alan Dancyger | dancyger.alan@gmail.com | 670.00 | Customer |
| Alan Giroux | alang@fsgi.com | 329.00 | Customer |
| Alan Peters | alan@tarponindustries.com | 598.00 | Customer |
| Alane Ounjian | babyalane@gmail.com | 112.00 | Customer |
| Albert Fuhrman | arleon143@yahoo.com | 112.00 | Customer |
| Alberto ArapÃ© | albertoarapec@gmail.com | 84.00 | Customer |
| Alberto Macario | almac@att.net | 1,406.00 | Customer |
| Alberto Ruiz | ravenromeoruiz@gmail.com | 140.00 | Customer |
| Alejandrotorres Torres | alejandrotorres980@yahoo.com | 66.00 | Customer |
| Alethea Biondi | teabiondi@hotmail.com | 84.00 | Customer |
| Alex Ainslie | alexainslie04272022@yahoo.com | 55.00 | Customer |
| Alex Chavez | alexchavez1010@hotmail.com | 87.00 | Customer |
| Alex Clark | aaclark12@gmail.com | 310.00 | Customer |
| Alex Economos | alexeconomos@gmail.com | 966.00 | Customer |
| Alex Godios | wsetrojans27@yahoo.com | 33.00 | Customer |
| Alex Gogus | synergyvape@gmail.com | 830.00 | Customer |
| Alex Song | ssong1030@yahoo.com | 835.00 | Customer |
| Alexa Wilkins | schi1ale@icloud.com | 360.00 | Customer |
| Alexander Guerrero | anisley82@hotmail.com | 56.00 | Customer |
| Alexander Morris | morris.alexanderw@gmail.com | 110.00 | Customer |
| Alexander Salomon | asalomon@earthlink.net | 846.00 | Customer |
| Alexander Stavdal | alex@stavdal.us | 582.00 | Customer |
| Alexandersasha Kostic | skostic@me.com | 99.00 | Customer |
| Alexandra Elenis | alexandraelenis@yahoo.com | 56.00 | Customer |
| Alexandra Parish | parishclan@gmail.com | 151.00 | Customer |
| Alexandra Rodriguez | alexandraxrodriguez1@gmail.com | 84.00 | Customer |
| Alexandra Whitford | alexwhitford92@gmail.com | 112.00 | Customer |
| Alexis Cespedes | alexis11.ac@gmail.com | 150.00 | Customer |
| Alexis Sizemore | asizemore76@sbcglobal.net | 330.00 | Customer |
| Alfred Enoch | enochtex@gmail.com | 140.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|------|--------|---------:|---------------|
| Alfred Fiesel | alfredbfiesel@icloud.com | 198.00 | Customer |
| Ali Pir | alipirj7@gmail.com | 50.00 | Customer |
| Ali Searls | alisearls@gmail.com | 512.00 | Customer |
| Ali Stahley | abstahley@gmail.com | 114.00 | Customer |
| Alice Henshaw | avhenshaw@gmail.com | 430.00 | Customer |
| Alicia Feick | amfeick@yahoo.com | 0.00 | Customer |
| Alicia Kish | alicialkish@icloud.com | 350.00 | Customer |
| Alika Love | alimesh91@mail.ru | 58.00 | Customer |
| Alisha Fishwild | alishaayi@gmail.com | 60.00 | Customer |
| Alisha Fournier | fourniera1021@gmail.com | 424.00 | Customer |
| Alison Messerle | almess224@gmail.com | 212.00 | Customer |
| Allan Ota | oceans111955@yahoo.com | 199.00 | Customer |
| Allen Haff | allenhaff@outlook.com | 17.00 | Customer |
| Allison Bray | acoville@gmail.com | 120.00 | Customer |
| Allison Lanzi | adowgielewicz@hotmail.com | 308.00 | Customer |
| Allison Zimmer | alzimmer@gmail.com | 292.00 | Customer |
| Alma Franzoy | alma-franzoy@leavitt.com | 424.00 | Customer |
| Alyson Williams | alyson3williams@gmail.com | 33.00 | Customer |
| Am Ro | ama2468nda@gmail.com | 50.00 | Customer |
| Amanda Fried | amandafried2044@gmail.com | 0.00 | Customer |
| Amanda Mcguigan | amanda+t@undergroundcellar.com | 0.00 | Customer |
| Amanda Mckinnon | amshilling22@gmail.com | 280.00 | Customer |
| Amanda Miksanek | aeggert15@gmail.com | 57.00 | Customer |
| Amanda Negron | 1negrona@gmail.com | 174.00 | Customer |
| Amanda Smith | amandasmith435@gmail.com | 50.00 | Customer |
| Amanterflor Villanueva | amante.villanueva@homehealth4u.net | 360.00 | Customer |
| Amber Crow | amber.crow73@gmail.com | 272.00 | Customer |
| Amber Klink | amberharrisonklink@gmail.com | 282.00 | Customer |
| Amber Moyse | ambermoyse@sbcglobal.net | 84.00 | Customer |
| Amber Randon | arandon85@gmail.com | 289.00 | Customer |
| Amelia Hatchard | amelialagringa@icloud.com | 180.00 | Customer |
| Amie Milan | amiemmilan@gmail.com | 120.00 | Customer |
| Amit G | gulamit77@gmail.com | 297.00 | Customer |
| Amon Nickerson | amonjamal312@gmail.com | 150.00 | Customer |
| Amy Barnes | amybarnes379@gmail.com | 0.00 | Customer |
| Amy Chambers | amychambers1973@gmail.com | 175.00 | Customer |
| Amy Gokey | amygokeytx@gmail.com | 114.00 | Customer |
| Amy Hawkins | amykhawkins84@gmail.com | 280.00 | Customer |
| Amy Iannelli | fantasticfinishes13@yahoo.com | 140.00 | Customer |
| Amy Litz | amynan@comcast.net | 120.00 | Customer |
| Amy Sprengel | amysprengel@realtyexecutives.com | 112.00 | Customer |
| Amy Strassburger | amydstrass@hotmail.com | 112.00 | Customer |
| Amy Strausser | ibamy777@hotmail.com | 84.00 | Customer |
| Amy Tornquist | amy@wattsgrocery.com | 165.00 | Customer |
| Amy Viera | amygonzalez06@hotmail.com | 56.00 | Customer |
| Amy Villar | amyvillar02@yahoo.com | 297.00 | Customer |
| Ana Stasinoulias | tims@aegiswi.com | 112.00 | Customer |
| Ana Vidal | vidalana1@hotmail.com | 252.00 | Customer |
| Anand Sharma | asharma19737578@gmail.com | 90.00 | Customer |
| Anderson Jessica | jande315@gmail.com | 997.00 | Customer |
| Andhiny Louis | andhinylouis@gmail.com | 60.00 | Customer |
| Andra Carlson | andracarlson@hotmail.com | 402.00 | Customer |
| Andrea Davis | ajdavis1120@gmail.com | 594.00 | Customer |
| Andrea Mackey | anigiacalone@yahoo.com | 168.00 | Customer |
| Andrea Schultz | tietjana@aol.com | 1,888.00 | Customer |
| Andrea Tauber | aragland71@gmail.com | 84.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|------|--------|----------|---------------|
| Andrew Andrews-Ramirez | andrew.p.andrews@gmail.com | 84.00 | Customer |
| Andrew Blum | ablum14@gmail.com | 112.00 | Customer |
| Andrew Cha | andrew.cha@live.com | 266.00 | Customer |
| Andrew Ciavarelli | andrewciavarelli@gmail.com | 140.00 | Customer |
| Andrew Dodge | andrew@pfamerica.us | 987.00 | Customer |
| Andrew Dreisiger | andrew.dreisiger@gmail.com | 145.00 | Customer |
| Andrew Feldman | andrew@raddaprile.com | 405.00 | Customer |
| Andrew Hartsel | andrewhartsel@gmail.com | 140.00 | Customer |
| Andrew Hatzis | hatzis@sbcglobal.net | 114.00 | Customer |
| Andrew Kasper | 00drew@gmail.com | 112.00 | Customer |
| Andrew Kelly | andrew.w.kelly1@gmail.com | 370.00 | Customer |
| Andrew Levine | andrewlevine9@gmail.com | 889.00 | Customer |
| Andrew Magdy | magdyand@gmail.com | 140.00 | Customer |
| Andrew Mccoy | andrewfmccoy@gmail.com | 1,181.00 | Customer |
| Andrew Parsell | andrew@parsellfuneralhomes.com | 0.00 | Customer |
| Andrew Perry | acperry1315@yahoo.com | 140.00 | Customer |
| Andrew Rosen | andrew.rsn@gmail.com | 50.00 | Customer |
| Andrew Rowe | tiffany.bo.xu@gmail.com | 300.00 | Customer |
| Andrew Spanoudakis | ag.spanoudakis@gmail.com | 318.00 | Customer |
| Andrew Tikofsky | atikofsky@gmail.com | 60.00 | Customer |
| Andrew Wiedhopf | awiedhopf@gmail.com | 100.00 | Customer |
| Andrey Bukati | andrey@bukati.me | 165.00 | Customer |
| Andy Chou | andy.j.chou@gmail.com | 1,230.00 | Customer |
| Andy Funez | andyfunez75@gmail.com | 56.00 | Customer |
| Andy Kidd | britneylinn@hotmail.com | 50.00 | Customer |
| Andy Lam | lamandy207@gmail.com | 112.00 | Customer |
| Andy Ray | andy.hortons@sbcglobal.net | 276.00 | Customer |
| Ang Lastly | blt1055@students.pensacolastate.edu | 50.00 | Customer |
| Angel Kardaschow | angel@kardsinc.com | 120.00 | Customer |
| Angel Krusell | angel.krussell@gmail.com | 795.00 | Customer |
| Angel Mcanabal | angel_canabal@yahoo.com | 168.00 | Customer |
| Angel Santana | angelsantana641@gmail.com | 28.00 | Customer |
| Angela Dockendorf | amd7408@gmail.com | 140.00 | Customer |
| Angela Lee | akimlee1@gmail.com | 212.00 | Customer |
| Angela Pratt | aprattmd@aol.com | 300.00 | Customer |
| Angela Reddenjansen | amredden@swbell.net | 75.00 | Customer |
| Angelbert N. | anyuydze@yahoo.com | 165.00 | Customer |
| Angelique Fregoso | angeliquefregoso@yahoo.com | 632.00 | Customer |
| Angelique Schulze | aschulze@rimcocat.com | 99.00 | Customer |
| Anh Kent | annrph@gmail.com | 112.00 | Customer |
| Anil Arora | anilxarora@yahoo.com | 450.00 | Customer |
| Anis Chowdhury | anisrchy@yahoo.com | 308.00 | Customer |
| Anish Shah | mrshahman@gmail.com | 173.00 | Customer |
| Ann Cheney | ann.m.cheney@gmail.com | 140.00 | Customer |
| Ann Coyne | coyneannie@hotmail.com | 168.00 | Customer |
| Ann Gowgiel | agowgiel@tampabay.rr.com | 1,287.00 | Customer |
| Ann Stevens | annstev218@gmail.com | 168.00 | Customer |
| Anna Poplevina | apoplevina@gmail.com | 87.00 | Customer |
| Annabelle Bosch | anniekbosch@gmail.com | 140.00 | Customer |
| Annalisa Perez | annabperez72@gmail.com | 840.00 | Customer |
| Anne Grenier | agrenier13@gmail.com | 29.00 | Customer |
| Anne Mahoney | bethmahoney@bellsouth.net | 84.00 | Customer |
| Anne Mccormick | annewesberry@gmail.com | 22.00 | Customer |
| Anne Walker | annewalker89@yahoo.com | 140.00 | Customer |
| Annie Bell | cab2433@hotmail.com | 192.00 | Customer |
| Annie Lee | aychen98@yahoo.com | 140.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|------|--------|---------:|---------------|
| Annie Rousseau | black.flamingo@gmail.com | 644.00 | Customer |
| Anthony Arrighi | a.arrighi@yahoo.com | 112.00 | Customer |
| Anthony Bains | anthonybains@gmail.com | 815.00 | Customer |
| Anthony Barnes | chasewayint@mac.com | 165.00 | Customer |
| Anthony Brown | ajbrownie05@gmail.com | 112.00 | Customer |
| Anthony Dimatteo | tony_d@bellsouth.net | 532.00 | Customer |
| Anthony Jacobin | ajacobin@gmail.com | 811.00 | Customer |
| Anthony Tong | tgy.columbia@gmail.com | 67.00 | Customer |
| Antoine Roberson | antoineroberson61@gmail.com | 140.00 | Customer |
| Antoni Tong | tgy.duke@gmail.com | 190.00 | Customer |
| Antonio Bogi | antonio.bogi@ferrero.com | 198.00 | Customer |
| Antonio Rodriguez | tony@sunshineroofers.com | 84.00 | Customer |
| Anuj Jayakar | ajkar727@gmail.com | 2,466.00 | Customer |
| April Carroll | sapphirerising@outlook.com | 180.00 | Customer |
| April Dehlinger | aprildehlinger@yahoo.com | 99.00 | Customer |
| April Wang | hicyjia@gmail.com | 168.00 | Customer |
| Aqeelah Rahim | aqeelahrahim@gmail.com | 33.00 | Customer |
| Arbie Nguyen | arbienguyen@yahoo.com | 112.00 | Customer |
| Archibald Glover | ayeyours@aol.com | 1,145.00 | Customer |
| Ardel Reyes | reyesa31@gmail.com | 140.00 | Customer |
| Ari Cohen | aguttman@gmail.com | 168.00 | Customer |
| Arianna Stasinoulias | chilena96@hotmail.com | 180.00 | Customer |
| Arielle Forbes | ariforbes11@gmail.com | 140.00 | Customer |
| Aries Calingo | aries.calingo@gmail.com | 585.00 | Customer |
| Aristides Polanco | mrpolancoaffiliates@gmail.com | 66.00 | Customer |
| Arjun Singh | arjunsingh497@gmail.com | 119.00 | Customer |
| Armand Zaharian | az1770@icloud.com | 410.00 | Customer |
| Armando Solis | armandoj.solis0@icloud.com | 60.00 | Customer |
| Arshish Gupta | arshish@hotmail.com | 120.00 | Customer |
| Art Benson | artbenson@aol.com | 56.00 | Customer |
| Arthur Deych | movewitharthur@gmail.com | 84.00 | Customer |
| Arvind Trindade | arvind.trindade@gmail.com | 84.00 | Customer |
| Arvydas Saffari | axtreme7@gmail.com | 3,323.00 | Customer |
| Asa Brown | asa_brown@icloud.com | 58.00 | Customer |
| Ashenafi Demissie | ash@winnerlimo.com | 160.00 | Customer |
| Ashlee Barrera | ashlee.barrera@gmail.com | 300.00 | Customer |
| Ashlee Lee | ashleeharper@gmail.com | 180.00 | Customer |
| Ashlee Smith | asmith@ellissmithpolicy.com | 204.00 | Customer |
| Ashley Boyle | ashley@sonomawine.com | 58.00 | Customer |
| Ashley Connors | ashleyc@gmail.com | 50.00 | Customer |
| Ashley Mac | ashleymac2044@gmail.com | 27.00 | Customer |
| Ashley Moore | ashmcooper@gmail.com | 56.00 | Customer |
| Ashley Steven | ashleysteven2088@gmail.com | 0.00 | Customer |
| Ashley Viergever | aviergever@gmail.com | 56.00 | Customer |
| Ashley Wyatt | ashdwyatt@gmail.com | 170.00 | Customer |
| Ashlie Deilgat | ashliedm@hotmail.com | 125.00 | Customer |
| Ashok Kunver | ashokkunver@gmail.com | 264.00 | Customer |
| Athena Encarnacion | eytens18@yahoo.com | 95.00 | Customer |
| Audre Booker | audrelouise13@gmail.com | 174.00 | Customer |
| Aura Valdez | amvp123@gmail.com | 66.00 | Customer |
| Austin Clarkson | austinclarkson24@gmail.com | 168.00 | Customer |
| Avery Chern | averychern@gmail.com | 168.00 | Customer |
| Axmil Perez | perezaxmil@gmail.com | 168.00 | Customer |
| Aza Archakova | aza961@gmail.com | 132.00 | Customer |
| B C | bencoleman1223@gmail.com | 99.00 | Customer |
| Ba Mckee | bookplates@hullabaloobookco.com | 100.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|---|---|---|---|
| Baraka Nevels | bneve1970@gmail.com | 2,212.00 | Customer |
| Barbara Cavinessowens | barowens828@aol.com | 140.00 | Customer |
| Barbara Holthaus | bdholthaus@yahoo.com | 165.00 | Customer |
| Barbara Posillico | barbaraposillico@yahoo.com | 84.00 | Customer |
| Barbara Richards | brichards6960@gmail.com | 112.00 | Customer |
| Barbara Supergan | bsupergan@gmail.com | 84.00 | Customer |
| Barbie Metcalfe | barbiemoger@yahoo.com | 270.00 | Customer |
| Barnabaz Rodriguez | eagle_pride_03@hotmail.com | 66.00 | Customer |
| Barry Ryan | barry@associatesins.com | 56.00 | Customer |
| Barry Young | byoung1652@aol.com | 140.00 | Customer |
| Beatrice Fu | vs15gs@hotmail.com | 551.00 | Customer |
| Becky Bush | curveheater2@yahoo.com | 110.00 | Customer |
| Ben Nardella | bennardella@hotmail.com | 56.00 | Customer |
| Benjamin Chevere | bcheverem5@yahoo.com | 84.00 | Customer |
| Benjamin Hoffer | benchoffer@gmail.com | 360.00 | Customer |
| Benjamin Smelcer | ben@smelcerfamily.com | 29.00 | Customer |
| Benton Parkson | bentonparkpets@gmail.com | 55.00 | Customer |
| Berenice Tow | berenicetow@gmail.com | 140.00 | Customer |
| Bernard Going | bernardgoing01@gmail.com | 196.00 | Customer |
| Bernard Williams | bernardwilliams1969@gmail.com | 132.00 | Customer |
| Bert Tatsuta | b808777808@aol.com | 150.00 | Customer |
| Bertie Nel | bertie.j.nel@gmail.com | 96.00 | Customer |
| Besnik Qorrolli | besnikqorrolli@gmail.com | 45.00 | Customer |
| Beth Meek | bethmeek@comcast.net | 224.00 | Customer |
| Beth Perkins | bperk2016@gmail.com | 56.00 | Customer |
| Betsy Rothwell | rothwellslikewine@gmail.com | 20.00 | Customer |
| Better Booze | betterboozeandbourbon@gmail.com | 3,180.00 | Customer |
| Betty Sasenick | betty@fittex.com | 180.00 | Customer |
| Bev Skaggs | bevannskaggs@hotmail.com | 168.00 | Customer |
| Beverly Anderson | alaskabeverly65@gmail.com | 56.00 | Customer |
| Bill Hicks | bhicks0101@aol.com | 112.00 | Customer |
| Bill Novelline | bnovelline1940@icloud.com | 174.00 | Customer |
| Billie Groff | billie.groff@aol.com | 950.00 | Customer |
| Bin Zhong | lbzhong@sbcglobal.net | 116.00 | Customer |
| Binh Tran | wb11195@gmail.com | 168.00 | Customer |
| Bipin Patel | umabipin@yahoo.com | 114.00 | Customer |
| Birant Or | birantor@me.com | 586.00 | Customer |
| Blair Allison | ballison@cbboise.com | 84.00 | Customer |
| Blake Newell | blakenewell2bd@yahoo.com | 192.00 | Customer |
| Blake Riber | blake@seelbachs.com | 270.00 | Customer |
| Blake Young | tbyoung91@gmail.com | 401.00 | Customer |
| Bo Trasada | ttrasada@gmail.com | 132.00 | Customer |
| Bob Baker | b.baker@lagunaproperties.org | 84.00 | Customer |
| Bob Callahan | robfcal@gmail.com | 537.00 | Customer |
| Bob Ferguson | jrbobferguson@gmail.com | 168.00 | Customer |
| Bob Marsh | marshrig@gmail.com | 145.00 | Customer |
| Bob Montenegro | rmontene718@gmail.com | 102.00 | Customer |
| Bob Nichols | nichols1654@netzero.com | 769.00 | Customer |
| Bob Pillsbury | bpillsbury@lamoureuxford.com | 174.00 | Customer |
| Bob Severson | blsev6@yahoo.com | 56.00 | Customer |
| Bob Smith | bsmith2020@gmail.com | 25.00 | Customer |
| Bob Sullivan | sulfarms@aol.com | 196.00 | Customer |
| Bob Udell | bob.udell@me.com | 180.00 | Customer |
| Bobby Scarborough | bobbyscarb62@gmail.com | 150.00 | Customer |
| Bodie James | bodiejames99@hotmail.com | 50.00 | Customer |
| Boyd Bohlool | boyd.fariborz@gmail.com | 168.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|------|--------|----------|---------------|
| Bozenna Woynarowska | bkrealnet@yahoo.com | 112.00 | Customer |
| Brad Airing | brad21ta@gmail.com | 308.00 | Customer |
| Brad Glick | spinsking1103@aol.com | 510.00 | Customer |
| Brad Hoyt | b.hoyt@mchsi.com | 84.00 | Customer |
| Brad Mclain | bradmc18@hotmail.com | 56.00 | Customer |
| Bradley Dickey | bradley.dickey@outlook.com | 405.00 | Customer |
| Bradley Harmon | bradley.harmon.jr@gmail.com | 165.00 | Customer |
| Bradley Schwertner | bradley.schwertner@gmail.com | 50.00 | Customer |
| Brady Ballard | bradyaballard@yahoo.com | 145.00 | Customer |
| Brady Ohr | bradyohr@gmail.com | 1,224.00 | Customer |
| Brando Medina | brandomedina@mac.com | 132.00 | Customer |
| Brandon Collins | sulostrf@yahoo.com | 50.00 | Customer |
| Brandon Collins | bcollins5886@gmail.com | 50.00 | Customer |
| Brandon Dannog | bdannog@gmail.com | 1,240.00 | Customer |
| Brandon Fujii | brandonfujii@gmail.com | 0.00 | Customer |
| Brandon Kwanayajai | paul+acc2@rentspree.com | 50.00 | Customer |
| Brandon Preziosi | brandonpreziosi@gmail.com | 378.00 | Customer |
| Brandon Sellam | mastkaizer@gmail.com | 165.00 | Customer |
| Brandyn Payne | bp2975@gmail.com | 198.00 | Customer |
| Brannon Wickham | brannon.wickham@gmail.com | 381.00 | Customer |
| Breanna Parrottino | breannapollum@gmail.com | 112.00 | Customer |
| Brenda Heredia | brendaheredia@hotmail.com | 66.00 | Customer |
| Brenda Shine | brendashine@me.com | 358.00 | Customer |
| Brendan Colford | brcolford@gmail.com | 155.00 | Customer |
| Brendan Emerson | brendan.emerson@gmail.com | 372.00 | Customer |
| Brent Fields | fields@att.net | 84.00 | Customer |
| Brent Stiles | beestiles@gmail.com | 432.00 | Customer |
| Brent Zambon | zbone11@yahoo.com | 1,863.00 | Customer |
| Brett Beal | brett-beal@sandhills.com | 630.00 | Customer |
| Brett Boyer | bboyer72@gmail.com | 465.00 | Customer |
| Brett Cohen | cohen.brett.22@gmail.com | 391.00 | Customer |
| Brett Goodman | brettdgoodman@gmail.com | 403.00 | Customer |
| Brett Jones | jonesbj5@hotmail.com | 146.00 | Customer |
| Brett Pugh | bmpugh7@gmail.com | 276.00 | Customer |
| Brian Brennan | bbrennan4151@yahoo.com | 140.00 | Customer |
| Brian Cunningham | bc@thebriancunningham.com | 198.00 | Customer |
| Brian Devine | briankdevine@hotmail.com | 165.00 | Customer |
| Brian Donahue | bdabbey@verizon.net | 38.00 | Customer |
| Brian Douglas | brianpdouglas@yahoo.com | 1,393.00 | Customer |
| Brian Doyle | bdoyle82657@yahoo.com | 336.00 | Customer |
| Brian Feldman | brian@powermedia.net | 184.00 | Customer |
| Brian Gourley | bpgourley@yahoo.com | 310.00 | Customer |
| Brian Henley | drago2388@yahoo.com | 395.00 | Customer |
| Brian Hesseltine | bhesseltine@gohogwild.com | 110.00 | Customer |
| Brian Mcgrath | mcgrathelectric@me.com | 168.00 | Customer |
| Brian Mott | bmott@kearncreekholdings.com | 805.00 | Customer |
| Brian Nurse | brianknurse@gmail.com | 132.00 | Customer |
| Brian Schlatter | goliath@joink.com | 90.00 | Customer |
| Brian Shea | bshea127@gmail.com | 292.00 | Customer |
| Brian Shorthouse | briantshorthouse@gmail.com | 252.00 | Customer |
| Brian Stevenson | blstevenson17@gmail.com | 214.00 | Customer |
| Brian Toto | briantoto1966@gmail.com | 84.00 | Customer |
| Brian Tyluki | btyluki@hotmail.com | 174.00 | Customer |
| Brian Wilson | kosnmotion@gmail.com | 348.00 | Customer |
| Brian Zeiler | brian.zeiler18@gmail.com | 57.00 | Customer |
| Brigitte Kellar | kellabr1@gmail.com | 99.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|------|--------|----------|---------------|
| Brindha Sridhar | brinsvll@gmail.com | 242.00 | Customer |
| Brittney Simon | b.2252@yahoo.com | 112.00 | Customer |
| Broderick Solomon | mrbrodway@yahoo.com | 99.00 | Customer |
| Brooke Doerler | doerlerbrooke@gmail.com | 58.00 | Customer |
| Brooke Helton | bhelton195@gmail.com | 168.00 | Customer |
| Bruce Baker | bruce@brucebakermba.com | 125.00 | Customer |
| Bruce Bowen | ojaniozmel12@gmail.com | 112.00 | Customer |
| Bruce Droste | bdvoltt@gmail.com | 781.00 | Customer |
| Bruce Droste | bruce@voltt.org | 117.00 | Customer |
| Bruce Gelb | gelbmd@gmail.com | 145.00 | Customer |
| Bruce Halpern | brucehalp@att.net | 95.00 | Customer |
| Bruce Mullen | bmullen_ampf@yahoo.com | 280.00 | Customer |
| Bruce Orosz | borosz@actproductions.com | 132.00 | Customer |
| Bruce Pecaro | bp60045@gmail.com | 630.00 | Customer |
| Bruce Shaver | tbsusmc1110@yahoo.com | 1,394.00 | Customer |
| Bruce Smith | smith.bruce.r@gmail.com | 156.00 | Customer |
| Bryan Loughney | bryanloughney@me.com | 400.00 | Customer |
| Bryan Shanahan | bjshanahan1965@gmail.com | 1,567.00 | Customer |
| Bryce Sartin | brycejsartin@gmail.com | 330.00 | Customer |
| Buren Crawford | burencrawford@gmail.com | 1,185.00 | Customer |
| Burney Hiers | dhiers3@gmail.com | 112.00 | Customer |
| Cabrera Hector | hectorcabrera20@hotmail.com | 168.00 | Customer |
| Cade White | cade.white@hfw.com | 112.00 | Customer |
| Cali Ye | xwy1216@gmail.com | 145.00 | Customer |
| Callan Bolton | seabertc@gmail.com | 189.00 | Customer |
| Calvin Jones | celtics101@gmail.com | 56.00 | Customer |
| Cameron Capel | ccapel@capel.net | 1,269.00 | Customer |
| Cameron Demarche | cdemarche@comcast.net | 161.00 | Customer |
| Cameron Lee | cplee90@gmail.com | 260.00 | Customer |
| Camilla Rogers | cjrogers.law@gmail.com | 84.00 | Customer |
| Candra Huston | thevoluptuoustable@gmail.com | 120.00 | Customer |
| Cara Chernoff | carachernoff@yahoo.com | 380.00 | Customer |
| Carey Aiossa | careyaiossa@gmail.com | 1,212.00 | Customer |
| Carey King | lagunarose@comcast.net | 66.00 | Customer |
| Carissa Kozacek | ckozacek@shrwood.com | 36.00 | Customer |
| Carl Hanlon | carlh57@gmail.com | 168.00 | Customer |
| Carl Konecny | cmkonecny@cox.net | 84.00 | Customer |
| Carla Woodburne | cwoodburne@hotmail.com | 168.00 | Customer |
| Carley Bria | carley.bria@gmail.com | 324.00 | Customer |
| Carlos Broadbelt | carlosrbroadbelt@gmail.com | 132.00 | Customer |
| Carlos Cortez | carlos.cortezdds@yahoo.com | 33.00 | Customer |
| Carlos Velez | carvellaw39@yahoo.com | 66.00 | Customer |
| Carly Donnellan | carlydonnellan@gmail.com | 156.00 | Customer |
| Carmen Datorre | cochi402008@hotmail.com | 165.00 | Customer |
| Carmen Gambrill | carmensgallery@gmail.com | 180.00 | Customer |
| Carmina Aguiree | carminaaguirre@yahoo.com | 254.00 | Customer |
| Carnie Carpenter | carnie@willowbendranch.com | 112.00 | Customer |
| Carol Alwon | bill.schwamle@gmail.com | 228.00 | Customer |
| Carol Henderson | carolhiu2@gmail.com | 90.00 | Customer |
| Carol Lydiatt | calydiatt@gmail.com | 234.00 | Customer |
| Carol Mccarthy | carol.mccarthy1@gmail.com | 132.00 | Customer |
| Carol Meharry | cmeharry@schweigercc.com | 145.00 | Customer |
| Carol Ong | ccline-ong@mdlgroup.com | 84.00 | Customer |
| Carole Warren | carolewoil@yahoo.com | 121.00 | Customer |
| Carole Wilson | chase.2041@yahoo.com | 76.00 | Customer |
| Carolyn Manel | bunmaker2001@netscape.net | 164.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|---|---|---|---|
| Carolyn Salon-Beatingo | izeblu_gs@yahoo.com | 66.00 | Customer |
| Carolyn Yates | carolynhelmsyates@yahoo.com | 168.00 | Customer |
| Carrie Difranco | difrancocarrie@gmail.com | 112.00 | Customer |
| Carroll Decarle | cdecarle@verizon.net | 294.00 | Customer |
| Carson Jones | carson@sprig.com | 155.00 | Customer |
| Caryn Pace | caryn.pace@gmail.com | 75.00 | Customer |
| Casey Brown | caseybrown263@msn.com | 132.00 | Customer |
| Casey Worthy | caseyworthy10@yahoo.com | 66.00 | Customer |
| Cassi Hilton | cassicover@gmail.com | 178.00 | Customer |
| Cassidy Bayes | cassidybayes@icloud.com | 66.00 | Customer |
| Catharine Schubert | cathyschubert6@gmail.com | 140.00 | Customer |
| Catherine Durand | cmd9114@icloud.com | 48.00 | Customer |
| Catherine Dworaczyk | catlbusby@gmail.com | 145.00 | Customer |
| Catherine Frantz | cfrantz@nationalmaintsvc.com | 260.00 | Customer |
| Catherine Lees | clees2014@gmail.com | 64.00 | Customer |
| Catherine Moreland | wmore82998@q.com | 340.00 | Customer |
| Catherine Tomezsko | learyc@gmail.com | 224.00 | Customer |
| Catherine Vaughan | cathy@homeoffice.management | 112.00 | Customer |
| Cathy Hill | cathytighe@hotmail.com | 201.00 | Customer |
| Cathy Huffman | cshuff94561@yahoo.com | 168.00 | Customer |
| Cathy Kenton | cathy@kentonproperties.com | 189.00 | Customer |
| Cecil Moore | cmoore4@amfam.com | 66.00 | Customer |
| Cecily . | youhadmeatbordeaux@gmail.com | 198.00 | Customer |
| Celeste Fobia | cfobia3@msn.com | 66.00 | Customer |
| Chad Axford | chad.axford@yahoo.com | 360.00 | Customer |
| Chad Wilhelm | chad.wilhelm@hotmail.com | 5,097.00 | Customer |
| Chandra Tokala | tokala2011@gmail.com | 168.00 | Customer |
| Chao Koemheng | chaoheng_009@yahoo.com | 112.00 | Customer |
| Chara Mcmichael | charamac1@yahoo.com | 386.00 | Customer |
| Charity Candiotto | cacandiotto@yahoo.comt | 190.00 | Customer |
| Charles Benevento | encore3@aol.com | 140.00 | Customer |
| Charles Bosworth | cbosworth@bosworthcompanies.com | 140.00 | Customer |
| Charles Charles | spencer.lentz@gmail.com | 196.00 | Customer |
| Charles Glazer | charlie.glazer@gmail.com | 175.00 | Customer |
| Charles H. | howellgoog@gmail.com | 90.00 | Customer |
| Charles Harring | charlesharring3@gmail.com | 152.00 | Customer |
| Charles Raether | charles@amlawpro.com | 336.00 | Customer |
| Charles Turner | cat201@comcast.net | 140.00 | Customer |
| Charlie Luna | loveforbabysottile@gmail.com | 50.00 | Customer |
| Chase Anderson | chase.anderson89@gmail.com | 348.00 | Customer |
| Chase Clarke | chsclarke11@gmail.com | 307.00 | Customer |
| Chase Graham | graysock09@gmail.com | 1,368.00 | Customer |
| Chase Laplace | chaselaplace@live.com | 315.00 | Customer |
| Cheis Wood | cheiswood42@outlook.com | 26.00 | Customer |
| Chelsea Ferruzzi | chelsea.ferruzzi@gmail.com | 112.00 | Customer |
| Chelsea Hermann | cherm4@gmail.com | 150.00 | Customer |
| Chelsea Robinson | chelsea.robinson@gibsonsir.com | 84.00 | Customer |
| Chery Cator | cherylabc@aol.com | 168.00 | Customer |
| Cheryl Morrisondeutsch | cheryl357@mac.com | 87.00 | Customer |
| Cheryla Petry | nag3132@aol.com | 112.00 | Customer |
| Chester Kerr | avantikid63@yahoo.com | 168.00 | Customer |
| Chetarra Jenkins | chetarra@gmail.com | 132.00 | Customer |
| Chris Barkhordar | chrisbarkhordar@gmail.com | 33.00 | Customer |
| Chris Baxla | chrisbaxla2382@gmail.com | 250.00 | Customer |
| Chris Bouras | csbouras2017@gmail.com | 247.00 | Customer |
| Chris Cerwinski | chris.cerwinski@gmail.com | 81.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|---|---|---|---|
| Chris Coates | ccoates3@me.com | 297.00 | Customer |
| Chris Cobb | chriscobb001@comcast.net | 237.00 | Customer |
| Chris Conklin | conklincc@gmail.com | 140.00 | Customer |
| Chris Eddleman | chriseddleman3@gmail.com | 165.00 | Customer |
| Chris Fricke | frichris@gmail.com | 318.00 | Customer |
| Chris Hecht | christopherjhecht@gmail.com | 1,672.00 | Customer |
| Chris Hickey | larryluv116@yahoo.com | 396.00 | Customer |
| Chris Hogan | chrishogan19@gmail.com | 319.00 | Customer |
| Chris Kassity | ckassity@mcdnv.com | 140.00 | Customer |
| Chris Kohn | chris.kohn6@gmail.com | 174.00 | Customer |
| Chris Mcgee | geetcity3@gmail.com | 57.00 | Customer |
| Chris Mentzer | cmentzer0@gmail.com | 50.00 | Customer |
| Chris Roth | chrisdroth@yahoo.com | 352.00 | Customer |
| Chris Teachout | csteachout@gmail.com | 180.00 | Customer |
| Chris Williams | cjwilliams0013@gmail.com | 338.00 | Customer |
| Christen Maresma | christenceleste@gmail.com | 140.00 | Customer |
| Christian Srigley | cdsrigley@gmail.com | 540.00 | Customer |
| Christina Creecy | theokidokiest@gmail.com | 50.00 | Customer |
| Christina Xiao | christina.l.xiao@gmail.com | 66.00 | Customer |
| Christine Choi | cchoi224@gmail.com | 28.00 | Customer |
| Christine Day | c2day@icloud.com | 112.00 | Customer |
| Christine Diller | chrissie.diller@gmail.com | 106.00 | Customer |
| Christine Keihm | ckeihm@gmail.com | 231.00 | Customer |
| Christine Pan | christine_pan@hotmail.com | 168.00 | Customer |
| Christine Schrempf | cnyoon24@gmail.com | 161.00 | Customer |
| Christine Stevens | gabi34@aol.com | 140.00 | Customer |
| Christopher Angel | chrisangel65@yahoo.com | 454.00 | Customer |
| Christopher Apostle | cgapostle@me.com | 56.00 | Customer |
| Christopher Broich | christopherbroich@gmail.com | 145.00 | Customer |
| Christopher Bunn | cwbunn@att.net | 131.00 | Customer |
| Christopher Carroll | cscarroll@gmail.com | 112.00 | Customer |
| Christopher Carter | ccart1972@gmail.com | 140.00 | Customer |
| Christopher Egan | chris@chrisegan.com | 468.00 | Customer |
| Christopher Gordon | cleegord@umich.edu | 290.00 | Customer |
| Christopher Koehler | ckoehler917@gmail.com | 234.00 | Customer |
| Christopher Melnick | cjm77975@gmail.com | 127.00 | Customer |
| Christopher Petrancosta | christopher.petrancosta@gmail.com | 312.00 | Customer |
| Christopher Ravanello | christopherrav@gmail.com | 99.00 | Customer |
| Christopher Ray | csrnm59@gmail.com | 99.00 | Customer |
| Christopher Thomas | ct92109@att.net | 630.00 | Customer |
| Christy Austin | christyaustin8888@gmail.com | 99.00 | Customer |
| Christy Perez | christyias@aol.com | 160.00 | Customer |
| Cindy Craig | cg4549@aol.com | 180.00 | Customer |
| Cindy Creason | cindy.green26@yahoo.com | 515.00 | Customer |
| Cindy Halstead | halsteadsc@gmail.com | 140.00 | Customer |
| Cindy Jergan | cjergan@comcast.net | 291.00 | Customer |
| Cindy Kleinhans | cindy@kleinhansgroup.com | 112.00 | Customer |
| Cindy Pham | cindypham009@yahoo.com | 140.00 | Customer |
| Cindy Rutherford | cindyannrutherford@yahoo.com | 140.00 | Customer |
| Claire Eng | clairecruce25@gmail.com | 145.00 | Customer |
| Clarice Berkowitz | ccberky@gmail.com | 144.00 | Customer |
| Clarke Oreilly | cforeilly@mac.com | 330.00 | Customer |
| Claude Chirico | chirico5646@gmail.com | 90.00 | Customer |
| Claude Dupuis | dupuislc@bellsouth.net | 112.00 | Customer |
| Clayton Dornhorst | cdornhorst@gmail.com | 183.00 | Customer |
| Clifford Toran | toran478@gmail.com | 93.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|------|--------|----------|---------------|
| Clint Thomas | cthomas09090@hotmail.com | 192.00 | Customer |
| Clydie Williams | clydiewilliams18@gmail.com | 130.00 | Customer |
| Coleen Kumar | coleenkumar@aol.com | 168.00 | Customer |
| Colfer William | wcolfer@specialty-freight.com | 168.00 | Customer |
| Colin Davis | cbdavis.10@gmail.com | 360.00 | Customer |
| Collin Fingon | fingoncr@gmail.com | 57.00 | Customer |
| Collin Woods | collinwoodsexp@gmail.com | 124.00 | Customer |
| Connie Johnson | connie@findbigfish.net | 318.00 | Customer |
| Consuelo Paz | comoluna8@gmail.com | 198.00 | Customer |
| Corey Mims | coreymims@gmail.com | 165.00 | Customer |
| Corinne Kocher | pixeek02@comcast.net | 198.00 | Customer |
| Corryne Deliberto | corryne.deliberto@gmail.com | 204.00 | Customer |
| Courtney Casterlin | casterlin123@gmail.com | 25.00 | Customer |
| Courtney Gabriel | courtneygab@gmail.com | 56.00 | Customer |
| Courtney Smith | arizonacourtneysmith@gmail.com | 100.00 | Customer |
| Craig Butler | cmbutler111@gmail.com | 403.00 | Customer |
| Craig Schwartz | craigs@premiervb.com | 405.00 | Customer |
| Craig Simpson | sei_pitbulls@yahoo.com | 138.00 | Customer |
| Cristina Jocson | cmj6@hotmail.com | 198.00 | Customer |
| Crosby Ritter | crosbyritter@gmail.com | 100.00 | Customer |
| Crystal Dickerson | mrs.c.dickerson@gmail.com | 28.00 | Customer |
| Cullen Clark | cullenrclark@gmail.com | 392.00 | Customer |
| Cuong Hoang | cuong20@yahoo.com | 84.00 | Customer |
| Cuppy Connors | cathyconnorscrp@gmail.com | 495.00 | Customer |
| Curtis Lafferty | curtis.lafferty@gmail.com | 300.00 | Customer |
| Cynthia Ananian | cindy.ananian@gmail.com | 66.00 | Customer |
| Cynthia Hall | cscflowergirls89@gmail.com | 174.00 | Customer |
| Cynthia Kidwell | cindykidwell70@gmail.com | 306.00 | Customer |
| Cynthia Magestro | cynthiamagestro@gmail.com | 112.00 | Customer |
| Cynthia Oneal | cindyoneal01@gmail.com | 603.00 | Customer |
| Cynthia Roesler | d76c78@aol.com | 140.00 | Customer |
| D Woo | d.h.woo@sbcglobal.net | 252.00 | Customer |
| Daena Larson | dgl345@yahoo.com | 250.00 | Customer |
| Daisy Hui | daisymay226@gmail.com | 66.00 | Customer |
| Dale Hanson | dpchanson2@att.net | 84.00 | Customer |
| Dalida Aboubakare | dalida_aboubakare@ayhoo.com | 168.00 | Customer |
| Dallas Davisson | tpabucman@gmail.com | 198.00 | Customer |
| Dallas Doncic | dallas122522@gmail.com | 50.00 | Customer |
| Damian Alanis | alanis.engr@gmail.com | 140.00 | Customer |
| Damon Moore | ddmtwothree@gmail.com | 146.00 | Customer |
| Dan Beranek | dberanek@gmail.com | 204.00 | Customer |
| Dan Pisikian | danpisikian@gmail.com | 196.00 | Customer |
| Dan Smith | dsmith453@hotmail.com | 58.00 | Customer |
| Dan Stevenson | nyc202208@gmail.com | 50.00 | Customer |
| Dana Moreno | danalovely@gmail.com | 347.00 | Customer |
| Danbee Hwang | dhwang10@fordham.edu | 792.00 | Customer |
| Daniel Alonso | dafilippis@yahoo.com | 249.00 | Customer |
| Daniel Canty | dan@ellipsissecurity.com | 275.00 | Customer |
| Daniel Corrente | dcorrente@gmail.com | 84.00 | Customer |
| Daniel Formsma | dformsma@msn.com | 336.00 | Customer |
| Daniel Kim | dyskim21@gmail.com | 330.00 | Customer |
| Daniel Lambrecht | lambrecht_dan@yahoo.com | 322.00 | Customer |
| Daniel Lehane | dlehane4@gmail.com | 484.00 | Customer |
| Daniel Livschitz | dlivschitz@gmail.com | 132.00 | Customer |
| Daniel Malek | daniel.malek@icloud.com | 806.00 | Customer |
| Daniel Mccoy | dmccoy016@gmail.com | 595.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|------|--------|----------|---------------|
| Daniel Morrison | gillettedental@yahoo.com | 135.00 | Customer |
| Daniel Onyema | duonyema@yahoo.com | 38.00 | Customer |
| Daniel Smith | dansmithpwm@gmai.com | 38.00 | Customer |
| Daniel Turner | turnerdan1958@gmail.com | 84.00 | Customer |
| Danielle Benton | dlbenton17@gmail.com | 180.00 | Customer |
| Danielle Kanegai | d.kanegai.ms@gmail.com | 826.00 | Customer |
| Danielle Pray | daniellenpray07@yahoo.com | 343.00 | Customer |
| Danilo Coimbra | coimbracpi34@gmail.com | 252.00 | Customer |
| Danilo Zamora | ddzuro70@yahoo.com | 19.00 | Customer |
| Danny Wilcek | wilcekdanny@gmail.com | 50.00 | Customer |
| Dar Weiss | dar.weiss@yale.edu | 160.00 | Customer |
| Dara Behjat | darabehjat@comcast.net | 175.00 | Customer |
| Darlene Mcnamara | damcnamara@sbcglobal.net | 90.00 | Customer |
| Darra Robertson | darrarobertson@aol.com | 168.00 | Customer |
| Darren Foreaker | idjfi@me.com | 165.00 | Customer |
| Darrius Peoples | darriusp2002@yahoo.com | 945.00 | Customer |
| Daryl Spacciapolli | dspacc@netsync.net | 84.00 | Customer |
| Dave Carlson | davecarlson2022@gmail.com | 56.00 | Customer |
| Dave Lundstedt | dave.lundstedt@gmail.com | 140.00 | Customer |
| Dave Pickhardt | hpickoward@gmail.com | 180.00 | Customer |
| Dave Scanlin | davescanlin@yahoo.com | 84.00 | Customer |
| Dave Secrest | dsecrest49@hotmail.com | 563.00 | Customer |
| Dave Wesolowski | wpbdavid10725@gmail.com | 0.00 | Customer |
| David Arce | arce.david2010@gmail.com | 84.00 | Customer |
| David Ayre | ayrefam@sbcglobal.net | 84.00 | Customer |
| David Baxter | david@baxtercos.com | 310.00 | Customer |
| David Bolhorst | dbolhorst@gmail.com | 210.00 | Customer |
| David Braun | dave.braun@nexsyis.com | 724.00 | Customer |
| David Braun | braundt2000@yahoo.com | 600.00 | Customer |
| David Catania | pnt325@hotmail.com | 402.00 | Customer |
| David Catania | dcatania65@gmail.com | 116.00 | Customer |
| David Colin | dcolinceo@gmail.com | 384.00 | Customer |
| David Cox | dj.cox@hotmail.com | 56.00 | Customer |
| David Curri | david@waterfrontbrevard.com | 180.00 | Customer |
| David Deinzer | dave-steelaway@comcast.net | 202.00 | Customer |
| David Gracia | david.gracia1@icloud.com | 56.00 | Customer |
| David Gunn | dgunn@thebkco.com | 360.00 | Customer |
| David Helmbrecht | sobflochaching2@gmail.com | 116.00 | Customer |
| David Hopkins | david88hopkins@gmail.com | 66.00 | Customer |
| David Jaz | davidjaz70@outlook.com | 50.00 | Customer |
| David Krier | q9m7yf6rz1@outlook.com | 308.00 | Customer |
| David Kuntz | dtkuntz@westriv.com | 140.00 | Customer |
| David Looman | dlooman@sbcglobal.net | 218.00 | Customer |
| David Marcum | d_marcum@att.net | 232.00 | Customer |
| David Mcduffie | david_mcduffie@hotmail.com | 60.00 | Customer |
| David Meleca | dmeleca@meleca.com | 217.00 | Customer |
| David Michels | ultimate12006@yahoo.com | 316.00 | Customer |
| David Mullens | david.mullens@capitalone.com | 174.00 | Customer |
| David Palumbo | david@iceandfirekennels.com | 380.00 | Customer |
| David Pfister | drdavidapfister@gmail.com | 90.00 | Customer |
| David Pratson | daveriverside@comcast.net | 81.00 | Customer |
| David Radford | hifiguytn60@yahoo.com | 287.00 | Customer |
| David Rohlfing | david@davidrohlfing.com | 412.00 | Customer |
| David Russell | davidzrussell@gmail.com | 444.00 | Customer |
| David Silverman | silverman.email@gmail.com | 33.00 | Customer |
| David Stevenson | dasbellamore1@att.net | 168.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|------|--------|----------|---------------|
| David Sylvester | tuckedawayantiques@gmail.com | 2,036.00 | Customer |
| David Tappeiner | dtlawpartners1@gmail.com | 168.00 | Customer |
| David Thielen | dthielen73@yahoo.com | 56.00 | Customer |
| David Vickery | dlv@netonecom.net | 168.00 | Customer |
| David Ward | davidward417@gmail.com | 145.00 | Customer |
| David Watson | dbw313@outlook.com | 279.00 | Customer |
| David Williams | dkw002@aol.com | 330.00 | Customer |
| Dawn Bishop | bishopdawn71@gmail.com | 176.00 | Customer |
| Dawn Licker | quilterprincess@comcast.net | 56.00 | Customer |
| Dayce Schrieber | dayceonline@gmail.com | 444.00 | Customer |
| Dean Piger | dtiger12c@gmail.com | 112.00 | Customer |
| Deana Casamento | dcasamento@comcast.net | 168.00 | Customer |
| Deanna Puddy | deanna.puddy@gmail.com | 1,148.00 | Customer |
| Deb Bourke | debbi.bourke@gmail.com | 28.00 | Customer |
| Deb Johnson | debj1214@gmail.com | 140.00 | Customer |
| Debbie Clague | debbieclague@yahoo.com | 99.00 | Customer |
| Debbie Joaquin | dj091310@yahoo.com | 150.00 | Customer |
| Debbie Lemons-Hall | dlemonshall@gmail.com | 112.00 | Customer |
| Debbie Mckee | dmckee08@mac.com | 112.00 | Customer |
| Debbie Wald | jdawald@msn.com | 112.00 | Customer |
| Debby Mcgrath | dam0821@yahoo.com | 140.00 | Customer |
| Debi Ellingsworth | d39e@aol.com | 84.00 | Customer |
| Deborah Babb | woundnurse1@aol.com | 168.00 | Customer |
| Deborah Grigg | dcgrigg@bellsouth.net | 186.00 | Customer |
| Deborah Kreiger | dkreiger1@yahoo.com | 171.00 | Customer |
| Deborah Miller | chefdeborahny@gmail.com | 168.00 | Customer |
| Deborah Thomas | mifriend03@yahoo.com | 196.00 | Customer |
| Deborah Tracey | dtracey206@gmail.com | 165.00 | Customer |
| Debra Barlow | lowbarprods@gmail.com | 308.00 | Customer |
| Debra Harrs | debra15@msn.com | 168.00 | Customer |
| Debra Kidney | debykidney@gmail.com | 274.00 | Customer |
| Debra Sepulveda | knoquah@sbcglobal.net | 204.00 | Customer |
| Debra Wallace | debjcwall@aol.com | 84.00 | Customer |
| Deepak Talwar | deepaktalwarsr@gmail.com | 125.00 | Customer |
| Deividas Rusteika | k_deivis@yahoo.com | 380.00 | Customer |
| Denice Walker | denicem94@aol.com | 80.00 | Customer |
| Denisabel Deleon | denisabel01@gmail.com | 542.00 | Customer |
| Denise Brooks | d2brooks@comcast.net | 84.00 | Customer |
| Dennis Hzackerman | dzackerman@hotmail.com | 99.00 | Customer |
| Dennis Murray | dennisamurray7@gmail.com | 140.00 | Customer |
| Dennis Novello | dpnovello@gmail.com | 330.00 | Customer |
| Dennis Zackerman | dhzackman@hotmail.com | 66.00 | Customer |
| Derek Valencia | derekv1785@gmail.com | 132.00 | Customer |
| Deshawn Boswell | b72properties@gmail.com | 33.00 | Customer |
| Devin Hedman | dahedman@gmail.com | 90.00 | Customer |
| Devin Jeter | devinjeter@gmail.com | 50.00 | Customer |
| Devon Howard | devon.howard@firemancapital.com | 112.00 | Customer |
| Devon Roeshot | roeshotd@me.com | 330.00 | Customer |
| Devon Tran | danht888@yahoo.com | 336.00 | Customer |
| Dexter Zhou | qifengzhoufl@gmail.com | 0.00 | Customer |
| Dhaval Moogimane | moogimane@gmail.com | 515.00 | Customer |
| Dheeraj Soni | dheerajsoni@gmail.com | 328.00 | Customer |
| Di Haan | dihaan6655@outlook.com | 50.00 | Customer |
| Diana Aronin | daronin06@gmail.com | 168.00 | Customer |
| Diana Chen | miszde@gmail.com | 84.00 | Customer |
| Diane Finne | dcpolise@hotmail.com | 308.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|------|--------|----------|---------------|
| Diane Mcgrath | dilekas@hotmail.com | 140.00 | Customer |
| Diane Paton | kittyanddi@yahoo.com | 835.00 | Customer |
| Dianne Lipio-Talag | dianne_krizel@yahoo.com | 99.00 | Customer |
| Dileep Vasthare | dileep.vasthare@gmail.com | 15.00 | Customer |
| Dilraj Ghumman | dilrajghumman+wine@hotmail.com | 0.00 | Customer |
| Dimitroff Mark | mdimitroff00@gmail.com | 174.00 | Customer |
| Dinesh Goyal | dgoyal5055@gmail.com | 140.00 | Customer |
| Dirk Gill | dirk.gill@yahoo.com | 174.00 | Customer |
| Dirk Koopman | dirk@koopmanlumber.com | 1,620.00 | Customer |
| Diya P | pihudiya@gmail.com | 90.00 | Customer |
| Dmitry Epelboym | dmitryww@yahoo.com | 313.00 | Customer |
| Dolores Higgins | deehigginspix@yahoo.com | 66.00 | Customer |
| Domenico Perri | domenicoper818@gmail.com | 1,779.00 | Customer |
| Domingo Villarreal | mingo146@yahoo.com | 140.00 | Customer |
| Dominic M | dmorabe@gmail.com | 50.00 | Customer |
| Dominic O'reilly | dominic@annascider.com | 2,157.00 | Customer |
| Dominica Wambold | dywpromo@gmail.com | 66.00 | Customer |
| Don Coar | dec8826@sbcglobal.net | 468.00 | Customer |
| Don Owen | ddowen1@gmail.com | 848.00 | Customer |
| Donald Budmen | debudmen@ferrarafirm.com | 540.00 | Customer |
| Donald Burns | deburnsjr@gmail.com | 160.00 | Customer |
| Donald Cavanaugh | doncavanaugh@ymail.com | 66.00 | Customer |
| Donald Danielson | dcd9086@aol.com | 56.00 | Customer |
| Donald Fischer | donfischer55@gmail.com | 140.00 | Customer |
| Donald Johnson | dojcmm@yahoo.com | 112.00 | Customer |
| Donald Morroni | dsmorroni@gmail.com | 336.00 | Customer |
| Donald Ogden | dvo@pacbell.net | 168.00 | Customer |
| Donald Pennington | drp@tpins.com | 404.00 | Customer |
| Donald Spitzenberger | don.spitzenberger@gmail.com | 370.00 | Customer |
| Donna Finn | finstone@aol.com | 306.00 | Customer |
| Donna Hodges | donnathodges@gmail.com | 162.00 | Customer |
| Donna Ruth | karenmichaelxyz@gmail.com | 150.00 | Customer |
| Donna Sanchez | dksanchez55@yahoo.com | 112.00 | Customer |
| Doricel Aragon | aragondora@hotmail.com | 0.00 | Customer |
| Doug Hopman | dhopman@msn.com | 60.00 | Customer |
| Doug Matsui | isaobear@gmail.com | 204.00 | Customer |
| Doug Robinson | djrobinson6@msn.com | 250.00 | Customer |
| Drew Amnay | drew.amnay@gmail.com | 201.00 | Customer |
| Drew Matilsky | drew@drew88.com | 180.00 | Customer |
| Dries Molkens | dries.m@icloud.com | 507.00 | Customer |
| Drpeter Tomasello | bonedoc63@gmail.com | 192.00 | Customer |
| Duana Franco | francologistics@outlook.com | 165.00 | Customer |
| Duane Piguet | craig4@thepiguets.com | 62.00 | Customer |
| Duane Piguet | duane1@thepiguets.com | 0.00 | Customer |
| Dulcy Buchan | dbuchan99@sbcglobal.net | 168.00 | Customer |
| Duncan Winter | 05-gavels-voided@icloud.com | 306.00 | Customer |
| Dwight Newby | dwightnewby@hotmail.com | 120.00 | Customer |
| Dylan Penn | dylan.b.penn@gmail.com | 210.00 | Customer |
| E.S. Arora | ilsepleut@gmail.com | 252.00 | Customer |
| Eamonn Gunther | eamonngunther@gmail.com | 174.00 | Customer |
| Earl Lovell | earllovell@sbcglobal.net | 140.00 | Customer |
| Earl Lyons | earlflyons@gmail.com | 84.00 | Customer |
| Ed Danieli | eddanieli@yahoo.com | 120.00 | Customer |
| Ed Farrell | ejfarrell25@gmail.com | 1,906.00 | Customer |
| Ed Halpin | edhalpin@msn.com | 28.00 | Customer |
| Ed Slezinger | eslezinger@gmail.com | 366.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|------|--------|----------|---------------|
| Ed Sutton | aesras@yahoo.com | 174.00 | Customer |
| Eddie Arvesu | eddie@usconstructioncorp.com | 168.00 | Customer |
| Eddie Wilbanks | ewilbank@bellsouth.net | 425.00 | Customer |
| Eddy Chavartia | echavarria@beverlyhillslexus.com | 252.00 | Customer |
| Edgar Acuna | eacuna@aol.com | 140.00 | Customer |
| Edgar Randol | ed.randol@shimmick.com | 308.00 | Customer |
| Edith Almidani | ealmidani@yahoo.com | 84.00 | Customer |
| Eduardo Salazar | edsalazar1@yahoo.com | 2,043.00 | Customer |
| Eduardo Santos | egs1957@gmail.com | 297.00 | Customer |
| Edward Bernstein | sarge589@verizon.net | 105.00 | Customer |
| Edward Burke | eburke2@bellsouth.net | 112.00 | Customer |
| Edward Dixon | edward.dixon187@gmail.com | 33.00 | Customer |
| Edward Flanagan | edwardrobertflanagan@gmail.com | 174.00 | Customer |
| Edward Guanill | edguanill@gmail.com | 140.00 | Customer |
| Edward Havlik | havlik@midstatesd.net | 280.00 | Customer |
| Edward Lundberg | ed.a.lundberg@gmail.com | 228.00 | Customer |
| Edward Selby | eddieselby@msn.com | 112.00 | Customer |
| Edwin Bransome | edbbear@gmail.com | 165.00 | Customer |
| Eileen Schramm | eyeleenp@aol.com | 105.00 | Customer |
| Ekabutr Sirisuphang | ragravekungusa@gmail.com | 50.00 | Customer |
| Ekabutr Sirisuphang | ragrave@windowslive.com | 50.00 | Customer |
| Ekaterina Snisar | ekaterina_snisar@mail.ru | 56.00 | Customer |
| Elaine Danilowicz | efdanilowicz@gmail.com | 273.00 | Customer |
| Elaine Wargamurray | ewargamurr@gmail.com | 198.00 | Customer |
| Elan Keene | elankeene@gmail.com | 900.00 | Customer |
| Eli Haney | footballplyrdmh@aol.com | 50.00 | Customer |
| Elie Deshe | elie.deshe@gmail.com | 174.00 | Customer |
| Elina Spencer | elinaspencer@gmail.com | 99.00 | Customer |
| Elisa Flasko | eflasko@outlook.com | 171.00 | Customer |
| Elisabeth Agbor-Tabi | etabi@yahoo.com | 99.00 | Customer |
| Elisha Ogburn | elishaajo@yahoo.com | 262.00 | Customer |
| Elizabeth Compson | jpc34@comcast.net | 330.00 | Customer |
| Elizabeth Connor | elizabeth.lee.rob@gmail.com | 192.00 | Customer |
| Elizabeth Destefano | wagliz@gmail.com | 112.00 | Customer |
| Elizabeth Eldredge | eeldredge17@gmail.com | 0.00 | Customer |
| Elizabeth Ginty | bessginty@yahoo.com | 400.00 | Customer |
| Elizabeth Grant | cupe44@aol.com | 56.00 | Customer |
| Elizabeth Hall | espellmanhall@gmail.com | 235.00 | Customer |
| Elizabeth Hurd | elizabuffy@yahoo.com | 84.00 | Customer |
| Elizabeth Iglesias | elizabeth_iglesias@me.com | 405.00 | Customer |
| Elizabeth Jones | ewambsgans@gmail.com | 174.00 | Customer |
| Elizabeth Musto | emusto@gmail.com | 28.00 | Customer |
| Elizabeth Nguyen | elinguyen915@gmail.com | 204.00 | Customer |
| Elizabeth Okrepki | bethhagan19@gmail.com | 84.00 | Customer |
| Ellen David | ellendav@yahoo.com | 112.00 | Customer |
| Ellen Doiron | ellen39forever@gmail.com | 1,214.00 | Customer |
| Ellen Driggin | ebaron716@gmail.com | 140.00 | Customer |
| Ellen White | kansasedubs@gmail.com | 112.00 | Customer |
| Ellyn Thompson | ellyn.thompson@gmail.com | 84.00 | Customer |
| Elma Neudorf | elmaneudorf@hotmail.com | 0.00 | Customer |
| Elon Harrow | cutshort67@gmail.com | 50.00 | Customer |
| Elroy Lazaro | venuslaz@comcast.net | 140.00 | Customer |
| Em Saunier | emsaunier33@gmail.com | 180.00 | Customer |
| Emil Lee | uciehlee@gmail.com | 116.00 | Customer |
| Emilie Gallagher | emiliegall@gmail.com | 126.00 | Customer |
| Emilio Digitale | emiliodig27@gmail.com | 297.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|------|--------|----------|---------------|
| Emily Allen | emilyanderson86@gmail.com | 174.00 | Customer |
| Emily Beesley | ebatzer@gmail.com | 66.00 | Customer |
| Emily Camacho | emily.camacho@gmail.com | 168.00 | Customer |
| Emily Hough | emhough0429@gmail.com | 28.00 | Customer |
| Emily Nelson | emily@eknelsonconsulting.com | 171.00 | Customer |
| Emily Velez | emilytvelez@gmail.com | 150.00 | Customer |
| Emma Baly | emmabaly@hotmail.com | 165.00 | Customer |
| Emma Kemble | emmakemble1@gmail.com | 87.00 | Customer |
| Emma Stone | emmastone2015@gmail.com | 50.00 | Customer |
| Enrico Dinatale | enricod1@aol.com | 112.00 | Customer |
| Ephraim Jacob | eujac4653@aol.com | 198.00 | Customer |
| Er Jones | ejones3333@gmail.com | 0.00 | Customer |
| Eric Cabral | ericjcabral@yahoo.com | 364.00 | Customer |
| Eric Hagen | eric.hagen1@gmail.com | 0.00 | Customer |
| Eric Harris | eaharrisenterprise@gmail.com | 132.00 | Customer |
| Eric Hogan | eric.t.hogan@gmail.com | 28.00 | Customer |
| Eric Kirszenstein | eric3737@hotmail.com | 165.00 | Customer |
| Eric Klein | eklein82@gmail.com | 132.00 | Customer |
| Eric Knight | azknight@gmail.com | 190.00 | Customer |
| Eric Lind | lupis01@aol.com | 1,539.00 | Customer |
| Eric Morrison | ericmorrison_72@hotmail.com | 112.00 | Customer |
| Eric Nelson | ejnelson24@hotmail.com | 279.00 | Customer |
| Eric Otten | ericwotten@gmail.com | 105.00 | Customer |
| Eric Peters | erictoddpeters@gmail.com | 260.00 | Customer |
| Eric Rubin | ericlrubin@verizon.net | 180.00 | Customer |
| Eric Schroeder | ersbizmail@gmail.cm | 140.00 | Customer |
| Eric Unsinn | eric@lexinc.com | 84.00 | Customer |
| Erica Collins | elynnc1@gmail.com | 90.00 | Customer |
| Erica David | davidlionelleerica@gmail.com | 99.00 | Customer |
| Erica Heidler | erica.wilk@hotmail.com | 75.00 | Customer |
| Erica Kokkeby | erica.doebler@gmail.com | 300.00 | Customer |
| Erica White | ericarwhite@hotmail.com | 112.00 | Customer |
| Erick Brehob | brehoberick@gmail.com | 76.00 | Customer |
| Erik Larson | eriklarson5@gmail.com | 252.00 | Customer |
| Erik Palmer | erik_palmer10@yahoo.com | 168.00 | Customer |
| Erik Thomas | thomaea10@gmail.com | 336.00 | Customer |
| Erika Jordan | erikajordan1612@gmail.com | 150.00 | Customer |
| Erika Rich | elrich@ruwebby.com | 200.00 | Customer |
| Erin Cullen | ecullen8@gmail.com | 478.00 | Customer |
| Erin Hoffman | ekayehoff@gmail.com | 50.00 | Customer |
| Erin Lemmons | lemmonserin@gmail.com | 646.00 | Customer |
| Erin Scruggs | scruggs.erin@gmail.com | 132.00 | Customer |
| Erin Souza | erinmsouza@gmail.com | 186.00 | Customer |
| Erin Trueblood | erin_t22@yahoo.com | 320.00 | Customer |
| Esfandiar Akbarian | e.robert.akbarian@gmail.com | 976.00 | Customer |
| Esther Ndichu | endichu@gmail.com | 333.00 | Customer |
| Ethan Lubka | ethan.lubka@gmail.com | 194.00 | Customer |
| Ethan Olson | ethan.olson1@gmail.com | 78.00 | Customer |
| Eugene Krofah | ekrofah@me.com | 28.00 | Customer |
| Eugene Ng | zunoproductions@yahoo.com | 300.00 | Customer |
| Eurel Tobias | eureltobias@gmail.com | 548.00 | Customer |
| Eva Hagg | eva.withers@gmail.com | 112.00 | Customer |
| Evan Bledsoe | web9969@gmail.com | 367.00 | Customer |
| Evan Gutoff | evan.gutoff@gmail.com | 64.00 | Customer |
| Evan Okeefe | epo127@yahoo.com | 112.00 | Customer |
| Evelyn Fallassalese | eve11faro@hotmail.com | 112.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|------|--------|----------|---------------|
| Evelyn Hayle | thehaylegroup@yahoo.com | 132.00 | Customer |
| Evelyn Navarro | evelynnavarro833@hotmail.com | 33.00 | Customer |
| F Brown | freddibrown@comcast.net | 168.00 | Customer |
| Faith Roland | faithroland@live.com | 447.00 | Customer |
| Faiz Munib | hfezhfez215@gmail.com | 50.00 | Customer |
| Fareeha Arshad | fari324@comcast.net | 150.00 | Customer |
| Farhan Ahmed | fahmed1226@gmail.com | 241.00 | Customer |
| Fatema Arande | farande@gmail.com | 28.00 | Customer |
| Fatos Dervishi | fdervishi@dervishilaw.com | 168.00 | Customer |
| Federico Montero | montero.fj@gmail.com | 132.00 | Customer |
| Fidencio Flores | jr@daneliace.com | 130.00 | Customer |
| Fl Li | fan-li18@hotmail.com | 50.00 | Customer |
| Francine Cohn | mummum529@hotmail.com | 99.00 | Customer |
| Francis Hughes | francis21@duck.com | 819.00 | Customer |
| Francisco Ibarra | bhrnebraska@gmail.com | 66.00 | Customer |
| Frank Bao | windybao@hotmail.com | 95.00 | Customer |
| Frank Cleary | clearyfp62@gmail.com | 29.00 | Customer |
| Frank Garcia | eltigrillo2011@gmail.com | 112.00 | Customer |
| Frank Li | lifan.frank@gmail.com | 50.00 | Customer |
| Frank Loughlin | peakfundingny@aol.com | 132.00 | Customer |
| Frank Moore | fmoore2@gmail.com | 75.00 | Customer |
| Frank Pena | fpena@aol.com | 112.00 | Customer |
| Frank Wilcox | jester306aa@hotmail.com | 112.00 | Customer |
| Frankie Asher | basherwine4@gmail.com | 60.00 | Customer |
| Frankie Gerhardt | basherwine3@gmail.com | 55.00 | Customer |
| Frankie Ragets | f.ragets@gmail.com | 1,137.00 | Customer |
| Franklin Lee | basherwine6@gmail.com | 54.00 | Customer |
| Franklin Reed | franklinreed@gmail.com | 84.00 | Customer |
| Fred Odendahl | fromaco1380@gmail.com | 84.00 | Customer |
| Fred Urban | urban7777@aol.com | 150.00 | Customer |
| Fredah R | fredaraj@yahoo.com | 198.00 | Customer |
| Freddy Lewis | freddtplewis@gmail.com | 56.00 | Customer |
| Frederick Aguado | fredagguado@gmail.com | 56.00 | Customer |
| Frederick Kranz | rkranz73@gmail.com | 228.00 | Customer |
| Frederico Gomes | fbediaga@gmail.com | 112.00 | Customer |
| G Free | ggeraldfree@gmail.com | 210.00 | Customer |
| Gabe Pimenta | gabe.pimenta@gmail.com | 140.00 | Consideration |
| Gabriel Kangas | gjkangas@gmail.com | 105.00 | Customer |
| Gabrielle Goerke | gabriellegoerke@gmail.com | 255.00 | Customer |
| Gail Dunmyer | gaildunmyer@gmail.com | 283.00 | Customer |
| Gail Rosenthal | gail.rosenthal@gmail.com | 3,368.00 | Customer |
| Ganley Sandra | skymom1963@gmail.com | 140.00 | Customer |
| Garfield Persley | shongoto@bellsouth.net | 140.00 | Customer |
| Garrett Roscoe | gsroscoe@gmail.com | 359.00 | Customer |
| Garrick Tiplady | gtiplady@me.com | 371.00 | Customer |
| Gary Kaatz | gekaatz@gmail.com | 800.00 | Customer |
| Gary Owen | gary@oweninsurancegroup.net | 333.00 | Customer |
| Gary Patterson | garypattersonjr@att.net | 957.00 | Customer |
| Gary Smith | garycsmith@me.com | 84.00 | Customer |
| Gary Stamler | garystamler@me.com | 388.00 | Customer |
| Gary Stewart | bertrandbartok@gmail.com | 280.00 | Customer |
| Gary Whitaker | grwhitaker@gmail.com | 320.00 | Customer |
| Gauri Savant | gsavant@hotmail.com | 220.00 | Customer |
| Gen Alvarez | gen.alvarez@gmail.com | 300.00 | Customer |
| Gene Vernik | genevernik@sbcglobal.net | 112.00 | Customer |
| Genett Louis | pruone@aol.com | 84.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|---|---|---|---|
| Genevieve Poppe | genipoppe@gmail.com | 308.00 | Customer |
| Gennady Brin | gennady.brin@gmail.com | 168.00 | Customer |
| Geoff Ford | geford@gmail.com | 365.00 | Customer |
| Geoffrey Pryka | geoff859112@gmail.com | 84.00 | Customer |
| George Gary | k.apanaschik@gmail.com | 0.00 | Customer |
| George Lee | gylee1@gmail.com | 716.00 | Customer |
| George Montowski | gmontowski@underwritingpros.com | 5,320.00 | Customer |
| George Starkweather | kgstarkweather@hotmail.com | 42.00 | Customer |
| George Watts | gbwatts59@charter.net | 112.00 | Customer |
| George Young | uclagy@aol.com | 165.00 | Customer |
| Georgina Kesterson | drkesterson@pediatricsedation.com | 818.00 | Customer |
| Gerald Benjamin | geraldben@msn.com | 252.00 | Customer |
| Gerald Cattaneo | gercat02@yahoo.com | 56.00 | Customer |
| Gerald Dunne | gdunne@bellsouth.net | 58.00 | Customer |
| Gerald Wilks | wilks949@yahoo.com | 180.00 | Customer |
| Geraldine Lampkin | gclampkin.gl@gmail.com | 33.00 | Customer |
| Gerard Hickey | ghickey9@gmail.com | 64.00 | Customer |
| Gerardo Dona | gerardorafaeldona@gmail.com | 400.00 | Customer |
| Gheorghe Chisalita | gigiline.inc@gmail.com | 198.00 | Customer |
| Gian Rodriguez | rodriguez.gian.c@gmail.com | 146.00 | Customer |
| Giancarlo Ramirez | giancarlosrm@gmail.com | 1,652.00 | Customer |
| Gianfranco Galluzzo | frankgalluzzo@aol.com | 319.00 | Customer |
| Gigi Hafizi | gghafizi5@aol.com | 140.00 | Customer |
| Gilberto Hernandez | ghoseguera@gmail.com | 378.00 | Customer |
| Gina Becker | gbecker@lkwood.com | 150.00 | Customer |
| Gina Marsaglia | gina@pizzaport.com | 450.00 | Customer |
| Gina Tartaglia | drt@drtfamilymedicine.com | 75.00 | Customer |
| Ginette Beltre | gbeltre527@gmail.com | 156.00 | Customer |
| Giometti April | aprilgiometti@gmail.com | 548.00 | Customer |
| Glodek Kevin | kevinglodek@aol.com | 224.00 | Customer |
| Gordon Hamm | ghamm98290@aol.com | 112.00 | Customer |
| Grace Hinck | gahinck@icloud.com | 50.00 | Customer |
| Grace Moon | egraceny@gmail.com | 184.00 | Customer |
| Grace Wakamoto | grace_wakamoto@yahoo.com | 112.00 | Customer |
| Graeme Brown | gsrbrown@yahoo.com | 168.00 | Customer |
| Grant Davis | ghdavis1@att.net | 1,264.00 | Customer |
| Gray Farley | grayfarley@aol.com | 196.00 | Customer |
| Grazyna Wnuk | grazyna.wnuk@comcast.net | 165.00 | Customer |
| Greatwallchinesethaisushi Phaiboun | nikphaiboun@yahoo.com | 180.00 | Customer |
| Greg Gomolka | greggomolka@gmail.com | 112.00 | Customer |
| Greg Tofte | grtofte@icloud.com | 408.00 | Customer |
| Greg Young | grkuy19@yahoo.com | 218.00 | Customer |
| Gregorio Carino | gregjcarinojr@aol.com | 367.00 | Customer |
| Gregory Gonzales | saylorhendrix89@gmail.com | 120.00 | Customer |
| Gregory Stratton | gstratton50@yahoo.com | 99.00 | Customer |
| Gregory Zwick | gregz@signsmart.com | 468.00 | Customer |
| Gregpry Hughesgriffin | greg.griffin0918@gmail.com | 112.00 | Customer |
| Greta Stogner | greta@stognerinsurance.com | 165.00 | Customer |
| Grey Nina | greyonina@gmail.com | 150.00 | Customer |
| Gt Tong | gt2298@columbia.edu | 50.00 | Customer |
| Gumar Rakhimzhanov | ramug@mail.com | 168.00 | Customer |
| Guo Lam | sonny.lsonnylam@gmail.com | 168.00 | Customer |
| Gustavo Caldera | pokerkid3300@gmail.com | 128.00 | Customer |
| Gy Tong | guangyu.tong@duke.edu | 50.00 | Customer |
| Gyanendra Gupta | chefgg@masalahospitalitygroup.com | 180.00 | Customer |
| H.Dwain Riney | dwainandsandy@hotmail.com | 392.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
| --- | --- | --- | --- |
| Hackney Howard | hhackney@triaxpartners.com | 168.00 | Customer |
| Hamilton Houston | houston@colonialtx.com | 1,092.00 | Customer |
| Han Yunchun | evergreen0858@gmail.com | 180.00 | Customer |
| Haneka Goto | hanekainusa@gmail.com | 112.00 | Customer |
| Hank Lane | hlane@hanklane.com | 56.00 | Customer |
| Harold Archer | deleted-indygramps57@gmail.com | 168.00 | Customer |
| Harris Tulchin | harris@medialawyer.com | 368.00 | Customer |
| Heath Martin | heathmartin2001@gmail.com | 204.00 | Customer |
| Heather Allor | hmallor@gmail.com | 112.00 | Customer |
| Heather Coulter | heather.jill.coulter@gmail.com | 66.00 | Customer |
| Heather Dixon | heatherdixon@me.com | 184.00 | Customer |
| Heather Hatch | hhatch@bellsouth.net | 196.00 | Customer |
| Heather Held | hheld221@gmail.com | 140.00 | Customer |
| Heather Horen | hstone75@gmail.com | 112.00 | Customer |
| Heather Keays | heather@bestoflvhomes.com | 168.00 | Customer |
| Heather Louviere | hplatt82@gmail.com | 333.00 | Customer |
| Heather Mclay | heathermclay@hotmail.com | 140.00 | Customer |
| Heather Pena | heatherpena31@gmail.com | 486.00 | Customer |
| Heather Slivko-Bathurst | hss2132@gmail.com | 163.00 | Customer |
| Heather Versfeld | hlversfeld@gmail.com | 140.00 | Customer |
| Hector Escardo | hes@startdesigngroup.com | 252.00 | Customer |
| Hector Mercado | hjmdancinfool@yahoo.com | 180.00 | Customer |
| Heidi Fitzgerald | heidi_fitzgerald@urmc.rochester.edu | 254.00 | Customer |
| Heidi Gehart | heidigehart@gmail.com | 112.00 | Customer |
| Helen Mcdevitt | h.mcdevitt@sbcglobal.net | 84.00 | Customer |
| Henry Diamond | henryadiamond@gmail.com | 180.00 | Customer |
| Henry Kennedy | hkennedy280@gmail.com | 1,122.00 | Customer |
| Henry Li | henrytheli@gmail.com | 99.00 | Customer |
| Herbert Flack | shcc1997@gmail.com | 168.00 | Customer |
| HernÃin Delgado | hdelgad99@gmail.com | 112.00 | Customer |
| Hersh Narola | hersh.narola@yahoo.com | 55.00 | Customer |
| Hezekiah Griffiths | pulpitinntouch@yahoo.com | 56.00 | Customer |
| Hilary Orillion | h.a.orillion@gmail.com | 696.00 | Customer |
| Hilary Roschke | hilary.m.roschke@gmail.com | 324.00 | Customer |
| Hillary Nagy | hillary.a.nagy@gmail.com | 112.00 | Customer |
| Hoekzema Daniel | dhoekzema1@yahoo.com | 56.00 | Customer |
| Hohlbein Norbert | n.hohlbein@me.com | 112.00 | Customer |
| Holly Curley | smchrc80@aol.com | 140.00 | Customer |
| Holly Gorrell | hgorrell62@gmail.com | 60.00 | Customer |
| Homero Baeza | hbaeza07@aol.com | 216.00 | Customer |
| Hugh Hopkins | hdha320@mac.com | 196.00 | Customer |
| Hunica Melonson | hmelonson@yahoo.com | 0.00 | Customer |
| Huy Le | chic_man2001@yahoo.com | 272.00 | Customer |
| Huynh Nguyen | hnn_303@yahoo.com | 200.00 | Customer |
| Hyun Hong | ellison.h2m@gmail.com | 112.00 | Customer |
| Ian Machuca | imac0.13@gmail.com | 171.00 | Customer |
| Ian Peckage | ipeckag@yahoo.com | 130.00 | Customer |
| Ian Woie | ian.woie@gmail.com | 140.00 | Customer |
| Ichirew Kisei | aijirew_kisei@gmail.com | 50.00 | Customer |
| Iliana Anderson | iliana26@icloud.com | 165.00 | Customer |
| Ingrid Hernandez | ihernandez65@msn.com | 28.00 | Customer |
| Irene Gatt | igatt@aol.com | 112.00 | Customer |
| Irene Hardenbol | nienekeh@att.net | 165.00 | Customer |
| Irina Boyar | irinaboyar@gmail.com | 196.00 | Customer |
| Irinel Susan | irinel_susan@yahoo.com | 318.00 | Customer |
| Irvilene Gardner | irvgardner@gmail.com | 370.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|------|--------|----------|---------------|
| Ivan Diaz | id.subscriptions.01@gmail.com | 330.00 | Customer |
| Jachin Jenkins | jockandcrystal2022@gmail.com | 303.00 | Customer |
| Jacie Nguyen | jacie.t.nguyen@gmail.com | 168.00 | Customer |
| Jack Atkinson | jack@artsandfood.com | 165.00 | Customer |
| Jack Martin | jlmartin@eliteadvisorgroup.com | 1,082.00 | Customer |
| Jack Ward | ejthree1949@live.com | 84.00 | Customer |
| Jack Wise | drswise@bellsouth.net | 140.00 | Customer |
| Jacob Escobar | jacobescobar417@gmail.com | 50.00 | Customer |
| Jacob Hopp | hoppy5802.jh@gmail.com | 112.00 | Customer |
| Jacob Jones | jacobjones290@gmail.com | 198.00 | Customer |
| Jacob Mkline | j.m.kline@gmail.com | 180.00 | Customer |
| Jacob Reynolds | jacob.reynolds@caremax.com | 450.00 | Customer |
| Jacob Sean | jacobsean880@outlook.com | 100.00 | Customer |
| Jacqueline Dioguardi | jtd999@yahoo.com | 112.00 | Customer |
| Jacqueline Gillman | jgillman18@gmail.com | 252.00 | Customer |
| Jacqueline Perkins | jk.nash@yahoo.com | 1,643.00 | Customer |
| Jada Holt | jadavholt@gmail.com | 112.00 | Customer |
| Jaeseok Lee | jaylee.boston@gmail.com | 420.00 | Customer |
| Jaijai Mcclendonjones | mcclendonjai@gmail.com | 84.00 | Customer |
| Jake Lenchanko | jrlenchanko@gmail.com | 33.00 | Customer |
| Jakob Kamer | jkamer9@gmail.com | 0.00 | Customer |
| James Barbieri | jbrefu@gmail.com | 116.00 | Customer |
| James Bylund | jamesbylund@sbcglobal.net | 390.00 | Customer |
| James Clarke | jclarke@equitylendinggroup.com | 168.00 | Customer |
| James Cole | jamescole.law@gmail.com | 1,016.00 | Customer |
| James Cooper | jim@peritus-ventures.com | 112.00 | Customer |
| James Croul | jfcroul@aol.com | 112.00 | Customer |
| James Dake | jmdake@yahoo.com | 140.00 | Customer |
| James Downey | jdowney1216@gmail.com | 442.00 | Customer |
| James Farra | jamesfarra@yahoo.com | 140.00 | Customer |
| James Gray | jrgray1022@gmail.com | 140.00 | Customer |
| James Henry | jameshenryea@yahoo.com | 140.00 | Customer |
| James Hoffmann | kojikimo@gmail.com | 192.00 | Customer |
| James Mathews | kirkmathews@gmail.com | 280.00 | Customer |
| James Mcchesney | bwanadoc2000@yahoo.com | 100.00 | Customer |
| James Ming | jimming@comcast.net | 125.00 | Customer |
| James Morin | smorin@cmsprimary.com | 9,889.00 | Customer |
| James Sanford | dallarjim@icloud.com | 439.00 | Customer |
| James Skeele | jskeele@gmail.com | 168.00 | Customer |
| James St John | jcstj94@gmail.com | 145.00 | Customer |
| James Vanhook | kirk0290@gmail.com | 1,388.00 | Customer |
| James Wharam | jamesdwharam@yahoo.com | 90.00 | Customer |
| James Wheeler | rodeowaterfront@aol.com | 396.00 | Customer |
| James White | whiteja@realtracs.com | 198.00 | Customer |
| James White | james.white53@comcast.net | 140.00 | Customer |
| James Wimberley | jim@jwimberley.com | 120.00 | Customer |
| James Wood | jameswood436@outlook.com | 50.00 | Customer |
| Jamese Warren | fitguru@earthlink.net | 0.00 | Customer |
| Jamison Clouthier | sportzkido19@hotmail.com | 1,188.00 | Customer |
| Jamison Cronk | cronk_ffl@yahoo.com | 265.00 | Customer |
| Jan Mejias | janmejias@comcast.net | 168.00 | Customer |
| Jan Weiss | macrous@aol.com | 198.00 | Customer |
| Jana Iyer | iyer.n.jana@gmail.com | 84.00 | Customer |
| Jane Bohrer | bohrerbc2@gmail.com | 66.00 | Customer |
| Jane Cole | janecole@sc.rr.com | 174.00 | Customer |
| Janet Lair | pdlair77@sbcglobal.net | 640.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|------|--------|----------|---------------|
| Janet Marotta | marottafive@gmail.com | 112.00 | Customer |
| Janice Desir | jtdesir@gmail.com | 879.00 | Customer |
| Janice Favian | janicefavian@gmail.com | 87.00 | Customer |
| Janice Siegmundt | janice.actor@gmail.com | 66.00 | Customer |
| Janice Yates | janicerteacher@gmail.com | 140.00 | Customer |
| Jansen Klefeker | jansen@rogershealy.com | 112.00 | Customer |
| Jaramillo Stacy | jaramillo137@msn.com | 396.00 | Customer |
| Jared Givens | koreanjared@gmail.com | 87.00 | Customer |
| Jared Hires | strawberryoptimo@yahoo.com | 33.00 | Customer |
| Jared Wilkinson | wilkinja5@gmail.com | 1,230.00 | Customer |
| Jarret Kenning | mst3kenning@yahoo.com | 673.00 | Customer |
| Jarrett Gerlach | gerlach8@marshall.edu | 171.00 | Customer |
| Jarrod Imdacha | imdacha@msn.com | 64.00 | Customer |
| Jasmine Regerraia | yasminereger@hotmail.com | 299.00 | Customer |
| Jason Anucinski | 7985jmah@gmail.com | 112.00 | Customer |
| Jason Baran | jbaran1015@gmail.com | 198.00 | Customer |
| Jason Bell | jbell21@hotmail.com | 300.00 | Customer |
| Jason Cass | drjasoncass@gmail.com | 140.00 | Customer |
| Jason Cohen | jcohen628@gmail.com | 84.00 | Customer |
| Jason Kiolbasa | jkiolbasa88@gmail.com | 788.00 | Customer |
| Jason Phil | jasonphill1100@outlook.com | 55.00 | Customer |
| Jason Ray | jasontray84@gmail.com | 112.00 | Customer |
| Jason Rossman | jasonrossman@verizon.net | 643.00 | Customer |
| Jason Shultz | jasshultz@gmail.com | 125.00 | Customer |
| Jason Smith | jdsmth@gmail.com | 84.00 | Customer |
| Jason Wolgram | jwolgram@gmail.com | 330.00 | Customer |
| Jason Ziess | jasonrziess@gmail.com | 130.00 | Customer |
| Javier Reca | jarecabarren@gmail.com | 270.00 | Customer |
| Javier Sordomadaleno | jsordomb@gmail.com | 354.00 | Customer |
| Jay Andersen | jay_andersen@yahoo.com | 510.00 | Customer |
| Jay Calloway | jayc911@icloud.com | 208.00 | Customer |
| Jay Cannone | jay.cannone@raveis.com | 168.00 | Customer |
| Jay Gottleber | jgott77@gmail.com | 348.00 | Customer |
| Jay Harris | jzharris69@gmail.com | 198.00 | Customer |
| Jay Leek | skiduder@gmail.com | 540.00 | Customer |
| Jay Mayi | mayione15@gmail.com | 110.00 | Customer |
| Jay Wickham | genuindesign@gmail.com | 437.00 | Customer |
| Jayakumar Chelladurai | jkchelladurai@yahoo.com | 290.00 | Customer |
| Jaylon Brown | jaylonbrown2243@gmail.com | 50.00 | Customer |
| Jayme Westerfield | jayme3@cox.net | 168.00 | Customer |
| Jaymes Alexander-Cole | bigdaddy6823@gmail.com | 294.00 | Customer |
| Jean Karavidas | vintagebluejean@gmail.com | 423.00 | Customer |
| Jean Mckeen | mckeenlaw30@gmail.com | 112.00 | Customer |
| Jean Williams | williamsdobite@aol.com | 99.00 | Customer |
| Jean-Daniel Bourgeacq | jdbourgeacq@yahoo.com | 224.00 | Customer |
| Jeannie Kim | jjinny@me.com | 170.00 | Customer |
| Jeff Bolton | jeffbolton@hotmail.com | 1,100.00 | Customer |
| Jeff Cook | jeffcook24@gmail.com | 116.00 | Customer |
| Jeff Cory | jeffcory39@yahoo.com | 0.00 | Customer |
| Jeff Green | greendaddy0211@yahoo.com | 280.00 | Customer |
| Jeff Jackson | jrjackson1808@gmail.com | 4,406.00 | Customer |
| Jeff Mikesch | jeff@tervoagency.com | 140.00 | Customer |
| Jeff Ross | jross.next@gmail.com | 237.00 | Customer |
| Jeff Vandertoll | milinda0@aol.com | 168.00 | Customer |
| Jeffery Hellstrom | jhpsivtx@aol.com | 56.00 | Customer |
| Jeffery Newman | jeff@forkeddeer.com | 140.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|---|---|---|---|
| Jeffrey Adams | adamsjtdoc@gmail.com | 174.00 | Customer |
| Jeffrey Baldwin | chef.jeff.baldwin@comcast.net | 140.00 | Customer |
| Jeffrey Bedrick | bedrick@aol.com | 168.00 | Customer |
| Jeffrey Bendler | drjbendler@comcast.net | 210.00 | Customer |
| Jeffrey Ehart | jeff165@outlook.com | 112.00 | Customer |
| Jeffrey Field | jeff@fieldentertainment.net | 200.00 | Customer |
| Jeffrey Klips | jklips@cmforwarding.com | 120.00 | Customer |
| Jeffrey Lewis | jeffreylewis5@icloud.com | 155.00 | Customer |
| Jeffrey Licato | jr.licatoagency@gmail.com | 168.00 | Customer |
| Jeffrey Lieberman | jeffrey@lieberman.cc | 204.00 | Customer |
| Jeffrey Mount | mountjeff94@yahoo.com | 198.00 | Customer |
| Jeffrey Reed | jareedgoliath@yahoo.com | 140.00 | Customer |
| Jeffrey Schumacher | jschu2000@gmail.com | 275.00 | Customer |
| Jeffrey State | jeffreystate45@gmail.com | 26.00 | Customer |
| Jeffrey Thrasher | jthrasher03@gmail.com | 192.00 | Customer |
| Jeffrey Weiner | nuwammer@gmail.com | 76.00 | Customer |
| Jeffrey White | dwhite506@msn.com | 330.00 | Customer |
| Jenn Hollander | hollander514@gmail.com | 124.00 | Customer |
| Jenna Clayborn | jennaclayborn@gmail.com | 160.00 | Customer |
| Jenna Harmon | wigglesthepig@gmail.com | 28.00 | Customer |
| Jennifer Daly | jendalycfp@gmail.com | 168.00 | Customer |
| Jennifer Gateley | jkgateley@hotmail.com | 58.00 | Customer |
| Jennifer Gorky | jennifergorky@gmail.com | 165.00 | Customer |
| Jennifer Kepus | jennifer.kepus13@gmail.com | 448.00 | Customer |
| Jennifer Kosmas | jlkosmas@gmail.com | 28.00 | Customer |
| Jennifer Lenzo | jen1mortgage@yahoo.com | 112.00 | Customer |
| Jennifer Marzano | gabmarzano@yahoo.com | 116.00 | Customer |
| Jennifer May | beachlife032605@gmail.com | 192.00 | Customer |
| Jennifer Mcgurty | jennmcgurty@yahoo.com | 95.00 | Customer |
| Jennifer Mitchell | jennyblackall@yahoo.com | 125.00 | Customer |
| Jennifer Moak | jennmoak@yahoo.com | 120.00 | Customer |
| Jennifer Montanti | jennifermontanti@yahoo.com | 174.00 | Customer |
| Jennifer Sokira | nancydoback@gmail.com | 140.00 | Customer |
| Jennifer Vital | jenn.vital7@gmail.com | 120.00 | Customer |
| Jenniferwilliams Williams | jenniferwilliamsaz@yahoo.com | 168.00 | Customer |
| Jenny Sam | jennysam2332@outlook.com | 50.00 | Customer |
| Jeremy Davis | info@uedstudios.com | 66.00 | Customer |
| Jeremy Evans | jeremyevans1978@gmail.com | 905.00 | Customer |
| Jeremy Halbreich | halbreich@amercomm.com | 168.00 | Customer |
| Jeremy Livingston | livingston.jeremy@gmail.coml | 168.00 | Customer |
| Jeremy Shank | jpshank80@yahoo.com | 566.00 | Customer |
| Jeremy Stein | jerem0028@aol.com | 594.00 | Customer |
| Jeremy Yeung | jeremy.yeung@gmail.com | 547.00 | Customer |
| Jerome Silverman | siincno1@aol.com | 40.00 | Customer |
| Jerome Tang | coachjtang@gmail.com | 180.00 | Customer |
| Jerry Niswander | jnonfire@gmail.com | 145.00 | Customer |
| Jess Rosen | rosenj@gtlaw.com | 180.00 | Customer |
| Jesse Riewe | jdriewe@gmail.com | 224.00 | Customer |
| Jessica Albright | corrholdings2@gmail.com | 50.00 | Customer |
| Jessica Ambrogi | jessica.ambrogi@gmail.com | 240.00 | Customer |
| Jessica Chrisman | jessicachrisman02@gmail.com | 120.00 | Customer |
| Jessica Duplessie | jessicaduplessie@gmail.com | 198.00 | Customer |
| Jessica Friedli | gigiernst@gmail.com | 88.00 | Customer |
| Jessica Gerard | jessicagerard@rocketmail.com | 90.00 | Customer |
| Jessica Hernandez | jhdzmail@icloud.com | 56.00 | Customer |
| Jessica Knapp | jessica.knapp10@gmail.com | 112.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|---|---|---|---|
| Jessica Le | jessicangocle86@gmail.com | 140.00 | Customer |
| Jessica Long | jlong294@gmail.com | 125.00 | Customer |
| Jessica Nemani | jjonemani@gmail.com | 441.00 | Customer |
| Jessica Patrick | jessicaclairep13@gmail.com | 402.00 | Customer |
| Jessica Rabbit | jessicarabbit544@gmail.com | 27.00 | Customer |
| Jessica Sherwood | jess.sherwood@gmail.com | 132.00 | Customer |
| Jessicalynn Blair | jessica.lynn.blair1@gmail.com | 105.00 | Customer |
| Jesus Garcia | jesusgarcia.springs@gmail.com | 99.00 | Customer |
| Jian Zhuang | jian1688@hotmail.com | 168.00 | Customer |
| Jianwei Feng | dasheng98@gmail.com | 224.00 | Customer |
| Jill Clark | jill@pnwr.com | 112.00 | Customer |
| Jill Estrada | jckorzep@msn.com | 130.00 | Customer |
| Jill Fairchild | jill@fairchildbaldwin.com | 180.00 | Customer |
| Jill Rowan | jill@lemasconsulting.com | 66.00 | Customer |
| Jill Zyer | jillbenbennick@aol.com | 240.00 | Customer |
| Jillian Watson | jill@golden.ventures | 32.00 | Customer |
| Jim Mcgarry | jpmcgarry@optonline.net | 594.00 | Customer |
| Jim Peters | jimbpeters@gmail.com | 140.00 | Customer |
| Jim Snider | neuroexplosion@gmail.com | 140.00 | Customer |
| Jimmy Becker | beckerjimmy@gmail.com | 192.00 | Customer |
| Jimmy Howell | jimhowell17@gmail.com | 174.00 | Customer |
| Jimmy Leiva | jimmyleiva13@yahoo.com | 58.00 | Customer |
| Jimmy Saporito | jimmysaporito@gmail.com | 112.00 | Customer |
| Jineane Ali | jineaneali@gmail.com | 140.00 | Customer |
| Jing Wang | mby2000_66@hotmail.com | 84.00 | Customer |
| Jj Bausch | joannabausch@yahoo.com | 145.00 | Customer |
| Jo Frederiksen | jofrederiksen@yahoo.com | 453.00 | Customer |
| Jo Neau | janeau@comcast.net | 87.00 | Customer |
| Joan Mbrown | joan40luv@hotmail.com | 178.00 | Customer |
| Joanna Colella | jrohl94474@aol.com | 56.00 | Customer |
| Joanna Nelms | jmfunkmd@gmail.com | 892.00 | Customer |
| Joanne Gambacorta | joannegambacorta@aol.com | 58.00 | Customer |
| Joanne Kinyon | joannedkinyon@yahoo.com | 655.00 | Customer |
| Joanne Polanowski | jkpolano@hotmail.com | 180.00 | Customer |
| Jody Pahlavan | jpahlavan@hotmail.com | 112.00 | Customer |
| Joe Andrews | jandrews@cmm-perry.com | 180.00 | Customer |
| Joe Borino | healthinsurance355@gmail.com | 180.00 | Customer |
| Joe Cummings | joseph.cummings@axiomculinarydesign.com | 150.00 | Customer |
| Joe Davis | josephdemoret@yahoo.com | 168.00 | Customer |
| Joe Denneny | joedenneny@gmail.com | 168.00 | Customer |
| Joe Ditchett | pjditchett@hotmail.com | 112.00 | Customer |
| Joe Ganobsik | notredamejoeg@gmail.com | 110.00 | Customer |
| Joe Garvens | garvensheating@hotmail.com | 290.00 | Customer |
| Joe Hexom | jwhexom@yahoo.com | 1,967.00 | Customer |
| Joe Lyons | joelyons777@gmail.com | 210.00 | Customer |
| Joe Martin | jkmartin0934@gmail.com | 186.00 | Customer |
| Joe Talor | josephdavidtaylor@yahoo.com | 112.00 | Customer |
| Joe Turner | joe@jturnerfamily.com | 210.00 | Customer |
| Joel Tornabeni | joeltornabeni@gmail.com | 19.00 | Customer |
| Joey Ye | joeyye33@gmail.com | 56.00 | Customer |
| John Amme | johnra1095@gmail.com | 973.00 | Customer |
| John Baker | primebaker@gmail.com | 84.00 | Customer |
| John Balestriere | johnnybal81@yahoo.com | 140.00 | Customer |
| John Barksdale | john.barksdale@cbre.com | 310.00 | Customer |
| John Bernatz | armorjohn2@comcast.net | 414.00 | Customer |
| John Chong | johnchong1888@gmail.com | 84.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|------|--------|---------:|---------------|
| John Clark | robclark79@gmail.com | 381.00 | Customer |
| John Colfer | jcolfer@uslogisticsnj.com | 224.00 | Customer |
| John Cooper | jcserver001@gmail.com | 246.00 | Customer |
| John Dailey | dailem41@gmail.com | 112.00 | Customer |
| John Doe | tinderdoe90@gmail.com | 448.00 | Customer |
| John Doherty | jndoherty13@gmail.com | 168.00 | Customer |
| John Donaghy | jtdonaghy@msn.com | 603.00 | Customer |
| John Donato | jmdonato@me.com | 180.00 | Customer |
| John Donnelly | johncdonnelly@gmail.com | 895.00 | Customer |
| John Edwards | johnedwards@unitedbank.net | 1,160.00 | Customer |
| John Ferguson | john@fergusonpwm.com | 366.00 | Customer |
| John Fiacco | johnfiacco@gmail.com | 463.00 | Customer |
| John Flink | john@j2op.com | 112.00 | Customer |
| John Fraser | jackfraser@comcast.net | 703.00 | Customer |
| John Gagne | jgagne0677@gmail.com | 28.00 | Customer |
| John Gagnon | a1paintingcontractors@gmail.com | 38.00 | Customer |
| John Glavin | glavinjp@gmail.com | 168.00 | Customer |
| John Gupta | john.gupta@yahoo.com | 150.00 | Customer |
| John Hermanson | jghermanson@gmail.com | 72.00 | Customer |
| John Hsiao | jungjohnhsiao@gmail.com | 190.00 | Customer |
| John Keiter | johnkeiter@me.com | 302.00 | Customer |
| John Kinsella | johnkins@juno.com | 168.00 | Customer |
| John Kirwan | jkirwan@houstonian.com | 296.00 | Customer |
| John Lombardi | egglandman@yahoo.com | 168.00 | Customer |
| John Lomonte | john_lo_monte@snet.net | 168.00 | Customer |
| John Lord | johnlord@rhlco.com | 72.00 | Customer |
| John Macavoy | dmnono92@aim.com | 25.00 | Customer |
| John Macfarlane | 00.frolic-earful@icloud.com | 112.00 | Customer |
| John Mccormac | jemccormac@gmail.com | 684.00 | Customer |
| John Mccormac | jemccormac@yahoo.com | 112.00 | Customer |
| John Mei | johnmei@yahoo.com | 2,321.00 | Customer |
| John Moody | jmomoods@yahoo.com | 448.00 | Customer |
| John Richards | jsteverichards12@gmail.com | 336.00 | Customer |
| John Scott | wow.monkeys@gmail.com | 165.00 | Customer |
| John Self | jbself@outlook.com | 112.00 | Customer |
| John Soto | johntsoto@yahoo.com | 19.00 | Customer |
| John Stern | jaystern@mac.com | 140.00 | Customer |
| John Styles | jstylesjr@gmail.com | 174.00 | Customer |
| John Tarvin | jtarvin@culliganbloomington.com | 230.00 | Customer |
| John Thall | jathall@yahoo.com | 286.00 | Customer |
| John Varghese | johnvvarghese@aol.com | 96.00 | Customer |
| John Winberry | jwin@usa.com | 57.00 | Customer |
| John Zessin | z@polymerz.com | 240.00 | Customer |
| John-Harvard Reid | jhr212@yahoo.com | 130.00 | Customer |
| Johnnie Cisneros | johnniecisneros@gmail.com | 140.00 | Customer |
| Jon Duda | jonduda4@gmail.com | 261.00 | Customer |
| Jon Morace | jonmorace@yahoo.com | 198.00 | Customer |
| Jon Spheeris | jon@cb-elite.com | 56.00 | Customer |
| Jonathan Bunch | jonathanrbunch@gmail.com | 444.00 | Customer |
| Jonathan Crain | crain.jonathan@gmail.com | 434.00 | Customer |
| Jonathan Ellis | jbellis@gmail.com | 336.00 | Customer |
| Jonathan Hartofilis | hartofilis@gmail.com | 250.00 | Customer |
| Jonathan Kline | jonathan.b.kline@gmail.com | 84.00 | Customer |
| Jonathan Martin | jono_martin@yahoo.com | 132.00 | Customer |
| Jonathan Mason | nosam42@att.net | 140.00 | Customer |
| Jonathan Quinn | jonathanquinn2.0@gmail.com | 150.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|---|---|---|---|
| Jonathan Schoeff | jonschoeff@gmail.com | 1,004.00 | Customer |
| Jonathon Evans | jonathon.evans.45@gmail.com | 297.00 | Customer |
| Jonna Hood | jonnahood@gmail.com | 198.00 | Customer |
| Jordan Adams | adamsjordan78@yahoo.com | 150.00 | Customer |
| Jordan Couzens | jmcpj@yahoo.com | 276.00 | Customer |
| Jordan Mersky | jsmersky@aol.com | 220.00 | Customer |
| Jordan Page | jordan.andrew.page@gmail.com | 752.00 | Customer |
| Jordana Greggilbert | jordanapg@yahoo.com | 56.00 | Customer |
| Jorge Morales | jorgeom@earthlink.net | 33.00 | Customer |
| Jorge Partida | drjorge.partida@gmail.com | 330.00 | Customer |
| Jorge Solino | jorgesolino@yahoo.com | 28.00 | Customer |
| Jorgee Molina | coki2276@yahoo.com | 114.00 | Customer |
| Jose Barreto | felgratransportation@gmail.com | 450.00 | Customer |
| Jose Lopez | jayman1125@ymail.cim | 99.00 | Customer |
| Jose Perezocampo | josperoca@live.com | 198.00 | Customer |
| Jose Perezsabate | joseramon.perezsabate@gmail.com | 324.00 | Customer |
| Josec Gonzalez | smk201@msn.com | 140.00 | Customer |
| Joseph Bonafide | joebonafide@hotmail.com | 160.00 | Customer |
| Joseph Cronn | cronn12@hotmail.com | 140.00 | Customer |
| Joseph Dollak | su6jd@aol.com | 56.00 | Customer |
| Joseph Echegaray | sugaray89@yahoo.com | 84.00 | Customer |
| Joseph Foran | joseph.a.foran@gmail.com | 459.00 | Customer |
| Joseph Gibbs | topher.gibbs@gmail.com | 125.00 | Customer |
| Joseph Guilbeau | joseph.guilbeau1988@gmail.com | 198.00 | Customer |
| Joseph Guiliano | jguiliano@twc.com | 360.00 | Customer |
| Joseph Kelly | djkellytarz@earthlink.net | 80.00 | Customer |
| Joseph Maclellan | joemacucf@aol.com | 180.00 | Customer |
| Joseph Sabo | josephsabo100@gmail.com | 140.00 | Customer |
| Joseph Saladino | reliablehomeinspection@outlook.com | 66.00 | Customer |
| Joseph Shirtz | jshirtz2012@gmail.com | 925.00 | Customer |
| Joseph Tello | joetello51@yahoo.com | 409.00 | Customer |
| Joseph Tutrone | joet@emtexinc.com | 140.00 | Customer |
| Joseph Valandra | jmv1956@gmail.com | 28.00 | Customer |
| Josephine Kriley | j.kriley@comcast.net | 36.00 | Customer |
| Josephm Spillanejr | spills1117@yahoo.com | 326.00 | Customer |
| Josh Cohen | joshco77@gmail.com | 308.00 | Customer |
| Josh Fitzhugh | jmfitzhugh@gmail.com | 58.00 | Customer |
| Josh Klakring | jklakring@gmail.com | 162.00 | Customer |
| Josh Kornmann | joshkornmann@gmail.com | 192.00 | Customer |
| Josh Kretman | jkretman@gmail.com | 25.00 | Customer |
| Josh Zi | joshzi110@outlook.com | 50.00 | Customer |
| Joshua Taylor | taylo81@hotmail.com | 140.00 | Customer |
| Joshua Viera | jbviera@yahoo.com | 99.00 | Customer |
| Joy Ross | joy@styleitsalon.com | 140.00 | Customer |
| Joyce Etheridge | ebonejene@msn.com | 192.00 | Customer |
| Joyce Thomas | gailthomasadams@yahoo.com | 90.00 | Customer |
| Joyce Toth | joycerx@hotmail.com | 366.00 | Customer |
| Juan Dominguez | juancarlosdom1@hotmail.com | 366.00 | Customer |
| Juanita Pintane | juanitacpintane@gmail.com | 149.00 | Customer |
| Judi A | doctoraurora@aol.com | 210.00 | Customer |
| Judith Heller | jaheller1001@gmail.com | 168.00 | Customer |
| Judson Fisher | judfisher@ymail.com | 995.00 | Customer |
| Judy Bradicich | jmbradicich@yahoo.com | 84.00 | Customer |
| Judy Rokoff | judyrokoff@icloud.com | 132.00 | Customer |
| Jules Dumais | julesdumais@hotmail.com | 280.00 | Customer |
| Julia Danzl | jdanzl2020@gmail.com | 169.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|---|---|---|---|
| Julia Mulholland | jandjmulholland@msn.com | 1,442.00 | Customer |
| Julian Tan | jtsh88@yahoo.com | 244.00 | Customer |
| Juliana Dilloway | jedilloway22@gmail.com | 928.00 | Customer |
| Julianne Winter | julianne@clos.com | 0.00 | Customer |
| Julie Ingram | julieingram@gmail.com | 209.00 | Customer |
| Julie Martz | martz.m@sbcglobal.net | 190.00 | Customer |
| Julie Moradi | jamoradi@gmail.com | 1,172.00 | Customer |
| Julie Rupp | kidsrock@protonmail.com | 198.00 | Customer |
| Julie Wilcox | juliewilcoxlv@gmail.com | 1,593.00 | Customer |
| Julien Marot | marotjulien0@gmail.com | 894.00 | Customer |
| Julien Nassini | nassinijulien@gmail.com | 165.00 | Customer |
| Julien Neals | j.neals99@yahoo.com | 112.00 | Customer |
| Julio Diaz | payupsuka@me.com | 0.00 | Customer |
| Julio Matheus | julio@panamimport.com | 192.00 | Customer |
| Jumar Jones | jumarjones4@gmail.com | 0.00 | Customer |
| June Yuan | love_myenla@yahoo.com.hk | 152.00 | Customer |
| Jurgita Pavilonyte | tojurga@yahoo.com | 168.00 | Customer |
| Justin Christy | justinchristy30@gmail.com | 315.00 | Customer |
| Justin Cook | thesnowassassin@gmail.com | 2,281.00 | Customer |
| Justin Demps | justin.demps@gmail.com | 132.00 | Customer |
| Justin Holling | todd.holling@icloud.com | 162.00 | Customer |
| Justin Kulovsek | jkulovsek@gmail.com | 5,987.00 | Customer |
| Justin Martin | jrmartin0313@gmail.com | 434.00 | Customer |
| Justin Mccarthy | mccarj2@yahoo.com | 180.00 | Customer |
| Justin Moon | justin.mmoon@gmail.com | 412.00 | Customer |
| Justin Nystedt | justinnystedt@hotmail.com | 174.00 | Customer |
| Justin Schneider | zomourning33@hotmail.com | 0.00 | Customer |
| Justin Snider | justin.snider@gmail.com | 636.00 | Customer |
| Justin Willis | jmw80_99@yahoo.com | 160.00 | Customer |
| Justin Zoellner | sehnsuchtengeltier@msn.com | 252.00 | Customer |
| Jyotsna Khandekar | jonakhandekar@yahoo.com | 297.00 | Customer |
| K Biz | kosarbishop@gmail.com | 140.00 | Customer |
| Kai Lei | maggielei1990@gmail.com | 64.00 | Customer |
| Kailyn Garro | kailynagarro@gmail.com | 300.00 | Customer |
| Kaina Lavallart | kaina@kaina.com | 33.00 | Customer |
| Kaitlin Acquavella | kaitlinacquavella@yahoo.com | 169.00 | Customer |
| Kajari Shah | ktvohra@yahoo.com | 168.00 | Customer |
| Kamique Johnson | jkamique@yahoo.com | 99.00 | Customer |
| Kandie Vo | ktvo1980@yahoo.com | 140.00 | Customer |
| Kara Johnson | karaannaleigh@gmail.com | 87.00 | Customer |
| Kara Walsh | karaellen23@yahoo.com | 57.00 | Customer |
| Karen Boyd | karenboyd1955@yahoo.com | 168.00 | Customer |
| Karen Kobza | kkobza72@gmail.com | 140.00 | Customer |
| Karen Kubsch | kubschkaren@gmail.com | 84.00 | Customer |
| Karen Meenaghan | kmeenaghan@yahoo.com | 1,064.00 | Customer |
| Karen Merrill | karen.l.merrill@att.net | 444.00 | Customer |
| Karen Rosen | krosenslp@gmail.com | 50.00 | Customer |
| Karen Spencer | spencerdk6@aol.com | 280.00 | Customer |
| Kari Felde | kfelde2@gmail.com | 375.00 | Customer |
| Karim Yunez | yunezk@aol.com | 486.00 | Customer |
| Karl Kauffmann | kman34hof@gmail.com | 555.00 | Customer |
| Karl King | kking3156@gmail.com | 242.00 | Customer |
| Karma Forrestal | karmaforrestal@gmail.com | 168.00 | Customer |
| Kat Marckesano | npb.kmm@gmail.com | 153.00 | Customer |
| Kate Valles | katevalles@hotmail.com | 99.00 | Customer |
| Kateryna Pivtoran | hp33313@hotmail.com | 33.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|---|---|---|---|
| Katherin West | kwest050@gmail.com | 216.00 | Customer |
| Katherine Bartasevich | kbartasevich@gmail.com | 280.00 | Customer |
| Katherine Bouwer | katelbouwer@gmail.com | 239.00 | Customer |
| Katherine Doupe | msktrox@gmail.com | 937.00 | Customer |
| Katherine Hagg | katherinehagg@gmail.com | 512.00 | Customer |
| Katherine Ward | katedward@outlook.com | 271.00 | Customer |
| Kathleen Bowen | kathleen_bowen5@yahoo.com | 112.00 | Customer |
| Kathleen Brannigan | kbrannigan3401@gmail.com | 84.00 | Customer |
| Kathleen Conroy | katthy.conroy@gmail.com | 120.00 | Customer |
| Kathleen Hebert | chickee824@gmail.com | 112.00 | Customer |
| Kathleen Leoni | lionessllc@yahoo.com | 168.00 | Customer |
| Kathleen Oleary | okathy@msn.com | 398.00 | Customer |
| Kathleen Stigar | sedator99@gmail.com | 150.00 | Customer |
| Kathryn Daw | kt.a.daw@gmail.com | 80.00 | Customer |
| Kathryn Degraaff | kathryn.degraaff@gmail.com | 280.00 | Customer |
| Kathryn Shafer | katshafer@gmail.com | 883.00 | Customer |
| Kathryn Smith | kleith1@comcast.net | 0.00 | Customer |
| Kathy Emansfield | dr.kathy65@gmail.com | 112.00 | Customer |
| Kathy Ross | ksrossbus@gmail.com | 120.00 | Customer |
| Katie Ange-Felker | katieange720@yahoo.com | 170.00 | Customer |
| Katie Bachinski | kovatch9@gmail.com | 232.00 | Customer |
| Katie Cwikla | cwiklakatie@gmail.com | 310.00 | Customer |
| Katie Denglere | kyenns@hotmail.com | 120.00 | Customer |
| Katie Feagans | katie@feaganslawgroup.com | 333.00 | Customer |
| Katie Hamister | katie@hamistergroup.com | 112.00 | Customer |
| Katie Rehmert | crazykt@gmail.com | 66.00 | Customer |
| Katie Rogers | katiemcmullen@remax.net | 168.00 | Customer |
| Katie Waltrip | ksotiropoulos4@yahoo.com | 1,072.00 | Customer |
| Katrina Rote | katrinarotewp@gmail.com | 84.00 | Customer |
| Katy Solberg | jmsjs@ymail.com | 120.00 | Customer |
| Kay Allen | tropix1967@gmail.com | 140.00 | Customer |
| Kay Collier | hubbel.missy@yahoo.com | 140.00 | Customer |
| Kay Enfield | kayenfield@msn.com | 112.00 | Customer |
| Kayla Denk | jyd4@msn.com | 102.00 | Customer |
| Kaylee Casanova | kaylee_casanova@yahoo.com | 56.00 | Customer |
| Kayleigh Prophitt | kiprophitt@gmail.com | 84.00 | Customer |
| Kaylinn Hill-Woldt | kelseybo8@aol.com | 300.00 | Customer |
| Keith Berglund | keith@berglundgroup.com | 1,192.00 | Customer |
| Keith Jackson | keithjackson@roadrunner.com | 58.00 | Customer |
| Keith Kratz | terrybruckner24@yahoo.com | 174.00 | Customer |
| Keith Lloyd | keith_rl@msn.com | 425.00 | Customer |
| Keith Mitchell | loudinla@gmail.com | 165.00 | Customer |
| Keith Oâ€™connor | k.hurricanes@gmail.com | 28.00 | Customer |
| Keith Van Kerckhove | rvk@cinci.rr.com | 160.00 | Customer |
| Kelle Olsen | mywaxgirl@yahoo.com | 168.00 | Customer |
| Kelle Sewell | kellesewell712@att.net | 28.00 | Customer |
| Kelley Okeefe | kokee39@yahoo.com | 84.00 | Customer |
| Kelli Brown | kelli.castleberry@gmail.com | 209.00 | Customer |
| Kelli Morse | kelli.morse12@gmail.com | 168.00 | Customer |
| Kelli Phillips | theurbanhostessmedia@gmail.com | 240.00 | Customer |
| Kelly Cederstrom | kelly195@comcast.net | 140.00 | Customer |
| Kelly Eberle | eberle.kelly@gmail.com | 180.00 | Customer |
| Kelly Hagerty | kellyahagerty@gmail.com | 150.00 | Customer |
| Kelly Smithly | kellysmithly1675@gmail.com | 50.00 | Customer |
| Kelsey Raymond | kelsey@influenceandco.com | 140.00 | Customer |
| Kelsey323 Jackson | kjacks427@gmail.com | 4,322.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|------|--------|----------|---------------|
| Kelso Ballantyne | kelso50onsunrise@gmail.com | 145.00 | Customer |
| Kemmie Carrillo | kemturp@gmail.com | 99.00 | Customer |
| Ken Best | ken.reoteam@gmail.com | 198.00 | Customer |
| Ken Elder | kenelder34@bellsouth.net | 180.00 | Customer |
| Ken Mueller | muellernv@me.com | 372.00 | Customer |
| Ken Robertson | blackwalker0109@gmail.com | 408.00 | Customer |
| Ken White | kenw1107@mindspring.com | 140.00 | Customer |
| Kendall Ford | kendall.v.ford@gmail.com | 680.00 | Customer |
| Kendall Krielow | kendall.krielow@gmail.com | 314.00 | Customer |
| Kendall Zoll | kendallz_2012@hotmail.com | 416.00 | Customer |
| Kenn Frantz | kenn@sunken3.com | 2,567.00 | Customer |
| Kennedy Zarour | knzarour@gmail.com | 168.00 | Customer |
| Kenneth Jharvey | kenharvey1@ameritech.net | 252.00 | Customer |
| Kenneth Miller | kenmiller44@mac.com | 99.00 | Customer |
| Kenneth Podell | kpodell@sbcglobal.net | 114.00 | Customer |
| Kenneth Robertson | kennethsrobertson@gmail.com | 30.00 | Customer |
| Kenneth Vinnem | kvenom93@gmail.com | 140.00 | Customer |
| Kenny Milord | kenny.milord@gmail.com | 154.00 | Customer |
| Kent Doughty | rkdoughty@gmail.com | 168.00 | Customer |
| Kerry Grady | kgrady@gradycampbell.com | 84.00 | Customer |
| Kerry Kindle | kindlekerry@yahoo.com | 270.00 | Customer |
| Kerry Macdonald | kmac3690@aol.com | 140.00 | Customer |
| Kevin Arbeiter | kevinarbeiter@yahoo.com | 151.00 | Customer |
| Kevin Ashby | kevinashbymd@gmail.com | 232.00 | Customer |
| Kevin Bird | ksbird@wanasek.com | 112.00 | Customer |
| Kevin Choy | kwceye@yahoo.com | 84.00 | Customer |
| Kevin Cooke | cacooke96@yahoo.com | 160.00 | Customer |
| Kevin Dillon | kdillon10@cox.net | 70.00 | Customer |
| Kevin Fiske | kevfiske@gmail.com | 250.00 | Customer |
| Kevin Henderson | kevinshenderson@gmail.com | 528.00 | Customer |
| Kevin Hill | khill@remax.net | 600.00 | Customer |
| Kevin Hinkle | hinklefinancial@yahoo.com | 275.00 | Customer |
| Kevin Jackson | kjackson@geriatricsolutionsllc.com | 240.00 | Customer |
| Kevin Leung | buh_buh@hotmail.com | 750.00 | Customer |
| Kevin Lowe2nd | kjlowe0@gmail.com | 66.00 | Customer |
| Kevin Marshall | kmarshall@mutualperformanceholding.com | 140.00 | Customer |
| Kevin Mitchell | kdmitchell1992@hotmail.com | 56.00 | Customer |
| Kevin Pifer | kpifer@pifers.com | 308.00 | Customer |
| Kevin Snider | kippmason@aol.com | 33.00 | Customer |
| Kevin Taparausky | ktap458@gmail.com | 112.00 | Customer |
| Kevin Vandenheuvel | klvan01@hotmail.com | 408.00 | Customer |
| Keylla King | keyllaking@yahoo.com | 140.00 | Customer |
| Khai Pham | khaidinhpham@gmail.com | 170.00 | Customer |
| Khanh Tran | khanhcva75@yahoo.com | 168.00 | Customer |
| Khanh-Lien Banko | klbanko@gmail.com | 330.00 | Customer |
| Khris Sorgenfrei | knedam@yahoo.com | 87.00 | Customer |
| Khuong Luu | khuongluu99019@yahoo.com | 280.00 | Customer |
| Kijjapak Kitteungkijkaj | kkijjapak@gmail.com | 50.00 | Customer |
| Kim Battisti | kimbattisti@gmail.com | 336.00 | Customer |
| Kim Hansard | twinswing2@yahoo.com | 140.00 | Customer |
| Kim Kully | kimupcraft@gmail.com | 312.00 | Customer |
| Kim Swagger | karbizme@aol.com | 140.00 | Customer |
| Kimara Moodley | racers_savior_0d@icloud.com | 156.00 | Customer |
| Kimberly Davisrivizzigno | kimberlynatasha@gmail.com | 132.00 | Customer |
| Kimberly Gross | kblair91070@yahoo.com | 78.00 | Customer |
| Kimberly Mclaughlin | kimberlylmcl@gmail.com | 84.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|---|---|---|---|
| Kimberly Sanders | kimmysan14@gmail.com | 250.00 | Customer |
| Kimberly Simmons | kmbrlysmmns@gmail.com | 116.00 | Customer |
| Kimberly Wasson | kimberlywrasson@gmail.com | 84.00 | Customer |
| Kirian Muran-Deassereto | bella2619@hotmail.com | 96.00 | Customer |
| Kirk Stephens | ktsstep@sbcglobal.net | 135.00 | Customer |
| Kirsten Evangelista | farg03@yahoo.com | 198.00 | Customer |
| Klevis Tana | ktana25@yahoo.com | 0.00 | Customer |
| Konrad Jochum | krautiman@aol.com | 140.00 | Customer |
| Kris Wilson | kriswilson1977@gmail.com | 669.00 | Customer |
| Kristen Anderson | kristen@catch.co | 174.00 | Customer |
| Kristen Apanaschik | kristenapanaschik@gmail.com | 25.00 | Customer |
| Kristen Decato | kristen_decato@yahoo.com | 90.00 | Customer |
| Kristen Troesch | ktroesch1211@hotmail.com | 84.00 | Customer |
| Kristi Mathis | kristimariemathis@gmail.com | 326.00 | Customer |
| Kristianna Lee | tmmhkcs@gmail.com | 270.00 | Customer |
| Kristin Ciccarelli | kristin@ciccarelli.us | 268.00 | Customer |
| Kristin Linde | klinde94@gmail.com | 120.00 | Customer |
| Kristin Maggi | maggi11715@gmail.com | 100.00 | Customer |
| Kristin Ngo | prokristination@gmail.com | 130.00 | Customer |
| Kristin Stassenhowell | unitedatlst@yahoo.com | 792.00 | Customer |
| Kristin Vick | kristinvick715@gmail.com | 96.00 | Customer |
| Kristina Carper | tudyorme@hotmail.com | 280.00 | Customer |
| Kunal Jariwala | kunalmj@hotmail.com | 266.00 | Customer |
| Kurt Doyle | kurtdoyle_2000@yahoo.com | 305.00 | Customer |
| Kurtis Bowman | bowmangolfdesign@gmail.com | 112.00 | Customer |
| Kyle Anderson | kyle@ssw77.com | 145.00 | Customer |
| Kyle Johnson | kjjohnson83@gmail.com | 105.00 | Customer |
| Kyle Taylor | mailkdt@gmail.com | 84.00 | Customer |
| Kyle Weaver | aigkyle@gmail.com | 170.00 | Customer |
| Kym Sorenson | kelso629@gmail.com | 84.00 | Customer |
| Laila Runa | runal7456@gmail.com | 168.00 | Customer |
| Laishan Leung | lleun321@gmail.com | 256.00 | Customer |
| Lamont Jessop | savvy190@gmail.com | 147.00 | Customer |
| Lance Rabehl | ljrabehl@charter.net | 168.00 | Customer |
| Lara Olinger | lara_olinger@hotmail.com | 902.00 | Customer |
| Larnelle Bush | larnellebush@yahoo.com | 198.00 | Customer |
| Larry Bensel | bensel@popkinre.com | 168.00 | Customer |
| Larry Gottlieb | eyecapt@gmail.com | 252.00 | Customer |
| Larry Hall | larryhallcarguy@gmail.com | 140.00 | Customer |
| Larry Hanson | lhhanson@bellsouth.net | 1,364.00 | Customer |
| Larry Krim | lawrencekrim@gmail.com | 150.00 | Customer |
| Larry Orecklin | lmorecklin@yahoo.com | 140.00 | Customer |
| Larry Phillips | larryp07@comcast.net | 769.00 | Customer |
| Larry Vines | larryvines7@gmail.com | 112.00 | Customer |
| Lasonya Natividad | lasonyafleming@gmail.com | 112.00 | Customer |
| Laura Bauer | noon.laura@gmail.com | 179.00 | Customer |
| Laura Clark | ljclark2590@gmail.com | 492.00 | Customer |
| Laura Shields | 1thankfulgal@gmail.com | 84.00 | Customer |
| Lauren Capen | lauren.rothe@gmail.com | 228.00 | Customer |
| Lauren Hackford | lauren.hackford@gmail.com | 90.00 | Customer |
| Lauren Moore | lsheldon7@gmail.com | 90.00 | Customer |
| Laurence Dimauro | larrybeta@yahoo.com | 466.00 | Customer |
| Lauri Andrukat | lkakat@stny.rr.com | 282.00 | Customer |
| Laurie Garcia | laurielucas143@gmail.com | 234.00 | Customer |
| Laurie Gyles | lgyles.pc@yahoo.com | 126.00 | Customer |
| Laurie Lach | lauriesheridan.lach@gmail.com | 140.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|------|--------|----------|---------------|
| Laurie Taboulet | lauriestelle@aol.com | 66.00 | Customer |
| Lawrence Munger | larbear7645@gmail.com | 150.00 | Customer |
| Lawrence Pleis | ljpleis3@gmail.com | 310.00 | Customer |
| Lawrence Sparks | larrysparks12@yahoo.com | 112.00 | Customer |
| Lawrence Tang | superslug2@gmail.com | 112.00 | Customer |
| Leah Richardson | leahdrichardson18@gmail.com | 232.00 | Customer |
| Lee Holdsworth | leehworth184@gmail.com | 420.00 | Customer |
| Leigh Fletcher | leighfletcher530@yahoo.com | 1,369.00 | Customer |
| Leighanne Self | leighanneanne@yahoo.com | 112.00 | Customer |
| Leila Aboujokh | jokhleila20@gmail.com | 132.00 | Customer |
| Leila Cruz | leilacruz1@hotmail.com | 140.00 | Customer |
| Leila Lewkowitz | leila_lewkowitz@hotmail.com | 84.00 | Customer |
| Leisha Evangelho | leisha279@gmail.com | 308.00 | Customer |
| Leo Ellis | leoellis191435@gmail.com | 198.00 | Customer |
| Leon Rozenfeld | lrozenfeld75@gmail.com | 75.00 | Customer |
| Leonardo Babaj | leonardobabaj@gmail.com | 168.00 | Customer |
| Leov. Shebalin | leovshebalin@yahoo.com | 112.00 | Customer |
| Lesha Zimmerman | lzimmerman17@yahoo.com | 149.00 | Customer |
| Leslie Duran | nbvolleyballchic@gmail.com | 28.00 | Customer |
| Leslie James | leslie_moniz@yahoo.com | 100.00 | Customer |
| Leslie Julian | lesjulian@comcast.net | 165.00 | Customer |
| Leslie Norman | norman.leslie@sbcglobal.net | 56.00 | Customer |
| Lev Khalfin | lionofriga1@gmail.com | 112.00 | Customer |
| Levan Thomas | levanslogins@gmail.com | 156.00 | Customer |
| Levbanker Levbanker | nbclubevents@gmail.com | 0.00 | Customer |
| Liam Cam | liamcam76@yahoo.com | 50.00 | Customer |
| Liam Clark | liameclark@mac.com | 378.00 | Customer |
| Linda Akerson | lindaakerson@outlook.com | 325.00 | Customer |
| Linda Corpuz | lchomes@yahoo.com | 144.00 | Customer |
| Linda Mallard | lindamallard66@gmail.com | 160.00 | Customer |
| Lindsay Goldman | lsgoldm@gmail.com | 120.00 | Customer |
| Lindsay Moses | rtm@americanpackaging.net | 150.00 | Customer |
| Lindsay Pride | lindsayjonell@yahoo.com | 180.00 | Customer |
| Lindsey Brown | lbrown2996@gmail.com | 226.00 | Customer |
| Lindsley Schutz | minute-04tendril@icloud.com | 66.00 | Customer |
| Linh Nguyen | linhtuannguyen@yahoo.com | 252.00 | Customer |
| Linh Pham | p.linh46@yahoo.com | 168.00 | Customer |
| Linton Goodly | lkgoodly@yahoo.com | 140.00 | Customer |
| Liping Pan | cindypan188@gmail.com | 156.00 | Customer |
| Lisa Clemnts | lisaclements2015@gmail.com | 252.00 | Customer |
| Lisa Eppel | lisa@uncorkwithlisa.com | 165.00 | Customer |
| Lisa Fortin | lpfortin@yahoo.com | 432.00 | Customer |
| Lisa Galvan | rljones6569@gmail.com | 978.00 | Customer |
| Lisa Garibay | lisagaribay33@icloud.com | 165.00 | Customer |
| Lisa I | lisa161822@aol.com | 168.00 | Customer |
| Lisa Limcaco | l.limcaco@comcast.net | 174.00 | Customer |
| Lisa Marzano | lisam2636@gmail.com | 392.00 | Customer |
| Lisa Mccullough | lmcculli@outlook.com | 256.00 | Customer |
| Lisa Mcgrath | wvugrad@hotmail.com | 198.00 | Customer |
| Lisa Mentzer | thementzers@comcast.net | 81.00 | Customer |
| Lisa Risalvato | mrsriz219@gmail.com | 33.00 | Customer |
| Lisa Roll | lisaroll07@yahoo.com | 0.00 | Customer |
| Lisa Severseike | lseverseike@me.com | 84.00 | Customer |
| Liyu Lo | loliyu0704@gmail.com | 319.00 | Customer |
| Liza Labollita | lizalabo@gmail.com | 363.00 | Customer |
| Logan Shaughnessy | lshag09@gmail.com | 55.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|---|---|---|---|
| Lonnie Williams | ososhy@me.com | 246.00 | Customer |
| Loren Dinger | loren.dinger@gmail.com | 112.00 | Customer |
| Lorena Garner | lorena.garner@hilton.com | 96.00 | Customer |
| Lorena Olson | loreca68@msn.com | 99.00 | Customer |
| Lorenzo GonzÃ¡lez | lorenzog1@aol.com | 613.00 | Customer |
| Lori Bertone | laber521@comcast.net | 112.00 | Customer |
| Lori Fuller | fullerla1@gmail.com | 56.00 | Customer |
| Lori Naylorfoerster | lfoerster128@gmail.com | 186.00 | Customer |
| Lori Reynolds | hlreynolds4@yahoo.com | 252.00 | Customer |
| Lorraine Johnson | junk1641@yahoo.com | 99.00 | Customer |
| Louis Robinson | lfrthree@msn.com | 192.00 | Customer |
| Louis Snipes | colossus138@gmail.com | 99.00 | Customer |
| Louis Wong | lwonguscrx75@aol.com | 168.00 | Customer |
| Lowell Cooper | lokeyjr@gmail.com | 270.00 | Customer |
| Lriskas Riskas | lriskas@cox.net | 370.00 | Customer |
| Luca Derito | lucaderito@gmail.com | 84.00 | Customer |
| Lucas Kemp | kemper0161@gmail.com | 1,219.00 | Customer |
| Lud Kroner | heli-doc@wyoming.com | 192.00 | Customer |
| Ludmila Zagori | ludmilazagori@gmail.com | 0.00 | Customer |
| Luis Garcia | osirisgarcia321@hotmail.com | 140.00 | Customer |
| Luis Mancha | lmtexusa@yahoo.com | 1,707.00 | Customer |
| Luis Miramontes | luis_miramontes32@yahoo.com | 456.00 | Customer |
| Lydia Burrus | lydiaburrus@yahoo.com | 33.00 | Customer |
| Lyle Hagedorn | tractcountrygirl@gmail.com | 140.00 | Customer |
| Lynda Yancher | yancher@aol.com | 84.00 | Customer |
| Lynn Altonen | lmaltonen@gmail.com | 140.00 | Customer |
| Lynn Bushey | typob@earthlink.net | 605.00 | Customer |
| Lynn Hackel | lindyhackel@gmail.com | 1,152.00 | Customer |
| Lynn Rousseau | lynnrousseau50@gmail.com | 56.00 | Customer |
| Lynne Fahey | lynfahey@gmail.com | 165.00 | Customer |
| Lyvonn Reese | lreese19@comcast.net | 60.00 | Customer |
| Madeleine Plankey | mcripp01@gmail.com | 576.00 | Customer |
| Madelyn Palomeque | madelyn.palomeque@gmail.com | 327.00 | Customer |
| Madison Miller | mgm1011@icloud.com | 150.00 | Customer |
| Maegan Wall | thornbird84@icloud.com | 270.00 | Customer |
| Maelyn Siegmann | maelyn.c.siegmann@gmail.com | 280.00 | Customer |
| Magdiel Carreras | magdielcarreras@yahoo.com | 140.00 | Customer |
| Maggie Pena | mggs414@msn.com | 132.00 | Customer |
| Mahlia Hensel | mhensel@gmail.com | 50.00 | Customer |
| Maithao Nguyen | thaolun35@gmail.com | 168.00 | Customer |
| Malcolm Coffee | mcoffee.5554@gmail.com | 57.00 | Customer |
| Mallory Valentine | valentine.mallory@gmail.com | 165.00 | Customer |
| Malynda Gardner | lynvirtues@gmail.com | 444.00 | Customer |
| Mandy Ballenger | mnmmom25@gmail.com | 345.00 | Customer |
| Manny Alvarez | manny_alvarez@bellsouth.neti | 56.00 | Customer |
| Manny Rodriguez | mrod.nj@gmail.com | 140.00 | Customer |
| Manosone Karpenske | gkarpenske@gmail.com | 168.00 | Customer |
| Manuel Villar | mevillar3@hotmail.com | 56.00 | Customer |
| Marc Gerstel | mg@agaltd.com | 280.00 | Customer |
| Marc Pudlowski | marcp33333@aol.com | 33.00 | Customer |
| Marc Zorn | foodanddrink@ezorn.com | 426.00 | Customer |
| Marcello Subashi | marcellosubashi2@gmail.com | 165.00 | Customer |
| Marcelo Siqueira | bmacboston@hotmail.com | 112.00 | Customer |
| Marci Brannon | gwapa1970@gmail.com | 165.00 | Customer |
| Marcia Camp | marcy5200@yahoo.com | 270.00 | Customer |
| Marco Coronado | drcoronado@cvets.com | 165.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|------|--------|----------|---------------|
| Marco Huerta | marcomixtle@gmail.com | 160.00 | Customer |
| Marcos Melendez | mtmelendez@hotmail.com | 0.00 | Customer |
| Marcus Winters | marcus@sunpubs.com | 2,289.00 | Customer |
| Marcy Saniuk | marcysaniuk@gmail.com | 27.00 | Customer |
| Margaret Armbruster | mar2arm6@yahoo.com | 66.00 | Customer |
| Margaret Gardner | darrmarg@comcast.net | 141.00 | Customer |
| Margaret Maynard | katierae@gmail.com | 50.00 | Customer |
| Margaret Mcrae | mplmcrae1@aol.com | 28.00 | Customer |
| Maria Bayonito | mariacaitline@gmail.com | 84.00 | Customer |
| Maria Pena | penarealtor@gmail.com | 165.00 | Customer |
| Maria Youth | myouth@path2response.com | 270.00 | Customer |
| Mariann Herington | mariannswenson@yahoo.com | 232.00 | Customer |
| Marianne Miller | mariannemcochran@yahoo.com | 672.00 | Customer |
| Maricela Angulo | maricelaangulo1@hotmail.com | 114.00 | Customer |
| Marie Piguet | craig5@thepiguets.com | 0.00 | Customer |
| Mariel Lacina | mariellacina@gmail.com | 2,161.00 | Customer |
| Marilyn Matt | marilyn_m11@yahoo.com | 192.00 | Customer |
| Marina Rolfes | bradley_j_rolfes@icloud.com | 209.00 | Customer |
| Marinus Vanooyen | mavan10@comcast.net | 368.00 | Customer |
| Mario Arredondo | mario_arredondo1@yahoo.com | 2,946.00 | Customer |
| Mario Hernandez | marz2429@yahoo.com | 99.00 | Customer |
| Mario Perez | mperez@suncoastpremiermedical.com | 84.00 | Customer |
| Marissa Zimmet | mzimmet24@gmail.com | 129.00 | Customer |
| Marjorie Goodman | margegoodman@sbcglobal.net | 168.00 | Customer |
| Marjorie Mehney | marjoriemehney802@gmail.com | 140.00 | Customer |
| Mark Achong | mrachong@yahoo.com | 240.00 | Customer |
| Mark Ander | markander44@outlook.com | 50.00 | Customer |
| Mark Barry | mark_a_barry@yahoo.com | 3,655.00 | Customer |
| Mark Bergman | t1h211ub@gmail.com | 180.00 | Customer |
| Mark Brackett | mbrackett1@gmail.com | 336.00 | Customer |
| Mark Chaconas | markchaconas@gmail.com | 28.00 | Customer |
| Mark Connolly | mcpositive0@gmail.com | 140.00 | Customer |
| Mark Daley | daleymarkr@gmail.com | 128.00 | Customer |
| Mark Dao | mark.dao@gmail.com | 519.00 | Customer |
| Mark Denny | treemfarms@gmail.com | 2,039.00 | Customer |
| Mark Edwards | rvette92@hotmail.com | 33.00 | Customer |
| Mark Elias | mark@hiskin.care | 200.00 | Customer |
| Mark Heath | mheath4@gmail.com | 733.00 | Customer |
| Mark Higgins | m.k.higgins@gmail.com | 110.00 | Customer |
| Mark Jacobsen | mrjacobsen4265@gmail.com | 84.00 | Customer |
| Mark Jennings | jenningsmark91@gmail.com | 610.00 | Customer |
| Mark Lloyd | lloydofhawaii@gmail.com | 192.00 | Customer |
| Mark Lopez | archnet@ix.netcom.com | 168.00 | Customer |
| Mark Mcewen | mmcewen13@gmail.com | 84.00 | Customer |
| Mark Miles | glennacres320@gmail.com | 198.00 | Customer |
| Mark Raiche | markr@signimages.com | 84.00 | Customer |
| Mark Randolph | mark.b.randolph@gmail.com | 319.00 | Customer |
| Mark Treadwell | wmt1159@hotmail.com | 56.00 | Customer |
| Mark Vanwormermd | vanwormermd@gmail.com | 112.00 | Customer |
| Mark Weber | mark.weber@strumagency.com | 87.00 | Customer |
| Marko Desnica | desnicam11@gmail.com | 99.00 | Customer |
| Marllon Lucero | enyna5@yahoo.com | 0.00 | Customer |
| Martin Boso | martin.boso@gmail.com | 99.00 | Customer |
| Martin Ferreira | rrkhoper@gmail.com | 95.00 | Customer |
| Martin Nance | martin.nance@quadrantdpc.com | 500.00 | Customer |
| Martin Sam | martinsam110@outlook.com | 50.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|---|---|---|---|
| Martin Vell | mtbell66@gmail.com | 150.00 | Customer |
| Marvin Correa | mcorrea015@gmail.com | 66.00 | Customer |
| Mary Davie | trixiesmom51@gmail.com | 132.00 | Customer |
| Mary Fletcher | mfletcher@carbontecenergy.com | 168.00 | Customer |
| Mary Hutchinson | marychutchinson@gmail.com | 112.00 | Customer |
| Mary Kane | 3coinsinthefountain@hotmail.com | 55.00 | Customer |
| Mary Karam | marykaram@att.nt | 84.00 | Customer |
| Mary Kelly | mkelly@mylegacymarketing.com | 280.00 | Customer |
| Mary Mcdonald | signup@mcdcg.com | 2,278.00 | Customer |
| Mary Vedda | mary.vedda@gmail.com | 312.00 | Customer |
| Mary Vince | rnmvince1@verizon.net | 112.00 | Customer |
| Maryann Hooper | mahoopstravel@yahoo.com | 198.00 | Customer |
| Maryann Kellam | maryann.kellam@irvinghcc.com | 84.00 | Customer |
| Maryjo Cote | auntdjo@aol.com | 112.00 | Customer |
| Matt Annese | mannesedmd@gmail.com | 51,421.00 | Customer |
| Matt Edgington | edge2525@gmail.com | 140.00 | Customer |
| Matt Egalka | egalka@me.com | 250.00 | Customer |
| Matt Kirkwood | wood21mk@yahoo.com | 140.00 | Customer |
| Matt Lombardo | mattl19@yahoo.com | 444.00 | Customer |
| Matt Mayback | mayback.matthew+12@gmail.com | 29.00 | Customer |
| Matt Silverman | mattsilverman@aol.com | 174.00 | Customer |
| Matthew Azzara | e22da125-8763-42db-bcfb-5e58a5454efb@underground | 154.00 | Customer |
| Matthew Beals | mbeals@aol.com | 140.00 | Customer |
| Matthew Belkin | mattbelkin@me.com | 132.00 | Customer |
| Matthew Blaber | matthew.blaber05@gmail.com | 120.00 | Customer |
| Matthew Butler | matt@butlermethod.com | 112.00 | Customer |
| Matthew Creasman | creasy10@att.net | 270.00 | Customer |
| Matthew Eriksen | eriksenmw@gmail.com | 135.00 | Customer |
| Matthew French | iswimfast@cox.net | 340.00 | Customer |
| Matthew Greene | matt@mattgreene.info | 120.00 | Customer |
| Matthew Kennedy | kennedml04@gmail.com | 272.00 | Customer |
| Matthew Lambert | matlambrt@gmail.com | 320.00 | Customer |
| Matthew Novakovich | matt@tier1builders.com | 150.00 | Customer |
| Matthew Padilla | mvfpadilla@gmail.com | 162.00 | Customer |
| Maureen Fessler | maureenfessler@yahoo.com | 140.00 | Customer |
| Maureen Filmer | filmermaureen@gmil.com | 105.00 | Customer |
| Maureen Kitson | mkitson02@gmail.com | 56.00 | Customer |
| Maureen Pikarski | pikarski2020@gmail.com | 112.00 | Customer |
| Max Mohrmann | maxmohrmann@gmail.com | 145.00 | Customer |
| Max Vallejo | maxvallejo@gmail.com | 360.00 | Customer |
| Maxwell Shari | shari.maxwell@beaumont.org | 165.00 | Customer |
| Maya Koleva | mayakoleva12@yahoo.com | 160.00 | Customer |
| Maytas Monsereenusorn | maytasm@gmail.com | 50.00 | Customer |
| Megan Mccarthy | megmcc333@yahoo.com | 204.00 | Customer |
| Megan Schauff | megans329@aol.com | 264.00 | Customer |
| Megan Sechowski | msechowski@gmail.com | 349.00 | Customer |
| Megan Smalley | meganschuler@me.com | 334.00 | Customer |
| Megan Winters | megalexwinters@gmail.com | 151.00 | Customer |
| Meggan Phillips | meggganphillips57@outlook.com | 224.00 | Customer |
| Meghan Timm | mkmtimm@gmail.com | 185.00 | Customer |
| Mehrdad Farkhan | mfarkhan@cybertechconstruction.com | 200.00 | Customer |
| Meir Friedlander | meirf@comcast.net | 225.00 | Customer |
| Melanie Proffitt | stewartmelanie@gmail.com | 252.00 | Customer |
| Melanie Upchurch-Oconnor | upchurch.melanie@gmail.com | 670.00 | Customer |
| Melinda Mclane | melinda4365@aol.com | 1,285.00 | Customer |
| Melissa Beriker | melissa@beriker.com | 188.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|---|---|---|---|
| Melissa Heller | melissa.heller55@gmail.com | 84.00 | Customer |
| Melissa Klipp | melissa.klipp@yahoo.com | 696.00 | Customer |
| Melissa Lemkuil | mlemkuil@gmail.com | 84.00 | Customer |
| Melissa Murray | murraym1989@gmail.com | 114.00 | Customer |
| Melissa Parker | missyparker1@mac.com | 246.00 | Customer |
| Melissa Smith | melissastowle@gmail.com | 703.00 | Customer |
| Meredith Rhodes | mooney1155@aol.com | 20.00 | Customer |
| Merritt Koller | merrittkoller@icloud.com | 168.00 | Customer |
| Michael Canfield | mike.canfield@cavcommcorp.com | 204.00 | Customer |
| Michael Cao | libertyplus2000@gmail.com | 234.00 | Customer |
| Michael Castine | mpcastine@me.com | 140.00 | Customer |
| Michael Crisafulli | mike_crisafulli@yahoo.com | 116.00 | Customer |
| Michael Deloian | mdeloian@gmail.com | 140.00 | Customer |
| Michael Dowling | dowlingm@centenaryuniversity.edu | 140.00 | Customer |
| Michael Dumoulin | michaelrxiv@msn.com | 84.00 | Customer |
| Michael Edwards | michaeledwards51659@gmail.com | 99.00 | Customer |
| Michael Ford | michaelcolinford@gmail.com | 594.00 | Customer |
| Michael Gagliardi | mpg09c@gmail.com | 688.00 | Customer |
| Michael Hartley | mike@bedrockeng.com | 308.00 | Customer |
| Michael Hawkinberry | msh84281@gmail.com | 703.00 | Customer |
| Michael Hood | mhood555@yahoo.com | 521.00 | Customer |
| Michael Jordan | jordanm5@me.com | 63.00 | Customer |
| Michael Keane | mike.keane83@gmail.com | 168.00 | Customer |
| Michael Kimm | okbabbo@gmail.com | 125.00 | Customer |
| Michael Kirkwood | michael.kirkwood@gmail.com | 64.00 | Customer |
| Michael Klein | mikek3937@aol.com | 392.00 | Customer |
| Michael Lester | michaeljlester@gmail.com | 555.00 | Customer |
| Michael M | michaeldanielmckay@gmail.com | 290.00 | Customer |
| Michael Marmolejos | mrmikey171@yahoo.com | 165.00 | Customer |
| Michael Mcnulty | mcnultym019@gmail.com | 140.00 | Customer |
| Michael Messeri | mdm5384@gmail.com | 84.00 | Customer |
| Michael Montondon | caroline.montondon@fourseasons.com | 707.00 | Customer |
| Michael Neumeister | mneumeister@siumed.edu | 312.00 | Customer |
| Michael Nuremberg | mmuremberg@aol.com | 228.00 | Customer |
| Michael Omara | mjo.iprop@gmail.com | 112.00 | Customer |
| Michael Orourke | orourke8326@icloud.com | 201.00 | Customer |
| Michael Parsons | mpnolefan@yahoo.com | 1,425.00 | Customer |
| Michael Pettit | m.pettit@comcast.net | 112.00 | Customer |
| Michael Pierce | denial071@gmail.com | 1,199.00 | Customer |
| Michael Polo | michaelgpolo@gmail.com | 168.00 | Customer |
| Michael Polyakov | mpolyakov@roofstock.com | 151.00 | Customer |
| Michael Portland | mportland@hotmail.com | 84.00 | Customer |
| Michael Robichaud | mrobichaud@meredithbaynh.com | 140.00 | Customer |
| Michael Samsing | mikesamsing@gmail.com | 264.00 | Customer |
| Michael Sands | michaelsands21@yahoo.com | 140.00 | Customer |
| Michael Schietroma | mpschjr@gmail.com | 188.00 | Customer |
| Michael Seaman | mseaman6279@gmail.com | 400.00 | Customer |
| Michael Smith | mike@mjsmithcpa.com | 168.00 | Customer |
| Michael Smith | sheridan150@yahoo.com | 60.00 | Customer |
| Michael Stann | mikestann2@gmail.com | 140.00 | Customer |
| Michael Stein | ug@noworry.ca | 163.00 | Customer |
| Michael Trujillo | michaeltru30@gmail.com | 84.00 | Customer |
| Michael Umanoff | mumanoff@gmail.com | 480.00 | Customer |
| Michael Valdes | michaelvaldes40@gmail.com | 132.00 | Customer |
| Michael Villa | mikevilla8285@yahoo.com | 132.00 | Customer |
| Michael Zaitsev | michael.zaitsev@gmail.com | 120.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|------|--------|---------:|---------------|
| Michael Zonkowski | mzonkowski@gmail.com | 93.00 | Customer |
| Michaela Billman | mm.billman@gmail.com | 387.00 | Customer |
| Michaelr Robinson | mikerobinson77@yahoo.com | 112.00 | Customer |
| Michele Williams | miche3810@icloud.com | 308.00 | Customer |
| Michelle Beadle | michelle.beadle@icloud.com | 804.00 | Customer |
| Michelle Haley | myhalo73@yahoo.com | 132.00 | Customer |
| Michelle Hildebrand | michellehildebrand@yahoo.com | 192.00 | Customer |
| Michelle Lsimmons | simmonscatering@tds.net | 165.00 | Customer |
| Michelle Marrapodi | mzmarrapodi@gmail.com | 280.00 | Customer |
| Michelle Oliver | azprimerealestate@cox.net | 112.00 | Customer |
| Michelle Poleyumptewa | bahanmana@gmail.com | 205.00 | Customer |
| Michelle Rozenblyum | michellerozenblyum@gmail.com | 56.00 | Customer |
| Michelle Spungen | mspungen@aol.com | 150.00 | Customer |
| Michelle Williams | mia46176@me.com | 159.00 | Customer |
| Michelle Williams | michelle_amorales@yahoo.com | 120.00 | Customer |
| Mici Dinsmore | mic.dinsmore@gmail.com | 140.00 | Customer |
| Miguel Galarza | mikegalar@gmail.com | 130.00 | Customer |
| Miguel Mercado | mmercado3699@gmail.com | 168.00 | Customer |
| Mihail Cotzas | mcotzas718@aol.com | 252.00 | Customer |
| Mikaela Lam | mikatlam9@gmail.com | 84.00 | Customer |
| Mike Andrews | mikejandrews70@gmail.com | 392.00 | Customer |
| Mike Berg | berg112795@gmail.com | 1,752.00 | Customer |
| Mike Conrad | mconrad@wesleyan.edu | 165.00 | Customer |
| Mike Dicicco | mdicicco176@comcast.net | 209.00 | Customer |
| Mike Faulkner | mfaulkner88@me.com | 410.00 | Customer |
| Mike Finke | cycletahoe@yahoo.com | 112.00 | Customer |
| Mike Gordon | mikegordon79@gmail.com | 32.00 | Customer |
| Mike Green | mjegreen@gmail.com | 180.00 | Customer |
| Mike Hoffman | quincefarmer@yahoo.com | 150.00 | Customer |
| Mike Holland | jmichaelholland@yahoo.com | 165.00 | Customer |
| Mike Kempe | mike@kempecabinets.com | 849.00 | Customer |
| Mike Mycoskie | mmycoskie@gmail.com | 112.00 | Customer |
| Mike Patakas | mpatakas@yahoo.com | 192.00 | Customer |
| Mike Provo | provome@gmail.com | 254.00 | Customer |
| Mike Sewell | mikes@jmstransllc.com | 84.00 | Customer |
| Mike Steele | mike@steelesolutionsus.com | 112.00 | Customer |
| Mike Vargas | mikedenali@aol.com | 967.00 | Customer |
| Milena Viksman | milesha2011@gmail.com | 108.00 | Customer |
| Milton Cranford | rustycranfordinfluencer@gmail.com | 60.00 | Customer |
| Mimi Lee | mimilw@hotmail.com | 87.00 | Customer |
| Miranda Kung | littolaydee@gmail.com | 300.00 | Customer |
| Miriam Garcia | miriamg@rnmconstruction.com | 112.00 | Customer |
| Miriam Peltack | mpelt41298@aol.com | 120.00 | Customer |
| Mirko Chardin | mjc14@mac.com | 219.00 | Customer |
| Misty Fisher | misty.young.fisher@gmail.com | 470.00 | Customer |
| Mitchell Hodges | mitchellhodges@yahoo.com | 100.00 | Customer |
| Mitchellmitchell Rosen | mitch.r@sfvservices.com | 198.00 | Customer |
| Mitzi Dedios | mitzi.dedios@clsa.com | 145.00 | Customer |
| Mohamed Poonja | mp@poonja.us | 230.00 | Customer |
| Mohammed Hill | mohill@gmail.com | 33.00 | Customer |
| Monique Ribeiro | moniqueraraujo@gmail.com | 5,097.00 | Customer |
| Monish Patel | monishp1@gmail.com | 120.00 | Customer |
| Morgan Livermore | mlivermore0909@gmail.com | 168.00 | Customer |
| Morgan Miller | southernmiller@icloud.com | 168.00 | Customer |
| Morgan Rose | madroneinvestments@gmail.com | 198.00 | Customer |
| Morris Dortch | morrisdortch89@yahoo.com | 66.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|---|---|---|---|
| Moschetti Elizabeth | elizabethm608@gmail.com | 99.00 | Customer |
| Mostafa Gheith | ebay1206@yahoo.com | 99.00 | Customer |
| Muni Reyy | muni@munidesigns.com | 392.00 | Customer |
| Munyei Ching | mun_ching26@icloud.com | 140.00 | Customer |
| Nadine Garvin | tngarv@comcast.net | 116.00 | Customer |
| Nam Do | namdoh@gmail.com | 180.00 | Customer |
| Nam Lu | namlu1011@outlook.com | 90.00 | Customer |
| Nancy Ashby | nanc11@aol.com | 455.00 | Customer |
| Nancy Dejesus | ohsofancylashes@gmail.com | 140.00 | Customer |
| Nancy Fox | nancyannefox@yahoo.com | 114.00 | Customer |
| Nancy Kim | msfoodnut@gmail.com | 174.00 | Customer |
| Nancy Kim | nancykwon0808@gmail.com | 168.00 | Customer |
| Nancy Preble | nancy.preble101313@gmail.com | 360.00 | Customer |
| Nancy Risley | beachbabe8811@gmail.com | 165.00 | Customer |
| Nancy Titus | sunglonjt@charter.net | 140.00 | Customer |
| Naren Yadav | nyadav@hotmail.com | 883.00 | Customer |
| Natalea Goecking | natalea34@aol.com | 168.00 | Customer |
| Natalia Vedernikova | natalieistyping27@gmail.com | 99.00 | Customer |
| Natalie Lukaszewicz | nluk01@aol.com | 348.00 | Customer |
| Natalie Zaher | natalie.j.zaher@gmail.com | 285.00 | Customer |
| Natasha Thompson | deetaytash@gmail.com | 58.00 | Customer |
| Nate Hast | sagenate@gmail.com | 99.00 | Customer |
| Nathan Donnelly | nathansmellsbacon@gmail.com | 50.00 | Customer |
| Nathan Franks | nathanfranks9@gmail.com | 190.00 | Customer |
| Nathan Kegel | nkegel@gmail.com | 533.00 | Customer |
| Nathan Kohn | nkohn27@gmail.com | 240.00 | Customer |
| Nathan Kohn | nkohn61@comcast.net | 30.00 | Customer |
| Nathan Wacker | n.wacker@gmail.com | 1,012.00 | Customer |
| Nathaniel Schaffer | nats@duck.com | 363.00 | Customer |
| Nathaniel Spears | nspears89@yahoo.com | 528.00 | Customer |
| Natsuko Kawamoto | jellykb@yahoo.com | 28.00 | Customer |
| Naveen Mehta | ebay1@noworry.ca | 271.00 | Customer |
| Neal Del Valle | delroseinsurance@att.net | 308.00 | Customer |
| Neeraj Kohli | nkohlimd@gmail.com | 56.00 | Customer |
| Neil Amaral | neilsplanet21@gmail.com | 168.00 | Customer |
| Nelson Kortright | nelsonkort10@gmail.com | 112.00 | Customer |
| Niall Quaid | niallcquaid@gmail.com | 150.00 | Customer |
| Nicholas Granato | nickgranato@gmail.com | 308.00 | Customer |
| Nicholas Hauser | nickhauser51234@gmail.com | 385.00 | Customer |
| Nicholas Lane | nicklane29@gmail.com | 1,583.00 | Customer |
| Nicholas Lockwood | nick@lockwoodbuilders.net | 1,450.00 | Customer |
| Nicholas Marchase | nicholas.marchase@gmail.com | 216.00 | Customer |
| Nicholas Yoswa | nyoswa@gmail.com | 100.00 | Customer |
| Nichole Amberg | nicholeamberg@gmail.com | 720.00 | Customer |
| Nichole Donnell | ndonnell913@gmail.com | 180.00 | Customer |
| Nichole Ramirez | nicholejramirez@hotmail.com | 56.00 | Customer |
| Nick Lucock | nlucock@gmail.com | 252.00 | Customer |
| Nick Volpe | n_volpe5@yahoo.com | 78.00 | Customer |
| Nick Wood | nickwood1010@yahoo.com | 50.00 | Customer |
| Nick Yarbrough | nyarbr2@gmail.com | 112.00 | Customer |
| Nicole Abiouness | nicole@abiounesswines.com | 60.00 | Customer |
| Nicole Bourgeois | norgeron@gmail.com | 348.00 | Customer |
| Nicole Guarino | ncalisi10@yahoo.com | 102.00 | Customer |
| Nicole Koviak | nickoviak@gmail.com | 57.00 | Customer |
| Nicole Marin | marinfarms@gmail.com | 408.00 | Customer |
| Nicole Smith | nmsmith5@gmail.com | 180.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|---|---|---|---|
| Nicole Tilley | nicoleatilley@gmail.com | 120.00 | Customer |
| Nicole Trujillo | carrubba@me.com | 56.00 | Customer |
| Nigel Winsor | nhwinsor@att.net | 93.00 | Customer |
| Nikesh Patel | nspanp@yahoo.com | 168.00 | Customer |
| Nikki Glenn | nikki-glenn@sbcglobal.net | 400.00 | Customer |
| Niko Ahee | nikoahee@gmail.com | 84.00 | Customer |
| Nitn Kumar | fairhandsomeguy-101@yahoo.com | 105.00 | Customer |
| Nivedita Roberts | nivie.roberts13@gmail.com | 32.00 | Customer |
| Noland Lem | nolandlem@rocketmail.com | 56.00 | Customer |
| Nora Branconi | nora.j.branconi@gmail.com | 56.00 | Customer |
| Nyein Tun | nwctun@gmail.com | 300.00 | Customer |
| Oleg Volkov | oleg.volkov1963@gmail.com | 196.00 | Customer |
| Olga Guzman | olguz37@gmail.com | 110.00 | Customer |
| Olivia Rojas | olivia.rojas18@gmail.com | 50.00 | Customer |
| Orion Parrott | orionparrott@gmail.com | 1,142.00 | Customer |
| Osasuyi44 Aigheyisi | williamsaigheyisi@gmail.com | 210.00 | Customer |
| Oscar Bakhtiari | oscarbakhtiari@aol.com | 168.00 | Customer |
| Oscar Stone | oscarstone2524@gmail.com | 0.00 | Customer |
| Otis Mcduffie | juice2481@aol.com | 140.00 | Customer |
| Ouida Crawford | ouidacrawford@gmail.com | 165.00 | Customer |
| Owen M. | otmccabe@gmail.com | 344.00 | Customer |
| Pablo Martinez | pablo.martinez1st@gmail.com | 498.00 | Customer |
| Pablo Perez | pablo.araya@pragroup.com | 180.00 | Customer |
| Palavi Jan | pallavijain99@gmail.com | 592.00 | Customer |
| Pam Marks | pamelabmarks@gmail.com | 174.00 | Customer |
| Pamala Thompson | pamala.thompson@gmail.com | 140.00 | Customer |
| Pamela Stella | pastella1@gmail.com | 112.00 | Customer |
| Pamela Stockman | rodrunners@msn.com | 140.00 | Customer |
| Pasquale Nocito | pat@qs.digital | 208.00 | Customer |
| Pat Baldwin | j.patbaldwin23@gmail.com | 140.00 | Customer |
| Patrice Pandick | kim.pandick@gmail.com | 165.00 | Customer |
| Patricia Basulto | patrybasulto10@gmail.com | 112.00 | Customer |
| Patricia Chester | patricia.chester@taksafety.com | 168.00 | Customer |
| Patricia Gartner | abcdevctr@yahoo.com | 120.00 | Customer |
| Patricia Lawler | gobums@gmail.com | 1,435.00 | Customer |
| Patricia Lepe | pattylepe7@gmail.com | 99.00 | Customer |
| Patricia Noga | evanic@comcast.net | 168.00 | Customer |
| Patricia Reni | pattyreni@gmail.com | 1,489.00 | Customer |
| Patricia Smolsky | psmolsky@hotmail.com | 84.00 | Customer |
| Patricia Zavalza | patricia.zavalza29@gmail.com | 136.00 | Customer |
| Patrick Humphrey | patrickthayerhumphrey@gmail.com | 198.00 | Customer |
| Patrick Lim | patrick.lim3f@gmail.com | 145.00 | Customer |
| Patrick Moran | pmoran3@att.net | 140.00 | Customer |
| Patrick Mueller | patmueller93@gmail.com | 56.00 | Customer |
| Patrick Mullaney | patrick@gtechapparel.com | 150.00 | Customer |
| Patty Hayes | patty.hayes@roadrunner.com | 84.00 | Customer |
| Paul Caldwell | plumcald@aol.com | 112.00 | Customer |
| Paul Chhour | sheper3625@gmail.com | 98.00 | Customer |
| Paul Dougherty | paul@doughertydental.net | 112.00 | Customer |
| Paul Ellis | ple777@gmail.com | 145.00 | Customer |
| Paul Fauser | pfauser@keystonefulton.com | 90.00 | Customer |
| Paul Jurgelewicz | pljbread@yahoo.com | 112.00 | Customer |
| Paul Meinville | paulmeinville@hotmail.com | 330.00 | Customer |
| Paul Schwartz | pmsmd1@gmail.com | 168.00 | Customer |
| Paul Ware | warepaul37@gmail.com | 32.00 | Customer |
| Paul Wellhausen | pwellhausen@gmail.com | 140.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|------|--------|----------|---------------|
| Paul Wessel | phwessel@gmail.com | 112.00 | Customer |
| Pauline Gray | paulinegrayp@aol.com | 112.00 | Customer |
| Paul-Michael Dimeglio | pmdimeglio@me.com | 252.00 | Customer |
| Pedro Correa | willymcorrea@gmail.com | 308.00 | Customer |
| Pedro Diaz | pedrodiaz1977@gmail.com | 145.00 | Customer |
| Pedro Dominguez | pepado182@gmail.com | 198.00 | Customer |
| Peggy Jorquera | vakshns@aol.com | 76.00 | Customer |
| Penny Garzarek | bgarzarek@aol.com | 288.00 | Customer |
| Pete Decasas | pete2225@icloud.com | 0.00 | Customer |
| Pete Gore | pegore@cisco.com | 174.00 | Customer |
| Peter Brown | pwbrown1944@gmail.com | 192.00 | Customer |
| Peter Curtis | petejcurtis@gmail.com | 1,316.00 | Customer |
| Peter Hutcheson | p.a.hutcheson@gmail.com | 736.00 | Customer |
| Peter Isaac | peter@pi-international.net | 264.00 | Customer |
| Peter Jones | peter@glforge.com | 140.00 | Customer |
| Peter Kim | pdkim1670@gmail.com | 19.00 | Customer |
| Peter Klyachenko | peter.klyachenko@gmail.com | 240.00 | Customer |
| Peter Mancuso | pjmancuso10@gmail.com | 330.00 | Customer |
| Peter Michunovich | pmichunovich@gmail.com | 174.00 | Customer |
| Peter Myers | myerslawfirm@aol.com | 84.00 | Customer |
| Peter Patino | ppatino93@gmail.com | 361.00 | Customer |
| Peter Petras | ppetras23@gmail.com | 268.00 | Customer |
| Peter Sukonik | peter@caviaraffair.com | 0.00 | Customer |
| Peter Supino | psupino@yahoo.com | 112.00 | Customer |
| Peter Vaneyck | vaneyckpj@gmail.com | 140.00 | Customer |
| Petra Olsen | olsenpetra@verizon.net | 108.00 | Customer |
| Petros Stellatos | pstellatos@gmail.com | 189.00 | Customer |
| Petrovska Anna | petrovska.anna@yahoo.com | 156.00 | Customer |
| Philip Brach | philipbrach01@gmail.com | 1,792.00 | Customer |
| Philip Caswell | pcaswellpe@gmail.com | 168.00 | Customer |
| Philip Fehr | phil144@gmail.com | 240.00 | Customer |
| Philip Frengs | pfrengs@copi.net | 1,481.00 | Customer |
| Philip Hulse | phil@greenstreetstl.com | 336.00 | Customer |
| Philip Pierce | philippierce@gmail.com | 224.00 | Customer |
| Phillip Truong | philtruong@yahoo.com | 140.00 | Customer |
| Phuong Bui | galleriajc@gmail.com | 84.00 | Customer |
| Phyllis Davis | davisgolfne1@bellsouth.net | 140.00 | Customer |
| Pihu J | pihujain2023@gmail.com | 88.00 | Customer |
| Pincess Sia | princessacutie77@yahoo.com | 33.00 | Customer |
| Pj Griggs | pj@teamsquarefoot.com | 150.00 | Customer |
| Pj Rosch | pj@thelittlereddog.org | 345.00 | Customer |
| Pk List | pklist@gmail.com | 145.00 | Customer |
| Polly Ip | fourip93@gmail.com | 228.00 | Customer |
| Prapatsorn Intapura | tofahja@gmail.com | 0.00 | Customer |
| Prasad Jeereddi | jprasad@earthlink.net | 192.00 | Customer |
| Prasanth Gudisa | emailgpcin@gmail.com | 150.00 | Customer |
| Prater Kevin | kpraterpa@gmail.com | 130.00 | Customer |
| Price Caldwell | pc3518@gmail.com | 168.00 | Customer |
| Punet Jan | parchoon@gmail.com | 360.00 | Customer |
| Puthi Tua | thetuarubinstein@gmail.com | 50.00 | Customer |
| Queen Josiah | keelah101@gmail.com | 66.00 | Customer |
| Rachael James | rachaeljad@gmail.com | 165.00 | Customer |
| Rachael Last | rachaeljohns@alumni.stanford.edu | 99.00 | Customer |
| Rachel Epstein | epstein.rachel@gmail.com | 257.00 | Customer |
| Rachel Gaylord | rachel.egaylord@yahoo.com | 176.00 | Customer |
| Rachel Karlnoski | rachellovesresearch@gmail.com | 140.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|------|--------|----------|---------------|
| Rachel Kau-Taylor | rachel.kau.taylor@gmail.com | 44.00 | Customer |
| Rachel Mayday | rachel.may@gmail.com | 50.00 | Customer |
| Rachel Meranus | rmeranus@gmail.com | 140.00 | Customer |
| Rachel Tieman | rachel.tieman@hotairmedia.com | 140.00 | Customer |
| Rachelle Tuls | rachelletuls@yahoo.com | 1,685.00 | Customer |
| Rafael Souza | dapsouza@me.com | 140.00 | Customer |
| Raj Shah | shahraj1964@yahoo.com | 84.00 | Customer |
| Rajoielle Register | rajoielle@gmail.com | 504.00 | Customer |
| Rakesh Kilaru | rakeshkilaru@gmail.com | 1,549.00 | Customer |
| Rakesh Tondon | tondon@gmail.com | 340.00 | Customer |
| Ralph Eugene | mr.ralpheugene@gmail.com | 56.00 | Customer |
| Ramez Suliman | 9973517@gmail.com | 140.00 | Customer |
| Rami Fakhoury | rami@employmentimmigration.com | 180.00 | Customer |
| Ramon Luna | rayjayharley@gmail.com | 99.00 | Customer |
| Rana Ghosh | rana.a.ghosh@gmail.com | 228.00 | Customer |
| Randall Wright | randalljwright@gmail.com | 140.00 | Customer |
| Randi Gause | randi_4@hotmail.com | 165.00 | Customer |
| Randi Maclaren | rmac_001@yahoo.com | 84.00 | Customer |
| Randolph Ramirez | randolphrr@gmail.com | 264.00 | Customer |
| Randy Bongo | randy_bongo@yahoo.com | 99.00 | Customer |
| Randy Jackson | jettbuff50@gmail.com | 165.00 | Customer |
| Randy Packett | packett1@aol.com | 112.00 | Customer |
| Randy Shank | shank939@gmail.com | 140.00 | Customer |
| Randy Snavely | krandy21784@yahoo.com | 144.00 | Customer |
| Raquel Hyatt | hyatt00@comcast.net | 1,414.00 | Customer |
| Raulee Marcus | rauleem@aol.com | 1,058.00 | Customer |
| Ravi Swamy | raviswamymd@gmail.com | 760.00 | Customer |
| Ray Liden | rayliden@aol.com | 288.00 | Customer |
| Ray Patel | rilesh@gmail.com | 1,622.00 | Customer |
| Raymond Flowers | rflowers36@yahoo.com | 324.00 | Customer |
| Raymond Howard | howmiester@siverstar.com | 315.00 | Customer |
| Raymond Tang | raymondtang13@gmail.com | 322.00 | Customer |
| Realino Santos | realino.n.santos@gmail.com | 198.00 | Customer |
| Rebecca Bettencourt | becky.bettencourt@gmail.com | 168.00 | Customer |
| Rebecca Jones | r3b3cca123@yahoo.com | 112.00 | Customer |
| Rebecca Mcateer | beccamac108@gmail.com | 145.00 | Customer |
| Rebecca Simpson | rebeccareedsledge1979@gmail.com | 140.00 | Customer |
| Rebekah Thomas | rebekahthomas18@gmail.com | 168.00 | Customer |
| Regan Van Kerckhove | reganvankerckhove@gmail.com | 396.00 | Customer |
| Ren Zi | renzi11z@outlook.com | 50.00 | Customer |
| Renan Rodrigues | renan.luiz.1983@gmail.com | 66.00 | Customer |
| Renato Lopes | renato@maisweb.org | 84.00 | Customer |
| Rene Gomez | renejgomezmd@bellsouth.net | 84.00 | Customer |
| Rene Tong | tongruining@gmail.com | 82.00 | Customer |
| Renee Vanschoor | gilvs@aol.com | 168.00 | Customer |
| Renuka Gujral | grenuka01@yahoo.com | 60.00 | Customer |
| Reynolds Rowe | will@rowe-colaw.com | 160.00 | Customer |
| Reza Aghelnejad | aghelnejad@miroirusa.com | 174.00 | Customer |
| Rhiannon Gerhardt | rhiannable@yahoo.com | 58.00 | Customer |
| Rhiannon Gerhardt | basherwine8@gmail.com | 54.00 | Customer |
| Rhiannong Gerhardt | rhiannon.gerhardt@gmail.com | 54.00 | Customer |
| Rhoads Nigel | nrhoads76@yahoo.com | 66.00 | Customer |
| Rhonda Dessert | rhonda.v.dessert@gmail.com | 224.00 | Customer |
| Rhonda Grady | rhglifeline@comcast.net | 220.00 | Customer |
| Rhonda Smiley | smiley@smileyadr.com | 743.00 | Customer |
| Ricardo Martinez | ricardoprudential@gmail.com | 100.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|------|--------|----------|---------------|
| Ricardo Montesdeoca | ricardodmd@bellsouth.net | 319.00 | Customer |
| Ricardo Smith | steelyban2013@gmail.com | 56.00 | Customer |
| Rich Cerwinski | rcerwinski@gmail.com | 58.00 | Customer |
| Richard Alaimo | ralaimo01@outlook.com | 122.00 | Customer |
| Richard Aro | rich@geishaseafood.com | 180.00 | Customer |
| Richard Besa | besame1072@yahoo.com | 150.00 | Customer |
| Richard Caldwell | rickcaldwell318@gmail.com | 0.00 | Customer |
| Richard Conie | rich@rjc-company.com | 140.00 | Customer |
| Richard Garnier | domainerama@icloud.com | 420.00 | Customer |
| Richard Guidry | rguidry007@gmail.com | 63.00 | Customer |
| Richard Hernandez | rfhwc@aol.com | 165.00 | Customer |
| Richard Innes | rinnes@bellsouth.net | 140.00 | Customer |
| Richard Myslinski | rjmyslinski@yahoo.com | 186.00 | Customer |
| Richard Renton | rm.renton@gmail.com | 84.00 | Customer |
| Richard Robinson | chardrobinson7987@gmail.com | 180.00 | Customer |
| Richard Schultz | rjschultz312@me.com | 168.00 | Customer |
| Rick Carroll | pecarroll@sbcglobal.net | 314.00 | Customer |
| Rick Covington | rickcovington@yahoo.com | 224.00 | Customer |
| Rick Ferretti | rferretti@pursuit.group | 360.00 | Customer |
| Rick Frable | rickfrable@yahoo.com | 168.00 | Customer |
| Rick Goulding | runningwild72@sbcglobal.net | 200.00 | Customer |
| Rick Mersereau | rick722@aol.com | 165.00 | Customer |
| Ricky Cannon | rickycannon_dmp@yahoo.com | 436.00 | Customer |
| Riley Workman | riley.a.workman@gmail.com | 315.00 | Customer |
| Rita Pettinaro | rita.pettinaro@gmail.com | 84.00 | Customer |
| Rita Smith | ritaann1969@gmail.com | 308.00 | Customer |
| Ritchie French | rfrenchd2@gmail.com | 3,155.00 | Customer |
| Riva Sheppard | rivashep@optonline.net | 168.00 | Customer |
| Rob Heskett | robzaragosa@gmail.com | 100.00 | Customer |
| Rob Singleton | rob_singleton@yahoo.com | 354.00 | Customer |
| Rob Stokes | stokescabinets@gmail.com | 112.00 | Customer |
| Robby Thind | robbythind07@gmail.com | 165.00 | Customer |
| Robert Bohny | bohny@mac.com | 545.00 | Customer |
| Robert Bolden | robertjbolden@yahoo.com | 132.00 | Customer |
| Robert Bonahoom | eliasbono@aol.com | 140.00 | Customer |
| Robert Dreesch | dreesch@braceint.com | 449.00 | Customer |
| Robert Duphiney | mbduph@aol.com | 140.00 | Customer |
| Robert Easterlin | bobe@electrasales.net | 200.00 | Customer |
| Robert Ervin | bobervin@gmail.com | 112.00 | Customer |
| Robert Farrell | bobert13131@gmail.com | 99.00 | Customer |
| Robert Faust | bobf1229@hotmail.com | 75.00 | Customer |
| Robert French | mr.french.r@gmail.com | 300.00 | Customer |
| Robert Frye | rfryecec@gmail.com | 507.00 | Customer |
| Robert Grant | robert.grant@selectquote.com | 695.00 | Customer |
| Robert Heilbrun | robert.heilbrun@gmail.com | 579.00 | Customer |
| Robert Joplin | bobpacwest@yahoo.com | 318.00 | Customer |
| Robert Kampen | bmxguy1@msn.com | 112.00 | Customer |
| Robert Kennedy | deadish42@gmail.com | 2,476.00 | Customer |
| Robert Koekkoek | koekkoek24@yahoo.com | 112.00 | Customer |
| Robert Leppingjr | bobleppingjr@gmail.com | 0.00 | Customer |
| Robert Newell | robertnewell37@icloud.com | 308.00 | Customer |
| Robert Peterson | bbqboys1989@gmail.com | 76.00 | Customer |
| Robert Riess | babo9@aol.com | 174.00 | Customer |
| Robert Roney | rkroney@aol.com | 168.00 | Customer |
| Robert Singer | bobby@whatarewesmokin.com | 174.00 | Customer |
| Robert Sithimorada | sithimor@gmail.com | 153.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|------|--------|----------|---------------|
| Robert Spoto | rspoto@aol.com | 200.00 | Customer |
| Robert Vitro | info@truelifetaxidermy.com | 280.00 | Customer |
| Robert Williams | rjwiv1205@gmail.com | 156.00 | Customer |
| Roberte Leeiii | relee902@gmail.com | 56.00 | Customer |
| Roberto Romeo | robirom@mac.com | 132.00 | Customer |
| Robin Benfer | benrob@verizon.net | 112.00 | Customer |
| Robin Cessna | robinnicole333@msn.com | 406.00 | Customer |
| Robin Hamilton | robinsail@icloud.com | 174.00 | Customer |
| Robin Politte | rpolitte@gmail.com | 204.00 | Customer |
| Robin Steward | lilstewg@aol.com | 582.00 | Customer |
| Robyn Eichenbaum | reichenbaum31@yahoo.com | 145.00 | Customer |
| Rod Giess | rgiess@speedbuildersystems.com | 112.00 | Customer |
| Rodney Sichel | rodneyempire@att.net | 140.00 | Customer |
| Roey Shmuel | fbix28@aim.com | 50.00 | Customer |
| Rogelio Sanchez | freedomroy2018@gmail.com | 224.00 | Customer |
| Roger Flowers | rogertoo@ftc.net | 140.00 | Customer |
| Roger Glickman | glickman@mac.com | 1,940.00 | Customer |
| Roger Kohlbecker | rkohlbecker@gmail.com | 891.00 | Customer |
| Roger Schur | rogerschur@yahoo.com | 392.00 | Customer |
| Rogers Debra | dtull63@hotmail.com | 66.00 | Customer |
| Roman Kolodchin | roman@drk123.com | 165.00 | Customer |
| Romanita Nica | rnica@akdhc.com | 145.00 | Customer |
| Ron Bennett | rbenny27@yahoo.com | 168.00 | Customer |
| Ron Friedman | ron@thecamg.com | 168.00 | Customer |
| Ron Messenger | rmessenger@yahoo.com | 168.00 | Customer |
| Ron Stone | rstoneny65@yahoo.com | 168.00 | Customer |
| Ron Thomas | ronjthomas@gmail.com | 168.00 | Customer |
| Ronald Laconi | ron.laconi@gmail.com | 128.00 | Customer |
| Ronald Powner | rpowner15@gmail.com | 204.00 | Customer |
| Ronald Smothers-Shamshum | rjsmothers@aol.com | 198.00 | Customer |
| Ronald Stack | rstackjr@gmail.com | 542.00 | Customer |
| Rosa Rotundo | mayrose_7777@yahoo.com | 112.00 | Customer |
| Rosalie Rysztak | rrysztak@gmail.com | 168.00 | Customer |
| Rose Perkins | cherisheddays@gmail.com | 84.00 | Customer |
| Roseann Mendoza | roseann_estrada@hotmail.com | 118.00 | Customer |
| Rosemary Cowen-Knight | lewisrosemaryknight@mac.com | 112.00 | Customer |
| Ross Tawil | rosstawil@gmail.com | 242.00 | Customer |
| Roxanne Delgado | roxanne_delgado@hotmail.com | 112.00 | Customer |
| Roy Steinmetz | rasteinmetz@hotmail.com | 308.00 | Customer |
| Rrok Dodaj | dodajrick@gmail.com | 186.00 | Customer |
| Ruben Citores | rubencitores22@gmail.com | 318.00 | Customer |
| Ruben Cordero | rubencordero@me.com | 28.00 | Customer |
| Ruben Gonzalez-Zurwalski | rjgonzalez725@gmail.com | 198.00 | Customer |
| Rubens Persone | rpersona@live.com | 32.00 | Customer |
| Rui Silva | rui@statechoice.com | 796.00 | Customer |
| Russ Hagey | russ.hagey@bain.com | 174.00 | Customer |
| Russ Jaffe | rjaffe@rmjholdings.com | 198.00 | Customer |
| Russ Smith | bostonceltics2022@gmail.com | 150.00 | Customer |
| Russell Gibson | gibsonr252@gmail.com | 165.00 | Customer |
| Russell Greenman | russellgreenman@gmail.com | 590.00 | Customer |
| Russell Isaacs | russell.isaacs1@gmail.com | 168.00 | Customer |
| Russell Noe | russellnoelawoffice@gmail.com | 196.00 | Customer |
| Russell Thompson | russjerky@yahoo.com | 84.00 | Customer |
| Russell Torrison | russtorrison@hotmail.com | 124.00 | Customer |
| Ruthanne Drew | ruthannedrew@gmail.com | 376.00 | Customer |
| Ryan Chick | kyle.a.panaschik@gmail.com | 50.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|------|--------|---------:|---------------|
| Ryan Frank | rfrank1794@gmail.com | 642.00 | Customer |
| Ryan James | ryankjames76@gmail.com | 81.00 | Customer |
| Ryan Krueger | ryan@freedomdaysolutions.com | 2,034.00 | Customer |
| Ryan Kuschman | kuschman93@gmail.com | 196.00 | Customer |
| Ryan Vandam | vandamr18@gmail.com | 56.00 | Customer |
| Ryan Windels | ryanjwindels@gmail.com | 236.00 | Customer |
| Ryan Youngman | ryan.billy.y@gmail.com | 479.00 | Customer |
| S.Thomas Grunnah | sgrunnah@aol.com | 650.00 | Customer |
| Sabina Sulat | ssulatsjc@gmail.com | 33.00 | Customer |
| Sabrina Long | britney@gmail.com | 50.00 | Customer |
| Sagar Lunagaria | sagar.lunagaria.dmd@gmail.com | 132.00 | Customer |
| Saira Alvarez | thadanisaira@gmail.com | 66.00 | Customer |
| Sally A. | sally.andrea@gmail.com | 168.00 | Customer |
| Sally Chaytor | schaytor@aol.com | 140.00 | Customer |
| Sally Landreth | landreth59@msn.com | 99.00 | Customer |
| Sam Chretien | schretien92@gmail.com | 482.00 | Customer |
| Sam Ehrlich | samjehrlich94@gmail.com | 792.00 | Customer |
| Sam Hegge | shegge08@gmail.com | 252.00 | Customer |
| Sam Herrera | samantha_h23@yahoo.com | 270.00 | Customer |
| Sam Lee | gleeshoppingdeals@gmail.com | 200.00 | Customer |
| Sam Marton | sam.marton@gmail.com | 342.00 | Customer |
| Sam Scott | samzscott55@gmail.com | 248.00 | Customer |
| Sam Thenelis | sammy420@gmail.com | 50.00 | Customer |
| Samantha Fisher | samantha335@gmail.com | 56.00 | Customer |
| Sameet Koppikar | sameetk2000@gmail.com | 84.00 | Customer |
| Samitkumar Patel | patelsig@gmail.com | 679.00 | Customer |
| Samuel Gillespie | samuelhgillespie@yahoo.com | 112.00 | Customer |
| Samuel Han | samuelhan70@outlook.com | 150.00 | Customer |
| Samuel Patton | sambopatton@gmail.com | 140.00 | Customer |
| Sandra Donatelli | sandrahdonatelli@gmail.com | 100.00 | Customer |
| Sandra Fernandez-Rankin | sifrankin@gmail.com | 168.00 | Customer |
| Sandra Hester | shester1102@gmail.com | 84.00 | Customer |
| Sandra Jones | sandrabethjones@gmail.com | 140.00 | Customer |
| Sandra Mitchem | sandy.mitchem@gmail.com | 174.00 | Customer |
| Sandy Watts | greengirl_444@yahoo.com | 20.00 | Customer |
| Sanjay Patel | sanj272@yahoo.com | 135.00 | Customer |
| Sara Lawrence | saralawrence73@gmail.com | 1,432.00 | Customer |
| Sarah Duncan | sarahduncan515@gmail.com | 150.00 | Customer |
| Sarah Forsman | sforsman@gvtc.com | 112.00 | Customer |
| Sarah Howell | showell41@hotmail.com | 132.00 | Customer |
| Sarah Lewis | adgerfarms@hotmail.com | 140.00 | Customer |
| Sarah Lietzke | america272@netscape.net | 50.00 | Customer |
| Sarah Macko | sgmmartin@gmail.com | 125.00 | Customer |
| Sarah Markle | saturdaysstory@gmail.com | 114.00 | Customer |
| Sarah Martin | sandsmartin1@yahoo.com | 56.00 | Customer |
| Sarah Schick | sthompsonschick@gmail.com | 132.00 | Customer |
| Sarah Wilson | wilson.sarahelizabeth@gmail.com | 455.00 | Customer |
| Sarina Kiernan | sarinakiernan@gmail.com | 111.00 | Customer |
| Satya Atmakuri | sratmakuri@yahoo.com | 600.00 | Customer |
| Satyam Kantamneni | satyam@nenicorp.com | 592.00 | Customer |
| Savanna Atencio | savannaatencio@gmail.com | 112.00 | Customer |
| Savannah Hester | savkait@gmail.com | 99.00 | Customer |
| Scot Hutton | flynjarhead@gmail.com | 1,426.00 | Customer |
| Scott Aldridge | sealdridge89@gmail.com | 192.00 | Customer |
| Scott Allen | sallen@allpaks.com | 84.00 | Customer |
| Scott Christman | espwinsforyou@gmail.com | 84.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|------|--------|----------|---------------|
| Scott Cochran | sccoch@hotmail.com | 180.00 | Customer |
| Scott Cusimano | papacusimano@aol.com | 210.00 | Customer |
| Scott Feldman | patentesquire@gmail.com | 160.00 | Customer |
| Scott Fordham | scottfordham@comcast.net | 168.00 | Customer |
| Scott Hammack | 1scoman@sbcglobal.net | 1,084.00 | Customer |
| Scott Hartwig | hartwigs4@me.com | 270.00 | Customer |
| Scott Horsfield | horsegolf63@me.com | 112.00 | Customer |
| Scott Keogh | scottk@aladdincap.com | 132.00 | Customer |
| Scott Kindelmann | scott@alturna-tech.com | 958.00 | Customer |
| Scott Lavie | slavie@comcast.net | 180.00 | Customer |
| Scott Mcginn | slmcginn@hotmail.com | 112.00 | Customer |
| Scott Mcmorran | scottmcmorran@yahoo.com | 112.00 | Customer |
| Scott Mescudi | boston2021@gmail.com | 150.00 | Customer |
| Scott Pospichel | scott_pospichel@yahoo.com | 206.00 | Customer |
| Scott Provaznik | sprovaznik@gmail.com | 72.00 | Customer |
| Scott Stanley | scottstanley1989@gmail.com | 55.00 | Customer |
| Scott Sylvester | scottiesly@gmail.com | 547.00 | Customer |
| Scott Weiss | riverweis@yahoo.com | 336.00 | Customer |
| Sead Mehmedovic | seadm1422@gmail.com | 19.00 | Customer |
| Sean Chugh | scdvm@yahoo.com | 708.00 | Customer |
| Sean Grambart | stgfacfas@gmail.com | 140.00 | Customer |
| Sean Oconnor | stephoconnor4@gmail.com | 200.00 | Customer |
| Sean Oreilly | oreillysp333@gmail.com | 198.00 | Customer |
| Sebastian Volcy | svking32@gmail.com | 152.00 | Customer |
| Seth Katz | sekatz1965@yahoo.com | 1,224.00 | Customer |
| Seth Nicholson | sethnicholson198907@gmail.com | 58.00 | Customer |
| Seth Simmons | sethsimmons2022@gmail.com | 50.00 | Customer |
| Shaena Tuohy | shaena.tuohy@gmail.com | 28.00 | Customer |
| Shamar Hamilton | 923b523c-cc7b-4cbd-a67f-f31331656203@undergrounc | 46.00 | Customer |
| Shana Vandertoll | svandertoll@yahoo.com | 116.00 | Customer |
| Shane Mayer | shanefmayer@gmail.com | 140.00 | Customer |
| Shane Owens | shane.owens@gmail.com | 198.00 | Customer |
| Shannon Cook | scook9975@hotmail.com | 330.00 | Customer |
| Shanya Fullerton-Ingram | shanyarene@cheerful.com | 33.00 | Customer |
| Sharon Adams | sharonadams6031@att.net | 75.00 | Customer |
| Sharon Golden | goldenzfam@gmail.com | 66.00 | Customer |
| Sharon Harness Ilseman | sharon.ilseman@gmail.com | 770.00 | Customer |
| Sharon Voelz | svoelz@pizzaproperties.com | 84.00 | Customer |
| Shauna Zarrin | szarrin@gmail.com | 57.00 | Customer |
| Shawn Duhamel | shawnduhamel@gmail.com | 140.00 | Customer |
| Shawn Fellows | sfellows@nutechpromos.com | 112.00 | Customer |
| Shawn Richardson | srichardson1465@gmail.com | 132.00 | Customer |
| Shawndra Kortum | shawndra.kortum@gmail.com | 343.00 | Customer |
| Shawnie Echeverry | shawniegarcia3@gmail.com | 132.00 | Customer |
| Shaz Depinto | shaleendp@yahoo.com | 284.00 | Customer |
| Sheila Stephens | indiancreekfarms@verizon.net | 84.00 | Customer |
| Sheila Tonemah | sheilae03@yahoo.com | 305.00 | Customer |
| Shelby Dart | shelby@godartrealty.com | 99.00 | Customer |
| Shelia Frank | sfrank@republicbank.com | 28.00 | Customer |
| Shelley Colangelo | michele.colangelo28@gmail.com | 102.00 | Customer |
| Sheri Sokoloff | mssoks@yahoo.com | 273.00 | Customer |
| Sheridan Conrad | ajewelersart@gmail.com | 165.00 | Customer |
| Sherri Pugh | pughsherri20@gmail.com | 168.00 | Customer |
| Sheryll Domingo | sherylld76@gmail.com | 100.00 | Customer |
| Shivraj Desai | shivrajd@yahoo.com | 554.00 | Customer |
| Shiying Wang | shiyingsunnywang@gmail.com | 270.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|------|--------|---------:|---------------|
| Shonna Hanzlik | shonnagirl@hotmail.com | 174.00 | Customer |
| Shriram Parikh | skparikh@yahoo.com | 292.00 | Customer |
| Silkey Jain | ajshina.jain@gmail.com | 156.00 | Customer |
| Silvester Ramirez | silvestreton@hotmail.com | 32.00 | Customer |
| Simon Ore | flamingoshoe@gmail.com | 198.00 | Customer |
| Simone Rodriguez | rodriguezsimonea@gmail.com | 99.00 | Customer |
| Simone Sassoli | ssassoliuno@gmail.com | 420.00 | Customer |
| Sindhu Murthy | sindhu.murthy@gmail.com | 112.00 | Customer |
| Sirvard Pilossyan | silvavagarshak@hotmail.com | 196.00 | Customer |
| Skip Harper | skip1344@gmail.com | 168.00 | Customer |
| Smita Savant | smitasavant1@gmail.com | 120.00 | Customer |
| Sofia Thai | sofiathai.urbanedge@gmail.com | 168.00 | Customer |
| Somay Farias | somayfarias@aol.com | 304.00 | Customer |
| Sommer Normandy | sommergirl1002@yahoo.com | 491.00 | Customer |
| Sompong Thammakham | sompongotopia@gmail.com | 84.00 | Customer |
| Sonal Patel | sonuz@hotmail.com | 240.00 | Customer |
| Song Han | hansongyi0419@hotmail.com | 99.00 | Customer |
| Soni Desouza | sonidesouza@hotmail.com | 140.00 | Customer |
| Sonia Salvino | ssalvino@mac.com | 140.00 | Customer |
| Sophia Aslanis | sophia@nutrition4life.com | 149.00 | Customer |
| Sophia Sto | sophia.ksmdr@gmail.com | 50.00 | Customer |
| Spencer Harris | sh48220@yahoo.com | 532.00 | Customer |
| Stacey Leigh | mommiezook@optonline.net | 84.00 | Customer |
| Stacey Thompson | sthompson121@sbcglobal.net | 140.00 | Customer |
| Stacey Wisniewski | sblondie64@yahoo.com | 84.00 | Customer |
| Stacey Wynn | staceyreneewynn603@gmail.com | 33.00 | Customer |
| Staci Dill | stacidill207@gmail.com | 112.00 | Customer |
| Stacy Brannon | okkiteboarder@gmail.com | 293.00 | Customer |
| Stacy Froemming | froemming@irby.com | 196.00 | Customer |
| Stacy Lawson | stacy.lawson@hotmail.com | 165.00 | Customer |
| Stacy Lewis | sklewismd@hotmail.com | 75.00 | Customer |
| Stacy Scarpa | slscarpa@comcast.net | 150.00 | Customer |
| Stacy Shelhorse | shelhors@seattleu.edu | 198.00 | Customer |
| Staley Crawford | swrice25@gmail.com | 33.00 | Customer |
| Stan Buxa | sjbuxa@gondtc.com | 252.00 | Customer |
| Stanley Fells | jr.fells07@gmail.com | 1,057.00 | Customer |
| Stanley Kang | likeachild@gmail.com | 217.00 | Customer |
| Stanley Marte | eddyace15@yahoo.com | 20.00 | Customer |
| Stanley Schwalb | stanschwalb@aol.com | 102.00 | Customer |
| Star Fox | starfoxscents@gmail.com | 100.00 | Customer |
| Steph Smith | stephsmith1900@gmail.com | 50.00 | Customer |
| Stephanie Acosta | stephacosta@gmail.com | 209.00 | Customer |
| Stephanie Arculli | stephanie.arculli@mac.com | 330.00 | Customer |
| Stephanie Bailey | stephjonesbailey@gmail.com | 324.00 | Customer |
| Stephanie Bardavid | stephaniebardavid@gmail.com | 50.00 | Customer |
| Stephanie Bohrer | bohrerstephanie@gmail.com | 84.00 | Customer |
| Stephanie Demello | steph.l.demello@gmail.com | 84.00 | Customer |
| Stephanie Goins | stephanie_roberts@att.net | 168.00 | Customer |
| Stephanie Hudson | stephanielhudson@gmail.com | 439.00 | Customer |
| Stephanie Jones-Gomez | stephaniejonesgomez@gmail.com | 160.00 | Customer |
| Stephanie Lcornette | slcornette@yahoo.com | 145.00 | Customer |
| Stephanie Lue | stephanie.lue@gmail.com | 305.00 | Customer |
| Stephanie Peterson | littlepep3070@gmail.com | 440.00 | Customer |
| Stephanie Tristine | stristine11@gmail.com | 168.00 | Customer |
| Stephen Bell | rbadjuster@yahoo.com | 280.00 | Customer |
| Stephen Cooper | cooper2@att.net | 84.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|---|---|---|---|
| Stephen Gill | sgill18@gmail.com | 140.00 | Customer |
| Stephen Hsu | stephenhsu@gmail.com | 174.00 | Customer |
| Stephen Hutchinson | shutch122@gmail.com | 1,221.00 | Customer |
| Stephen Kapavik | stephen.kapavik@gmail.com | 152.00 | Customer |
| Stephen Leidner | steve9800@gmail.com | 170.00 | Customer |
| Stephen Spencer | spen5153@pacbell.net | 140.00 | Customer |
| Stephen West | stephenwwest@icloud.com | 193.00 | Customer |
| Stephen Winalski | steve2nd@hotmail.com | 165.00 | Customer |
| Stephen Wolfe | stephen.wolfe@icloud.com | 112.00 | Customer |
| Steve Anderson | steve.anderson1989@gmail.com | 50.00 | Customer |
| Steve Barnes | billstowing1968@gmail.com | 112.00 | Customer |
| Steve Benninghoff | sbenninghoff@kkwtrucks.com | 228.00 | Customer |
| Steve Demartis | demartiss@aol.com | 56.00 | Customer |
| Steve Kopelman | sk1992@aol.com | 967.00 | Customer |
| Steve Leary | sleary@pmhcc.com | 112.00 | Customer |
| Steve Muhlbaum | steve.muhlbaum@gmail.com | 140.00 | Customer |
| Steve Smith | lakers2022@gmail.com | 100.00 | Customer |
| Steve Wolff | steve.wolff@att.net | 112.00 | Customer |
| Steven Ellis | entdrellis@gmail.com | 448.00 | Customer |
| Steven Jayson | steven_jayson@yahoo.com | 420.00 | Customer |
| Steven Lawrence | stevenjl78@gmail.com | 510.00 | Customer |
| Steven Lowenstein | stevenlow@amshalom.com | 99.00 | Customer |
| Steven Mckinnon | steven@crowntechgroup.com | 499.00 | Customer |
| Steven Meaux | meauxsp@gmail.com | 50.00 | Customer |
| Steven Vaughn | steven.vaughn45@yahoo.com | 198.00 | Customer |
| Steven Vazquez | vazstev@yahoo.com | 544.00 | Customer |
| Steven Weisfeld | scweisfeld@gmail.com | 112.00 | Customer |
| Steven Whelpley | steven.whelpley@gmail.com | 1,154.00 | Customer |
| Steven White | stevenwhite88@icloud.com | 56.00 | Customer |
| Steven Wieder | wmpcsteve@aol.com | 7,590.00 | Customer |
| Stewart Greenberg | sgreenberg1706@gmail.com | 165.00 | Customer |
| Stewart Tunson | tqiestinc@yahoo.com | 198.00 | Customer |
| Suchada Sirisuphang | ragravekungusa+ccb2@gmail.com | 50.00 | Customer |
| Sue Creehan | sue.creehan@live.com | 437.00 | Customer |
| Sue Tsao | tsao888@earthlink.net | 231.00 | Customer |
| Survivor Fitness | meg@survivorfitness.org | 174.00 | Customer |
| Susan Carnegie | susan.carnegie@me.com | 593.00 | Customer |
| Susan Chusyd | schusyd@gmail.com | 0.00 | Customer |
| Susan Eklund | susaneklund@msn.com | 396.00 | Customer |
| Susan Jackson | quaker.susan@gmail.com | 607.00 | Customer |
| Susan Kliesen | susankliesen@remax.net | 160.00 | Customer |
| Susan Leone | sueleone999@gmail.com | 112.00 | Customer |
| Susan Lietz-Davis | sueldavis@gmail.com | 238.00 | Customer |
| Susan Mandarino | susanmmandarino@yahoo.com | 184.00 | Customer |
| Susan Marr | susanemarr@aol.com | 1,295.00 | Customer |
| Susan Neumann | susneumann81@gmail.com | 84.00 | Customer |
| Susan Padgeon | spadgeon@comcast.net | 120.00 | Customer |
| Susan Paolo | susanpaolo@roadrunner.com | 144.00 | Customer |
| Susan Reever | susanreever@gmail.com | 90.00 | Customer |
| Susan White | whitesusan511@gmail.com | 334.00 | Customer |
| Susan Winkler | susanwinkler2020@gmail.com | 58.00 | Customer |
| Susanbuchanan Woodson | sbj@athenamagine.com | 102.00 | Customer |
| Susannah Whipps | susie@whipps.com | 140.00 | Customer |
| Suzanne Payne | suzannepayne66@gmail.com | 140.00 | Customer |
| Suzanne Sakiewicz | sewziq@gmail.com | 56.00 | Customer |
| Sydney Owen | sydneyowen16@gmail.com | 160.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|---|---|---|---|
| Sylvia Meraz | sylmeraz@gmail.com | 168.00 | Customer |
| Tadd Russikoff | trussikoff@gmail.com | 99.00 | Customer |
| Taiyo Yamaguchi | taiyosoleilsunnysolis@gmail.com | 219.00 | Customer |
| Tal Weatherly | tweatherly80@gmail.com | 140.00 | Customer |
| Tamara Smith | sastls@yahoo.com | 150.00 | Customer |
| Tammy Mackanic | tammy@livetheeasylife.com | 145.00 | Customer |
| Tammy Negri | tammynegri@strategiesincaba.com | 150.00 | Customer |
| Tanay Padhi | tanayrulz@gmail.com | 99.00 | Customer |
| Tania Fabiani | taniafabi1@gmail.com | 140.00 | Customer |
| Tanya Borsuk | tanyaborsuk@hotmail.com | 261.00 | Customer |
| Tanya Krueger | alextanyak@hotmail.com | 140.00 | Customer |
| Tanya Svoboda | t_svoboda@msn.com | 198.00 | Customer |
| Tara Fuentes | fuentest1105@yahoo.com | 168.00 | Customer |
| Tasha Harris | anotherwordfortravel@gmail.com | 200.00 | Customer |
| Tate Duffy | smokedeville@gmail.com | 330.00 | Customer |
| Tateki Matsuda | tatekitechmatsuda@gmail.com | 300.00 | Customer |
| Tatiana Espinosa | tatdior@hotmail.com | 0.00 | Customer |
| Tatum Moore | tatumleemoore@yahoo.com | 102.00 | Customer |
| Tavis Gaudet | tavisghl@gmail.com | 536.00 | Customer |
| Tawnya Skinner | tawnyasmiles88@live.com | 211.00 | Customer |
| Taylor Antonczyk | tkmarkham21@gmail.com | 1,664.00 | Customer |
| Taylor Armbruster | ravenhearst23@gmail.com | 120.00 | Customer |
| Taylor Phebus | tayphebus@yahoo.com | 20.00 | Customer |
| Ted Foundas | tedgolfs1@gmail.com | 262.00 | Customer |
| Teejay Li | yangolian1@yahoo.com | 112.00 | Customer |
| Tena Tanner | tenatans@aol.com | 120.00 | Customer |
| Terence Milaney | milaneyt@yahoo.com | 140.00 | Customer |
| Teresa Brown | tish186@gmail.com | 116.00 | Customer |
| Teresa Lehr | tpointer1@prodigy.net | 84.00 | Customer |
| Teresa Oliveria | toliveria09@gmail.com | 57.00 | Customer |
| Teresa Sachs | tsachs75@verizon.net | 768.00 | Customer |
| Terrance Hatcher | terry.84.hatcher@gmail.com | 125.00 | Customer |
| Terrence Casey | terry@chancellorfinancialgroup.com | 678.00 | Customer |
| Terrence Tobin | trtsr@yahoo.com | 570.00 | Customer |
| Terri Price | tprice2078@yahoo.com | 390.00 | Customer |
| Tess Cameron | cameron.tess@gmail.com | 150.00 | Customer |
| Tess Wallace | tesslcoon@gmail.com | 3,581.00 | Customer |
| Test Person | testperson@undergroundcellar.com | 20.00 | Customer |
| Tex Adkins | neatwriter@yahoo.com | 228.00 | Customer |
| Thais Mcavinatto | t.cavinatto@gmail.com | 565.00 | Customer |
| Thao Nguyen | goodhomes4us@gmail.com | 112.00 | Customer |
| The Gupta | theguptas@aol.com | 150.00 | Customer |
| Theresa Hess | terigallagherhess@gmail.com | 180.00 | Customer |
| Thomas Bernier | thomasbernier431@gmail.com | 75.00 | Customer |
| Thomas Bowling | tbowling@frostburg.edu | 140.00 | Customer |
| Thomas Carignan | junkmanrt2@aol.com | 84.00 | Customer |
| Thomas Chawluk | champ712@yahoo.com | 720.00 | Customer |
| Thomas Dickey | bridgesdickey@gmail.com | 482.00 | Customer |
| Thomas Gallagher | thomas@sweatnet.com | 252.00 | Customer |
| Thomas Giddings | tmgiddings@cox.net | 168.00 | Customer |
| Thomas Gregg | agregg@sc.rr.com | 112.00 | Customer |
| Thomas Gworek | quesograndetomaso@yahoo.com | 112.00 | Customer |
| Thomas Hart | thomashart2022@gmail.com | 56.00 | Customer |
| Thomas Hopper | thomas.warren.hopper@gmail.com | 265.00 | Customer |
| Thomas Kennedy | tk071662@yahoo.com | 308.00 | Customer |
| Thomas Mccarthy | tmccarthy406@hotmail.com | 84.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|------|--------|---------:|---------------|
| Thomas Michel | thomas.michel27@gmail.com | 168.00 | Customer |
| Thomas Pacicco | tpacicco@aol.com | 773.00 | Customer |
| Thomas Persinski | t.persinski@gmail.com | 507.00 | Customer |
| Thomas Watson | tom@watsonproperties.us | 150.00 | Customer |
| Thomas Wood | ntansa@gmail.com | 50.00 | Customer |
| Thomasl Wadewaidsuttejr | tsalaghi81@gmail.com | 360.00 | Customer |
| Tiffany Chavez | pretrc@gmail.com | 889.00 | Customer |
| Tiffany Glover | tag3238@gmail.com | 180.00 | Customer |
| Tiffany Nichols | tnicholsui@gmail.com | 33.00 | Customer |
| Tiffany Rogers | tiffanyrogers@comcast.net | 66.00 | Customer |
| Tim Brown | brownt@stonybrookwater.com | 112.00 | Customer |
| Tim Burns | tgburns@cox.net | 418.00 | Customer |
| Tim Delfield | tdelfi01@yahoo.com | 1,244.00 | Customer |
| Tim Hill | emailtimhill@yahoo.com | 140.00 | Customer |
| Tim Martz | tmartz54@hotmail.com | 308.00 | Customer |
| Tim Orange | timothy.orange864@icloud.com | 99.00 | Customer |
| Tim Ramsay | abetr@aol.com | 338.00 | Customer |
| Tim Williamson | tim.williamson@hotmail.com | 95.00 | Customer |
| Tim Zimmerschied | tzimmerschied@hotmail.com | 360.00 | Customer |
| Timm Hamm | timhamm7@gmail.com | 105.00 | Customer |
| Timm Vedder | tvedder@mac.com | 267.00 | Customer |
| Timothy Greene | tim.greene@ufso1.com | 168.00 | Customer |
| Timothy Kenney | timkenney@comcast.net | 813.00 | Customer |
| Timothy Kosinski | tjkosinski@charter.net | 168.00 | Customer |
| Timothy Persico | tpersico@gmail.com | 0.00 | Customer |
| Timothy Walker | timothywalker100942@gmail.com | 240.00 | Customer |
| Timothy Walsh | tjvwalsh@gmail.com | 1,100.00 | Customer |
| Tina Barrett | tinabarrett1207@yahoo.com | 140.00 | Customer |
| Tina Bruns | tina.bruns7@gmail.com | 593.00 | Customer |
| Tina Christiansen | tinachristiansen@comcast.net | 84.00 | Customer |
| Tina Filary | christinefilary@comcast.net | 100.00 | Customer |
| Tish Vargas | tishvee@gmail.com | 168.00 | Customer |
| Tishawnt Jenkins | jenkinstishawn@gmail.com | 165.00 | Customer |
| Tj Balous | tbalous@yahoo.com | 99.00 | Customer |
| Toan Tran | toan5791@gmail.com | 170.00 | Customer |
| Tob Cox | tobi.cox@verizon.net | 198.00 | Customer |
| Todd Graverson | eurog@hotmail.com | 198.00 | Customer |
| Todd Hlavaty | thlavatymd@gmail.com | 372.00 | Customer |
| Tom Burish | thomasburish@gmail.com | 26.00 | Customer |
| Tom Danielson | svhsv76@gmail.com | 164.00 | Customer |
| Tom Elchenko | telchenko@aol.com | 512.00 | Customer |
| Tom Hanks | tomhanks1800@gmail.com | 50.00 | Customer |
| Tom Jordan | poppacherri@gmail.com | 99.00 | Customer |
| Tom Kolenic | tk@seasidelending.com | 928.00 | Customer |
| Tom Lawson | icewolf333@aol.com | 112.00 | Customer |
| Tom Novelline | wtnovs@gmail.com | 180.00 | Customer |
| Tom Ponder | ponder.blaine.tom@gmail.com | 135.00 | Customer |
| Tom Raycraft | traycraft@yahoo.com | 1,563.00 | Customer |
| Tom Senker | tomsenker@yahoo.com | 308.00 | Customer |
| Tom Snyder | tomsnyder40@aol.com | 57.00 | Customer |
| Tom Toy | ttoy1622@gmail.com | 260.00 | Customer |
| Tom Westbrook | westbrook.thomasg@gmail.com | 112.00 | Customer |
| Tommy Frankel | frankel280@aol.com | 112.00 | Customer |
| Tony Hiller | tonyhiller@gmail.com | 3,913.00 | Customer |
| Tony Marinello | ammarinellonola@gmail.com | 125.00 | Customer |
| Tony Pater | tpater9@gmail.com | 261.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|---|---|---|---|
| Tonya Lyon | tlyon@arrow.com | 198.00 | Customer |
| Tory Wulf | twulf6@yahoo.com | 168.00 | Customer |
| Toya Jenkins | toyaj@me.com | 140.00 | Customer |
| Trace Johannesen | trace.johannesen@gmail.com | 368.00 | Customer |
| Tracey Gilliam | tracey.gilliam313@gmail.com | 66.00 | Customer |
| Tracey Singer | tracey.singer@yahoo.com | 140.00 | Customer |
| Tracy Dasgupta | tracy.dasgupta@gmail.com | 136.00 | Customer |
| Tracy Liberatore | tracyliberatore@gmail.com | 140.00 | Customer |
| Tracy Mantel | italian_gem@hotmail.com | 50.00 | Customer |
| Tracy Peterson | tracypeterson2016@gmail.com | 683.00 | Customer |
| Tracy Schneider | tms1160@yahoo.com | 140.00 | Customer |
| Travis Parker | bemmer2005@gmail.com | 33.00 | Customer |
| Travis Smith | travis8000@gmail.com | 476.00 | Customer |
| Trent Manuel | trent3233@yahoo.com | 55.00 | Customer |
| Trestika Wilson | trestikawilson.tw@gmail.com | 0.00 | Customer |
| Trev Dearstyne | trevdear@udel.edu | 111.00 | Customer |
| Trevor Wood | tgwsixers@gmail.com | 363.00 | Customer |
| Tricia Bell | clarketricia@yahoo.com | 39.00 | Customer |
| Tricia Fisher | triciafisher1988@gmail.com | 60.00 | Customer |
| Tricia Poindexter | tricia0113@yahoo.com | 242.00 | Customer |
| Tricia Stimac-Gartelmann | triciastimac@dvm.com | 140.00 | Customer |
| Tripti Ajgaonkar | itpirt@hotmail.com | 570.00 | Customer |
| Trish Gieraltowski | pktagie@gmail.com | 114.00 | Customer |
| Tristan Dixon | dixontristan8@gmail.com | 257.00 | Customer |
| Tung Tran | photimore@gmail.com | 307.00 | Customer |
| Tunisha Tandon | tunisha7000@yahoo.com | 132.00 | Customer |
| Tyler Craft | tylercraft1719@ymail.com | 50.00 | Customer |
| Tyler Girouard | tylerg0405@gmail.com | 2,096.00 | Customer |
| Tyler Keena | tkeena1@gmail.com | 212.00 | Customer |
| Tyler Terrell | tylerterrell91@yahoo.com | 66.00 | Customer |
| Tyrone Burton | tyroneburton346@gmail.com | 198.00 | Customer |
| Udeni Moonesinghe | nareshmoon@aol.com | 140.00 | Customer |
| Unni Nair | unni79@gmail.com | 99.00 | Customer |
| Urmil Shah | udshah@gmail.com | 100.00 | Customer |
| Ursula Garrett | ugarrett@cpagarrett.com | 168.00 | Customer |
| Urvana Traceymorse | urvana3@gmail.com | 110.00 | Customer |
| VÃ-ctor Rosas | dgd.rosas@gmail.com | 198.00 | Customer |
| Valerie Simmons | valerie.simmons@hotmail.com | 132.00 | Customer |
| Valerie Strickland | valeriecstrickland@icloud.com | 400.00 | Customer |
| Van Allen | vanallen11@gmail.com | 50.00 | Customer |
| Vanessa Monico | monico.vanessa.m@gmail.com | 710.00 | Customer |
| Vas Vasiliadis | vas@exordium.com | 236.00 | Customer |
| Veling Tsai | velingtsai@gmail.com | 667.00 | Customer |
| Vicki Cohen | vkarasik08@gmail.com | 185.00 | Customer |
| Vicki Johnson | vicki.johnson1963@gmail.com | 30.00 | Customer |
| Vicki Lynch | vicki4loans@sbcglobal.net | 178.00 | Customer |
| Vickie Lovin | vlovin54@gmail.com | 124.00 | Customer |
| Victor Lukyanov | vicluk887@gmail.com | 99.00 | Customer |
| Victor Oyadiji | voyadiji@gmail.com | 0.00 | Customer |
| Victor Sansanese | rapatorchi@gmail.com | 150.00 | Customer |
| Victoria Benden | v.benden@gmail.com | 145.00 | Customer |
| Victoria Bradford | vbradford.comfort@gmail.com | 35.00 | Customer |
| Victoria Hay | victorialhay@gmail.com | 56.00 | Customer |
| Victoria Mansoor | victoria.mansoor@gmail.com | 128.00 | Customer |
| Victoria Musto | vickym220@yahoo.com | 84.00 | Customer |
| Vikram Bellapravalu | vikram.bellapravalu@gmail.com | 91.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|---|---|---|---|
| Vikram Marfatia | vsmarfatia@yahoo.com | 318.00 | Customer |
| Vikram Raj | vikram81087@gmail.com | 716.00 | Customer |
| Viktoriia Neudakhina | viktoriiaa8981@gmail.com | 198.00 | Customer |
| Vince Nguyen | bigphatdude@gmail.com | 192.00 | Customer |
| Vincent Molinari | vmolinari730@gmail.com | 282.00 | Customer |
| Vincent Montano | vincepmontano@gmail.com | 168.00 | Customer |
| Vincent Vaiano | vincentvaiano@gmail.com | 480.00 | Customer |
| Vinny Candela | vlme98@yahoo.it | 56.00 | Customer |
| Virginia Whitsitt | vwflightmemphis@gmail.com | 681.00 | Customer |
| Vivian York | vmy729@gmail.com | 114.00 | Customer |
| Vu Nguy | nguyvuradio@gmail.com | 502.00 | Customer |
| Walter Mikulik | waltermikulik@sbcglobal.net | 84.00 | Customer |
| Wanda Velez | wpalacios528@gmail.com | 198.00 | Customer |
| Warren Yee | warrenyee@gmail.com | 198.00 | Customer |
| Wayne Powell | wayne.powell@noblenewyork.org | 38.00 | Customer |
| Wayne Reynolds | wc_reynolds@yahoo.com | 125.00 | Customer |
| Wehmeyer Wehmeyer | pwehmeyer@aol.com | 56.00 | Customer |
| Weiqian Ou | wei008@aol.com | 224.00 | Customer |
| Wendy Caperonis | wow1983@gmail.com | 140.00 | Customer |
| Wes Gotschall | wgotsch2@gmail.com | 80.00 | Customer |
| Wesley Kasubuchi | kasubuchi1@icloud.com | 160.00 | Customer |
| Westley Vermillion | wvermillion@gmail.com | 145.00 | Customer |
| Whit Pritchett | whitpritchett@gmail.com | 1,176.00 | Customer |
| Whitfield Smith | beyondbronze1@yahoo.com | 168.00 | Customer |
| Wilberto Almestica | wilbertoalmestic@bellsouth.net | 168.00 | Customer |
| Wilbur Lewis | windellao3@gmail.com | 241.00 | Customer |
| William Agbo | flow1972@yahoo.fr | 99.00 | Customer |
| William Allen | newyorkbill194443@gmail.com | 165.00 | Customer |
| William Arata | aratalaw@bellsouth.net | 116.00 | Customer |
| William Brockett | wcbrockett@gmail.com | 112.00 | Customer |
| William Carper | williamjoesph@gmail.com | 270.00 | Customer |
| William Chaknos | wchaknos@verizon.net | 32.00 | Customer |
| William Chang | williamhchang@mac.com | 353.00 | Customer |
| William Chang | drsbill@aol.com | 308.00 | Customer |
| William Dalton | daltonbill40@yahoo.com | 140.00 | Customer |
| William Frattalone | tadfrattalone@gmail.com | 84.00 | Customer |
| William Green | greenortho@mindspring.com | 140.00 | Customer |
| William Hennessey | local342@optonline.net | 168.00 | Customer |
| William Hwang | whwang3834@yahoo.com | 168.00 | Customer |
| William Johnson | willlivelife1@gmail.com | 120.00 | Customer |
| William Lavigne | wlavignemd@aol.com | 430.00 | Customer |
| William Ledendecker | williamledendecker@sbcglobal.net | 168.00 | Customer |
| William Lemaster | billlemaster21@icloud.com | 234.00 | Customer |
| William Liu | william@flyingkingus.com | 140.00 | Customer |
| William Mcbride | williamtymcbride@gmail.com | 162.00 | Customer |
| William Mulkeen | bill.mulkeen@gmail.com | 140.00 | Customer |
| William Myers | coloradorealestatebroker@gmail.com | 120.00 | Customer |
| William Otto | billybilt1@gmail.com | 99.00 | Customer |
| William Posey | bill_posey_7@msn.com | 112.00 | Customer |
| William Rapp | williamjrapp@yahoo.com | 112.00 | Customer |
| William Rehrig | ihategbugz@hotmail.com | 290.00 | Customer |
| William Schell | wjschell1@gmail.com | 56.00 | Customer |
| William Shaheen | billy@telesero.com | 202.00 | Customer |
| William Shiner | wshiner@shinergrp.com | 275.00 | Customer |
| William Slater | bslater58@gmail.com | 140.00 | Customer |
| William Urbanus | wfurbanus@comcast.net | 140.00 | Customer |

Phoeno Wine Company, Inc.

Schedule F - Customers - No Address

| Name | E-mail | ClaimAmt | Consideration |
|------|--------|----------|---------------|
| William Walsh | starvedrockleasing@gmail.com | 168.00 | Customer |
| William White | billwhite1479@yahoo.com | 28.00 | Customer |
| Winenot 519 | winenot519@gmail.com | 483.00 | Customer |
| Winton Roth | caseyroth84@gmail.com | 57.00 | Customer |
| Worathan Makpleek | cbunmasu+cce3@gmail.com | 50.00 | Customer |
| Wray Tsuzaki | wtsuzaki@yahoo.com | 280.00 | Customer |
| Xanthe Ranger | xanthe.ranger@gmail.com | 279.00 | Customer |
| Xiangke Liu | liukier@hotmail.com | 303.00 | Customer |
| Xiaowei Liu | xiaoweiliumd@gmail.com | 319.00 | Customer |
| Xin Li | amplellc@hotmail.com | 168.00 | Customer |
| Yana Saavedra | yana_oe@hotmail.com | 160.00 | Customer |
| Yang Han | hhan2006@gmail.com | 112.00 | Customer |
| Yani Jack | yanijack55@outlook.com | 54.00 | Customer |
| Yasmeen Neal | yasmeen.iqbal01@gmail.com | 30.00 | Customer |
| Yasmim Dukle | yasmim@maisweb.org | 84.00 | Customer |
| Yearsly Arce | yearslyarce@gmail.com | 198.00 | Customer |
| Yelin Lantigua | yelinlantigua@yahoo.com | 87.00 | Customer |
| Yerbol Nurbatsin | yerbol@hotmail.com | 140.00 | Customer |
| Yingying Chen | yinging17@yahoo.com | 140.00 | Customer |
| Yolanda Mercado | ymercadofernandez@gmail.com | 180.00 | Customer |
| Young Gary | iambrazenyoungs@gmail.com | 66.00 | Customer |
| Youngh Leu | yhleu486@gmail.com | 168.00 | Customer |
| Yraika Avila | alex30davila@gmail.com | 140.00 | Customer |
| Yu Tanouchi | tano321@gmail.com | 204.00 | Customer |
| Yuefan Ji | gafanny09@gmail.com | 214.00 | Customer |
| Yukiko Tsuda | yukiko881804@gmail.com | 112.00 | Customer |
| Yuri Grishko | yglk2006@gmail.com | 384.00 | Customer |
| Yvonne Davis | yvonnedper@aol.com | 112.00 | Customer |
| Zac Johnston | zaccjohnston@gmail.com | 180.00 | Customer |
| Zac Minnix | xtwosixshootersx@aol.com | 132.00 | Customer |
| Zach Downtain | ucanfindzach@gmail.com | 224.00 | Customer |
| Zach Ewing | zewing77@gmail.com | 145.00 | Customer |
| Zach Roozeboom | zakatak222@gmail.com | 165.00 | Customer |
| Zach Sturm | zjsturm@gmail.com | 112.00 | Customer |
| Zachary Jones | zjones70125@gmail.com | 180.00 | Customer |
| Zain Mathew | zainmath75@gmail.com | 50.00 | Customer |
| Zane Gober | gobers7301@sbcglobal.net | 56.00 | Customer |
| Zhaotianren Yi | yutonaruu@gmail.com | 136.00 | Customer |
| Zhu Tailin | zhutailinapply@163.com | 33.00 | Customer |
| Zhuxuan Dong | carterdong@icloud.com | 196.00 | Customer |
| | TOTAL: | 792,940.00 | |

Phoeno Wine Company, Inc.

Schedule F - Customers - Deferred Credit - No Address

| Name | E-mail | ClaimAmt | Consideration |
|------|--------|----------|---------------|
| Abbie H | abbiehand@gmail.com | 50.00 | Customers - Deferred Credit |
| Abhishek M | abhishek.mcfarland@gmail.com | 25.00 | Customers - Deferred Credit |
| Adam A | cafcoadam@gmail.com | 30.00 | Customers - Deferred Credit |
| Adam B | adam.bunzel@gmail.com | 70.00 | Customers - Deferred Credit |
| Adam S | adamshaffer@me.com | 50.00 | Customers - Deferred Credit |
| Adrienne P | gtadrienne98@gmail.com | 30.00 | Customers - Deferred Credit |
| Alberto R | jareyes75@gmail.com | 10.00 | Customers - Deferred Credit |
| Alex S | andro111@qa.team | 25.00 | Customers - Deferred Credit |
| Alexander S | alex@stavdal.us | 26.00 | Customers - Deferred Credit |
| Alice H | avhenshaw@gmail.com | 18.00 | Customers - Deferred Credit |
| Alicja K | alikielczewska@gmail.com | 50.00 | Customers - Deferred Credit |
| Amanda J | rushforddc@gmail.com | 10.00 | Customers - Deferred Credit |
| Amanda M | amanda+t@undergroundcellar.com | 275.00 | Customers - Deferred Credit |
| Amine B | amineb1212@gmail.com | 50.00 | Customers - Deferred Credit |
| Amy B | amymblatt@gmail.com | 25.00 | Customers - Deferred Credit |
| Andre M | mouton@moutonnoirwines.com | 75.00 | Customers - Deferred Credit |
| Andrea R | aromstad@icloud.com | 50.00 | Customers - Deferred Credit |
| Andreas S | andystonick@comcast.net | 50.00 | Customers - Deferred Credit |
| Andrew A 13435741 | andrewahn223@gmail.com | 25.00 | Customers - Deferred Credit |
| Andrew H | ajwhurley@gmail.com | 15.00 | Customers - Deferred Credit |
| Andrew M | andrewfmccoy@gmail.com | 34.00 | Customers - Deferred Credit |
| Andrew W | awiedhopf@gmail.com | 8.00 | Customers - Deferred Credit |
| Andy R | andy.hortons@sbcglobal.net | 11.00 | Customers - Deferred Credit |
| Anesh P | vitistyle@yahoo.com | 13.00 | Customers - Deferred Credit |
| Angela B | angela.bortugno@cultivatewinemarketing.com | 10.00 | Customers - Deferred Credit |
| Angelene Y | ayoungman@yciarch.com | 50.00 | Customers - Deferred Credit |
| Anil K | anilkumar@mindspring.com | 50.00 | Customers - Deferred Credit |
| Ann L | amlaurent@cbburnet.com | 50.00 | Customers - Deferred Credit |
| Annette S | annettesaleh@gmail.com | 50.00 | Customers - Deferred Credit |
| Anthony B | arbowler79@gmail.com | 50.00 | Customers - Deferred Credit |
| Anthony G | anthonygeorge08@comcast.net | 12.00 | Customers - Deferred Credit |
| Anthony N | hustlermoneyblog@gmail.com | 50.00 | Customers - Deferred Credit |
| Anthony S | ascimone@aol.com | 50.00 | Customers - Deferred Credit |
| Anthony T | tgy.columbia@gmail.com | 3.00 | Customers - Deferred Credit |
| Antonio P | amazonparente@gmail.com | 25.00 | Customers - Deferred Credit |
| April U | apriluncapher@hotmail.com | 25.00 | Customers - Deferred Credit |
| Arjun P | apn1395@gmail.com | 50.00 | Customers - Deferred Credit |
| Arman M | arman101001@gmail.com | 60.00 | Customers - Deferred Credit |
| Arvind H | arvind.hathaway@gmail.com | 30.00 | Customers - Deferred Credit |
| Assaf A | amethyscity@gmail.com | 50.00 | Customers - Deferred Credit |
| Aurelio F | spinnerajf@yahoo.com | 50.00 | Customers - Deferred Credit |
| Austin S | dragonchul@yahoo.com | 20.00 | Customers - Deferred Credit |
| Autumn M | autumnraemoore12@gmail.com | 50.00 | Customers - Deferred Credit |
| B D | darisbrian@gmail.com | 10.00 | Customers - Deferred Credit |
| Barbara N | bjhnorman@aol.com | 50.00 | Customers - Deferred Credit |
| Barbara S | bshea@tateandfoss.com | 75.00 | Customers - Deferred Credit |
| Bella C | kylebellamarine@gmail.com | 100.00 | Customers - Deferred Credit |
| Ben H | 8ddf8ca6-9422-40ae-a18c-f1f28372ea1b@undergroundce | 11.00 | Customers - Deferred Credit |
| Berenice T | berenicetow@gmail.com | 16.00 | Customers - Deferred Credit |
| Bernardo V | bhdados40@gmail.com | 15.00 | Customers - Deferred Credit |
| Besnik B | besnikbacka2002@gmail.com | 50.00 | Customers - Deferred Credit |
| Bethany T | bnherman83@yahoo.com | 25.00 | Customers - Deferred Credit |
| Betsy R | rothwellslikewine@gmail.com | 12.00 | Customers - Deferred Credit |
| Better B | betterboozeandbourbon@gmail.com | 100.00 | Customers - Deferred Credit |
| Beverlee R | brrcolumbus@outlook.com | 25.00 | Customers - Deferred Credit |
| Bhupinder M | bsm1888@gmail.com | 50.00 | Customers - Deferred Credit |
| Billy S | bstein404@gmail.com | 17.00 | Customers - Deferred Credit |
| Blair B | blairbooth1@gmail.com | 50.00 | Customers - Deferred Credit |
| Blake W | jambwillett1@hotmail.com | 50.00 | Customers - Deferred Credit |
| Bob D | bobdavis2201@gmail.com | 50.00 | Customers - Deferred Credit |
| Bob S | bsmith2020@gmail.com | 5.00 | Customers - Deferred Credit |

Phoeno Wine Company, Inc.

Schedule F - Customers - Deferred Credit - No Address

| Name | E-mail | ClaimAmt | Consideration |
|------|--------|---------:|---------------|
| Brad H | brad@blackoakbuild.com | 50.00 | Customers - Deferred Credit |
| Brad L | bradlayous@gmail.com | 30.00 | Customers - Deferred Credit |
| Bradley S | bsteiner57@gmail.com | 20.00 | Customers - Deferred Credit |
| Brian B | atthelake1@hotmail.com | 50.00 | Customers - Deferred Credit |
| Brian D | briandunn00@icloud.com | 50.00 | Customers - Deferred Credit |
| Brittanie C | brittanie.weaver@yahoo.com | 50.00 | Customers - Deferred Credit |
| Brock L | info@yummertime.com | 75.00 | Customers - Deferred Credit |
| Bud S | budstedron@gmail.com | 50.00 | Customers - Deferred Credit |
| Burke F | burke.frei@gmail.com | 50.00 | Customers - Deferred Credit |
| Cade K | cadeknox@gmail.com | 50.00 | Customers - Deferred Credit |
| Cameron L | cplee90@gmail.com | 9.00 | Customers - Deferred Credit |
| Cameronross S | cameron.ross.steiner@gmail.com | 25.00 | Customers - Deferred Credit |
| Candyce R | candyce@jeffrunquistwines.com | 20.00 | Customers - Deferred Credit |
| Carey K | lagunarose@comcast.net | 50.00 | Customers - Deferred Credit |
| Carla E | cyemanuele@gmail.com | 50.00 | Customers - Deferred Credit |
| Carla M | ccm397@nyu.edu | 50.00 | Customers - Deferred Credit |
| Carol G | carolgodbey55@sbcglobal.net | 50.00 | Customers - Deferred Credit |
| Carolyn E | cvemery@aol.com | 50.00 | Customers - Deferred Credit |
| Carolyn M | carolyn.mooney@sourceone-packaging.com | 10.00 | Customers - Deferred Credit |
| Cassandragaston G | cassandraclairegaston@gmail.com | 50.00 | Customers - Deferred Credit |
| Catherine S | cscorsese8064@gmail.com | 50.00 | Customers - Deferred Credit |
| Catherine S | cszuhay1@gmail.com | 50.00 | Customers - Deferred Credit |
| Catherine T | learyc@gmail.com | 24.00 | Customers - Deferred Credit |
| Chad Diez | diez.chad@gmail.com | 25.00 | Customers - Deferred Credit |
| Chad T | cetillman78@gmail.com | 10.00 | Customers - Deferred Credit |
| Charlene B | bybee4@hotmail.com | 30.00 | Customers - Deferred Credit |
| Chelsea E | chelseamarie16@gmail.com | 50.00 | Customers - Deferred Credit |
| Chelsea K | chelsea.s.keck@gmail.com | 50.00 | Customers - Deferred Credit |
| Cheralee L | hicheralee@gmail.com | 75.00 | Customers - Deferred Credit |
| Cheryl H | cheryl.hogan@att.net | 30.00 | Customers - Deferred Credit |
| Chet O | paragonpackaging@att.net | 50.00 | Customers - Deferred Credit |
| Chevy C | chevy742000@gmail.com | 50.00 | Customers - Deferred Credit |
| Chiquita O | chiquitaoden@gmail.com | 25.00 | Customers - Deferred Credit |
| Chris C | cmclark1024@gmail.com | 50.00 | Customers - Deferred Credit |
| Chris R | chrisdroth@yahoo.com | 13.00 | Customers - Deferred Credit |
| Christian G | christian.gollayan@hearst.com | 75.00 | Customers - Deferred Credit |
| Christina C | djr_tlc@yahoo.com | 50.00 | Customers - Deferred Credit |
| Christine K | ckeihm@gmail.com | 19.00 | Customers - Deferred Credit |
| Christopher B | basile.chris65@gmail.com | 40.00 | Customers - Deferred Credit |
| Christopher H | christopher.hudspeth@buzzfeed.com | 75.00 | Customers - Deferred Credit |
| Chuck M | chuckmesko@sbcglobal.net | 100.00 | Customers - Deferred Credit |
| Cindy R | clrvision@cox.net | 25.00 | Customers - Deferred Credit |
| Claire L | superrich0216@gmail.com | 50.00 | Customers - Deferred Credit |
| Claudia F | arguellesc5@yahoo.com | 50.00 | Customers - Deferred Credit |
| Claudia M | claudiamccall@cox.net | 50.00 | Customers - Deferred Credit |
| Colink P | c.perkins6@verizon.net | 50.00 | Customers - Deferred Credit |
| Corina I | dr.ianculovici@yahoo.com | 50.00 | Customers - Deferred Credit |
| Danaree A | danareetackney@hotmail.com | 50.00 | Customers - Deferred Credit |
| Daniel K | dahuki2011@gmail.com | 25.00 | Customers - Deferred Credit |
| Daniel S | dsilvermintz@gmail.com | 25.00 | Customers - Deferred Credit |
| Danielle C | coval4@me.com | 50.00 | Customers - Deferred Credit |
| Dara W | dara1961@msn.com | 50.00 | Customers - Deferred Credit |
| Dashaun J | dashaun.joseph@gmail.com | 200.00 | Customers - Deferred Credit |
| Dave Barber | davebabs@yahoo.com | 25.00 | Customers - Deferred Credit |
| Dave Hewitt | 4fc081f3-85b2-4911-bdb0-8a310bbfa2eb@undergroundce | 105.00 | Customers - Deferred Credit |
| Dave P | hello@dkparker.com | 50.00 | Customers - Deferred Credit |
| Dave W | wpbdavid10725@gmail.com | 5.00 | Customers - Deferred Credit |
| David B | davidfrancisbeedie@gmail.com | 10.00 | Customers - Deferred Credit |
| David F | david.farley@gmail.com | 75.00 | Customers - Deferred Credit |
| David G | dcgibbs@yahoo.com | 50.00 | Customers - Deferred Credit |
| David H | dave@hoglunds.com | 50.00 | Customers - Deferred Credit |

Phoeno Wine Company, Inc.

Schedule F - Customers - Deferred Credit - No Address

| Name | E-mail | ClaimAmt | Consideration |
|------|--------|----------|---------------|
| David L | dlanghamer@hammercoinc.com | 50.00 | Customers - Deferred Credit |
| David M | ultimate12006@yahoo.com | 60.00 | Customers - Deferred Credit |
| David S | david.r.sheets820@gmail.com | 50.00 | Customers - Deferred Credit |
| David W 8054 | davidwhite@undergroundcellar.com | 25.00 | Customers - Deferred Credit |
| Davidlawrence D | dblucla95@gmail.com | 10.00 | Customers - Deferred Credit |
| Dayce S | dayceonline@gmail.com | 28.00 | Customers - Deferred Credit |
| Deanna P | deanna.puddy@gmail.com | 25.00 | Customers - Deferred Credit |
| Debbie S | dntsgroi@aol.com | 50.00 | Customers - Deferred Credit |
| Deena C | dcarvajal01@yahoo.com | 50.00 | Customers - Deferred Credit |
| Delaney M | ddmccausland@gmail.com | 20.00 | Customers - Deferred Credit |
| Dimitroff M | mdimitroff00@gmail.com | 9.00 | Customers - Deferred Credit |
| Dina P | ocdinap@gmail.com | 20.00 | Customers - Deferred Credit |
| Diogo G | dghinzelli1903@gmail.com | 50.00 | Customers - Deferred Credit |
| Dominic O | cheforsini@gmail.com | 7.00 | Customers - Deferred Credit |
| Donald J | djohnso6@nycap.rr.com | 50.00 | Customers - Deferred Credit |
| Donald Moffat | donaldmoffat@gmail.com | 25.00 | Customers - Deferred Credit |
| Donald S | don.spitzenberger@gmail.com | 33.00 | Customers - Deferred Credit |
| Duc T | dthai949@yahoo.com | 50.00 | Customers - Deferred Credit |
| Dwip S | dwip_shah@yahoo.com | 50.00 | Customers - Deferred Credit |
| Ed C | ziggy012013@gmail.com | 20.00 | Customers - Deferred Credit |
| Edwin L | edwlop629@gmail.com | 15.00 | Customers - Deferred Credit |
| Elena M 3473 | elenamingione@danielgale.com | 15.00 | Customers - Deferred Credit |
| Elisabet A | lazylizardliz2k@yahoo.com | 50.00 | Customers - Deferred Credit |
| Elizabeth S | esegran@fastcompany.com | 75.00 | Customers - Deferred Credit |
| Emily T | emily.teel@meredith.com | 75.00 | Customers - Deferred Credit |
| Emma L | emma.lord@buzzfeed.com | 75.00 | Customers - Deferred Credit |
| Emma S | emma_specter@condenast.com | 75.00 | Customers - Deferred Credit |
| Enrique D | highspeedfilms@hotmail.com | 50.00 | Customers - Deferred Credit |
| Er J | ejones3333@gmail.com | 5.00 | Customers - Deferred Credit |
| Eran G | goren_eran@yahoo.com | 50.00 | Customers - Deferred Credit |
| Eric M | epmalmberg@gmail.com | 50.00 | Customers - Deferred Credit |
| Erika P | erica28realtor@yahoo.com | 50.00 | Customers - Deferred Credit |
| Erin S | erinsilberman@gmail.com | 50.00 | Customers - Deferred Credit |
| Eva D | edoherty96@gmail.com | 50.00 | Customers - Deferred Credit |
| Facebook L | facebooklogin1@shawster.com | 75.00 | Customers - Deferred Credit |
| Faiz M | hfezhfez215@gmail.com | 5.00 | Customers - Deferred Credit |
| Fauzi G | fhg999@yahoo.com | 25.00 | Customers - Deferred Credit |
| Fiza S | sfiza@yahoo.com | 50.00 | Customers - Deferred Credit |
| Fotes A | fargyres@gmail.com | 50.00 | Customers - Deferred Credit |
| Frank M | fmoore2@gmail.com | 9.00 | Customers - Deferred Credit |
| Frank P | fpents@gmail.com | 10.00 | Customers - Deferred Credit |
| Frederick K | rkranz73@gmail.com | 100.00 | Customers - Deferred Credit |
| Galen S | keith.savage@merck.com | 30.00 | Customers - Deferred Credit |
| Gary C | carrasco.gary@gmail.com | 50.00 | Customers - Deferred Credit |
| Gary F | gary.flowers55@gmail.com | 30.00 | Customers - Deferred Credit |
| Gennady B | gennady.brin@gmail.com | 17.00 | Customers - Deferred Credit |
| George L | gylee1@gmail.com | 15.00 | Customers - Deferred Credit |
| George M | gmontowski@underwritingpros.com | 51.00 | Customers - Deferred Credit |
| Gerald B | geraldben@msn.com | 30.00 | Customers - Deferred Credit |
| Gilberto P 13407093 | gilberto.pineda@gmail.com | 180.00 | Customers - Deferred Credit |
| Gilberto P 13407120 | gilberto.pineda@hotmail.es | 265.00 | Customers - Deferred Credit |
| Giselle A | giselle@easy93.com | 250.00 | Customers - Deferred Credit |
| Glenn S | gstevens1965@gmail.com | 10.00 | Customers - Deferred Credit |
| Greg B 13432483 | custom.carpenter@hotmail.com | 25.00 | Customers - Deferred Credit |
| Greg K | gregknies@gmail.com | 50.00 | Customers - Deferred Credit |
| Greg Zimmerman | gregzimmerman1010@gmail.com | 75.00 | Customers - Deferred Credit |
| Gregory E | xgregx811@aol.com | 50.00 | Customers - Deferred Credit |
| Gus E | geconomides@sbcglobal.net | 85.00 | Customers - Deferred Credit |
| Guy B | gfb160@aol.com | 60.00 | Customers - Deferred Credit |
| Han Y | evergreen0858@gmail.com | 18.00 | Customers - Deferred Credit |
| Hans T | hanstchepkou@gmail.com | 50.00 | Customers - Deferred Credit |

Phoeno Wine Company, Inc.

Schedule F - Customers - Deferred Credit - No Address

| Name | E-mail | ClaimAmt | Consideration |
|---|---|---|---|
| Heather D | heatherdixon@me.com | 5.00 | Customers - Deferred Credit |
| Hector M | hjmdancinfool@yahoo.com | 19.00 | Customers - Deferred Credit |
| Hollie S | globehophollie@gmail.com | 75.00 | Customers - Deferred Credit |
| Holly G | hgorrell62@gmail.com | 6.00 | Customers - Deferred Credit |
| Ian B | ibraucksieker@gmail.com | 30.00 | Customers - Deferred Credit |
| Isaac W | ihw@ihwlaw.com | 10.00 | Customers - Deferred Credit |
| Jack Erickson | chefjacque@hotmail.com | 10.00 | Customers - Deferred Credit |
| Jacqueline G | jgillman18@gmail.com | 50.00 | Customers - Deferred Credit |
| Jade P | jade.afton.peters@gmail.com | 50.00 | Customers - Deferred Credit |
| James G | gamemastergriff@gmail.com | 50.00 | Customers - Deferred Credit |
| James V | kirk0290@gmail.com | 132.00 | Customers - Deferred Credit |
| Jami D | jamilafay@gmail.com | 50.00 | Customers - Deferred Credit |
| Jamison C | sportzkido19@hotmail.com | 9.00 | Customers - Deferred Credit |
| Janet A | janet.abbey@gmail.com | 50.00 | Customers - Deferred Credit |
| Janice G | workinmomlkt@gmail.com | 20.00 | Customers - Deferred Credit |
| Jarek S | jarecki16347@gmail.com | 50.00 | Customers - Deferred Credit |
| Jasmine C | ogbricks23@yahoo.com | 50.00 | Customers - Deferred Credit |
| Jason F | jfriedman100@hotmail.com | 10.00 | Customers - Deferred Credit |
| Jason L | jasonlantgen84@gmail.com | 10.00 | Customers - Deferred Credit |
| Jay G | papijay2007@yahoo.com | 50.00 | Customers - Deferred Credit |
| Jay W | genuindesign@gmail.com | 61.00 | Customers - Deferred Credit |
| Jayakumar C | jkchelladurai@yahoo.com | 10.00 | Customers - Deferred Credit |
| Jaymes A | bigdaddy6823@gmail.com | 12.00 | Customers - Deferred Credit |
| Jazear B | brooksjk@gmail.com | 50.00 | Customers - Deferred Credit |
| Jdowney2011 | jessiedowney@rocketmail.com | 1.00 | Customers - Deferred Credit |
| Jeff A | surveydude09+2@yahoo.com | 15.00 | Customers - Deferred Credit |
| Jeff W | jnrappraisal@sbcglobal.net | 50.00 | Customers - Deferred Credit |
| Jennifer C | jen.j.callahan@gmail.com | 25.00 | Customers - Deferred Credit |
| Jennifer E | jennifer.eden@tampontribe.com | 50.00 | Customers - Deferred Credit |
| Jennifer W | willette1@verizon.net | 50.00 | Customers - Deferred Credit |
| Jeremy E | jeremyevans1978@gmail.com | 30.00 | Customers - Deferred Credit |
| Jeremy R | jeremyr@robbreport.com | 75.00 | Customers - Deferred Credit |
| Jeremy Y | jeremy.yeung@gmail.com | 22.00 | Customers - Deferred Credit |
| Jerome T | coachjtang@gmail.com | 18.00 | Customers - Deferred Credit |
| Jessica F | hello@heygorjess.com | 75.00 | Customers - Deferred Credit |
| Jessica K | jmarykirsch13@gmail.com | 50.00 | Customers - Deferred Credit |
| Jim B | jbuscavage@gmail.com | 10.00 | Customers - Deferred Credit |
| Joan B | joanb@joanb.cloud | 50.00 | Customers - Deferred Credit |
| Joann B | joannb.sbvista@gmail.com | 50.00 | Customers - Deferred Credit |
| Joanna C | joannacorti555@gmail.com | 50.00 | Customers - Deferred Credit |
| Joe M | joemole93@gmail.com | 50.00 | Customers - Deferred Credit |
| Joe N | joe.nettleton@cambrex.com | 50.00 | Customers - Deferred Credit |
| Joelle Rybakowski | joellemr@comcast.net | 25.00 | Customers - Deferred Credit |
| Joellen L | hello@joellenlove.com | 75.00 | Customers - Deferred Credit |
| Joey C | joeycasco80@gmail.com | 75.00 | Customers - Deferred Credit |
| John B | e53chiro@gmail.com | 50.00 | Customers - Deferred Credit |
| John B | johnboyd8@gmail.com | 10.00 | Customers - Deferred Credit |
| John C | chrisman.john@yahoo.com | 50.00 | Customers - Deferred Credit |
| John H | jwhinchey@gmail.com | 17.00 | Customers - Deferred Credit |
| John M | johnmerryweather1+old@comcast.net | 10.00 | Customers - Deferred Credit |
| John R | jsteverichards12@gmail.com | 33.00 | Customers - Deferred Credit |
| John S | 98d5d516-dbf0-4619-9489-31bab84fdf4d@undergroundco | 50.00 | Customers - Deferred Credit |
| John S | bamafutbal@yahoo.com | 10.00 | Customers - Deferred Credit |
| John S | johnasherer@ymail.com | 50.00 | Customers - Deferred Credit |
| John W | jweted@yahoo.com | 20.00 | Customers - Deferred Credit |
| Johnathan D | johnathanjamesdiiorio@gmail.com | 50.00 | Customers - Deferred Credit |
| Jooyeon L | info@jylbeauty.com | 30.00 | Customers - Deferred Credit |
| Joseph J | jpbello@adamsbickel.com | 50.00 | Customers - Deferred Credit |
| Joseph K | jkorn155@verizon.net | 50.00 | Customers - Deferred Credit |
| Joseph S | josephsabo100@gmail.com | 21.00 | Customers - Deferred Credit |
| Joseph S | jshirtz2012@gmail.com | 12.00 | Customers - Deferred Credit |

Phoeno Wine Company, Inc.

Schedule F - Customers - Deferred Credit - No Address

| Name | E-mail | ClaimAmt | Consideration |
|------|--------|----------|---------------|
| Joy A | joyalantis@gmail.com | 50.00 | Customers - Deferred Credit |
| Juan E | drjpeng@cox.net | 60.00 | Customers - Deferred Credit |
| Juan M | jmuzzio@consiliuminc.net | 50.00 | Customers - Deferred Credit |
| Juan M | juanmarrero00936@gmail.com | 50.00 | Customers - Deferred Credit |
| Juan S | juanandresserur@gmail.com | 50.00 | Customers - Deferred Credit |
| Judson F | judfisher@ymail.com | 10.00 | Customers - Deferred Credit |
| Julie B | jbeck64908@aol.com | 50.00 | Customers - Deferred Credit |
| Julie P | julierp@mac.com | 15.00 | Customers - Deferred Credit |
| Julie T | juliemthomas1@gmail.com | 50.00 | Customers - Deferred Credit |
| Justin F | agentjut@msn.com | 50.00 | Customers - Deferred Credit |
| Justin M | mccarj2@yahoo.com | 18.00 | Customers - Deferred Credit |
| Justin R | justmaxza@yahoo.com | 50.00 | Customers - Deferred Credit |
| Kaisa N | kaisanalewajko@yahoo.com | 30.00 | Customers - Deferred Credit |
| Karen K | ktinti@aol.com | 10.00 | Customers - Deferred Credit |
| Karen M | kmeenaghan@yahoo.com | 9.00 | Customers - Deferred Credit |
| Kat S | sab@qa.team | 25.00 | Customers - Deferred Credit |
| Kate O | ksobrien@gmail.com | 10.00 | Customers - Deferred Credit |
| Kazumi M | kazumi125@gmail.com | 50.00 | Customers - Deferred Credit |
| Kelsey M | kelsey@undergroundcellar.com | 10.00 | Customers - Deferred Credit |
| Ken L | kmlazzaroni@yahoo.com | 10.00 | Customers - Deferred Credit |
| Kendall Z | kendallz_2012@hotmail.com | 30.00 | Customers - Deferred Credit |
| Kevin A | kevinarbeiter@yahoo.com | 22.00 | Customers - Deferred Credit |
| Kevin R | jkevross@gmail.com | 50.00 | Customers - Deferred Credit |
| Kiki Q | kiki14@qa.team | 50.00 | Customers - Deferred Credit |
| Kim H | twinswing2@yahoo.com | 30.00 | Customers - Deferred Credit |
| Kimberly Schiffel | kschiffel@mac.com | 25.00 | Customers - Deferred Credit |
| Kirstin P | kirstin.r.powell@gmail.com | 50.00 | Customers - Deferred Credit |
| Krishna T | krishnat95@gmail.com | 16.00 | Customers - Deferred Credit |
| Kristen A | kristen@catch.co | 9.00 | Customers - Deferred Credit |
| Kristen G | kfk26@hotmail.com | 30.00 | Customers - Deferred Credit |
| Kristen J | sugarsprucebaking@gmail.com | 50.00 | Customers - Deferred Credit |
| Krystal C | texaskrystal87@gmail.com | 50.00 | Customers - Deferred Credit |
| Kyle G | nygriswold@gmail.com | 75.00 | Customers - Deferred Credit |
| Kyle K | kylerkemph@sbcglobal.net | 500.00 | Customers - Deferred Credit |
| Lana T | lanaflowers3@gmail.com | 100.00 | Customers - Deferred Credit |
| Laura S | laura5730@gmail.com | 50.00 | Customers - Deferred Credit |
| Leah E | leah241@hotmail.com | 50.00 | Customers - Deferred Credit |
| Leblanc A | aleblanc2013@cox.net | 50.00 | Customers - Deferred Credit |
| Leon K | simiraca@gmail.com | 50.00 | Customers - Deferred Credit |
| Lev M | lev@qa.team | 25.00 | Customers - Deferred Credit |
| Levan T | levanslogins@gmail.com | 30.00 | Customers - Deferred Credit |
| Levi K | levi.keller76@outlook.com | 10.00 | Customers - Deferred Credit |
| Lexi L | lexiswinelist@gmail.com | 75.00 | Customers - Deferred Credit |
| Linda J 13431712 | ljacobson2009@gmail.com | 10.00 | Customers - Deferred Credit |
| Lisa J | lisa.jelinek17@gmail.com | 25.00 | Customers - Deferred Credit |
| Lorea S | loreasanders@live.com | 25.00 | Customers - Deferred Credit |
| Louie N | lnovak@quickerloansllc.com | 50.00 | Customers - Deferred Credit |
| Louis W | louiswesthoff@mac.com | 50.00 | Customers - Deferred Credit |
| Lowell C | lokeyjr@gmail.com | 50.00 | Customers - Deferred Credit |
| Luis A | lalberganti@gmail.com | 50.00 | Customers - Deferred Credit |
| Lynn Bushey | typob@earthlink.net | 30.00 | Customers - Deferred Credit |
| Madeline A | anderson.madi.marie@gmail.com | 50.00 | Customers - Deferred Credit |
| Mahmoud K | jaffamk@aol.com | 50.00 | Customers - Deferred Credit |
| Mallory B | mallory@bangnapavalley.com | 75.00 | Customers - Deferred Credit |
| Maressa V | maress07@gmail.com | 25.00 | Customers - Deferred Credit |
| Margaret E | margaret.eby@food52.com | 75.00 | Customers - Deferred Credit |
| Margaux L | margaux.lushing@gmail.com | 250.00 | Customers - Deferred Credit |
| Marianne Velonis | marianne.velonis@gmail.com | 50.00 | Customers - Deferred Credit |
| Marissa M | mamendoz@adobe.com | 29.50 | Customers - Deferred Credit |
| Marissa Z | mzimmet24@gmail.com | 1.00 | Customers - Deferred Credit |
| Marjorie G | margegoodman@sbcglobal.net | 50.00 | Customers - Deferred Credit |

Phoeno Wine Company, Inc.

Schedule F - Customers - Deferred Credit - No Address

| Name | E-mail | ClaimAmt | Consideration |
|------|--------|----------|---------------|
| Mark D | mark.dao@gmail.com | 27.00 | Customers - Deferred Credit |
| Mark H | mheath4@gmail.com | 50.00 | Customers - Deferred Credit |
| Mark J | jenningsmark91@gmail.com | 16.00 | Customers - Deferred Credit |
| Mark K | kedzkids@yahoo.com | 10.00 | Customers - Deferred Credit |
| Marsha W | diamondnaruff@mail.com | 50.00 | Customers - Deferred Credit |
| Martin B | baumlaw@att.net | 50.00 | Customers - Deferred Credit |
| Martin G | martyg58@aol.com | 50.00 | Customers - Deferred Credit |
| Marvin W | marvinward141@gmail.com | 50.00 | Customers - Deferred Credit |
| Mary Ballerin | milo9282002@yahoo.com | 25.00 | Customers - Deferred Credit |
| Mary D | mldunn29@gmail.com | 50.00 | Customers - Deferred Credit |
| Maryjane L | mjludwig@earthlink.net | 50.00 | Customers - Deferred Credit |
| Matt A | mannesedmd@gmail.com | 60.00 | Customers - Deferred Credit |
| Matt P | mpower@optonline.net | 15.00 | Customers - Deferred Credit |
| Matthew S | mmschleg@gmail.com | 50.00 | Customers - Deferred Credit |
| Maurice J | mauricejohns@gmail.com | 20.00 | Customers - Deferred Credit |
| Megan S | mschaltegger@thrillist.com | 75.00 | Customers - Deferred Credit |
| Mehrdad F | mfarkhan@cybertechconstruction.com | 50.00 | Customers - Deferred Credit |
| Melanie U | upchurch.melanie@gmail.com | 9.00 | Customers - Deferred Credit |
| Melinda M | melinda4365@aol.com | 90.00 | Customers - Deferred Credit |
| Mercedes C | mercedes.cary42+canceled@gmail.com | 20.00 | Customers - Deferred Credit |
| Meredith A | meredith425@mac.com | 50.00 | Customers - Deferred Credit |
| Micah B | micahburgess08@gmail.com | 50.00 | Customers - Deferred Credit |
| Michael B | sunnshades64@yahoo.com | 50.00 | Customers - Deferred Credit |
| Michael C | mgconnolly15@gmail.com | 50.00 | Customers - Deferred Credit |
| Michael Graham | michael3291@gmail.com | 5.00 | Customers - Deferred Credit |
| Michael H | revmichaelhill@icloud.com | 50.00 | Customers - Deferred Credit |
| Michael H | meh2020@yahoo.com | 50.00 | Customers - Deferred Credit |
| Michael K | mjkiriazis@yahoo.com | 50.00 | Customers - Deferred Credit |
| Michael K | kirsh191@gmail.com | 50.00 | Customers - Deferred Credit |
| Michael L | mlushing@gmail.com | 50.00 | Customers - Deferred Credit |
| Michael N | michaelnovelly@yahoo.com | 50.00 | Customers - Deferred Credit |
| Michael P | mpnolefan@yahoo.com | 18.00 | Customers - Deferred Credit |
| Michael Tonovitz | mjtonovitz@aol.com | 15.00 | Customers - Deferred Credit |
| Micheal M | michaeltmattes@gmail.com | 10.00 | Customers - Deferred Credit |
| Michelle B | bradymichelle88@gmail.com | 50.00 | Customers - Deferred Credit |
| Michelle W | michelle_amorales@gmail.com | 20.00 | Customers - Deferred Credit |
| Miguel O | bagalha@aol.com | 16.00 | Customers - Deferred Credit |
| Mike B | berg112795@gmail.com | 60.00 | Customers - Deferred Credit |
| Mike Sweeney | michael_sweeney1@sbcglobal.net | 50.00 | Customers - Deferred Credit |
| Mikel B | merged-mikelbowyer@yahoo.com | 50.00 | Customers - Deferred Credit |
| Minseo J | rheajung0830@gmail.com | 50.00 | Customers - Deferred Credit |
| Miranda E | meevenson@gmail.com | 50.00 | Customers - Deferred Credit |
| Missy Dellaposta | dewittdps@yahoo.com | 25.00 | Customers - Deferred Credit |
| Nancy D | ohsofancylashes@gmail.com | 100.00 | Customers - Deferred Credit |
| Nancy Larsen | nancyl94@comcast.net | 25.00 | Customers - Deferred Credit |
| Nathalie M | nmerhaut@hkgcpa.com | 10.00 | Customers - Deferred Credit |
| Nathan F | nathan.faught@yahoo.com | 5.00 | Customers - Deferred Credit |
| Nic Cavigliano | ncavig@gmail.com | 25.00 | Customers - Deferred Credit |
| Nikki P | nikki@palmandvine.com | 75.00 | Customers - Deferred Credit |
| Odedi C | odedi@hotmail.com | 12.00 | Customers - Deferred Credit |
| Oksi T | s@qa.team | 25.00 | Customers - Deferred Credit |
| Omar B | omar.baig@me.com | 50.00 | Customers - Deferred Credit |
| Owen B | oburke@businessinsider.com | 75.00 | Customers - Deferred Credit |
| Patrick L | plove3242@verizon.net | 50.00 | Customers - Deferred Credit |
| Patrick P | rightawaylandscape@gmail.com | 50.00 | Customers - Deferred Credit |
| Paul B | paul.bautel@sap.com | 50.00 | Customers - Deferred Credit |
| Paul H | paulhuynh530@gmail.com | 50.00 | Customers - Deferred Credit |
| Paul M | urannoying@gmail.com | 10.00 | Customers - Deferred Credit |
| Paul M | plmoore16@yahoo.com | 20.00 | Customers - Deferred Credit |
| Paul Z | pzarba0324@gmail.com | 50.00 | Customers - Deferred Credit |
| Penny K | redhead183@live.com | 50.00 | Customers - Deferred Credit |

Phoeno Wine Company, Inc.

Schedule F - Customers - Deferred Credit - No Address

| Name | E-mail | ClaimAmt | Consideration |
|------|--------|----------|---------------|
| Peter G | pointemanorapts@yahoo.com | 50.00 | Customers - Deferred Credit |
| Peter H | p.a.hutcheson@gmail.com | 15.00 | Customers - Deferred Credit |
| Phalescia S | phalescia@yahoo.com | 50.00 | Customers - Deferred Credit |
| Philip B | philipbrach01@gmail.com | 9.00 | Customers - Deferred Credit |
| Piper W | piper.wirth@rapportww.com | 245.00 | Customers - Deferred Credit |
| Rachel S | spinellishopping@gmail.com | 50.00 | Customers - Deferred Credit |
| Ralph M | ralph5212308@yahoo.com | 10.00 | Customers - Deferred Credit |
| Ralph M | ralphmancuso1@aol.com | 50.00 | Customers - Deferred Credit |
| Randall A | rsalaw@comcast.net | 50.00 | Customers - Deferred Credit |
| Randy B | brownshop536@gmail.com | 100.00 | Customers - Deferred Credit |
| Randy H | randyherman@hotmail.com | 50.00 | Customers - Deferred Credit |
| Randy S | drsandler915@gmail.com | 50.00 | Customers - Deferred Credit |
| Raul C | rch8260@yahoo.com | 50.00 | Customers - Deferred Credit |
| Ray I | ray.isle@foodandwine.com | 75.00 | Customers - Deferred Credit |
| Ray J | raymond_juarez@hotmail.com | 50.00 | Customers - Deferred Credit |
| Rebecca C | rvcripe78@gmail.com | 25.00 | Customers - Deferred Credit |
| Rebecca Weed | marimbapirate@aol.com | 10.00 | Customers - Deferred Credit |
| Regina A | regina_ackley@hotmail.com | 50.00 | Customers - Deferred Credit |
| Reynolds R | will@rowe-colaw.com | 90.00 | Customers - Deferred Credit |
| Richard A | info@rootbitters.co | 200.00 | Customers - Deferred Credit |
| Richard G | rguidry007@gmail.com | 12.00 | Customers - Deferred Credit |
| Richard L 13408193 | nee26@aol.com | 25.00 | Customers - Deferred Credit |
| Richard M | rjmyslinski@yahoo.com | 24.00 | Customers - Deferred Credit |
| Rip B | ripbains@gmail.com | 50.00 | Customers - Deferred Credit |
| Rita M | ritamora.realtor@gmail.com | 10.00 | Customers - Deferred Credit |
| Rob R | robremington2010@gmail.com | 50.00 | Customers - Deferred Credit |
| Robert D | bobbydinicola@me.com | 50.00 | Customers - Deferred Credit |
| Robert H | robert.heilbrun@gmail.com | 72.00 | Customers - Deferred Credit |
| Robert H | harringtonbob1@yahoo.com | 50.00 | Customers - Deferred Credit |
| Robert K | a98f6c66-931a-4f1a-813a-4561606dbef7@undergroundce | 50.00 | Customers - Deferred Credit |
| Robert P | lgntopmentor@gmail.com | 50.00 | Customers - Deferred Credit |
| Robert R | robertsteloff@tradesecretshome.com | 50.00 | Customers - Deferred Credit |
| Robert S | reven@reven.org | 85.00 | Customers - Deferred Credit |
| Robin J | robinjonas@me.com | 30.00 | Customers - Deferred Credit |
| Rodrigo Q | rodrigo@rqplanning.mx | 50.00 | Customers - Deferred Credit |
| Ron K | r.kramer217@gmail.com | 20.00 | Customers - Deferred Credit |
| Rosalynd S | rsgypsydog@gmail.com | 50.00 | Customers - Deferred Credit |
| Rosina A | rosinaallevato@yahoo.com | 30.00 | Customers - Deferred Credit |
| Ross W | ross.westman@yahoo.com | 25.00 | Customers - Deferred Credit |
| Ryan A | randorkadesign@gmail.com | 50.00 | Customers - Deferred Credit |
| Ryan D | rdewaters10987@gmail.com | 50.00 | Customers - Deferred Credit |
| Ryan F | rfrank1794@gmail.com | 40.00 | Customers - Deferred Credit |
| Ryan H | thesilverwolfprince@gmail.com | 27.00 | Customers - Deferred Credit |
| Ryan K | ryan@freedomdaysolutions.com | 10.00 | Customers - Deferred Credit |
| Ryan K | rjk2166@columbia.edu | 7.00 | Customers - Deferred Credit |
| Sadiqa F | sdafrw@gmail.com | 50.00 | Customers - Deferred Credit |
| Sally A | sally.andrea@gmail.com | 16.00 | Customers - Deferred Credit |
| Sam M | sam@glassconcepts.com | 100.00 | Customers - Deferred Credit |
| Sam Y | ssyoo82@gmail.com | 50.00 | Customers - Deferred Credit |
| Samantha H | shurd001@gmail.com | 50.00 | Customers - Deferred Credit |
| Samitkumar P | patelsig@gmail.com | 16.00 | Customers - Deferred Credit |
| Sandra L | sandra.lamore@gmail.com | 50.00 | Customers - Deferred Credit |
| Sarah G | eris.anaideia@gmail.com | 50.00 | Customers - Deferred Credit |
| Satyam A | satyamb82@gmail.com | 25.00 | Customers - Deferred Credit |
| Scott B | scott@vavehealth.com | 10.00 | Customers - Deferred Credit |
| Scott V | svollink@gmail.com | 50.00 | Customers - Deferred Credit |
| Sean H | seanhipps16@gmail.com | 85.00 | Customers - Deferred Credit |
| Sean P | seanmpurcell@comcast.net | 10.00 | Customers - Deferred Credit |
| Shanelle S | shanelle.lynee@gmail.com | 25.00 | Customers - Deferred Credit |
| Shannon C | scook9975@hotmail.com | 25.00 | Customers - Deferred Credit |
| Sheri B | bias@liquidtalentgroup.com | 50.00 | Customers - Deferred Credit |

Phoeno Wine Company, Inc.

Schedule F - Customers - Deferred Credit - No Address

| Name | E-mail | ClaimAmt | Consideration |
|------|--------|----------|---------------|
| Sherlyn T | sherlyn.talkington@gmail.com | 50.00 | Customers - Deferred Credit |
| Sherwin S | sheroki8@gmail.com | 50.00 | Customers - Deferred Credit |
| Shogo T | shogotogami55@msn.com | 50.00 | Customers - Deferred Credit |
| Skarleth M | skarlethjoselyn@hotmail.com | 50.00 | Customers - Deferred Credit |
| Sophie D | sophiedodd@gmail.com | 250.00 | Customers - Deferred Credit |
| Sowerby J | bitcoinjer@gmail.com | 60.00 | Customers - Deferred Credit |
| Sriram R | sriram506@yahoo.com | 10.00 | Customers - Deferred Credit |
| Stacy B | okkiteboarder@gmail.com | 25.00 | Customers - Deferred Credit |
| Stacy L | sklewismd@hotmail.com | 15.00 | Customers - Deferred Credit |
| Stefan J | underground2@jora.fea.st | 27.00 | Customers - Deferred Credit |
| Stephanie A | stephanie.arculli@mac.com | 9.00 | Customers - Deferred Credit |
| Stephen E | ssendman@gmail.com | 20.00 | Customers - Deferred Credit |
| Stephen F | smfronk@gmail.com | 50.00 | Customers - Deferred Credit |
| Stephen H | shutch122@gmail.com | 6.00 | Customers - Deferred Credit |
| Steve C | chavezstevelabcorp@gmail.com | 50.00 | Customers - Deferred Credit |
| Steve S | ssmith@thecoffeewarehouseinc.com | 50.00 | Customers - Deferred Credit |
| Steven W | wmpcsteve@aol.com | 15.00 | Customers - Deferred Credit |
| Steven W | datyl2@yahoo.com | 50.00 | Customers - Deferred Credit |
| Sue C | sue.creehan@live.com | 10.00 | Customers - Deferred Credit |
| Sumaya D | smzach33@gmail.com | 50.00 | Customers - Deferred Credit |
| Susan M | sametallo@gmail.com | 10.00 | Customers - Deferred Credit |
| Tammy V | tpvu84@gmail.com | 50.00 | Customers - Deferred Credit |
| Tannia S | gobstopperx313@gmail.com | 50.00 | Customers - Deferred Credit |
| Tanya D | tdalmazio@gmail.com | 50.00 | Customers - Deferred Credit |
| Tanya G | tanya@topteammedia.com | 10.00 | Customers - Deferred Credit |
| Tanya T | spunkygibbs@yahoo.com | 50.00 | Customers - Deferred Credit |
| Tasty W | tastywine@undergroundcellarpromo.com | 625.00 | Customers - Deferred Credit |
| Test Gdhd | last@gmail.com | 256.42 | Customers - Deferred Credit |
| Test Ten | tetstnegsdfh@shawster.com | 120.00 | Customers - Deferred Credit |
| Test5 T | test5@qa.team | 25.00 | Customers - Deferred Credit |
| Tester T | shurgen@qa.team | 25.00 | Customers - Deferred Credit |
| Tester T | april1@qa.team | 25.00 | Customers - Deferred Credit |
| Thad B | thad.hawaii@gmail.com | 40.00 | Customers - Deferred Credit |
| Thais M | t.cavinatto@gmail.com | 72.00 | Customers - Deferred Credit |
| Theresa W | realtor_crowe@yahoo.com | 50.00 | Customers - Deferred Credit |
| Thomas B | rtboss423@gmail.com | 15.00 | Customers - Deferred Credit |
| Thomas C | champ712@yahoo.com | 24.00 | Customers - Deferred Credit |
| Tiffany T | ttiffany1924@gmail.com | 25.00 | Customers - Deferred Credit |
| Tina M | tinalee725@yahoo.com | 50.00 | Customers - Deferred Credit |
| Ting C | tcaiqunmarket@gmail.com | 50.00 | Customers - Deferred Credit |
| Tom E | telchenko@aol.com | 22.00 | Customers - Deferred Credit |
| Tom W | tom@wassellaviation.com | 50.00 | Customers - Deferred Credit |
| Tonia B | tonia.brower@hotmail.com | 50.00 | Customers - Deferred Credit |
| Tony P | tphanod@gmail.com | 25.00 | Customers - Deferred Credit |
| Travis M | trav260@gmail.com | 50.00 | Customers - Deferred Credit |
| Trina P | polaniec@sbcglobal.net | 25.00 | Customers - Deferred Credit |
| Trish J | trish.feldman@gmail.com | 170.00 | Customers - Deferred Credit |
| Tyler P | tylerpirrung@gmail.com | 250.00 | Customers - Deferred Credit |
| Unknown | aaaaa@kkk.com | 25.00 | Customers - Deferred Credit |
| Unknown | tdictproj5@aol.com | 25.00 | Customers - Deferred Credit |
| Vanessa M | monico.vanessa.m@gmail.com | 7.00 | Customers - Deferred Credit |
| Vel N | insect.watch-92639j@icloud.com | 50.00 | Customers - Deferred Credit |
| Vickie S | smithnik79@gmail.com | 50.00 | Customers - Deferred Credit |
| Victor S | vrcamelot@aol.com | 50.00 | Customers - Deferred Credit |
| Warren Y | warrenyee@gmail.com | 50.00 | Customers - Deferred Credit |
| Whaiming H | gracewhao@yahoo.com | 50.00 | Customers - Deferred Credit |
| Whit W | whitdrinkswine@gmail.com | 75.00 | Customers - Deferred Credit |
| William B | bill@braymanconsulting.com | 75.00 | Customers - Deferred Credit |
| William O | wijaor@yahoo.com | 50.00 | Customers - Deferred Credit |
| Wilson K | wilson20102030@aol.com | 50.00 | Customers - Deferred Credit |
| Winenot 5 | winenot519@gmail.com | 22.00 | Customers - Deferred Credit |

Phoeno Wine Company, Inc.

Schedule F - Customers - Deferred Credit - No Address

| Name | E-mail | ClaimAmt | Consideration |
|------|--------|----------|---------------|
| Yeisoncruz16 | yeison@igniweb.com | 51.00 | Customers - Deferred Credit |
| Yogi P | yogi@globalphotography.net | 50.00 | Customers - Deferred Credit |
| Yotam D | yderfler@gmail.com | 50.00 | Customers - Deferred Credit |
| Yvonne S | ysmckinley@yahoo.com | 30.00 | Customers - Deferred Credit |
| Zain M | zainmath75@gmail.com | 5.00 | Customers - Deferred Credit |
| Zaven K | kzaven@yahoo.com | 50.00 | Customers - Deferred Credit |
| | | 22,987.92 | |

**Fill in this information to identify the case:**

Debtor name   **Phoeno Wine Company, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest    **Service Agreement** | |
| State the term remaining | Underground Enterprises, Inc. |
| List the contract number of any government contract _____ | **182 Howard Avenue** **San Francisco, CA 94105** |

**Fill in this information to identify the case:**

Debtor name **Phoeno Wine Company, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Underground Enterprises, Inc.** | **182 Howard Street Suite 301 San Francisco, CA 94105** | **TriplePoint Private Venture Credit, Inc.** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Phoeno Wine Company, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:   Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2023** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$2,521,775.92** |
| **For prior year:** From **1/01/2022** to **12/31/2022** | ■ Operating a business ☐ Other _____ | **$20,256,983.15** |
| **For year before that:** From **1/01/2021** to **12/31/2021** | ■ Operating a business ☐ Other _____ | **$14,130,525.76** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Debtor    **Phoeno Wine Company, Inc.**                          Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Abiouness Wines**<br>**2610 Pinot Way**<br>**Saint Helena, CA 94574** | **See attached spreadsheet for dates and amounts** | **$8,856.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **ACS Beverage Co.**<br>**2029 Westover Dr**<br>**Pleasant Hill, CA 94523** | **See attached spreadsheet for dates and amounts** | **$38,265.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Anthem Winery & Vineyards, LLC**<br>**3454 Redwood Road**<br>**Napa, CA 94558** | **See attached spreadsheet for dates and amounts** | **$16,560.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Appellation Trading Company, LLC**<br>**55-5 Enterprise Court**<br>**Napa, CA 94558** | **See attached spreadsheet for dates and amounts** | **$182,012.13** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Benchmark Wine Group**<br>**445 Devline Road**<br>**Napa, CA 94558** | **See attached spreadsheet for dates and amounts** | **$10,784.46** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Boisset Collection**<br>**849 Zinfandel Lane**<br>**Saint Helena, CA 94574** | **See attached spreadsheet for dates and amounts** | **$76,764.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Clos LaChance Wines, LLC**<br>**1 Hummingbird Lane**<br>**San Martin, CA 95046** | **See attached spreadsheet for dates and amounts** | **$24,324.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **Cuvee Wine Cellars**<br>**8385 Winterhawk Lane**<br>**Granite Bay, CA 95746** | **See attached spreadsheet for dates and amounts** | **$38,268.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Phoeno Wine Company, Inc.**                              Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **Elektra Wines LLC**<br>**595 Market Street**<br>**Suite 2430**<br>**San Francisco, CA 94105** | **See attached spreadsheet for dates and amounts** | **$11,550.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **Fruit of the Vines, Inc.**<br>**5102 Vernon Blvd.**<br>**Suite 2**<br>**Long Island City, NY 11101-5860** | **See attached spreadsheet for dates and amounts** | **$21,610.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. **Grand Napa Wine Co.**<br>**8461 St. Helena Hwy**<br>**Napa, CA 94558** | **See attached spreadsheet for dates and amounts** | **$37,520.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. **Gregory Condes Wines**<br>**PO Box 170344**<br>**San Francisco, CA 94117** | **See attached spreadsheet for dates and amounts** | **$7,680.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. **Grimm Cellars LLC**<br>**1377 East Valley Road**<br>**Santa Barbara, CA 93108** | **See attached spreadsheet for dates and amounts** | **$15,456.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. **Hamel Family Wines LLC**<br>**15401 Sonoma Hwy**<br>**Sonoma, CA 95476** | **See attached spreadsheet for dates and amounts** | **$7,800.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. **Kaleidos**<br>**1990 Township Road**<br>**Paso Robles, CA 93446** | **See attached spreadsheet for dates and amounts** | **$10,416.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16. **Koehler Winery**<br>**PO Box 837**<br>**Los Olivos, CA 93441** | **See attached spreadsheet for dates and amounts** | **$12,360.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.17. **Lasseter Family Winery**<br>**1 Vintage Lane**<br>**Glen Ellen, CA 95442** | See attached spreadsheet for dates and amounts | $13,266.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18. **Le Vigne Winery**<br>**5115 Buena Vista Drive**<br>**Paso Robles, CA 93446** | See attached spreadsheet for dates and amounts | $23,993.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19. **Martin Ray**<br>**2191 Laguna Road**<br>**Santa Rosa, CA 95401** | See attached spreadsheet for dates and amounts | $17,381.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20. **Massanois, LLC**<br>**PO Box 789092**<br>**Philadelphia, PA 19178-9092** | See attached spreadsheet for dates and amounts | $23,742.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21. **North Berkeley Imports**<br>**1005 Camelia St**<br>**Berkeley, CA 94710** | See attached spreadsheet for dates and amounts | $28,199.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22. **One Vine Wines (Paso Robles)**<br>**12934 Francine Terrace**<br>**Poway, CA 92064** | See attached spreadsheet for dates and amounts | $7,308.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.23. **One Vine Wines (San Diego)**<br>**12934 Francine Terrace**<br>**Poway, CA 92064** | See attached spreadsheet for dates and amounts | $89,847.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.24. **Planet Wine**<br>**1009 Factory Street**<br>**Suite A**<br>**Richmond, CA 94801** | See attached spreadsheet for dates and amounts | $111,709.05 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.25. **Preston Vineyards and Winery** 9282 West Dry Creek Road Healdsburg, CA 95448 | See attached spreadsheet for dates and amounts | $8,160.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.26. **Republic National Distributing Company** PO Box 743564 Los Angeles, CA 90074-3564 | See attached spreadsheet for dates and amounts | $118,939.34 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.27. **Sarah Francis** 1809 Wrest Myrtle Calistoga, CA 94515 | See attached spreadsheet for dates and amounts | $10,440.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.28. **Shannon Ridge** PO Box 279 Kelseyville, CA 95451 | See attached spreadsheet for dates and amounts | $29,220.53 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.29. **Seven Oxen Estate Wines** PO Box 12124 San Luis Obispo, CA 93406 | See attached spreadsheet for dates and amounts | $11,160.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.30. **Sojourn Cellars** PO Box 1953 Sonoma, CA 95476 | See attached spreadsheet for dates and amounts | $9,847.84 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.31. **Sol Rouge LLC** PO Box 859 Kelseyville, CA 95451 | See attached spreadsheet for dates and amounts | $11,936.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.32. **Sonnet Wine Cellars** PO Box 2187 Atwater, CA 95301 | See attached spreadsheet for dates and amounts | $8,100.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

| Debtor | **Phoeno Wine Company, Inc.** | | Case number *(if known)* | |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.33<br>· | **Southern Glazers Wine & Spirits**<br>PO Box 742313<br>Los Angeles, CA 90074 | See attached spreadsheet for dates and amounts | $31,427.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.34<br>· | **Springboard Wine Company**<br>PO Box 8525<br>Pasadena, CA 91109-8525 | See attached spreadsheet for dates and amounts | $60,116.54 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.35<br>· | **Stone Cushion Inc.**<br>dba Wilson Artisan Wineries<br>PO Box 487<br>Geyserville, CA 95441 | See attached spreadsheet for dates and amounts | $8,288.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.36<br>· | **Summerland Wine Brands**<br>35 Industrial Way<br>Buellton, CA 93427 | See attached spreadsheet for dates and amounts | $10,087.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.37<br>· | **Tedeschi Family Winery**<br>2779 Grant Street<br>Calistoga, CA 94515 | See attached spreadsheet for dates and amounts | $10,891.73 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.38<br>· | **Third Leaf Trading Company LLC**<br>155 Sansome Street<br>Suite 610<br>San Francisco, CA 94104 | See attached spreadsheet for dates and amounts | $10,891.73 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.39<br>· | **Treasury Wine Estates**<br>555 Gateway Drive<br>Napa, CA 94558 | See attached spreadsheet for dates and amounts | $39,102.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.40<br>· | **Trecinik Winery**<br>684 7th Street<br>Santa Rosa, CA 95404 | See attached spreadsheet for dates and amounts | $24,816.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.41. **VINFOLIO** <br> **500 Devlin Road** <br> **Suite 102** <br> **Napa, CA 94558** | See attached spreadsheet for dates and amounts | $8,935.52 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.42. **Vintage Wine Marketing** <br> **PO Box 5149** <br> **Napa, CA 94581** | See attached spreadsheet for dates and amounts | $11,410.40 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.43. **Vokel Cellars** <br> **5960 Eastside Rd** <br> **Forestville, CA 95436** | See attached spreadsheet for dates and amounts | $10,800.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.44. **Waits Mast** <br> **2912 Diamond Street** <br> **#370** <br> **San Francisco, CA 94131** | See attached spreadsheet for dates and amounts | $7,680.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.45. **Wine Savage** <br> **PO Box 507** <br> **Vineburg, CA 95487** | See attached spreadsheet for dates and amounts | $44,453.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.46. **Wine Warehouse** <br> **PO Box 45616** <br> **San Francisco, CA 94145-0616** | See attached spreadsheet for dates and amounts | $21,762.96 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.47. **ZO Wines** <br> **3280 Dry Creek Rd** <br> **Healdsburg, CA 95448** | See attached spreadsheet for dates and amounts | $10,440.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.48. **Zotovich Vineyards** <br> **1201 Dove Street** <br> **Suite 650** <br> **Newport Beach, CA 92660** | See attached spreadsheet for dates and amounts | $9,432.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)*

may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☑ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
| --- | --- | --- | --- |
| | | | |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **Raines Feldman LLP**<br>**1800 Avenue of the Stars**<br>**12th Floor**<br>**Los Angeles, CA 90067** | | **4/24/2023 -**<br>**$25,000**<br>**4/27/2023 -**<br>**$10,000** | **$35,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Underground Enterprises, Inc.** | | | |
| 11.2. | **Armstrong Teasdale LLP**<br>**1007 North Market Street**<br>**Third Floor**<br>**Wilmington, DE 19801** | | **4/27/2023** | **$5,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

**Part 7:    Previous Locations**

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)*

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
| --- | --- |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

   **Name, E-mail Address and shipment addresses (if shipped).**
   Does the debtor have a privacy policy about that information?
   ■ No
   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor  **Phoeno Wine Company, Inc.**                        Case number *(if known)* _____

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Customers - Stored Wine** | **Warehouse** | **Wine purchased by Customers and Stored at Warehouse** | $0.00 |

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

Debtor    **Phoeno Wine Company, Inc.**                                      Case number *(if known)* _____

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Burkland**<br>**325 9th Street**<br>**San Francisco, CA 94103** | 8/20/2020 - 7/30/2021 |
| 26a.2.  **Brian Bettencourt (Employee)**<br>**1730 Ofarrell Street**<br>**Suite 612**<br>**San Francisco, CA 94115** | 8/2/2021 - 10/28/2022 |
| 26a.3.  **Mighty Digits**<br>**2 Colgate Rd**<br>**Great Neck, NY 11023** | 10/1/2022 - Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

    ☐ None

| Name and address |
|---|
| 26d.1.  **TriplePoint Private Venture Credit, Inc.**<br>**2755 Sand Hill Road**<br>**Suite 150**<br>**Menlo Park, CA 94025** |
| 26d.2.  **Newfront Insurance**<br>**450 Sansome Street**<br>**Suite 300**<br>**San Francisco, CA 94111** |

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)*

| Name and address |
|---|
| 26d.3.    **Accomplice**<br>**56 Wareham Street**<br>**3rd Floor**<br>**San Francisco, CA 94111** |
| 26d.4.    **Golden Venture**<br>**20 Maud Street**<br>**Suite 306**<br>**Toronto, Ontario M5V 2M5**<br>**CANADA** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Robert Ord** | **205 Coombs St**<br>**Napa, CA 94559** | **CEO** | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Jeff Hardy** | **5650 Ocean View Drive**<br>**Oakland, CA 94618** | **CEO** | **2021 - 2022** |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Phoeno Wine Company, Inc.**                                    Case number *(if known)*

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    DocuSigned by: **April 28, 2023**

*Robert Ord*
───────────────
11C4B50F9C4248D...
Signature of individual signing on behalf of the debtor

**Robert Ord**
Printed name

Position or relationship to debtor    **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☑ Yes

Phoeno Wine Company, Inc.
Attachment to Statement of Financial Affairs
3. Payments to creditors within 90 days before filing.

| Date | Vendor | Amount |
|------|--------|--------|
| 2/24/2023 | Abiouness Wines | 4,080.00 |
| 3/10/2023 | Abiouness Wines | 4,776.00 |
| | Total: | 8,856.00 |
| | | |
| 1/13/2023 | ACS Beverage Co. | 4,630.00 |
| 1/19/2023 | ACS Beverage Co. | 12,200.00 |
| 2/9/2023 | ACS Beverage Co. | 14,050.00 |
| 3/10/2023 | ACS Beverage Co. | 7,385.00 |
| | Total: | 38,265.00 |
| | | |
| 1/13/2023 | Anthem Winery & Vineyards, LLC | 3,900.00 |
| 2/2/2023 | Anthem Winery & Vineyards, LLC | 3,600.00 |
| 2/9/2023 | Anthem Winery & Vineyards, LLC | 3,900.00 |
| 3/10/2023 | Anthem Winery & Vineyards, LLC | 3,360.00 |
| 3/23/2023 | Anthem Winery & Vineyards, LLC | 1,800.00 |
| | Total: | 16,560.00 |
| | | |
| 1/13/2023 | Appellation Trading Company, LLC | 42,978.47 |
| 1/19/2023 | Appellation Trading Company, LLC | 11,424.00 |
| 2/15/2023 | Appellation Trading Company, LLC | 3,024.00 |
| 2/15/2023 | Appellation Trading Company, LLC | 6,774.00 |
| 2/15/2023 | Appellation Trading Company, LLC | 29,179.78 |
| 2/15/2023 | Appellation Trading Company, LLC | 48,483.00 |
| 3/10/2023 | Appellation Trading Company, LLC | 28,590.00 |
| 3/30/2023 | Appellation Trading Company, LLC | 11,558.88 |
| | Total: | 182,012.13 |
| | | |
| 2/9/2023 | Benchmark Wine Group | 3,384.33 |
| 2/16/2023 | Benchmark Wine Group | 533.50 |
| 2/24/2023 | Benchmark Wine Group | 4,136.08 |
| 3/3/2023 | Benchmark Wine Group | 642.14 |
| 3/23/2023 | Benchmark Wine Group | 2,088.41 |
| | Total: | 10,784.46 |
| | | |
| 1/13/2023 | Boisset Collection | 7,380.00 |
| 1/19/2023 | Boisset Collection | 6,623.08 |
| 1/27/2023 | Boisset Collection | 125.00 |
| 2/2/2023 | Boisset Collection | 5,342.28 |
| 2/9/2023 | Boisset Collection | 980.00 |
| 3/3/2023 | Boisset Collection | 8,703.60 |
| 3/10/2023 | Boisset Collection | 5,361.00 |
| 3/30/2023 | Boisset Collection | 42,257.58 |
| | Total: | 76,772.54 |
| | | |
| 1/19/2023 | Clos LaChance Wines, LLC | 15,576.00 |
| 1/27/2023 | Clos LaChance Wines, LLC | 9,738.00 |
| 2/9/2023 | Clos LaChance Wines, LLC | 32,814.00 |
| 3/30/2023 | Clos LaChance Wines, LLC | 18,636.00 |
| | Total: | 76,764.00 |
| | | |
| 2/2/2023 | Cuvee Wine Cellars | 38,268.00 |
| | Total: | 38,268.00 |

Phoeno Wine Company, Inc.

Attachment to Statement of Financial Affairs

3. Payments to creditors within 90 days before filing.

| Date | Vendor | Amount |
|---|---|---|
| 2/2/2023 | Elektra Wines LLC | 5,850.00 |
| 3/10/2023 | Elektra Wines LLC | 5,700.00 |
| | Total: | 11,550.00 |
| | | |
| 3/23/2023 | Fruit of the Vines, Inc | 21,610.50 |
| | Total: | 21,610.50 |
| | | |
| 1/13/2023 | Grand Napa Wine Co | 7,200.00 |
| 2/2/2023 | Grand Napa Wine Co | 20,960.00 |
| 2/9/2023 | Grand Napa Wine Co | 960.00 |
| 3/10/2023 | Grand Napa Wine Co | 8,400.00 |
| | Total: | 37,520.00 |
| | | |
| 2/9/2023 | Gregory Condes Wines | 1,080.00 |
| 3/10/2023 | Gregory Condes Wines | 6,600.00 |
| | Total: | 7,680.00 |
| | | |
| 2/2/2023 | Grimm Cellars LLC | 15,456.00 |
| | Total: | 15,456.00 |
| | | |
| 1/13/2023 | Hamel Family Wines, LLC | 4,680.00 |
| 1/19/2023 | Hamel Family Wines, LLC | 3,120.00 |
| | Total: | 7,800.00 |
| | | |
| 3/10/2023 | Kaleidos | 10,416.00 |
| | Total: | 10,416.00 |
| | | |
| 1/19/2023 | Koehler Winery | 5,640.00 |
| 2/9/2023 | Koehler Winery | 6,720.00 |
| | Total: | 12,360.00 |
| | | |
| 2/9/2023 | Lasseter Family Winery | 13,266.00 |
| | Total: | 13,266.00 |
| | | |
| 1/27/2023 | Le Vigne Winery | 19,289.00 |
| 3/30/2023 | Le Vigne Winery | 4,704.00 |
| | Total: | 23,993.00 |
| | | |
| 2/2/2023 | Martin Ray | 5,117.00 |
| 3/3/2023 | Martin Ray | 3,840.00 |
| 3/30/2023 | Martin Ray | 8,424.00 |
| | Total: | 17,381.00 |
| | | |
| 1/13/2023 | Massanois, LLC | 3,786.67 |
| 1/19/2023 | Massanois, LLC | 1,480.00 |
| 2/2/2023 | Massanois, LLC | 1,200.00 |
| 2/9/2023 | Massanois, LLC | 4,140.00 |
| 2/24/2023 | Massanois, LLC | 1,560.00 |
| 3/16/2023 | Massanois, LLC | 4,952.00 |
| 3/16/2023 | Massanois, LLC | 6,624.00 |
| | Total: | 23,742.67 |

Phoeno Wine Company, Inc.
Attachment to Statement of Financial Affairs
3. Payments to creditors within 90 days before filing.

| Date | Vendor | Amount |
|------|--------|-------:|
| 1/19/2023 | North Berkeley Imports | 8,734.20 |
| 2/2/2023 | North Berkeley Imports | 5,216.00 |
| 2/24/2023 | North Berkeley Imports | 5,952.00 |
| 3/30/2023 | North Berkeley Imports | 8,297.50 |
| | Total: | 28,199.70 |
| | | |
| 3/15/2023 | One Vine Wines Paso Robles | 7,308.00 |
| | Total: | 7,308.00 |
| | | |
| 1/13/2023 | One Vine Wines San Diego | 6,130.80 |
| 1/19/2023 | One Vine Wines San Diego | 5,268.44 |
| 2/2/2023 | One Vine Wines San Diego | 10,458.00 |
| 2/9/2023 | One Vine Wines San Diego | 4,818.00 |
| 2/22/2023 | One Vine Wines San Diego | 3,126.00 |
| 2/24/2023 | One Vine Wines San Diego | 14,541.00 |
| 3/3/2023 | One Vine Wines San Diego | 4,221.00 |
| 3/10/2023 | One Vine Wines San Diego | 9,360.00 |
| 3/13/2023 | One Vine Wines San Diego | 8,505.00 |
| 3/15/2023 | One Vine Wines San Diego | 5,689.00 |
| 3/17/2023 | One Vine Wines San Diego | 4,740.00 |
| 3/17/2023 | One Vine Wines San Diego | 5,184.00 |
| 3/23/2023 | One Vine Wines San Diego | 7,806.00 |
| | Total: | 89,847.24 |
| | | |
| 1/13/2023 | Planet Wine | 14,398.80 |
| 1/19/2023 | Planet Wine | 17,718.00 |
| 2/2/2023 | Planet Wine | 14,340.00 |
| 2/9/2023 | Planet Wine | 14,082.60 |
| 2/24/2023 | Planet Wine | 7,748.40 |
| 3/3/2023 | Planet Wine | 2,296.80 |
| 3/10/2023 | Planet Wine | 11,424.00 |
| 3/30/2023 | Planet Wine | 29,700.45 |
| | Total: | 111,709.05 |
| | | |
| 1/19/2023 | Preston Vineyards and Winery | 4,320.00 |
| 2/2/2023 | Preston Vineyards and Winery | 3,840.00 |
| | Total: | 8,160.00 |
| | | |
| 1/17/2023 | Republic National Distributing Company | 375.00 |
| 1/17/2023 | Republic National Distributing Company | 1,920.00 |
| 1/17/2023 | Republic National Distributing Company | 2,636.52 |
| 1/17/2023 | Republic National Distributing Company | 6,881.00 |
| 1/30/2023 | Republic National Distributing Company | 805.52 |
| 1/30/2023 | Republic National Distributing Company | 1,540.28 |
| 1/30/2023 | Republic National Distributing Company | 2,304.00 |
| 1/30/2023 | Republic National Distributing Company | 2,484.00 |
| 1/30/2023 | Republic National Distributing Company | 2,824.40 |
| 1/30/2023 | Republic National Distributing Company | 4,703.00 |
| 1/30/2023 | Republic National Distributing Company | 12,679.00 |
| 2/3/2023 | Republic National Distributing Company | 4,709.00 |
| 2/3/2023 | Republic National Distributing Company | 4,865.00 |
| 2/14/2023 | Republic National Distributing Company | 4,239.20 |
| 2/17/2023 | Republic National Distributing Company | 2,165.00 |

Phoeno Wine Company, Inc.

Attachment to Statement of Financial Affairs

3. Payments to creditors within 90 days before filing.

| Date | Vendor | Amount |
|------|--------|--------|
| 2/17/2023 | Republic National Distributing Company | 3,365.00 |
| 2/21/2023 | Republic National Distributing Company | 5,933.00 |
| 3/8/2023 | Republic National Distributing Company | 3,365.00 |
| 3/8/2023 | Republic National Distributing Company | 3,605.00 |
| 3/8/2023 | Republic National Distributing Company | 4,313.50 |
| 3/8/2023 | Republic National Distributing Company | 7,510.00 |
| 3/20/2023 | Republic National Distributing Company | 3,365.00 |
| 3/20/2023 | Republic National Distributing Company | 3,365.00 |
| 3/20/2023 | Republic National Distributing Company | 5,393.00 |
| 3/20/2023 | Republic National Distributing Company | 5,400.96 |
| 3/20/2023 | Republic National Distributing Company | 15,647.00 |
| 4/5/2023 | Republic National Distributing Company | 1,262.96 |
| 4/5/2023 | Republic National Distributing Company | 1,283.00 |
| | Total: | 118,939.34 |
| | | |
| 1/13/2023 | Sarah Francis | 7,560.00 |
| 2/9/2023 | Sarah Francis | 2,880.00 |
| | Total: | 10,440.00 |
| | | |
| 2/9/2023 | Seven Oxen Estate Wines | 11,160.00 |
| | Total: | 11,160.00 |
| | | |
| 1/13/2023 | Shannon Ridge, Inc. | 2,816.53 |
| 2/9/2023 | Shannon Ridge, Inc. | 21,888.00 |
| 2/24/2023 | Shannon Ridge, Inc. | 4,516.00 |
| | Total: | 29,220.53 |
| | | |
| 2/2/2023 | Sojourn Cellars | 8,392.00 |
| 3/30/2023 | Sojourn Cellars | 1,455.84 |
| | Total: | 9,847.84 |
| | | |
| 2/9/2023 | Sol Rouge LLC | 11,936.00 |
| | Total: | 11,936.00 |
| | | |
| 1/13/2023 | Sonnet Wine Cellars | 3,600.00 |
| 2/2/2023 | Sonnet Wine Cellars | 4,500.00 |
| | Total: | 8,100.00 |
| | | |
| 2/3/2023 | Southern Glazers Wine & Spirits | 1,325.00 |
| 2/3/2023 | Southern Glazers Wine & Spirits | 4,925.00 |
| 2/24/2023 | Southern Glazers Wine & Spirits | 1,849.98 |
| 2/27/2023 | Southern Glazers Wine & Spirits | 2,289.80 |
| 3/1/2023 | Southern Glazers Wine & Spirits | 1,803.00 |
| 3/1/2023 | Southern Glazers Wine & Spirits | 4,749.84 |
| 3/7/2023 | Southern Glazers Wine & Spirits | 4,682.68 |
| 3/23/2023 | Southern Glazers Wine & Spirits | 4,901.00 |
| 3/28/2023 | Southern Glazers Wine & Spirits | 4,901.00 |
| | Total: | 31,427.30 |
| | | |
| 1/13/2023 | Springboard Wine Company | 3,324.00 |
| 1/19/2023 | Springboard Wine Company | 4,904.40 |
| 2/2/2023 | Springboard Wine Company | 3,109.80 |
| 2/9/2023 | Springboard Wine Company | 13,349.76 |

Phoeno Wine Company, Inc.

Attachment to Statement of Financial Affairs

3. Payments to creditors within 90 days before filing.

| Date | Vendor | Amount |
|------|--------|-------:|
| 2/24/2023 | Springboard Wine Company | 2,333.00 |
| 3/16/2023 | Springboard Wine Company | 7,013.00 |
| 3/21/2023 | Springboard Wine Company | 19,432.70 |
| 3/30/2023 | Springboard Wine Company | 6,649.88 |
| | Total: | 60,116.54 |
| | | |
| 2/16/2023 | Stone Cushion Inc. (dba Wilson Artisan Wineries) | 8,288.00 |
| | Total: | 8,288.00 |
| | | |
| 1/13/2023 | Summerland Wine Brands | 10,087.20 |
| | Total: | 10,087.20 |
| | | |
| 1/13/2023 | Tedeschi Family Winery | 5,376.00 |
| 3/30/2023 | Tedeschi Family Winery | 2,700.00 |
| | Total: | 8,076.00 |
| | | |
| 1/13/2023 | Third Leaf Trading Company LLC | 2,490.00 |
| 2/9/2023 | Third Leaf Trading Company LLC | 5,904.00 |
| 3/30/2023 | Third Leaf Trading Company LLC | 2,490.00 |
| 3/30/2023 | Third Leaf Trading Company LLC | 7.73 |
| | Total: | 10,891.73 |
| | | |
| 2/2/2023 | Treasury Wine Estates | 8,197.50 |
| 2/9/2023 | Treasury Wine Estates | 7,743.00 |
| 3/3/2023 | Treasury Wine Estates | 5,053.50 |
| 3/30/2023 | Treasury Wine Estates | 18,108.10 |
| | Total: | 39,102.10 |
| | | |
| 1/19/2023 | Trecini Winery | 5,280.00 |
| 2/9/2023 | Trecini Winery | 10,788.00 |
| 3/10/2023 | Trecini Winery | 4,428.00 |
| 3/30/2023 | Trecini Winery | 4,320.00 |
| | Total: | 24,816.00 |
| | | |
| 1/20/2023 | VINFOLIO | 484.03 |
| 1/20/2023 | VINFOLIO | 1,005.89 |
| 1/25/2023 | VINFOLIO | 1,153.21 |
| 1/31/2023 | VINFOLIO | 387.03 |
| 1/31/2023 | VINFOLIO | 2,083.56 |
| 2/2/2023 | VINFOLIO | 1,284.28 |
| 2/9/2023 | VINFOLIO | 435.53 |
| 2/16/2023 | VINFOLIO | 964.18 |
| 3/3/2023 | VINFOLIO | 412.25 |
| 3/23/2023 | VINFOLIO | 725.56 |
| | Total: | 8,935.52 |
| | | |
| 2/2/2023 | Vintage Wine Marketing | 1,872.00 |
| 2/24/2023 | Vintage Wine Marketing | 1,512.00 |
| 3/30/2023 | Vintage Wine Marketing | 8,026.40 |
| | Total: | 11,410.40 |
| | | |
| 2/2/2023 | Vokel Cellars | 4,050.00 |
| 3/3/2023 | Vokel Cellars | 4,050.00 |

Phoeno Wine Company, Inc.

Attachment to Statement of Financial Affairs

3. Payments to creditors within 90 days before filing.

| Date | Vendor | Amount |
|------|--------|--------|
| 3/10/2023 | Vokel Cellars | 2,700.00 |
| | Total: | 10,800.00 |
| | | |
| 2/24/2023 | Waits Mast | 7,680.00 |
| | Total: | 7,680.00 |
| | | |
| 1/13/2023 | Walsh Wine LLC/Ser Winery | 9,072.00 |
| | Total: | 9,072.00 |
| | | |
| 1/13/2023 | Wine Savage | 19,613.00 |
| 3/10/2023 | Wine Savage | 24,840.00 |
| | Total: | 44,453.00 |
| | | |
| 2/2/2023 | Wine Warehouse | 1,284.00 |
| 2/24/2023 | Wine Warehouse | 3,898.80 |
| 3/23/2023 | Wine Warehouse | 3,600.00 |
| 3/24/2023 | Wine Warehouse | 36.00 |
| 3/24/2023 | Wine Warehouse | 128.16 |
| 3/24/2023 | Wine Warehouse | 12,816.00 |
| | Total: | 21,762.96 |
| | | |
| 1/13/2023 | Winebow | 5,044.50 |
| 1/19/2023 | Winebow | 154.50 |
| 2/7/2023 | Winebow | 1,944.48 |
| 2/9/2023 | Winebow | 1,072.50 |
| 2/22/2023 | Winebow | 16,893.35 |
| 3/3/2023 | Winebow | 5,671.50 |
| 3/10/2023 | Winebow | 10,820.50 |
| | Total: | 41,601.33 |
| | | |
| 1/19/2023 | Wines That Deliver LLC | 7,360.00 |
| 2/24/2023 | Wines That Deliver LLC | 7,360.00 |
| | Total: | 14,720.00 |
| | | |
| 2/2/2023 | ZO Wines | 3,300.00 |
| 2/24/2023 | ZO Wines | 7,140.00 |
| | Total: | 10,440.00 |
| | | |
| 1/19/2023 | Zotovich Vineyards | 9,432.00 |
| | Total: | 9,432.00 |

# United States Bankruptcy Court
### District of Delaware

In re __Phoeno Wine Company, Inc._____

Debtor(s)

Case No. _____

Chapter __7_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Phoeno Wine Company, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__April 28, 2023_____

Date

**/s/ Eric M. Sutty**

**Eric M. Sutty**

Signature of Attorney or Litigant

Counsel for __**Phoeno Wine Company, Inc.**_____

**Armstrong Teasdale LLP**
**1007 North Market Street**
**Third Floor**
**Wilmington, DE 19801**
**(302) 416-9671**
**esutty@atllp.com**